1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
2

3       ****************************************************************

4    IN RE:  OIL SPILL BY THE
     OIL RIG *DEEPWATER HORIZON*
5    IN THE GULF OF MEXICO ON
     APRIL 20, 2010
6                                   CIVIL ACTION NO. 10-MD-2179 "J"
                                    NEW ORLEANS, LOUISIANA
09:23AM 7                           FRIDAY, MARCH 25, 2011, 10:3O A.M.

8    THIS DOCUMENT RELATES TO
     ALL ACTIONS
9

        ****************************************************************
10

11           TRANSCRIPT OF DISCOVERY STATUS CONFERENCE PROCEEDINGS
               HEARD BEFORE THE HONORABLE SALLY SHUSHAN
12                   UNITED STATES MAGISTRATE JUDGE

13

14   APPEARANCES:

15

16   PLAINTIFFS'
     LIAISON COUNSEL:          DOMENGEAUX WRIGHT ROY & EDWARDS
17                             BY:  JAMES P. ROY, ESQUIRE
                               P. O. BOX 3668
18                             556 JEFFERSON STREET
                               LAFAYETTE, LA  70502
19

20                             HERMAN HERMAN KATZ & COTLAR
                               BY:  STEPHEN J. HERMAN, ESQUIRE
21                             820 O'KEEFE AVENUE
                               NEW ORLEANS, LA  70113
22

23
     FOR THE PLAINTIFFS:       CUNNINGHAM BOUNDS
24                             BY:  ROBERT T. CUNNINGHAM, ESQUIRE
                               1601 DAUPHIN STREET
25                             MOBILE, AL 36604

```
 1  APPEARANCES CONTINUED:

 2

 3                          LEWIS, KULLMAN, STERBCOW & ABRAMSON
                            BY:  PAUL M. STERBCOW, ESQUIRE
 4                          PAN AMERICAN LIFE BUILDING
                            601 POYDRAS STREET, SUITE 2615
 5                          NEW ORLEANS, LA  70130

 6
                            COLSON, HICKS, EIDSON, COLSON, MATTHEWS,
 7                          MARTÍNEZ, GONZALES, KALBAC & KANE
                            BY:  ERVIN A. GONZALEZ, ESQUIRE
 8                          255 ALHAMBRA CIRCLE, PENTHOUSE
                            CORAL GABLES, FL  33134
 9

10                          LIEFF CABRASER HEIMANN & BERNSTEIN
                            BY:  ELIZABETH J. CABRASER, ESQUIRE
11                          275 BATTERY STREET, 29TH FLOOR
                            SAN FRANCISCO, CA  94111
12

13                          WILLIAMSON & RUSNAK
                            BY:  JIMMY WILLIAMSON, ESQUIRE
14                          4310 YOAKUM BOULEVARD
                            HOUSTON TX  77006
15

16                          IRPINO LAW FIRM
                            BY:  ANTHONY IRPINO, ESQUIRE
17                          ONE CANAL PLACE
                            365 CANAL STREET, SUITE 2990
18                          NEW ORLEANS LA  70130

19

20  FOR THE FEDERAL
    GOVERNMENT INTERESTS:   U.S. DEPARTMENT OF JUSTICE
21                          TORTS BRANCH, CIVIL DIVISION
                            BY:  R. MICHAEL UNDERHILL, ESQUIRE
22                          450 GOLDEN GATE AVENUE
                            7TH FLOOR, ROOM 5395
23                          SAN FRANCISCO, CA  94102

24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR THE UNITED STATES
     OF AMERICA:              ENVIRONMENTAL ENFORCEMENT SECTION
 4                            U.S. DEPARTMENT OF JUSTICE
                              BY:  STEVEN O'ROURKE, ESQUIRE
 5                            P.O. BOX 7611
                              WASHINGTON, D.C. 20044
 6

 7   FOR STATE INTERESTS:     OFFICE OF THE ATTORNEY GENERAL
                              STATE OF ALABAMA
 8                            BY:  COREY L. MAZE, ESQUIRE
                              501 WASHINGTON AVENUE
 9                            MONTGOMERY, AL  36130

10
     FOR THE STATE OF
11   LOUISIANA:               KANNER & WHITELEY
                              BY:  ALLAN KANNER, ESQUIRE
12                            701 CAMP STREET
                              NEW ORLEANS, LA  70130
13

14                            HENRY DART
                              ATTORNEYS AT LAW
15                            510 NORTH JEFFERSON STREET
                              COVINGTON, LA  70433
16

17   FOR BP AMERICA INC.,
     BP AMERICA PRODUCTION
18   COMPANY, BP COMPANY
     NORTH AMERICA INC.,
19   BP CORPORATION NORTH
     AMERICA INC.,
20   BP EXPLORATION &
     PRODUCTION INC.,
21   BP HOLDINGS NORTH
     AMERICA LIMITED,
22   BP PRODUCTS NORTH
     AMERICA INC.:            LISKOW & LEWIS
23                            BY:  DON K. HAYCRAFT, ESQUIRE
                              ONE SHELL SQUARE
24                            701 POYDRAS STREET
                              SUITE 5000
25                            NEW ORLEANS, LA 70139
```

```
 1  APPEARANCES CONTINUED:

 2

 3                              KIRKLAND & ELLIS
                                BY:  J. ANDREW LANGAN, ESQUIRE
 4                                   RYAN S. BABIUCH, ESQUIRE
                                300 N. LASALLE
 5                              CHICAGO, IL 60654

 6

 7  FOR TRANSOCEAN HOLDINGS
    LLC, TRANSOCEAN
 8  OFFSHORE DEEPWATER
    DRILLING INC., AND
 9  TRANSOCEAN DEEPWATER
    INC.:                      FRILOT
10                              BY:  KERRY J. MILLER, ESQUIRE
                                ENERGY CENTRE, 36TH FLOOR
11                              1100 POYDRAS STREET
                                NEW ORLEANS, LA  70163
12

13  FOR CAMERON INTERNATIONAL
    CORPORATION:                STONE PIGMAN WALTHER WITTMANN
14                              BY:  PHILLIP A. WITTMANN, ESQUIRE
                                546 CARONDELET STREET
15                              NEW ORLEANS, LA 70130

16

17  FOR HALLIBURTON
    ENERGY SERVICES, INC.:      GODWIN RONQUILLO
18                              BY:  DONALD E. GODWIN, ESQUIRE
                                     JENNY L. MARTINEZ, ESQUIRE
19                                   STEFANIE K. MAJOR, ESQUIRE
                                1201 ELM STREET, SUITE 1700
20                              DALLAS, TEXAS 75270

21

22                              GODWIN RONQUILLO
                                BY:  R. ALAN YORK, ESQUIRE
23                              1331 LAMAR, SUITE 1665
                                HOUSTON, TEXAS 77010

24

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR ANADARKO
    PETROLEUM CORPORATION,
 4  ANADARKO E&P COMPANY LP,
    MOEX USA CORPORATION,
 5  AND MOEX OFFSHORE 2007
    LLC:                      KUCHLER POLK SCHELL WEINER & RICHESON
 6                            BY:  DEBORAH D. KUCHLER, ESQUIRE
                              1615 POYDRAS STREET, SUITE 1300
 7                            NEW ORLEANS, LOUISIANA 70112

 8
                              BINGHAM MCCUTCHEN
 9                            BY:  KY E. KIRBY, ESQUIRE
                              2020 K STREET
10                            WASHINGTON, DC  20006

11

12  FOR M-I L.L.C.:           MORGAN, LEWIS & BOCKIUS
                              BY:  DENISE SCOFIELD, ESQUIRE
13                            1000 LOUISIANA STREET, SUITE 4000
                              HOUSTON, TX  77002
14

15
    FOR O'BRIEN'S RESPONSE
16  MANAGEMENT, INC.,
    SEACOR HOLDINGS, INC.,
17  SEACOR OFFSHORE LLC,
    SEACOR MARINE, LLC,
18  SEACOR WORLDWIDE, INC.,
    SEACOR MARINE, INC.,
19  SEACOR MARINE
    INTERNATIONAL, INC.,
20  AND SIEMENS FINANCIAL,
    INC.:                     WEIL GOTSHAL & MANGES
21                            BY:  THEODORE E. TSEKERIDES, ESQUIRE
                                   MICHAEL J. LYLE, ESQUIRE
22                            767 FIFTH AVENUE
                              NEW YORK, NY  10153
23

24

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR WEATHERFORD U.S.,
    L.P.:                    JONES WALKER
 4                           BY:  GARY RUSSO, ESQUIRE
                                  DIRK WEGMANN, ESQUIRE
 5                           PLACE ST. CHARLES
                             201 ST. CHARLES AVENUE
 6                           NEW ORLEANS, LA 70170

 7

 8  FOR MARINE SPILL
    RESPONSE CORPORATION:     BLANK ROME
 9                           BY:  ALAN M. WEIGEL, ESQUIRE
                             THE CHRYSLER BUILDING
10                           405 LEXINGTON AVENUE
                             NEW YORK, NY  10174
11

12  DYNAMIC AVIATION
    GROUP, INC:              GEIGER LABORDE & LAPEROUSE
13                           BY:  LEO R. McALOON, III, ESQUIRE
                             ONE SHELL SQUARE
14                           701 POYDRAS STREET, SUITE 4800
                             NEW ORLEANS LA  70139
15

16  FOR DRIL-QUIP,
    INC.:                    WARE, JACKSON, LEE & CHAMBERS
17                           BY:  C. DENNIS BARROW, JR., ESQUIRE
                             2929 ALLEN PARKWAY, 42ND FLOOR
18                           HOUSTON, TEXAS 77019

19

20  ALSO PRESENT:            METHOFF LAW FIRM
                             BY:  WILLIAM STRADLEY, ESQUIRE
21                           3450 ONE ALLEN CENTER
                             500 DALLAS STREET
22                           HOUSTON, TX  77002

23
                             JOHN ALDEN MEADE, ESQUIRE
24                           WILLIAM LARGE, ESQUIRE
                             ANTHONY FITCH, ESQUIRE
25
```

```
 1   APPEARANCES CONTINUED:

 2

 3                            MELINDA NICHOLSON, ESQUIRE
                             BRYAN PAYNE, ESQUIRE
 4                            PATRICK O'KEEFE, ESQUIRE

 5

 6   OFFICIAL COURT REPORTER:     CATHY PEPPER, CRR, RMR, CCR
                                  CERTIFIED REALTIME REPORTER
 7                                500 POYDRAS STREET, ROOM B406
                                  NEW ORLEANS, LA  70130
 8                                (504) 589-7779

 9

10   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                              **I N D E X**

2

3    AGENDA ITEMS                                         PAGE

4

5    MODIFICATION OF WITNESSES' DEPOSITION SCHEDULE......... 12

6    MR. GAGLIANO.......................................... 12

7    DARYL KELLINGRAY...................................... 13

8    WITNESSES THAT ARE GOING TO TESTIFY AT TRIAL.......... 15

9    MICHAEL BIERNE........................................ 17

10   PRODUCTION OF DOCUMENTS............................... 18

11   LEO LINDNER........................................... 20

12   JOSHUA KRITZER........................................ 20

13   HEATH LAMBERT......................................... 20

14   PHILLIP EARL LEE...................................... 22

15   CUSTODIAL FILES FOR THE LONDON WITNESSES.............. 23

16   TRANSOCEAN 30(B)(6) TOPICS WITH DESIGNEES............. 25

17   BILL AMBROSE.......................................... 26

18   SIR WILLIAM CASTELL................................... 27

19   MR. INGLIS............................................ 28

20   CSI RULE 30(B)(6) DEPOSITION.......................... 28

21   MR. GUIDE............................................. 30

22   MR. O'BRYAN........................................... 30

23   MR. MOGFORD........................................... 30

24   KEVIN LACY............................................ 31

25   COSTS ON LACY......................................... 31

