## CERTIFICATION BY THE STATE OF LOUISIANA FOR THE BENEFIT OF THE LOUISIANA DEPARTMENT OF WILDLIFE AND FISHERIES

Pursuant to the provisions of La. R.S. 56:40.1, *et seq.*, the Louisiana Department of Wildlife and Fisheries does hereby approve and consent to the filing of all necessary pleadings in the matter entitled "In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010, MDL No: 2179, United States District Court, Eastern District of Louisiana" for prosecution of these proceedings and all related proceedings under R.S. 56:40.1 *et seq.*, arising out of the rig explosion of April 20, 2010, and resulting oil spill, brought by the District Attorneys for the Parishes of St. Tammany, St. Bernard, Plaquemines, Jefferson, Orleans, Terrebonne, St. Mary, Iberia, Vermilion, Lafourche, and Cameron, on behalf of the State and the Department, as expressly provided by law.

Robert J. Barham
Secretary
LA Department of Wildlife and Fisheries
P.O. Box 98000
Baton Rouge, LA 70898-9000
(225) 765-2623 Telephone
(225) 765-2607 Fax

Sworn to and subscribed before me this 14th day of April, 2011.

Notary Public

FREDERICK C. WHITROCK
ATTORNEY & NOTARY PUBLIC
STATE OF LOUISIANA
LA BAR ROLL #18042
NOTARY ID #10884
My Commission Expires at Death

**EXHIBIT A**

### CERTIFICATION BY THE STATE OF LOUISIANA FOR THE BENEFIT OF THE LOUISIANA DEPARTMENT OF WILDLIFE AND FISHERIES

Pursuant to the provisions of La. R.S. 56:40.1, *et seq.*, the Louisiana Department of Wildlife and Fisheries does hereby approve and consent to the filing of all necessary pleadings in the matter entitled "In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010, MDL No: 2179, United States District Court, Eastern District of Louisiana" for prosecution of these proceedings and all related proceedings under R.S. 56:40.1 *et seq.*, arising out of the rig explosion of April 20, 2010, and resulting oil spill, brought by the District Attorneys for the Parishes of St. Tammany, St. Bernard, Plaquemines, Jefferson, Orleans, Terrebonne, St. Mary, Iberia, Vermilion, Lafourche, and Cameron, on behalf of the State and the Department, as expressly provided by law.

Donald E. Puckett
General Counsel
LA Dept. of Wildlife and Fisheries
P.O. Box 98000
Baton Rouge, LA 70898-9000
(225)765-2971 Telephone
(225)763-3530 Fax
dpuckett@wlf.louisiana.gov

Sworn to and subscribed
before me this 14 ᵗʰ day
of April, 2011.

Notary Public



FREDERICK C. WHITROCK
ATTORNEY & NOTARY PUBLIC
STATE OF LOUISIANA
LA BAR ROLL #18042
NOTARY ID #10884
My Commission Expires at Death