UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG          MDL NO. 2179
       "DEEPWATER HORIZON" in the
       GULF OF MEXICO, on
       APRIL 20, 2010

                                                   SECTION:J

THIS DOCUMENT RELATES TO:

ALL ACTIONS          JUDGE BARBIER
                                          MAG. JUDGE SHUSHAN

---

**PLAINTIFFS' OPPOSITION
TO BP's MOTION FOR ENTRY OF AN ORDER RELATING TO THE
<u>PRESERVATION OF CERTAIN PHYSICAL SAMPLE MATERIALS</u>**

BP America Inc., BP America Production Company and BP Exploration & Production Inc. (collectively "BP") seek the same relief from the requirement to preserve samples that the United States obtained with respect to their samples, by stipulation with the PSC, as memorialized in Pre-Trial Order No. 30. While the proposed order BP seeks is virtually identical to PTO 30, the factual background underlying the agreement between the United States and the PSC is substantially different.

Prior to the agreement with the United States consenting to the discarding of samples that have surpassed their holding time, the United States provided the PSC, for each sample it sought to discard, the following information: (1) identity of sample; (2) location from where sample taken; (3) the nature of the sample (ie. water, oil, mud, air); (4) date of the sample; (5) volume of the sample; (6) sample retention date; (7) reason for discarding sample; and (8) whether testing was conducted on the sample.[1] Furthermore, the United States agreed to provide to the PSC the sampling protocols applicable to each

---

[1] *See, e.g.,* EPA Region 6 Proposed Discard Sample List, Exhibit 1.

of the samples.

In contrast, BP has not provided all of this information, and makes no promise to provide such information prior to discarding the samples. While BP has represented that all of the samples are water samples and, given their sampling date, are beyond the sample retention date, the quality and quantity of the information provided is deficient. Such generalized information about the samples BP seeks to discard falls far short of the information the United States has agreed to provide prior to discarding. Indeed, BP has not even provided all of the information required in its Proposed Order.

If BP seeks to have the same relief from the Court's preservation order as the United States, BP must, at a minimum, provide the same information that provided the basis for PTO No. 30, (namely, the seven categories of information set forth above, with respect to each and every sample BP seeks to discard). If BP claims not to have that information, BP should be ordered to either compile the information or to preserve the samples.

Furthermore, BP is a defendant in this lawsuit with an interest in minimizing the impact from the oil spill. There is no basis in law or fact to excuse BP from the Court's preservation order without providing the necessary information to assure that the samples are not going to be used for any other purpose. Indeed, because of its unique position as the principal defendant in this litigation, it should also be required, in addition to providing the seven categories of information set forth above, to affirmatively state that it has not analyzed, and does not intend prior to destruction to analyze, the sample for any purpose for which the holding time might not be applicable.

**Conclusion**

For these reasons, the PSC respectfully requests that the Court deny BP's motion unless and until BP produces the information necessary to determine that the samples are not relevant to the plaintiffs' case.

This 27th day of April, 2011.

Respectfully submitted,

| | |
|---|---|
| /s/ Stephen J. Herman | /s/ James Parkerson Roy |
| Stephen J. Herman, La. Bar No. 23129 | James Parkerson Roy, La. Bar No. 11511 |
| HERMAN HERMAN KATZ | DOMENGEAUX WRIGHT ROY |
|   & COTLAR, LLP |   & EDWARDS LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhkc.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs' Liaison Counsel MDL 2179* | *Plaintiffs' Liaison Counsel MDL 2179* |

**PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Brian H. Barr | Robin L. Greenwald |
| LEVIN, PAPANTONIO, THOMAS, | WEITZ & LUXENBERG, PC |
| MITCHELL, ECHSNER & PROCTOR | 700 Broadway |
| 316 South Baylen St., Suite 600 | New York, NY  10003 |
| Pensacola, FL 32502-5996 | Office:  (212) 558-5802 |
| Office:  (850) 435-7045 | Telefax: (212) 344-5461 |
| Telefax: (850) 436-6187 | E-Mail: rgreenwald@weitzlux.com |
| E-Mail: bbarr@levinlaw.com | |

| | |
|---|---|
| Jeffrey A. Breit<br>BREIT DRESCHER IMPREVENTO & WALKER, P.C.<br>999 Waterside Drive, Suite 1000<br>Norfolk, VA 23510<br>Office: (757) 670-3888<br>Telefax: (757) 670-3895<br>E-Mail: jbreit@bdbmail.com | Rhon E. Jones<br>BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P. C.<br>218 Commerce St., P.O. Box 4160<br>Montgomery, AL 36104<br>Office: (334) 269-2343<br>Telefax: (334) 954-7555<br>E-Mail: rhon.jones@beasleyallen.com |
| Elizabeth J. Cabraser<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Office: (415) 956-1000<br>Telefax: (415) 956-1008<br>E-Mail: ecabraser@lchb.com | Matthew E. Lundy<br>LUNDY, LUNDY, SOILEAU & SOUTH, LLP<br>501 Broad Street<br>Lake Charles, LA 70601<br>Office: (337) 439-0707<br>Telefax: (337) 439-1029<br>E-Mail: mlundy@lundylawllp.com |
| Philip F. Cossich, Jr.<br>COSSICH, SUMICH, PARSIOLA & TAYLOR<br>8397 Highway 23, Suite 100<br>Belle Chasse, LA 70037<br>Office: (504) 394-9000<br>Telefax: (504) 394-9110<br>E-Mail: pcossich@cossichlaw.com | Michael C. Palmintier<br>deGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE'<br>618 Main Street<br>Baton Rouge, LA 70801-1910<br>Office: (225) 344-3735<br>Telefax: (225) 344-0522<br>E-Mail: mpalmintier@dphf-law.com |
| Robert T. Cunningham<br>CUNNINGHAM BOUNDS, LLC<br>1601 Dauphin Street, P. O. Box 66705<br>Mobile, AL 36660<br>Office: (251) 471-6191<br>Telefax: (251) 479-1031<br>E-Mail: rtc@cunninghambounds.com | Paul M. Sterbcow<br>LEWIS, KULLMAN, STERBCOW & ABRAMSON<br>601 Poydras Street, Suite 2615<br>New Orleans, LA 70130<br>Office: (504) 588-1500<br>Telefax: (504) 588-1514<br>E-Mail: sterbcow@lksalaw.com |
| Alphonso Michael "Mike" Espy<br>MORGAN & MORGAN, P.A.<br>188 East Capitol Street, Suite 777<br>Jackson, MS 39201<br>Office: (601) 949-3388<br>Telefax: (601) 949-3399<br>E-Mail: mike@mikespy.com | Scott Summy<br>BARON & BUDD, P.C.<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219<br>Office: (214) 521-3605<br>Telefax: (214) 599-1172<br>E-Mail: ssummy@baronbudd.com |

| | |
|---|---|
| Calvin C. Fayard, Jr.<br>FAYARD & HONEYCUTT<br>519 Florida Avenue, SW<br>Denham Springs, LA  70726<br>Office:  (225) 664-4193<br>Telefax: (225) 664-6925<br>E-Mail:  calvinfayard@fayardlaw.com | Mikal C. Watts (PSC)<br>WATTS GUERRA CRAFT, LLP<br>Four Dominion Drive, Building 3, Suite 100<br>San Antonio, TX 78257<br>Office: (210) 447-0500<br>Telefax: (210) 447-0501<br>E-Mail:  mcwatts@wgclawfirm.com |

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444
E-Mail:  ervin@colson.com

**CERTIFICATE OF SERVICE**

  WE HEREBY CERTIFY that the above and foregoing Opposition has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of April, 2011.

                  /s/ Stephen J Herman and James Parkerson Roy