UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MASTER DOCKET |
| | * | NO. 10-MD-2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | |
| APRIL 20, 2010 | * | |

**THIS DOCUMENT RELATES TO NO. 11-685.**

Filed: _____     _____
                                                                    Deputy Clerk

### EX PARTE MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come plaintiffs, Khai Nguyen, Hang Nguyen-Musselman, L.L.C. and Christopher Vance, who hereby move this Court to enroll David L. Carrigee (Bar Roll #3892) of Baldwin Haspel Burke & Mayer, L.L.C., as additional counsel of record in the above-captioned matter.

RESPECTFULLY SUBMITTED:

BALDWIN HASPEL BURKE & MAYER, LLC

BY:   S\ Paul N. Vance
         Paul N. Vance
         PAUL N. VANCE  (#13007)
         SCOTT L. STERNBERG (#33390)
         1100 Poydras Street, Suite 2200
         New Orleans, LA 70163
         Telephone: 504/569-2900
         Facsimile: 504/569-2099
         *ATTORNEY FOR PLAINTIFFS:*
         Khai Nguyen, Hang Nguyen and Christopher Vance

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing EX PARTE MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD, and the proposed ORDER, have been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of April, 2011.

             s/ Paul N. Vance