UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : MDL NO. 2179 : : : SECTION: J : : |
| THIS DOCUMENT RELATES TO: *MDL 2179 B1 Amended Master Complaint And All Cases In Pleading Bundle B1* | : : JUDGE BARBIER MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: *No. 10-2771 (Limitation Action) And Nos. 10-3059 and 11-0516* | |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**EX PARTE MOTION AND ORDER FOR LEAVE TO FILE BP'S REPLY TO THE STATE OF LOUISIANA'S OPPOSITION TO BP DEFENDANTS' MOTION TO STRIKE LOUISIANA'S STATEMENT OF INTEREST BRIEFING REGARDING <u>ISSUES IN PENDING MOTIONS TO DISMISS</u>**

The BP Defendants — BP Exploration & Production Inc. ("BPXP") and BP America Production Company — respectfully submit this Motion for Leave to File a Reply to the State of Louisiana's Opposition To BP Defendants' Motion To Strike Louisiana's Statement of Interest Briefing Regarding Issues in Pending Motions to Dismiss ("La. Opp.") (Rec. Doc. 2151). BP submits that this reply will be helpful to the Court in resolving this issue.

Respectfully submitted,


/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:  (504) 581-7979

And

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Wendy L. Bloom
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, Illinois  60654
(312) 862-2000 (Tel)
(312 862-2200 (Fax)

Robert C. "Mike" Brock
Covington & Burling LLP
    1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985


*Attorneys for BP America*
*Production Company and BP Exploration &*
*Production Inc.*

-2-

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of April, 2011.

                                                        /s/ Don K. Haycraft

Motion For Leave.Docx