UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: *MDL 2179 B1 Amended Master Complaint And All Cases In Pleading Bundle B1* | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: *No. 10-2771 (Limitation Action) And Nos. 10-3059 and 11-0516* | |

**BP'S REPLY TO THE STATE OF LOUISIANA'S OPPOSITION TO BP DEFENDANTS' MOTION TO STRIKE LOUISIANA'S STATEMENT OF INTEREST BRIEFING REGARDING ISSUES IN PENDING MOTIONS TO DISMISS**

The BP Defendants — BP Exploration & Production Inc. ("BPXP") and BP America Production Company — respectfully submit this Reply to the State of Louisiana's Opposition To BP Defendants' Motion To Strike Louisiana's Statement of Interest Briefing Regarding Issues in Pending Motions to Dismiss ("La. Opp.") (Rec. Doc. 2151).

*First*, this Court never granted the State of Louisiana leave to oppose Defendants' B1 Motions to Dismiss. That the State of Louisiana requested such briefing, (*See* Rec. Doc. 1874), does not change this.

*Second*, the State of Louisiana's Memorandum is not a short statement of interest akin to an amicus brief. It is instead a second opposition to the B1 Motions to Dismiss. Still, Louisiana claims its Memorandum Of Law In Interest In *And Opposition* To Defendants' Pending Motions to Dismiss, (Rec. Doc. 1993) (emphasis added), is not a responsive pleading and is not subject

1

therefore to PTO No. 25.  La. Opp. 3 n.2.  If so, the State of Louisiana's Memorandum is 32 pages over limit.  LR7.8.1E ("Except with prior permission of the judge, no trial brief or memorandum supporting or opposing a motion shall exceed 25 pages in length, exclusive of exhibits.").

*Third*, this Court set tight timelines.  And no party should be able to disregard them — along with page limits and established filing procedures — by chunking down a 60-page opposition and styling it a "statement of interest" just over a week before briefing on a major motion concludes.  That is simply too disruptive to this Court's attempt to manage MDL 2179 litigation efficiently.

Louisiana's improper way of proceeding here would unfairly prejudice BP if BP were now required, at this late, date before the present B1 reply brief deadline of April 29 (this Friday), to rewrite its B1 reply brief depending on the outcome of this contested motion.

Accordingly, the BP Defendants respectfully request this Court to strike the State of Louisiana's Memorandum.  Or, given the time — now two days before B1 Reply Memorandum is due — BP respectfully requests that the Court permit BP to file a separate reply to the State of Louisiana's Memorandum.  In that case, BP will file a B1 Motion To Dismiss Reply Memorandum addressing the two B1 opposition briefs filed by the PSC — an Omnibus Memorandum (Rec. Doc. 1822) and a fraud-related brief (Rec. Doc. 1808) on April 29.  BP will then file a separate Reply to the State of Louisiana's Memorandum within 17 days (Monday, May16).

Respectfully submitted,


/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:  (504) 581-7979

And

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Wendy L. Bloom
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, Illinois  60654
(312) 862-2000 (Tel)
(312 862-2200 (Fax)

Robert C. "Mike" Brock
Covington & Burling LLP
    1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985


*Attorneys for BP America*
*Production Company and BP Exploration &*
*Production Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of April, 2011.

                                                   /s/ Don K. Haycraft