UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 : : : : : : : : | MDL NO. 2179 SECTION: J |
| THIS DOCUMENT RELATES TO: *MDL 2179 B1 Amended Master Complaint And All Cases In Pleading Bundle B1* THIS DOCUMENT RELATES TO: *No. 10-2771 (Limitation Action) And Nos. 10-3059 and 11-0516* : : : : | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## ORDER

Considering the BP Defendants Motion to File a Reply Memorandum,

IT IS ORDERED that the BP Defendants shall be granted leave to file their reply to the State of Louisiana's Opposition to BP Defendants' Motion to Strike Louisiana's Statement of Interest Briefing Regarding Issues in Pending Motions to Dismiss.

New Orleans, Louisiana, this _____ day of April, 2011.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

Proposed Order For Motion For Leave.Docx