UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179<br><br>SECTION: J |
| This Document Relates To: All Cases<br>………………………………………………... | : : | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

**DECLARATION OF MARTIN R. BOLES IN SUPPORT OF BP'S MOTION FOR A STAY OF PROCEEDINGS BETWEEN BP AND ANADARKO AND MOEX AND BP'S OPPOSITION TO ANADARKO'S AND MOEX'S MOTION TO COMPEL DISCOVERY RESPONSES**

I, Martin R. Boles, declare as follows:

1.  I am over twenty-one years of age and make this Declaration based on my own personal knowledge.

2.  I am a partner of the law firm of Kirkland & Ellis LLP, and am one of the attorneys representing BP in the above-captioned action.

3.  I am submitting this Declaration in support of BP's Motion for a Stay of Proceedings between BP and Anadarko and MOEX and BP's Opposition to Anadarko's and MOEX's Motion to Compel Discovery Responses.

4.  Attached hereto as Exhibit A is a true and correct copy of the Macondo Prospect Offshore Deepwater Operating Agreement.

5.  Attached hereto as Exhibit B is a true and correct copy of a news release issued by Anadarko on June 18, 2010.

6.  Attached hereto as Exhibit C is a true and correct copy of a letter from Robert K. Reeves to Kemper Howe dated July 7, 2010.

2

7.     Attached hereto as Exhibit D is a true and correct copy of a letter from Naoki Ishii to Kemper Howe dated July 12, 2010.

I make this Declaration under penalty of perjury pursuant to 28 U.S.C. § 1746, and I state that the facts set forth herein are true.

Dated:  April 27, 2011                                              /s/ Martin R. Boles