# EXHIBIT C



ROBERT K. REEVES
SENIOR VICE PRESIDENT
GENERAL COUNSEL & CHIEF ADMINISTRATIVE OFFICER

July 7, 2010                                    *Via Courier and Facsimile* – 281.366.7569

Kemper Howe
BP Exploration & Production Inc.
200 WestLake Park Blvd.
Houston, TX  77079

BP America Production Company
for BP Exploration & Production Inc.
P.O. Box 591
Tulsa, OK 74102-0591

Dear Mr. Howe:

> RE:     *JIB Invoice No. 0520100070003670*

Anadarko Petroleum Corporation ("Anadarko") acknowledges receipt of JIB Invoice No.
0520100070003670, dated June 2, 2010 (received on June 7, 2010), from BP Exploration &
Production Inc. ("BP") seeking reimbursement of costs incurred by BP in connection with the
operation of Mississippi Canyon Block 252 ("Macondo"). All of the costs referenced in the
invoice appear to relate to the Macondo well blowout that occurred on April 20, 2010 and BP's
response to that tragedy.

As you are aware, there are multiple proceedings and investigations underway into the facts
surrounding the tragedy. As referenced in our earlier public statement, based upon the
information that has been released to date, the results of these proceedings and investigations are
likely to have a bearing on the parties' responsibilities under the Joint Operating Agreement
("JOA"), and raise serious questions as to the obligations Anadarko may have under the JOA to
reimburse BP for costs related to the Macondo well blowout and response. Nevertheless,
Anadarko remains committed to working with BP in good faith with respect to these issues while
the investigations are continuing. To such end, BP has requested and Anadarko has agreed to
participate in discussions on interim cost allocation issues.

In light of these developments, Anadarko is withholding payment of the referenced JIB and we
look forward to working with BP to achieve a satisfactory resolution.

Very truly yours,                                         **CONFIDENTIAL**

Robert K. Reeves                                          APC-SHS1-006
Senior Vice President and General Counsel

ANADARKO PETROLEUM CORPORATION

1201 LAKE ROBBINS DRIVE                 P.O. BOX 1330                    DIRECT (832) 636 3212
THE WOODLANDS, TEXAS 77380              HOUSTON, TX 77251-1330           FAX (832) 636 3214
E-MAIL  bobby.reeves@anadarko.com                                        MAIN (832) 636 1000

**CONFIDENTIAL**
**ACCESS RESTRICTED**

Exhibit C
Page 1