# EXHIBIT D

# MOEX Offshore 2007 LLC

9 Greenway Plaza, Suite 1220
Houston, Texas 77046, USA
Tel: 713-532-8887  Fax: 713-532-8510

12 July, 2010

Attention:   Kemper Howe
             Land Manager

**BP EXPLORATION & PRODUCTION INC.**
200 Westlake Park Boulevard
Houston, TX 77079
USA

By Facsimile: (281) 366-7569 and Courier

Dear Mr. Howe,

**Re:**   Macondo Prospect Invoice Nos. 0520100070027122 (dated **June 2, 2010**)

On behalf of MOEX Offshore 2007 LLC ("MOEX Offshore"), we acknowledge receipt on June 10, 2010 of Invoice No. 0520100070027122 (dated June 2, 2010), from BP Exploration & Production Inc. ("BP") seeking reimbursement of costs incurred by BP in connection with the operation of Mississippi Canyon Block 252 ("Macondo"). Most of the costs referenced in this invoice relate to the Macondo well blowout that occurred on April 20 and BP's response to that incident.

In light of the numerous investigations that are currently taking place to determine the facts and circumstances surrounding the incident, the many pending lawsuits and the provisions of the Joint Operating Agreement which affect our respective rights and responsibilities for costs associated with the incident, we must undertake a very careful and independent review of your claims for reimbursement.

For the reasons expressed above, we are withholding reimbursement of the costs detailed in the referenced invoice, other than with respect to the non-incident costs, pending further discussions with you and the resolution of the outstanding issues referenced above.

This letter is written without prejudice to and with full reservation of any and all of MOEX Offshore's rights under the Joint Operating Agreement or otherwise, at law or in equity, to contest its liability for payment of the above-referenced invoice or any other invoices, or any portions thereof.

Page 1 of 2

We look forward to working with you to achieve a resolution which is satisfactory to us all. We will be in touch with respect to the amount of non-incident costs in the invoice and the details of the reimbursement thereof.

Very truly yours,

Naoki Ishii,
President
**MOEX OFFSHORE 2007 LLC**

cc: **BP AMERICA PRODUCTION COMPANY**
for **BP EXPLORATION & PRODUCTION, INC.**
P.O. Box 591
Tulsa, OK 74102-0591

CONFIDENTIAL - ACCESS RESTRICTED    Exhibit D Page 2    DWHMX00259553

## Mills, Cherie L.

**From:** DTI, DC
**Sent:** Monday, July 12, 2010 8:00 PM
**To:** Mills, Cherie L.
**Subject:** FW: Delivery Notice: 16040-099754-0556220

```
-----Original Message-----
From: support@easylink.com [mailto:support@easylink.com]
Sent: Monday, July 12, 2010 7:58 PM
To: DTI, DC
Subject: Delivery Notice: 16040-099754-0556220

DELIVERY NOTICE

Your message was received at:
   Date and time of receipt: July 12, 2010 19:48:08 EDT
   Received from: dti_dc@pillsburylaw.com
   Called fax machine identifier: 2813667870
   Subject of message:  16040-099754-0556220

Delivery Information:
   Delivered to: 12813667870 (United States)
   Date and time of delivery: July 12, 2010 19:58:27 EDT
   Number of pages delivered: 3
   Delivery was made on attempt #: 2
   Your Document Reference #: 0951000101938568600

For assistance, please contact EasyLink Customer Support:

http://www.easylink.com/support

Thank you for using EasyLink.
```

1