# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179 SECTION: J |
| This Document Relates To: All Cases …………………………………………... | : : | JUDGE BARBIER MAGISTRATE SHUSHAN |

## ORDER

CONSIDERING BP's Motion Under the Federal Arbitration Act for a Stay of Proceedings between BP and Anadarko and MOEX;

IT IS ORDERED that the motion is GRANTED;

IT IS FURTHER ORDERED that all litigation between BP America Inc., BP America Production Company, BP Exploration & Production Inc., and BP p.l.c. (collectively, "BP"), on the one hand, and Anadarko E&P Company LP, Anadarko Petroleum Corp. (collectively, "Anadarko"), MOEX Offshore 2007 LLC, and MOEX USA Corp. (collectively "MOEX"), on the other hand, is hereby stayed pending arbitration;

IT IS FURTHER ORDERED that Anadarko and MOEX shall not conduct discovery against BP in the above-captioned action;

AND IT IS FURTHER ORDERED that BP need not provide further responses to discovery requests previously served on BP by Anadarko or MOEX.

THUS DONE AND SIGNED, this ____ day of _____, 2011, at New Orleans, Louisiana.

_____
**HONORABLE CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**