OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: April 28, 2011

Parish of Plaquemines

vs.

BP PLC, et al

Case No. 11-CV-00916 Section CJB-SS

Dear Sir:

Please ((issue)) (re-issue) summons on the ((complaint)) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) See attached list.
   (address) _____
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for   Plaintiff

Address   338 Lafayette Street
          New Orleans, LA  70130

BP PLC

BP PRODUCTS NORTH AMERICA, INC.

BP EXPLORATION AND PRODUCTION, INC.

BP AMERICA, INC.

HALLIBURTON ENERGY SERVICES, INC.

SPERRY DRILLING SERVICES

WEATHERFORD U.S., L.P.

CAMERON INTERNATIONAL CORPORATION
D/B/A/ CAMERON SYSTEMS CORPORATION

M-I, LLC

ANADARKO PETROLEUM CORPORATION COMPANY

ANADARKO E&P COMPANY, L.P.

MOEX OFFSHORE 2007 LLC

MOEX U.S.A. CORP.

MITSUI OIL EXPLORATION COMPANY LTD.