```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

Date: April 28, 2011

PlagueminesPort, Harbor and Terminal District

vs.

BP PLC, et al

Case No. 11-CV-00917   Section   CJB-SS

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) _____See attached list_____
   (address) _____
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for Plaintiff

Address  338 Lafayette Street
         New Orleans, LA  70130

BP PLC

BP PRODUCTS NORTH AMERICA, INC.

BP EXPLORATION AND PRODUCTION, INC.

BP AMERICA, INC.

HALLIBURTON ENERGY SERVICES, INC.

SPERRY DRILLING SERVICES

WEATHERFORD U.S., L.P.

CAMERON INTERNATIONAL CORPORATION
D/B/A/ CAMERON SYSTEMS CORPORATION

M-I, LLC

ANADARKO PETROLEUM CORPORATION COMPANY

ANADARKO E&P COMPANY, L.P.

MOEX OFFSHORE 2007 LLC

MOEX U.S.A. CORP.

MITSUI OIL EXPLORATION COMPANY LTD.