UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MASTER DOCKET |
| | * | NO. 10-MD-2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | |
| APRIL 20, 2010 | * | |
| | | JUDGE BARBIER |
| **THIS DOCUMENT RELATES TO NO. 11-685.** | | MAGISTRATE JUDGE SHUSHAN |

**O R D E R**

Considering the EX PARTE MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD filed herein,

**IT IS ORDERED** that David L. Carrigee (Bar Roll #3892) of Baldwin Haspel Burke & Mayer, L.L.C., be enrolled as additional counsel of record for plaintiffs, Khai Nguyen, Hang Nguyen-Musselman, L.L.C. and Christopher Vance, in the above-captioned matter.

New Orleans, Louisiana this 28th day of April, 2011.

_____
United States District Judge