# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | \* | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | \* | |
| **of Mexico, on April 20, 2010** | \* | **SECTION "J"** |
| | \* | **JUDGE BARBIER** |
| **This Document Relates to:** | \* | |
| *MDL 2179 B1 Amended Master Complaint* | \* | **MAGISTRATE NO. 1** |
| *And All Cases In Pleading Bundle 1;* | \* | **MAGISTRATE SHUSHAN** |
| *No. 10-2771 (Limitation Action);* | \* | |
| *No. 10-3059; No. 11-0516* | \* | |
| \* \* \* \* \* \* \* \* \* \* \* \* | | |

### EX PARTE MOTION OF NON-OPERATING DEFENDANTS TO JOIN IN AND ADOPT THE BP DEFENDANTS' MOTION TO STRIKE THE STATE OF LOUISIANA'S MEMORANDUM OF LAW IN INTEREST IN AND OPPOSITION TO DEFENDANTS' PENDING MOTIONS TO DISMISS OR, IN THE ALTERNATIVE, TO EXTEND REPLY BRIEF FILING DATE AND ENLARGE REPLY BRIEF PAGE LIMIT

**NOW INTO COURT**, come Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP, MOEX Offshore 2007 LLC and MOEX USA Corporation (collectively the "Non-Operating Defendants") and respectfully file this Ex Parte Motion to Join and Adopt, as if copied herein *in extenso*, BP Defendants' Motion to Strike the State of Louisiana's Memorandum of Law in Interest in and Opposition to Defendants' Pending Motions to Dismiss or, in the Alternative, to Extend the Reply Brief Filing Date and Enlarge the Reply Brief Page Limit (Rec. Doc. 2049), as well as the accompanying memorandum in support (Rec. Doc. 2049-1), (collectively the "BP Defendants' Motion) on the grounds that the State of Louisiana's Memorandum addressing Defendants' Motions to Dismiss Plaintiffs' First Amended B1 Master Complaint and Plaintiffs' B3 Master Complaint was filed in violation of CMO No. 1 and PTO Nos. 25 and 28.

**WHEREFORE**, the Non-Operating Defendants, pray that this Honorable Court permit them to join in and adopt the BP Defendants' Motion and seek the same relief requested therein;

A/74240645.1

specifically, that the Court strike the State of Louisiana's Memorandum or, in the alternative, grant Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP, MOEX Offshore 2007 LLC and MOEX USA an additional 10 days and an additional 25 pages to file a consolidated Reply Memorandum regarding the B1 and B3 Motions to Dismiss in order to address the State of Louisiana's Memorandum and the Omnibus Memoranda of Law in Opposition to the Defendants' Motions to Dismiss the Master Complaints for Pleading Bundles B1 and B3 filed by the PSC on March 30, 2011 (Rec. Docs. 1822, 1803 and 1815).

Respectfully submitted,

BINGHAM McCUTCHEN LLP

/s/ *Ky E. Kirby*
Ky E. Kirby
ky.kirby@bingham.com
David B. Salmons
david.salmons@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-069

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing Motion to Dismiss to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on April 28, 2011.

                          /s/ *Ky E. Kirby*
                          Ky E. Kirby