UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** * | | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** * | | |
| **of Mexico, on April 20, 2010** * | | **SECTION "J"** |
| * | | **JUDGE BARBIER** |
| **This Document Relates to:** * | | |
| *MDL 2179 B1 Amended Master Complaint* * | | |
| *And All Cases In Pleading Bundle 1;* * | | **MAGISTRATE NO. 1** |
| *No. 10-2771 (Limitation Action);* * | | **MAGISTRATE SHUSHAN** |
| *No. 10-3059; No. 11-0516* * | | |
| * * * * * * * * * * * * | | |

## ORDER

Considering the Motion of Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP, MOEX Offshore 2007 LLC, and MOEX USA Corporation to Join and Adopt BP Defendants' Motion to Strike the State of Louisiana's Memorandum of Law in Interest in and Opposition to Defendants' Pending Motions to Dismiss, or, in the Alternative, to Extend Reply Brief Filing Date and Enlarge Reply Brief Page Limit, the Court finds that the Motion to Join and Adopt has merit, and is supported by law, therefore:

**IT IS HEREBY ORDERED** that the Motion to Join and Adopt is Granted.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE