MINUTE ENTRY
SHUSHAN, M. J.
APRIL 28, 2011

MJSTAR: 0:15

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>NO: 10-MDL-2179<br><br>SECTION: "J/1" |

THURSDAY, APRIL 28, 2011 9:00 AM

COURT REPORTER: Cathy Pepper
COURTROOM DEPUTY: James Crull

     A conference concerning the preservation of samples in the possession of BP was held this date before Magistrate Judge Sally Shushan.

PARTICIPATING:
In Court: Robert Gasaway, Keith Jarrett, Matt Lundy, Brian Barr and Alan York.
By Telephone: Carmelite Bertaut and Deborah Kuchler.

Court adjourned 9:15 a.m.