MINUTE ENTRY
SHUSHAN, M.J.
APRIL 28, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**[Regarding BP's Motion for Order Relating to Preservation of Certain Physical Sample]**
(Rec. docs. 1325, 1326)

APPEARANCES:     Bob Gasaway, Keith Jarrett, Brian Barr and Matt Lundy

On this date, there was a hearing on the motion of BP America Inc., BP America Production Company, and BP Exploration & Production Inc. (collectively "BP") for an order relating to preservation of certain physical samples.  The parties agreed to the terms of the order and read the terms into the record.  Subject to the parties' agreement as reflected on the transcript of the hearing;[1]

IT IS ORDERED that: (1) BP's motion for entry of an order relating to the preservation of certain physical sample materials (Rec. doc. 1325) is GRANTED in accord with the parties' agreement; and (2) BP's motion for expedited hearing of its motion for entry of order (Rec. doc. 1326) is DISMISSED as MOOT.

New Orleans, Louisiana, this 28th day of April, 2011.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**

MJSTAR  00:30

---

[1] The parties are thanked for their hard and professional work on resolving this matter.