UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig      MDL NO. 2179
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010      SECTION J

Applies to: *B4 Bundle*      JUDGE BARBIER
     MAGISTRATE JUDGE SHUSHAN

## ORDER

A telephone status conference is set in this matter on **Thursday, May 12, 2011 at 8:30 a.m.** regarding the Post-Explosion Emergency Responder Claims. The dial-in information is as follows:

**Dial-in: 888-684-8852, access: 6331546, security code: 51211**.

New Orleans, Louisiana, this 28th day of January, 2011.

                       SALLY SHUSHAN
                       **United States Magistrate Judge**