UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" | * | |
| in the Gulf of Mexico, | * | SECTION: J |
| on April 20, 2010 | * | |
| | * | JUDGE BARBIER |
| **This Document Relates to:** | * | |
| *U.S. v. BP, et al.*  2:10-cv-04536 | * | MAGISTRATE SHUSHAN |
| | * | |

*EX PARTE* CONSENT MOTION OF UNITED STATES TO CONTINUE DATE OF SUBMISSION OF MOTION OF ANADARKO E&P COMPANY LP TO DISMISS THE COMPLAINT OF THE UNITED STATES

With the consent of Defendant Anadarko E&P Company LP, Plaintiff United States hereby submits this *ex parte* consent motion to continue the date of submission for Anadarko E&P's Motion to Dismiss the Complaint of the United States [doc. 1861] in *United States of America v. BP Exploration & Production, Inc., et al.,* 2:10-cv-04536 (E.D. La.) ("*U.S. v. BP, et al.*") from May 11, 2011 to June 8, 2011 in order to allow the United States until May 31, 2011 to file its Opposition or other response to Anadarko E&P's motion.

The United States requests this continuance of the submission date and attendant extension of the United States' deadline to file its response in light of its need to simultaneously prepare for depositions of Anadarko witnesses scheduled for May and June 2011 in the multi-district litigation, *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010*, 10-md-01279 (E.D. La.).  Anadarko E&P consents to this request.

A proposed order accompanies this request.

Respectfully submitted,

| | |
|---|---|
| IGNACIA S. MORENO | TONY WEST |
| Assistant Attorney General | Assistant Attorney General |
| Environment & Natural Resources Division | Civil Division |
| | |
| JAMES NICOLL | PETER F. FROST |
|   Senior Counsel |   Director, Torts Branch, Civil Division |
| NANCY FLICKINGER |   Admiralty and Aviation |
| SARAH HIMMELHOCH | STEPHEN G. FLYNN, |
|   Senior Attorneys |   Assistant Director |
| DEANNA CHANG | MICHELLE DELEMARRE |
| SCOTT CERNICH | SHARON SHUTLER |
| A. NATHANIEL CHAKERES | JESSICA SULLIVAN |
| JUDY HARVEY |  JESSICA MCCLELLAN |
| MATT LEOPOLD |  DAVID PFEFFER |
|   Trial Attorneys |    Trial Attorneys |
| | |
| /s/ Steven O'Rourke | /s/ R. Michael Underhill |
| STEVEN O'ROURKE | R. MICHAEL UNDERHILL, T.A. |
| Senior Attorney | Attorney in Charge, West Coast Office |
| Environmental Enforcement Section | Torts Branch, Civil Division |
| U.S. Department of Justice | U.S. Department of Justice |
| P.O. Box 7611 | 7-5395 Federal Bldg, Box 36028 |
| Washington, D.C. 20044 | 450 Golden Gate Avenue |
| Telephone: 202-514-2779 | San Francisco, CA 94102-3463 |
| Facsimile: 202-514-2583 | Telephone: 415-436-6648 |
| E-mail: steve.o'rourke@usdoj.gov | Facsimile: 415-436-6632 |
| | E-mail: mike.underhill@usdoj.gov |

JIM LETTEN
United States Attorney
SHARON SMITH
Assistant United States Attorney
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Ste. B-210
New Orleans, LA 70130

Attorneys for the UNITED STATES OF AMERICA

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the above and foregoing has been served on all counsel by electronically uploading the same to Lexis-Nexis File & Serve in accordance with Pretrial Order #12, and the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2719, on this 28th day of April, 2011.

                              */s/ Steven O'Rourke*
                              Steven O'Rourke