UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| **In Re:** | **Oil Spill by the Oil Rig** | : | **MDL NO. 2179** |
| | **"Deepwater Horizon" in the** | : | |
| | **Gulf of Mexico, on** | : | **SECTION: J** |
| | **April 20, 2010** | : | |
| | | : | **JUDGE BARBIER** |
| **This Document Relates to:** | | : | |
| **Case No. 2:10-cv-04536** | | : | **MAG. JUDGE SHUSHAN** |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## ORDER

CONSIDERING THE *EX PARTE* CONSENT MOTION of the United States of America to Continue the Date of Submission of Anadarko E&P's Motion to Dismiss,

IT IS HEREBY ORDERED that the date of submission of Anadarko E&P's Motion to Dismiss be and is hereby continued to June 8, 2011, thereby extending the United States' deadline for filing any response to Anadarko E&P's Motion to Dismiss in *United States of America v. BP Exploration & Production, Inc., et al.,* 2:10-cv-04536 (E.D. La.) until May 31, 2011.

New Orleans, Louisiana, this ___ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE