UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | CIVIL ACTION<br><br>MDL 2179<br><br>SECTION: J(1) |

### ORDER

Before the Court is a **Motion to Compel filed by Defendants Anadarko and MOEX (Rec. Doc. 1965)**, which is referred to Magistrate Judge Shushan.

Also before the Court is a **Motion to Stay filed by Defendants BP (Rec. Doc. 2169)**, which will be heard by Judge Barbier.

**IT IS ORDERED** that any opposition to the **Motion to Stay filed by Defendants BP (Rec. Doc. 2169)** be filed no later than **Thursday, May 5, 2011**.

New Orleans, Louisiana this 28th day of April, 2011.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE