UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document applies to: *No. 10-02771 ONLY* | JUDGE BARBIER |
| | MAGISTRATE SHUSHAN |

*EX PARTE* MOTION FOR ORDER NOTING
DEFAULTS IN CIVIL ACTION NO. 10-2771
OF TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN HOLDINGS LLC, TRANSOCEAN
DEEPWATER INC. AND TRITON ASSET LEASING GMBH

_____

TO THE HONORABLE CARL J. BARBIER, United States District Judge:

Petitioners in Limitation and Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc. and Triton Asset Leasing GmbH (collectively "Transocean") respectfully submit their *Ex Parte* Motion for Order Noting Defaults in Civil Action No. 10-2771, and in support thereof, would respectfully show as follows:

I.

Transocean, as Petitioners, instituted this action on May 13, 2010, seeking exoneration from, or Limitation of Liability, as to all claims arising out of the Macondo Well blow-out, the

explosion, fire, and sinking of the *Deepwater Horizon,* the resulting Oil Spill and the voyage of the *Deepwater Horizon* which commenced on January 30, 2010 and ended on or about April 20, 2010 (hereinafter referred to as the "Incident of April 20, 2010").

**II.**

On May 13, 2010, in Civil Action No. 10-1721, the Court (Honorable Judge Keith P. Ellison) issued its Order directing Claimants to file and make proof of claims, and set the date of November 15, 2010, for the filing of claims. On that same date, the United States District Clerk signed and entered its Notice of Complaint and Petition for Exoneration From or Limitation of Liability requiring all persons having claims to file them as provided in Rule F(4) with the Clerk of the Court, by November 15, 2010, "or be defaulted in accordance with the provisions of Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure."

**III.**

On May 26, 2010, the Court entered its First Amended Order directing Claimants to file and make proof of claims and on June 14, 2010, the Court issued its Second Amended Order directing Claimants to file and make proof of claims.

**IV.**

On July 23, 2010, Transocean duly filed its Notice of Filing Affidavits of Publication, attaching copies of Proof of Publication Affidavits Exhibits "A-H" reflecting publication of the Notice of Complaint and Petition for four consecutive weeks in the Times Picayune, the Houston Chronicle, the Daily Advertiser, the Mobile Press Register, the Panama City News Herald, the Biloxi-Gulfport Sun Herald, the Pensacola News Journal and the Advocate, respectively.

**V.**

By later Order, Judge Keith P. Ellison transferred C.A. No. 10-1721 to this Court, now Civil Action No. 10-2771. Pursuant to Pre-Trial Order No. 11, **Dkt. 569**, dated October 19, 2010, this Court amended the previous orders of Judge Ellison "to extend said claims (monition) date to April 20, 2011."

**VI.**

The claims (monition) date has now passed. Accordingly, Transocean's Motion is proper.

WHEREFORE, PREMISES CONSIDERED, the *Deepwater Horizon,* Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc. and Triton Asset Leasing GmbH respectfully pray that the Court enter the attached Order Noting Defaults of All Claimants who have failed to file claims in Civil Action No. 10-2771 on or prior to April 20, 2011.

Respectfully submitted,

| | |
|---|---|
| By: /s/ Steven L. Roberts | By: /s/ Kerry J. Miller |
| Steven L. Roberts (Texas, No. 17019300) | Kerry J. Miller (Louisiana, No. 24562) |
| Rachel Giesber Clingman (Texas, No. 00784125) | Frilot, L.L.C. |
| Kent C. Sullivan (Texas, No. 19487300) | 1100 Poydras Street, Suite 3700 |
| Teri L. Donaldson (Florida, No. 784310) | New Orleans, Louisiana 70163 |
| Sutherland Asbill & Brennan LLP | Telephone: (504) 599-8169 |
| 1001 Fannin Street, Suite 3700 | Facsimile: (504) 599-8154 |
| Houston, Texas 77002 | Email: kmiller@frilot.com |
| Telephone: (713) 470-6100 | |
| Facsimile: (713) 654-1301 | |
| Email: steven.roberts@sutherland.com, | |
| rachel.clingman@sutherland.com, | -and- |
| kent.sullivan@sutherland.com, | |
| teri.donaldson@sutherland.com | |

56816:10053824

 

By:    /s/ Edwin G. Preis, Jr.
EdwinG. Preis, Jr. (Louisiana, No. 10703)
Edward F. Kohnke, IV (LA, No. 07824)
Preis & Roy PLC
102 Versailles Boulevard, Suite 400
Lafayette, Louisiana 70501
Telephone: (337) 237-6062
Facsimile: (337) 237-9129

-and-

601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129
Email: egp@preisroy.com,
efk@preisroy.com

Of Counsel:

John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

Daniel O. Goforth (Texas, No. 08064000)
Goforth Geren Easterling LLP
4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

56816:10053824

Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 054933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com, allen.katz@mto.com

*Counsel for Triton Asset Leasing GmbH., Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc. and Transocean Deepwater Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on April 28, 2010.

/s/  Kerry J. Miller

56816:10053824