UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig
        "Deepwater Horizon" in the Gulf
        Of Mexico, on April 20, 2010

This Document applies to:
*No. 10-02771 ONLY*

MDL No. 2179

SECTION: J

JUDGE BARBIER

MAGISTRATE SHUSHAN

## ORDER ON MOTION FOR EXPEDITED HEARING

Considering the foregoing Motion for Expedited Hearing on the *Ex Parte* Motion for

Order Noting Defaults in Civil Action No. 10-2771 [Rec. Doc. 2182]:

**IT IS ORDERED** that the Motion is GRANTED and that Transocean's motion is hereby

set for hearing on the ___ day of _____, at _____ o'clock a.m./p.m., 2011.

**SO ORDERED** this ____ day of _____, 2011.

_____
JUDGE