UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : : | MDL NO. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: Case No. 2:10-cv-04536 | | : : | MAG. JUDGE SHUSHAN |

## ORDER

CONSIDERING THE *EX PARTE* CONSENT MOTION of the United States of America to Continue the Date of Submission of Anadarko E&P's Motion to Dismiss,

IT IS HEREBY ORDERED that the date of submission of Anadarko E&P's Motion to Dismiss be and is hereby continued to June 8, 2011, thereby extending the United States' deadline for filing any response to Anadarko E&P's Motion to Dismiss in *United States of America v. BP Exploration & Production, Inc., et al.,* 2:10-cv-04536 (E.D. La.) until May 31, 2011.

New Orleans, Louisiana this 28th day of April, 2011.

_____
United States District Judge