UNITED STATES DISTRICT OF COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION: J |
| This Document applies to: MDL 2179 B1 Amended Master Complaint And All Cases In Pleading Bundle B1; No. 10-2771 (Limitation Action); No. 10-1757; No. 10-1759: No, 10-1760; No. 10-2996; No. 10-2997; No. 10-3059; No. 11-348; No. 11-0516 | § § § § § § § § | JUDGE BARBIER MAG. JUDGE SHUSHAN |

**MOTION OF HALLIBURTON ENERGY SERVICES, INC. TO JOIN IN AND ADOPT THE BP DEFENDANTS' MOTION TO STRIKE THE STATE OF LOUISIANA'S MEMORANDUM OF LAW IN INTEREST IN AND OPPOSITION TO DEFENDANTS' PENDING MOTIONS TO DISMISS OR, IN THE ALTERNATIVE, TO EXTEND REPLY BRIEF FILING DATE AND ENLARGE REPLY BRIEF PAGE LIMIT**

NOW INTO COURT, comes Defendant Halliburton Energy Services, Inc. ("HESI") and respectfully files this Motion to Join and Adopt, as if fully set forth herein, BP Defendants' Motion to Strike the State of Louisiana's Memorandum of Law in Interest in and Opposition to Defendants' Pending Motions to Dismiss or, in the Alternative, to Extend the Reply Brief Filing Date and Enlarge the Reply Brief Page Limit (Rec. Doc. 2049), as well as the accompanying memorandum in support (Rec. Doc. 2049-1), (together the "BP Defendants' Motion") on the grounds that the State of Louisiana's Memorandum addressing Defendants' Motions to Dismiss Plaintiffs' First Amended B1 Master Complaint and Plaintiffs' B3 Master Complaint was filed in violation of CMO No. 1 and PTO Nos. 25 and 28.

WHEREFORE, HESI prays that this Honorable Court permit it to join in and adopt the BP Defendants' Motion and seek the same relief requested therein; specifically, that the Court

MOTION OF HALLIBURTON ENERGY SERVICES, INC. TO JOIN IN AND ADOPT THE BP DEFENDANTS' MOTION TO STRIKE THE STATE OF LOUISIANA'S MEMORANDUM OF LAW IN INTEREST IN AND OPPOSITION TO DEFENDANTS' PENDING MOTIONS TO DISMISS OR, IN THE ALTERNATIVE, TO EXTEND REPLY BRIEF FILING DATE AND ENLARGE REPLY BRIEF PAGE LIMIT

PAGE 1 of 4

strike the State of Louisiana's Memorandum or, in the alternative, grant Defendant HESI an additional 10 days and an additional 25 pages to file a consolidated Reply Memorandum regarding the B1 and B3 Motions to Dismiss in order to address the State of Louisiana's Memorandum and the Omnibus Memoranda of Law in Opposition to the Defendants' Motions to Dismiss the Master Complaints for Pleading Bundles B1 and B3 filed by the PSC on March 30, 2011 (Rec. Docs. 1822, 1803 and 1815).

DATED:  April 28, 2011                                  Respectfully Submitted,

                                                                           **GODWIN RONQUILLO PC**

                                                                           by:  /s/ *Donald E. Godwin*
                 Donald E. Godwin State Bar No. 08056500
                 DGodwin@GodwinRonquillo.com
                 Bruce W. Bowman, Jr.
                 State Bar No. 02752000
                 BBowman@GodwinRonquillo.com
                 Jenny L. Martinez State Bar No. 24013109
                 JMartinez@GodwinRonquillo.com
                 Floyd R. Hartley, Jr.
                 State Bar No. 00798242
                 FHartley@GodwinRonquillo.com
                 Gavin E. Hill State Bar No. 00796756
                 GHill@GodwinRonquillo.com
                 1201 Elm Street, Suite 1700
                 Dallas, Texas 75270
                 Telephone:  (214) 939-4400
                 Facsimile:  (214) 760-7332

                 and

                 R. Alan York State Bar No. 22167500
                 AYork@GodwinRonquillo.com
                 Jerry C. von Sternberg State Bar No. 20618150
                 JVonsternberg@GodwinRonquillo.com
                 Misty Cone State Bar No.
                 MCone@GodwinRonquillo.com
                 1331 Lamar, Suite 1665
                 Houston, Texas 77010
                 Telephone:  (713) 595-8300
                 Facsimile:  (713) 425-7594

                 **ATTORNEYS FOR DEFENDANT**
                 **HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2011 the above and foregoing Motion of Halliburton Energy Services, Inc. to Join In and Adopt the BP Defendants' Motion To Strike the State of Louisiana's Memorandum of Law In Interest In and Opposition to Defendants' Pending Motions to Dismiss or, In the Alternative, to Extend Reply Brief Filing Date and Enlarge Reply Brief Page Limit was filed electronically with the Clerk of the Court using the CM/ECF system, and that an electronic version of this document was forwarded by e-mail to all liaison counsel.

/s/ *Donald E. Godwin*
Donald E. Godwin