UNITED STATES DISTRICT OF COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION: J |
| This Document applies to: *MDL 2179 B1 Amended Master Complaint And All Cases In Pleading Bundle B1; No. 10-2771 (Limitation Action); No. 10-1757; No. 10-1759: No, 10-1760; No. 10-2996; No. 10-2997; No. 10-3059; No. 11-348; No. 11-0516* | § § § § § § § | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## ORDER

Considering the Motion of Defendant Halliburton Energy Services, Inc. to Join and Adopt BP Defendants' Motion to Strike the State of Louisiana's Memorandum of Law in Interest in and Opposition to Defendants' Pending Motions to Dismiss, or, in the Alternative, to Extend Reply Brief Filing Date and Enlarge Reply Brief Page Limit, the Court finds that the Motion to Join and Adopt has merit, and is supported by law, therefore:

IT IS HEREBY ORDERED that the Motion to Join and Adopt is Granted.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE