UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:   Oil Spill by the Oil Rig<br>          "Deepwater Horizon" in the Gulf<br>          Of Mexico, on April 20, 2010<br><br><br><br>This Document applies to:<br>*All Cases* | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**ORDER**

_____

Transocean has made a Motion for a Protective Order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure.

Having considered the Motion submitted, the Court is of the opinion that its intervention to prevent certain discovery abuse in this case is necessary for good cause shown based upon 46 U.S.C. § 6308.  Therefore, it is hereby

**ORDERED, ADJUDGED, and DECREED that:**

1.      The Motion is **GRANTED**;

2.      Because the use in these civil proceedings of all or parts of the initial or final Coast Guard marine casualty investigation report violates 46 U.S.C. § 6308—which absolutely bars such use—in depositions or other discovery that takes place as a part of these civil

proceedings, no person or party shall question any witnesses from any part of the initial or final marine casualty investigation report undertaken by the United States Coast Guard in response to the Incident of April 20, 2010.

    3.      All relief not expressly granted is denied.

Signed this _____ day of _____, 2011.

_____
UNITED STATES MAGISTRATE JUDGE SALLY SHUSHAN