UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-4239; 10-4240; 10-4241 | MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Regarding Motion of States of Tamaulipas, Veracruz, and Quintana Roo, Republic of Mexico to Amend (Rec. doc. 2150)]**

On April 26, 2011, the State of Tamaulipas, State of Veracruz, and State of Quintana Roo, Republic of Mexico filed a motion for leave to file Second Amended Complaints to clarify the factual bases and causes of action asserted against the defendants and add as defendants: (1) Weatherford U.S. LP; (2) Transocean Holdings, LLC., (3) Triton Asset Leasing GmbH; (4) Anadarko E&P Company, L.P., (5) MOEX Offshore 2007 LLC; (6) MOEX USA Corporation; (7) M-I, LLC, and (8) Mitsui Oil Exploration Co., Ltd.  Rec. doc. 2150.  The movers report that BP and Halliburton oppose the motion.

IT IS ORDERED that:

1. The motion of the State of Tamaulipas, State of Veracruz, and State of Quintana Roo, Republic of Mexico for leave to amend (Rec. doc. 2150) is set for hearing (**no oral argument**) for **Wednesday, May 18, 2011**, on briefs.

2. Any opposition shall be submitted by **Tuesday, May 10, 2011.**

New Orleans, Louisiana, this 28th day of April, 2011.

SALLY SHUSHAN
**United States Magistrate Judge**