UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | CIVIL ACTION |
| | MDL 2179 |
| This Order applies to member cases 11-685 and 11-823 | SECTION: J(1) |

### ORDER

Before the Court are two **Motions to Sever (Rec. Docs. 1876 and 2010)**. For the reasons stated orally during the Court's status conference today,

**IT IS ORDERED** that the **Motions to Sever (Rec. Docs. 1876 and 2010)** are hereby **DENIED**. The parties are instructed to meet and confer regarding case management schedules.

New Orleans, Louisiana this 29th day of April, 2011.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE