UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG §<br>       "DEEPWATER HORIZON" in the §<br>       GULF OF MEXICO, on §<br>       APRIL 20, 2010 §<br>§<br>THIS DOCUMENT RELATES TO: §<br>§<br>*10-cv-3059 and 11-cv-0516* § | | MDL-2179<br><br>SECTION "J"<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

*******************************************************************************

## JOINT MOTION TO STAY CERTAIN CLAIMS

Plaintiff, the State of Louisiana through James D. "Buddy" Caldwell, Louisiana Attorney General and Governor Bobby Jindal, Governor of the State of Louisiana ("Louisiana"), and Defendants BP Exploration & Production, Inc., BP Corporation North America, Inc., BP America, Inc., BP America Production Company and BP *p.l.c.*, by and through their respective attorneys of record, hereby seek a stay of all claims in the First Amended Complaint filed herein that involve matters that are the subject matter of, or encompassed within, the Memorandum of Understanding described below.

On November 18, 2010, a three-year Memorandum of Understanding between BP Exploration & Production Inc., The Louisiana Department of Wildlife and Fisheries and the Office of the Lieutenant Governor of the State of Louisiana ("MOU"), was entered into relating to seafood testing, marketing and tourism. As part of the MOU, the parties agreed to engage in good faith negotiations to attempt to resolve any such claim or suit filed during the pendency of the MOU and to take all appropriate procedural steps to stay any portion of a lawsuit or claim that involves a matter encompassed by the MOU for the duration of the MOU.

Accordingly, pursuant to the terms of the MOU, the State of Louisiana and BP Exploration & Production, Inc. move to stay the claims described herein until further notice. For the reasons stated herein, the parties request that this Court enter an order in the form attached hereto.

Counsel for the State of Louisiana has consulted with the PSC which takes no position on this Joint Motion.

Dated this 29th day of April, 2011.

Respectfully Submitted By,

| | |
|---|---|
| JAMES D. "BUDDY" CALDWELL<br>LOUISIANA ATTORNEY GENERAL | BOBBY JINDAL<br>LOUISIANA GOVERNOR |
| James Trey Phillips<br>First Assistant Attorney General<br>Megan K. Terrell<br>Assistant Attorney General<br>Section Chief –Environmental<br>State of Louisiana<br>P.O. Box 94005<br>Baton Rouge, LA 70804-9005<br>Telephone: (225) 326-6708 | _____/s/ Elizabeth B. Murrill_____<br>Elizabeth Baker Murrill<br>Deputy Executive Counsel<br>State of Louisiana<br>P.O. Box 94004<br>Baton Rouge, LA 70804-9005<br>Telephone: (225) 342-2884<br><br>**Attorney for Governor Bobby Jindal** |
| KANNER & WHITELEY, LLC | KIRKLAND & ELLIS LLP |
| /s/ Allan Kanner<br>Allan Kanner<br>Elizabeth B. Petersen<br>David A. Pote<br>701 Camp Street<br>New Orleans, LA 70130<br>Telephone: (504) 524-5777<br>**Special Counsel for Plaintiff**<br>**Attorney General, State of Louisiana** | /s/ J. Andrew Langan, P.C.<br>J. Andrew Langan, P.C.<br>Richard C. Godfrey, P.C.<br>Timothy A. Duffy, P.C.<br>300 North LaSalle Street<br>Chicago, IL 60654<br>(312) 862-2000<br>**Attorneys for Defendants BP Exploration & Production Inc., BP Corporation North America Inc., BP America Inc., BP America Production Company** |

USRY, WEEKS, & MATTHEWS, APLC

/s/ T. Allen Usry
T. Allen Usry
1615 Poydras St.
Suite 12
New Orleans, LA 70112
Telephone: (504) 592-4641
**Special Counsel for Plaintiff**
**Attorney General, State of Louisiana**

SHOWS, CALI, BERTHELOT & WALSH, LLP

/s/ E. Wade Shows
E. Wade Shows
628 St. Louis Street
Baton Rouge, LA 70802
Telephone: (225) 346-1461
**Special Counsel for Plaintiff**
**Attorney General, State of Louisiana**

HENRY DART,
ATTORNEYS AT LAW P.C.

/s/ Henry T. Dart
Henry T. Dart
Grady J. Flattmann
510 N. Jefferson St.
Covington, LA 70433
Telephone: (985) 809-8093
**Special Counsel for Plaintiff**
**Attorney General, State of Louisiana**

LISKOW & LEWIS

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
(504) 581-7979
**Attorneys for Defendants BP Exploration & Production Inc., BP Corporation North America Inc., BP America Inc., BP America Production Company**

MARTEN LAW, PLLC

/s/ Bradley M. Marten
Bradley M. Marten
Linda R. Larson
1191 Second Avenue
Suite 2200
Seattle, WA 98101
(206) 292-2600
**Special Counsel for Plaintiff**
**Attorney General, State of Louisiana**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Joint Motion to Stay Certain Claims has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 29th day of April, 2011.

Kanner & Whiteley, L.L.C.

/s/ Allan Kanner
Allan Kanner
a.kanner@kanner-law.com