UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | CIVIL ACTION<br><br>MDL 2179<br><br>SECTION: J(1) |

**ORDER**

Before the Court are Defendant BP's **Motion to Strike Louisiana's Memorandum or, in the Alternative, to Extend the B1 Reply Filing Date and Enlarge the B1 Reply Brief Page Limit (Rec. Doc. 2049)**, the State of Louisiana's **Opposition (Rec. Doc. 2151)**, Defendants Anadarko and MOEX's **Motion for Joinder in BP Defendants' Motion to Strike Louisiana's Memorandum or, in the Alternative, to Extend the B1 Reply Filing Date and Enlarge the B1 Reply Brief Page Limit (Rec. Doc. 2176)**, and Defendant Halliburton's **Motion for Joinder in BP Defendants' Motion to Strike Louisiana's Memorandum or, in the Alternative, to Extend the B1 Reply Filing Date and Enlarge the B1 Reply Brief Page Limit (Rec. Doc. 2185)**.

For the reasons stated orally during the Court's status conference,

**IT IS ORDERED** that the Defendants' **Motions (Rec. Doc. 2049, 2176, and 2185)** are hereby **GRANTED IN PART**. The Court will allow these Defendants until May 9, 2011 to file extended reply briefs.

New Orleans, Louisiana, this 29th day of April, 2011.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE