UNITED STATES DISTRICT OF COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL § | | MDL No. 2179 |
| RIG "DEEPWATER HORIZON" § | | |
| IN THE GULF OF MEXICO, § | | SECTION: J |
| ON APRIL 20, 2010 § | | |
| § | | JUDGE BARBIER |
| § | | MAG. JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO ALL CASES**

**PRETRIAL ORDER NO. 35 AMENDING PTO 30**

CONSIDERING the United States' Motion for Leave to Dispose of Certain Samples and for Amendment to Pretrial Order 30, it is hereby ORDERED that the Motion is GRANTED as follows:

1.  Paragraph 6.a. of PTO 30 currently provides that "[i]f, within 20 days of the service of the written notice, no Liaison Counsel has objected, requested additional information, or requested custody of the Samples identified for disposal or moved this Court for preservation of the Sample, the United States may dispose of the Sample on the proposed disposal date." This paragraph is hereby amended to provide that "[i]f, within 20 days of the service of the written notice, no Liaison Counsel has objected, requested additional information, or requested custody of the Samples identified for disposal or moved this Court for preservation of the Sample, the United States may dispose of the Sample at any time thereafter."

2.  The United States may dispose of the samples identified on the attachment to this Order at any time after the date of this Order.

IT IS SO ORDERED this 29th day of April, 2011, at New Orleans, Louisiana.

_____
United States District Judge

| Samples in the Custody of EPA Region 4's Contract Laboratory | | | |
|---|---|---|---|
| Sample ID | Collection Date | Location ID | Location |
| NCA10-1412-C-SD-09162010 | 9/16/2010 | NCA10-1412 | Alabama |
| R4-83-D-SD-091410 | 9/14/2010 | R4-83 | Alabama |
| NCA10-1457-A-SD-09142010 | 9/14/2010 | NCA10-1457 | Mississippi |
| R4-8-B-SD-09142010 | 9/14/2010 | R4-8 | Mississippi |
| R4-10-B-SD-09152010 | 9/15/2010 | R4-10 | Mississippi |
| NCA10-1420-C-SD-09162010 | 9/16/2010 | NCA10-1420 | Alabama |
| R4-6-B-SD-09142010 | 9/14/2010 | R4-6 | Mississippi |
| NCA10-1431-D-SD-09162010 | 9/16/2010 | NCA10-1431 | Florida |
| NCA10-1413-C-SD-09152010 | 9/15/2010 | NCA10-1413 | Alabama |
| R4-16-D-SD-09152010 | 9/15/2010 | R4-16 | Alabama |
| NCA10-2484-D-SD-09152010 | 9/15/2010 | NCA10-2484 | Alabama |
| R4-23-C-SD-09152010 | 9/15/2010 | R4-23 | Alabama |
| R4-82-B-SD-09152010 | 9/15/2010 | R4-82 | Mississippi |
| R4-11-A-SD-091610 | 9/16/2010 | R4-11 | Mississippi |
| *R4-11-A-SD-091610-DUP* | *9/16/2010* | *R4-11* | *Mississippi* |
| NCA10-1487-B-SD-09172010 | 9/17/2010 | NCA10-1487 | Alabama |
| R4-13-B-SD-09172010 | 9/17/2010 | R4-13 | Mississippi |
| R4-15-B-SD-09172010 | 9/17/2010 | R4-15 | Alabama |
| R4-17-A-SD-09172010 | 9/17/2010 | R4-17 | Alabama |
| R4-19-A-SD-09172010 | 9/17/2010 | R4-19 | Alabama |
| R4-29-D-SD-09172010 | 9/17/2010 | R4-29 | Florida |
| R4-84-C-SD-09172010 | 9/17/2010 | R4-84 | Alabama |
| R4-85-C-SD-09172010 | 9/17/2010 | R485 | Alabama |
| NCA10-1415-B-SD-09182010 | 9/18/2010 | NCA10-1415 | Alabama |
| NCA10-1416-B-SD-09182010 | 9/18/2010 | NCA10-1416 | Alabama |
| *NCA10-1416-B-SD-09182010-DUP* | *9/18/2010* | *NCA10-1416* | *Alabama* |
| R4-31-D-SD-09182010 | 9/18/2010 | R4-31 | Florida |
| R4-35-C-SD-09182010 | 9/18/2010 | R4-35 | Florida |
| NCA10-1481-C-SD-09192010 | 9/19/2010 | NCA10-1481 | Florida |
| NCA10-1485-D-SD-09192010 | 9/19/2010 | NCA10-1485 | Florida |
| NCA10-1488-B-SD-09192010 | 9/19/2010 | NCA10-1488 | Florida |
| NCA10-2482-B-SD-09192010 | 9/19/2010 | NCA10-1482 | Florida |
| NCA10-1427-B-SD-09202010 | 9/20/2010 | NCA10-1427 | Florida |
| NCA10-1429-B-SD-09202010 | 9/20/2010 | NCA10-1429 | Florida |
| NCA10-1432-B-SD-09202010 | 9/20/2010 | NCA10-1432 | Florida |
| R4-38-C-SD-09202010 | 9/20/2010 | R4-38 | Florida |
| R4-40-C-SD-09202010 | 9/20/2010 | R4-40 | Florida |
| R4-42-D-SD-09202010 | 9/20/2010 | R4-42 | Florida |
| R4-45-D-SD-09202010 | 9/20/2010 | R4-45 | Florida |
| NCA10-1430-B-SD-09212010 | 9/21/2010 | NCA10-1430 | Florida |
| NCA10-1433-B-SD-09212010 | 9/21/2010 | NCA10-1433 | Florida |

