UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br>*All Cases* | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SUSHAN |

### ORDER

**CONSIDERING** Plaintiffs' Motion for Leave to Supplement Omnibus Memoranda in Opposition to the Cameron Motions to Dismiss:

**IT IS ORDERED** that the motion be and is hereby **GRANTED**, and that the following Exhibits be submitted by the Plaintiffs and accepted by the Clerk of Court, **UNDER SEAL**:

    Exhibit 1    Purchase Order
                        [Bates No. CAM_CIV_0002876 – CAM_CIV_0002910]

    Exhibit 2    Terms and Conditions
                        [Bates No. CAM_CIV_0002921 – CAM_CIV_0002926]

    Exhibit 3    Master Service Agreement
                        [Bates No. CAM_CIV_0017212 – CAM_CIV_0017234]

New Orleans, Louisiana this 29th day of April, 2011.

                                                                         United States District Judge