# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico on April 20, 2010** | * | **SECTION "J"** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | * | |
| | * | |
| | * | **MAGISTRATE NO. 1** |
| | * | **MAGISTRATE SHUSHAN** |
| ***State of Veracruz, Repub. of Mexico  v.*** | * | |
| ***  BP, PLC*, No. 10-4239** | * | |
| ***State of Tamaulipas, Repub. of Mexico  v.*** | * | |
| ***  BP, PLC*, No. 10-4240** | * | |
| ***State of Quintana Roo, Repub. of Mexico  v.*** | * | |
| ***  BP, PLC*, No. 10-4241** | * | |
| | * | |

*   *   *   *   *   *   *   *   *   *   *   *

## NOTICE OF STIPULATION RESETTING DATE FOR FILING OF REPLY
## IN SUPPORT OF MOTIONS TO DISMISS

To all parties and their attorneys of record please take notice of the following Stipulation related solely to the cases *State of Veracruz, Repub. of Mexico v.  BP, PLC*, No. 10-4239, *State of Tamaulipas, Repub. of Mexico v. BP, PLC*, No. 10-4240, and *State of Quintana Roo, Repub. of Mexico v. BP, PLC*, No. 10-4241.   The undersigned hereby understand and agree that Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP (together "Anadarko") filed Motions to Dismiss the Complaints in the above captioned actions on February 28, 2011 [Rec. Docs. 1422, 1423, and 1424].   The Plaintiffs in the above captioned actions filed their Consolidated memorandum in Response and Opposition to the Motions to Dismiss on March 30, 2011 [Rec. Doc. 1820].   Pursuant to PTO 11 [CMO 1] the undersigned understand and agree that Anadarko's Reply in Support of the Motions to Dismiss would be due to be filed on April 29, 2011.

On April 26, 2011, the Plaintiffs in the above captioned actions filed their Second Motion for Leave to File Second Amended Complaint Pursuant to FRCP 15 [Rec. Doc. 2150].  The undersigned further agree and understand that if the Court grants the Plaintiffs' pending Motion to Amend the pending Motions to Dismiss will be rendered moot.

Therefore, in the interests of judicial economy and preservation of resources, **IT IS STIPULATED AND AGREED** that no Reply from Anadarko in support of the pending Motions to Dismiss shall be due until after the Court has resolved the Plaintiffs' pending Motion to Amend.  Further, if the Court grants the pending Motion to Amend no Reply from Anadarko shall be due because the Motions to Dismiss will be rendered moot.  If the Court denies the pending Motion to Amend, Anadarko shall file its Reply in Support of the Motions to Dismiss within one week of the Court's Order denying the Motion to Amend.  Further, if the Court denies the pending Motion to Amend, and Anadarko files its Reply in Support of the Motions to Dismiss, Anadarko stipulates that it will not oppose any Motion by the Plaintiffs in the above captioned actions for leave of the Court to file a Surreply to Anadarko's Reply.


 **SO STIPULATED AND SO NOTICED**:

For State of Veracruz, Repub. of Mexico, State of Tamaulipas, Repub. of Mexico, and State of Quintana Roo, Repub. of Mexico:

SERNA & ASSOCIATES PLLC

*/s/  Enrique G. Serna*
Enrique G. Serna
Serna Building
20985 IH-10 West
San Antonio, Texas 78257
210-472-2222 x 203 - Main Office
1-877-822-1212 - Toll Free

For Anadarko Petroleum Corporation and Anadarko E&P Company LP:

BINGHAM McCUTCHEN LLP

*/s/ Ky E. Kirby*            _____
Ky E. Kirby
ky.kirby@bingham.com
David B. Salmons
david.salmons@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on April XX, 2011.

*/s/ Ky E. Kirby*
Ky E. Kirby
