*CORRECTED*

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED APR 28 2011
LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 11-30307

MDL 10-2179-J

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SYNOVUS BANK,

       Plaintiff - Appellee

v.

KEITH ROTENBERRY, an individual; LEWIS M. LOCKHART; RICHARD D. ROWE; NIKOLAOS MANAKIDES; RICKEY L. LOCKHART; WILLIAM R. IVEY; MICHAEL W. MCCAIN,

       Defendants - Appellants

JONATHAN A. WILSON,

       Movant - Appellant

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

CLERK'S OFFICE:

Under 5th Cir. R.42.3, the appeals are dismissed as of April 27, 2011, for want of prosecution. The appellants' failed to timely failure to order transcripts and make financial arrangements with the court reporter.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: *Misty Fontenot*   APR 2 7 2011
Misty L. Fontenot, Deputy Clerk

**ENTERED AT THE DIRECTION OF THE COURT**

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

April 27, 2011

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 11-30307, In Re: Deepwater Horizon
        USDC No. 2:10-MD-2179
        USDC No. 2:11-CV-551

Enclosed is a copy of the judgment issued as the mandate.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: /s/ Misty Fontenot
                Misty L. Fontenot, Deputy Clerk
                504-310-7716

cc w/encl:
    Mr. Clifton Charles Mosteller
    Mr. Stewart F. Peck
    Mr. William Eugene Rutledge
    Mr. Gregory F. Yaghmai