MINUTE ENTRY
BARBIER, J.
APRIL 29, 2011
JS-10: 1 hour and 14 minutes.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG           :     MDL NO. 2179
     "DEEPWATER HORIZON" in the     :
     GULF OF MEXICO, on                      :
     APRIL 20, 2010                                 :     SECTION: J
                                                                :
                                                                :
                                                                :     JUDGE BARBIER
                                                                :     MAG. JUDGE SHUSHAN

COURTROOM DEPUTY:                           COURT REPORTER:
EILEEN STENSRUD                              CATHY PEPPER

FRIDAY, APRIL 29, 2011  8:30 A.M.
JUDGE CARL J. BARBIER PRESIDING

STATUS CONFERENCE

Plaintiffs' Liaison Counsel, Defense Liaison Counsel, and Government Coordinating Counsel introduced themselves to the Court. The matters listed below were discussed:

The Court briefly mentioned recently issued Orders.

BP Counsel Andy Langan reported on the status of recent conditional transfer orders and number of active cases within the MDL.

BP Counsel Andy Langan reported that approximately 36 cases are pending in various state courts. Additionally, the Texas MDL Panel has not yet issued an Order as to whether a Texas MDL will be created.

BP Counsel Andy Langan reported on the status of MDL 2185 before Judge Ellison in the Southern District of Texas. MDL 2185 Plaintiffs' Counsel John Alden

Meade and Bill Stradley reported on the status of the coordination efforts between MDL 2179 and MDL 2185.

BP Counsel Don Haycraft provided an update on the continued progress of written and deposition discovery.

BP Counsel Rob Gasaway reported that the parties' testing of the blowout preventer, which began on time and will be completed by June 15, 2011. The Court previously issued an agreed-upon Order governing the testing protocol and the contract with DNV.

Department of Justice Attorney Mike Underhill reported on the status of the testing of the cement.

At last month's status conference, the Court asked the parties to begin discussions about a proposed trial plan for the Limitation Trial set for February 27, 2012. Parties have met and conferred, and Liaison Counsel will meet with the Court next week to work through remaining issues.

The Court reported that over 77,000 short-form joinder forms have been docketed in 10-8888. The Clerk's Office estimates that 110,000 short-form joinder forms will be docketed in 10-8888. An additional estimated 20,000 claims have been filed directly into the Transocean Limitation Action, 10-2771.

BP Counsel Andy Langan reported on the status of Vessels of Opportunity cases. The JPML recently issued an order transferring 16 such cases to MDL 2179. Counsel were instructed to meet and confer regarding a proposed case management order for these cases.

For the reasons stated orally in Court, IT IS ORDERED that two Motions to Sever (Rec. Docs. 1876 and 2010) are hereby DENIED.

IT IS ORDERED that the Motion for Leave to Substitute Class Representative (Rec. Doc. 2078) is hereby GRANTED.

The Court will defer ruling on the Motions for Entry of Default filed by the emergency responder vessels (Rec. Docs. 2097, 2098, 2099, 2101, 2102, and 2103) and the Motion for Entry of Default filed by Transocean (Rec. Doc. 2182).

The Court heard oral argument from BP Counsel Andy Langan and Allan Kanner, counsel for Louisiana, on BP's Motion to Strike Louisiana's Memorandum or, in the Alternative, to Extend the B1 Reply Filing Date and Enlarge the B1 Reply Brief

Page Limit (Rec. Doc. 2049). The Court will not strike the memorandum of Louisiana but will allow BP, Halliburton, Anadarko, and MOEX until May 9, 2011 to file extended Reply Briefs.

IT IS ORDERED that the United States' Motion for Order Amending Pretrial Order No. 30 (Rec. Doc. 2120) is hereby GRANTED.

IT IS ORDERED that the PSC's Motion for Leave to Supplement Omnibus Memorandum in Opposition to the Cameron Motions to Dismiss (Rec. Doc. 2121) is hereby GRANTED.

BP Counsel Andy Langan reported on the status of insurance-coverage cases. Parties request more time to work on a proposed case management order specifically for these two cases.

Various counsel reported on the status of <u>Worley</u> consolidated cases, 11-241 and 11-242, and of the <u>Brewer</u> FLSA case, 11-401. Judge Gray Miller has a case related to the <u>Brewer</u> matter in the Southern District of Texas, 11-627. The Court instructed the parties to meet and confer to discuss a potential case management order.

The Court asked for input from Liaison Counsel as to how to handle pro se claimants who want to withdraw or amend the claims asserted in their short-form joinders.

The next status conference will be held on MAY 26, 2011 at 8:30 a.m. CDT. The Court plans to hold oral argument on Motions to Dismiss B1, B3, and D1. The Court asked Liaison Counsel to coordinate oral argument to minimize duplicative arguments on the same issues.

The Court thanked counsel for their continued cooperation, both with each other and the Court.

Court adjourned at 9:44 a.m.

ATTORNEYS: See attached list