# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–April 29, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| CARLA BURKE | 214 521 3605 | TTS |
| Brian Barr | 650 572 2164 | PSC |
| Stephen Murray, Sr. | 504 525 8100 | PL's |
| ALLAN MOORE | 202 662 5575 | BP |
| WILLIAM BONNER | 231-471-6151 | BP TT |
| Bernard Trcur | 504-369-2901 | DiStefano MDL 2185 Securities Subclass TTs |
| Victor Elias | 510-329-6981 | LA |
| DAVID POTE | 205-821-8979 | LA |
| Tripp Segars | 803-486-0440 | Liyere Poole |
| Henry T. Dart | 985-809-8093 | St of LA |
| Steve Luxton | 571-218-5140 | M-I Swaco |
| DENNIS BARROW | 713 659 6400 | DRIL-QUIP |
| Keith Jarrett | 504-581-7979 | BP |
| Tommy McGoey | 504 581 7879 | BP |
| Tim Duffy | 312-862-2445 | BP |
| Karen Gase | 281 366-4294 | BP |
| Andrew Lennon | 985 283 6789 | T |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–April 29, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Ted Tsekerides | 212-310-8218 | Seacor, O'Brien's + NRC |
| Robert Cunningham | 251-471-6191 | PSC |
| Rhon Jones | 334 269 2343 | PSC |
| Jeff Keiser | 504-210-7325 | PSC |
| Richard Godfrey | 312-862-2391 | BP |
| Ruth Colvin | 940·452·3703 | DNV |
| Sam J. Smith | 813 253-2010 | Brewer |
| Samuel T. Rees | 213-220-9988 | Tobatex + MRM |
| Scott Summy | 214-384-1913 | PSC |
| Steve O'Rourke | 2025142779 | USA |
| Corey Maher | 504.525.9100 | FS |
| Soren Gisleson | 581-4892 | PSC |
| Phil Cossich | 394-9071 | PSC |
| Mike Palmintier | 2254085228 | PSC |
| Robert Gasaway | 202 879-5175 | BP |
| Hugh Tanner | 713-890-5180 | N-I |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–April 29, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Jim Roy | 3372787852 | PSC |
| Don Godwin | 2149394412 | Halliburton |
| Alan York | 2149394412 | " " |
| Jenny Martinez | 2149394620 | " " |
| Deb Kuchler | 504-591-0691 | Anadarko + MOEX |
| Tony Fitch | (504) 337-0912 | " " |
| Steve Roberts | 713 4706192 | Transocean |
| Amy Langa | 312 861 2064 | BP |
| Kerry Miller | 504 599 8194 | Transocean |
| Dan Haycraft | 5817979 | BP |
| Mike Brock | 7995948 | BP |
| David J. Beck | 713-957-6209 | Cameron |
| Ted Tsekerides | 212-310-8218 | Sean O'Brien - NRC |
| Michael Lyle | 202 682 7157 | " " " |
| Phil Wittmann | 581-3200 | Cameron |
| Mike Underhill | 415-436-6648 | U.S. |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–April 29, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Steve Herman | 581-4892 | Plaintiffs |
| Corey Maze | 256 490 9878 | States |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–April 29, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Steve Roberts | 713 420 6192 | Transocean |
| Kerry Miller | 504 555 494 | " |
| Ray Waid | 504 679 5509 | Nautical Solutions + Island Ventures II |
| Stephen Pesce | 624 569 0079 | DRC |
| Erwin (signature) | 305 298 1888 | PSC |
| John Allen Meade | 504 899 2339 | 2185 Deny Pl |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–April 29, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Don Jackson | 7136596400 | Dril Quip |
| Irma Espino | 214 B213605 | TS. |
| Richard Bertram | 504-582-8334 | Weatherford |
| Brett Powers | 337-494-0599 | TT |
| Blayne Honeycutt | 225-664-0304 | TT |
| Kyle Khoury | 318-572-9954 | U |
| Don Reichert | 225-223-9318 | TT |
| Mekel Alvarez | 599-3385 | Isadore Creppel TS |
| Carvin Fagun | 2xx 6644193 | PSC |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–April 29, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Phil Wittmann | 581-3200 | Cameron |
| GERALD MEUNIER | 522-2304 | Plaintiffs |
| Margaret Entinger | 251-377-4052 | " |
| MarryRose Alexand | 312-876-7632 | Nalco |
| Corey Maze | 334 353 4336 | Alabama |
| MIKE UNDERHILL | 415-436-6648 | U.S. |
| Mark Novelli | 9128622410 | BP |
| Allan Kanner | 524-5777 | LA |
| Alen Seurel | 646-812-7627 | — |
| Andy Jacoby | 504-523-1500 | — |
| Tom M' | 507. | |
| SUSAN FAHEY | 917 3436.3 | CJR |
| Jimmy Williamson | (713) 223-3330 | PSC |
| William Large | 214-206-2881 | PSC |
| Walter Leger | 504-588-9043 | PSC |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–April 29, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| CHRIS HANNAN | 566-8612 | UNDERWRITERS |
| JIMMY ROUSSEL | " | " |
| Sarah Himmelhoch | 202-514-0180 | United States |
| Edwin Theis | 337-237-6062 | Transocean |
| H. Carter Marshall | 504-593-9820 | LYNDEN |
| William Riviere | 504-584-9343 | M/V MONICA ANN INTERESTS |
| James Tarter | 713-890-5745 | M-I |
| Alan Weigel | 212-885-5390 | MSRC |
| Carlos Zelaya | 504-569-8772 | TTs |
| Chris Beary | 504 299 8724 | Seacoast Barry |
| Josh Wilson | 205-910-7929 | TS |
| Jim Neath | 281-366-5815 | BP |
| Gary Hemphill | 866-1311 | SEACOR |
| [illegible] | 214 522 7600 | |
| Paul Sterbcow | 555 1500 | PSC |
| David J. Beck | 713-951-6209 | CAMERON |
| Abby VanDeerlin | 581-4445 | Johnson Bros. |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–April 29, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Michael Lyle | 202 652-7157 | Transco, O'Brien's, NRC |
| Gary York | 5124956075 | Cameron |
| Travis C. Barton | 512-495-6041 | Cameron |
| Elizabeth Cabraser | 415 8062100 | PSC |
| Jeff Seely | 713-582-0002 | Several Plaintiffs |
| John Tomlinson | 334-451-0816 | PSC |
| Candice Simon | (504) 581-1750 | TT |
| Hartly McFoy | 584-9212 | TO UWC |
| Core Rizewick | 312-338-0202 | Quirk |
| Jerry Lestelle | (504) 828-1224 | VOO TTS |
| Ryan Babiuk | 312 861 7003 | RP |
| Robin Greenwald | 212-558-5802 | PSC |
| Chris Bartwell | 334-201-4809 | TT |
| Jayne Conroy | 212 784 6402 | TT |
| Frank Petosa | 9543180268 | TT PSC |
| Don Godwin | 214-939-4412 | Halliburton |
| Frank Neuner | 337-272-0311 | Airborne Response |