# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–April 29, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Don Godwin | (214) 939-4400 | Helliburton |
| Alan York | " | " |
| Jenny Martinez | " | " |
| Stefanie Major | " | " |
| Dawn Barrios | 524-3000 | " |
| David Cunny | 569-2900 | Vance - Vessel of Opp. TTs |
| Scott Stansbury | " | " |
| Matt Lundy | 337-479-0707 | PSC |
| Larry Centola | 713-412-4407 | TRG |
| Bill Stradley | 713-654-1122 | MDL 2185 - Securities Plaintiffs (Indl.) |
| John Lesley | 713 224-8380 | Tensacola |
| Jeff Breit | 757-615-8382 | PSC |
| Mikel Watts | 210.447-2300 | PSC |
| Connie Bertaut | 593-0858 | Cameron |
| Sam Rosaud | 568-1933 | |
| Skip Mullen | 561-0100 | Dynamic |
| Treangi Gilly | 78x-9284 | TO underwriters |