UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179 <br><br> SECTION J |
| This document relates to: *MDL 2179 Master Complaint and All Cases in Pleading Bundle C.* | * * * | Honorable CARL J. BARBIER |
| | * | Magistrate Judge SHUSHAN |
| This document relates to: *No. 10-2771 (Limitation Action)* | * * | |

**BP DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) & 12(b)(6) THE LOCAL GOVERNMENT ENTITY MASTER COMPLAINT**

BP Exploration & Production Inc., BP Products North America Inc., BP Corporation North America Inc., BP Company North America Inc., BP America Inc., and BP p.l.c. (collectively, "BP" or the "BP Defendants") respectfully move to dismiss the Local Government Entity Master Complaint. For the reasons more fully set forth in the attached Memorandum in Support, the Complaint fails to state valid claims and/or this Court lacks jurisdiction and therefore the claims should be dismissed in their entirety pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(1).

1

Dated:  April 29, 2011					Respectfully submitted,


							/s/ Don K. Haycraft
							Don K. Haycraft (Bar #14361)
							R. Keith Jarrett (Bar #16984)
							LISKOW & LEWIS
							701 Poydras Street, Suite 5000
							New Orleans, Louisiana 70139-5099
							Telephone: (504) 581-7979
							Facsimile: (504) 556-4108

							and

							Richard C. Godfrey, P.C.
							J. Andrew Langan, P.C.
							Andrew B. Bloomer, P.C.
							Kirkland & Ellis LLP
							300 North LaSalle Street
							Chicago, IL 60654
							Telephone: (312) 862-2000
							Facsimile: (312) 862-2200

							Robert C. "Mike" Brock
							Covington & Burling LLP
							1201 Pennsylvania Avenue, NW
							Washington, DC 20004-2401
							Telephone: (202) 662-5985

							***Attorneys for BP***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 29th day of April, 2011.

/s/ Don K. Haycraft
Don K. Haycraft