UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179 SECTION J |
| This document relates to: *MDL 2179 Master Complaint and All Cases in Pleading Bundle C.* | * * * * | Honorable CARL J. BARBIER Magistrate Judge SHUSHAN |
| This document relates to: *No. 10-2771 (Limitation Action)* | * * | |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the undersigned parties shall bring on for hearing their Motion to Dismiss the Local Government Entity Master Complaint before the Honorable Carl J. Barbier, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130 at 9:30 a.m. on the 6th day of July, 2011, or as soon thereafter as counsel may be heard

.

    Respectfully submitted,

    By: /s/ Don K. Haycraft
    Don K. Haycraft (Bar #14361)\)
    R. Keith Jarrett (Bar #16984)
    LISKOW & LEWIS
    One Shell Square
    701 Poydras Street, Suite 5000
    New Orleans, Louisiana 70139-5099
    Telephone: (504) 581-7979
    Facsimile: (504) 556-4108

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Andrew B. Bloomer, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone:  (202) 662-5985
Facsimile:  (202) 662-6291

*Attorneys for BP*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 29th day of April, 2011.

                                                                /s/ Don K. Haycraft
                                                                Don K. Haycraft