UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION "J"<br>JUDGE BARBIER |
| This Document Relates to:<br>*Pleading Bundle C*;<br>No. 10-2771 | * * * | |
| | * * | MAGISTRATE NO. 1<br>MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * | | |

### MOTION OF DEFENDANTS ANADARKO PETROLEUM CORPORATION AND ANADARKO E&P COMPANY LP TO DISMISS THE VOLUNTARY MASTER COMPLAINT, CROSS-CLAIM, AND THIRD-PARTY COMPLAINT FOR LOCAL GOVERNMENTAL ENTITIES PURSUANT TO FED. R. CIV. P. 12(b)(6) ["PLEADING BUNDLE C"]

**NOW INTO COURT**, come Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP, pursuant to Federal Rule of Civil Procedure 12(b)(6), and move this Honorable Court to dismiss the Voluntary Master Complaint, Cross-Claim, and Third-Party Complaint for Local Governmental Entities for failure to state a claim upon which relief can be granted, for reasons more fully explained in the accompanying memorandum in support.

**WHEREFORE**, Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP pray that this Court dismiss all claims asserted against them in the Voluntary Master Complaint, Cross-Claim, and Third-Party Complaint for Local Governmental Entities for failure to state a claim upon which relief can be granted.

DATED: April 29, 2011       Respectfully submitted,

               BINGHAM McCUTCHEN, LLP

               /s/ *James J. Dragna*
               James J. Dragna
               jim.dragna@bingham.com
               Bingham McCutchen LLP
               355 South Grand Avenue
               Suite 4400
               Los Angeles, California 90071-3106
               Telephone (213) 680-6436
               Facsimile (213) 680-8636

               Ky E. Kirby
               ky.kirby@bingham.com
               Michael B. Wigmore
               michael.wigmore@bingham.com
               Sandra P. Franco
               s.franco@bingham.com
               Randall M. Levine
               randall.levine@bingham.com
               2020 K Street, NW
               Washington, DC 20006-1806
               Telephone (202) 373-6000
               Facsimile (202) 373-6001

               KUCHLER POLK SCHELL
               WEINER & RICHESON, LLC

               Deborah D. Kuchler, T.A. (La. Bar No. 17013)
               dkuchler@kuchlerpolk.com
               Janika Polk (La. Bar No. 27608)
               jpolk@kuchlerpolk.com
               Robert Guidry (La. Bar No. 28064)
               rguidry@kuchlerpolk.com
               1615 Poydras Street, Suite 1300
               New Orleans, LA  70112
               Tel:  (504) 592-0691
               Fax:  (504) 592-0696

3

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on April 29, 2011.

            /s/ *James J. Dragna*
            JAMES J. DRAGNA