UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179 SECTION "J" JUDGE BARBIER |
| This Document Relates to: *Pleading Bundle C*; No. 10-2771 | * * * * * | MAGISTRATE NO. 1 MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Motion of Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP to dismiss all claims against them in the Voluntary Master Complaint, Cross-Claim, and Third-Party Complaint for Local Governmental Entities for failure to state a claim upon which relief can be granted:

**IT IS HEREBY ORDERED** that all claims against Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP are dismissed.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE