**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico on April 20, 2010** | * | **SECTION "J"** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | * | |
| *Pleading Bundle C*; | * | |
| **No. 10-2771** | * | |
| | * | **MAGISTRATE NO. 1** |
| | * | **MAGISTRATE SHUSHAN** |
| * * * * * * * * * * * * | | |

<u>**ORDER**</u>

Considering Defendants Anadarko Petroleum Corporation and Anadarko E&P Company

LP's Request for Oral Argument:

**IT IS HEREBY ORDERED** that the Court will hear oral argument on Defendants'

Motion to Dismiss the Voluntary Master Complaint, Cross-Claim, and Third-Party Complaint

for Local Governmental Entities [Pleading Bundle C].

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE