UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico on April 20, 2010** | * | **SECTION "J"** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | * | |
| *Pleading Bundle C*, | * | |
| **No. 10-2771** | * | |
| | * | **MAGISTRATE NO. 1** |
| | * | **MAGISTRATE SHUSHAN** |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Motion of Defendant MOEX Offshore 2007 LLC to dismiss all claims against it in the Voluntary Master Complaint, Cross-Claim, and Third-Party Complaint for Local Governmental Entities for failure to state a claim upon which relief can be granted:

**IT IS HEREBY ORDERED** that all claims against Defendant MOEX Offshore 2007 LLC are dismissed.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

A/74246440.1