UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico on April 20, 2010** | * | **SECTION "J"** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | * | |
| *Pleading Bundle C*, | * | |
| **No. 10-2771** | * | |
| | * | **MAGISTRATE NO. 1** |
| | * | **MAGISTRATE SHUSHAN** |

\* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM OF LAW IN SUPPORT OF MOTION OF
DEFENDANT MOEX USA CORPORATION TO DISMISS THE
VOLUNTARY MASTER COMPLAINT, CROSS-CLAIM, AND THIRD-PARTY
COMPLAINT FOR LOCAL GOVERNMENTAL ENTITIES
PURSUANT TO FED. R. CIV. P. 12(b)(6) ["PLEADING BUNDLE C"]**

A/74247144.1

On February 2, 2011, Plaintiffs' Liaison Counsel moved to file a Local Government Entity Master Complaint under Pleading Bundle C, which local government entities can voluntarily join through filing a short form Joinder.  Mot. to File Local Government Entity Voluntary Mast. Compl. (Doc. 1093).  The Court granted the motion on March 9, 2011, clarifying that "[l]ocal public bodies or entities may voluntarily join or otherwise intervene into one administrative Master Complaints [sic] for Bundle C claims, or may opt out of the Master Complaint and file their own separate individual petitions or complaints."  PTO No. 33 at 1–2 (Doc. 1549).  The Voluntary Master Complaint, Cross-Claim, and Third-Party Complaint for Local Governmental Entities (PTO No. 11 [CMO No. 1] Section III(C) ["C Bundle"]) was filed March 4, 2011 (Doc. 1510) (hereinafter "Master Local Government Complaint").

The Master Local Government Complaint names MOEX USA Corporation ("MOEX USA") as a defendant.  In the portion of the complaint denominated "Factual Allegations," the only MOEX entity mentioned is MOEX Offshore 2007 LLC ("MOEX Offshore").  Mast. Local Govt. Compl. at ¶¶ 250-254, 455.  In the "Claims for Relief" section, the complaint contains allegations against "MOEX," a term it does not define.  *See, e.g.*, *id*. at ¶¶ 546, 662-663.  Since the complaint contains no allegation identifying MOEX USA as a party that committed any wrongful act or as a leaseholder, MOEX USA assumes that references to "MOEX" are to MOEX Offshore.

The claims for maritime negligence (Claim I.A), Strict Liability Pursuant to the Louisiana Oil Spill Prevention And Response Act (and Liability for Penalties Pursuant to La. R.S. 56:40.1, *et seq.*) (Claim III.F), and Strict Liability Pursuant to the Texas Oil Spill Prevention and Response Act (Claim III.G) are asserted against "All Defendants" and are thus the only claims

A/74247144.1                                1

potentially asserted against MOEX USA.[1]  If plaintiffs intend to include MOEX USA in the definition of "Defendants," despite the lack of any allegation that MOEX USA committed any act, MOEX USA hereby incorporates the arguments asserted by MOEX Offshore in its Memorandum of Law in Support of Motion of Defendant MOEX Offshore 2007 LLC to Dismiss the Voluntary Master Complaint, Cross-Claim, and Third-Party Complaint for Local Government Entities Pursuant to Fed. R. Civ. P. 12(b)(6) ["Pleading Bundle C"].  Accordingly, the Master Local Government Complaint states no claim against MOEX USA.

For the foregoing reasons, the claims in the Master Local Government Complaint C against MOEX USA Corporation must be dismissed in their entirety.

DATED: April 29, 2011

Respectfully submitted,

BINGHAM McCUTCHEN, LLP

/s/ *David M. Balabanian*
David M. Balabanian
david.balabanian@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone (415) 393-2170
Facsimile (415) 393-2286

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

---

[1]  The members of the Florida Subclass purport to assert a claim pursuant to the Florida Pollutant Discharge Prevention and Control Act ("FPDPCA"), FLA. STAT. § 376.011, et seq. (Claim III.E).  Although the claim is nominally asserted against only BP and Transocean, the Master Local Government Complaint makes allegations against "MOEX" within this Count.  See Mast. Local Govt. Compl. at ¶¶ 712, 716 (asserting that MOEX "had a statutory duty to Florida Subclass Members" and qualifies as a "Responsible Part[y]" under the statute).  MOEX USA reads this count as being against only the named Defendants: BP and Transocean.

Ky E. Kirby
ky.kirby@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC
Deborah D. Kuchler, T.A. (La. Bar No. 17013)
Janika Polk (La. Bar No. 27608)
Robert Guidry (La. Bar No. 28064)
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on April 29, 2011.

                /s/ *David M. Balabanian*
                David M. Balabanian