**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| IN RE: | **OIL SPILL by the OIL RIG** | § | **MDL No. 2179** |
| | **"DEEPWATER HORIZON" in the** | § | |
| | **GULF OF MEXICO on** | § | **SECTION: J** |
| | **APRIL 20, 2010** | § | |
| | | § | |
| | | § | |
| | This pleading applies to: | § | **Judge Carl J. Barbier** |
| | | § | **Magistrate Judge Sally Shushan** |
| | **All cases in Pleading Bundle "C"** | § | |
| | | § | |
| | | § | |
| | This pleading applies to: | § | |
| | | § | |
| | *No. 2:10-CV-2771* | § | |

**DEFENDANT M-I L.L.C.'S MOTION TO DISMISS THE LOCAL GOVERNMENT
ENTITY VOLUNTARY MASTER COMPLAINT [BUNDLE "C"]**

Defendant M-I L.L.C. ("M-I") respectfully moves this Court to dismiss the Local
Government Entity Voluntary Master Complaint, Cross-Claim, and Third-Party Complaint [Doc.
1510] (the "Pleading Bundle C Complaint") under Federal Rules of Civil Procedure 12(b)(1) and
12(b)(6).

A lawsuit must be dismissed for lack of subject matter jurisdiction "when the court lacks
the statutory or constitutional power to adjudicate the case." *Home Builders Ass'n of Miss., Inc.
v. City of Madison*, 143 F.3d 1006, 1010 (5th Cir. 1998). The district court "has the power to
dismiss for lack of subject-matter jurisdiction on any one of three bases: (1) the complaint alone;
(2) the complaint supplemented by undisputed facts evidenced in the record; or (3) the complaint
supplemented by undisputed facts plus the court's resolution of disputed facts." *Williamson v.
Tucker*, 645 F.2d 404, 413 (5th Cir. 1981). "When challenging a 12(b)(1) motion, the party

asserting jurisdiction bears the burden of proof." *Martin v. PepsiAmericas, Inc.*, 628 F.3d 738, 740 (5th Cir. 2010).

A motion to dismiss must also be granted "when the allegations in a complaint, however true, could not raise a claim of entitlement to relief." *Cuvillier v. Taylor*, 503 F.3d 397, 401 (5th Cir. 2007) (internal quotation omitted).

For these reasons, and as set forth more fully in the attached Memorandum of Law in Support of Defendant M-I L.L.C.'s Motion to Dismiss, M-I respectfully requests dismissal of all claims alleged against it.

April 29, 2011

Respectfully submitted,

**OF COUNSEL:**
MORGAN, LEWIS & BOCKIUS LLP

Derek E. Leon
dleon@morganlewis.com
Texas Bar No. 24002463
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone:    (305) 415-3000
Facsimile:    (305) 415-3001

Denise Scofield
dscofield@morganlewis.com
Texas Bar No. 00784934
1000 Louisiana, Suite 4000
Houston, Texas  77002
Telephone:    (713) 890-5000
Facsimile:    (713) 890-5001

**ATTORNEYS FOR DEFENDANT
M-I L.L.C.**

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Hugh E. Tanner
    Hugh E. Tanner
    htanner@morganlewis.com
    Texas Bar No. 19637400
    1000 Louisiana, Suite 4000
    Houston, Texas  77002
    Telephone:    (713) 890-5000
    Facsimile:    (713) 890-5001

**ATTORNEYS FOR DEFENDANT
M-I L.L.C.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing ***Defendant M-I L.L.C.'S Motion to Dismiss the Local Government Entity Voluntary Master Complaint [Bundle "C"]*** has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 29th day of April, 2011.

*/s/ Hugh E. Tanner*
Hugh E. Tanner