| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § | MDL No. 2179<br><br>SECTION: J |
| This pleading applies to:<br><br>All cases in Pleading Bundle "C"<br><br>This pleading applies to:<br><br>*No. 2:10-CV-2771* | § § § § § § § § § § § | **Judge Carl J. Barbier**<br>**Magistrate Judge Sally Shushan** |

## ORDER

Considering the Defendant M-I L.L.C.'s Motion to Dismiss the Local Government Entity Voluntary Master Complaint [Bundle "C"] for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) and failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6):

**IT IS HEREBY ORDERED** that all claims asserted against Defendant M-I L.L.C. are dismissed.

New Orleans, Louisiana, this _____ day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE