```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

                                          Date: __May 2, 2011_____

                                              Ethan Johnson, et al.

                                                    vs.

                                            Smith Marine, Inc., et al.

                                        Case No. __11-947__  Section __J__

Dear Sir:

    Please (issue) (<u>re-issue</u>) summons on the (<u>complaint</u>) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) _____Smith Marine, Inc._____
   (address) <u>Robin Smith, 8 Foss Terrace, Marblehead, MA</u> 01945
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

                                          Very truly yours,

                                            /s/ Roman A. Shaul
                                            _____
                                                    "Signature"

                                        Attorney for __Plaintiffs_____

                                        Address  Beasley, Allen, Crow,
                                                     Methvin, Portis & Miles, P.C.
                                                     218 Commerce Street
                                                     Montgomery, Alabama 36104