Page 3

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig　　　　* | MDL No. 2179 | |
| "Deepwater Horizon" in the Gulf　* | | |
| of Mexico, on April 20, 2010　　　* | | |
| 　　　　　　　　　　　　　　　　　* | JUDGE BARBIER | |
| Relates to: In re: The Complaint and　* | | |
| Petition of Triton Asset Leasing　　* | | |
| GmbH, et al, 10-2771　　　　　　　* | | |
| 　　　　　　　　　　　　　　　　　* | MAGISTRATE SHUSHAN | |
| * * * * * * * * * * * * | | |

## ORDER

Considering the foregoing Motion to WithdrawJury Demand:

**IT IS ORDERED** that the Motion is GRANTED and that Claimant, Lonnie Washington's Request for Jury is hereby WITHDRAWN.

SO ORDERED this ____ day of <u>May</u>, <u>2011</u>.

_____
**DISTRICT COURT JUDGE**