# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig<br>"Deepwater Horizon" in the Gulf<br>of Mexico, on April 20, 2010<br><br>Relates to: In re: The Complaint and<br>Petition of Triton Asset Leasing<br>GmbH, et al, 10-2771 | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL No. 2179<br><br><br>JUDGE BARBIER<br><br><br><br>MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * | | |

## EX PARTE MOTION TO WITHDRAW JURY DEMAND

**NOW INTO COURT,** through undersigned counsel, comes Claimant, Darrel Reed, who submits the instant Motion to Dismiss Jury Demand.  During the e-filing process Claimant's counsel made a mistake by checking "Y" instead of "N".  Claimant's Answer/Claim pleading itself does **NOT** carry a jury demand.

WHEREFORE Claimant prays that this Motion be GRANTED and the Jury Demand be withdrawn.

This 2nd day of May, 2011.

Respectfully submitted,

    /s/ Soren E. Gisleson
**Stephen J. Herman**, La. Bar No. 23129
**Soren E. Gisleson,** La Bar No. 26302
**James C. Klick,** La Bar No. 7451
**HERMAN HERMAN KATZ & COTLAR LLP**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 569-6024

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Motion will be electronically filed into the record using the Court's EFC filing system, thereby effecting service on all Interim Liaison Counsel;

IN ADDITION, the Motion will be served, *via* E-MAIL, upon all known plaintiffs' counsel of record with cases relating to the Deepwater Horizon explosion, fire and resulting oil spill, including those who appear on the MDL Service List and/or who have cases pending in this District and Section.

This 2ndh day of May, 2011.

    /s/  Soren E. Gisleson