UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig<br>          "Deepwater Horizon" in the Gulf<br>          of Mexico, on April 20, 2010 | * <br> * <br> * <br> * | MDL No. 2179 <br><br> JUDGE BARBIER |
| Relates to: In re: The Complaint and<br>Petition of Triton Asset Leasing<br>GmbH, et al, 10-2771 | * <br> * <br> * <br> * | <br><br> MAGISTRATE SHUSHAN |
| *   *   *   *   *   *   *   *   *   *   *   * | | |

## ORDER

Considering the foregoing Motion to Withdraw Jury Demand:

**IT IS ORDERED** that the Motion is GRANTED and that Claimant, Darrel Reed's Request for Jury is hereby WITHDRAWN.

SO ORDERED this  ____  day of <u>May</u>, <u>2011</u>.

_____
**DISTRICT COURT JUDGE**

Page 3