UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179<br><br>SECTION: J (1) |
| THIS DOCUMENT RELATES TO:<br>All Cases | § § § § | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## NOTICE OF APPEARANCE

Notice is hereby given that Brian D. Israel of the law firm Arnold & Porter LLP is entering his appearance as additional counsel for Defendant BP Exploration & Production, Inc. ("BP") in the above-referenced cases. It is respectfully requested that all future pleadings, documents, and correspondence be served upon the undersigned in connection with this action. In accordance with Paragraph Number 12 of this Court's Pre-trial Order Number 1, Brian D. Israel certifies that he is currently a member in good standing and admitted to practice in the United States District Court for the District of Columbia. Brian D. Israel further certifies that no disciplinary proceedings have been instituted against him.

Respectfully submitted,

/s/ Don K. Haycraft

Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:   (504) 581-7979
Facsimile:    (504) 556-4108

and

/s/ Brian D. Israel

Brian D. Israel
ARNOLD AND PORTER LLP
555 Twelfth Street, NW
Washington, DC  20004-1206
Telephone:   (202) 942-6546
Facsimile:    (202) 942-5999

*Attorneys for BP Exploration & Production, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of May, 2011.

/s/ Don K. Haycraft
Don K. Haycraft