UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * * | MDL No. 2179 CIVIL ACTION NO. 2:10-CV-02771 SECTION J JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: 2:10-CV-02771 | * * * * | MAG. JUDGE SHUSHAN |

*********************************************************************************

## MAY CALL WITNESS LIST AND EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, comes plaintiff, CARL J. LAVERGNE, who, pursuant to the Pretrial Order No. 32, submits the following May Call Witness and Exhibit Lists:

### MAY CALL WITNESS LIST

1. Carl J. Lavergne;
2. Renee Landry Lavergne;
3. Justin Paul Lavergne;
4. Christi Noel Lavergne;
5. Carlton Joseph Lavergne;
6. Grant Boutte, Offshore Cleaning Services Supervisor;
7. Coby Richard, Night Supervisor;
8. Joshua Kritzer, Cleaning Tech;
9. Brett Guillory, Cleaning Tech;
10. Heath Lambert, Cleaning Tech;
11. Benjamin LaCrois, Cleaning Tech;
12. Kevin Senegal, Cleaning Tech;

13. Shane Fault, Cleaning Tech;

14. Jerry Whiteman, Ph.D. of The Psychology Clinic;

15. Dr. James McNally;

16. Any expert witness identified by MDL plaintiffs for the purpose of establishing liability in the areas of offshore oilfield operations and accident reconstruction and failure analysis;

17. Any national, state or local news caster of the *Deepwater Horizon* accident;

18. Any first responder, including, without limitation, employees of Acadian Ambulance or service personnel from the United States Coast Guard (or any other branch of the United States military);

19. Any accident investigator retained by plaintiff, defendants, the United States government, state or local government, or some independent, third party;

20. Each and every employee of defendants onboard the *Deepwater Horizon* at the time of the accident forming the basis of this litigation;

21. Every third party contractor onboard the *Deepwater Horizon* at the time of the accident forming the basis of this litigation;

22. A corporate representative from Offshore Cleaning Services;

23. A corporate representative from each of the parties, named as defendants herein;

24. A corporate representative from each of the third party contractors onboard the *Deepwater Horizon* at the time of the accident forming the basis of this litigation;

25. Custodian of records of any party/witness identified herein; and

26. Any witness, listed, referenced, called by any party/witness in the above captioned matter.

**EXHIBIT LIST**

1. The record in the matter entitled "In Re:  Oil Spill by the Oil Rig 'DEEPWATER HORIZON' in the Gulf of Mexico, on April 20, 2010", bearing MDL No. 2179 Section J in the United States District Court, Eastern District of Louisiana and any related matter, including, without limitation, "In Re: Triton Asset Leasing GmbH, et al", bearing civil docket number 2:10-cv-02771 in the United State District Court for the Eastern District of Louisiana;

2. Any depositions taken in the above referenced matters, including any exhibits attached thereto;

3. Any written discovery had in the above referenced matter;

4. National, state and local news casts of the *Deepwater Horizon* accident;

5. Any reports or written accounts of first responders, including, without limitation, Acadian Ambulance and the United States Coast Guard (or any other branch of the United States military);

6. Any accident investigation reports by the federal or state governments; the parties or any independent investigator;

7. Plaintiffs' experts' reports;

8. Applicable insurance policies, indemnifying any of the defendant named herein;

9. Medical records of plaintiff, Carl J. Lavergne;

10. Medical records from Jerry Whiteman, Ph.D. of the Psychology Clinic;

11. Medical records from Dr. James McNally; and

12. Any exhibit, listed, referenced, introduced by any party/witness in the above captioned matter.

Respectively submitted,

MUDD & BRUCHHAUS, L.L.C.

S/M. KEITH PRUDHOMME
_____
DAVID P. BRUCHHAUS (#24326)
CHAD E. MUDD (#25188)
M. KEITH PRUDHOMME (#14336)
410 E. College Street
Lake Charles, LA  70605
337-562-2327
ATTORNEYS FOR CARL LAVERGNE

**CERTIFICATE OF SERVICE**

I hereby certify on this 2nd day of May, 2011, a copy of the foregoing May Call Witness List and Exhibit List on behalf of plaintiff, Carl Lavergne, has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

        S/M. KEITH PRUDHOMME
        _____
        M. KEITH PRUDHOMME (#14336)
        Mudd & Bruchhaus, L.L.C.
        410 E. College Street
        Lake Charles, LA  70605
        Telephone: 337-562-2327
        Facsimile: 337-562-2391
        E-mail: kprudhomme@mkplawfirm.com