# CONFERENCE ATTENDANCE RECORD

DATE: 4-29-11          TIME: ~9:30 - 10:00

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

DISCOVERY STATUS CONFERENCE

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| WILLIAM BONNER | TI |
| Corey Maze | Alabama / States |
| Steve Luxton | M-I Swaco |
| James Tarter | M-I |
| Camette Bertaut | Cameron |
| Richard Bertram | Weatherford |
| Deb Kuchler | Anadarko + MOEX |
| Tony Fitch | " |
| John Alden Meade | 2185 Res'v Ps |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Paul Sterbcow | PSC |
| Mike Underhill | DOJ/US |
| Skip McAleen | Dynamic |
| Robert Cunningham | PSC |
| Dennis Barrow | Dril-Quip |
| Don Jackson | Dril-Quip |
| David Beck | Cameron |
| Ted Tsekerides | Seacor, O'Brien, NRC |
| Pat O'Keefe | O'Brien |
| Mike Lyle | Seacor, O'Brien, NRC |
| Frank Neuner | Airborne |
| Henry Dart | LA |
| Sarah Himmelhoch | DOJ/US |
| Steve O'Rourke | USA |
| Bin Stradley | MDC 2185 |
| Victor Elias | MDL 2185 |
| Don Godwin | Halliburton |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Stefanie Major | Halliburton |
| Alan York | " |
| Jenny Martinez | " |
| Marty McLeod | To wnrs |
| Steve Herman | Plaintiffs |
| Ervin A Gonzalez | PSC |
| William Large | PSC |
| Steve Roberts | Transocean |
| Kerry Miller | " |
| Jimmy Williamson | PSC |
| Tri Thurmon | PSC |
| Jim Roy | PSC - Co-li... |
| David Pote | LA |
| Peter Smyczek | Alabama |
| Gary Russo | LvfT |
| Stephen Pesce | DRC |
| Tim Duffy | BP |

# CONFERENCE ATTENDANCE RECORD

DATE: _____   TIME: _____

CASE NAME: _____

DOCKET NUMBER & SECTION: _____

STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Don Haycraft | BP |
| Mark Nomellini | BP |
| Andy Langan | BP |
| Ryan Babiuch | BP |
| | |
| | |
| | |
| | |
| | |