# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG | * | **MDL NO. 2179** |
| DEEPWATER HORIZON IN THE | * | |
| GULF OF MEXICO, ON APRIL 20, | * | **CIVIL ACTION NO. 2:11-CV-778** |
| 2010 | * | |
| | * | **JUDGE BARBIER** |
| THIS DOCUMENT RELATES TO: | * | |
| 2:11-CV-778 | * | **SECTION J** |
| | * | |
| | * | **MAGISTRATE JUDGE SHUSHAN** |
| | * | |
| | * | **MAG. DIV. 1** |

**************************************

### DEFENDANT DRC EMERGENCY SERVICES, LLC'S UNOPPOSED *EX PARTE* MOTION AND INCORPORATED MEMORANDUM FOR EXTENSION OF TIME TO FILE ANSWER

Defendant DRC Emergency Services, LLC moves the Court for a twenty-one-day extension of time within which to file its answer to plaintiffs' Petition for Breach of Contract and Attorneys' Fees.  Defendant removed this matter to Federal Court on April 8, 2011.  DRC's answer to the petition was due on April 15, 2011.  Pursuant to local rule 7.8(e), DRC requests a twenty-one-day extension of the April 15, 2011.  No previous extension of time has been filed in, or granted by, this Court.  Opposing counsel has consented to this extension of time.

WHEREFORE, DRC asks that its motion be granted and that its deadline to file its answer be extended by twenty-one days, resulting in a May 6, 2011 deadline.

Respectfully submitted,


/s/     Harold J. Flanagan
Harold J. Flanagan (Bar No. 24091)
Stephen M. Pesce (Bar No. 29380)
Sean P. Brady (Bar No. 30410)
Andy Dupre (Bar No. 32437)
**FLANAGAN PARTNERS LLP**
201 St. Charles Avenue, Suite 2405
New Orleans, Louisiana 70170
Telephone:  504-569-0235
Facsimile:  504-592-0251
hflanagan@flanaganpartners.com
spesce@flanaganpartners.com
sbrady@flanaganpartners.com
adupre@flanaganpartners.com

*Attorneys for DRC Emergency Services, LLC*


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing motion of DRC Emergency Services, LLC has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of May, 2011.


/s/     Harold J. Flanagan