## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179 CIVIL ACTION NO. 2:11-CV-778 |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: 2:11-CV-778 | * * | SECTION J |
| | * * | MAGISTRATE JUDGE SHUSHAN |
| | * * | MAG. DIV. 1 |

**************************************

### ANSWER OF DRC EMERGENCY SERVICES, LLC

Defendant, DRC Emergency Services, LLC ("DRC") sets forth its affirmative defenses and answers the petition for breach of contract and attorneys' fees by James Pearson and Thomas Edward Black, as follows:

#### FIRST DEFENSE

Plaintiffs' petition fails to state a claim or cause of action for which relief may be granted; additionally, plaintiff Thomas Edward Black has no right of action against DRC – which neither employed Mr. Black nor had any contractual relationship with him.

#### SECOND DEFENSE

Plaintiffs' claims are barred by the applicable statute of limitations, peremption, prescription, and/or laches.

### THIRD DEFENSE

To the extent plaintiffs have been paid, or have released, waived, settled, or compromised their claims, DRC has no liability; and the plaintiffs are barred from recovery by the doctrine(s) of payment, release, waiver, compromise, accord and satisfaction, res judicata, and/or estoppel

### FOURTH DEFENSE

Plaintiffs cannot meet the requirements of Federal Rule of Civil Procedure 23 and are not entitled to class action certification.

### FIFTH DEFENSE

The plaintiffs' claims are not actionable under the Louisiana Unfair Trade Practices Act.

### SIXTH DEFENSE

The plaintiffs are not entitled to attorneys' fees or general damages.

### SEVENTH DEFENSE

DRC did not breach its charter with James Pearson.

### EIGHTH DEFENSE

Mr. Pearson is not entitled to enforce the terms of the charter with DRC to the extent that he breached his own obligations under the charter.

### NINTH DEFENSE

DRC had no contract with Mr. Black; and he is not a third-party beneficiary of the charter between DRC and Mr. Pearson.

### TENTH DEFENSE

For answer to the specific allegations of the complaint, DRC responds as follows:

1.

Paragraphs I and II merely identify the parties to this action and contain no allegations against DRC for which a response is necessary. Nevertheless, to the extent the Court deems a response necessary, DRC denies the allegations of paragraph I for lack of information sufficient to justify a belief therein and admits that DRC is a defendant in this action.

2.

DRC denies the allegation of paragraph III, except that DRC admits it entered into a charter agreement with Mr. Pearson. That contract is dated July 5, 2010 and constitutes the best evidence of its contents.

3.

DRC denies the allegations of paragraph IV for lack of information to justify a belief therein.

4.

DRC denies the allegations of paragraphs V, VI, VII, VIII, IX, and X.

5.

Paragraph XI is a conclusion of law to which no response by DRC is necessary. Nevertheless, to the extent the Court deems a response necessary, DRC denies the allegations of paragraph XI.

6.

The prayer for relief at the end of the petition requires no response by DRC. Nevertheless, to the extent the Court deems a response necessary, DRC denies all allegations in the prayer for relief that the plaintiffs are entitled to relief of any kind. Any allegation not

specifically addressed in this answer is denied; DRC further denies all allegations in the petition that claim the plaintiffs are entitled to any relief whatsoever.

WHEREFORE, DRC prays that this Answer be deemed good and sufficient, and that, after due proceedings, this Court dismiss with prejudice all claims against DRC set forth in plaintiffs' petition, award DRC all costs of this suit and for other general and equitable relief as this Court may deem proper.

Respectfully submitted,

/s/      Harold J. Flanagan
Harold J. Flanagan (Bar No. 24091)
Stephen M. Pesce (Bar No. 29380)
Sean P. Brady (Bar No. 30410)
Andy Dupre (Bar No. 32437)
**FLANAGAN PARTNERS LLP**
201 St. Charles Avenue, Suite 2405
New Orleans, Louisiana 70170
Telephone:  504-569-0235
Facsimile:  504-592-0251
hflanagan@flanaganpartners.com
spesce@flanaganpartners.com
sbrady@flanaganpartners.com
adupre@flanaganpartners.com

*Attorneys for DRC Emergency Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing answer of DRC Emergency Services, LLC has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of May, 2011.

/s/      Harold J. Flanagan