UNITED STATES DISTRICT COURT
EASTERN DISTRICE OF LOUSIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG DEEPWATER HORIZON in the GULF OF MEXICO, on APRIL 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION:  J |
| | * | JUDGE BARBIER |
| This Document Applies to All Cases | * | MAG. JUDGE SHUSHAN |

**************************************************************************

**SUBMISSION OF DEFENDANTS ANADARKO PETROLEUM CORPORATION, ANADARKO E&P COMPANY LP, MOEX OFFSHORE 2007 LLC AND MOEX USA CORPORATION IN RESPONSE TO THE REQUIREMENT IN PTO 32 FOR THE FILING OF PRELIMINARY WITNESS AND EXHIBIT LISTS**

Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP, MOEX Offshore 2007 LLC, and MOEX USA Corporation (collectively, the "Non-Operating Defendants"), through undersigned counsel, respectfully file this submission in response to Pretrial Order No. 32 (March 3, 2011) ("PTO 32").

With respect to exhibit lists, Judge Shushan has authorized the parties to adopt as their first preliminary exhibit list the exhibits introduced and marked at the depositions in this matter to date. Accordingly, the Non-Operating Defendants respectfully inform the Court that they adopt as their first preliminary exhibit list the exhibits introduced and marked in the depositions completed in this action through April 29, 2011. A list of those exhibits is attached hereto as Exhibit 1. Factual depositions pertinent to expert witness reports and testimony in this matter are scheduled to continue at least through July 31, 2011, and discovery in this matter is likely to continue well beyond that date. Accordingly, the Non-Operating Defendants respectfully reserve their right to supplement their first preliminary exhibit list with additional exhibits adduced in

depositions conducted after April 29, 2011 and with such other relevant documents as may be obtained through discovery and related investigation.

At the discovery conference of April 29, 2011, Judge Shushan extended the submission date for the parties' first preliminary witness list from May 2, 2011 to May 9, 2011.

Dated: May 2, 2011

Respectfully submitted,

/s/ *Ky E. Kirby*_____
BINGHAM McCUTCHEN LLP
Ky E. Kirby
ky.kirby@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing PRELIMINARY WITNESS AND EXHIBIT LISTS has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 2nd day of May, 2011.

/s/ *Ky E. Kirby*
Ky E. Kirby