UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig  "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| Relates to: In re: The Complaint and Petition of Triton Asset Leasing GmbH, et al, 10-2771 | * * * * | JUDGE BARBIER |
| * * * * * * * * * * * * | | MAGISTRATE SHUSHAN |

### ORDER

Considering the foregoing Motion to Withdraw Jury Demand:

**IT IS ORDERED** that the Motion is GRANTED and that Claimant, Lonnie Washington's Request for Jury is hereby WITHDRAWN.

New Orleans, Louisiana this 3rd day of May, 2011.

_____
United States District Judge