# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | |
| | * | JUDGE BARBIER |
| Relates to: In re: The Complaint and | * | |
| Petition of Triton Asset Leasing | * | |
| GmbH, et al, 10-2771 | * | |
| | * | MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * | | |

## ORDER

Considering the foregoing Motion to Withdraw Jury Demand:

**IT IS ORDERED** that the Motion is GRANTED and that Claimant, Darrel Reed's

Request for Jury is hereby WITHDRAWN.

New Orleans, Louisiana this 3rd day of May, 2011.

_____
United States District Judge

Page 3