UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" (1)<br><br>JUDGE BARBIER |
| APPLIES TO: 11-274 and 11-275 | MAGISTRATE SHUSHAN |

### BP PARTIES' MOTION TO DISMISS
### TRANSOCEAN'S COMPLAINT IN INTERVENTION

BP Exploration & Production, Inc., BP America Production Company, BP Corporation North America, Inc., BP Company North America, Inc., BP Products North America, Inc., BP America, Inc., BP Holdings North America Limited, and BP plc ("BP Parties") respectfully move to dismiss the Complaint in Intervention (docket # 1755) as filed in Case Nos. 11-274 and 11-275 by Triton Asset Leasing GmbH., Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. (collectively "Transocean"). Specifically, and for the reasons set forth in the BP Parties' Memorandum in Support filed herewith, the BP Parties respectfully request that the Court (a) dismiss with prejudice Transocean's insurance claims (Transocean Compl., ¶¶ 23(B)-(D)) under Rules 12(b)(1), 12(b)(6), and/or 12(b)(7) of the Federal Rules of Civil Procedure, and (b) sever Transocean's sole non-insurance claim (Transocean Compl., ¶ 23(A)) from Case Nos. 11-274 and 11-275.

- 2 -

                                Respectfully submitted,

                                /s/ David B. Goodwin

| | |
|---|---|
| Allan B. Moore | David B. Goodwin |
| Seth A. Tucker | M. Alexia dePottere-Smith |
| Christopher J. Wenk | Covington & Burling LLP |
| Covington & Burling LLP | One Front Street, 35th Floor |
| 1201 Pennsylvania Avenue, NW | San Francisco, CA  94111 |
| Washington, DC  20004-2401 | Tel:  (415) 591-6000 |
| Tel:  (202) 662-6000 | Fax:  (415) 591-6091 |
| Fax:  (202) 778-5575 | E-mail:  dgoodwin@cov.com |
| E-mail:  abmoore@cov.com | E-mail:  adepottere@cov.com |
| E-mail:  stucker@cov.com | |
| E-mail:  cwenk@cov.com | |

*Counsel for BP Exploration & Production Inc., BP America Production Company, BP Corporation North America Inc., BP Company North America Inc., BP Products North America Inc., BP America Inc., BP Holdings North America Limited, and BP plc*

Dated:  May 3, 2011

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Dismiss Transocean's Complaint in Intervention has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of May, 2011.

/s/ Christopher J. Wenk
Christopher J. Wenk