UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>APPLIES TO:  11-274 and 11-275 | MDL NO. 2179<br><br>SECTION "J" (1)<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the undersigned parties shall bring on for hearing their Motion to Dismiss Transocean's Complaint in Intervention before the Honorable Carl J. Barbier, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130 at 9:30 a.m. on the 25th day of May, 2011, or as soon thereafter as counsel may be heard.

                                                        Respectfully submitted,

| | |
|---|---|
| | /s/ David B. Goodwin |
| Allan B. Moore | David B. Goodwin |
| Seth A. Tucker | M. Alexia dePottere-Smith |
| Christopher J. Wenk | Covington & Burling LLP |
| Covington & Burling LLP | One Front Street, 35th Floor |
| 1201 Pennsylvania Avenue, NW | San Francisco, CA  94111 |
| Washington, DC  20004-2401 | Tel:  (415) 591-6000 |
| Tel:  (202) 662-6000 | Fax:  (415) 591-6091 |
| Fax:  (202) 778-5575 | E-mail:  dgoodwin@cov.com |
| E-mail:  abmoore@cov.com | E-mail:  adepottere@cov.com |
| E-mail:  stucker@cov.com | |
| E-mail:  cwenk@cov.com | |

*Counsel for BP Exploration & Production Inc., BP America Production Company, BP Corporation North America Inc., BP Company North America Inc., BP Products North America Inc., BP America Inc., BP Holdings North America Limited, and BP plc*

Dated: May 3, 2011

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Submission has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of May, 2011.

/s/ Christopher J. Wenk
Christopher J. Wenk