UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG | * | MDL NO. 2179 |
| DEEPWATER HORIZON IN THE | * | |
| GULF OF MEXICO, ON APRIL 20, | * | CIVIL ACTION NO. 2:11-CV-778 |
| 2010 | * | |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | * | |
| 2:11-CV-778 | * | SECTION J |
| | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |
| | * | |
| | * | MAG. DIV. 1 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing motion for extension of time filed by the defendant, DRC Emergency Services, LLC,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and that DRC Emergency Services, LLC shall have until May 6, 2011, to file its answer to plaintiffs' petition.

New Orleans, Louisiana, this __3rd__ day of May, 2011.

_____
United States District Judge