IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § § | MDL NO. 2179 |
| | § | SECTION: J |
| This document relates to 2:10-CV-3168 | § § § § | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO VOLUNTARILY DISMISS WITHOUT PREJUDICE DEFENDANT MITSUI & CO., LTD.

TO THE HONORABLE COURT:

Pursuant to Pre-Trial Order No. 34 requiring leave of the Court for dismissals without prejudice, Plaintiffs Bill Francis, Tyrone Benton, and Carlos Ramos, by and through the undersigned counsel, hereby move for leave to voluntarily dismiss their claims against Defendant Mitsui & Co., Ltd. without prejudice in Case No. 2:10-CV-3168, which relates to MDL No. 2179. Plaintiffs seek this dismissal without prejudice because subsequent to filing Plaintiffs' First Amended Complaint in this action that named Mitsui & Co., Ltd., Plaintiffs learned that Mitsui & Co., Ltd. should not have been named in this amended pleading.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Unopposed Motion for Leave to Voluntarily Dismiss Without Prejudice Defendant Mitsui & Co., Ltd.

Respectfully submitted,

SCHECHTER, MCELWEE, SHAFFER, & HARRIS, L.L.P.

_____
MATTHEW D. SHAFFER
State Bar No. 18085600
Fed I.D. No. 8877
DENNIS M. MCELWEE
State Bar No. 13587820
Fed I.D. No. 7490
ARTHUR L. SCHECHTER
State Bar No. 17735000
Fed I.D. No. 1454
3200 Travis, 3rd Floor
Houston, Texas 77006
Tel: 713-524-3500
Fax: 713-751-0412
mshaffer@smslegal.com
dmcelwee@smslegal.com
arthurschechter@gmail.com

and

PAUL M. STERBCOW (#17817)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
Tel: (504) 588-1500
Fax: (504) 588-1514
sterbcow@lksalaw.com

ATTORNEYS FOR PLAINTIFFS, BILL FRANCIS, TYRONE BENTON, and CARLOS RAMOS

**CERTIFICATE OF SERVICE**

    I certify that the above and foregoing Plaintiffs' Unopposed Motion for Leave to Voluntarily Dismiss Without Prejudice Defendant, Mitsui & Co., Ltd. will be served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 217, on this 3rd day of May 2011.

_____
MATTHEW D. SHAFFER