IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § § | MDL NO. 2179 |
| | § | SECTION: J |
| This document relates to 2:10-CV-3168 | § § § | JUDGE BARBIER MAGISTRATE SHUSHAN |

**ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO VOLUNTARILY DISMISS WITHOUT PREJUDICE DEFENDANT MITSUI & CO., LTD.**

After considering Plaintiffs Bill Francis', Tyrone Benton's, and Carlos Ramos' Unopposed Motion For Leave to Voluntarily Dismiss Without Prejudice Defendant Mitsui & Co., Ltd. from Case No. 2:10-CV-3168, which relates to MDL No. 2179, the Court GRANTS the motion. Plaintiffs Bill Francis, Tyrone Benton, and Carlos Ramos' claims against Mitsui & Co., Ltd. are hereby dismissed without prejudice.

SIGNED this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

1