UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico, on April 20, 2010 | § § § § | MDL No. 2179 SECTION: J |
| THIS DOCUMENT RELATES TO: *10-cv-2771* | § § § § § § | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## NOTICE OF APPEARANCE AND MOTION TO ENROLL

Notice is hereby given that Stephen Waguespack, Executive Counsel for Governor Bobby Jindal, and Elizabeth B. Murrill, Deputy Executive Counsel for Governor Bobby Jindal, are entering their appearance as additional counsel for Plaintiff the State of Louisiana in the above-referenced case. It is respectfully requested that all future pleadings, documents, and correspondence be served upon the undersigned in connection with this action.

**Dated** this 3rd day of May 2011.

Respectfully submitted,

 /s/ J. Burton LeBlanc
J. Burton LeBlanc (Bar No. 20491)
bleblanc@baronbudd.com
Thomas Sims (TX Bar No. 24013518)
tsims@baronbudd.com
Baron & Budd, P.C.
9015 Bluebonnet Blvd.
Baton Rouge, LA 70810
Phone: (225) 927-5441

Fax: (225) 927-5449

Special Counsel for Governor Bobby Jindal in MDL 2179

AND

/s/ Elizabeth B. Murrill
Elizabeth B. Murrill (Bar No. 20685)
elizabeth.murrill@la.gov
Stephen Waguespack (Bar No. 30359)
stephen.waguespack@la.gov
Office of Executive Counsel
Governor Bobby Jindal
P. O. Box 94004
Baton Rouge, LA 70804-9004
Phone: 225-342-2884
Fax: 225-342-5598

*Attorneys for Plaintiff State of Louisiana*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico, on April 20, 2010 | § § § § | MDL No. 2179<br><br>SECTION:  J |
| THIS DOCUMENT RELATES TO:<br><br>*10-cv-2771* | § § § § § § | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

### INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

Plaintiff, the State of Louisiana, by and through Governor Bobby Jindal (hereinafter "the Governor"), offers the following Memorandum in Support of its Motion to Enroll Additional Counsel of Record:

The Governor of the State of Louisiana desires that additional counsel be enrolled as counsel of record for State of Louisiana, and, more specifically, on behalf of the Office of the Governor, in the above captioned matter.  Accordingly, the Governor of the State of Louisiana requests that this Honorable Court issue an order enrolling Stephen Waguespack, Executive Counsel; Elizabeth Murrill, Deputy Executive Counsel; and J. Burton LeBlanc and Thomas Sims, Special Counsel, as additional counsel of record on behalf of the State of Louisiana, Office of the Governor.

The undersigned provided counsel of record for the State of Louisiana in 10-cv-2771 with notice of their intent to appear as additional counsel.

Respectfully submitted,

 /s/ J. Burton LeBlanc
J. Burton LeBlanc (Bar No. 20491)
bleblanc@baronbudd.com
Thomas Sims (TX Bar No. 24013518)
tsims@baronbudd.com
Baron & Budd, P.C.
9015 Bluebonnet Blvd.
Baton Rouge, LA 70810
Phone: (225) 927-5441
Fax: (225) 927-5449

Special Counsel for Governor Bobby Jindal in MDL 2179

AND

 /s/ Elizabeth B. Murrill
Elizabeth B. Murrill (Bar No. 20685)
elizabeth.murrill@la.gov
Stephen Waguespack (Bar No. 30359)
stephen.waguespack@la.gov
Office of Executive Counsel
Governor Bobby Jindal
P. O. Box 94004
Baton Rouge, LA 70804-9004
Phone: 225-342-2884
Fax: 225-342-5598

***Attorneys for Plaintiff State of Louisiana***

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Notice of Appearance and Motion to Enroll has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of May 2011.

                                         /s/ J. Burton LeBlanc
                                         J. Burton LeBlanc