# EXHIBIT A

A/74253719.1

**bp**

## Kemper Howe

Land Manager
Deepwater Gulf of Mexico

BP Exploration & Production Inc.
200 WestLake Park Boulevard
Houston, Texas 77079

March 25, 2011

**<u>VIA Email & Facsimile</u>**

Anadarko Petroleum Corporation
1201 Lake Robbins Dr.
The Woodlands, Texas 77380
Attn: Mr Jim Bryan

MOEX Offshore 2007 LLC
9 Greenway Plaza, Suite 1220
Houston, Texas 77046
Attn:  Mr. Naoki Ishii, President

Direct: 281-366-1278
Fax: 281-366-7569
Kemper.Howe@bp.com

Re:  Macondo Prospect Deepwater Operating Agreement and
incorporated Exhibits dated October 1, 2009 (the "Operating
Agreement")/Claims against Third Parties arising out of the blowout
of the initial exploratory well at Mississippi Canyon Block 252 on April
20, 2010 and subsequent events in connection therewith (the
"Macondo Incident")


Dear Mr. Bryan and Mr. Ishii:

This letter is to advise you that BP Exploration & Production Inc. ("BP") intends to
pursue, on its own behalf, claims against other parties arising out of the Macondo
Incident.   BP understands that Anadarko Petroleum Corporation ("Anadarko") and
MOEX Offshore 2007 LLC ("MOEX") have retained their own counsel and are
pursuing their own litigation strategies with regard to the Macondo Incident.  Further,
counsel for Anadarko and MOEX have indicated that they intend to file claims against
BP, among other parties. Finally, as you are aware on August 11, 2010 and August 16,
2010, respectively, BP delivered to Anadarko and MOEX notice of default under the
Operating Agreement.


Based on the foregoing, BP's understands that Anadarko and MOEX will be pursuing
any claims they have against any other parties arising out of the Deepwater Horizon
Incident on their own behalf and that BP, as Operator, has no obligation under Article
22.4 of the Operating Agreement to prosecute or defend such claims on behalf of
Anadarko or MOEX.

Presently, there are various deadlines for filing claims against other parties in the Limitation Action currently pending as part of MDL No. 2179.  There is a March 25, 2011 deadline for filing of certain third party claims, an April 20, 2011 deadline for filing certain claims against the Limitation Action petitioners and the United States, and a May 20, 2011 deadline for filing certain claims against other Rule 14(c) third party defendants.   To the extent either Anadarko or MOEX disagrees with BP's understanding regarding the pursuit of claims against other parties, please notify us immediately and in advance of these deadlines.

Sincerely,

Kemper Howe
Land Manager – Gulf of Mexico