UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | § | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | § | |
| **of Mexico, on April 20, 2010** | § | **SECTION: J** |
| | § | |
| **Applies to: 2:10-cv-04536-CJB** | § | **JUDGE BARBIER** |
| *(United States v. BP Exploration &* | § | |
| *Production Inc., et al.)* | § | **MAGISTRATE SHUSHAN** |

**NOTICE OF STIPULATED DATE FOR RESPONSE TO THIRD PARTY COMPLAINT**

To provide for a uniform response date **IT IS STIPULATED AND AGREED** by BP Exploration & Production Inc., ("BP"), Halliburton Energy Services Inc., ("HESI") and Cameron International Corp., ("Cameron"), and their respective attorneys of record that HESI and Cameron shall file and serve their answers and/or responses to the third-party claims of BP on or before Friday, May 20, 2011.

SO STIPULATED AND SO NOTICED:

D 1658617 v1-24010/0002 PLEADINGS

*For BP Exploration & Production, Inc.*
   Don K. Haycraft
   R. Keith Jarrett
   LISKOW & LEWIS
   One Shell Square
   701 Poydras Street, Suite 5000
   New Orleans, Louisiana 70139-5099
   Telephone: (504) 581-7979
   Facsimile: (504) 556-4108

   Richard C. Godfrey, P.C.
   J. Andrew Langan, P.C.
   Kirkland & Ellis LLP
   300 North LaSalle Street
   Chicago, Illinois 60654
   Telephone: (312) 862-2000
   Facsimile: (312) 862-2200

   Robert C. "Mike" Brock
   Covington & Burling LLP
   1201 Pennsylvania Avenue, NW
   Washington, DC 20004-2401
   Telephone: (202) 662-5985
   Facsimile: (202) 662-6291

*For Cameron International Corporation:*
   David J. Beck, T.A.
   Joe W. Redden, Jr.
   David W. Jones
   BECK, REDDEN & SECREST, L.L.P.
   One Houston Center
   1221 McKinney St., Suite 4500
   Houston, TX 77010
   Phone: (713) 951-3700
   Fax: (713) 951-3720

   Phillip A. Wittmann
   Carmelite S. Bertaut
   Keith B. Hall
   STONE PIGMAN WALTHER WITTMAN L.L.C.
   456 Carondelet Street
   New Orleans, Louisiana 70130
   Phone: (504) 581-3200
   Fax: (504) 581-3361

*For Halliburton Energy Services, Inc.*
   GODWIN RONQUILLO PC
   Donald E. Godwin, T.A.
   Bruce W. Bowman, Jr.
   Jenny L. Martinez
   Floyd R. Hartley, Jr.
   Gavin Hill
   1201 Elm Street, Suite 1700
   Dallas, Texas 75270-2041
   Telephone: 214.939.4400
   Facsimile: 214.760.7332

   and

   R. Alan York
   Jerry C. von Sternberg
   Misty Hataway-Coné
   1331 Lamar, Suite 1665
   Houston, Texas 77010
   Telephone:  713.595.8300
   Facsimile:  713.425.7594

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

                                               /s/ Donald E. Godwin
                                                Donald E. Godwin

D  1658617 v1-24010/0002 PLEADINGS