UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION "J"** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | * | |
| *All cases in Pleading Bundles B1 and B3*; | * | **MAGISTRATE NO. 1** |
| 10-2771; 10-3815; 10-1540; 10-1502 | * | **MAGISTRATE SHUSHAN** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### EX PARTE MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN EXCESS OF PAGE LIMITATION

**NOW INTO COURT**, come Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP, and MOEX Offshore 2007 LLC (collectively, "the Non-Operating Defendants") and respectfully request leave of this Honorable Court to file the attached Reply in Support of Joint Motion of Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP, and MOEX Offshore 2007 LLC to Compel Response to Discovery Requests Served Upon BP Exploration & Production, Inc., BP America, Inc., BP America Production Company, and BP p.l.c., which exceeds the page limitation established by local rule. Local Rule 7.7 establishes a page limitation of ten (10) pages, and the BP Defendants respectfully request ten (10) additional pages, for a total of twenty (20) pages, excluding exhibits. The length of the pleading is necessary so that the BP Defendants may fully address the complex legal issues raised by Plaintiffs in their Motion.

**WHEREFORE**, the Non-Operating Defendants pray that this Honorable Court grant them leave to file the attached Reply in Support of Joint Motion of Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP, and MOEX Offshore 2007 LLC to Compel Response to Discovery Requests Served Upon BP Exploration & Production, Inc., BP

A/74254297.1

America, Inc., BP America Production Company, and BP p.l.c., which exceeds the page limitation established by local rule by a total of ten (10) pages.

        Respectfully submitted,

        BINGHAM McCUTCHEN LLP

        /s/ *Ky E. Kirby*_____
        Ky E. Kirby
        ky.kirby@bingham.com
        David B. Salmons
        david.salmons@bingham.com
        Michael B. Wigmore
        michael.wigmore@bingham.com
        Warren Anthony Fitch
        tony.fitch@bingham.com
        Randall M. Levine
        randall.levine@bingham.com
        2020 K Street, NW
        Washington, DC 20006-1806
        Telephone (202) 373-6000
        Facsimile (202) 373-6001

        James J. Dragna
        jim.dragna@bingham.com
        Bingham McCutchen LLP
        355 South Grand Avenue
        Suite 4400
        Los Angeles, California 90071-3106
        Telephone (213) 680-6436
        Facsimile (213) 680-8636

        KUCHLER POLK SCHELL
        WEINER & RICHESON, LLC

        Deborah D. Kuchler, T.A. (La. Bar No. 17013)
        dkuchler@kuchlerpolk.com
        Janika Polk (La. Bar No. 27608)
        jpolk@kuchlerpolk.com
        Robert Guidry (La. Bar No. 28064)
        rguidry@kuchlerpolk.com
        1615 Poydras Street, Suite 1300

New Orleans, LA  70112  
Tel:  (504) 592-0691  
Fax:  (504) 592-069

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing Motion to Dismiss to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on April 28, 2011.

/s/ *Ky E. Kirby*  
Ky E. Kirby

3