UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | * | SECTION "J" |
| This Document Relates to: | * | JUDGE BARBIER |
| *All cases in Pleading Bundles B1 and B3*; | * | MAGISTRATE NO. 1 |
| 10-2771; 10-3815; 10-1540; 10-1502 | * | MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Motion of Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP, and MOEX Offshore 2007 LLC (collectively, "the Non-Operating Defendants") for Leave to File Reply Memorandum in Excess of Page Limitation:

**IT IS HEREBY ORDERED** that the Motion is GRANTED and the Non-Operating Defendants are granted leave to exceed the page limitation requirement by ten (10) pages or for a total of twenty (20) pages, exclusive of exhibits; IT IS FURTHERED ORDERED that the attached Reply in Support of Joint Motion of Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP, and MOEX Offshore 2007 LLC to Compel Response to Discovery Requests Served Upon BP Exploration & Production, Inc., BP America, Inc., BP America Production Company, and BP p.l.c., shall hereby be filed into the record.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE