UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig<br>         "Deepwater Horizon" in the Gulf<br>         Of Mexico, on April 20, 2010<br><br>This Document applies to:<br>*All Cases.* | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## **TRANSOCEAN'S MOTION FOR A PROTECTIVE ORDER**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Transocean Offshore Deepwater Drilling, Inc., Transocean Holdings LLC, Transocean Deepwater, Inc. and Triton Asset Leasing GmbH (collectively "Transocean") and, pursuant to Federal Rule of Civil Procedure 26(c), file this their Motion for a Protective Order, in which Transocean seeks protection from written discovery requests propounded by BP, Anadarko and MOEX (hereinafter referred to as "the Discovery") touching upon matters which are subject to contractual arbitration between BP and Transocean. Alternatively, should Transocean be required to respond to the Discovery, Transocean seeks an Order that by responding to the Discovery Transocean will not be held to have waived its contractual right to arbitrate any of its disputes under its Drilling Contract with BP. Finally, should Transocean be

2

required to respond to the Discovery, Transocean moves for leave to serve discovery of its own beyond the current deadline of April 29, 2011 set forth by Order of the Court. For the reasons set forth in Transocean's Memorandum in Support of Its Motion for a Protective Order, filed contemporaneously with this Motion, Transocean seeks entry of the accompanying Order.

Respectfully submitted,

By: /s/ Steven L. Roberts
Steven L. Roberts (Texas, No. 17019300)
Rachel Giesber Clingman (Texas, No. 00784125)
Kent C. Sullivan (Texas, No. 19487300)
Teri L. Donaldson (Florida, No. 784310)
Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 470-6100
Facsimile: (713) 654-1301
Email: steven.roberts@sutherland.com,
rachel.clingman@sutherland.com,
kent.sullivan@sutherland.com,
teri.donaldson@sutherland.com

By: /s/ Kerry J. Miller
Kerry J. Miller (Louisiana, No. 24562)
Frilot, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8169
Facsimile: (504) 599-8154
Email: kmiller@frilot.com
-and-

By: /s/ Edwin G. Preis, Jr.
Edwin G. Preis, Jr. (Louisiana, No. 10703)
Edward F. Kohnke, IV (Louisiana, No. 07824)
Preis & Roy PLC
102 Versailles Boulevard, Suite 400
Lafayette, Louisiana 70501
Telephone: (337) 237-6062
Facsimile: (337) 237-9129
**-and-**
601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129
Email: egp@preisroy.com, efk@preisroy.com

Of Counsel:

John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

2

56816:10056074

Daniel O. Goforth (Texas, No. 08064000)
Goforth Geren Easterling LLP
4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 054933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com, allen.katz@mto.com

*Counsel for Triton Asset Leasing GmbH., Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc. and Transocean Deepwater Inc.*

### CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that, pursuant to Federal Rule of Civil Procedure 26(c), counsel for Transocean has in good faith attempted to confer with counsel for BP regarding the subject matter of its Motion for a Protective Order in an effort to resolve the issues raised herein, but was unable amicably to resolve this matter.

/s/  Kerry J. Miller

56816:10056074

## CERTIFICATE OF SERVICE

I hereby certify that on May 5th, 2011, I electronically filed the foregoing with the Court's CM/ECF system and service on all counsel of record by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

                                              s/Kerry J. Miller

56816:10056074