UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:   Oil Spill by the Oil Rig<br>"Deepwater Horizon" in the Gulf<br>Of Mexico, on April 20, 2010<br><br>This Document applies to:<br>*All Cases.* | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**ORDER**

Transocean has made a Motion for a Protective Order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure.

Having considered the Motion submitted, the Court is of the opinion that its intervention in this case is necessary for good cause shown based upon Transocean's contractual right to arbitrate pursuant to the Drilling Contract. Therefore, it is hereby:

1. **ORDERED, ADJUDGED, and DECREED** that Transocean's Motion is

    ☐ **GRANTED**, and Transocean is not under compulsion to respond to discovery requests propounded by BP, Anadarko and MOEX touching upon matters which are subject to contractual arbitration between BP and Transocean;

    **or**

2

☐       **DENIED**; and Transocean is under compulsion to respond to discovery requests propounded by BP, Anadarko and MOEX, but by so responding under compulsion does not waive its contractual rights to arbitrate pursuant to the Drilling Contract;

2.      **IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that Transocean's request for leave to serve discovery of its own beyond the current deadline of April 29, 2011, set by Order of the Court, is **GRANTED** / **DENIED**;

3.      **IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that all relief not expressly granted is denied.

Signed this _____ day of _____, 2011.

_____
UNITED STATES MAGISTRATE JUDGE SALLY SHUSHAN

56816:10056088