```
 1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
 2

 3   ***************************************************************

 4   IN RE:  OIL SPILL BY THE
     OIL RIG DEEPWATER HORIZON
 5   IN THE GULF OF MEXICO ON
     APRIL 20, 2010
 6
                               CIVIL ACTION NO. 10-MDL-2179 "J"
 7                             NEW ORLEANS, LOUISIANA
                               FRIDAY, APRIL 29, 2011, 8:30 A.M.
 8

 9   THIS DOCUMENT RELATES TO
     ALL ACTIONS
10

     ***************************************************************
11

12             TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
            HEARD BEFORE THE HONORABLE CARL J. BARBIER
13                  UNITED STATES DISTRICT JUDGE

14   APPEARANCES:

15

16   FOR THE PLAINTIFFS'
     LIAISON COUNSEL:          DOMENGEAUX WRIGHT ROY & EDWARDS
17                             BY:  JAMES P. ROY, ESQUIRE
                               P. O. BOX 3668
18                             556 JEFFERSON STREET
                               LAFAYETTE, LA  70502
19

20                             HERMAN HERMAN KATZ & COTLAR
                               BY:  STEPHEN J. HERMAN, ESQUIRE
21                                  SOREN E. GISLESON, ESQUIRE
                               820 O'KEEFE AVENUE
22                             NEW ORLEANS, LA  70113

23   PLAINTIFFS' STEERING
     COMMITTEE MEMBERS:        BREIT DRESCHER IMPREVENTO & WALKER
24                             BY:  JEFFREY A. BREIT, ESQUIRE
                               1000 DOMINION TOWER,
25                             999 WATERSIDE DRIVE
                               NORFOLK, VA  23510
```

09:23AM

```
 1  APPEARANCES CONTINUED:

 2

 3                          LEVIN PAPANTONIO THOMAS MITCHELL
                            RAFFERTY & PROCTOR
 4                          BY:  BRIAN H. BARR, ESQUIRE
                            316 SOUTH BAYLEN STREET, SUITE 600
 5                          PENSACOLA, FL  32502

 6

 7                          CUNNINGHAM BOUNDS
                            BY:  ROBERT T. CUNNINGHAM, ESQUIRE
 8                          1601 DAUPHIN STREET
                            MOBILE, AL  36604

 9

10                          LEWIS, KULLMAN, STERBCOW & ABRAMSON
                            BY:  PAUL M. STERBCOW, ESQUIRE
11                          PAN AMERICAN LIFE BUILDING
                            601 POYDRAS STREET, SUITE 2615
12                          NEW ORLEANS, LA  70130

13                          BARON & BUDD
                            BY:  SCOTT SUMMY, ESQUIRE
14                               CARLA M. BURKE, ESQUIRE
                            3102 OAK LAWN AVENUE, SUITE 1100
15                          DALLAS, TX  75219

16

17                          LIEFF CABRASER HEIMANN & BERNSTEIN
                            BY:  ELIZABETH J. CABRASER, ESQUIRE
18                          275 BATTERY STREET, 29TH FLOOR
                            SAN FRANCISCO, CA  94111

19

20                          BARRIOS KINGSDORF & CASTEIX
                            BY:  DAWN M. BARRIOS, ESQUIRE
21                          701 POYDRAS STREET, SUITE 3650
                            NEW ORLEANS, LA  70139

22

23                          WATTS, GUERRA, CRAFT
                            BY:  MIKAL C. WATTS, ESQUIRE
24                          4 DOMINION DRIVE
                            BUILDING 3, SUITE 100
25                          SAN ANTONIO, TX  78257
```

```
 1   APPEARANCES CONTINUED:

 2

 3                             WEITZ & LUXENBERG
                              BY:  ROBIN L. GREENWALD, ESQUIRE
 4                            700 BROADWAY
                              NEW YORK CITY, NY  10003
 5

 6                             WILLIAMSON & RUSNAK
                              BY:  JIMMY WILLIAMSON, ESQUIRE
 7                            4310 YOAKUM BOULEVARD
                              HOUSTON, TX  77006
 8

 9                             COLSON, HICKS, EIDSON, COLSON, MATTHEWS,
                              MARTÍNEZ, GONZALES, KALBAC & KANE
10                            BY:  ERVIN A. GONZALEZ, ESQUIRE
                              255 ALHAMBRA CIRCLE, PENTHOUSE
11                            CORAL GABLES, FL  33134

12

13                            MORGAN & MORGAN
                              BY:  FRANK M. PETOSA, ESQUIRE
13                            188 EAST CAPITOL STREET, SUITE 777
14                            JACKSON, MS  39201

15

16                            FAYARD & HONEYCUTT
                              BY:  CALVIN C. FAYARD, JR., ESQUIRE
16                            519 FLORIDA AVENUE SW
17                            DENHAM SPRINGS, LA  70726

18

19                            COSSICH, SUMICH, PARSIOLA & TAYLOR
                              BY:  PHILIP F. COSSICH, JR., ESQUIRE
19                            8397 HIGHWAY 23, SUITE 100
20                            BELLE CHASSE, LA  70037

21

22                            DEGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE
                              BY:  MICHAEL C. PALMINTIER, ESQUIRE
22                            618 MAIN STREET
23                            BATON ROUGE, LA  70801

24

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3                            GAINSBURGH BENJAMIN DAVID
                              MEUNIER AND WARSHAUER
 4                            BY:  GERALD E. MEUNIER, ESQUIRE
                              2800 ENERGY CENTRE
 5                            1100 POYDRAS STREET, SUITE 2800
                              NEW ORLEANS, LA  70163

 6

 7                            LEGER & SHAW
                              BY:  WALTER J. LEGER, JR., ESQUIRE
 8                            600 CARONDELET STREET, 9TH FLOOR
                              NEW ORLEANS, LA  70130

 9

10  FOR THE FEDERAL
    GOVERNMENT INTERESTS:     U.S. DEPARTMENT OF JUSTICE
11                            TORTS BRANCH, CIVIL DIVISION
                              BY:  R. MICHAEL UNDERHILL, ESQUIRE
12                                 SARAH HIMMELHOCH, ESQUIRE
                              450 GOLDEN GATE AVENUE
13                            7TH FLOOR, ROOM 5395
                              SAN FRANCISCO, CA  94102

14

15  FOR THE
    UNITED STATES OF
16  AMERICA:                  ENVIRONMENTAL ENFORCEMENT SECTION
                              U.S. DEPARTMENT OF JUSTICE
17                            BY:  STEVEN O'ROURKE, ESQUIRE
                              P.O. BOX 7611
18                            WASHINGTON, DC  20044

19

20  FOR STATE INTERESTS:      ALABAMA ATTORNEY GENERAL'S OFFICE
                              BY:  COREY L. MAZE, ESQUIRE
21                            500 DEXTER AVENUE
                              MONTGOMERY, AL  36130

22

23  FOR THE STATE OF
    LOUISIANA:                KANNER & WHITELEY
24                            BY:  ALLAN KANNER, ESQUIRE
                              701 CAMP STREET
25                            NEW ORLEANS, LA  70130
```

```
 1   APPEARANCES CONTINUED:

 2

 3                              HENRY DART
                               ATTORNEYS AT LAW
 4                             510 NORTH JEFFERSON STREET
                               COVINGTON, LA  70433
 5

 6   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
 7   OFFSHORE DEEPWATER
     DRILLING INC., AND
 8   TRANSOCEAN DEEPWATER
     INC.:                     FRILOT
 9                             BY:  KERRY J. MILLER, ESQUIRE
                               ENERGY CENTRE, 36TH FLOOR
10                             1100 POYDRAS STREET
                               NEW ORLEANS, LA  70163
11

12   FOR BP AMERICA INC.,
     BP AMERICA PRODUCTION
13   COMPANY, BP COMPANY
     NORTH AMERICA INC.,
14   BP CORPORATION NORTH
     AMERICA INC.,
15   BP EXPLORATION &
     PRODUCTION INC.,
16   BP HOLDINGS NORTH
     AMERICA LIMITED,
17   BP PRODUCTS NORTH
     AMERICA INC.:            LISKOW & LEWIS
18                            BY:  DON K. HAYCRAFT, ESQUIRE
                                   R. KEITH JARRETT, ESQUIRE
19                            ONE SHELL SQUARE
                              701 POYDRAS STREET
20                            SUITE 5000
                              NEW ORLEANS, LA  70139
21

22                            KIRKLAND & ELLIS
                              BY:  RICHARD C. GODFREY, ESQUIRE
23                                 J. ANDREW LANGAN, ESQUIRE
                                   MARK J. NOMELLINI, ESQUIRE
24                                 TIMOTHY E. DUFFY, ESQUIRE
                                   RYAN S. BABIUCH, ESQUIRE
25                            300 N. LASALLE
                              CHICAGO, IL  60654
```

```
 1  APPEARANCES CONTINUED:

 2

 3                          KIRKLAND & ELLIS
                            BY:  ROBERT R. GASAWAY, ESQUIRE
 4                          655 FIFTEENTH STREET, N.W.
                            WASHINGTON, DC  20005
 5

 6  FOR CAMERON INTERNATIONAL
    CORPORATION:             STONE PIGMAN WALTHER WITTMANN
 7                           BY:  PHILLIP A. WITTMANN, ESQUIRE
                             546 CARONDELET STREET
 8                           NEW ORLEANS, LA 70130

 9                           BECK REDDEN & SECREST
10                           BY:  DAVID J. BECK, ESQUIRE
                             ONE HOUSTON CENTER
11                           1221 MCKINNEY STREET, SUITE 4500
                             HOUSTON, TX  77010
12

13  FOR HALLIBURTON
    ENERGY SERVICES, INC.:  GODWIN RONQUILLO
14                           BY:  DONALD E. GODWIN, ESQUIRE
                                  JENNY L. MARTINEZ, ESQUIRE
15                                STEFANIE K. MAJOR, ESQUIRE
                             1201 ELM STREET, SUITE 1700
16                           DALLAS, TX  75270

17                           GODWIN RONQUILLO
18                           BY:  R. ALAN YORK, ESQUIRE
                             1331 LAMAR, SUITE 1665
19                           HOUSTON, TX  77010

20
    FOR ANADARKO
21  PETROLEUM CORPORATION,
    ANADARKO E&P COMPANY LP,
22  MOEX USA CORPORATION,
    AND MOEX OFFSHORE 2007
23  LLC:                     KUCHLER POLK SCHELL
                             WEINER & RICHESON
24                           BY:  DEBORAH D. KUCHLER, ESQUIRE
                             1615 POYDRAS STREET, SUITE 1300
25                           NEW ORLEANS, LA  70112
```

```
 1   APPEARANCES CONTINUED:

 2

 3                              BINGHAM MCCUTCHEN
                               BY:  WARREN A. FITCH, ESQUIRE
 4                             2020 K STREET, NW
                               WASHINGTON, DC  20006
 5

 6   FOR M-I L.L.C.:           MORGAN, LEWIS & BOCKIUS
                               BY:  HUGH E. TANNER, ESQUIRE
 7                                  STEVEN LUXTON, ESQUIRE
                               1000 LOUISIANA STREET, SUITE 4000
 8                             HOUSTON, TX  77002

 9
     FOR MARINE SPILL
10   RESPONSE CORPORATION:     BLANK ROME
                               BY:  ALAN M. WEIGEL, ESQUIRE
11                             THE CHRYSLER BUILDING
                               405 LEXINGTON AVENUE
12                             NEW YORK, NY  10174

13

14   FOR O'BRIEN'S RESPONSE
     MANAGEMENT, INC.,
15   SEACOR HOLDINGS, INC.,
     SEACOR OFFSHORE LLC,
16   SEACOR MARINE, LLC,
     SEACOR WORLDWIDE, INC.,
17   SEACOR MARINE, INC.,
     SEACOR MARINE
18   INTERNATIONAL, INC.,
     AND SIEMENS FINANCIAL,
19   INC.:                     WEIL GOTSHAL & MANGES
                               BY:  MICHAEL J. LYLE, ESQUIRE
20                             1300 I ST., NW, SUITE 900
                               WASHINGTON, DC  20005
21

22                             WEIL GOTSHAL & MANGES
                               BY:  THEODORE E. TSEKERIDES, ESQUIRE
23                             767 FIFTH AVENUE
                               NEW YORK, NY  10153
24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR DRIL-QUIP,
     INC.:                       WARE, JACKSON, LEE & CHAMBERS
 4                               BY:  DON JACKSON, ESQUIRE
                                      C. DENNIS BARROW, JR., ESQUIRE
 5                               2929 ALLEN PARKWAY, 42ND FLOOR
                                 HOUSTON, TX  77019
 6

 7   FOR NALCO CO.:              LATHAM & WATKINS
                                 BY:  MARY ROSE ALEXANDER, ESQUIRE
 8                               233 SOUTH WACKER DRIVE, SUITE 5800
                                 CHICAGO, IL  60606
 9

10   FOR WEATHERFORD U.S.,
     L.P.:                       JONES WALKER
11                               BY:  RICHARD D. BERTRAM, ESQUIRE
                                 PLACE ST. CHARLES
12                               201 ST. CHARLES AVENUE
                                 NEW ORLEANS, LA  70170
13

14   FOR AIRBORNE SUPPORT
     INTERNATIONAL, INC.:        LABORDE & NEUNER
15                               BY:  FRANCIS X. NEUNER, JR., ESQUIRE
                                 ONE PETROLEUM CENTER
16                               1001 W. PINHOOK RD., SUITE 200
                                 LAFAYETTE, LA  70505
17

18   FOR MDL 2185:               METHOFF LAW FIRM
                                 BY:  WILLIAM STRADLEY, ESQUIRE
19                               3450 ONE ALLEN CENTER
                                 500 DALLAS STREET
20                               HOUSTON, TX  77002

21

22   SPECIAL MASTER:             PROFESSOR FRANCIS E. MCGOVERN
                                 DUKE UNIVERSITY SCHOOL OF LAW
23                               CORNER OF SCIENCE & DRIVES
                                 BOX 90362
24                               DURHAM, NC 27708

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3  ALSO PRESENT:          DAVID CARRIGEE, ESQUIRE
                           CHRISTOPHER BEARY, ESQUIRE
 4                         LARRY CARBO, ESQUIRE
                           TOMMY MCGOEY, ESQUIRE
 5

 6                         SAMUEL SMITH, ESQUIRE
                           MICHAEL BROCK, ESQUIRE
 7                         STEPHEN ROBERTS, ESQUIRE
                           JOHN ALDEN MEADE, ESQUIRE
 8

 9                         WILLIAM LARGE, ESQUIRE
                           WILLIAM BONNER, ESQUIRE
10

11

12  OFFICIAL COURT REPORTER:     CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
13                               500 POYDRAS STREET, ROOM HB406
                                 NEW ORLEANS, LA  70130
14                               (504) 589-7779
                                 Cathy_Pepper@laed.uscourts.gov
15
    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
16  PRODUCED BY COMPUTER.

17

18

19

20

21

22

23

24

25
```

1                           **I N D E X**

2

3    AGENDA ITEMS                                          PAGE

4

5    PRETRIAL ORDER NUMBER 34...............................   16

6    CONDITIONAL TRANSFER ORDER REPORT AND TRANSFER STATUS..   16

7    STATE CASES...........................................   17

8    STATUS OF MDL 2185....................................   18

9    WRITTEN AND DEPOSITION DISCOVERY......................   20

10   BOP TESTING STATUS....................................   21

11   CEMENT TESTING STATUS.................................   23

12   TRIAL PLAN............................................   25

13   REPORT ON SHORT FORM AND OTHER FILINGS................   26

14   STATUS OF VESSELS OF OPPORTUNITY CASES................   27

15   MOTION TO SEVER, 11-685 (RECORD DOCUMENT 1876)........   29

16   MOTION TO SEVER, 11-823 (RECORD DOCUMENT 2010)........   34

17   MOTION FOR LEAVE TO SUBSTITUTE CLASS REPRESENTATIVE....   39

18   MOTIONS FOR ENTRY TO DEFAULT..........................   39

19   MOTION TO STRIKE LOUISIANA'S MEMORANDUM...............   42

20   MOTION FOR ORDER AMENDING PRETRIAL ORDER NUMBER 30.....   49

21   MOTION FOR LEAVE TO SUPPLEMENT OMNIBUS MEMORANDUM......   50

22   STATUS OF THE INSURANCE COVERAGE CASES................   51

23   STATUS OF *WORLEY* AND *BREWER* CASES.....................   51

24   LIMITATION TRIAL IS SCHEDULED FOR FEBRUARY 27, 2012....   61

25   NEXT STATUS CONFERENCE IS MAY 26, 2011 AT 8:30........   62

**P-R-O-C-E-E-D-I-N-G-S**

FRIDAY, APRIL 29, 2011

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)


THE DEPUTY CLERK:  All rise.  Court is in session.

THE COURT:  Good morning, everyone.

VOICES:  Good morning, Your Honor.

THE COURT:  Please be seated.  We're here, of course,
for our regular monthly status conference in the
DEEPWATER HORIZON MDL.  I appreciate everyone being here early.

I think we were requested to move this conference
from our usual 9:30 to 8:30 because of some problems with
depositions; but, that has gone away, am I right?  There is not a
big problem.  But it doesn't matter to me.  If everybody would
prefer to come at 8:30, we can do them regularly at 8:30.  I'm
here early, anyway.  We'll do whatever suits the group.

We have a number of matters on the agenda, some of
which are not contested or controversial.  We just need to clear
them up.

Before we do that, I would like to have liaison and
coordinating and committee members identify themselves for the
record, please.

I'll remind everyone, if you would speak at the

08:35AM 1   podium when you're speaking, because we do have people on the

08:35AM 2   phone that need to hear.

08:35AM 3       MR. ROY:  Thank you, You Honor.  Jim Roy, co-liaison for

08:35AM 4   the PSC.

08:35AM 5       MR. HERMAN:  Good morning, Your Honor, Steve Herman for

08:35AM 6   the plaintiffs.

08:35AM 7       THE COURT:  Good morning.

08:35AM 8       MS. CABRASER:  Good morning, Your Honor.

08:35AM 9   Elizabeth Cabraser for the Plaintiffs' Steering Committee.

08:35AM 10      THE COURT:  Good morning.

08:35AM 11      MR. BREIT:  Jeffrey Breit, Plaintiffs' Steering

08:35AM 12  Committee, Your Honor.

08:35AM 13      THE COURT:  Good morning, Mr. Breit.

08:35AM 14      MR. UNDERHILL:  Good morning, Your Honor.

08:35AM 15  Mike Underhill for the United States.  In the courtroom are

08:35AM 16  Steven O'Rourke, my co-counsel, and, also, Sarah Himmelhoch from

08:35AM 17  the Department of Justice.

08:36AM 18      THE COURT:  Mr. O'Rourke did a fine job in your stead

08:36AM 19  last month, too.

08:36AM 20      MR. UNDERHILL:  I heard he was trying to steal my job,

08:36AM 21  and, Your Honor, there are times when he can have it.

08:36AM 22      THE COURT:  I think he won several motions last month.

08:36AM 23      MR. BARR:  Good morning, Brian Barr for the Steering

08:36AM 24  Committee.

08:36AM 25      THE COURT:  Good morning.

08:36AM  1              MR. SUMMY:  Good morning, Your Honor.  Scott Summy,

08:36AM  2     Plaintiffs' Steering Committee.

08:36AM  3              THE COURT:  Good morning.

08:36AM  4              MR. MAZE:  Good morning.  Corey Maze.  I'm the designee

08:36AM  5     for the states' coordinating counsel, General Strange.

08:36AM  6              THE COURT:  All right.  Good morning.

08:36AM  7              MR. GONZALEZ:  Good morning, Your Honor.

08:36AM  8     Ervin Gonzalez, PSC.

08:36AM  9              THE COURT:  Good morning.

08:36AM 10              MR. STERBCOW:  Good morning.  Paul Sterbcow, PSC.

08:36AM 11              THE COURT:  Good morning.

08:36AM 12              MS. BURKE:  Good morning.  Carla Burke with the PSC.

08:36AM 13              MR. PETOSA:  Good morning, Your Honor.  Frank Petosa for

08:36AM 14     Mike Espy, PSC.

08:36AM 15              THE COURT:  Good morning.

08:36AM 16              MS. GREENWALD:  Good morning, Your Honor.

08:36AM 17     Robin Greenwald, PSC.

08:36AM 18              MR. PALMINTIER:  Judge, Mike Palmintier, PSC.

08:36AM 19              THE COURT:  Good morning.

08:36AM 20              MR. COSSICH:  Good morning, Judge.  Phil Cossich for the

08:36AM 21     PSC.

08:36AM 22              MR. O'ROURKE:  Steve O'Rourke for the US.  Thanks for

08:36AM 23     saying that to Mr. Underhill this morning.

08:36AM 24              MR. JONES:  Rhon Jones, PSC.

08:36AM 25              MR. CUNNINGHAM:  Good morning, Your Honor.

08:36AM 1   Robert Cunningham, PSC.

08:36AM 2         MR. WATTS:  Good morning, Judge.  Mikal Watts, PSC.

08:37AM 3         MR. LUNDY:  Good morning, Your Honor.  Matt Lundy, PSC.

08:37AM 4         THE COURT:  Now, we'll go to the other side of the

08:37AM 5   table.  Wait, we missed --

08:37AM 6         MR. FAYARD:  Judge, I wound up on the wrong side of the

08:37AM 7   room this morning, but sometimes somebody has to sit over here.

08:37AM 8           Calvin Fayard for the PSC.

08:37AM 9         THE COURT:  Maybe you're negotiating a settlement while

08:37AM 10   we're here.  Is that why?

08:37AM 11         MR. BECK:  David Beck for Cameron, Your Honor.

08:37AM 12         MR. LANGAN:  Andy Langan for BP, Your Honor.

08:37AM 13         MR. HAYCRAFT:  Good morning.  Don Haycraft for BP.

08:37AM 14         THE COURT:  Good morning.

08:37AM 15           Actually, the folks that are at the table, I should

08:37AM 16   have mentioned, I think those microphones will pick you up as

08:37AM 17   long as you're close by.

08:37AM 18         MR. LYLE:  Good morning, Michael Lyle on behalf of the

08:37AM 19   responder defendants.

08:37AM 20         THE COURT:  Good morning.

08:37AM 21         MR. TSEKERIDES:  Ted Tsekerides, liaison counsel for the

08:37AM 22   responder defendants.

08:37AM 23         MR. FITCH:  Tony Fitch, Judge, for Anadarko companies

08:37AM 24   and the MOEX companies.

08:37AM 25         MS. KUCHLER:  Deb Kuchler for Anadarko and MOEX.

08:37AM  1         MR. GODWIN:  Good morning, Your Honor.  Don Godwin for

08:38AM  2  Halliburton.

08:38AM  3         THE COURT:  Good morning.

08:38AM  4         MS. MARTINEZ:  Good morning.  Jenny Martinez for

08:38AM  5  Halliburton.

08:38AM  6         MR. MILLER:  Good morning.  Kerry Miller for Transocean.

08:38AM  7         MR. WITTMANN:  Phil Wittmann for Cameron.

08:38AM  8         MR. BROCK:  Mike Brock for BP.

08:38AM  9         MR. GODFREY:  Good morning, Your Honor.  Rick Godfrey

08:38AM 10  for BP.

08:38AM 11         THE COURT:  Good morning.

08:38AM 12         MR. YORK:  Good morning, Your Honor.  Alan York for

08:38AM 13  Halliburton.

08:38AM 14         MR. JACKSON:  Don Jackson for Dril-Quip.

08:38AM 15         MR. BARROW:  Good morning, Your Honor.  Dennis Barrow

08:38AM 16  for Dril-Quip.

08:38AM 17         MR. TANNER:  Good morning, Your Honor.  Hugh Tanner for

08:38AM 18  M-I.

08:38AM 19         MR. LUXTON:  Good morning, Your Honor.  Steve Luxton for

08:38AM 20  M-I.

08:38AM 21         THE COURT:  Good morning.

08:38AM 22         MR. GASAWAY:  Good morning, Your Honor.  Rob Gasaway for

08:38AM 23  BP.

08:38AM 24         MS. ALEXANDER:  Good morning, Your Honor.  Mary Rose

08:38AM 25  Alexander for Nalco Company.

08:38AM 1        MR. WEIGEL:  Good morning, Your Honor.  Alan Weigel for

08:38AM 2   Marine Spill Response Corporation.

08:38AM 3        THE COURT:  Good morning.

08:38AM 4        MR. BERTRAM:  Richard Bertram, counsel for Weatherford.

08:38AM 5        THE COURT:  All right.  Thank you.

08:38AM 6        We've issued a few orders since we were last here.

08:38AM 7   Pretrial Order Number 34, which deals with the issue of leave of

08:38AM 8   court for Rule 41 dismissals without prejudice.

08:38AM 9        What I would like to do now is to move to Item 2 on

08:39AM 10  the agenda, which is Conditional Transfer Order Report and

08:39AM 11  Transfer Status.

08:39AM 12       MR. LANGAN:  Your Honor, Andy Langan for BP.

08:39AM 13       Since we were together last on March 25th, the

08:39AM 14  Panel has issued four Conditional Transfer Orders involving

08:39AM 15  five cases, so we now are up to 17 transfer orders.

08:39AM 16       Also, on April 18th, the Panel issued three

08:39AM 17  additional orders that resolved pending disputes.  As a result of

08:39AM 18  those three transfer orders, 19 additional cases have been sent

08:39AM 19  to Your Honor, including a number of cases involving the Vessels

08:39AM 20  of Opportunity program.

08:39AM 21       At the present time, we think there are a handful

08:39AM 22  of matters that still remain for the Panel's resolution,

08:39AM 23  including one case to which an objection was filed relating to

08:39AM 24  Conditional Transfer Order Number 15.

08:39AM 25       So I think that's the status of where we are with

08:40AM 1     the Panel, Your Honor.

08:40AM 2              THE COURT:  All right.  You might as well stay right

08:40AM 3     there.  I guess you're going to report, too, on the next item,

08:40AM 4     which is State Cases.

08:40AM 5              MR. LANGAN:  Yes, Your Honor.

08:40AM 6              Around the April 20th anniversary date, we did see

08:40AM 7     a number of new state court filings, and these numbers are

08:40AM 8     approximate, but at least BP believes there are about 36 cases

08:40AM 9     now that are pending in state court at the present time.  Of

08:40AM 10    those 36, we think around 23 are personal injury cases, either

08:40AM 11    day of the incident or spill response personal injury cases.

08:40AM 12             It is possible that some of these new filings may

08:40AM 13    end up in federal court, if they are removed by one party, and

08:40AM 14    there may be additional JPML motion practice relating to those

08:40AM 15    cases.  That's certainly possible.

08:40AM 16             I also wanted to mention that in terms of cases

08:40AM 17    pending in Texas state court, as Your Honor knows, we filed many

08:40AM 18    months ago a motion in state court in Texas before the Texas MDL

08:41AM 19    Panel seeking consolidation in state court.  We're still waiting

08:41AM 20    for a ruling; although, we think that's coming soon, with any

08:41AM 21    luck.

08:41AM 22             THE COURT:  I think Texas probably has more of the state

08:41AM 23    cases than any other state, as I appreciate it, right?

08:41AM 24             MR. LANGAN:  I think that's correct, Your Honor.

