09:23AM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

                        UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF LOUISIANA

*******************************************************************

IN RE:  OIL SPILL BY THE
OIL RIG *DEEPWATER HORIZON*
IN THE GULF OF MEXICO ON
APRIL 20, 2010

                              CIVIL ACTION NO. 10-MDL-2179 "J"
                              NEW ORLEANS, LOUISIANA
                              FRIDAY, APRIL 29, 2011, 9:00 A.M.

THIS DOCUMENT RELATES TO
ALL ACTIONS

*******************************************************************


        TRANSCRIPT OF DISCOVERY STATUS CONFERENCE PROCEEDINGS
           HEARD BEFORE THE HONORABLE SALLY SHUSHAN
                 UNITED STATES MAGISTRATE JUDGE


APPEARANCES:


FOR THE PLAINTIFFS'
LIAISON COUNSEL:          DOMENGEAUX WRIGHT ROY & EDWARDS
                          BY:  JAMES P. ROY, ESQUIRE
                          P. O. BOX 3668
                          556 JEFFERSON STREET
                          LAFAYETTE, LA  70502


                          HERMAN HERMAN KATZ & COTLAR
                          BY:  STEPHEN J. HERMAN, ESQUIRE
                          820 O'KEEFE AVENUE
                          NEW ORLEANS, LA  70113


                          CUNNINGHAM BOUNDS
                          BY:  ROBERT T. CUNNINGHAM, ESQUIRE
                          1601 DAUPHIN STREET
                          MOBILE, AL  36604

```
 1  APPEARANCES CONTINUED:

 2

 3                              LEWIS, KULLMAN, STERBCOW & ABRAMSON
                               BY:  PAUL M. STERBCOW, ESQUIRE
 4                              PAN AMERICAN LIFE BUILDING
                               601 POYDRAS STREET, SUITE 2615
 5                              NEW ORLEANS, LA  70130

 6

 7                              WILLIAMSON & RUSNAK
                               BY:  JIMMY WILLIAMSON, ESQUIRE
 8                              4310 YOAKUM BOULEVARD
                               HOUSTON, TX  77006

 9

10                              COLSON, HICKS, EIDSON, COLSON, MATTHEWS,
                               MARTÍNEZ, GONZALES, KALBAC & KANE
11                              BY:  ERVIN A. GONZALEZ, ESQUIRE
                               255 ALHAMBRA CIRCLE, PENTHOUSE
12                              CORAL GABLES, FL  33134

13  FOR THE FEDERAL
    GOVERNMENT INTERESTS:       U.S. DEPARTMENT OF JUSTICE
14                              TORTS BRANCH, CIVIL DIVISION
                               BY:  R. MICHAEL UNDERHILL, ESQUIRE
15                                   SARAH HIMMELHOCH, ESQUIRE
                               450 GOLDEN GATE AVENUE
16                              7TH FLOOR, ROOM 5395
                               SAN FRANCISCO, CA  94102

17

18  FOR THE
    UNITED STATES OF
19  AMERICA:                    ENVIRONMENTAL ENFORCEMENT SECTION
                               U.S. DEPARTMENT OF JUSTICE
20                              BY:  STEVEN O'ROURKE, ESQUIRE
                               P.O. BOX 7611
21                              WASHINGTON, DC  20044

22

23  FOR STATE INTERESTS:        ALABAMA ATTORNEY GENERAL'S OFFICE
                               BY:  COREY L. MAZE, ESQUIRE
24                              500 DEXTER AVENUE
                               MONTGOMERY, AL  36130

25
```

```
 1  APPEARANCES CONTINUED:

 2


 3  FOR THE STATE OF
    LOUISIANA:                   HENRY DART
 4                               ATTORNEYS AT LAW
                                 510 NORTH JEFFERSON STREET
 5                               COVINGTON, LA  70433

 6

 7  FOR TRANSOCEAN HOLDINGS
    LLC, TRANSOCEAN
 8  OFFSHORE DEEPWATER
    DRILLING INC., AND
 9  TRANSOCEAN DEEPWATER
    INC.:                        FRILOT
10                               BY:  KERRY J. MILLER, ESQUIRE
                                 ENERGY CENTRE, 36TH FLOOR
11                               1100 POYDRAS STREET
                                 NEW ORLEANS, LA  70163
12

13  FOR BP AMERICA INC.,
    BP AMERICA PRODUCTION
14  COMPANY, BP COMPANY
    NORTH AMERICA INC.,
15  BP CORPORATION NORTH
    AMERICA INC.,
16  BP EXPLORATION &
    PRODUCTION INC.,
17  BP HOLDINGS NORTH
    AMERICA LIMITED,
18  BP PRODUCTS NORTH
    AMERICA INC.:                LISKOW & LEWIS
19                               BY:  DON K. HAYCRAFT, ESQUIRE
                                 ONE SHELL SQUARE
20                               701 POYDRAS STREET
                                 SUITE 5000
21                               NEW ORLEANS, LA  70139

22
                                 KIRKLAND & ELLIS
23                               BY:  J. ANDREW LANGAN, ESQUIRE
                                      MARK J. NOMELLINI, ESQUIRE
24                                    TIMOTHY E. DUFFY, ESQUIRE
                                      RYAN S. BABIUCH, ESQUIRE
25                               300 N. LASALLE
                                 CHICAGO, IL  60654
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR CAMERON INTERNATIONAL
     CORPORATION:              STONE PIGMAN WALTHER WITTMANN
 4                             BY:  CARMELITE BERTAUT, ESQUIRE
                               546 CARONDELET STREET
 5                             NEW ORLEANS, LA 70130

 6

 7   FOR HALLIBURTON
     ENERGY SERVICES, INC.:    GODWIN RONQUILLO
 8                             BY:  DONALD E. GODWIN, ESQUIRE
                                    JENNY L. MARTINEZ, ESQUIRE
 9                                  STEFANIE K. MAJOR, ESQUIRE
                               1201 ELM STREET, SUITE 1700
10                             DALLAS, TX  75270

11
                               GODWIN RONQUILLO
12                             BY:  R. ALAN YORK, ESQUIRE
                               1331 LAMAR, SUITE 1665
13                             HOUSTON, TX  77010

14
     FOR ANADARKO
15   PETROLEUM CORPORATION,
     ANADARKO E&P COMPANY LP,
16   MOEX USA CORPORATION,
     AND MOEX OFFSHORE 2007
17   LLC:                      KUCHLER POLK SCHELL
                               WEINER & RICHESON
18                             BY:  DEBORAH D. KUCHLER, ESQUIRE
                               1615 POYDRAS STREET, SUITE 1300
19                             NEW ORLEANS, LA  70112

20
                               BINGHAM MCCUTCHEN
21                             BY:  WARREN A. FITCH, ESQUIRE
                               2020 K STREET, NW
22                             WASHINGTON, DC  20006

23
     FOR M-I L.L.C.:           MORGAN, LEWIS & BOCKIUS
24                             BY:  JAMES B. TARTER, ESQUIRE
                                    STEVEN LUXTON, ESQUIRE
25                             1000 LOUISIANA STREET, SUITE 4000
                               HOUSTON, TX  77002
```

```
 1   APPEARANCES CONTINUED:

 2


 3   FOR MARINE SPILL
     RESPONSE CORPORATION:    BLANK ROME
 4                            BY:  ALAN M. WEIGEL, ESQUIRE
                              THE CHRYSLER BUILDING
 5                            405 LEXINGTON AVENUE
                              NEW YORK, NY  10174
 6


 7
     FOR O'BRIEN'S RESPONSE
 8   MANAGEMENT, INC.,
     SEACOR HOLDINGS, INC.,
 9   SEACOR OFFSHORE LLC,
     SEACOR MARINE, LLC,
10   SEACOR WORLDWIDE, INC.,
     SEACOR MARINE, INC.,
11   SEACOR MARINE
     INTERNATIONAL, INC.,
12   AND SIEMENS FINANCIAL,
     INC.:                    WEIL GOTSHAL & MANGES
13                            BY:  MICHAEL J. LYLE, ESQUIRE
                              1300 I ST., NW, SUITE 900
14                            WASHINGTON, DC  20005

15
                              WEIL GOTSHAL & MANGES
16                            BY:  THEODORE E. TSEKERIDES, ESQUIRE
                              767 FIFTH AVENUE
17                            NEW YORK, NY  10153

18
     FOR DRIL-QUIP,
19   INC.:                    WARE, JACKSON, LEE & CHAMBERS
                              BY:  DON JACKSON, ESQUIRE
20                                 C. DENNIS BARROW, JR., ESQUIRE
                              2929 ALLEN PARKWAY, 42ND FLOOR
21                            HOUSTON, TX  77019

22


23   FOR WEATHERFORD U.S.,
     L.P.:                    JONES WALKER
24                            BY:  RICHARD D. BERTRAM, ESQUIRE
                              PLACE ST. CHARLES
25                            201 ST. CHARLES AVENUE
                              NEW ORLEANS, LA  70170
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR AIRBORNE SUPPORT
     INTERNATIONAL, INC.:        LABORDE & NEUNER
 4                               BY:  FRANCIS X. NEUNER, JR., ESQUIRE
                                 ONE PETROLEUM CENTER
 5                               1001 W. PINHOOK RD., SUITE 200
                                 LAFAYETTE, LA  70505
 6

 7   DYNAMIC AVIATION
     GROUP, INC:                 GEIGER LABORDE & LAPEROUSE
 8                               BY:  LEO R. McALOON, III, ESQUIRE
                                 ONE SHELL SQUARE
 9                               701 POYDRAS STREET, SUITE 4800
                                 NEW ORLEANS, LA  70139
10

11   FOR TRANSOCEAN
     EXCESS UNDERWRITERS:        PHELPS DUNBAR
12                               BY:  EVANS M. MCLEOD, ESQUIRE
                                      CANAL PLACE
13                                    365 CANAL STREET, SUITE 2000
                                      NEW ORLEANS, LA  70130
14                                    (504)566-1311

15

16   FOR MDL 2185:               METHOFF LAW FIRM
                                 BY:  WILLIAM STRADLEY, ESQUIRE
17                               3450 ONE ALLEN CENTER
                                 500 DALLAS STREET
18                               HOUSTON, TX  77002

19

20   ALSO PRESENT:              JOHN ALDEN MEADE, ESQUIRE
                                WILLIAM LARGE, ESQUIRE
21                              WILLIAM BONNER, ESQUIRE
                                PATRICK O'KEEFE, ESQUIRE
22

23                              DAVID POE, ESQUIRE
                                PETER SMYCZEK, ESQUIRE
24                              GARY RUSSO, ESQUIRE
                                STEPHEN PESCE, ESQUIRE
25
```

09:53AM

```
 1   APPEARANCES CONTINUED:

 2


 3   OFFICIAL COURT REPORTER:        CATHY PEPPER, CRR, RMR, CCR
                                     CERTIFIED REALTIME REPORTER
 4                                   500 POYDRAS STREET, ROOM HB406
                                     NEW ORLEANS, LA   70130
 5                                   (504) 589-7779
                                     Cathy_Pepper@laed.uscourts.gov
 6
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
 7   PRODUCED BY COMPUTER.

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                                **I N D E X**

2

3       SPEAKERS                                                    PAGE

4

5       DOUGLAS BROWN AND JAMES MANSFIELD...................... 13

6       DOUG BROWN, CHRIS CHOY, BRENT MANSFIELD AND DOMINIC    29

7       GOOSEN ORIGINALLY FILED A STATE COURT CASE............

8       RESPONDER ISSUES...................................... 32

9       LABOR DAY BREAK....................................... 36

10      LETTERS TO THE COURT.................................. 37

11      DOCUMENT PRODUCTION FOR LONDON........................ 38

12      REQUESTS FOR ADDITIONAL TIME.......................... 39

13      FIFTH AMENDMENT....................................... 39

14      THREE ADDITIONAL HOURS FOR MR. HAYWARD................ 41

15      FEREDIAN ABBASSION.................................... 45

16      LEE LAMBERT, MURRAY SEPULVADO AND DAVID RICH.......... 45

17      LAMAR MCKAY........................................... 47

18      JOHN WRIGHT'S REQUEST THAT HIS DEPOSITION BE          47

19      RESCHEDULED FROM MAY 12, 13...........................

20      ROSS SKIDMORE......................................... 48

21      ALLEN O'DONNELL....................................... 49

22      SECURING DOCUMENTS FROM THIRD PARTIES................. 50

23      PSC................................................... 50

24      WILD WELL............................................. 50

25      DESIGNATIONS FOR THE 30(B)(6) DEPOSITION OF BP........ 52

1  MR. KENNELLY........................................... 52

2  MR. COWIE............................................. 52

3  IAN LITTLE............................................ 54

4  GRAHAM VINSON......................................... 56

5  DENNIS SUSTALA........................................ 58

6  DENNIS JOHNSON........................................ 58

7  GIL COWLAM............................................ 59

8  JOHN MOGFORD.......................................... 59

9  PAUL TOOMS............................................ 59

10 DAVID MCKAY........................................... 60

11 VECTOR MAGNETICS...................................... 60

12 MIKE CARGOL........................................... 62

13 FRED SABINS........................................... 66

14 MONDAY, MAY 9TH, IS NEW DEADLINE FOR PRELIMINARY       69

15 WITNESS LISTS FOR SEGMENT ONE.........................

16 ANDREA FLEYTAS........................................ 70

17 CURT KUCHTA........................................... 72

18 STEPHEN BERTONE....................................... 72

19 CALEB HOLLOWAY........................................ 74

20 MR. MORGAN............................................ 76

21 MR. SANDELL........................................... 76

22 EDDY REDD............................................. 78

23 MR. SNEDDON........................................... 78

24 JAMES INGRAM.......................................... 80

25 PAUL MEINHART......................................... 80

1    WYMAN WHEELER........................................... 81

2    PHARR SMITH............................................. 82

3    JIM MCWHORTER........................................... 82

4    MCWHORTER, BOUGHTON AND HACKNEY......................... 82

5    ODENWALD............................................... 83

6    JONATHAN KEETON........................................ 83

7    DRIL-QUIP 30(B)(6) NOTICE.............................. 84

8    CATHLEENIA WILLIS...................................... 84

9    DRIL-QUIP 30(B)(6)..................................... 87

10   KRIS RAVI.............................................. 88

11   ERIC GUIDRY, RANDY SMITH TRAINING SOLUTIONS............ 88

12   ANADARKO WILL TRANSMIT REQUESTS FOR COSTS.............. 89

13   J.R. SMITH............................................. 90

14   WEATHERFORD 30(B)(6) NOTICE............................ 90

15   MR. OLDFATHER.......................................... 91

16   DNV RULE 30(B)(6)...................................... 92

17   RESPONSE DATES......................................... 92

18   BUNDLE A COMPLAINTS.................................... 92

19   BUNDLE C............................................... 99

20   RESPONSE TO THE LOCAL GOVERNMENTAL MASTER COMPLAINT.... 104

21   AMENDED B3 MASTER COMPLAINT............................ 104

22   CLAIMS FILED ON LIMITATION............................. 105

23   SHOULD THE MASTER ANSWER APPLY TO ALL THREE OF THE      105

24   DIFFERENT CATEGORIES...................................

25   TIMELINE............................................... 107

1    JURISDICTIONAL DISCOVERY OVER FOREIGN CORPORATE          109

2    PARENTS..............................................

3    FIFTH AMENDMENT DEPOSITION............................ 111

4    CHRONIC PROBLEM ON LATE PRODUCTION OF DOCUMENTS........ 113

5    GOVERNMENT BATES NUMBERS.............................. 119

6    DOCUMENT PRODUCTION................................... 128

7    FINAL 30(B)(6) NOTICES................................ 133

8    CONFIDENTIALITY DESIGNATIONS.......................... 134

9    DISCOVERY ON THE PSC.................................. 143

10   FEREDIAN ABBASSION.................................... 148

11   NEXT CONFERENCE IS FRIDAY, MAY 6, 2011, AT 9:30 A.M.... 149

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**P-R-O-C-E-E-D-I-N-G-S**

FRIDAY, APRIL 29, 2011

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)


THE DEPUTY CLERK:  All rise.

THE COURT:  Good morning.

VOICES:  Good morning, Your Honor.

THE COURT:  This is not the working group, is it?

MR. MILLER:  The rumor was you were giving something away today.

THE COURT:  I'm not.

We're having audio/visual problems; but, if anybody on the phone conference has difficulty hearing me, which is unusual, please speak up.  We think we've cured the problem with you all hearing the attorneys when they get to the podium, which had been the ongoing problem, so let's see how it works today.

We've got a lot of ground to cover.  I wanted to take up the issue of Mr. Brown and Mr. Mansfield because I understand we have their attorney, Mr. Seely, on the phone.

Mr. Seely, can you hear me?

MR. SEELY:  Actually, I showed up in person.

THE COURT:  Oh, Mr. Seely.  How are you?

MR. SEELY:  Good morning.

09:07AM 1        THE COURT:  Good morning.  All right.  Mr. Seely, now,

09:07AM 2   as I understand it, you represent Douglas Brown and James

09:07AM 3   Mansfield, who are set for deposition in May?

09:07AM 4        MR. SEELY:  That's correct, Your Honor.

09:07AM 5        THE COURT:  I don't know who these gentlemen are.  Could

09:07AM 6   you give me a little background on what their involvement is?

09:07AM 7        MR. SEELY:  Yes, they were people that worked on the

09:07AM 8   vessel.  All my clients were.  They worked in the engine

09:07AM 9   compartment.  They were both airlifted out and injured.

09:07AM 10       They've got knowledge about -- Doug Brown, for

09:07AM 11  example, floated with the vessel or went with the vessel from the

09:07AM 12  time it was created all the way and worked throughout the course

09:08AM 13  of time.  So they have a lot of knowledge.

09:08AM 14       The reason I raise this issue is that they have

09:08AM 15  filed a lawsuit, obviously.

09:08AM 16       THE COURT:  Both of them have filed lawsuits?

09:08AM 17       MR. SEELY:  Yes.  They are both within the same cause

09:08AM 18  number.

09:08AM 19       But the real question, and I don't know if this has

09:08AM 20  been addressed by the Court, is they obviously have important

09:08AM 21  factual knowledge about the vessel and liability and what

09:08AM 22  happened that day; but, separately, they've been injured, and the

09:08AM 23  question is, so far as I understand it, people have been doing a

09:08AM 24  good job testifying about what they observed and what they know

09:08AM 25  about the casualty and the vessel's history, but the real

09:08AM 1    question is do we go into damages?

09:08AM 2            From our point of view, we are fine with doing

09:08AM 3    that, but what we're concerned about is we're very early in this

09:08AM 4    process right now.  Ultimately, there will be, presumably,

09:08AM 5    thousands of paragraphs of findings of fact that get submitted to

09:08AM 6    Judge Barbier concerning a very big trial, not one of which is

09:08AM 7    going to concern whether or not my clients were injured, more

09:08AM 8    than likely.

09:08AM 9            What I fear is if we take damages depositions now,

09:09AM 10   next June, if this case is still here and not settled, various

09:09AM 11   defendants may want to do that deposition again because the

09:09AM 12   extent/nature of their injuries may have changed at that point,

09:09AM 13   number one.

09:09AM 14           But here is the point.  If everybody in this

09:09AM 15   courtroom will agree that this is their one shot at deposing my

09:09AM 16   client, that is fine.  I just wanted to raise the issue.

09:09AM 17           THE COURT:  I understand.  It is a legitimate concern.

09:09AM 18           Let's hear who has a position.  I think --

09:09AM 19           MR. ROBERTS:  Transocean.

09:09AM 20           THE COURT:  Come on in.  Transocean.  I'm not used to

09:09AM 21   seeing you come up.  I'm used to seeing Kerry.

09:09AM 22           MR. ROBERTS:  He's allowing me to talk, Your Honor.

09:09AM 23   Steve Roberts for Transocean today.

09:09AM 24           THE COURT:  Good morning.  How are you, Steve?

09:09AM 25           MR. ROBERTS:  I'm doing well.

09:09AM 1              We are probably the only party that has a

09:09AM 2    significant interest in conducting the personal injury aspect of

09:09AM 3    the deposition.  What we have proposed to Mr. Seely's office is

09:09AM 4    that we continue the deposition, either in that room or a

09:09AM 5    different room that they are deposed in, some time after the

09:10AM 6    15 hours or however many is concluded.  Basically, we have tried

09:10AM 7    to enter into indemnity acceptance arrangements with all other

09:10AM 8    parties.  They are our employees.

09:10AM 9              We have not requested these depositions.  I should

09:10AM 10   point that out.  These are BP priority requests.  But if we're

09:10AM 11   going to do them now, we need to go ahead and get that out of the

09:10AM 12   way; understanding that I can't come back in six months or go

09:10AM 13   through a deposition unless I seek relief from the Court.

09:10AM 14         THE COURT:  So you're okay with recessing after the

09:10AM 15   group depositions and going forward with the personal injury

09:10AM 16   aspects of the examination?

09:10AM 17         MR. ROBERTS:  Yes, ma'am.  If we need to, we can get

09:10AM 18   another court reporter, so the parties can continue on, or

09:10AM 19   continue with the same court reporter.  We'll figure the

09:10AM 20   logistics out.

09:10AM 21         THE COURT:  Mr. Seely does -- oh, I'm sorry, the PSC,

09:10AM 22   obviously, wants to chime in.

09:10AM 23         MR. STERBCOW:  Good morning, Your Honor.  Paul Sterbcow

09:11AM 24   for the PSC.

09:11AM 25         THE COURT:  Good morning, Paul.

09:11AM 1      MR. STERBCOW:  I just want to make sure we define

09:11AM 2  damages.  We have no interest in going into discovering medical

09:11AM 3  issues, that type of thing --

09:11AM 4      THE COURT:  That's right.

09:11AM 5      MR. STERBCOW:  -- but we obviously need to discover

09:11AM 6  facts from blowout until the time that Mr. Brown and

09:11AM 7  Mr. Mansfield boarded boat and left.  If that plays into a mental

09:11AM 8  anguish claim, then, from a factual standpoint, we do have to ask

09:11AM 9  those questions.

09:11AM 10      I don't have to ask Mr. Brown how he reacted to

09:11AM 11  this or who he has seen for this; but, from a factual standpoint

09:11AM 12  we're going to get into what happened next, what happened after

09:11AM 13  you heard the alarm, etcetera, etcetera, until he's gone.  I

09:11AM 14  don't want there to be any ambiguity about what we're talking

09:11AM 15  about in terms of damages.

09:11AM 16      THE COURT:  Paul, you consider that line of questioning

09:11AM 17  to be questioning with regard to the event?

09:11AM 18      MR. STERBCOW:  Correct.

09:11AM 19      THE COURT:  Mr. Seely, I assume, agrees with you.

09:11AM 20      MR. SEELY:  As I said in an e-mail, this deposition

09:11AM 21  should be who, what, where, when and why, and they can go into

09:11AM 22  all of those questions.

09:11AM 23      I do have one other slight issue, though.  I view

09:11AM 24  this as a witness deposition, and these witnesses have important

09:12AM 25  knowledge, like everybody who has been deposed.

09:12AM  1          THE COURT:  Right.

09:12AM  2          MR. SEELY:  What I don't want, though -- what can happen

09:12AM  3  is they can say, do you have personal knowledge about the

09:12AM  4  cementing operations that were underway or about the negative

09:12AM  5  pressure test or about how alarms were configured.  They can

09:12AM  6  certainly ask those questions.

09:12AM  7          What I do want to avoid is MOEX getting up and

09:12AM  8  asking the witness, tell me all the allegations that you're

09:12AM  9  making against MOEX, because we don't know at this point.

09:12AM 10          Ordinarily, in a personal injury case, at that

09:12AM 11  point in time the plaintiff would have kind of memorized, I'm

09:12AM 12  making six allegations against MOEX.  For purposes of this

09:12AM 13  deposition, I want it to be who, what, where, when and why.  They

09:12AM 14  may have no personal knowledge about MOEX's involvement that day.

09:12AM 15  They can ask that.

09:12AM 16          I will agree to re-present the plaintiff if

09:12AM 17  liability is ever in dispute at some point about -- if he has any

09:12AM 18  obligation to share specific allegations against individual

09:12AM 19  defendants.

09:12AM 20          I hope I'm clear.  I'm kind of parsing the line.

09:12AM 21          THE COURT:  I think you are.  If they were involved in

09:13AM 22  the cementing process, then that is fair game for questioning.

09:13AM 23  If, indeed -- and we don't want to pick on you, Deb, and MOEX --

09:13AM 24          MS. KUCHLER:  Thank you.

09:13AM 25          THE COURT:  -- but if they don't know who Anadarko and

09:13AM  1    MOEX is, they can say, we don't know who they are.

09:13AM  2        MR. SEELY:  Right.  Just, for example, we have recently

09:13AM  3    sued Anadarko.  My client probably doesn't have the faintest idea

09:13AM  4    what our liability theory is in that regard.  They may say, do

09:13AM  5    you have any personal knowledge about the business relationship

09:13AM  6    between Anadarko and BP, and he can say no.

09:13AM  7        Again, what I'm trying to avoid is, please list out

09:13AM  8    all your allegations here.  I would rather have my client focused

09:13AM  9    on preparing to share what his memory is, as opposed to

09:13AM 10    memorizing what his allegations are.

09:13AM 11        THE COURT:  I don't have a problem with that.  Does

09:13AM 12    anybody who will be involved in the deposition have an objection

09:13AM 13    to that?

09:14AM 14        MR. ROBERTS:  Steve Roberts.

09:14AM 15        I have no objection to what he's proposed.  I think

09:14AM 16    Mr. Sterbcow raises a valid point, and that is that I think all

09:14AM 17    of the parties in the base deposition will want to know what the

09:14AM 18    extent of the individual's memory is and the impact of the

09:14AM 19    posttraumatic stress disorder on the abilities -- the witness'

09:14AM 20    ability to remember facts.

09:14AM 21        I don't know how to separate those two from what

09:14AM 22    our team will do with the basic personal injury deposition that

09:14AM 23    will conclude after the fact deposition.

09:14AM 24        MR. SEELY:  Jeff Seely, again.

09:14AM 25        I've also said in an e-mail I think it's fair game

09:14AM  1    to ask my clients how were you injured, what is your current

09:14AM  2    diagnosis, what medications are you on, and do any of those

09:14AM  3    things affect your ability to answer my questions today.

09:14AM  4         What I'm looking to avoid, at least in the case in

09:14AM  5    chief, is to say, what did you tell Dr. So-and-so on March 27,

09:15AM  6    2011, and so forth, the details of that.  So PSC and other

09:15AM  7    counsel can get into those sorts of issues.

09:15AM  8         Or they may say, Doug, when your body flew across

09:15AM  9    the engine room, do you have memory from that point forward until

09:15AM 10    you left the lifeboat, and those sorts of things.  That is fine.

09:15AM 11         THE COURT:  I think I understand.

09:15AM 12         The one thing I want to avoid is arguments during

09:15AM 13    the course of the deposition and instructions not to answer.  I

09:15AM 14    would like to make sure that we are clear as a group on what is

09:15AM 15    going to happen, and that the personal injury questioning, to the

09:15AM 16    extent that Transocean is interested in that, will happen after

09:15AM 17    the main questioning by the other parties.  Is that fair?

09:15AM 18         MS. KUCHLER:  Judge, may I ask a question?

09:15AM 19         THE COURT:  Come on up, Deb.

09:15AM 20         MS. KUCHLER:  This is Deb Kuchler for Anadarko and MOEX.

09:16AM 21         Since Mr. Seely used my client as the example, it

09:16AM 22    makes me a little curious.  Why can't we just do the personal

09:16AM 23    injury portion of the deposition later when the Judge is ready to

09:16AM 24    get to damages?  Because we're not in a position -- if Anadarko

09:16AM 25    and MOEX have been sued by his client but we haven't done written

09:16AM 1    discovery yet, we're focused on what the Judge has asked us to be

09:16AM 2    ready to try, we're at a severe disadvantage if, in a week or

09:16AM 3    two, we're supposed to do his personal injury deposition.

09:16AM 4           So why can't we just do his event deposition now,

09:16AM 5    and then, when we turn to damages, take his deposition at that

09:16AM 6    point?  Because Transocean may be ready, but the rest of us are

09:16AM 7    not.

09:16AM 8           THE COURT:  Steve, get the mic.

09:16AM 9           MR. ROBERTS:  Steve Roberts, again.

09:16AM 10          I think our obligation is to investigate the nature

09:16AM 11   and extent of the injuries consistent with our ongoing

09:16AM 12   maintenance and cure obligations.  That's why we need to proceed

09:16AM 13   at this time with, at most, two hours after the fact deposition

09:17AM 14   is conducted.

09:17AM 15          THE COURT:  Well, Deb, we're taking other personal

09:17AM 16   injury depositions as we go.  As you know, we've got a long list

09:17AM 17   of deponents that were on the rig that are going to be personal

09:17AM 18   injury claimants, as well, and we anticipate that those witnesses

09:17AM 19   will be questioned with regard to their personal injury claims

09:17AM 20   during the course of the deposition.

09:17AM 21          MS. KUCHLER:  If the purpose of the questioning is for

09:17AM 22   maintenance and cure, could we then, for the rest of the

09:17AM 23   defendants who are not involved in the maintenance and cure

09:17AM 24   obligation, reserve our questioning for a time later in the

09:17AM 25   process for all the personal injury plaintiffs?  Because that's

09:17AM 1   extra resources that we're going to have to devote to questioning

09:17AM 2   on information we don't even have.  We don't have all the medical

09:17AM 3   records from these folks and things like that because we haven't

09:17AM 4   even gotten into that kind of written discovery.

09:17AM 5          So we don't object to Transocean doing what it

09:18AM 6   needs to do for its maintenance and cure, but I think, for the

09:18AM 7   rest of us, we're not even on that topic.  It's not even on the

09:18AM 8   top three lists for the trial segments next year.

09:18AM 9       THE COURT:  It was my impression, and perhaps it was a

09:18AM 10  wrong impression, that Transocean was going to take the lead on

09:18AM 11  questioning the witnesses on the personal injury track, as we

09:18AM 12  originally referred to it, and that all the other parties were

09:18AM 13  going to be tag-alongs, as I would classify them.  So that I

09:18AM 14  never envisioned that we were going to have a second deposition

09:18AM 15  of the personal injury plaintiffs who were both event witnesses

09:18AM 16  and personal injury claimants.

09:18AM 17      MS. KUCHLER:  Well, maybe I was asleep at the switch,

09:18AM 18  but I didn't understand that all of those folks who have personal

09:19AM 19  injury claims against Anadarko and MOEX were going to be deposed

09:19AM 20  in the next month or two on their personal injury segment.  So

09:19AM 21  maybe I just missed that.

09:19AM 22         But we can't just defer questioning to Transocean

09:19AM 23  when the plaintiffs are making claims against us, and we don't

09:19AM 24  have any of the personal injury information that we would

09:19AM 25  normally collect before we take a deposition.

| | |
|---|---|
| 09:19AM 1 | THE COURT:  Are these two witnesses Transocean |
| 09:19AM 2 | employees? |
| 09:19AM 3 | MR. MILLER:  Yes, they are Transocean employees |
| 09:19AM 4 | requested by BP as part of the event deposition status. |
| 09:19AM 5 | As you pointed out, when I initially came up with |
| 09:19AM 6 | the track calendar, what we said was, if they come up in event, |
| 09:19AM 7 | we would like to take the lead on personal injury, too.  If there |
| 09:19AM 8 | needs to be a separate personal injury track, then that's |
| 09:19AM 9 | something else. |
| 09:19AM 10 | But the way that this has come down after |
| 09:19AM 11 | April 20th is that -- these have been deferred until after |
| 09:19AM 12 | April 20th, and now we're here -- is that BP has prioritized |
| 09:19AM 13 | these two witnesses and some others for event testimony, and the |
| 09:19AM 14 | idea is while they are up, we would take the lead on the personal |
| 09:20AM 15 | injury aspects of the issues. |
| 09:20AM 16 | THE COURT:  Kerry, as I understand it, if they are |
| 09:20AM 17 | Transocean witnesses, then, contractually, Transocean is |
| 09:20AM 18 | responsible for payment of any judgment or settlement as to those |
| 09:20AM 19 | claimants. |
| 09:20AM 20 | MR. MILLER:  I pass the mic to Steve. |
| 09:20AM 21 | MR. ROBERTS:  You're very close.  This is Steve Roberts, |
| 09:20AM 22 | again.  You're close. |
| 09:20AM 23 | We're trying to work out agreements with the |
| 09:20AM 24 | parties.  There is question about, of course, attorney's fees, |
| 09:20AM 25 | and there is question of some of the nuances; but, basically, |

23

09:20AM  1    you're correct.  We have an indemnity agreement with BP.

09:20AM  2    Anadarko and MOEX are tag-alongs on that.  It will come out in

09:20AM  3    the wash.

09:20AM  4          MR. SEELY:  Your Honor, Jeff Seely, again.

09:20AM  5               I don't know if anything has been resolved so far

09:20AM  6    because I think the issue that counsel raised is why I'm here.

09:21AM  7    It doesn't offend my sense of justice to have the conclusion that

09:21AM  8    I should only present my clients once for a damages deposition.

09:21AM  9    I mean, these guys went through a lot, and it's not going to be

09:21AM 10    an easy experience for them to recount everything.

09:21AM 11          THE COURT:  I agree.

09:21AM 12          MR. SEELY:  I'm not going to get into their indemnity

09:21AM 13    business; but, as I understand it, there is one person paying the

09:21AM 14    bill in this case when it comes to my clients.  If they want to

09:21AM 15    question the witnesses now for whatever purpose, if it's

09:21AM 16    maintenance and cure, or to get their own satisfaction about

09:21AM 17    damages, or to enable them to be in a better position to resolve

09:21AM 18    the case, it makes no difference to me.

09:21AM 19               What I don't want is a request from MOEX or BP, if

09:21AM 20    those negotiations break down some day, and I'm re-presenting him

09:21AM 21    next fall or next spring and so forth.  So this is why, this is

09:21AM 22    the express reason why I raised the issue, Your Honor.

09:21AM 23          THE COURT:  Right.  I understand that.

09:21AM 24               Andy, come on up.

09:21AM 25          MR. LANGAN:  Your Honor, nobody has talked about the

09:21AM  1   timing of these.  I just want to put this on the record.

09:22AM  2   Mr. Brown we've noticed, after talking to counsel --

09:22AM  3            THE COURT:  May 3rd and 4th.

09:22AM  4            MR. LANGAN:  Correct.  Mr. Mansfield, I think you know,

09:22AM  5   is May 12th and 13th.  So, anyway, just so that's down.

09:22AM  6            THE COURT:  Well, let me ask you all this, and I'm

09:22AM  7   talking to Steve and Kerry, as to these witnesses -- but, Deb,

09:22AM  8   the issue you raised comes up later in our agenda.  We've got, I

09:22AM  9   don't know, 15 or so people that are both event track people and

09:22AM 10   personal injury claimants, who I have always envisioned were

09:22AM 11   going to submit to one deposition this coming spring and summer.

09:22AM 12   So this is a bigger issue than just Mr. Brown and Mr. Mansfield.

09:23AM 13            I guess what I would propose to ask Steve and Kerry

09:23AM 14   is, do you all want to defer your examination on the personal

09:23AM 15   injury aspects of Mr. Brown and Mr. Mansfield and reserve your

09:23AM 16   rights to take that later?

09:23AM 17            I don't think, Deb, that we're going to be able to

09:23AM 18   accommodate you with regard to the other people we're getting

09:23AM 19   ready to schedule today.  I don't want to accuse you of being

09:23AM 20   asleep at the switch, which is your terminology.

09:23AM 21            MS. KUCHLER:  This is true.

09:23AM 22            Then, can we at least have an agreement that

09:23AM 23   Transocean will provide to those other defendants in these

09:23AM 24   personal injury claims these folks' personnel records, medical

09:23AM 25   records, everything that we would normally have before we take a

09:23AM  1    personal injury deposition?  We don't have access to that unless

09:23AM  2    we do written discovery first.

09:24AM  3             THE COURT:  Would all of this issue be pretermitted if

09:24AM  4    you all ultimately work out the discussions that are ongoing with

09:24AM  5    regard to indemnity, etcetera, on personal injury claims?

09:24AM  6             MS. KUCHLER:  I don't know because as far as I know

09:24AM  7    those discussions are between Transocean and BP.  I'm not aware

09:24AM  8    of Anadarko or MOEX being involved in those negotiations.

09:24AM  9             THE COURT:  Do you all want to think about deferring, or

09:24AM 10    do you want to go forward with Mr. Mansfield and Mr. Brown's

09:24AM 11    personal injury examination?

09:24AM 12             MR. ROBERTS:  Judge, Steve Roberts.

09:24AM 13                We want to go forward.  It's part of our obligation

09:24AM 14    that we have to investigate.  I mean, I can certainly work with

09:24AM 15    whoever feels the need to have copies of medicals.  We'll get

09:24AM 16    that to them.  I'm sure that Mr. Seely would do the same.

09:24AM 17             THE COURT:  Mr. Seely, we're going to go ahead and take

09:24AM 18    the whole thing.  We'll go ahead and do the joint questioning

09:25AM 19    first, and then you all can either recess to another office so

09:25AM 20    that the people who don't want to participate in the personal

09:25AM 21    injury aspects don't have to, and you all will go ahead and do

09:25AM 22    the questioning on the personal injury aspects.

09:25AM 23             MR. SEELY:  Thank you, Your Honor.  Can I raise one

09:25AM 24    other thing --

09:25AM 25             THE COURT:  Sure.

09:25AM 1    MR. SEELY:  -- that's not on the agenda that does

09:25AM 2 concern these clients, or some of these clients?

09:25AM 3         Doug Brown, Chris Choy, Brent Mansfield --

09:25AM 4    MR. LANGAN:  Can we stay on the deposition for a second?

09:25AM 5    MR. SEELY:  I thought we were done.

09:25AM 6    MR. LANGAN:  May I, Your Honor?

09:25AM 7    THE COURT:  Sure.

09:25AM 8    MR. LANGAN:  We've had productive conversations with

09:25AM 9 Mr. Seely by e-mail, but there is one thing I'm a little unclear

09:25AM 10 on.  He took the position earlier, and BP dutifully passed it

09:25AM 11 along, and we touched on this a few minutes ago, about whether or

09:26AM 12 not an examining counsel can ask Mr. Seely's clients questions

09:26AM 13 like, what do you say Transocean did wrong here, or what do you

09:26AM 14 say BP, kind of contention-like questions.

09:26AM 15    THE COURT:  Right.

09:26AM 16    MR. LANGAN:  When I shared that with other counsel for

09:26AM 17 other parties, there was, to put it mildly, a firestorm of

09:26AM 18 protests saying, this is outrageous; BP, what are you talking

09:26AM 19 about, get clarification.  The PSC said, no way.  Mr. Miller

09:26AM 20 said, no way.

09:26AM 21         I don't know where we are on that, frankly.  I just

09:26AM 22 want clarity because, you know, we were just the messenger, but

09:26AM 23 I'm a little unclear now as to what the parameters are.

09:26AM 24    MR. SEELY:  May I just address that, again?  So I'm

09:26AM 25 clear in what I view the issue is -- and, candidly, I don't know

09:26AM 1    why it's an issue -- if they want to say, do you have personal

09:26AM 2    knowledge about the negative pressure test or the cementing

09:26AM 3    operations or whatever they want to say, they can ask that

09:26AM 4    question.

09:26AM 5          But what, again, I'm trying to avoid is to have

09:26AM 6    them list out their specific allegations that they would have

09:26AM 7    against Anadarko, where I've got to have my client memorize all

09:26AM 8    of his allegations, as opposed to calmly preparing for his

09:27AM 9    deposition to provide his personal knowledge.  I will re-present

09:27AM 10   him again some day at that point in time for those issues.

09:27AM 11         THE COURT:  Look, guys, I think Mr. Seely makes a good

09:27AM 12   point.  If the question is, what do you believe Halliburton did

09:27AM 13   wrong -- and I'm not picking on you, Don, particularly, but

09:27AM 14   you're sitting next to Deb.

09:27AM 15         MR. GODWIN:  Well, I would expect him to say nothing,

09:27AM 16   Your Honor.

09:27AM 17         THE COURT:  -- the man may not be able to answer that

09:27AM 18   question; but, if you get into the cementing process, he might be

09:27AM 19   able to factually tell you what he believes happened, didn't

09:27AM 20   happen, went wrong, went right.

09:27AM 21         Is that your point, Mr. Seely?

09:27AM 22         MR. SEELY:  That's my point.  What I don't want to see

09:27AM 23   in a brief some day or otherwise is Doug Brown didn't know what

09:27AM 24   his allegations were against people, because I haven't shown Doug

09:28AM 25   the pleading, and I don't want to overburden him for this

28

09:28AM 1  deposition.  I will present him again some day for some liability

09:28AM 2  deposition, if it ever needs to be; but, it's free rein to ask

09:28AM 3  him factually what happens and, again, what he understands

09:28AM 4  happened that day.

09:28AM 5          THE COURT:  Paul.

09:28AM 6          MR. STERBCOW:  Just a point of clarification, or maybe

09:28AM 7  it isn't.  We have the burden of proof, and we ask people in

09:28AM 8  every deposition, to the extent that they have the knowledge, did

09:28AM 9  this person do something wrong, was the cement test not done

09:28AM 10 properly, you know, was Halliburton grossly negligent.  No, I'm

09:28AM 11 kidding.  We can't --

09:28AM 12         MR. GODWIN:  Note all of the above, Your Honor.

09:28AM 13         MR. STERBCOW:  We can't be constrained not to ask those

09:28AM 14 same -- and Mr. Brown may not know.  He may say, I don't know

09:28AM 15 what the cementers did wrong, I don't know what this guy -- but

09:28AM 16 we don't have access to them.  They are represented by counsel.

09:28AM 17         I don't want to push -- obviously, we have no

09:28AM 18 interest in pushing the buttons on plaintiffs.

09:28AM 19         THE COURT:  I think the difference is that the series of

09:28AM 20 questions you asked are all factual --

09:28AM 21         MR. STERBCOW:  Right, and they're all factual.

09:28AM 22         THE COURT:  -- other than what did Halliburton do wrong.

09:29AM 23         MR. STERBCOW:  Now, just --

09:29AM 24         THE COURT:  No, I'm sorry, I think the difference is --

09:29AM 25 Mr. Seely thinks the difference is what are your contentions

09:29AM  1    against Halliburton.

09:29AM  2         MR. STERBCOW:  Right, which we won't ask, clearly.

09:29AM  3         THE COURT:  But, factually, do you know of anything that

09:29AM  4    Halliburton did wrong, I think Mr. Seely thinks that's a fair

09:29AM  5    question.

09:29AM  6         MR. SEELY:  Yes.  It would be a better question to say

09:29AM  7    do you know anything about the cementing process or so forth.  He

09:29AM  8    may not even know who Halliburton is.

09:29AM  9         THE COURT:  Right.

09:29AM 10         MR. SEELY:  So I would rather have it facts related to

09:29AM 11    whatever their scope of work was.

09:29AM 12         THE COURT:  I think we've defined it.  Does anybody

09:29AM 13    think we've left it undefined?  Good.

09:29AM 14           Mr. Seely.

09:29AM 15         MR. SEELY:  Another issue that wasn't on the agenda that

09:29AM 16    I think can get resolved by stipulation is that Doug Brown,

09:29AM 17    Chris Choy, Brent Mansfield and Dominic Goosen originally filed a

09:29AM 18    state court case fairly soon after the casualty, which was

09:29AM 19    subsequently removed by Cameron.  Briefing concerning motions to

09:30AM 20    remand ensued.  It got transferred to Judge Barbier's court.

09:30AM 21    Briefing again concerning motions to remand ensued, and those

09:30AM 22    motions are pending.

09:30AM 23         THE COURT:  You don't want to be in this court, do you?

09:30AM 24         MR. SEELY:  I'll plead the Fifth on that, Your Honor.

09:30AM 25           I then, after Transocean's Rule 14, after

09:30AM 1   additional discovery, government investigations and so forth, I

09:30AM 2   added a host of other defendants in that case in Judge Barbier's

09:30AM 3   court.  But then it occurred to me very soon thereafter that if

09:30AM 4   the Court ever sees it my way and thinks that General Maritime

09:30AM 5   Law applies to this case and remands the case, would the Court

09:30AM 6   only remand the original cases that were removed, or would the

09:30AM 7   Court remand all of the cases, including the ones that were

09:30AM 8   directly filed in the federal court.

09:30AM 9          Based -- then, I nonsuited those cases and filed

09:30AM 10  them in state court, recognizing that they are going to get

09:30AM 11  removed, get put over, consolidated, and there is no problem.

09:31AM 12         BP took issue with this.  I don't blame them for

09:31AM 13  that.  But, subsequently, I think that we have an agreement

09:31AM 14  between BP and us that, essentially, they would state on the

09:31AM 15  record or in writing that my federal complaint that has all of

09:31AM 16  the defendants in it, albeit I tried to remove some of them, will

09:31AM 17  remain intact; but, if the Court ever remands, it's going to

09:31AM 18  remand the whole case.

09:31AM 19         THE COURT:  Okay.

09:31AM 20         MR. SEELY:  The second thing that occurred to me walking

09:31AM 21  over here is that Rule 41 says if I've dismissed a case and I

09:31AM 22  dismiss it again, I can go home because that's an adjudication on

09:31AM 23  the merits.

09:31AM 24         If you look at this factually, I filed it in

09:31AM 25  federal court and dismissed it, for this procedural reason that I

09:31AM  1    wanted to get it to state court, have it removed and

09:31AM  2    consolidated.  If I go dismiss my state court action -- lawyers

09:31AM  3    in this room get paid a lot of money to be clever -- some clever

09:31AM  4    lawyer could say, well, you really dismissed it twice, even

09:31AM  5    though they are resurrecting my federal complaint.

09:32AM  6                The other stipulation would need to be that they're

09:32AM  7    not going to take a position that this violates the double

09:32AM  8    dismissal rule.  But, between BP and I, we're on the same page,

09:32AM  9    but there is a number of other defendants that I have added that

09:32AM 10    I haven't had a chance to confer with.

09:32AM 11         THE COURT:  Why don't the remaining defendants consider

09:32AM 12    the issue.  If there is a problem, would you let Mr. Seely and me

09:32AM 13    know, and we'll take it up from there.  If there is no objection,

09:32AM 14    we'll go ahead and enter a stipulation.

09:32AM 15         MR. SEELY:  Again, Jeff Seely.  So the defendants know

09:32AM 16    who they are, it's the Anadarko entities, MOEX and Weatherford.

09:32AM 17              THE COURT:  On this issue?

09:32AM 18              MR. TSEKERIDES:  It's related.

09:32AM 19              THE COURT:  Come up.

09:32AM 20              MR. TSEKERIDES:  Good morning, Your Honor.

09:32AM 21    Ted Tsekerides for the liaison responders.

09:32AM 22              THE COURT:  Good morning.

09:33AM 23         MR. TSEKERIDES:  One of the issues that came up just now

09:33AM 24    in discussion was about representing witnesses.  Today -- you

09:33AM 25    might recall back at the beginning of this case we'd asked that

09:33AM 1    some language be added that people let us know if responder

09:33AM 2    issues were going to come up.  To date, none have.

09:33AM 3              THE COURT:  Right.

09:33AM 4              MR. TSEKERIDES:  There is an individual coming up, a BP

09:33AM 5    witness, Mr. Suttles, who BP has indicated has information about

09:33AM 6    the response.  Our view, collectively, as the responders was,

09:33AM 7    well, the way this case has developed is that the discovery going

09:33AM 8    on now, for up to 15 hours for some depositions, is on the event,

09:33AM 9    which is obviously not the response.  Every trial plan that has

09:33AM 10   been submitted is saying that's later, and we'll talk about that

09:33AM 11   some other time.

09:33AM 12             So our view was that it seemed to make sense, that

09:33AM 13   people like Mr. Suttles, there may be others that come up, but

09:33AM 14   he's going to be deposed on the event.  We know that he has

09:33AM 15   information about the response, but it's our view, why don't you

09:33AM 16   bring him back and present him later because we haven't had any

09:33AM 17   discovery, not a lick of discovery, on the response, how can we

09:34AM 18   take this guy's deposition May 19th and 20th.  Then we're going

09:34AM 19   to need a lot more time than just 15 hours.  You know, there are

09:34AM 20   a lot of responders who are going to have questions.

09:34AM 21             What seemed to make the most sense was there may

09:34AM 22   not be a lot of witnesses that fall into this category.  Since

09:34AM 23   the discovery is breaking down into these tracks almost, that it

09:34AM 24   made sense, let's see where we are when we're in the response

09:34AM 25   discovery, and bring those few people back for the issues just on

09:34AM 1   response.

09:34AM 2          In fact, the deadlines that are in place today

09:34AM 3   don't even apply to the responders right now.  We haven't done

09:34AM 4   any witness list, any exhibits, nothing, no discovery on that.

09:34AM 5          We did raise it briefly with BP.  Preliminarily,

09:34AM 6   their view was the guy is only coming once, and that's it, so I

09:34AM 7   felt it important to at least raise it today after discussing it

09:34AM 8   with the responders.

09:34AM 9          THE COURT:  Thank you, Ted.

09:34AM 10         Andy.

09:34AM 11         MR. LANGAN:  From the very beginning of the proceedings

09:34AM 12  before Your Honor, a fundamental tenet, perhaps the first

09:34AM 13  commandment, has been one deposition per witness.  That applies

09:34AM 14  to Mr. Suttles.  We only intend to produce him once.

09:35AM 15         You will recall -- Ted is right -- we have told

09:35AM 16  parties as we go whether or not they have response information or

09:35AM 17  not.  At their insistence, over our objection because we didn't

09:35AM 18  want to have the hassle of having to do it, but we have complied

09:35AM 19  with that literally all the way along telling if there is

09:35AM 20  response information or not.  Mr. Suttles does.  Now, the

09:35AM 21  reaction is, okay, we want to put off his deposition for a

09:35AM 22  separate proceeding.

09:35AM 23         That wasn't the intent.  The intent was to put them

09:35AM 24  on notice so they could get ready.  So we don't intend to produce

09:35AM 25  Mr. Suttles again, and it's not fair to us.

09:35AM 1          THE COURT:  What about the discovery issue?  Document

09:35AM 2   production, etcetera.

09:35AM 3          MR. LANGAN:  Well, I mean, we've produced some documents

09:35AM 4   relating to this, and his custodial file will be produced.  So I

09:35AM 5   think there will be plenty in the custodial file for the

09:35AM 6   responder defendants to get educated on.

09:35AM 7          So it's just not fair to us to say that the

09:35AM 8   solution here is for us to agree to put up Mr. Suttles again in

09:35AM 9   some separate proceeding later.

09:36AM 10          THE COURT:  Okay.

09:36AM 11          MR. TSEKERIDES:  May I, just briefly?

09:36AM 12          THE COURT:  Sure, Ted, go ahead.

09:36AM 13          MR. TSEKERIDES:  Ted Tsekerides again.

09:36AM 14          I don't know if BP's produced everything.  I mean,

09:36AM 15   Andy is right that at the beginning of this case.  I mean, a lot

09:36AM 16   of things happened at the beginning that have completely changed,

09:36AM 17   black and white by this time.

09:36AM 18          I think where we are now, that every trial plan --

09:36AM 19   they can't have it both ways.  Every trial plan says responders

09:36AM 20   don't go now.  But this one witness, who they say has critical

09:36AM 21   information -- the government is going to have a ton of documents

09:36AM 22   on response.  We don't have anything from them.  It doesn't just

09:36AM 23   mean Mr. Suttles' documents for his deposition.

09:36AM 24          THE COURT:  Well, I'll tell you what we're going to do,

09:36AM 25   Ted.  I'm going to instruct you to go ahead and participate in

09:36AM 1   Mr. Suttles' deposition, culling what information you can from

09:36AM 2   the documents already produced and from his custodial file.

09:36AM 3            If later you come back and tell us that you've had

09:36AM 4   further document production that changes the examination and you

09:37AM 5   show good cause for a further deposition, we'll take that up.

09:37AM 6            MR. TSEKERIDES:  Then, as far as the timing goes, since

09:37AM 7   we have not participated at all to date, I don't think any

09:37AM 8   responder has -- and we appreciate that Mr. Suttles, I'm sure,

09:37AM 9   has a lot of information on the event issue, which these other

09:37AM 10  defendants need, but we're going to -- if this is -- and if Andy

09:37AM 11  is right, and I appreciate the opportunity to come back, then we

09:37AM 12  have to have our shot, as well, and that shouldn't be three

09:37AM 13  minutes -- because we, indeed, have real due process concerns --

09:37AM 14  I shouldn't have three minutes on a significant issue with a

09:37AM 15  significant witness.  But I guess we can address that --

09:37AM 16           THE COURT:  Right.  Request for additional time, like

09:37AM 17  you've seen flying around.  I don't know how we're going to

09:37AM 18  manage all of those requests; but, go ahead and make your request

09:37AM 19  for additional time, and we'll take it up.

09:37AM 20           MR. TSEKERIDES:  Okay.

09:37AM 21           THE COURT:  Everybody show some courtesy to Ted.  His

09:37AM 22  first deposition, let's see if we can give him a few minutes.

09:37AM 23           MR. TSEKERIDES:  Well, most importantly, I'll take you

09:37AM 24  up on the ability that we have to come back and ask for

09:37AM 25  Mr. Suttles or others.

09:38AM 1          THE COURT:  Don't prejudge it.

09:38AM 2          MR. TSEKERIDES:  Understood.  But you're leaving that

09:38AM 3 door open?

09:38AM 4          THE COURT:  The door is open to everyone.  I think we

09:38AM 5 made that pretty clear.  Don't we have that of record somewhere?

09:38AM 6 One of our pretrial orders covers that.

09:38AM 7          MR. TSEKERIDES:  Great.  Thanks very much.

09:38AM 8          MR. SEELY:  Your Honor, Jeff Seely.  Very briefly, I

09:38AM 9 just want to make sure my issues are resolved because I'm about

09:38AM 10 to walk out of your courtroom.

09:38AM 11          THE COURT:  Mr. Seely, unless you have something else to

09:38AM 12 say, that will be one less person taking up oxygen in the room.

09:38AM 13          MR. SEELY:  Fair enough.  Thank you, Your Honor.

09:38AM 14          THE COURT:  Thank you.  I appreciate it.

09:38AM 15           Who wants to talk about a Labor Day Break?

09:38AM 16          MR. HAYCRAFT:  That's months from now.

09:38AM 17          THE COURT:  Look at Mr. Underhill, first up.

09:38AM 18          MR. UNDERHILL:  I can't believe I'm the only one.

09:38AM 19          THE COURT:  We're going to have a Labor Day break.  It

09:38AM 20 seems to Mike and me that we should block out from Wednesday,

09:38AM 21 August -- I don't think you even have an August calendar, Corey.

09:38AM 22          MR. MAZE:  I don't think I do.  We don't.

09:39AM 23          THE COURT:  But we're going to block out -- and we will

09:39AM 24 have an August calendar for next week.  We're going to block out

09:39AM 25 from August 31st, which is a Wednesday, through Wednesday,

09:39AM 1    September the 7th.  There will be no depositions.

09:39AM 2         MR. DART:  No e-mail?

09:39AM 3         THE COURT:  I don't know about e-mail.  We're not going

09:39AM 4    to require the parties to make any filings during that time

09:39AM 5    period.  You all can decide whether you want no e-mail.  I

09:39AM 6    suspect you're going to decide you want e-mail.  But that will be

09:39AM 7    a week off, if you want it, okay.

09:39AM 8         MR. UNDERHILL:  Your Honor, may I invite everybody to

09:39AM 9    the Strawberry Bluegrass Festival just outside Yosemite, which is

09:40AM 10   why I'm grateful for the weekend off because it's the 30th

09:40AM 11   anniversary.  It's a great party.  It's a bunch of hippies grown

09:40AM 12   up, hippies with kids and grandkids.  It's great music.  It's

09:40AM 13   just outside Yosemite.  It's a wonderful place, wonderful music.

09:40AM 14   It's really great.  It's an open invitation.

09:40AM 15        THE COURT:  Well, y'all think about that.  It's a good

09:40AM 16   invitation.  Have you got room and board?

09:40AM 17        MR. UNDERHILL:  It's a camp-out.

09:40AM 18        THE COURT:  It's not sounding so good anymore.

09:40AM 19        MR. UNDERHILL:  Like I said, it's a bunch of hippies

09:40AM 20   grown up.  But the food is good, and we've changed the substances

09:40AM 21   to mostly the liquid kind.

09:40AM 22        THE COURT:  That's good.  Maybe I'll think about it

09:40AM 23   again.

09:40AM 24             Let's keep rolling.  Letters to the Court.  The

09:40AM 25   letters that you all write to us are great because it shortcuts

09:41AM  1     the briefing and the paper and all that stuff, but send them to

09:41AM  2     Mike and me, and we will file them of record.

09:41AM  3             We've had a couple of people who have tried to file

09:41AM  4     letters by electronic filing, and the Clerk's Office gets upset.

09:41AM  5     They don't know what to do with it, and they'll probably reject

09:41AM  6     it as deficient.  We'll take care of filing the letters for you.

09:41AM  7     We've got an in with the Clerk's Office.

09:41AM  8             How are we doing on Document Production for London?

09:41AM  9     Are we on track, Andy?

09:41AM 10         MR. LANGAN:  Your Honor, there is no change --

09:41AM 11             Andy Langan for BP.

09:41AM 12             -- no change since the last time we talked about

09:41AM 13     this.  We intend to meet the schedule we outlined.

09:41AM 14         THE COURT:  Great.  That's what I wanted to hear.

09:41AM 15         MR. STERBCOW:  Are we confining that to London, or are

09:41AM 16     we talking about document production in general?

09:41AM 17         THE COURT:  No, that was to make sure that you guys are

09:41AM 18     on track to take the London depositions.  I want to make sure

09:42AM 19     that everything that needs to be done for London is on schedule

09:42AM 20     and is going to go off without a hitch.

09:42AM 21         MR. STERBCOW:  Paul Sterbcow for the PSC.  I'll take it

09:42AM 22     up whenever you want to take it up.

09:42AM 23         THE COURT:  Just put that in the back of the thought

09:42AM 24     process.  We'll come back to you, Paul.

09:42AM 25             But I want to make sure that when you all leave for

09:42AM 1    London, you've done everything that we possibly can to make sure
09:42AM 2    that you're ready, it's smooth and painless, or as painless as it
09:42AM 3    can be.
09:42AM 4              We've gotten the various Requests For Additional
09:42AM 5    Time, and I thought we could just go through that and make sure
09:42AM 6    that we've got the complete list.  We can publish the list to you
09:43AM 7    guys, if you'd like, about the amount of time that has been
09:43AM 8    requested, who is requesting it, and the amount of time that has
09:43AM 9    been seeded.
09:43AM 10             We've got a lot of work to do on those issues.  I
09:43AM 11   would like for you guys -- what I'll do is we'll go ahead and get
09:43AM 12   that list out this afternoon to you all, everything that's been
09:43AM 13   requested that we know of so far, so that you all can consider
09:43AM 14   whether you can seed some time.
09:43AM 15             A lot of these parties, it seems to me you all can
09:43AM 16   agree that one of the parties will be lead, and they know the
09:43AM 17   issues and they know what needs to be covered, and the other
09:43AM 18   parties hopefully will be able to seed time and let it go
09:43AM 19   forward.
09:43AM 20             I did have particular questions about requests for
09:44AM 21   additional time on the witnesses that we expect to take the
09:44AM 22   Fifth Amendment.  That kind of baffled me.  So, for instance --
09:44AM 23   and I guess, Kerry, that's going to come to you -- you have asked
09:44AM 24   for additional time for three witnesses that we expect to take
09:44AM 25   the Fifth.

09:44AM 1          MR. MILLER:  I think that request was predicated on them

09:44AM 2    not taking the Fifth Amendment.

09:44AM 3          THE COURT:  It's still doubtful as to those three?

09:44AM 4          MR. MILLER:  Well, I don't know.  I think they are BP

09:44AM 5    witnesses, so I would like to hear from Andy or Don on that.  But

09:44AM 6    the additional time request was predicated on them giving

09:44AM 7    testimony as to the event, not invoking their Fifth Amendment

09:44AM 8    rights.

09:44AM 9          THE COURT:  I've got you.  That clears up my issue.

09:44AM 10              Do you guys have any further information on the

09:44AM 11   Fifth?

09:45AM 12         MR. LANGAN:  Andy Langan for BP.

09:45AM 13              I do not, Your Honor.

09:45AM 14         THE COURT:  Those are scheduled May 10th, May 11th, and

09:45AM 15   May 27th.  I'm wondering if we could, Andy, look ahead, contact

09:45AM 16   those attorneys and see whether they can give us an update?

09:45AM 17   Because that would certainly take three requests off the list if,

09:45AM 18   indeed, they are going to invoke the Fifth.

09:45AM 19         MR. HAYCRAFT:  We also have Jimmy Harrell on the 16th

09:45AM 20   and 17th.  It would be good to know, I think, in advance how

09:45AM 21   that's going to go.

09:45AM 22         THE COURT:  I thought that was pretty clear that he was

09:45AM 23   not going to invoke.  Oh, okay.  Steve Roberts says we should

09:45AM 24   know this coming week.

09:45AM 25         MR. MILLER:  Your Honor, back to the BP Fifth Amendment

09:45AM 1   issue, I'm just looking at page 2 of your report for this week to

09:45AM 2   make sure we got the dates right.  The witnesses that were

09:46AM 3   expected to take the Fifth were Morel, Hafle, and Kaluza, on the

09:46AM 4   10th, 26th and 27th, right?  I'm looking at page 2 of your --

09:46AM 5        THE CLERK:  I thought you took off Hafle, and so the

09:46AM 6   only ones we had left on the Fifth, Kerry, were Morel, Kaluza and

09:46AM 7   Jesse Gagliano?

09:46AM 8        MR. MILLER:  Yes, but the whole notion of seeding time

09:46AM 9   and talking about it was predicated on him not taking the Fifth,

09:46AM 10  so I think we're good.

09:46AM 11       THE COURT:  The only three that I'm talking about are

09:46AM 12  Gagliano, Kaluza and Morel.  So we'll carry that over to next

09:46AM 13  week, and we'll hopefully have an update on whether or not the

09:46AM 14  Fifth will be invoked.

09:46AM 15       Go ahead, Andy.

09:46AM 16       MR. LANGAN:  Your Honor, I don't know if now is the

09:46AM 17  right time, but I know the PSC and Mr. Cunningham and others have

09:47AM 18  raised the issue about three additional hours for Mr. Hayward.  I

09:47AM 19  don't know if we can be heard on that, maybe send you a letter

09:47AM 20  about it.

09:47AM 21       One of our major, major concerns is he is set for

09:47AM 22  two full days.  Hopefully, we're not talking about going into a

09:47AM 23  third day, because that's a nonstarter for his schedule, I can

09:47AM 24  tell you that now, for June.

09:47AM 25       Also, we have concerns about what's the purpose.  I

09:47AM  1   mean, yes, the man was the former CEO of BP, but that doesn't

09:47AM  2   mean the man is going to have detailed knowledge about what

09:47AM  3   happened at the Macondo well.  I mean, it doesn't work that way.

09:47AM  4           So I heard Mr. Cunningham the other day, but I

09:47AM  5   don't know that -- you know, we would like to be heard about

09:47AM  6   whether -- maybe his personal counsel would like to be heard on

09:47AM  7   whether there is really a case for extending a 15-hour deposition

09:47AM  8   beyond 15 hours.

09:47AM  9           THE COURT:  Okay.  Thank you, Andy.

09:47AM  10          MR. CUNNINGHAM:  Robert Cunningham for the PSC,

09:47AM  11  Your Honor.

09:47AM  12          We have a day in between Mr. Hayward's depositions.

09:47AM  13  Our thought was that he could find some time during that day,

09:48AM  14  perhaps, for two or three hours, so that he's not overburdened on

09:48AM  15  the two days that he is going to be deposed.  Maybe it's

09:48AM  16  7 o'clock in the morning until nine or ten.  Maybe it's 5 o'clock

09:48AM  17  in the afternoon.  But it seems to us that there ought to be some

09:48AM  18  time in that middle day when he should be able to present for

09:48AM  19  deposition.

09:48AM  20          As for what he knows about, we know he doesn't know

09:48AM  21  anything about the details of what went on on the rig, but he was

09:48AM  22  the number two man at BP for 13 years before he became the

09:48AM  23  treasurer in 2000, and in 2003 the CEO -- or the assistant -- or

09:48AM  24  executive CEO.  I forget what name they called him.

09:48AM  25          So we're going to cover a long, long period of

09:48AM  1   time.  One of the focus of the depositions will be corporate

09:48AM  2   culture at BP and his knowledge about corporate culture.  He was

09:49AM  3   there when all of these past events occurred that everybody knows

09:49AM  4   about that are a matter of public record.  So we've got to cover

09:49AM  5   all of that.  We've got to cover the post-spill response by BP

09:49AM  6   with him.  There is a wealth of information he has that no other

09:49AM  7   person at BP has.

09:49AM  8           THE COURT:  What do you think, Gentlemen, about

09:49AM  9   scheduling a conference call with the two of you to explore this

09:49AM 10   further?  Andy?

09:49AM 11           MR. LANGAN:  We're open to that, Your Honor.  I would

09:49AM 12   also want to involve his counsel.

09:49AM 13           THE COURT:  Yes, I think that's fine.  Why don't you

09:49AM 14   undertake to find out, maybe next Friday --

09:49AM 15           MR. LANGAN:  Right.

09:49AM 16           THE COURT:  -- whether he's available for us to have a

09:49AM 17   call with him and discuss your request, your opposition.

09:49AM 18               I guess, if you all want to get me further letters

09:49AM 19   on why, Bob, you think -- I mean, you gave me a short thing, and

09:50AM 20   I've read it, but why you think you need the additional time, and

09:50AM 21   presumably you want to do it on the day in between, why you

09:50AM 22   oppose that, and Mr. Hayward can't make available sometime on the

09:50AM 23   day in between.

09:50AM 24           MR. LANGAN:  Maybe there is a middle ground to extend

09:50AM 25   the existing days.

09:50AM 1        THE COURT:  Maybe there is a middle ground.  Of course,
09:50AM 2   that's going to be a very long day for everybody.
09:50AM 3        MR. LANGAN:  It is.
09:50AM 4         Again, I think -- I understand what Mr. Cunningham
09:50AM 5   is saying.  I think it's a bit of a leap of faith to suggest that
09:50AM 6   the middle day he has availability.  We grilled down on this.
09:50AM 7   He's not available.  So, I mean, there is sort of a leap of faith
09:50AM 8   going, of course, he must have time.  Well, I'm not sure that's
09:50AM 9   the case, and I don't think we should assume that.  Thank you.
09:50AM 10        MR. CUNNINGHAM:  Robert Cunningham, Your Honor.
09:50AM 11         We would like to submit in camera.  We obviously
09:50AM 12   don't want to give them an outline of the deposition that we
09:50AM 13   intend to take for Mr. Hayward.
09:50AM 14        THE COURT:  Any objection, Andy?
09:50AM 15        MR. LANGAN:  May I reserve on that and talk to my
09:51AM 16   client?
09:51AM 17        THE COURT:  Sure.
09:51AM 18        MR. LANGAN:  Thank you.
09:51AM 19        THE COURT:  Don't sit down yet.
09:51AM 20        MR. LANGAN:  I'm still up.
09:51AM 21        MR. MILLER:  Can I ask a follow-up question on
09:51AM 22   additional time before we move on?  I think I may have missed
09:51AM 23   something.
09:51AM 24        MR. UNDERHILL:  Your Honor, I think I need to take to
09:51AM 25   the Bluegrass Festival now.

09:51AM 1          MR. STERBCOW:  Don't mention the substances.

09:51AM 2              I just wanted to make sure I didn't miss anything

09:51AM 3     in the crossfire for additional time.  I understand the Fifth

09:51AM 4     Amendment witnesses are dealt with.  I understand where we are

09:51AM 5     there.

09:51AM 6              The additional time requests that Transocean made,

09:51AM 7     certainly the Court was able to accommodate some of those, and

09:51AM 8     that's reflected in an e-mail that Mike sent yesterday or the day

09:51AM 9     before.

09:51AM 10             The ones that remain -- I just want to make sure

09:51AM 11    we're clear on what we're doing with those --

09:51AM 12         THE COURT:  Yes.

09:51AM 13         MR. STERBCOW:  -- would be -- I'm going to butcher his

09:52AM 14    name, but Abbassion, I think he is up maybe for next week, or

09:52AM 15    coming up pretty soon.

09:52AM 16         THE COURT:  He is next week, isn't he?

09:52AM 17         MR. STERBCOW:  So it would be Abbassion.  I know that

09:52AM 18    there was some back and forth a while back on that, but Mike's

09:52AM 19    e-mail reflected -- Mike O'Keefe's e-mail reflected that I think

09:52AM 20    we were still 35 minutes short on Mr. Abbassion.

09:52AM 21             Then the other ones that haven't been resolved are

09:52AM 22    Lambert, Sepulvado and David Rich.  We weren't able to work out

09:52AM 23    additional time.

09:52AM 24         THE COURT:  I guess we need to take care of

09:52AM 25    Mr. Abbassion today, because that is next week.  You are how

09:52AM  1    short on that?
09:52AM  2                MR. MILLER:  I think it's 35 minutes.
09:52AM  3                THE COURT:  Our notes show 50.  We show that you've --
09:52AM  4                MR. MILLER:  Maybe I can't count.  I had an hour and
09:52AM  5    15 minutes, and then I got 25 more.  You're right, 50,
09:53AM  6    50 minutes.
09:53AM  7                THE COURT:  That would be our math.
09:53AM  8                MR. MILLER:  Your math would be correct.
09:53AM  9                THE COURT:  Is your math different?
09:53AM 10                MR. MILLER:  My math is wrong.
09:53AM 11                MR. YORK:  You got 25 from whom?
09:53AM 12                MR. MILLER:  I got 25 from PSC, from Bobo.
09:53AM 13                THE COURT:  So according to our calculations, you're
09:53AM 14    50 minutes short.
09:53AM 15                MR. MILLER:  Yes, I've got an hour and 40 and was
09:53AM 16    looking for two and a half, correct.  That math is correct.
09:53AM 17                THE COURT:  Let's pass that.  Would you all please think
09:53AM 18    communally whether anybody else can throw in another five or
09:53AM 19    10 minutes; and, if not, we'll bring it up at the end of the
09:53AM 20    agenda.
09:53AM 21                MR. MILLER:  Sounds good.
09:53AM 22                THE COURT:  All the others -- we got two new requests
09:53AM 23    for additional time for June.  We will send out the --
09:54AM 24                THE CLERK:  We got Ted's request for Suttles.  He's in
09:54AM 25    May.

09:54AM  1          THE COURT:  Right.  We will send out the combined list

09:54AM  2    today.  I would like you all to focus on that and cough up your

09:54AM  3    time, please, as promptly as you can, so that we can deal with

09:54AM  4    any deficiency next week.  I would like to clear out that list by

09:54AM  5    next week, if at all possible.  We will take care of

09:54AM  6    Mr. Abbassion today.

09:54AM  7              Andy, you were going to tell us with regard to

09:54AM  8    Lamar McKay as to whether or not you object to the addition of

09:54AM  9    him to the master list?

09:54AM 10          MR. LANGAN:  Mr. Godwin and I have discussed this.

09:54AM 11    We're still in conversations.  There doesn't seem to be any huge

09:55AM 12    urgency here inasmuch as he may well push that off past the UK

09:55AM 13    track, so I would request the Court's indulgence.

09:55AM 14          THE COURT:  Fine and dandy.  Not a problem.

09:55AM 15          MR. LANGAN:  I thank Mr. Godwin for that, as well.

09:55AM 16          THE COURT:  We wanted to cover John Wright's request

09:55AM 17    that his deposition be rescheduled from May 12, 13 to --

09:55AM 18          MR. GODWIN:  The first two weeks of June, Your Honor.

09:55AM 19          THE COURT:  -- first two weeks in June.

09:55AM 20          MR. GODWIN:  Any time in there that's convenient for the

09:55AM 21    parties and the Court.  Preferably not in London.

09:55AM 22          THE COURT:  Yes, really.  So first two weeks in June.

09:55AM 23          MR. MAZE:  If we're in New Orleans, 8, 9 and 10 are

09:55AM 24    probably the most open.

09:56AM 25          THE COURT:  That looks good.  Mr. Cunningham?

09:56AM 1          MR. CUNNINGHAM:  9 and 10.

09:56AM 2          THE COURT:  9 and 10.

09:56AM 3          MR. GODWIN:  That's fine, Judge.

09:56AM 4          MR. MAZE:  Which dates are we removing from?

09:56AM 5          THE COURT:  We're removing May 12, 13.

09:56AM 6          MR. MAZE:  I forgot which witness.

09:56AM 7          THE COURT:  We're talking about Mr. Wright, John Wright.

09:56AM 8  Now we're going to June 9 and 10 for John Wright.

09:56AM 9          MR. GODWIN:  We'll let him know, Judge.

09:56AM 10          THE COURT:  Thank you.  I appreciate it, Don.

09:56AM 11          MR. GODWIN:  You're welcome.

09:56AM 12          THE COURT:  Corey, how does that make May 12, 13 look?

09:56AM 13          MR. MAZE:  13 has three.  12 has one, two, three, four,

09:57AM 14  five.

09:57AM 15          THE COURT:  So we don't need to fill in.

09:57AM 16          MR. MAZE:  No.

09:57AM 17          MR. LANGAN:  I actually have a May 12th and 13th

09:57AM 18  relevant issue, as long as --

09:57AM 19          THE COURT:  Might as well.

09:57AM 20          MR. LANGAN:  Mr. Ross Skidmore, Witness 29 on the master

09:57AM 21  list, when he confirmed that date, he neglected his daughter's

09:57AM 22  high school graduation.

09:57AM 23          THE COURT:  What date is he currently?

09:57AM 24          MR. LANGAN:  May 12th and 13th.

09:57AM 25          THE COURT:  Oh, okay.

09:57AM 1          MR. LANGAN:  May 18th and 19th work as an alternative.

09:57AM 2     Again, the only reason we're asking is because of his daughter's

09:57AM 3     high school graduation.  So as long as we were talking about

09:57AM 4     these dates, I thought I'd bring it up.

09:57AM 5          THE COURT:  How does Mr. Cunningham feel about the 18th?

09:57AM 6     The 19th looks pretty bad.

09:57AM 7          MR. CUNNINGHAM:  I think that will work for us,

09:57AM 8     Your Honor.

09:57AM 9          MR. LANGAN:  18, 19.

09:57AM 10         THE COURT:  Sold to the lowest bidder.

09:57AM 11         MR. LANGAN:  Thank you, Your Honor.  Thank you,

09:57AM 12    Mr. Cunningham.

09:57AM 13         Ross Skidmore.

09:57AM 14         THE COURT:  Ross Skidmore.

09:58AM 15         MR. HAYCRAFT:  Take him off 12 and 13.

09:58AM 16         THE COURT:  That's all I want to say about seeding time,

09:58AM 17    and we'll get that list out to you this afternoon, the master

09:58AM 18    list of requests for additional time.

09:58AM 19         Mr. Cunningham.

09:58AM 20         MR. CUNNINGHAM:  Your Honor, I think I've cleared this

09:58AM 21    change with all of the parties, but if I haven't, I'm sure

09:58AM 22    somebody will tell me.

09:58AM 23         Allen O'Donnell, who is scheduled for Friday, the

09:58AM 24    6th of May, we asked to move him and start him on Thursday.  We

09:58AM 25    think Paul Chandler may very well finish on Wednesday.  If he

09:58AM 1   doesn't, he will finish early on Thursday, and we would start

09:58AM 2   Allen O'Donnell right after.

09:59AM 3          THE COURT:  That's easy.  Okay.

09:59AM 4          We had an issue about Securing Documents From Third

09:59AM 5   Parties, you all will recall.  It just seems to me that we need

09:59AM 6   to plan ahead; that if there are third parties that you all want

09:59AM 7   documents from, to go ahead and issue a subpoena solely for the

09:59AM 8   purpose of production of documents in advance of the scheduled

09:59AM 9   deposition date.

09:59AM 10         So the first one would be a return on subpoena for

09:59AM 11  production of documents.  The second one would be the subpoena

09:59AM 12  for the deposition.  I just want to make clear that that's

09:59AM 13  probably a good thing to do for any third party that we've got

09:59AM 14  coming up.

09:59AM 15         Let's talk about PSC.  Who wants to report on

10:00AM 16  Wild Well?

10:00AM 17         MR. WILLIAMSON:  I will, Judge.  Jimmy Williamson,

10:00AM 18  Your Honor, for the PSC.

10:00AM 19         THE COURT:  Good morning, Jimmy.

10:00AM 20         MR. WILLIAMSON:  Good morning, Your Honor.

10:00AM 21         I've talked with Mr. Russo.  It's off your agenda

10:00AM 22  for today.  Number one, Wild Well agrees, through counsel, that

10:00AM 23  they have been properly served with the subpoenas, the first one

10:00AM 24  and the second one, and they will respond.

10:00AM 25         We're not going to take the deposition on Monday.

10:00AM 1    They got us some documents last night, and they promised me they

10:00AM 2    will get you more documents next week, which hopefully takes it

10:00AM 3    where you won't have to hear about it again.

10:00AM 4         THE COURT:  The only thing I wanted to confirm was we

10:00AM 5    have the actual fact deposition down tentatively for May 31.

10:00AM 6         MR. WILLIAMSON:  I want to leave -- with the Court's

10:00AM 7    permission, I would like to leave it there because I'm hoping to

10:00AM 8    have the documents I need to proceed with that deposition on that

10:01AM 9    date.

10:01AM 10        THE COURT:  Okay.  That sounds good.

10:01AM 11        MR. WILLIAMSON:  Okay.  Thank you, Judge.

10:01AM 12        MR. RUSSO:  Good morning, Your Honor, Gary Russo.

10:01AM 13             As an accommodation, we're helping Wild Well

10:01AM 14   produce the documents.  We're not going to take issue with

10:01AM 15   service, but we just received late Friday a revised notice that

10:01AM 16   the scope is objectionable.  We've talked to Jimmy about that,

10:01AM 17   Mr. Williamson about that.  We're going to visit with him after

10:01AM 18   today and try to narrow the scope.

10:01AM 19             So I want the Court to understand, while we

10:01AM 20   acknowledge receipt and we're not going to fight about service,

10:01AM 21   there are some scope issues we've got to deal with.  We're now

10:01AM 22   rolling production to them, we began last night, and hopefully

10:01AM 23   within the next week or two we get that finished.

10:01AM 24        THE COURT:  Good.  Thank you.  I appreciate it.

10:01AM 25             Andy, I guess you're up.  Have we got all of the

10:01AM  1    Designations for the 30(b)(6) Deposition of BP?

10:02AM  2            MR. LANGAN:  We're getting closer.  I can provide

10:02AM  3    further information.

10:02AM  4            We did provide on April 25th, per your order, an

10:02AM  5    update of everything we had in writing, which was the second one.

10:02AM  6            THE COURT:  You did.

10:02AM  7            MR. LANGAN:  In addition to that, let me -- and we'll

10:02AM  8    put this in our next designation, but, just for the record, first

10:02AM  9    of all, we had previously talked about a Mr. Kennelly,

10:02AM 10    K-E-N-N-E-L-L-Y, who was going to handle parts of topics four and

10:02AM 11    five.  June 16th for Mr. Kennelly, and I think that's a NOLA.

10:02AM 12            MR. MAZE:  How do you spell it?

10:02AM 13            MR. LANGAN:  I think it's K-E-N-N-E-L-L-Y, I believe,

10:02AM 14    Corey.

10:02AM 15            Topic eight is being covered by Mr. Cowie,

10:02AM 16    C-O-W-I-E.  Mr. Cowie, I believe, is down -- he's a UK, I

10:02AM 17    believe.

10:02AM 18            THE COURT:  Yes, he is.

10:02AM 19            MR. LANGAN:  Now, there is a change here.  Let me just

10:02AM 20    tell you, he's available on the 29th and 30th of June.

10:03AM 21            MR. MAZE:  So he's not --

10:03AM 22            MR. LANGAN:  Correct.  He can't do the 15th and 16th.

10:03AM 23    He can do the 29th and 30th.

10:03AM 24            There is a very good reason for it.  If I need to,

10:03AM 25    I can get into all of the reasons.  It has to do with some

10:03AM 1    worldwide meeting of his business group.

10:03AM 2            THE COURT:  The problem is, I'm looking at the 29th and

10:03AM 3    30th -- well, in England, that would -- the 30th, that would be

10:03AM 4    potentially three tracking, right?

10:03AM 5            MR. LANGAN:  That's not unusual.

10:03AM 6            THE CLERK:  Unless we have some change with Andy Inglis.

10:03AM 7            THE COURT:  Here comes Mr. Cunningham.

10:03AM 8            MR. CUNNINGHAM:  Your Honor, we want to be flexible, but

10:03AM 9    we've got people who have been assigned depositions, who have

10:03AM 10   made travel plans, who have bought airline tickets.  Switching

10:04AM 11   these around is a problem in London.  It's not that the day is a

10:04AM 12   big issue, it's the plans have already been made.

10:04AM 13           High school graduation is one thing.  A business

10:04AM 14   meeting is something else.

10:04AM 15           MR. LANGAN:  Well, I suppose that we could go back to

10:04AM 16   Mr. Cowie, and he'll start talking about the Hague Convention.

10:04AM 17   That's not going to do anybody any good.

10:04AM 18           Your Honor, we're doing the best we can.  BP has

10:04AM 19   moved huge resources to produce people.  With apologies to

10:04AM 20   somebody's travel schedule --

10:04AM 21           THE COURT:  Could he go earlier in that week?

10:04AM 22           MR. LANGAN:  Than the 29th and 30th?  I can check.

10:04AM 23           THE COURT:  No, no, earlier in the week, like the 13th

10:04AM 24   and 14th?

10:04AM 25           MR. LANGAN:  I am told absolutely not.

10:04AM 1          THE COURT:  That whole week is out?

10:04AM 2          MR. LANGAN:  That's right.

10:04AM 3          THE COURT:  How about the week before?

10:04AM 4          MR. LANGAN:  I can check.  My advice would be put in the

10:04AM 5   dates we know he can do it.

10:04AM 6          THE COURT:  Tentatively.  Let's put in the dates

10:04AM 7   tentatively that he can do it, but let's see if, perhaps, he

10:05AM 8   could go 8th, 9th.

10:05AM 9          MR. LANGAN:  We'll check.

10:05AM 10         THE COURT:  Or the 2nd, 3rd.

10:05AM 11         MR. LANGAN:  Do you want me to keep going on the other

10:05AM 12  witnesses because you may have a different view on some of this?

10:05AM 13         THE COURT:  Okay.  Oh, how many more changes do we have?

10:05AM 14         MR. LANGAN:  Not changes, additional topics.

10:05AM 15         THE COURT:  Good.  Thank you, Andy.

10:05AM 16         MR. LANGAN:  Ian Little, topic number 19.  June 9 and 10

10:05AM 17  for Ian Little in the UK.

10:05AM 18         MR. MAZE:  Is he being moved from 13 and 14?

10:05AM 19         MR. LANGAN:  I'm told that he's available on the 9th and

10:05AM 20  10th.  I think he may have the same problem Mr. Cowie does in the

10:05AM 21  next week.

10:05AM 22         THE COURT:  Let me see where he was?  Mr. Little was 13,

10:06AM 23  14, and that was tentative.  And he's now available?

10:06AM 24         MR. LANGAN:  June 9th and 10th.

10:06AM 25         MR. CUNNINGHAM:  That's a problem for us, Your Honor.

10:06AM  1          MR. UNDERHILL:  Your Honor, the same with us.

10:06AM  2          MR. MAZE:  The States, as well.

10:06AM  3          MR. UNDERHILL:  We're in the same boat as the PSC and

10:06AM  4    Alabama, is that it's not even just attorneys shifting, it's also

10:06AM  5    staffing of offices.  There's a lot of backup to going over

10:06AM  6    there, and this is going to really -- I understand Andy's

10:06AM  7    problem --

10:06AM  8          THE COURT:  Oh, absolutely.

10:06AM  9          MR. UNDERHILL:  -- I do expect that we're going to have

10:06AM 10    it, too, but this is a mess.

10:06AM 11          THE COURT:  Andy, do we know if it's the same problem?

10:06AM 12          MR. LANGAN:  I believe that it is.  I'm happy to check.

10:06AM 13          THE COURT:  Because that sounds like it's even a bigger

10:06AM 14    problem for counsel.  We had a lot more objections to moving that

10:07AM 15    one.

10:07AM 16          MR. LANGAN:  I'll check.

10:07AM 17          THE COURT:  Let's leave him tentatively for the 13th and

10:07AM 18    14th, and put him down tentatively for the 9th and the 10th.

10:07AM 19              But, Andy, any other dates during -- let me make

10:07AM 20    sure I'm right.  Mike Underhill and Corey, are you going to still

10:07AM 21    be in London during the week of the 20th?

10:07AM 22          MR. UNDERHILL:  Negative for me, Your Honor.  We will

10:07AM 23    have a team there, but I will not be there.

10:07AM 24          MR. MAZE:  I will not be there past the 15th.

10:07AM 25          THE COURT:  Which is why you wanted it taken the week of

| | | |
|---|---|---|
| 10:07AM | 1 | the 13? |
| 10:07AM | 2 | MR. MAZE:  Correct.  We have the same attorney doing |
| 10:07AM | 3 | Little and Thierens, which was the problem, because they were |
| 10:07AM | 4 | moving it to the same day. |
| 10:08AM | 5 | MR. CUNNINGHAM:  As do we. |
| 10:08AM | 6 | MR. MAZE:  We all have. |
| 10:08AM | 7 | THE COURT:  Andy, would you be so kind as just to |
| 10:08AM | 8 | check -- |
| 10:08AM | 9 | MR. LANGAN:  Yep. |
| 10:08AM | 10 | THE COURT:  -- with him and see if there is any way |
| 10:08AM | 11 | Mr. Little can stay on the 13th, 14th, and then travel to his |
| 10:08AM | 12 | meeting on the 15th. |
| 10:08AM | 13 | MR. LANGAN:  Okay.  Graham Vinson, June 23rd in |
| 10:08AM | 14 | New Orleans, for topics 21 and 35. |
| 10:08AM | 15 | MR. MAZE:  Did you say 23 and 24? |
| 10:08AM | 16 | MR. LANGAN:  No, I said June 23rd.  He has two topics. |
| 10:08AM | 17 | A 30(b)(6) witness ought to be able to do two topics in one day. |
| 10:08AM | 18 | THE COURT:  It depends on what the topic is. |
| 10:08AM | 19 | MR. UNDERHILL:  Andy, could I clarify something on that, |
| 10:08AM | 20 | just to help out?  I think that both the United States and the |
| 10:08AM | 21 | PSC, we're going to ask that Mr. Vinson be added to the general |
| 10:08AM | 22 | deponent list, along with one other BP gentleman. |
| 10:08AM | 23 | So I thank you, Andy, for giving us a date, but I |
| 10:08AM | 24 | think that Mr. Vinson will probably be a two-day dep, not a |
| 10:09AM | 25 | drop-in 30(b)(6) deponent. |

10:09AM 1      THE COURT:  So the question, Andy, could Mr. Vinson be

10:09AM 2  available on either the 22nd or the 24th for a fact witness

10:09AM 3  deposition, in addition to his 30(b)(6)?

10:09AM 4      MR. LANGAN:  We'll check.  I don't think he had been

10:09AM 5  previously requested.  Maybe I'm wrong.

10:09AM 6      THE COURT:  No, he hasn't.  They said --

10:09AM 7      MR. MAZE:  Today.

10:09AM 8      MR. LANGAN:  Today?

10:09AM 9      THE COURT:  Yes.  New request.

10:09AM 10      MR. UNDERHILL:  Also, just while we're doing it, in case

10:09AM 11  Andy has got this gentleman on his list, Mr. Vinson, by the way,

10:09AM 12  was Number 919 on the master list.

10:09AM 13      MR. LANGAN:  The original.

10:09AM 14      MR. UNDERHILL:  The original.  And Mr. Martin Albertin,

10:09AM 15  A-L-B-E-R-T-I-N, was 160 on the original master list.

10:09AM 16      THE COURT:  Boy, those were the bad old days, weren't

10:09AM 17  they.

10:09AM 18      MR. UNDERHILL:  Well, trust me, they are still the bad

10:09AM 19  old days.

10:09AM 20      If I could make an observation, it looks like the

10:10AM 21  default date for depositions for BP is June 23rd.  I mean, we're

10:10AM 22  getting -- June 23rd is getting to a point where, even with large

10:10AM 23  organizations --

10:10AM 24      THE COURT:  Even you can't handle it.

10:10AM 25      MR. UNDERHILL:  Well, I'm having trouble handling one.

10:10AM  1   But, seriously, for all of us, I think we're down in the same

10:10AM  2   boat where we're just getting stretched -- it's not like

10:10AM  3   June 23rd is the only day of the year we can do depos.

10:10AM  4            THE COURT:  Or the only day of the month.

10:10AM  5            MR. LANGAN:  Your Honor, topic number 7, Dennis Sustala,

10:10AM  6   July 13th.

10:10AM  7            MR. MAZE:  13?

10:10AM  8            MR. LANGAN:  Yes, July 13th, Sustala, S-U-S-T-A-L-A, for

10:10AM  9   topic number 7.

10:10AM 10            THE COURT:  Great.

10:10AM 11            MR. LANGAN:  Also, I think I confirmed this in an

10:10AM 12   e-mail, Mr. Dennis Johnson can be moved to June 24th from

10:10AM 13   June 23rd.

10:10AM 14            THE COURT:  Look at that, guys.  June 23rd is freeing

10:11AM 15   up.

10:11AM 16            MR. LANGAN:  We have heard Mr. Underhill's pleas.

10:11AM 17            MR. UNDERHILL:  Thank you.

10:11AM 18            THE COURT:  I appreciate that, Andy.

10:11AM 19            MR. LANGAN:  We are still waiting for his first witness

10:11AM 20   to be produced.

10:11AM 21            THE COURT:  Duly noted.

10:11AM 22            Andy, you made a note to follow up on Mr. Vinson?

10:11AM 23            MR. LANGAN:  Yes.

10:11AM 24            THE COURT:  Great.  Thank you.

10:11AM 25            MR. LANGAN:  Should I keep going?  I have other stuff.

10:11AM 1          THE COURT:  Keep going.

10:11AM 2          MR. LANGAN:  Your Honor, a previously scheduled witness,

10:11AM 3   Gil Cowlam, C-O-W-L-A-M, on June 7th and 8th, Counsel has

10:11AM 4   graciously agreed -- we canvassed all counsel -- that it can be a

10:11AM 5   one-day dep.

10:11AM 6          THE COURT:  Wonderful.

10:11AM 7          MR. LANGAN:  So scratch June 8th for Cowlam.

10:11AM 8          THE COURT:  I thought you were going to tell us you were

10:11AM 9   going to move it to June 23rd.

10:11AM 10         MR. LANGAN:  No, we're freeing up June 8th.

10:11AM 11             Also, Mr. Mogford -- and I think I told everybody

10:11AM 12  about this by e-mail -- June 7th and 8th are off.  June 28th and

10:11AM 13  29th are on.

10:12AM 14             I'm still checking on Mr. Tooms, rescheduling him

10:12AM 15  for the 15th and 16th.  I don't have a definite word on that.

10:12AM 16             Your Honor, my next note is all the way over about

10:12AM 17  Vector and Mr. McKay.

10:12AM 18         THE COURT:  What about Mr. Little?  Oh, no, we took care

10:12AM 19  of Mr. Little, right?

10:12AM 20         MR. LANGAN:  We did in a way that I'm supposed to go

10:12AM 21  back and check.

10:12AM 22         THE COURT:  Right, exactly.  I'm sorry.

10:12AM 23         MR. LANGAN:  That's okay.

10:12AM 24             First of all, on Mr. McKay, I do believe that is

10:12AM 25  May 11th and 12th, confirmed, and not June 27th and 28th.  I

10:12AM  1    think that's confirmed.

10:12AM  2                MR. YORK:  Yes.

10:12AM  3                MR. LANGAN:  Number 110, Mr. David McKay.

10:12AM  4                THE COURT:  We had him down for -- when was it, Andy?

10:12AM  5                MR. LANGAN:  Well, your order of April 18th talks about

10:13AM  6    June 27th and 28th tentative.  That's off.  It's been moved up to

10:13AM  7    May 11th and 12th.

10:13AM  8                THE COURT:  So we're up to date on that?

10:13AM  9                MR. LANGAN:  Correct.

10:13AM 10                THE COURT:  Okay.

10:13AM 11                MR. LANGAN:  Vector Magnetics, tough row to hoe, but the

10:13AM 12    last word from their counsel is maybe the last week in June.  So,

10:13AM 13    I guess, could we pick the least busy day in the last week in

10:13AM 14    June and mark it down as tentative?

10:13AM 15                THE COURT:  Yes.

10:13AM 16                MR. LANGAN:  I leave that to other counsel.

10:13AM 17                THE COURT:  We're going to let Mr. Cunningham and

10:13AM 18    Mr. Maze tell us what they want to do.

10:13AM 19                MR. MAZE:  Each of the first four days have four each in

10:13AM 20    New Orleans, so.

10:13AM 21                MR. CUNNINGHAM:  Who is that, Andy?  I missed it.

10:13AM 22                MR. LANGAN:  Vector Magnetics.  It's a 30(b)(6).

10:13AM 23                MR. YORK:  That's actually a Halliburton request.

10:13AM 24                MR. LANGAN:  Right.

10:13AM 25                THE COURT:  Do you want to go into July?

10:14AM 1          MR. LANGAN:  I suspect we're indifferent.  I suspect

10:14AM 2    Vector maybe indifferent.  I don't know how Mr. York and counsel

10:14AM 3    feel.

10:14AM 4          MR. YORK:  We'd rather go into July.

10:14AM 5          THE COURT:  It seems to me, guys, we better go into

10:14AM 6    July.  What about July 1?

10:14AM 7          MR. LANGAN:  Why don't we pencil that in.

10:14AM 8          THE COURT:  Now, are we going to need a subpoena on

10:14AM 9    Vector and production of documents in advance?

10:14AM 10         MR. LANGAN:  Perhaps.  The only thing I want to -- they

10:14AM 11   are cooperating.  I have a note here, the one thing that I want

10:14AM 12   to raise with Your Honor is, they generally understand the

10:14AM 13   reimbursement of costs for travel to be split 50/50, and then the

10:14AM 14   open issue was, does that go for their counsel, too?  You know,

10:14AM 15   the witness and the counsel?

10:14AM 16         THE COURT:  Well, Don is shaking his head in the

10:14AM 17   negative.

10:15AM 18         MR. FITCH:  Tony Fitch, Anadarko and MOEX.

10:15AM 19              Anadarko and MOEX also oppose going down the route

10:15AM 20   of reimbursing counsel fees.

10:15AM 21         MR. GODWIN:  That's my position, Judge, is paying

10:15AM 22   lawyers, if we start down that road it's a slippery eel.

10:15AM 23         MR. LANGAN:  I think it was more counsel's out of

10:15AM 24   pockets, and not fees.  But, look, I'm okay either way.  I just

10:15AM 25   wanted to get on it the table.

10:15AM  1      THE COURT:  I see PSC nodding their heads no.  Anybody

10:15AM  2  want to shake their head over here?  I think the general

10:15AM  3  consensus is, no, it does not include that.

10:15AM  4      MR. LANGAN:  We'll take that message back.  Now, maybe

10:15AM  5  they'll say fine, we'll do it in Houston, who knows; but, time

10:15AM  6  will tell.

10:15AM  7      THE COURT:  Relative to anyone who wants document

10:15AM  8  production, would you please put together a unified subpoena for

10:15AM  9  documents and go ahead and get it out?  Who wants to take the

10:16AM 10  lead on that?

10:16AM 11      MR. LANGAN:  Maybe it's incumbent upon us, working with

10:16AM 12  Mr. York and Halliburton.

10:16AM 13      MR. YORK:  Alan York for Halliburton.

10:16AM 14          We prepared the notice and passed it on to BP.

10:16AM 15  We're happy to work with BP.  If it needs to be subject to a

10:16AM 16  subpoena, we can do it.  If they agree to do it by agreement, we

10:16AM 17  need to talk about the topics.  Whatever we need to do, Andy.

10:16AM 18      THE COURT:  Well, and also the documents.

10:16AM 19      MR. YORK:  Yes.

10:16AM 20      THE COURT:  Thank you.  We just don't want to have what

10:16AM 21  happened last week happen again.

10:16AM 22      MR. LANGAN:  Your Honor, also, looking at what's in my

10:16AM 23  area of responsibility here, 146, Mike Cargol and something

10:16AM 24  called Subsea, BP doesn't need to take his deposition, so we can

10:16AM 25  drop him.  I don't know if any other party wanted to, but it's

10:16AM  1    not necessary for us, and we would propose dropping him.

10:16AM  2         THE COURT:  I'm going to ask everyone else to please

10:16AM  3    consider Subsea and Mike Cargol, and report to us this week

10:17AM  4    whether anybody wants to pick that depo up.  If not, it comes off

10:17AM  5    the list.

10:17AM  6         Alan, I guess I want to speak to you and Andy about

10:17AM  7    the CSI deposition notice and production of documents.

10:17AM  8         MR. YORK:  Your Honor, Alan York for Halliburton.

10:17AM  9         Just to give the Court a quick update, we conferred

10:17AM 10    and had e-mail conversations between BP, Halliburton and

10:17AM 11    Anadarko/MOEX during the week this week.  There may be some

10:17AM 12    difference of opinion as to sort of how all of those things have

10:18AM 13    gotten to where they are today; but, BP told us in the beginning

10:18AM 14    of the week that they were looking at the requests and the

10:18AM 15    documents, going over those with CSI, and that they may well have

10:18AM 16    objections and suggestion -- revisions to those requests.

10:18AM 17         We had an e-mail conversation -- I believe it was

10:18AM 18    Wednesday or Thursday night, but don't trust my memory me on

10:18AM 19    that; they tend to blend together these days -- in which I

10:18AM 20    suggested that we add any disputes we were having about the

10:18AM 21    documents to this Court's agenda today, with the idea that let's

10:18AM 22    get it hammered out and done so that we know that we're done with

10:18AM 23    it.

10:18AM 24         We received an e-mail back from one of BP's lawyers

10:18AM 25    indicating that they thought that that was not a good idea and

10:18AM 1    not necessary because they believed that we would be able to

10:18AM 2    reach agreement.

10:18AM 3              I'm sorry, just one more update.

10:18AM 4         THE COURT:  Go ahead.

10:19AM 5         MR. YORK:  Then, last night we received an e-mail

10:19AM 6    indicating available dates for the deposition, to which

10:19AM 7    Halliburton was completely amenable, suggesting a time for a

10:19AM 8    conference call immediately following this conference; but, also

10:19AM 9    noting that the deposition dates which were suggested, which

10:19AM 10   were --

10:19AM 11        THE COURT:  Don't say June 23rd.

10:19AM 12        MR. YORK:  -- May 25th through the 27th -- I believe

10:19AM 13   that's right, I think that's right -- the 25th through the 27th,

10:19AM 14   that that was dependent upon issues now that they did have with

10:19AM 15   the document requests, because they believed that there were some

10:19AM 16   document requests that would take longer to respond to and,

10:19AM 17   therefore, could potentially push that deposition date back.

10:19AM 18             I responded to that e-mail by noting that that

10:19AM 19   appeared to be a different position than we had heard earlier in

10:19AM 20   the week, that there was a confidence that we could reach an

10:19AM 21   agreement, and saying that we would raise the issue before the

10:20AM 22   Court today.

10:20AM 23             Ms. Kuchler and her firm responded by saying that

10:20AM 24   since today is, under the Court's orders, the deadline for

10:20AM 25   issuance of third-party subpoenas for documents, that we felt it

10:20AM 1   incumbent to get the document request issued as a subpoena.  The

10:20AM 2   question then becomes, we are now at April 29th.  The available

10:20AM 3   dates that we have are the 25th through the 27th.  If we have to

10:20AM 4   dump --

10:20AM 5         THE COURT:  You don't have to serve them today.  If you

10:20AM 6   think you can work them out, then we'll extend the deadline for

10:20AM 7   issuance of the request and the subpoena.  If we can't work it

10:20AM 8   out, we'll take it up, and then you'll get your subpoena out

10:20AM 9   ASAP.

10:20AM 10        MR. YORK:  I'm sorry I can't give the Court a better

10:20AM 11  definition.  We were hopeful to have the suggested revisions to

10:20AM 12  the topics before we talked about it today, but -- I've just

10:21AM 13  checked my Blackberry -- I don't believe that I have received yet

10:21AM 14  any suggested revisions to either the deposition topics or the

10:21AM 15  document list.

10:21AM 16        So we're just sort of at a loss.  We don't want to

10:21AM 17  lose -- I will make clear Halliburton's position.  We do not want

10:21AM 18  to lose the May 25 through 27 dates, because, as we -- as I

10:21AM 19  indicated to the Court on the phone last week, this is a vital

10:21AM 20  witness.  Mr. Godwin has to take this witness at deposition, and

10:21AM 21  he will be in London all of June.

10:21AM 22        So we don't want to lose those dates, and we will

10:21AM 23  work as much as we can on the document issue; but, again, this is

10:21AM 24  a pretty important witness for us.  We feel confident in the fact

10:21AM 25  that we got the topics, understandably, not to BP, but to the --

10:21AM 1   we did what we were supposed to do in the process, and we are

10:21AM 2   not, at this point, willing to waive our requests.

10:21AM 3        THE COURT:  So that's Mr. Sabins, tentatively, subject

10:22AM 4   to document production, May 25 through 27.

10:22AM 5             Mr. Brown is still June 13 and 14?

10:22AM 6        MR. YORK:  That's my understanding.  What we have

10:22AM 7   indicated to BP is that Halliburton is fine with any two

10:22AM 8   consecutive days during that three-day period --

10:22AM 9        THE COURT:  I understand.

10:22AM 10       MR. YORK:  -- any of those.

10:22AM 11       MS. KUCHLER:  Deb Kuchler for Anadarko and MOEX.

10:22AM 12            I appreciate the extension, but the subpoena may

10:22AM 13   already have been served.  I'll try to call it off if I can.

10:22AM 14       THE COURT:  Well, it's not a problem.  Why don't you get

10:22AM 15   an e-mail out to CSI's counsel letting him know that that's a

10:22AM 16   protective subpoena, that you all are still working on the

10:22AM 17   substance of it; and, if he will agree that service of this

10:22AM 18   subpoena is good for a subsequent request, we should be fine.

10:22AM 19       MS. KUCHLER:  Okay, thank you.

10:22AM 20       MR. LANGAN:  Your Honor, Andy Langan.

10:22AM 21            Not to belabor the point, but Mr. York accounts the

10:22AM 22   history accurately.  We didn't see the notice they wanted served

10:23AM 23   until a week ago.  That led to all of this.

10:23AM 24       THE COURT:  I understand.  I remember it vividly.

10:23AM 25       MR. LANGAN:  Now, CSI has its own counsel involved, and

10:23AM 1    we're trying to get an agreement.

10:23AM 2            THE COURT:  Andy, if we can't get everything worked out,

10:23AM 3    would you undertake to get his counsel lined up for another

10:23AM 4    conference call --

10:23AM 5            MR. LANGAN:  Sure.

10:23AM 6            THE COURT:  -- next Friday after our regular meeting?

10:23AM 7    How many conference calls is that, now?

10:23AM 8            MR. LANGAN:  Yes.  Absolutely.

10:23AM 9            THE COURT:  We'll just go ahead and bang that out next

10:23AM 10   Friday.

10:23AM 11           MR. LANGAN:  Very good.  Thank you.

10:23AM 12           THE COURT:  Now, I'm not inviting it.  If we can get it

10:23AM 13   settled, let's get it settled and move on to another topic.  But

10:23AM 14   we'll bang it out next Friday if we have got any remaining

10:23AM 15   disputes.

10:23AM 16           MR. YORK:  Again, Your Honor, we do have a conference

10:23AM 17   call scheduled, I believe, with CSI's counsel, with

10:23AM 18   Anadarko/MOEX, with BP and with Halliburton immediately following

10:23AM 19   this conference, so hopefully we can get something worked out.

10:23AM 20           THE COURT:  You all have done unbelievably good work

10:24AM 21   together.  I have no reason to believe you can't do it on this

10:24AM 22   one.  But if you can't, I expect that everybody brings their bag

10:24AM 23   lunches next Friday for the series of conference calls we're

10:24AM 24   going to have.

10:24AM 25           MS. BERTAUT:  Your Honor, can I just ask for

10:24AM 1   clarification?

10:24AM 2          THE COURT:  Sure.

10:24AM 3          MS. BERTAUT:  Carmelite Bertaut for Cameron.

10:24AM 4              There was a statement made just now about a

10:24AM 5   deadline to issue third-party subpoena.  Is that unique to CSI?

10:24AM 6   Was that a deadline set?

10:24AM 7          THE COURT:  I think what Deb was responding to or asking

10:24AM 8   about was the request for production of documents deadline, which

10:24AM 9   is today.  Is that correct?

10:24AM 10         MS. KUCHLER:  Correct, and from the third-party who

10:24AM 11  we're issuing subpoenas for those.

10:24AM 12         MS. BERTAUT:  So with respect to 30(b)(6) depositions

10:24AM 13  down the road, today is the deadline?

10:24AM 14         THE COURT:  Well, look, if they haven't been issued, and

10:24AM 15  it's a third-party subpoena, we're going to say okay, fine, let's

10:24AM 16  get to it and get it done.

10:25AM 17         MR. MCALOON:  Skip McAloon for Dynamic Aviation.

10:25AM 18             Judge, you were just talking about deadlines today.

10:25AM 19  Can we get a point of clarification from you that's made a few of

10:25AM 20  the responder defendants nervous, including me?

10:25AM 21             One of the deadlines that is established for today

10:25AM 22  is the filing of preliminary witness and exhibit lists.  Nobody

10:25AM 23  really thinks that applies to us, but we would sure like to hear

10:25AM 24  somebody who wears a robe say that.

10:25AM 25         THE COURT:  Both Mike and I have to be very clear in the

10:25AM  1  future that the deadlines that are being imposed are for what we
10:25AM  2  are now referring to -- this could change -- segment one of the
10:25AM  3  limitation trial.  Does everybody understand what we're talking
10:25AM  4  about?  I'm looking specifically --
10:25AM  5          MR. HERMAN:  Yes, Your Honor.
10:25AM  6          THE COURT:  But, Skip, to answer your question, I don't
10:25AM  7  have my robe on, but, no, you're not involved in segment one of
10:26AM  8  the limitation trial.
10:26AM  9          MR. McALOON:  Thank you.
10:26AM 10          MR. LANGAN:  Your Honor, Andy Langan.
10:26AM 11              On the question of the witness list, we have had
10:26AM 12  some discussions with the PSC and, I think, others, and the PSC
10:26AM 13  has graciously allowed us, with your Court's permission, one
10:26AM 14  extra week to file our preliminary witness list.  I think that
10:26AM 15  would maybe apply to everybody that's involved in the event
10:26AM 16  phase.
10:26AM 17          THE COURT:  Event phase.  I thought it was segment one.
10:26AM 18          MR. LANGAN:  Segment one.  So that would be Monday --
10:26AM 19          THE COURT:  But that could change again, I don't know.
10:26AM 20          MR. LANGAN:  -- Monday, May 9th.
10:26AM 21          THE COURT:  Monday, May 9th, is the new deadline for
10:26AM 22  preliminary witness lists.
10:26AM 23          MR. LANGAN:  Thank you.
10:26AM 24          THE CLERK:  For segment one.
10:26AM 25          THE COURT:  For segment one.

10:26AM 1          MR. HERMAN:  Steve Herman for the PSC.

10:26AM 2              We agree with that, but the two caveats are that

10:26AM 3     it's going to be a real good faith list and not a kitchen sink

10:26AM 4     and then some list.

10:26AM 5              Mr. Langan has kindly allayed our fears that we

10:26AM 6     wanted to make sure that we get the depositions scheduled during

10:27AM 7     the segment one phase by July 31st of any witnesses that they

10:27AM 8     might plan to call that we might have missed for some reason on

10:27AM 9     the depo list.  They have represented that they don't believe

10:27AM 10    that we've missed anybody at this time.

10:27AM 11             So with those caveats, we agree.

10:27AM 12         THE COURT:  Good.  Thank you.  I appreciate it, Steve.

10:27AM 13             Does anybody need a break because we've got some

10:27AM 14    more territory to cover?  Why don't we take a 10-minute break,

10:27AM 15    and we shall reconvene to talk to Kerry about Transocean

10:27AM 16    witnesses.

10:30AM 17             (WHEREUPON, at this point in the proceedings, a brief

10:40AM 18    recess was taken.)

10:40AM 19         THE DEPUTY CLERK:  All rise.  Court is in session.

10:40AM 20         THE COURT:  All right.  Let's see.  We wanted to take

10:40AM 21    up -- and these are not all yours, Kerry.  These are all

10:41AM 22    Transocean people, but they are all requested by various parties.

10:41AM 23         MR. MILLER:  Yes.  It starts at page 6, I guess, of the

10:41AM 24    report, correct?

10:41AM 25         THE COURT:  Right.  The first one I have is Ms. Fleytas,

10:41AM 1  F-L-E-Y-T-A-S.  The PSC is lead on requesting her.  She has filed
10:41AM 2  a claim.
10:41AM 3           So does anybody want to talk about getting her
10:41AM 4  scheduled and contacting Mr. Arnold?  You can use the mic right
10:41AM 5  there, if you want.
10:41AM 6           MR. STERBCOW:  Your Honor, Paul Sterbcow.  I'll be happy
10:41AM 7  to try to contact Mr. Arnold.  It's been difficult.
10:41AM 8           THE COURT:  Well, what I'm going to propose to you,
10:41AM 9  Paul, is that you all pick some dates that are lighter dates, and
10:41AM 10 give him a choice of two or three days that are good for him and
10:41AM 11 good for you.
10:42AM 12          If you can't get through to him by e-mail or by
10:42AM 13 phone, then you all pick the date, issue the notice.  That's
10:42AM 14 really kind of the rule for everybody.
10:42AM 15          MR. STERBCOW:  May I do that and tell him that I'm doing
10:42AM 16 that at the instruction of the Court?
10:42AM 17          THE COURT:  You certainly may.
10:42AM 18          MR. STERBCOW:  Thank you.
10:42AM 19          MR. MILLER:  Your Honor, one further question or comment
10:42AM 20 on that process, which I think should be applied consistently.
10:42AM 21          THE COURT:  I think it will be.
10:42AM 22          MR. MILLER:  Since we already developed a process first
10:42AM 23 this morning with respect to folks that are in the same general
10:42AM 24 category, Mr. Mansfield and Mr. Doug Brown, Douglas Brown,
10:42AM 25 earlier today, wouldn't the same type of process --

10:42AM 1        THE COURT:  Yes.

10:42AM 2        MR. MILLER:  -- apply to the rest of these?

10:42AM 3        THE COURT:  Yes.  So whether they're -- well, some of

10:42AM 4   them are plaintiff personal injury track, so that's a moot point.

10:42AM 5        MR. MILLER:  We can work through those issues.

10:42AM 6        THE COURT:  Those that are an event track witness, the

10:43AM 7   same procedure will apply as we have applied to Brown and

10:43AM 8   Mansfield.

10:43AM 9        MR. MILLER:  That's great.

10:43AM 10        THE COURT:  So next up on the list is Curt Kuchta.

10:43AM 11        THE CLERK:  Actually, Kyle has confirmed that one.  I

10:43AM 12   think that's --

10:43AM 13        MR. YORK:  That's correct.  We contacted Kyle Shoenekus

10:43AM 14   and got confirmation on dates for July 14 and 15 for Mr. Kuchta.

10:43AM 15        THE COURT:  Next is Stephen Bertone, B-E-R-T-O-N-E.  BP

10:43AM 16   and Halliburton requested Mr. Bertone.

10:43AM 17             Alan, would you undertake to contact Mr. Arnold?

10:43AM 18        MR. YORK:  Already done.  We actually contacted

10:43AM 19   Mr. Arnold this past week with a list, and we want to give you

10:43AM 20   the list of --

10:43AM 21             I'm sorry, Alan York, for Halliburton.

10:43AM 22             -- the list of the witnesses that we requested

10:43AM 23   dates from Mr. Arnold for.

10:44AM 24             It was Steve Bertone, Number 148; Phil Johnson,

10:44AM 25   Number 156; Dustin Johnson, Number 157; Alan Seriale, Number 163;

10:44AM 1    Carl Taylor, Number 164; and, Nick Watson, Number 165.

10:44AM 2                THE COURT:  Okay.

10:44AM 3                MR. YORK:  When I requested -- I'm sorry.

10:44AM 4                THE COURT:  Go ahead.  I wanted to ask you what about

10:44AM 5    Douglas -- well, we've taken care of Douglas Brown, right?

10:44AM 6                MR. YORK:  Essentially what we did, Your Honor, was

10:44AM 7    after the last hearing, BP and Halliburton split up some of the

10:44AM 8    Transocean witnesses who we specifically wanted and tried to

10:44AM 9    contact their counsel to try to get scheduling moving forward.

10:44AM 10               So I sent those six names to Mr. Arnold.  He

10:44AM 11   initially indicated that there were only a couple that he was

10:44AM 12   going to present because his understanding was that Transocean

10:45AM 13   was no longer requesting these deponents.

10:45AM 14               I cleared up for him that both Halliburton and BP

10:45AM 15   were asking for them as event witnesses, and his response was

10:45AM 16   that he would be back to me before Friday.  I advised him of this

10:45AM 17   morning's conference.  I did not hear back from him.

10:45AM 18               In his prior e-mails, however, he said that May and

10:45AM 19   June would not work for him because he would be in Philadelphia

10:45AM 20   getting ready for a Paxil birth defect case.  So he is looking

10:45AM 21   more at July.

10:45AM 22               THE COURT:  Any objection to that?

10:45AM 23               MR. YORK:  I mean, I think these are -- these are, I

10:45AM 24   think, important fact witnesses, but not front line fact

10:45AM 25   witnesses.  We would rather have them in July than not have them.

10:45AM 1        THE COURT:  If you haven't heard from Mr. Arnold, and
10:46AM 2    I'll presume that you will, but if you haven't by mid week next
10:46AM 3    week, why don't you look at the calendar, get two or three
10:46AM 4    different days that you could offer him for each of the
10:46AM 5    witnesses.
10:46AM 6        Let me think about that.  You've got plenty of time
10:46AM 7    for July.  Give him two or three days, give him a deadline by
10:46AM 8    which you would like to go ahead and slot them in.  If you don't
10:46AM 9    hear from him, pick a day, issue the subpoena.  I want to go
10:46AM 10   ahead and get these booked and on the calendar.
10:46AM 11       MR. YORK:  Understood.
10:46AM 12       MR. LANGAN:  Your Honor, Andy Langan for BP.
10:46AM 13       Along the same lines, I can report on a couple of
10:46AM 14   them.
10:46AM 15       THE COURT:  Let me stop.  Alan, either issue a notice or
10:46AM 16   a subpoena, depending on whether they filed a claim.  We have a
10:46AM 17   record of who has filed a claim, if you need that info.
10:46AM 18       MR. YORK:  I believe all of these individuals have filed
10:47AM 19   claims, and so it would just be a notice.  We have them ready to
10:47AM 20   go already, Your Honor, just to fill in dates.
10:47AM 21       THE COURT:  Good.  Fabulous.
10:47AM 22       Okay.  I'm sorry, Andy, go ahead.
10:47AM 23       MR. LANGAN:  That's okay, Your Honor.
10:47AM 24       So Number 154, Mr. Caleb Holloway.  A couple points
10:47AM 25   here.  Number one, it is actually now not Ernest Cannon, but,

10:47AM 1  rather, Mark Lanier who represents Mr. Holloway.

10:47AM 2             Mr. Lanier -- we sent Mr. Cannon a letter about

10:47AM 3  trying to get his dep scheduled.  He passed it on to Mr. Lanier.

10:47AM 4  Mr. Lanier called me and said, May 19th and 20th will work.

10:47AM 5             Now, that's the good news.  The bad news is, is

10:47AM 6  that Mr. Lanier says Houston.

10:47AM 7             THE COURT:  Mr. Holloway has not made a claim; is that

10:47AM 8  correct?

10:47AM 9             MR. LANGAN:  He says so.  I haven't independently

10:47AM 10 confirmed that.  Mr. Lanier says he has not brought a claim in

10:48AM 11 2179.

10:48AM 12            MR. MILLER:  I don't think that he has.

10:48AM 13            THE COURT:  We haven't found it.  So I'm not sure that

10:48AM 14 we can do anything other than Houston.

10:48AM 15            MR. LANGAN:  That will be at Mr. Lanier's office.  I've

10:48AM 16 advised him that it could be he might have 30 people show up, and

10:48AM 17 he says he has satellite facilities that can accommodate this,

10:48AM 18 so.

10:48AM 19            THE COURT:  Fancy.

10:48AM 20            MR. LANGAN:  So at least we have a date for Holloway,

10:48AM 21 19th and 20th of May.

10:48AM 22            THE COURT:  Great.

10:48AM 23            MR. LANGAN:  Your Honor, we already talked about

10:48AM 24 Mr. Brown and Mr. Mansfield.

10:48AM 25            THE COURT:  Yes.

10:48AM 1      MR. LANGAN:  May I -- on page 7, may I talk about

10:48AM 2  Mr. Morgan, Number 160, and Mr. Sandell, Number 162, Mr. Buzbee's

10:48AM 3  clients.

10:48AM 4          We, a week ago, reached out to Mr. Buzbee saying --

10:48AM 5  after talking to Halliburton's counsel, planted the seed of we

10:48AM 6  really need to talk about dates, the Court wants to move things,

10:48AM 7  we have a deadline.  We did not hear from Mr. Buzbee at all until

10:48AM 8  yesterday.  I think, on Wednesday or so, we simply picked dates

10:49AM 9  and noticed them.  Okay.

10:49AM 10      THE COURT:  Let's get those dates.

10:49AM 11      MR. LANGAN:  Mr. Buzbee e-mailed us yesterday and said,

10:49AM 12  why didn't you coordinate with me, or words to that effect.

10:49AM 13  Look, he's a very good lawyer.  We get it.  But he said, those

10:49AM 14  dates won't work, I will be back to you with dates.

10:49AM 15          I guess the point is for Mr. Morgan and

10:49AM 16  Mr. Sandell, we've made contact, we've started the process, and

10:49AM 17  hopefully it will be done by notice.

10:49AM 18          Now, Mr. Buzbee raised something about doesn't this

10:49AM 19  have to be by subpoena.  I'm not so sure that's true.

10:49AM 20      THE COURT:  No, it's not true.  At least in my mind it's

10:49AM 21  not true.  Both of these are parties to the limitation

10:49AM 22  proceeding, aren't they?

10:49AM 23      MR. MILLER:  I don't know if they've filed a claim in

10:49AM 24  the limitation.  They may have a separate lawsuit that was

10:49AM 25  transferred here.

10:49AM 1          THE COURT:  I show Mr. Sandell as Davis versus Cameron,

10:50AM 2    and Mr. Seriale has his own Seriale, et al., versus Transocean.

10:50AM 3    So they are both parties to the MDL.

10:50AM 4              Now, if you want to do belt and suspenders, I have

10:50AM 5    no objection to that.

10:50AM 6          MR. LANGAN:  I guess what I would say --

10:50AM 7          THE COURT:  But I do think it's New Orleans.

10:50AM 8          MR. LANGAN:  Okay.  Let's see what he says.  We're

10:50AM 9    certainly going to push for that, and that's fine with us.

10:50AM 10             He has brought an action against my client, which

10:50AM 11   has been removed and transferred here.  I think both of them

10:50AM 12   have, so -- and against other defendants, too.  So --

10:50AM 13         THE COURT:  Andy, I'm going to suggest something akin to

10:50AM 14   what I suggested to Alan, is give him, you know, a couple of days

10:50AM 15   to get back to you.  We know that the date you gave him is not

10:50AM 16   good.  If you haven't heard from him, give him two or three dates

10:50AM 17   that work for you.

10:50AM 18         MR. LANGAN:  Arguably, at this point it's sort of

10:51AM 19   incumbent upon him to move for protective order since we've

10:51AM 20   noticed.  I'd rather work it out with him, but --

10:51AM 21         THE COURT:  Agree.

10:51AM 22         MR. LANGAN:  So that's sort of what I've got.

10:51AM 23             I think Kerry and TO have been very good about the

10:51AM 24   custodial file stuff, but that's going to continue, hopefully,

10:51AM 25   with all of these guys.  Regardless -- hopefully those files will

10:51AM 1    keep being produced.

10:51AM 2            THE COURT:  I don't see Kerry saying no.

10:51AM 3            MR. MILLER:  No.  I think, you know, the Doug Brown

10:51AM 4    thing happened pretty quickly, and I think we were able to get

10:51AM 5    those out.  Of course, there may be some limitations on our

10:51AM 6    certification because we can't meet with the person, but we're

10:51AM 7    doing the best that we can.

10:51AM 8            We note that in the certification letter.  To the

10:51AM 9    extent that they are company records, we do that certification.

10:51AM 10           THE COURT:  All right.  Thank you.

10:51AM 11           Kerry, what about any further information on

10:51AM 12   Eddy Redd?

10:51AM 13           MR. MILLER:  Yeah, there was.  He actually responded

10:51AM 14   from Russia.  That's all I can say.  He responded from Russia.

10:52AM 15           His response said, the problem is, is I'm in Russia

10:52AM 16   now --

10:52AM 17           THE COURT:  That is a problem.

10:52AM 18           MR. MILLER:  -- and coming to America for a deposition

10:52AM 19   is not something that's high up on my agenda.  But if maybe the

10:52AM 20   location were different, I could fit it into my schedule.

10:52AM 21           THE COURT:  Do I hear London?

10:52AM 22           MR. MILLER:  What we're going to endeavor to do, and I

10:52AM 23   was talking to Paul and Jim about it, is Cameron, Eddy Redd, and

10:52AM 24   potentially another guy, Sneddon, would come to London.  Can't

10:52AM 25   commit on Redd yet, but Cameron and Sneddon, I'm pretty good on.

10:52AM   1          Sneddon, S-N-E-D-D-O-N.  He's in response to a PSC

10:52AM   2   request.  Maybe he would be the backup to Eddy Redd, really,

10:52AM   3   would be the issue.

10:53AM   4          Sneddon and Cameron are Aberdeen.  They would come

10:53AM   5   to London in the first week or two that the folks are in London

10:53AM   6   doing depositions.  So what we need to do is get some firm dates,

10:53AM   7   but they are generally available during the first part of June.

10:53AM   8          THE COURT:  Good, and that works well for the PSC.

10:53AM   9          MR. STERBCOW:  We're ready to commit to the first week,

10:53AM  10   if you want to start working on it.

10:53AM  11          THE COURT:  Okay.  So --

10:53AM  12          MR. MILLER:  The first week meaning the week of the 6th,

10:53AM  13   Paul?  I know they have -- I know Hayward is the elephant in the

10:53AM  14   room.  A lot of people want to attend that.

10:53AM  15          THE COURT:  Paul, the first week, why don't you look at

10:53AM  16   it and give us an idea of what you prefer.

10:53AM  17          MR. STERBCOW:  Paul Sterbcow.  13 through 15, somewhere

10:53AM  18   in there.

10:53AM  19          MR. MILLER:  Paul, if you could just send me an e-mail

10:53AM  20   with the dates, and we'll try and link those to the dates you

10:53AM  21   want.  But it was generally the first half of June, so hopefully

10:54AM  22   that will work.

10:54AM  23          MR. STERBCOW:  It's for Sneddon and Redd.

10:54AM  24          MR. MILLER:  Cameron --

10:54AM  25          MR. STERBCOW:  Sneddon, Redd.

10:54AM 1          MR. MILLER:  It will probably be two out of three.  I

10:54AM 2   think Sneddon is depending on Redd's status.

10:54AM 3          THE COURT:  Great.  Perfect.

10:54AM 4          THE CLERK:  Did we cover James Ingram and Paul Meinhart?

10:54AM 5          MR. MILLER:  Let me go back to those.  Those were

10:54AM 6   indicated --

10:54AM 7          THE COURT:  What are the numbers?

10:54AM 8          THE CLERK:  155 and 159.

10:54AM 9          THE COURT:  Right.

10:54AM 10          MR. MILLER:  If the only request is from Transocean for

10:54AM 11   personal injury purposes, we can take those off for now, if there

10:54AM 12   is not a co-request for event status.

10:54AM 13          THE COURT:  There is not.  The only requesting party was

10:54AM 14   Transocean.

10:54AM 15              Does anybody want to defer that until next week and

10:54AM 16   think about it?

10:54AM 17          MR. LANGAN:  We would like to reserve on that.  Thank

10:54AM 18   you.

10:54AM 19          THE COURT:  We'll defer that until next week.  If we

10:55AM 20   don't hear from you by next Thursday, we will say good-bye to

10:55AM 21   Mr. Ingram and Mr. Meinhart.

10:55AM 22          MR. MILLER:  And if BP does want them for event status

10:55AM 23   and can get them, we'd want to do the same thing that we did with

10:55AM 24   Doug Brown and Mansfield earlier today.

10:55AM 25          THE COURT:  Right.  Good.  Thank you, Mike.

81

10:55AM 1              All right.  Let's see.  We've got next up

10:55AM 2  Wyman Wheeler.

10:55AM 3              MR. MILLER:  I think, as Your Honor is aware, there was

10:55AM 4  a mediation, I think, a week or 10 days ago, and that's why he

10:55AM 5  got sort of a different description.  I think he did file a claim

10:55AM 6  in the limitation.  So his case did not resolve itself, so I

10:55AM 7  think if BP wants Mr. Wheeler, they should contact his counsel

10:55AM 8  and request a deposition here in New Orleans by virtue of the

10:55AM 9  fact that he did file a claim in the limitation.

10:55AM 10             MR. HAYCRAFT:  Yes, we definitely want him.

10:55AM 11             THE COURT:  Do you know who his counsel is?  No problem.

10:56AM 12             MR. HAYCRAFT:  Do we?

10:56AM 13             MR. MILLER:  I don't know, but I think I can get it to

10:56AM 14  you.

10:56AM 15             MR. STERBCOW:  I think it's Mike Walsh.

10:56AM 16             MR. MILLER:  But he's got personal -- the issue is

10:56AM 17  personal injury counsel.  He's got criminal counsel and personal

10:56AM 18  injury counsel.

10:56AM 19             THE COURT:  So, BP, you'll follow the same procedure.

10:56AM 20  Look at the calendar, come up with some dates that are good on

10:56AM 21  the calendar, and run that past personal injury counsel.  If you

10:56AM 22  want to issue a subpoena, that's fine, but if he's filed a claim,

10:56AM 23  notice the deposition.

10:56AM 24             MR. HAYCRAFT:  I'm sorry, while Kerry is still up here,

10:56AM 25  last week during Adrian Rose's deposition, a Transocean person, a

10:56AM 1  gentleman by the name of Pharr Smith, spelled P-H-A-R-R, Smith,

10:56AM 2  came up numerous times during the deposition, and I realized at

10:57AM 3  that time that he needed to be an added witness to our event

10:57AM 4  track list.  I sent out an e-mail, so Kerry knows about it.

10:57AM 5  Obviously, I don't expect action today, but I want to put that

10:57AM 6  out there.

10:57AM 7           THE COURT:  We'll put him down.

10:57AM 8           MR. MILLER:  He was not a crew member.

10:57AM 9           MR. HAYCRAFT:  Not a crew member.  He was management --

10:57AM 10          THE COURT:  He was management for Transocean?

10:57AM 11          MR. HAYCRAFT:  Yes.

10:57AM 12          THE COURT:  Hi, Hank.  Hold a second.

10:57AM 13              So Pharr Smith, and he'll be added to our list of

10:57AM 14 witnesses that we want to schedule.

10:57AM 15          MR. DART:  I was just going to say, Your Honor, that was

10:57AM 16 one of the people we had asked for which you denied.

10:57AM 17          THE COURT:  Well, we've got two requesting now, Hank, so

10:57AM 18 guess what.

10:57AM 19          MR. DART:  Thank you, Your Honor.

10:57AM 20          THE COURT:  Next up is Jim McWhorter.

10:57AM 21          MR. MILLER:  McWhorter -- McWhorter, Boughton and

10:58AM 22 Hackney, who I think are on your list, here is the issue with

10:58AM 23 them.  McWhorter and Odenwald have -- not personal injury

10:58AM 24 counsel, but individual counsel, to use a better term.  The

10:58AM 25 report is the same.  They are generally available, them and their

10:58AM 1    counsel, in July.

10:58AM 2              The issue with McWhorter, Boughton and Hackney are

10:58AM 3    that they are BOP-type witnesses.  Some are even, in fact, at

10:58AM 4    Michoud as part of the additional testing which wraps up on

10:58AM 5    June 15th.

10:58AM 6              We would ask that they be put after the second

10:58AM 7    round of testing goes forward.  I think they are generally

10:58AM 8    available in July.  We can put them down as tentative dates and

10:58AM 9    firm the dates up now, but I think that's what we should do with

10:59AM 10   those.

10:59AM 11        THE COURT:  Great.  I don't have a problem, unless

10:59AM 12   anybody else has a problem, with putting them in July.  Why don't

10:59AM 13   you undertake to contact their counsel, give them some suggested

10:59AM 14   dates, let them confirm to you.

10:59AM 15        MR. MILLER:  Because they are involved in the technical

10:59AM 16   working group, and I don't want them to go before that process is

10:59AM 17   done.

10:59AM 18        THE COURT:  That's great.

10:59AM 19              Then what about Odenwald?

10:59AM 20        MR. MILLER:  I think he's in the same category, frankly.

10:59AM 21   I would have to check.  These are all part of the Subsea claim.

10:59AM 22        THE COURT:  If you'll just float some dates past their

10:59AM 23   counsel, that would be good.

10:59AM 24              Have we gotten confirmation, Kerry, on

10:59AM 25   Jonathan Keeton?

10:59AM 1          MR. MILLER:  Yes, I think those dates are fine.

10:59AM 2          THE COURT:  So July 27, 28 are no longer tentative, if

10:59AM 3   you'll mark the calendar on that.  Then --

10:59AM 4          MR. MILLER:  Mansfield, at the bottom, I think, has been

10:59AM 5   taken care of, right?

11:00AM 6          THE CLERK:  Right.

11:00AM 7          THE COURT:  Great.

11:00AM 8          MR. MILLER:  He's May 12 and 13, Mike, for your notes.

11:00AM 9   May 12 and 13.

11:00AM 10         THE CLERK:  What about Hackney; did we resolve him?

11:00AM 11         MR. MILLER:  He's a BOP guy with Boughton.  He, Boughton

11:00AM 12  and McWhorter are going to come after the June 15 testing.

11:00AM 13         THE CLERK:  Got you.

11:00AM 14         THE COURT:  Got you.  Thank you, Kerry.

11:00AM 15             Let's talk about the Dril-Quip 30(b)(6) notice.

11:00AM 16             I'm sorry, Andy, did you have something on that?

11:00AM 17         MR. LANGAN:  Your Honor, Andy Langan.

11:00AM 18             On Halliburton, just so we don't lose this, you'll

11:00AM 19  remember Cathleenia Willis, there was a motion for protective

11:00AM 20  order.  You denied it.  I think it's Mr. Arnold's client.

11:00AM 21         THE COURT:  It is.

11:00AM 22         MR. LANGAN:  You directed us to go ahead and renotice

11:00AM 23  it.  We have done that for June 20th and 21st.  That was done

11:00AM 24  after consultation with Mr. Arnold.  He was first talking about

11:00AM 25  July or August because of the Philadelphia trial we heard all

11:01AM  1   about; but, we pushed hard, said, now, wait a minute, if you had

11:01AM  2   done it the first time we wouldn't have these -- but, anyway, to

11:01AM  3   make a long story short, June 20th and 21st.

11:01AM  4        THE COURT:  Great, thank you.

11:01AM  5        MR. CUNNINGHAM:  June 20th and 21st.

11:01AM  6        MR. YORK:  Alan York for Halliburton.

11:01AM  7             The only thing we would note, Your Honor, is,

11:01AM  8   again, just so that we're cognizant of it, by my count that gives

11:01AM  9   us eight depositions on the 21st; two in London, six in

11:01AM 10   New Orleans.

11:01AM 11        THE COURT:  What's your point, Alan?

11:01AM 12        MR. YORK:  I raise this because I know that Ms. Kuchler

11:01AM 13   probably has the same concern in terms of facilities available at

11:01AM 14   the Pan Am Center.  I just don't know what our upper limit is,

11:01AM 15   but I think that we should at least be cognizant of that as we go

11:01AM 16   forward trying to schedule witnesses.

11:01AM 17        THE COURT:  Well, what we'll do is we'll make inquiry.

11:01AM 18   Maybe, Deb, you can speak to Mike about what capabilities you

11:02AM 19   guys need, and maybe we could set up something here in the

11:02AM 20   courthouse.  I mean, we have no idea what you're doing.

11:02AM 21        MS. KUCHLER:  Right.  We might have to just have the

11:02AM 22   court reporters sub it out; but, if we have a facility that holds

11:02AM 23   enough people and an Internet connection, we should be able to do

11:02AM 24   it, but we may not be able to have that same court reporting firm

11:02AM 25   physically cover it.

11:02AM  1        MR. STERBCOW:  Your Honor, Paul Sterbcow.

11:02AM  2             Deb's correct.  I think the Pan Am building can

11:02AM  3  accommodate four at a time, maybe five.  That's probably pushing

11:02AM  4  it.  Four for sure.  But I don't know that Gaudet Kaiser -- I

11:02AM  5  mean, that may be an issue with the reporting firm.  I was going

11:02AM  6  to suggest using rooms in this building.  That would be the

11:02AM  7  easiest thing to do.

11:02AM  8        THE COURT:  We'll be glad to work with you on that.  Why

11:02AM  9  don't you contact Mike this coming week.  Who wants to take the

11:02AM 10  lead?  Deb, do you want to take the lead on that?

11:03AM 11        MS. KUCHLER:  Sure.  Paul and I will work together on

11:03AM 12  that.

11:03AM 13        THE COURT:  Tell us -- I mean, if all you need is an

11:03AM 14  Internet connection and a big room, we've got those.

11:03AM 15        MS. KUCHLER:  That's right.  That's what we need.

11:03AM 16        MR. YORK:  And a court reporter.

11:03AM 17        MS. KUCHLER:  Well, we can get the court reporter.  I

11:03AM 18  mean, Joe might have to just sub it out.  And another

11:03AM 19  videographer.

11:03AM 20        MR. ROY:  Wireless Internet is going to be an issue.

11:03AM 21        MS. KUCHLER:  Is it wireless Internet?

11:03AM 22        THE CLERK:  I'll find out today.

11:03AM 23        THE COURT:  The systems unit of the Clerk's office has

11:03AM 24  wireless.  I assume that we can ask for access to that.  Whenever

11:03AM 25  I walk through the lobby of the courthouse, it prompts me for a

11:03AM  1    password, which, of course, irritates me because I don't have the

11:03AM  2    password.

11:03AM  3           So I think it's available on the first floor.

11:03AM  4    We've got a couple of senior judges' courtrooms on the first

11:03AM  5    floor, and the jury room is on the first floor.  So we'll see if

11:04AM  6    that's a possibility.

11:04AM  7           MS. KUCHLER:  That would be a huge help.

11:04AM  8           MR. YORK:  Your Honor, one last thing.  I don't see

11:04AM  9    Mr. Maze at the ready with his pen.  Do we want to capture

11:04AM 10    Cathleenia Willis on the calendar?

11:04AM 11           THE COURT:  Yes, we do.  Mr. Sterbcow, you're now on

11:04AM 12    board.

11:04AM 13           Are you on vacation that week, Paul?

11:04AM 14           MR. STERBCOW:  Only according to Mike.

11:04AM 15           THE COURT:  Good.

11:04AM 16           MR. YORK:  Now, in response to your direct inquiry,

11:04AM 17    Your Honor, on Dril-Quip we circulated yesterday afternoon the

11:04AM 18    proposed final version of the Dril-Quip 30(b)(6) with an

11:04AM 19    indication in the e-mail that if we hadn't heard anything by noon

11:04AM 20    today that we would file it as the final.

11:04AM 21           THE COURT:  Let's see, it is 12:03.  Have you gotten

11:04AM 22    any?

11:04AM 23           MR. YORK:  I have not gotten any responses --

11:05AM 24           THE COURT:  Sold.

11:05AM 25           MR. YORK:  -- so we will get it filed this afternoon.

11:05AM  1          THE COURT:  So that takes Dril-Quip off our list.

11:05AM  2          MR. YORK:  It should.

11:05AM  3          THE COURT:  Yes.

11:05AM  4          MR. YORK:  On Kris Ravi, Your Honor, that one also --

11:05AM  5  Mr. Godwin and Mr. Langan have talked, and that's postponed until

11:05AM  6  next week.

11:05AM  7          THE COURT:  Next up is a request by Anadarko for

11:05AM  8  Eric Guidry, Randy Smith Training Solutions.

11:05AM  9          The only thing that I show that still needs

11:05AM 10  resolution is the cost issue; is that right?  You've got the

11:05AM 11  notice out?

11:05AM 12          MR. FITCH:  Judge, Tony Fitch.

11:05AM 13          Yes, the notice was served to everybody on

11:06AM 14  April 18.  I think there is a cost issue outstanding with them.

11:06AM 15          It's possible that, in addition to this chap,

11:06AM 16  Eric Guidry, that they will have a second representative, but

11:06AM 17  that's still up in the air.

11:06AM 18          THE COURT:  Do you think it still can be done in

11:06AM 19  one day, which is May 9?

11:06AM 20          MR. FITCH:  Well, I do.  I don't know about others.  I

11:06AM 21  certainly do.  He's available both days.

11:06AM 22          THE COURT:  Both days meaning May 9 and 10?

11:06AM 23          MR. FITCH:  Yes.

11:06AM 24          THE COURT:  Wait, I'm looking at June.  He's available

11:06AM 25  two days in a row, right?

11:06AM 1          MR. FITCH:  We have him down for one day, but my

11:06AM 2     recollection is they've said they are available two.

11:06AM 3          THE COURT:  Great.  Thank you.

11:06AM 4               If there is an issue that we need to get to on the

11:06AM 5     costs, let us know; but, otherwise, I think we'll just take

11:07AM 6     Mr. Guidry off.  Take him off my agenda, I'm sorry.

11:07AM 7               Boy, do I have to watch what I say.

11:07AM 8          MR. FITCH:  Judge, you asked -- or directed earlier in

11:07AM 9     your order, on page 3, that counsel for Anadarko will transmit

11:07AM 10    requests for costs which must be reviewed for reasonableness.

11:07AM 11              The first one has come in, the one for Kate Payne,

11:07AM 12    who was deposed, I think, this past Monday.  I can tender it to

11:07AM 13    you, or we can follow some other submission process.

11:07AM 14         THE COURT:  Are there problems with it?

11:07AM 15         MR. FITCH:  I think there are no problems with this one.

11:07AM 16    It's a total of $3,000, which is comprised primarily of $2,000 of

11:07AM 17    losing two days of work, which is what it is.

11:07AM 18         THE COURT:  If only.

11:07AM 19              Well, unless there is objection -- has it been

11:07AM 20    circulated to everybody?

11:08AM 21         MR. FITCH:  It has not been circulated.  It came in at

11:08AM 22    4 o'clock yesterday afternoon.  I have copies for --

11:08AM 23         THE COURT:  Let's adopt this procedure.  Let's circulate

11:08AM 24    it.

11:08AM 25         MR. FITCH:  That's why I raised it.

11:08AM 1      THE COURT:  If someone thinks it's not reasonable, then

11:08AM 2  it comes to me and I'll review it for reasonableness.  If there

11:08AM 3  is no objection, you all have worked out how it's going to be

11:08AM 4  paid and how you will reimburse each other, and you go ahead and

11:08AM 5  pay.

11:08AM 6      MR. FITCH:  I think we need still to have a little bit

11:08AM 7  of a discussion about that, but we're basically there.

11:08AM 8      THE COURT:  But if there is any objection to

11:08AM 9  reasonableness, just let me know and send me the documents and

11:08AM 10  what the objection is, and we'll take it up.

11:08AM 11      All right.  We wanted to talk about J.R. Smith.  We

11:08AM 12  had asked for earlier dates than July 20, 21.

11:08AM 13      MR. YORK:  Actually, Your Honor --

11:08AM 14      Alan York for Halliburton.

11:08AM 15      -- Mr. Smith was one that there was a discussion

11:08AM 16  that he could be removed from the calendar, and Halliburton had a

11:08AM 17  concern about that.

11:09AM 18      I have been in conversations with M-I SWACO's

11:09AM 19  counsel.  This Mr. Smith is not the person who we thought he was,

11:09AM 20  so he can be taken off the calendar.  They have given us the name

11:09AM 21  of the correct witness, and we're working on dates for him.

11:09AM 22      THE COURT:  All right, would you be so kind as to go to

11:09AM 23  July 20, 21, and take Mr. Smith off.

11:09AM 24      Let's talk about the Weatherford 30(b)(6) notice.

11:09AM 25  Good morning.

11:09AM  1        MR. BERTRAM:  Good morning, Your Honor.  Richard Bertram

11:09AM  2   for Weatherford.

11:09AM  3            The only additional information we have to report

11:09AM  4   regards Mr. Oldfather, O-L-D-F-A-T-H-E-R, has still not returned

11:09AM  5   to work and is out on medical leave.  That would be it.

11:10AM  6        THE COURT:  Have we finished up with the notice of

11:10AM  7   deposition?

11:10AM  8        MR. BERTRAM:  My understanding is, is that they are

11:10AM  9   close to finalizing the notice, and we expect this to be

11:10AM  10  concluded.

11:10AM  11       THE COURT:  Great.

11:10AM  12       MR. BERTRAM:  Thank you.

11:10AM  13       THE COURT:  So we'll just put it down for A-OK next

11:10AM  14  week.

11:10AM  15            What we'll do is with regard to Mr. Oldfather, why

11:10AM  16  don't I take him off my agenda and ask that you just notify us

11:10AM  17  when he is off of medical leave?

11:10AM  18       MR. BERTRAM:  Yes, ma'am.  Thank you.

11:10AM  19       THE COURT:  Okay, thanks a lot.

11:10AM  20            All right.  We'd heard from Mr. Cohen on the DNV

11:10AM  21  deposition that a date change from June 21, 22 is not possible,

11:10AM  22  so I guess it's no longer tentative.

11:11AM  23            So would somebody get up to the ELMO and take off

11:11AM  24  tentative, and we'll go ahead and make it a firm schedule.

11:11AM  25       MR. UNDERHILL:  Which is that, Your Honor?

11:11AM 1          THE COURT:  It's the DNV Rule 30(b)(6) on June 21, 22.

11:11AM 2          MR. STERBCOW:  Off the calendar?

11:11AM 3          THE CLERK:  No, on.

11:11AM 4          THE COURT:  No, no, no.  Off tentative.  It should be

11:11AM 5   marked tentative.

11:11AM 6          MR. STERBCOW:  It's marked as go already.

11:11AM 7          THE COURT:  Oh, it's marked as a go.  Okay.

11:11AM 8          MR. UNDERHILL:  You lose a grade on that one,

11:11AM 9   Your Honor, not me.

11:11AM 10         THE COURT:  I do.

11:11AM 11         THE CLERK:  No, it's my fault.  I accept responsibility.

11:11AM 12         THE COURT:  Well, we had had a request to move it, so,

11:11AM 13  to me, that meant tentative, but I do get a demerit for that.

11:11AM 14         MR. UNDERHILL:  They still haven't raised going to

11:11AM 15  London yet.  When do we address this?

11:11AM 16         THE COURT:  I guess we'll put that at the end of the

11:12AM 17  agenda, as well.  How about that?

11:12AM 18              So, moving on from there, Kerry -- where are you,

11:12AM 19  Kerry?  You wanted some clarification on Response Dates and had

11:12AM 20  some bright ideas about that, right?

11:12AM 21         MR. MILLER:  I wouldn't go that far.  Let me give you

11:12AM 22  what we've got in terms of some of the clarity we would like to

11:12AM 23  get.

11:12AM 24              First issue would be the Bundle A complaints, just

11:12AM 25  going in alphabetical order.  You know, we had some early

11:12AM 1  pretrial orders where we said we would meet and identify, and

11:12AM 2  there have been a series of amendments.  The motions to amend are

11:12AM 3  either unopposed or pending.

11:12AM 4          The idea would be some uniform response date to

11:12AM 5  everything that's in Bundle A.  I know we've got a lot going on,

11:12AM 6  but just to clear that up.  I would suggest June 15th.

11:13AM 7          Those issues aren't set for hearing in front of

11:13AM 8  Judge Barbier on May 26th.  They're not subject to the global

11:13AM 9  motions to dismiss.  So the idea might be to place those on the

11:13AM 10 calendar after we deal with the reply briefing and the other

11:13AM 11 things that are going to go into the big bundle motions.

11:13AM 12         THE COURT:  Right.

11:13AM 13         MR. MILLER:  So June 15th --

11:13AM 14         THE COURT:  Does anybody have a problem with that?

11:13AM 15         MR. HERMAN:  No.

11:13AM 16         THE COURT:  Any perceived problem?  Andy.

11:13AM 17         MR. LANGAN:  Not a problem.  I think BP has largely

11:13AM 18 answered those, and so, if there is going to be an order, could

11:13AM 19 it just repeat that we could stand on our prior answer?

11:13AM 20         THE COURT:  Oh, sure.  Oh, sure, not a problem.

11:13AM 21         MR. LANGAN:  We're trying to reduce paper and trees.

11:13AM 22         THE COURT:  Exactly.

11:13AM 23         MR. YORK:  Absolutely.

11:13AM 24         Just a point of clarification, there have been a

11:13AM 25 number of cases -- when the original clarifying order, I think

11:13AM  1    it's PTO 25, was done, it was done such that only the cases

11:13AM  2    listed on Exhibit A were Bundle A cases, and nothing else was a

11:13AM  3    Bundle A case until it was affirmatively designated as a Bundle A

11:14AM  4    case.

11:14AM  5                The nice thing about that is that until so

11:14AM  6    designated, no one has any responsibility for filing any

11:14AM  7    responsive pleadings; therefore, we have motions to dismiss on a

11:14AM  8    finite group of Bundle A cases that could be considered by the

11:14AM  9    Court, I think, that could be instructive on other Bundle A

11:14AM 10    cases, without the defendants having to go through the process of

11:14AM 11    filing all those additional responsive pleadings.  So I believe

11:14AM 12    our argument would be for the status quo.

11:14AM 13                MR. MILLER:  Maybe I prefer that better, as long as we

11:14AM 14    all understand what the status quo is.

11:14AM 15                THE COURT:  You hadn't thought about that, had you?

11:14AM 16                MR. MILLER:  I did, but the issue is, is that some of

11:14AM 17    the ones that Alan just referred to where we have pending motions

11:14AM 18    to dismiss have been amended, or there have been motions for

11:14AM 19    leave to file amendments.

11:14AM 20                So, I guess, let me be clear on what I was asking

11:14AM 21    for.  Status quo except for what do we do with respect to those

11:14AM 22    that have already been designated, we've responded to, but

11:15AM 23    motions for leave have been filed for?

11:15AM 24                THE COURT:  Alan.

11:15AM 25                MR. YORK:  Just a suggestion.  I have not gone through

11:15AM 1    each and every amendment, but my instinct is that most of those

11:15AM 2    amendments were done to meet *Iqbal/Twombly* type arguments.

11:15AM 3            I know that in our briefing, when we filed, I

11:15AM 4    think, the replies, we dropped a footnote and reserved the right

11:15AM 5    to address *Iqbal/Twombly* subsequently if those issues came up;

11:15AM 6    but, the core legal issues that were presented by the motions to

11:15AM 7    dismiss I'm not sure have changed all that much, but I can't

11:15AM 8    fully represent that because I haven't read every amended

11:15AM 9    petition.

11:15AM 10           THE COURT:  Why not?

11:15AM 11           MR. YORK:  Well, in one case, I think we're up to 14th

11:15AM 12   or 15th amended petition.

11:15AM 13           MR. MILLER:  Can we ask, then, for the -- if Alan is

11:15AM 14   right -- I generally think that he is, with one exception.  I

11:15AM 15   think it's Ms. Jacobs that has the 14 or 15 amendments, and they

11:16AM 16   are hard to track -- to keep up with.

11:16AM 17           THE CLERK:  She was up here yesterday.

11:16AM 18           THE COURT:  She was up here for a settlement conference

11:16AM 19   yesterday.

11:16AM 20           MR. MILLER:  Can we have some kind of standstill on that

11:16AM 21   slew of amendments until the initial Bundle A motions are ruled

11:16AM 22   on, so that we're not filing any responses now to Bundle A until

11:16AM 23   further notice of the Court, which would occur after we deal with

11:16AM 24   the first designated batch?  Is that okay?

11:16AM 25           THE COURT:  Let's see what Mr. Herman has to say, since

11:16AM 1   he's lurking behind you.

11:16AM 2               MR. HERMAN:  No objection.  No objection.

11:16AM 3               THE COURT:  No objection.

11:16AM 4               So, as I understand it -- let's make sure I'm

11:16AM 5   clear -- we'll have status quo with reservation of rights, but

11:16AM 6   nothing has to be done on any of the Bundle A cases or newly

11:17AM 7   filed Bundle A cases until after the currently pending motions

11:17AM 8   are heard?

11:17AM 9               MR. HERMAN:  Agreed.

11:17AM 10              MR. MILLER:  That wins.

11:17AM 11              MR. HERMAN:  But, Alan, didn't we have another -- you

11:17AM 12  had an issue where you wanted an answer to the amended to be

11:17AM 13  deemed answer to the --

11:17AM 14              MR. YORK:  We've taken care of that.

11:17AM 15              MR. HERMAN:  Oh, you already took care of it?  Okay.

11:17AM 16  Sorry.

11:17AM 17              THE COURT:  Does that apply to Ms. Jacobs' case?

11:17AM 18              MR. MILLER:  It would.

11:17AM 19              MR. HAYCRAFT:  She's in another bundle.  The court

11:17AM 20  reporter will not reflect my tone.

11:17AM 21              MS. BERTAUT:  Judge, it's Carmelite Bertaut.

11:17AM 22              I'm just confused by something that Alan just said.

11:17AM 23  If we have a pending amendment to a motion that we have filed

11:17AM 24  that seeks to attempt to address a deficiency that we pointed out

11:17AM 25  in a Rule 12 motion, I guess I'm not sure the utility of going

11:17AM 1  forward on the pending motion to the extent of ignoring or not

11:18AM 2  discussing the amendment.

11:18AM 3          I understand why it makes some sense from the

11:18AM 4  defendants' perspective.  I just, I question the utility of that.

11:18AM 5  So -- and I'm not conversant enough with the individual arguments

11:18AM 6  to know --

11:18AM 7          MR. HERMAN:  I don't think the motions --

11:18AM 8          This is Steve Herman for the PSC.

11:18AM 9          The motions on the Bundle A cases haven't been set

11:18AM 10 to be heard.  So, presumably, once Judge Barbier rules on the B1

11:18AM 11 and B3 and D1, that will give a lot of guidance, and I would

11:18AM 12 assume it will resolve most of the issues for the Bundle A, and

11:18AM 13 then we can tee up whatever issues are left, if any.  That seems

11:18AM 14 more efficient.

11:18AM 15         MR. YORK:  I think that's right.

11:18AM 16         This is Alan York for Halliburton.

11:18AM 17         I think that's absolutely right.  I think -- I

11:18AM 18 understand the conundrum of having an amended complaint that the

11:18AM 19 motion doesn't necessarily address; but, my understanding, the

11:18AM 20 way that Judge Barbier always intended to look at these was to

11:18AM 21 look at the core legal issues to try to find ways to make rulings

11:19AM 22 on those core legal issues that would then be applied to

11:19AM 23 individual cases as necessary and expedient.

11:19AM 24         So I think that -- I think that what we have

11:19AM 25 briefed and pending before the Court would be sufficient to allow

11:19AM  1    Judge Barbier to make those determinations, and then we could do

11:19AM  2    any procedural cleanup that we need to do to make whatever

11:19AM  3    rulings he makes applicable to individual cases.

11:19AM  4         THE COURT:  Alan, I guess my last question on that topic

11:19AM  5    is this:  None of these are yet set for hearing.  What is the

11:19AM  6    contemplated series of bundles that you contemplate bringing

11:19AM  7    forward?

11:19AM  8         MR. YORK:  As we understand Judge Barbier's ruling, on

11:19AM  9    the 26th of May he will have hearings on Bundles B1, B3 and D1.

11:19AM 10    The only other bundle that I know of that is ready to go would be

11:20AM 11    Bundle A, because Bundle C we're just in the process of filing

11:20AM 12    motions to dismiss as to the Bundle C local master complaint; the

11:20AM 13    response to the State of Alabama's motion -- amended complaint is

11:20AM 14    not due for some time; and, there is still a pending question

11:20AM 15    whether leave has been granted for State of Louisiana to add

11:20AM 16    parties to their complaint.  So none of those are ready to go at

11:20AM 17    this point.

11:20AM 18         THE COURT:  Got you.  Great, thank you.

11:20AM 19         MR. HAYCRAFT:  There is a Bundle B2 that's ready to go.

11:20AM 20         THE COURT:  Oh, B2 is also.

11:20AM 21         MR. YORK:  Sorry.  We're not in that one, so --

11:20AM 22         MR. MILLER:  That's RICO.

11:20AM 23         THE COURT:  But B2 is not in the list --

11:20AM 24         MR. HAYCRAFT:  But it's not in the list.

11:20AM 25         THE COURT:  -- that Judge Barbier has set?

11:20AM 1          MR. HAYCRAFT:  That's correct.

11:20AM 2          THE COURT:  Thank you.

11:20AM 3          MR. MILLER:  I think the next issue I had related to

11:20AM 4   Bundle C, and I think Alan -- I've talked to Corey Maze and Don

11:20AM 5   and Andy.

11:20AM 6               Bundle C, here is what we have in Bundle C.  I

11:21AM 7   think there are complaints now by three separate states, Alabama,

11:21AM 8   Louisiana, and Minnesota.

11:21AM 9          THE COURT:  I saw that.

11:21AM 10         MR. MILLER:  So those would be the states that are in

11:21AM 11  Bundle C and are not, under anyone's version of the facts, part

11:21AM 12  of the master and local governmental complaint that would have

11:21AM 13  been filed by the PSC.

11:21AM 14         MR. YORK:  And three Mexican states.

11:21AM 15         MR. MILLER:  Three Mexican states, too, but those are

11:21AM 16  different.  Well, those would be the same.  So we have three US

11:21AM 17  states and three Mexican states.

11:21AM 18              I think BP and Corey have reached an agreement that

11:21AM 19  they are going to respond to the Alabama amended complaint and

11:21AM 20  the Louisiana amended complaint on May 19th.

11:21AM 21         MR. HAYCRAFT:  Correct.

11:21AM 22         MR. MILLER:  I spoke with Corey about it in the hall

11:21AM 23  after he left.  We're okay with that date, so we can respond to

11:21AM 24  that on May 19th, as well.

11:22AM 25              I don't think Minnesota has been served yet.  They

11:22AM 1   certainly haven't appeared.  I'm not quite sure what we do with
11:22AM 2   Minnesota at this point in time.
11:22AM 3           THE COURT:  Welcome to New Orleans.
11:22AM 4           MR. HAYCRAFT:  Come on down.
11:22AM 5           MR. MILLER:  It's hot down here in the summer.
11:22AM 6   May 19th.
11:22AM 7           MR. HAYCRAFT:  I'll circulate a proposed order along
11:22AM 8   these lines.
11:22AM 9           THE COURT:  Great.  That would be good.  Thanks, Don.
11:22AM 10          MR. YORK:  Just for clarification, would that be for all
11:22AM 11  defendants to respond to the State of Alabama's amended
11:22AM 12  complaint?
11:22AM 13          MR. MILLER:  But I think Corey would be agreeable to
11:22AM 14  that.  He seemed so in the hallway.
11:22AM 15              The next issue would be responding to the local
11:22AM 16  government master complaint filed on behalf of the PSC,
11:22AM 17  Your Honor.
11:22AM 18              In my cursory review of the docket after
11:22AM 19  April 20th, what I found in general was this, is that certain
11:22AM 20  local governments, many of them used the short form.  We're
11:22AM 21  trying to docket those under 10-9999.
11:23AM 22              Certain local governments used a short form, some
11:23AM 23  of them may have been misdocketed under 10-8888 --
11:23AM 24          THE COURT:  8888, yes.
11:23AM 25          MR. MILLER:  -- but we'll have to sort all of that out.

11:23AM 1          Certain local governments filed what I will call a

11:23AM 2  long form complaint directly into 2179 or 20771.  Of course, we

11:23AM 3  have a pending master complaint, local governmental master

11:23AM 4  complaint.

11:23AM 5          To the extent that short forms were not used -- we

11:23AM 6  know what the answer is when there is a short form, we only

11:23AM 7  respond to the master.  In our pretrial order, with respect to

11:23AM 8  the master it also stated -- I don't have it in front of me, but

11:23AM 9  it basically said, look, if someone files a long form, but the

11:23AM 10 long form is covered by the master, then you would only have to

11:23AM 11 answer the master.

11:23AM 12         Where I think this mostly applies right now is

11:23AM 13 several different district attorneys filed suit that appear on

11:23AM 14 the docket to be on behalf of the State of Louisiana, and they

11:23AM 15 really are, but the damages are limited to the waterfowl in the

11:24AM 16 particular parish.

11:24AM 17         That is an issue that's expressly covered by the

11:24AM 18 master complaint filed by the PSC.  So what we would like to do,

11:24AM 19 and one of the issues we would like to get clarity on, is, is if

11:24AM 20 we file -- because I know we are in the realm of local politics

11:24AM 21 when you do this, possibly -- is filing an answer or filing a

11:24AM 22 response to the local governmental master complaint will cover

11:24AM 23 the slew of filings we had on behalf of the State of Louisiana,

11:24AM 24 but really were local parish DA cases for waterfowl losses.

11:24AM 25         THE COURT:  I think that sounds reasonable.

11:24AM  1          Steve.

11:24AM  2          MR. HERMAN:  It certainly makes sense.  I'm walking with

11:24AM  3   trepidation with respect to the political issues, other than

11:24AM  4   Orleans Parish because I'm involved in that one; but, the other

11:24AM  5   ones, I'm a little hesitant to speak for.

11:24AM  6          But, you know, why clutter it up with paper, and

11:24AM  7   particularly if there are going to be motions -- I know that BP

11:24AM  8   already filed a motion to dismiss -- or several motions to

11:25AM  9   dismiss in the original DA suits that were -- named only BP.

11:25AM 10          So those legal issues are already before the Court.

11:25AM 11   They are fully -- well, you may have -- may be filing a reply

11:25AM 12   brief, but at least the motion and the response are on file.

11:25AM 13   Presumably BP will file a reply brief, and at some point

11:25AM 14   Judge Barbier will set that for hearing.

11:25AM 15          It seems like if that were resolved by

11:25AM 16   Judge Barbier, that might clear up or moot a number of other

11:25AM 17   motions that might later or thereafter be filed.  So why don't we

11:25AM 18   just see how Judge Barbier rules on those motions before we make

11:25AM 19   people waste a lot of paper bringing motions that might be

11:25AM 20   mooted, would be my suggestion.

11:25AM 21          THE COURT:  So you think it sounds reasonable, as well?

11:25AM 22          MR. HERMAN:  Yes.

11:25AM 23          THE COURT:  Hank, do you want to come up?

11:25AM 24          MR. DART:  Yes, ma'am.  Hank Dart for the State of

11:25AM 25   Louisiana, Your Honor.

11:25AM 1          We do agree that -- with what Kerry has just said,

11:25AM 2    that we have agreed to an extension to May 19th to file

11:25AM 3    responsive pleadings to our recent complaint and the amendment

11:26AM 4    thereto.  I don't know that I would characterize our dec action

11:26AM 5    as part of any bundle in -- as Bundle C or whatever.  It's a

11:26AM 6    separate declaratory judgment action.

11:26AM 7          I would also just like to distinguish for the

11:26AM 8    Court, I think it has been distinguished, but to say that the DA

11:26AM 9    suits are not being considered by the State of Louisiana as being

11:26AM 10   brought on behalf of the state; albeit, that's what the pleadings

11:26AM 11   say, but Louisiana has a separate declaratory judgment action

11:26AM 12   suit.

11:26AM 13              THE COURT:  Right.  These are brought --

11:26AM 14              MR. DART:  By the DAs.

11:26AM 15              THE COURT:  -- for a subdivision of the State of

11:26AM 16   Louisiana.

11:26AM 17              MR. DART:  Correct.

11:26AM 18              MR. MILLER:  Pursuant to the statute in the name of the

11:26AM 19   state.

11:26AM 20              MR. DART:  Those district attorneys are handling their

11:26AM 21   suits as they see fit.

11:26AM 22              THE COURT:  We all understand that.  Right.  Thank you.

11:26AM 23              MR. DART:  Thank you, Your Honor.

11:26AM 24              THE COURT:  I think that sounds reasonable.  Kerry, do

11:27AM 25   you want to draft a proposed order to that effect?

11:27AM 1        MR. MILLER:  I sure will.  I'll draft a deeming order,

11:27AM 2   as we like to call them, to that effect.  What I would like to do

11:27AM 3   also in that deeming order is agree to one day to file our

11:27AM 4   response to the local governmental master complaint.  I would

11:27AM 5   suggest May the 30th.

11:27AM 6        MR. HERMAN:  That's fine.

11:27AM 7        THE COURT:  May 30th.

11:27AM 8        MR. MILLER:  Let me see what else I had.

11:27AM 9        Oh, just one more point of clarification.  I think

11:27AM 10  Steve is going to say that's fine.

11:27AM 11       There was an amended B3 master complaint that was

11:27AM 12  filed, I think, after we filed our initial motions to dismiss.  I

11:27AM 13  don't think the amendment changes the substance of the motion to

11:27AM 14  dismiss, the reply briefs, or what Judge Barbier is going to hear

11:27AM 15  on May 26th.  Just for clarity's sake, so that we all understand,

11:27AM 16  the motions that we've filed already to B3 apply to the

11:28AM 17  amendment, as well.

11:28AM 18       MR. HERMAN:  A, that's fine; and, B, I think that's

11:28AM 19  actually in the order granting leave, made it clear that if you

11:28AM 20  responded to the original, it was deemed a response to the

11:28AM 21  amended.

11:28AM 22       THE COURT:  Okay.  Good.

11:28AM 23       MR. MILLER:  One last thing.  This relates --

11:28AM 24       MS. KUCHLER:  Before we move on from that, I just want

11:28AM 25  to point out that May 30th is Memorial Day, if that matters, if

| | | |
|---|---|---|
| 11:28AM | 1 | you want to pick a different day for responses. |
| 11:28AM | 2 | MR. MILLER:  May 31, then. |
| 11:28AM | 3 | THE COURT:  Oh, May 31. |
| 11:28AM | 4 | Thanks, Deb. |
| 11:28AM | 5 | MR. MILLER:  Then, lastly, I think, Your Honor, pertains |
| 11:28AM | 6 | to all the claims filed on limitation. |
| 11:28AM | 7 | What was set forth in the pretrial order on that |
| 11:28AM | 8 | issue is that the petitioners in limitation would get to file a |
| 11:28AM | 9 | master answer to all the claims at one certain period of time, |
| 11:28AM | 10 | and thank God that's the case.  But, based upon a cursory review |
| 11:28AM | 11 | of the claims that were filed -- and we're still planning on |
| 11:29AM | 12 | filing a master answer -- you have three different -- generally, |
| 11:29AM | 13 | three different kinds of claims filed in the limitation.  The |
| 11:29AM | 14 | vast majority are civil plaintiff economic loss claims.  You have |
| 11:29AM | 15 | civil plaintiffs' personal injury claims.  Lastly, you have |
| 11:29AM | 16 | governmental claims. |
| 11:29AM | 17 | So the question is, should the master answer apply |
| 11:29AM | 18 | to all three of the different categories, or should we file a |
| 11:29AM | 19 | master to the civil economic, a master to the governmental, and a |
| 11:29AM | 20 | master to the personal injury; or, does it really matter? |
| 11:29AM | 21 | THE COURT:  Well, let's ask Steve. |
| 11:29AM | 22 | Steve, do you have a preference on that?  It seems |
| 11:29AM | 23 | to me that you could do one master answer but designate |
| 11:29AM | 24 | paragraphs X through X as civil economic answer, or you could |
| 11:29AM | 25 | file three separate answers. |

11:29AM 1        MR. HERMAN:  Yes, we don't care.  We just want to make

11:30AM 2   sure that Transocean was able to file either one document or

11:30AM 3   three documents instead of 130,000 documents.

11:30AM 4        MR. MILLER:  By no means do we want to --

11:30AM 5        THE COURT:  That's right.  I don't have a preference,

11:30AM 6   Kerry.  If you would rather file one pleading and just, paragraph

11:30AM 7   one through 50, label it as answer to civil economic --

11:30AM 8        MR. MILLER:  I think that is what we would like to do.

11:30AM 9   I think, certainly, the existing pretrial order is general in the

11:30AM 10  sense such that that would comply with the pretrial order.

11:30AM 11       The concern was, is if some governmental interest

11:30AM 12  had filed a claim in the limitation or some personal injury

11:30AM 13  claimant said, well, you know, I didn't think that applied to me

11:30AM 14  back when, there is something different about my claim, we just

11:30AM 15  wanted to make sure that we were all on the same page for the

11:30AM 16  purposes of the master answer, that one master answer can be

11:30AM 17  filed to the three different variants of limitation claims.

11:30AM 18       THE COURT:  I think that's fine.  I know that you will

11:30AM 19  be specific about which paragraphs are in answer to which of

11:31AM 20  those three types of limitation claims, so everybody will be on

11:31AM 21  notice looking at one document.

11:31AM 22       MR. MILLER:  That sounds good.  I think that's it.  I

11:31AM 23  appreciate it.

11:31AM 24       THE COURT:  Thank you, Kerry.  I appreciate it.

11:31AM 25            Andy.

11:31AM 1          MR. LANGAN:  Yes, Your Honor.  On the issue of the very

11:31AM 2    appropriate topic of making sure our houses are tidy and we know

11:31AM 3    when the deadlines are, from the perspective of BP and perhaps

11:31AM 4    some other parties, I want to put one or two issues on the table

11:31AM 5    and make sure we're all on the same page.

11:31AM 6          I think it was the 24th of March that Judge Barbier

11:31AM 7    issued kind of a clarifying order about the schedule and attached

11:31AM 8    a timeline to that.  The way we read that timeline is that having

11:31AM 9    now, for instance, for BP, been sued in -- I guess it's a

11:31AM 10   crossclaim by Transocean, we have until May 20th to respond to

11:31AM 11   that crossclaim with whatever answer and affirmative defenses or

11:31AM 12   motion that we want to bring.  I think that's pretty clear.

11:32AM 13         The timeline also says that for other crossclaims,

11:32AM 14   for instance, Anadarko and MOEX crossclaimed against us, we

11:32AM 15   crossclaimed against Halliburton, we crossclaimed against

11:32AM 16   Cameron, the timeline says June 20th for responsive pleadings to

11:32AM 17   those crossclaims, whether they are going to be answers and

11:32AM 18   affirmative defenses or motions, whatever it's going to be.

11:32AM 19         I think it's fairly clear that June 20th is the

11:32AM 20   date.  My only hesitation is, is that the timeline talks about

11:32AM 21   crossclaims filed on May 20th shall be answered by June 20th.  In

11:32AM 22   fact, the parties all filed on April 19th or 20th, maybe because

11:32AM 23   of perceived statute of limitations issues.  I just want to

11:32AM 24   clarify that, despite that, June 20th remains the date.

11:32AM 25         THE COURT:  Does anybody think otherwise?  I don't think

11:32AM  1   otherwise.

11:32AM  2          MR. LANGAN:  Maybe no further action is necessary, and

11:32AM  3   we rely on June 20th.

11:33AM  4          THE COURT:  I think that's right.  Uh-oh.

11:33AM  5          MR. YORK:  Just one further clarification on that.

11:33AM  6   Because that order relates to the limitation action only, there

11:33AM  7   was one other wrinkle, and that was where BP third-party claimed

11:33AM  8   against certain parties, bringing them into the DOJ lawsuit.

11:33AM  9          So, Andy, if we can just get an agreement as to

11:33AM 10   those third-party claims, whether BP expects that to go by the

11:33AM 11   rules or whether it expects it to be governed by the order, I

11:33AM 12   think that would be helpful.

11:33AM 13          MR. LANGAN:  Your Honor, we're open to a discussion

11:33AM 14   about that, and we will be reasonable.  We're not looking for any

11:33AM 15   kind of advantage.  So happy to talk to counsel for Cameron and

11:33AM 16   Halliburton, who I think is --

11:33AM 17          THE COURT:  Great.  Whatever you agree to is fine.

11:33AM 18          MS. KUCHLER:  Are we finished on that issue?

11:33AM 19          THE COURT:  I think we are.  Aren't we?

11:33AM 20          MS. KUCHLER:  This is Deb Kuchler for Anadarko and MOEX.

11:33AM 21          Does the Court want to address the MOEX, Anadarko

11:33AM 22   and BP issues with responses and response dates at the end?

11:34AM 23          THE COURT:  Guess who is coming into chambers with me.

11:34AM 24          MS. KUCHLER:  Thank you.

11:34AM 25          MR. MILLER:  One more thing, Your Honor, sort of

11:34AM 1    related.  I just want to put the states and BP on notice, maybe

11:34AM 2    we can take it up next Friday, we've talked about in some of our

11:34AM 3    earlier conferences the issue of jurisdictional discovery over

11:34AM 4    foreign corporate parents.  I think those issues apply only to

11:34AM 5    Transocean and Deb's clients.

11:34AM 6            THE COURT:  Anadarko.

11:34AM 7            MR. MILLER:  I talked to Deb about it briefly, and they

11:34AM 8    have to visit with their client, but I've reached out to Steve

11:34AM 9    and Jim.  And the PSC and, I think, Corey -- I've had some

11:34AM 10   initial discussions with Corey Maze, too -- I think are fine with

11:34AM 11   putting all jurisdictional discovery issues off until after the

11:34AM 12   segment one trial.

11:34AM 13           So I know BP has made claims or may be making

11:35AM 14   claims against the foreign corporate parents of Transocean and

11:35AM 15   Anadarko/MOEX.  I want to put them on notice that we may have at

11:35AM 16   least a stipulated order vis-a-vis the PSC and state coordinating

11:35AM 17   counsel.

11:35AM 18           With respect to Hank Dart, if the State of

11:35AM 19   Louisiana has an issue, we would like to know about it.  If they

11:35AM 20   can agree to it, great; if not, then we would like to take that

11:35AM 21   issue up.

11:35AM 22           THE COURT:  Great.  Thank you.

11:35AM 23           MR. LANGAN:  Andy Langan for BP.

11:35AM 24           We did bring third-party claims against Transocean

11:35AM 25   Limited and Transocean, Inc.  I hear Mr. Miller.  I guess we're

11:35AM 1    going to need to think about that, about how we feel about that.

11:35AM 2        THE COURT:  We'll cover that.

11:35AM 3        MR. MILLER:  Let me just mention to Andy and Don -- Don

11:35AM 4    and I, I think, did trade e-mails on it earlier in the week -- we

11:35AM 5    would agree to accept service of process if they agreed to the

11:35AM 6    standstill agreement, so they wouldn't have to go through the

11:35AM 7    Hague to make those claims.

11:35AM 8        We may even agree to respond to it initially, but

11:35AM 9    just to stand still, really, on the discovery.  So that would be

11:36AM 10   the package deal.

11:36AM 11       MS. KUCHLER:  Just to make clear, some of the Mitsui

11:36AM 12   entities still have not agreed to waive service, so that

11:36AM 13   agreement was just on behalf of Mr. Miller's clients.  We are in

11:36AM 14   the same position we've always been in on the service issues.

11:36AM 15       MR. LANGAN:  Your Honor, what I was going to say is BP

11:36AM 16   did not bring claims against Mitsui or any of those because those

11:36AM 17   claims are all subject to arbitration.  Everybody knows that.

11:36AM 18       THE COURT:  Almost everybody knows that.

11:36AM 19       MR. FITCH:  Please don't let the --

11:36AM 20       MR. MILLER:  That will be an interesting discussion for

11:36AM 21   a later date.

11:36AM 22       Just to make clear, the discovery stay is only as

11:36AM 23   to the jurisdictional discovery.

11:36AM 24       THE COURT:  Correct.  I understand that.

11:36AM 25       All right.  Next week -- Paul.

11:36AM 1          MR. HERMAN:  We have some miscellaneous.

11:37AM 2          THE COURT:  I've skipped something on my agenda, which

11:37AM 3     is the Fifth Amendment Deposition.  Cameron wanted guidance on

11:37AM 4     it.  Carmelite?

11:37AM 5          MS. BERTAUT:  Yes, Your Honor.  I really don't -- it was

11:37AM 6     literally a question.  I understand there was a discussion about

11:37AM 7     the need to depose, serially, each question.  I understood that

11:37AM 8     was under discussion.

11:37AM 9              I know there is some authority, indeed, from this

11:37AM 10    Court about the ability of the witness to invoke the Fifth

11:37AM 11    Amendment preserving his constitutional rights on the subject

11:37AM 12    matter in a broader -- my understanding of it, in a broader means

11:37AM 13    than ask each question.

11:37AM 14             So we were just looking for some clarification.  If

11:37AM 15    we can short circuit this process without doing any harm or cause

11:37AM 16    anyone concern about Fifth Amendment rights, we would like to see

11:37AM 17    what the Court's pleasure is on that.

11:37AM 18         THE COURT:  I thought we had covered that, and that the

11:37AM 19    PSC had said they want to ask the individual questions.

11:38AM 20         MR. STERBCOW:  Correct.  We're going to ask specific

11:38AM 21    questions to provoke a Fifth Amendment privilege on each

11:38AM 22    question.

11:38AM 23         MS. BERTAUT:  I guess my only question -- and, truly,

11:38AM 24    I'm not prepared to argue it, and I don't really have a brief on

11:38AM 25    the subject -- is the necessity for doing that because I

11:38AM   1    understand that folks often like to do that, but that is not

11:38AM   2    necessary.

11:38AM   3                  I guess the question would become, is this

11:38AM   4    something that we need to look further into, or is it the Court's

11:38AM   5    pleasure to take this up?  I anticipate that what you may be

11:38AM   6    talking about -- and I don't know, Paul, I know we only have it

11:38AM   7    for a day, but that's going to be --

11:38AM   8                  MR. STERBCOW:  Well, if all we're going to get is, I

11:38AM   9    invoke my Fifth Amendment privilege, it won't take us five hours

11:38AM  10    to ask these questions.

11:38AM  11                  MS. BERTAUT:  No, it won't.

11:38AM  12                  THE COURT:  I'm going to allow them, Carmelite, to go

11:38AM  13    through their script.  They feel better about it.  They've got a

11:38AM  14    big burden to carry.  I'm just going to let them go ahead and ask

11:38AM  15    their script.

11:38AM  16                  MS. BERTAUT:  Thank you.

11:38AM  17                  MS. KUCHLER:  Judge, that applies to all the parties who

11:39AM  18    wish to question?

11:39AM  19                  THE COURT:  Everybody except you.

11:39AM  20                  MS. KUCHLER:  I can't stay quiet.

11:39AM  21                  THE COURT:  It applies to everybody, Deb.

11:39AM  22                  MS. KUCHLER:  Thank you.

11:39AM  23                  MS. BERTAUT:  But in terms of applying to everyone -- I

11:39AM  24    don't know that Cameron is going to have any questions, but if a

11:39AM  25    party decides, I don't need those individual questions, by the

11:39AM  1   time the PLC is done, and maybe there aren't any questions left

11:39AM  2   to ask, I don't know.

11:39AM  3          THE COURT:  I assume that's going to be the case.

11:39AM  4          MS. BERTAUT:  That may be the case; but, if the parties

11:39AM  5   were interested, anybody else was interested in a more general

11:39AM  6   approach, you're not telling us we are required to do it?

11:39AM  7          THE COURT: Positively not.  Positively not.  But if a

11:39AM  8   party chooses to ask their scripted questions and get an

11:39AM  9   individual invocation to every question, they may do so.

11:39AM 10          What did you have, Paul?

11:39AM 11          MR. STERBCOW:  A couple of discovery issues that I want

11:39AM 12   to inform the Court of and let the Court know we're headed, I

11:39AM 13   believe -- in fact, I pretty much know -- to a motion on this.

11:40AM 14          First, I want to put on the record it's my

11:40AM 15   understanding that BP has agreed to deliver to us the production

11:40AM 16   by tomorrow for John Guide's deposition, his custodial file,

11:40AM 17   which is a week from Monday.  He was the well site leader, the

11:40AM 18   point man on this whole thing.  He has not taken the Fifth.  Well

11:40AM 19   team leader, I'm sorry.  He has not taken the Fifth.

11:40AM 20          We need as much as they can possibly give us

11:40AM 21   pursuant to certification as soon as we can possibly get it.  My

11:40AM 22   understanding is that's already been discussed.

11:40AM 23          The bigger issue is that we have gone back and

11:40AM 24   looked at production to date, and we've got a -- what we believe

11:40AM 25   has become a chronic problem on late production of documents.

11:40AM 1   We're getting documents of deponents pertaining to deponents that

11:40AM 2   were taken in March.  I received -- or I was asked yesterday

11:40AM 3   whether I needed documents that we just got yesterday for

11:40AM 4   Brett Cocales, whose deposition I took Monday.  The deposition of

11:41AM 5   Mr. Bellow, who was a lead geologist, is set this Monday, and we

11:41AM 6   were receiving documents on him yesterday afternoon.  I was there

11:41AM 7   when they came in.

11:41AM 8           It's a recurrent theme, and it's becoming a big

11:41AM 9   enough problem that we are very concerned that we are going to

11:41AM 10  have to come to this Court and start asking for second

11:41AM 11  depositions, which clearly is going to be resisted, and we don't

11:41AM 12  want to take them.  We don't have the time to do this.

11:41AM 13          THE COURT:  No, you don't.

11:41AM 14          MR. STERBCOW:  What we are going to do is we're going to

11:41AM 15  lay out what we have done internally for the Court, to show you

11:41AM 16  what we're talking about.  I don't expect to resolve this today.

11:41AM 17          We have gone as far as we think we can go to try to

11:41AM 18  resolve it informally.  We don't want to complain.  We don't want

11:41AM 19  to whine.  We're trying to do the best we can.  But it's gotten

11:41AM 20  to the point now with BP, and we may be getting close to the

11:41AM 21  point with Halliburton, that it's beginning to impact our ability

11:41AM 22  to prove our case.

11:41AM 23          THE COURT:  Are these custodial files, Paul?

11:41AM 24          MR. STERBCOW:  Yeah, both custodial files and -- I'll

11:42AM 25  call it data production, for want of a better term.  I just want

11:42AM 1    to let the Court know it's coming.

11:42AM 2                THE COURT:  Good.

11:42AM 3                MR. STERBCOW:  There's an ancillary issue that we're

11:42AM 4    going to put all in one motion, so we can deal with all of this

11:42AM 5    at one time, with respect to privilege because we've got a very

11:42AM 6    serious issue with respect to that.

11:42AM 7                THE COURT:  Now, let's hear from Andy; but, let me

11:42AM 8    remind you guys that if these issues come up and you're not able

11:42AM 9    to resolve them, I like knowing that it's coming, and let's

11:42AM 10   expedite, because I want to keep you on track.

11:42AM 11               MR. STERBCOW:  Right.

11:42AM 12               THE COURT:  So not a problem.

11:42AM 13               MR. STERBCOW:  Thank you, Judge.

11:42AM 14               MR. LANGAN:  Your Honor, we would like to hear what

11:42AM 15   Mr. Sterbcow and the PSC has to say in some detail on this.

11:42AM 16   Mr. Nomellini is here today, and he can add his own comments.

11:42AM 17               But there is another recurring theme that's going

11:42AM 18   on here is that I don't think the PSC knows what they have.  They

11:42AM 19   haven't mastered the production that's been made to them.  That

11:42AM 20   is absolutely evident from a number of episodes, the latest of

11:42AM 21   which was a day or two ago where we get an e-mail -- and

11:42AM 22   Mr. Underhill and others raised this, too -- complaining

11:43AM 23   supposedly that we hadn't produced daily PPFP forms.  It turns

11:43AM 24   out, we'd produced them on November 15th in total.

11:43AM 25               They haven't mastered what they have.  Okay.  So

11:43AM 1   it's a two-way street here.  We've produced, as of last count, a

11:43AM 2   million six.  They clearly don't know what they have.  So there

11:43AM 3   is more to the story here, I assure you.

11:43AM 4        MR. STERBCOW:  Your Honor, the reason I sent the e-mail

11:43AM 5   is because I wasn't sure about that; and, if I'm not sure about

11:43AM 6   something, I send an e-mail.  Andy pointed it out, and I said,

11:43AM 7   thank you, end of story.  If we have all of the daily reports

11:43AM 8   that were produced and we've scoured our files and we haven't

11:43AM 9   found them, that's our problem.

11:43AM 10       This goes beyond that.  This goes -- this goes to

11:43AM 11  custodial file documents that we receive on a date certain after

11:43AM 12  the custodian's deposition is taken.  It has nothing to do with

11:43AM 13  whether we know what we have and what we don't have, because I

11:43AM 14  can assure this Court we have a very good handle on what we have

11:44AM 15  and what we don't have.

11:44AM 16       MR. NOMELLINI:  Your Honor, Mark Nomellini.

11:44AM 17       So, a couple things Mr. Sterbcow just raised.

11:44AM 18  Mr. Guide, we're making the production via FTP tomorrow.  We'll

11:44AM 19  do everything we can to get them a FedEx Saturday.

11:44AM 20       On Bellow, he raised Mr. Bellow, and it's not my

11:44AM 21  understanding that there were Bellow documents produced

11:44AM 22  yesterday.  We'll check, we'll double check on that.

11:44AM 23       Your Honor, with respect to the specifics, I think

11:44AM 24  the process that we went through with respect to the PPFG's and

11:44AM 25  the geology reports is very good with respect to the specifics.

11:44AM 1   If they think that they are missing specific documents or

11:44AM 2   specific documents are produced late, I think the way to resolve

11:44AM 3   those is an e-mail or a discussion.

11:44AM 4          You know, whenever we've had claims about missing

11:44AM 5   documents, it's turned out -- that were supposedly important,

11:44AM 6   it's turned out that they were produced.  So we think that -- we

11:44AM 7   think that those can be -- those can be resolved in meet and

11:45AM 8   confer discussions.

11:45AM 9          In terms of -- in terms of numbers, you know, we're

11:45AM 10  doing the best we can.  There is always going to be some

11:45AM 11  documents that come after the custodial certification.

11:45AM 12         There are two reasons for that.  One, we have a

11:45AM 13  very careful privilege review process.  When we're scouring our

11:45AM 14  privilege log, we want to make sure that there is nothing there

11:45AM 15  that really doesn't deserve to be there and isn't redacted in the

11:45AM 16  right way.  I think we've provided some in camera documents to

11:45AM 17  Your Honor that prove that point.

11:45AM 18         The second point, Your Honor, with respect to the

11:45AM 19  global search term process, as you know, that was a very

11:45AM 20  successful effort, but the global search terms were revised over

11:45AM 21  time.  So there are going to be new documents that come with

11:45AM 22  respect to the global search process.

11:45AM 23         So there are going to be custodial documents that

11:45AM 24  come after the fact, and we'll always do our best to get those

11:45AM 25  out sooner rather than later to refine the process and to move

11:46AM 1    things along.  It's never going to be perfect, but we're going to

11:46AM 2    move heaven and earth to get it as soon as possible.

11:46AM 3              With respect to numbers, again, I think that the

11:46AM 4    way to do this is to try to work things out between the parties.

11:46AM 5    You know, plaintiffs had an obligation under Pretrial Order

11:46AM 6    Number 29 dated February 25th to produce the Texas City documents

11:46AM 7    by March 7th.  They were 42 days late.  We got them today, and

11:46AM 8    what we got didn't have a load file in it.

11:46AM 9              So, you know, if people want to, you know, say who

11:46AM 10   has got the bigger numbers of late documents, we can all do that.

11:46AM 11   The more important thing, I think, is to try to work through

11:46AM 12   these and meet and confer; e-mail, have you got the documents,

11:46AM 13   have you not got them.  I think we have a very successful

11:46AM 14   relationship with Mr. Large, and we will certainly try to do

11:46AM 15   that.

11:46AM 16        THE COURT:  Yes, I think you all have been doing

11:47AM 17   magnificently, and I think this is a bump in the road that we'll

11:47AM 18   get past, hopefully without a flat.

11:47AM 19        MR. NOMELLINI:  I agree, Your Honor.

11:47AM 20        THE COURT:  Mr. Large.

11:47AM 21        MR. LARGE:  Good morning Your Honor, Bill Large for the

11:47AM 22   PSC.

11:47AM 23              I do agree with Mr. Nomellini and Mr. Langan that

11:47AM 24   we do, like Mr. Sterbcow said, go forward, send e-mails and do

11:47AM 25   try to address these issues, and we have been for quite a while.

11:47AM  1          THE COURT:  Yes.

11:47AM  2          MR. LARGE:  One of them -- like Mr. Sterbcow said, we

11:47AM  3    have been having very detailed discussions.  We have been giving

11:47AM  4    them statistics and showing them the dates when things have been

11:47AM  5    late.  We know they are trying, but it just continues to be a

11:47AM  6    problem, most likely, of some type of process that's going on.

11:47AM  7          Other things such as handwritten journals,

11:47AM  8    Your Honor, that show up the day before a deposition.  I mean,

11:47AM  9    these things are known months before beforehand, have nothing to

11:47AM 10    do with ESI or review or anything.  I mean, these are things that

11:48AM 11    are sitting in a witness's desk.  So there is something going on

11:48AM 12    where they just need to tighten up their process and do a better

11:48AM 13    job.

11:48AM 14          We have one other issue which I think we'll be

11:48AM 15    addressing with you, which is the production of documents to the

11:48AM 16    government.  Actually, I think it can be resolved pretty simply.

11:48AM 17    They have produced -- they've continued to produce in the MBI and

11:48AM 18    to other governmental entities documents.  That's been an ongoing

11:48AM 19    process.  They do produce them, or ostensibly produce them to us

11:48AM 20    in this case, in Bates numbers that are designated for this case.

11:48AM 21          The problem is, is that the documents with the

11:48AM 22    government Bates numbers, whether they be MBI or OSC or whatever,

11:48AM 23    end up being used in depositions, end up being cited in

11:48AM 24    governmental reports, the Presidential Commission report, the

11:48AM 25    chief counsel's report, and we can't find them because they are

11:49AM 1   just cited by those Bates numbers.

11:49AM 2          We've tried to work with BP to get a cross index.

11:49AM 3   We thought that might be one solution.  They apparently don't

11:49AM 4   have time to do that until discovery is closed.  I have then

11:49AM 5   simply just asked, can you just give us those documents, and

11:49AM 6   they've refused.

11:49AM 7          So, I think that that -- they've told me it's too

11:49AM 8   difficult, they'll get to it sometime.  Frankly, you know, it

11:49AM 9   shouldn't be any more difficult than printing out some new hard

11:49AM 10  drives and getting those to us.  I, frankly, don't understand the

11:49AM 11  problem, but we are clearly at loggerheads on that as of today.

11:49AM 12         THE COURT:  Come on up.

11:49AM 13         MR. NOMELLINI:  Your Honor, I'm glad this example --

11:49AM 14  this is perfect --

11:49AM 15         Mark Nomellini, Your Honor.

11:49AM 16         -- where the perfect is the enemy of the good here.

11:49AM 17  We're doing 1,000 things at once, and the question is, you know,

11:49AM 18  can we do 2,000 things at once.  The question is which 1,000 do

11:49AM 19  you want first.

11:49AM 20         There is no -- there is no question these documents

11:49AM 21  have been produced.  There is no argument he doesn't have -- they

11:50AM 22  don't have -- plaintiffs don't have the documents.  The issue is

11:50AM 23  they want the documents with a certain Bates number so that they

11:50AM 24  can link them up to the way they've been cited in some other

11:50AM 25  report.

11:50AM 1          Now, documents have been produced to all kinds of

11:50AM 2  entities.  We think, Your Honor, that the more efficient way to

11:50AM 3  proceed, rather than set a precedent that we're going to

11:50AM 4  reproduce with every Bates number every document, which is going

11:50AM 5  to be logistically very difficult for all the parties, if

11:50AM 6  plaintiffs have reasonable requests about, for these five

11:50AM 7  documents, we need the other Bates number, we can provide -- we

11:50AM 8  have provided that to them in the past, and we will do it in the

11:50AM 9  future.  Reasonable time frame, reasonable request.

11:50AM 10         The idea of the mass sending out of every document

11:50AM 11  production to every party, we think that, you know, that is a

11:50AM 12  nice thing to have; but, given the number of many, many other

11:50AM 13  things that we have going, we don't think that that's a good

11:51AM 14  priority.

11:51AM 15      THE COURT:  Let me ask you, do the documents that you're

11:51AM 16  referring to have to bear an ID for this particular case, or can

11:51AM 17  you work with the original documents that were Bates numbered for

11:51AM 18  whatever the governmental agency was?

11:51AM 19      MR. LARGE:  Frankly, Your Honor, I expected we were

11:51AM 20  going to get them with the governmental agencies.  When I was

11:51AM 21  informed that we do have those documents, but they are just in

11:51AM 22  the Bates numbers for your case, I guess I was a little

11:51AM 23  surprised.  I didn't understand the reason for renumbering them

11:51AM 24  because, frankly, that actually probably took more work than just

11:51AM 25  having given us the documents to begin with.

11:51AM 1        I do appreciate Mr. Nomellini and Mr. Cavanaugh's

11:51AM 2   efforts.  When we do notify them, they do get back to us fairly

11:51AM 3   promptly.  They certainly are cooperative.  The problem is, is

11:51AM 4   that we come across documents, references to documents, when

11:52AM 5   we're preparing for depositions, and they may or may not have

11:52AM 6   time to get us those documents in time to use for the

11:52AM 7   depositions.  You can't tell always from these reports where they

11:52AM 8   came from.

11:52AM 9        It's also slightly irksome when other people have

11:52AM 10  the documents and are using them at the deposition with those

11:52AM 11  Bates numbers on them, so somebody has them, whether they are

11:52AM 12  coming from BP or somebody else.  Whether they have a thousand

11:52AM 13  things to do or 10,000, having someone copy what has been

11:52AM 14  produced from one disc to another just is not a tough chore.

11:52AM 15       THE COURT:  Give me the universe of what we're talking

11:52AM 16  about.

11:52AM 17       MR. LARGE:  The number of documents or --

11:52AM 18       THE COURT:  The categories of documents.  All documents

11:52AM 19  used with --

11:52AM 20       MR. LARGE:  With MBI.  There is several with

11:52AM 21  Presidential Commission.  There is a discrete number of prefixes,

11:52AM 22  whether they be, you know, President -- PS or, you know, PSC or

11:53AM 23  MBI or any of these like that.

11:53AM 24       We can tell where they stopped from their

11:53AM 25  production on November 15th, and we would just ask that they

11:53AM  1    provide the things that have been produced forward.  I mean,

11:53AM  2    certainly, as a matter of document integrity and chain of

11:53AM  3    custody, they have to have these stored in a disc, in a folder or

11:53AM  4    wherever.

11:53AM  5         If someone asked me, can you produce to us the

11:53AM  6    30-some volumes of BP discs that they have -- that they have

11:53AM  7    produced to you, I could send them to a vendor and say, yes, here

11:53AM  8    they are, there are 30 of them, and it probably could be done

11:53AM  9    within a few days.

11:53AM 10         THE COURT:  Mark, are these discrete files?

11:53AM 11         MR. NOMELLINI:  I think, if I understand your question,

11:53AM 12    I think they are, Your Honor.  I think they are MBI production,

11:53AM 13    Presidential Commission, OIG, Congress.

11:53AM 14         The issue, Your Honor, is this.  You know, this is

11:53AM 15    not a one-time thing.  There are ongoing productions to some of

11:54AM 16    these agencies.  I think that to impose a requirement on the --

11:54AM 17    all the parties that said, whenever you produce something with a

11:54AM 18    certain Bates number, you have to give the document with that

11:54AM 19    same Bates number to everybody else, I think is a logistical

11:54AM 20    burden that's unwarranted.

11:54AM 21         THE COURT:  Well, let me ask you this, Mark.  Why is

11:54AM 22    that better than re-Bates numbering the same documents for this

11:54AM 23    litigation?  They've got distinct identifiable Bates numbers now.

11:54AM 24    Why can't everybody work off of that set, rather than redoing the

11:54AM 25    same step with Bates numbers for this litigation?

11:54AM 1      MR. NOMELLINI:  One of the reasons, Your Honor, is it

11:54AM 2  helps people determine what's been -- track what's been produced

11:54AM 3  in this case versus something that's been produced to the MBI.

11:54AM 4  It's useful to know that this document was produced in this case.

11:55AM 5  That's how we have been doing it.  That's how some of the other

11:55AM 6  parties have been doing it.

11:55AM 7      Again, we are more than happy, if -- you know, if

11:55AM 8  there are -- if people need to know, you know, this document was

11:55AM 9  cited, give us the Bates number.  I think, in the past two or

11:55AM 10 three days, you know, if there is one that's really urgent -- I

11:55AM 11 don't know of any past instance where somebody has said, we need

11:55AM 12 to meet this time frame for this deposition, and we haven't done

11:55AM 13 it.

11:55AM 14     THE COURT:  If we were to undertake to copy the files

11:55AM 15 that now exist, these discrete files, and give it to them in the

11:55AM 16 original Bates numbered format, and going forward you don't

11:55AM 17 renumber, you just produce going forward with whatever the

11:55AM 18 governmental agency's Bates number identification is, wouldn't

11:55AM 19 that be easier for both sides?

11:55AM 20     MR. NOMELLINI:  I would need to check, Your Honor, just

11:55AM 21 to verify that there is no logistical hurdle that I'm imposing on

11:56AM 22 people by agreeing that --

11:56AM 23     THE COURT:  I understand.  I don't need a commitment

11:56AM 24 now --

11:56AM 25     MR. NOMELLINI:  -- yes, that there's not --

11:56AM  1          THE COURT:  -- but it seems to me that might be easier.

11:56AM  2     You won't get the repetitive requests for what is this document

11:56AM  3     in the original Bates stamp governmental identification system,

11:56AM  4     and they won't have to contact you about that.  They can just

11:56AM  5     look at it.  If they have got a transcript from the Marine Board

11:56AM  6     hearing, it will be referred to as Marine Board hearing document

11:56AM  7     number whatever it is.

11:56AM  8              So it seems to me that maybe, without any

11:56AM  9     commitment from you, it would be easier for both sides just to do

11:56AM 10     that and not have to renumber them for the purposes of this

11:56AM 11     litigation.  Everybody will know that all of these agency

11:56AM 12     documents have been produced.  Would you check that?

11:56AM 13          MR. NOMELLINI:  I certainly could, Your Honor.  We

11:56AM 14     certainly want to do what's easiest for everyone and not impose

11:56AM 15     any burdens.

11:56AM 16          THE COURT:  Let's see how bad that is from your

11:56AM 17     perspective, because it just seems to me that this is going to be

11:57AM 18     a recurring problem for both sides.  Maybe if we just go ahead

11:57AM 19     and copy the discrete files, give it to them, and then going

11:57AM 20     forward produce it in that Bates number, not renumbering it, we

11:57AM 21     probably can avoid it.

11:57AM 22          MR. NOMELLINI:  So would that apply to all of the

11:57AM 23     parties, not just BP, Your Honor, that have produced documents to

11:57AM 24     other entities?

11:57AM 25          THE COURT:  Well, Mr. Large is nodding his head

11:57AM  1    affirmatively.  I presume that it would.  Is it as big a problem

11:57AM  2    for the other parties?

11:57AM  3              MR. LARGE:  Your Honor, the only reason I will say it's

11:57AM  4    not as big a problem is only because of the samples that we've

11:57AM  5    had so far.  We just know that BP has a lot of documents, and

11:57AM  6    they have had a lot of deponents, so it really has come up most

11:57AM  7    with them.

11:57AM  8              So I don't have concrete examples with the others,

11:57AM  9    but it's something that probably will happen again as we go

11:58AM 10    forward and have more depositions with other parties.

11:58AM 11              MR. UNDERHILL:  Your Honor, Mike Underhill.

11:58AM 12              I was told by Sarah Himmelhoch -- in fact, I'd like

11:58AM 13    to introduced Sarah to the Court.

11:58AM 14              THE COURT:  Hi, Sarah.

11:58AM 15              MR. UNDERHILL:  -- when we get down to documents, I have

11:58AM 16    the privilege and honor of saying that I don't have to deal with

11:58AM 17    it, she does, and she's super.

11:58AM 18              Sarah said I was supposed to nod my head to

11:58AM 19    whatever you folks were just talking about.

11:58AM 20              MS. HIMMELHOCH:  Sarah Himmelhoch from the US Department

11:58AM 21    of Justice.

11:58AM 22              Your question went to whether this issue applied

11:58AM 23    not just to BP but the other parties.  From the United States'

11:58AM 24    perspective, we agree with Mr. Large's nod that that applies not

11:58AM 25    only to BP, but the other parties who have been producing to the

11:58AM 1    Marine Board investigation and to the Oil Spill Commission.

11:58AM 2         THE COURT:  Well, it's something that I think we should

11:58AM 3    think about.  Mark, I'm going to ask you to let us know if it is

11:59AM 4    something that, in your view, doesn't make sense or imposes a

11:59AM 5    real burden on you.  But, that way, going forward you just keep

11:59AM 6    up with whatever you're producing to the government goes out to

11:59AM 7    everybody else.

11:59AM 8         MR. NOMELLINI:  I'll check with some of the other

11:59AM 9    parties, as well, Your Honor.  I'll also check the pretrial order

11:59AM 10   on that to make sure there wasn't some kind of requirement that

11:59AM 11   we Bates number stuff, but I'm sure we can take a look at that.

11:59AM 12        THE COURT:  As you know, everything is a moving target.

11:59AM 13        MR. NOMELLINI:  Right.  Yes, Your Honor, that's

11:59AM 14   certainly the case.

11:59AM 15        The other thing I would just ask is that we do get

11:59AM 16   a set of the Texas City documents with a load file, because we

11:59AM 17   need the load file in order to be able to review the documents.

11:59AM 18   It's the same thing that we provide to the plaintiffs.

11:59AM 19        THE COURT:  Mr. Large is going to take care of that for

12:00PM 20   you ASAP.

12:00PM 21        MR. HERMAN:  Actually, I don't think Mr. Large can.  I

12:00PM 22   think that request has to be directed to Mr. Coon, because

12:00PM 23   Mr. Coon has not provided the PSC with the load file either.  So

12:00PM 24   we don't have it, and we can't provide what we don't have.

12:00PM 25        MR. HAYCRAFT:  How about we just take them out?

12:00PM  1          MR. LARGE:  Your Honor, we are pushing hard on that.  I

12:00PM  2   probably can report back to Mr. Nomellini and the rest by early

12:00PM  3   next week.

12:00PM  4          THE COURT:  Don, you had a suggestion?

12:00PM  5          MR. HAYCRAFT:  Let's burn them.

12:00PM  6          THE COURT:  I think that's a good suggestion.

12:00PM  7          MR ROY:  Your Honor, we certainly would not object to an

12:00PM  8   order of the court directing Mr. Coon to produce it.

12:00PM  9          THE CLERK:  Is he a party, represents someone?

12:00PM 10          MR. HERMAN:  I think he's probably counsel of record.

12:00PM 11          THE COURT:  I think he is counsel of record.  We'll

12:00PM 12   check, but, Mr. Roy, that was a brilliant idea, and I'd like you

12:00PM 13   to submit a suggested order.

12:01PM 14          MR. LARGE:  I'll have Mr. Coon review it.

12:01PM 15          THE COURT:  You all need the load file.  As soon as the

12:01PM 16   load file is obtained, Mark, you'll get it.

12:01PM 17          MR. NOMELLINI:  Very good.  Thank you, Your Honor.

12:01PM 18          THE COURT:  Thank you.

12:01PM 19              Deb.

12:01PM 20          MS. KUCHLER:  Deb Kuchler for Anadarko and MOEX.

12:01PM 21              Our safety process team has sent me an e-mail, just

12:01PM 22   when this issue came up about document production, they are

12:01PM 23   concerned about starting the safety BP people next week.  Their

12:01PM 24   depositions are to begin.

12:01PM 25              Andy let us know earlier this week on the 27th that

12:01PM 1    they were pulling down Mr. Sprague to address topic 1 of the

12:01PM 2    notice because, quote, "We now believe there are a material

12:01PM 3    number of documents still in the BP production pipeline that bear

12:01PM 4    on topic number 1."  And topic number 1 encompasses risk

12:01PM 5    assessment.

12:01PM 6             So, even though they are going to reproduce

12:01PM 7    Mr. Sprague for that topic, our concern is that we need those

12:02PM 8    documents anyway to start the safety process testimony with other

12:02PM 9    witnesses next week.  So I wanted to bring that to your

12:02PM 10   attention, that as we stand here today on Friday with depositions

12:02PM 11   beginning in less than a week, according to Mr. Langan we don't

12:02PM 12   have the documents that deal with risk assessment, or there are a

12:02PM 13   substantial number still in the pipeline.  So we don't want to be

12:02PM 14   in a position where we can't properly prepare for those

12:02PM 15   depositions.

12:02PM 16            THE COURT:  Mark, do you want to address that?

12:02PM 17            MR. NOMELLINI:  Yeah, Your Honor, make that 1,001.

12:02PM 18            I don't know specifically what documents are at

12:02PM 19   issue there.  I think probably the thing to do is for us to

12:02PM 20   confer with Anadarko because this is the first I've heard

12:02PM 21   Anadarko's concern on that topic.

12:02PM 22            MR. STERBCOW:  If it's okay with them, Judge, we would

12:02PM 23   like to be involved in this conversation.  The PSC needs to be

12:02PM 24   involved in this.

12:02PM 25            THE COURT:  You do?

12:02PM   1            MR. STERBCOW:  We really do.

12:02PM   2            THE COURT:  That would be okay.

12:02PM   3            MS. KUCHLER:  Our point, Judge, is that if the risk

12:02PM   4    assessment documents are not produced, like, really quickly, we

12:02PM   5    may need to ask that the depositions scheduled to start next week

12:03PM   6    on these issues be pushed back so that we can get the documents

12:03PM   7    in advance.  So that's the issue, and I think the PSC shares --

12:03PM   8            THE COURT:  What depositions are we talking about, and

12:03PM   9    what day?

12:03PM  10            MS. KUCHLER:  I think it's Cheryl Brown, who starts on

12:03PM  11    Wednesday.

12:03PM  12            MR. LANGAN:  That's correct.

12:03PM  13            MR. GODWIN:  That's correct.

12:03PM  14            MR. NOMELLINI:  Your Honor, I'm not sure what documents

12:03PM  15    are being referred to here, but as soon as we get a list we'll be

12:03PM  16    right on it.

12:03PM  17            THE COURT:  All right.  Let me know if there is a

12:03PM  18    problem after you all have had an opportunity to confer.

12:03PM  19                 Steve?

12:03PM  20            MR. HERMAN:  Three hopefully very brief issues.

12:03PM  21                 One, and Mike or Sarah might be able to address

12:03PM  22    this better, but it kind of got back to me that there was

12:03PM  23    potentially an issue where BP had asked US for communications

12:03PM  24    with the MDL.  It was our understanding that under PTO 1, I think

12:04PM  25    it's paragraph 20, that people that were on the same side of the

12:04PM  1    V did not have to list communications on the privilege log.  We

12:04PM  2    just wanted to clarify that that applied to the PSC vis-a-vis the

12:04PM  3    US, even though, I guess, the US is arguably a defendant.

12:04PM  4             THE COURT:  The US is on both sides of the V.

12:04PM  5             MR. UNDERHILL:  No, we are not.

12:04PM  6             THE COURT:  Oh, you're not.

12:04PM  7             MR. UNDERHILL:  We're going to have a directive issued

12:04PM  8    on that one.

12:04PM  9             MS. HIMMELHOCH:  Yes, Your Honor.

12:04PM 10                  Sarah Himmelhoch for the United States.

12:04PM 11                  We have been served by BP with formal discovery

12:04PM 12    requests that include a request for all communications among the

12:04PM 13    United States and any other party to the MDL, which simply raised

12:04PM 14    our desire to confirm on the record that the reference to

12:04PM 15    communications among plaintiffs' counsel in paragraph 20 of

12:04PM 16    Pretrial Order 1, which is the one that recognizes the common

12:04PM 17    interest ability of co-plaintiffs to communicate, and the logging

12:05PM 18    requirements of Pretrial Order -- I always get the numbers

12:05PM 19    confused, either 13 or 14, the one that covers --

12:05PM 20             THE COURT:  I know the provision.

12:05PM 21             MS. HIMMELHOCH:  -- privilege logging, that those apply

12:05PM 22    to communications, even though we're not part of the Plaintiffs'

12:05PM 23    Steering Committee, we are plaintiffs, and we believe we're

12:05PM 24    covered by that language because both of those orders reference

12:05PM 25    communications among counsel for plaintiffs, not just counsel for

12:05PM  1    Plaintiffs' Steering Committee.  So we just wanted to state for

12:05PM  2    our record our understanding of PTO 1 and either 13 or 14.

12:05PM  3              THE COURT:  Thank you.

12:05PM  4              MR ROY:  Your Honor, Jim Roy.

12:05PM  5                   To add context to that, the United States of

12:05PM  6    America and the PSC are clearly aligned on a number of issues.

12:05PM  7    Mr. Underhill and his people have been very cooperative with the

12:05PM  8    PSC.  We've engaged in a number of discussions, and it's moving

12:05PM  9    into the area of work product and strategy, and it's absolutely

12:06PM 10    imperative that we have this protection and have it now.

12:06PM 11              THE COURT:  Andy, do you want to comment on this?

12:06PM 12              MR. LANGAN:  Your Honor, my impression is that this has

12:06PM 13    been the subject of an ongoing meet and confer process with the

12:06PM 14    DOJ, and we may well at the end of that process agree with them.

12:06PM 15    I don't think today is the day for some final resolution of this.

12:06PM 16                   We've had a number -- with Sarah, a number of meet

12:06PM 17    and confers, and we would like to continue that.

12:06PM 18              THE COURT:  Sarah, how do you think that's going?

12:06PM 19              MS. HIMMELHOCH:  Sarah Himmelhoch, again, for the US.

12:06PM 20                   I believe we're having very productive

12:06PM 21    conversations.  I won't say we've ironed out all of the issues,

12:06PM 22    but we've begun to agree upon the schedule for production.  We

12:06PM 23    know when we're going to start.  We're not quite sure when we're

12:06PM 24    going to be done.  We have some scope issues.

12:06PM 25                   But this is one of the ones that, because it

| | |
|---|---|
| 12:06PM | 1 |

12:06PM 1   implicated the interest of the parties other than the

12:06PM 2   United States, we thought was necessary to put on the table now.

12:06PM 3        THE COURT:  I think that's fine.  What I would like you

12:06PM 4   to do is discuss the logging issue and the joint privilege issue

12:07PM 5   sooner rather than later, so that if we do have a problem, we'll

12:07PM 6   just take it up.

12:07PM 7        MS. HIMMELHOCH:  I have another call tentatively

12:07PM 8   scheduled later next week with the BP team, most of whom are not

12:07PM 9   here, who are discussing with us the RFP's, and so I will do

12:07PM 10  that.

12:07PM 11       But perhaps there's counsel for the other

12:07PM 12  defendants who are interested in this issue.  If you want to

12:07PM 13  notify me who wants to be involved in that discussion, I will

12:07PM 14  loop them in and make sure that I've conferred with all of the

12:07PM 15  parties on the other side of the V before we come back to you.

12:07PM 16       THE COURT:  Great.

12:07PM 17       MR. HERMAN:  Very quickly, I just wanted to put

12:07PM 18  something back on the radar.

12:07PM 19       At some point we were supposed to serve all of the

12:07PM 20  final 30(b)(6) notices.  M-I SWACO -- I didn't see Mr. Tanner.

12:07PM 21  I'm not sure if there's anybody here for them.  But I'm just

12:07PM 22  reminding the Court -- well, we need to get your objections to

12:07PM 23  the notice, if any, so we can finalize them.

12:08PM 24       MR. LUXTON:  Good morning, Your Honor.  Steve Luxton for

12:08PM 25  M-I SWACO.  Mr. Tanner was handling that issue.  He is on a plane

12:08PM  1   as we speak.  I will certainly bring it up to his attention,

12:08PM  2   though.  I apologize.

12:08PM  3           THE COURT:  Good.  Yes, we'd like to get that finalized.

12:08PM  4   We want to get as much done and in the box as we can.

12:08PM  5           MR. LUXTON:  The objections have been drafted.  I know

12:08PM  6   that because I worked on them.  I thought that they had been

12:08PM  7   communicated.

12:08PM  8           MR. HERMAN:  Maybe I missed them.  I apologize if I did.

12:08PM  9   We just need to get together and finalize the notice.  If you

12:08PM 10   could resend them to me.

12:08PM 11           MR. LUXTON:  No problem.  We'll do just that.

12:08PM 12           THE COURT:  Thank you.  Appreciate it.

12:08PM 13           MR. HERMAN:  One last issue that I'm bringing up along

12:08PM 14   the theme of Your Honor mentioned like to know what's on the

12:08PM 15   horizon.  We'll try to work through this.

12:08PM 16           PTO 13, which governs confidentiality designations,

12:08PM 17   sets forth a process.  I think the underlying assumption for

12:09PM 18   PTO 13 is that most of the stuff that's designated confidential

12:09PM 19   truly is a proprietary trade secret.

12:09PM 20           We have had issues where wholesale segments of

12:09PM 21   depositions that, in our opinion, clearly are not proprietary

12:09PM 22   trade secrets, wholesale identification of documents, I mean,

12:09PM 23   virtually, from some defendants, every document is confidential.

12:09PM 24   To the extent that facilitates production, that's one thing; but,

12:09PM 25   it's very cumbersome on an ad hoc piecemeal basis to challenge

12:09PM 1  confidentiality designations.

12:09PM 2          I think it would be helpful and would save a lot of

12:09PM 3  time if we could find a way to bring to Your Honor, if we can't

12:09PM 4  work it out, maybe for next week a way that we could have kind of

12:09PM 5  across the board -- I won't say advisory opinions, but, you know,

12:10PM 6  advisory opinions that would maybe moot a lot of this, you know,

12:10PM 7  designation of things that are just going on on the rig that are

12:10PM 8  clearly not proprietary trade secrets, you know, e-mails between

12:10PM 9  people.  We'll cut through, so we're not wasting time sending

12:10PM 10  them e-mails that we challenge all of these designations, and the

12:10PM 11  back and forth, and then you never know because there's a time

12:10PM 12  delay what exactly was confidential.  We're just looking for a

12:10PM 13  way to kind of cut through all of that.

12:10PM 14          THE COURT:  Good.  I'm glad you raised the issue.

12:10PM 15          Mark.

12:10PM 16      MR. NOMELLINI:  Your Honor, Mark Nomellini.

12:10PM 17          Briefly, with respect to confidentiality, I think

12:10PM 18  the parties have been meeting and conferring on that.  So far,

12:10PM 19  there have been no motions to compel that came out of the meet

12:10PM 20  and confers.  The parties agreed on what would be confidential

12:10PM 21  and what would not be confidential.

12:10PM 22          It's not a simple process because in some cases,

12:10PM 23  you know, personal counsel have interest in the documents.  For

12:11PM 24  example, in the case of Mr. Morel's documents, shortly after the

12:11PM 25  documents were de-designated, some of the material -- some of the

12:11PM  1    spousal communications appeared in the media.  Now, I don't know

12:11PM  2    if there is a connection between the BP designations that

12:11PM  3    occurred and that media, but Mr. Morel's counsel was concerned

12:11PM  4    with that.  So we need to wrap in personal counsel for things

12:11PM  5    like that, because people don't want communications with their

12:11PM  6    spouses to appear in the media.

12:11PM  7            So it's a very serious process, we're taking it

12:11PM  8    very seriously, and we're continuing to meet and confer.

12:11PM  9            THE COURT:  All right.  Thank you.

12:11PM 10            MR. UNDERHILL:  May I just add to that, Your Honor, that

12:11PM 11    there is clearly no selectivity going on, and I think that's the

12:11PM 12    underlying problem.

12:11PM 13            In fairness to BP, I don't think it's just BP.  I

12:11PM 14    think it's been the practice of the defendants.  I don't mean

12:11PM 15    this as criticism; but, everything -- I don't think there is a

12:11PM 16    single document I've seen that's been produced that doesn't have

12:11PM 17    the word "confidential" on it, and that imposes certain

12:12PM 18    implications and requirements under the pretrial order.

12:12PM 19            We clearly understand that there are going to be

12:12PM 20    confidential documents, primarily trade secrets, perhaps even

12:12PM 21    well design; but, on the other hand, we've asked and been

12:12PM 22    produced in production from BP highly sensitive data from their

12:12PM 23    competitors that I know if their competitors asked for BP's

12:12PM 24    documents, my good friends would flip out, and I don't blame

12:12PM 25    them.

12:12PM 1        The point is, I think there is a place for

12:12PM 2   confidentiality.  It's recognized in the case law and Rule 26.

12:12PM 3   But I think we have gone too far overboard.  Even to have the

12:12PM 4   necessity of meet and confer or this discussion where we're all

12:12PM 5   out of gas, you've been working harder than any of us, I really

12:12PM 6   think a lot of it is just not necessary, and people have to

12:12PM 7   exercise discretion or they are going to lose the right to do it

12:12PM 8   at all.

12:12PM 9        THE COURT:  I think that's right, guys.  I mean, not

12:12PM 10  everything should be marked confidential.  We all know that

12:12PM 11  because it imposes an additional burden on all of us once it's

12:12PM 12  marked confidential.  So I do think that it should be used

12:13PM 13  sparingly.

12:13PM 14       I agree, Mark, that it's very upsetting to hear

12:13PM 15  about Mr. Morel and that situation.  I'm very unhappy to hear

12:13PM 16  that that happened.

12:13PM 17       On the other hand, not every document produced by

12:13PM 18  every defendant is a trade secret, and you all really have to be

12:13PM 19  sparing in your use of the stamp "confidential" because it is

12:13PM 20  burdensome.

12:13PM 21       MR. ROY:  I just want to add -- Jim Roy.

12:13PM 22       I just want to add some context to this discussion.

12:13PM 23  It's not our intention to tee it up today --

12:13PM 24       THE COURT:  I understand.

12:13PM 25       MR. ROY:  -- in detail, but we know you like to have

12:13PM  1    advance warning of things coming.  We believe it needs to be for

12:13PM  2    the next meeting.  In the meantime, we'll attempt to have meet

12:13PM  3    and confers.  But let me put a context on it.

12:13PM  4              In terms of the documents, at the very least, take

12:13PM  5    the 1,400 or so deposition exhibits, many, many, many of them are

12:14PM  6    deemed confidential.  We're teeing that up right now from the

12:14PM  7    standpoint of asking the defendants to justify those

12:14PM  8    designations.  All right.

12:14PM  9              But going to the real meat of the coconut here is

12:14PM 10    the confidentiality designations that we're getting back on

12:14PM 11    testimony.  In fairness, when the meet and confers take place

12:14PM 12    after we respond pursuant to the PTO obligations that we have to

12:14PM 13    challenge those confidentiality designations, in fairness, with

12:14PM 14    meet and confers, most of those confidentiality designations go

12:14PM 15    away.  They did.

12:14PM 16              But it is a repetitive situation to where, just

12:14PM 17    this past week, Steve and I are adding between four and six

12:14PM 18    additional lawyers solely to the issue of reviewing deposition

12:15PM 19    confidentiality designations to tee up the notifications and

12:15PM 20    initiate the local rules process.  It's going to be a cascade.

12:15PM 21              We just need a policy discussion and guidance from

12:15PM 22    the Court, because we think it's wasted time on our part and

12:15PM 23    maybe it ought to be a revisit of the whole PTO.

12:15PM 24              THE COURT:  I think that's right, Jim.  I think that the

12:15PM 25    defendants probably don't disagree with you because they are

12:15PM 1    devoting a lot of resources to review and meet and confer and

12:15PM 2    time, just time.

12:15PM 3                So, you know, let's hear what Mark has to say; but,

12:15PM 4    caution, guys, we don't want to be distracted and spend time and

12:15PM 5    resources on meet and confer over documents that were designated

12:15PM 6    as confidential when, in fact, they are not.

12:15PM 7                Now, I know you want to be careful.  I understand

12:15PM 8    that.  It's a competing interest.

12:16PM 9          MR. NOMELLINI:  I agree with Mr. Roy drawing the

12:16PM 10   distinction between deposition designations and documents, and I

12:16PM 11   think he said it -- more of his focus was on the deposition

12:16PM 12   designations.

12:16PM 13               With Your Honor's indulgence, I think that if

12:16PM 14   that's where we can focus our resources and our efforts, on the

12:16PM 15   deposition designations being more -- all of us, BP, Halliburton,

12:16PM 16   Transocean, everybody -- being more conservative about the

12:16PM 17   deposition designations, if we can focus our resources on that as

12:16PM 18   opposed to the documents, that would be the best way to go,

12:16PM 19   because the documents are so time intensive and because the

12:16PM 20   challenges to the documents have worked well in connection with

12:16PM 21   the meet and confer, as opposed to worrying about what stamp is

12:16PM 22   on every one of, you know, one billion documents, which at this

12:16PM 23   point would be very difficult to go back on, Your Honor.

12:16PM 24         THE COURT:  I'm not asking you to go back and revisit.

12:16PM 25   But going forward, it just seems to me that you have to be much

12:17PM 1    more sparing in use of the confidential stamp.  Designation of

12:17PM 2    deposition transcript, it seems to me that that should be also a

12:17PM 3    rare thing, unless I'm missing something.

12:17PM 4            MR. NOMELLINI:  No, Your Honor.  I don't want to take up

12:17PM 5    too much of your time, but a deposition transcript certainly, I

12:17PM 6    understand that.  But, with respect to -- with respect to

12:17PM 7    documents, with the number of documents that we're pumping out

12:17PM 8    here, we don't want that to delay anything.  We hear complaints

12:17PM 9    about documents being late.

12:17PM 10           So there is really -- there is only so much that

12:17PM 11   can be done in terms of, you know, getting documents produced on

12:17PM 12   time, getting privilege logs done, getting confidentiality stamps

12:17PM 13   done.  I'm not confident in terms of the confidentiality stamps

12:17PM 14   on documents being able to -- certainly, the ones that are

12:17PM 15   public, that's another story; but, for nonpublic ones, I'm not

12:17PM 16   confident in being able to do that within the time frame that we

12:18PM 17   have.  I'm just trying to give Your Honor the realistic math

12:18PM 18   here.

12:18PM 19           THE COURT:  Jim, you heard that?

12:18PM 20           MR. ROY:  I did, Your Honor.  I am sympathetic to

12:18PM 21   Mr. Nomellini's plight; but, let me say this, I just -- all we're

12:18PM 22   asking for, as the PSC, is that we have an open discussion about

12:18PM 23   this and get guidance from the Court, and I think the Court has

12:18PM 24   given us guidance today.

12:18PM 25           We are very sensitive.  We don't want any delays in

12:18PM 1    document production.  I hear you, Mark, and to the extent there

12:18PM 2    may need to be erring on the side of caution with designations of

12:18PM 3    confidentiality to get them into our hands, that's fine.

12:18PM 4            On the other hand, we need to recognize that we're

12:18PM 5    going to be turning around, especially on deposition exhibits,

12:18PM 6    and basically automatically you'll start getting the form letters

12:19PM 7    every time saying we challenge it.  Because we think that e-mails

12:19PM 8    and routine stuff, it may be embarrassing, it may be hurtful, but

12:19PM 9    it's not confidential.  That's not the real issue.

12:19PM 10           The real issue here is, is whoever is tasked with

12:19PM 11   designating testimony as confidential, from our standpoint,

12:19PM 12   should not be erring on that side of the coin.

12:19PM 13           THE COURT:  Mark agrees with you.  Mark heard you.

12:19PM 14           MR. ROY:  I think it's probably just an issue of

12:19PM 15   communication.  But before we start devoting significant

12:19PM 16   resources in that response effort, we just need the discussion.

12:19PM 17   I know they're trying to do what they have to do.

12:19PM 18           THE COURT:  My thought is, unless I'm missing something,

12:19PM 19   that it should be the rare instance where a portion of a

12:19PM 20   deposition is marked as confidential.  It should not be the rule.

12:19PM 21           MR. NOMELLINI:  I think, Your Honor, so far on their --

12:19PM 22   with respect to the meet and confers --

12:20PM 23           I'm sorry.  Mark Nomellini, Your Honor.

12:20PM 24           I don't think we've taken any aggressive positions

12:20PM 25   on any of that stuff, Your Honor, so I think we're on the same --

12:20PM 1   on the same page.  There are standards in the case law, and we're

12:20PM 2   certainly trying to adhere to those.

12:20PM 3           THE COURT:  Great.

12:20PM 4           MS. HIMMELHOCH:  Your Honor, Sarah Himmelhoch for the

12:20PM 5   US.

12:20PM 6               I do not want to belabor this point, but I just

12:20PM 7   want to, in the guise of the heads-up, let you know that the

12:20PM 8   United States is in a somewhat unique position because we've

12:20PM 9   received a lot of information that is given statutory protection

12:20PM 10  as a result of third-party claims of confidentiality.  So we get

12:20PM 11  information in from the defendants and their competitors, which

12:20PM 12  we've now been asked to produce back.

12:20PM 13              We've also got a great deal of Privacy Act

12:20PM 14  information, information governed by statutes like HIPAA or

12:20PM 15  protected resources statutes.  So we're going to be asking

12:20PM 16  Judge Barbier to enter an amendment to the pretrial order

12:20PM 17  governing confidentiality to address those unique US issues with

12:21PM 18  respect to confidentiality.  Since we were having this lengthy

12:21PM 19  discussion, I just wanted you to be aware that was coming up.

12:21PM 20          THE COURT:  Thank you.  I appreciate it.

12:21PM 21              Don, you've got something?

12:21PM 22          MR. HAYCRAFT:  Yes.  In fact, I've got my watch because

12:21PM 23  I'm going to take no more than one minute.  Are you ready?

12:21PM 24          THE COURT:  Ready.

12:21PM 25          MR. HAYCRAFT:  Don Haycraft for BP.

12:21PM  1          The issue has arisen in the last two weeks of

12:21PM  2   deposition of high level TO, Transocean, management officials

12:21PM  3   where we believe, on behalf of BP, that the five-hour allocation

12:21PM  4   of time to the PSC for so-called cross-examination of Transocean

12:21PM  5   witnesses needs to be looked at again, in the interest of

12:21PM  6   fairness.

12:21PM  7          I don't want to argue it now, but I want to alert

12:21PM  8   all the parties that my intention will be to do a letter, and

12:21PM  9   I'll probably ask Your Honor to review a couple of depositions so

12:21PM 10   that Your Honor can determine for herself whether the point that

12:22PM 11   I'm making bears out.  So that's all I wanted to say.

12:22PM 12          THE COURT:  You made it in under a minute.  Thanks, Don.

12:22PM 13   I appreciate that.

12:22PM 14          MR. LANGAN:  Your Honor, Andy Langan for BP.

12:22PM 15          You mentioned in response to an e-mail I sent that

12:22PM 16   you would visit the issue of giving us the ability, under

12:22PM 17   Pretrial Order 11, to serve our own discovery on the PSC, which

12:22PM 18   to this day we have never been able to do.  Isn't it time that we

12:22PM 19   get to serve document requests and interrogatories on the PSC?

12:22PM 20          MR. HERMAN:  That was the intention behind it.

12:22PM 21          MR. LANGAN:  Fine, any --

12:22PM 22          THE COURT:  Andy, I hate to ask you this, but has our

12:22PM 23   order with regard to -- it's not an order.  We gave you questions

12:22PM 24   and answers.

12:22PM 25          MR. LANGAN:  You did, and you said -- one of the answers

12:22PM 1    was, we'll talk about it Friday.  That was one of your answers.

12:23PM 2            THE COURT:  He just cursed.

12:23PM 3            MR. HERMAN:  Steve Herman for the plaintiffs.

12:23PM 4            My recollection from the e-mail dialogue between

12:23PM 5    Your Honor and BP's counsel was that you were going to allow BP

12:23PM 6    to serve contention interrogatories on the PSC.

12:23PM 7            MR. LANGAN:  And the schedule was to be talked about

12:23PM 8    today.

12:23PM 9            THE COURT:  Yes.  You know what, it didn't make it to

12:23PM 10   the agenda, Andy, so both of our mistakes.

12:23PM 11           The answer is yes, we were going to even post

12:23PM 12   frequently asked questions and answers on the web site.  So the

12:23PM 13   answer is yes.  Rather than enter -- let's put it up on the

12:23PM 14   agenda.  Rather than each party getting 50 contention

12:23PM 15   interrogatories to propound to each other parties, what I had

12:23PM 16   suggested was that those parties who are aligned in interest

12:23PM 17   against the PSC get together, put your interrogatories together.

12:24PM 18           MR. LANGAN:  Your Honor, on that, BP has been the target

12:24PM 19   of discovery from every other party in this case with absolutely

12:24PM 20   no coordination.  I don't think it's fair to suddenly impose on

12:24PM 21   us an obligation that we need -- nobody has coordinated on

12:24PM 22   discovery directed to us at all.

12:24PM 23           THE COURT:  At all.  Here is what I thought, Andy.

12:24PM 24   Correct me if I'm wrong, but you probably have some overlapping

12:24PM 25   interests with the other defendants in propounding contention

12:24PM  1    interrogatories to the PSC.

12:24PM  2            MR. LANGAN:  I don't know.

12:24PM  3            THE COURT:  Well, think about it.  But if you don't,

12:24PM  4    propound your interrogatories, get them out.  There is no

12:24PM  5    prohibition at this point in time.

12:24PM  6                 I did want to see if, rather than -- how many

12:25PM  7    defendants do we have?  Rather than five sets of 50 contention

12:25PM  8    interrogatories going out, maybe we could do some joint

12:25PM  9    contention interrogatories and reduce the number going out.

12:25PM 10            MR. LANGAN:  Okay.

12:25PM 11            THE COURT:  What do you think?

12:25PM 12            MR. LANGAN:  We're happy to talk about it.

12:25PM 13            THE COURT:  Because your question to me was limited, as

12:25PM 14    I understood it, to contention interrogatories.

12:25PM 15            MR. LANGAN:  I think my question was could we start

12:25PM 16    serving written discovery on the PSC.  I think Your Honor came

12:25PM 17    back and said, well, let's talk about contention interrogatories.

12:25PM 18    I think our request was actually a little broader.

12:25PM 19            THE COURT:  We'll have to go back to the Internet site,

12:25PM 20    frequently asked questions and answers.  But I will get something

12:25PM 21    out to you this week.  If you will think about perhaps fewer than

12:25PM 22    50 per defendant or joint contention interrogatories that the

12:26PM 23    defense parties in interest can agree on and then individual ones

12:26PM 24    per party that you can't agreed on, just seems to me it might be

12:26PM 25    easier to deal with.

12:26PM  1              MR. LANGAN:  Okay.

12:26PM  2              THE COURT:  Okay?

12:26PM  3              MR. LANGAN:  Yes.

12:26PM  4              THE COURT:  I'm sorry that I didn't have it on the

12:26PM  5     agenda.

12:26PM  6              MR. LANGAN:  Oh, that's okay.  This is my partner,

12:26PM  7     Mr. Duffy.

12:26PM  8              MR. DUFFY:  Your Honor, Tim Duffy.

12:26PM  9              I just wanted to point out that, putting aside for

12:26PM 10     a second contention interrogatories, we just want the ability to

12:26PM 11     serve basic discovery for whatever they may have that they

12:26PM 12     haven't gotten from us that they are going to use in segment one

12:26PM 13     of the trial.  So it's basic, you know, what other documents do

12:26PM 14     you have from some other source.  Do we have permission to do

12:26PM 15     that?

12:26PM 16              THE COURT:  A-OK.

12:26PM 17              MR. DUFFY:  Great, thanks.

12:26PM 18              MR. HERMAN:  I just wanted to make clear that my

12:26PM 19     response shouldn't be construed as the fact that we're not

12:26PM 20     reserve -- well, let me just say this.  We reserve the right, of

12:26PM 21     course, to object to their contention interrogatories, just as

12:26PM 22     they object to many of our discovery requests.

12:26PM 23              THE COURT:  Right.

12:26PM 24              MR. HERMAN:  You know, as a practical matter, our expert

12:27PM 25     reports on August 15th are probably going to answer 90 percent of

12:27PM  1    their contention interrogatories.  When they say they are going

12:27PM  2    to serve other discovery on the PSC, we're counsel -- I don't

12:27PM  3    know what parties they are talking about -- but, yeah, I mean, I

12:27PM  4    guess it's fair.  If they want to send us some document requests

12:27PM  5    for what the PSC has that we haven't gotten from them, then we'll

12:27PM  6    either make objections or assert privilege or respond to them.

12:27PM  7              MR. LANGAN:  I can give an example.  Witness statements,

12:27PM  8    does the PSC have possession of witness statements that have

12:27PM  9    never been produced to us that we don't have.  I don't know.

12:27PM 10    Apparently, there are some witness statements that appeared

12:27PM 11    recently, from the Coast Guard or whatever, that we've never seen

12:27PM 12    before.

12:27PM 13              THE COURT:  That's either a good interrogatory, a good

12:27PM 14    request for production, or both.

12:27PM 15                   We were going to cover other dates, but I think

12:27PM 16    time is running short.  We do not have anything on the calendar

12:28PM 17    past May for status conferences with me.  So, next week when we

12:28PM 18    get together, why don't you think about whether, while everybody

12:28PM 19    is in London, whether you want to have some status conferences,

12:28PM 20    and people other than you can attend?

12:28PM 21              MR. HERMAN:  If you're in London, we can have them

12:28PM 22    there.

12:28PM 23              MR. HAYCRAFT:  Sounds good.

12:28PM 24              THE COURT:  I'm not going to be there for a month, even

12:28PM 25    if I'm in London.  So let's think about that and whether you all

12:28PM  1    want to continue the status conferences into June.  I'm sorry --

12:28PM  2    yes, into June, July, August, just looking forward.  So we'll

12:28PM  3    cover that next week.

12:28PM  4                   Now, what have we done about Mr. Abbassion?  Has

12:28PM  5    anybody decided they can seed more time?

12:28PM  6              MR. MILLER:  That's why I was standing up.  I want to

12:28PM  7    take the money and run.

12:28PM  8              THE COURT:  Who can give more time?

12:29PM  9              MR. UNDERHILL:  US, 10 minutes.

12:29PM 10              THE COURT:  You're down to 40, Kerry.  It's like an

12:29PM 11    auction.  We're going to have a weekly auction.

12:29PM 12                   Kerry, nobody else seems to be volunteering.  Can

12:29PM 13    you make due with another 30?

12:29PM 14              MR. GODWIN:  Halliburton can give 15, Your Honor.

12:29PM 15              THE COURT:  15.

12:29PM 16              MR. MILLER:  I like this.  You give me another 15, I'm

12:29PM 17    done.

12:29PM 18              THE COURT:  Can you get by with another 15?

12:29PM 19              MR. MILLER:  I can get by with another 15.

12:29PM 20              THE COURT:  We're going to give you another 15, and try

12:29PM 21    to divide up that time collectively between the two days, that

12:29PM 22    extra time.  You don't need to do it, but when y'all are

12:29PM 23    timekeeping, why don't you see if you can't split it between

12:29PM 24    those two days.

12:29PM 25              MR. LANGAN:  Your Honor, Andy Langan.

12:29PM 1                    Just so our team knows, you're extending the

12:29PM 2    15 hours by 15 minutes?

12:29PM 3              THE COURT:  That's right.

12:30PM 4              MR. MILLER:  So we would have a total of two hours and

12:30PM 5    20 minutes.

12:30PM 6              THE COURT:  You're going to have to do the math, Kerry.

12:30PM 7    I've lost track.

12:30PM 8              MR. MILLER:  I can do it.

12:30PM 9              MR. HAYCRAFT:  And we time these depositions to the

12:30PM 10   minute.

12:30PM 11             THE COURT:  Oh, I know you do.  I think that's right.

12:30PM 12   So what it will be, it's going to be half of 15 hours and

12:30PM 13   15 minutes per day.

12:30PM 14                  I think that's it, unless anybody else has anything

12:30PM 15   they want to cover.  I want to see Andy and Deb and Kerry in

12:30PM 16   chambers.

12:30PM 17             THE CLERK:  Are we going to get briefs on the

12:30PM 18   Coast Guard report issued when we had that deposition about

12:30PM 19   Transocean?

12:30PM 20             MR. HAYCRAFT:  Transocean filed a motion for protective

12:30PM 21   order yesterday evening, and I'll be filing a response.

12:30PM 22             THE CLERK:  Thanks, Don.

12:30PM 23             MR. UNDERHILL:  Your Honor, a ten-second clarification

12:30PM 24   so my clients know.  We're under the impression that today's

12:31PM 25   deadline for serving written discovery in segment one trial does

12:31PM 1    not apply to interrogs or requests for admission; is that

12:31PM 2    correct?

12:31PM 3              THE COURT:  Correct.

12:31PM 4              MR. UNDERHILL:  Thank you very much.

12:31PM 5              THE COURT:  Document production only.

6              (WHEREUPON, at 12:31 p.m., the proceedings were

7    concluded.)

8                          *    *    *

9

10

11                    REPORTER'S CERTIFICATE

12

13        I, Cathy Pepper, Certified Realtime Reporter, Registered

14   Merit Reporter, Certified Court Reporter of the State of

15   Louisiana, Official Court Reporter for the United States District

16   Court, Eastern District of Louisiana, do hereby certify that the

17   foregoing is a true and correct transcript, to the best of my

18   ability and understanding, from the record of the proceedings in

19   the above-entitled and numbered matter.

20

21

22                        *s/Cathy Pepper*

23                        Cathy Pepper, CRR, RMR, CCR
                           Certified Realtime Reporter
24                        Official Court Reporter
                           United States District Court
25                        Cathy_Pepper@laed.uscourts.gov

**$**

**$2,000** [1] - 89:16
**$3,000** [1] - 89:16

**1**

**1** [7] - 61:6, 129:1, 129:4, 130:24, 131:16, 132:2
**1,000** [2] - 120:17, 120:18
**1,001** [1] - 129:17
**1,400** [1] - 138:5
**10** [9] - 46:19, 47:23, 48:1, 48:2, 48:8, 54:16, 81:4, 88:22, 148:9
**10,000** [1] - 122:13
**10-8888** [1] - 100:23
**10-9999** [1] - 100:21
**10-MDL-2179** [1] - 1:6
**10-minute** [1] - 70:14
**1000** [1] - 4:25
**1001** [1] - 6:5
**10153** [1] - 5:17
**10174** [1] - 5:5
**104** [2] - 10:20, 10:21
**105** [2] - 10:22, 10:23
**107** [1] - 10:25
**109** [1] - 11:1
**10th** [5] - 40:14, 41:4, 54:20, 54:24, 55:18
**11** [1] - 143:17
**110** [1] - 60:3
**1100** [1] - 3:11
**111** [1] - 11:3
**113** [1] - 11:4
**119** [1] - 11:5
**11th** [3] - 40:14, 59:25, 60:7
**12** [9] - 8:19, 47:17, 48:5, 48:12, 48:13, 49:15, 84:8, 84:9, 96:25
**1201** [1] - 4:9
**128** [1] - 11:6
**12:03** [1] - 87:21
**12:31** [1] - 150:6
**12th** [5] - 24:5, 48:17, 48:24, 59:25, 60:7
**13** [19] - 8:5, 42:22, 47:17, 48:5, 48:12, 48:13, 49:15, 54:18, 54:22, 56:1, 58:7, 66:5, 79:17, 84:8, 84:9, 131:19, 132:2, 134:16, 134:18

**13** .......................... [1]
- 8:19
**130,000** [1] - 106:3
**1300** [2] - 4:18, 5:13
**133** [1] - 11:7
**1331** [1] - 4:12
**134** [1] - 11:8
**13th** [8] - 24:5, 48:17, 48:24, 53:23, 55:17, 56:11, 58:6, 58:8
**14** [8] - 29:25, 54:18, 54:23, 66:5, 72:14, 95:15, 131:19, 132:2
**143** [1] - 11:9
**146** [1] - 62:23
**148** [2] - 11:10, 72:24
**149** [1] - 11:11
**14th** [4] - 53:24, 55:18, 56:11, 95:11
**15** [20] - 15:6, 24:9, 32:8, 32:19, 42:8, 46:5, 72:14, 79:17, 84:12, 95:15, 148:14, 148:15, 148:16, 148:18, 148:19, 148:20, 149:2, 149:12, 149:13
**15-hour** [1] - 42:7
**154** [1] - 74:24
**155** [1] - 80:8
**156** [1] - 72:25
**157** [1] - 72:25
**159** [1] - 80:8
**15th** [11] - 52:22, 55:24, 56:12, 59:15, 83:5, 93:6, 93:13, 95:12, 115:24, 122:25, 146:25
**160** [2] - 57:15, 76:2
**1601** [1] - 1:24
**1615** [1] - 4:18
**162** [1] - 76:2
**163** [1] - 72:25
**164** [1] - 73:1
**165** [1] - 73:1
**1665** [1] - 4:12
**16th** [4] - 40:19, 52:11, 52:22, 59:15
**1700** [1] - 4:9
**17th** [1] - 40:20
**18** [2] - 49:9, 88:14
**18th** [3] - 49:1, 49:5, 60:5
**19** [2] - 49:9, 54:16
**19th** [10] - 32:18, 49:1, 49:6, 75:4, 75:21, 99:20, 99:24, 100:6, 103:2, 107:22

**2**

**2** [2] - 41:1, 41:4
**2,000** [1] - 120:18
**20** [6] - 1:5, 90:12, 90:23, 130:25, 131:15, 149:5
**200** [1] - 6:5
**2000** [2] - 6:13, 42:23
**20005** [1] - 5:14
**20006** [1] - 4:22
**2003** [1] - 42:23
**20044** [1] - 2:21
**2007** [1] - 4:16
**201** [1] - 5:25
**2010** [1] - 1:5
**2011** [4] - 1:7, 11:11, 12:2, 19:6
**2020** [1] - 4:21
**20771** [1] - 101:2
**20th** [18] - 22:11, 22:12, 32:18, 55:21, 75:4, 75:21, 84:23, 85:3, 85:5, 100:19, 107:10, 107:16, 107:19, 107:21, 107:22, 107:24, 108:3
**21** [5] - 56:14, 90:12, 90:23, 91:21, 92:1
**2179** [2] - 75:11, 101:2
**2185** [1] - 6:16
**21st** [4] - 84:23, 85:3, 85:5, 85:9
**22** [2] - 91:21, 92:1
**22nd** [1] - 57:2
**23** [1] - 56:15
**23rd** [2] - 56:13, 56:16, 57:21, 57:22, 58:3, 58:13, 58:14, 59:9, 64:11
**24** [1] - 56:15
**24th** [3] - 57:2, 58:12, 107:6
**25** [6] - 46:5, 46:11, 46:12, 65:18, 66:4, 94:1
**255** [1] - 2:11
**25th** [5] - 52:4, 64:12, 64:13, 65:3, 118:6
**26** [1] - 137:2
**26th** [4] - 41:4, 93:8, 98:9, 104:15
**27** [4] - 19:5, 65:18, 66:4, 84:2
**27th** [8] - 40:15, 41:4, 59:25, 60:6, 64:12, 64:13, 65:3, 128:25

**28** [1] - 84:2
**28th** [3] - 59:12, 59:25, 60:6
**29** [5] - 1:7, 8:6, 12:2, 48:20, 118:6
**2929** [1] - 5:20
**29th** [6] - 52:20, 52:23, 53:2, 53:22, 59:13, 65:2
**2nd** [1] - 54:10

**3**

**3** [1] - 89:9
**30** [3] - 75:16, 123:8, 148:13
**30(B)(6** [4] - 8:25, 10:7, 10:14, 11:7
**30(b)(6** [10] - 52:1, 56:17, 56:25, 57:3, 68:12, 84:15, 87:18, 90:24, 92:1, 133:20
**30(b)(6)** [1] - 60:22
**30(B)(6)** ....................
........................... [1] - 10:9
**30(B)(6)** ....................
........................... [1] - 10:16
**30-some** [1] - 123:6
**300** [1] - 3:25
**30th** [9] - 37:10, 52:20, 52:23, 53:3, 53:22, 104:5, 104:7, 104:25
**31** [3] - 51:5, 105:2, 105:3
**31st** [2] - 36:25, 70:7
**32** [1] - 8:8
**33134** [1] - 2:11
**3450** [1] - 6:17
**35** [3] - 45:20, 46:2, 56:14
**36** [1] - 8:9
**36130** [1] - 2:24
**365** [1] - 6:13
**36604** [1] - 1:25
**3668** [1] - 1:18
**36TH** [1] - 3:10
**37** [1] - 8:10
**38** [1] - 8:11
**39** [2] - 8:12, 8:13
**3rd** [2] - 24:3, 54:10

**4**

**4** [1] - 89:22
**40** [2] - 46:15, 148:10
**4000** [1] - 4:25
**405** [1] - 5:5
**41** [2] - 8:14, 30:21

**42** [1] - 118:7
**42ND** [1] - 5:20
**4310** [1] - 2:7
**45** [2] - 8:15, 8:16
**450** [1] - 2:15
**47** [2] - 8:17, 8:18
**48** [1] - 8:20
**4800** [1] - 6:9
**49** [1] - 8:21
**4th** [1] - 24:3

**5**

**5** [1] - 42:16
**50** [11] - 8:22, 8:23, 8:24, 46:3, 46:5, 46:6, 46:14, 106:7, 144:14, 145:7, 145:22
**50/50** [1] - 61:13
**500** [3] - 2:24, 6:17, 7:4
**5000** [1] - 3:20
**504** [1] - 7:5
**504)566-1311** [1] - 6:14
**510** [1] - 3:4
**52** [3] - 8:25, 9:1, 9:2
**5395** [1] - 2:16
**54** [1] - 9:3
**546** [1] - 4:4
**556** [1] - 1:18
**56** [1] - 9:4
**58** [2] - 9:5, 9:6
**589-7779** [1] - 7:5
**59** [3] - 9:7, 9:8, 9:9

**6**

**6** [2] - 11:11, 70:23
**60** [2] - 9:10, 9:11
**601** [1] - 2:4
**60654** [1] - 3:25
**62** [1] - 9:12
**66** [1] - 9:13
**69** [1] - 9:14
**6th** [2] - 49:24, 79:12

**7**

**7** [4] - 42:16, 58:5, 58:9, 76:1
**70** [1] - 9:16
**701** [2] - 3:20, 6:9
**70112** [1] - 4:19
**70113** [1] - 1:22
**70130** [4] - 2:5, 4:5,

6:13, 7:4
**70139** [2] - 3:21, 6:9
**70163** [1] - 3:11
**70170** [1] - 5:25
**70433** [1] - 3:5
**70502** [1] - 1:19
**70505** [1] - 6:5
**72** [2] - 9:17, 9:18
**74** [1] - 9:19
**75270** [1] - 4:10
**76** [2] - 9:20, 9:21
**7611** [1] - 2:20
**767** [1] - 5:16
**77002** [2] - 4:25, 6:18
**77006** [1] - 2:8
**77010** [1] - 4:13
**77019** [1] - 5:21
**78** [2] - 9:22, 9:23
**7th** [4] - 37:1, 59:3, 59:12, 118:7
**7TH** [1] - 2:16

## 8

**8** [1] - 47:23
**80** [2] - 9:24, 9:25
**81** [1] - 10:1
**82** [3] - 10:2, 10:3, 10:4
**820** [1] - 1:21
**83** [2] - 10:5, 10:6
**84** [2] - 10:7, 10:8
**87** [1] - 10:9
**88** [2] - 10:10, 10:11
**8888** [1] - 100:24
**89** [1] - 10:12
**8th** [5] - 54:8, 59:3, 59:7, 59:10, 59:12

## 9

**9** [7] - 47:23, 48:1, 48:2, 48:8, 54:16, 88:19, 88:22
**90** [3] - 10:13, 10:14, 146:25
**900** [1] - 5:13
**91** [1] - 10:15
**919** [1] - 57:12
**92** [3] - 10:16, 10:17, 10:18
**94102** [1] - 2:16
**99** [1] - 10:19
**9:00** [1] - 1:7
**9:30** [1] - 11:11
**9th** [6] - 54:8, 54:19, 54:24, 55:18, 69:20, 69:21

**9TH** [1] - 9:14

## A

**a-OK** [1] - 146:16
**A-OK** [1] - 91:13
**A.M** [1] - 1:7
**A.M...** [1] - 11:11
**Abbassion** [6] - 45:14, 45:17, 45:20, 45:25, 47:6, 148:4
**ABBASSION.............**
**......................** [2] -
8:15, 11:10
**Aberdeen** [1] - 79:4
**abilities** [1] - 18:19
**ability** [9] - 18:20, 19:3, 35:24, 111:10, 114:21, 131:17, 143:16, 146:10, 150:18
**able** [19] - 24:17, 27:17, 27:19, 39:18, 42:18, 45:7, 45:22, 56:17, 64:1, 78:4, 85:23, 85:24, 106:2, 115:8, 127:17, 130:21, 140:14, 140:16, 143:18
**above-entitled** [1] - 150:19
**ABRAMSON** [1] - 2:3
**absolutely** [8] - 53:25, 55:8, 67:8, 93:23, 97:17, 115:20, 132:9, 144:19
**accept** [2] - 92:11, 110:5
**acceptance** [1] - 15:7
**access** [3] - 25:1, 28:16, 86:24
**accommodate** [4] - 24:18, 45:7, 75:17, 86:3
**accommodation** [1] - 51:13
**according** [3] - 46:13, 87:14, 129:11
**accounts** [1] - 66:21
**accurately** [1] - 66:22
**accuse** [1] - 24:19
**acknowledge** [1] - 51:20
**Act** [1] - 142:13
**ACTION** [1] - 1:6
**action** [8] - 31:2, 77:10, 82:5, 103:4, 103:6, 103:11, 108:2, 108:6

**ACTIONS** [1] - 1:9
**actual** [1] - 51:5
**ad** [1] - 134:25
**add** [7] - 63:20, 98:15, 115:16, 132:5, 136:10, 137:21, 137:22
**added** [6] - 30:2, 31:9, 32:1, 56:21, 82:3, 82:13
**adding** [1] - 138:17
**addition** [4] - 47:8, 52:7, 57:3, 88:15
**ADDITIONAL** [2] -
8:12, 8:14
**Additional** [1] - 39:4
**additional** [20] - 30:1, 35:16, 35:19, 39:21, 39:24, 40:6, 41:18, 43:20, 44:22, 45:3, 45:6, 45:23, 46:23, 49:18, 54:14, 83:4, 91:3, 94:11, 137:11, 138:18
**address** [12] - 26:24, 35:15, 92:15, 95:5, 96:24, 97:19, 108:21, 118:25, 129:1, 129:16, 130:21, 142:17
**addressed** [1] - 13:20
**addressing** [1] -
119:15
**adhere** [1] - 142:2
**adjudication** [1] -
30:22
**admission** [1] - 150:1
**adopt** [1] - 89:23
**Adrian** [1] - 81:25
**advance** [5] - 40:20, 50:8, 61:9, 130:7, 138:1
**advantage** [1] -
108:15
**advice** [1] - 54:4
**advised** [2] - 73:16, 75:16
**advisory** [2] - 135:5, 135:6
**affect** [1] - 19:3
**affirmatively** [2] -
94:3, 126:1
**afternoon** [7] - 39:12, 42:17, 49:17, 87:17, 87:25, 89:22, 114:6
**agencies** [2] - 121:20, 123:16
**agency** [2] - 121:18, 125:11
**agency's** [1] - 124:18

**agenda** [14] - 24:8, 26:1, 29:15, 46:20, 50:21, 63:21, 78:19, 89:6, 91:16, 92:17, 111:2, 144:10, 144:14, 146:5
**aggressive** [1] -
141:24
**ago** [5] - 26:11, 66:23, 76:4, 81:4, 115:21
**agree** [24] - 14:15, 17:16, 23:11, 34:8, 39:16, 62:16, 66:17, 70:2, 70:11, 77:21, 103:1, 104:3, 108:17, 109:20, 110:5, 110:8, 118:19, 118:23, 126:24, 132:14, 132:22, 137:14, 139:9, 145:23
**agreeable** [1] - 100:13
**agreed** [8] - 59:4, 96:9, 103:2, 110:5, 110:12, 113:15, 135:20, 145:24
**agreeing** [1] - 124:22
**agreement** [11] - 23:1, 24:22, 30:13, 62:16, 64:2, 64:21, 67:1, 99:18, 108:9, 110:6, 110:13
**agreements** [1] -
22:23
**agrees** [3] - 16:19, 50:22, 141:13
**ahead** [25] - 15:11, 25:17, 25:18, 25:21, 31:14, 34:12, 34:25, 35:18, 39:11, 40:15, 41:15, 50:6, 50:7, 62:9, 64:4, 67:9, 73:4, 74:8, 74:10, 74:22, 84:22, 90:4, 91:24, 112:14, 125:18
**air** [1] - 88:17
**AIRBORNE** [1] - 6:3
**airlifted** [1] - 13:9
**airline** [1] - 53:10
**akin** [1] - 77:13
**AL** [2] - 1:25, 2:24
**al** [1] - 77:2
**ALABAMA** [1] - 2:23
**Alabama** [3] - 55:4, 99:7, 99:19
**Alabama's** [2] - 98:13, 100:11
**ALAN** [2] - 4:12, 5:4
**Alan** [19] - 62:13, 63:6,

63:8, 72:17, 72:21, 72:25, 74:15, 77:14, 85:6, 85:11, 90:14, 94:17, 94:24, 95:13, 96:11, 96:22, 97:16, 98:4, 99:4
**alarm** [1] - 16:13
**alarms** [1] - 17:5
**albeit** [2] - 30:16, 103:10
**Albertin** [1] - 57:14
**ALBERTIN** [1] - 57:15
**ALDEN** [1] - 6:20
**alert** [1] - 143:7
**ALHAMBRA** [1] - 2:11
**aligned** [2] - 132:6, 144:16
**ALL** [2] - 1:9, 10:23
**allayed** [1] - 70:5
**allegations** [8] - 17:8, 17:12, 17:18, 18:8, 18:10, 27:6, 27:8, 27:24
**ALLEN** [3] - 5:20, 6:17, 8:21
**Allen** [2] - 49:23, 50:2
**allocation** [1] - 143:3
**allow** [3] - 97:25, 112:12, 144:5
**allowed** [1] - 69:13
**allowing** [1] - 14:22
**almost** [2] - 32:23, 110:18
**alongs** [2] - 21:13, 23:2
**alphabetical** [1] -
92:25
**ALSO** [1] - 6:20
**alternative** [1] - 49:1
**ambiguity** [1] - 16:14
**amenable** [1] - 64:7
**amend** [1] - 93:2
**AMENDED** [1] - 10:21
**amended** [11] - 94:18, 95:8, 95:12, 96:12, 97:18, 98:13, 99:19, 99:20, 100:11, 104:11, 104:21
**Amendment** [10] -
39:22, 40:2, 40:7, 40:25, 45:4, 111:3, 111:11, 111:16, 111:21, 112:9
**AMENDMENT** [1] -
11:3
**amendment** [7] - 95:1, 96:23, 97:2, 103:3, 104:13, 104:17, 142:16
**AMENDMENT.............**

.......................... [1] - 8:13
**amendments** [5] - 93:2, 94:19, 95:2, 95:15, 95:21
**AMERICA** [7] - 2:19, 3:13, 3:13, 3:14, 3:15, 3:17, 3:18
**America** [2] - 78:18, 132:6
**AMERICAN** [1] - 2:4
**amount** [2] - 39:7, 39:8
**Anadarko** [21] - 17:25, 18:3, 18:6, 19:20, 19:24, 21:19, 23:2, 25:8, 27:7, 31:16, 61:18, 61:19, 66:11, 88:7, 89:9, 107:14, 108:20, 108:21, 109:6, 128:20, 129:20
**ANADARKO** [3] - 4:14, 4:15, 10:12
**Anadarko's** [1] - 129:21
**Anadarko/MOEX** [3] - 63:11, 67:18, 109:15
**ancillary** [1] - 115:3
**AND** [7] - 3:8, 4:16, 5:12, 8:5, 8:6, 8:16, 10:4
**ANDREA** [1] - 9:16
**ANDREW** [1] - 3:23
**Andy** [54] - 23:24, 33:10, 34:15, 35:10, 38:9, 38:11, 40:5, 40:12, 40:15, 41:15, 42:9, 43:10, 44:14, 47:7, 51:25, 53:6, 54:15, 55:11, 55:19, 56:7, 56:19, 56:23, 57:1, 57:11, 58:18, 58:22, 60:4, 60:21, 62:17, 63:6, 66:20, 67:2, 69:10, 74:12, 74:22, 77:13, 84:16, 84:17, 93:16, 99:5, 106:25, 108:9, 109:23, 110:3, 115:7, 116:6, 128:25, 132:11, 143:14, 143:22, 144:10, 144:23, 148:25, 149:15
**Andy's** [1] - 55:6
**anguish** [1] - 16:8
**anniversary** [1] - 37:11
**answer** [23] - 19:3,

19:13, 27:17, 69:6, 93:19, 96:12, 96:13, 101:6, 101:11, 101:21, 105:9, 105:12, 105:17, 105:23, 105:24, 106:7, 106:16, 106:19, 107:11, 144:11, 144:13, 146:25
**ANSWER** [1] - 10:23
**answered** [2] - 93:18, 107:21
**answers** [7] - 105:25, 107:17, 143:24, 143:25, 144:1, 144:12, 145:20
**anticipate** [2] - 20:18, 112:5
**anyway** [3] - 24:5, 85:2, 129:8
**apologies** [1] - 53:19
**apologize** [2] - 134:2, 134:8
**appear** [2] - 101:13, 136:6
**APPEARANCES** [7] - 1:15, 2:1, 3:1, 4:1, 5:1, 6:1, 7:1
**appeared** [4] - 64:19, 100:1, 136:1, 147:10
**applicable** [1] - 98:3
**applied** [6] - 71:20, 72:7, 97:22, 106:13, 126:22, 131:2
**applies** [7] - 30:5, 33:13, 68:23, 101:12, 112:17, 112:21, 126:24
**apply** [11] - 33:3, 69:15, 72:2, 72:7, 96:17, 104:16, 105:17, 109:4, 125:22, 131:21, 150:1
**APPLY** [1] - 10:23
**applying** [1] - 112:23
**appreciate** [14] - 35:8, 35:11, 36:14, 48:10, 51:24, 58:18, 66:12, 70:12, 106:23, 106:24, 122:1, 134:12, 142:20, 143:13
**approach** [1] - 113:6
**appropriate** [1] - 107:2
**April** [8] - 22:11, 22:12, 52:4, 60:5, 65:2, 88:14, 100:19,

107:22
**APRIL** [3] - 1:5, 1:7, 12:2
**arbitration** [1] - 110:17
**area** [2] - 62:23, 132:9
**arguably** [1] - 77:18, 131:3
**argue** [2] - 111:24, 143:7
**argument** [2] - 94:12, 120:21
**arguments** [3] - 19:12, 95:2, 97:5
**arisen** [1] - 143:1
**Arnold** [8] - 71:4, 71:7, 72:17, 72:19, 72:23, 73:10, 74:1, 84:24
**Arnold's** [1] - 84:20
**arrangements** [1] - 15:7
**ASAP** [2] - 65:9, 127:20
**aside** [1] - 146:9
**asleep** [2] - 21:17, 24:20
**aspect** [1] - 15:2
**aspects** [5] - 15:16, 22:15, 24:15, 25:21, 25:22
**assert** [1] - 147:6
**assessment** [3] - 129:5, 129:12, 130:4
**assigned** [1] - 53:9
**assistant** [1] - 42:23
**assume** [5] - 16:19, 44:9, 86:24, 97:12, 113:3
**assumption** [1] - 134:17
**assure** [2] - 116:3, 116:14
**AT** [2] - 3:4, 11:11
**attached** [1] - 107:7
**attempt** [2] - 96:24, 138:2
**attend** [2] - 79:14, 147:20
**attention** [2] - 129:10, 134:1
**ATTORNEY** [1] - 2:23
**attorney** [2] - 12:21, 56:2
**attorney's** [1] - 22:24
**attorneys** [5] - 12:17, 40:16, 55:4, 101:13, 103:20
**ATTORNEYS** [1] - 3:4
**auction** [2] - 148:11

audio/visual [1] - 12:14
**APRIL**
**August** [7] - 36:21, 36:24, 36:25, 84:25, 146:25, 148:2
**authority** [1] - 111:9
**automatically** [1] - 141:6
**availability** [1] - 44:6
**available** [17] - 43:16, 43:22, 44:7, 52:20, 54:19, 54:23, 57:2, 64:6, 65:2, 79:7, 82:25, 83:8, 85:13, 87:3, 88:21, 88:24, 89:2
**AVENUE** [6] - 1:21, 2:15, 2:24, 5:5, 5:16, 5:25
**AVIATION** [1] - 6:7
**Aviation** [1] - 68:17
**avoid** [6] - 17:7, 18:7, 19:4, 19:12, 27:5, 125:21
**aware** [3] - 25:7, 81:3, 142:19

**B**

**B-E-R-T-O-N-E** [1] - 72:15
**B1** [2] - 97:10, 98:9
**B2** [3] - 98:19, 98:20, 98:23
**B3** [5] - 10:21, 97:11, 98:9, 104:11, 104:16
**BABIUCH** [1] - 3:24
**background** [1] - 13:6
**backup** [2] - 55:5, 79:2
**bad** [5] - 49:6, 57:16, 57:18, 75:5, 125:16
**baffled** [1] - 39:22
**bag** [1] - 67:22
**bang** [2] - 67:9, 67:14
**Barbier** [12] - 14:6, 93:8, 97:10, 97:20, 98:1, 98:25, 102:14, 102:16, 102:18, 104:14, 107:6, 142:16
**Barbier's** [3] - 29:20, 30:2, 98:8
**BARROW** [1] - 5:20
**base** [1] - 18:17
**based** [2] - 30:9, 105:10
**basic** [3] - 18:22, 146:11, 146:13

**basis** [1] - 134:25
**batch** [1] - 95:24
**Bates** [20] - 119:20, 119:22, 120:1, 120:23, 121:4, 121:7, 121:17, 121:22, 122:11, 123:18, 123:19, 123:22, 123:23, 123:25, 124:9, 124:16, 124:18, 125:3, 125:20, 127:11
**BATES** [1] - 11:5
**BE** [1] - 8:18
**bear** [2] - 121:16, 129:3
**bears** [1] - 143:11
**became** [1] - 42:22
**become** [2] - 112:3, 113:25
**becomes** [1] - 65:2
**becoming** [1] - 114:8
**BEFORE** [1] - 1:12
**beforehand** [1] - 119:9
**began** [1] - 51:22
**begin** [2] - 121:25, 128:24
**beginning** [7] - 31:25, 33:11, 34:15, 34:16, 63:13, 114:21, 129:11
**begun** [1] - 132:22
**behalf** [6] - 100:16, 101:14, 101:23, 103:10, 110:13, 143:3
**behind** [2] - 96:1, 143:20
**belabor** [2] - 66:21, 142:6
**believes** [1] - 27:19
**Bellow** [3] - 114:5, 116:20, 116:21
**belt** [1] - 77:4
**BERTAUT** [11] - 4:4, 67:25, 68:3, 68:12, 96:21, 111:5, 111:23, 112:11, 112:16, 112:23, 113:4
**Bertaut** [2] - 68:3, 96:21
**Bertone** [3] - 72:15, 72:16, 72:24
**BERTONE**..................
.......................... [1] - 9:18
**BERTRAM** [5] - 5:24,

91:1, 91:8, 91:12, 91:18
**Bertram** [1] - 91:1
**best** [7] - 53:18, 78:7, 114:19, 117:10, 117:24, 139:18, 150:17
**better** [11] - 23:17, 29:6, 61:5, 65:10, 82:24, 94:13, 112:13, 114:25, 119:12, 123:22, 130:22
**between** [16] - 18:6, 25:7, 30:14, 31:8, 42:12, 43:21, 43:23, 63:10, 118:4, 135:8, 136:2, 138:17, 139:10, 144:4, 148:21, 148:23
**beyond** [2] - 42:8, 116:10
**bidder** [1] - 49:10
**big** [8] - 14:6, 53:12, 86:14, 93:11, 112:14, 114:8, 126:1, 126:4
**bigger** [4] - 24:12, 55:13, 113:23, 118:10
**Bill** [1] - 118:21
**bill** [1] - 23:14
**billion** [1] - 139:22
**BINGHAM** [1] - 4:20
**birth** [1] - 73:20
**bit** [2] - 44:5, 90:6
**black** [1] - 34:17
**Blackberry** [1] - 65:13
**blame** [2] - 30:12, 136:24
**BLANK** [1] - 5:3
**blend** [1] - 63:19
**block** [3] - 36:20, 36:23, 36:24
**blowout** [1] - 16:6
**Bluegrass** [2] - 37:9, 44:25
**Board** [3] - 125:7, 125:6, 127:1
**board** [3] - 37:16, 87:12, 135:5
**boarded** [1] - 16:7
**boat** [3] - 16:7, 55:3, 58:2
**Bob** [1] - 43:19
**Bobo** [1] - 46:12
**BOCKIUS** [1] - 4:23
**body** [1] - 19:8
**BONNER** [1] - 6:21
**booked** [1] - 74:10

**BOP** [2] - 83:3, 84:11
**BOP-type** [1] - 83:3
**bottom** [1] - 84:4
**bought** [1] - 53:10
**BOUGHTON** [1] - 10:4
**Boughton** [4] - 82:21, 83:2, 84:11
**BOULEVARD** [1] - 2:7
**BOUNDS** [1] - 1:23
**box** [1] - 134:4
**BOX** [2] - 1:18, 2:20
**boy** [2] - 57:16, 89:7
**BP** [89] - 3:13, 3:13, 3:14, 3:15, 3:16, 3:17, 3:18, 15:10, 18:6, 22:4, 22:12, 23:1, 23:19, 25:7, 26:10, 26:14, 26:18, 30:12, 30:14, 31:8, 32:4, 32:5, 33:5, 38:11, 40:4, 40:12, 40:25, 42:1, 42:22, 43:2, 43:5, 43:7, 52:1, 53:18, 56:22, 57:21, 62:14, 62:15, 62:24, 63:10, 63:13, 65:25, 66:7, 67:18, 72:15, 73:7, 73:14, 74:12, 80:22, 81:7, 81:19, 93:17, 99:18, 102:7, 102:9, 102:13, 107:3, 107:9, 108:7, 108:10, 108:22, 109:1, 109:13, 109:23, 110:15, 113:15, 114:20, 120:2, 122:12, 123:6, 125:23, 126:5, 126:23, 126:25, 128:23, 129:3, 130:23, 131:11, 133:8, 136:2, 136:13, 136:22, 139:15, 142:25, 143:3, 143:14, 144:5, 144:18
**BP's** [4] - 34:14, 63:24, 136:23, 144:5
**BP........** [1] - 8:25
**BRANCH** [1] - 2:14
**Break** [1] - 36:15
**break** [4] - 23:20, 36:19, 70:13, 70:14
**BREAK......................
................** [1] - 8:9
**breaking** [1] - 32:23
**Brent** [2] - 26:3, 29:17
**BRENT** [1] - 8:6

**Brett** [1] - 114:4
**brief** [6] - 27:23, 70:17, 102:12, 102:13, 111:24, 130:20
**briefed** [1] - 97:25
**briefing** [5] - 29:19, 29:21, 38:1, 93:10, 95:3
**briefly** [5] - 33:5, 34:11, 36:8, 109:7, 135:17
**briefs** [2] - 104:14, 149:17
**bright** [1] - 92:20
**brilliant** [1] - 128:12
**bring** [10] - 32:16, 32:25, 46:19, 49:4, 107:12, 109:24, 110:16, 129:9, 134:1, 135:3
**bringing** [4] - 98:6, 102:19, 108:8, 134:13
**brings** [1] - 67:22
**broader** [3] - 111:12, 145:18
**brought** [4] - 75:10, 77:10, 103:10, 103:13
**BROWN** [2] - 8:5, 8:6
**Brown** [20] - 12:20, 13:2, 13:10, 16:6, 16:10, 24:12, 24:15, 26:3, 27:23, 28:14, 29:16, 66:5, 71:24, 72:7, 73:5, 75:24, 78:3, 80:24, 130:10
**brown** [1] - 24:2
**Brown's** [1] - 25:10
**building** [2] - 86:2, 86:6
**BUILDING** [2] - 2:4, 5:4
**bump** [1] - 118:17
**bunch** [2] - 37:11, 37:19
**Bundle** [21] - 92:24, 93:5, 94:2, 94:3, 94:8, 94:9, 95:21, 95:22, 96:6, 96:7, 97:9, 97:12, 98:11, 98:12, 98:19, 99:4, 99:6, 99:11, 103:5
**BUNDLE** [2] - 10:18, 10:19
**bundle** [5] - 93:11, 96:19, 98:10, 99:6, 103:5
**bundles** [1] - 98:6

**Bundles** [1] - 98:9
**burden** [5] - 28:7, 112:14, 123:20, 127:5, 137:11
**burdens** [1] - 125:15
**burdensome** [1] - 137:20
**burn** [1] - 128:5
**business** [4] - 18:5, 23:13, 53:1, 53:13
**busy** [1] - 60:13
**butcher** [1] - 45:13
**buttons** [1] - 28:18
**Buzbee** [4] - 76:4, 76:7, 76:11, 76:18
**Buzbee's** [1] - 76:2
**BY** [30] - 1:4, 1:17, 1:21, 1:24, 2:3, 2:7, 2:10, 2:14, 2:20, 2:23, 3:10, 3:19, 3:23, 4:4, 4:8, 4:12, 4:18, 4:21, 4:24, 5:4, 5:13, 5:16, 5:19, 5:24, 6:4, 6:8, 6:12, 6:16, 7:6, 7:7
**bye** [1] - 80:20

## C

**C-O-W-I-E** [1] - 52:16
**C................................
................** [1] - 10:19
**CA** [1] - 2:16
**calculations** [1] - 46:13
**CALEB** [1] - 9:19
**Caleb** [1] - 74:24
**calendar** [14] - 22:6, 36:21, 36:24, 74:3, 74:10, 81:20, 81:21, 84:3, 87:10, 90:16, 90:20, 92:2, 93:10, 147:16
**CALLED** [1] - 12:4
**calmly** [1] - 27:8
**camera** [2] - 44:11, 117:16
**CAMERON** [1] - 4:3
**Cameron** [11] - 29:19, 68:3, 77:1, 78:23, 78:25, 79:4, 79:24, 107:16, 108:15, 111:3, 112:24
**camp** [1] - 37:17
**camp-out** [1] - 37:17
**CANAL** [2] - 6:12, 6:13
**candidly** [1] - 26:25
**Cannon** [1] - 74:25
**cannon** [1] - 75:2

**canvassed** [1] - 59:4
**capabilities** [1] - 85:18
**capture** [1] - 87:9
**care** [10] - 38:6, 45:24, 47:5, 59:18, 73:5, 84:5, 96:14, 96:15, 106:1, 127:19
**careful** [2] - 117:13, 139:7
**Cargol** [2] - 62:23, 63:3
**CARGOL...................
.........................** [1] -
9:12
**Carl** [1] - 73:1
**Carmelite** [4] - 68:3, 96:21, 111:4, 112:12
**CARMELITE** [1] - 4:4
**CARONDELET** [1] -
4:4
**carry** [2] - 41:12, 112:14
**cascade** [1] - 138:20
**case** [38] - 14:10, 17:10, 19:4, 23:14, 23:18, 29:18, 30:2, 30:5, 30:18, 30:21, 31:25, 32:7, 34:15, 42:7, 44:9, 57:10, 73:20, 81:6, 94:3, 94:4, 95:11, 96:17, 105:10, 113:3, 113:4, 114:22, 119:20, 121:16, 121:22, 124:3, 124:4, 127:14, 135:24, 137:2, 142:1, 144:19
**CASE............** [1] - 8:7
**cases** [15] - 30:6, 30:7, 30:9, 93:25, 94:1, 94:2, 94:8, 94:10, 96:6, 96:7, 97:9, 97:23, 98:3, 101:24, 135:22
**casualty** [2] - 13:25, 29:18
**categories** [2] -
105:18, 122:18
**CATEGORIES............
.........................** [1] -
10:24
**category** [3] - 32:22, 71:24, 83:20
**CATHLEENIA** [1] -
10:8
**Cathleenia** [2] - 84:19, 87:10
**Cathy** [2] - 150:13,

150:23
CATHY [1] - 7:3
Cathy_Pepper@laed
.uscourts.gov [1] -
150:25
cathy_Pepper@laed.
uscourts.gov [1] -
7:5
caution [2] - 139:4,
141:2
Cavanaugh's [1] -
122:1
caveats [2] - 70:2,
70:11
CCR [2] - 7:3, 150:23
cement [1] - 28:9
cementers [1] - 28:15
cementing [5] - 17:4,
17:22, 27:2, 27:18,
29:7
CENTER [2] - 6:4,
6:17
Center [1] - 85:14
CENTRE [1] - 3:10
CEO [3] - 42:1, 42:23,
42:24
certain [9] - 100:19,
100:22, 101:1,
105:9, 108:8,
116:11, 120:23,
123:18, 136:17
certainly [21] - 17:6,
25:14, 40:17, 45:7,
71:17, 77:9, 88:21,
100:1, 102:2, 106:9,
118:14, 122:3,
123:2, 125:13,
125:14, 127:14,
128:7, 134:1, 140:5,
140:14, 142:2
CERTIFICATE [1] -
150:11
certification [5] - 78:6,
78:8, 78:9, 113:21,
117:11
CERTIFIED [1] - 7:3
Certified [3] - 150:13,
150:14, 150:23
certify [1] - 150:16
chain [1] - 123:2
challenge [4] -
134:25, 135:10,
138:13, 141:7
challenges [1] -
139:20
chambers [2] -
108:23, 149:16
CHAMBERS [1] - 5:19
chance [1] - 31:10
Chandler [1] - 49:25

change [8] - 38:10,
38:12, 49:21, 52:19,
53:6, 69:2, 69:19,
91:21
changed [4] - 14:12,
34:16, 37:20, 95:7
changes [4] - 35:4,
54:13, 54:14, 104:13
chap [1] - 88:15
characterize [1] -
103:4
CHARLES [2] - 5:24,
5:25
check [16] - 53:22,
54:4, 54:9, 55:12,
55:16, 56:8, 57:4,
59:21, 83:21,
116:22, 124:20,
125:12, 127:8,
127:9, 128:12
checked [1] - 65:13
checking [1] - 59:14
Cheryl [1] - 130:10
CHICAGO [1] - 3:25
chief [2] - 19:5, 119:25
chime [1] - 15:22
choice [1] - 71:10
chooses [1] - 113:8
chore [1] - 122:14
CHOY [1] - 8:6
Choy [2] - 26:3, 29:17
CHRIS [1] - 8:6
Chris [2] - 26:3, 29:17
CHRONIC [1] - 11:4
chronic [1] - 113:25
CHRYSLER [1] - 5:4
CIRCLE [1] - 2:11
circuit [1] - 111:15
circulate [1] - 89:23,
100:7
circulated [3] - 87:17,
89:20, 89:21
cited [4] - 119:23,
120:1, 120:24, 124:9
City [2] - 118:6,
127:16
CIVIL [2] - 1:6, 2:14
civil [5] - 105:14,
105:15, 105:19,
105:24, 106:7
claim [13] - 16:8, 71:2,
74:16, 74:17, 75:7,
75:10, 76:23, 81:5,
81:9, 81:22, 83:21,
106:12, 106:14
claimant [1] - 106:13
claimants [4] - 20:18,
21:16, 22:19, 24:10
claimed [1] - 108:7
CLAIMS [1] - 10:22

claims [24] - 20:19,
21:19, 21:23, 24:24,
25:5, 74:19, 105:6,
105:9, 105:11,
105:13, 105:14,
105:15, 105:16,
106:17, 106:20,
108:10, 109:13,
109:14, 109:24,
110:7, 110:16,
110:17, 117:4,
142:10
clarification [11] -
26:19, 28:6, 68:1,
68:19, 92:19, 93:24,
100:10, 104:9,
108:5, 111:14,
149:23
clarify [3] - 56:19,
107:24, 131:2
clarifying [2] - 93:25,
107:7
clarity [3] - 26:22,
92:22, 101:19
clarity's [1] - 104:15
classify [1] - 21:13
cleanup [1] - 98:2
clear [20] - 17:20,
19:14, 26:25, 36:5,
40:22, 45:11, 47:4,
50:12, 65:17, 68:25,
93:6, 94:20, 96:5,
102:16, 104:19,
107:12, 107:19,
110:11, 110:22,
146:18
cleared [2] - 49:20,
73:14
clearly [9] - 29:2,
114:11, 116:2,
120:11, 132:6,
134:21, 135:8,
136:11, 136:19
clears [1] - 40:9
CLERK [19] - 12:7,
41:5, 46:24, 53:6,
69:24, 70:19, 72:11,
80:4, 80:8, 84:6,
84:10, 84:13, 86:22,
92:3, 92:11, 95:17,
128:9, 149:17,
149:22
Clerk's [3] - 38:4,
38:7, 86:23
clever [2] - 31:3
client [10] - 14:16,
18:3, 18:8, 19:21,
19:25, 27:7, 44:16,
77:10, 84:20, 109:8
clients [12] - 13:8,

14:7, 19:1, 23:8,
23:14, 26:2, 26:12,
76:3, 109:5, 110:13,
149:24
close [4] - 22:21,
22:22, 91:9, 114:20
closed [1] - 120:4
closer [1] - 52:2
clutter [1] - 102:6
co [2] - 80:12, 131:17
co-plaintiffs [1] -
131:17
co-request [1] - 80:12
Coast [2] - 147:11,
149:18
Cocales [1] - 114:4
coconut [1] - 138:9
cognizant [2] - 85:8,
85:15
Cohen [1] - 91:20
coin [1] - 141:12
collect [1] - 21:25
collectively [2] - 32:6,
148:21
COLSON [2] - 2:9
combined [1] - 47:1
coming [14] - 24:11,
32:4, 33:6, 40:24,
45:15, 50:14, 78:18,
86:9, 108:23, 115:1,
115:9, 122:12,
138:1, 142:19
commandment [1] -
33:13
comment [2] - 71:19,
132:11
comments [1] -
115:16
Commission [4] -
119:24, 122:21,
123:13, 127:1
commit [2] - 78:25,
79:9
commitment [2] -
124:23, 125:9
Committee [2] -
131:23, 132:1
common [1] - 131:16
communally [1] -
46:18
communicate [1] -
131:17
communicated [1] -
134:7
communication [1] -
141:15
communications [8] -
130:23, 131:1,
131:12, 131:15,
131:22, 131:25,

136:1, 136:5
COMPANY [3] - 3:14,
4:15
company [1] - 78:9
compartment [1] -
13:9
compel [1] - 135:19
competing [1] - 139:8
competitors [3] -
136:23, 142:11
complain [1] - 114:18
complaining [1] -
115:22
complaint [19] - 30:15,
31:5, 97:18, 98:12,
98:13, 98:16, 99:12,
99:19, 99:20,
100:12, 100:16,
101:2, 101:3, 101:4,
101:18, 101:22,
103:3, 104:4, 104:11
COMPLAINT... [1] -
10:20
COMPLAINT...............
.............. [1] - 10:21
complaints [3] -
92:24, 99:7, 140:8
COMPLAINTS..........
....................... [1] -
10:18
complete [1] - 39:6
completely [2] -
34:16, 64:7
complied [1] - 33:18
comply [1] - 106:10
comprised [1] - 89:16
COMPUTER [1] - 7:7
concern [1] - 14:7,
14:17, 26:2, 85:13,
90:17, 106:11,
111:16, 129:7,
129:21
concerned [4] - 14:3,
114:9, 128:23, 136:3
concerning [3] - 14:6,
29:19, 29:21
concerns [1] - 35:13,
41:21, 41:25
conclude [1] - 18:23
concluded [3] - 15:6,
91:10, 150:7
conclusion [1] - 23:7
concrete [1] - 126:8
conducted [1] - 20:14
conducting [1] - 15:2
confer [1] - 31:10,
117:8, 118:12,
129:20, 130:18,
132:13, 136:8,
137:4, 139:1, 139:5,

139:21
**CONFERENCE** [2] -
1:12, 11:11
**conference** [11] -
12:15, 43:9, 64:8,
67:4, 67:7, 67:16,
67:19, 67:23, 73:17,
95:18
**conferences** [4] -
109:3, 147:17,
147:19, 148:1
**conferred** [2] - 63:9,
133:14
**conferring** [1] -
135:18
**confers** [6] - 132:17,
135:20, 138:3,
138:11, 138:14,
141:22
**confidence** [1] - 64:20
**confident** [3] - 65:24,
140:13, 140:16
**confidential** [16] -
134:18, 134:23,
135:12, 135:20,
135:21, 136:17,
136:20, 137:10,
137:12, 137:19,
138:6, 139:6, 140:1,
141:9, 141:11,
141:20
**CONFIDENTIALITY**
[1] - 11:8
**confidentiality** [14] -
134:16, 135:1,
135:17, 137:2,
138:10, 138:13,
138:14, 138:19,
140:12, 140:13,
141:3, 142:10,
142:17, 142:18
**configured** [1] - 17:5
**confining** [1] - 38:15
**confirm** [3] - 51:4,
83:14, 131:14
**confirmation** [2] -
72:14, 83:24
**confirmed** [6] - 48:21,
58:11, 59:25, 60:1,
72:11, 75:10
**confused** [2] - 96:22,
131:19
**Congress** [1] - 123:13
**connection** [4] -
85:23, 86:14, 136:2,
139:20
**consecutive** [1] - 66:8
**consensus** [1] - 62:3
**conservative** [1] -
139:16

**consider** [4] - 16:16,
31:11, 39:13, 63:3
**considered** [2] - 94:8,
103:9
**consistent** [1] - 20:11
**consistently** [1] -
71:20
**consolidated** [2] -
30:11, 31:2
**constitutional** [1] -
111:11
**constrained** [1] -
28:13
**construed** [1] - 146:19
**consultation** [1] -
84:24
**contact** [9] - 40:15,
71:7, 72:17, 73:9,
76:16, 81:7, 83:13,
86:9, 125:4
**contacted** [2] - 72:13,
72:18
**contacting** [1] - 71:4
**contemplate** [1] - 98:6
**contemplated** [1] -
98:6
**contention** [12] -
26:14, 144:6,
144:14, 144:25,
145:7, 145:9,
145:14, 145:17,
145:22, 146:10,
146:21, 147:1
**contention-like** [1] -
26:14
**contentions** [1] -
28:25
**context** [3] - 132:5,
137:22, 138:3
**continue** [6] - 15:4,
15:18, 15:19, 77:24,
132:17, 148:1
**continued** [1] - 119:17
**CONTINUED** [6] - 2:1,
3:1, 4:1, 5:1, 6:1, 7:1
**continues** [1] - 119:5
**continuing** [1] - 136:8
**contractually** [1] -
22:17
**conundrum** [1] -
97:18
**convenient** [1] - 47:20
**Convention** [1] -
53:16
**conversant** [1] - 97:5
**conversation** [2] -
63:17, 129:23
**conversations** [5] -
26:8, 47:11, 63:10,
90:18, 132:21

**Coon** [4] - 127:22,
127:23, 128:8,
128:14
**cooperating** [1] -
61:11
**cooperative** [2] -
122:3, 132:7
**coordinate** [1] - 76:12
**coordinated** [1] -
144:21
**coordinating** [1] -
109:16
**coordination** [1] -
144:20
**copies** [2] - 25:15,
89:22
**copy** [3] - 122:13,
124:14, 125:19
**CORAL** [1] - 2:11
**core** [3] - 95:6, 97:21,
97:22
**COREY** [1] - 2:23
**Corey** [10] - 36:21,
48:12, 52:14, 55:20,
99:4, 99:18, 99:22,
100:13, 109:9,
109:10
**corporate** [4] - 43:1,
43:2, 109:4, 109:14
**CORPORATE** [1] -
11:1
**CORPORATION** [5] -
3:15, 4:3, 4:15, 4:16,
5:3
**correct** [28] - 13:4,
16:18, 23:1, 24:4,
46:8, 46:16, 52:22,
56:2, 60:9, 68:9,
68:10, 70:24, 72:13,
75:8, 86:2, 90:21,
99:1, 99:21, 103:17,
110:24, 111:20,
130:12, 130:13,
144:24, 150:2,
150:3, 150:17
**cost** [2] - 88:10, 88:14
**costs** [3] - 61:13, 89:5,
89:10
**COSTS**............. [1] -
10:12
**COTLAR** [1] - 1:20
**cough** [1] - 47:2
**COUNSEL** [1] - 1:17
**counsel** [49] - 19:7,
23:6, 24:2, 26:12,
26:16, 28:16, 42:6,
43:12, 50:22, 55:14,
59:4, 60:12, 60:16,
61:2, 61:14, 61:15,
61:20, 66:15, 66:25,

67:3, 67:17, 73:9,
76:5, 81:7, 81:11,
81:17, 81:18, 81:21,
82:24, 83:1, 83:13,
83:23, 89:9, 90:19,
108:15, 109:17,
128:10, 128:11,
131:15, 131:25,
133:11, 135:23,
136:3, 136:4, 144:5,
147:2
**Counsel** [1] - 59:3
**counsel's** [2] - 61:23,
119:25
**count** [3] - 46:4, 85:8,
116:1
**couple** [9] - 38:3,
73:11, 74:13, 74:24,
77:14, 87:4, 113:11,
116:17, 143:9
**course** [10] - 13:12,
19:13, 20:20, 22:24,
44:1, 44:8, 78:5,
87:1, 101:2, 146:21
**court** [18] - 15:18,
15:19, 29:18, 29:20,
29:23, 30:3, 30:8,
30:10, 30:25, 31:1,
31:2, 70:19, 85:22,
85:24, 86:16, 86:17,
96:19, 128:8
**COURT** [417] - 1:1,
7:3, 8:7, 12:4, 12:8,
12:10, 12:13, 12:24,
13:1, 13:5, 13:16,
14:17, 14:20, 14:24,
15:14, 15:21, 15:25,
16:4, 16:16, 16:19,
17:1, 17:21, 17:25,
18:11, 19:11, 19:19,
20:8, 20:15, 21:9,
22:1, 22:16, 23:11,
23:23, 24:3, 24:6,
25:3, 25:9, 25:17,
25:25, 26:7, 26:15,
27:11, 27:17, 28:5,
28:19, 28:22, 28:24,
29:3, 29:9, 29:12,
29:23, 30:19, 31:11,
31:17, 31:19, 31:22,
32:3, 33:9, 34:1,
34:10, 34:12, 34:24,
35:16, 35:21, 36:1,
36:4, 36:11, 36:14,
36:17, 36:19, 36:23,
37:3, 37:15, 37:18,
37:22, 38:14, 38:17,
38:23, 40:3, 40:9,
40:14, 40:22, 41:11,
42:9, 43:8, 43:13,

43:16, 44:1, 44:14,
44:17, 44:19, 45:12,
45:16, 45:24, 46:3,
46:7, 46:9, 46:13,
46:17, 46:22, 47:1,
47:14, 47:16, 47:19,
47:22, 47:25, 48:2,
48:5, 48:7, 48:10,
48:12, 48:15, 48:19,
48:23, 48:25, 49:5,
49:10, 49:14, 49:16,
50:3, 50:19, 51:4,
51:10, 51:24, 52:6,
52:18, 53:2, 53:7,
53:21, 53:23, 54:1,
54:3, 54:6, 54:10,
54:13, 54:15, 54:22,
55:8, 55:11, 55:13,
55:17, 55:25, 56:7,
56:10, 56:18, 57:1,
57:6, 57:9, 57:16,
57:24, 58:4, 58:10,
58:14, 58:18, 58:21,
58:24, 59:1, 59:6,
59:8, 59:18, 59:22,
60:4, 60:8, 60:10,
60:15, 60:17, 60:25,
61:5, 61:8, 61:16,
62:1, 62:7, 62:18,
62:20, 63:2, 64:4,
64:11, 65:5, 66:3,
66:9, 66:14, 66:24,
67:2, 67:6, 67:9,
67:12, 67:20, 68:2,
68:7, 68:14, 68:25,
69:6, 69:17, 69:19,
69:21, 69:25, 70:12,
70:20, 70:25, 71:8,
71:17, 71:21, 72:1,
72:3, 72:6, 72:10,
72:15, 73:2, 73:4,
73:22, 74:1, 74:15,
74:21, 75:7, 75:13,
75:19, 75:22, 75:25,
76:10, 76:20, 77:1,
77:7, 77:13, 77:21,
78:2, 78:10, 78:17,
78:21, 79:8, 79:11,
79:15, 80:3, 80:7,
80:9, 80:13, 80:19,
80:25, 81:11, 81:19,
82:7, 82:10, 82:12,
82:17, 82:20, 83:11,
83:18, 83:22, 84:2,
84:7, 84:14, 84:21,
85:4, 85:11, 85:17,
86:8, 86:13, 86:23,
87:11, 87:15, 87:21,
87:24, 88:1, 88:3,
88:7, 88:18, 88:22,
88:24, 89:3, 89:14,

89:18, 89:23, 90:1, 90:8, 90:22, 91:6, 91:11, 91:13, 91:19, 92:1, 92:4, 92:7, 92:10, 92:12, 92:16, 93:12, 93:14, 93:16, 93:20, 93:22, 94:15, 94:24, 95:10, 95:18, 95:25, 96:3, 96:17, 98:4, 98:18, 98:20, 98:23, 98:25, 99:2, 99:9, 100:3, 100:9, 100:24, 101:25, 102:21, 102:23, 103:13, 103:15, 103:22, 103:24, 104:7, 104:22, 105:3, 105:21, 106:5, 106:18, 106:24, 107:25, 108:4, 108:17, 108:19, 108:23, 109:6, 109:22, 110:2, 110:18, 110:24, 111:2, 111:18, 112:12, 112:19, 112:21, 113:3, 113:7, 114:13, 114:23, 115:2, 115:7, 115:12, 118:16, 118:20, 119:1, 120:12, 121:15, 122:15, 122:18, 123:10, 123:21, 124:14, 124:23, 125:1, 125:16, 125:25, 126:14, 127:2, 127:12, 127:19, 128:4, 128:6, 128:11, 128:15, 128:18, 129:16, 129:25, 130:2, 130:8, 130:17, 131:4, 131:6, 131:20, 132:3, 132:11, 132:18, 133:3, 133:16, 134:3, 134:12, 135:14, 136:9, 137:9, 137:24, 138:24, 139:24, 140:19, 141:13, 141:18, 142:3, 142:20, 142:24, 143:12, 143:22, 144:2, 144:9, 144:23, 145:3, 145:11, 145:13, 145:19, 146:2, 146:4,

146:16, 146:23, 147:13, 147:24, 148:8, 148:10, 148:15, 148:18, 148:20, 149:3, 149:6, 149:11, 150:3, 150:5
**Court** [39] - 13:20, 15:13, 30:4, 30:5, 30:7, 30:17, 37:24, 45:7, 47:21, 51:19, 63:9, 64:22, 65:10, 65:19, 71:16, 76:6, 94:9, 95:23, 97:25, 102:10, 103:8, 108:21, 111:10, 113:12, 114:10, 114:15, 115:1, 116:14, 126:13, 133:22, 138:22, 140:23, 150:14, 150:15, 150:16, 150:24, 150:24
**Court's** [7] - 47:13, 51:6, 63:21, 64:24, 69:13, 111:17, 112:4
**COURT**.....................
............ [1] - 8:10
**courtesy** [1] - 35:21
**courthouse** [2] - 85:20, 86:25
**courtroom** [2] - 14:15, 36:10
**courtrooms** [1] - 87:4
**cover** [13] - 12:19, 42:25, 43:4, 43:5, 47:16, 70:14, 80:4, 85:25, 101:22, 110:2, 147:15, 148:3, 149:15
**covered** [6] - 39:17, 52:15, 101:10, 101:17, 111:18, 131:24
**covers** [2] - 36:6, 131:19
**COVINGTON** [1] - 3:5
**Cowie** [4] - 52:15, 52:16, 53:16, 54:20
**COWIE**....................
..................... [1] - 9:2
**Cowlam** [2] - 59:3, 59:7
**COWLAM** [1] - 59:3
**COWLAM**..................
........................ [1] - 9:7
**created** [1] - 13:12
**crew** [2] - 82:8, 82:9

criminal [1] - 81:17
critical [1] - 34:20
criticism [1] - 136:15
cross [2] - 120:2, 143:4
cross-examination [1] - 143:4
crossclaim [2] - 107:10, 107:11
crossclaimed [3] - 107:14, 107:15
crossclaims [3] - 107:13, 107:17, 107:21
crossfire [1] - 45:3
CRR [2] - 7:3, 150:23
CSI [4] - 63:7, 63:15, 66:25, 68:5
CSI's [2] - 66:15, 67:17
culling [1] - 35:1
culture [2] - 43:2
cumbersome [1] - 134:25
CUNNINGHAM [12] - 1:23, 1:24, 42:10, 44:10, 48:1, 49:7, 49:20, 53:8, 54:25, 56:5, 60:21, 85:5
Cunningham [11] - 41:17, 42:4, 42:10, 44:4, 44:10, 47:25, 49:5, 49:12, 49:19, 53:7, 60:17
cure [5] - 20:12, 20:22, 20:23, 21:6, 23:16
cured [1] - 12:16
curious [1] - 19:22
current [1] - 19:1
cursed [1] - 144:2
cursory [2] - 100:18, 105:10
CURT [1] - 9:17
Curt [1] - 72:10
custodial [10] - 34:4, 34:5, 35:2, 77:24, 113:16, 114:23, 114:24, 116:11, 117:11, 117:23
custodian's [1] - 116:12
custody [1] - 123:3
cut [2] - 135:9, 135:13

## D

D1 [2] - 97:11, 98:9
DA [3] - 101:24, 102:9,

103:8
daily [2] - 115:23, 116:7
DALLAS [2] - 4:10, 6:17
damages [9] - 14:1, 14:9, 16:2, 16:15, 19:24, 20:5, 23:8, 23:17, 101:15
dandy [1] - 47:14
DART [9] - 3:3, 37:2, 82:15, 82:19, 102:24, 103:14, 103:17, 103:20, 103:23
Dart [2] - 102:24, 109:18
DAs [1] - 103:14
data [2] - 114:25, 136:22
date [21] - 32:2, 35:7, 48:21, 48:23, 50:9, 51:9, 56:23, 57:21, 60:8, 64:17, 71:13, 75:20, 77:15, 91:21, 93:4, 99:23, 107:20, 107:24, 110:21, 113:24, 116:11
dated [1] - 118:6
dates [36] - 41:2, 48:4, 49:4, 54:5, 54:6, 55:19, 64:6, 64:9, 65:3, 65:18, 65:22, 71:9, 72:14, 72:23, 74:20, 76:6, 76:8, 76:10, 76:14, 77:16, 79:6, 79:20, 81:20, 83:8, 83:9, 83:14, 83:22, 84:1, 90:12, 90:21, 108:22, 119:4, 147:15
Dates [1] - 92:19
DATES.....................
................. [1] - 10:17
daughter's [2] - 48:21, 49:2
DAUPHIN [1] - 1:24
DAVID [3] - 6:23, 8:16, 9:10
David [2] - 45:22, 60:3
Davis [1] - 77:1
DAY [1] - 8:9
days [22] - 41:22, 42:15, 43:25, 57:16, 57:19, 60:19, 63:19, 66:8, 71:10, 74:4, 74:7, 77:14, 81:4, 88:21, 88:22, 88:25, 89:17, 118:7, 123:9, 124:10, 148:21,

148:24
DC [3] - 2:21, 4:22, 5:14
de [1] - 135:25
de-designated [1] - 135:25
DEADLINE [1] - 9:14
deadline [10] - 64:24, 65:6, 66:5, 68:6, 68:8, 68:13, 69:21, 74:7, 76:7, 149:25
deadlines [5] - 33:2, 68:18, 68:21, 69:1, 107:3
deal [10] - 47:3, 51:21, 93:10, 95:23, 110:10, 115:4, 126:16, 129:12, 142:13, 145:25
dealt [1] - 45:4
Deb [18] - 17:23, 19:19, 19:20, 20:15, 24:7, 24:17, 27:14, 66:11, 68:7, 85:18, 86:10, 105:4, 108:20, 109:7, 112:21, 128:19, 128:20, 149:15
Deb's [2] - 86:2, 109:5
DEBORAH [1] - 4:18
dec [1] - 103:4
decide [2] - 37:5, 37:6
decided [1] - 148:5
decides [1] - 112:25
declaratory [2] - 103:6, 103:11
deemed [3] - 96:13, 104:20, 138:6
deeming [2] - 104:1, 104:3
DEEPWATER [3] - 1:4, 3:8, 3:9
default [1] - 57:21
defect [1] - 73:20
defendant [3] - 131:3, 137:18, 145:22
defendants [23] - 14:11, 17:19, 20:23, 24:23, 30:2, 30:16, 31:9, 31:11, 31:15, 34:6, 35:10, 68:20, 77:12, 94:10, 100:11, 133:12, 134:23, 136:14, 138:7, 138:25, 142:11, 144:25, 145:7
defendants' [1] - 97:4
defense [1] - 145:23
defenses [2] - 107:11,

107:18
**defer** [4] - 21:22, 24:14, 80:15, 80:19
**deferred** [1] - 22:11
**deferring** [1] - 25:9
**deficiency** [2] - 47:4, 96:24
**deficient** [1] - 38:6
**define** [1] - 16:1
**defined** [1] - 29:12
**definite** [1] - 59:15
**definitely** [1] - 81:10
**definition** [1] - 65:11
**delay** [2] - 135:12, 140:8
**delays** [1] - 140:25
**deliver** [1] - 113:15
**demerit** [1] - 92:13
**denied** [2] - 82:16, 84:20
**Dennis** [2] - 58:5, 58:12
**DENNIS** [3] - 5:20, 9:5, 9:6
**dep** [3] - 56:24, 59:5, 75:3
**DEPARTMENT** [2] - 2:13, 2:19
**Department** [1] - 126:20
**dependent** [1] - 64:14
**depo** [2] - 63:4, 70:9
**deponent** [2] - 56:22, 56:25
**deponents** [5] - 20:17, 73:13, 114:1, 126:6
**depos** [1] - 58:3
**depose** [1] - 111:7
**deposed** [6] - 15:5, 16:25, 21:19, 32:14, 42:15, 89:12
**deposing** [1] - 14:15
**Deposition** [2] - 52:1, 111:3
**DEPOSITION** [2] - 8:18, 8:25
**deposition** [80] - 13:3, 14:11, 15:3, 15:4, 15:13, 16:20, 16:24, 17:13, 18:12, 18:17, 18:22, 18:23, 19:13, 19:23, 20:3, 20:4, 20:5, 20:13, 20:20, 21:14, 21:25, 22:4, 23:8, 24:11, 25:1, 26:4, 27:9, 28:1, 28:2, 28:8, 32:18, 33:13, 33:21, 34:23, 35:1, 35:5, 35:22, 42:7, 42:19, 44:12,

47:17, 50:9, 50:12, 50:25, 51:5, 51:8, 57:3, 62:24, 63:7, 64:6, 64:9, 64:17, 65:14, 65:20, 78:18, 81:8, 81:23, 81:25, 82:2, 91:7, 91:21, 113:16, 114:4, 116:12, 119:8, 122:10, 124:12, 138:5, 138:18, 139:10, 139:11, 139:15, 139:17, 140:2, 140:5, 141:5, 141:20, 143:2, 149:18
**DEPOSITION............**
**...............** [1] - 11:3
**depositions** [28] - 14:9, 15:9, 15:15, 20:16, 32:8, 37:1, 38:18, 42:12, 43:1, 53:9, 57:21, 68:12, 70:6, 79:6, 85:9, 114:11, 119:23, 122:5, 122:7, 126:10, 128:24, 129:10, 129:15, 130:5, 130:8, 134:21, 143:9, 149:9
**DEPUTY** [2] - 12:7, 70:19
**description** [1] - 81:5
**deserve** [1] - 117:15
**design** [1] - 136:21
**designate** [1] - 105:23
**designated** [8] - 94:3, 94:6, 94:22, 95:24, 119:20, 134:18, 135:25, 139:5
**designating** [1] - 141:11
**designation** [3] - 52:8, 135:7, 140:1
**DESIGNATIONS** [1] - 8:25
**designations** [14] - 134:16, 135:1, 135:10, 136:2, 138:8, 138:10, 138:13, 138:14, 138:19, 139:10, 139:12, 139:15, 139:17, 141:2
**Designations** [1] - 52:1
**DESIGNATIONS........**
**..................** [1] - 11:8
**desire** [1] - 131:14
**desk** [1] - 119:11

despite [1] - 107:24
**detail** [2] - 115:15, 137:25
**detailed** [2] - 42:2, 119:3
**details** [2] - 19:6, 42:21
**determinations** [1] - 98:1
**determine** [2] - 124:2, 143:10
**developed** [2] - 32:7, 71:22
**devote** [1] - 21:1
**devoting** [2] - 139:1, 141:15
**DEXTER** [1] - 2:24
**diagnosis** [1] - 19:2
**dialogue** [1] - 144:4
**difference** [5] - 23:18, 28:19, 28:24, 28:25, 63:12
**different** [15] - 15:5, 46:9, 54:12, 64:19, 74:4, 78:20, 81:5, 99:16, 101:13, 105:1, 105:12, 105:13, 105:18, 106:14, 106:17
**DIFFERENT** [1] - 10:24
**difficult** [5] - 71:7, 120:8, 120:9, 121:5, 139:23
**difficulty** [1] - 12:15
**direct** [1] - 87:16
**directed** [4] - 84:22, 89:8, 127:22, 144:22
**directing** [1] - 128:8
**directive** [1] - 131:7
**directly** [2] - 30:8, 101:2
**disadvantage** [1] - 20:2
**disagree** [1] - 138:25
**disc** [2] - 122:14, 123:3
**discover** [1] - 16:5
**discovering** [1] - 16:2
**DISCOVERY** [3] - 1:12, 11:1, 11:9
**discovery** [27] - 20:1, 21:4, 25:2, 30:1, 32:7, 32:17, 32:23, 32:25, 33:4, 34:1, 109:3, 109:11, 110:9, 110:22, 110:23, 113:11, 120:4, 131:11, 143:17, 144:19,

144:22, 145:16, 146:11, 146:22, 147:2, 149:25
**discrete** [4] - 122:21, 123:10, 124:15, 125:19
**discretion** [1] - 137:7
**discs** [1] - 123:6
**discuss** [2] - 43:17, 133:4
**discussed** [2] - 47:10, 113:22
**discussing** [3] - 33:7, 97:2, 133:9
**discussion** [15] - 31:24, 90:7, 90:15, 108:13, 110:20, 111:6, 111:8, 117:3, 133:13, 137:4, 137:22, 138:21, 140:22, 141:16, 142:19
**discussions** [7] - 25:4, 25:7, 69:12, 109:10, 117:8, 119:3, 132:8
**dismiss** [11] - 30:22, 31:2, 93:9, 94:7, 94:18, 95:7, 98:12, 102:8, 102:9, 104:12, 104:14
**dismissal** [1] - 31:8
**dismissed** [3] - 30:21, 30:25, 31:4
**disorder** [1] - 18:19
**dispute** [1] - 17:17
**disputes** [2] - 63:20, 67:15
**distinct** [1] - 123:23
**distinction** [1] - 139:10
**distinguish** [1] - 103:7
**distinguished** [1] - 103:8
**distracted** [1] - 139:4
**District** [3] - 150:15, 150:16, 150:24
**DISTRICT** [2] - 1:1, 1:1
**district** [2] - 101:13, 103:20
**divide** [1] - 148:21
**DIVISION** [1] - 2:14
**DNV** [3] - 10:16, 91:20, 92:1
**docket** [3] - 100:18, 100:21, 101:14
**Document** [1] - 38:8
**document** [28] - 34:1, 35:4, 38:16, 62:7, 64:15, 64:16, 65:1,

65:15, 65:23, 66:4, 106:2, 106:21, 121:4, 121:10, 123:2, 123:18, 124:4, 124:8, 125:2, 125:6, 128:22, 134:23, 136:16, 137:17, 141:1, 143:19, 147:4, 150:5
**DOCUMENT** [3] - 1:9, 8:11, 11:6
**documents** [91] - 34:3, 34:21, 34:23, 35:2, 50:7, 50:8, 50:11, 51:1, 51:2, 51:8, 51:14, 61:9, 62:9, 62:18, 63:7, 63:15, 63:21, 64:25, 68:8, 90:9, 106:3, 113:25, 114:1, 114:3, 114:6, 116:11, 116:21, 117:1, 117:2, 117:5, 117:11, 117:16, 117:21, 117:23, 118:6, 118:10, 118:12, 119:15, 119:18, 119:21, 120:5, 120:20, 120:22, 120:23, 121:1, 121:7, 121:15, 121:17, 121:21, 121:25, 122:4, 122:6, 122:10, 122:17, 122:18, 123:22, 125:12, 125:23, 126:5, 126:15, 127:16, 127:17, 129:3, 129:8, 129:12, 129:18, 130:4, 130:6, 130:14, 134:22, 135:23, 135:24, 135:25, 136:20, 136:24, 138:4, 139:5, 139:10, 139:18, 139:19, 139:20, 139:22, 140:7, 140:9, 140:11, 140:14, 146:13
**DOCUMENTS** [1] - 8:22
**Documents** [1] - 50:4
**DOCUMENTS.......** [1] - 11:4
**DOJ** [2] - 108:8, 132:14
**DOMENGEAUX** [1] -

1:17
**Dominic** [1] - 29:17
**DOMINIC** [1] - 8:6
**DON** [2] - 3:19, 5:19
**don** [1] - 142:21
**Don** [12] - 27:13, 40:5,
48:10, 61:16, 99:4,
100:9, 110:3, 128:4,
142:25, 143:12,
149:22
**DONALD** [1] - 4:8
**done** [32] - 19:25,
26:5, 28:9, 33:3,
38:19, 39:1, 63:22,
67:20, 68:16, 72:18,
76:17, 83:17, 84:23,
85:2, 88:18, 94:1,
95:2, 96:6, 113:1,
114:15, 123:8,
124:12, 132:24,
134:4, 140:11,
140:12, 140:13,
148:4, 148:17
**door** [2] - 36:3, 36:4
**double** [2] - 31:7,
116:22
**doubtful** [1] - 40:3
**Doug** [9] - 13:10, 19:8,
26:3, 27:23, 27:24,
29:16, 71:24, 78:3,
80:24
**DOUG** [1] - 8:6
**Douglas** [4] - 13:2,
71:24, 73:5
**DOUGLAS** [1] - 8:5
**down** [24] - 22:10,
23:20, 24:5, 32:23,
44:6, 44:19, 51:5,
52:16, 55:18, 58:1,
60:4, 60:14, 61:19,
61:22, 68:13, 82:7,
83:8, 89:1, 91:13,
100:4, 100:5,
126:15, 129:1,
148:10
**Dr** [1] - 19:5
**draft** [2] - 103:25,
104:1
**drafted** [1] - 134:5
**drawing** [1] - 139:9
**Dril** [4] - 84:15, 87:17,
87:18, 88:1
**DRIL** [3] - 5:18, 10:7,
10:9
**DRIL-QUIP** [3] - 5:18,
10:7, 10:9
**Dril-Quip** [4] - 84:15,
87:17, 87:18, 88:1
**DRILLING** [1] - 3:8
**drives** [1] - 120:10

**drop** [2] - 56:25, 62:25
**drop-in** [1] - 56:25
**dropped** [1] - 95:4
**dropping** [1] - 63:1
**due** [3] - 35:13, 98:14,
148:13
**DUFFY** [3] - 3:24,
146:8, 146:17
**Duffy** [2] - 146:7,
146:8
**duly** [1] - 58:21
**dump** [1] - 65:4
**DUNBAR** [1] - 6:11
**during** [12] - 19:12,
20:20, 37:4, 42:13,
55:19, 55:21, 63:11,
66:8, 70:6, 79:7,
81:25, 82:2
**Dustin** [1] - 72:25
**dutifully** [1] - 26:10
**DYNAMIC** [1] - 6:7
**Dynamic** [1] - 68:17

## E

**E&P** [1] - 4:15
**e-mail** [30] - 16:20,
18:25, 26:9, 37:2,
37:3, 37:5, 37:6,
45:8, 45:19, 58:12,
59:12, 63:10, 63:17,
63:24, 64:5, 64:18,
66:15, 71:12, 79:19,
82:4, 87:19, 115:21,
116:4, 116:6, 117:3,
118:12, 128:21,
143:15, 144:4
**e-mailed** [1] - 76:11
**e-mails** [6] - 73:18,
110:4, 118:24,
135:8, 135:10, 141:7
**early** [4] - 14:3, 50:1,
92:25, 128:2
**earth** [1] - 119:2
**easier** [4] - 124:19,
125:1, 125:9, 145:25
**easiest** [2] - 86:7,
125:14
**EASTERN** [1] - 1:1
**Eastern** [1] - 150:16
**easy** [2] - 23:10, 50:3
**economic** [4] -
105:14, 105:19,
105:24, 106:7
**EDDY** [1] - 9:22
**Eddy** [3] - 78:12,
78:23, 79:2
**educated** [1] - 34:6
**EDWARDS** [1] - 1:17

**eel** [1] - 61:22
**effect** [3] - 76:12,
103:25, 104:2
**efficient** [2] - 97:14,
121:2
**effort** [2] - 117:20,
141:16
**efforts** [2] - 122:2,
139:14
**EIDSON** [1] - 2:9
**eight** [2] - 52:15, 85:9
**either** [13] - 15:4,
25:19, 57:2, 61:24,
65:14, 74:15, 93:3,
106:2, 127:23,
131:19, 132:2,
147:6, 147:13
**electronic** [1] - 38:4
**elephant** [1] - 79:13
**ELLIS** [1] - 3:22
**ELM** [1] - 4:9
**ELMO** [1] - 91:23
**embarrassing** [1] -
141:8
**employees** [3] - 15:8,
22:2, 22:3
**enable** [2] - 23:17
**encompasses** [1] -
129:4
**end** [7] - 46:19, 92:16,
108:22, 116:7,
119:23, 132:14
**endeavor** [1] - 78:22
**enemy** [1] - 120:16
**ENERGY** [2] - 3:10,
4:7
**ENFORCEMENT** [1] -
2:19
**engaged** [1] - 132:8
**engine** [2] - 13:8, 19:9
**England** [1] - 53:3
**ensued** [2] - 29:20,
29:21
**enter** [4] - 15:7, 31:14,
142:16, 144:13
**entities** [5] - 31:16,
110:12, 119:18,
121:2, 125:24
**entitled** [1] - 150:19
**ENVIRONMENTAL** [1]
- 2:19
**envisioned** [2] -
21:14, 24:10
**episodes** [1] - 115:20
**ERIC** [1] - 10:11
**Eric** [2] - 88:8, 88:16
**Ernest** [1] - 74:25
**erring** [2] - 141:2,
141:12
**ERVIN** [1] - 2:10

**ESI** [1] - 119:10
**especially** [1] - 141:5
**ESQUIRE** [43] - 1:17,
1:21, 1:24, 2:3, 2:7,
2:10, 2:14, 2:15,
2:20, 2:23, 3:10,
3:19, 3:23, 3:23,
3:24, 3:24, 4:4, 4:8,
4:8, 4:9, 4:12, 4:18,
4:21, 4:24, 4:24, 5:4,
5:13, 5:16, 5:19,
5:20, 5:24, 6:4, 6:8,
6:12, 6:16, 6:20,
6:20, 6:21, 6:21,
6:23, 6:23, 6:24,
6:24
**essentially** [2] - 30:14,
73:6
**established** [1] -
68:21
**et** [1] - 77:2
**etcetera** [4] - 16:13,
25:5, 34:2
**EVANS** [1] - 6:12
**evening** [1] - 149:21
**event** [18] - 16:17,
20:4, 21:15, 22:4,
22:6, 22:13, 24:9,
32:8, 32:14, 35:9,
40:7, 69:15, 69:17,
72:6, 73:15, 80:12,
80:22, 82:3
**events** [1] - 43:3
**evident** [1] - 115:20
**exactly** [3] - 59:22,
93:22, 135:12
**examination** [5] -
15:16, 24:14, 25:11,
35:4, 143:4
**examining** [1] - 26:12
**example** [6] - 13:11,
18:2, 19:21, 120:13,
135:24, 147:7
**examples** [1] - 126:8
**except** [2] - 94:21,
112:19
**exception** [1] - 95:14
**EXCESS** [1] - 6:11
**executive** [1] - 42:24
**exercise** [1] - 137:7
**exhibit** [1] - 68:22
**Exhibit** [1] - 94:2
**exhibits** [3] - 33:4,
138:5, 141:5
**exist** [1] - 124:15
**existing** [2] - 43:25,
106:9
**expect** [8] - 27:15,
39:21, 39:24, 55:9,
67:22, 82:5, 91:9,

114:16
**expected** [2] - 41:3,
121:19
**expects** [2] - 108:10,
108:11
**expedient** [1] - 97:23
**expedite** [1] - 115:10
**experience** [1] - 23:10
**expert** [1] - 146:24
**EXPLORATION** [1] -
3:16
**explore** [1] - 43:9
**express** [1] - 23:22
**expressly** [1] - 101:17
**extend** [2] - 43:24,
65:6
**extending** [2] - 42:7,
149:1
**extension** [2] - 66:12,
103:2
**extent** [9] - 18:18,
19:16, 20:11, 28:8,
78:9, 97:1, 101:5,
134:24, 141:1
**extent/nature** [1] -
14:12
**extra** [3] - 21:1, 69:14,
148:22

## F

**F-L-E-Y-T-A-S** [1] -
71:1
**fabulous** [1] - 74:21
**facilitates** [1] - 134:24
**facilities** [2] - 75:17,
85:13
**facility** [1] - 85:22
**fact** [18] - 14:5, 18:23,
20:13, 33:2, 51:5,
57:2, 65:24, 73:24,
81:9, 83:3, 107:22,
113:13, 117:24,
126:12, 139:6,
142:22, 146:19
**facts** [4] - 16:6, 18:20,
29:10, 99:11
**factual** [5] - 13:21,
16:8, 16:11, 28:20,
28:21
**factually** [4] - 27:19,
28:3, 29:3, 30:24
**faintest** [1] - 18:3
**fair** [9] - 17:22, 18:25,
19:17, 29:4, 33:25,
34:7, 36:13, 144:20,
147:4
**fairly** [3] - 29:18,
107:19, 122:2

**fairness** [4] - 136:13, 138:11, 138:13, 143:6
**faith** [3] - 44:5, 44:7, 70:3
**fall** [2] - 23:21, 32:22
**fancy** [1] - 75:19
**far** [11] - 13:23, 23:5, 25:6, 35:6, 39:13, 92:21, 114:17, 126:5, 135:18, 137:3, 141:21
**fault** [1] - 92:11
**fear** [1] - 14:9
**fears** [1] - 70:5
**February** [1] - 118:6
**federal** [4] - 30:8, 30:15, 30:25, 31:5
**FEDERAL** [1] - 2:13
**FedEx** [1] - 116:19
**fees** [3] - 22:24, 61:20, 61:24
**felt** [2] - 33:7, 64:25
**FEREDIAN** [2] - 8:15, 11:10
**Festival** [2] - 37:9, 44:25
**few** [5] - 26:11, 32:25, 35:22, 68:19, 123:9
**fewer** [1] - 145:21
**Fifth** [20] - 29:24, 39:22, 39:25, 40:2, 40:7, 40:11, 40:18, 40:25, 41:3, 41:6, 41:9, 41:14, 45:3, 111:3, 111:10, 111:16, 111:21, 112:9, 113:18, 113:19
**FIFTH** [3] - 5:16, 8:13, 11:3
**fight** [1] - 51:20
**figure** [1] - 15:19
**file** [29] - 34:4, 34:5, 35:2, 38:2, 38:3, 69:14, 77:24, 81:5, 81:9, 87:20, 94:19, 101:20, 102:12, 102:13, 103:2, 104:3, 105:8, 105:18, 105:25, 106:2, 106:6, 113:16, 116:11, 118:8, 127:16, 127:17, 127:23, 128:15, 128:16
**FILED** [2] - 8:7, 10:22
**filed** [35] - 13:15, 13:16, 29:17, 30:8, 30:9, 30:24, 71:1,

74:16, 74:17, 74:18, 76:23, 81:22, 87:25, 94:23, 95:3, 96:7, 96:23, 99:13, 100:16, 101:1, 101:13, 101:18, 102:8, 102:17, 104:12, 104:16, 105:6, 105:11, 105:13, 106:12, 106:17, 107:21, 107:22, 149:20
**files** [9] - 77:25, 101:9, 114:23, 114:24, 116:8, 123:10, 124:14, 124:15, 125:19
**filing** [2] - 38:4, 38:6, 68:22, 94:6, 94:11, 95:22, 98:11, 101:21, 102:11, 105:12, 149:21
**filings** [2] - 37:4, 101:23
**fill** [2] - 48:15, 74:20
**FINAL** [1] - 11:7
**final** [4] - 87:18, 87:20, 132:15, 133:20
**finalize** [2] - 133:23, 134:9
**finalized** [1] - 134:3
**finalizing** [1] - 91:9
**FINANCIAL** [1] - 5:12
**findings** [1] - 14:5
**fine** [22] - 14:2, 14:16, 19:10, 43:13, 47:14, 48:3, 62:5, 66:7, 66:18, 68:15, 77:9, 81:22, 84:1, 104:6, 104:10, 104:18, 106:18, 108:17, 109:10, 133:3, 141:3, 143:21
**finish** [2] - 49:25, 50:1
**finished** [3] - 51:23, 91:6, 108:18
**finite** [1] - 94:8
**firestorm** [1] - 26:17
**firm** [6] - 64:23, 79:6, 83:9, 85:24, 86:5, 91:24
**FIRM** [1] - 6:16
**first** [33] - 25:2, 25:19, 33:12, 35:22, 36:17, 47:18, 47:19, 47:22, 50:10, 50:23, 52:8, 58:19, 59:24, 60:19, 70:25, 71:22, 79:5, 79:7, 79:9, 79:12, 79:15, 79:21, 84:24,

85:2, 87:3, 87:4, 87:5, 89:11, 92:24, 95:24, 113:14, 120:19, 129:20
**fit** [2] - 78:20, 103:21
**Fitch** [2] - 61:18, 88:12
**FITCH** [12] - 4:21, 61:18, 88:12, 88:20, 88:23, 89:1, 89:8, 89:15, 89:21, 89:25, 90:6, 110:19
**five** [8] - 46:18, 48:14, 52:11, 86:3, 112:9, 121:6, 143:3, 145:7
**five-hour** [1] - 143:3
**FL** [1] - 2:11
**flat** [1] - 118:18
**flew** [1] - 19:8
**flexible** [1] - 53:8
**Fleytas** [1] - 70:25
**FLEYTAS**...................
........................ [1] -
9:16
**flip** [1] - 136:24
**float** [1] - 83:22
**floated** [1] - 13:11
**FLOOR** [3] - 2:16, 3:10, 5:20
**floor** [3] - 87:3, 87:5
**flying** [1] - 35:17
**focus** [5] - 43:1, 47:2, 139:11, 139:14, 139:17
**focused** [2] - 18:8, 20:1
**folder** [1] - 123:3
**folks** [6] - 21:3, 21:18, 71:23, 79:5, 112:1, 126:19
**folks'** [1] - 24:24
**follow** [4] - 44:21, 58:22, 81:19, 89:13
**follow-up** [1] - 44:21
**following** [2] - 64:8, 67:18
**food** [1] - 37:20
**footnote** [1] - 95:4
**FOR** [25] - 1:16, 2:13, 2:18, 2:23, 3:3, 3:7, 3:13, 4:3, 4:7, 4:14, 4:23, 5:3, 5:7, 5:18, 5:23, 6:3, 6:11, 6:16, 8:11, 8:12, 8:14, 8:25, 9:14, 9:15, 10:12
**foregoing** [1] - 150:17
**foreign** [2] - 109:4, 109:14
**FOREIGN** [1] - 11:1

85:2, 87:3, 87:4,
**forget** [1] - 42:24
**forgot** [1] - 48:6
**form** [7] - 100:20, 100:22, 101:2, 101:6, 101:9, 101:10, 141:6
**formal** [1] - 131:11
**format** [1] - 124:16
**former** [1] - 42:1
**forms** [2] - 101:5, 115:23
**forth** [8] - 19:6, 23:21, 29:7, 30:1, 45:18, 105:7, 134:17, 135:11
**forward** [19] - 15:15, 19:9, 25:10, 25:13, 39:19, 73:9, 83:7, 85:16, 97:1, 98:7, 118:24, 123:1, 124:16, 124:17, 125:20, 126:10, 127:5, 139:25, 148:2
**four** [7] - 48:13, 52:10, 60:19, 86:3, 86:4, 138:17
**frame** [2] - 121:9, 124:12, 140:16
**FRANCIS** [1] - 6:4
**FRANCISCO** [1] - 2:16
**frankly** [6] - 26:21, 83:20, 120:8, 120:10, 121:19, 121:24
**FRED** [1] - 9:13
**free** [1] - 28:2
**freeing** [2] - 58:14, 59:10
**frequently** [2] - 144:12, 145:20
**FRIDAY** [3] - 1:7, 11:11, 12:2
**Friday** [11] - 43:14, 49:23, 51:15, 67:6, 67:10, 67:14, 67:23, 73:16, 109:2, 129:10, 144:1
**friends** [1] - 136:24
**FRILOT** [1] - 3:9
**FROM** [2] - 8:19, 8:22
**front** [3] - 73:24, 93:7, 101:8
**FTP** [1] - 116:18
**full** [1] - 41:22
**fully** [2] - 95:8, 102:11
**fundamental** [1] -
33:12
**future** [2] - 69:1, 121:9

# G

**GABLES** [1] - 2:11
**Gagliano** [2] - 41:7, 41:12
**game** [2] - 17:22, 18:25
**GARY** [1] - 6:24
**Gary** [1] - 51:12
**gas** [1] - 137:5
**GATE** [1] - 2:15
**Gaudet** [1] - 86:4
**GEIGER** [1] - 6:7
**general** [7] - 38:16, 56:21, 62:2, 71:23, 100:19, 106:9, 113:5
**General** [1] - 30:4
**GENERAL'S** [1] - 2:23
**generally** [7] - 61:12, 79:7, 79:21, 82:25, 83:7, 95:14, 105:12
**gentleman** [3] - 56:22, 57:11, 82:1
**Gentlemen** [1] - 43:8
**gentlemen** [1] - 13:5
**geologist** [1] - 114:5
**geology** [1] - 116:25
**GIL** [1] - 9:7
**Gil** [1] - 59:3
**given** [5] - 90:20, 121:12, 121:25, 140:24, 142:9
**glad** [3] - 86:8, 120:13, 135:14
**global** [4] - 93:8, 117:19, 117:20, 117:22
**God** [1] - 105:10
**Godwin** [4] - 47:10, 47:15, 65:20, 88:5
**GODWIN** [13] - 4:7, 4:8, 4:11, 27:15, 28:12, 47:18, 47:20, 48:3, 48:9, 48:11, 61:21, 130:13, 148:14
**GOLDEN** [1] - 2:15
**GONZALES** [1] - 2:10
**GONZALEZ** [1] - 2:10
**good-bye** [1] - 80:20
**Goosen** [1] - 29:17
**GOOSEN** [1] - 8:7
**GOTSHAL** [2] - 5:12, 5:15
**governed** [2] - 108:11, 142:14
**governing** [1] - 142:17
**GOVERNMENT** [2] -
2:13, 11:5

government [6] - 30:1, 34:21, 100:16, 119:16, 119:22, 127:6
GOVERNMENTAL [1] - 10:20
governmental [13] - 99:12, 101:3, 101:22, 104:4, 105:16, 105:19, 106:11, 119:18, 119:24, 121:18, 121:20, 124:18, 125:3
governments [3] - 100:20, 100:22, 101:1
governs [1] - 134:16
graciously [2] - 59:4, 69:13
grade [1] - 92:8
graduation [3] - 48:22, 49:3, 53:13
Graham [1] - 56:13
GRAHAM [1] - 9:4
grandkids [1] - 37:12
granted [1] - 98:15
granting [1] - 104:19
grateful [1] - 37:10
great [26] - 36:7, 37:11, 37:12, 37:14, 37:25, 38:14, 58:10, 58:24, 72:9, 75:22, 80:3, 83:11, 83:18, 84:7, 85:4, 89:3, 91:11, 98:18, 100:9, 108:17, 109:20, 109:22, 133:16, 142:3, 142:13, 146:17
grilled [1] - 44:6
grossly [1] - 28:10
ground [3] - 12:19, 43:24, 44:1
GROUP [1] - 6:7
group [6] - 12:10, 15:15, 19:14, 53:1, 83:16, 94:8
grown [2] - 37:11, 37:20
Guard [2] - 147:11, 149:18
guess [25] - 24:13, 35:15, 39:23, 43:18, 45:24, 51:25, 60:13, 63:6, 70:23, 76:15, 77:6, 82:18, 91:22, 92:16, 94:20, 96:25, 98:4, 107:9, 108:23, 109:25, 111:23,

112:3, 121:22, 131:3, 147:4
guidance [5] - 97:11, 111:3, 138:21, 140:23, 140:24
guide [1] - 116:18
Guide's [1] - 113:16
Guidry [3] - 88:8, 88:16, 89:6
GUIDRY [1] - 10:11
guise [1] - 142:7
GULF [1] - 1:5
guy [4] - 28:15, 33:6, 78:24, 84:11
guys [13] - 23:9, 27:11, 38:17, 39:7, 39:11, 40:10, 58:14, 61:5, 77:25, 85:19, 115:8, 137:9, 139:4

## H

Hackney [3] - 82:22, 83:2, 84:10
HACKNEY.................
...... [1] - 10:4
Hafle [2] - 41:3, 41:5
Hague [2] - 53:16, 110:7
half [3] - 46:16, 79:21, 149:12
hall [1] - 99:22
Halliburton [28] - 27:12, 28:10, 28:22, 29:1, 29:4, 29:8, 60:23, 62:12, 62:13, 63:8, 63:10, 64:7, 66:7, 67:18, 72:16, 72:21, 73:7, 73:14, 84:18, 85:6, 90:14, 90:16, 97:16, 107:15, 108:16, 114:21, 139:15, 148:14
HALLIBURTON [1] - 4:7
Halliburton's [2] - 65:17, 76:5
hallway [1] - 100:14
hammered [1] - 63:22
hand [3] - 136:21, 137:17, 141:4
handle [3] - 52:10, 57:24, 116:14
handling [3] - 57:25, 103:20, 133:25
hands [1] - 141:3
handwritten [1] - 119:7

Hank [5] - 82:12, 82:17, 102:23, 102:24, 109:18
happy [6] - 55:12, 62:15, 71:6, 108:15, 124:7, 145:12
hard [4] - 85:1, 95:16, 120:9, 128:1
harder [1] - 137:5
harm [1] - 111:15
Harrell [1] - 40:19
hassle [1] - 33:18
hate [1] - 143:22
HAYCRAFT [23] - 3:19, 36:16, 40:19, 49:15, 81:10, 81:12, 81:24, 82:9, 82:11, 96:19, 98:19, 98:24, 99:1, 99:21, 100:4, 100:7, 127:25, 128:5, 142:22, 142:25, 147:23, 148:24, 146:24, 147:21
Haycraft [1] - 142:25
Hayward [4] - 41:18, 43:22, 44:13, 79:13
hayward's [1] - 42:12
HAYWARD...............
- 8:14
HB406 [1] - 7:4
head [4] - 61:16, 62:2, 125:25, 126:18
headed [1] - 113:12
heads [2] - 62:1, 142:7
heads-up [1] - 142:7
hear [20] - 12:22, 14:18, 38:14, 40:5, 51:3, 68:23, 73:17, 74:9, 76:7, 78:21, 80:20, 104:14, 109:25, 115:7, 115:14, 137:14, 137:15, 139:3, 140:8, 141:1
HEARD [1] - 1:12
heard [17] - 16:13, 41:19, 42:4, 42:5, 42:6, 58:16, 64:19, 74:1, 77:16, 84:25, 87:19, 91:20, 96:8, 97:10, 129:20, 140:19, 141:13
hearing [8] - 12:15, 12:17, 73:7, 93:7, 98:5, 102:14, 125:6
hearings [1] - 98:9
heaven [1] - 118:2
help [2] - 56:20, 87:7
helpful [2] - 108:12, 135:2

helping [1] - 51:13
helps [1] - 124:2
HENRY [1] - 3:3
hereby [1] - 150:16
HERMAN [28] - 1:20, 1:21, 69:5, 70:1, 93:15, 96:2, 96:9, 96:11, 96:15, 97:7, 102:2, 102:22, 104:6, 104:18, 106:1, 111:1, 127:21, 128:10, 130:20, 133:17, 134:8, 134:13, 143:20, 144:3, 146:18, 146:24, 147:21
Herman [4] - 70:1, 95:25, 97:8, 144:3
herself [1] - 143:10
hesitant [1] - 102:5
hesitation [1] - 107:20
hi [2] - 82:12, 126:14
HICKS [1] - 2:9
high [5] - 48:22, 49:3, 53:13, 78:19, 143:2
highly [1] - 136:22
HIMMELHOCH [7] - 2:15, 126:20, 131:9, 131:21, 132:19, 133:7, 142:4
Himmelhoch [5] - 126:12, 126:20, 131:10, 132:19, 142:4
HIPAA [1] - 142:14
hippies [3] - 37:11, 37:12, 37:19
HIS [1] - 8:18
history [2] - 13:25, 66:22
hitch [1] - 38:20
hoc [1] - 134:25
hoe [1] - 60:11
hold [1] - 82:12
HOLDINGS [3] - 3:7, 3:17, 5:8
holds [1] - 85:22
Holloway [4] - 74:24, 75:1, 75:7, 75:20
HOLLOWAY..............
.......................... [1] -
9:19
home [1] - 30:22
Honor [131] - 12:9, 13:4, 14:22, 15:23, 23:4, 23:22, 23:25, 25:23, 26:6, 27:16, 28:12, 29:24, 31:20, 33:12, 36:8, 36:13,

37:8, 38:10, 40:13, 40:25, 41:16, 42:11, 43:11, 44:10, 44:24, 47:18, 49:8, 49:11, 49:20, 50:18, 50:20, 51:12, 53:8, 53:18, 54:25, 55:1, 55:22, 58:5, 59:2, 59:16, 61:12, 62:22, 63:8, 66:20, 67:16, 67:25, 69:5, 69:10, 71:6, 71:19, 73:6, 74:12, 74:20, 74:23, 75:23, 81:3, 82:15, 82:19, 84:17, 85:7, 86:1, 87:8, 87:17, 88:4, 90:13, 91:1, 91:25, 92:9, 100:17, 102:25, 103:23, 105:5, 107:1, 108:13, 108:25, 110:15, 111:5, 115:14, 116:4, 116:16, 116:23, 117:17, 117:18, 118:19, 118:21, 119:8, 120:13, 120:15, 121:2, 121:19, 123:12, 123:14, 124:1, 124:20, 125:13, 125:23, 126:3, 126:11, 127:9, 127:13, 128:1, 128:7, 128:17, 129:17, 130:14, 131:9, 132:4, 132:12, 133:24, 134:14, 135:3, 135:16, 136:10, 139:23, 140:4, 140:17, 140:20, 141:21, 141:23, 141:25, 142:4, 143:9, 143:10, 143:14, 144:5, 144:18, 145:16, 146:8, 148:14, 148:25, 149:23
honor [1] - 126:16
Honor's [1] - 139:13
HONORABLE [1] - 1:12
hope [1] - 17:20
hopeful [1] - 65:11
hopefully [12] - 39:18, 41:13, 41:22, 51:2, 51:22, 67:19, 76:17, 77:24, 77:25, 79:21, 118:18, 130:20

**hoping** [1] - 51:7
**horizon** [1] - 134:15
**HORIZON** [1] - 1:4
**host** [1] - 30:2
**hot** [1] - 100:5
**hour** [3] - 46:4, 46:15, 143:3
**hours** [11] - 15:6, 20:13, 32:8, 32:19, 41:18, 42:8, 42:14, 112:9, 149:2, 149:4, 149:12
**HOURS** [1] - 8:14
**houses** [1] - 107:2
**HOUSTON** [5] - 2:8, 4:13, 4:25, 5:21, 6:18
**Houston** [3] - 62:5, 75:6, 75:14
**huge** [3] - 47:11, 53:19, 87:7
**hurdle** [1] - 124:21
**hurtful** [1] - 141:8

**I**

**IAN** [1] - 9:3
**Ian** [2] - 54:16, 54:17
**ID** [1] - 121:16
**idea** [10] - 18:3, 22:14, 63:21, 63:25, 79:16, 85:20, 93:4, 93:9, 121:10, 128:12
**ideas** [1] - 92:20
**identifiable** [1] - 123:23
**identification** [3] - 124:18, 125:3, 134:22
**identify** [1] - 93:1
**ignoring** [1] - 97:1
**III** [1] - 6:8
**IL** [1] - 3:25
**immediately** [2] - 64:8, 67:18
**impact** [2] - 18:18, 114:21
**imperative** [1] - 132:10
**implicated** [1] - 133:1
**implications** [1] - 136:18
**important** [7] - 13:20, 16:24, 33:7, 65:24, 73:24, 117:5, 118:11
**importantly** [1] - 35:23
**impose** [3] - 123:16, 125:14, 144:20
**imposed** [1] - 69:1

**imposes** [3] - 127:4, 136:17, 137:11
**imposing** [1] - 124:21
**impression** [4] - 21:9, 21:10, 132:12, 149:24
**IN** [2] - 1:4, 1:5
**inasmuch** [1] - 47:12
**Inc** [1] - 109:25
**INC** [17] - 3:8, 3:9, 3:13, 3:14, 3:15, 3:16, 3:18, 4:7, 5:8, 5:8, 5:10, 5:10, 5:11, 5:12, 5:19, 6:3, 6:7
**include** [2] - 62:3, 131:12
**including** [2] - 30:7, 68:20
**incumbent** [1] - 62:11, 65:1, 77:19
**indeed** [4] - 17:23, 35:13, 40:18, 111:9
**indemnity** [4] - 15:7, 23:1, 23:12, 25:5
**independently** [1] - 75:9
**index** [1] - 120:2
**indicated** [5] - 32:5, 65:19, 66:7, 73:11, 80:6
**indicating** [2] - 63:25, 64:6
**indication** [1] - 87:19
**indifferent** [2] - 61:1, 61:2
**individual** [10] - 17:18, 32:4, 82:24, 97:5, 97:23, 98:3, 111:19, 112:25, 113:9, 145:23
**individual's** [1] - 18:18
**individuals** [1] - 74:18
**indulgence** [2] - 47:13, 139:13
**info** [1] - 74:17
**inform** [1] - 113:12
**informally** [1] - 114:18
**information** [18] - 21:2, 21:24, 32:5, 32:15, 33:16, 33:20, 34:21, 35:1, 35:9, 40:10, 43:6, 52:3, 78:11, 91:3, 142:9, 142:11, 142:14
**informed** [1] - 121:21
**Inglis** [1] - 53:6
**Ingram** [2] - 80:4, 80:21
**INGRAM..................**

.................. [1] -
9:24
**initial** [3] - 95:21, 104:12, 109:10
**initiate** [1] - 138:20
**injured** [2] - 13:9, 13:22, 14:7, 19:1
**injuries** [2] - 14:12, 20:11
**injury** [37] - 15:2, 15:15, 17:10, 18:22, 19:15, 19:23, 20:3, 20:16, 20:18, 20:19, 20:25, 21:11, 21:15, 21:16, 21:19, 21:20, 21:24, 22:7, 22:8, 22:15, 24:10, 24:15, 24:24, 25:1, 25:5, 25:11, 25:21, 25:22, 72:4, 80:11, 81:17, 81:18, 81:21, 82:23, 105:15, 105:20, 106:12
**inquiry** [2] - 85:17, 87:16
**insistence** [1] - 33:17
**instance** [5] - 39:22, 107:9, 107:14, 124:11, 141:19
**instead** [1] - 106:3
**instinct** [1] - 95:1
**instruct** [1] - 34:25
**instruction** [1] - 71:16
**instructions** [1] - 19:13
**instructive** [1] - 94:9
**intact** [1] - 30:17
**integrity** [1] - 123:2
**intend** [4] - 33:14, 33:24, 38:13, 44:13
**intended** [1] - 97:20
**intensive** [1] - 139:19
**intent** [2] - 33:23
**intention** [3] - 137:23, 143:8, 143:20
**interest** [11] - 15:2, 16:2, 28:18, 106:11, 131:17, 133:1, 135:23, 139:8, 143:5, 144:16, 145:23
**interested** [4] - 19:16, 113:5, 133:12
**interesting** [1] - 110:20
**interests** [1] - 144:25
**INTERESTS** [2] - 2:13, 2:23
**internally** [1] - 114:15
**INTERNATIONAL** [3] -

4:3, 5:11, 6:3
**Internet** [5] - 85:23, 86:14, 86:20, 86:21, 145:19
**interrogatories** [14] - 143:19, 144:6, 144:15, 144:17, 145:1, 145:4, 145:8, 145:9, 145:14, 145:17, 145:22, 146:10, 146:21, 147:1
**interrogatory** [1] - 147:13
**interrogs** [1] - 150:1
**introduced** [1] - 126:13
**investigate** [2] - 20:10, 25:14
**investigation** [1] - 127:1
**investigations** [1] - 30:1
**invitation** [2] - 37:14, 37:16
**invite** [1] - 37:8
**inviting** [1] - 67:12
**invocation** [1] - 113:9
**invoke** [4] - 40:18, 40:23, 111:10, 112:9
**invoked** [1] - 41:14
**invoking** [1] - 40:7
**involve** [1] - 43:12
**involved** [12] - 17:21, 18:12, 20:23, 25:8, 66:25, 69:7, 69:15, 83:15, 102:4, 129:23, 129:24, 133:13
**involvement** [2] - 13:6, 17:14
**Iqbal/Twombly** [2] - 95:2, 95:5
**irksome** [1] - 122:9
**ironed** [1] - 132:21
**irritates** [1] - 87:1
**IS** [2] - 9:14, 11:11
**issuance** [2] - 64:25, 65:7
**issue** [78] - 12:20, 13:14, 14:16, 16:23, 23:6, 23:22, 24:8, 24:12, 25:3, 26:25, 27:1, 29:15, 30:12, 31:12, 31:17, 34:1, 35:9, 35:14, 40:9, 41:1, 41:18, 48:18, 50:4, 50:7, 51:14, 53:12, 61:14, 64:21, 65:23, 68:5, 71:13,

74:9, 74:15, 79:3, 81:16, 81:22, 82:22, 83:2, 86:5, 86:20, 88:10, 88:14, 89:4, 92:24, 94:16, 96:12, 99:3, 100:15, 101:17, 105:8, 107:1, 108:18, 109:3, 109:19, 109:21, 113:23, 115:3, 115:6, 119:14, 120:22, 123:14, 126:22, 128:22, 129:19, 130:7, 130:23, 133:4, 133:12, 133:25, 134:13, 135:14, 138:18, 141:9, 141:10, 141:14, 143:1, 143:16
**issued** [5] - 65:1, 68:14, 107:7, 131:7, 149:18
**issues** [39] - 16:3, 19:7, 22:15, 27:10, 31:23, 32:2, 32:25, 36:9, 39:10, 39:17, 51:21, 64:14, 72:5, 93:7, 95:5, 95:6, 97:12, 97:13, 97:21, 97:22, 101:19, 102:3, 102:10, 107:4, 107:23, 108:22, 109:4, 109:11, 110:14, 113:11, 115:8, 118:25, 130:6, 130:20, 132:6, 132:21, 132:24, 134:20, 142:17
**ISSUES..................**

.................. [1] - 8:8
**issuing** [1] - 68:11
**itself** [1] - 81:6

**J**

**J.R** [2] - 10:13, 90:11
**JACKSON** [2] - 5:19, 5:19
**Jacobs** [1] - 95:15
**Jacobs'** [1] - 96:17
**James** [2] - 13:2, 80:4
**JAMES** [4] - 1:17, 4:24, 8:5, 9:24
**Jeff** [4] - 18:24, 23:4, 31:15, 36:8
**JEFFERSON** [2] - 1:18, 3:4

**JENNY** [1] - 4:8
**Jesse** [1] - 41:7
**Jim** [7] - 78:23, 82:20, 109:9, 132:4, 137:21, 138:24, 140:19
**JIM** [1] - 10:3
**Jimmy** [4] - 40:19, 50:17, 50:19, 51:16
**JIMMY** [1] - 2:7
**job** [2] - 13:24, 119:13
**Joe** [1] - 86:18
**JOHN** [3] - 6:20, 8:18, 9:8
**John** [4] - 47:16, 48:7, 48:8, 113:16
**Johnson** [3] - 58:12, 72:24, 72:25
**JOHNSON**...............
........................ [1] -
9:6
**joint** [4] - 25:18, 133:4, 145:8, 145:22
**JONATHAN** [1] - 10:6
**Jonathan** [1] - 83:25
**JONES** [1] - 5:23
**journals** [1] - 119:7
**JR** [2] - 5:20, 6:4
**Judge** [26] - 14:6, 19:23, 20:1, 29:20, 30:2, 48:3, 48:9, 50:17, 51:11, 61:21, 89:8, 93:8, 97:10, 97:20, 98:1, 98:8, 98:25, 102:14, 102:16, 102:18, 104:14, 107:6, 115:13, 129:22, 130:3, 142:16
**JUDGE** [1] - 1:13
**judge** [6] - 19:18, 25:12, 68:18, 88:12, 96:21, 112:17
**judges'** [1] - 87:4
**judgment** [3] - 22:18, 103:6, 103:11
**July** [19] - 58:6, 58:8, 60:25, 61:4, 61:6, 70:7, 72:14, 73:21, 73:25, 74:7, 83:1, 83:8, 83:12, 84:2, 84:25, 90:12, 90:23, 148:2
**June** [52] - 14:10, 41:24, 46:23, 47:18, 47:19, 47:22, 48:8, 52:11, 52:20, 54:16, 54:24, 56:13, 56:16, 57:21, 57:22, 58:3, 58:12, 58:13, 58:14,

59:3, 59:7, 59:9, 59:10, 59:12, 59:25, 60:6, 60:12, 60:14, 64:11, 65:21, 66:5, 73:19, 79:7, 79:21, 83:5, 84:12, 84:23, 85:3, 85:5, 88:24, 91:21, 92:1, 93:6, 93:13, 107:16, 107:19, 107:21, 107:24, 108:3, 148:1, 148:2
**jurisdictional** [3] - 109:3, 109:11, 110:23
**JURISDICTIONAL** [1] - 11:1
**jury** [1] - 87:5
**justice** [1] - 23:7
**JUSTICE** [2] - 2:13, 2:19
**Justice** [1] - 126:21
**justify** [1] - 138:7

# K

**Kaiser** [1] - 86:4
**KALBAC** [1] - 2:10
**Kaluza** [3] - 41:3, 41:6, 41:12
**KANE** [1] - 2:10
**Kate** [1] - 89:11
**KATZ** [1] - 1:20
**keep** [8] - 37:24, 54:11, 58:25, 59:1, 78:1, 95:16, 115:10, 127:5
**Keeton** [1] - 83:25
**KEETON**...............
.................... [1] -
10:6
**Kennelly** [2] - 52:9, 52:11
**KENNELLY** [2] - 52:10, 52:13
**KENNELLY**...............
........................ [1]
- 9:1
**Kerry** [25] - 14:21, 22:16, 24:7, 24:13, 39:23, 41:6, 70:15, 70:21, 77:23, 78:2, 78:11, 81:24, 82:4, 83:24, 84:14, 92:18, 92:19, 103:1, 103:24, 106:6, 106:24, 148:10, 148:12, 149:6, 149:15

**KERRY** [1] - 3:10
**kidding** [1] - 28:11
**kids** [1] - 37:12
**kind** [16] - 17:11, 17:20, 21:4, 26:14, 37:21, 39:22, 56:7, 71:14, 90:22, 95:20, 107:7, 108:15, 127:10, 130:22, 135:4, 135:13
**kindly** [1] - 70:5
**kinds** [2] - 105:13, 121:1
**KIRKLAND** [1] - 3:22
**kitchen** [1] - 70:3
**knowing** [1] - 115:9
**knowledge** [12] - 13:10, 13:13, 13:21, 16:25, 17:3, 17:14, 18:5, 27:2, 27:9, 28:8, 42:2, 43:2
**known** [1] - 119:9
**knows** [8] - 42:20, 43:3, 62:5, 82:4, 110:17, 110:18, 115:18, 149:1
**KRIS** [1] - 10:10
**Kris** [1] - 88:4
**KUCHLER** [29] - 4:17, 4:18, 17:24, 19:18, 19:20, 20:21, 21:17, 24:21, 25:6, 66:11, 66:19, 68:10, 85:21, 86:11, 86:15, 86:17, 86:21, 87:7, 104:24, 108:18, 108:20, 108:24, 110:11, 112:17, 112:20, 112:22, 128:20, 130:3, 130:10
**Kuchler** [6] - 19:20, 64:23, 66:11, 85:12, 108:20, 128:20
**Kuchta** [2] - 72:10, 72:14
**KUCHTA**...............
........................ [1] -
9:17
**KULLMAN** [1] - 2:3
**Kyle** [2] - 72:11, 72:13

# L

**L.L.C** [1] - 4:23
**L.P** [1] - 5:23
**LA** [13] - 1:19, 1:22, 2:5, 3:5, 3:11, 3:21, 4:5, 4:19, 5:25, 6:5, 6:9, 6:13, 7:4

**label** [1] - 106:7
**LABOR** [1] - 8:9
**Labor** [2] - 36:15, 36:19
**LABORDE** [2] - 6:3, 6:7
**LAFAYETTE** [2] - 1:19, 6:5
**LAMAR** [2] - 4:12, 8:17
**Lamar** [1] - 47:8
**LAMBERT** [1] - 8:16
**Lambert** [1] - 45:22
**LANGAN** [126] - 3:23, 23:25, 24:4, 26:4, 26:6, 26:8, 26:16, 33:11, 34:3, 38:10, 40:12, 41:16, 43:11, 43:15, 43:24, 44:3, 44:15, 44:18, 44:20, 47:10, 47:15, 48:17, 48:20, 48:24, 49:1, 49:9, 49:11, 52:2, 52:7, 52:13, 52:19, 52:22, 53:5, 53:15, 53:22, 53:25, 54:2, 54:4, 54:9, 54:11, 54:14, 54:16, 54:19, 54:24, 55:12, 55:16, 56:9, 56:13, 56:16, 57:4, 57:8, 57:13, 58:5, 58:8, 58:11, 58:16, 58:19, 58:23, 58:25, 59:2, 59:7, 59:10, 59:20, 59:23, 60:3, 60:5, 60:9, 60:11, 60:16, 60:22, 60:24, 61:1, 61:7, 61:10, 61:23, 62:4, 62:11, 62:22, 66:20, 66:25, 67:5, 67:8, 67:11, 69:10, 69:18, 69:20, 69:23, 74:12, 74:23, 75:9, 75:15, 75:20, 75:23, 76:1, 76:11, 77:6, 77:8, 77:18, 77:22, 80:17, 84:17, 84:22, 93:17, 93:21, 107:1, 108:2, 108:13, 109:23, 110:15, 115:14, 130:12, 132:12, 143:14, 143:21, 143:25, 144:7, 144:18, 145:2, 145:10, 145:12, 145:15, 146:1, 146:3, 146:6, 147:7, 148:25
**Langan** [13] - 38:11,

40:12, 66:20, 69:10, 70:5, 74:12, 84:17, 88:5, 109:23, 118:23, 129:11, 143:14, 148:25
**language** [2] - 32:1, 131:24
**Lanier** [6] - 75:1, 75:2, 75:3, 75:4, 75:6, 75:10
**Lanier's** [1] - 75:15
**LAPEROUSE** [1] - 6:7
**large** [6] - 57:22, 118:14, 118:20, 125:25, 127:19, 127:21
**LARGE** [9] - 6:20, 118:21, 119:2, 121:19, 122:17, 122:20, 126:3, 128:1, 128:14
**Large** [1] - 118:21
**large's** [1] - 126:24
**largely** [1] - 93:17
**LASALLE** [1] - 3:25
**last** [17] - 38:12, 51:1, 51:22, 60:12, 60:13, 62:21, 64:5, 65:19, 73:7, 81:25, 87:8, 98:4, 104:23, 116:1, 134:13, 143:1
**lastly** [2] - 105:5, 105:15
**late** [7] - 51:15, 113:25, 117:2, 118:7, 118:10, 119:5, 140:9
**LATE** [1] - 11:4
**latest** [1] - 115:20
**Law** [1] - 30:5
**law** [2] - 137:2, 142:1
**LAW** [2] - 3:4, 6:16
**lawsuit** [3] - 13:15, 76:24, 108:8
**lawsuits** [1] - 13:16
**lawyer** [2] - 31:4, 76:13
**lawyers** [4] - 31:2, 61:22, 63:24, 138:18
**lay** [1] - 114:15
**lead** [9] - 21:10, 22:7, 22:14, 39:16, 62:10, 71:1, 86:10, 114:5
**leader** [2] - 113:17, 113:19
**leap** [2] - 44:5, 44:7
**least** [10] - 19:4, 24:22, 33:7, 60:13, 75:20, 76:20, 85:15, 102:12, 109:16,

138:4
**leave** [11] - 38:25,
51:6, 51:7, 55:17,
60:16, 91:5, 91:17,
94:19, 94:23, 98:15,
104:19
**leaving** [1] - 36:2
**led** [1] - 66:23
**LEE** [2] - 5:19, 8:16
**left** [7] - 16:7, 19:10,
29:13, 41:6, 97:13,
99:23, 113:1
**legal** [4] - 95:6, 97:21,
97:22, 102:10
**legitimate** [1] - 14:17
**lengthy** [1] - 142:18
**LEO** [1] - 6:8
**less** [2] - 36:12,
129:11
**letter** [4] - 41:19, 75:2,
78:8, 143:8
**LETTERS** [1] - 8:10
**letters** [6] - 37:24,
37:25, 38:4, 38:6,
43:18, 141:6
**letting** [1] - 66:15
**level** [1] - 143:2
**LEWIS** [3] - 2:3, 3:18,
4:23
**LEXINGTON** [1] - 5:5
**liability** [4] - 13:21,
17:17, 18:4, 28:1
**liaison** [1] - 31:21
**LIAISON** [1] - 1:17
**lick** [1] - 32:17
**LIFE** [1] - 2:4
**lifeboat** [1] - 19:10
**lighter** [1] - 71:9
**likely** [2] - 14:8, 119:6
**limit** [1] - 85:14
**limitation** [13] - 69:3,
69:8, 76:21, 76:24,
81:6, 81:9, 105:6,
105:8, 105:13,
106:12, 106:17,
106:20, 108:6
**LIMITATION**..............
.............. [1] - 10:22
**limitations** [2] - 78:5,
107:23
**limited** [2] - 101:15,
145:13
**Limited** [1] - 109:25
**LIMITED** [1] - 3:17
**line** [3] - 16:16, 17:20,
73:24
**lined** [1] - 67:3
**lines** [2] - 74:13, 100:8
**link** [2] - 79:20, 120:24
**liquid** [1] - 37:21

**LISKOW** [1] - 3:18
**list** [37] - 18:7, 20:16,
27:6, 33:4, 39:6,
39:12, 40:17, 47:1,
47:4, 47:9, 48:21,
49:17, 49:18, 56:22,
57:11, 57:12, 57:15,
63:5, 65:15, 69:11,
69:14, 70:3, 70:4,
70:9, 72:10, 72:19,
72:20, 72:22, 82:4,
82:13, 82:22, 88:1,
98:23, 98:24,
130:15, 131:1
**listed** [1] - 94:2
**lists** [3] - 21:8, 68:22,
69:22
**LISTS** [1] - 9:15
**literally** [2] - 33:19,
111:6
**litigation** [3] - 123:23,
123:25, 125:11
**LITTLE**....................
.......................... [1] -
9:3
**LLC** [4] - 3:7, 4:17,
5:9, 5:9
**load** [6] - 118:8,
127:16, 127:17,
127:23, 128:15,
128:16
**lobby** [1] - 86:25
**LOCAL** [1] - 10:20
**local** [12] - 98:12,
99:12, 100:15,
100:20, 100:22,
101:1, 101:3,
101:20, 101:22,
101:24, 104:4,
138:20
**location** [1] - 78:20
**log** [2] - 117:14, 131:1
**loggerheads** [1] -
120:11
**logging** [3] - 131:17,
131:21, 133:4
**logistical** [2] - 123:19,
124:21
**logistically** [1] - 121:5
**logistics** [1] - 15:20
**logs** [1] - 140:12
**London** [18] - 38:8,
38:15, 38:18, 38:19,
39:1, 47:21, 53:11,
55:21, 65:21, 78:21,
78:24, 79:5, 85:9,
92:15, 147:19,
147:21, 147:25
**LONDON**..................
..... [1] - 8:11

**look** [18] - 27:11,
30:24, 36:17, 40:15,
48:12, 58:14, 61:24,
68:14, 74:3, 76:13,
79:15, 81:20, 97:20,
97:21, 101:9, 112:4,
125:5, 127:11
**looked** [2] - 113:24,
143:5
**looking** [15] - 19:4,
41:1, 41:4, 46:16,
53:2, 62:22, 63:14,
69:4, 73:20, 88:24,
106:21, 108:14,
111:14, 135:12,
148:2
**looks** [3] - 47:25, 49:6,
57:20
**loop** [1] - 133:14
**lose** [6] - 65:17, 65:18,
65:22, 84:18, 92:8,
137:7
**losing** [1] - 89:17
**loss** [2] - 65:16,
105:14
**losses** [1] - 101:24
**lost** [1] - 149:7
**LOUISIANA** [4] - 1:1,
1:7, 3:3, 4:25
**Louisiana** [12] - 98:15,
99:8, 99:20, 101:14,
101:23, 102:25,
103:9, 103:11,
103:16, 109:19,
150:15, 150:16
**lowest** [1] - 49:10
**LP** [1] - 4:15
**lunches** [1] - 67:23
**lurking** [1] - 96:1
**LUXTON** [4] - 4:24,
133:24, 134:5,
134:11
**Luxton** [1] - 133:24
**LYLE** [1] - 5:13

# M

**ma'am** [3] - 15:17,
91:18, 102:24
**Macondo** [1] - 42:3
**MAGISTRATE** [1] -
1:13
**Magnetics** [2] - 60:11,
60:22
**MAGNETICS**.............
.......................... [1] -
9:11
**magnificently** [1] -
118:17

**mail** [30] - 16:20,
18:25, 26:9, 37:2,
37:3, 37:5, 37:6,
45:8, 45:19, 58:12,
59:12, 63:10, 63:17,
63:24, 64:5, 64:18,
66:15, 71:12, 79:19,
82:4, 87:19, 115:21,
116:4, 116:6, 117:3,
118:12, 128:21,
143:15, 144:4
**mailed** [1] - 76:11
**mails** [6] - 73:18,
110:4, 118:24,
135:8, 135:10, 141:7
**main** [1] - 19:17
**maintenance** [5] -
20:12, 20:22, 20:23,
21:6, 23:16
**MAJOR** [1] - 4:9
**major** [1] - 41:21
**majority** [1] - 105:14
**man** [5] - 27:17, 42:1,
42:2, 42:22, 113:18
**manage** [1] - 35:18
**MANAGEMENT** [1] -
5:8
**management** [3] -
82:9, 82:10, 143:2
**MANGES** [2] - 5:12,
5:15
**Mansfield** [14] - 12:20,
13:3, 16:7, 24:4,
24:12, 24:15, 25:10,
26:3, 29:17, 71:24,
72:8, 75:24, 80:24,
84:4
**MANSFIELD** [1] - 8:6
**MANSFIELD**..............
....... [1] - 8:5
**March** [4] - 19:5,
107:6, 114:2, 118:7
**Marine** [3] - 125:5,
125:6, 127:1
**MARINE** [4] - 5:3, 5:9,
5:10, 5:11
**Maritime** [1] - 30:4
**mark** [7] - 60:14, 84:3,
123:10, 129:16,
135:15, 141:13
**Mark** [11] - 75:1,
116:16, 120:15,
123:21, 127:3,
128:16, 135:16,
137:14, 139:3,
141:1, 141:23
**MARK** [1] - 3:23
**marked** [6] - 92:5,
92:6, 92:7, 137:10,
137:12, 141:20

**Martin** [1] - 57:14
**MARTINEZ** [1] - 4:8
**MARTÍNEZ** [1] - 2:10
**mass** [1] - 121:10
**MASTER** [3] - 10:20,
10:21, 10:23
**master** [27] - 47:9,
48:20, 49:17, 57:12,
57:15, 98:12, 99:12,
100:16, 101:3,
101:7, 101:8,
101:10, 101:11,
101:18, 101:22,
104:4, 104:11,
105:9, 105:12,
105:17, 105:19,
105:20, 105:23,
106:16
**mastered** [2] - 115:19,
115:25
**material** [2] - 129:2,
135:25
**math** [7] - 46:7, 46:8,
46:9, 46:10, 46:16,
140:17, 149:6
**matter** [6] - 43:4,
105:20, 111:12,
123:2, 146:24,
150:19
**matters** [1] - 104:25
**MATTHEWS** [1] - 2:9
**MAY** [3] - 8:19, 9:14,
11:11
**MAZE** [18] - 2:23,
36:22, 47:23, 48:4,
48:6, 48:13, 48:16,
52:12, 52:21, 54:18,
55:2, 55:24, 56:2,
56:6, 56:15, 57:7,
58:7, 60:19
**Maze** [2] - 99:4,
109:10
**maze** [2] - 60:18, 87:9
**MBI** [6] - 119:17,
119:22, 122:20,
122:23, 123:12,
124:3
**McAloon** [3] - 6:8,
68:17, 69:9
**MCALOON** [1] - 68:17
**MCCUTCHEN** [1] -
4:20
**McKay** [4] - 47:8,
59:17, 59:24, 60:3
**MCKAY**.....................
.......................... [2] -
8:17, 9:10
**MCLEOD** [1] - 6:12
**MCWHORTER** [1] -
10:4

McWhorter [6] - 82:20, 82:21, 82:23, 83:2, 84:12
MCWHORTER........... ............................. [1] - 10:3
MDL [4] - 6:16, 77:3, 130:24, 131:13
MEADE [1] - 6:20
mean [24] - 23:9, 25:14, 34:3, 34:14, 34:15, 34:23, 42:1, 42:2, 42:3, 43:19, 44:7, 57:21, 73:23, 85:20, 86:5, 86:13, 86:18, 119:8, 119:10, 123:1, 134:22, 136:14, 137:9, 147:3
meaning [2] - 79:12, 88:22
means [2] - 106:4, 111:12
meant [1] - 92:13
meantime [1] - 138:2
meat [1] - 138:9
MECHANICAL [1] - 7:6
media [3] - 136:1, 136:3, 136:6
mediation [1] - 81:4
medical [5] - 16:2, 21:2, 24:24, 91:5, 91:17
medicals [1] - 25:15
medications [1] - 19:2
meet [19] - 38:13, 78:6, 93:1, 95:2, 117:7, 118:12, 124:12, 132:13, 132:16, 135:19, 136:8, 137:4, 138:2, 138:11, 138:14, 139:1, 139:5, 139:21, 141:22
meeting [6] - 53:1, 53:14, 56:12, 67:6, 135:18, 138:2
Meinhart [2] - 80:4, 80:21
MEINHART................ ........................ [1] - 9:25
member [2] - 82:8, 82:9
Memorial [1] - 104:25
memorize [1] - 27:7
memorized [1] - 17:11
memorizing [1] - 18:10

memory [4] - 18:9, 18:18, 19:9, 63:18
mental [1] - 16:7
mention [2] - 45:1, 110:3
mentioned [2] - 134:14, 143:15
Merit [1] - 150:14
merits [1] - 30:23
mess [1] - 55:10
message [1] - 62:4
messenger [1] - 26:22
METHOFF [1] - 6:16
Mexican [3] - 99:14, 99:15, 99:17
MEXICO [1] - 1:5
MI [4] - 4:23, 90:18, 133:20, 133:25
mic [3] - 20:8, 22:20, 71:4
MICHAEL [2] - 2:14, 5:13
Michoud [1] - 83:4
mid [1] - 74:2
middle [4] - 42:18, 43:24, 44:1, 44:6
might [16] - 27:18, 31:25, 48:19, 70:8, 75:16, 85:21, 86:18, 93:9, 102:16, 102:17, 102:19, 120:3, 125:1, 130:21, 145:24
Mike [16] - 36:20, 38:2, 45:8, 45:19, 55:20, 62:23, 63:3, 68:25, 80:25, 81:15, 84:8, 85:18, 86:9, 87:14, 126:11, 130:21
MIKE [1] - 9:12
Mike's [1] - 45:18
mildly [1] - 26:17
MILLER [80] - 3:10, 12:11, 22:3, 22:20, 40:1, 40:4, 40:25, 41:8, 44:21, 46:2, 46:4, 46:8, 46:10, 46:12, 46:15, 46:21, 70:23, 71:19, 71:22, 72:2, 72:5, 72:9, 75:12, 76:23, 78:3, 78:13, 78:18, 78:22, 79:12, 79:19, 79:24, 80:1, 80:5, 80:10, 80:22, 81:3, 81:13, 81:16, 82:8, 82:21, 83:15, 83:20, 84:1, 84:4, 84:8, 84:11, 92:21, 93:13, 94:13, 94:16, 95:13, 95:20,

96:10, 96:18, 98:22, 99:3, 99:10, 99:15, 99:22, 100:5, 100:13, 100:25, 103:18, 104:1, 104:8, 104:23, 105:2, 105:5, 106:4, 106:8, 106:22, 108:25, 109:7, 110:3, 110:20, 148:6, 148:16, 148:19, 149:4, 149:8
Miller [2] - 26:19, 109:25
Miller's [1] - 110:13
million [1] - 116:2
mind [1] - 76:20
Minnesota [3] - 99:8, 99:25, 100:2
minute [4] - 85:1, 142:23, 143:12, 149:10
minutes [14] - 26:11, 35:13, 35:14, 35:22, 45:20, 46:2, 46:5, 46:6, 46:14, 46:19, 148:9, 149:2, 149:5, 149:13
miscellaneous [1] - 111:1
misdocketed [1] - 100:23
miss [1] - 45:2
missed [6] - 21:21, 44:22, 60:21, 70:8, 70:10, 134:8
missing [4] - 117:1, 117:4, 140:3, 141:18
mistakes [1] - 144:10
Mitsui [2] - 110:11, 110:16
MOBILE [1] - 1:25
MOEX [2] - 4:16, 4:16, 17:7, 17:9, 17:12, 17:23, 18:1, 19:20, 19:25, 21:19, 23:2, 23:19, 25:8, 31:16, 61:18, 61:19, 66:11, 107:14, 108:20, 108:21, 128:20
MOEX's [1] - 17:14
Mogford [1] - 59:11
MOGFORD................ ........................ [1] - 9:8
MONDAY [1] - 9:14
Monday [8] - 50:25, 69:18, 69:20, 69:21, 89:12, 113:17,

114:4, 114:5
money [2] - 31:3, 148:7
MONTGOMERY [1] - 2:24
month [3] - 21:20, 58:4, 147:24
months [3] - 15:12, 36:16, 119:9
moot [3] - 72:4, 102:16, 135:6
mooted [1] - 102:20
Morel [3] - 41:3, 41:6, 41:12, 137:15
Morel's [2] - 135:24, 136:3
Morgan [2] - 76:2, 76:15
MORGAN [1] - 4:23
MORGAN.................. ........................ [1] - 9:20
morning [18] - 12:8, 12:9, 12:25, 13:1, 14:24, 15:23, 15:25, 31:20, 31:22, 42:16, 50:19, 50:20, 51:12, 71:23, 90:25, 91:1, 118:21, 133:24
morning's [1] - 73:17
most [11] - 20:13, 32:21, 35:23, 47:24, 95:1, 97:12, 119:6, 126:6, 133:8, 134:18, 138:14
mostly [2] - 37:21, 101:12
motion [13] - 84:19, 96:23, 96:25, 97:1, 97:19, 98:13, 102:8, 102:12, 104:13, 107:12, 113:13, 115:4, 149:20
motions [25] - 29:19, 29:21, 29:22, 93:2, 93:9, 93:11, 94:7, 94:17, 94:18, 94:23, 95:6, 95:21, 96:7, 97:7, 97:9, 98:12, 102:7, 102:8, 102:17, 102:18, 102:19, 104:12, 104:16, 107:18, 135:19
move [10] - 44:22, 49:24, 59:9, 67:13, 76:6, 77:19, 92:12, 104:24, 117:25, 118:2
moved [4] - 53:19,

54:18, 58:12, 60:6
moving [6] - 55:14, 56:4, 73:9, 92:18, 127:12, 132:8
MR [508] - 8:14, 9:1, 9:2, 9:20, 9:21, 9:23, 10:15, 12:11, 12:23, 12:25, 13:4, 13:7, 13:17, 14:19, 14:22, 14:25, 15:17, 15:23, 16:1, 16:5, 16:18, 16:20, 17:2, 18:2, 18:14, 18:24, 20:9, 22:3, 22:20, 22:21, 23:4, 23:12, 23:25, 24:4, 25:12, 25:23, 26:1, 26:4, 26:5, 26:6, 26:8, 26:16, 26:24, 27:15, 27:22, 28:6, 28:12, 28:13, 28:21, 28:23, 29:2, 29:6, 29:10, 29:15, 29:24, 30:20, 31:15, 31:18, 31:20, 31:23, 32:4, 33:11, 34:3, 34:11, 34:13, 35:6, 35:20, 35:23, 36:2, 36:7, 36:13, 36:16, 36:18, 36:22, 37:2, 37:8, 37:17, 37:19, 38:10, 38:15, 38:21, 40:1, 40:4, 40:12, 40:19, 40:25, 41:8, 41:16, 42:10, 43:11, 43:15, 43:24, 44:3, 44:10, 44:15, 44:18, 44:20, 44:21, 44:24, 45:1, 45:13, 45:17, 46:2, 46:4, 46:8, 46:10, 46:11, 46:12, 46:15, 46:21, 47:10, 47:15, 47:18, 47:20, 47:23, 48:1, 48:3, 48:4, 48:6, 48:9, 48:11, 48:13, 48:16, 48:17, 48:20, 48:24, 49:1, 49:7, 49:9, 49:11, 49:15, 49:20, 50:17, 50:20, 51:6, 51:11, 51:12, 52:2, 52:7, 52:12, 52:13, 52:19, 52:21, 52:22, 53:5, 53:8, 53:15, 53:22, 53:25, 54:2, 54:4, 54:9, 54:11, 54:14, 54:16, 54:18, 54:19, 54:24, 54:25, 55:1, 55:2, 55:3, 55:9, 55:12, 55:16, 55:22, 55:24, 56:2, 56:5, 56:6, 56:9,

56:13, 56:15, 56:16, 56:19, 57:4, 57:7, 57:8, 57:10, 57:13, 57:14, 57:18, 57:25, 58:5, 58:7, 58:8, 58:11, 58:16, 58:17, 58:19, 58:23, 58:25, 59:2, 59:7, 59:10, 59:20, 59:23, 60:2, 60:3, 60:5, 60:9, 60:11, 60:16, 60:19, 60:21, 60:22, 60:23, 60:24, 61:1, 61:4, 61:7, 61:10, 61:18, 61:21, 61:23, 62:4, 62:11, 62:13, 62:19, 62:22, 63:8, 64:5, 64:12, 65:10, 66:6, 66:10, 66:20, 66:25, 67:5, 67:8, 67:11, 67:16, 68:17, 69:5, 69:9, 69:10, 69:18, 69:20, 69:23, 70:1, 70:23, 71:6, 71:15, 71:18, 71:19, 71:22, 72:2, 72:5, 72:9, 72:13, 72:18, 73:3, 73:6, 73:23, 74:11, 74:12, 74:18, 74:23, 75:9, 75:12, 75:15, 75:20, 75:23, 76:1, 76:11, 76:23, 77:6, 77:8, 77:18, 77:22, 78:3, 78:13, 78:18, 78:22, 79:9, 79:12, 79:17, 79:19, 79:23, 79:24, 79:25, 80:1, 80:5, 80:10, 80:17, 80:22, 81:3, 81:10, 81:12, 81:13, 81:15, 81:16, 81:24, 82:8, 82:9, 82:11, 82:15, 82:19, 82:21, 83:15, 83:20, 84:1, 84:4, 84:8, 84:11, 84:17, 84:22, 85:5, 85:6, 85:12, 86:1, 86:16, 86:20, 87:8, 87:14, 87:16, 87:23, 87:25, 88:2, 88:4, 88:12, 88:20, 88:23, 89:1, 89:8, 89:15, 89:21, 89:25, 90:6, 90:13, 91:1, 91:8, 91:12, 91:18, 91:25, 92:2, 92:6, 92:8, 92:14, 92:21, 93:13, 93:15, 93:17, 93:21, 93:23, 94:13, 94:16, 94:25, 95:11, 95:13, 95:20, 96:2, 96:9, 96:10,

96:11, 96:14, 96:15, 96:18, 96:19, 97:7, 97:15, 98:8, 98:19, 98:21, 98:22, 98:24, 99:1, 99:3, 99:10, 99:14, 99:15, 99:21, 99:22, 100:4, 100:5, 100:7, 100:10, 100:13, 100:25, 102:2, 102:22, 102:24, 103:14, 103:17, 103:18, 103:20, 103:23, 104:1, 104:6, 104:8, 104:18, 104:23, 105:2, 105:5, 106:1, 106:4, 106:8, 106:22, 107:1, 108:2, 108:5, 108:13, 108:25, 109:7, 109:23, 110:3, 110:15, 110:19, 110:20, 111:1, 111:20, 112:8, 113:11, 114:14, 114:24, 115:3, 115:11, 115:13, 115:14, 116:4, 116:16, 118:19, 118:21, 119:2, 120:13, 121:19, 122:17, 122:20, 123:11, 124:1, 124:20, 124:25, 125:13, 125:22, 126:3, 126:11, 126:15, 127:8, 127:13, 127:21, 127:25, 128:1, 128:5, 128:7, 128:10, 128:14, 128:17, 129:17, 129:22, 130:1, 130:12, 130:13, 130:14, 130:20, 131:5, 131:7, 132:4, 132:12, 133:17, 133:24, 134:5, 134:8, 134:11, 134:13, 135:16, 136:10, 137:21, 137:25, 139:9, 140:4, 140:20, 141:14, 141:21, 142:22, 142:25, 143:14, 143:20, 143:21, 143:25, 144:3, 144:7, 144:18, 145:2, 145:10, 145:12, 145:15, 146:1,

146:3, 146:6, 146:8, 146:17, 146:18, 146:24, 147:7, 147:21, 147:23, 148:6, 148:9, 148:14, 148:16, 148:19, 148:25, 149:4, 149:8, 149:9, 149:20, 149:23, 150:4
**MS** [43] - 17:24, 19:18, 19:20, 20:21, 21:17, 24:21, 25:6, 66:11, 66:19, 67:25, 68:3, 68:10, 68:12, 85:21, 86:11, 86:15, 86:17, 86:21, 87:7, 96:21, 104:24, 108:18, 108:20, 108:24, 110:11, 111:5, 111:23, 112:11, 112:16, 112:17, 112:20, 112:22, 112:23, 113:4, 126:20, 128:20, 130:3, 130:10, 131:9, 131:21, 132:19, 133:7, 142:4
**MURRAY** [1] - 8:16
**music** [2] - 37:12, 37:13
**must** [2] - 44:8, 89:10

## N

**name** [5] - 42:24, 45:14, 82:1, 90:20, 103:18
**named** [1] - 102:9
**names** [1] - 73:10
**narrow** [1] - 51:18
**nature** [1] - 20:10
**necessarily** [1] - 97:19
**necessary** [7] - 63:1, 64:1, 97:23, 108:2, 112:2, 133:2, 137:6
**necessity** [2] - 111:25, 137:4
**need** [53] - 15:11, 15:17, 16:5, 20:12, 25:15, 31:6, 32:19, 35:10, 43:20, 44:24, 45:24, 48:15, 50:5, 51:8, 52:24, 61:8, 62:17, 62:24, 70:13, 74:17, 76:6, 79:6, 85:19, 86:13, 86:15, 89:4, 90:6, 98:2, 110:1, 111:7, 112:4, 112:25, 113:20,

119:12, 121:7, 124:8, 124:11, 124:20, 124:23, 127:17, 128:15, 129:7, 130:5, 133:22, 134:9, 136:4, 138:21, 141:2, 141:4, 141:16, 144:21, 148:22
**needed** [2] - 82:3, 114:3
**needs** [10] - 21:6, 22:8, 28:2, 38:19, 39:17, 62:15, 88:9, 129:23, 138:1, 143:5
**negative** [4] - 17:4, 27:2, 55:22, 61:17
**neglected** [1] - 48:21
**negligent** [1] - 28:10
**negotiations** [2] - 23:20, 25:8
**nervous** [1] - 68:20
**NEUNER** [2] - 6:3, 6:4
**never** [6] - 21:14, 118:1, 135:11, 143:18, 147:9, 147:11
**NEW** [14] - 1:7, 1:22, 2:5, 3:11, 3:21, 4:5, 4:19, 5:5, 5:17, 5:25, 6:9, 6:13, 7:4, 9:14
**new** [5] - 46:22, 57:9, 69:21, 117:21, 120:9
**New** [7] - 47:23, 56:14, 60:20, 77:7, 81:8, 85:10, 100:3
**newly** [1] - 96:6
**news** [2] - 75:5
**NEXT** [1] - 11:11
**next** [48] - 14:10, 16:12, 21:8, 21:20, 23:21, 27:14, 36:24, 41:12, 43:14, 45:14, 45:16, 45:25, 47:4, 47:5, 51:2, 51:23, 52:8, 54:21, 59:16, 67:6, 67:9, 67:14, 67:23, 72:10, 72:15, 74:2, 80:15, 80:19, 80:20, 81:1, 82:20, 88:6, 88:7, 91:13, 99:3, 100:15, 109:2, 110:25, 128:3, 128:23, 129:9, 130:5, 133:8, 135:4, 138:2, 147:17, 148:3
**nice** [2] - 94:5, 121:12
**Nick** [1] - 73:1
**night** [4] - 51:1, 51:22,

63:18, 64:5
**nine** [1] - 42:16
**NO** [1] - 1:6
**nobody** [4] - 23:25, 68:22, 144:21, 148:12
**NOLA** [1] - 52:11
**NOMELLINI** [19] - 3:23, 116:16, 118:19, 120:13, 123:11, 124:1, 124:20, 124:25, 125:13, 125:22, 127:8, 127:13, 128:17, 129:17, 130:14, 135:16, 139:9, 140:4, 141:21
**Nomellini** [8] - 115:16, 116:16, 118:23, 120:15, 122:1, 128:2, 135:16, 141:23
**Nomellini's** [1] - 140:21
**none** [3] - 32:2, 98:5, 98:16
**nonpublic** [1] - 140:15
**nonstarter** [1] - 41:23
**nonsuited** [1] - 30:9
**noon** [1] - 87:19
**normally** [2] - 21:25, 24:25
**NORTH** [5] - 3:4, 3:14, 3:15, 3:17, 3:18
**note** [6] - 28:12, 58:22, 59:16, 61:11, 78:8, 85:7
**noted** [1] - 58:21
**notes** [2] - 46:3, 84:8
**nothing** [7] - 27:15, 33:4, 94:2, 96:6, 116:12, 117:14, 119:9
**notice** [23] - 33:24, 51:15, 62:14, 63:7, 66:22, 71:13, 74:15, 74:19, 76:17, 81:23, 84:15, 88:11, 88:13, 90:24, 91:6, 91:9, 95:23, 106:21, 109:1, 109:15, 129:2, 133:23, 134:9
**NOTICE**....................
...... [1] - 10:14
**NOTICE**....................
........ [1] - 10:7
**noticed** [2] - 24:2, 76:9, 77:20
**notices** [1] - 133:20
**NOTICES**...................

............. [1] - 11:7
**notifications** [1] - 138:19
**notify** [3] - 91:16, 122:2, 133:13
**noting** [2] - 64:9, 64:18
**notion** [1] - 41:8
**November** [2] - 115:24, 122:25
**nuances** [1] - 22:25
**Number** [12] - 57:12, 72:24, 72:25, 73:1, 74:24, 74:25, 76:2, 118:6
**number** [35] - 13:18, 14:13, 31:9, 42:22, 50:22, 54:16, 58:5, 58:9, 60:3, 93:25, 102:16, 115:20, 120:23, 121:4, 121:7, 121:12, 122:17, 122:21, 123:18, 123:19, 124:9, 124:18, 125:7, 125:20, 127:11, 129:3, 129:4, 129:13, 132:6, 132:8, 132:16, 140:7, 145:9
**numbered** [3] - 121:17, 124:16, 150:19
**numbering** [1] - 123:22
**numbers** [12] - 80:7, 117:9, 118:3, 118:10, 119:20, 119:22, 120:1, 121:22, 122:11, 123:23, 123:25, 131:18
**NUMBERS.................**
............. [1] - 11:5
**numerous** [1] - 82:2
**NW** [2] - 4:21, 5:13
**NY** [2] - 5:5, 5:17

## O

**O'BRIEN'S** [1] - 5:7
**o'clock** [3] - 42:16, 89:22
**O'Donnell** [2] - 49:23, 50:2
**O'DONNELL..............**
........................... [1] - 8:21
**O'KEEFE** [2] - 1:21,

6:21
**O'Keefe's** [1] - 45:19
**O'ROURKE** [1] - 2:20
**object** [5] - 21:5, 47:8, 128:7, 146:21, 146:22
**objection** [14] - 18:12, 18:15, 31:13, 33:17, 44:14, 73:22, 77:5, 89:19, 90:3, 90:8, 90:10, 96:2, 96:3
**objectionable** [1] - 51:16
**objections** [5] - 55:14, 63:16, 133:22, 134:5, 147:6
**obligation** [6] - 17:18, 20:10, 20:24, 25:13, 118:5, 144:21
**obligations** [2] - 20:12, 138:12
**observation** [1] - 57:20
**observed** [1] - 13:24
**obtained** [1] - 128:16
**obviously** [8] - 13:15, 13:20, 15:22, 16:5, 28:17, 32:9, 44:11, 82:5
**occur** [1] - 95:23
**occurred** [4] - 30:3, 30:20, 43:3, 136:3
**Odenwald** [2] - 82:23, 83:19
**ODENWALD..............**
........................... [1] - 10:5
**OF** [10] - 1:1, 1:5, 1:12, 2:13, 2:18, 2:19, 3:3, 8:25, 10:23, 11:4
**offend** [1] - 23:7
**offer** [1] - 74:4
**office** [4] - 15:3, 25:19, 75:15, 86:23
**Office** [2] - 38:4, 38:7
**OFFICE** [1] - 2:23
**offices** [1] - 55:5
**Official** [2] - 150:15, 150:24
**OFFICIAL** [1] - 7:3
**officials** [1] - 143:2
**OFFSHORE** [3] - 3:8, 4:16, 5:9
**often** [1] - 112:1
**OIG** [1] - 123:13
**OIL** [2] - 1:4, 1:4
**Oil** [1] - 127:1
**OK** [2] - 91:13, 146:16
**old** [2] - 57:16, 57:19

**Oldfather** [2] - 91:4, 91:15
**OLDFATHER** [1] - 91:4
**OLDFATHER..............**
........................... [1] - 10:15
**ON** [4] - 1:5, 10:22, 11:4, 11:9
**once** [7] - 23:8, 33:6, 33:14, 97:10, 120:17, 120:18, 137:11
**ONE** [4] - 3:19, 6:4, 6:8, 6:17
**one** [103] - 14:6, 14:13, 14:15, 16:23, 19:12, 23:13, 24:11, 25:23, 26:9, 31:23, 33:13, 34:20, 36:6, 36:12, 36:18, 39:16, 41:21, 43:1, 48:13, 50:10, 50:11, 50:22, 50:23, 50:24, 52:5, 53:13, 55:15, 56:17, 56:22, 57:25, 59:5, 61:11, 63:24, 64:3, 67:22, 68:21, 69:2, 69:7, 69:13, 69:17, 69:18, 69:24, 69:25, 70:7, 70:25, 71:19, 72:11, 74:25, 82:16, 87:8, 88:4, 88:19, 89:1, 89:11, 89:15, 90:15, 92:8, 94:6, 95:11, 95:14, 98:21, 101:19, 102:4, 104:3, 104:9, 104:23, 105:9, 105:23, 106:2, 106:6, 106:7, 106:16, 106:21, 107:4, 108:5, 108:7, 108:25, 109:12, 115:4, 115:5, 117:12, 119:2, 119:14, 120:3, 122:14, 123:15, 124:1, 124:10, 130:21, 131:8, 131:16, 131:19, 132:25, 134:13, 134:24, 139:22, 142:23, 143:25, 144:1, 146:12, 149:25
**one-day** [1] - 59:5
**one-time** [1] - 123:15
**ONE.........................**
[1] - 9:15

**ones** [10] - 30:7, 41:6, 45:10, 45:21, 94:17, 102:5, 132:25, 140:14, 140:15, 145:23
**ongoing** [6] - 12:18, 20:11, 25:4, 119:18, 123:15, 132:13
**open** [8] - 36:3, 36:4, 37:14, 43:11, 47:24, 61:14, 108:13, 140:22
**operations** [2] - 17:4, 27:3
**opinion** [2] - 63:12, 134:21
**opinions** [2] - 135:5, 135:6
**opportunity** [2] - 35:11, 130:18
**oppose** [2] - 43:22, 61:19
**opposed** [4] - 18:9, 27:8, 139:18, 139:21
**opposition** [1] - 43:17
**order** [30] - 52:4, 60:5, 77:19, 84:20, 89:9, 92:25, 93:18, 93:25, 100:7, 101:7, 103:25, 104:1, 104:3, 104:19, 105:7, 106:9, 106:10, 107:7, 108:6, 108:11, 109:16, 127:9, 127:17, 128:8, 128:13, 136:18, 142:16, 143:23, 149:21
**ORDER** [1] - 12:4
**Order** [4] - 118:5, 131:16, 131:18, 143:17
**orders** [4] - 36:6, 64:24, 93:1, 131:24
**ordinarily** [1] - 17:10
**organizations** [1] - 57:23
**original** [10] - 30:6, 57:13, 57:14, 57:15, 93:25, 102:9, 104:20, 121:17, 124:16, 125:3
**originally** [2] - 21:12, 29:17
**ORIGINALLY** [1] - 8:7
**ORLEANS** [11] - 1:7, 1:22, 2:5, 3:11, 3:21, 4:5, 4:19, 5:25, 6:9, 6:13, 7:4

**Orleans** [8] - 47:23, 56:14, 60:20, 77:7, 81:8, 85:10, 100:3, 102:4
**OSC** [1] - 119:22
**ostensibly** [1] - 119:19
**otherwise** [4] - 27:23, 89:5, 107:25, 108:1
**ought** [3] - 42:17, 56:17, 138:23
**outline** [1] - 44:12
**outlined** [1] - 38:13
**outrageous** [1] - 26:18
**outside** [2] - 37:9, 37:13
**outstanding** [1] - 88:14
**OVER** [1] - 11:1
**overboard** [1] - 137:3
**overburden** [1] - 27:25
**overburdened** [1] - 42:14
**overlapping** [1] - 144:24
**own** [5] - 23:16, 66:25, 77:2, 115:16, 143:17
**oxygen** [1] - 36:12

## P

**p.m** [1] - 150:6
**P.O** [1] - 2:20
**package** [1] - 110:10
**PAGE** [1] - 8:3
**page** [9] - 31:8, 41:1, 41:4, 70:23, 76:1, 89:9, 106:15, 107:5, 142:1
**paid** [2] - 31:3, 90:4
**painless** [2] - 39:2
**Pan** [2] - 85:14, 86:2
**PAN** [1] - 2:4
**paper** [4] - 38:1, 93:21, 102:6, 102:19
**paragraph** [3] - 106:6, 130:25, 131:15
**paragraphs** [3] - 14:5, 105:24, 106:19
**parameters** [1] - 26:23
**parents** [2] - 109:4, 109:14
**PARENTS..................**
........................... [1] - 11:2
**parish** [2] - 101:16, 101:24

**Parish** [1] - 102:4
**PARKWAY** [1] - 5:20
**parsing** [1] - 17:20
**part** [9] - 22:4, 25:13, 79:7, 83:4, 83:21, 99:11, 103:5, 131:22, 138:22
**participate** [2] - 25:20, 34:25
**participated** [1] - 35:7
**particular** [3] - 39:20, 101:16, 121:16
**particularly** [2] - 27:13, 102:7
**Parties** [1] - 50:5
**parties** [43] - 15:8, 15:18, 18:17, 19:17, 21:12, 22:24, 26:17, 33:16, 37:4, 39:15, 39:16, 39:18, 47:21, 49:21, 50:6, 70:22, 76:21, 77:3, 98:16, 107:4, 107:22, 108:8, 112:17, 113:4, 118:4, 121:5, 123:17, 124:6, 125:23, 126:2, 126:10, 126:23, 126:25, 127:9, 133:1, 133:15, 135:18, 135:20, 143:8, 144:15, 144:16, 145:23, 147:3
**PARTIES**.................
[1] - 8:22
**partner** [1] - 146:6
**parts** [1] - 52:10
**party** [21] - 15:1, 37:11, 50:13, 62:25, 64:25, 68:5, 68:10, 68:15, 80:13, 108:7, 108:10, 109:24, 112:25, 113:8, 121:11, 128:9, 131:13, 142:10, 144:14, 144:19, 145:24
**pass** [2] - 22:20, 46:17
**passed** [3] - 26:10, 62:14, 75:3
**password** [2] - 87:1, 87:2
**past** [13] - 43:3, 47:12, 55:24, 72:19, 81:21, 83:22, 89:12, 118:18, 121:8, 124:9, 124:11, 138:17, 147:17
**PATRICK** [1] - 6:21

**PAUL** [3] - 2:3, 9:9, 9:25
**Paul** [22] - 15:23, 15:25, 16:16, 28:5, 38:21, 38:24, 49:25, 71:6, 71:9, 78:23, 79:13, 79:15, 79:17, 79:19, 80:4, 86:1, 86:11, 87:13, 110:25, 112:6, 113:10, 114:23
**Paxil** [1] - 73:20
**pay** [1] - 90:5
**paying** [2] - 23:13, 61:21
**payment** [1] - 22:18
**Payne** [1] - 89:11
**pen** [1] - 87:9
**pencil** [1] - 61:7
**pending** [9] - 29:22, 93:3, 94:17, 96:7, 96:23, 97:1, 97:25, 98:14, 101:3
**PENTHOUSE** [1] - 2:11
**people** [32] - 13:7, 13:23, 24:9, 24:18, 25:20, 27:24, 28:7, 32:1, 32:13, 32:25, 38:3, 53:9, 53:19, 70:22, 75:16, 79:14, 82:16, 85:23, 102:19, 118:9, 122:9, 124:2, 124:8, 124:22, 128:23, 130:25, 132:7, 135:9, 136:5, 137:6, 147:20
**PEPPER** [1] - 7:3
**Pepper** [3] - 150:13, 150:22, 150:23
**per** [5] - 33:13, 52:4, 145:22, 145:24, 149:13
**perceived** [2] - 93:16, 107:23
**percent** [1] - 146:25
**perfect** [4] - 80:3, 118:1, 120:14, 120:16
**perhaps** [9] - 21:9, 33:12, 42:14, 54:7, 61:10, 107:3, 133:11, 136:20, 145:21
**period** [4] - 37:5, 42:25, 66:8, 105:9
**permission** [3] - 51:7, 69:13, 146:14
**person** [8] - 12:23,

23:13, 28:9, 36:12, 43:7, 78:6, 81:25, 90:19
**personal** [46] - 15:2, 15:15, 17:3, 17:10, 17:14, 18:5, 18:22, 19:15, 19:22, 20:3, 20:15, 20:17, 20:19, 20:25, 21:11, 21:15, 21:16, 21:18, 21:20, 21:24, 22:7, 22:8, 22:14, 24:10, 24:14, 24:24, 25:1, 25:5, 25:11, 25:20, 25:22, 27:1, 27:9, 42:6, 72:4, 80:11, 81:16, 81:17, 81:21, 82:23, 105:15, 105:20, 106:12, 135:23, 136:4
**personnel** [1] - 24:24
**perspective** [4] - 97:4, 107:3, 125:17, 126:24
**pertaining** [1] - 114:1
**pertains** [1] - 105:5
**PESCE** [1] - 6:24
**PETER** [1] - 6:23
**petition** [2] - 95:9, 95:12
**petitioners** [1] - 105:8
**PETROLEUM** [2] - 4:15, 6:4
**PHARR** [2] - 10:2, 82:1
**Pharr** [2] - 82:1, 82:13
**phase** [3] - 69:16, 69:17, 70:7
**PHELPS** [1] - 6:11
**Phil** [1] - 72:24
**Philadelphia** [2] - 73:19, 84:25
**phone** [4] - 12:15, 12:21, 65:19, 71:13
**physically** [1] - 85:25
**pick** [7] - 17:23, 60:13, 63:4, 71:9, 71:13, 74:9, 105:1
**picked** [1] - 76:8
**picking** [1] - 27:13
**piecemeal** [1] - 134:25
**PIGMAN** [1] - 4:3
**PINHOOK** [1] - 6:5
**pipeline** [2] - 129:3, 129:13
**place** [5] - 33:2, 37:13, 93:9, 137:1, 138:11
**PLACE** [2] - 5:24, 6:12
**plaintiff** [4] - 17:11, 17:16, 72:4, 105:14

**plaintiffs** [12] - 20:25, 21:15, 21:23, 28:18, 118:5, 120:22, 121:6, 127:18, 131:17, 131:23, 131:25, 144:3
**plaintiffs'** [1] - 105:15, 131:15
**Plaintiffs'** [2] - 131:22, 132:1
**PLAINTIFFS'** [1] - 1:16
**plan** [5] - 32:9, 34:18, 34:19, 50:6, 70:8
**plane** [1] - 133:25
**planning** [1] - 105:11
**plans** [2] - 53:10, 53:12
**planted** [1] - 76:5
**plays** [1] - 16:7
**PLC** [1] - 113:1
**plead** [1] - 29:24
**pleading** [2] - 27:25, 106:6
**pleadings** [5] - 94:7, 94:11, 103:3, 103:10, 107:16
**pleas** [1] - 58:16
**pleasure** [2] - 111:17, 112:5
**plenty** [2] - 34:5, 74:6
**plight** [1] - 140:21
**pockets** [1] - 61:24
**podium** [1] - 12:17
**POE** [1] - 6:23
**point** [43] - 14:2, 14:12, 14:14, 15:10, 17:9, 17:11, 17:17, 18:16, 19:9, 20:6, 27:10, 27:12, 27:21, 27:22, 28:6, 57:22, 66:2, 66:21, 68:19, 70:17, 72:4, 76:15, 77:18, 85:11, 93:24, 98:17, 100:2, 102:13, 104:9, 104:25, 113:18, 114:20, 114:21, 117:17, 117:18, 130:3, 133:19, 137:1, 139:23, 142:6, 143:10, 145:5, 146:9
**pointed** [3] - 22:5, 96:24, 116:6
**points** [1] - 74:24
**policy** [1] - 138:21
**political** [1] - 102:3
**politics** [1] - 101:20
**POLK** [1] - 4:17

**portion** [2] - 19:23, 141:19
**position** [11] - 14:18, 19:24, 23:17, 26:10, 31:7, 61:21, 64:19, 65:17, 110:14, 129:14, 142:8
**positions** [1] - 141:24
**positively** [2] - 113:7
**possession** [1] - 147:8
**possibility** [1] - 87:6
**possible** [4] - 47:5, 88:15, 91:21, 118:2
**possibly** [4] - 39:1, 101:21, 113:20, 113:21
**post** [2] - 43:5, 144:11
**post-spill** [1] - 43:5
**postponed** [1] - 88:5
**posttraumatic** [1] - 18:19
**potentially** [4] - 53:4, 64:17, 78:24, 130:23
**POYDRAS** [6] - 2:4, 3:11, 3:20, 4:18, 6:9, 7:4
**PPFG's** [1] - 116:24
**PPFP** [1] - 115:23
**practical** [1] - 146:24
**practice** [1] - 136:14
**precedent** [1] - 121:3
**predicated** [3] - 40:1, 40:6, 41:9
**prefer** [2] - 79:16, 94:13
**preferably** [1] - 47:21
**preference** [2] - 105:22, 106:5
**prefixes** [1] - 122:21
**prejudge** [1] - 36:1
**preliminarily** [1] - 33:5
**preliminary** [3] - 68:22, 69:14, 69:22
**PRELIMINARY** [1] - 9:14
**prepare** [1] - 129:14
**prepared** [2] - 62:14, 111:24
**preparing** [3] - 18:9, 27:8, 122:5
**PRESENT** [1] - 6:20
**present** [7] - 17:16, 23:8, 27:9, 28:1, 32:16, 42:18, 73:12
**presented** [1] - 95:6
**presenting** [1] - 23:20
**preserving** [1] - 111:11
**President** [1] - 122:22

**Presidential** [3] - 119:24, 122:21, 123:13
**pressure** [2] - 17:5, 27:2
**presumably** [4] - 14:4, 43:21, 97:10, 102:13
**presume** [2] - 74:2, 126:1
**pretermitted** [1] - 25:3
**Pretrial** [4] - 118:5, 131:16, 131:18, 143:17
**pretrial** [9] - 36:6, 93:1, 101:7, 105:7, 106:9, 106:10, 127:9, 136:18, 142:16
**pretty** [10] - 36:5, 40:22, 45:15, 49:6, 65:24, 78:4, 78:25, 107:12, 113:13, 119:16
**previously** [3] - 52:9, 57:5, 59:2
**primarily** [2] - 89:16, 136:20
**printing** [1] - 120:9
**prioritized** [1] - 22:12
**priority** [2] - 15:10, 121:14
**Privacy** [1] - 142:13
**privilege** [11] - 111:21, 112:9, 115:5, 117:13, 117:14, 126:16, 131:1, 131:21, 133:4, 140:12, 147:6
**PROBLEM** [1] - 11:4
**problem** [39] - 12:16, 12:18, 18:11, 30:11, 31:12, 47:14, 53:2, 53:11, 54:20, 54:25, 55:7, 55:11, 55:14, 56:3, 66:14, 78:15, 78:17, 81:11, 83:11, 83:12, 93:14, 93:16, 93:17, 93:20, 113:25, 114:9, 115:12, 116:9, 119:6, 119:21, 120:11, 122:3, 125:18, 126:1, 126:4, 130:18, 133:5, 134:11, 136:12
**problems** [3] - 12:14, 89:14, 89:15
**procedural** [2] - 30:25, 98:2

**procedure** [3] - 72:7, 81:19, 89:23
**proceed** [3] - 20:12, 51:8, 121:3
**proceeding** [3] - 33:22, 34:9, 76:22
**PROCEEDINGS** [3] - 1:12, 7:6, 12:1
**proceedings** [4] - 33:11, 70:17, 150:6, 150:18
**process** [34] - 14:4, 17:22, 20:25, 27:18, 29:7, 35:13, 38:24, 66:1, 71:20, 71:22, 71:25, 76:16, 83:16, 89:13, 94:10, 98:11, 110:5, 111:15, 116:24, 117:13, 117:19, 117:22, 117:25, 119:6, 119:12, 119:19, 128:21, 129:8, 132:13, 132:14, 134:17, 135:22, 136:7, 138:20
**produce** [14] - 33:14, 33:24, 51:14, 53:19, 118:6, 119:17, 119:19, 123:5, 123:17, 124:17, 125:20, 128:8, 142:12
**PRODUCED** [1] - 7:7
**produced** [30] - 34:3, 34:4, 34:14, 35:2, 58:20, 78:1, 115:23, 115:24, 116:1, 116:8, 116:21, 117:2, 117:6, 119:17, 120:21, 121:1, 122:14, 123:1, 123:7, 124:2, 124:3, 124:4, 125:12, 125:23, 130:4, 136:16, 136:22, 137:17, 140:11, 147:9
**producing** [2] - 126:25, 127:6
**product** [1] - 132:9
**PRODUCTION** [4] - 3:13, 3:16, 8:11, 11:4
**production** [29] - 34:2, 35:4, 38:16, 50:8, 50:11, 51:22, 61:9, 62:8, 63:7, 66:4, 68:8, 113:15, 113:24, 113:25,

114:25, 115:19, 116:18, 119:15, 121:11, 122:25, 123:12, 128:22, 129:3, 132:22, 134:24, 136:22, 141:1, 147:14, 150:5
**Production** [1] - 38:8
**PRODUCTION........... ..................... [1] - 11:6**
**productions** [1] - 123:15
**productive** [2] - 26:8, 132:20
**PRODUCTS** [1] - 3:18
**prohibition** [1] - 145:5
**promised** [1] - 51:1
**promptly** [2] - 47:3, 122:3
**prompts** [1] - 86:25
**proof** [1] - 28:7
**properly** [2] - 28:10, 50:23, 129:14
**propose** [3] - 24:13, 63:1, 71:8
**proposed** [5] - 15:3, 18:15, 87:18, 100:7, 103:25
**propound** [2] - 144:15, 145:4
**propounding** [1] - 144:25
**proprietary** [3] - 134:19, 134:21, 135:8
**protected** [1] - 142:15
**protection** [2] - 132:10, 142:9
**protective** [4] - 66:16, 77:19, 84:19, 149:20
**protests** [1] - 26:18
**prove** [2] - 114:22, 117:17
**provide** [8] - 24:23, 27:9, 52:2, 52:4, 121:7, 123:1, 127:18, 127:24
**provided** [3] - 117:16, 121:8, 127:23
**provision** [1] - 131:20
**provoke** [1] - 111:21
**PS** [1] - 122:22
**PSC** [47] - 15:21, 15:24, 19:6, 26:19, 38:21, 41:17, 42:10, 46:12, 50:15, 50:18, 55:3, 56:21, 62:1, 69:12, 70:1, 71:1, 79:1, 79:8, 97:8,

99:13, 100:16, 101:18, 109:9, 109:16, 111:19, 115:15, 115:18, 118:22, 122:22, 127:23, 129:23, 130:7, 131:2, 132:6, 132:8, 140:22, 143:4, 143:17, 143:19, 144:6, 144:17, 145:1, 145:16, 147:2, 147:5, 147:8
**PSC...................... ....... [1] - 11:9**
**PSC...................... ..................... [1] - 8:23**
**PTO** [7] - 94:1, 130:24, 132:2, 134:16, 134:18, 138:12, 138:23
**public** [2] - 43:4, 140:15
**publish** [1] - 39:6
**pulling** [1] - 129:1
**pumping** [1] - 140:7
**purpose** [4] - 20:21, 23:15, 41:25, 50:8
**purposes** [4] - 17:12, 80:11, 106:16, 125:10
**pursuant** [2] - 103:18, 113:21, 138:12
**push** [4] - 28:17, 47:12, 64:17, 77:9
**pushed** [2] - 85:1, 130:6
**pushing** [3] - 28:18, 86:3, 128:1
**put** [28] - 24:1, 26:17, 30:11, 33:21, 33:23, 34:8, 38:23, 52:8, 54:4, 54:6, 55:18, 62:8, 82:5, 82:7, 83:6, 83:8, 91:13, 92:16, 107:4, 109:1, 109:15, 113:14, 115:4, 133:2, 133:17, 138:3, 144:13, 144:17
**putting** [3] - 83:12, 109:11, 146:9

**Q**

**questioned** [1] - 20:19
**questioning** [12] - 16:16, 16:17, 17:22,

99:13, 100:16,
19:15, 19:17, 20:21, 20:24, 21:1, 21:11, 21:22, 25:18, 25:22
**questions** [19] - 16:9, 16:22, 17:6, 19:3, 26:12, 26:14, 28:20, 32:20, 39:20, 111:19, 111:21, 112:10, 112:24, 112:25, 113:1, 113:8, 143:23, 144:12, 145:20
**quick** [1] - 63:9
**quickly** [3] - 78:4, 130:4, 133:17
**quiet** [1] - 112:20
**QUIP** [3] - 5:18, 10:7, 10:9
**Quip** [4] - 84:15, 87:17, 87:18, 88:1
**quite** [3] - 100:1, 118:25, 132:23
**quo** [4] - 94:12, 94:14, 94:21, 96:5
**quote** [1] - 129:2

**R**

**radar** [1] - 133:18
**raise** [8] - 13:14, 14:16, 25:23, 33:5, 33:7, 61:12, 64:21, 85:12
**raised** [12] - 23:6, 23:22, 24:8, 41:18, 76:18, 89:25, 92:14, 115:22, 116:17, 116:20, 131:13, 135:14
**raises** [1] - 18:16
**RANDY** [1] - 10:11
**Randy** [1] - 88:8
**rare** [2] - 140:3, 141:19
**rather** [15] - 18:8, 29:10, 61:4, 73:25, 75:1, 77:20, 106:6, 117:25, 121:3, 123:24, 133:5, 144:13, 144:14, 145:6, 145:7
**Ravi** [1] - 88:4
**RAVI..................... .................. [1] - 10:10**
**RD** [1] - 6:5
**re** [4] - 17:16, 23:20, 27:9, 123:22
**RE** [1] - 1:4

**re-Bates** [1] - 123:22
**re-present** [2] - 17:16, 27:9
**re-presenting** [1] - 23:20
**reach** [2] - 64:2, 64:20
**reached** [3] - 76:4, 99:18, 109:8
**reacted** [1] - 16:10
**reaction** [1] - 33:21
**read** [3] - 43:20, 95:8, 107:8
**ready** [15] - 19:23, 20:2, 20:6, 24:19, 33:24, 39:2, 73:20, 74:19, 79:9, 87:9, 98:10, 98:16, 98:19, 142:23, 142:24
**real** [8] - 13:19, 13:25, 35:13, 70:3, 127:5, 138:9, 141:9, 141:10
**realistic** [1] - 140:17
**realized** [1] - 82:2
**really** [23] - 31:4, 37:14, 42:7, 47:22, 55:6, 68:23, 71:14, 76:6, 79:2, 101:15, 101:24, 105:20, 110:9, 111:5, 111:24, 117:15, 124:10, 126:6, 130:1, 130:4, 137:5, 137:18, 140:10
**realm** [1] - 101:20
**Realtime** [2] - 150:13, 150:23
**REALTIME** [1] - 7:3
**reason** [10] - 13:14, 23:22, 30:25, 49:2, 52:24, 67:21, 70:8, 116:4, 121:23, 126:3
**reasonable** [8] - 90:1, 101:25, 102:21, 103:24, 108:14, 121:6, 121:9
**reasonableness** [3] - 89:10, 90:2, 90:9
**reasons** [3] - 52:25, 117:12, 124:1
**receipt** [1] - 51:20
**receive** [1] - 116:11
**received** [6] - 51:15, 63:24, 64:5, 65:13, 114:2, 142:9
**receiving** [1] - 114:6
**recent** [1] - 103:3
**recently** [2] - 18:2, 147:11
**recess** [2] - 25:19, 70:18

**recessing** [1] - 15:14
**recognize** [1] - 141:4
**recognized** [1] - 137:2
**recognizes** [1] - 131:16
**recognizing** [1] - 30:10
**recollection** [2] - 89:2, 144:4
**reconvene** [1] - 70:15
**record** [13] - 24:1, 30:15, 36:5, 38:2, 43:4, 52:8, 74:17, 113:14, 128:10, 128:11, 131:14, 132:2, 150:18
**RECORDED** [1] - 7:6
**records** [4] - 21:3, 24:24, 24:25, 78:9
**recount** [1] - 23:10
**recurrent** [1] - 114:8
**recurring** [2] - 115:17, 125:18
**redacted** [1] - 117:15
**Redd** [6] - 78:12, 78:23, 78:25, 79:2, 79:23, 79:25
**Redd's** [1] - 80:2
**REDD...........................
.......................** [1] -
9:22
**redoing** [1] - 123:24
**reduce** [2] - 93:21, 145:9
**reference** [2] - 131:14, 131:24
**references** [1] - 122:4
**referred** [4] - 21:12, 94:17, 125:6, 130:15
**referring** [2] - 69:2, 121:16
**refine** [1] - 117:25
**reflect** [1] - 96:20
**reflected** [3] - 45:8, 45:19
**refused** [1] - 120:6
**regard** [8] - 16:17, 18:4, 20:19, 24:18, 25:5, 47:7, 91:15, 143:23
**regardless** [1] - 77:25
**regards** [1] - 91:4
**Registered** [1] -
150:13
**regular** [1] - 67:6
**reimburse** [1] - 90:4
**reimbursement** [1] -
61:13
**reimbursing** [1] -
61:20

**rein** [1] - 28:2
**reject** [1] - 38:5
**related** [4] - 29:10, 31:18, 99:3, 109:1
**RELATES** [1] - 1:9
**relates** [2] - 104:23, 108:6
**relating** [1] - 34:4
**relationship** [2] - 18:5, 118:14
**relative** [1] - 62:7
**relevant** [1] - 48:18
**relief** [1] - 15:13
**rely** [1] - 108:3
**remain** [2] - 30:17, 45:10
**remaining** [2] - 31:11, 67:14
**remains** [1] - 107:24
**remand** [5] - 29:20, 29:21, 30:6, 30:7, 30:18
**remands** [2] - 30:5, 30:17
**remember** [3] - 18:20, 66:24, 84:19
**remind** [1] - 115:8
**reminding** [1] - 133:22
**remove** [1] - 30:16
**removed** [6] - 29:19, 30:6, 30:11, 31:1, 77:11, 90:16
**removing** [2] - 48:4, 48:5
**renotice** [1] - 84:22
**renumber** [2] - 124:17, 125:10
**renumbering** [2] -
121:23, 125:20
**repeat** [1] - 93:19
**repetitive** [2] - 125:2, 138:16
**replies** [1] - 95:4
**reply** [4] - 93:10, 102:11, 102:13, 104:14
**report** [12] - 41:1, 50:15, 63:3, 70:24, 74:13, 82:25, 91:3, 119:24, 119:25, 120:25, 128:2, 149:18
**REPORTER** [2] - 7:3, 7:3
**reporter** [5] - 15:18, 15:19, 86:16, 86:17, 96:20
**Reporter** [6] - 150:13, 150:14, 150:15, 150:23, 150:24

**REPORTER'S** [1] -
150:11
**reporters** [1] - 85:22
**reporting** [2] - 85:24, 86:5
**reports** [5] - 116:7, 116:25, 119:24, 122:7, 146:25
**represent** [2] - 13:2, 95:8
**representative** [1] -
88:16
**represented** [2] -
28:16, 70:9
**representing** [1] -
31:24
**represents** [2] - 75:1, 128:9
**reproduce** [2] - 121:4, 129:6
**REQUEST** [1] - 8:18
**request** [26] - 23:19, 35:16, 35:18, 40:1, 40:6, 43:17, 46:24, 47:13, 47:16, 57:9, 60:23, 65:1, 65:7, 66:18, 68:8, 79:2, 80:10, 80:12, 81:8, 88:7, 92:12, 121:9, 127:22, 131:12, 145:18, 147:14
**requested** [9] - 15:9, 22:4, 39:8, 39:13, 57:5, 70:22, 72:16, 72:22, 73:3
**requesting** [5] - 39:8, 71:1, 73:13, 80:13, 82:17
**REQUESTS** [2] - 8:12, 10:12
**requests** [20] - 15:10, 35:18, 39:20, 40:17, 45:6, 46:22, 49:18, 63:14, 63:16, 64:15, 64:16, 66:2, 89:10, 121:6, 125:2, 131:12, 143:19, 146:22, 147:4, 150:1
**Requests** [1] - 39:4
**require** [1] - 37:4
**required** [1] - 113:6
**requirement** [2] -
123:16, 127:10
**requirements** [2] -
131:18, 136:18
**RESCHEDULED** [1] -
8:19
**rescheduled** [1] -
47:17
**rescheduling** [1] -

59:14
**resend** [1] - 134:10
**reservation** [1] - 96:5
**reserve** [6] - 20:24, 24:15, 44:15, 80:17, 146:20
**reserved** [1] - 95:4
**resisted** [1] - 114:11
**resolution** [2] - 88:10, 132:15
**resolve** [8] - 23:17, 81:6, 84:10, 97:12, 114:16, 114:18, 115:9, 117:2
**resolved** [7] - 23:5, 29:16, 36:9, 45:21, 102:15, 117:7, 119:16
**resources** [8] - 21:1, 53:19, 139:1, 139:5, 139:14, 139:17, 141:16, 142:15
**respect** [19] - 68:12, 71:23, 94:21, 101:7, 102:3, 109:18, 115:5, 115:6, 116:23, 116:24, 116:25, 117:18, 117:22, 118:3, 135:17, 140:6, 141:22, 142:18
**respond** [10] - 50:24, 64:16, 99:19, 99:23, 100:11, 101:7, 107:10, 110:8, 138:12, 147:6
**responded** [6] - 64:18, 64:23, 78:13, 78:14, 94:22, 104:20
**responder** [4] - 32:1, 34:6, 35:8, 68:20
**RESPONDER** [1] - 8:8
**responders** [6] -
31:21, 32:6, 32:20, 33:3, 33:8, 34:19
**responding** [2] - 68:7, 100:15
**Response** [1] - 92:19
**RESPONSE** [4] - 5:3, 5:7, 10:17, 10:20
**response** [25] - 32:6, 32:9, 32:15, 32:17, 32:24, 33:1, 33:16, 33:20, 34:22, 43:5, 73:15, 78:15, 79:1, 87:16, 93:4, 98:13, 101:22, 102:12, 104:4, 104:20, 108:22, 141:16, 143:15, 146:19,

**149**:21

**responses** [4] - 87:23, 95:22, 105:1, 108:22

**responsibility** [3] - 62:23, 92:11, 94:6

**responsible** [1] - 22:18

**responsive** [4] - 94:7, 94:11, 103:3, 107:16

**rest** [5] - 20:6, 20:22, 21:7, 72:2, 128:2

**result** [1] - 142:10

**resurrecting** [1] - 31:5

**return** [1] - 50:10

**returned** [1] - 91:4

**review** [9] - 90:2, 100:18, 105:10, 117:13, 119:10, 127:17, 128:14, 139:1, 143:9

**reviewed** [1] - 89:10

**reviewing** [1] - 138:18

**revised** [2] - 51:15, 117:20

**revisions** [3] - 63:16, 65:11, 65:14

**revisit** [2] - 138:23, 139:24

**RFP's** [1] - 133:9

**Rich** [1] - 45:22

**RICH..........** [1] - 8:16

**Richard** [1] - 91:1

**RICHARD** [1] - 5:24

**RICHESON** [1] - 4:17

**RICO** [1] - 98:22

**RIG** [1] - 1:4

**rig** [3] - 20:17, 42:21, 135:7

**rights** [5] - 24:16, 40:8, 96:5, 111:11, 111:16

**rise** [2] - 12:7, 70:19

**risk** [3] - 129:4, 129:12, 130:3

**RMR** [2] - 7:3, 150:23

**road** [3] - 61:22, 68:13, 118:17

**robe** [2] - 68:24, 69:7

**ROBERT** [1] - 1:24

**Robert** [2] - 42:10, 44:10

**Roberts** [6] - 14:23, 18:14, 20:9, 22:21, 25:12, 40:23

**ROBERTS** [8] - 14:19, 14:22, 14:25, 15:17, 18:14, 20:9, 22:21, 25:12

**rolling** [2] - 37:24, 51:22

**ROME** [1] - 5:3

**RONQUILLO** [2] - 4:7, 4:11

**room** [9] - 15:4, 15:5, 19:9, 31:3, 36:12, 37:16, 79:14, 86:14, 87:5

**ROOM** [2] - 2:16, 7:4

**rooms** [1] - 86:6

**Rose's** [1] - 81:25

**Ross** [3] - 48:20, 49:13, 49:14

**ROSS** [1] - 8:20

**round** [1] - 83:7

**route** [1] - 61:19

**routine** [1] - 141:8

**row** [2] - 60:11, 88:25

**Roy** [4] - 128:12, 132:4, 137:21, 139:9

**ROY** [9] - 1:17, 1:17, 86:20, 128:7, 132:4, 137:21, 137:25, 140:20, 141:14

**Rule** [5] - 29:25, 30:21, 92:1, 96:25, 137:2

**rule** [3] - 31:8, 71:14, 141:20

**RULE** [1] - 10:16

**ruled** [1] - 95:21

**rules** [4] - 97:10, 102:18, 108:11, 138:20

**ruling** [1] - 98:8

**rulings** [2] - 97:21, 98:3

**rumor** [1] - 12:11

**run** [2] - 81:21, 148:7

**running** [1] - 147:16

**RUSNAK** [1] - 2:6

**Russia** [3] - 78:14, 78:15

**Russo** [2] - 50:21, 51:12

**RUSSO** [2] - 6:24, 51:12

**RYAN** [1] - 3:24

## S

**S-N-E-D-D-O-N** [1] - 79:1

**s/Cathy** [1] - 150:22

**Sabins** [1] - 66:3

**SABINS........................**
**..........................** [1] - 9:13

**safety** [3] - 128:21, 128:23, 129:8

**sake** [1] - 104:15

**SALLY** [1] - 1:12

**samples** [1] - 126:4

**SAN** [1] - 2:16

**Sandell** [3] - 76:2, 76:16, 77:1

**SANDELL........................**
**..........................** [1] - 9:21

**Sarah** [11] - 126:12, 126:13, 126:14, 126:18, 126:20, 130:21, 131:10, 132:16, 132:18, 132:19, 142:4

**SARAH** [2] - 2:15

**satellite** [1] - 75:17

**satisfaction** [1] - 23:16

**Saturday** [1] - 116:19

**save** [1] - 135:2

**saw** [1] - 99:9

**schedule** [12] - 24:19, 38:13, 38:19, 41:23, 53:20, 78:20, 82:14, 85:16, 91:24, 107:7, 132:22, 144:7

**scheduled** [10] - 40:14, 49:23, 50:8, 59:2, 67:17, 70:6, 71:4, 75:3, 130:5, 133:8

**scheduling** [2] - 43:9, 73:9

**SCHELL** [1] - 4:17

**school** [3] - 48:22, 49:3, 53:13

**scope** [5] - 29:11, 51:16, 51:18, 51:21, 132:24

**scoured** [1] - 116:8

**scouring** [1] - 117:13

**scratch** [1] - 59:7

**script** [2] - 112:13, 112:15

**scripted** [1] - 113:8

**SEACOR** [6] - 5:8, 5:9, 5:9, 5:10, 5:10, 5:11

**search** [3] - 117:19, 117:20, 117:22

**second** [13] - 21:14, 26:4, 30:20, 50:11, 50:24, 52:5, 82:12, 83:6, 88:16, 114:10, 117:18, 146:10, 149:23

**secret** [2] - 134:19, 137:18

**secrets** [3] - 134:22, 135:8, 136:20

**SECTION** [1] - 2:19

**SECURING** [1] - 8:22

**Securing** [1] - 50:4

**see** [27] - 12:18, 27:22, 32:24, 35:22, 40:16, 54:7, 54:22, 56:10, 62:1, 66:22, 70:20, 77:8, 78:2, 81:1, 87:5, 87:8, 87:21, 95:25, 102:18, 103:21, 104:8, 111:16, 125:16, 133:20, 145:6, 148:23, 149:15

**seed** [4] - 39:14, 39:18, 76:5, 148:5

**seeded** [1] - 39:9

**seeding** [2] - 41:8, 49:16

**seeing** [2] - 14:21

**seek** [1] - 15:13

**seeks** [1] - 96:24

**Seely** [21] - 12:21, 12:22, 12:24, 13:1, 15:21, 16:19, 18:24, 19:21, 23:4, 25:16, 25:17, 26:9, 27:11, 27:21, 28:25, 29:4, 29:14, 31:12, 31:15, 36:8, 36:11

**SEELY** [24] - 12:23, 12:25, 13:4, 13:7, 13:17, 16:20, 17:2, 18:2, 18:24, 23:4, 23:12, 25:23, 26:1, 26:5, 26:24, 27:22, 29:6, 29:10, 29:15, 29:24, 30:20, 31:15, 36:8, 36:13

**Seely's** [2] - 15:3, 26:12

**seem** [1] - 47:11

**sees** [1] - 30:4

**segment** [11] - 21:20, 69:2, 69:7, 69:17, 69:18, 69:24, 69:25, 70:7, 109:12, 146:12, 149:25

**SEGMENT** [1] - 9:15

**segments** [2] - 21:8, 134:20

**selectivity** [1] - 136:11

**send** [10] - 38:1, 41:19, 46:23, 47:1, 79:19, 90:9, 116:6, 118:24, 123:7, 147:4

**sending** [2] - 121:10, 135:9

**senior** [1] - 87:4

**sense** [8] - 23:7,

32:12, 32:21, 32:24, 97:3, 102:2, 106:10, 127:4

**sensitive** [2] - 136:22, 140:25

**sent** [7] - 45:8, 73:10, 75:2, 82:4, 116:4, 128:21, 143:15

**separate** [8] - 18:21, 22:8, 33:22, 34:9, 76:24, 99:7, 103:6, 103:11, 105:25

**separately** [1] - 13:22

**September** [1] - 37:1

**SEPULVADO** [1] - 8:16

**Sepulvado** [1] - 45:22

**Seriale** [3] - 72:25, 77:2

**serially** [1] - 111:7

**series** [4] - 28:19, 67:23, 93:2, 98:6

**serious** [2] - 115:6, 136:7

**seriously** [2] - 58:1, 136:8

**serve** [7] - 65:5, 133:19, 143:17, 143:19, 144:6, 146:11, 147:2

**served** [6] - 50:23, 66:13, 66:22, 88:13, 99:25, 131:11

**service** [6] - 51:15, 51:20, 66:17, 110:5, 110:12, 110:14

**SERVICES** [1] - 4:7

**serving** [2] - 145:16, 149:25

**session** [1] - 70:19

**set** [14] - 13:3, 41:21, 68:6, 85:19, 93:7, 97:9, 98:5, 98:25, 102:14, 105:7, 114:5, 121:3, 123:24, 127:16

**sets** [2] - 134:17, 145:7

**settled** [3] - 14:10, 67:13

**settlement** [2] - 22:18, 95:18

**several** [3] - 101:13, 102:8, 122:20

**severe** [1] - 20:2

**shake** [1] - 62:2

**shaking** [1] - 61:16

**shall** [2] - 70:15, 107:21

**share** [2] - 17:18, 18:9

**shared** [1] - 26:16
**shares** [1] - 130:7
**SHELL** [2] - 3:19, 6:8
**shifting** [1] - 55:4
**Shoenekus** [1] - 72:13
**short** [11] - 43:19,
45:20, 46:1, 46:14,
85:3, 100:20,
100:22, 101:5,
101:6, 111:15,
147:16
**shortcuts** [1] - 37:25
**shortly** [1] - 135:24
**shot** [2] - 14:15, 35:12
**SHOULD** [1] - 10:23
**show** [9] - 35:5, 35:21,
46:3, 75:16, 77:1,
88:9, 114:15, 119:8
**showed** [1] - 12:23
**showing** [1] - 119:4
**shown** [1] - 27:24
**SHUSHAN** [1] - 1:12
**side** [4] - 130:25,
133:15, 141:2,
141:12
**sides** [4] - 124:19,
125:9, 125:18, 131:4
**SIEMENS** [1] - 5:12
**significant** [4] - 15:2,
35:14, 35:15, 141:15
**simple** [1] - 135:22
**simply** [4] - 76:8,
119:16, 120:5,
131:13
**single** [1] - 136:16
**sink** [1] - 70:3
**sit** [1] - 44:19
**site** [3] - 113:17,
144:12, 145:19
**sitting** [2] - 27:14,
119:11
**situation** [2] - 137:15,
138:16
**six** [6] - 15:12, 17:12,
73:10, 85:9, 116:2,
138:17
**Skidmore** [3] - 48:20,
49:13, 49:14
**SKIDMORE..............
.......................** [1] -
8:20
**Skip** [2] - 68:17, 69:6
**skipped** [1] - 111:2
**slew** [2] - 95:21,
101:23
**slight** [1] - 16:23
**slightly** [1] - 122:9
**slippery** [1] - 61:22
**slot** [1] - 74:8
**SMITH** [1] - 10:11

**Smith** [8] - 82:1,
82:13, 88:8, 90:11,
90:15, 90:19, 90:23
**SMITH......................
....................** [1] -
10:2
**SMITH......................
.....................** [1] -
10:13
**smooth** [1] - 39:2
**SMYCZEK** [1] - 6:23
**Sneddon** [7] - 78:24,
78:25, 79:1, 79:4,
79:23, 79:25, 80:2
**SNEDDON................
.....................** [1] -
9:23
**so-and-so** [1] - 19:5
**so-called** [1] - 143:4
**sold** [2] - 49:10, 87:24
**solely** [2] - 50:7,
138:18
**solution** [2] - 34:8,
120:3
**Solutions** [1] - 88:8
**SOLUTIONS...........
......** [1] - 10:11
**someone** [5] - 90:1,
101:9, 122:13,
123:5, 128:9
**sometime** [2] - 43:22,
120:8
**somewhat** [1] - 142:8
**somewhere** [2] - 36:5,
79:17
**soon** [7] - 29:18, 30:3,
45:15, 113:21,
118:2, 128:15,
130:15
**sooner** [2] - 117:25,
133:5
**sorry** [17] - 15:21,
28:24, 59:22, 64:3,
65:10, 72:21, 73:3,
74:22, 81:24, 84:16,
89:6, 96:16, 98:21,
113:19, 141:23,
146:4, 148:1
**sort** [8] - 44:7, 63:12,
65:16, 77:18, 77:22,
81:5, 100:25, 108:25
**sorts** [2] - 19:7, 19:10
**sounding** [1] - 37:18
**sounds** [8] - 46:21,
51:10, 55:13,
101:25, 102:21,
103:24, 106:22,
147:23
**source** [1] - 146:14
**sparing** [2] - 137:19,

140:1
**sparingly** [1] - 137:13
**SPEAKERS** [1] - 8:3
**specific** [6] - 17:18,
27:6, 106:19,
111:20, 117:1, 117:2
**specifically** [3] - 69:4,
73:8, 129:18
**specifics** [2] - 116:23,
116:25
**spell** [1] - 52:12
**spelled** [1] - 82:1
**spend** [1] - 139:4
**Spill** [1] - 127:1
**SPILL** [2] - 1:4, 5:3
**spill** [1] - 43:5
**split** [3] - 61:13, 73:7,
148:23
**spousal** [1] - 136:1
**spouses** [1] - 136:6
**Sprague** [2] - 129:1,
129:7
**spring** [2] - 23:21,
24:11
**SQUARE** [2] - 3:19,
6:8
**ST** [5] - 5:13, 5:24,
5:25
**staffing** [1] - 55:5
**stamp** [4] - 125:3,
137:19, 139:21,
140:1
**stamps** [2] - 140:12,
140:13
**stand** [3] - 93:19,
110:9, 129:10
**standards** [1] - 142:1
**standing** [1] - 129:10
**standpoint** [4] - 16:8,
16:11, 138:7, 141:11
**standstill** [2] - 95:20,
110:6
**start** [12] - 49:24, 50:1,
53:16, 61:22, 79:10,
114:10, 129:8,
130:5, 132:23,
141:6, 141:15,
145:15
**started** [1] - 76:16
**starting** [1] - 128:23
**starts** [2] - 70:23,
130:10
**STATE** [3] - 2:23, 3:3,
8:7
**State** [10] - 98:13,
98:15, 100:11,
101:14, 101:23,
102:24, 103:9,
103:15, 109:18,
150:14

**state** [9] - 29:18,
30:10, 30:14, 31:1,
31:2, 103:10,
103:19, 109:16,
132:1
**statement** [1] - 68:4
**statements** [3] -
147:7, 147:8, 147:10
**States** [9] - 55:2,
56:20, 131:10,
131:13, 132:5,
133:2, 142:8,
150:15, 150:24
**STATES** [3] - 1:1,
1:13, 2:18
**states** [7] - 99:7,
99:10, 99:14, 99:15,
99:17, 109:1
**States'** [1] - 126:23
**statistics** [1] - 119:4
**status** [11] - 22:4,
80:2, 80:12, 80:22,
94:12, 94:14, 94:21,
96:5, 147:17,
147:19, 148:1
**STATUS** [1] - 1:12
**statute** [2] - 103:18,
107:23
**statutes** [2] - 142:14,
142:15
**statutory** [1] - 142:9
**stay** [4] - 26:4, 56:11,
110:22, 112:20
**Steering** [2] - 131:23,
132:1
**STEFANIE** [1] - 4:9
**STENOGRAPHY** [1] -
7:6
**step** [1] - 123:25
**Stephen** [1] - 72:15
**STEPHEN** [3] - 1:21,
6:24, 9:18
**Sterbcow** [11] - 15:23,
18:16, 38:21, 71:6,
79:17, 86:1, 87:11,
115:15, 116:17,
118:24, 119:2
**STERBCOW** [39] - 2:3,
2:3, 15:23, 16:1,
16:5, 16:18, 28:6,
28:13, 28:21, 28:23,
29:2, 38:15, 38:21,
45:1, 45:13, 45:17,
71:6, 71:15, 71:18,
79:9, 79:17, 79:23,
79:25, 81:15, 86:1,
87:14, 92:2, 92:6,
111:20, 112:8,
113:11, 114:14,
114:24, 115:3,

115:11, 115:13,
116:4, 129:22, 130:1
**Steve** [24] - 14:23,
14:24, 18:14, 20:8,
20:9, 22:20, 22:21,
24:7, 24:13, 25:12,
40:23, 70:1, 70:12,
72:24, 97:8, 102:1,
104:10, 105:21,
105:22, 109:8,
130:19, 133:24,
138:17, 144:3
**STEVEN** [2] - 2:20,
4:24
**still** [24] - 14:10, 40:3,
44:20, 45:20, 47:11,
55:20, 57:18, 58:19,
59:14, 66:5, 66:16,
81:24, 88:9, 88:17,
88:18, 90:6, 91:4,
92:14, 98:14,
105:11, 110:9,
110:12, 129:3,
129:13
**stipulated** [1] - 109:16
**stipulation** [3] - 29:16,
31:6, 31:14
**STONE** [1] - 4:3
**stop** [1] - 74:15
**stopped** [1] - 122:24
**stored** [1] - 123:3
**story** [4] - 85:3, 116:3,
116:7, 140:15
**STRADLEY** [1] - 6:16
**strategy** [1] - 132:9
**Strawberry** [1] - 37:9
**street** [1] - 116:1
**STREET** [15] - 1:18,
1:24, 2:4, 3:4, 3:11,
3:20, 4:4, 4:9, 4:18,
4:21, 4:25, 6:9, 6:13,
6:17, 7:4
**stress** [1] - 18:19
**stretched** [1] - 58:2
**stuff** [7] - 38:1, 58:25,
77:24, 127:11,
134:18, 141:8,
141:25
**sub** [2] - 85:22, 86:18
**subdivision** [1] -
103:15
**subject** [7] - 62:15,
66:3, 93:8, 110:17,
111:11, 111:25,
132:13
**submission** [1] -
89:13
**submit** [3] - 24:11,
44:11, 128:13
**submitted** [2] - 14:5,

32:10
**subpoena** [18] - 50:7, 50:10, 50:11, 61:8, 62:8, 62:16, 65:1, 65:7, 65:8, 66:12, 66:16, 66:18, 68:5, 68:15, 74:9, 74:16, 76:19, 81:22
**subpoenas** [3] - 50:23, 64:25, 68:11
**Subsea** [3] - 62:24, 63:3, 83:21
**subsequent** [1] - 66:18
**subsequently** [3] - 29:19, 30:13, 95:5
**substance** [2] - 66:17, 104:13
**substances** [2] - 37:20, 45:1
**substantial** [1] - 129:13
**successful** [2] - 117:20, 118:13
**suddenly** [1] - 144:20
**sued** [3] - 18:3, 19:25, 107:9
**sufficient** [1] - 97:25
**suggest** [5] - 44:5, 77:13, 86:6, 93:6, 104:5
**suggested** [8] - 63:20, 64:9, 65:11, 65:14, 77:14, 83:13, 128:13, 144:16
**suggesting** [1] - 64:7
**suggestion** [5] - 63:16, 94:25, 102:20, 128:4, 128:6
**suit** [2] - 101:13, 103:12
**SUITE** [10] - 2:4, 3:20, 4:9, 4:12, 4:18, 4:25, 5:13, 6:5, 6:9, 6:13
**suits** [3] - 102:9, 103:9, 103:21
**summer** [2] - 24:11, 100:5
**super** [1] - 126:17
**SUPPORT** [1] - 6:3
**suppose** [1] - 53:15
**supposed** [5] - 20:3, 59:20, 66:1, 126:18, 133:19
**supposedly** [2] - 115:23, 117:5
**surprised** [1] - 121:23
**suspect** [2] - 37:6, 61:1
**suspenders** [1] - 77:4

**SUSTALA** [1] - 58:8
**Sustala** [2] - 58:5, 58:8
**SUSTALA.................** ...................... [1] - 9:5
**Suttles** [9] - 32:5, 32:13, 33:14, 33:20, 33:25, 34:8, 35:8, 35:25, 46:24
**Suttles'** [2] - 34:23, 35:1
**SWACO** [2] - 133:20, 133:25
**SWACO's** [1] - 90:18
**switch** [2] - 21:17, 24:20
**switching** [1] - 53:10
**sympathetic** [1] - 140:20
**system** [1] - 125:3
**systems** [1] - 86:23

**T**

**table** [3] - 61:25, 107:4, 133:2
**tag** [2] - 21:13, 23:2
**tag-alongs** [2] - 21:13, 23:2
**talks** [2] - 60:5, 107:20
**Tanner** [2] - 133:20, 133:25
**target** [2] - 127:12, 144:18
**TARTER** [1] - 4:24
**tasked** [1] - 141:10
**Taylor** [1] - 73:1
**team** [6] - 18:22, 55:23, 113:19, 128:21, 133:8, 149:1
**technical** [1] - 83:15
**Ted** [7] - 31:21, 33:9, 33:15, 34:12, 34:13, 34:25, 35:21
**Ted's** [1] - 46:24
**tee** [3] - 97:13, 137:23, 138:19
**teeing** [1] - 138:6
**ten** [2] - 42:16, 149:23
**ten-second** [1] - 149:23
**tend** [1] - 63:19
**tender** [1] - 89:12
**tenet** [1] - 33:12
**tentative** [10] - 54:23, 60:6, 60:14, 83:8, 84:2, 91:22, 91:24, 92:4, 92:5, 92:13

**tentatively** [7] - 51:5, 54:6, 54:7, 55:17, 55:18, 66:3, 133:7
**term** [3] - 82:24, 114:25, 117:19
**terminology** [1] - 24:20
**terms** [10] - 16:15, 85:13, 92:22, 112:23, 117:9, 117:20, 138:4, 140:11, 140:13
**territory** [1] - 70:14
**test** [3] - 17:5, 27:2, 28:9
**testifying** [1] - 13:24
**testimony** [5] - 22:13, 40:7, 129:8, 138:11, 141:11
**testing** [3] - 83:4, 83:7, 84:12
**Texas** [2] - 118:6, 127:16
**THAT** [1] - 8:18
**THE** [446] - 1:4, 1:5, 1:12, 1:16, 2:13, 2:18, 3:3, 5:4, 8:10, 8:25, 10:20, 10:23, 11:9, 12:7, 12:8, 12:10, 12:13, 12:24, 13:1, 13:5, 13:16, 14:17, 14:20, 14:24, 15:14, 15:21, 15:25, 16:4, 16:16, 16:19, 17:1, 17:21, 17:25, 18:11, 19:11, 19:19, 20:8, 20:15, 21:9, 22:1, 22:16, 23:11, 23:23, 24:3, 24:6, 25:3, 25:9, 25:17, 25:25, 26:7, 26:15, 27:11, 27:17, 28:5, 28:19, 28:22, 28:24, 29:3, 29:9, 29:12, 29:23, 30:19, 31:11, 31:17, 31:19, 31:22, 32:3, 33:9, 34:1, 34:10, 34:12, 34:24, 35:16, 35:21, 36:1, 36:4, 36:11, 36:14, 36:17, 36:19, 36:23, 37:3, 37:15, 37:18, 37:22, 38:14, 38:17, 38:23, 40:3, 40:9, 40:14, 40:22, 41:5, 41:11, 42:9, 43:8, 43:13, 43:16, 44:1, 44:14, 44:17, 44:19, 45:12, 45:16, 45:24, 46:3, 46:7, 46:9,

46:13, 46:17, 46:22, 46:24, 47:1, 47:14, 47:16, 47:19, 47:22, 47:25, 48:2, 48:5, 48:7, 48:10, 48:12, 48:15, 48:19, 48:23, 48:25, 49:5, 49:10, 49:14, 49:16, 50:3, 50:19, 51:4, 51:10, 51:24, 52:6, 52:18, 53:2, 53:6, 53:7, 53:21, 53:23, 54:1, 54:3, 54:6, 54:10, 54:13, 54:15, 54:22, 55:8, 55:11, 55:13, 55:17, 55:25, 56:7, 56:10, 56:18, 57:1, 57:6, 57:9, 57:16, 57:24, 58:4, 58:10, 58:14, 58:18, 58:21, 58:24, 59:1, 59:6, 59:8, 59:18, 59:22, 60:4, 60:8, 60:10, 60:15, 60:17, 60:25, 61:5, 61:8, 61:16, 62:1, 62:7, 62:18, 62:20, 63:2, 64:4, 64:11, 65:5, 66:3, 66:9, 66:14, 66:24, 67:2, 67:6, 67:9, 67:12, 67:20, 68:2, 68:7, 68:14, 68:25, 69:6, 69:17, 69:19, 69:21, 69:24, 69:25, 70:12, 70:19, 70:20, 70:25, 71:8, 71:17, 71:21, 72:1, 72:3, 72:6, 72:10, 72:11, 72:15, 73:2, 73:4, 73:22, 74:1, 74:15, 74:21, 75:7, 75:13, 75:19, 75:22, 75:25, 76:10, 76:20, 77:1, 77:7, 77:13, 77:21, 78:2, 78:10, 78:17, 78:21, 79:8, 79:11, 79:15, 80:3, 80:4, 80:7, 80:8, 80:9, 80:13, 80:19, 80:25, 81:11, 81:19, 82:7, 82:10, 82:12, 82:17, 82:20, 83:11, 83:18, 83:22, 84:2, 84:6, 84:7, 84:10, 84:13, 84:14, 84:21, 85:4, 85:11, 85:17, 86:8, 86:13, 86:22, 86:23, 87:11, 87:15, 87:21, 87:24, 88:1, 88:3, 88:7, 88:18, 88:22, 88:24, 89:3, 89:14,

89:18, 89:23, 90:1, 90:8, 90:22, 91:6, 91:11, 91:13, 91:19, 92:1, 92:3, 92:4, 92:7, 92:10, 92:11, 92:12, 92:16, 93:12, 93:14, 93:16, 93:20, 93:22, 94:15, 94:24, 95:10, 95:17, 95:18, 95:25, 96:3, 96:17, 98:4, 98:18, 98:20, 98:23, 98:25, 99:2, 99:9, 100:3, 100:9, 100:24, 101:25, 102:21, 102:23, 103:13, 103:15, 103:22, 103:24, 104:7, 104:22, 105:3, 105:21, 106:5, 106:18, 106:24, 107:25, 108:4, 108:17, 108:19, 108:23, 109:6, 109:22, 110:2, 110:18, 110:24, 111:2, 111:18, 112:12, 112:19, 112:21, 113:3, 113:7, 114:13, 114:23, 115:2, 115:7, 115:12, 118:16, 118:20, 119:1, 120:12, 121:15, 122:15, 122:18, 123:10, 123:21, 124:14, 124:23, 125:1, 125:16, 125:25, 126:14, 127:2, 127:12, 127:19, 128:4, 128:6, 128:9, 128:11, 128:15, 128:18, 129:16, 129:25, 130:2, 130:8, 130:17, 131:4, 131:6, 131:20, 132:3, 132:11, 132:18, 133:3, 133:16, 134:3, 134:12, 135:14, 136:9, 137:9, 137:24, 138:24, 139:24, 140:19, 141:13, 141:18, 142:3, 142:20, 142:24, 143:12, 143:22, 144:2, 144:9, 144:23, 145:3, 145:11, 145:13,

145:19, 146:2,
146:4, 146:16,
146:23, 147:13,
147:24, 148:8,
148:10, 148:15,
148:18, 148:20,
149:3, 149:6,
149:11, 149:17,
149:22, 150:3, 150:5
**theme** [3] - 114:8,
115:17, 134:14
**THEODORE** [1] - 5:16
**theory** [1] - 18:4
**thereafter** [2] - 30:3,
102:17
**therefore** [2] - 64:17,
94:7
**thereto** [1] - 103:4
**they've** [10] - 13:10,
13:22, 76:23, 89:2,
112:13, 119:17,
120:6, 120:7,
120:24, 123:23
**Thierens** [1] - 56:3
**thinks** [5] - 28:25,
29:4, 30:4, 68:23,
90:1
**third** [11] - 41:23, 50:6,
50:13, 64:25, 68:5,
68:10, 68:15, 108:7,
108:10, 109:24,
142:10
**Third** [1] - 50:4
**THIRD** [1] - 8:22
**third-party** [8] - 64:25,
68:5, 68:10, 68:15,
108:7, 108:10,
109:24, 142:10
**THIS** [1] - 1:9
**thousand** [1] - 122:12
**thousands** [1] - 14:5
**three** [32] - 21:8,
35:12, 35:14, 39:24,
40:3, 40:17, 41:11,
41:18, 42:14, 48:13,
53:4, 66:8, 71:10,
74:3, 74:7, 77:16,
80:1, 99:7, 99:14,
99:15, 99:16, 99:17,
105:12, 105:13,
105:18, 105:25,
106:3, 106:17,
106:20, 124:10,
130:20
**THREE** [2] - 8:14,
10:23
**three-day** [1] - 66:8
**throughout** [1] - 13:12
**throw** [1] - 46:18
**Thursday** [4] - 49:24,

50:1, 63:18, 80:20
**tickets** [1] - 53:10
**tidy** [1] - 107:2
**tighten** [1] - 119:12
**Tim** [1] - 146:8
**TIME.........................
...........................
......** [1] - 8:12
**timekeeping** [1] -
148:23
**timeline** [5] - 107:8,
107:13, 107:16,
107:20
**TIMELINE.................
...........................
...........................** [1]
- 10:25
**timing** [2] - 24:1, 35:6
**TIMOTHY** [1] - 3:24
**TO** [7] - 1:9, 8:10,
10:20, 10:23, 12:4,
77:23, 143:2
**today** [39] - 12:12,
12:18, 14:23, 19:3,
24:19, 31:24, 33:2,
33:7, 45:25, 47:2,
47:6, 50:22, 51:18,
57:7, 57:8, 63:13,
63:21, 64:22, 64:24,
65:5, 65:12, 68:9,
68:13, 68:18, 68:21,
71:25, 80:24, 82:5,
86:22, 87:20,
114:16, 115:16,
118:7, 120:11,
129:10, 132:15,
137:23, 140:24,
144:8
**today's** [1] - 149:24
**together** [5] - 62:8,
63:19, 67:21, 86:11,
134:9, 144:17,
147:18
**tomorrow** [2] -
113:16, 116:18
**ton** [1] - 34:21
**tone** [1] - 96:20
**Tony** [2] - 61:18, 88:12
**took** [7] - 26:10,
30:12, 41:5, 59:18,
96:15, 114:4, 121:24
**Tooms** [1] - 59:14
**TOOMS...................
...........................
......** [1] -
9:9
**top** [1] - 21:8
**topic** [14] - 21:7,
52:15, 54:16, 56:18,
58:5, 58:9, 67:13,
98:4, 107:2, 129:1,
129:4, 129:7, 129:21
**topics** [9] - 52:10,

54:14, 56:14, 56:16,
56:17, 62:17, 65:12,
65:14, 65:25
**TORTS** [1] - 2:14
**total** [3] - 89:16,
115:24, 149:4
**touched** [1] - 26:11
**tough** [2] - 60:11,
122:14
**track** [14] - 21:11,
22:6, 22:8, 24:9,
38:9, 38:18, 47:13,
72:4, 72:6, 82:4,
95:16, 115:10,
124:2, 149:7
**tracking** [1] - 53:4
**tracks** [1] - 32:23
**trade** [6] - 110:4,
134:19, 134:22,
135:8, 136:20,
137:18
**TRAINING** [1] - 10:11
**Training** [1] - 88:8
**TRANSCRIPT** [2] -
1:12, 7:6
**transcript** [4] - 125:5,
140:2, 140:5, 150:17
**transferred** [3] -
29:20, 76:25, 77:11
**transmit** [1] - 89:9
**TRANSMIT** [1] - 10:12
**Transocean** [36] -
14:19, 14:20, 14:23,
19:16, 20:6, 21:5,
21:10, 21:22, 22:1,
22:3, 22:17, 24:23,
25:7, 26:13, 45:6,
70:15, 70:22, 73:8,
73:12, 77:2, 80:10,
80:14, 81:25, 82:10,
106:2, 107:10,
109:5, 109:14,
109:24, 109:25,
139:16, 143:2,
143:4, 149:19,
149:20
**TRANSOCEAN** [4] -
3:7, 3:7, 3:9, 6:11
**Transocean's** [1] -
29:25
**travel** [4] - 53:10,
53:20, 56:11, 61:13
**treasurer** [1] - 42:23
**trees** [1] - 93:21
**trepidation** [1] - 102:3
**trial** [11] - 14:6, 21:8,
32:9, 34:18, 34:19,
69:3, 69:8, 84:25,
109:12, 146:13,
149:25

**tried** [5] - 15:6, 30:16,
38:3, 73:8, 120:2
**trouble** [1] - 57:25
**true** [5] - 24:21, 76:19,
76:20, 76:21, 150:17
**truly** [2] - 111:23,
134:19
**trust** [2] - 57:18, 63:18
**try** [14] - 20:2, 51:18,
66:13, 71:7, 73:9,
79:20, 97:21,
114:17, 118:4,
118:11, 118:14,
118:25, 134:15,
148:20
**trying** [13] - 18:7,
22:23, 27:5, 67:1,
75:3, 85:16, 93:21,
100:21, 114:19,
119:5, 140:17,
141:17, 142:2
**Tsekerides** [2] -
31:21, 34:13
**TSEKERIDES** [12] -
5:16, 31:18, 31:20,
31:23, 32:4, 34:11,
34:13, 35:6, 35:20,
35:23, 36:2, 36:7
**turn** [1] - 20:5
**turned** [2] - 117:5,
117:6
**turning** [1] - 141:5
**turns** [1] - 115:23
**twice** [1] - 31:4
**two** [43] - 18:21, 20:3,
20:13, 21:20, 22:1,
22:13, 41:22, 42:14,
42:15, 42:22, 43:9,
46:16, 46:22, 47:18,
47:19, 47:22, 48:13,
51:23, 56:16, 56:17,
56:24, 66:7, 70:2,
71:10, 74:3, 74:7,
77:16, 79:5, 80:1,
82:17, 85:9, 88:25,
89:2, 89:17, 107:4,
115:21, 116:1,
117:12, 124:9,
143:1, 148:21,
148:24, 149:4
**two-day** [1] - 56:24
**two-way** [1] - 116:1
**TX** [6] - 2:8, 4:10,
4:13, 4:25, 5:21,
6:18
**type** [5] - 16:3, 71:25,
83:3, 95:2, 119:6
**types** [1] - 106:20

# U

**U.S** [3] - 2:13, 2:19,
5:23
**uh-oh** [1] - 108:4
**UK** [3] - 47:12, 52:16,
54:17
**ultimately** [2] - 14:4,
25:4
**unbelievably** [1] -
67:20
**unclear** [2] - 26:9,
26:23
**undefined** [1] - 29:13
**under** [11] - 64:24,
99:11, 100:21,
100:23, 111:8,
118:5, 130:24,
136:18, 143:12,
143:16, 149:24
**Underhill** [5] - 36:17,
55:20, 115:22,
126:11, 132:7
**UNDERHILL** [27] -
2:14, 36:18, 37:8,
37:17, 37:19, 44:24,
55:1, 55:3, 55:9,
55:22, 56:19, 57:10,
57:14, 57:18, 57:25,
58:17, 91:25, 92:8,
92:14, 126:11,
126:15, 131:5,
131:7, 136:10,
148:9, 149:23, 150:4
**Underhill's** [1] - 58:16
**underlying** [2] -
134:17, 136:12
**understandably** [1] -
65:25
**understood** [4] - 36:2,
74:11, 111:7, 145:14
**undertake** [5] - 43:14,
67:3, 72:17, 83:13,
124:14
**underway** [1] - 17:4
**UNDERWRITERS** [1] -
6:11
**unhappy** [1] - 137:15
**unified** [1] - 62:8
**uniform** [1] - 93:4
**unique** [3] - 68:5,
142:8, 142:17
**unit** [1] - 86:23
**UNITED** [3] - 1:1, 1:13,
2:18
**United** [9] - 56:20,
126:23, 131:10,
131:13, 132:5,
133:2, 142:8,

150:15, 150:24
**universe** [1] - 122:15
**unless** [9] - 15:13,
25:1, 36:11, 53:6,
83:11, 89:19, 140:3,
141:18, 149:14
**unopposed** [1] - 93:3
**unusual** [2] - 12:16,
53:5
**unwarranted** [1] -
123:20
**up** [100] - 12:16, 12:20,
12:23, 14:21, 17:7,
19:19, 22:5, 22:6,
22:14, 23:24, 24:8,
31:13, 31:19, 31:23,
32:2, 32:4, 32:8,
32:13, 34:8, 35:5,
35:19, 35:24, 36:12,
36:17, 37:12, 37:20,
38:22, 40:9, 44:20,
44:21, 45:14, 45:15,
46:19, 47:2, 49:4,
50:14, 51:25, 58:15,
58:22, 59:10, 60:6,
60:8, 63:4, 65:8,
67:3, 70:21, 72:10,
73:7, 73:14, 75:16,
78:19, 81:1, 81:20,
81:24, 82:2, 82:20,
83:4, 83:9, 85:19,
88:7, 88:17, 90:10,
91:6, 91:23, 93:6,
95:5, 95:11, 95:16,
95:17, 95:18, 97:13,
102:6, 102:16,
102:23, 109:2,
109:21, 112:5,
115:8, 119:8,
119:12, 119:23,
120:12, 120:24,
126:6, 127:6,
128:22, 133:6,
134:1, 134:13,
137:23, 138:6,
138:19, 140:4,
142:7, 142:19,
144:13, 148:6,
148:21
**update** [5] - 40:16,
41:13, 52:5, 63:9,
64:3
**upper** [1] - 85:14
**upset** [1] - 38:4
**upsetting** [1] - 137:14
**urgency** [1] - 47:12
**urgent** [1] - 124:10
**US** [10] - 99:16,
126:20, 130:23,
131:3, 131:4,

132:19, 142:5,
142:17, 148:9
**USA** [1] - 4:16
**useful** [1] - 124:4
**utility** [2] - 96:25, 97:4

## V

**vacation** [1] - 87:13
**valid** [1] - 18:16
**variants** [1] - 106:17
**various** [4] - 14:10,
39:4, 70:22
**vast** [1] - 105:14
**Vector** [5] - 59:17,
60:11, 60:22, 61:2,
61:9
**VECTOR** [1] - 9:11
**vendor** [1] - 123:7
**verify** [1] - 124:21
**version** [2] - 87:18,
99:11
**versus** [3] - 77:1, 77:2,
124:3
**vessel** [4] - 13:8,
13:11, 13:21
**vessel's** [1] - 13:25
**via** [1] - 116:18
**videographer** [1] -
86:19
**view** [9] - 14:2, 16:23,
26:25, 32:6, 32:12,
32:15, 33:6, 54:12,
127:4
**Vinson** [6] - 56:13,
56:21, 56:24, 57:1,
57:11, 58:22
**VINSON**.....................
..................... [1] - 9:4
**violates** [1] - 31:7
**virtually** [1] - 134:23
**virtue** [1] - 81:8
**vis** [4] - 109:16, 131:2
**vis-a-vis** [2] - 109:16,
131:2
**visit** [3] - 51:17, 109:8,
143:16
**vital** [1] - 65:19
**vividly** [1] - 66:24
**VOICES** [1] - 12:9
**volumes** [1] - 123:6
**volunteering** [1] -
148:12

## W

**wait** [2] - 85:1, 88:24
**waiting** [1] - 58:19

**waive** [2] - 66:2,
110:12
**walk** [2] - 36:10, 86:25
**WALKER** [1] - 5:23
**walking** [2] - 30:20,
102:2
**Walsh** [1] - 81:15
**WALTHER** [1] - 4:3
**wants** [10] - 15:22,
36:15, 50:15, 62:7,
62:9, 63:4, 76:6,
81:7, 86:9, 133:13
**WARE** [1] - 5:19
**warning** [1] - 138:1
**WARREN** [1] - 4:21
**wash** [1] - 23:3
**WASHINGTON** [3] -
2:21, 4:22, 5:14
**waste** [1] - 102:19
**wasted** [1] - 138:22
**wasting** [1] - 135:9
**watch** [2] - 89:7,
142:22
**waterfowl** [2] -
101:15, 101:24
**Watson** [1] - 73:1
**ways** [2] - 34:19,
97:21
**wealth** [1] - 43:6
**wears** [1] - 68:24
**WEATHERFORD** [2] -
5:23, 10:14
**Weatherford** [3] -
31:16, 90:24, 91:2
**web** [1] - 144:12
**Wednesday** [7] -
36:20, 36:25, 49:25,
63:18, 76:8, 130:11
**week** [63] - 20:2,
36:24, 37:7, 40:24,
41:1, 41:13, 45:14,
45:16, 45:25, 47:4,
47:5, 51:2, 51:23,
53:21, 53:23, 54:1,
54:3, 54:21, 55:21,
55:25, 60:12, 60:13,
62:21, 63:3, 63:11,
63:14, 64:20, 65:19,
66:23, 69:14, 72:19,
74:2, 74:3, 76:4,
79:5, 79:9, 79:12,
79:15, 80:15, 80:19,
81:4, 81:25, 86:9,
87:13, 88:6, 91:14,
110:4, 110:25,
113:17, 128:3,
128:23, 128:25,
129:9, 129:11,
130:5, 133:8, 135:4,
138:17, 145:21,

147:17, 148:3
**weekend** [1] - 37:10
**weekly** [1] - 148:11
**weeks** [4] - 47:18,
47:19, 47:22, 143:1
**WEIGEL** [1] - 5:4
**WEIL** [2] - 5:12, 5:15
**WEINER** [1] - 4:17
**welcome** [2] - 48:11,
100:3
**WELL**.........................
........................ [1] -
8:24
**wheeler** [1] - 81:7
**Wheeler** [1] - 81:2
**WHEELER**.................
......................... [1] -
10:1
**WHEREUPON** [2] -
70:17, 150:6
**whine** [1] - 114:19
**white** [1] - 34:17
**whole** [6] - 25:18,
30:18, 41:8, 54:1,
113:18, 138:23
**wholesale** [2] -
134:20, 134:22
**Wild** [3] - 50:16,
50:22, 51:13
**WILD** [1] - 8:24
**WILL** [1] - 10:12
**WILLIAM** [3] - 6:16,
6:20, 6:21
**Williamson** [2] -
50:17, 51:17
**WILLIAMSON** [6] -
2:6, 2:7, 50:17,
50:20, 51:6, 51:11
**willing** [1] - 66:2
**Willis** [2] - 84:19,
87:10
**WILLIS**.......................
.................. [1] - 10:8
**wins** [1] - 96:10
**wireless** [3] - 86:20,
86:21, 86:24
**wish** [1] - 112:18
**witness** [27] - 16:24,
17:8, 32:5, 33:4,
33:13, 34:20, 35:15,
48:6, 56:17, 57:2,
58:19, 59:2, 61:15,
65:20, 65:24, 68:22,
69:11, 69:14, 69:22,
72:6, 82:3, 90:21,
111:10, 147:7,
147:8, 147:10
**WITNESS** [1] - 9:15
**Witness** [1] - 48:20
**witness'** [1] - 18:19

**witness's** [1] - 119:11
**witnesses** [30] -
16:24, 20:18, 21:11,
21:15, 22:1, 22:13,
22:17, 23:15, 24:7,
31:24, 32:22, 39:21,
39:24, 40:5, 41:2,
45:4, 54:12, 70:7,
70:16, 72:22, 73:8,
73:15, 73:24, 73:25,
74:5, 82:14, 83:3,
85:16, 129:9, 143:5
**WITTMANN** [1] - 4:3
**wonderful** [3] - 37:13,
59:6
**wondering** [1] - 40:15
**word** [3] - 59:15,
60:12, 136:17
**words** [1] - 76:12
**works** [2] - 12:18, 79:8
**WORLDWIDE** [1] -
5:10
**worldwide** [1] - 53:1
**worrying** [1] - 139:21
**wrap** [1] - 136:4
**wraps** [1] - 83:4
**WRIGHT** [1] - 1:17
**wright** [1] - 48:7
**Wright** [2] - 48:7, 48:8
**WRIGHT'S** [1] - 8:18
**Wright's** [1] - 47:16
**wrinkle** [1] - 108:7
**write** [1] - 37:25
**writing** [2] - 30:15,
52:5
**written** [5] - 19:25,
21:4, 25:2, 145:16,
149:25
**WYMAN** [1] - 10:1
**Wyman** [1] - 81:2

## Y

**y'all** [2] - 37:15,
148:22
**year** [2] - 21:8, 58:3
**years** [1] - 42:22
**yesterday** [12] - 45:8,
76:8, 76:11, 87:17,
89:22, 95:17, 95:19,
114:2, 114:3, 114:6,
116:22, 149:21
**YOAKUM** [1] - 2:7
**YORK** [43] - 4:12, 5:5,
5:17, 46:11, 60:2,
60:23, 61:4, 62:13,
62:19, 63:8, 64:5,
64:12, 65:10, 66:6,
66:10, 67:16, 72:13,

72:18, 73:3, 73:6,
73:23, 74:11, 74:18,
85:6, 85:12, 86:16,
87:8, 87:16, 87:23,
87:25, 88:2, 88:4,
90:13, 93:23, 94:25,
95:11, 96:14, 97:15,
98:8, 98:21, 99:14,
100:10, 108:5
**York** [9] - 61:2, 62:12,
62:13, 63:8, 66:21,
72:21, 85:6, 90:14,
97:16
**Yosemite** [2] - 37:9,
37:13