FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 APR 27 PM 3: 40

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION J – JUDGE CARL J. BARBIER |
| JAMES R. DUGAN, II, ESQ. | * * * | DIVISION 3 – MAGISTRATE JUDGE DANIEL E. KNOWLES, III |
| VERSUS | * * | |
| STEPHEN B. MURRAY, ESQ. | * | |

**********************************

### UNOPPOSED MOTION AND ORDER TO *FILE UNDER SEAL* PLAINTIFF'S COMBINED REPLY MEMORANDUM IN SUPPORT OF SECOND MOTION TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT AND OPPOSITION TO MOTION FOR DISBURSEMENT OF REGISTRY FUNDS

NOW INTO COURT, through undersigned counsel, comes James R. Dugan, II, of the Dugan Law Firm in New Orleans, Louisiana, who respectfully moves this Honorable Court to issue an Order pursuant to Local Rule 5.6 allowing Dugan to **file under seal** the Combined Reply Memorandum in Support of Second Motion to Deposit Funds into the Registry of the Court and Opposition to Motion for Disbursement of Registry Funds for the following reasons:

I.

This pleading, and the exhibits thereto, contain privileged and sensitive information which, if disclosed publicly, may affect adversely the business and commercial interests of the clients represented by Dugan.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

II.

Further, the exhibits to the pleading contain financial information as to the clients and as to Dugan which should be kept confidential.

III.

On April 13, 2011, this Court issued an Order (Doc. 1933) allowing Stephen B. Murray, Sr., to file his pleadings in this matter under seal, and Dugan wishes to do so as well.

IV.

Therefore, Dugan moves for an Order by this Honorable Court granting permission that his Combined Reply Memorandum in Support of Second Motion to Deposit Funds into the Registry of the Court and Opposition to Motion for Disbursement of Registry Funds, and all the exhibits attached thereto, be **filed under seal**

V.

Stephen B. Murray, through his attorney, George F. Riess, has no objection to this Motion.

WHEREFORE, Dugan prays for an Order allowing his Combined Reply Memorandum in Support of Second Motion to Deposit Funds into the Registry of the Court and Opposition to Motion for Disbursement of Registry Funds to be filed under seal.

RESPECTFULLY SUBMITTED:

_____
JACQUES F. BEZOU (T.A.) (3037)
STACY R. PALOWSKY (25203)
THE BEZOU LAW FIRM
534 E. Boston Street
Covington, LA 70433
Telephone: (985) 892-2111
Facsimile: (985) 892-1413
Email: jbezou@bezou.com

Email: spalowsky@palowsky-law.com
*Attorneys for James R. Dugan, II*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Unopposed Motion and Order to *File Under Seal* Plaintiff's Combined Reply Memorandum in Support of Second Motion to Deposit Funds into the Registry of the Court and Opposition to Motion for Disbursement of Registry Funds has been served on all counsel of record via electronic mail this 26th day of April, 2011.

_____
JACQUES F. BEZOU

- 3 -