FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 MAY -6  AM 11: 56

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * | MDL No. 2179 SECTION J – JUDGE CARL J. BARBIER |
| JAMES R. DUGAN, II, ESQ. | * * * | DIVISION 3 – MAGISTRATE JUDGE DANIEL E. KNOWLES, III |
| VERSUS | * * | |
| STEPHEN B. MURRAY, ESQ. | * | |

**************************************

# ORDER

CONSIDERING THE FOREGOING MOTION TO *FILE UNDER SEAL*;

IT IS HEREBY ORDERED that James R. Dugan, II, be allowed to *FILE UNDER SEAL* his Combined Reply Memorandum in Support of Second Motion to Deposit Funds into the Registry of the Court and Opposition to Motion for Disbursement of Registry Funds along with all the exhibits attached thereto.

New Orleans, Louisiana, this 6th day of May, 2011.

~~CARL J. BARBIER~~ DANIEL E. KNOWLES, IV
UNITED STATES ~~DISTRICT~~ MAGISTRATE JUDGE

___ Fee
___ Process
_X_ Dktd
___ CtRm
___ Doc.

- 4 -