```
 1    OCEANEERING RULE 30(B)(6).............................    31

 2    COBALT INTERNATIONAL..................................    32

 3    WILD WELL CONTROL.....................................    32

 4    PAT CAMPBELL OF WILD WELL.............................    33

 5    ADD ENERGY............................................    34

 6    BAKER RISK............................................    34

 7    STRESS ENGINEERING....................................    34

 8    VECTOR MAGNETICS......................................    35

 9    RANDY SMITH TRAINING SOLUTIONS........................    35

10    NEXEN, INCORPORATED...................................    37

11    DNV...................................................    37

12    HAYNIE AND MCKAY......................................    41

13    BP'S 30(B)(6) DEPOSITION..............................    44

14    HALLIBURTON...........................................    46

15    SPERRY................................................    46

16    SPERRY SUN 30(B)(6)...................................    50

17    M-I SWACO.............................................    51

18    J.R. SMITH OF M-I.....................................    51

19    WEATHERFORD...........................................    52

20    BRENT LIRETTE.........................................    52

21    MR. CLAWSON...........................................    52

22    MR. OLDFATHER.........................................    52

23    CAMERON RULE 30(B)(6).................................    53

24    TIMOTHY CRONE.........................................    55

25    CHERYL GROUNDS........................................    57
```

 1   LEE LAMBERT.......................................... 57

 2   ROSS SKIDMORE........................................ 58

 3   FRED DUPRIEST........................................ 58

 4   DARRYL BOURGOYNE..................................... 58

 5   PROFESSOR TYAGI...................................... 59

 6   HARTMANN............................................. 59

 7   WILLIAMS............................................. 59

 8   MR. CARGOL........................................... 59

 9   TRANSOCEAN WITNESSES................................. 59

10   JAMES KENT........................................... 59

11   BOB LONG............................................. 60

12   EDDY REDD............................................ 61

13   BILL AMBROSE......................................... 61

14   STEPHEN RAY BERTONE.................................. 61

15   CATHLEENIA WILLIS' DEPOSITION........................ 62

16   CRAIG BRELAND........................................ 63

17   DOUGLAS BROWN........................................ 63

18   MARK HAY............................................. 63

19   HALLIBURTON.......................................... 63

20   TIM PROBERT.......................................... 63

21   TOMMY ROTH........................................... 64

22   VINCENT TABLER....................................... 64

23   NEAL ADAMS........................................... 64

24   ANADARKO............................................. 65

25   KATE PAINE........................................... 65

1   PLAINTIFFS IN 2185.....................................   66

2   NEW TOPICS............................................   71

3   DEPOSITION TIMING.....................................   71

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1                              **P-R-O-C-E-E-D-I-N-G-S**

09:23AM 2                       FRIDAY, MARCH 25, 2011

09:23AM 3                 M O R N I N G    S E S S I O N

09:23AM 4                 (COURT CALLED TO ORDER)

09:23AM 5

10:38AM 6

10:38AM 7        THE COURT:  During the week, we got a few e-mails that

10:39AM 8 modified or request modification of witnesses' deposition

10:39AM 9 schedule.

10:39AM 10        First up is Mr. Gagliano, who had been scheduled

10:39AM 11 for April 4 and 5, and we have been advised that he needs to be

10:39AM 12 rescheduled for one day in May.

10:39AM 13        Let's just break for a couple of minutes.  They are

10:39AM 14 having trouble with the phone, and I don't want anybody to feel

10:39AM 15 like they are being cut out of this.

10:41AM 16        (WHEREUPON, at this point in the proceedings, there was

10:42AM 17 an off-the-record discussion.)

10:42AM 18        THE COURT:  Hello, phone people.

10:42AM 19        VOICES:  Hello, Judge.

10:42AM 20        THE COURT:  If you all don't mind, please keep us on

10:42AM 21 mute.  We're happy to have you participate.  If you want to pop

10:42AM 22 in, take me off mute and tell me.

10:42AM 23        We are just starting up, and we are going to talk

10:42AM 24 about the rescheduling of the deposition of Mr. Gagliano, who had

10:42AM 25 been set for April 4 and 5.

10:42AM 1        He has separate counsel, so what I thought we would

10:42AM 2  do is pick a date in May, and we'll make it tentative for him and

10:42AM 3  clear the date with counsel.  What would you all suggest?  Would

10:42AM 4  you guys suggest a date?

10:42AM 5        I thought you weren't going to be here today.

10:43AM 6        MR. CUNNINGHAM:  I just have to leave early, Your Honor.

10:43AM 7        THE COURT:  Oh, okay.  I'm glad to see you,

10:43AM 8  Mr. Cunningham.

10:43AM 9        MR. GODWIN:  Your Honor, Don Godwin for Halliburton.

10:43AM 10       Mr. Josh Berman, in Washington, DC, represents

10:43AM 11  Mr. Gagliano, and his request, sometime in May.  He didn't

10:43AM 12  specify when.  So any one day in May that works for your

10:43AM 13  schedule, as well as that of the PSC, we'll inform him of that.

10:43AM 14       THE COURT:  We're going to go with Mr. Cunningham then.

10:43AM 15       MR. CUNNINGHAM:  How about the 11th?

10:43AM 16       MR. GODWIN:  That's fine with me.

10:43AM 17       THE COURT:  We'll make it tentative, but May 11th

10:43AM 18  subject to confirmation with his counsel.

10:43AM 19       MR. GODWIN:  We'll try him today, Judge, and get back to

10:43AM 20  Bobo and everybody with that.

10:43AM 21       THE COURT:  Thank you, Don, I appreciate it.

10:44AM 22       We next up have the request by the PSC to add

10:44AM 23  Daryl Kellingray, K-E-L-L-I-N-G-R-A-Y, who is a BP global cement

10:44AM 24  engineer, to the list of deponents.  We're going to put him in as

10:44AM 25  Number 83 on the master list.  I'm going to ask Andy to

10:44AM 1    coordinate dates.

10:44AM 2        MR. LANGAN:  Andy Langan for BP, Your Honor.

10:44AM 3            Obviously, we will do that.  We will look into

10:44AM 4    that.

10:44AM 5            I just want to note a couple things.  We're not

10:44AM 6    necessarily objecting to this.  I don't think this gentleman had

10:44AM 7    anything to do with Macondo, number one, so we ought to keep that

10:45AM 8    in mind.

10:45AM 9            Number two, there may come a time when BP would

10:45AM 10   like to add to the priority deposition list, and I assume this

10:45AM 11   door is going to swing both ways, so I just -- you know.

10:45AM 12       THE COURT:  So far it has.  Do you agree?

10:45AM 13       MR. LANGAN:  I don't know that we've asked to add

10:45AM 14   anybody that wasn't on the priority list.

10:45AM 15       THE COURT:  Well, agree that so far the door has swung

10:45AM 16   both ways?

10:45AM 17       MR. LANGAN:  It absolutely has, Your Honor.  That is

10:45AM 18   very true.  Thank you.

10:45AM 19       MS. KUCHLER:  Judge, to the extent it matters --

10:45AM 20   Deb Kuchler, for Anadarko and MOEX -- we would like to join in

10:45AM 21   the PSC's request to add Mr. Kellingray.

10:45AM 22           Some of the deponents thus far have mentioned him.

10:45AM 23   He did have some knowledge and input into things that do bear on

10:45AM 24   the issues in the case.  So, if you would add us to the list of

10:45AM 25   those who want his deposition, we would appreciate it.

10:45AM 1          THE COURT:  All right.  You'll be added.

10:45AM 2              Mr. Cunningham.

10:45AM 3          MR. CUNNINGHAM:  Robert Cunningham, PSC.

10:46AM 4              Your Honor, I would just point out to Andy that we

10:46AM 5   had several slots on our list of 50 that we left as unknown for

10:46AM 6   this very reason.  So we're not really adding a 51st, we're

10:46AM 7   filling in a slot that was unknown.

10:46AM 8          THE COURT:  That's true.  We're putting him in place of

10:46AM 9   unknown Number 83.

10:46AM 10         MR. CUNNINGHAM:  Also, could I raise an issue that's not

10:46AM 11  on the agenda that I think might impact what we're doing here

10:46AM 12  today?

10:46AM 13         THE COURT:  Sure.

10:46AM 14         MR. CUNNINGHAM:  I think everybody -- I just want to

10:46AM 15  throw this out for everybody to think about.  We like to think

10:46AM 16  that all of the depositions we're scheduling are going to cover

10:46AM 17  all of the witnesses that are going to testify at trial, but we

10:46AM 18  have no way of really knowing that.

10:46AM 19             For example, we don't know if BP may call

10:46AM 20  Mr. Dudley as a witness.  He's not on anybody's list.  But, if he

10:46AM 21  is going to be called as a trial witness, we would like to depose

10:46AM 22  him.  That may be the case for others, other parties.  It may be

10:46AM 23  the case as it relates to the PSC.

10:46AM 24             I would suggest that we all think about the

10:47AM 25  possibility of at some point in this process making a declaration

10:47AM 1   of who we intend to call that is not on the list or that is not

10:47AM 2   being deposed, and that we do it at some point in time where we

10:47AM 3   can then make decisions, all of us, about who of these people

10:47AM 4   that are going to be testifying at trial we do want to depose.

10:47AM 5        THE COURT:  I don't have the timeline in front of me,

10:47AM 6   but didn't we have a date for exchange of initial witness lists?

10:47AM 7        MR. CUNNINGHAM:  I don't remember seeing it.

10:47AM 8        THE COURT:  That rings a bell with me.

10:47AM 9        THE CLERK:  Yes, there was a date.  I don't have it in

10:47AM 10  front of me.

10:47AM 11       MR. FITCH:  Judge, it's Tony Fitch.  It's May 1.

10:47AM 12       THE COURT:  May 1.  I thought about that.  How do you

10:47AM 13  like that.

10:47AM 14            So May 1, we have to exchange initial witness

10:47AM 15  lists.  It's a nonbinding thing, but I want you all to make your

10:47AM 16  best effort to tell me who you then currently anticipate calling

10:47AM 17  as witnesses at trial, so that we can take care of exactly the

10:48AM 18  issue you raise.

10:48AM 19       MR. CUNNINGHAM:  I brought up a problem that had already

10:48AM 20  been solved.

10:48AM 21       THE COURT:  How do you like that.  But no, I think it's

10:48AM 22  a good concern, and it's something that we need to address, so

10:48AM 23  thank you for raising it.

10:48AM 24       PROFESSOR MCGOVERN:  Your Honor, hopefully the deadline

10:48AM 25  today of March 25th will be helpful in confecting these

10:48AM   1   preliminary, nonprejudicial witness lists.

10:48AM   2            THE COURT:  Exactly.

10:48AM   3                 Andy, do you know, Mr. Kellingray, where he is

10:48AM   4   located?  Any idea?

10:48AM   5            MR. LANGAN:  The UK.

10:48AM   6            THE COURT:  So that we probably need to add him to the

10:48AM   7   UK track?

10:48AM   8            MR. LANGAN:  That's how I see it, yes.

10:48AM   9            THE COURT:  So let's get that out.  Maybe we can pick a

10:48AM  10   tentative date on the UK track, and, Andy, we'll ask you to see

10:49AM  11   if that works for him.

10:49AM  12            MR. LANGAN:  I guess we can do that.  I mean, I would

10:49AM  13   rather reach out to him first, but I'll do whatever Your Honor

10:49AM  14   wants.  That's fine.  If they want to pick a date and we can see

10:49AM  15   if that works, that's fine.

10:49AM  16            THE COURT:  We'll leave it your way then.  I did think

10:49AM  17   we should find out whether London or the US.  Okay, we'll leave

10:49AM  18   that alone then.  Sorry, Mr. Maze.

10:49AM  19                 Next up is Michael Bierne, B-I-E-R-N-E.  He is an

10:49AM  20   offshore land negotiator for BP.  Anadarko and MOEX have asked

10:49AM  21   for him to be added.  We have not heard any opposition.

10:49AM  22                 Andy, do you have any opposition with regard to

10:49AM  23   adding him to the list?

10:50AM  24            MR. LANGAN:  The door will swing both ways.

10:50AM  25            THE COURT:  Thank you.  He also is a London?

10:50AM 1          MR. LANGAN:  I don't know that.  That feels more like

10:50AM 2    Houston to me.

10:50AM 3          THE COURT:  Would you just put him on the list for next

10:50AM 4    week, and we'll take it from there.

10:50AM 5          MR. LANGAN:  Very good.

10:50AM 6          THE COURT:  Thank you.

10:50AM 7          MR. FITCH:  Thank you very much, Judge.

10:50AM 8          THE COURT:  No problem.

10:50AM 9          Let's talk about some issues generally with regard

10:50AM 10   to production of documents.  The first thing that occurs to us --

10:50AM 11   and if you're not prepared to discuss it today, maybe we'll carry

10:50AM 12   these questions over to next week -- should we think about a

10:50AM 13   cutoff date for service of requests for production of documents

10:50AM 14   beyond which a party needs to get leave of court?  Is that a good

10:51AM 15   idea or a bad idea?

10:51AM 16         MR. HERMAN:  Steve Herman for the plaintiffs.

10:51AM 17         I think it makes sense; but, I would like, if we're

10:51AM 18   going to do that, the same caveat that we have for everything

10:51AM 19   else, which is trying to focus on the February 2012 trial.

10:51AM 20   Obviously, there will be other discovery requests related to

10:51AM 21   other issues in the litigation.

10:51AM 22         THE COURT:  I think, for purposes of our discussion of

10:51AM 23   these weekly meetings, we should just reach an agreement that all

10:51AM 24   I'm talking about is the February trial.  That's all I'm focused

10:51AM 25   on, too.

10:51AM  1      MR. HERMAN:  I think that's fair.  It would be
10:51AM  2  impossible for me to imagine that things aren't going to occur to
10:51AM  3  us; but, I also think it's fair that when they do, after a
10:51AM  4  certain point in time they should be rifle shots and not
10:51AM  5  shotguns, and we could, if not agree with BP or whomever, come to
10:51AM  6  the Court and say, this is why we need this and maybe didn't
10:52AM  7  think of it before.
10:52AM  8      THE COURT:  Good.  Well, let's put that on the agenda
10:52AM  9  for next week and see if we can agree to a date, and we'll go
10:52AM 10  ahead and do that.
10:52AM 11      If we do that, then the issue is should we also
10:52AM 12  impose a deadline on the defendants for responding to all
10:52AM 13  outstanding discovery requests?  That's a little bit more
10:52AM 14  problematic, but I would like to put that out there for everybody
10:52AM 15  to think about.
10:52AM 16      MR. LANGAN:  Your Honor, this doesn't directly relate to
10:52AM 17  that, but one thing I want to mention is that under
10:52AM 18  Pretrial Order 11, our ability to seek discovery of the
10:52AM 19  plaintiffs has been limited to a PPF so far.  I gather that when
10:52AM 20  plaintiffs are selected from potentials in 9H through trial --
10:52AM 21      THE COURT:  That's a whole new track.
10:52AM 22      MR. LANGAN:  We haven't even started.  So before we're
10:53AM 23  cut off, can we start?
10:53AM 24      THE COURT:  It's a whole new track.
10:53AM 25      MR. LANGAN:  Yes, exactly.

10:53AM 1          THE COURT:  I consider that to be a whole new track.

10:53AM 2          MR. LANGAN:  I see it differently, too, but I just

10:53AM 3   wanted to mention that.

10:53AM 4          THE COURT:  I think that's good, and I think it's a good

10:53AM 5   understanding that that's a separate track that we haven't even

10:53AM 6   started on.

10:53AM 7          MR. LANGAN:  Thank you.

10:53AM 8          THE COURT:  No problem.

10:53AM 9          MR. GODWIN:  Your Honor, may I?

10:53AM 10         THE COURT:  Yes, Don, come on up.

10:53AM 11         MR. GODWIN:  Thank you.  Don Godwin for Halliburton.

10:53AM 12             As you're trying to fill other dates, I thought I

10:53AM 13  would inform you of some dates that have -- appear to need to be

10:53AM 14  freed up.

10:53AM 15             As you know, Tony Buzbee represents Leo Lindner,

10:53AM 16  and he's on the calendar, Mr. Lindner is, for April 25 and 26.

10:53AM 17             Tony, we contacted him this week, he's trying to

10:53AM 18  reach his client.  He said he should be back with us early this

10:53AM 19  coming week; but, he indicated that the 25th and the 26th would

10:53AM 20  likely not work, so that frees up those two days in the event you

10:53AM 21  should want to use them for other depositions.

10:54AM 22         THE COURT:  We do.

10:54AM 23         MR. GODWIN:  Likewise, Mr. Joshua Kritzer and

10:54AM 24  Heath Lambert are represented by Kurt Arnold, as Your Honor may

10:54AM 25  know.  He tells us that April 6 and 7 for Kritzer are not good;

10:54AM 1  April 27 and 28 for Lambert are not good; but, he has offered

10:54AM 2  both up for -- is it June?   June 20 through 24.

10:54AM 3          THE COURT:  That's Kritzer and --

10:54AM 4          MR. GODWIN:  Kritzer and Lambert can be available for

10:54AM 5  those four days in there, both of them, June 20 through 24.  So

10:54AM 6  that would fill those days up.  Then we're just waiting on

10:54AM 7  Leo Lindner.

10:54AM 8          THE COURT:  Mr. Cunningham, are those dates okay by you?

10:54AM 9          MR. CUNNINGHAM:  Yes, Your Honor.

10:54AM 10         THE COURT:  Let's take Kritzer on the first two days,

10:55AM 11 which is --

10:55AM 12         MR. MAZE:  20 and 21.

10:55AM 13         THE COURT:  -- 20 and 21.  22 and 23 will be --

10:55AM 14         MR. MAZE:  Lambert.

10:55AM 15         THE COURT:  -- Lambert.

10:55AM 16         MR. GODWIN:  We'll notify Kurt Arnold, Your Honor.

10:55AM 17         THE COURT:  That's great.  Thank you.

10:55AM 18         MR. GODWIN:  You're welcome.

10:55AM 19         MR. LANGAN:  Your Honor, Andy Langan.

10:55AM 20            Sorry to interrupt your agenda.  Are we in sort of

10:55AM 21 the minor correction mode?

10:55AM 22         THE COURT:  Yes, why not.  Why not.

10:55AM 23         MR. LANGAN:  Number 96, Gil Cowlam, which is on page 2

10:55AM 24 on Your Honor's March 23rd Order, it says here June 7th and 8th.

10:55AM 25 I'm pretty sure we had it down for June 6th and 7th.

10:55AM  1          MR. YORK:  No.  June 7th and 8th.

10:56AM  2          THE COURT:  If you want to change it, we can go back to

10:56AM  3  the transcript -- no, I'm kidding.

10:56AM  4          What do you all show?  Andy, is that better for

10:56AM  5  him?

10:56AM  6          MR. LANGAN:  I think our records show 7th and 8th -- or

10:56AM  7  6th and 7th.  If everybody in here says it's the 7th and the 8th,

10:56AM  8  then I can go back.

10:56AM  9          MR. CUNNINGHAM:  We show 7th and 8th.

10:56AM 10          MR. LANGAN:  Let's just leave it at 7 and 8 then.

10:56AM 11  That's fine.

10:56AM 12          THE COURT:  Andy, if it needs to get changed, let us

10:56AM 13  know.

10:56AM 14          MR. LANGAN:  I appreciate that.

10:56AM 15          Here is one that does.  Phillip Earl Lee, who is

10:56AM 16  down for May 23 and 24, I am told -- I don't know if there is

10:56AM 17  individual counsel involved, but it's June 1 and 2 will work for

10:56AM 18  Phillip Earl Lee, and we would like to make that change.

10:56AM 19          THE COURT:  So he was set May 23, 24, and Phillip Earl

10:57AM 20  Lee will now be June 1 and 2.

10:57AM 21          Mr. Cunningham, that's okay?

10:57AM 22          MR. CUNNINGHAM:  Yes, Your Honor.

10:57AM 23          THE COURT:  Thank you.

10:57AM 24          MR. LANGAN:  Thank you.

10:57AM 25          THE COURT:  Okay.

10:57AM 1      MR. MAZE:  I have a question about the 23rd --

10:57AM 2      THE COURT:  Of June?

10:57AM 3      MR. MAZE:  -- 23rd of June.  Do we now have quadruple

10:57AM 4 track in New Orleans on the 23rd, being Hollack (spelled

10:57AM 5 phonetically), Schneider, Billon and Lambert?  Looks like we have

10:57AM 6 four that day and then one in London.  It's not a problem, but I

10:57AM 7 just, I don't think we've had four before.

10:57AM 8      MR. CUNNINGHAM:  Hopefully that won't happen too

10:57AM 9 frequently, but we can work it out when it does.

10:57AM 10      THE COURT:  That's now quintuple.

10:57AM 11      MR. MAZE:  Just one track way on the other side of the

10:57AM 12 pond.

10:57AM 13      THE COURT:  Exactly.  Is that a problem for the PSC?

10:57AM 14      MR. CUNNINGHAM:  We just --

10:57AM 15      THE COURT:  No, no problem.  Duke will cover two of them

10:58AM 16 for you.

10:58AM 17      So here is our next issue that I want to talk about

10:58AM 18 is we want to get the custodial files for the London witnesses

10:58AM 19 produced in advance, so we're not scrambling around before

10:58AM 20 everybody goes to London.

10:58AM 21      Andy, do you think we can agree to a date in

10:58AM 22 advance?  The depositions start in London the first week of June.

10:58AM 23 Do you think maybe by mid May?

10:58AM 24      MR. LANGAN:  Your Honor, if you're suggesting that we

10:58AM 25 need to have all custodial files for all London witnesses done in

10:58AM 1   May, that's a huge problem for us.

10:58AM 2           THE COURT:  It is?

10:58AM 3           MR. LANGAN:  Absolutely.  You cannot underestimate the

10:58AM 4   amount of work involved here.  It's extremely time consuming.

10:59AM 5                So there is going to be a rolling production for

10:59AM 6   these.  Just because people fly to London doesn't mean the

10:59AM 7   productions aren't going to keep happening back here.  I'm sorry,

10:59AM 8   I cannot -- I cannot come close to making a commitment like that.

10:59AM 9           THE COURT:  Well, would you talk to the IT people and

10:59AM 10  see what you can do, to the extent possible, to try to get the

10:59AM 11  production done in sufficient time that as much as can be done

10:59AM 12  will be produced prior to these guys getting on the flight.

10:59AM 13          MR. LANGAN:  I'll go back and we'll come back and say

10:59AM 14  here is what we think we can do, but I cannot image we can say it

10:59AM 15  will all be in the can by May 15th.  It's not going to happen.

10:59AM 16          THE COURT:  All right.

10:59AM 17          MR. LANGAN:  Thank you.  Now that we know Your Honor's

10:59AM 18  interest, it's a sensible approach, but I want to manage

10:59AM 19  expectations.

10:59AM 20          THE COURT:  What I'm thinking is, Andy, and I know you

11:00AM 21  agree with this concern, is that everything in London go as

11:00AM 22  smoothly as possible and that we don't have any major bumps in

11:00AM 23  the road.  I know that's a concern for you, as well.  I'm just

11:00AM 24  trying to look forward and see that we are going to have smooth

11:00AM 25  sailing.

| | | |
|---|---|---|
| 11:00AM | 1 | MR. LANGAN:  Okay. |
| 11:00AM | 2 | THE COURT:  Okay? |
| 11:00AM | 3 | MR. LANGAN:  Thank you. |
| 11:00AM | 4 | THE COURT:  Thanks. |
| 11:00AM | 5 | MR. MILLER:  Your Honor, if I may, I don't want to get |
| 11:00AM | 6 | you out of order, but before the calendar gets too filled up, I |
| 11:00AM | 7 | do have dates for all of the Transocean 30(b)(6) topics with |
| 11:00AM | 8 | designees. |
| 11:00AM | 9 | THE COURT:  You're on my agenda in a little while. |
| 11:00AM | 10 | MR. MILLER:  I just want to -- some of these dates are |
| 11:00AM | 11 | getting pretty filled up, and some of those dates are the only |
| 11:00AM | 12 | dates I have for some of the corporate witnesses, so I'm just |
| 11:00AM | 13 | saying that. |
| 11:00AM | 14 | THE COURT:  Hold on.  Let's accommodate you.  Where are |
| 11:01AM | 15 | you? |
| 11:01AM | 16 | MR. MILLER:  I don't want my grade to go down, |
| 11:01AM | 17 | Your Honor.  If I wait too long, then we get some dates all |
| 11:01AM | 18 | clogged up. |
| 11:01AM | 19 | THE COURT:  Here we go.  Well, we already have dates for |
| 11:01AM | 20 | Mr. Rose, which is master list Number 70, which was April 25 and |
| 11:01AM | 21 | 26; and, Mr. Ezell, master list Number 52, March 30 and 31. |
| 11:01AM | 22 | You've got other designees? |
| 11:01AM | 23 | MR. YORK:  Your Honor, that date for Ezell in your |
| 11:01AM | 24 | order, I think counsel determined was an incorrect date.  It |
| 11:01AM | 25 | should be April 27 and 28 for Mr. Ezell. |

11:01AM  1          MR. MILLER:  We had changed that a couple of conferences

11:01AM  2  ago.  We flip-flopped his offshore schedule between March and

11:01AM  3  April.  So Alan is correct.

11:01AM  4          THE COURT:  So we've got it down; Ezell is down?