| Samples in the Custody of EPA Region 4's Contract Laboratory ||||
| Sample ID | Collection Date | Location ID | Location |
| --- | --- | --- | --- |
| NCA10-1434-B-SD-09212010 | 9/21/2010 | NCA10-1434 | Florida |
| NCA10-2432-D-SD-09212010 | 9/21/2010 | NCA10-2432 | Florida |
| NCA10-2478-D-SD-09212010 | 9/21/2010 | NCA10-2478 | Florida |
| R4-47-C-SD-09212010 | 9/21/2010 | R4-47 | Florida |
| NCA10-1305-D-SD-09222010 | 9/22/2010 | NCA10-1305 | Florida |
| NCA10-1474-C-SD-09222010 | 9/22/2010 | NCA10-1474 | Florida |
| NCA10-1478-C-SD-09222010 | 9/22/2010 | NCA10-1478 | Florida |
| NCA10-1300-D-SD-09232010 | 9/23/2010 | NCA10-1300 | Florida |
| NCA10-1482-C-SD-09232010 | 9/23/2010 | NCA10-1482 | Florida |
| NCA10-2305-D-SD-09232010 | 9/23/2010 | NCA10-2305 | Florida |
| NCA10-2479-C-SD-09232010 | 9/23/2010 | NCA10-2479 | Florida |
| R4-50-B-SD-09232010 | 9/23/2010 | R4-50 | Florida |
| NCA10-1301-C-SD-09242010 | 9/24/2010 | NCA10-1301 | Florida |
| *NCA10-1301-C-SD-0924-DUP* | *9/24/2010* | *NCA10-1301* | *Florida* |
| NCA10-1303-D-SD-09242010 | 9/23/2010 | NCA10-1303 | Florida |
| *NCA10-1303-D-SD-0924-DUP* | *9/23/2010* | *NCA10-1303* | *Florida* |
| R4-49-B-SD-09242010 | 9/24/2010 | R4-49 | Florida |
| *R4-49-B-SD-09242010-DUP* | *9/24/2010* | *R4-49* | *Florida* |
| R4-62-C-SD-09242010 | 9/24/2010 | R4-62 | Florida |
| NCA10-1295-D-SD-09252010 | 9/25/2010 | NCA10-1295 | Florida |
| R4-53-B-SD-09252010 | 9/25/2010 | R4-53 | Florida |
| R4-55-B-SD-09252010 | 9/25/2010 | R4-55 | Florida |
| R4-57-C-SD-09252010 | 9/25/2010 | R4-57 | Florida |
| R4-59-C-SD-09252010 | 9/25/2010 | R4-59 | Florida |
| R4-78-D-SD-09252010 | 9/25/2010 | R4-78 | Florida |
| NCA10-1294-D-SD-09262010 | 9/26/2010 | NCA10-1294 | Florida |
| NCA10-1304-C-SD-09262010 | 9/26/2010 | NCA10-1304 | Florida |
| R4-63-B-SD-09262010 | 9/26/2010 | R4-63 | Florida |
| NCA10-1453-B-SD-09282010 | 9/28/2010 | NCA10-1453 | Mississippi |
| R4-12-B-SD-09282010 | 9/28/2010 | R4-12 | Mississippi |
| R4-81-B-SD-09292010 | 9/29/2010 | R4-81 | Mississippi |
| NCA10-1297-D-SD-09282010 | 9/28/2010 | NCA10-1297 | Florida |
| NCA10-1302-C-SD-09272010 | 9/27/2010 | NCA10-1302 | Florida |
| R4-67-C-SD-09282010 | 9/28/2010 | R4-67 | Florida |
| R4-69-C-SD-09282010 | 9/28/2010 | R4-69 | Florida |
| R4-71-C-SD-09282010 | 9/28/2010 | R4-71 | Florida |
| R4-72-D-SD-09282010 | 9/28/2010 | R4-72 | Florida |
| R4-74-D-SD-09282010 | 9/28/2010 | R4-74 | Florida |
| R4-76-D-SD-09282010 | 9/28/2010 | R4-76 | Florida |
| NCA10-2299-C-SD-092910 | 9/29/2010 | NCA10-2299 | Florida |
| NCA10-2302-D-SD-09292010 | 9/29/2010 | NCA10-2302 | Florida |
| R4-73-D-SD-09292010 | 9/29/2010 | R4-73 | Florida |
| R4-80-C-SD-09292010 | 9/29/2010 | R4-80 | Florida |