08:41AM 25             THE COURT:  Those are presently stayed pending the

08:41AM 1    decision of the Texas MDL Panel?

08:41AM 2                MR. LANGAN:  They are, Your Honor, yes.

08:41AM 3                THE COURT:  All right.  The Status of MDL 2185.

08:41AM 4                MR. LANGAN:  Yes, Your Honor.  As I've reported

08:41AM 5    previously, Judge Ellison is conducting this proceeding involving

08:41AM 6    derivative cases, ERISAs, and securities.  The pleadings are

08:41AM 7    still being settled.  Motions to dismiss are being filed.  There

08:41AM 8    aren't any ruling dates set.  I think it will probably be at

08:41AM 9    least the end of the second quarter before there are rulings on

08:42AM 10   the motions to dismiss.

08:42AM 11               In the meantime, counsel from that proceeding, the

08:42AM 12   plaintiffs, are still participating in discovery in this

08:42AM 13   proceeding.  We're still producing our documents to them.  They

08:42AM 14   are attending depositions in MDL 2179.

08:42AM 15               Then, as we noted in our written status report, on

08:42AM 16   April 13th, Judge Ellison did have a status conference in the

08:42AM 17   Southern District of Texas and talked about discovery issues,

08:42AM 18   talked about coordination with this Court and indicated that he

08:42AM 19   certainly understood that there may be witnesses that would need

08:42AM 20   to be deposed additionally some day in that case, were it to be

08:42AM 21   necessary, but there may be other witnesses deposed in this case

08:42AM 22   where no additional depositions are going to be necessary.  My

08:42AM 23   take-away, at least, was he is going to take that deponent by

08:42AM 24   deponent.

08:42AM 25               THE COURT:  It sounds like everyone is doing the best

08:42AM 1    that we can in terms of coordinating things with 2185.

08:42AM 2         MR. LANGAN:  I think that's right, Your Honor.

08:42AM 3         THE COURT:  Great.  Anybody else want to speak to that?

08:43AM 4    All right.

08:43AM 5              Eileen, can you give them one of those portable

08:43AM 6    mics there.

08:43AM 7              You can pick it up out of there, if you would like.

08:43AM 8    Just don't break it.

08:43AM 9         MR. MEADE:  John Alden Meade for the derivative

08:43AM 10   plaintiffs in 2185.

08:43AM 11             That's essentially accurate, what Mr. Langan said

08:43AM 12   about the hearing, and we are continuing to work with BP on all

08:43AM 13   of that.  We may have a separate discovery and trial schedule

08:43AM 14   there, but so far the coordination is proceeding apace.

08:43AM 15        THE COURT:  Very well.  Great.  I think someone else

08:43AM 16   wants to speak.

08:43AM 17        MR. STRADLEY:  Good morning, Your Honor.  Bill Stradley

08:43AM 18   from the securities plaintiffs in 2185.

08:43AM 19             That's essentially correct.  There are many

08:43AM 20   witnesses that we will not ever seek to redepose or need to ask

08:44AM 21   any questions of or minimally ask any questions of; but, there

08:44AM 22   are some that we will need to redepose, and that's understood, I

08:44AM 23   think, by everybody.

08:44AM 24        THE COURT:  All right.  Very well.  Thank you.

08:44AM 25        MR. STRADLEY:  Thank you.

08:44AM 1      THE COURT:  You're going to report on -- Mr. Haycraft,

08:44AM 2  are you moving to the next agenda item, Written and Deposition

08:44AM 3  Discovery?

08:44AM 4      MR. HAYCRAFT:  Yes, Your Honor, in my traditional role,

08:44AM 5  I'd like to report on the written -- both the written and the

08:44AM 6  deposition discovery.  I think there are a lot of tired lawyers

08:44AM 7  in this room on both fronts.

08:44AM 8          To date, 37 depositions have been taken, 95 are

08:44AM 9  currently scheduled, with many more to be scheduled.  The month

08:44AM 10 of June is particularly packed with three, four and five

08:44AM 11 depositions per day.

08:44AM 12     THE COURT:  On both sides of the pond, right?

08:45AM 13     MR. HAYCRAFT:  Pardon me?

08:45AM 14     THE COURT:  On both sides of the pond?

08:45AM 15     MR. HAYCRAFT:  Yes, indeed.  A couple dozen depositions

08:45AM 16 in London in June.  We missed the Royal wedding, but I understand

08:45AM 17 the weather will be better in June.

08:45AM 18     THE COURT:  Let's see how many people in this room

08:45AM 19 watched it at 5:00 this morning?  Everybody watched it?

08:45AM 20         I was stating earlier how ironic it is that we

08:45AM 21 fought the revolutionary war to get out from under their

08:45AM 22 monarchy, but we're all fascinated with it.

08:45AM 23     MR. HAYCRAFT:  I couldn't sleep last night.

08:45AM 24         These depositions are not ordinary depositions.

08:45AM 25 They last 15 hours over two days.  So far, the record --

08:45AM  1  Deb Kuchler and I were conferring just a moment ago -- we believe
08:45AM  2  there are more than 1100 exhibits in the deposition record so
08:46AM  3  far.  The Pan Am Center on the 11th floor is just a hubbub of
08:46AM  4  activity every day.  I think it's remarkable, a remarkable feat
08:46AM  5  that's being achieved in this case, Your Honor.  I know I'm proud
08:46AM  6  of all of the lawyers in this room who have been working together
08:46AM  7  on those depositions.
08:46AM  8          There is more to be discovered.  We meet each week,
08:46AM  9  as you know, with Judge Shushan, and she is doing a masterful job
08:46AM 10  in keeping us working as hard as we're working, and she's working
08:46AM 11  equally hard.
08:46AM 12      THE COURT:  I appreciate that.  Thank you very much.  I
08:46AM 13  agree with everything you just said in terms of the efforts and
08:46AM 14  cooperation among all counsel as has been reported to me.  That's
08:46AM 15  very commendable.
08:46AM 16          As you said, Judge Shushan has been of great
08:46AM 17  assistance to you all, to the parties, I know, to the counsel and
08:47AM 18  to this Court, in moving that along.
08:47AM 19          The next item is the BOP Testing Status.
08:47AM 20      MR. GASAWAY:  Good morning, Your Honor.
08:47AM 21      THE COURT:  Good morning.
08:47AM 22      MR. GASAWAY:  Rob Gasaway for BP.
08:47AM 23          Very briefly, the second round of BOP testing
08:47AM 24  kicked off on April 14th.  There was a hearing that day.  Again,
08:47AM 25  Magistrate Judge Shushan used her excellent offices to conciliate

08:47AM  1   an agreement between all parties for a process that hopefully

08:47AM  2   will be even better resourced but modeled on the earlier process

08:47AM  3   that the JIT used.

08:47AM  4           Following on that, that weekend DNV went into

08:47AM  5   action.  The testing process and organizational process started.

08:47AM  6   We continued to talk, and, as this Court knows, you entered

08:47AM  7   orders that Tuesday, April 19th, formally approving both the DNV

08:47AM  8   contract and a set of testing protocols saying exactly what they

08:47AM  9   are going to do.

08:47AM  10          Pause here just to note that there is more

08:48AM  11  transparency, more up-front knowledge on behalf of all parties

08:48AM  12  about what this testing is going to entail than there was before.

08:48AM  13  We've really gone to school on what happened on the earlier

08:48AM  14  round.

08:48AM  15          Since then, DNV counsel, Mark Cohen -- who could

08:48AM  16  not be here today and who is not a party to these proceedings --

08:48AM  17  but, again, together with Magistrate Judge Shushan and the

08:48AM  18  parties, has been very supportive, has circulated a memorandum to

08:48AM  19  all parties describing the process for distributing data,

08:48AM  20  photographs, video, on a rolling basis, as this Court called for

08:48AM  21  on March 25th.

08:48AM  22          Again, we've resourced this process in a way that's

08:48AM  23  even better resourced than the earlier round, bringing in IT

08:48AM  24  consultants, logistics consultants, and everybody all working to

08:48AM  25  make sure that we can hit that June 15 deadline that this Court

08:48AM 1   insisted on in our March 17th conference and, again, March 25th.

08:48AM 2   So I think the process is underway and going apace.

08:48AM 3       THE COURT:  So you don't anticipate any problems with

08:49AM 4   getting whatever needs to be done, done by the June 15 date?

08:49AM 5       MR. GASAWAY:  We expect to get everything done by the

08:49AM 6   June 15th date right now.  We were very gratified that at the

08:49AM 7   multiple hearings Judge Shushan conducted on the 14th, the 15th

08:49AM 8   and the 19th, she affirmatively invited all parties to come

08:49AM 9   before her promptly with any problems, and we certainly plan to

08:49AM 10  do this; but, right now, we have all been doing our work just as

08:49AM 11  on the discovery Mr. Haycraft described.

08:49AM 12      THE COURT:  All right.  Very well.  Thank you.

08:49AM 13      MR. GASAWAY:  Thank you, Your Honor.

08:49AM 14      THE COURT:  Thank you.

08:49AM 15      Does anybody else need to say anything about the

08:49AM 16  BOP testing?  Mr. Underhill has nothing to say?

08:49AM 17      MR. UNDERHILL:  Only about Cement.

08:49AM 18      THE COURT:  Only about cement.  Well, you're up next.

08:49AM 19  Okay.

08:49AM 20      MR. UNDERHILL:  Thank you, Your Honor.  Mike Underhill,

08:49AM 21  Department of Justice.

08:49AM 22      THE COURT:  I kept hearing that they said they're doing

08:49AM 23  a better job than you guys were doing during the BOP testing.

08:50AM 24  That's what I was reading between the lines, Mr. Underhill.

08:50AM 25      MR. UNDERHILL:  You know, I hate it when people brag,

08:50AM 1    and my client is not here to defend itself.  All I can say, on a

08:50AM 2    personal level, Your Honor, as counsel, I'm glad to have done the

08:50AM 3    hand-off to Mr. Gasaway and BP.  They are doing a fine job, and

08:50AM 4    it seems like everybody is cooperating.

08:50AM 5            On the cement, Your Honor, that's short and brief.

08:50AM 6    There is really nothing new.  We're trying to work out internally

08:50AM 7    protocols that we can present to the parties and move that to the

08:50AM 8    Court for approval.  We're still working on that process to try

08:50AM 9    to smooth the rough edges, and I hope to report back, certainly

08:50AM 10   before the next conference.

08:50AM 11           THE COURT:  Do you have an anticipated time frame in

08:50AM 12   mind when this might be accomplished?  I know this is not -- at

08:50AM 13   least I understand this is not going to be nearly as time

08:50AM 14   consuming, once it gets underway, as the BOP testing.

08:50AM 15           MR. UNDERHILL:  That observation is correct, Your Honor.

08:50AM 16           THE COURT:  So what kind of time frame are we looking

08:50AM 17   at?

08:50AM 18           MR. UNDERHILL:  You know, I hate to promise a time

08:50AM 19   frame.  All I can say is we're working on it.

08:50AM 20           My goal is to get protocols that we've worked out

08:51AM 21   to the parties within two to three weeks.  That's our goal.  I

08:51AM 22   think once we do that and get approval, the testing itself, as

08:51AM 23   you point out, Your Honor, is not anything as complex and time

08:51AM 24   consuming as the BOP.  So if we established a benchmark of

08:51AM 25   June 15 simultaneous with the BOP, I certainly hope we're well

08:51AM 1    ahead of that curve.

08:51AM 2         THE COURT:  All right.  Does anybody else need to say

08:51AM 3    anything on the cement testing?

08:51AM 4         Kat, what happened to Number 8?  I just noticed we

08:51AM 5    went from 7 to 9.

08:51AM 6         THE CLERK:  I'm not sure.

08:51AM 7         THE COURT:  I'm not sure either.  I just realized there

08:51AM 8    is no Number 8.  I guess we won't talk about Item Number 8.

08:51AM 9         Item Number 9 we actually won't talk about either

08:51AM 10   except to say that, at my request and suggestion, several weeks

08:51AM 11   or maybe a couple of months ago now, the parties have been hard

08:51AM 12   at work.  Among other things that they have been doing, they have

08:52AM 13   been meeting and conferring among themselves and with our

08:52AM 14   Special Master, Professor McGovern, and with Judge Shushan to try

08:52AM 15   to resolve issues relating to a Trial Plan so that we can get

08:52AM 16   some sense of what the trial schedule for late February of 2012

08:52AM 17   will look like in terms of who the parties will be, what the

08:52AM 18   issues will be, what claims will be tried.

08:52AM 19         The main issue seems to me to be when to cut off

08:52AM 20   the first -- I don't want to say the first trial, the first phase

08:52AM 21   of probably a multiphase trial is what I'm envisioning we will

08:52AM 22   have.  So I know the parties have been meeting in good faith and

08:52AM 23   have made some progress that has been reported back to me.

08:52AM 24         Rather than try to air this out here this

08:53AM 25   morning -- I don't think that the time is right, and I think it

08:53AM 1   would take too long -- we're going to have a session with liaison
08:53AM 2   counsel.  I'll be meeting with liaison counsel a week from today
08:53AM 3   and try to work out any remaining issues or some of the remaining
08:53AM 4   issues with regard to the Trial Plan.
08:53AM 5           Does anybody need to say anything else about the
08:53AM 6   Trial Plan proposal?
08:53AM 7           Very well.  Number 10, Report on Short Form and
08:53AM 8   Other Filings.  Does anybody want to report?  I can report on
08:53AM 9   that.  I may have more up-to-date information than you all have,
08:53AM 10  I don't know.
08:53AM 11          This is as of yesterday evening, I asked the Clerk
08:53AM 12  of Court to give me some idea.  The true answer is we don't know
08:53AM 13  how many short form joinders have been filed.  It's still a work
08:54AM 14  in progress.
08:54AM 15          As of yesterday evening, I checked myself.  In the
08:54AM 16  so-called dummy docket number, 10-8888, where people are to file
08:54AM 17  their short form joinder forms, as of yesterday evening we had a
08:54AM 18  little over 77,000 short form joinders filed in that docket
08:54AM 19  number.
08:54AM 20          The Clerk's Office says in addition to those that
08:54AM 21  had been scanned in as of yesterday evening, they were holding
08:54AM 22  another 43 boxes of mailed-in forms, and they estimate that each
08:54AM 23  box contains four to five hundred forms, so that would be another
08:54AM 24  approximately 20,000 forms.  So that would get us up to almost a
08:54AM 25  hundred thousand.

08:54AM 1          In addition, they have discs which contain another

08:54AM 2     approximately 11,000 claims.  So, right now, the estimated number

08:55AM 3     of short forms is in the range of 110,000 claims.

08:55AM 4          In addition to those, there are another

08:55AM 5     approximately 20,000 claims, I'm told, that have been filed in

08:55AM 6     one fashion or another directly, not using the short form, but

08:55AM 7     filed directly into the Transocean limitation action.

08:55AM 8          So, by our Clerk's office -- again, this is a rough

08:55AM 9     or preliminary estimate -- that we're looking at about 130,000

08:55AM 10    claims that have been filed in the case and in the limitation

08:55AM 11    action by the April 20th deadline.

08:55AM 12         Does anybody need to comment on that or say

08:55AM 13    anything?  Very well.

08:55AM 14         Number 11, the so-called VOO cases, Vessels of

08:55AM 15    Opportunity cases.  Mr. Langan.

08:56AM 16    MR. LANGAN:  Yes, Your Honor.  I don't have an exact

08:56AM 17    count, but there is probably at least -- perhaps as many as two

08:56AM 18    dozen VOO cases that are before Your Honor right now, many as a

08:56AM 19    result of that JPML order of April 18th I mentioned earlier.

08:56AM 20    THE COURT:  Explain just briefly, again, for the benefit

08:56AM 21    of anybody who's listening, exactly what those cases are.  What

08:56AM 22    types of cases are they?

08:56AM 23    MR. LANGAN:  As part of BP's post-incident response

08:56AM 24    effort, the company started a program whereby it hired, either

08:56AM 25    directly or indirectly, thousands of private vessel owners to

08:56AM 1    assist in the cleanup effort.  The program was called Vessels of

08:56AM 2    Opportunity, V-O-O, VOO.  The vessel chartering was done

08:56AM 3    primarily through standardized charter agreements that had a day

08:56AM 4    rate and a period of time.

08:56AM 5         There are some legal disputes that have arisen as a

08:57AM 6    result of this Vessel of Opportunity program about whether full

08:57AM 7    payment was made or not.  Obviously, BP has one position about

08:57AM 8    that, and some plaintiffs have another.  I guess those legal

08:57AM 9    issues will need to be sorted out.

08:57AM 10        But that's what the VOO cases are about.  They are

08:57AM 11   contract cases arising from the program as a result of our spill

08:57AM 12   response efforts.

08:57AM 13        THE COURT:  So, if I understand, there may be some

08:57AM 14   common legal issues; but, factually, they are individual cases?

08:57AM 15        MR. LANGAN:  That is correct.  I think there will be

08:57AM 16   some common legal issues about contract construction, perhaps,

08:57AM 17   maybe that can be resolved as a matter of law; but, there will

08:57AM 18   also be issues about when people's contractual rights were

08:57AM 19   terminated and whether the payment was in full or not, and those

08:57AM 20   will be individual issues.

08:57AM 21        THE COURT:  All right.  So what I think we'll have to do

08:57AM 22   with those cases is to set up a mechanism to put in place a

08:57AM 23   separate -- it seems to me that should require a separate case

08:58AM 24   management order, similar to what we're planning to do with the

08:58AM 25   insurance cases?

08:58AM  1         MR. LANGAN:  Right.  I agree with that.

08:58AM  2             Your Honor, I should also mention that I am aware

08:58AM  3  of the fact that in the recent past there have been some

08:58AM  4  additional state court filings of VOO cases, I think in

08:58AM  5  Mobile County Circuit Court, to take an example.  Maybe some day

08:58AM  6  those cases will be here, too, depending on what happens with

08:58AM  7  removal and transfer.

08:58AM  8         THE COURT:  Are there one or more primary plaintiff

08:58AM  9  attorneys handling those cases?  I don't know if anybody is here.

08:58AM 10         MR. CARRIGEE:  Your Honor, Dave Carrigee.

08:58AM 11         THE COURT:  Mr. Carrigee, do you want to -- thank you.

08:58AM 12             Mr. Langan, I didn't mean to cut you off.

08:58AM 13         MR. LANGAN:  No, no, that's okay.  I just wanted to

08:58AM 14  mention that there is another generation that may be here some

08:58AM 15  day.

08:58AM 16         THE COURT:  I understand.  Okay.

08:58AM 17         MR. CARRIGEE:  Your Honor, Dave Carrigee with Baldwin,

08:58AM 18  Haspel, Burke and Mayer.  I'm actually here on a motion to sever

08:58AM 19  in Case -- I think it's 11-685.

08:58AM 20         THE COURT:  Are those similar type cases?

08:59AM 21         MR. CARRIGEE:  Those are all Vessel of Opportunity

08:59AM 22  cases.  When you said plaintiffs here, I'm representing some

08:59AM 23  Vessel of Opportunity plaintiffs in this case.

08:59AM 24         THE COURT:  Right.  Do you represent people in just that

08:59AM 25  one case or multiple cases?

08:59AM 1          MR. CARRIGEE:  No, Your Honor.  We actually have -- we

08:59AM 2    have filed so far, I believe, three case -- we have filed a total

08:59AM 3    of 28 cases.  We probably have close to 115 cases to be filed.

08:59AM 4    So they will be filed.

08:59AM 5          One of the reasons we held off filing is primarily

08:59AM 6    because of the transfer of these cases to the MDL, and we thought

08:59AM 7    we would see what the Court wanted to do with them before we

08:59AM 8    filed the other cases.

08:59AM 9          I would say this, that --

08:59AM 10         THE COURT:  I am sorry, not to preempt you, but do you

08:59AM 11   have any problem with what I suggested?  I know you can't speak

08:59AM 12   for all the plaintiffs, necessarily --

08:59AM 13         MR. CARRIGEE:  Right.

08:59AM 14         THE COURT:  -- but it seems to me that the logical way

08:59AM 15   to handle these is to -- I don't know that we need to sever them

08:59AM 16   from the MDL, but certainly they need to be handled separately;

09:00AM 17   so, a different track, a different case management order is what

09:00AM 18   I envision.

09:00AM 19         MR. CARRIGEE:  There are several, I think, Your Honor,

09:00AM 20   alternatives that the Court has is, obviously, one, to have its

09:00AM 21   own MDL.  I don't know if the mechanics of that is more

09:00AM 22   complicated than severing it and setting --

09:00AM 23         THE COURT:  I think that's more complicated than trying

09:00AM 24   to sever it at this point.

09:00AM 25         MR. CARRIGEE:  My concern, although there are common --

09:00AM 1   I think everybody --

09:00AM 2           THE COURT:  You don't want to be caught up in all the

09:00AM 3   discovery that's going on in this case.  I can understand that.

09:00AM 4   I don't think that would be -- that's why I suggested --

09:00AM 5           MR. CARRIGEE:  Nor do we want to delay getting -- my

09:00AM 6   only concern of just putting a separate subset of this and using

09:00AM 7   the same Plaintiffs' Steering Committee, that we may get thrown

09:00AM 8   on the back burner.

09:00AM 9           Unlike insurance that may not have to be decided

09:00AM 10  until the end, this absolutely has nothing to do with anything

09:00AM 11  that the MDL is addressing other than BP is the party we sued

09:00AM 12  because they owe us money on the contract.

09:01AM 13          THE COURT:  Well, it seems to me that concern -- I

09:01AM 14  understand your concern, but that can be addressed with the case

09:01AM 15  management order.

09:01AM 16          MR. CARRIGEE:  That's essentially it.  We just have

09:01AM 17  nothing in common with the discovery or the pretrial proceedings

09:01AM 18  which the initial MDL is designed to handle.  If we could somehow

09:01AM 19  be moved on a fast track, even if we had a different Plaintiffs'

09:01AM 20  Steering Committee, to move our cases along.

09:01AM 21          They really are damages cases.  Most of them have

09:01AM 22  the same contract.  I suspect the issue of the contract could be

09:01AM 23  decided probably on a motion for summary judgment because it's

09:01AM 24  probably going to be a legal issue about what the contract says.

09:01AM 25  Then it's just a question of putting our damages together for

09:01AM 1   each plaintiff.

09:01AM 2           THE COURT:  Thank you, Mr. Carrigee.

09:02AM 3               Mr. Herman, did you want to say something?

09:02AM 4       MR. HERMAN:  Yes, Your Honor, just to, perhaps, fill in

09:02AM 5   some more background.

09:02AM 6           There are a number of VOO clients or VOO members

09:02AM 7   who have pure contract claims, were they paid enough under their

09:02AM 8   charter agreements.  Some of those plaintiffs -- or many of those

09:02AM 9   plaintiffs also have claims against BP, just under OPA or

09:02AM 10  whatever, for loss of profits or sustenance, etcetera.  Also,

09:02AM 11  they are many of the B3 claimants who have medical monitoring or

09:02AM 12  exposure claims.

09:02AM 13          We had -- PSC and other common benefit attorneys

09:02AM 14  had a meeting this week, in fact, where the attorneys that we

09:02AM 15  knew of who were handling a lot of VOO cases were invited to kind

09:02AM 16  of caucus and talk about the various different issues, both the

09:02AM 17  contractual issues and the other -- medical monitoring and other

09:02AM 18  issues.  I apologize if counsel wasn't invited.  He's certainly

09:02AM 19  welcome to participate in our efforts.

09:02AM 20          We agree that with respect to the contract claims,

09:03AM 21  pure contract claims, that could probably be fast tracked or

09:03AM 22  separately handled, and we would be happy to work with opposing

09:03AM 23  counsel and other counsel to establish a case management order

09:03AM 24  for that.  What we're concerned about is we just don't want a

09:03AM 25  claims splitting issue for those VOO members who also have

09:03AM 1  medical monitoring or other economic claims.

09:03AM 2          MR. CARRIGEE:  Your Honor, I don't disagree with that.

09:03AM 3  All of our claimants are contractual vessel owners.

09:03AM 4          THE COURT:  That's the only claims your clients have?

09:03AM 5          MR. CARRIGEE:  Yes, Your Honor.

09:03AM 6          THE COURT:  They don't have medical monitoring claims?

09:03AM 7          MR. CARRIGEE:  No.

09:03AM 8          THE COURT:  They are not claiming loss of income --

09:03AM 9          MR. CARRIGEE:  Loss of income -- I'm sorry.

09:03AM 10         THE COURT:  Loss of income, are they claiming that

09:03AM 11 because of the oil spill, or just because they weren't paid under

09:03AM 12 the contract?

09:03AM 13         MR. CARRIGEE:  Just because they were not paid under the

09:03AM 14 contract.  But I understand the concern, and I appreciate and I

09:03AM 15 understand you don't want to split claims.

09:03AM 16         THE COURT:  What I'm going to ask is that the PSC,

09:03AM 17 Mr. Langan, BP and you and the other plaintiffs arrange some sort

09:04AM 18 of meet and confer at some convenient time between now and our

09:04AM 19 next meeting -- it may take you a while, I understand -- but work

09:04AM 20 toward some sort of special case management order for these

09:04AM 21 cases, okay?

09:04AM 22         MR. CARRIGEE:  Thank you, Your Honor.

09:04AM 23         MR. HERMAN:  Yes, Your Honor.

09:04AM 24         MR. LANGAN:  Your Honor, we did file papers opposing the

09:04AM 25 motion to sever, and we think they belong here.  I think the

09:04AM 1    Panel has spoken on this.

09:04AM 2          THE COURT:  I agree.

09:04AM 3              Again, Mr. Carrigee, I didn't want to preempt you

09:04AM 4    if you want to say anything else, but I'm not going to sever the

09:04AM 5    cases.  I'm going to leave them in the MDL, but we're going to

09:04AM 6    handle them the way we just said.  I think that makes sense.

09:04AM 7          MR. CARRIGEE:  I got that out of your first answer.

09:04AM 8          THE COURT:  I didn't want to preempt your argument if

09:04AM 9    you wanted to make one.

09:04AM 10         MR. CARRIGEE:  I'm done.

09:04AM 11         THE COURT:  I guess I did.

09:04AM 12             So that handles 11, 12 and 13, actually.

09:04AM 13         MR. BEARY:  Your Honor, I'm here on Number 13.

09:05AM 14         THE COURT:  I'm sorry.  Maybe I spoke too quickly.

09:05AM 15             Is that a different kind of case?

09:05AM 16         MR. BEARY:  It's a different case, Your Honor.

09:05AM 17             My name is Chris Beary.  I represent

09:05AM 18    Southeast Recovery.  We filed a couple of weeks ago an open

09:05AM 19    account claim against BP which results from my client entering

09:05AM 20    into a contract with BP to provide helicopter services after the

09:05AM 21    spill itself.

09:05AM 22             This claim doesn't have anything to do with damages

09:05AM 23    from the spill or why the spill occurred.  The underlying facts

09:05AM 24    are a couple of conversations --

09:05AM 25         THE COURT:  Excuse me, but it's analogous to the VOO

09:05AM 1    type of cases; it's a contract case for services rendered,

09:05AM 2    response-type services contracted for by BP after the spill,

09:05AM 3    right?

09:05AM 4         MR. BEARY:  It is that, Your Honor.  The only difference

09:06AM 5    is there are a significant number of *VOO claims*, as they are

09:06AM 6    called.  The VOO claims are also the subject of the pleading

09:06AM 7    bundling and the allegations in this case.