11:01AM  5          MR. MILLER:  We've got it correct on the physical

11:01AM  6  calendar, yes, Your Honor.

11:01AM  7          THE COURT:  That's confirmed.  Then you've got other

11:01AM  8  designees?

11:02AM  9          MR. MILLER:  Yes, I have other designees.

11:02AM 10          You've covered Rose.  You've covered Ezell.  I can

11:02AM 11  either give the topics in court or just write a letter and give

11:02AM 12  the topics later on.

11:02AM 13          THE COURT:  Why don't you write a letter and give the

11:02AM 14  topics, but let's get the deponents down.

11:02AM 15          MR. MILLER:  I only have two more, and these four are

11:02AM 16  going to cover all 32.  Both of these would need to be the week

11:02AM 17  of June 27, and I know we're getting congested during that time

11:02AM 18  period.

11:02AM 19          THE COURT:  Yes, we are.

11:02AM 20          MR. MILLER:  But they are Bill Ambrose --

11:02AM 21          THE COURT:  Bill Ambrose.

11:02AM 22          MR. MILLER:  -- and Larry McMahan.  He's got an unusual

11:02AM 23  spelling.  Let me give it to you.  M-C capital M-A-H-A-N.

11:02AM 24          THE COURT:  What are their available dates; that whole

11:02AM 25  week?

11:02AM 1     MR. MILLER:  That week.  We can plug them in during that

11:02AM 2 week.  They are going to cover a number of the topics.

11:02AM 3     THE COURT:  So we're going to let Mr. Cunningham tell us

11:02AM 4 how he wants to handle that.

11:02AM 5     MR. CUNNINGHAM:  One on the 27th and one on the 29th, I

11:03AM 6 guess.  It doesn't matter much which one.

11:03AM 7     THE COURT:  Why don't we take Ambrose 27, 28.

11:03AM 8     MR. YORK:  Bill Ambrose?

11:03AM 9     THE COURT:  Bill Ambrose.

11:03AM 10     MR. MILLER:  Yes.

11:03AM 11     THE COURT:  Then Larry McMahan, M-C cap M-A-H-A-N, will

11:03AM 12 be 29 and 30.

11:03AM 13     MR. FITCH:  I'm sorry, Judge, which month?

11:03AM 14     THE COURT:  June.

11:03AM 15     MR. FITCH:  Thank you.

11:03AM 16     THE COURT:  It will be a busy month.

11:03AM 17     MR. MILLER:  As will April and May.

11:03AM 18     THE COURT:  If you don't mind, go ahead and let

11:03AM 19 everybody know which topics all four of these guys will be.

11:03AM 20     MR. MILLER:  All four will cover 32, and I'll write a

11:03AM 21 letter.

11:03AM 22     THE COURT:  Sounds good.  Thank you, Kerry.

11:03AM 23     MR. MILLER:  Thank you.

11:03AM 24     THE COURT:  Let's see.  We want to talk about whether we

11:04AM 25 firmed up the tentative dates for Sir William Castell and

11:04AM  1   Mr. Inglis.

11:04AM  2          MR. LANGAN:  I think we can drop the tentative for

11:04AM  3   Sir William Castell.

11:04AM  4          THE COURT:  Great.  So he will be confirmed for June 22

11:04AM  5   and 23?

11:04AM  6          MR. LANGAN:  Yes, you can put that down.

11:04AM  7          The Inglis thing, the situation hasn't changed.

11:04AM  8   The trial is still there.

11:04AM  9          THE COURT:  We'll just carry him over week to week.

11:04AM 10          Andy, you might as well stand up.

11:04AM 11          MR. LANGAN:  Your Honor, I should mention for

11:04AM 12   Sir William, personal counsel may surface.  I don't know.  It's

11:04AM 13   up in the air.  But if it does, I guess I have to -- you know,

11:04AM 14   maybe he's going to start talking about the Hague Convention, who

11:04AM 15   knows.  Right now, there is no indication of that, but I just

11:04AM 16   want to leave that out, okay.

11:04AM 17          THE COURT:  All right.  Let's talk about the CSI

11:05AM 18   Rule 30(b)(6) deposition.

11:05AM 19          MR. LANGAN:  Yes.

11:05AM 20          THE COURT:  I guess the first question, Andy, is

11:05AM 21   Mr. Brown and Mr. Sabins, are they the only 30(b)(6) designees?

11:05AM 22          MR. LANGAN:  They are.  They are.

11:05AM 23          THE COURT:  That's good.  We have them already scheduled

11:05AM 24   and not tentative, correct?

11:05AM 25          MR. LANGAN:  Correct.

11:05AM 1          THE COURT:  Do we have the designated areas of

11:05AM 2   testimony?

11:05AM 3          MR. LANGAN:  We do.

11:05AM 4          THE COURT:  Good.  That's been circulated?

11:05AM 5          MR. LANGAN:  I was going to tell people today because

11:05AM 6   I'm happy to put it on the record, my understanding.

11:05AM 7          THE COURT:  Okay.

11:05AM 8          MR. LANGAN:  Mr. Sabins will cover topic one, except the

11:05AM 9   modeling portion of topic one, two, three, four, and six.

11:05AM 10  Mr. Brown will cover the modeling portion of topic one.

11:05AM 11         Then I have a note here that says for topic five,

11:06AM 12  some clarification is needed because topic five asks something

11:06AM 13  like, tell us about every single bit of business you've ever had

11:06AM 14  with BP, or something.

11:06AM 15         So there may be some narrowing, but Mr. Sabins is

11:06AM 16  the right one to cover topic five, so I'm told, with their

11:06AM 17  counsel's suggestion that some narrowing is needed for topic

11:06AM 18  five.

11:06AM 19         MS. KUCHLER:  Sabins or Brown?

11:06AM 20         MR. LANGAN:  Sabins for topic five.

11:06AM 21         So, really, Brown does a little, Sabins does a lot.

11:06AM 22         MR. YORK:  So Brown only has one, the modeling.

11:06AM 23         MR. LANGAN:  That is correct.  That is what I

11:06AM 24  understand.

11:06AM 25         THE COURT:  Let me ask you all, maybe you all should

| | |
|---|---|
| 11:06AM 1 | look at those and see if perhaps Mr. Brown doesn't need to take |
| 11:06AM 2 | two full days.  It sounds like Mr. Sabins is going to take two |
| 11:07AM 3 | full days.  But take a look at those designations, and we can |
| 11:07AM 4 | revisit that next week, okay. |
| 11:07AM 5 | That does it for CSI.  That's great. |
| 11:07AM 6 | Andy, let's talk about Mr. Guide. |
| 11:07AM 7 | MR. LANGAN:  Confirmed. |
| 11:07AM 8 | THE COURT:  Confirmed for May 9 and 10, right? |
| 11:07AM 9 | MR. LANGAN:  Correct. |
| 11:07AM 10 | THE COURT:  So that's not tentative anymore. |
| 11:07AM 11 | Mr. O'Bryan? |
| 11:07AM 12 | MR. LANGAN:  The situation is the same.  That is, the |
| 11:07AM 13 | 7th and 8th are being held.  His personal counsel, I think, is |
| 11:07AM 14 | here in court -- |
| 11:07AM 15 | THE COURT:  Oh, is he? |
| 11:07AM 16 | MR. LANGAN:  -- I believe, or was. |
| 11:07AM 17 | Again, there is a chance that may have to get moved |
| 11:07AM 18 | depending if there is London slop over, and that, in turn, |
| 11:07AM 19 | depends on Mr. Inglis.  So my steady advice is let's keep it |
| 11:07AM 20 | where it is. |
| 11:07AM 21 | THE COURT:  Keep it going, okay. |
| 11:07AM 22 | Mr. Mogford. |
| 11:07AM 23 | MR. LANGAN:  Mr. Mogford, our former employee, we have |
| 11:08AM 24 | reached out to him.  I do not have an update.  He has been |
| 11:08AM 25 | contacted and told his deposition is being sought.  I don't have |

11:08AM 1   dates.  We're going to stay on it.

11:08AM 2          THE COURT:  That's right.  We'll just continue it until

11:08AM 3   next week.

11:08AM 4              Mr. Vidrine?

11:08AM 5          MR. LANGAN:  Your Honor, on Mr. Vidrine, the health

11:08AM 6   issues remain.  I don't think there is a problem with the dates,

11:08AM 7   but we have the health issues.

11:08AM 8          THE COURT:  What we'll do is we'll just keep that

11:08AM 9   tentative because of health; and, if you hear anything, we'll ask

11:08AM 10  you just to tell us.

11:08AM 11             How about Kevin Lacy?

11:08AM 12         MR. LANGAN:  We can scratch the tentative and insert

11:08AM 13  confirmed for June 1st and 2nd.

11:08AM 14         THE COURT:  Good.  Confirmed June 1 and 2.  All right.

11:08AM 15             I think that's it for you for a while, Andy.

11:08AM 16         THE CLERK:  Wait, what about the costs on Lacy and him

11:08AM 17  coming to New Orleans and all?

11:08AM 18         THE COURT:  I'm sorry, I did skip that.

11:08AM 19         MR. LANGAN:  We're still working that issue.

11:09AM 20         THE COURT:  Good enough.  We'll put that down for next

11:09AM 21  week, Andy.

11:09AM 22             Let's see, the PSC needs to update us on the

11:09AM 23  Oceaneering Rule 30(b)(6) which we had down tentatively for

11:09AM 24  April 12th.

11:09AM 25         MR. WILLIAMS:  Good morning, Your Honor, Duke Williams

11:09AM  1    for the PSC on the Oceaneering.

11:09AM  2                  I have been in touch with Mr. Ralph Kraft over in

11:09AM  3    Lafayette about this.  We're working with Ralph.  He's going to

11:10AM  4    break his production down in probably two segments, pre and post.

11:10AM  5    Apparently, there is a lot of stuff, according to him.

11:10AM  6                  But it is on for that day.  He has not given us the

11:10AM  7    named representatives yet, but he's promised to do that.  I think

11:10AM  8    I'm supposed to talk to him again next Tuesday.

11:10AM  9              THE COURT:  Good.  Okay.

11:10AM 10              MR. WILLIAMS:  When we do, we'll let everybody know

11:10AM 11    what's going on.

11:10AM 12              THE COURT:  Are you still comfortable with one day?

11:10AM 13              MR. WILLIAMS:  I think so.  I think so.  It might be a

11:10AM 14    long day, but we ought to be able to accomplish it.

11:10AM 15              THE COURT:  Okay.  Good.

11:10AM 16                  What about Cobalt International?  Are you working

11:10AM 17    on that one, Duke?

11:10AM 18              MR. WILLIAMS:  No.

11:10AM 19              MR. WILLIAMSON:  Jimmy Williamson, Your Honor, for the

11:10AM 20    PSC.

11:10AM 21                  The Cobalt deposition is kind of indefinitely

11:10AM 22    postponed for right now, so we will reapproach the Court if we

11:10AM 23    need to talk about that.

11:11AM 24              THE COURT:  Good.  Thank you.

11:11AM 25                  We had Wild Well Control tentatively set for

11:11AM 1    April 13.

11:11AM 2            MR. WILLIAMSON:  Your Honor, Jimmy Williamson for the

11:11AM 3    PSC.

11:11AM 4                I'm in contact with Mr. Russo, who is assisting

11:11AM 5    with that.  I talked with him this morning.

11:11AM 6                Number one, April 13th will need to be moved to

11:11AM 7    probably June or July.  Mr. Russo and I have agreed to confer

11:11AM 8    and, of course, come to the Court as soon as we have a suggested

11:11AM 9    date.

11:11AM 10               Number two, they have agreed to produce documents,

11:11AM 11   and we're working on that.  They are going to produce documents

11:11AM 12   in advance of the deposition, so on a rolling basis.

11:11AM 13               So I'm going to be in contact with him over the

11:11AM 14   next few days to try to see if we have an agreed-upon protocol.

11:11AM 15   Right now, it looks like we will.

11:11AM 16           THE COURT:  Good, thank you.

11:11AM 17               Andy, you were to figure out the issue with

11:11AM 18   Pat Campbell of Wild Well, right?

11:11AM 19           MR. LANGAN:  Yes, Your Honor.

11:11AM 20               Since last Friday, we have gone back to

11:12AM 21   Mr. Campbell -- I don't think there is a lawyer involved, I think

11:12AM 22   Mr. Campbell, himself -- a partner of mine, and teed up both

11:12AM 23   issues:  We really want to do it sooner, the Court has asked us

11:12AM 24   to really do it sooner, and can't you come to New Orleans.

11:12AM 25               We're working those issues.  I don't have a

11:12AM  1   definitive answer, but both of those are on our radar screen.

11:12AM  2           THE COURT:  Okay.  We'll cover it next week.

11:12AM  3                  All right.  Andy, you're still up.

11:12AM  4           MR. LANGAN:  Yes.

11:12AM  5           THE COURT:  Let's see, first is Add Energy.

11:12AM  6           MR. LANGAN:  Yes.  All right.  Add Energy, we have been

11:12AM  7   in touch with, and we have a witness and dates.

11:12AM  8           THE COURT:  Great.

11:12AM  9           MR. LANGAN:  Mr. Maze mentioned that June 23 and 24 are

11:12AM 10   getting filled.  Well, I'm going to exacerbate that issue.

11:12AM 11                  The deponent, and I will spell his name in a

11:12AM 12   minute, is a resident of Norway.  They have said, apparently,

11:12AM 13   they are happy to come to London, so this would be part of the

11:13AM 14   London track, June 23rd and 24th.

11:13AM 15                  The deponent's name, I'm sure I'm going to butcher

11:13AM 16   this, is Haug, H-A-U-G, Emilson, E-M-I-L-S-O-N.

11:13AM 17                  So that's Add Energy 30(b)(6), June 23 and 24,

11:13AM 18   Kirkland & Ellis in London.

11:13AM 19           THE COURT:  Great.

11:13AM 20           MR. LANGAN:  Your Honor, for Baker Risk and Stress

11:13AM 21   Engineering, I do not have dates.  We are in active conversations

11:13AM 22   with both of those entities.  I don't anticipate any problems.

11:13AM 23                  They want to talk about payment, how they are going

11:13AM 24   to get reimbursed for their time.  There may be contractual

11:13AM 25   issues where BP sort of has to.  I certainly hope that the next

11:13AM 1     time we're together we can report on that.

11:14AM 2         THE COURT:  Okay, great.  Then last, but not least, is

11:14AM 3     Vector Magnetics.

11:14AM 4         MR. LANGAN:  I don't know that that was in our court.

11:14AM 5         THE COURT:  It wasn't?

11:14AM 6         MR. LANGAN:  Maybe I'm wrong.

11:14AM 7         THE COURT:  No.

11:14AM 8         MR. YORK:  It is.

11:14AM 9         THE COURT:  It is.

11:14AM 10         MR. YORK:  It's another one of BP's contractors who we

11:14AM 11     have prepared the 12(b) notice for and have submitted it to the

11:14AM 12     parties, but BP was to contact them because we weren't sure we

11:14AM 13     could contact them directly.

11:14AM 14         THE COURT:  So, Andy, why don't you put --

11:14AM 15         MR. YORK:  Alan York for Halliburton.

11:14AM 16         THE COURT:  -- Vector Magnetics down.  You've got the

11:14AM 17     30(b)(6) notice.

11:14AM 18         MR. LANGAN:  Yes, the ball is in our court on Vector.  I

11:14AM 19     don't have a report on Vector.

11:14AM 20         THE COURT:  Anadarko is up next to report.

11:14AM 21         MR. FITCH:  Yes, Judge.

11:14AM 22         THE COURT:  Let's talk about Randy Smith Training

11:15AM 23     Solutions.

11:15AM 24         MR. FITCH:  Tony Fitch for Anadarko/MOEX.

11:15AM 25            This is one that has a cost issue, also.  I have an

11:15AM  1   available date either Monday, May 9, or Monday, May 16.

11:15AM  2              THE COURT:  Hold on.

11:15AM  3              MR. FITCH:  I anticipate this would be a one-day

11:15AM  4   deposition with one representative whose name is Eric Guidry,

11:15AM  5   G-U-I-D-R-Y.

11:15AM  6              THE COURT:  Mr. Guidry.  The dates were --

11:15AM  7              MR. FITCH:  Either May 9 or May 16.

11:15AM  8              THE COURT:  We're going to let Mr. Cunningham make that

11:15AM  9   call.

11:15AM 10              MR. CUNNINGHAM:  It looks like the 9th would be better.

11:15AM 11              THE COURT:  It looks like the 9th is going to be better,

11:16AM 12   so we'll go with the 9th for Mr. Guidry.

11:16AM 13              MR. FITCH:  I think that the document schedule -- the

11:16AM 14   document production list has been satisfactorily worked out;

11:16AM 15   although, I'm happy to share that with others.  There haven't

11:16AM 16   been any problems expressed by Randy Smith with respect to the

11:16AM 17   six topics in the actual topic schedule.

11:16AM 18              THE COURT:  Great.  Tony, if you wouldn't mind, why

11:16AM 19   don't you circulate the final 30(b)(6) and the document request

11:16AM 20   list, so everybody will have it.

11:16AM 21              MR. FITCH:  I will do so.

11:16AM 22              THE COURT:  That's great.

11:16AM 23              MR. FITCH:  As I said, this is one company that has

11:16AM 24   raised considerations of travel costs.

11:16AM 25              THE COURT:  Where are they coming from?

11:16AM 1          MR. FITCH:  He's coming from Lafayette, Louisiana.

11:16AM 2          THE COURT:  I'll bet you we can take care of that.

11:16AM 3          MR. FITCH:  That one may be the easy one.

11:16AM 4          THE COURT:  Let's talk about Nexen, Incorporated,

11:17AM 5    N-E-X-E-N.

11:17AM 6          MR. FITCH:  Nexen is available on the week -- the end of

11:17AM 7    the week of April 25, and early in the week of May 23.

11:17AM 8              Again, I think this is a one-day deposition, unless

11:17AM 9    others think differently.

11:17AM 10         THE COURT:  So April 25th, that whole week?

11:17AM 11         MR. FITCH:  That's my understanding, yes.

11:17AM 12         THE COURT:  Then the early part of May 23rd.

11:17AM 13         MR. MAZE:  I don't think we have anybody definite on

11:17AM 14   May 23rd.

11:17AM 15         MR. CUNNINGHAM:  That looks like the best.

11:17AM 16         THE COURT:  You want to do May 23rd?  What's the

11:17AM 17   witness' name?

11:17AM 18         MR. FITCH:  Do I know that?

11:17AM 19         THE COURT:  If you don't, we're just going to put Nexen

11:17AM 20   May 23rd.

11:17AM 21         MR. FITCH:  I think that's what we'll have to do right

11:17AM 22   now.  He's in their procurement department, but I don't have the

11:18AM 23   name.

11:18AM 24         THE COURT:  We'll just put Nexen, Inc., May 23rd.

11:18AM 25              Also, Tony, you were to contact DNV.

11:18AM 1          MR. FITCH:  DNV is little more complicated.

11:18AM 2          THE COURT:  Yes, I'll bet.

11:18AM 3          MR. FITCH:  As you know, the report has -- the testing,

11:18AM 4 what is now the first round of testing has been completed, and

11:18AM 5 the report is publicly available and generally distributed.

11:18AM 6          The MBI testimony is, what, week after next, as I

11:18AM 7 understand it, and I've been told by government counsel, by DOI

11:18AM 8 counsel, that the contract will be closed at the end of April.

11:18AM 9 Therefore, thereafter, DNV is available for deposition testimony;

11:18AM 10 but, the issue, of course -- and I have found some May dates for

11:19AM 11 their two representatives.

11:19AM 12          THE COURT:  Well, I guess the issue is for the entire

11:19AM 13 group, do we want to take the deposition before the further

11:19AM 14 testing is completed, or do we want to take the deposition after

11:19AM 15 the further testing is done?

11:19AM 16          MR. FITCH:  That's the issue.  I would think the latter,

11:19AM 17 but others are better informed than I.

11:19AM 18          THE COURT:  Well, do you all want to think about that

11:19AM 19 and get back to us next week?  You've got dates in May for the

11:19AM 20 portion of the deposition for the original work that DNV did?

11:19AM 21          MR. FITCH:  I have dates, May 19 to 28, and two names.

11:19AM 22 I don't have their topics list.

11:19AM 23          They have raised the issue of compensation for the

11:19AM 24 two witnesses, one from Houston, one from Columbus, Ohio,

11:20AM 25 including, at their request, a charge for their time.  They give

11:20AM 1    an estimate of $14,000.  I personally have some problems with

11:20AM 2    that.

11:20AM 3            THE COURT:  Yes, and I'm wondering whether these

11:20AM 4    gentlemen are going to be back down here doing continuing work.

11:20AM 5    I don't know.

11:20AM 6            MR. FITCH:  Well, that's a fair question, and I'll ask.

11:20AM 7            One of them is supposedly going to be informed

11:20AM 8    about it; therefore, I would speculate, is involved in the actual

11:20AM 9    forensic analysis, their engineering analysis.

11:20AM 10           The other one, probably the one from Columbus would

11:20AM 11   be my guess, is involved in what their counsel calls the business

11:20AM 12   issues that are one or two topics, so, clearly the lesser of the

11:20AM 13   two witnesses.

11:20AM 14           THE COURT:  Right.  Well --

11:20AM 15           MR. FITCH:  I can follow up on all that and do another

11:20AM 16   report next week, if you want.

11:20AM 17           THE COURT:  That would be fine.

11:21AM 18           In the meantime, I would like everybody to think

11:21AM 19   about whether you all want to defer this, perhaps, to the last

11:21AM 20   two weeks in June when the second phase of testing should be

11:21AM 21   finished.

11:21AM 22           MR. CUNNINGHAM:  I can speak for us now.  That's what we

11:21AM 23   want.

11:21AM 24           THE COURT:  Mr. Cunningham, come on up so we can get you

11:21AM 25   on the record.

11:21AM 1        MR. CUNNINGHAM:  Robert Cunningham, PSC.

11:21AM 2            Your Honor, we would rather wait until after the

11:21AM 3    testing is done, period.

11:21AM 4        THE COURT:  So, Tony --

11:21AM 5        MR. FITCH:  Judge, that makes sense.

11:21AM 6        THE COURT:  I think so, too.

11:21AM 7        MR. FITCH:  I'll work with them for a date.

11:21AM 8            Let me ask Mr. Cunningham, late June, or if this is

11:21AM 9    one he's willing to push to July, which he has been reluctant

11:21AM 10   about, understandably, so far.

11:21AM 11       THE COURT:  As I understand it, not only the testing but

11:21AM 12   the report of the second phase of testing will be done by

11:21AM 13   June 15th.

11:21AM 14       MR. FITCH:  I think Judge Barbier made that clear for

11:21AM 15   the first time this morning, but I think that's right.

11:22AM 16       THE COURT:  I knew it last week, but okay.

11:22AM 17           So I guess the issue is do we want to, for

11:22AM 18   instance, try to get that slotted in last half of June?

11:22AM 19   Mr. Cunningham says yes.  Phil Wittmann, I assume, is at the

11:22AM 20   podium to say no.

11:22AM 21       MR. WITTMANN:  No, Your Honor.  I'm here to agree with

11:22AM 22   Mr. Cunningham.  Cameron would also like to defer until after the

11:22AM 23   final testing is done.

11:22AM 24       THE COURT:  So, Tony, would you please, when you contact

11:22AM 25   them again, ask for dates in the last two weeks of June.

11:22AM 1          MR. FITCH:  I will, Your Honor.

11:22AM 2          MR. CUNNINGHAM:  Robert Cunningham.

11:22AM 3              Would you ask him not to ask for June 23rd.

11:22AM 4          THE COURT:  Please don't ask for June 23rd, where we've

11:22AM 5  already got five people being deposed that day.

11:22AM 6          MR. CUNNINGHAM:  Six.

11:22AM 7          THE COURT:  Six, I'm sorry.  We're up to six.

11:23AM 8          MR. MAZE:  It looks like 27 and 28 only have two at most

11:23AM 9  in New Orleans.  Well, 29 and 30 are about the same.  So that

11:23AM 10 week would be the best.

11:23AM 11         THE COURT:  The week of June 26th would be, really, a

11:23AM 12 good week to target for.

11:23AM 13         MR. FITCH:  I'll try that, Judge.

11:23AM 14         THE COURT:  See how that flies, right?

11:23AM 15         MR. FITCH:  Yes, ma'am.

11:23AM 16         THE COURT:  Thank you.

11:23AM 17             Andy, you're back up.

11:23AM 18         MR. LANGAN:  Your Honor, I guess I'm up about Haynie and

11:23AM 19 McKay.

11:23AM 20         THE COURT:  That is right.

11:23AM 21         MR. LANGAN:  McKay, we are in contact with about

11:23AM 22 surveying.  He's a surveyor.  He's agreed to be deposed.  His

11:23AM 23 counsel is raising issues about time and travel costs for travel

11:23AM 24 to New Orleans.  I don't have dates.  I guess we're going to have

11:23AM 25 to tell them we're going to have to make some accommodation as a

11:24AM 1     group.  But that's the issue with McKay.

11:24AM 2          Haynie, I guess, is -- I'm sorry, McKay is with

11:24AM 3     DNV, Haynie is not.

11:24AM 4          THE COURT:  Correct.

11:24AM 5          MR. LANGAN:  Again, we're working on the surveyor as

11:24AM 6     well, Mr. Haynie.  So we expect to have dates shortly.

11:24AM 7          THE COURT:  Does the group agree that when Andy gets

11:24AM 8     back to these witnesses, that some accommodations for time and

11:24AM 9     travel will be made?

11:24AM 10         MR. CUNNINGHAM:  We do, the PSC.

11:24AM 11         THE COURT:  Andy, you can make that representation --

11:24AM 12         MR. LANGAN:  Okay.  Thank you.

11:24AM 13         THE COURT:  -- subject to my review for reasonableness.

11:24AM 14         MR. LANGAN:  Very good, Your Honor.  Thank you.

11:24AM 15         MR. FITCH:  Judge, this is Tony Fitch, again.  Should I

11:24AM 16    relay exactly the same to DNV?

11:24AM 17         THE COURT:  Yes.

11:24AM 18         MR. FITCH:  For accommodation for time and travel, but

11:24AM 19    not for other time?

11:24AM 20         THE COURT:  Right.  If they are already down here --

11:24AM 21    well, of course, by the last week in June, they should not be

11:24AM 22    down here anymore, so forget that thought.

11:25AM 23         MS. KUCHLER:  Deb Kuchler for Anadarko and MOEX.

11:25AM 24         I just want to make sure we're clear, I think