09:06AM 8         That's different from my client.  My client's --

09:06AM 9    the way my client's contract arose has nothing to do with the

09:06AM 10   master services agreement that the Vessels of Opportunity had,

09:06AM 11   has nothing to do with the Vessels of Opportunity program.

09:06AM 12        THE COURT:  Do you have a written contract?

09:06AM 13        MR. BEARY:  No, it's an oral contract.  One of the

09:06AM 14   invoices was paid under the contract, and the balance of the

09:06AM 15   invoices were not paid under the contract.

09:06AM 16        THE COURT:  I'm not trying to try the case right now,

09:06AM 17   but what is the main dispute, if you can tell me?

09:06AM 18        MS. BARRIOS:  One individual on behalf of my client

09:06AM 19   talked to one individual on behalf of BP.  They entered into an

09:06AM 20   oral agreement.  The services were provided from June through

09:06AM 21   November.

09:06AM 22        THE COURT:  Is it disputed that they had an oral

09:06AM 23   agreement --

09:06AM 24        MR. BEARY:  I think so.

09:06AM 25        THE COURT:  -- or just the cost or the amount?

09:06AM 1         MR. BEARY:  Well, BP did pay for the services pursuant

09:06AM 2  to the terms of the agreement for part, discontinued paying for

09:06AM 3  it after the individual who authorized the services left BP, and

09:07AM 4  there were communications back and forth from November through

09:07AM 5  March about getting paid.

09:07AM 6         THE COURT:  So it sounds like it's an issue of

09:07AM 7  everything is oral, and they don't agree on what they agreed

09:07AM 8  upon.

09:07AM 9         MR. BEARY:  Exactly, Your Honor.  I would say it's

09:07AM 10  similar to the *Altier* case that you severed about a month ago

09:07AM 11  where you had adjusters working for the insurance company who

09:07AM 12  sued *Worley* and sued BP.  Those claims, Your Honor ruled, weren't

09:07AM 13  sufficiently related to the MDL because they don't meet any of

09:07AM 14  the three requirements.  There is no common fact that's material

09:07AM 15  to the dispute, in my client's case, that's going to be litigated

09:07AM 16  here.  It's certainly not efficient or convenient for my

09:07AM 17  client --

09:07AM 18         THE COURT:  What would be the problem with handling it

09:07AM 19  sort of like -- not necessarily lumping you in with the VOO

09:07AM 20  cases, but it seems to me that we could handle your case, and

09:07AM 21  there may be others that fall in the same category, some of these

09:07AM 22  odd -- I don't say odd, but collateral contract type cases, we

09:08AM 23  can handle those.

09:08AM 24         Because even though you're right, technically I

09:08AM 25  severed the *Worley* cases out -- I don't know whether it made any

09:08AM   1   difference that we needed to sever them out -- they are going to

09:08AM   2   be handled like the VOO cases with a separate case management

09:08AM   3   order.  We could do that with your case and put it on a separate

09:08AM   4   track.

09:08AM   5            It sounds like to me your case ought to be handled

09:08AM   6   pretty quickly and easily by a mediation that we could send you

09:08AM   7   to.

09:08AM   8            MR. BEARY:  That would be fine, Your Honor.  I don't

09:08AM   9   have a problem staying part of the MDL as long as we get a

09:08AM  10   separate scheduling order, because I don't think that I need to

09:08AM  11   be --

09:08AM  12            THE COURT:  I understand.

09:08AM  13            MR. BEARY:  -- my client needs to be involved in any of

09:08AM  14   this discovery that's going on.

09:08AM  15            THE COURT:  I understand perfectly, and I think we can

09:08AM  16   accommodate you with that.

09:08AM  17            MR. BEARY:  How would you like me to proceed in that

09:08AM  18   regard, Your Honor?

09:08AM  19            THE COURT:  Mr. Langan.

09:08AM  20            MR. LANGAN:  Your Honor, we filed a response on the

09:08AM  21   motion to sever on the 27th of April, and we think the case

09:08AM  22   should be in the MDL.  Obviously, a separate consideration is

09:08AM  23   fine.

09:08AM  24            We think there are as many as 20 sort of disputes

09:08AM  25   like this involving spill response contract disputes that have

09:09AM 1    come up, separate and apart from VOO.

09:09AM 2        THE COURT:  What I'm thinking of, even though they are

09:09AM 3    individual cases, they could be put on a similar track, so to

09:09AM 4    speak, in the sense of -- maybe I could get either another

09:09AM 5    magistrate judge or we can get somebody to start trying to

09:09AM 6    mediate those for you all early on.  It just seems to me those

09:09AM 7    ought to be resolvable without you all spending the next year or

09:09AM 8    two litigating that.

09:09AM 9        How much money is your claim for?

09:09AM 10       MR. BEARY:  1.3 million, Your Honor.  They desperately

09:09AM 11   need the money, obviously.

09:09AM 12       My only concern with being lumped into 20 other

09:09AM 13   cases is that they're separate contracts, they're separate

09:09AM 14   underlying facts.

09:09AM 15       THE COURT:  I understand.

09:09AM 16       MR. BEARY:  I wouldn't want to have to do discovery in

09:09AM 17   all those 20 cases.

09:09AM 18       THE COURT:  That's not the point.  I think we can handle

09:09AM 19   this.  I understand what your issues are.

09:09AM 20       What we'll do is we'll set up a conference, either

09:09AM 21   with me or with Judge Shushan or with another magistrate judge,

09:10AM 22   and we can put some sort of scheduling order in place for your

09:10AM 23   case, okay.

09:10AM 24       MR. BEARY:  Thank you, Your Honor.

09:10AM 25       THE COURT:  With or without other cases.

09:10AM 1          Maybe, Mr. Langan, you can help the Court identify

09:10AM 2   a list of similar cases.  At least we could have an initial

09:10AM 3   conference with everybody that's got similar type cases and see

09:10AM 4   to what extent they can be handled on a similar schedule, even

09:10AM 5   though each case is different, I understand.

09:10AM 6          MR. LANGAN:  Very well, Your Honor.

09:10AM 7          MR. BEARY:  Thank you, Your Honor.

09:10AM 8          THE COURT:  So I'm going to deny the motion to sever at

09:10AM 9   this time with the understanding that we'll handle it as we just

09:10AM 10  discussed.

09:10AM 11         Number 14, I don't know that there is any

09:10AM 12  opposition to this by anybody.  Does anybody need to speak?

09:10AM 13         There was a motion filed.  I mean, we've deferred

09:10AM 14  any class certification issues; but, in one member case, 10-3112,

09:11AM 15  there is a motion to substitute the designated class

09:11AM 16  representative.

09:11AM 17         MR. LANGAN:  We have no opposition from BP.

09:11AM 18         THE COURT:  Does anybody oppose that?

09:11AM 19         MR. HERMAN:  No, Your Honor.

09:11AM 20         THE COURT:  I'll grant that motion.  That's

09:11AM 21  Record Document 2078, Eileen.

09:11AM 22         Number 15, these are motions for entry of default,

09:11AM 23  as I understand it, not by Transocean in its limitation, but by

09:11AM 24  the responder vessels in six different limitation actions

09:11AM 25  involving six different vessels involved in the response efforts.

09:11AM 1          I've looked at those.  I think because the monition

09:11AM 2    date had just passed last week, and we're still sorting out the

09:11AM 3    claims and so forth, I think it would just make sense to let the

09:11AM 4    dust settle a little bit on these things before I act on any

09:11AM 5    motions for entry of default.  I don't see any urgency to act on

09:12AM 6    those.

09:12AM 7          I know Mr. Kerry Miller -- where is Kerry?  There

09:12AM 8    you are.  I didn't see you over there.  You indicate you're going

09:12AM 9    to file something similar at some point, right?

09:12AM 10         MR. MILLER:  Yes, Your Honor.  Kerry Miller on behalf of

09:12AM 11   Transocean.

09:12AM 12         THE COURT:  Or maybe you have already filed it.

09:12AM 13         MR. MILLER:  We actually did file something yesterday

09:12AM 14   afternoon, a motion for default; but, as Your Honor indicated,

09:12AM 15   earlier on and in chambers, the dust hasn't settled yet on the

09:12AM 16   claims in the limitation, and there are some other issues in

09:12AM 17   terms of amendments of dismissals.

09:12AM 18         THE COURT:  Right.

09:12AM 19         MR. MILLER:  So I thought the idea was let the dust

09:12AM 20   settle and maybe take this up at our next conference.

09:12AM 21         THE COURT:  Yes.  Thank you.

09:12AM 22         By the way, with respect to the amendments, so to

09:12AM 23   speak, I'll just mention that we've gotten some phone calls and

09:12AM 24   inquiries from either Pro Se litigants and/or from attorneys

09:13AM 25   about whether people could amend claims that were timely filed,

09:13AM 1    but now they want to amend -- to do what, I'm not sure -- but

09:13AM 2    they want to amend the claims, and what was the mechanism for

09:13AM 3    that.

09:13AM 4              I suggested that the Clerk's Office just tell them

09:13AM 5    that if anyone wanted to do that -- particularly this was more

09:13AM 6    directed to Pro Se litigants, I think lawyers would figure out

09:13AM 7    how to do that -- but to tell them that they could use the same

09:13AM 8    form, but they should write *amended* and refer to their original

09:13AM 9    docket number, if they had it, so we would know this is a

09:13AM 10   purported amendment of an earlier filed claim.  Hopefully, we

09:13AM 11   don't get a whole slew of those and it doesn't cause too much

09:13AM 12   confusion, but, anyway.

09:13AM 13             MR. LYLE:  Yes, Your Honor, Michael Lyle on behalf of

09:13AM 14   the emergency responder defendants.

09:13AM 15             We filed the motions for default.  How would the

09:13AM 16   Court like us to proceed and bring it back to the Court?

09:13AM 17             THE COURT:  We'll keep this on the radar screen.

09:14AM 18   Between now and our next meeting, you can have some discussions

09:14AM 19   with other counsel, and we'll see if it's appropriate to consider

09:14AM 20   then.

09:14AM 21             MR. LYLE:  Thank you, Your Honor.

09:14AM 22             THE COURT:  Thank you.  Anybody else want to speak on

09:14AM 23   that?

09:14AM 24             MR. ROY:  Jim Roy, Your Honor.

09:14AM 25             As a collateral issue, there were a number of

09:14AM 1   filings that never reached the Clerk's Office by midnight on

09:14AM 2   April 20th, that instead reached our office, reached Steve's

09:14AM 3   office, reached other lawyers' offices.

09:14AM 4        THE COURT:  By mail?

09:14AM 5        MR. ROY:  You name it, everything except carrier pigeon.

09:14AM 6   But we will -- and we have alerted Mr. Miller to this, that the

09:14AM 7   PSC will be coming back at some point in time in the not too

09:14AM 8   distant future with a motion to permit them to be added.  We're

09:14AM 9   working with Kerry on that.  He understands and it fits hand in

09:14AM 10  glove with the reason -- or a reason to delay entering of

09:15AM 11  default.

09:15AM 12       THE COURT:  Very well.  We'll deal with that.

09:15AM 13            Does anybody else need to say anything about those

09:15AM 14  issues?

09:15AM 15            All right.  Number 16, Motion to Strike Louisiana's

09:15AM 16  Memorandum or, in the Alternative, to extend the B1 Reply Filing

09:15AM 17  Date and Enlarge B1 Reply Brief Page Limit.

09:15AM 18            Mr. Langan.

09:15AM 19       MR. LANGAN:  Your Honor, this is our motion, and I think

09:15AM 20  we've actually been joined by some other defendants in the last

09:15AM 21  few days.  It's about sort of an orderly process for dealing with

09:15AM 22  the pending motions to dismiss.

09:15AM 23            Your Honor, in a prior order, had set March 30th as

09:15AM 24  a deadline for responding to Rule 12 motions that we filed, and

09:15AM 25  these have to do with, I believe, pleading bundles B1 and B2.  So

09:15AM 1  we filed our brief on time.  The PSC filed its opposition on time

09:15AM 2  per the Court's order.  Then we come to April 18th, when

09:15AM 3  basically without notice, without leave, without warning, the

09:16AM 4  State of Louisiana filed a 57-page brief which essentially

09:16AM 5  reargued all kinds of legal issues that were embedded in our

09:16AM 6  motion to dismiss.

09:16AM 7       This is during the midst of the time when we were

09:16AM 8  preparing our reply brief, which was due on April 29th.  So their

09:16AM 9  brief was unauthorized, oversized, didn't coordinate through the

09:16AM 10  PSC, and it's just basically unfair to us, you know, in terms of

09:16AM 11  trying to have an orderly presentation.

09:16AM 12       So, Your Honor, we think you have a couple of

09:16AM 13  different options.  You could strike the brief altogether, which

09:16AM 14  I think is the right result; but, failing that, BP ought to be

09:16AM 15  given an opportunity to respond to this in some fashion, either

09:16AM 16  with additional time and additional pages or some other way, so

09:16AM 17  we can fairly present our arguments on our motion to dismiss.

09:16AM 18       So that's what this motion is all about,

09:16AM 19  Your Honor, and we thank you for your consideration.

09:16AM 20       THE COURT:  Thank you.  I think Mr. Godwin has said, Me,

09:16AM 21  too.

09:16AM 22       MR. GODWIN:  Yes, Your Honor.  Halliburton joined that

09:17AM 23  motion of BP.  Thank you, Judge.

09:17AM 24       MS. KUCHLER:  So have we, Your Honor.

09:17AM 25       THE COURT:  Identify yourself.

09:17AM 1          MS. KUCHLER:  I'm sorry, Deb Kuchler for Anadarko and

09:17AM 2    MOEX.  I thought everybody knew who I was.

09:17AM 3          THE COURT:  Well, we do, except the people on the phone

09:17AM 4    may not.  We recognize your face, but they may not recognize your

09:17AM 5    voice.

09:17AM 6               Who is here for the State of Louisiana?  Anybody?

09:17AM 7          MR. KANNER:  Good morning, Your Honor.

09:17AM 8          THE COURT:  Good morning.

09:17AM 9          MR. KANNER:  Allan Kanner for the State of Louisiana.

09:17AM 10         THE COURT:  You've filed a written opposition, too --

09:17AM 11         MR. KANNER:  Yes.

09:17AM 12         THE COURT:  -- to this motion, which I have received.

09:17AM 13         MR. KANNER:  Yes.

09:17AM 14              What I heard Mr. Langan say was that there was no

09:17AM 15   warning.  We, in fact, filed a notice of intent earlier that, as

09:17AM 16   we point out in our brief, nobody objected to.  We didn't hear

09:17AM 17   from Alabama, the PSC or any of the defendants.

09:18AM 18         THE COURT:  Well, but that's not exactly leave of court.

09:18AM 19   You just can't say, I intend to violate a scheduling order, and

09:18AM 20   think that that's sufficient, Mr. Kanner.

09:18AM 21         MR. KANNER:  The other thing I heard Mr. -- the other

09:18AM 22   thing I heard Mr. Langan say was that we were just rearguing

09:18AM 23   matters, and we really were not trying to reargue anything,

09:18AM 24   Your Honor.

09:18AM 25              We were trying to deal with some issues.  The State

09:18AM 1    of Louisiana has some very substantial concerns here.  For

09:18AM 2    example, we talked extensively about the moratorium losses.  The

09:18AM 3    State of Louisiana may have hundreds of millions of dollars of

09:18AM 4    moratorium issues.  It's much less of a concern or interest to

09:18AM 5    the PSC.  If Your Honor looks at the briefs, you can see that

09:18AM 6    there really was a substantial discussion of a moratorium, and we

09:18AM 7    wanted to get those issues before Your Honor.

09:18AM 8              Not for any purpose other than to help Your Honor,

09:18AM 9    as you're going --

09:18AM 10             THE COURT:  How would your interest be different on

09:19AM 11   those issues than the PSC's interest?

09:19AM 12             MR. KANNER:  They really didn't devote much, if any,

09:19AM 13   time to it.  We think -- and that's because --

09:19AM 14             THE COURT:  You mean you just weren't satisfied with

09:19AM 15   their brief, but you don't have different interests than they do?

09:19AM 16             MR. KANNER:  Oh, I think we do, we have different

09:19AM 17   issues.

09:19AM 18             THE COURT:  Well, you have different interests in

09:19AM 19   damages, the types of damages, but we're not there yet.  We're

09:19AM 20   dealing with liability issues.

09:19AM 21             MR. KANNER:  I understand that, Your Honor.  But as you

09:19AM 22   move forward in the case -- we had filed our original dec action

09:19AM 23   back in October.  Transocean answered and raised all of these

09:19AM 24   defenses.

09:19AM 25             Right now, the State of Louisiana's motions won't

09:19AM  1  be heard for a considerable period of time, and we really wanted

09:19AM  2  to try to identify to the Court, in a limited fashion, some of

09:19AM  3  the concerns that we had going forward.  That was the reason we

09:19AM  4  filed the brief.

09:19AM  5          If we're merely rearguing matters, as Mr. Langan

09:19AM  6  says, then they don't need to respond at all to the brief.

09:20AM  7          THE COURT:  Well, the problem is, I'm more concerned

09:20AM  8  about me than Mr. Langan.  I've got to read your brief.

09:20AM  9          MR. KANNER:  I think Your Honor will very much enjoy the

09:20AM 10  brief.

09:20AM 11          THE COURT:  That's 57 more pages I have to read, plus

09:20AM 12  whatever -- if I allow it, then I've got to allow Mr. Langan more

09:20AM 13  pages.

09:20AM 14          MR. KANNER:  Well, I understand that, Your Honor, but

09:20AM 15  you also allowed each defendant to file fairly cumulative briefs

09:20AM 16  on preemption issues and many of the issues in this case.  I

09:20AM 17  didn't see much of a difference between what Halliburton,

09:20AM 18  Anadarko, MOEX, and BP were arguing; but, I would respectfully

09:20AM 19  request that the Court look at our brief.

09:20AM 20          THE COURT:  I'm going to allow your brief to be filed,

09:20AM 21  even though it was filed beyond the deadline, the scheduling

09:20AM 22  order, it was filed without leave of court, and it exceeds the

09:20AM 23  page limit.

09:20AM 24          I've got to tell you, Mr. Kanner, the State of

09:20AM 25  Louisiana, even though I know it has, quote, "sovereign

09:21AM 1 interests", as you reminded me over and over again, but it
09:21AM 2 doesn't have the right to violate the scheduling orders and the
09:21AM 3 case management orders of the Court.  So you can't just take it
09:21AM 4 upon yourself to say that I'm going to do what I want to do and
09:21AM 5 just hope that, you know, the Court will let me do it.

09:21AM 6           So I'm going to let this go, but be forewarned here
09:21AM 7 that we're not going to operate like this around here.  Okay?

09:21AM 8           MR. KANNER:  I would certainly -- I understand,
09:21AM 9 Your Honor.  We're not trying to violate the Court's rules.
09:21AM 10 We're simply trying to get --

09:21AM 11           THE COURT:  Well, you did.

09:21AM 12           MR. KANNER:  -- our position in front of the Court.

09:21AM 13           THE COURT:  Well, you could have filed timely, you could
09:21AM 14 have asked for leave of court, and you could have limited your
09:21AM 15 brief to the limits that everybody else is operating under.  So
09:21AM 16 that's what I don't understand, why Louisiana thinks it doesn't
09:21AM 17 have to play by the same rules as everybody else in this
09:21AM 18 litigation.  That's all I'm saying, okay.  Just keep that in
09:21AM 19 mind.

09:21AM 20           MR. KANNER:  Thank you, Your Honor.

09:22AM 21           THE COURT:  Thank you.

09:22AM 22            Mr. Langan --

09:22AM 23           MR. LANGAN:  Yes, Your Honor.

09:22AM 24           THE COURT:  -- how much time do you need to respond?

09:22AM 25           MR. LANGAN:  We had asked for, I believe, ten extra days

09:22AM 1    and, with some trepidation, 25 additional pages.

09:22AM 2            THE COURT:  When would 10 days be?

09:22AM 3            MR. LANGAN:  It's due 10 days from today, so I guess

09:22AM 4    that's --

09:22AM 5            THE COURT:  You want 10 days from today --

09:22AM 6            MR. LANGAN:  Correct.  May 9th?

09:22AM 7            THE COURT:  -- to file an additional 25 pages; is that

09:22AM 8    what I'm hearing?

09:22AM 9            MR. LANGAN:  To file our one brief that is extended by

09:22AM 10   25 pages.

09:22AM 11           THE COURT:  Oh, to not file two briefs instead.

09:22AM 12           MR. LANGAN:  No, no.  We would file one brief, longer,

09:22AM 13   that deals with everything.

09:22AM 14           THE COURT:  I follow what you're saying.

09:22AM 15           MR. LANGAN:  If that's okay.

09:22AM 16           THE COURT:  Does anybody oppose that?

09:22AM 17           MR. HERMAN:  No, Your Honor.

09:22AM 18           MR. LANGAN:  That should still meet the Court's

09:22AM 19   requirements for oral argument on the 26th of May.

09:22AM 20           THE COURT:  When would I get that brief?

09:22AM 21           MR. LANGAN:  May 9th, I think we're talking about.

09:22AM 22           THE COURT:  All right.  I guess I have plenty to read

09:22AM 23   between now and then.

09:22AM 24           MR. LANGAN:  Your Honor, thank you.

09:22AM 25           MR. GODWIN:  Your Honor, would that apply to

09:22AM 1    Halliburton, as well, Judge?

09:22AM 2                THE COURT:  Yes.

09:22AM 3                MR. GODWIN:  Thank you, sir.

09:22AM 4                MS. KUCHLER:  Deb Kuchler for Anadarko and MOEX.  To us,

09:23AM 5    as well?

09:23AM 6                THE COURT:  Very well.

09:23AM 7                All right.  Does anybody else have anything on

09:23AM 8    that?

09:23AM 9                Number 17, this is Motion for Order Amending

09:23AM 10   Pretrial Order Number 30, Record Document Number 2120.  I don't

09:23AM 11   believe there is any opposition to your motion, Mr. Underhill?

09:23AM 12               MR. UNDERHILL:  Mike Underhill.  Unopposed.

09:23AM 13               THE COURT:  Just very briefly, tell us what this does.

09:23AM 14   I think I understand it, but --

09:23AM 15               MR. UNDERHILL:  Actually, could I ask Ms. Himmelhoch to

09:23AM 16   come up?  She's the one that did the hard work, and I'm also

09:23AM 17   going to introduce her to Magistrate Shushan today.  Very

09:23AM 18   briefly, she can explain it.

09:23AM 19               THE COURT:  Identify yourself again.

09:23AM 20               MS. HIMMELHOCH:  My last name is H-I-M-M-E-L-H-O-C-H,

09:23AM 21   with the Department of Justice.

09:23AM 22               This is a very simple motion.  The original

09:23AM 23   Pretrial Order 30 provided that we would have to confer with

09:24AM 24   counsel about disposal of samples.  If, after 20 days, we've

09:24AM 25   heard no objection, we have to wait another 40 days before we can

09:24AM 1    dispose of the samples.

09:24AM 2             That time period was originally built into the

09:24AM 3    order based on the negotiations.  We've now had some experience,

09:24AM 4    and nothing has -- nothing useful has occurred in those 40 days,

09:24AM 5    but those 40 days force the United States to incur additional

09:24AM 6    storage costs.  So we're simply asking to excise that additional

09:24AM 7    40-day waiting period.

09:24AM 8             THE COURT:  So, basically, once the 20-day period goes

09:24AM 9    by and nobody objects, you can go ahead and dispose of it?

09:24AM 10            MS. HIMMELHOCH:  That's the idea, Your Honor.

09:24AM 11            THE COURT:  There is no opposition, so I'll grant your

09:24AM 12   motion.

09:24AM 13            MS. HIMMELHOCH:  Thank you very much.

09:24AM 14            THE COURT:  Number 18, this is a Motion for Leave to

09:24AM 15   Supplement Omnibus Memorandum in Opposition to Cameron's Motion

09:24AM 16   to Dismiss.

09:25AM 17            I think this is PSC's motion to basically file

09:25AM 18   three additional exhibits or proposed exhibits under seal in

09:25AM 19   connection with their opposition to Cameron's motions to dismiss.

09:25AM 20            MR. HERMAN:  Steve Herman for the plaintiffs.

09:25AM 21            That's correct, Your Honor.  I just conferred with

09:25AM 22   Mr. Beck, and I don't think there is an objection.

09:25AM 23            MR. BECK:  Your Honor, David Beck for Cameron.  We do

09:25AM 24   not object to the motion for leave.  And we will deal with the

09:25AM 25   one point they raised in our reply brief, which will be filed

09:25AM 1    today.

09:25AM 2              THE COURT:  Very well.  So I'll grant that motion.

09:25AM 3                   Eileen, that's Record Document 2121 that I'm

09:25AM 4    granting.

09:25AM 5                   Number 19 is Status of the Insurance Coverage

09:25AM 6    Cases.

09:25AM 7              MR. LANGAN:  Your Honor, Andy Langan for BP.

09:25AM 8                   You will recall that there are two separate cases

09:25AM 9    involving Transocean's excess carriers.  The status is, is that

09:25AM 10   the parties to that, the carriers plus Transocean, which has

09:26AM 11   intervened, plus BP, are discussing a proposed case management

09:26AM 12   order which we hope to submit to Your Honor before the May 26th

09:26AM 13   status.

09:26AM 14             THE COURT:  If you all need any assistance on that, you

09:26AM 15   can, you know, ask for either a conference with me or with

09:26AM 16   Judge Shushan, and we'll assist you as needed.

09:26AM 17             MR. LANGAN:  Thank you, Your Honor.

09:26AM 18             THE COURT:  Thank you.

09:26AM 19                   Does anybody else need to speak to the insurance

09:26AM 20   coverage cases?

09:26AM 21                   Okay.  Number 20, the Status of *Worley* and *Brewer*.

09:26AM 22   I guess these are the so-called *FLSA cases*.  They are not all

09:26AM 23   FLSA cases, but they are related.

09:26AM 24             MR. LANGAN:  Your Honor, there are other counsel here,

09:26AM 25   too, but just to give a preview, I gather Your Honor intends to

09:26AM 1    treat the *Worley* case and the *Brewer* case as part of this MDL.

09:26AM 2    There may have been a prior severance order, but I'm just trying

09:27AM 3    to get a sense.

09:27AM 4            THE COURT:  I think there was, and I'm not sure that I

09:27AM 5    should have severed them out.  I think we probably could have and

09:27AM 6    should have handled them like we're handling the VOO cases now.

09:27AM 7            MR. LANGAN:  Right.  Yes.

09:27AM 8            THE COURT:  I don't know if it makes a lot of difference

09:27AM 9    whether they are technically in or out of the MDL.  Maybe I'll

09:27AM 10   put them back in.  I don't know.

09:27AM 11           MR. LANGAN:  We're at Your Honor's pleasure on that.

09:27AM 12           THE COURT:  We can think about that.

09:27AM 13               But, in any event, I think everybody recognizes,

09:27AM 14   they, again, like the insurance and the VOO cases, they need to

09:27AM 15   be handled differently.

09:27AM 16           MR. LANGAN:  Right.

09:27AM 17           THE COURT:  Is there some ongoing discussion about that?

09:27AM 18   What's the status of that; can you tell me?