11:25AM 25    everybody is in agreement, except maybe Mr. Godwin, that the

11:25AM 1    travel expenses should be shared because it's cheaper to bring

11:25AM 2    them here than for all of us to go there, but I don't know that

11:25AM 3    we've reached an agreement to reimburse time.

11:25AM 4         Only that one party, I think, has asked for time;

11:25AM 5    but, if word gets out that we're reimbursing for time, all these

11:25AM 6    other companies may include that, as well.  So that may be

11:25AM 7    problematic as a precedent to set.

11:25AM 8         THE COURT:  I hear you.  What I've heard so far is a

11:25AM 9    request for DNV one time and a request for Mr. McKay for

11:25AM 10   reimbursement of time.  Are those the only two requests we've

11:25AM 11   heard so far?

11:25AM 12        MR. LANGAN:  Your Honor, Andy Langan for BP.

11:25AM 13        We've heard it from people with whom we have

11:25AM 14   contractual relationships with, that kind of point to the

11:25AM 15   contract.  I am not now proposing that those costs be spread, but

11:25AM 16   nor did I want there to be any lack of transparency about that.

11:26AM 17        MS. KIRBY:  So I just wanted to highlight that issue,

11:26AM 18   that that could end up being a growing expense.  Does time mean

11:26AM 19   time to prepare, which could be unlimited; time just for the

11:26AM 20   hours they're in a deposition; could we have a flat rate if we're

11:26AM 21   going to go down that road.  Just wanted to raise those

11:26AM 22   logistical issues before we're slapped with a really big bill at

11:26AM 23   the end.

11:26AM 24        THE COURT:  I think that's a big concern, especially

11:26AM 25   with DNV.

11:26AM 1      MR. GODWIN:  Don Godwin for Halliburton, Your Honor.

11:26AM 2      Bobo has convinced me that Halliburton should pay

11:26AM 3  its pro rata share of the costs.  Now, we're going to have to

11:26AM 4  talk about this time stuff, as Deb suggests.  As far as the

11:26AM 5  discount that Bobo is going to work for us on hotels and travel,

11:26AM 6  we can pitch in on that.

11:26AM 7      THE COURT:  Good.  Thank you, Don.

11:26AM 8      MR. GODWIN:  Thank you, Your Honor.

11:26AM 9      MR. LANGAN:  Your Honor, this is a miracle, as far as

11:26AM 10  I'm concerned.

11:26AM 11      THE COURT:  I think the whole thing so far is a miracle,

11:26AM 12  not just this one instance.

11:27AM 13      Let's talk about BP's 30(b)(6) deposition.

11:27AM 14      MR. LANGAN:  All right, Your Honor.  We're making

11:27AM 15  progress on topics and witnesses.  Let me just give you the

11:27AM 16  information that I have, which is Mr. Abhassion, who I believe is

11:27AM 17  down for early May, May 2nd and -- I'm sorry, May 3 and 4, can

11:27AM 18  cover, we believe -- and we're still locking this down, but I do

11:27AM 19  want to kind of move things along here -- can cover these topics,

11:27AM 20  we believe:  13, 22, 23, 24, 25, and 26.

11:27AM 21      Again, I would like to sort of hold on that to make

11:27AM 22  sure that we're squared away, but that's tentative.

11:28AM 23      THE COURT:  All of this is subject to confirmation.

11:28AM 24      MR. LANGAN:  Thank you.

11:28AM 25      Mr. Norman Wong, W-O-N-G, who is already on the

11:28AM  1    calendar, topic 33.

11:28AM  2            THE COURT:  When do we have Mr. Wong?

11:28AM  3            MR. LANGAN:  June, I believe, in the UK.

11:28AM  4            MR. YORK:  June 13, 14.

11:28AM  5            THE COURT:  June 13, okay.

11:28AM  6            MR. LANGAN:  Topic 33.

11:28AM  7            Mr. Cowie, C-O-W-I-E, who is also on the calendar,

11:28AM  8    I believe, 15 and 16 in the UK, topics 6, 14, 15, 16, 18.

11:28AM  9            Mr. Jonathan Bellow, who was on the list for May 2

11:28AM 10    and 3, topic 34.

11:29AM 11            I believe this may be a new deponent,

11:29AM 12    Dennis Johnson --

11:29AM 13            THE COURT:  Yes, I have not heard that name.

11:29AM 14            MR. LANGAN:  -- topic 28.  I don't have a date for

11:29AM 15    Mr. Johnson.

11:29AM 16            Then there is a deponent, who, again, I believe is

11:29AM 17    new, named Kennelly, K-E-N-N-E-L-L-Y, can cover at least portions

11:29AM 18    of topics 4 and 5.

11:29AM 19            I'm happy, as Mr. Miller suggested, to eventually

11:29AM 20    put this all in a letter; but, in the interest of moving this

11:29AM 21    along, I wanted to provide the Court with the information that I

11:29AM 22    have.  We are, I assure you, working diligently on the rest.

11:29AM 23            Again, Your Honor, not to belabor the point, but

11:29AM 24    when there is personal counsel involved, as there are for some of

11:29AM 25    these people, there are consent issues, and it's --

11:29AM 1          THE COURT:  It's very complicated.

11:29AM 2          MR. LANGAN:  -- it's tough.  Okay.  But that's where we

11:29AM 3     are.

11:29AM 4          THE COURT:  Good, good, good.

11:30AM 5          All right, Don, you're up.

11:30AM 6          Oh, I'm sorry, Alan, you're up.

11:30AM 7          MR. YORK:  Judge, as we reported last week, we had just

11:30AM 8     received the revised topics for Halliburton.  Yesterday morning,

11:30AM 9     we sent to the Court and to counsel a revision -- suggested

11:30AM 10    narrowing and revision of those topics, as everyone else has

11:30AM 11    done.

11:30AM 12         In that e-mail, we raised several -- I'm sorry,

11:30AM 13    Alan York for Halliburton.

11:30AM 14         We raised several issues in that e-mail.  Because

11:30AM 15    of the fact that our 30(b)(6) witnesses have actually been front

11:30AM 16    loaded on the calendar, ours has been a little bit more

11:30AM 17    piecemeal.

11:30AM 18         When we received the first list of Halliburton

11:30AM 19    30(b)(6) topics, at the Court's request we pulled the Sperry

11:30AM 20    topics out, narrowed them to an agreement of all the parties, and

11:30AM 21    presented Mr. Gisclair on those topics.

11:30AM 22         The Court allowed an additional five topics for

11:31AM 23    Mr. Gisclair from Transocean.  To be fair, one of those topics,

11:31AM 24    the contractual responsibilities, he didn't testify to, but, as

11:31AM 25    we see it, we have presented on 16 30(b)(6) topics at this point,

11:31AM 1    leaving 19 available under the Court's order.

11:31AM 2         The list that we received last week had 34 or

11:31AM 3    35 topics on it.  So what we did this week, since we had another

11:31AM 4    30(b)(6) designee coming up on the 30th and 31st, Mr. Richard

11:31AM 5    Vargo, was we took the topics that we knew Mr. Vargo would be

11:31AM 6    talking about -- or could be talking about, narrowed those to

11:31AM 7    what we thought were appropriate 30(b)(6) topics; but, after

11:31AM 8    narrowing and only limiting to his topics, that still leaves

11:31AM 9    21 topics, and there are only 19 available.

11:31AM 10         So at this point, we are at the Court's will; but,

11:31AM 11   as we see it, someone needs to tell us which 19 of those

11:32AM 12   21 topics Mr. Vargo should be prepared to speak about at his

11:32AM 13   deposition on the 30th and 31st.  Further, our understanding is

11:32AM 14   that at the conclusion, then, of Mr. Vargo's deposition, we have

11:32AM 15   completed our necessary 35 30(b)(6) topics.

11:32AM 16        MR. HERMAN:  Steve Herman for the plaintiffs.

11:32AM 17         I'll be happy to work through these issues with

11:32AM 18   Mr. York.  I think we can probably agree.  But, just for the

11:32AM 19   record, it was my understanding that at least some, if not all,

11:32AM 20   of the Sperry topics were really kind of ESI, IT type issues.

11:32AM 21         I always thought that it was intended that the IT,

11:32AM 22   ESI stuff was going to be in a separate -- I hate to use the word

11:32AM 23   track -- but a separate track from the liability stuff.  I may be

11:32AM 24   wrong about that, but that was my impression.  But I think I can

11:32AM 25   probably work with Mr. York to resolve the issue.

11:32AM 1          THE COURT:  Alan, what's your impression on the ESI?

11:33AM 2          MR. YORK:  Well, I think that there was a question about

11:33AM 3    that, but I don't remember any hearing where we talked about that

11:33AM 4    ESI would be pulled out and that you would get a separate number

11:33AM 5    of 30(b)(6) topics related to ESI.

11:33AM 6          Moreover, the initial list that we received from

11:33AM 7    which we pulled those Sperry topics was not an ESI list.  At the

11:33AM 8    most, my understanding was that the additional topics that

11:33AM 9    Transocean tendered were ESI.

11:33AM 10         So, of the original list that we got, there were

11:33AM 11   definitely 12 topics there that we considered to be designated

11:33AM 12   30(b)(6) topics.  Frankly, we believe that the additional topics

11:33AM 13   from Transocean fell under that same category.

11:33AM 14         But, again, I'm willing to work with Mr. Herman.

11:33AM 15   The only thing I would request is, obviously, since Mr. Vargo's

11:33AM 16   deposition is next Thursday and Friday, that we reach resolution

11:33AM 17   as soon as possible so that the witness can be fully prepared to

11:33AM 18   talk about it.

11:33AM 19         THE COURT:  Why don't we do this.  Why don't we see what

11:33AM 20   you guys can do.  If you haven't gotten it resolved by Monday

11:34AM 21   afternoon, why don't you all call and let's get it resolved

11:34AM 22   Monday evening or Tuesday morning.

11:34AM 23         MR. YORK:  We'll be here all next week.

11:34AM 24         THE COURT:  Good.

11:34AM 25         Relative to the Halliburton deposition, are the

11:34AM 1    only designees going to be Vargo and Quirk?

11:34AM 2         MR. YORK:  Well, actually, Your Honor, we had

11:34AM 3    Mr. Gisclair who testified to the Sperry topics.  Mr. Quirk

11:34AM 4    testified on four topics -- a portion of four topics.  Mr. Vargo

11:34AM 5    would pick up the remainder of those four.  So that should be it.

11:34AM 6         THE COURT:  That should complete it.

11:34AM 7         MR. YORK:  And Ms. Martinez just made a good point with

11:34AM 8    me, and that is the agreed notice that was filed incorrectly this

11:34AM 9    week with regard to the Halliburton topics had, for the first

11:35AM 10   time, a document request attached to it.  Since Mr. Vargo is

11:35AM 11   testifying next Thursday and Friday, we're certainly outside of

11:35AM 12   our ability to do a 10-day certification on any documents.

11:35AM 13        Our suggestion on that would be that, to the extent

11:35AM 14   that those document requests cover something that has not already

11:35AM 15   been produced or is in the process or subject to something else,

11:35AM 16   that we make it a part of the rolling production so that we don't

11:35AM 17   lose the deposition date of Mr. Vargo.

11:35AM 18        MR. HERMAN:  We'll agree to that; but, I mean, we would

11:35AM 19   obviously appreciate to the extent you can get us the stuff.

11:35AM 20        Steve Herman for the plaintiffs.

11:35AM 21        One of the depositions -- excuse me, one of the

11:35AM 22   basic document requests, which I think is fairly standard, is

11:35AM 23   please give us the documents that you're going to use to prepare

11:35AM 24   the 30(b)(6) witness.  Certainly, they can give us that set of

11:35AM 25   documents.  If there are other broader requests, I understand

11:36AM 1   that it is short notice, and they'll do the best they can.

11:36AM 2        MR. YORK:  Again, Alan York for Halliburton.

11:36AM 3             We're happy to work with PSC on that.  I just want

11:36AM 4   to put it on the record that since we're not likely to reach

11:36AM 5   resolution of this until Monday and the deposition starts on

11:36AM 6   Thursday, we will do everything in our power to do what we can

11:36AM 7   do.

11:36AM 8        MR. HERMAN:  I understand.

11:36AM 9        THE COURT:  Thank you.

11:36AM 10       MR. LARGE:  Your Honor, William Large for PSC.

11:36AM 11            I just wanted to correct one thing in the record

11:36AM 12  about our view about what the Sperry Sun 30(b)(6) topics were.

11:36AM 13            As Mr. Herman said, we are happy to work,

11:36AM 14  obviously, cooperatively with them; but, I just wanted to put on

11:36AM 15  the record that we certainly consider the first eight topics from

11:36AM 16  the Sperry Sun 30(b)(6) to be ESI related.  They all involve data

11:36AM 17  issues, storage device issues.  They were very particular to the

11:36AM 18  Insite database; however, they all involve technical issues of

11:37AM 19  where this information is stored and how it can be retrieved.

11:37AM 20       THE COURT:  Thank you.

11:37AM 21       MR. LARGE:  Thank you, Your Honor.

11:37AM 22       THE COURT:  So if you guys will take a look at that.  If

11:37AM 23  you can't work it out, whatever remains to be resolved, we'll

11:37AM 24  take care of it early next week.

11:37AM 25            We wanted to see if we could get a designee,

11:37AM 1  M-I Swaco, S-W-A-C-O, designee, for the insurance area of

11:37AM 2  examination.

11:37AM 3       MS. SCOFIELD:  Good morning, Denise Scofield for M-I.

11:37AM 4       Brad Billon, who is already scheduled, has agreed

11:37AM 5  to testify about that.  He's scheduled for June 23 and 24.

11:37AM 6       THE COURT:  So Billon will also testify with regard to

11:37AM 7  that area?

11:37AM 8       MS. SCOFIELD:  Yes.

11:37AM 9       THE COURT:  Okay.  Good.

11:37AM 10      MS. SCOFIELD:  To the extent you want to entertain it

11:37AM 11 now, there has also been a request for the deposition of

11:38AM 12 J.R. Smith of M-I, and I believe that was a BP request.  We are

11:38AM 13 prepared to present him on July 20 and 21.

11:38AM 14      THE COURT:  July 20, 21.  Is that something BP needs for

11:38AM 15 expert reports?

11:38AM 16      MR. LANGAN:  Your Honor, it very well could be.  We

11:38AM 17 haven't asked for very many M-I people.

11:38AM 18      THE COURT:  We'll put him down tentatively.  I wonder if

11:38AM 19 we could move him forward.  The cutoff for depositions for

11:38AM 20 witnesses who are necessary for issuance of expert reports is

11:38AM 21 June 30; so, if we go into July, it's kind of problematic for us.

11:38AM 22      I'm wondering if we could put him down tentatively

11:38AM 23 now; but, if you'd go back and ask him whether he could do it

11:38AM 24 prior to June 30th, that would be very helpful.

11:39AM 25      MS. SCOFIELD:  I'll do so.

11:39AM  1          THE COURT:  Thank you very much.

11:39AM  2              Let's talk about Weatherford.  We had June 6 and 7

11:39AM  3  as the tentative dates for that deposition.

11:39AM  4          MR. RUSSO:  Good morning, Your Honor.

11:39AM  5          THE COURT:  Good morning.

11:39AM  6          MR. RUSSO:  Gary Russo on behalf of Weatherford.

11:39AM  7              We're going to put up Brent Lirette, L-I-R-E-T-T-E,

11:39AM  8  on all of the technical issues regarding the float collar.

11:39AM  9              I've had a brief discussion this morning with

11:39AM 10  Mr. Sterbcow and Mr. Godfrey.  We're lining up having further

11:39AM 11  discussions about the other areas in the notice, and we'll report

11:39AM 12  next week on that.

11:39AM 13          THE COURT:  Good, good.  Are the dates of June 6 and 7,

11:39AM 14  are those good, do you think?

11:40AM 15          MR. RUSSO:  They are, Your Honor.

11:40AM 16          THE COURT:  Good.  We're going to go ahead and take the

11:40AM 17  tentative off.

11:40AM 18              We were also looking to schedule Mr. Clawson and

11:40AM 19  Mr. Oldfather.

11:40AM 20          MR. RUSSO:  I do not have dates for them today; but,

11:40AM 21  again, I talked to Mr. Godfrey briefly this morning, and I will

11:40AM 22  send him an e-mail, and we'll have further discussions about

11:40AM 23  that.

11:40AM 24          THE COURT:  Do you anticipate that either of those

11:40AM 25  people will also be 30(b)(6) designees?

11:40AM 1          MR. RUSSO:  I do not believe so.

11:40AM 2          MR. MAZE:  Can you respell Lirette?

11:40AM 3          MR. RUSSO:  L-I-R-E-T-T-E.

11:40AM 4          THE COURT:  If you were from Louisiana, you would know

11:40AM 5     that.

11:40AM 6               Cameron Rule 30(b)(6).  Phil, come on up.

11:40AM 7          MR. WITTMANN:  Good morning, Your Honor.  Phil Wittmann

11:40AM 8     for Cameron.

11:41AM 9               At the last conference that you held, the PSC

11:41AM 10    agreed with Cameron on the 30(b)(6) deposition notice.  In your

11:41AM 11    order of March 23rd, you noted that we had agreed to proceed with

11:41AM 12    the 30(b)(6) depositions with a reservation of rights to object

11:41AM 13    to the scope and definitions in the notice, and the PSC's right

11:41AM 14    to request additional information.

11:41AM 15              To make sure there was no misunderstanding by

11:41AM 16    anybody, we sent a letter yesterday afternoon to you, with copies

11:41AM 17    to all counsel, setting forth that and asking anybody who has an

11:41AM 18    objection to that, let us know now before we go down the road.  I

11:41AM 19    think we're ready to go.

11:41AM 20         THE COURT:  Good.  The only thing --

11:41AM 21              Come on up.  We might have an objection.  I don't

11:41AM 22    know.  Mr. Williamson.

11:41AM 23         MR. WILLIAMSON:  Not an objection, Judge, just a

11:41AM 24    clarification.  Jimmy Williamson, Your Honor, for the PSC.

11:41AM 25              I haven't seen the e-mail that Mr. Wittmann

11:41AM 1   referred to.  We did agree to January 1990.  We did agree to we

11:41AM 2   would proceed on the 30(b)(6), and they would reserve objections,

11:42AM 3   just like we would reserve the right to ask to broaden.  We did

11:42AM 4   agree that they would produce documents earlier, but the

11:42AM 5   deposition would be sometime June, July.  I assume that's the

11:42AM 6   parameters that Mr. Wittmann was speaking to.

11:42AM 7        MR. WITTMANN:  That's correct, Your Honor.  We agreed to

11:42AM 8   the January 1, 1990 date.

11:42AM 9        THE COURT:  Phil, obviously, since the deposition is

11:42AM 10  going to be later, we would like you to produce the documents as

11:42AM 11  promptly as possible, because I think it's necessary for the

11:42AM 12  depositions of other witnesses who are not Cameron employees.

11:42AM 13       So, to the extent possible, start document

11:42AM 14  production now, and don't wait until 10 days prior to the

11:42AM 15  deposition.

11:42AM 16       MR. WITTMANN:  On a rolling basis, I assume, Your Honor?

11:42AM 17       THE COURT:  Yes, on a rolling basis, but you've got some

11:42AM 18  undisputed categories, I think now all agreed-to categories, as

11:43AM 19  far as production of documents.  Let's get rolling on that so

11:43AM 20  that everybody can have those documents for the upcoming fact

11:43AM 21  witness depositions.

11:43AM 22       MR. WITTMANN:  Okay, Your Honor.

11:43AM 23       THE COURT:  Thank you.

11:43AM 24       MR. WITTMANN:  Thank you.

11:43AM 25       THE COURT:  Appreciate it.

11:43AM 1          Don't go away yet.  We wanted to talk about whether
11:43AM 2    or not Mr. McWhorter and Mr. Whitby are the two designees.  Is
11:43AM 3    that correct?
11:43AM 4          MR. WITTMANN:  That's correct, Your Honor.
11:43AM 5          THE COURT:  Those are the only two; we don't have to
11:43AM 6    worry about putting anybody else in?
11:43AM 7          MR. WITTMANN:  That's correct.
11:43AM 8          THE COURT:  Fabulous.  Thank you.
11:43AM 9          Let's talk to the PSC about any progress on
11:43AM 10   Timothy Crone.
11:43AM 11         MR. HERMAN:  Steve Herman for the PSC, Your Honor.
11:43AM 12         My understanding is that he will be acting as a
11:43AM 13   consultant for us.  I think that BP wanted to revisit the issue
11:43AM 14   with us in some way, but BP indicated last time that it wasn't a
11:44AM 15   top priority and we could probably push it off.
11:44AM 16         If I could just ask a question about the mechanics,
11:44AM 17   I probably should know the answer to that.  I sent out four final
11:44AM 18   notices, hopefully final notices, the other night to formally
11:44AM 19   serve them.  I apologize to Phil for using the word "agreed."  It
11:44AM 20   was a template.  Maybe too aggressive.  I understand with
11:44AM 21   Halliburton it wasn't really the final.  We'll file an amended
11:44AM 22   one.
11:44AM 23         My impression, and I may have been wrong, is that
11:44AM 24   at some point along the process, some of these other notices were
11:44AM 25   in other people's hands, like I think Halliburton was going to

11:44AM 1    handle the Weatherford one.

11:44AM 2              There is now a little bit of confusion as to who is

11:44AM 3    supposed to serve the Anadarko and MOEX, the M-I Swaco.  Those

11:44AM 4    are three that come to mind.  If I'm supposed to do them, I'm

11:44AM 5    happy to do them, but I don't want to step on anybody else's

11:44AM 6    toes.  So I guess I'm just asking for help from anyone, if

11:44AM 7    anybody else is working on it or if I'm supposed to do it.

11:45AM 8              THE COURT:  Alan, do you want to address that?

11:45AM 9              MR. YORK:  Alan York for Halliburton.

11:45AM 10             I know that we prepared the Dril-Quip notice, and

11:45AM 11   we're working with Dril-Quip's counsel on that one.

11:45AM 12             Steve, as I sit here, we may have done Weatherford,

11:45AM 13   as well.

11:45AM 14             THE COURT:  I think you did.

11:45AM 15             MR. YORK:  I think we did, and we have it ready.  So we

11:45AM 16   can serve that and file it whenever we need to.

11:45AM 17             THE COURT:  Then, who is the third?

11:45AM 18             MR. HERMAN:  Sounds like I'll take care of M-I Swaco and

11:45AM 19   MOEX and Anadarko.

11:45AM 20             THE COURT:  Does anybody else have any problem with

11:45AM 21   that?

11:45AM 22             MR. FITCH:  Judge, Tony Fitch for Anadarko/MOEX.

11:45AM 23             Let me just mention that we have a minor suggestion

11:45AM 24   to make regarding some of the topics; and, if I could be

11:45AM 25   contacted about that, we'll get it resolved very quickly.

11:45AM 1          THE COURT: Steve, is it going to be you that's going to

11:46AM 2  talk about it?

11:46AM 3          MR. HERMAN: That's fine.

11:46AM 4          THE COURT: Why don't you and Steve get together on

11:46AM 5  that, or just shoot him an e-mail on your minor comment.

11:46AM 6          MR. FITCH: I think that that's what I'll do because

11:46AM 7  they are so minor and few, I'll get the thing going there.

11:46AM 8          THE COURT: Good, thank you.

11:46AM 9           Next up, Andy, you're back up. We're looking to

11:46AM 10  talk about Grounds, Skidmore are the first two up.

11:46AM 11          MR. LANGAN: Yes, Your Honor.

11:46AM 12           Cheryl Grounds, G-R-O-U-N-D-S, May 4 and 5 in

11:46AM 13  New Orleans.

11:46AM 14          THE COURT: Let's take a look. It looks like a good

11:47AM 15  day.

11:47AM 16          MR. LANGAN: As I said, I believe that's a New Orleans

11:47AM 17  one.

11:47AM 18          THE COURT: Good.

11:47AM 19          MR. LANGAN: If I could just skip down to

11:47AM 20  Mr. Lee Lambert, Number 97.

11:47AM 21          THE COURT: Yes. He's going to be onshore when?

11:47AM 22          MR. LANGAN: The best information I have is that the

11:47AM 23  earlier dates of 9, 10 will likely work.

11:47AM 24          THE COURT: So Mr. Lee Lambert will be May 9, 10.

11:47AM 25          MR. LANGAN: We had him tentatively for that, and I

11:47AM 1   think we should stick with that.

11:47AM 2           Ross Skidmore, Number 29, we have reached out to

11:47AM 3   him.  I don't have dates yet, but we're definitely working on

11:47AM 4   that.

11:47AM 5           THE COURT:  Great.  Then we come down to Fred Dupriest,

11:47AM 6   D-U-P-R-I-E-S-T.

11:47AM 7           MR. LANGAN:  Yes.  We have reached out through counsel

11:47AM 8   to the Exxon Mobil law firm.  We have told them what the

11:47AM 9   situation is.  It sounds like they intend to cooperate.  I am

11:48AM 10  told that the Exxon law department will get back to us with dates

11:48AM 11  for Mr. Dupriest.

11:48AM 12          THE COURT:  Great.

11:48AM 13          Next up is Darryl Bourgoyne, B-O-U-R-G-O-Y-N-E.

11:48AM 14          MR. LANGAN:  Yes.  We have spoken to him.  It's possible

11:48AM 15  he can be deposed in the week of May 16 to 18.  I think I need to

11:48AM 16  have an offline conversation with Mr. Underhill about this.

11:48AM 17          THE COURT:  We'll put down that is a tentative option,

11:48AM 18  right?

11:48AM 19          MR. MAZE:  Do you want to pick a certain date?

11:48AM 20          MR. LANGAN:  Maybe 17 and 18.

11:48AM 21          THE COURT:  That's B-O-U-R-G-O-Y-N-E.