09:27AM 19           MR. LANGAN:  I can to a degree, and other counsel can,

09:27AM 20   as well.  There are discussions ongoing, and there are legal

09:27AM 21   motions that have to be decided, I believe.

09:27AM 22               Counsel.

09:27AM 23           MR. CARBO:  Your Honor, Larry Carbo for the defendants

09:27AM 24   in the *Brewer* FLSA case.

09:27AM 25           THE COURT:  Remind me.  I know the *Worley* case is, as I

09:27AM 1   recall, there are at least two cases against *Worley*, the claims

09:28AM 2   adjusters.

09:28AM 3          MR. CARBO:  I'm not familiar with the *Worley* case.

09:28AM 4          THE COURT:  I'm just trying to distinguish the case.

09:28AM 5          MR. MCGOEY:  Your Honor, I'm Tommy McGoey with

09:28AM 6   Liskow & Lewis on behalf of BP.  There are two *Worley* cases.  One

09:28AM 7   *Worley* case is just the employees of *Worley* have sued only *Worley*

09:28AM 8   under their written --

09:28AM 9          THE COURT:  Is that a Fair Labor Standards Act case?

09:28AM 10          MR. MCGOEY:  That one is not the Fair Labor Standards

09:28AM 11   Act case.  They have two cases, 241 and 242.  242 is the

09:28AM 12   employees of *Worley* suing just *Worley* under their written

09:28AM 13   employment agreements with *Worley*, saying breach of contract; you

09:28AM 14   didn't pay me in accordance with the terms of our written

09:28AM 15   employment agreements.

09:28AM 16          241, same plaintiffs, same plaintiffs' lawyers,

09:28AM 17   sued *Worley* under the Fair Labor Standards Act saying we weren't

09:28AM 18   paid overtime.  They lumped BP in as an additional defendant and

09:28AM 19   said that BP is a joint employer.  So there are pending motions

09:29AM 20   to dismiss in 241.  It's our position that BP doesn't belong in

09:29AM 21   the case at all.

09:29AM 22          THE COURT:  Did I consolidate those cases already, 241

09:29AM 23   and 242?

09:29AM 24          MR. MCGOEY:  Last week, you issued a consolidation

09:29AM 25   order.

09:29AM 1       THE COURT:  It seems to me that could have all been part

09:29AM 2  of one lawsuit.  I don't know why they were filed separately.

09:29AM 3       MR. MCGOEY:  I understand your point on that.  I think

09:29AM 4  that the attorneys for *Worley*, Jones, Walker, are particularly

09:29AM 5  concerned that the Fair Labor Standards Act case involves

09:29AM 6  collective action opt-in procedure, and the other case

09:29AM 7  involves --

09:29AM 8       THE COURT:  Rule 23 opt-out procedures.

09:29AM 9       MR. MCGOEY:  -- Rule 23 opt-out procedure.  There are

09:29AM 10 some concerns about consolidation that we probably would like to

09:29AM 11 talk to the Court about at some point.

09:29AM 12      THE COURT:  Well, I mean, I haven't given this a great

09:29AM 13 deal of thought, but I would presume the law is that it's one or

09:29AM 14 the other, but it can't be both.  Am I wrong about that?  Could

09:30AM 15 they have both the Rule 23 class action, arguably, and an opt-in

09:30AM 16 FLSA collective action?

09:30AM 17      MR. MCGOEY:  We don't think so, but I'm sure the

09:30AM 18 plaintiffs have another view.

09:30AM 19      THE COURT:  The *Brewer* case is a similar type case,

09:30AM 20 being an FLSA case?

09:30AM 21      MR. CARBO:  Yes, Your Honor.  Again, Larry Carbo for the

09:30AM 22 defendants in the *Brewer* case.

09:30AM 23      THE COURT:  Who are the defendants there?

09:30AM 24      MR. CARBO:  That would be TRG, The Response Group, and

09:30AM 25 BP.

09:30AM 1     THE COURT:  Is that only brought under the FLSA?  Is it

09:30AM 2  an opt-in collective action?

09:30AM 3     MR. CARBO:  Yes, Your Honor.

09:30AM 4     There is a complicating factor with the *Brewer* case

09:30AM 5  being that, at the same time this case was filed here, there was

09:30AM 6  a similar case filed -- at or about the same time, I think within

09:30AM 7  a day of each other, in the Southern District of Texas against

09:31AM 8  TRG, The Response Group, dealing with this same group of workers.

09:31AM 9  That case -- the plaintiffs in that case have moved for

09:31AM 10  consolidation -- have moved for certification in the

09:31AM 11  Southern District, and the Court is set to consider that on

09:31AM 12  Monday.

09:31AM 13     BP is not a party to that particular lawsuit.

09:31AM 14  They're a party to this lawsuit.  Same group of workers.

09:31AM 15     THE COURT:  Who do you represent, now?

09:31AM 16     MR. CARBO:  I represent all the defendants at this

09:31AM 17  point, TRG and BP.

09:31AM 18     THE COURT:  And BP.  Okay.

09:31AM 19     MR. CARBO:  Judge Miller in the Southern District is set

09:31AM 20  to consider the motion for certification in that case, the Texas

09:31AM 21  case, on Monday.  He has indicated that he's likely not going to

09:31AM 22  rule on anything until it all gets sorted out.

09:31AM 23     From speaking with the plaintiffs' counsel in the

09:31AM 24  Texas case, they agree -- kind of what I believe as well -- is

09:31AM 25  that BP is not a proper party to the lawsuit, which is why they

09:31AM 1    didn't bring BP in the case to begin with over in Texas.

09:31AM 2              So with that complicating factor, the plaintiffs

09:32AM 3    here have also filed a motion for certification, which I

09:32AM 4    understand is set before Your Honor May 9th, or somewhere around

09:32AM 5    there.

09:32AM 6              Now, the defendants in this particular case have

09:32AM 7    not answered yet, but obviously there are some issues there

09:32AM 8    with --

09:32AM 9         THE COURT:  It's technically not set because I think we

09:32AM 10   have a standing order that says, am I right, that all these

09:32AM 11   motion dates are not set unless we specifically set any motion

09:32AM 12   that's filed.  So it's not really set.

09:32AM 13        MR. CARBO:  So I guess we need some coordination.

09:32AM 14        THE COURT:  Is that Judge Gray Miller in Houston?

09:32AM 15        MR. CARBO:  Yes, sir.

09:32AM 16        THE COURT:  Is that who has the Southern District?

09:32AM 17   What's the number of his case; do you know?

09:32AM 18        MR. CARBO:  It's 11-00627.  The style of the case is --

09:32AM 19        THE COURT:  So what does he have set for Monday, you

09:32AM 20   said?

09:32AM 21        MR. CARBO:  The plaintiffs in that case, the motion for

09:32AM 22   certification of their class.

09:32AM 23        THE COURT:  So what happens in those cases, there's a

09:33AM 24   preliminary certification; is that what you're talking about?

09:33AM 25        MR. CARBO:  Yes, Your Honor.

09:33AM  1          To be candid with the Court, we have been speaking

09:33AM  2   with plaintiffs' counsel in the Texas case, as well as

09:33AM  3   plaintiffs' counsel here, on whether or not to agree to

09:33AM  4   certification and the terms of the proposed notice.

09:33AM  5          We're close to reaching some resolution with the

09:33AM  6   lawyers in the Texas case; and, in fact, we exchanged e-mails

09:33AM  7   late last night about what to do about that.  As of this morning,

09:33AM  8   we have not reached any resolution, but I just wanted to bring

09:33AM  9   those complicating factors to your attention.

09:33AM 10          THE COURT:  Excuse me.  One more question for you.  The

09:33AM 11   TRG, The Response Group, what kind of response?  What kind of

09:33AM 12   company is this?  What were they doing?

09:33AM 13          MR. CARBO:  They provide -- after the spill, they

09:33AM 14   provided coordination efforts in connection with the cleanup.

09:33AM 15          They basically have a software package that deals

09:33AM 16   with kind of coordinating the labor and equipment that's coming

09:33AM 17   in for the -- in dealing with the spill.

09:34AM 18          THE COURT:  Not adjusters or anything like that?

09:34AM 19          MR. CARBO:  No, Your Honor.

09:34AM 20          THE COURT:  Yes, ma'am.

09:34AM 21          MS. BARRIOS:  Good morning, Your Honor.  Dawn Barrios

09:34AM 22   for the *Brewer* group.

09:34AM 23          I would like to introduce to the Court,

09:34AM 24   Mr. Sam Smith, who also represents the *Brewer* plaintiffs, and ask

09:34AM 25   him to respond substantively to defense counsel's remarks.

09:34AM 1      THE COURT:  Very well.

09:34AM 2      MR. SMITH:  Good morning, Your Honor.

09:34AM 3          The *Brewer* case involves 700 workers that did the

09:34AM 4   logistical support for the oil spill.  They worked for BP as well

09:34AM 5   as TRG.  BP gave them directives as to what to do at their job.

09:34AM 6   We think BP is very much an employer under the FLSA.  It's the

09:34AM 7   broadest definition of an employer that you could have.  So we

09:34AM 8   think they are proper defendants.

09:34AM 9          What's happened in the case is about seven days

09:34AM 10  after we filed the *Brewer* case, a copycat case was filed in

09:35AM 11  Houston.  The Houston case has one plaintiff and four opt-ins.

09:35AM 12  And the case that is here has three plaintiffs and 55 opt-ins so

09:35AM 13  far.

09:35AM 14         We have been trying to work with defendants and the

09:35AM 15  plaintiff's counsel in Houston to get something worked out, but

09:35AM 16  that's gone nowhere.  We filed a motion to transfer the Houston

09:35AM 17  case to this Court, and that was filed on yesterday.

09:35AM 18     THE COURT:  So Judge Miller hadn't acted on your motion?

09:35AM 19     MR. SMITH:  He has not.  It's a first to file rule type

09:35AM 20  motion.

09:35AM 21         The defendants in the other case have not filed

09:35AM 22  their answer to the motion for a collective certification in

09:35AM 23  Houston.  That's what's due on the 2nd.  I don't think there is a

09:35AM 24  hearing set for that date, is there?

09:35AM 25     MR. CARBO:  No, I was just referring to the Southern

09:35AM 1   District local rules.  The court rules on it after the pleading

09:35AM 2   is filed.  The court can consider it.

09:35AM 3           THE COURT:  There's not a hearing set or anything?

09:36AM 4           MR. CARBO:  No, Your Honor.

09:36AM 5           MR. SMITH:  There's no hearing set.  In fact, they

09:36AM 6   haven't even answered the motion yet.  So, I mean, for it to get

09:36AM 7   ruled on on that day we don't think is going to happen.

09:36AM 8           We filed the motion to transfer, which would make

09:36AM 9   sense for that to get ruled on first.

09:36AM 10          THE COURT:  All right.  Has there been any discussions

09:36AM 11  among counsel, plaintiff and defense counsel, in the cases that

09:36AM 12  are in front of me, either the *Worley* cases and/or the *Brewer*

09:36AM 13  case, in terms of trying to come up with a proposed case

09:36AM 14  management order to handle these cases?

09:36AM 15          MR. SMITH:  We have not met on a case management order

09:36AM 16  yet.  What we thought was the most appropriate way to handle it,

09:36AM 17  because it's a 216(b) type case, those certification decisions

09:36AM 18  are generally made without any discovery.  It would make sense to

09:36AM 19  get that -- the notice out to those folks so we would have some

09:36AM 20  idea about how large the case is.  You know, if you have a

09:36AM 21  hundred people opt in, that's one case that you could try in a

09:37AM 22  certain amount of time.  If you have, you know, five hundred --

09:37AM 23          THE COURT:  We still need to put some kind of scheduling

09:37AM 24  order or case management order in place for those cases.

09:37AM 25          MR. SMITH:  Yes.

09:37AM 1          MR. MCGOEY:  In the *Worley* cases that are before you,

09:37AM 2     the motions to dismiss are set for hearing on May the 11th, so

09:37AM 3     that's kind of a preliminary issue to figure out whether BP is

09:37AM 4     going to be --

09:37AM 5          THE COURT:  Is that just to dismiss BP?

09:37AM 6          MR. MCGOEY:  The BP motion is to dismiss BP.  The *Worley*

09:37AM 7     motion is to either dismiss or get clearer allegations as to the

09:37AM 8     joint employer status.  So they are both going to the same issue.

09:37AM 9          THE COURT:  Right.

09:37AM 10          MR. CARBO:  BP expects to file a motion to dismiss in

09:37AM 11     the *Brewer* case, as well.

09:37AM 12          MR. SMITH:  We would be happy to work out a case

09:37AM 13     management report --

09:37AM 14          THE COURT:  Why don't you all meet and try to propose

09:37AM 15     something within the next week to 10 days, if you can.  Then, if

09:37AM 16     we need to have a conference, I'll have a conference with you.

09:37AM 17     I'll have Judge Shushan or another magistrate judge or I can do

09:37AM 18     it myself, whatever works.

09:37AM 19               I will also probably take it upon myself to call

09:38AM 20     Gray Miller.  It would be up to him, obviously, as to whether he

09:38AM 21     thinks he wants to transfer his case here or not, but at least

09:38AM 22     maybe I can get some sense of what he intends to do.

09:38AM 23          MS. BARRIOS:  Thank you, Your Honor.

09:38AM 24          MR. SMITH:  Thank you, Your Honor.

09:38AM 25          MR. CARBO:  Thank you.

09:38AM 1          THE COURT:  Thank you, Counsel.

09:38AM 2              Does anybody else need to speak to those cases?

09:38AM 3              All right.  I guess we're just about wrapping up

09:38AM 4  here.  You all are going to see Judge Shushan, right, after this?

09:38AM 5  Okay.

09:38AM 6              Let's see, I've already talked about the issues

09:38AM 7  with the short form.

09:39AM 8              I'll bring this up again.  It sort of relates to

09:39AM 9  something I alluded to briefly earlier.  I think liaison counsel

09:39AM 10 are going to have to confer and perhaps suggest how to handle --

09:39AM 11 I think what we'll be getting, from time to time, a request by --

09:39AM 12 again, I'm speaking more to Pro Se litigants who have filed these

09:39AM 13 claim forms, they will be coming in asking to dismiss their claim

09:39AM 14 or withdraw it or whatever for various reasons, including that

09:39AM 15 maybe they've filed -- they've settled their claim or intend to

09:39AM 16 settle with the GCCF.  That may implicate the order that I put in

09:39AM 17 place about Rule 41 dismissals.

09:39AM 18             Now, if they come in with a motion to dismiss with

09:39AM 19 prejudice, it's not an issue; but, if it's a motion to just

09:39AM 20 withdraw -- I think sometimes we'll get a letter or something

09:40AM 21 just saying, I want to withdraw my claim, so what do we do with

09:40AM 22 those?  So I would ask for your input as to the best way to

09:40AM 23 handle those.

09:40AM 24             Obviously, the limitation trial is still scheduled

09:40AM 25 for February 27th, 2012.  As I said, we'll be meeting next week

09:40AM 1    to try to further refine our ideas on the Trial Plan.

09:40AM 2         At the next status conference on May 26th, we scheduled

09:40AM 3    that for 8:30 also, I believe.  One of the reasons I think we

09:40AM 4    should do that is, what I envision is having sort of an

09:40AM 5    abbreviated status conference.  We'll discuss anything that needs

09:40AM 6    to be discussed.  But then my plan is to conduct oral arguments

09:41AM 7    on the motions to dismiss that I've indicated.

09:41AM 8         What I would like you all to do, liaison counsel to

09:41AM 9    do, is to coordinate, try to coordinate who is going to do the

09:41AM 10   argument for each side of what issues.  I don't want a lot of

09:41AM 11   duplicative arguments, obviously.  So I'm sure you all are able

09:41AM 12   to work out some agreement where certain lawyers will argue

09:41AM 13   certain issues on certain cases.

09:41AM 14        MR. LANGAN:  Your Honor, Andy Langan.

09:41AM 15        Mr. Beck makes a good point.  If Your Honor would

09:41AM 16   give us an idea as to what time block Your Honor has in mind.

09:41AM 17        THE COURT:  That was the next thing I was going to raise

09:41AM 18   with you all.  How much time do you think you need?  I do this

09:41AM 19   like when we're going to the jury with closing arguments, I ask

09:42AM 20   the lawyers how much time would you like, and then I tell you how

09:42AM 21   much time you have.  It's not always the same number.

09:42AM 22        MR. LANGAN:  So B1, B3, D1, as I recall the order says,

09:42AM 23   so that's three pleading bundles.

09:42AM 24        THE COURT:  Right.

09:42AM 25        MR. LANGAN:  So that feels to me like two and a half

09:42AM 1    hours.

09:42AM 2            THE COURT:  If that's too much to do in one day, maybe

09:42AM 3    we could split it up, but I was hoping to do it all in one day.

09:42AM 4            MR. LANGAN:  In one day.  If the status itself takes an

09:42AM 5    hour, maybe it takes 45 minutes.  So we start the argument at

09:42AM 6    9:30.  If you went to 1 o'clock, does that --

09:42AM 7            THE COURT:  An hour and a half for each side, would that

09:42AM 8    be enough?

09:42AM 9            MR. LANGAN:  I mean, look, if you have all day, that's

09:42AM 10   great, too.

09:42AM 11           THE COURT:  If I give you guys two days, you would take

09:42AM 12   two days, right?

09:42AM 13           MR. LANGAN:  This is what is going on in the depositions

09:42AM 14   right now.

09:42AM 15           THE COURT:  Exactly.  That's why I was so reluctant to

09:42AM 16   extend the depositions to 15 hours because I know it would occupy

09:42AM 17   that time.

09:42AM 18               I was thinking an hour and a half or so each side.

09:43AM 19   Does that seem reasonable?

09:43AM 20           MR. LANGAN:  So plan on an allotment of three hours and

09:43AM 21   then -- okay.

09:43AM 22           THE COURT:  We're not going to be keeping time,

09:43AM 23   necessarily, but I was hoping to finish somewhere in the noon to

09:43AM 24   1 o'clock hour, somewhere in that time frame.

09:43AM 25           MR. LANGAN:  There are three pleadings involved, so that

09:43AM  1   sounds like an hour each.  Maybe it doesn't work out that way,
09:43AM  2   but we'll work with three hours.
09:43AM  3        THE COURT:  Some may take more time than others.  You
09:43AM  4   all can decide how much time you want to allot.  Hopefully, I
09:43AM  5   will be prepared enough that I can move things along with
09:43AM  6   questions and comments and so forth.
09:43AM  7        MR. LANGAN:  Thank you, Your Honor.
09:43AM  8        THE COURT:  Does anybody from the PSC --
09:43AM  9        MR. HERMAN:  Yes, Your Honor, we're happy to accommodate
09:43AM 10   the Court in any way.
09:43AM 11        One thing that might be helpful is, as you get
09:43AM 12   closer to the hearing, maybe if Your Honor could identify some
09:43AM 13   issues that the Court is particularly concerned with, we could
09:43AM 14   focus on those issues, and I think that would be to the
09:44AM 15   collective benefit of everyone.
09:44AM 16        THE COURT:  I can't promise you I'll do that, but I will
09:44AM 17   endeavor to do it.
09:44AM 18        MR. HERMAN:  Thank you.
09:44AM 19        THE COURT:  Does anybody have anything else to bring up
09:44AM 20   before we adjourn?
09:44AM 21        I want to thank everybody again for your continued
09:44AM 22   cooperation and professionalism.  I'm getting good reports from
09:44AM 23   all sources, Judge Shushan included, that she is very pleased
09:44AM 24   with the way everybody is conducting themselves, and that pleases
09:44AM 25   me very much.

09:44AM 1    So thank you again.  I'll see liaison counsel next

09:44AM 2 week, and then everyone on May 26th at 8:30 a.m.

09:44AM 3    VOICES:  Thank you, Your Honor.

09:44AM 4    THE COURT:  All rise.

5    (WHEREUPON, at 9:44 a.m., the proceedings were

6 concluded.)

7         *   *   *

8

9

10       REPORTER'S CERTIFICATE

11

12  I, Cathy Pepper, Certified Realtime Reporter, Registered

13 Merit Reporter, Certified Court Reporter of the State of

14 Louisiana, Official Court Reporter for the United States District

15 Court, Eastern District of Louisiana, do hereby certify that the

16 foregoing is a true and correct transcript, to the best of my

17 ability and understanding, from the record of the proceedings in

18 the above-entitled and numbered matter.

19

20

21        *s/Cathy Pepper*

22        Cathy Pepper, CRR, RMR, CCR
         Certified Realtime Reporter
23        Official Court Reporter
         United States District Court
24        Cathy_Pepper@laed.uscourts.gov

25

**1**

**1** [2] - 63:6, 63:24
**1.3** [1] - 38:10
**10** [5] - 26:7, 48:2, 48:3, 48:5, 60:15
**10-3112** [1] - 39:14
**10-8888** [1] - 26:16
**10-MDL-2179** [1] - 1:6
**100** [2] - 2:24, 3:19
**1000** [2] - 1:24, 7:7
**10003** [1] - 3:4
**1001** [1] - 8:16
**10153** [1] - 7:23
**10174** [1] - 7:12
**11** [2] - 27:14, 34:12
**11,000** [1] - 27:2
**11-00627** [1] - 56:18
**11-685** [2] - 10:15, 29:19
**11-823** [1] - 10:16
**110,000** [1] - 27:3
**1100** [4] - 2:14, 4:5, 5:10, 21:2
**115** [1] - 30:3
**11th** [2] - 21:3, 60:2
**12** [2] - 34:12, 42:24
**1201** [1] - 6:15
**1221** [1] - 6:11
**13** [2] - 34:12, 34:13
**130,000** [1] - 27:9
**1300** [2] - 6:24, 7:20
**1331** [1] - 6:18
**13th** [1] - 18:16
**14** [1] - 39:11
**14th** [2] - 21:24, 23:7
**15** [7] - 16:24, 20:25, 22:25, 23:4, 24:25, 39:22, 63:16
**15th** [2] - 23:6, 23:7
**16** [3] - 10:5, 10:6, 42:15
**1601** [1] - 2:7
**1615** [1] - 6:24
**1665** [1] - 6:18
**17** [3] - 10:7, 16:15, 49:9
**1700** [1] - 6:15
**17th** [1] - 23:1
**18** [2] - 10:8, 50:14
**1876)........** [1] - 10:15
**188** [1] - 3:13
**18th** [3] - 16:16, 27:19, 43:2
**19** [2] - 16:18, 51:5
**19th** [2] - 22:7, 23:8

**2**

**2** [1] - 16:9
**20** [7] - 1:5, 10:9, 37:24, 38:12, 38:17, 49:24, 51:21
**20,000** [2] - 26:24, 27:5
**20-day** [1] - 50:8
**200** [1] - 8:16
**20005** [2] - 6:4, 7:20
**20006** [1] - 7:4
**20044** [1] - 4:18
**2007** [1] - 6:22
**201** [1] - 8:12
**2010** [1] - 1:5
**2010)........** [1] - 10:16
**2011** [3] - 1:7, 10:25, 11:2
**2012** [2] - 25:16, 61:25
**2012...** [1] - 10:24
**2020** [1] - 7:4
**2078** [1] - 39:21
**20th** [3] - 17:6, 27:11, 42:2
**21** [1] - 10:10
**2120** [1] - 49:10
**2121** [1] - 51:3
**216(b** [1] - 59:17
**2179** [1] - 18:14
**2185** [5] - 8:18, 18:3, 19:1, 19:10, 19:18
**2185..........................
........** [1] - 10:8
**23** [6] - 3:19, 10:11, 17:10, 54:8, 54:9, 54:15
**233** [1] - 8:8
**23510** [1] - 1:25
**241** [4] - 53:11, 53:16, 53:20, 53:22
**242** [3] - 53:11, 53:23
**25** [4] - 10:12, 48:1, 48:7, 48:10
**255** [1] - 3:10
**25th** [3] - 16:13, 22:21, 23:1
**26** [2] - 10:13, 10:25
**2615** [1] - 2:11
**26th** [4] - 48:19, 51:12, 62:2, 65:2
**27** [2] - 10:14, 10:24
**275** [1] - 2:17
**27708** [1] - 8:24
**27th** [2] - 37:21, 61:25
**28** [1] - 30:3
**2800** [2] - 4:4, 4:5
**29** [3] - 1:7, 10:15, 11:2

**2929** [1] - 8:5
**29TH** [1] - 2:17
**29th** [1] - 43:8
**2nd** [1] - 58:23

**3**

**3** [1] - 2:24
**30** [2] - 49:10, 49:23
**30....** [1] - 10:20
**300** [1] - 5:25
**30th** [1] - 42:23
**3102** [1] - 2:14
**316** [1] - 2:4
**32502** [1] - 2:5
**33134** [1] - 3:11
**34** [2] - 16:10, 16:7
**34..........................
** [1] - 10:5
**3450** [1] - 8:19
**36** [2] - 17:8, 17:10
**36130** [1] - 4:21
**3650** [1] - 2:20
**36604** [1] - 2:8
**3668** [1] - 1:17
**36TH** [1] - 5:9
**37** [1] - 20:8
**39** [2] - 10:17, 10:18
**39201** [1] - 3:14

**4**

**4** [1] - 2:23
**40** [3] - 49:25, 50:4, 50:5
**40-day** [1] - 50:7
**4000** [1] - 7:7
**405** [1] - 7:11
**41** [2] - 16:8, 61:17
**42** [1] - 10:19
**42ND** [1] - 8:5
**43** [1] - 26:22
**4310** [1] - 3:7
**45** [1] - 63:5
**450** [1] - 4:12
**4500** [1] - 6:11
**49** [1] - 10:20

**5**

**50** [1] - 10:21
**500** [3] - 4:21, 8:19, 9:13
**5000** [1] - 5:20
**504** [1] - 9:14
**51** [2] - 10:22, 10:23
**510** [1] - 5:4

**519** [1] - 3:16
**5395** [1] - 4:13
**546** [1] - 6:7
**55** [1] - 58:12
**556** [1] - 1:17
**57** [1] - 46:11
**57-page** [1] - 43:4
**5800** [1] - 8:8
**589-7779** [1] - 9:14
**5:00** [1] - 20:19

**6**

**600** [2] - 2:4, 4:8
**601** [1] - 2:11
**60606** [1] - 8:8
**60654** [1] - 5:25
**61** [1] - 10:24
**618** [1] - 3:22
**62** [1] - 10:25
**655** [1] - 6:4

**7**

**7** [1] - 25:5
**700** [2] - 3:4, 58:3
**70037** [1] - 3:20
**701** [3] - 2:20, 4:24, 5:19
**70112** [1] - 6:25
**70113** [1] - 1:21
**70130** [5] - 2:11, 4:8, 4:25, 6:8, 9:13
**70139** [2] - 2:21, 5:20
**70163** [2] - 4:5, 5:10
**70170** [1] - 8:12
**70433** [1] - 5:4
**70502** [1] - 1:18
**70505** [1] - 8:16
**70726** [1] - 3:17
**70801** [1] - 3:23
**75219** [1] - 2:15
**75270** [1] - 6:16
**7611** [1] - 4:17
**767** [1] - 7:23
**77,000** [1] - 26:18
**77002** [2] - 7:8, 8:20
**77006** [1] - 3:7
**77010** [2] - 6:11, 6:19
**77019** [1] - 8:5
**777** [1] - 3:13
**78257** [1] - 2:24
**7TH** [1] - 4:13