11:48AM 22          MR. LANGAN:  First name Darryl.

11:48AM 23          THE COURT:  D-A-R-R-Y-L.

11:48AM 24          MR. LANGAN:  Correct.  So that's May 17, 18.

11:49AM 25          We have also made repeated contacts to -- I guess

11:49AM 1    it's Tyagi --

11:49AM 2              THE COURT:  T-Y-A-G-I.

11:49AM 3              MR. LANGAN:  -- Professor Tyagi.  No return calls yet.

11:49AM 4              THE COURT:  We'll continue our discussion with regard to

11:49AM 5    him.

11:49AM 6              What about Mr. Hartmann, with two N's.

11:49AM 7              MR. LANGAN:  Mr. Hartmann or Ms. Hartmann, I don't know,

11:49AM 8    and then Williams, I have no report.  I don't know if it's

11:49AM 9    because I dropped the ball or because we haven't had any luck,

11:49AM 10   but I don't have a report.

11:49AM 11             I know we've reached out to the Subsea

11:49AM 12   representative, Mr. Cargol, but I don't have dates yet.

11:49AM 13             THE COURT:  C-A-R-G-O-L.

11:49AM 14             MR. LANGAN:  So the ball is in our court on 142, 143,

11:49AM 15   146.

11:49AM 16             THE COURT:  Good enough.

11:49AM 17             Kerry, you're up.  We want to talk about the

11:49AM 18   Transocean witnesses, which is first up James Kent.

11:49AM 19             MR. MILLER:  Yes, Your Honor.  I've been kind of

11:49AM 20   watching the calendar get filled up.  It looks like the best

11:49AM 21   dates for Mr. Kent in terms of where we are in the calendar would

11:50AM 22   be June 21 and 22.

11:50AM 23             His individual counsel is Matt Hennessey, and those

11:50AM 24   are dates that have been cleared and appear to work before we get

11:50AM 25   more jammed up later on in that week.

11:50AM 1          MR. MAZE:  21, 22?

11:50AM 2          MR. MILLER:  Yes.

11:50AM 3          MR. MAZE:  New Orleans?

11:50AM 4          MR. MILLER:  Yes, he's New Orleans.

11:50AM 5          THE COURT:  That's James Kent.

11:50AM 6               Michael, quit laughing.

11:50AM 7          MR. MILLER:  I think he was laughing at Mr. Sterbcow's

11:50AM 8  comments that he was on vacation that week.  He just planned it,

11:50AM 9  I heard.

11:50AM 10         THE COURT:  I thought he was laughing at the collective

11:50AM 11 pain, but okay.  Sorry, Mike.

11:50AM 12              Bob Long?

11:50AM 13         MR. MILLER:  Your Honor, we probably need to think about

11:50AM 14 Mr. Long.  He was Transocean's CEO two or three CEO's ago.  He

11:50AM 15 also sat on the board of directors of Transocean until last year.

11:51AM 16 We're having a hard time figuring out how he's a limitation and

11:51AM 17 liability witness.  If this were a securities case, maybe,

11:51AM 18 because he was a board member and he was a CEO, like a decade

11:51AM 19 ago.

11:51AM 20              But right now, I don't have dates.  I'm really

11:51AM 21 having a hard time figuring out why he's a high priority.

11:51AM 22         THE COURT:  All right.  Let's see.  We had Louisiana as

11:51AM 23 a requestor.  Would one of the attorneys for Louisiana circulate

11:51AM 24 an e-mail telling us why Bob Long is a priority for the

11:51AM 25 limitation trial.

11:51AM 1        MR. LANGAN:  Your Honor, we'd join that request, too.

11:51AM 2        THE COURT:  Did you?

11:51AM 3        MR. LANGAN:  It may not be on the priority list, but

11:51AM 4  it's certainly somebody that BP would endorse.

11:51AM 5        THE COURT:  Okay.

11:51AM 6        MR. MILLER:  I just need to know why.  He's no longer

11:51AM 7  with the company, he's not on the board anymore either, so I need

11:51AM 8  to know some more about why he's being requested, given his

11:51AM 9  status.

11:51AM 10        THE COURT:  That's a fair request.

11:52AM 11           We've got Eddy Redd, R-E-D-D.

11:52AM 12        MR. MILLER:  He's the guy who is in Russia.  We're

11:52AM 13  working on getting dates from him.  I'm optimistic we'll have

11:52AM 14  some dates, but I don't have them as I sit here today.

11:52AM 15        THE COURT:  Bill Ambrose.

11:52AM 16        MR. MILLER:  We already talked about him as a 30(b)(6)

11:52AM 17  deponent, so he's on the calendar.

11:52AM 18        THE COURT:  Stephen Ray Bertone.

11:52AM 19        MR. MILLER:  Yes, I think the line underneath his name

11:52AM 20  says it all.

11:52AM 21        THE COURT:  Yes, yes, yes.

11:52AM 22        MR. MILLER:  Nothing further to report.  No contact.

11:52AM 23        THE COURT:  I'll call Mr. Arnold.

11:52AM 24        MR. MILLER:  Your Honor, on that topic, and I apologize,

11:52AM 25  I had a question.  It was unclear to me if there has been a

11:52AM 1    motion to quash Cathleenia Willis' deposition.

11:52AM 2            THE COURT:  There has been a motion to quash.  There was

11:52AM 3    an attached -- the motion itself, I thought, was of record, is it

11:53AM 4    not?

11:53AM 5            MR. HERMAN:  It's a motion for protective order.

11:53AM 6            MR. MILLER:  Is it a motion for protective order?  I

11:53AM 7    thought it was a motion to quash.

11:53AM 8            THE COURT:  Either a motion for protective order or

11:53AM 9    motion to quash.  I thought the motion was of record, but the

11:53AM 10   attached affidavit is not because it involved a medical issue.

11:53AM 11   If it's not of record, we'll get it filed.

11:53AM 12           What I decided to do on that was defer the date.

11:53AM 13   Nobody told me the date of the notice of deposition, but I

11:53AM 14   decided to defer the date pending the April hearing, and we can

11:53AM 15   take that up after the hearing.

11:53AM 16           THE CLERK:  It's Record Document 1671.

11:53AM 17           MR. MILLER:  Is it believed that she's going to testify

11:53AM 18   at the Coast Guard hearing in April?

11:53AM 19           THE COURT:  That's unclear to me.

11:53AM 20           MR. MILLER:  It was unclear to me, too, from that

11:53AM 21   filing.

11:54AM 22           THE COURT:  It's unclear to me, but I'm going to defer

11:54AM 23   the deposition date, and then we can take it up post hearing

11:54AM 24   depending on whether she testifies or not.

11:54AM 25           MR. MILLER:  Thanks.  I just had a note next to

11:54AM 1   Mr. Arnold's name on that issue.  The filings weren't exactly

11:54AM 2   clear in terms of being able to follow what was going on.

11:54AM 3              THE COURT:  Right.  I understand.

11:54AM 4                 Next up is Craig Breland, B-R-E-L-A-N-D.

11:54AM 5              MR. MILLER:  We've reached out to him.  He's a rig-based

11:54AM 6   worker.  Hopefully, I'll have that information for you next

11:54AM 7   Friday.

11:54AM 8              THE COURT:  Good.

11:54AM 9                 Next up is Douglas Brown.

11:54AM 10             MR. MILLER:  He's a Steve Gordon client, a bit of a

11:54AM 11  roadblock on that one.

11:54AM 12                I've forgotten who else we had.

11:54AM 13             THE COURT:  You had Mark Hay, H-A-Y.

11:54AM 14             MR. MILLER:  Mark Hay, his individual counsel is

11:54AM 15  David Adler, and we're looking to get dates that are convenient

11:54AM 16  to both Mr. Adler and Mr. Hay.  Hopefully, we'll have those next

11:54AM 17  Friday.

11:54AM 18                He does not have a personal injury claim, so

11:55AM 19  hopefully -- by all appearances, we'll have some dates next

11:55AM 20  Friday through Mr. Adler.

11:55AM 21             THE COURT:  Okay, great, thank you.

11:55AM 22                Halliburton, we want to talk about Tim Probert,

11:55AM 23  P-R-O-B-E-R-T.

11:55AM 24             MR. GODWIN:  That is now firm, Your Honor, the one we

11:55AM 25  gave last time.

| | | |
|---|---|---|
| 11:55AM | 1 | THE COURT:  May 9 or 10.  It was one day? |
| 11:55AM | 2 | MR. GODWIN:  9 and 10, Judge. |
| 11:55AM | 3 | THE COURT:  We had 9 or 10.  But May 9, 10, is no longer |
| 11:55AM | 4 | tentative. |
| 11:55AM | 5 | We've got Tommy Roth.  He was tentatively June 27, |
| 11:55AM | 6 | 28. |
| 11:55AM | 7 | MR. GODWIN:  Don Godwin, Halliburton, Your Honor. |
| 11:55AM | 8 | Those are good dates for Mr. Roth. |
| 11:55AM | 9 | THE COURT:  What about Vincent Tabler?  That was |
| 11:55AM | 10 | tentative June 13, 14. |
| 11:56AM | 11 | MR. GODWIN:  Same, Your Honor.  Those are good dates for |
| 11:56AM | 12 | Mr. Tabler. |
| 11:56AM | 13 | THE COURT:  Great. |
| 11:56AM | 14 | Do you have dates for Neal Adams? |
| 11:56AM | 15 | MR. GODWIN:  Don Godwin, Halliburton. |
| 11:56AM | 16 | We thought Andy was going to get back to us as to |
| 11:56AM | 17 | whether or not they still wanted to do that.  I haven't heard |
| 11:56AM | 18 | anything.  We are willing to work with Andy, but we have not |
| 11:56AM | 19 | gotten any dates yet. |
| 11:56AM | 20 | THE COURT:  That's fair. |
| 11:56AM | 21 | Has anybody heard anything further from Mr. Buzbee |
| 11:56AM | 22 | with regard to Mr. Lindner's deposition? |
| 11:56AM | 23 | MR. GODWIN:  Judge, Don Godwin, Halliburton. |
| 11:56AM | 24 | I reported on him earlier. |
| 11:56AM | 25 | THE COURT:  Oh, that's right.  Okay.  Thank you. |

11:56AM 1        You reported on Kritzer, and you reported on

11:56AM 2  Lambert, also.

11:56AM 3        MR. GODWIN:  That's right.

11:56AM 4        THE COURT:  Thank you.

11:56AM 5        MR. GODWIN:  You're welcome.  Thank you.

11:57AM 6        THE COURT:  Anadarko is up for Kate Paine, P-A-I-N-E.

11:57AM 7        MR. FITCH:  Judge, Tony Fitch.

11:57AM 8        I made fairly substantial efforts earlier this week

11:57AM 9  to try to locate Kate Paine or her company, Quadril Energy.  I

11:57AM 10 have not yet been able to accomplish a thing.  If you give us one

11:57AM 11 more week, we'll try to fish or cut bait on that one.

11:57AM 12       THE COURT:  The only other thing I wanted to cover today

11:57AM 13 was the 2185 plaintiff groups and whether you all have been able

11:57AM 14 to narrow the list of deponents requiring additional time?

11:57AM 15       MR. LANGAN:  Your Honor, Andy Langan for BP.

11:57AM 16       Can we just -- on 57 and 117, was there anything

11:57AM 17 further about Christopher Haire?  We have a notice ready to go,

11:58AM 18 and I don't know if Mr. Buzbee has given you dates.

11:58AM 19       THE COURT:  He has not, and I will follow up with him

11:58AM 20 this afternoon.

11:58AM 21       MR. LANGAN:  No problem.

11:58AM 22       THE COURT:  I'll follow up with him this afternoon.  He

11:58AM 23 told me he would call me back with dates, and I have not received

11:58AM 24 a return call.

11:58AM 25       All right.

11:58AM 1          MR. STRADLEY:  Your Honor, I'm Bill Stradley for the

11:58AM 2     securities plaintiffs in 2185.

11:58AM 3          THE COURT:  Good morning.  How are you?

11:58AM 4          MR. STRADLEY:  Just great, thank you.

11:58AM 5              Speaking for the plaintiffs -- I believe the order

11:58AM 6     said for the plaintiffs other than the derivative plaintiffs --

11:58AM 7     with respect to narrowing the issues, we have been unable to make

11:58AM 8     any headway on that.  We do, however, now have a pretrial

11:58AM 9     conference set with Judge Ellison on the 13th of April --

11:58AM 10         THE COURT:  I saw that.

11:59AM 11         MR. STRADLEY:  -- to discuss these issues, among others.

11:59AM 12         THE COURT:  But there has been no narrowing of the

11:59AM 13    number of witnesses that you need extra time on?

11:59AM 14         MR. STRADLEY:  We haven't been able to make any headway

11:59AM 15    with that for a number of reasons, but we will bring that to

11:59AM 16    Judge Ellison's attention.

11:59AM 17         THE COURT:  Good, thank you so much.

11:59AM 18         MR. STRADLEY:  Thank you.

11:59AM 19         THE COURT:  I appreciate it.

11:59AM 20             Good morning.

11:59AM 21         MS. NICHOLSON:  Good morning, Judge Shushan.  I'm with

11:59AM 22    the derivative plaintiffs, Melinda Nicholson, and I'm just going

11:59AM 23    to reiterate what Mr. Stradley said.

11:59AM 24             We have a status conference with Judge Ellison next

11:59AM 25    month.  We haven't been able to make much headway on narrowing

11:59AM 1    the number of deponents that we want extra time with or narrowing

11:59AM 2    the documents that we want additional discovery from BP, mostly

11:59AM 3    because there is also a timing issue of when we get the discovery

11:59AM 4    produced here to be able to review and get back to you before the

11:59AM 5    depositions.  It's just not happening because of the time

11:59AM 6    constraints.

11:59AM 7         So we're going to bring that up with Judge Ellison

12:00PM 8    next month; but, we do appreciate everyone's cooperation to the

12:00PM 9    extent it's been going on.

12:00PM 10        THE COURT:  Great.  I appreciate you all working with

12:00PM 11   us.  To the extent that you all have participated, it's gone

12:00PM 12   fine.

12:00PM 13        MS. NICHOLSON:  I do believe, and I told Judge Barbier

12:00PM 14   this this morning, there are lots of efficiencies that have

12:00PM 15   already been accomplished.  We all knew going in there was going

12:00PM 16   to be a limit to the efficiencies that could be accomplished, so

12:00PM 17   we're just kind of running up against that at this point.

12:00PM 18        THE COURT:  All right.  Thank you.

12:00PM 19        MS. NICHOLSON:  Thanks, Judge Shushan.

12:00PM 20        MR. LANGAN:  Your Honor, not much to add.

12:00PM 21        I did want to note that Mr. Meade got back to us

12:00PM 22   last Monday morning and declined the extra hour or hour and

12:00PM 23   15 minutes relating to Mr. Sprague.  They said sorry, so they

12:00PM 24   declined that extra hour.

12:00PM 25        BP's position remains that if they want to identify

12:00PM 1   particular witnesses where they think they really have an

12:00PM 2   interest and want extra time, we'll be willing to work with them

12:00PM 3   on that.

12:00PM 4              We've also told them that where there are deponents

12:01PM 5   who are also defendants in the 2185 cases, we've identified a few

12:01PM 6   of them, we understand another deposition is probably going to be

12:01PM 7   necessary once those cases are at issue, if they survive legal

12:01PM 8   motions.  But, again, what we can't agree to is an understanding

12:01PM 9   that every single witness we produce is going to be reproduced in

12:01PM 10  their case.  We don't think that's appropriate.

12:01PM 11             There are many, many witnesses that have nothing to

12:01PM 12  do with an ERISA claim or a securities claim or a derivative

12:01PM 13  claim.  So I think the sensible way to approach this is to have

12:01PM 14  them participate on a limited basis here, have access to the

12:01PM 15  documents, identify instances in which they think they need extra

12:01PM 16  time, we'll try to accommodate them, and not prematurely try to

12:01PM 17  enforce a rule that they get to depose everybody twice.  So

12:01PM 18  that's kind of where we are.

12:02PM 19             THE COURT:  Good.  I agree with most of those thoughts.

12:02PM 20  To the extent that we can have them participate, I'm in favor of

12:02PM 21  it.

12:02PM 22             MR. LANGAN:  All right.  Thank you, Your Honor.

12:02PM 23             MS. FELDMAN:  Your Honor, this is Lori Feldman.

12:02PM 24             THE COURT:  Hello, Lori, how are you doing?

12:02PM 25             MS. FELDMAN:  Very well.  How are you?

12:02PM  1          THE COURT:  Very well.

12:02PM  2          MS. FELDMAN:  Good.

12:02PM  3          I represent the BP ERISA plaintiffs.  The only

12:02PM  4  thing I would like to say in response to what I heard about our

12:02PM  5  case being mentioned is that we will be participating in the

12:02PM  6  April 13th status conference before Judge Ellison.

12:02PM  7          We have made some progress with respect to the

12:02PM  8  ERISA cases in dealing with defense counsel.  With respect to a

12:02PM  9  narrowed list of witnesses for the ERISA cases BP has now agreed

12:02PM 10  to bring back for redeposition if the complaints are sustained.

12:03PM 11          So I just wanted to leave the Court with the

12:03PM 12  impression that we are talking about a limited universe of

12:03PM 13  witnesses; but, that said, there are witnesses who have not been

12:03PM 14  scheduled for depositions yet who do have a relationship to the

12:03PM 15  ERISA cases and the like.  So we are reserving our objections at

12:03PM 16  this point in time and keeping the line of communication open.

12:03PM 17  Hopefully, we'll make progress before and at the April 13th

12:03PM 18  status conference.

12:03PM 19          THE COURT:  Yes.  Look, that's great.  What I'm trying

12:03PM 20  to do is not step on your or Judge Ellison's toes.  This is not

12:03PM 21  my case.  But I am trying, to the extent that we can, to

12:03PM 22  accommodate you all to, as we said, work some efficiencies.  So I

12:03PM 23  appreciate your comment.

12:04PM 24          MS. FELDMAN:  Thank you.

12:04PM 25          MS. NICHOLSON:  Melinda Nicholson for the derivative

12:04PM 1    plaintiffs.

12:04PM 2            Just to follow up to Mr. Langan talking about

12:04PM 3    giving Mr. Meade an offer of additional time, Mr. Meade is my

12:04PM 4    co-counsel.  We decided collectively to not take that additional

12:04PM 5    hour, mostly because of the lack of documents or time to

12:04PM 6    adequately prepare for that hour.

12:04PM 7            We didn't realize we even had 7,000 custodial

12:04PM 8    documents for Mr. Sprague that weren't loaded into our system

12:04PM 9    until Thursday, so we didn't have enough time to even adequately

12:04PM 10   review those 7,000 documents.  Again, we didn't get any

12:04PM 11   additional discovery from BP, which is why we turned it down.

12:04PM 12           I just wanted to follow up with that.  It was more

12:04PM 13   of a timing issue and a document issue.

12:04PM 14       THE COURT:  It was short notice, I agree.

12:04PM 15       MR. LANGAN:  Your Honor, I don't think the

12:04PM 16   2185 plaintiffs get it yet in terms of how this litigation works.

12:04PM 17   They just don't get it.  I don't know that they ever will.

12:04PM 18       THE COURT:  Let me put it this way, they are on a much

12:04PM 19   more relaxed schedule.

12:05PM 20       MR. LANGAN:  Really, in all seriousness, if there was no

12:05PM 21   2179, they would be sitting there with a motion to dismiss

12:05PM 22   pending against them entitled to no discovery whatsoever.  We

12:05PM 23   have bent over backwards and given them millions of pages of

12:05PM 24   documents, invited them to depositions.  It's obviously just

12:05PM 25   never enough.

12:05PM 1     At some point, whether it's Your Honor,

12:05PM 2 Judge Barbier or Judge Ellison, I'm sure they're going to say,

12:05PM 3 you've got to be kidding me, Counsel.  They just don't get it.

12:05PM 4    THE COURT:  Thank you.

12:05PM 5    MS. NICHOLSON:  Melinda Nicholson for the derivatives.

12:05PM 6    I take serious issue with what Mr. Langan said, but

12:05PM 7 I think we'll just have to take that up with Judge Ellison next

12:05PM 8 month.

12:05PM 9    THE COURT:  Thank you.

12:05PM 10    What other info, new topics do you want to raise?

12:05PM 11 Come on up, Kerry.

12:05PM 12    MR. MILLER:  Your Honor, I do want to ask the Court for

12:05PM 13 an indulgence about a process, about deposition timing internally

12:06PM 14 amongst the defendants, particularly as, you know, today is the

12:06PM 15 deadline for the third-party claims, and now we're forging into

12:06PM 16 crossclaims and counterclaims.

12:06PM 17    So the claims between and amongst the defendants

12:06PM 18 have taken on a different character.  Maybe it's just formal and

12:06PM 19 it wasn't before.  We also are evolving into some fairly meaty

12:06PM 20 30(b)(6) depositions involving witnesses with a lot of

12:06PM 21 substantive information.  It seems as if we've evolved from the

12:06PM 22 report track to the witnesses.

12:06PM 23    The way that the 15-hour rule is working with six

12:06PM 24 hours for all of the defendants, and then that being carved up

12:06PM 25 amongst a lot of defendants, we have legitimate fear -- it may or

12:06PM 1  may not be shared by some of the other defendants, I sense that

12:06PM 2  it is -- that certain defendants who either are defending

12:06PM 3  crossclaims, counterclaims, prosecuting crossclaims,

12:06PM 4  counterclaims against defendants, are being limited to 45 minutes

12:07PM 5  or one hour of deposition time.  It just may be inadequate; not

12:07PM 6  for all witnesses, but for some.

12:07PM 7          So the idea is to try and come up with a process by

12:07PM 8  which we identify for the Court, for the other side, where we

12:07PM 9  might need some additional time.  I'm not going to say it's going

12:07PM 10 to apply to everyone; but, it seems to me it might be better off

12:07PM 11 identifying these issues on the front end.

12:07PM 12         I mean, you set forth in your minute entry last

12:07PM 13 week a procedure for claims of privilege for particular

12:07PM 14 documents.  What I wanted to get the Court thinking about and the

12:07PM 15 other parties thinking about is, is there some kind of process or

12:07PM 16 procedure for identifying where defendants internally think they

12:07PM 17 may need to get additional time.

12:07PM 18         Now, heretofore, the process has been working

12:07PM 19 pretty good where we do some horse trading in the morning and do

12:07PM 20 some different things, but I'm very concerned that we're going to

12:07PM 21 run into some deponents, particularly some joint fact/30(b)(6)

12:08PM 22 deponents, where there is just not going to be enough time.

12:08PM 23 We're going to be running to see you or running to see

12:08PM 24 Judge Barbier in the middle of a deposition when we're doing

12:08PM 25 multitracking.

12:08PM 1          So this is, you know, on the order of prevention,

12:08PM 2   as opposed to cure; but, I really do think we need to start

12:08PM 3   thinking about the process.

12:08PM 4          I don't have any bright ideas yet.  I know

12:08PM 5   Mr. Goforth has some thoughts.  I think he's talked to maybe

12:08PM 6   Mr. Godwin about them.  But, at some point, we would like to give

12:08PM 7   you a process, and, maybe as early as next Friday, we want to get

12:08PM 8   that in place.

12:08PM 9          THE COURT:  I think that's a good idea, and I would like

12:08PM 10  to put that on the agenda for next week.

12:08PM 11         Why don't the defendants look at the upcoming

12:08PM 12  depositions, certainly the depositions in April, and identify

12:08PM 13  those that you think might be -- because I'm not encouraging

12:08PM 14  this -- but might be a problem.  Why don't you get me an e-mail

12:09PM 15  telling me who they are and why you anticipate that it might be a

12:09PM 16  problem.

12:09PM 17         MR. MILLER:  I just think, you know, when these

12:09PM 18  third-party and crossclaims and counterclaims are filed, the ante

12:09PM 19  is going to go up even more in terms of making sure you ask every

12:09PM 20  question you need to ask or something along those lines.

12:09PM 21         THE COURT:  Why don't you all give it some thought.  If

12:09PM 22  you can cover certainly the April depositions, if you can go

12:09PM 23  further than that, great, but certainly let's look at the

12:09PM 24  depositions in April and put that on the calendar for next week.

12:09PM 25         PSC, once you see that, if that raises any red

12:09PM 1    flags to you, why don't you let me know.

12:09PM 2                    It's a good point, Kerry.  Thank you.

12:09PM 3        MR. GONZALEZ:  Good afternoon, Your Honor,

12:09PM 4    Ervin Gonzalez for the PSC.

12:09PM 5                    Your Honor, to follow up on last week, we have

12:10PM 6    agreed on redefining certain terms.  The Court entered an order

12:10PM 7    on it recently.

12:10PM 8                    I was speaking with Mr. Duffy, and he suggested,

12:10PM 9    and I agree, that rather than going through formalities of

12:10PM 10   redrafting formal discovery requests, that, with the Court's

12:10PM 11   permission, we may be able to address it by e-mails going back

12:10PM 12   and forth.

12:10PM 13       THE COURT:  I think that's fine.

12:10PM 14       MR. GONZALEZ:  Very well.

12:10PM 15                   Then the next report on behalf of Mr. Duffy, who

12:10PM 16   cannot be here today, but it's a joint presentation on that

12:10PM 17   issue, the damages analysis that have been deferred for today has

12:10PM 18   been worked out in concept.  We now just have to formulate the

12:10PM 19   language around it, but I don't think that issue will be coming

12:10PM 20   back.

12:10PM 21       THE COURT:  Great.  A good report.  He gets an A today.

12:10PM 22                   Anybody else have anything you want to bring up?

12:10PM 23   All right.  It's lunchtime.  Thank you.