**8**

**8** [3] - 25:4, 25:8

**820** [1] - 1:21
**8397** [1] - 3:19
**8:30** [6] - 1:7, 11:14, 11:17, 62:3, 65:2
**8:30........** [1] - 10:25

**9**

**9** [2] - 25:5, 25:9
**900** [1] - 7:20
**90362** [1] - 8:23
**94102** [1] - 4:13
**94111** [1] - 2:18
**95** [1] - 20:8
**999** [1] - 1:25
**9:30** [2] - 11:14, 63:6
**9:44** [1] - 65:5
**9th** [3] - 48:6, 48:21, 56:4
**9TH** [1] - 4:8

**A**

**A.M** [1] - 1:7
**a.m** [2] - 65:2, 65:5
**abbreviated** [1] - 62:5
**ability** [1] - 65:17
**able** [1] - 62:11
**above-entitled** [1] - 65:18
**ABRAMSON** [1] - 2:9
**absolutely** [1] - 31:10
**accommodate** [2] - 37:16, 64:9
**accomplished** [1] - 24:12
**accordance** [1] - 53:14
**account** [1] - 34:19
**accurate** [1] - 19:11
**achieved** [1] - 21:5
**Act** [4] - 53:9, 53:11, 53:17, 54:5
**act** [2] - 40:4, 40:5
**acted** [1] - 58:18
**ACTION** [1] - 1:6
**action** [8] - 22:5, 27:7, 27:11, 45:22, 54:6, 54:15, 54:16, 55:2
**actions** [1] - 39:24
**ACTIONS** [1] - 1:9
**activity** [1] - 21:4
**added** [1] - 42:8
**addition** [3] - 26:20, 27:1, 27:4
**additional** [13] - 16:17, 16:18, 17:14, 18:22, 29:4, 43:16,

48:1, 48:7, 50:5, 50:6, 50:18, 53:18
**additionally** [1] - 18:20
**addressed** [1] - 31:14
**addressing** [1] - 31:11
**adjourn** [1] - 64:20
**adjusters** [3] - 36:11, 53:2, 57:18
**affirmatively** [1] - 23:8
**afternoon** [1] - 40:14
**agenda** [3] - 11:19, 16:10, 20:2
**AGENDA** [1] - 10:3
**ago** [5] - 17:18, 21:1, 25:11, 34:18, 36:10
**agree** [7] - 21:13, 29:1, 32:20, 34:2, 36:7, 55:24, 57:3
**agreed** [1] - 36:7
**agreement** [6] - 22:1, 35:10, 35:20, 35:23, 36:2, 62:12
**agreements** [4] - 28:3, 32:8, 53:13, 53:15
**ahead** [3] - 25:1, 50:9
**air** [1] - 25:24
**AIRBORNE** [1] - 8:14
**AL** [2] - 2:8, 4:21
**ALABAMA** [1] - 4:20
**Alabama** [1] - 44:17
**ALAN** [2] - 6:18, 7:10
**Alan** [2] - 15:12, 16:1
**Alden** [1] - 19:9
**ALDEN** [1] - 9:7
**alerted** [1] - 42:6
**ALEXANDER** [2] - 8:7, 15:24
**Alexander** [1] - 15:25
**ALHAMBRA** [1] - 3:10
**ALL** [1] - 1:9
**ALLAN** [1] - 4:24
**Allan** [1] - 44:9
**allegations** [2] - 35:7, 60:7
**ALLEN** [2] - 8:5, 8:19
**allot** [1] - 64:4
**allotment** [1] - 63:20
**allow** [3] - 46:12, 46:20
**allowed** [1] - 46:15
**alluded** [1] - 61:9
**almost** [1] - 26:24
**ALSO** [1] - 9:3
**Alternative** [1] - 42:16
**alternatives** [1] - 30:20
**Altier** [1] - 36:10
**altogether** [1] - 43:13

**amend** [3] - 40:25, 41:1, 41:2
**amended** [1] - 41:8
**AMENDING** [1] - 10:20
**Amending** [1] - 49:9
**amendment** [1] - 41:10
**amendments** [2] - 40:17, 40:22
**AMERICA** [7] - 4:16, 5:12, 5:12, 5:13, 5:14, 5:16, 5:17
**AMERICAN** [1] - 2:10
**amount** [2] - 35:25, 59:22
**Anadarko** [5] - 14:23, 14:25, 44:1, 46:18, 49:4
**ANADARKO** [2] - 6:20, 6:21
**analogous** [1] - 34:25
**AND** [8] - 4:3, 5:7, 6:22, 7:18, 10:6, 10:9, 10:13, 10:23
**ANDREW** [1] - 5:23
**Andy** [4] - 14:12, 16:12, 51:7, 62:14
**anniversary** [1] - 17:6
**answer** [3] - 26:12, 34:7, 58:22
**answered** [3] - 45:23, 56:7, 59:6
**anticipate** [1] - 23:3
**anticipated** [1] - 24:11
**ANTONIO** [1] - 2:24
**anyway** [2] - 11:18, 41:12
**apace** [2] - 19:14, 23:2
**apart** [1] - 38:1
**apologize** [1] - 32:18
**APPEARANCES** [9] - 1:14, 2:1, 3:1, 4:1, 5:1, 6:1, 7:1, 8:1, 9:1
**apply** [1] - 48:25
**appreciate** [4] - 11:12, 17:23, 21:12, 33:14
**appropriate** [2] - 41:19, 59:16
**approval** [2] - 24:8, 24:22
**approving** [1] - 22:7
**approximate** [1] - 17:8
**April** [11] - 16:16, 17:6, 18:16, 21:24, 22:7, 27:11, 27:19, 37:21, 42:2, 43:2, 43:8
**APRIL** [3] - 1:5, 1:7, 11:2
**arguably** [1] - 54:15

**argue** [1] - 62:12
**arguing** [1] - 46:18
**argument** [4] - 34:8, 48:19, 62:10, 63:5
**arguments** [4] - 43:17, 62:6, 62:11, 62:19
**arisen** [1] - 28:5
**arising** [1] - 28:11
**arose** [1] - 35:9
**arrange** [1] - 33:17
**assist** [2] - 28:1, 51:16
**assistance** [2] - 21:17, 51:14
**AT** [2] - 5:3, 10:25
**attending** [1] - 18:14
**attention** [1] - 57:9
**ATTORNEY** [1] - 4:20
**attorneys** [5] - 29:9, 32:13, 32:14, 40:24, 54:4
**ATTORNEYS** [1] - 5:3
**authorized** [1] - 36:3
**AVENUE** [8] - 1:21, 2:14, 3:16, 4:12, 4:21, 7:11, 7:23, 8:12
**aware** [1] - 29:2

# B

**B1** [4] - 42:16, 42:17, 42:25, 62:22
**B2** [1] - 42:25
**B3** [2] - 32:11, 62:22
**BABIUCH** [1] - 5:24
**background** [1] - 32:5
**balance** [1] - 35:14
**Baldwin** [1] - 29:17
**BARBIER** [1] - 1:12
**BARON** [1] - 2:13
**BARR** [2] - 2:4, 12:23
**Barr** [1] - 12:23
**Barrios** [1] - 57:21
**BARRIOS** [5] - 2:19, 2:20, 35:18, 57:21, 60:23
**BARROW** [2] - 8:4, 15:15
**Barrow** [1] - 15:15
**based** [1] - 50:3
**basis** [1] - 22:20
**BATON** [1] - 3:23
**BATTERY** [1] - 2:17
**BAYLEN** [1] - 2:4
**BEARY** [15] - 9:3, 34:13, 34:16, 35:4, 35:13, 35:24, 36:1, 36:9, 37:8, 37:13, 37:17, 38:10, 38:16,

38:24, 39:7
**Beary** [1] - 34:17
**BECK** [4] - 6:9, 6:10, 14:11, 50:23
**Beck** [4] - 14:11, 50:22, 50:23, 62:15
**BEFORE** [1] - 1:12
**begin** [1] - 56:1
**behalf** [7] - 14:18, 22:11, 35:18, 35:19, 40:10, 41:13, 53:6
**believes** [1] - 17:8
**BELLE** [1] - 3:20
**belong** [2] - 33:25, 53:20
**benchmark** [1] - 24:24
**benefit** [3] - 27:20, 32:13, 64:15
**BENJAMIN** [1] - 4:3
**BERNSTEIN** [1] - 2:16
**BERTRAM** [2] - 8:11, 16:4
**Bertram** [1] - 16:4
**best** [3] - 18:25, 61:22, 65:16
**better** [4] - 20:17, 22:2, 22:23, 23:23
**between** [6] - 22:1, 23:24, 33:18, 41:18, 46:17, 48:23
**beyond** [1] - 46:21
**big** [1] - 11:16
**Bill** [1] - 19:17
**BINGHAM** [1] - 7:3
**bit** [1] - 40:4
**BLANK** [1] - 7:10
**block** [1] - 62:16
**BOCKIUS** [1] - 7:6
**BONNER** [1] - 9:9
**BOP** [8] - 10:10, 21:19, 21:23, 23:16, 23:23, 24:14, 24:24, 24:25
**BOULEVARD** [1] - 3:7
**BOUNDS** [1] - 2:6
**BOX** [3] - 1:17, 4:17, 8:23
**box** [1] - 26:23
**boxes** [1] - 26:22
**BP** [52] - 5:12, 5:12, 5:13, 5:14, 5:15, 5:16, 5:17, 14:12, 14:13, 15:8, 15:10, 15:23, 16:12, 17:8, 19:12, 21:22, 24:3, 28:7, 31:11, 32:9, 33:17, 34:19, 34:20, 35:2, 35:19, 36:1, 36:3, 36:12, 39:17, 43:14, 43:23, 46:18,

51:7, 51:11, 53:6, 53:18, 53:19, 53:20, 54:25, 55:13, 55:17, 55:18, 55:25, 56:1, 58:4, 58:5, 58:6, 60:3, 60:5, 60:6, 60:10
**BP's** [1] - 27:23
**brag** [1] - 23:25
**BRANCH** [1] - 4:11
**breach** [1] - 53:13
**break** [1] - 19:8
**Breit** [2] - 12:11, 12:13
**BREIT** [3] - 1:23, 1:24, 12:11
**BREWER** [1] - 10:23
**Brewer** [12] - 51:21, 52:1, 52:24, 54:19, 54:22, 55:4, 57:22, 57:24, 58:3, 58:10, 59:12, 60:11
**Brian** [1] - 12:23
**BRIAN** [1] - 2:4
**Brief** [1] - 42:17
**brief** [19] - 24:5, 43:1, 43:4, 43:8, 43:9, 43:13, 44:16, 45:15, 46:4, 46:6, 46:8, 46:10, 46:19, 46:20, 47:15, 48:9, 48:12, 48:20, 50:25
**briefly** [5] - 21:23, 27:20, 49:13, 49:18, 61:9
**briefs** [3] - 45:5, 46:15, 48:11
**bring** [5] - 41:16, 56:1, 57:8, 61:8, 64:19
**bringing** [1] - 22:23
**broadest** [1] - 58:7
**BROADWAY** [1] - 3:4
**Brock** [1] - 15:8
**BROCK** [2] - 9:6, 15:8
**brought** [1] - 55:1
**BUDD** [1] - 2:13
**BUILDING** [3] - 2:10, 2:24, 7:11
**built** [1] - 50:2
**bundles** [2] - 42:25, 62:23
**bundling** [1] - 35:7
**Burke** [2] - 13:12, 29:18
**BURKE** [2] - 2:14, 13:12
**burner** [1] - 31:8
**BY** [45] - 1:4, 1:16, 1:20, 1:24, 2:4, 2:7, 2:10, 2:13, 2:17, 2:20, 2:23, 3:3, 3:6,

3:10, 3:13, 3:16, 3:19, 3:22, 4:4, 4:7, 4:11, 4:17, 4:20, 4:24, 5:9, 5:18, 5:22, 6:3, 6:7, 6:10, 6:14, 6:18, 6:24, 7:3, 7:6, 7:10, 7:19, 7:22, 8:4, 8:7, 8:11, 8:15, 8:18, 9:15, 9:16

## C

**CA** [2] - 2:18, 4:13
**Cabraser** [1] - 12:9
**CABRASER** [3] - 2:16, 2:17, 12:8
**CALLED** [1] - 11:4
**CALVIN** [1] - 3:16
**Calvin** [1] - 14:8
**CAMERON** [1] - 6:6
**Cameron** [3] - 14:11, 15:7, 50:23
**Cameron's** [2] - 50:15, 50:19
**CAMP** [1] - 4:24
**candid** [1] - 57:1
**CAPITOL** [1] - 3:13
**CARBO** [19] - 9:4, 52:23, 53:3, 54:21, 54:24, 55:3, 55:16, 55:19, 56:13, 56:15, 56:18, 56:21, 56:25, 57:13, 57:19, 58:25, 59:4, 60:10, 60:25
**Carbo** [2] - 52:23, 54:21
**CARL** [1] - 1:12
**Carla** [1] - 13:12
**CARLA** [1] - 2:14
**CARONDELET** [2] - 4:8, 6:7
**carrier** [1] - 42:5
**carriers** [2] - 51:9, 51:10
**Carrigee** [5] - 29:10, 29:11, 29:17, 32:2, 34:3
**CARRIGEE** [18] - 9:3, 29:10, 29:17, 29:21, 30:1, 30:13, 30:19, 30:25, 31:5, 31:16, 33:2, 33:5, 33:7, 33:9, 33:13, 33:22, 34:7, 34:10
**case** [82] - 16:23, 18:20, 18:21, 21:5, 27:10, 28:23, 29:23, 29:25, 30:2, 30:17, 31:3, 31:14, 32:23,

33:20, 34:15, 34:16, 35:1, 35:7, 35:16, 36:10, 36:15, 36:20, 37:2, 37:3, 37:5, 37:21, 38:23, 39:5, 39:14, 45:22, 46:16, 47:3, 51:11, 52:1, 52:24, 52:25, 53:3, 53:4, 53:7, 53:9, 53:11, 53:21, 54:5, 54:6, 54:19, 54:20, 54:22, 55:4, 55:5, 55:9, 55:5, 55:20, 55:21, 55:24, 56:1, 56:6, 56:17, 56:18, 56:21, 57:2, 57:6, 58:3, 58:9, 58:10, 58:11, 58:12, 58:17, 58:21, 59:13, 59:15, 59:17, 59:20, 59:21, 59:24, 60:11, 60:12, 60:21
**Case** [1] - 29:19
**Cases** [2] - 17:4, 51:6
**cases** [64] - 16:15, 16:18, 16:19, 17:8, 17:10, 17:11, 17:15, 17:16, 17:23, 18:6, 27:14, 27:15, 27:18, 27:21, 27:22, 28:10, 28:11, 28:14, 28:22, 28:25, 29:4, 29:6, 29:9, 29:20, 29:22, 29:25, 30:3, 30:6, 30:8, 31:20, 31:21, 32:15, 33:21, 34:5, 35:1, 36:20, 36:22, 36:25, 37:2, 38:3, 38:13, 38:17, 38:25, 39:2, 39:3, 51:8, 51:20, 51:22, 51:23, 52:6, 52:14, 53:1, 53:6, 53:11, 53:22, 56:23, 59:11, 59:12, 59:14, 59:24, 60:1, 61:2, 62:13
**CASES.................** [2] - 10:14, 10:22
**CASES....................** [1] - 10:23
**CASES....................**
**.....................** [1] - 10:7
**CASTEIX** [1] - 2:19
**category** [1] - 36:21
**Cathy** [2] - 65:12, 65:22
**CATHY** [1] - 9:12
**Cathy_Pepper@laed .uscourts.gov** [1] -

65:24
**cathy_Pepper@laed. uscourts.gov** [1] - 9:14
**caucus** [1] - 32:16
**caught** [1] - 31:2
**CCR** [2] - 9:12, 65:22
**CEMENT** [1] - 10:11
**Cement** [1] - 23:17
**cement** [3] - 23:18, 24:5, 25:3
**CENTER** [3] - 6:10, 8:15, 8:19
**Center** [1] - 21:3
**CENTRE** [2] - 4:4, 5:9
**certain** [4] - 59:22, 62:12, 62:13
**certainly** [9] - 17:15, 18:19, 23:9, 24:9, 24:25, 30:16, 32:18, 36:16, 47:8
**CERTIFICATE** [1] - 65:10
**certification** [9] - 39:14, 55:10, 55:20, 56:3, 56:22, 56:24, 57:4, 58:22, 59:17
**CERTIFIED** [1] - 9:12
**Certified** [2] - 65:12, 65:13, 65:22
**certify** [1] - 65:15
**CHAMBERS** [1] - 8:3
**chambers** [1] - 40:15
**CHARLES** [2] - 8:11, 8:12
**charter** [2] - 28:3, 32:8
**chartering** [1] - 28:2
**CHASSE** [1] - 3:9
**checked** [1] - 26:15
**CHICAGO** [2] - 5:25, 8:8
**Chris** [1] - 34:17
**CHRISTOPHER** [1] - 9:3
**CHRYSLER** [1] - 7:11
**CIRCLE** [1] - 3:10
**Circuit** [1] - 29:5
**circulated** [1] - 22:18
**CITY** [1] - 3:4
**CIVIL** [2] - 1:6, 4:11
**claim** [8] - 34:19, 34:22, 38:9, 41:10, 61:13, 61:15, 61:21
**claimants** [2] - 32:11, 33:3
**claiming** [2] - 33:8, 33:10
**claims** [23] - 25:18, 27:2, 27:3, 27:5, 27:10, 32:7, 32:9,

32:12, 32:20, 32:21, 32:25, 33:1, 33:4, 33:6, 33:15, 35:5, 35:6, 36:12, 40:3, 40:16, 40:25, 41:2, 53:1
**class** [4] - 39:14, 39:15, 54:15, 56:22
**CLASS** [1] - 10:17
**cleanup** [2] - 28:1, 57:14
**clear** [1] - 11:20
**clearer** [1] - 60:7
**Clerk** [1] - 26:11
**CLERK** [2] - 11:7, 25:6
**Clerk's** [4] - 26:20, 27:8, 41:4, 42:1
**client** [4] - 24:1, 34:19, 35:8, 35:18, 36:17, 37:13
**client's** [3] - 35:8, 35:9, 36:15
**clients** [2] - 32:6, 33:4
**close** [3] - 14:17, 30:3, 57:5
**closer** [1] - 64:12
**closing** [1] - 62:19
**CO** [1] - 8:7
**co** [2] - 12:3, 12:16
**co-counsel** [1] - 12:16
**co-liaison** [1] - 12:3
**Cohen** [1] - 22:15
**collateral** [2] - 36:22, 41:25
**collective** [5] - 54:6, 54:16, 55:2, 58:22, 64:15
**COLSON** [1] - 3:9
**coming** [4] - 17:20, 42:7, 57:16, 61:13
**commendable** [1] - 21:15
**comment** [1] - 27:12
**comments** [1] - 64:6
**COMMITTEE** [1] - 1:23
**committee** [1] - 11:23
**Committee** [6] - 12:9, 12:12, 12:24, 13:2, 31:7, 31:20
**common** [6] - 28:14, 28:16, 30:25, 31:17, 32:13, 36:14
**communications** [1] - 36:4
**companies** [2] - 14:23, 14:24
**COMPANY** [5] - 5:13, 6:21
**company** [3] - 27:24, 36:11, 57:12

**Company** [1] - 15:25
**complex** [1] - 24:23
**complicated** [2] - 30:22, 30:23
**complicating** [3] - 55:4, 56:2, 57:9
**COMPUTER** [1] - 9:16
**concern** [7] - 30:25, 31:6, 31:13, 31:14, 33:14, 38:12, 45:4
**concerned** [4] - 32:24, 46:7, 54:5, 64:13
**concerns** [2] - 45:1, 46:3, 54:10
**conciliate** [1] - 21:25
**concluded** [1] - 65:6
**Conditional** [3] - 16:10, 16:14, 16:24
**CONDITIONAL** [1] - 10:6
**conduct** [1] - 62:6
**conducted** [1] - 23:7
**conducting** [2] - 18:5, 64:24
**confer** [3] - 33:18, 49:23, 61:10
**conference** [13] - 11:11, 11:13, 18:16, 23:1, 24:10, 38:20, 39:3, 40:20, 51:15, 60:16, 62:2, 62:5
**CONFERENCE** [2] - 1:11, 10:25
**conferred** [1] - 50:21
**conferring** [2] - 21:1, 25:13
**confusion** [1] - 41:12
**connection** [2] - 50:19, 57:14
**consider** [4] - 41:19, 55:11, 55:20, 59:2
**considerable** [1] - 46:1
**consideration** [2] - 37:22, 43:19
**consolidate** [1] - 53:22
**consolidation** [4] - 17:19, 53:24, 54:10, 55:10
**construction** [1] - 28:16
**consultants** [1] - 22:24
**consuming** [2] - 24:14, 24:24
**contain** [1] - 27:1
**contains** [1] - 26:23
**contested** [1] - 11:20
**continued** [2] - 22:6,

64:21
**CONTINUED** [8] - 2:1, 3:1, 4:1, 5:1, 6:1, 7:1, 8:1, 9:1
**continuing** [1] - 19:12
**contract** [22] - 22:8, 28:11, 28:16, 31:12, 31:22, 31:24, 32:7, 32:20, 32:21, 33:12, 33:14, 34:20, 35:1, 35:9, 35:12, 35:13, 35:14, 35:15, 36:22, 37:25, 53:13
**contracted** [1] - 35:2
**contracts** [1] - 38:13
**contractual** [3] - 28:18, 32:17, 33:3
**controversial** [1] - 11:20
**convenient** [1] - 33:18, 36:16
**conversations** [1] - 34:24
**cooperating** [1] - 24:4
**cooperation** [2] - 21:14, 64:22
**coordinate** [3] - 43:9, 62:9
**coordinating** [4] - 11:23, 13:5, 19:1, 57:16
**coordination** [4] - 18:18, 19:14, 56:13, 57:14
**copycat** [1] - 58:10
**CORAL** [1] - 3:11
**COREY** [1] - 4:20
**Corey** [1] - 13:4
**CORNER** [1] - 8:23
**Corporation** [1] - 16:2
**CORPORATION** [5] - 5:14, 6:6, 6:21, 6:22, 7:10
**correct** [7] - 17:24, 19:19, 24:15, 28:15, 48:6, 50:21, 65:16
**COSSICH** [3] - 3:18, 3:19, 13:20
**Cossich** [1] - 13:20
**cost** [1] - 35:25
**costs** [1] - 50:6
**COTLAR** [1] - 1:19
**COUNSEL** [1] - 1:16
**counsel** [28] - 12:16, 13:5, 14:21, 16:4, 18:11, 21:14, 21:17, 22:15, 24:2, 26:2, 32:18, 32:23, 41:19, 49:24, 51:24, 52:19, 52:22, 55:23, 57:2,

57:3, 58:15, 59:11, 61:9, 62:8, 65:1
**Counsel** [1] - 61:1
**counsel's** [1] - 57:25
**count** [1] - 27:17
**County** [1] - 29:5
**couple** [5] - 20:15, 25:11, 34:18, 34:24, 43:12
**course** [1] - 11:10
**COURT** [176] - 1:1, 9:12, 11:4, 11:8, 11:10, 12:7, 12:10, 12:13, 12:18, 12:22, 12:25, 13:3, 13:6, 13:9, 13:11, 13:15, 13:19, 14:4, 14:9, 14:14, 14:20, 15:3, 15:11, 15:21, 16:3, 16:5, 17:2, 17:22, 17:25, 18:3, 18:25, 19:3, 19:15, 19:24, 20:1, 20:12, 20:14, 20:18, 21:12, 21:21, 23:3, 23:12, 23:14, 23:18, 23:22, 24:11, 24:16, 25:2, 25:7, 27:20, 28:13, 28:21, 29:8, 29:11, 29:16, 29:20, 29:24, 30:10, 30:14, 30:23, 31:2, 31:13, 32:2, 33:4, 33:6, 33:8, 33:10, 33:16, 34:2, 34:8, 34:11, 34:14, 34:25, 35:12, 35:16, 35:22, 35:25, 36:6, 36:18, 37:12, 37:15, 37:19, 38:2, 38:15, 38:18, 38:25, 39:8, 39:18, 39:20, 40:12, 40:18, 40:21, 41:17, 41:22, 42:4, 42:12, 43:20, 43:25, 44:3, 44:8, 44:10, 44:12, 44:18, 45:10, 45:14, 45:18, 46:7, 46:11, 46:20, 47:11, 47:13, 47:21, 47:24, 48:2, 48:5, 48:7, 48:11, 48:14, 48:16, 48:20, 48:22, 49:2, 49:6, 49:13, 49:19, 50:8, 50:11, 50:14, 51:2, 51:14, 51:18, 52:4, 52:8, 52:12, 52:17, 52:25, 53:4, 53:9, 53:22, 54:1, 54:8, 54:12, 54:19, 54:23, 55:1, 55:15, 55:18, 56:9,

56:14, 56:16, 56:19, 56:23, 57:10, 57:18, 57:20, 58:1, 58:18, 59:3, 59:10, 59:23, 60:5, 60:9, 60:14, 61:1, 62:17, 62:24, 63:2, 63:7, 63:11, 63:15, 63:22, 64:3, 64:8, 64:16, 64:19, 65:4
**court** [14] - 11:7, 16:8, 17:7, 17:9, 17:13, 17:17, 17:18, 17:19, 29:4, 44:18, 46:22, 47:14, 59:1, 59:2
**Court** [30] - 18:18, 21:18, 22:6, 22:20, 22:25, 24:8, 26:12, 29:5, 30:7, 30:20, 39:1, 41:16, 46:2, 46:19, 47:3, 47:5, 47:12, 54:11, 55:11, 57:1, 57:23, 58:17, 64:10, 64:13, 65:13, 65:14, 65:15, 65:23, 65:23
**Court's** [3] - 43:2, 47:9, 48:18
**courtroom** [1] - 12:15
**Coverage** [1] - 51:5
**COVERAGE** [1] - 10:22
**coverage** [1] - 51:20
**COVINGTON** [1] - 5:4
**CRAFT** [1] - 2:22
**CRR** [2] - 9:12, 65:22
**cumulative** [1] - 46:15
**CUNNINGHAM** [3] - 2:6, 2:7, 13:25
**Cunningham** [1] - 14:1
**curve** [1] - 25:1
**cut** [2] - 25:19, 29:12

**D**

**D1** [1] - 62:22
**DALLAS** [3] - 2:15, 6:16, 8:19
**damages** [5] - 31:21, 31:25, 34:22, 45:19
**DART** [1] - 5:3
**data** [1] - 22:19
**date** [7] - 17:6, 20:8, 23:4, 23:6, 26:9, 40:2, 58:24
**Date** [1] - 42:17
**dates** [2] - 18:8, 56:11
**DAUPHIN** [1] - 2:7