12:10PM 24       MR. LANGAN:  Thank you, Your Honor.

12:10PM 25       VOICES:  Thank you, Judge.

1          (WHEREUPON, at 12:10 p.m., the proceedings were

2   concluded.)

3                            *    *    *

4

5

6                      REPORTER'S CERTIFICATE

7

8       I, Cathy Pepper, Certified Realtime Reporter, Registered

9   Merit Reporter, Registered Professional Reporter, Certified Court

10  Reporter of the State of Louisiana, Official Court Reporter for

11  the United States District Court, Eastern District of Louisiana,

12  do hereby certify that the foregoing is a true and correct

13  transcript, to the best of my ability and understanding, from the

14  record of the proceedings in the above-entitled and numbered

15  matter.

16

17

18                              *s/Cathy Pepper*

19                              Cathy Pepper, CRR, RMR, CCR

20                              Certified Realtime Reporter

21                              Official Court Reporter

22                              United States District Court

23

24

25

## $

**$14,000** [1] - 39:1

## 1

**1** [7] - 16:11, 16:12, 16:14, 22:17, 22:20, 31:14, 54:8
**10** [8] - 30:8, 54:14, 57:23, 57:24, 64:1, 64:2, 64:3
**10-day** [1] - 49:12
**10-MD-2179** [1] - 1:6
**1000** [1] - 5:13
**10153** [1] - 5:22
**10174** [1] - 6:10
**10:3O** [1] - 1:7
**11** [1] - 19:18
**1100** [1] - 4:11
**117** [1] - 65:16
**11th** [2] - 13:15, 13:17
**12** [3] - 8:5, 8:6, 48:11
**12(b** [1] - 35:11
**1201** [1] - 4:19
**12:10** [1] - 75:1
**12th** [1] - 31:24
**13** [6] - 8:7, 33:1, 44:20, 45:4, 45:5, 64:10
**1300** [1] - 5:6
**1331** [1] - 4:22
**13th** [4] - 33:6, 66:9, 69:6, 69:17
**14** [3] - 45:4, 45:8, 64:10
**142** [1] - 59:14
**143** [1] - 59:14
**146** [1] - 59:15
**15** [4] - 8:8, 45:8, 67:23
**15-hour** [1] - 71:23
**15th** [2] - 24:15, 40:13
**16** [6] - 36:1, 36:7, 45:8, 46:25, 58:15
**1601** [1] - 1:24
**1615** [1] - 5:6
**1665** [1] - 4:22
**1671** [1] - 62:16
**17** [3] - 8:9, 58:20, 58:24
**1700** [1] - 4:19
**18** [5] - 8:10, 45:8, 58:15, 58:20, 58:24
**19** [4] - 38:21, 47:1, 47:9, 47:11
**1990** [2] - 54:1, 54:8
**1st** [1] - 31:13

## 2

**2** [5] - 21:23, 22:17, 22:20, 31:14, 45:9
**20** [10] - 1:5, 8:11, 8:12, 8:13, 21:2, 21:5, 21:12, 21:13, 51:13, 51:14
**20006** [1] - 5:10
**20044** [1] - 3:5
**2007** [1] - 5:5
**201** [1] - 6:5
**2010** [1] - 1:5
**2011** [2] - 1:7, 12:2
**2012** [1] - 18:19
**2020** [1] - 5:9
**21** [8] - 21:12, 21:13, 47:9, 47:12, 51:13, 51:14, 59:22, 60:1
**2179** [1] - 70:21
**2185** [4] - 65:13, 66:2, 68:5, 70:16
**2185** ......................... [1] - 11:1
**22** [6] - 8:14, 21:13, 28:4, 44:20, 59:22, 60:1
**23** [10] - 8:15, 21:13, 22:16, 22:19, 28:5, 34:9, 34:17, 37:7, 44:20, 51:5
**23rd** [13] - 21:24, 23:1, 23:3, 23:4, 34:14, 37:12, 37:14, 37:16, 37:20, 37:24, 41:3, 41:4, 53:11
**24** [8] - 21:2, 21:5, 22:16, 22:19, 34:9, 34:17, 44:20, 51:5
**24th** [1] - 34:14
**25** [7] - 1:7, 8:16, 12:2, 20:16, 25:20, 37:7, 44:20
**255** [1] - 2:8
**25th** [3] - 16:25, 20:19, 37:10
**26** [4] - 8:17, 20:16, 25:21, 44:20
**2615** [1] - 2:4
**26th** [2] - 20:19, 41:11
**27** [7] - 8:18, 21:1, 25:25, 26:17, 27:7, 41:8, 64:5
**275** [1] - 2:11
**27th** [1] - 27:5
**28** [9] - 8:19, 8:20, 21:1, 25:25, 27:7, 38:21, 41:8, 45:14, 64:6

## 29

**29** [3] - 27:12, 41:9, 58:2
**2929** [1] - 6:17
**2990** [1] - 2:17
**29th** [1] - 27:5
**29TH** [1] - 2:11
**2nd** [2] - 31:13, 44:17

## 3

**3** [2] - 44:17, 45:10
**30** [7] - 8:21, 8:22, 8:23, 25:21, 27:12, 41:9, 51:21
**30(b)(6** [25] - 25:7, 28:18, 28:21, 31:23, 34:17, 35:17, 36:19, 44:13, 46:15, 46:19, 46:25, 47:4, 47:7, 47:15, 48:5, 48:12, 49:24, 50:12, 50:16, 52:25, 53:10, 53:12, 54:2, 61:16, 71:20
**30(B)(6** [3] - 8:16, 8:20, 9:13
**30(b)(6)** [1] - 53:6
**30(B)(6)** ...................... [1] - 9:1
**30(B)(6)** ...................... [1] - 9:23
**30(B)(6)** ...................... [1] - 9:16
**300** [1] - 4:4
**30th** [3] - 47:4, 47:13, 51:24
**31** [4] - 8:24, 8:25, 9:1, 25:21
**31st** [2] - 47:4, 47:13
**32** [4] - 9:2, 9:3, 26:16, 27:20
**33** [3] - 9:4, 45:1, 45:6
**33134** [1] - 2:8
**34** [5] - 9:5, 9:6, 9:7, 45:10, 47:2
**3450** [1] - 6:21
**35** [4] - 9:8, 9:9, 47:3, 47:15
**36130** [1] - 3:9
**365** [1] - 2:17
**36604** [1] - 1:25
**3668** [1] - 1:17
**36TH** [1] - 4:10
**37** [3] - 9:10, 9:11

## 4

**4** [5] - 12:11, 12:25, 44:17, 45:18, 57:12

**4000** [1] - 5:13
**405** [1] - 6:10
**41** [1] - 9:12
**42ND** [1] - 6:17
**4310** [1] - 2:14
**44** [1] - 9:13
**45** [1] - 72:4
**450** [1] - 2:22
**46** [2] - 9:14, 9:15
**4800** [1] - 6:14

## 5

**5** [4] - 12:11, 12:25, 45:18, 57:12
**50** [2] - 9:16, 15:5
**500** [2] - 6:21, 7:7
**5000** [1] - 3:24
**501** [1] - 3:8
**504** [1] - 7:8
**51** [2] - 9:17, 9:18
**510** [1] - 3:15
**51st** [1] - 15:6
**52** [5] - 9:19, 9:20, 9:21, 9:22, 25:21
**53** [1] - 9:23
**5395** [1] - 2:22
**546** [1] - 4:14
**55** [1] - 9:24
**556** [1] - 1:18
**57** [3] - 9:25, 10:1, 65:16
**58** [3] - 10:2, 10:3, 10:4
**589-7779** [1] - 7:8
**59** [6] - 10:5, 10:6, 10:7, 10:8, 10:9, 10:10

## 6

**6** [4] - 20:25, 45:8, 52:2, 52:13
**60** [1] - 10:11
**601** [1] - 2:4
**60654** [1] - 4:5
**61** [3] - 10:12, 10:13, 10:14
**62** [1] - 10:15
**63** [5] - 10:16, 10:17, 10:18, 10:19, 10:20
**64** [3] - 10:21, 10:22, 10:23
**65** [2] - 10:24, 10:25
**66** [1] - 11:1
**6th** [2] - 21:25, 22:7

## 7

**7** [4] - 20:25, 22:10, 52:2, 52:13
**7,000** [2] - 70:7, 70:10
**70** [1] - 25:20
**701** [3] - 3:12, 3:24, 6:14
**70112** [1] - 5:7
**70113** [1] - 1:21
**70130** [5] - 2:5, 2:18, 3:12, 4:15, 7:7
**70139** [2] - 3:25, 6:14
**70163** [1] - 4:11
**70170** [1] - 6:6
**70433** [1] - 3:15
**70502** [1] - 1:18
**71** [2] - 11:2, 11:3
**75270** [1] - 4:20
**7611** [1] - 3:5
**767** [1] - 5:22
**77002** [2] - 5:13, 6:22
**77006** [1] - 2:14
**77010** [1] - 4:23
**77019** [1] - 6:18
**7th** [8] - 21:24, 21:25, 22:1, 22:6, 22:7, 22:9, 30:13
**7TH** [1] - 2:22

## 8

**8** [1] - 22:10
**820** [1] - 1:21
**83** [2] - 13:25, 15:9
**8th** [6] - 21:24, 22:1, 22:6, 22:7, 22:9, 30:13

## 9

**9** [9] - 30:8, 36:1, 36:7, 57:23, 57:24, 64:1, 64:2, 64:3
**94102** [1] - 2:23
**94111** [1] - 2:11
**96** [1] - 21:23
**97** [1] - 57:20
**9H** [1] - 19:20
**9th** [3] - 36:10, 36:11, 36:12

## A

**A.M** [1] - 1:7
**Abhassion** [1] - 44:16
**ability** [3] - 19:18,

2

49:12, 75:13
**able** [8] - 32:14, 63:2, 65:10, 65:13, 66:14, 66:25, 67:4, 74:11
**above-entitled** [1] - 75:14
**ABRAMSON** [1] - 2:3
**absolutely** [2] - 14:17, 24:3
**access** [1] - 68:14
**accommodate** [3] - 25:14, 68:16, 69:22
**accommodation** [2] - 41:25, 42:18
**accommodations** [1] - 42:8
**accomplish** [2] - 32:14, 65:10
**accomplished** [2] - 67:15, 67:16
**according** [1] - 32:5
**acting** [1] - 55:12
**ACTION** [1] - 1:6
**ACTIONS** [1] - 1:8
**active** [1] - 34:21
**actual** [2] - 36:17, 39:8
**Adams** [1] - 64:14
**ADAMS**......................
........................... [1] -
10:23
**ADD** [1] - 9:5
**Add** [3] - 34:5, 34:6, 34:17
**add** [7] - 13:22, 14:10, 14:13, 14:21, 14:24, 17:6, 67:20
**added** [2] - 15:1, 17:21
**adding** [2] - 15:6, 17:23
**additional** [11] - 46:22, 48:8, 48:12, 53:14, 65:14, 67:2, 70:3, 70:4, 70:11, 72:9, 72:17
**address** [3] - 16:22, 56:8, 74:11
**adequately** [2] - 70:6, 70:9
**Adler** [3] - 63:15, 63:16, 63:20
**advance** [3] - 23:19, 23:22, 33:12
**advice** [1] - 30:19
**advised** [1] - 12:11
**affidavit** [1] - 62:10
**afternoon** [5] - 48:21, 53:16, 65:20, 65:22, 74:3
**AGENDA** [1] - 8:3

**agenda** [5] - 15:11, 19:8, 21:20, 25:9, 73:10
**aggressive** [1] - 55:20
**ago** [3] - 26:2, 60:14, 60:19
**agree** [17] - 14:12, 14:15, 19:5, 19:9, 33:21, 24:21, 40:21, 42:7, 47:18, 49:18, 54:1, 54:4, 68:8, 68:19, 70:14, 74:9
**agreed** [13] - 33:7, 33:10, 33:14, 41:22, 49:8, 51:4, 53:10, 53:11, 54:7, 54:18, 55:19, 69:9, 74:6
**agreed-to** [1] - 54:18
**agreed-upon** [1] - 33:14
**agreement** [4] - 18:23, 42:25, 43:3, 46:20
**ahead** [3] - 19:10, 27:18, 52:16
**air** [1] - 28:13
**AL** [2] - 1:25, 3:9
**ALABAMA** [1] - 3:7
**ALAN** [2] - 4:22, 6:9
**Alan** [8] - 26:3, 35:15, 46:6, 46:13, 48:1, 50:2, 56:8, 56:9
**ALDEN** [1] - 6:23
**ALHAMBRA** [1] - 2:8
**ALL** [1] - 1:8
**ALLAN** [1] - 3:11
**ALLEN** [2] - 6:17, 6:21
**allowed** [1] - 46:22
**alone** [1] - 17:18
**ALSO** [1] - 6:20
**Ambrose** [6] - 26:20, 26:21, 27:7, 27:8, 27:9, 61:15
**AMBROSE**..............
............................ [2] -
8:17, 10:13
**amended** [1] - 55:21
**AMERICA** [7] - 3:3, 3:17, 3:17, 3:18, 3:19, 3:21, 3:22
**AMERICAN** [1] - 2:4
**amount** [1] - 24:4
**Anadarko** [7] - 14:20, 17:20, 35:20, 42:23, 56:3, 56:19, 65:6
**ANADARKO** [2] - 5:3, 5:4
**ANADARKO**.............
............................ [1] - 10:24
**Anadarko/MOEX** [2] -

35:24, 56:22
**analysis** [3] - 39:9, 74:17
**AND** [4] - 4:8, 5:5, 5:20, 9:12
**ANDREW** [1] - 4:3
**Andy** [27] - 13:25, 14:2, 15:4, 17:3, 17:10, 17:22, 21:19, 22:4, 22:12, 23:21, 24:20, 28:10, 28:20, 30:6, 31:15, 31:21, 33:17, 34:3, 35:14, 41:17, 42:7, 42:11, 43:12, 57:9, 64:16, 64:18, 65:15
**answer** [2] - 34:1, 55:17
**ante** [1] - 73:18
**ANTHONY** [2] - 2:16, 6:24
**anticipate** [5] - 16:16, 34:22, 36:3, 52:24, 73:15
**apologize** [2] - 55:19, 61:24
**appear** [2] - 20:13, 59:24
**APPEARANCES** [7] - 1:14, 2:1, 3:1, 4:1, 5:1, 6:1, 7:1
**appearances** [1] - 63:19
**apply** [1] - 72:10
**appreciate** [9] - 13:21, 14:25, 22:14, 49:19, 54:25, 66:19, 67:8, 67:10, 69:23
**approach** [2] - 24:18, 68:13
**appropriate** [2] - 47:7, 68:10
**April** [23] - 12:11, 12:25, 20:16, 20:25, 21:1, 25:20, 25:25, 26:3, 27:17, 31:24, 33:1, 33:6, 37:7, 37:10, 38:8, 62:14, 62:18, 66:9, 69:6, 69:17, 73:12, 73:22, 73:24
**APRIL** [1] - 1:5
**ARE** [1] - 8:8
**area** [2] - 51:1, 51:7
**areas** [2] - 29:1, 52:11
**Arnold** [3] - 20:24, 21:16, 61:23
**Arnold's** [1] - 63:1
**assisting** [1] - 33:4
**assume** [4] - 14:10,

40:19, 54:5, 54:16
**assure** [1] - 45:22
**AT** [2] - 3:14, 8:8
**attached** [3] - 49:10, 62:3, 62:10
**attention** [1] - 66:16
**ATTORNEY** [1] - 3:7
**attorneys** [1] - 60:23
**ATTORNEYS** [1] - 3:14
**available** [8] - 21:4, 26:24, 36:1, 37:6, 38:5, 38:9, 47:1, 47:9
**AVENUE** [6] - 1:21, 2:22, 3:8, 5:22, 6:5, 6:10
**AVIATION** [1] - 6:12

# B

**B-I-E-R-N-E** [1] - 17:19
**B-O-U-R-G-O-Y-N-E** [2] - 58:13, 58:21
**B-R-E-L-A-N-D** [1] - 63:4
**B406** [1] - 7:7
**BABIUCH** [1] - 4:4
**backwards** [1] - 70:23
**bad** [1] - 18:15
**bait** [1] - 65:11
**BAKER** [1] - 9:6
**Baker** [1] - 34:20
**ball** [3] - 35:18, 59:9, 59:14
**Barbier** [4] - 40:14, 67:13, 71:2, 72:24
**BARROW** [1] - 6:17
**based** [1] - 63:5
**basic** [1] - 49:22
**basis** [4] - 33:12, 54:16, 54:17, 68:14
**BATTERY** [1] - 2:11
**bear** [1] - 14:23
**BEFORE** [1] - 1:11
**behalf** [2] - 52:6, 74:15
**belabor** [1] - 45:23
**bell** [1] - 16:8
**Bellow** [1] - 45:9
**bent** [1] - 70:23
**Berman** [1] - 13:10
**BERNSTEIN** [1] - 2:10
**Bertone** [1] - 61:18
**BERTONE**................
............................ [1] -
10:14
**best** [7] - 16:16, 37:15,

41:10, 50:1, 57:22, 59:20, 75:13
**bet** [2] - 37:2, 38:2
**better** [5] - 22:4, 36:10, 36:11, 38:17, 72:10
**between** [2] - 26:2, 71:17
**beyond** [1] - 18:14
**Bierne** [1] - 17:19
**BIERNE**...................
............................ [1] - 8:9
**big** [2] - 43:22, 43:24
**BILL** [2] - 8:17, 10:13
**Bill** [5] - 26:20, 27:8, 27:9, 61:15, 66:1
**bill** [2] - 26:21, 43:22
**Billon** [3] - 23:5, 51:4, 51:6
**BINGHAM** [1] - 5:8
**bit** [5] - 19:13, 29:13, 46:16, 56:2, 63:10
**BLANK** [3] - 61:8
**BOB** [1] - 10:11
**Bob** [2] - 60:12, 60:24
**Bobo** [3] - 13:20, 44:2, 44:5
**BOCKIUS** [1] - 5:12
**BOULEVARD** [1] - 2:14
**BOUNDS** [1] - 1:23
**Bourgoyne** [1] - 58:13
**BOURGOYNE**...........
............................ [1]
- 10:4
**BOX** [2] - 1:17, 3:5
**BP** [27] - 3:17, 3:17, 3:18, 3:19, 3:20, 3:21, 3:22, 13:23, 14:2, 14:9, 15:19, 17:20, 19:5, 29:14, 34:25, 35:12, 43:12, 51:12, 51:14, 55:13, 55:14, 61:4, 65:15, 67:2, 69:3, 69:9, 70:11
**BP'S** [1] - 9:13
**BP's** [3] - 35:10, 44:13, 67:25
**brad** [1] - 51:4
**BRANCH** [1] - 2:21
**break** [2] - 12:13, 32:4
**Breland** [1] - 63:4
**BRELAND**..................
............................ [1] -
10:16
**Brent** [1] - 52:7
**BRENT** [1] - 9:20

**brief** [1] - 52:9
**briefly** [1] - 52:21
**bright** [1] - 73:4
**bring** [5] - 43:1, 66:15, 67:7, 69:10, 74:22
**broaden** [1] - 54:3
**broader** [1] - 49:25
**brought** [1] - 16:19
**Brown** [7] - 28:21, 29:10, 29:19, 29:21, 29:22, 30:1, 63:9
**BROWN......................................** [1] - 10:17
**BRYAN** [1] - 7:3
**BUILDING** [2] - 2:4, 6:9
**bumps** [1] - 24:22
**business** [2] - 29:13, 39:11
**busy** [1] - 27:16
**butcher** [1] - 34:15
**Buzbee** [3] - 20:15, 64:21, 65:18
**BY** [29] - 1:4, 1:17, 1:20, 1:24, 2:3, 2:7, 2:10, 2:13, 2:21, 3:4, 3:8, 3:11, 3:23, 4:3, 4:10, 4:14, 4:18, 4:22, 5:6, 5:9, 5:12, 5:21, 6:4, 6:9, 6:13, 6:17, 6:20, 7:9, 7:10

## C

**C-A-R-G-O-L** [1] - 59:13
**CA** [2] - 2:11, 2:23
**CABRASER** [2] - 2:10, 2:10
**calendar** [10] - 20:16, 25:6, 26:6, 45:1, 45:7, 46:16, 59:20, 59:21, 61:17, 73:24
**CALLED** [1] - 12:4
**CAMERON** [2] - 4:13, 9:23
**Cameron** [5] - 40:22, 53:6, 53:8, 53:10, 54:12
**CAMP** [1] - 3:12
**Campbell** [3] - 33:18, 33:21, 33:22
**CAMPBELL** [1] - 9:4
**CANAL** [2] - 2:17, 2:17
**cannot** [5] - 24:3, 24:8, 24:14, 74:16
**cap** [1] - 27:11
**capital** [1] - 26:23
**care** [4] - 16:17, 37:2, 50:24, 56:18
**Cargol** [1] - 59:12
**CARGOL..........................................** [1] - 10:8
**CARONDELET** [1] - 4:14
**carry** [2] - 18:11, 28:9
**carved** [1] - 71:24
**case** [7] - 14:24, 15:22, 15:23, 60:17, 68:10, 69:5, 69:21
**cases** [5] - 68:5, 68:7, 69:8, 69:9, 69:15
**Castell** [2] - 27:25, 28:3
**CASTELL...................................** [1] - 8:18
**categories** [2] - 54:18
**category** [1] - 48:13
**CATHLEENIA** [1] - 10:15
**Cathleenia** [1] - 62:1
**Cathy** [2] - 75:8, 75:19
**CATHY** [1] - 7:6
**caveat** [1] - 18:18
**CCR** [2] - 7:6, 75:19
**cement** [1] - 13:23
**CENTER** [1] - 6:21
**CENTRE** [1] - 4:10
**CEO** [2] - 60:14, 60:18
**CEO's** [1] - 60:14
**certain** [4] - 19:4, 58:19, 72:2, 74:6
**certainly** [8] - 34:25, 49:11, 49:24, 50:15, 61:4, 73:12, 73:22, 73:23
**CERTIFICATE** [1] - 75:6
**certification** [1] - 49:12
**CERTIFIED** [1] - 7:6
**Certified** [3] - 75:8, 75:9, 75:20
**certify** [1] - 75:12
**CHAMBERS** [1] - 6:16
**chance** [1] - 30:17
**change** [2] - 22:2, 22:18
**changed** [3] - 22:12, 26:1, 28:7
**character** [1] - 71:18
**charge** [1] - 38:25
**CHARLES** [2] - 6:5, 6:5
**cheaper** [1] - 43:1
**CHERYL** [1] - 9:25
**Cheryl** [1] - 57:12
**CHICAGO** [1] - 4:5
**Christopher** [1] - 65:17
**CHRYSLER** [1] - 6:9
**CIRCLE** [1] - 2:8
**circulate** [2] - 36:19, 60:23
**circulated** [1] - 29:4
**CIVIL** [2] - 1:6, 2:21
**claim** [4] - 63:18, 68:12, 68:13
**claims** [3] - 71:15, 71:17, 72:13
**clarification** [2] - 29:12, 53:24
**Clawson** [1] - 52:18
**CLAWSON.........................................** [1] - 9:21
**clear** [4] - 13:3, 40:14, 42:24, 63:2
**cleared** [1] - 59:24
**clearly** [1] - 39:12
**CLERK** [3] - 16:9, 31:16, 62:16
**client** [2] - 20:18, 63:10
**clogged** [1] - 25:18
**close** [1] - 24:8
**closed** [1] - 38:8
**co** [1] - 70:4
**co-counsel** [1] - 70:4
**Coast** [1] - 62:18
**COBALT** [1] - 9:2
**Cobalt** [2] - 32:16, 32:21
**collar** [1] - 52:8
**collective** [1] - 60:10
**collectively** [1] - 70:4
**COLSON** [2] - 2:6
**Columbus** [2] - 38:24, 39:10
**comfortable** [1] - 32:12
**coming** [6] - 20:19, 31:17, 36:25, 37:1, 47:4, 74:19
**comment** [2] - 57:5, 69:23
**comments** [1] - 60:8
**commitment** [1] - 24:8
**communication** [1] - 69:16
**companies** [1] - 43:6
**COMPANY** [3] - 3:18, 5:4
**company** [3] - 36:23, 61:7, 65:9
**compensation** [1] - 38:23
**complaints** [1] - 69:10
**complete** [1] - 49:6
**completed** [3] - 38:4, 38:14, 47:15
**complicated** [2] - 38:1, 46:1
**COMPUTER** [1] - 7:10
**concept** [1] - 74:18
**concern** [4] - 16:22, 24:21, 24:23, 43:24
**concerned** [2] - 44:10, 72:20
**concluded** [1] - 75:2
**conclusion** [1] - 47:14
**confecting** [1] - 16:25
**confer** [1] - 33:7
**conference** [5] - 53:9, 66:9, 66:24, 69:6, 69:18
**CONFERENCE** [1] - 1:11
**conferences** [1] - 26:1
**confirmation** [2] - 13:18, 44:23
**confirmed** [6] - 26:7, 28:4, 30:7, 30:8, 31:13, 31:14
**confusion** [1] - 56:2
**congested** [1] - 26:17
**consent** [1] - 45:25
**consider** [2] - 20:1, 50:15
**considerations** [1] - 36:24
**considered** [1] - 48:11
**constraints** [1] - 67:6
**consultant** [1] - 55:13
**consuming** [1] - 24:4
**contact** [8] - 33:4, 33:13, 35:12, 35:13, 37:25, 40:24, 41:21, 61:22
**contacted** [3] - 20:17, 30:25, 56:25
**contacts** [1] - 58:25
**continue** [2] - 31:2, 59:4
**CONTINUED** [6] - 2:1, 3:1, 4:1, 5:1, 6:1, 7:1
**continuing** [1] - 39:4
**contract** [2] - 38:8, 43:15
**contractors** [1] - 35:10
**contractual** [3] - 34:24, 43:14, 46:24
**Control** [1] - 32:25
**CONTROL......................................** [1] - 9:3
**convenient** [1] - 63:15
**Convention** [1] - 28:14
**conversation** [1] - 58:16
**conversations** [1] - 34:21
**convinced** [1] - 44:2
**cooperate** [1] - 58:9
**cooperation** [1] - 67:8
**cooperatively** [1] - 50:14
**coordinate** [1] - 14:1
**copies** [1] - 53:16
**CORAL** [1] - 2:8
**COREY** [1] - 3:8
**corporate** [1] - 25:12
**CORPORATION** [5] - 3:19, 4:13, 5:3, 5:4, 6:8
**correct** [14] - 26:3, 26:5, 28:24, 28:25, 29:23, 30:9, 42:4, 50:11, 54:7, 55:3, 55:4, 55:7, 58:24, 75:12
**correction** [1] - 21:21
**cost** [1] - 35:25
**costs** [5] - 31:16, 36:24, 41:23, 43:15, 44:3
**COSTS** [1] - 8:25
**COTLAR** [1] - 1:20
**Counsel** [1] - 71:3
**counsel** [20] - 13:1, 13:3, 13:18, 22:17, 25:24, 28:12, 30:13, 38:7, 38:8, 39:11, 41:23, 45:24, 46:9, 53:17, 56:11, 58:7, 59:23, 63:14, 69:8, 70:4
**COUNSEL** [1] - 1:16
**counsel's** [1] - 29:17
**counterclaims** [4] - 71:16, 72:3, 72:4, 73:18
**couple** [3] - 12:13, 14:5, 26:1
**course** [3] - 33:8, 38:10, 42:21
**Court** [17] - 19:6, 32:22, 33:8, 33:23, 45:21, 46:9, 46:22, 69:11, 71:12, 72:8, 72:14, 74:6, 75:9, 75:10, 75:11, 75:21, 75:22
**court** [6] - 18:14,

26:11, 30:14, 35:4, 35:18, 59:14
**COURT** [251] - 1:1, 7:6, 12:4, 12:7, 12:18, 12:20, 13:7, 13:14, 13:17, 13:21, 14:12, 14:15, 15:1, 15:8, 15:13, 16:5, 16:8, 16:12, 16:21, 17:2, 17:6, 17:9, 17:16, 17:25, 18:3, 18:6, 18:8, 18:22, 19:8, 19:21, 19:24, 20:1, 20:4, 20:8, 20:10, 20:22, 21:3, 21:8, 21:10, 21:13, 21:15, 21:17, 21:22, 22:2, 22:12, 22:19, 22:23, 22:25, 23:2, 23:10, 23:13, 23:15, 24:2, 24:9, 24:16, 24:20, 25:2, 25:4, 25:9, 25:14, 25:19, 26:4, 26:7, 26:13, 26:19, 26:21, 26:24, 27:3, 27:7, 27:9, 27:11, 27:14, 27:16, 27:18, 27:22, 27:24, 28:4, 28:9, 28:17, 28:20, 28:23, 29:1, 29:4, 29:7, 29:25, 30:8, 30:10, 30:15, 30:21, 31:2, 31:8, 31:14, 31:18, 31:20, 32:9, 32:12, 32:15, 32:24, 33:16, 34:2, 34:5, 34:8, 34:19, 35:2, 35:5, 35:7, 35:9, 35:14, 35:16, 35:20, 35:22, 36:2, 36:6, 36:8, 36:11, 36:18, 36:22, 36:25, 37:2, 37:4, 37:10, 37:12, 37:16, 37:19, 37:24, 38:2, 38:12, 38:18, 39:3, 39:14, 39:17, 39:24, 40:4, 40:6, 40:11, 40:16, 40:24, 41:4, 41:7, 41:11, 41:14, 41:16, 41:20, 42:4, 42:7, 42:11, 42:13, 42:17, 42:20, 43:8, 43:24, 44:7, 44:11, 44:23, 45:2, 45:5, 45:13, 46:1, 46:4, 48:1, 48:19, 48:24, 49:6, 50:9, 50:20, 50:22, 51:6, 51:9, 51:14, 51:18, 52:1, 52:5, 52:13, 52:16, 52:24,

53:4, 53:20, 54:9, 54:17, 54:23, 54:25, 55:5, 55:8, 56:8, 56:14, 56:17, 56:20, 57:1, 57:4, 57:8, 57:14, 57:18, 57:21, 57:24, 58:5, 58:12, 58:17, 58:21, 58:23, 59:2, 59:4, 59:13, 59:16, 60:5, 60:10, 60:22, 61:2, 61:5, 61:10, 61:15, 61:18, 61:21, 61:23, 62:2, 62:8, 62:19, 62:22, 63:3, 63:8, 63:13, 63:21, 64:1, 64:3, 64:9, 64:13, 64:20, 64:25, 65:4, 65:6, 65:12, 65:19, 65:22, 66:3, 66:10, 66:12, 66:17, 66:19, 67:10, 67:18, 68:19, 68:24, 69:1, 69:19, 70:14, 70:18, 71:4, 71:9, 73:9, 73:21, 74:13, 74:21
**Court's** [4] - 46:19, 47:1, 47:10, 74:10
**cover** [15] - 15:16, 23:15, 26:16, 27:2, 27:20, 29:8, 29:10, 29:16, 34:2, 44:18, 44:19, 45:17, 49:14, 65:12, 73:22
**covered** [2] - 26:10
**COVINGTON** [1] - 3:15
**Cowie** [1] - 45:7
**COWIE** [1] - 45:7
**Cowlam** [1] - 21:23
**CRAIG** [1] - 10:16
**Craig** [1] - 63:4
**Crone** [1] - 55:10
**CRONE.....................
....................** [1] - 9:24
**crossclaims** [4] - 71:16, 72:3, 73:18
**CRR** [2] - 7:6, 75:19
**CSI** [3] - 8:20, 28:17, 30:5
**Cunningham** [14] - 13:8, 13:14, 15:2, 15:3, 21:8, 22:21, 27:3, 36:8, 39:24, 40:1, 40:8, 40:19, 40:22, 41:2
**CUNNINGHAM** [22] - 1:23, 1:24, 13:6, 13:15, 15:3, 15:10,

15:14, 16:7, 16:19, 21:9, 22:9, 22:22, 23:8, 23:14, 27:5, 36:10, 37:15, 39:22, 40:1, 41:2, 41:6, 42:10
**cure** [1] - 73:2
**CUSTODIAL** [1] - 8:15
**custodial** [3] - 23:18, 23:25, 70:7
**cut** [3] - 12:15, 19:23, 65:11
**cutoff** [2] - 18:13, 51:19

# D

**D-A-R-R-Y-L** [1] - 58:23
**D-U-P-R-I-E-S-T** [1] - 58:6
**D.C** [1] - 3:5
**DALLAS** [2] - 4:20, 6:21
**damages** [1] - 74:17
**Darryl** [2] - 58:13, 58:22
**DARRYL** [1] - 10:4
**DART** [1] - 3:14
**Daryl** [1] - 13:23
**DARYL** [1] - 8:7
**data** [1] - 50:16
**database** [1] - 50:18
**date** [23] - 13:2, 13:3, 13:4, 16:6, 16:9, 17:10, 17:14, 18:13, 19:9, 23:21, 25:23, 25:24, 33:9, 36:1, 40:7, 45:14, 49:17, 54:8, 58:19, 62:12, 62:13, 62:14, 62:23
**dates** [4] - 14:1, 20:12, 20:13, 21:8, 25:7, 25:10, 25:11, 25:12, 25:17, 25:19, 26:24, 27:25, 31:1, 31:6, 34:7, 34:21, 36:6, 38:10, 38:19, 38:21, 40:25, 41:24, 42:6, 52:3, 52:13, 52:20, 57:23, 58:3, 58:10, 59:12, 59:21, 59:24, 60:20, 61:13, 61:14, 63:15, 63:19, 64:8, 64:11, 64:14, 64:19, 64:18, 65:23
**DAUPHIN** [1] - 1:24
**David** [1] - 63:15
**days** [8] - 20:20, 21:5,

21:6, 21:10, 30:2, 30:3, 33:14, 54:14
**DC** [2] - 5:10, 13:10
**deadline** [1] - 16:24, 19:12, 71:15
**dealing** [1] - 69:8
**Deb** [3] - 14:20, 42:23, 44:4
**DEBORAH** [1] - 5:6
**decade** [1] - 60:18
**decided** [3] - 62:12, 62:14, 70:4
**decisions** [1] - 16:3
**declaration** [1] - 15:25
**declined** [2] - 67:22, 67:24
**DEEPWATER** [3] - 1:4, 4:8, 4:9
**defendants** [11] - 19:12, 68:5, 71:14, 71:17, 71:24, 71:25, 72:1, 72:2, 72:4, 72:16, 73:11
**defending** [1] - 72:2
**defense** [1] - 69:8
**defer** [5] - 39:19, 40:22, 62:12, 62:14, 62:22
**deferred** [1] - 74:17
**definite** [1] - 37:13
**definitely** [2] - 48:11, 58:3
**definitions** [1] - 53:13
**definitive** [1] - 34:1
**DENISE** [1] - 5:12
**Denise** [1] - 51:3
**DENNIS** [1] - 6:17
**Dennis** [1] - 45:12
**DEPARTMENT** [2] - 2:20, 3:4
**department** [2] - 37:22, 58:10
**deponent** [4] - 34:11, 45:11, 45:16, 61:17
**deponent's** [1] - 34:15
**deponents** [8] - 13:24, 14:22, 26:14, 65:14, 67:1, 68:4, 72:21, 72:22
**depose** [3] - 15:21, 16:4, 68:17
**deposed** [4] - 16:2, 41:5, 41:22, 58:15
**deposition** [36] - 12:8, 12:24, 14:10, 14:25, 28:18, 30:25, 32:21, 33:12, 36:4, 37:8, 38:9, 38:13, 38:14, 38:20, 43:20, 44:13, 47:13, 47:14, 48:16,

21:6, 21:10, 30:2, 30:3, 33:14, 54:14
**DC** [2] - 5:10, 13:10
**deadline** [1] - 16:24, 19:12, 71:15
**dealing** [1] - 69:8
**Deb** [3] - 14:20, 42:23, 44:4
**DEBORAH** [1] - 5:6
**decade** [1] - 60:18
**decided** [3] - 62:12, 62:14, 70:4
**decisions** [1] - 16:3
**declaration** [1] - 15:25
**declined** [2] - 67:22, 67:24
**DEEPWATER** [3] - 1:4, 4:8, 4:9

48:25, 49:17, 50:5, 51:11, 52:3, 53:10, 54:5, 54:9, 54:15, 62:1, 62:13, 62:23, 64:22, 68:6, 71:13, 72:5, 72:24
**DEPOSITION** [2] - 8:5, 11:3
**DEPOSITION.............
............** [1] - 10:15
**DEPOSITION.............
............** [1] - 8:20
**DEPOSITION.............
................** [1] - 9:13
**depositions** [16] - 15:16, 20:21, 23:22, 49:21, 51:19, 53:12, 54:12, 54:21, 67:5, 69:14, 70:24, 71:20, 73:12, 73:22, 73:24
**derivative** [4] - 66:6, 66:22, 68:12, 69:25
**derivatives** [1] - 71:5
**designated** [2] - 29:1, 48:11
**designations** [1] - 30:3
**designee** [3] - 47:4, 50:25, 51:1
**designees** [8] - 25:8, 25:22, 26:8, 26:9, 28:21, 49:1, 52:25, 55:2
**DESIGNEES.............
.....** [1] - 8:16
**determined** [1] - 25:24
**device** [1] - 50:17
**different** [2] - 71:18, 72:20
**differently** [2] - 20:2, 37:9
**diligently** [1] - 45:22
**directly** [2] - 19:16, 35:13
**directors** [1] - 60:15
**DIRK** [1] - 6:4
**discount** [1] - 44:5
**discovery** [8] - 18:20, 19:13, 19:18, 67:2, 67:3, 70:11, 70:22, 74:10
**DISCOVERY** [1] - 1:11
**discuss** [2] - 18:11, 66:11
**discussion** [4] - 12:17, 18:22, 52:9, 59:4
**discussions** [2] - 52:11, 52:22
**dismiss** [1] - 70:21

5

**distributed** [1] - 38:5
**District** [3] - 75:11, 75:22
**DISTRICT** [2] - 1:1, 1:1
**DIVISION** [1] - 2:21
**DNV** [8] - 37:25, 38:1, 38:9, 38:20, 42:3, 42:16, 43:9, 43:25
**DNV**..........................
...................... [1] - 9:11
**DOCUMENT** [1] - 1:8
**document** [8] - 36:13, 36:14, 36:19, 49:10, 49:14, 49:22, 54:13, 70:13
**Document** [1] - 62:16
**documents** [18] - 18:10, 18:13, 33:10, 33:11, 49:12, 49:23, 49:25, 54:4, 54:10, 54:19, 54:20, 67:2, 68:15, 70:5, 70:8, 70:10, 70:24, 72:14
**DOCUMENTS**............
...................... [1] - 8:10
**DOI** [1] - 38:7
**DOMENGEAUX** [1] - 1:16
**Don** [10] - 13:9, 13:21, 20:10, 20:11, 44:1, 44:7, 46:5, 64:7, 64:15, 64:23
**DON** [1] - 3:23
**DONALD** [1] - 4:18
**done** [9] - 23:25, 24:11, 38:15, 40:3, 40:12, 40:23, 46:11, 56:12
**door** [3] - 14:11, 14:15, 17:24
**Douglas** [1] - 63:9
**DOUGLAS** [1] - 10:17
**down** [24] - 21:25, 22:16, 25:16, 26:4, 26:14, 28:6, 31:20, 31:23, 32:4, 35:16, 39:4, 42:20, 42:22, 43:21, 44:17, 44:18, 51:18, 51:22, 53:18, 57:19, 58:5, 58:17, 70:11
**DRIL** [1] - 6:16
**Dril** [2] - 56:10, 56:11
**DRIL-QUIP** [1] - 6:16
**Dril-Quip** [1] - 56:10
**Dril-Quip's** [1] - 56:10
**DRILLING** [1] - 4:8
**drop** [1] - 28:2

**dropped** [1] - 59:9
**Dudley** [1] - 15:20
**Duffy** [2] - 74:8, 74:15
**Duke** [3] - 23:15, 31:25, 32:17
**Dupriest** [2] - 58:5, 58:11
**DUPRIEST**...............
...................... [1] - 10:3