**Dave** [2] - 29:10, 29:17
**David** [2] - 14:11, 50:23
**DAVID** [3] - 4:3, 6:10, 9:3
**DAWN** [1] - 2:20
**Dawn** [1] - 57:21
**days** [14] - 20:25, 42:21, 47:25, 48:2, 48:3, 48:5, 49:24, 49:25, 50:4, 50:5, 58:9, 60:15, 63:11, 63:12
**DC** [4] - 4:18, 6:4, 7:4, 7:20
**deadline** [4] - 22:25, 27:11, 42:24, 46:21
**deal** [4] - 42:12, 44:25, 50:24, 54:13
**dealing** [4] - 42:21, 45:20, 55:8, 57:17
**deals** [3] - 16:7, 48:13, 57:15
**Deb** [4] - 14:25, 21:1, 44:1, 49:4
**DEBORAH** [1] - 6:24
**dec** [1] - 45:22
**decide** [1] - 64:4
**decided** [3] - 31:9, 31:23, 52:21
**decision** [1] - 18:1
**decisions** [1] - 59:17
**DEEPWATER** [4] - 1:4, 5:7, 5:8, 11:12
**default** [5] - 39:22, 40:5, 40:14, 41:15, 42:11
**DEFAULT**................
........ [1] - 10:18
**defend** [1] - 24:1
**defendant** [2] - 46:15, 53:18
**defendants** [13] - 14:19, 14:22, 41:14, 42:20, 44:17, 52:23, 54:22, 54:23, 55:16, 56:6, 58:8, 58:14, 58:21
**defense** [2] - 57:25, 59:11
**defenses** [1] - 45:24
**deferred** [1] - 39:13
**definition** [1] - 58:7
**DEGRAVELLES** [1] - 3:21
**degree** [1] - 52:19
**delay** [2] - 31:5, 42:10
**DENHAM** [1] - 3:17
**Dennis** [1] - 15:15
**DENNIS** [1] - 8:4

**deny** [1] - 39:8
**DEPARTMENT** [2] - 4:10, 4:16
**Department** [3] - 12:17, 23:21, 49:21
**deponent** [2] - 18:23, 18:24
**deposed** [2] - 18:20, 18:21
**DEPOSITION** [1] - 10:9
**Deposition** [1] - 20:2
**deposition** [2] - 20:6, 21:2
**depositions** [11] - 11:15, 18:14, 18:22, 20:8, 20:11, 20:15, 20:24, 21:7, 63:13, 63:16
**DEPUTY** [1] - 11:7
**derivative** [2] - 18:6, 19:9
**described** [1] - 23:11
**describing** [1] - 22:19
**designated** [1] - 39:15
**designed** [1] - 31:18
**designee** [1] - 13:4
**desperately** [1] - 38:10
**devote** [1] - 45:12
**DEXTER** [1] - 4:21
**difference** [4] - 35:4, 37:1, 46:17, 52:8
**different** [15] - 30:17, 31:19, 32:16, 34:15, 34:16, 35:8, 39:5, 39:24, 39:25, 43:13, 45:10, 45:15, 45:16, 45:18
**differently** [1] - 52:15
**directed** [1] - 41:6
**directives** [1] - 58:5
**directly** [3] - 27:6, 27:7, 27:25
**disagree** [1] - 33:2
**discontinued** [1] - 36:2
**discovered** [1] - 21:8
**discovery** [10] - 18:12, 18:17, 19:13, 20:6, 23:11, 31:3, 31:17, 37:14, 38:16, 59:18
**Discovery** [1] - 20:3
**DISCOVERY**............
........ [1] - 10:9
**discs** [1] - 27:1
**discuss** [1] - 62:5
**discussed** [2] - 39:10, 62:6
**discussing** [1] - 51:11

5

**discussion** [2] - 45:6, 52:17
**discussions** [3] - 41:18, 52:20, 59:10
**dismiss** [15] - 18:7, 18:10, 42:22, 43:6, 43:17, 50:19, 53:20, 60:2, 60:5, 60:6, 60:7, 60:10, 61:13, 61:18, 62:7
**Dismiss** [1] - 50:16
**dismissals** [3] - 16:8, 40:17, 61:17
**disposal** [1] - 49:24
**dispose** [2] - 50:1, 50:9
**dispute** [2] - 35:17, 36:15
**disputed** [1] - 35:22
**disputes** [4] - 16:17, 28:5, 37:24, 37:25
**distant** [1] - 42:8
**distinguish** [1] - 53:4
**distributing** [1] - 22:19
**District** [9] - 18:17, 55:7, 55:11, 55:19, 56:16, 59:1, 65:14, 65:15, 65:23
**DISTRICT** [3] - 1:1, 1:1, 1:12
**DIVISION** [1] - 4:11
**DNV** [3] - 22:4, 22:7, 22:15
**docket** [2] - 26:16, 26:18, 41:9
**DOCUMENT** [3] - 1:9, 10:15, 10:16
**Document** [3] - 39:21, 49:10, 51:3
**documents** [1] - 18:13
**dollars** [1] - 45:3
**DOMENGEAUX** [1] - 1:16
**DOMINION** [2] - 1:24, 2:23
**DON** [2] - 5:18, 8:4
**Don** [3] - 14:13, 15:1, 15:14
**DONALD** [1] - 6:14
**done** [6] - 23:4, 23:5, 24:2, 28:2, 34:10
**dozen** [2] - 20:15, 27:18
**DRESCHER** [1] - 1:23
**DRIL** [1] - 8:3
**Dril** [2] - 15:14, 15:16
**DRIL-QUIP** [1] - 8:3
**Dril-Quip** [2] - 15:14, 15:16

**DRILLING** [1] - 5:7
**DRIVE** [3] - 1:25, 2:23, 8:8
**DRIVES** [1] - 8:23
**due** [3] - 43:8, 48:3, 58:23
**DUFFY** [1] - 5:24
**DUKE** [1] - 8:22
**dummy** [1] - 26:16
**duplicative** [1] - 62:11
**DURHAM** [1] - 8:24
**during** [2] - 23:23, 43:7
**dust** [3] - 40:4, 40:15, 40:19

## E

**E&P** [1] - 6:21
**e-mails** [1] - 57:6
**early** [3] - 11:12, 11:18, 38:6
**easily** [1] - 37:6
**EAST** [1] - 3:13
**Eastern** [1] - 65:15
**EASTERN** [1] - 1:1
**economic** [1] - 33:1
**edges** [1] - 24:9
**EDWARDS** [1] - 1:16
**efficient** [1] - 36:16
**effort** [2] - 27:24, 28:1
**efforts** [5] - 21:13, 28:12, 32:19, 39:25, 57:14
**EIDSON** [1] - 3:9
**Eileen** [3] - 19:5, 39:21, 51:3
**either** [11] - 17:10, 25:7, 25:9, 27:24, 38:4, 38:20, 40:24, 43:15, 51:15, 59:12, 60:7
**ELIZABETH** [1] - 2:17
**Elizabeth** [1] - 12:9
**ELLIS** [2] - 5:22, 6:3
**Ellison** [2] - 18:5, 18:16
**ELM** [1] - 6:15
**embedded** [1] - 43:5
**emergency** [1] - 41:14
**employees** [2] - 53:7, 53:12
**employer** [4] - 53:19, 58:6, 58:7, 60:8
**employment** [2] - 53:13, 53:15
**end** [3] - 17:13, 18:9, 31:10
**endeavor** [1] - 64:17

**ENERGY** [3] - 4:4, 5:9, 6:13
**exceeds** [1] - 46:22
**ENFORCEMENT** [1] - 4:16
**enjoy** [1] - 46:9
**Enlarge** [1] - 42:17
**entail** [1] - 22:12
**entered** [2] - 22:6, 35:19
**entering** [2] - 34:19, 42:10
**entitled** [1] - 65:18
**entry** [2] - 39:22, 40:5
**ENTRY** [1] - 10:18
**ENVIRONMENTAL** [1] - 4:16
**envision** [2] - 30:18, 62:4
**envisioning** [1] - 25:21
**equally** [1] - 21:11
**equipment** [1] - 57:16
**ERISAs** [1] - 18:6
**Ervin** [1] - 13:8
**ERVIN** [1] - 3:10
**Espy** [1] - 13:14
**ESQUIRE** [64] - 1:16, 1:20, 1:20, 1:24, 2:4, 2:7, 2:10, 2:13, 2:14, 2:17, 2:20, 2:23, 3:3, 3:6, 3:10, 3:13, 3:16, 3:19, 3:22, 4:4, 4:7, 4:11, 4:12, 4:17, 4:20, 4:24, 5:9, 5:18, 5:18, 5:22, 5:23, 5:23, 5:24, 5:24, 6:3, 6:7, 6:10, 6:14, 6:14, 6:15, 6:18, 6:24, 7:3, 7:6, 7:7, 7:10, 7:19, 7:22, 8:4, 8:4, 8:7, 8:11, 8:15, 8:18, 9:3, 9:3, 9:4, 9:4, 9:6, 9:6, 9:7, 9:7, 9:9, 9:9
**essentially** [4] - 19:11, 19:19, 31:16, 43:4
**establish** [1] - 32:23
**established** [1] - 24:24
**estimate** [2] - 26:22, 27:9
**estimated** [1] - 27:2
**etcetera** [1] - 32:10
**evening** [4] - 26:11, 26:15, 26:17, 26:21
**event** [1] - 52:13
**exact** [1] - 27:16
**exactly** [5] - 22:8, 27:21, 36:9, 44:18, 63:15
**example** [2] - 29:5,

45:2
**exceeds** [1] - 46:22
**excellent** [1] - 21:25
**except** [3] - 25:10, 42:5, 44:3
**excess** [1] - 51:9
**exchanged** [1] - 57:6
**excise** [1] - 50:6
**excuse** [2] - 34:25, 57:10
**exhibits** [3] - 21:2, 50:18
**expect** [1] - 23:5
**expects** [1] - 60:10
**experience** [1] - 50:3
**explain** [2] - 27:20, 49:18
**EXPLORATION** [1] - 5:15
**exposure** [1] - 32:12
**extend** [2] - 42:16, 63:16
**extended** [1] - 48:9
**extensively** [1] - 45:2
**extent** [1] - 39:4
**extra** [1] - 47:25

## F

**face** [1] - 44:4
**fact** [6] - 29:3, 32:14, 36:14, 44:15, 57:6, 59:5
**factor** [2] - 55:4, 56:2
**factors** [1] - 57:9
**facts** [2] - 34:23, 38:14
**factually** [1] - 28:14
**failing** [1] - 43:14
**Fair** [4] - 53:9, 53:10, 53:17, 54:5
**fairly** [2] - 43:17, 46:15
**faith** [1] - 25:22
**fall** [1] - 36:21
**familiar** [1] - 53:3
**far** [5] - 19:14, 20:25, 21:3, 30:2, 58:13
**fascinated** [1] - 20:22
**fashion** [3] - 27:6, 43:15, 46:2
**fast** [2] - 31:19, 32:21
**FAYARD** [3] - 3:15, 3:16, 14:6
**Fayard** [1] - 14:8
**feat** [1] - 21:4
**February** [2] - 25:16, 61:25
**FEBRUARY** [1] - 10:24
**FEDERAL** [1] - 4:10

**federal** [1] - 17:13
**few** [2] - 16:6, 42:21
**FIFTEENTH** [1] - 6:4
**FIFTH** [1] - 7:23
**figure** [2] - 41:6, 60:3
**file** [12] - 26:16, 33:24, 40:9, 40:13, 46:15, 48:7, 48:9, 48:11, 48:12, 50:17, 58:19, 60:10
**filed** [47] - 16:23, 17:17, 18:7, 26:13, 26:18, 27:5, 27:7, 27:10, 30:2, 30:3, 30:4, 30:8, 34:18, 37:20, 39:13, 40:12, 40:25, 41:10, 41:15, 42:24, 43:1, 43:4, 44:10, 44:15, 45:22, 46:4, 46:20, 46:21, 46:22, 47:13, 50:25, 54:2, 55:5, 55:6, 56:3, 56:12, 58:10, 58:16, 58:17, 58:21, 59:2, 59:8, 61:12, 61:15
**filing** [1] - 30:5
**Filing** [1] - 42:16
**filings** [4] - 17:7, 17:12, 29:4, 42:1
**Filings** [1] - 26:8
**FILINGS**................ [1] - 10:13
**fill** [1] - 32:4
**FINANCIAL** [1] - 7:18
**fine** [4] - 12:18, 24:3, 37:8, 37:23
**finish** [1] - 63:23
**FIRM** [1] - 8:18
**first** [6] - 25:20, 34:7, 58:19, 59:9
**FITCH** [1] - 7:3, 14:23
**Fitch** [1] - 14:23
**fits** [1] - 42:9
**five** [4] - 16:15, 20:10, 26:23, 59:22
**FL** [2] - 2:5, 3:11
**floor** [1] - 21:3
**FLOOR** [5] - 2:17, 4:8, 4:13, 5:9, 8:5
**FLORIDA** [1] - 3:16
**FLSA** [7] - 51:22, 51:23, 52:24, 54:16, 54:20, 55:1, 58:6
**focus** [1] - 64:14
**folks** [2] - 14:15, 59:19
**follow** [1] - 48:14
**following** [1] - 22:4
**FOR** [23] - 1:15, 4:10, 4:15, 4:20, 4:23, 5:6,

5:12, 6:6, 6:13, 6:20, 7:6, 7:9, 7:14, 8:3, 8:7, 8:10, 8:14, 8:18, 10:17, 10:18, 10:20, 10:21, 10:24
**force** [1] - 50:5
**foregoing** [1] - 65:16
**forewarned** [1] - 47:6
**FORM** [1] - 10:13
**Form** [1] - 26:7
**form** [6] - 26:13, 26:17, 26:18, 27:6, 41:8, 61:7
**formally** [1] - 22:7
**forms** [6] - 26:17, 26:22, 26:23, 26:24, 27:3, 61:13
**forth** [3] - 36:4, 40:3, 64:6
**forward** [2] - 45:22, 46:3
**fought** [1] - 20:21
**four** [4] - 16:14, 20:10, 26:23, 58:11
**frame** [4] - 24:11, 24:16, 24:19, 63:24
**FRANCIS** [2] - 8:15, 8:22
**FRANCISCO** [2] - 2:18, 4:13
**FRANK** [1] - 3:13
**Frank** [1] - 13:13
**FRIDAY** [2] - 1:7, 11:2
**FRILOT** [1] - 5:8
**front** [3] - 22:11, 47:12, 59:12
**fronts** [1] - 20:7
**FRUGE** [1] - 3:2
**full** [2] - 28:6, 28:19
**future** [1] - 42:8

## G

**GABLES** [1] - 3:11
**GAINSBURGH** [1] - 4:3
**Gasaway** [3] - 15:22, 21:22, 24:3
**GASAWAY** [6] - 6:3, 15:22, 21:20, 21:22, 23:5, 23:13
**GATE** [1] - 4:12
**gather** [1] - 51:25
**GCCF** [1] - 61:16
**General** [1] - 13:5
**GENERAL'S** [1] - 4:20
**generally** [1] - 59:18
**generation** [1] - 29:14
**GERALD** [1] - 4:4

**GISLESON** [1] - 1:20
**given** [2] - 43:15, 54:12
**glad** [1] - 24:2
**glove** [1] - 42:10
**goal** [2] - 24:20, 24:21
**GODFREY** [2] - 5:22, 15:9
**Godfrey** [1] - 15:9
**GODWIN** [7] - 6:13, 6:14, 6:17, 15:1, 43:22, 48:25, 49:3
**Godwin** [2] - 15:1, 43:20
**GOLDEN** [1] - 4:12
**GONZALES** [1] - 3:9
**Gonzalez** [1] - 13:8
**GONZALEZ** [2] - 3:10, 13:7
**GOTSHAL** [2] - 7:19, 7:22
**GOVERNMENT** [1] - 4:10
**grant** [3] - 39:20, 50:11, 51:2
**granting** [1] - 51:4
**gratified** [1] - 23:6
**Gray** [2] - 56:14, 60:20
**great** [5] - 19:3, 19:15, 21:16, 54:12, 63:10
**GREENWALD** [2] - 3:3, 13:16
**Greenwald** [1] - 13:17
**Group** [3] - 54:24, 55:8, 57:11
**group** [4] - 11:18, 55:8, 55:14, 57:22
**GUERRA** [1] - 2:22
**guess** [9] - 17:3, 25:8, 28:8, 34:11, 48:3, 48:22, 51:22, 56:13, 61:3
**GULF** [1] - 1:5
**guys** [2] - 23:23, 63:11

## H

**half** [3] - 62:25, 63:7, 63:18
**Halliburton** [6] - 15:2, 15:5, 15:13, 43:22, 46:17, 49:1
**HALLIBURTON** [1] - 6:13
**hand** [2] - 24:3, 42:9
**hand-off** [1] - 24:3
**handful** [1] - 16:21
**handle** [1] - 30:15, 31:18, 34:6, 36:20,

36:23, 38:18, 39:9, 59:14, 59:16, 61:10, 61:23
**handled** [7] - 30:16, 32:22, 37:2, 37:5, 39:4, 52:6, 52:15
**handles** [1] - 34:12
**handling** [4] - 29:9, 32:15, 36:18, 52:6
**happy** [3] - 32:22, 60:12, 64:9
**hard** [4] - 21:10, 21:11, 25:11, 49:16
**Haspel** [1] - 29:18
**hate** [2] - 23:25, 24:18
**Haycraft** [3] - 14:13, 20:1, 23:11
**HAYCRAFT** [6] - 5:18, 14:13, 20:4, 20:13, 20:15, 20:23
**HB406** [1] - 9:13
**hear** [2] - 12:2, 44:16
**heard** [6] - 12:20, 44:14, 44:21, 44:22, 46:1, 49:25
**HEARD** [1] - 1:12
**hearing** [9] - 19:12, 21:24, 23:22, 48:8, 58:24, 59:3, 59:5, 60:2, 64:12
**hearings** [1] - 23:7
**HEIMANN** [1] - 2:16
**held** [1] - 30:5
**helicopter** [1] - 34:20
**help** [2] - 39:1, 45:8
**helpful** [1] - 44:11
**HENRY** [1] - 5:3
**hereby** [1] - 65:15
**Herman** [3] - 12:5, 32:3, 50:20
**HERMAN** [11] - 1:19, 1:20, 12:5, 32:4, 33:23, 39:19, 48:17, 50:20, 64:9, 64:18
**HICKS** [1] - 3:9
**HIGHWAY** [1] - 3:19
**HIMMELHOCH** [5] - 4:12, 49:20, 50:10, 50:13
**Himmelhoch** [2] - 12:16, 49:15
**hired** [1] - 27:24
**hit** [1] - 22:25
**holding** [1] - 26:21
**HOLDINGS** [3] - 5:6, 5:16, 7:15
**HOLTHAUS** [1] - 3:21
**HONEYCUTT** [1] - 3:15
**Honor** [121] - 11:9,

12:3, 12:5, 12:8, 12:12, 12:14, 12:21, 13:1, 13:7, 13:13, 13:16, 13:25, 14:3, 14:11, 14:12, 15:1, 15:9, 15:12, 15:15, 15:17, 15:19, 15:22, 15:24, 16:1, 16:12, 16:19, 17:1, 17:5, 17:17, 17:24, 18:2, 18:4, 19:2, 19:17, 20:4, 21:5, 21:20, 23:13, 23:20, 24:2, 24:5, 24:15, 24:23, 27:16, 27:18, 29:2, 29:10, 29:17, 30:1, 30:19, 32:4, 33:2, 33:5, 33:22, 33:23, 33:24, 34:13, 34:16, 35:4, 36:9, 36:12, 37:8, 37:18, 37:20, 38:10, 38:24, 39:6, 39:7, 39:19, 40:10, 40:14, 41:13, 41:21, 41:24, 42:19, 42:23, 43:12, 43:19, 43:22, 43:24, 44:7, 44:24, 45:5, 45:7, 45:8, 45:21, 46:9, 46:14, 47:9, 47:20, 47:23, 48:17, 48:24, 48:25, 50:10, 50:21, 50:23, 51:7, 51:12, 51:17, 51:24, 51:25, 52:23, 53:5, 54:21, 55:3, 56:4, 56:25, 57:19, 57:21, 58:2, 59:4, 60:23, 60:24, 62:14, 62:15, 62:16, 64:7, 64:9, 64:12, 65:3
**Honor's** [1] - 52:11
**HONORABLE** [1] - 1:12
**hope** [4] - 24:9, 24:25, 47:5, 51:12
**hopefully** [3] - 22:1, 41:10, 64:4
**hoping** [2] - 63:3, 63:23
**HORIZON** [2] - 1:4, 11:12
**hour** [5] - 63:5, 63:7, 63:18, 63:24, 64:1
**hours** [5] - 20:25, 63:1, 63:16, 63:20, 64:2
**HOUSTON** [3] - 3:7, 6:10, 6:11, 6:19, 7:8, 8:5, 8:20
**Houston** [6] - 56:14,

58:11, 58:15, 58:16, 58:23
**hubbub** [1] - 21:3
**Hugh** [1] - 15:17
**HUGH** [1] - 7:6
**hundred** [4] - 26:23, 26:25, 59:21, 59:22
**hundreds** [1] - 45:3

## I

**idea** [5] - 26:12, 40:19, 50:10, 59:20, 62:16
**ideas** [1] - 62:1
**identify** [6] - 11:23, 39:1, 43:25, 46:2, 49:19, 64:12
**IL** [2] - 5:25, 8:8
**implicate** [1] - 61:16
**IMPREVENTO** [1] - 1:23
**IN** [2] - 1:4, 1:5
**INC** [16] - 5:7, 5:8, 5:12, 5:13, 5:14, 5:15, 5:17, 6:13, 7:14, 7:15, 7:16, 7:17, 7:18, 7:19, 8:3, 8:14
**incident** [2] - 17:11, 27:23
**included** [1] - 64:23
**including** [3] - 16:19, 16:23, 61:14
**income** [3] - 33:8, 33:9, 33:10
**incur** [1] - 50:5
**indeed** [1] - 20:15
**indicate** [1] - 40:8
**indicated** [4] - 18:18, 40:14, 55:21, 62:7
**indirectly** [1] - 27:25
**individual** [4] - 28:14, 28:20, 35:18, 35:19, 36:3, 38:3
**information** [1] - 26:9
**initial** [2] - 31:18, 39:2
**injury** [2] - 17:10, 17:11
**input** [1] - 61:22
**inquiries** [1] - 40:24
**insisted** [1] - 23:1
**instead** [2] - 42:2, 48:11
**insurance** [5] - 28:25, 31:9, 36:11, 51:19, 52:14
**INSURANCE** [1] - 10:22
**Insurance** [1] - 51:5

**intend** [2] - 44:19, 61:15
**intends** [2] - 51:25, 60:22
**intent** [1] - 44:15
**interest** [3] - 45:4, 45:10, 45:11
**INTERESTS** [2] - 4:10, 4:20
**interests** [3] - 45:15, 45:18, 47:1
**internally** [1] - 24:6
**INTERNATIONAL** [3] - 6:6, 7:18, 8:14
**intervened** [1] - 51:11
**introduce** [2] - 49:17, 57:23
**invited** [3] - 23:8, 32:15, 32:18
**invoices** [2] - 35:14, 35:15
**involved** [3] - 37:13, 39:25, 63:25
**involves** [3] - 54:5, 54:7, 58:3
**involving** [6] - 16:14, 16:19, 18:5, 37:25, 39:25, 51:9
**ironic** [1] - 20:20
**IS** [2] - 10:24, 10:25
**issue** [10] - 16:7, 25:19, 31:22, 31:24, 32:25, 36:6, 41:25, 60:3, 60:8, 61:19
**issued** [4] - 16:6, 16:14, 16:16, 53:24
**issues** [32] - 18:17, 25:15, 25:18, 26:3, 26:4, 28:9, 28:14, 28:16, 28:18, 28:20, 32:16, 32:17, 32:18, 38:19, 39:14, 40:16, 42:14, 43:5, 44:25, 45:4, 45:7, 45:11, 45:17, 45:20, 46:16, 56:7, 61:6, 62:10, 62:13, 64:13, 64:14
**IT** [1] - 22:23
**Item** [2] - 16:9, 25:8
**item** [4] - 17:3, 20:2, 21:19, 25:9
**ITEMS** [1] - 10:3
**itself** [4] - 24:1, 24:22, 34:21, 63:4

**J**

**JACKSON** [4] - 3:14, 8:3, 8:4, 15:14

**Jackson** [1] - 15:14
**JAMES** [1] - 1:16
**JARRETT** [1] - 5:18
**JEFFERSON** [2] - 1:17, 5:4
**Jeffrey** [1] - 12:11
**JEFFREY** [1] - 1:24
**JENNY** [1] - 6:14
**Jenny** [1] - 15:4
**Jim** [2] - 12:3, 41:24
**JIMMY** [1] - 3:6
**JIT** [1] - 22:3
**job** [6] - 12:18, 12:20, 21:9, 23:23, 24:3, 58:5
**John** [1] - 19:9
**JOHN** [1] - 9:7
**joinder** [1] - 26:17
**joinders** [2] - 26:13, 26:18
**joined** [2] - 42:20, 43:22
**joint** [2] - 53:19, 60:8
**Jones** [2] - 13:24, 54:4
**JONES** [2] - 8:10, 13:24
**JPML** [2] - 17:14, 27:19
**JR** [5] - 3:16, 3:19, 4:7, 8:4, 8:15
**JUDGE** [1] - 1:12
**judge** [6] - 13:18, 14:6, 38:5, 38:21, 55:19, 60:17
**Judge** [20] - 13:20, 14:2, 14:23, 18:5, 18:16, 21:9, 21:16, 21:25, 22:17, 23:7, 25:14, 38:21, 43:23, 49:1, 51:16, 56:14, 58:18, 60:17, 61:4, 64:23
**judgment** [1] - 31:23
**June** [8] - 20:10, 20:16, 20:17, 22:25, 23:4, 23:6, 24:25, 35:20
**jury** [1] - 62:19
**Justice** [3] - 12:17, 23:21, 49:21
**JUSTICE** [2] - 4:10, 4:16

**K**

**KALBAC** [1] - 3:9
**KANE** [1] - 3:9
**Kanner** [3] - 44:9, 44:20, 46:24

**KANNER** [15] - 4:23, 4:24, 44:7, 44:9, 44:11, 44:13, 44:21, 45:12, 45:16, 45:21, 46:9, 46:14, 47:8, 47:12, 47:20
**Kat** [1] - 25:4
**KATZ** [1] - 1:19
**keep** [2] - 41:17, 47:18
**keeping** [2] - 21:10, 63:22
**KEITH** [1] - 5:18
**kept** [1] - 23:22
**Kerry** [5] - 15:6, 40:7, 40:10, 42:9
**KERRY** [1] - 5:9
**kicked** [1] - 21:24
**kind** [9] - 24:16, 32:15, 34:15, 55:24, 57:11, 57:16, 59:23, 60:3
**kinds** [1] - 43:5
**KINGSDORF** [1] - 2:19
**KIRKLAND** [2] - 5:22, 6:3
**knowledge** [1] - 22:11
**knows** [2] - 17:17, 22:6
**KUCHLER** [6] - 6:23, 6:24, 14:25, 43:24, 44:1, 49:4
**Kuchler** [4] - 14:25, 21:1, 44:1, 49:4
**KULLMAN** [1] - 2:9