**during** [3] - 12:7, 26:17, 27:1
**DYNAMIC** [1] - 6:12

# E

**E&P** [1] - 5:4
**E-M-I-L-S-O-N** [1] - 34:16
**e-mail** [7] - 46:12, 46:14, 52:22, 53:25, 57:5, 60:24, 73:14
**e-mails** [2] - 12:7, 74:11
**Earl** [3] - 22:15, 22:18, 22:19
**EARL** [1] - 8:14
**early** [7] - 13:6, 20:18, 37:7, 37:12, 44:17, 50:24, 73:7
**EASTERN** [1] - 1:1
**Eastern** [1] - 75:11
**easy** [1] - 37:3
**Eddy** [1] - 61:11
**EDDY** [1] - 10:12
**EDWARDS** [1] - 1:16
**efficiencies** [3] - 67:14, 67:16, 69:22
**effort** [1] - 16:16
**efforts** [1] - 65:8
**EIDSON** [1] - 2:6
**eight** [1] - 50:15
**either** [7] - 26:11, 36:1, 36:7, 52:24, 61:7, 62:8, 72:2
**ELIZABETH** [1] - 2:10
**Ellis** [1] - 34:18
**ELLIS** [1] - 4:3
**Ellison** [6] - 66:9, 66:24, 67:7, 69:6, 71:2, 71:7
**Ellison's** [2] - 66:16, 69:20
**ELM** [1] - 4:19
**Emilson** [1] - 34:16
**employee** [1] - 30:23
**employees** [1] - 54:12
**encouraging** [1] - 73:13

**end** [5] - 37:6, 38:8, 43:18, 43:23, 72:11
**endorse** [1] - 61:4
**ENERGY** [2] - 4:10, 4:17
**Energy** [4] - 34:5, 34:6, 34:17, 65:9
**ENERGY**...................
...................... [1] - 9:5
**enforce** [1] - 68:17
**ENFORCEMENT** [1] - 3:3
**engineer** [1] - 13:24
**engineering** [1] - 39:9
**Engineering** [1] - 34:21
**ENGINEERING**..........
...................... [1] - 9:7
**entered** [1] - 74:6
**entertain** [1] - 51:10
**entire** [1] - 38:12
**entities** [1] - 34:22
**entitled** [2] - 70:22, 75:14
**entry** [1] - 72:12
**ENVIRONMENTAL** [1] - 3:3
**Eric** [1] - 36:4
**ERISA** [5] - 68:12, 69:3, 69:8, 69:9, 69:15
**Ervin** [1] - 74:4
**ERVIN** [1] - 2:7
**ESI** [8] - 47:20, 47:22, 48:1, 48:4, 48:5, 48:7, 48:9, 50:16
**especially** [1] - 43:24
**ESQUIRE** [38] - 1:17, 1:20, 1:24, 2:3, 2:7, 2:10, 2:13, 2:16, 2:21, 3:4, 3:8, 3:11, 3:23, 4:3, 4:4, 4:10, 4:14, 4:18, 4:18, 4:19, 4:22, 5:6, 5:9, 5:12, 5:21, 5:21, 6:4, 6:4, 6:9, 6:13, 6:17, 6:20, 6:23, 6:24, 6:24, 7:3, 7:3, 7:4
**estimate** [1] - 39:1
**evening** [1] - 48:22
**event** [1] - 20:20
**eventually** [1] - 45:19
**evolved** [1] - 71:21
**evolving** [1] - 71:19
**exacerbate** [1] - 34:10
**exactly** [6] - 16:17, 17:2, 19:25, 23:13, 42:16, 63:1

**examination** [1] - 51:2
**example** [1] - 15:19
**except** [2] - 29:8, 42:25
**exchange** [2] - 16:6, 16:14
**excuse** [1] - 49:21
**expect** [1] - 42:6
**expectations** [1] - 24:19
**expense** [1] - 43:18
**expenses** [1] - 43:1
**expert** [2] - 51:15, 51:20
**EXPLORATION** [1] - 3:20
**expressed** [1] - 36:16
**extent** [10] - 14:19, 24:10, 49:13, 49:19, 51:10, 54:13, 67:9, 67:11, 68:20, 69:24
**extra** [6] - 66:13, 67:1, 67:22, 67:24, 68:2, 68:15
**extremely** [1] - 24:4
**Exxon** [2] - 58:8, 58:10
**Ezell** [5] - 25:21, 25:23, 25:25, 26:4, 26:10

# F

**fabulous** [1] - 55:8
**fact** [2] - 46:15, 54:20
**fact/30(b)(6** [1] - 72:21
**fair** [6] - 19:1, 19:3, 39:6, 46:23, 61:10, 64:20
**fairly** [3] - 49:22, 65:8, 71:19
**far** [11] - 14:12, 14:15, 14:22, 19:19, 40:10, 43:8, 43:11, 44:4, 44:9, 44:11, 54:19
**favor** [1] - 68:20
**fear** [1] - 71:25
**February** [2] - 18:19, 18:24
**FEDERAL** [1] - 2:20
**FELDMAN** [4] - 68:23, 68:25, 69:2, 69:24
**Feldman** [1] - 68:23
**fell** [1] - 48:13
**few** [4] - 12:7, 33:14, 57:7, 68:5
**FIFTH** [1] - 5:22
**figure** [1] - 33:17
**figuring** [2] - 60:16,

60:21
**file** [2] - 55:21, 56:16
**filed** [3] - 49:8, 62:11, 73:18
**FILES** [1] - 8:15
**files** [2] - 23:18, 23:25
**filing** [1] - 62:21
**filings** [1] - 63:1
**fill** [2] - 20:12, 21:6
**filled** [4] - 25:6, 25:11, 34:10, 59:20
**filling** [1] - 15:7
**final** [5] - 36:19, 40:23, 55:17, 55:18, 55:21
**FINANCIAL** [1] - 5:20
**fine** [8] - 13:16, 17:14, 17:15, 22:11, 39:17, 57:3, 67:12, 74:13
**finished** [1] - 39:21
**firm** [2] - 58:8, 63:24
**FIRM** [2] - 2:16, 6:20
**firmed** [1] - 27:25
**first** [15] - 12:10, 17:13, 18:10, 21:10, 23:22, 28:20, 34:5, 38:4, 40:15, 46:18, 49:9, 50:15, 57:10, 58:22, 59:18
**fish** [1] - 65:11
**FITCH** [35] - 6:24, 16:11, 18:7, 27:13, 27:15, 35:21, 35:24, 36:3, 36:7, 36:13, 36:21, 36:23, 37:1, 37:3, 37:6, 37:11, 37:18, 37:21, 38:1, 38:3, 38:16, 38:21, 39:6, 39:15, 40:5, 40:7, 40:14, 41:1, 41:13, 41:15, 42:15, 42:18, 56:22, 57:6, 65:7
**Fitch** [5] - 16:11, 35:24, 42:15, 56:22, 65:7
**five** [7] - 29:11, 29:12, 29:16, 29:18, 29:20, 41:5, 46:22
**FL** [1] - 2:8
**flags** [1] - 74:1
**flat** [1] - 43:20
**flies** [1] - 41:14
**flight** [1] - 24:12
**flip** [1] - 26:2
**flip-flopped** [1] - 26:2
**float** [1] - 52:8
**FLOOR** [4] - 2:11, 2:22, 4:10, 6:17
**flopped** [1] - 26:2
**fly** [1] - 24:6

**focus** [1] - 18:19
**focused** [1] - 18:24
**follow** [7] - 39:15, 63:2, 65:19, 65:22, 70:2, 70:12, 74:5
**FOR** [16] - 1:23, 2:20, 3:3, 3:7, 3:10, 3:17, 4:7, 4:13, 4:17, 5:3, 5:12, 5:15, 6:3, 6:8, 6:16, 8:15
**foregoing** [1] - 75:12
**forensic** [1] - 39:9
**forget** [1] - 42:22
**forging** [1] - 71:15
**forgotten** [1] - 63:12
**formal** [2] - 71:18, 74:10
**formalities** [1] - 74:3
**formally** [1] - 55:18
**former** [1] - 30:23
**formulate** [1] - 74:17
**forth** [3] - 53:17, 72:12, 74:12
**forward** [2] - 24:24, 51:19
**four** [11] - 21:5, 23:6, 23:7, 26:15, 27:19, 27:20, 29:9, 49:4, 49:5, 55:17
**FRANCISCO** [2] - 2:11, 2:23
**frankly** [1] - 48:12
**Fred** [1] - 58:5
**FRED** [1] - 10:3
**freed** [1] - 20:14
**frees** [1] - 20:20
**frequently** [1] - 23:9
**Friday** [7] - 33:20, 48:16, 49:11, 63:7, 63:17, 63:20, 73:7
**FRIDAY** [2] - 1:7, 12:2
**FRILOT** [1] - 4:9
**front** [4] - 16:5, 16:10, 46:15, 72:11
**full** [2] - 30:2, 30:3
**fully** [1] - 48:17

**G**

**G-U-I-D-R-Y** [1] - 36:5
**GABLES** [1] - 2:8
**Gagliano** [2] - 12:10, 12:24, 13:11
**GAGLIANO**..............
...................... [1]
- 8:6
**Gary** [1] - 52:6
**GARY** [1] - 6:4
**GATE** [1] - 2:22

**gather** [1] - 19:19
**GEIGER** [1] - 6:12
**GENERAL** [1] - 3:7
**generally** [2] - 18:9, 38:5
**gentleman** [1] - 14:6
**gentlemen** [1] - 39:4
**Gil** [1] - 21:23
**Gisclair** [3] - 46:21, 46:23, 49:3
**given** [4] - 32:6, 61:8, 65:18, 70:23
**glad** [1] - 13:7
**global** [1] - 13:23
**Godfrey** [2] - 52:10, 52:21
**GODWIN** [22] - 4:17, 4:18, 4:21, 13:9, 13:16, 13:19, 20:9, 20:11, 20:23, 21:4, 21:16, 21:18, 44:1, 44:8, 63:24, 64:2, 64:7, 64:11, 64:15, 64:23, 65:3, 65:5
**Godwin** [8] - 13:9, 20:11, 42:25, 44:1, 64:7, 64:15, 64:23, 73:6
**Goforth** [1] - 73:5
**GOING** [1] - 8:8
**GOLDEN** [1] - 2:22
**GONZALES** [1] - 2:7
**Gonzalez** [1] - 74:4
**GONZALEZ** [2] - 2:7, 74:3, 74:14
**Gordon** [1] - 63:10
**GOTSHAL** [1] - 5:20
**government** [1] - 38:7
**GOVERNMENT** [1] - 2:20
**grade** [1] - 25:16
**great** [17] - 21:17, 28:4, 30:5, 34:8, 34:19, 35:2, 36:18, 36:22, 58:5, 58:12, 63:21, 64:13, 66:4, 67:10, 69:19, 73:23, 74:21
**Grounds** [2] - 57:10, 57:12
**GROUNDS** [1] - 57:12
**GROUNDS**..............
...................... [1] -
9:25
**GROUP** [1] - 6:12
**group** [3] - 38:13, 42:1, 42:7
**groups** [1] - 65:13
**growing** [1] - 43:18
**Guard** [1] - 62:18

**guess** [12] - 17:12, 27:6, 28:13, 28:20, 38:12, 39:11, 40:17, 41:18, 41:24, 42:2, 56:6, 58:25
**guide** [1] - 30:6
**GUIDE**..................
...................... [1] -
8:21
**Guidry** [3] - 36:4, 36:6, 36:12
**GULF** [1] - 1:5
**guy** [1] - 61:12
**guys** [5] - 13:4, 24:12, 27:19, 48:20, 50:22

**H**

**H-A-Y** [1] - 63:13
**Hague** [1] - 28:14
**Haire** [1] - 65:17
**half** [1] - 40:18
**HALLIBURTON** [1] -
4:17
**Halliburton** [18] -
13:9, 20:11, 35:15, 44:1, 44:2, 46:8, 46:13, 46:18, 48:25, 49:9, 50:2, 55:21, 55:25, 56:9, 63:22, 64:7, 64:15, 64:23
**HALLIBURTON**.........
......................
..[2] - 9:14, 10:19
**handle** [2] - 27:4, 56:1
**hands** [1] - 55:25
**happy** [9] - 12:21, 29:6, 34:13, 36:15, 45:19, 47:17, 50:3, 50:13, 56:5
**hard** [2] - 60:16, 60:21
**Hartmann** [2] - 59:6, 59:7
**HARTMANN**..............
......................
[1] - 10:6
**hate** [1] - 47:22
**Haug** [1] - 34:16
**HAUG** [1] - 34:16
**Hay** [2] - 63:13, 63:14
**hay** [1] - 63:16
**HAY**..........................
...................... [1] -
10:18
**HAYCRAFT** [1] - 3:23
**Haynie** [4] - 41:18, 42:2, 42:3, 42:6
**HAYNIE** [1] - 9:12
**headway** [3] - 66:8,

66:14, 66:25
**health** [3] - 31:5, 31:7, 31:9
**hear** [2] - 31:9, 43:8
**HEARD** [1] - 1:11
**heard** [9] - 17:21, 43:8, 43:11, 43:13, 45:13, 60:9, 64:17, 64:21, 69:4
**hearing** [5] - 48:3, 62:14, 62:15, 62:18, 62:23
**HEATH** [1] - 8:13
**Heath** [1] - 20:24
**HEIMANN** [1] - 2:10
**held** [2] - 30:13, 53:9
**hello** [3] - 12:18, 12:19, 68:24
**help** [1] - 56:6
**helpful** [2] - 16:25, 51:24
**Hennessey** [1] - 59:23
**HENRY** [1] - 3:14
**hereby** [1] - 75:12
**heretofore** [1] - 72:18
**HERMAN** [12] - 1:20, 1:20, 18:16, 19:1, 47:16, 49:18, 50:8, 55:11, 56:18, 57:3, 62:5
**Herman** [6] - 18:16, 47:16, 48:14, 49:20, 50:13, 55:11
**HICKS** [1] - 2:6
**high** [1] - 60:21
**highlight** [1] - 43:17
**himself** [1] - 33:22
**hold** [3] - 25:14, 36:2, 44:21
**HOLDINGS** [3] - 3:21, 4:7, 5:16
**Hollack** [1] - 23:4
**Honor** [69] - 13:6, 13:9, 14:2, 14:17, 15:4, 16:24, 17:13, 19:16, 20:9, 20:24, 21:9, 21:16, 21:19, 22:22, 23:24, 25:5, 25:17, 25:23, 26:6, 28:11, 31:5, 31:25, 32:19, 33:2, 33:19, 34:20, 40:2, 40:21, 41:1, 41:18, 42:14, 43:12, 44:1, 44:8, 44:9, 44:14, 45:23, 49:2, 50:10, 50:21, 51:16, 52:4, 52:15, 53:7, 53:24, 54:7, 54:16, 54:22, 55:4, 55:11, 57:11, 59:19,

60:13, 61:1, 61:24, 63:24, 64:7, 64:11, 65:15, 66:1, 67:20, 68:22, 68:23, 70:15, 71:1, 71:12, 74:3, 74:5, 74:24
**Honor's** [2] - 21:24, 24:17
**HONORABLE** [1] -
1:11
**hope** [1] - 34:25
**hopefully** [7] - 16:24, 23:8, 55:18, 63:6, 63:16, 63:19, 69:17
**HORIZON** [1] - 1:4
**horse** [1] - 72:19
**hotels** [1] - 44:5
**hour** [6] - 67:22, 67:24, 70:5, 70:6, 72:5
**hours** [2] - 43:20, 71:24
**HOUSTON** [5] - 2:14, 4:23, 5:13, 6:18, 6:22
**Houston** [2] - 18:2, 38:24
**huge** [1] - 24:1

**I**

**I**..................................
.... [1] - 9:18
**idea** [5] - 17:4, 18:15, 72:7, 73:9
**ideas** [1] - 73:4
**identified** [1] - 68:5
**identify** [4] - 67:25, 68:15, 72:8, 73:12
**identifying** [2] - 72:11, 72:16
**III** [1] - 6:13
**IL** [1] - 4:5
**image** [1] - 24:14
**imagine** [1] - 19:2
**impact** [1] - 15:11
**impose** [1] - 19:12
**impossible** [1] - 19:2
**impression** [4] -
47:24, 48:1, 55:23, 69:12
**IN** [3] - 1:4, 1:5, 11:1
**inadequate** [1] - 72:5
**Inc** [1] - 37:24
**INC** [16] - 3:17, 3:18, 3:19, 3:20, 3:22, 4:8, 4:9, 4:17, 5:16, 5:16, 5:18, 5:18, 5:19, 5:20, 6:12, 6:16

**include** [1] - 43:6
**including** [1] - 38:25
**Incorporated** [1] - 37:4
**INCORPORATED......** ........................... [1] - 9:10
**incorrect** [1] - 25:24
**incorrectly** [1] - 49:8
**indefinitely** [1] - 32:21
**indicated** [2] - 20:19, 55:14
**indication** [1] - 28:15
**individual** [3] - 22:17, 59:23, 63:14
**indulgence** [1] - 71:13
**info** [1] - 71:10
**inform** [2] - 13:13, 20:13
**information** [7] - 44:16, 45:21, 50:19, 53:14, 57:22, 63:6, 71:21
**informed** [2] - 38:17, 39:7
**Inglis** [3] - 28:1, 28:7, 30:19
**INGLIS......................** ........................... [1] - 8:19
**initial** [3] - 16:6, 16:14, 48:6
**injury** [1] - 63:18
**input** [1] - 14:23
**insert** [1] - 31:12
**Insite** [1] - 50:18
**instance** [2] - 40:18, 44:12
**instances** [1] - 68:15
**insurance** [1] - 51:1
**intend** [2] - 16:1, 58:9
**intended** [1] - 47:21
**interest** [3] - 24:18, 45:20, 68:2
**INTERESTS** [2] - 2:20, 3:7
**internally** [2] - 71:13, 72:16
**INTERNATIONAL** [2] - 4:13, 5:19
**International** [1] - 32:16
**INTERNATIONAL......** ........................... [1] - 9:2
**interrupt** [1] - 21:20
**invited** [1] - 70:24
**involve** [2] - 50:16, 50:18
**involved** [7] - 22:17,

24:4, 33:21, 39:8, 39:11, 45:24, 62:10
**involving** [1] - 71:20
**IRPINO** [2] - 2:16, 2:16
**issuance** [1] - 51:20
**issue** [26] - 15:10, 16:18, 19:11, 23:17, 31:19, 33:17, 34:10, 35:25, 38:10, 38:12, 38:16, 38:23, 40:17, 42:1, 43:17, 47:25, 55:13, 62:10, 63:1, 67:3, 68:7, 70:13, 71:6, 74:17, 74:19
**issues** [22] - 14:24, 18:9, 18:21, 31:6, 31:7, 33:23, 33:25, 34:25, 39:12, 41:23, 43:22, 45:25, 46:14, 47:17, 47:20, 50:17, 50:18, 52:8, 66:7, 66:11, 72:11
**IT** [3] - 24:9, 47:20, 47:21
**ITEMS** [1] - 8:3
**itself** [1] - 62:3

**J**

**J.R** [2] - 9:18, 51:12
**JACKSON** [1] - 6:16
**James** [2] - 59:18, 60:5
**JAMES** [2] - 1:17, 10:10
**jammed** [1] - 59:25
**January** [2] - 54:1, 54:8
**JEFFERSON** [2] - 1:18, 3:15
**JENNY** [1] - 4:18
**JIMMY** [1] - 2:13
**Jimmy** [3] - 32:19, 33:2, 53:24
**JOHN** [1] - 6:23
**Johnson** [2] - 45:12, 45:15
**join** [2] - 14:20, 61:1
**joint** [2] - 72:21, 74:16
**Jonathan** [1] - 45:9
**JONES** [1] - 6:3
**Josh** [1] - 13:10
**Joshua** [1] - 20:23
**JOSHUA** [1] - 8:12
**JR** [1] - 6:17
**Judge** [24] - 12:19, 13:19, 18:7, 27:13, 35:21, 40:14, 41:13, 53:23, 56:22, 64:2,

66:9, 66:16, 66:21, 66:24, 67:7, 67:13, 67:19, 69:6, 69:20, 71:2, 71:7, 72:24, 74:25
**judge** [7] - 14:19, 16:11, 40:5, 42:15, 46:7, 64:23, 65:7
**JUDGE** [1] - 1:12
**July** [6] - 33:7, 40:9, 51:13, 51:14, 51:21, 54:5
**June** [41] - 21:2, 21:5, 21:24, 21:25, 22:1, 22:17, 22:20, 23:2, 23:3, 23:22, 26:17, 27:14, 28:4, 31:13, 31:14, 33:7, 34:9, 34:14, 34:17, 39:20, 40:8, 40:13, 40:18, 40:25, 41:3, 41:4, 41:11, 42:21, 45:3, 45:4, 45:5, 51:5, 51:21, 51:24, 52:2, 52:13, 54:5, 59:22, 64:5, 64:10
**JUSTICE** [2] - 2:20, 3:4

**K**

**KALBAC** [1] - 2:7
**KANE** [1] - 2:7
**KANNER** [2] - 3:11, 3:11
**KATE** [1] - 10:25
**Kate** [2] - 65:6, 65:9
**KATZ** [1] - 1:20
**keep** [6] - 12:20, 14:7, 24:7, 30:19, 30:21, 31:8
**keeping** [1] - 69:16
**Kellingray** [3] - 13:23, 14:21, 17:3
**KELLINGRAY** [1] - 13:23
**KELLINGRAY..........** ........................... [1] - 8:7
**Kennelly** [1] - 45:17
**KENNELLY** [1] - 45:17
**Kent** [3] - 59:18, 59:21, 60:5
**KENT..........................** ........................... [1] - 10:10
**KERRY** [1] - 4:10
**Kerry** [4] - 27:22, 59:17, 71:11, 74:2

**KEVIN** [1] - 8:24
**Kevin** [1] - 31:11
**kidding** [2] - 22:3, 71:3
**kind** [9] - 32:21, 43:14, 44:19, 47:20, 51:21, 59:19, 67:17, 68:18, 72:15
**KIRBY** [2] - 5:9, 43:17
**Kirkland** [1] - 34:18
**KIRKLAND** [1] - 4:3
**knowing** [1] - 15:18
**knowledge** [1] - 14:23
**knows** [1] - 28:15
**Kraft** [1] - 32:2
**Kritzer** [6] - 20:23, 20:25, 21:3, 21:4, 21:10, 65:1
**KRITZER..................** ........................... [1] - 8:12
**KUCHLER** [5] - 5:5, 5:6, 14:19, 29:19, 42:23
**Kuchler** [2] - 14:20, 42:23
**KULLMAN** [1] - 2:3
**Kurt** [2] - 20:24, 21:16
**KY** [1] - 5:9

**L**

**L-I-R-E-T-T-E** [1] - 53:3
**L.L.C** [1] - 5:12
**L.P** [1] - 6:3
**LA** [12] - 1:18, 1:21, 2:5, 2:18, 3:12, 3:15, 3:25, 4:11, 4:15, 6:6, 6:14, 7:7
**LABORDE** [1] - 6:12
**lack** [2] - 43:16, 70:5
**Lacy** [2] - 31:11, 31:16
**LACY..........................** ........................... [1] - 8:25
**LACY..........................** ........................... [1] - 8:24
**LAFAYETTE** [1] - 1:18
**Lafayette** [2] - 32:3, 37:1
**LAMAR** [1] - 4:22
**Lambert** [9] - 20:24, 21:1, 21:14, 21:15, 23:5, 57:20, 57:24, 65:2
**LAMBERT..................** ........................... [1] - 8:13

**LAMBERT..................** ........................... [1] - 10:1
**land** [1] - 17:20
**LANGAN** [90] - 4:3, 14:2, 14:13, 14:17, 17:5, 17:8, 17:12, 17:24, 18:1, 18:5, 19:16, 19:22, 19:25, 20:2, 20:7, 21:19, 21:23, 22:6, 22:10, 22:14, 22:24, 23:24, 24:3, 24:13, 24:17, 25:1, 25:3, 28:2, 28:6, 28:11, 28:19, 28:22, 28:25, 29:3, 29:5, 29:8, 29:20, 29:23, 30:7, 30:9, 30:12, 30:16, 30:23, 31:5, 31:12, 31:19, 33:19, 34:4, 34:6, 34:9, 34:20, 35:4, 35:6, 35:18, 41:18, 41:21, 42:5, 42:12, 42:14, 43:12, 44:9, 44:14, 44:24, 45:3, 45:6, 45:14, 46:2, 51:16, 57:11, 57:16, 57:19, 57:22, 57:25, 58:7, 58:14, 58:20, 58:22, 58:24, 59:3, 59:7, 59:14, 61:1, 61:3, 65:15, 65:21, 67:20, 68:22, 70:15, 70:20, 74:24
**Langan** [6] - 14:2, 21:19, 43:12, 65:15, 70:2, 71:6
**language** [1] - 74:19
**LAPEROUSE** [1] - 6:12
**Large** [1] - 50:10
**LARGE** [6] - 6:24, 50:10, 50:21
**Larry** [2] - 26:22, 27:11
**LASALLE** [1] - 4:4
**last** [16] - 33:20, 35:2, 39:19, 40:16, 40:18, 40:25, 42:21, 46:7, 47:2, 53:9, 55:14, 60:15, 63:25, 67:22, 72:12, 74:5
**late** [1] - 40:8
**latter** [1] - 38:16
**laughing** [3] - 60:6, 60:7, 60:10
**LAW** [3] - 2:16, 3:14, 6:20
**law** [2] - 58:8, 58:10

lawyer [1] - 33:21
least [3] - 35:2, 45:17, 47:19
leave [7] - 13:6, 17:16, 17:17, 18:14, 22:10, 28:16, 69:11
leaves [1] - 47:8
leaving [1] - 47:1
Lee [5] - 22:15, 22:18, 22:20, 57:20, 57:24
LEE [2] - 6:16, 10:1
LEE.............................
.......... [1] - 8:14
left [1] - 15:5
legal [1] - 68:7
legitimate [1] - 71:25
Leo [2] - 20:15, 21:7
LEO [2] - 6:13, 8:11
lesser [1] - 39:12
letter [5] - 26:11, 26:13, 27:21, 45:20, 53:16
LEWIS [3] - 2:3, 3:22, 5:12
LEXINGTON [1] - 6:10
liability [2] - 47:23, 60:17
LIAISON [1] - 1:16
LIEFF [1] - 2:10
LIFE [1] - 2:4
likely [3] - 20:20, 50:4, 57:23
likewise [1] - 20:23
limit [1] - 67:16
limitation [2] - 60:16, 60:25
limited [4] - 19:19, 68:14, 69:12, 72:4
LIMITED [1] - 3:21
limiting [1] - 47:8
Lindner [3] - 20:15, 20:16, 21:7
Lindner's [1] - 64:22
LINDNER.......................
...................... [1] - 8:11
line [2] - 61:19, 69:16
lines [1] - 73:20
lining [1] - 52:10
Lirette [2] - 52:7, 53:2
LIRETTE [1] - 52:7
LIRETTE......................
...................... [1] - 9:20
LISKOW [1] - 3:22
list [24] - 13:24, 13:25, 14:10, 14:14, 14:24, 15:5, 15:20, 16:1, 17:23, 18:3, 25:20,

25:21, 36:14, 36:20, 38:22, 45:9, 46:18, 47:2, 48:6, 48:7, 48:10, 61:3, 65:14, 69:9
lists [3] - 16:6, 16:15, 17:1
litigation [2] - 18:21, 70:16
LLC [4] - 4:7, 5:5, 5:17, 5:17
loaded [2] - 46:16, 70:8
locate [1] - 65:9
located [1] - 17:4
locking [1] - 44:18
logistical [1] - 43:22
LONDON [1] - 8:15
London [13] - 17:17, 17:25, 23:6, 23:18, 23:20, 23:22, 23:25, 24:6, 24:21, 30:18, 34:13, 34:14, 34:18
LONG.........................
...................... [1] - 10:11
look [9] - 14:3, 24:24, 30:1, 30:3, 50:22, 57:14, 69:19, 73:11, 73:23
looking [3] - 52:18, 57:9, 63:15
looks [8] - 23:5, 33:15, 36:10, 36:11, 37:15, 41:8, 57:14, 59:20
Lori [2] - 68:23, 68:24
lose [1] - 49:17
Louisiana [6] - 37:1, 53:4, 60:22, 60:23, 75:10, 75:11
LOUISIANA [5] - 1:1, 1:6, 3:11, 5:7, 5:13
LP [1] - 5:4
luck [1] - 59:9
lunchtime [1] - 74:23
LYLE [1] - 5:21

## M

M-A-H-A-N [1] - 26:23
M-I [1] - 51:3
M-I...................................
......... [1] - 9:18
ma'am [1] - 41:15
Macondo [1] - 14:7
MAGISTRATE [1] - 1:12
Magnetics [2] - 35:3, 35:16

MAGNETICS.............
....................... [1] - 9:8
MAHAN [1] - 27:11
mail [7] - 46:12, 46:14, 52:22, 53:25, 57:5, 60:24, 73:14
mails [2] - 12:7, 74:11
MAJOR [1] - 4:19
major [1] - 24:22
manage [1] - 24:18
MANAGEMENT [1] - 5:16
MANGES [1] - 5:20
March [5] - 16:25, 21:24, 25:21, 26:2, 53:11
MARCH [2] - 1:7, 12:2
MARINE [4] - 5:17, 5:18, 5:19, 6:8
MARK [1] - 10:18
Mark [2] - 63:13, 63:14
Martinez [1] - 49:7
MARTINEZ [1] - 4:18
MARTÍNEZ [1] - 2:7
master [3] - 13:25, 25:20, 25:21
Matt [1] - 59:23
matter [2] - 27:6, 75:15
matters [1] - 14:19
MATTHEWS [1] - 2:6
maze [2] - 17:18, 34:9
MAZE [12] - 3:8, 21:12, 21:14, 23:1, 23:3, 23:11, 37:13, 41:8, 53:2, 58:19, 60:1, 60:3
MBI [1] - 38:6
MC [2] - 26:23, 27:11
McALOON [1] - 6:13
MCCUTCHEN [1] - 5:8
MCGOVERN [1] - 16:24
McKay [5] - 41:19, 41:21, 42:1, 42:2, 43:9
MCKAY.........................
................. [1] - 9:12
McMahan [2] - 26:22, 27:11
McWhorter [1] - 55:2
Meade [3] - 67:21, 70:3
MEADE [1] - 6:23
mean [5] - 17:12, 24:6, 43:18, 49:18, 72:12
meantime [1] - 39:18
meaty [1] - 71:19

MECHANICAL [1] - 7:9
mechanics [1] - 55:16
medical [1] - 62:10
meetings [1] - 18:23
MELINDA [1] - 7:3
Melinda [3] - 66:22, 69:25, 71:5
member [1] - 60:18
mention [4] - 19:17, 20:3, 28:11, 56:23
mentioned [3] - 14:22, 34:9, 69:5
Merit [1] - 75:9
METHOFF [1] - 6:20
MEXICO [1] - 1:5
MI [7] - 5:12, 9:17, 51:1, 51:12, 51:17, 56:3, 56:18
MICHAEL [3] - 2:21, 5:21, 8:9
Michael [2] - 17:19, 60:6
mid [1] - 23:23
middle [1] - 72:24
might [9] - 15:11, 28:10, 32:13, 53:21, 72:9, 72:10, 73:13, 73:14, 73:15
Mike [1] - 60:11
MILLER [35] - 4:10, 25:5, 25:10, 25:16, 26:1, 26:5, 26:9, 26:15, 26:20, 26:22, 27:1, 27:10, 27:17, 27:20, 27:23, 59:19, 60:2, 60:4, 60:7, 60:13, 61:6, 61:12, 61:16, 61:19, 61:22, 61:24, 62:6, 62:17, 62:20, 62:25, 63:5, 63:10, 63:14, 71:12, 73:17
Miller [1] - 45:19
millions [1] - 70:23
mind [5] - 12:20, 14:8, 27:18, 36:18, 56:4
mine [1] - 33:22
minor [4] - 21:21, 56:23, 57:5, 57:7
minute [2] - 34:12, 72:12
minutes [3] - 12:13, 67:23, 72:4
miracle [2] - 44:9, 44:11
misunderstanding [1] - 53:15
Mobil [1] - 58:8
MOBILE [1] - 1:25

mode [1] - 21:21
modeling [3] - 29:9, 29:10, 29:22
modification [1] - 12:8
MODIFICATION [1] - 8:5
modified [1] - 12:8
MOEX [7] - 5:4, 5:5, 14:20, 17:20, 42:23, 56:3, 56:19
Mogford [2] - 30:22, 30:23
MOGFORD....................
....................... [1] - 8:23
Monday [6] - 36:1, 48:20, 48:22, 50:5, 67:22
MONTGOMERY [1] - 3:9
month [5] - 27:13, 27:16, 66:25, 67:8, 71:8
moreover [1] - 48:6
MORGAN [1] - 5:12
morning [17] - 31:25, 33:5, 40:15, 46:8, 48:22, 51:3, 52:4, 52:5, 52:9, 52:21, 53:7, 66:3, 66:20, 66:21, 67:14, 67:22, 72:19
most [3] - 41:8, 48:8, 68:19
mostly [2] - 67:2, 70:5
motion [10] - 62:1, 62:2, 62:3, 62:5, 62:6, 62:7, 62:8, 62:9, 70:21
motions [1] - 68:8
move [2] - 44:19, 51:19
moved [2] - 30:17, 33:6
moving [1] - 45:20
MR [262] - 8:6, 8:19, 8:21, 8:22, 8:23, 9:21, 9:22, 10:8, 13:6, 13:9, 13:15, 13:16, 13:19, 14:2, 14:13, 14:17, 15:3, 15:10, 15:14, 16:7, 16:11, 16:19, 17:5, 17:8, 17:12, 17:24, 18:1, 18:5, 18:7, 18:16, 19:1, 19:16, 19:22, 19:25, 20:2, 20:7, 20:9, 20:11, 20:23, 21:4, 21:9, 21:12, 21:14, 21:16,

9

21:18, 21:19, 21:23, 22:1, 22:6, 22:9, 22:10, 22:14, 22:22, 22:24, 23:1, 23:3, 23:8, 23:11, 23:14, 23:24, 24:3, 24:13, 24:17, 25:1, 25:3, 25:5, 25:10, 25:16, 25:23, 26:1, 26:9, 26:15, 26:20, 26:22, 27:1, 27:5, 27:8, 27:10, 27:13, 27:17, 27:20, 27:23, 28:2, 28:6, 28:11, 28:19, 28:22, 28:25, 29:3, 29:5, 29:8, 29:20, 29:22, 29:23, 30:7, 30:9, 30:12, 30:16, 30:23, 31:5, 31:12, 31:19, 31:25, 32:10, 32:13, 32:18, 32:19, 33:2, 33:19, 34:6, 34:9, 34:20, 35:4, 35:6, 35:8, 35:10, 35:15, 35:18, 35:21, 35:24, 36:3, 36:7, 36:10, 36:13, 36:23, 37:1, 37:3, 37:6, 37:11, 37:13, 37:15, 37:21, 38:1, 38:3, 38:16, 38:21, 39:6, 39:15, 39:22, 40:1, 40:5, 40:7, 40:14, 40:21, 41:1, 41:2, 41:6, 41:8, 41:13, 41:15, 41:18, 41:21, 42:5, 42:10, 42:12, 42:14, 42:15, 42:18, 43:12, 44:1, 44:8, 44:9, 44:14, 44:24, 45:3, 45:4, 45:6, 45:14, 46:2, 46:7, 47:16, 48:2, 48:23, 49:2, 49:7, 49:18, 50:2, 50:8, 50:10, 50:21, 51:16, 52:4, 52:6, 52:15, 52:20, 53:1, 53:2, 53:3, 53:7, 53:23, 54:7, 54:16, 54:22, 54:24, 55:4, 55:7, 55:11, 56:9, 56:15, 56:18, 56:22, 57:3, 57:6, 57:11, 57:16, 57:19, 57:22, 57:25, 58:7, 58:14, 58:19, 58:20, 58:22, 58:24, 59:3, 59:7, 59:14, 59:19, 60:1, 60:2, 60:3, 60:4, 60:7, 60:13, 61:1, 61:3, 61:6,

61:12, 61:16, 61:19, 61:22, 61:24, 62:5, 62:6, 62:17, 62:20, 62:25, 63:5, 63:10, 63:14, 63:24, 64:2, 64:7, 64:11, 64:15, 64:23, 65:3, 65:5, 65:7, 65:15, 65:21, 66:1, 66:14, 67:20, 68:22, 70:15, 70:20, 71:12, 73:17, 74:3, 74:14, 74:24
**MS** [17] - 14:19, 29:19, 42:23, 43:17, 51:3, 51:8, 51:10, 51:25, 66:21, 67:13, 67:19, 68:23, 68:25, 69:2, 69:24, 69:25, 71:5
**multitracking** [1] - 72:25
**mute** [2] - 12:21, 12:22

## N

**N's** [1] - 59:6
**N-E-X-E-N** [1] - 37:5
**name** [9] - 34:11, 34:15, 36:4, 37:17, 37:23, 45:13, 58:22, 61:19, 63:1
**named** [2] - 32:7, 45:17
**names** [1] - 38:21
**narrow** [1] - 65:14
**narrowed** [3] - 46:20, 47:6, 69:9
**narrowing** [8] - 29:15, 29:17, 46:10, 47:8, 66:7, 66:12, 66:25, 67:1
**Neal** [1] - 64:14
**NEAL** [1] - 10:23
**necessarily** [1] - 14:6
**necessary** [4] - 47:15, 51:20, 54:11, 68:7
**need** [20] - 16:22, 17:6, 19:6, 20:13, 23:25, 26:16, 30:1, 32:23, 33:6, 56:16, 58:15, 60:13, 61:6, 61:7, 66:13, 68:15, 72:9, 72:17, 73:2, 73:20
**needed** [2] - 29:12, 29:17
**needs** [6] - 12:11, 18:14, 22:12, 31:22, 47:11, 51:14

**negotiator** [1] - 17:20
**never** [1] - 70:25
**new** [6] - 19:21, 19:24, 20:1, 45:11, 45:17, 71:10
**NEW** [15] - 1:6, 1:21, 2:5, 2:18, 3:12, 3:25, 4:11, 4:15, 5:7, 5:22, 6:6, 6:10, 6:14, 7:7, 11:2
**New** [9] - 23:4, 31:17, 33:24, 41:9, 41:24, 57:13, 57:16, 60:3, 60:4
**Nexen** [4] - 37:4, 37:6, 37:9, 37:24
**NEXEN** [1] - 9:10
**next** [37] - 13:16, 17:19, 18:3, 18:12, 19:9, 23:17, 30:4, 31:3, 31:20, 32:8, 33:14, 34:2, 34:25, 35:20, 38:6, 38:19, 39:16, 48:16, 48:23, 49:11, 50:24, 52:12, 57:9, 58:13, 62:25, 63:4, 63:6, 63:9, 63:16, 63:19, 66:24, 67:8, 71:7, 73:7, 73:10, 73:24, 74:15
**NICHOLSON** [6] - 7:3, 66:21, 67:13, 67:19, 69:25, 71:5
**Nicholson** [3] - 66:22, 69:25, 71:5
**night** [1] - 55:18
**NO** [1] - 1:6
**nobody** [1] - 62:13
**nonbinding** [1] - 16:15
**nonprejudicial** [1] - 17:1
**Norman** [1] - 44:25
**NORTH** [5] - 3:15, 3:18, 3:19, 3:21, 3:22
**Norway** [1] - 34:12
**note** [4] - 14:5, 29:11, 62:25, 67:21
**noted** [1] - 53:11
**nothing** [2] - 61:22, 68:11
**notice** [11] - 35:11, 35:17, 49:8, 50:1, 52:11, 53:10, 53:13, 56:10, 62:13, 65:17, 70:14
**notices** [1] - 55:18, 55:24
**notify** [1] - 21:16

**Number** [9] - 13:25, 14:9, 15:9, 25:20, 25:21, 33:6, 33:10, 57:20, 58:2
**number** [7] - 14:7, 21:23, 27:2, 48:4, 66:13, 66:15, 67:1
**numbered** [1] - 75:14
**NY** [2] - 5:22, 6:10

## O

**O'BRIEN'S** [1] - 5:15
**O'Bryan** [1] - 30:11
**O'BRYAN.................
.......................** [1] - 8:22