**L**

**L.L.C** [1] - 7:6
**L.P** [1] - 8:10
**LA** [18] - 1:18, 1:21, 2:11, 2:21, 3:17, 3:20, 3:23, 4:5, 4:8, 4:25, 5:4, 5:10, 5:20, 6:8, 6:25, 8:12, 8:16, 9:13
**labor** [1] - 57:16
**Labor** [4] - 53:9, 53:10, 53:17, 54:5
**LABORDE** [1] - 8:14
**LAFAYETTE** [2] - 1:18, 8:16
**LAMAR** [1] - 6:18
**LANGAN** [44] - 5:23, 14:12, 16:12, 17:5, 17:24, 18:2, 18:4, 19:2, 27:16, 27:23, 28:15, 29:1, 29:13, 33:24, 37:20, 39:6, 39:17, 42:19, 47:23,

47:25, 48:3, 48:6, 48:9, 48:12, 48:15, 48:18, 48:21, 48:24, 51:7, 51:17, 51:24, 52:7, 52:11, 52:16, 52:19, 62:14, 62:22, 62:25, 63:4, 63:9, 63:13, 63:20, 63:25, 64:7
**Langan** [17] - 14:12, 16:12, 19:11, 27:15, 29:12, 33:17, 37:19, 39:1, 42:18, 44:14, 44:22, 46:5, 46:8, 46:12, 47:22, 51:7, 62:14
**LARGE** [1] - 9:9
**large** [1] - 59:20
**Larry** [2] - 52:23, 54:21
**LARRY** [1] - 9:4
**LASALLE** [1] - 5:25
**last** [11] - 12:19, 12:22, 16:6, 16:13, 20:23, 20:25, 40:2, 42:20, 49:20, 53:24, 57:7
**late** [2] - 25:16, 57:7
**LATHAM** [1] - 8:7
**law** [2] - 28:17, 54:13
**LAW** [3] - 5:3, 8:18, 8:22
**LAWN** [1] - 2:14
**lawsuit** [4] - 54:2, 55:13, 55:14, 55:25
**lawyers** [7] - 20:6, 21:6, 41:6, 53:16, 57:6, 62:12, 62:20
**lawyers'** [1] - 42:3
**least** [8] - 17:8, 18:9, 18:23, 24:13, 27:17, 39:2, 53:1, 60:21
**Leave** [1] - 50:14
**leave** [7] - 16:7, 34:5, 43:3, 44:18, 46:22, 47:14, 50:24
**LEAVE** [2] - 10:17, 10:21
**LEE** [1] - 8:3
**left** [1] - 36:3
**legal** [7] - 28:5, 28:8, 28:14, 28:16, 31:24, 43:5, 52:20
**LEGER** [2] - 4:7, 4:7
**less** [1] - 45:4
**letter** [1] - 61:20
**level** [1] - 24:2
**LEVIN** [1] - 2:3
**Lewis** [1] - 53:6
**LEWIS** [3] - 2:9, 5:17,

7:6
**LEXINGTON** [1] - 7:11
**liability** [1] - 45:20
**liaison** [8] - 11:22, 12:3, 14:21, 26:1, 26:2, 61:9, 62:8, 65:1
**LIAISON** [1] - 1:16
**LIEFF** [1] - 2:16
**LIFE** [1] - 2:10
**likely** [1] - 55:21
**Limit** [1] - 42:17
**limit** [1] - 46:23
**LIMITATION** [1] - 10:24
**limitation** [6] - 27:7, 27:10, 39:23, 39:24, 40:16, 61:24
**limited** [2] - 46:2, 47:14
**LIMITED** [1] - 5:16
**limits** [1] - 47:15
**lines** [1] - 23:24
**Liskow** [1] - 53:6
**LISKOW** [1] - 5:17
**list** [1] - 39:2
**listening** [1] - 27:21
**litigants** [3] - 40:24, 41:6, 61:12
**litigated** [1] - 36:15
**litigating** [1] - 38:8
**litigation** [1] - 47:18
**LLC** [4] - 5:6, 6:23, 7:15, 7:16
**local** [1] - 59:1
**logical** [1] - 30:14
**logistical** [1] - 58:4
**logistics** [1] - 22:24
**London** [1] - 20:16
**look** [3] - 25:17, 46:19, 63:9
**looked** [1] - 40:1
**looking** [2] - 24:16, 27:9
**looks** [1] - 45:5
**loss** [4] - 32:10, 33:8, 33:9, 33:10
**losses** [1] - 45:2
**LOUISIANA** [4] - 1:1, 1:7, 4:23, 7:7
**Louisiana** [9] - 43:4, 44:6, 44:9, 45:1, 45:3, 46:25, 47:16, 65:14, 65:15
**Louisiana's** [2] - 42:15, 45:25
**LOUISIANA'S** [1] - 10:19
**LP** [1] - 6:21

luck [1] - 17:21
lumped [2] - 38:12, 53:18
lumping [1] - 36:19
LUNDY [1] - 14:3
Lundy [1] - 14:3
LUXENBERG [1] - 3:3
Luxton [1] - 15:19
LUXTON [2] - 7:7, 15:19
LYLE [4] - 7:19, 14:18, 41:13, 41:21
Lyle [2] - 14:18, 41:13

**M**

M-I [2] - 15:18, 15:20
ma'am [1] - 57:20
Magistrate [3] - 21:25, 22:17, 49:17
magistrate [3] - 38:5, 38:21, 60:17
mail [1] - 42:4
mailed [1] - 26:22
mailed-in [1] - 26:22
mails [1] - 57:6
MAIN [1] - 3:22
main [2] - 25:19, 35:17
MAJOR [1] - 6:15
management [12] - 28:24, 30:17, 31:15, 32:23, 33:20, 37:2, 47:3, 51:11, 59:14, 59:15, 59:24, 60:13
MANAGEMENT [1] - 7:14
MANGES [2] - 7:19, 7:22
March [6] - 16:13, 22:21, 23:1, 36:5, 42:23
MARINE [4] - 7:9, 7:16, 7:17, 7:17
Marine [1] - 16:2
MARK [1] - 5:23
Mark [1] - 22:15
MARTINEZ [2] - 6:14, 15:4
Martinez [1] - 15:4
MARTÍNEZ [1] - 3:9
MARY [1] - 8:7
Mary [1] - 15:24
master [1] - 35:10
Master [1] - 25:14
MASTER [1] - 8:22
masterful [1] - 21:9
material [1] - 36:14
Matt [1] - 14:3
matter [3] - 11:16,

28:17, 65:18
matters [4] - 11:19, 16:22, 44:23, 46:5
MATTHEWS [1] - 3:9
MAY [1] - 10:25
Mayer [1] - 29:18
MAZE [2] - 4:20, 13:4
Maze [1] - 13:4
MCCUTCHEN [1] - 7:3
MCGOEY [9] - 9:4, 53:5, 53:10, 53:24, 54:3, 54:9, 54:17, 60:1, 60:6
McGoey [1] - 53:5
MCGOVERN [1] - 8:22
McGovern [1] - 25:14
MCKINNEY [1] - 6:11
MDL [18] - 8:18, 10:8, 11:12, 17:18, 18:1, 18:3, 18:14, 30:6, 30:16, 30:21, 31:11, 31:18, 34:5, 36:13, 37:9, 37:22, 52:1, 52:9
Meade [1] - 19:9
MEADE [2] - 9:7, 19:9
mean [6] - 29:12, 39:13, 45:14, 54:12, 59:6, 63:9
meantime [1] - 18:11
MECHANICAL [1] - 9:15
mechanics [1] - 30:21
mechanism [2] - 28:22, 41:2
mediate [1] - 38:6
mediation [1] - 37:6
medical [4] - 32:11, 32:17, 33:1, 33:6
meet [5] - 21:8, 33:18, 36:13, 48:18, 60:14
meeting [7] - 25:13, 25:22, 26:2, 32:14, 33:19, 41:18, 61:25
member [1] - 39:14
members [3] - 11:23, 32:6, 32:25
MEMBERS [1] - 1:23
Memorandum [2] - 42:16, 50:15
memorandum [1] - 22:18
MEMORANDUM..... [1] - 10:21
MEMORANDUM........ ....... [1] - 10:19
mention [4] - 17:16, 29:2, 29:14, 40:23
mentioned [2] - 14:16, 27:19

merely [1] - 46:5
Merit [1] - 65:13
met [1] - 59:15
METHOFF [1] - 8:18
MEUNIER [2] - 4:3, 4:4
MEXICO [1] - 1:5
MI [1] - 7:6
Michael [2] - 14:18, 41:13
MICHAEL [4] - 3:22, 4:11, 7:19, 9:6
microphones [1] - 14:16
mics [1] - 19:6
midnight [1] - 42:1
midst [1] - 43:7
might [3] - 17:2, 24:12, 64:11
MIKAL [1] - 2:23
Mikal [1] - 14:2
Mike [6] - 12:15, 13:14, 13:18, 15:8, 23:20, 49:12
Miller [8] - 15:6, 40:7, 40:10, 42:6, 55:19, 56:14, 58:18, 60:20
MILLER [5] - 5:9, 15:6, 40:10, 40:13, 40:19
million [1] - 38:10
millions [1] - 45:3
mind [3] - 24:12, 47:19, 62:16
minimally [1] - 19:21
minutes [1] - 63:5
missed [2] - 14:5, 20:16
MITCHELL [1] - 2:3
Mobile [1] - 29:5
MOBILE [1] - 2:8
modeled [1] - 22:2
MOEX [7] - 6:22, 6:22, 14:24, 14:25, 44:2, 46:18, 49:4
moment [1] - 21:1
monarchy [1] - 20:22
Monday [3] - 55:12, 55:21, 56:19
money [3] - 31:12, 38:9, 38:11
monition [1] - 40:1
monitoring [4] - 32:11, 32:17, 33:1, 33:6
MONTGOMERY [1] - 4:21
month [4] - 12:19, 12:22, 20:9, 36:10
monthly [1] - 11:11
months [2] - 17:18,

25:11
moratorium [3] - 45:2, 45:4, 45:6
MORGAN [3] - 3:12, 7:6
morning [58] - 11:8, 11:9, 12:5, 12:7, 12:8, 12:10, 12:13, 12:14, 12:23, 12:25, 13:1, 13:3, 13:4, 13:6, 13:7, 13:9, 13:10, 13:11, 13:12, 13:13, 13:15, 13:16, 13:19, 13:20, 13:23, 13:25, 14:2, 14:3, 14:7, 14:13, 14:14, 14:18, 14:20, 15:1, 15:3, 15:4, 15:6, 15:9, 15:11, 15:12, 15:15, 15:17, 15:19, 15:21, 15:22, 15:24, 16:1, 16:3, 19:17, 20:19, 21:20, 21:21, 25:25, 44:7, 44:8, 57:7, 57:21, 58:2
most [2] - 31:21, 59:16
Motion [4] - 42:15, 49:9, 50:14, 50:15
MOTION [6] - 10:15, 10:16, 10:17, 10:19, 10:20, 10:21
motion [40] - 17:14, 17:18, 29:18, 31:23, 33:25, 37:21, 39:8, 39:13, 39:15, 39:20, 40:14, 42:8, 42:19, 43:6, 43:17, 43:18, 43:23, 44:12, 49:11, 49:22, 50:12, 50:17, 50:24, 51:2, 55:20, 56:3, 56:11, 56:21, 58:16, 58:18, 58:20, 58:22, 59:6, 59:8, 60:6, 60:7, 60:10, 61:18, 61:19
motions [14] - 12:22, 18:7, 18:10, 39:22, 40:5, 41:15, 42:22, 42:24, 45:25, 50:19, 52:21, 53:19, 60:2, 62:7
MOTIONS [1] - 10:18
move [6] - 11:13, 16:9, 24:7, 31:20, 45:22, 64:5
moved [3] - 31:19, 55:9, 55:10
moving [2] - 20:2, 21:18

MR [188] - 12:3, 12:5, 12:11, 12:14, 12:20, 12:23, 13:1, 13:4, 13:7, 13:10, 13:18, 13:20, 13:22, 13:25, 14:2, 14:6, 14:12, 14:13, 14:18, 14:21, 14:23, 15:1, 15:6, 15:7, 15:8, 15:9, 15:12, 15:14, 15:15, 15:17, 15:19, 15:22, 16:1, 16:4, 16:12, 17:5, 17:24, 18:2, 18:4, 19:2, 19:9, 19:17, 19:25, 20:4, 20:13, 20:15, 20:23, 21:20, 21:22, 23:5, 23:13, 23:17, 23:20, 23:25, 24:15, 24:18, 27:16, 27:23, 28:15, 29:1, 29:10, 29:13, 29:17, 29:21, 30:1, 30:13, 30:19, 30:25, 31:5, 31:16, 32:4, 33:2, 33:5, 33:7, 33:13, 33:22, 33:23, 33:24, 34:7, 34:10, 34:13, 34:16, 35:4, 35:13, 35:24, 36:1, 36:9, 37:8, 37:13, 37:17, 37:20, 38:10, 38:16, 38:24, 39:6, 39:7, 39:17, 39:19, 40:10, 40:13, 40:19, 41:13, 41:21, 41:24, 42:5, 42:19, 43:22, 44:7, 44:9, 44:11, 44:13, 44:21, 45:12, 45:16, 45:21, 46:9, 46:14, 47:8, 47:12, 47:20, 47:23, 47:25, 48:3, 48:6, 48:9, 48:12, 48:15, 48:17, 48:18, 48:21, 48:24, 48:25, 49:3, 49:12, 49:15, 50:20, 50:23, 51:7, 51:17, 51:24, 52:7, 52:11, 52:16, 52:19, 52:23, 53:3, 53:5, 53:10, 53:24, 54:3, 54:9, 54:17, 54:21, 54:24, 55:3, 55:16, 55:19, 56:13, 56:15, 56:18, 56:21, 56:25, 57:13, 57:19, 58:2, 58:19, 58:25, 59:4, 59:5, 59:15, 59:25, 60:1, 60:6, 60:10, 60:12, 60:24, 60:25, 62:14, 62:22, 62:25, 63:4, 63:9,

9

63:13, 63:20, 63:25, 64:7, 64:9, 64:18
**MS** [16] - 3:14, 12:8, 13:12, 13:16, 14:25, 15:4, 15:24, 35:18, 43:24, 44:1, 49:4, 49:20, 50:10, 50:13, 57:21, 60:23
**multiphase** [1] - 25:21
**multiple** [2] - 23:7, 29:25

# N

**N.W** [1] - 6:4
**Nalco** [1] - 15:25
**NALCO** [1] - 8:7
**name** [3] - 34:17, 42:5, 49:20
**NC** [1] - 8:24
**nearly** [1] - 24:13
**necessarily** [1] - 30:12, 36:19, 63:23
**necessary** [2] - 18:21, 18:22
**need** [26] - 11:20, 12:2, 18:19, 19:20, 19:22, 23:15, 25:2, 26:5, 27:12, 28:9, 30:15, 30:16, 37:10, 38:11, 39:12, 42:13, 46:6, 47:24, 51:14, 51:19, 52:14, 56:13, 59:23, 60:16, 61:2, 62:18
**needed** [2] - 37:1, 51:16
**needs** [3] - 23:4, 37:13, 62:5
**negotiating** [1] - 14:9
**negotiations** [1] - 50:3
**NEUNER** [2] - 8:14, 8:15
**never** [1] - 42:1
**NEW** [16] - 1:7, 1:21, 2:11, 2:21, 3:4, 4:5, 4:8, 4:25, 5:10, 5:20, 6:8, 6:25, 7:12, 7:23, 8:12, 9:13
**new** [3] - 17:7, 17:12, 24:6
**NEXT** [1] - 10:25
**next** [14] - 17:3, 20:2, 21:19, 23:18, 24:10, 33:19, 38:7, 40:20, 41:18, 60:15, 61:25, 62:2, 62:17, 65:1
**night** [2] - 20:23, 57:7
**NO** [1] - 1:6

**nobody** [2] - 44:16, 50:9
**NOMELLINI** [1] - 5:23
**noon** [1] - 63:23
**NORFOLK** [1] - 1:25
**NORTH** [5] - 5:4, 5:13, 5:14, 5:16, 5:17
**note** [1] - 22:10
**noted** [1] - 18:15
**nothing** [8] - 23:16, 24:6, 31:10, 31:17, 35:9, 35:11, 50:4
**notice** [4] - 43:3, 44:15, 57:4, 59:19
**noticed** [1] - 25:4
**November** [2] - 35:21, 36:4
**nowhere** [1] - 58:16
**number** [14] - 11:19, 16:19, 17:7, 26:16, 26:19, 27:2, 32:6, 35:5, 39:11, 41:9, 41:25, 51:5, 56:17, 62:21
**NUMBER** [2] - 10:5, 10:20
**Number** [16] - 16:7, 16:24, 25:4, 25:8, 25:9, 26:7, 27:14, 34:13, 39:22, 42:15, 49:9, 49:10, 50:14, 51:21
**numbered** [1] - 65:18
**numbers** [1] - 17:7
**NW** [2] - 7:4, 7:20
**NY** [3] - 3:4, 7:12, 7:23

# O

**O'BRIEN'S** [1] - 7:14
**o'clock** [2] - 63:6, 63:24
**O'KEEFE** [1] - 1:21
**O'ROURKE** [2] - 4:17, 13:22
**O'Rourke** [2] - 12:16, 12:18, 13:22
**OAK** [1] - 2:14
**object** [1] - 50:24
**objected** [1] - 44:16
**objection** [3] - 16:23, 49:25, 50:22
**objects** [1] - 50:9
**observation** [1] - 24:15
**obviously** [8] - 28:7, 30:20, 37:22, 38:11, 56:7, 60:20, 61:24, 62:11

**occupy** [1] - 63:16
**occurred** [2] - 34:23, 50:4
**October** [1] - 45:23
**odd** [2] - 36:22
**OF** [14] - 1:1, 1:5, 1:11, 4:10, 4:15, 4:16, 4:23, 8:22, 8:23, 10:8, 10:14, 10:22, 10:23
**office** [3] - 27:8, 42:2, 42:3
**Office** [3] - 26:20, 41:4, 42:1
**OFFICE** [1] - 4:20
**offices** [2] - 21:25, 42:3
**OFFICIAL** [1] - 9:12
**Official** [2] - 65:14, 65:23
**OFFSHORE** [3] - 5:7, 6:22, 7:15
**oil** [2] - 33:11, 58:4
**OIL** [2] - 1:4, 1:4
**OMNIBUS** [1] - 10:21
**Omnibus** [1] - 50:15
**ON** [2] - 1:5, 10:13
**once** [3] - 24:14, 24:22, 50:8
**one** [30] - 16:23, 17:13, 19:5, 27:6, 28:7, 29:8, 29:25, 30:5, 30:20, 34:9, 35:13, 35:18, 35:19, 39:14, 48:9, 48:12, 49:16, 50:25, 53:6, 53:10, 54:2, 54:13, 57:10, 58:11, 59:21, 62:3, 63:2, 63:3, 63:4, 64:11
**ONE** [4] - 5:19, 6:10, 8:15, 8:19
**ongoing** [2] - 52:17, 52:20
**OPA** [1] - 32:9
**open** [1] - 34:18
**operate** [1] - 47:7
**operating** [1] - 47:15
**Opportunity** [8] - 16:20, 27:15, 28:2, 28:6, 29:21, 29:23, 35:10, 35:11
**opportunity** [1] - 43:15
**OPPORTUNITY** [1] - 10:14
**oppose** [2] - 39:18, 48:16
**opposing** [2] - 32:22, 33:24

**Opposition** [1] - 50:15
**opposition** [7] - 39:12, 39:17, 43:1, 44:10, 49:11, 50:11, 50:19
**opt** [8] - 54:6, 54:8, 54:9, 54:15, 55:2, 58:11, 58:12, 59:21
**opt-in** [3] - 54:6, 54:15, 55:2
**opt-ins** [2] - 58:11, 58:12
**opt-out** [2] - 54:8, 54:9
**options** [1] - 43:13
**oral** [6] - 35:13, 35:20, 35:22, 36:7, 48:19, 62:6
**order** [24] - 27:19, 28:24, 30:17, 31:15, 32:23, 33:20, 37:3, 37:10, 38:22, 42:23, 43:2, 44:19, 46:22, 50:3, 51:12, 52:2, 53:25, 56:10, 59:14, 59:15, 59:24, 61:16, 62:22
**ORDER** [5] - 10:5, 10:6, 10:20, 11:4
**Order** [6] - 16:7, 16:10, 16:24, 49:9, 49:10, 49:23
**orderly** [2] - 42:21, 43:11
**orders** [7] - 16:6, 16:15, 16:17, 16:18, 22:7, 47:2, 47:3
**Orders** [1] - 16:14
**ordinary** [1] - 20:24
**organizational** [1] - 22:5
**original** [3] - 41:8, 45:22, 49:22
**originally** [1] - 50:2
**ORLEANS** [13] - 1:7, 1:21, 2:11, 2:21, 4:5, 4:8, 4:25, 5:10, 5:20, 6:8, 6:25, 8:12, 9:13
**OTHER** [1] - 10:13
**ought** [2] - 37:5, 38:7, 43:14
**oversized** [1] - 43:9
**overtime** [1] - 53:18
**owe** [1] - 31:12
**own** [1] - 30:21
**owners** [2] - 27:25, 33:3

# P

**P.O** [1] - 4:17

**package** [1] - 57:15
**packed** [1] - 20:10
**Page** [1] - 42:17
**page** [1] - 46:23
**PAGE** [1] - 10:3
**pages** [6] - 43:16, 46:11, 46:13, 48:1, 48:7, 48:10
**paid** [7] - 32:7, 33:11, 33:13, 35:14, 35:15, 36:5, 53:18
**Palmintier** [1] - 13:18
**PALMINTIER** [3] - 3:21, 3:22, 13:18
**PAN** [1] - 2:10
**Pan** [1] - 21:3
**Panel** [6] - 16:14, 16:16, 17:1, 17:19, 18:1, 34:1
**Panel's** [1] - 16:22
**PAPANTONIO** [1] - 2:3
**papers** [1] - 33:24
**pardon** [1] - 20:13
**PARKWAY** [1] - 8:5
**PARSIOLA** [1] - 3:18
**part** [5] - 27:23, 36:2, 37:9, 52:1, 54:1
**participate** [1] - 32:19
**participating** [1] - 18:12
**particular** [2] - 55:13, 56:6
**particularly** [4] - 20:10, 41:5, 54:4, 64:13
**parties** [12] - 21:17, 22:1, 22:11, 22:18, 22:19, 23:8, 24:7, 24:21, 25:11, 25:17, 25:22, 51:10
**party** [6] - 17:13, 22:16, 31:11, 55:13, 55:14, 55:25
**passed** [1] - 40:2
**past** [1] - 29:3
**Paul** [1] - 13:10
**PAUL** [1] - 2:10
**pause** [1] - 22:10
**pay** [2] - 36:1, 53:14
**paying** [1] - 36:2
**payment** [2] - 28:7, 28:19
**pending** [6] - 16:17, 17:9, 17:17, 17:25, 42:22, 53:19
**PENSACOLA** [1] - 2:5
**PENTHOUSE** [1] - 3:10
**people** [8] - 12:1,

20:18, 23:25, 26:16, 29:24, 40:25, 44:3, 59:21

people's [1] - 28:18

Pepper [3] - 65:12, 65:21, 65:22

PEPPER [1] - 9:12

per [2] - 20:11, 43:2

perfectly [1] - 37:15

perhaps [4] - 27:17, 28:16, 32:4, 61:10

period [5] - 28:4, 46:1, 50:2, 50:7, 50:8

permit [1] - 42:8

personal [3] - 17:10, 17:11, 24:2

Petosa [1] - 13:13

PETOSA [2] - 3:13, 13:13

PETROLEUM [2] - 6:21, 8:15

phase [1] - 25:20

Phil [2] - 13:20, 15:7

PHILIP [1] - 3:19

PHILLIP [1] - 6:7

phone [3] - 12:2, 40:23, 44:3

photographs [1] - 22:20

pick [2] - 14:16, 19:7

pigeon [1] - 42:5

PIGMAN [1] - 6:6

PINHOOK [1] - 8:16

place [4] - 28:22, 38:22, 59:24, 61:17

PLACE [1] - 8:11

plaintiff [4] - 29:8, 32:1, 58:11, 59:11

plaintiff's [1] - 58:15

plaintiffs [19] - 12:6, 18:12, 19:10, 19:18, 28:8, 29:22, 29:23, 30:12, 32:8, 32:9, 33:17, 50:20, 53:16, 54:18, 55:9, 56:2, 56:21, 57:24, 58:12

PLAINTIFFS' [2] - 1:15, 1:23

plaintiffs' [4] - 53:16, 55:23, 57:2, 57:3

Plaintiffs' [5] - 12:9, 12:11, 13:2, 31:7, 31:19

plan [3] - 23:9, 62:6, 63:20

Plan [4] - 25:15, 26:4, 26:6, 62:1

PLAN.........................
.................... [1] -
10:12

planning [1] - 28:24

play [1] - 47:17

pleading [4] - 35:6, 42:25, 59:1, 62:23

pleadings [2] - 18:6, 63:25

pleased [1] - 64:23

pleases [1] - 64:24

pleasure [1] - 52:11

plenty [1] - 48:22

plus [3] - 46:11, 51:10, 51:11

podium [1] - 12:1

point [11] - 24:23, 30:24, 38:18, 40:9, 42:7, 44:16, 50:25, 54:3, 54:11, 55:17, 62:15

POLK [1] - 6:23

pond [2] - 20:12, 20:14

portable [1] - 19:5

position [3] - 28:7, 47:12, 53:20

possible [2] - 17:12, 17:15

post [1] - 27:23

post-incident [1] -
27:23

POYDRAS [7] - 2:11, 2:20, 4:5, 5:10, 5:19, 6:24, 9:13

practice [1] - 17:14

preempt [3] - 30:10, 34:3, 34:8

preemption [1] -
46:16

prefer [1] - 11:17

prejudice [2] - 16:8, 61:19

preliminary [3] - 27:9, 56:24, 60:3

prepared [1] - 64:5

preparing [1] - 43:8

present [4] - 16:21, 17:9, 24:7, 43:17

PRESENT [1] - 9:3

presentation [1] -
43:11

presently [1] - 17:25

presume [1] - 54:13

PRETRIAL [2] - 10:5, 10:20

pretrial [2] - 16:7, 31:17

Pretrial [2] - 49:10, 49:23

pretty [1] - 37:6

preview [1] - 51:25

previously [1] - 18:5

primarily [2] - 28:3, 30:5

primary [1] - 29:8

private [1] - 27:25

Pro [3] - 40:24, 41:6, 61:12

problem [5] - 11:16, 30:11, 36:18, 37:9, 46:7

problems [3] - 11:14, 23:3, 23:9

procedure [2] - 54:6, 54:9

procedures [1] - 54:8

proceed [2] - 37:17, 41:16

proceeding [4] - 18:5, 8:11, 18:13, 19:14

proceedings [4] -
22:16, 31:17, 65:5, 65:17

PROCEEDINGS [3] -
1:11, 9:15, 11:1

process [9] - 22:1, 22:2, 22:5, 22:19, 22:22, 23:2, 24:8, 42:21

PROCTOR [1] - 2:3

PRODUCED [1] - 9:16

producing [1] - 18:13

PRODUCTION [2] -
5:12, 5:15

PRODUCTS [1] - 5:17

professionalism [1] -
64:22

Professor [1] - 25:14

PROFESSOR [1] -
8:22

profits [1] - 32:10

program [6] - 16:20, 27:24, 28:1, 28:6, 28:11, 35:11

progress [2] - 25:23, 26:14

promise [2] - 24:18, 64:16

promptly [1] - 23:9

proper [2] - 55:25, 58:8

proposal [1] - 26:6

propose [1] - 60:14

proposed [4] - 50:18, 51:11, 57:4, 59:13

protocols [2] - 22:8, 24:7, 24:20

proud [1] - 21:5

provide [2] - 34:20, 57:13

provided [3] - 35:20, 49:23, 57:14

PSC [21] - 12:4, 13:8, 13:10, 13:12, 13:14, 13:17, 13:18, 13:21, 13:24, 14:1, 14:2, 14:3, 14:8, 32:13, 33:16, 42:7, 43:1, 43:10, 44:17, 45:5, 64:8