**O'KEEFE** [2] - 1:21, 7:4
**O'ROURKE** [1] - 3:4
**object** [1] - 53:12
**objecting** [1] - 14:6
**objection** [3] - 53:18, 53:21, 53:23
**objections** [2] - 54:2, 69:15
**obviously** [7] - 14:3, 18:20, 48:15, 49:19, 50:14, 54:9, 70:24
**occur** [1] - 19:2
**occurs** [1] - 18:10
**Oceaneering** [2] - 31:23, 32:1
**OCEANEERING** [1] - 9:1
**OF** [13] - 1:1, 1:5, 1:11, 2:20, 3:3, 3:4, 3:7, 3:7, 3:10, 8:5, 8:10, 9:4, 9:18
**off-the-record** [1] - 12:17
**offer** [1] - 70:3
**offered** [1] - 21:1
**OFFICE** [1] - 3:7
**OFFICIAL** [1] - 7:6
**Official** [2] - 75:10, 75:21
**offline** [1] - 58:16
**offshore** [2] - 17:20, 26:2
**OFFSHORE** [3] - 4:8, 5:5, 5:17
**Ohio** [1] - 38:24
**OIL** [2] - 1:4, 1:4
**Oldfather** [1] - 52:19
**OLDFATHER.............
.......................** [1] - 9:22
**ON** [2] - 1:5, 8:25

**once** [2] - 68:7, 73:25
**one** [51] - 12:12, 13:12, 14:7, 19:17, 22:15, 23:6, 23:11, 27:5, 27:6, 29:8, 29:9, 29:10, 29:16, 29:22, 32:12, 32:17, 33:6, 35:10, 35:25, 36:3, 36:4, 36:23, 37:3, 37:8, 38:24, 39:7, 39:10, 39:12, 40:9, 43:4, 43:9, 44:12, 46:23, 49:21, 50:11, 55:22, 56:1, 56:11, 57:17, 60:23, 63:11, 63:24, 64:1, 65:10, 65:11, 72:5
**ONE** [4] - 2:17, 3:23, 6:13, 6:21
**one-day** [2] - 36:3, 37:8
**onshore** [1] - 57:21
**open** [1] - 69:16
**opposed** [1] - 73:2
**opposition** [2] - 17:21, 17:22
**optimistic** [1] - 61:13
**option** [1] - 58:17
**Order** [2] - 19:18, 21:24
**order** [10] - 25:6, 25:24, 47:1, 53:11, 62:5, 62:6, 62:8, 66:5, 73:1, 74:6
**ORDER** [1] - 12:4
**original** [2] - 38:20, 48:10
**Orleans** [9] - 23:4, 31:17, 33:24, 41:9, 41:24, 57:13, 57:16, 60:3, 60:4
**ORLEANS** [12] - 1:6, 1:21, 2:5, 2:18, 3:12, 3:25, 4:11, 4:15, 5:7, 6:6, 6:14, 7:7
**ought** [2] - 14:7, 32:14
**outside** [1] - 49:11
**outstanding** [1] - 19:13

## P

**P-A-I-N-E** [1] - 65:6
**P-R-O-B-E-R-T** [1] - 63:23
**p.m** [1] - 75:1
**P.O** [1] - 3:5
**page** [1] - 21:23
**PAGE** [1] - 8:3

**pages** [1] - 70:23
**pain** [1] - 60:11
**Paine** [2] - 65:6, 65:9
**PAINE**......................
................... [1] -
10:25
**PAN** [1] - 2:4
**parameters** [1] - 54:6
**PARKWAY** [1] - 6:17
**part** [3] - 34:13, 37:12,
49:16
**participate** [3] - 12:21,
68:14, 68:20
**participated** [1] -
67:11
**participating** [1] -
69:5
**particular** [3] - 50:17,
68:1, 72:13
**particularly** [2] -
71:14, 72:21
**parties** [4] - 15:22,
35:12, 46:20, 72:15
**partner** [1] - 33:22
**party** [4] - 18:14, 43:4,
71:15, 73:18
**PAT** [1] - 9:4
**Pat** [1] - 33:18
**PATRICK** [1] - 7:4
**PAUL** [1] - 2:3
**pay** [1] - 44:2
**payment** [1] - 34:23
**PAYNE** [1] - 7:3
**pending** [2] - 62:14,
70:22
**PENTHOUSE** [1] - 2:8
**people** [10] - 12:18,
16:3, 24:6, 24:9,
29:5, 41:5, 43:13,
45:25, 51:17, 52:25
**people's** [1] - 55:25
**Pepper** [3] - 75:8,
75:18, 75:19
**PEPPER** [1] - 7:6
**perhaps** [2] - 30:1,
39:19
**period** [2] - 26:18,
40:3
**permission** [1] - 74:11
**personal** [4] - 28:12,
30:13, 45:24, 63:18
**personally** [1] - 39:1
**PETROLEUM** [1] - 5:3
**phase** [2] - 39:20,
40:12
**Phil** [5] - 40:19, 53:6,
53:7, 54:9, 55:19
**Phillip** [3] - 22:15,
22:18, 22:19
**PHILLIP** [1] - 4:14,

8:14
**phone** [2] - 12:14,
12:18
**phonetically** [1] - 23:5
**physical** [1] - 26:5
**pick** [5] - 13:2, 17:9,
17:14, 49:5, 58:19
**piecemeal** [1] - 46:17
**PIGMAN** [1] - 4:13
**pitch** [1] - 44:6
**place** [2] - 15:8, 73:8
**PLACE** [2] - 2:17, 6:5
**plaintiff** [1] - 65:13
**PLAINTIFFS** [2] -
1:23, 11:1
**plaintiffs** [13] - 18:16,
19:19, 19:20, 47:16,
49:20, 66:2, 66:5,
66:6, 66:22, 69:3,
70:1, 70:16
**PLAINTIFFS'** [1] -
1:16
**planned** [1] - 60:8
**plug** [1] - 27:1
**podium** [1] - 40:20
**point** [16] - 12:16,
15:4, 15:25, 16:2,
19:4, 43:14, 45:23,
46:25, 47:10, 49:7,
55:24, 67:17, 69:16,
71:1, 73:6, 74:2
**POLK** [1] - 5:5
**pond** [1] - 23:12
**pop** [1] - 12:21
**portion** [4] - 29:9,
29:10, 38:20, 49:4
**portions** [1] - 45:17
**position** [1] - 67:25
**possibility** [1] - 15:25
**possible** [6] - 24:10,
24:22, 48:17, 54:11,
54:13, 58:14
**post** [2] - 32:4, 62:23
**postponed** [1] - 32:22
**potentials** [1] - 19:20
**power** [1] - 50:6
**POYDRAS** [6] - 2:4,
3:24, 4:11, 5:6, 6:14,
7:7
**PPF** [1] - 19:19
**pre** [1] - 32:4
**precedent** [1] - 43:7
**preliminary** [1] - 17:1
**prematurely** [1] -
68:16
**prepare** [3] - 43:19,
49:23, 70:6
**prepared** [6] - 18:11,
35:11, 47:12, 48:17,
51:13, 56:10

**PRESENT** [1] - 6:20
**present** [1] - 51:13
**presentation** [1] -
74:16
**presented** [2] - 46:21,
46:25
**Pretrial** [1] - 19:18
**pretrial** [1] - 66:8
**pretty** [3] - 21:25,
25:11, 72:19
**prevention** [1] - 73:1
**priority** [6] - 14:10,
14:14, 55:15, 60:21,
60:24, 61:3
**privilege** [1] - 72:13
**pro** [1] - 44:3
**Probert** [1] - 63:22
**PROBERT**................
......................... [1] -
10:20
**problem** [12] - 16:19,
18:8, 20:8, 23:6,
23:13, 23:15, 24:1,
31:6, 56:20, 65:21,
73:14, 73:16
**problematic** [1] -
19:14, 43:7, 51:21
**problems** [3] - 34:22,
36:16, 39:1
**procedure** [2] - 72:13,
72:16
**proceed** [2] - 53:11,
54:2
**proceedings** [3] -
12:16, 75:1, 75:14
**PROCEEDINGS** [3] -
1:11, 7:9, 12:1
**process** [9] - 15:25,
49:15, 55:24, 71:13,
72:7, 72:15, 72:18,
73:3, 73:7
**procurement** [1] -
37:22
**produce** [5] - 33:10,
33:11, 54:4, 54:10,
68:9
**PRODUCED** [1] - 7:10
**produced** [4] - 23:19,
24:12, 49:15, 67:4
**PRODUCTION** [3] -
3:17, 3:20, 8:10
**production** [9] -
18:10, 18:13, 24:5,
24:11, 32:4, 36:14,
49:16, 54:14, 54:19
**productions** [1] - 24:7
**PRODUCTS** [1] - 3:22
**Professional** [1] -
75:9
**Professor** [1] - 59:3

**PROFESSOR** [2] -
10:5, 16:24
**progress** [4] - 44:15,
55:9, 69:7, 69:17
**promised** [1] - 32:7
**promptly** [1] - 54:11
**proposing** [1] - 43:15
**prosecuting** [1] - 72:3
**protective** [3] - 62:5,
62:6, 62:8
**protocol** [1] - 33:14
**provide** [1] - 45:21
**PSC** [19] - 13:13,
13:22, 15:3, 15:23,
23:13, 31:22, 32:1,
32:20, 33:3, 40:1,
42:10, 50:3, 50:10,
53:9, 53:24, 55:9,
55:11, 73:25, 74:4
**PSC's** [2] - 14:21,
53:13
**publicly** [1] - 38:5
**pulled** [3] - 46:19,
48:4, 48:7
**purposes** [1] - 18:22
**push** [2] - 40:9, 55:15
**put** [20] - 13:24, 18:3,
19:8, 19:14, 28:6,
29:6, 31:20, 35:14,
37:19, 37:24, 45:20,
50:4, 50:14, 51:18,
51:22, 52:7, 58:17,
70:18, 73:10, 73:24
**putting** [2] - 15:8, 55:6

## Q

**Quadril** [1] - 65:9
**quadruple** [1] - 23:3
**quash** [4] - 62:1, 62:2,
62:7, 62:9
**questions** [1] - 18:12
**quickly** [1] - 56:25
**quintuple** [1] - 23:10
**QUIP** [1] - 6:16
**Quip** [1] - 56:10
**Quip's** [1] - 56:11
**Quirk** [1] - 49:1
**quirk** [1] - 49:3
**quit** [1] - 60:6

## R

**R-E-D-D** [1] - 61:11
**radar** [1] - 34:1
**raise** [4] - 15:10,
16:18, 43:21, 71:10
**raised** [4] - 36:24,

38:23, 46:12, 46:14
**raises** [1] - 73:25
**raising** [2] - 16:23,
41:23
**Ralph** [2] - 32:2, 32:3
**RANDY** [1] - 9:9
**Randy** [2] - 35:22,
36:16
**rata** [1] - 44:3
**rate** [1] - 43:20
**rather** [3] - 17:13,
40:2, 74:9
**RAY** [1] - 10:14
**Ray** [1] - 61:18
**RE** [1] - 1:4
**reach** [5] - 17:13,
18:23, 20:18, 48:16,
50:4
**reached** [6] - 30:24,
43:3, 58:2, 58:7,
59:11, 63:5
**ready** [3] - 53:19,
56:15, 65:17
**realize** [1] - 70:7
**really** [13] - 15:6,
15:18, 29:21, 33:23,
33:24, 41:11, 43:22,
47:20, 55:21, 60:20,
68:1, 70:20, 73:2
**Realtime** [2] - 75:8,
75:20
**REALTIME** [1] - 7:6
**reapproach** [1] - 32:22
**reason** [1] - 15:6
**reasonableness** [1] -
42:13
**reasons** [1] - 66:15
**received** [5] - 46:8,
46:18, 47:2, 48:6,
65:23
**recently** [1] - 74:7
**Record** [1] - 62:16
**record** [12] - 12:17,
29:6, 39:25, 47:19,
50:4, 50:11, 50:15,
62:3, 62:9, 62:11,
75:14
**RECORDED** [1] - 7:9
**records** [1] - 22:6
**red** [1] - 73:25
**Redd** [1] - 61:11
**REDD**.......................
......................... [1] -
10:12
**redefining** [1] - 74:6
**redeposition** [1] -
69:10
**redrafting** [1] - 74:10
**referred** [1] - 54:1
**regard** [6] - 17:22,

18:9, 49:9, 51:6, 59:4, 64:22
**regarding** [2] - 52:8, 56:24
**Registered** [2] - 75:8, 75:9
**reimburse** [1] - 43:3
**reimbursed** [1] - 34:24
**reimbursement** [1] - 43:10
**reimbursing** [1] - 43:5
**reiterate** [1] - 66:23
**relate** [1] - 19:16
**related** [3] - 18:20, 48:5, 50:16
**RELATES** [1] - 1:8
**relates** [1] - 15:23
**relating** [1] - 67:23
**relationship** [1] - 69:14
**relationships** [1] - 43:14
**relative** [1] - 48:25
**relaxed** [1] - 70:19
**relay** [1] - 42:16
**reluctant** [1] - 40:9
**remain** [1] - 31:6
**remainder** [1] - 49:5
**remains** [2] - 50:23, 67:25
**remember** [2] - 16:7, 48:3
**repeated** [1] - 58:25
**report** [14] - 35:1, 35:19, 35:20, 38:3, 38:5, 39:16, 40:12, 52:11, 59:8, 59:10, 61:22, 71:22, 74:15, 74:21
**reported** [4] - 46:7, 64:24, 65:1
**Reporter** [7] - 75:8, 75:9, 75:10, 75:20, 75:21
**REPORTER** [2] - 7:6, 7:6
**REPORTER'S** [1] - 75:6
**reports** [2] - 51:15, 51:20
**represent** [1] - 69:3
**representation** [1] - 42:11
**representative** [2] - 36:4, 59:12
**representatives** [2] - 32:7, 38:11
**represented** [1] - 20:24
**represents** [2] - 13:10,

20:15
**reproduced** [1] - 68:9
**request** [16] - 12:8, 13:11, 13:22, 14:21, 36:19, 38:25, 43:9, 46:19, 48:15, 49:10, 51:11, 51:12, 53:14, 61:1, 61:10
**requested** [1] - 61:8
**requestor** [1] - 60:23
**requests** [8] - 18:13, 18:20, 19:13, 43:10, 49:14, 49:22, 49:25, 74:10
**requiring** [1] - 65:14
**rescheduled** [1] - 12:12
**rescheduling** [1] - 12:24
**reservation** [1] - 53:12
**reserve** [2] - 54:2, 54:3
**reserving** [1] - 69:15
**resident** [1] - 34:12
**resolution** [2] - 48:16, 50:5
**resolve** [1] - 47:25
**resolved** [4] - 48:20, 48:21, 50:23, 56:25
**respect** [4] - 36:16, 66:7, 69:7, 69:8
**respell** [1] - 53:2
**responding** [1] - 19:12
**response** [1] - 69:4
**RESPONSE** [2] - 5:15, 6:8
**responsibilities** [1] - 46:24
**rest** [1] - 45:22
**retrieved** [1] - 50:19
**return** [2] - 59:3, 65:24
**review** [3] - 42:13, 67:4, 70:10
**revised** [1] - 46:8
**revision** [2] - 46:9, 46:10
**revisit** [2] - 30:4, 55:13
**Richard** [1] - 47:4
**RICHESON** [1] - 5:5
**rifle** [1] - 19:4
**rig** [1] - 63:5
**RIG** [1] - 1:4
**rig-based** [1] - 63:5
**rights** [1] - 53:12
**rings** [1] - 16:8
**Risk** [1] - 34:20
**RISK**...........................
....................... [1] - 9:6
**RMR** [2] - 7:6, 75:19

**road** [3] - 24:23, 43:21, 53:18
**roadblock** [1] - 63:11
**ROBERT** [1] - 1:24
**Robert** [3] - 15:3, 40:1, 41:2
**rolling** [6] - 24:5, 33:12, 49:16, 54:16, 54:17, 54:19
**ROME** [1] - 6:8
**RONQUILLO** [2] - 4:17, 4:21
**ROOM** [2] - 2:22, 7:7
**Rose** [1] - 26:10
**rose** [1] - 25:20
**Ross** [1] - 58:2
**ROSS** [1] - 10:2
**Roth** [2] - 64:5, 64:8
**ROTH**.............................
...................... [1] - 10:21
**round** [1] - 38:4
**ROY** [1] - 1:16, 1:17
**rule** [2] - 68:17, 71:23
**Rule** [3] - 28:18, 31:23, 53:6
**RULE** [3] - 8:20, 9:1, 9:23
**run** [1] - 72:21
**running** [3] - 67:17, 72:23
**RUSNAK** [1] - 2:13
**Russia** [1] - 61:12
**RUSSO** [7] - 6:4, 52:4, 52:6, 52:15, 52:20, 53:1, 53:3
**Russo** [3] - 33:4, 33:7, 52:6
**RYAN** [1] - 4:4

**S**

**s/Cathy** [1] - 75:18
**Sabins** [7] - 28:21, 29:8, 29:15, 29:19, 29:20, 29:21, 30:2
**sailing** [1] - 24:25
**SALLY** [1] - 1:11
**SAN** [2] - 2:11, 2:23
**sat** [1] - 60:15
**satisfactorily** [1] - 36:14
**saw** [1] - 66:10
**schedule** [7] - 12:9, 13:13, 26:2, 36:13, 36:17, 52:18, 70:19
**SCHEDULE**........ [1] - 8:5
**scheduled** [5] - 12:10,

28:23, 51:4, 51:5, 69:14
**scheduling** [1] - 15:16
**SCHELL** [1] - 5:5
**Schneider** [1] - 23:5
**Scofield** [1] - 51:3
**SCOFIELD** [5] - 5:12, 51:3, 51:8, 51:10, 51:25
**scope** [1] - 53:13
**scrambling** [1] - 23:19
**scratch** [1] - 31:12
**screen** [1] - 34:1
**SEACOR** [6] - 5:16, 5:17, 5:17, 5:18, 5:18, 5:19
**second** [2] - 39:20, 40:12
**SECTION** [1] - 3:3
**securities** [3] - 60:17, 66:2, 68:12
**see** [22] - 13:7, 17:8, 17:10, 17:14, 19:9, 20:2, 24:10, 24:24, 27:24, 30:1, 31:22, 33:14, 34:5, 41:14, 46:25, 47:11, 48:19, 50:25, 60:22, 72:23, 73:25
**seeing** [1] - 16:7
**seek** [1] - 19:18
**segments** [1] - 32:4
**selected** [1] - 19:20
**send** [1] - 52:22
**sense** [3] - 18:17, 40:5, 72:1
**sensible** [2] - 24:18, 68:13
**sent** [3] - 46:9, 53:16, 55:17
**separate** [5] - 13:1, 20:5, 47:22, 47:23, 48:4
**serious** [1] - 71:6
**seriousness** [1] - 70:20
**serve** [3] - 55:19, 56:3, 56:16
**service** [1] - 18:13
**SERVICES** [1] - 4:17
**set** [7] - 12:25, 22:19, 32:25, 43:7, 49:24, 66:9, 72:12
**setting** [1] - 53:17
**several** [3] - 15:5, 46:12, 46:14
**share** [2] - 36:15, 44:3
**shared** [2] - 41:3, 72:1
**SHELL** [2] - 3:23, 6:13
**shoot** [1] - 57:5

**short** [2] - 50:1, 70:14
**shortly** [1] - 42:6
**shotguns** [1] - 19:5
**shots** [1] - 19:4
**show** [3] - 22:4, 22:6, 22:9
**SHUSHAN** [1] - 1:11
**Shushan** [2] - 66:21, 67:19
**side** [2] - 23:11, 72:8
**SIEMENS** [1] - 5:20
**single** [2] - 29:13, 68:9
**SIR** [1] - 8:18
**sit** [2] - 56:12, 61:14
**sitting** [1] - 70:21
**situation** [3] - 28:7, 30:12, 58:9
**six** [6] - 29:9, 36:17, 41:6, 41:7, 71:23
**Skidmore** [1] - 57:10, 58:2
**SKIDMORE**..............
.......................... [1] - 10:2
**skip** [2] - 31:18, 57:19
**slapped** [1] - 43:22
**slop** [1] - 30:18
**slot** [1] - 15:7
**slots** [1] - 15:5
**slotted** [1] - 40:18
**Smith** [3] - 35:22, 36:16, 51:12
**SMITH** [2] - 9:9, 9:18
**smooth** [1] - 24:24
**smoothly** [1] - 24:22
**Solutions** [1] - 35:23
**SOLUTIONS**..............
.......... [1] - 9:9
**solved** [1] - 16:20
**someone** [1] - 47:11
**sometime** [2] - 13:11, 54:5
**soon** [2] - 33:8, 48:17
**sooner** [2] - 33:23, 33:24
**sorry** [12] - 17:18, 21:20, 24:7, 27:13, 31:18, 41:7, 42:2, 44:17, 46:6, 46:12, 60:11, 67:23
**sort** [3] - 21:20, 34:25, 44:21
**sought** [1] - 30:25
**sounds** [4] - 27:22, 30:2, 56:18, 58:9
**speaking** [3] - 54:6, 66:5, 74:8
**specify** [1] - 13:12
**speculate** [1] - 39:8

**spell** [1] - 34:11
**spelled** [1] - 23:4
**spelling** [1] - 26:23
**Sperry** [6] - 46:19, 47:20, 48:7, 49:3, 50:12, 50:16
**SPERRY** [1] - 9:16
**SPERRY**................... .......................... [1] - 9:15
**SPILL** [2] - 1:4, 6:8
**spoken** [1] - 58:14
**Sprague** [2] - 67:23, 70:8
**spread** [1] - 43:15
**SQUARE** [2] - 3:23, 6:13
**squared** [1] - 44:22
**ST** [2] - 6:5, 6:5
**stand** [1] - 28:10
**standard** [1] - 49:22
**start** [5] - 19:23, 23:22, 28:14, 54:13, 73:2
**started** [2] - 19:22, 20:6
**starting** [1] - 12:23
**starts** [1] - 50:5
**State** [1] - 75:10
**STATE** [3] - 3:7, 3:7, 3:10
**STATES** [3] - 1:1, 1:12, 3:3
**States** [2] - 75:11, 75:22
**status** [4] - 61:9, 66:24, 69:6, 69:18
**STATUS** [1] - 1:11
**stay** [1] - 31:1
**steady** [1] - 30:19
**STEFANIE** [1] - 4:19
**STENOGRAPHY** [1] - 7:9
**step** [2] - 56:5, 69:20
**STEPHEN** [2] - 1:20, 10:14
**Stephen** [1] - 61:18
**Sterbcow** [1] - 52:10
**STERBCOW** [2] - 2:3, 2:3
**Sterbcow's** [1] - 60:7
**Steve** [8] - 18:16, 47:16, 49:20, 55:11, 56:12, 57:1, 57:4, 63:10
**STEVEN** [1] - 3:4
**stick** [1] - 58:1
**still** [7] - 28:8, 31:19, 32:12, 34:3, 44:18, 47:8, 64:17

**STONE** [1] - 4:13
**storage** [1] - 50:17
**stored** [1] - 50:19
**Stradley** [2] - 66:1, 66:23
**STRADLEY** [6] - 6:20, 66:1, 66:4, 66:11, 66:14, 66:18
**STREET** [17] - 1:18, 1:24, 2:4, 2:11, 2:17, 3:12, 3:15, 3:24, 4:11, 4:14, 4:19, 5:6, 5:9, 5:13, 6:14, 6:21, 7:7
**Stress** [1] - 34:20
**STRESS** [1] - 9:7
**stuff** [5] - 32:5, 44:4, 47:22, 47:23, 49:19
**subject** [4] - 13:18, 42:13, 44:23, 49:15
**submitted** [1] - 35:11
**Subsea** [1] - 59:11
**substantial** [1] - 65:8
**substantive** [1] - 71:21
**sufficient** [1] - 24:11
**suggest** [3] - 13:3, 13:4, 15:24
**suggested** [4] - 33:8, 45:19, 46:9, 74:8
**suggesting** [1] - 23:24
**suggestion** [3] - 29:17, 49:13, 56:23
**suggests** [1] - 44:4
**SUITE** [8] - 2:4, 2:17, 3:24, 4:19, 4:22, 5:6, 5:13, 6:14
**Sun** [2] - 50:12, 50:16
**SUN** [1] - 9:16
**supposed** [4] - 32:8, 56:3, 56:4, 56:7
**supposedly** [1] - 39:7
**surface** [1] - 28:12
**surveying** [1] - 41:22
**surveyor** [2] - 41:22, 42:5
**survive** [1] - 68:7
**sustained** [1] - 69:10
**Swaco** [3] - 51:1, 56:3, 56:18
**SWACO** [1] - 51:1
**SWACO**................... ......................... [1] - 9:17
**swing** [2] - 14:11, 17:24
**swung** [1] - 14:15
**system** [1] - 70:8

**T**

**T-Y-A-G-I** [1] - 59:2
**Tabler** [2] - 64:9, 64:12
**TABLER**.................. ........................... [1] - 10:22
**target** [1] - 41:12
**technical** [2] - 50:18, 52:8
**teed** [1] - 33:22
**template** [1] - 55:20
**tendered** [1] - 48:9
**tentative** [15] - 13:2, 13:17, 17:10, 27:25, 28:2, 28:24, 30:10, 31:9, 31:12, 44:22, 52:3, 52:17, 58:17, 64:4, 64:10
**tentatively** [6] - 31:23, 32:25, 51:18, 51:22, 57:25, 64:5
**terms** [5] - 59:21, 63:2, 70:16, 73:19, 74:6
**testified** [2] - 49:3, 49:4
**testifies** [1] - 62:24
**TESTIFY** [1] - 8:8
**testify** [5] - 15:17, 46:24, 51:5, 51:6, 62:17
**testifying** [2] - 16:4, 49:11
**testimony** [3] - 29:2, 38:6, 38:9
**testing** [9] - 38:3, 38:4, 38:14, 38:15, 39:20, 40:3, 40:11, 40:12, 40:23
**TEXAS** [3] - 4:20, 4:23, 6:18
**THAT** [1] - 8:8
**THE** [261] - 1:4, 1:5, 1:11, 1:23, 2:20, 3:3, 3:7, 3:10, 6:9, 8:15, 12:7, 12:18, 12:20, 13:7, 13:14, 13:17, 13:21, 14:12, 14:15, 15:1, 15:8, 15:13, 16:5, 16:8, 16:9, 16:12, 16:21, 17:2, 17:6, 17:9, 17:16, 17:25, 18:3, 18:6, 18:8, 18:22, 19:8, 19:21, 19:24, 20:1, 20:4, 20:8, 20:10, 20:22, 21:3, 21:8,

21:10, 21:13, 21:15, 21:17, 21:22, 22:2, 22:12, 22:19, 22:23, 22:25, 23:2, 23:10, 23:13, 23:15, 24:2, 24:9, 24:16, 24:20, 25:2, 25:4, 25:9, 25:14, 25:19, 26:4, 26:7, 26:13, 26:19, 26:21, 26:24, 27:3, 27:7, 27:9, 27:11, 27:14, 27:16, 27:18, 27:22, 27:24, 28:4, 28:9, 28:17, 28:20, 28:23, 29:1, 29:4, 29:7, 29:25, 30:8, 30:10, 30:15, 30:21, 31:2, 31:8, 31:14, 31:16, 31:18, 31:20, 32:9, 32:12, 32:15, 32:24, 33:16, 34:2, 34:5, 34:8, 34:19, 35:2, 35:5, 35:7, 35:9, 35:14, 35:16, 35:20, 35:22, 36:2, 36:6, 36:8, 36:11, 36:18, 36:22, 36:25, 37:2, 37:4, 37:10, 37:12, 37:16, 37:19, 37:24, 38:2, 38:12, 38:18, 39:3, 39:14, 39:17, 39:24, 40:4, 40:6, 40:11, 40:16, 40:24, 41:4, 41:7, 41:11, 41:14, 41:16, 41:20, 42:4, 42:7, 42:11, 42:13, 42:17, 42:20, 43:8, 43:24, 44:7, 44:11, 44:23, 45:2, 45:5, 45:13, 46:1, 46:4, 48:1, 48:19, 48:24, 49:6, 50:9, 50:20, 50:22, 51:6, 51:9, 51:14, 51:18, 52:1, 52:5, 52:13, 52:16, 52:24, 53:4, 53:20, 54:9, 54:17, 54:23, 54:25, 55:5, 55:8, 56:8, 56:14, 56:17, 56:20, 57:1, 57:4, 57:8, 57:14, 57:18, 57:21, 57:24, 58:5, 58:12, 58:17, 58:21, 58:23, 59:2, 59:4, 59:13, 59:16, 60:5, 60:10, 60:22, 61:2, 61:5, 61:10, 61:15, 61:18, 61:21, 61:23, 62:2, 62:16, 62:19, 62:22, 63:3, 63:8,

63:13, 63:21, 64:1, 64:3, 64:9, 64:13, 64:20, 64:25, 65:4, 65:6, 65:12, 65:19, 65:22, 66:3, 66:10, 66:12, 66:17, 66:19, 67:10, 67:18, 68:19, 68:24, 69:1, 69:19, 70:14, 70:18, 71:4, 71:9, 73:9, 73:21, 74:13, 74:21
**THEODORE** [1] - 5:21
**thereafter** [1] - 38:9
**therefore** [2] - 38:9, 39:8
**thinking** [4] - 24:20, 72:14, 72:15, 73:3
**third** [3] - 56:17, 71:15, 73:18
**third-party** [2] - 71:15, 73:18
**THIS** [1] - 1:8
**thoughts** [2] - 68:19, 73:5
**three** [3] - 29:9, 56:4, 60:14
**throw** [1] - 15:15
**Thursday** [4] - 48:16, 49:11, 50:6, 70:9
**Tim** [1] - 63:22
**TIM** [1] - 10:20
**timeline** [1] - 16:5
**timing** [3] - 67:3, 70:13, 71:13
**TIMING**.................... ............... [1] - 11:3
**Timothy** [1] - 55:10
**TIMOTHY** [1] - 9:24
**TO** [3] - 1:8, 8:8, 12:4
**today** [13] - 13:5, 13:19, 15:12, 16:25, 18:11, 29:5, 52:20, 61:14, 65:12, 71:4, 74:16, 74:17, 74:21
**toes** [2] - 56:6, 69:20
**together** [2] - 35:1, 57:4
**Tommy** [1] - 64:5
**TOMMY** [1] - 10:21
**Tony** [11] - 16:11, 20:15, 20:17, 35:24, 36:18, 37:25, 40:4, 40:24, 42:15, 56:22, 65:7
**took** [1] - 47:5
**top** [1] - 55:15
**topic** [14] - 29:8, 29:9, 29:10, 29:11, 29:12, 29:16, 29:17, 29:20, 36:17, 45:1, 45:6,

45:10, 45:14, 61:24
**topics** [43] - 25:7, 26:11, 26:12, 26:14, 27:2, 27:19, 36:17, 38:22, 39:12, 44:15, 44:19, 45:8, 45:18, 46:8, 46:10, 46:19, 46:20, 46:21, 46:22, 46:23, 46:25, 47:3, 47:5, 47:7, 47:8, 47:9, 47:12, 47:15, 47:20, 48:5, 48:7, 48:8, 48:11, 48:12, 49:3, 49:4, 49:9, 50:12, 50:15, 56:24, 71:10
**TOPICS** [1] - 8:16
**TOPICS**...................
...................... [1] - 11:2
**TORTS** [1] - 2:21
**touch** [2] - 32:2, 34:7
**tough** [1] - 46:2
**track** [12] - 17:7, 17:10, 19:21, 19:24, 20:1, 20:5, 23:4, 23:11, 34:14, 47:23, 71:22
**trading** [1] - 72:19
**TRAINING** [1] - 9:9
**Training** [1] - 35:22
**TRANSCRIPT** [2] - 1:11, 7:9
**transcript** [2] - 22:3, 75:13
**TRANSOCEAN** [5] - 4:7, 4:7, 4:9, 8:16, 10:9
**Transocean** [6] - 25:7, 46:23, 48:9, 48:13, 59:18, 60:15
**Transocean's** [1] - 60:14
**transparency** [1] - 43:16
**travel** [7] - 36:24, 41:23, 42:9, 42:18, 43:1, 44:5
**trial** [9] - 15:17, 15:21, 16:4, 16:17, 18:19, 18:24, 19:20, 28:8, 60:25
**TRIAL**.......... [1] - 8:8
**trouble** [1] - 12:14
**true** [3] - 14:18, 15:8, 75:12
**try** [10] - 13:19, 24:10, 33:14, 40:18, 41:13, 65:9, 65:11, 68:16, 72:7

**trying** [6] - 18:19, 20:12, 20:17, 24:24, 69:19, 69:21
**TSEKERIDES** [1] - 5:21
**Tuesday** [2] - 32:8, 48:22
**turn** [1] - 30:18
**turned** [1] - 70:11
**twice** [1] - 68:17
**two** [24] - 14:9, 20:20, 21:10, 23:15, 26:15, 29:9, 30:2, 32:4, 33:10, 38:11, 38:21, 38:24, 39:12, 39:13, 39:20, 40:25, 41:8, 43:10, 55:2, 55:5, 57:10, 59:6, 60:14
**TX** [3] - 2:14, 5:13, 6:22
**Tyagi** [2] - 59:1, 59:3
**TYAGI**......................
................... [1] - 10:5
**type** [1] - 47:20

## U

**U.S** [3] - 2:20, 3:4, 6:3
**UK** [5] - 17:5, 17:7, 17:10, 45:3, 45:8
**unable** [1] - 66:7
**unclear** [4] - 61:25, 62:19, 62:20, 62:22
**under** [3] - 19:17, 47:1, 48:13
**underestimate** [1] - 24:3
**UNDERHILL** [1] - 2:21
**Underhill** [1] - 58:16
**underneath** [1] - 61:19
**understandably** [1] - 40:10
**undisputed** [1] - 54:18
**United** [2] - 75:11, 75:22
**UNITED** [3] - 1:1, 1:12, 3:3
**universe** [1] - 69:12
**unknown** [3] - 15:5, 15:7, 15:9
**unless** [1] - 37:8
**unlimited** [1] - 43:19
**unusual** [1] - 26:22
**up** [59] - 12:10, 12:23, 13:22, 16:19, 17:19, 20:10, 20:14, 20:20, 21:2, 21:6, 25:6, 25:11, 25:18, 27:25,

28:10, 28:13, 33:22, 34:3, 35:20, 39:15, 39:24, 41:7, 41:17, 41:18, 43:18, 46:5, 46:6, 47:4, 49:5, 52:7, 52:10, 53:6, 53:21, 57:9, 57:10, 58:13, 59:17, 59:18, 59:20, 59:25, 62:15, 62:23, 63:4, 63:9, 65:6, 65:19, 65:22, 67:7, 67:17, 70:2, 70:12, 71:7, 71:11, 71:24, 72:7, 73:19, 74:5, 74:22
**upcoming** [2] - 54:20, 73:11
**update** [2] - 30:24, 31:22
**US** [1] - 17:17
**USA** [1] - 5:4

## V

**vacation** [1] - 60:8
**Vargo** [7] - 47:5, 47:12, 49:1, 49:4, 49:10, 49:17
**Vargo's** [2] - 47:14, 48:15
**Vector** [4] - 35:3, 35:16, 35:18, 35:19
**VECTOR** [1] - 9:8
**Vidrine** [2] - 31:4, 31:5
**view** [1] - 50:12
**VINCENT** [1] - 10:22
**Vincent** [1] - 64:9
**VOICES** [2] - 12:19, 74:25

## W

**wait** [4] - 25:17, 31:16, 40:2, 54:14
**waiting** [1] - 21:6
**WALKER** [1] - 6:3
**WALTHER** [1] - 4:13
**wants** [2] - 17:14, 27:4
**WARE** [1] - 6:16
**Washington** [1] - 13:10
**WASHINGTON** [3] - 3:5, 3:8, 5:10
**watching** [1] - 59:20
**ways** [3] - 14:11, 14:16, 17:24
**Weatherford** [4] - 52:2, 52:6, 56:1, 56:12

**WEATHERFORD** [1] - 6:3
**WEATHERFORD**.......
..................................
................... [1] - 9:19
**week** [45] - 12:7, 18:4, 18:12, 19:9, 20:17, 20:19, 23:22, 26:16, 26:25, 27:1, 27:2, 28:9, 30:4, 31:3, 31:21, 34:2, 37:6, 37:7, 37:10, 38:6, 38:19, 39:16, 40:16, 41:10, 41:11, 41:12, 42:21, 46:7, 47:2, 47:3, 48:23, 49:9, 50:24, 52:12, 58:15, 59:25, 60:8, 65:8, 65:11, 72:13, 73:10, 73:24, 74:5
**weekly** [1] - 18:23
**weeks** [2] - 39:20, 40:25
**WEGMANN** [1] - 6:4
**WEIGEL** [1] - 6:9
**WEIL** [1] - 5:20
**WEINER** [1] - 5:5
**welcome** [2] - 21:18, 65:5
**WELL** [1] - 9:3
**WELL**.........................
..... [1] - 9:4
**whatsoever** [1] - 70:22
**WHEREUPON** [2] - 12:16, 75:1
**Whitby** [1] - 55:2
**WHITELEY** [1] - 3:11
**whole** [6] - 19:21, 19:24, 20:1, 26:24, 37:10, 44:11
**Wild** [2] - 32:25, 33:18
**WILD** [2] - 9:3, 9:4
**WILLIAM** [3] - 6:20, 6:24, 8:18
**William** [4] - 27:25, 28:3, 28:12, 50:10
**WILLIAMS** [4] - 31:25, 32:10, 32:13, 32:18
**Williams** [2] - 31:25, 59:8
**WILLIAMS**..................
...................................... [1] - 10:7
**WILLIAMSON** [5] - 2:13, 2:13, 32:19, 33:2, 53:23
**Williamson** [4] - 32:19, 33:2, 53:22, 53:24

**willing** [4] - 40:9, 48:14, 64:18, 68:2
**Willis'** [1] - 62:1
**WILLIS'** [1] - 10:15
**WITH** [1] - 8:16
**witness** [11] - 15:20, 15:21, 16:6, 16:14, 17:1, 34:7, 48:17, 49:24, 54:21, 60:17, 68:9
**witness'** [1] - 37:17
**WITNESSES** [1] - 8:8
**witnesses** [22] - 15:17, 16:17, 23:18, 23:25, 25:12, 38:24, 39:13, 42:8, 44:15, 46:15, 51:20, 54:12, 59:18, 66:13, 68:1, 68:11, 69:9, 69:13, 71:20, 71:22, 72:6
**witnesses'** [1] - 12:8
**WITNESSES'** [1] - 8:5
**WITNESSES**..............
[1] - 8:15
**WITNESSES**..............
..................................... [1] - 10:9
**WITTMANN** [10] - 4:13, 4:14, 40:21, 53:7, 54:7, 54:16, 54:22, 54:24, 55:4, 55:7
**Wittmann** [4] - 40:19, 53:7, 53:25, 54:6
**wonder** [1] - 51:18
**wondering** [2] - 39:3, 51:22
**Wong** [2] - 44:25, 45:2
**WONG** [1] - 44:25
**word** [3] - 43:5, 47:22, 55:19
**worker** [1] - 63:6
**works** [4] - 13:12, 17:11, 17:15, 70:16
**WORLDWIDE** [1] - 5:18
**worry** [1] - 55:6
**WRIGHT** [1] - 1:16
**write** [3] - 26:11, 26:13, 27:20

## Y

**year** [1] - 60:15
**yesterday** [2] - 46:8, 53:16
**YOAKUM** [1] - 2:14
**YORK** [19] - 4:22, 5:22, 6:10, 22:1,

25:23, 27:8, 29:22,
35:8, 35:10, 35:15,
45:4, 46:7, 48:2,
48:23, 49:2, 49:7,
50:2, 56:9, 56:15

**York** [6] - 35:15,
46:13, 47:18, 47:25,
50:2, 56:9