PSC's [2] - 45:11, 50:17

pure [2] - 32:7, 32:21

purported [1] - 41:10

purpose [1] - 45:8

pursuant [1] - 36:1

put [7] - 28:22, 37:3, 38:3, 38:22, 52:10, 59:23, 61:16

putting [2] - 31:6, 31:25

## Q

quarter [1] - 18:9

questions [3] - 19:21, 64:6

quickly [2] - 34:14, 37:6

Quip [2] - 15:14, 15:16

QUIP [1] - 8:3

quote [1] - 46:25

## R

radar [1] - 41:17

RAFFERTY [1] - 2:3

raise [1] - 62:17

raised [2] - 45:23, 50:25

range [1] - 27:3

rate [1] - 28:4

rather [1] - 25:24

RD [1] - 8:16

RE [1] - 1:4

reached [5] - 42:1, 42:2, 42:3, 57:8

reaching [1] - 57:5

read [3] - 46:8, 46:11, 48:22

reading [1] - 23:24

realized [1] - 25:7

really [8] - 22:13, 24:6, 31:21, 44:23, 45:6, 45:12, 46:1, 56:12

REALTIME [1] - 9:12

Realtime [2] - 65:12, 65:22

reargue [1] - 44:23

reargued [1] - 43:5

rearguing [2] - 44:22, 46:5

reason [3] - 42:10, 46:3

reasonable [1] - 63:19

reasons [3] - 30:5, 61:14, 62:3

received [1] - 44:12

recent [1] - 29:3

recognize [1] - 44:4

recognizes [1] - 52:13

record [4] - 11:24, 20:25, 21:2, 65:17

Record [2] - 39:21, 49:10, 51:3

RECORD [2] - 10:15, 10:16

RECORDED [1] - 9:15

Recovery [1] - 34:18

REDDEN [1] - 6:9

redepose [2] - 19:20, 19:22

refer [1] - 41:8

referring [1] - 58:25

refine [1] - 62:1

regard [2] - 26:4, 37:18

Registered [1] - 65:12

regular [1] - 11:11

regularly [1] - 11:17

related [2] - 36:13, 51:23

relates [1] - 61:8

RELATES [1] - 1:9

relating [3] - 16:23, 17:14, 25:15

reluctant [1] - 63:15

remain [1] - 16:22

remaining [2] - 26:3

remarkable [1] - 21:4

remarks [1] - 57:25

remind [2] - 11:25, 52:25

reminded [1] - 47:1

removal [1] - 29:7

removed [1] - 17:13

rendered [1] - 35:1

reply [2] - 43:8, 50:25

Reply [2] - 42:16, 42:17

report [8] - 17:3, 18:15, 20:1, 20:5, 24:9, 26:8, 60:13

REPORT [2] - 10:6, 10:13

Report [2] - 16:10, 26:7

reported [3] - 18:4, 21:14, 25:23

**Reporter** [6] - 65:12, 65:13, 65:14, 65:22, 65:23
**REPORTER** [2] - 9:12, 9:12
**REPORTER'S** [1] - 65:10
**reports** [1] - 64:22
**represent** [4] - 29:24, 34:17, 55:15, 55:16
**representative** [1] - 39:16
**REPRESENTATIVE...** [1] - 10:17
**representing** [1] - 29:22
**represents** [1] - 57:24
**request** [3] - 25:10, 46:19, 61:11
**requested** [1] - 11:13
**require** [1] - 28:23
**requirements** [2] - 36:14, 48:19
**resolution** [3] - 16:22, 57:5, 57:8
**resolvable** [1] - 38:7
**resolve** [1] - 25:15
**resolved** [2] - 16:17, 28:17
**resourced** [3] - 22:2, 22:22, 22:23
**respect** [2] - 32:20, 40:22
**respectfully** [1] - 46:18
**respond** [4] - 43:15, 46:6, 47:24, 57:25
**responder** [4] - 14:19, 14:22, 39:24, 41:14
**responding** [1] - 42:24
**Response** [4] - 16:2, 54:24, 55:8, 57:11
**response** [8] - 17:11, 27:23, 28:12, 35:2, 37:20, 37:25, 39:25, 57:11
**RESPONSE** [2] - 7:10, 7:14
**response-type** [1] - 35:2
**result** [5] - 16:17, 27:19, 28:6, 28:11, 43:14
**results** [1] - 34:19
**revolutionary** [1] - 20:21
**Rhon** [1] - 13:24
**RICHARD** [2] - 5:22, 8:11

**Richard** [1] - 16:4
**RICHESON** [1] - 6:23
**Rick** [1] - 15:9
**RIG** [1] - 1:4
**rights** [1] - 28:18
**rise** [2] - 11:7, 65:4
**RMR** [2] - 9:12, 65:22
**Rob** [2] - 15:22, 21:22
**Robert** [1] - 14:1
**ROBERT** [2] - 2:7, 6:3
**ROBERTS** [1] - 9:7
**ROBIN** [1] - 3:3
**Robin** [1] - 13:17
**role** [1] - 20:4
**rolling** [1] - 22:20
**ROME** [1] - 7:10
**RONQUILLO** [2] - 6:13, 6:17
**ROOM** [2] - 4:13, 9:13
**room** [4] - 14:7, 20:7, 20:18, 21:6
**ROSE** [1] - 8:7
**Rose** [1] - 15:24
**ROUGE** [1] - 3:23
**rough** [2] - 24:9, 27:8
**round** [3] - 21:23, 22:14, 22:23
**ROY** [5] - 1:16, 1:16, 12:3, 41:24, 42:5
**Roy** [2] - 12:3, 41:24
**Royal** [1] - 20:16
**Rule** [5] - 16:8, 42:24, 54:9, 54:15, 61:17
**rule** [3] - 54:8, 55:22, 58:19
**ruled** [3] - 36:12, 59:7, 59:9
**rules** [4] - 47:9, 47:17, 59:1
**ruling** [1] - 17:20, 18:8
**rulings** [1] - 18:9
**RUSNAK** [1] - 3:6
**RYAN** [1] - 5:24

**S**

**s/Cathy** [1] - 65:21
**Sam** [1] - 57:24
**samples** [2] - 49:24, 50:1
**SAMUEL** [1] - 9:6
**SAN** [3] - 2:18, 2:24, 4:13
**SARAH** [1] - 4:12
**Sarah** [1] - 12:16
**satisfied** [1] - 45:14
**scanned** [1] - 26:21
**schedule** [3] - 19:13, 25:16, 39:4

**SCHEDULED** [1] - 10:24
**scheduled** [4] - 20:9, 61:24, 62:2
**scheduling** [6] - 37:10, 38:22, 44:19, 46:21, 47:2, 59:23
**SCHELL** [1] - 6:23
**SCHOOL** [1] - 8:22
**school** [1] - 22:13
**SCIENCE** [1] - 8:23
**SCOTT** [1] - 2:13
**Scott** [1] - 13:1
**screen** [1] - 41:17
**Se** [3] - 40:24, 41:6, 61:12
**SEACOR** [6] - 7:15, 7:15, 7:16, 7:16, 7:17, 7:17
**seal** [1] - 50:18
**seated** [1] - 11:10
**second** [2] - 18:9, 21:23
**SECREST** [1] - 6:9
**SECTION** [1] - 4:16
**securities** [2] - 18:6, 19:18
**see** [12] - 17:6, 20:18, 30:7, 39:3, 40:5, 40:8, 41:19, 45:5, 46:17, 61:4, 61:6, 65:1
**seek** [1] - 19:20
**seeking** [1] - 17:19
**seem** [1] - 63:19
**send** [1] - 37:6
**sense** [8] - 25:16, 34:6, 38:4, 40:3, 52:3, 59:9, 59:18, 60:22
**sent** [1] - 16:18
**separate** [2] - 19:13, 28:23, 31:6, 37:2, 37:3, 37:10, 37:22, 38:1, 38:13, 51:8
**separately** [3] - 30:16, 32:22, 54:2
**services** [7] - 34:20, 35:1, 35:2, 35:10, 35:20, 36:1, 36:3
**SERVICES** [1] - 6:13
**session** [2] - 11:7, 62:6
**set** [17] - 18:8, 22:8, 28:22, 38:20, 42:23, 55:11, 55:19, 56:4, 56:9, 56:11, 56:12, 56:19, 58:24, 59:3, 59:5, 60:2
**setting** [1] - 30:22

**settle** [3] - 40:4, 40:20, 61:16
**settled** [3] - 18:7, 40:15, 61:15
**settlement** [1] - 14:9
**seven** [1] - 58:9
**SEVER** [2] - 10:15, 10:16
**sever** [8] - 29:18, 30:15, 30:24, 33:25, 34:4, 37:1, 37:21, 39:8
**several** [3] - 12:22, 25:10, 30:19
**severance** [1] - 52:2
**severed** [3] - 36:10, 36:25, 52:5
**severing** [1] - 30:22
**SHAW** [1] - 4:7
**SHELL** [1] - 5:19
**short** [7] - 24:5, 26:13, 26:17, 26:18, 27:3, 27:6, 61:7
**SHORT** [1] - 10:13
**Short** [1] - 26:7
**Shushan** [12] - 21:9, 21:16, 21:25, 22:17, 23:7, 25:14, 38:21, 49:17, 51:16, 60:17, 61:4, 64:23
**side** [5] - 14:4, 14:6, 62:10, 63:7, 63:18
**sides** [2] - 20:12, 20:14
**SIEMENS** [1] - 7:18
**significant** [1] - 35:5
**similar** [10] - 28:24, 29:20, 36:10, 38:3, 39:2, 39:3, 39:4, 40:9, 54:19, 55:6
**simple** [1] - 49:22
**simply** [2] - 47:10, 50:6
**simultaneous** [1] - 24:25
**sit** [1] - 14:7
**six** [2] - 39:24, 39:25
**sleep** [1] - 20:23
**slew** [1] - 41:11
**SMITH** [8] - 9:6, 58:2, 58:19, 59:5, 59:15, 59:25, 60:12, 60:24
**Smith** [1] - 57:24
**smooth** [1] - 24:9
**so-called** [3] - 26:16, 27:14, 51:22
**software** [1] - 57:15
**someone** [1] - 19:15
**sometimes** [2] - 14:7, 61:20

**somewhere** [3] - 56:4, 63:23, 63:24
**soon** [1] - 17:20
**SOREN** [1] - 1:20
**sorry** [4] - 30:10, 33:9, 34:14, 44:1
**sort** [8] - 33:17, 33:20, 36:19, 37:24, 38:22, 42:21, 61:8, 62:4
**sorted** [2] - 28:9, 55:22
**sorting** [1] - 40:2
**sounds** [4] - 18:25, 36:6, 37:5, 64:1
**sources** [1] - 64:23
**SOUTH** [2] - 2:4, 8:8
**Southeast** [1] - 34:18
**Southern** [6] - 18:17, 55:7, 55:11, 55:19, 56:16, 58:25
**sovereign** [1] - 46:25
**speaking** [4] - 12:1, 55:23, 57:1, 61:12
**Special** [1] - 25:14
**special** [1] - 33:20
**SPECIAL** [1] - 8:22
**specifically** [1] - 56:11
**spending** [1] - 38:7
**Spill** [1] - 16:2
**SPILL** [2] - 1:4, 7:9
**spill** [11] - 17:11, 28:11, 33:11, 34:21, 34:23, 35:2, 37:25, 57:13, 57:17, 58:4
**split** [2] - 33:15, 63:3
**splitting** [1] - 32:25
**spoken** [1] - 34:1
**SPRINGS** [1] - 3:17
**SQUARE** [1] - 5:19
**ST** [3] - 7:20, 8:11, 8:12
**standardized** [1] - 28:3
**Standards** [4] - 53:9, 53:10, 53:17, 54:5
**standing** [1] - 56:10
**start** [2] - 38:5, 63:5
**started** [2] - 22:5, 27:24
**STATE** [3] - 4:20, 4:23, 10:7
**State** [9] - 17:4, 43:4, 44:6, 44:9, 44:25, 45:3, 45:25, 46:24, 65:13
**state** [8] - 17:7, 17:9, 17:17, 17:18, 17:19, 17:22, 17:23, 29:4
**States** [2] - 12:15, 50:5, 65:14, 65:23

**STATES** [3] - 1:1, 1:12, 4:15
**states'** [1] - 13:5
**stating** [1] - 20:20
**status** [11] - 11:11, 16:25, 18:15, 18:16, 51:9, 51:13, 52:18, 60:8, 62:2, 62:5, 63:4
**Status** [5] - 16:11, 18:3, 21:19, 51:5, 51:21
**STATUS** [1] - 1:11, 10:8, 10:14, 10:22, 10:23, 10:25
**STATUS.** [1] - 10:6
**STATUS...................**
**...........** [1] - 10:11
**STATUS...................**
**................** [1] - 10:10
**stay** [1] - 17:2
**stayed** [1] - 17:25
**staying** [1] - 37:9
**stead** [1] - 12:18
**steal** [1] - 12:20
**STEERING** [1] - 1:23
**Steering** [6] - 12:9, 12:11, 12:23, 13:2, 31:7, 31:20
**STEFANIE** [1] - 6:15
**STENOGRAPHY** [1] - 9:15
**STEPHEN** [2] - 1:20, 9:7
**Sterbcow** [1] - 13:10
**STERBCOW** [3] - 2:9, 2:10, 13:10
**Steve** [4] - 12:13, 13:22, 15:19, 50:20
**Steve's** [1] - 42:2
**Steven** [1] - 12:16
**STEVEN** [2] - 4:17, 7:7
**still** [11] - 16:22, 17:19, 18:7, 18:12, 18:13, 24:8, 26:13, 40:2, 48:18, 59:23, 61:24
**STONE** [1] - 6:6
**storage** [1] - 50:6
**Stradley** [1] - 19:17
**STRADLEY** [3] - 8:18, 19:17, 19:25
**Strange** [1] - 13:5
**STREET** [23] - 1:17, 2:4, 2:7, 2:11, 2:17, 2:20, 3:13, 3:22, 4:5, 4:8, 4:24, 5:4, 5:10, 5:19, 6:4, 6:7, 6:11, 6:15, 6:24, 7:4, 7:7, 8:19, 9:13

**STRIKE** [1] - 10:19
**Strike** [1] - 42:15
**strike** [1] - 43:13
**style** [1] - 56:18
**subject** [1] - 35:6
**submit** [1] - 51:12
**subset** [1] - 31:6
**substantial** [2] - 45:1, 45:6
**substantively** [1] - 57:25
**SUBSTITUTE** [1] - 10:17
**substitute** [1] - 39:15
**sued** [5] - 31:11, 36:12, 53:7, 53:17
**sufficient** [1] - 44:20
**sufficiently** [1] - 36:13
**suggest** [1] - 61:10
**suggested** [3] - 30:11, 31:4, 41:4
**suggestion** [1] - 25:10
**suing** [1] - 53:12
**SUITE** [17] - 2:4, 2:11, 2:14, 2:20, 2:24, 3:13, 3:19, 4:5, 5:20, 6:11, 6:15, 6:18, 6:24, 7:7, 7:20, 8:8, 8:16
**suits** [1] - 11:18
**SUMICH** [1] - 3:18
**summary** [1] - 31:23
**Summy** [1] - 13:1
**SUMMY** [2] - 2:13, 13:1
**Supplement** [1] - 50:15
**SUPPLEMENT** [1] - 10:21
**support** [1] - 58:4
**SUPPORT** [1] - 8:14
**supportive** [1] - 22:18
**suspect** [1] - 31:22
**sustenance** [1] - 32:10
**SW** [1] - 3:16

# T

**table** [2] - 14:5, 14:15
**take-away** [1] - 18:23
**Tanner** [1] - 15:17
**TANNER** [2] - 7:6, 15:17
**TAYLOR** [1] - 3:18
**technically** [3] - 36:24, 52:9, 56:9
**Ted** [1] - 14:21
**ten** [1] - 47:25

**terminated** [1] - 28:19
**terms** [10] - 17:16, 19:1, 21:13, 25:17, 36:2, 40:17, 43:10, 53:14, 57:4, 59:13
**TESTING** [2] - 10:10, 10:11
**testing** [9] - 21:23, 22:5, 22:8, 22:12, 23:16, 23:23, 24:14, 24:22, 25:3
**Testing** [1] - 21:19
**Texas** [12] - 17:17, 17:18, 17:22, 18:1, 18:17, 55:7, 55:20, 55:24, 56:1, 57:2, 57:6
**THE** [184] - 1:4, 1:5, 1:12, 1:15, 4:10, 4:15, 4:23, 7:11, 10:22, 11:7, 11:8, 11:10, 12:7, 12:10, 12:13, 12:18, 12:22, 12:25, 13:3, 13:6, 13:9, 13:11, 13:15, 13:19, 14:4, 14:9, 14:14, 14:20, 15:3, 15:11, 15:21, 16:3, 16:5, 17:2, 17:22, 17:25, 18:3, 18:25, 19:3, 19:15, 19:24, 20:1, 20:12, 20:14, 20:18, 21:12, 21:21, 23:3, 23:12, 23:14, 23:18, 23:22, 24:11, 24:16, 25:2, 25:6, 25:7, 27:20, 28:13, 28:21, 29:8, 29:11, 29:16, 29:20, 29:24, 30:10, 30:14, 30:23, 31:2, 31:13, 32:2, 33:4, 33:6, 33:8, 33:10, 33:16, 34:2, 34:8, 34:11, 34:14, 34:25, 35:12, 35:16, 35:22, 35:25, 36:6, 36:18, 37:12, 37:15, 37:19, 38:2, 38:15, 38:18, 38:25, 39:8, 39:18, 39:20, 40:12, 40:18, 40:21, 41:17, 41:22, 42:4, 42:12, 43:20, 43:25, 44:3, 44:8, 44:10, 44:12, 44:18, 45:10, 45:14, 45:18, 46:7, 46:11, 46:20, 47:11, 47:13, 47:21, 47:24, 48:2, 48:5, 48:7, 48:11, 48:14, 48:16, 48:20,

48:22, 49:2, 49:6, 49:13, 49:19, 50:8, 50:11, 50:14, 51:2, 51:14, 51:18, 52:4, 52:8, 52:12, 52:17, 52:25, 53:4, 53:9, 53:22, 54:1, 54:8, 54:12, 54:19, 54:23, 55:1, 55:15, 55:18, 56:9, 56:14, 56:16, 56:19, 56:23, 57:10, 57:18, 57:20, 58:1, 58:18, 59:3, 59:10, 59:23, 60:5, 60:9, 60:14, 61:1, 62:17, 62:24, 63:2, 63:7, 63:11, 63:15, 63:22, 64:3, 64:8, 64:16, 64:19, 65:4
**themselves** [3] - 11:23, 25:13, 64:24
**THEODORE** [1] - 7:22
**they've** [2] - 61:15
**thinking** [2] - 38:2, 63:18
**thinks** [2] - 47:16, 60:21
**THIS** [1] - 1:9
**THOMAS** [1] - 2:3
**thousand** [1] - 26:25
**thousands** [1] - 27:25
**three** [12] - 16:16, 16:18, 20:10, 24:21, 30:2, 36:14, 50:18, 58:12, 62:23, 63:20, 63:25, 64:2
**thrown** [1] - 31:7
**timely** [2] - 40:25, 47:13
**TIMOTHY** [1] - 5:24
**tired** [1] - 20:6
**TO** [8] - 1:9, 10:15, 10:16, 10:17, 10:18, 10:19, 10:21, 11:4
**today** [6] - 22:16, 26:2, 48:3, 48:5, 49:17, 51:1
**together** [4] - 16:13, 21:6, 22:17, 31:25
**Tommy** [1] - 53:5
**TOMMY** [1] - 9:4
**Tony** [1] - 14:23
**TORTS** [1] - 4:11
**total** [1] - 30:2
**toward** [1] - 33:20
**TOWER** [1] - 1:24
**track** [4] - 30:17, 31:19, 37:4, 38:3
**tracked** [1] - 32:21
**traditional** [1] - 20:4

**transcript** [1] - 65:16
**TRANSCRIPT** [2] - 1:11, 9:15
**TRANSFER** [2] - 10:6
**Transfer** [4] - 16:10, 16:11, 16:16, 16:24
**transfer** [7] - 16:15, 16:18, 29:7, 30:6, 58:16, 59:8, 60:21
**TRANSOCEAN** [3] - 5:6, 5:6, 5:8
**Transocean** [6] - 15:6, 27:7, 39:23, 40:11, 45:23, 51:10
**Transocean's** [1] - 51:9
**transparency** [1] - 22:11
**treat** [1] - 52:1
**trepidation** [1] - 48:1
**TRG** [5] - 54:24, 55:8, 55:17, 57:11, 58:5
**Trial** [4] - 25:15, 26:4, 26:6, 62:1
**trial** [5] - 19:13, 25:16, 25:20, 25:21, 61:24
**TRIAL** [2] - 10:12, 10:24
**tried** [1] - 25:18
**true** [2] - 26:12, 65:16
**try** [10] - 24:8, 25:14, 25:24, 26:3, 35:16, 46:2, 59:21, 60:14, 62:1, 62:9
**trying** [14] - 12:20, 24:6, 30:23, 35:16, 38:5, 43:11, 44:23, 44:25, 47:9, 47:10, 52:2, 53:4, 58:14, 59:13
**Tsekerides** [1] - 14:21
**TSEKERIDES** [2] - 7:22, 14:21
**Tuesday** [1] - 22:7
**two** [12] - 20:25, 24:21, 27:17, 38:8, 48:11, 51:8, 53:1, 53:6, 53:11, 62:25, 63:11, 63:12
**TX** [9] - 2:15, 2:24, 3:7, 6:11, 6:16, 6:19, 7:8, 8:5, 8:20
**type** [8] - 29:20, 35:1, 35:2, 36:22, 39:3, 54:19, 58:19, 59:17
**types** [2] - 27:22, 45:19

## U

U.S [3] - 4:10, 4:16, 8:10
unauthorized [1] - 43:9
under [14] - 20:21, 32:7, 32:9, 33:11, 33:13, 35:14, 35:15, 47:15, 50:18, 53:8, 53:12, 53:17, 55:1, 58:6
UNDERHILL [10] - 4:11, 12:14, 12:20, 23:17, 23:20, 23:25, 24:15, 24:18, 49:12, 49:15
Underhill [7] - 12:15, 13:23, 23:16, 23:20, 23:24, 49:11, 49:12
underlying [2] - 34:23, 38:14
understood [2] - 18:19, 19:22
underway [2] - 23:2, 24:14
unfair [1] - 43:10
UNITED [3] - 1:1, 1:12, 4:15
United [4] - 12:15, 50:5, 65:14, 65:23
UNIVERSITY [1] - 8:22
unless [1] - 56:11
unlike [1] - 31:9
unopposed [1] - 49:12
up [22] - 11:21, 14:6, 14:16, 16:15, 17:13, 19:7, 22:11, 23:18, 26:9, 26:24, 28:22, 31:2, 38:1, 38:20, 40:20, 49:16, 59:13, 60:20, 61:3, 61:8, 63:3, 64:19
up-front [1] - 22:11
up-to-date [1] - 26:9
urgency [1] - 40:5
US [1] - 13:22
USA [1] - 6:22
useful [1] - 50:4
usual [1] - 11:14

## V

VA [1] - 1:25
various [2] - 32:16, 61:14
vessel [3] - 27:25, 28:2, 33:3

Vessel [3] - 28:6, 29:21, 29:23
vessels [2] - 39:24, 39:25
Vessels [5] - 16:19, 27:14, 28:1, 35:10, 35:11
VESSELS [1] - 10:14
video [1] - 22:20
view [1] - 54:18
violate [3] - 44:19, 47:2, 47:9
voice [1] - 44:5
VOICES [2] - 11:9, 65:3
VOO [18] - 27:14, 27:18, 28:2, 28:10, 29:4, 32:6, 32:15, 32:25, 34:25, 35:5, 35:6, 36:19, 37:2, 38:1, 52:6, 52:14

## W

WACKER [1] - 8:8
wait [2] - 14:5, 49:25
waiting [2] - 17:19, 50:7
Walker [1] - 54:4
WALKER [2] - 1:23, 8:10
WALTER [1] - 4:7
WALTHER [1] - 6:6
wants [2] - 19:16, 60:21
war [1] - 20:21
WARE [1] - 8:3
warning [2] - 43:3, 44:15
WARREN [1] - 7:3
WARSHAUER [1] - 4:3
WASHINGTON [4] - 4:18, 6:4, 7:4, 7:20
watched [2] - 20:19
WATERSIDE [1] - 1:25
WATKINS [1] - 8:7
WATTS [3] - 2:22, 2:23, 14:2
Watts [1] - 14:2
weather [1] - 20:17
Weatherford [1] - 16:4
WEATHERFORD [1] - 8:10
wedding [1] - 20:16
week [8] - 21:8, 26:2, 32:14, 40:2, 53:24, 60:15, 61:25, 65:2
weekend [1] - 22:4

weeks [3] - 24:21, 25:10, 34:18
Weigel [1] - 16:1
WEIGEL [2] - 7:10, 16:1
WEIL [2] - 7:19, 7:22
WEINER [1] - 6:23
WEITZ [1] - 3:3
welcome [1] - 32:19
whereby [1] - 27:24
WHEREUPON [1] - 65:5
WHITELEY [1] - 4:23
whole [1] - 41:11
WILLIAM [3] - 8:18, 9:9, 9:9
WILLIAMSON [2] - 3:6, 3:6
withdraw [3] - 61:14, 61:20, 61:21
witnesses [3] - 18:19, 18:21, 19:20
WITTMANN [3] - 6:6, 6:7, 15:7
Wittmann [1] - 15:7
won [1] - 12:22
workers [3] - 55:8, 55:14, 58:3
works [1] - 60:18
WORLDWIDE [1] - 7:16
Worley [19] - 36:12, 36:25, 51:21, 52:1, 52:25, 53:1, 53:3, 53:6, 53:7, 53:12, 53:13, 53:17, 54:4, 59:12, 60:1, 60:6
WORLEY [1] - 10:23
wound [1] - 14:6
wrapping [1] - 61:3
WRIGHT [1] - 1:16
write [1] - 41:8
WRITTEN [1] - 10:9
written [8] - 18:15, 20:5, 35:12, 44:10, 53:8, 53:12, 53:14
Written [1] - 20:2

## Y

year [1] - 38:7
yesterday [6] - 26:11, 26:15, 26:17, 26:21, 40:13, 58:17
YOAKUM [1] - 3:7
York [1] - 15:12
YORK [5] - 3:4, 6:18, 7:12, 7:23, 15:12
yourself [3] - 43:25,

47:4, 49:19