

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  MAY - 4 2011
LORETTA G. WHYTE
CLERK

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:10-MD-2179

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

Lyle W. Cayce
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

___ Fee
X Dktd
___ CtRmDep
___ Doc. No.

A true copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit
By Cindy M. Broadhead
     Deputy
New Orleans, Louisiana
MAY 03 2011

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 03, 2011

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 11-30368   In Re: Deepwater Horizon
        USDC No. 2:10-MD-2179
        USDC No. 2:10-CV-2771

Enclosed is an order entered in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Cindy M. Broadhead, Deputy Clerk
                              504-310-7707

Mr. William A Brewer III
Ms. Rachel Giesber Clingman
Mr. John M Elsley
Mr. James M. Garner
Mr. Robert W. Gifford
Mr. Daniel O. Goforth
Ms. Dana Livingston
Mr. Innes A Mackillop
Mr. Evans Martin McLeod
Mr. Frank Anthony Piccolo I
Mr. James Stephen Renard
Mr. Roger Dale Townsend
Ms. Loretta Whyte

P.S. to All Counsel: The joint designation of record is due for filing in the District Court within 14 days from the date of this order, or, by not later than 5/17/11. A copy of the designation should be served on this court upon filing.

*Motion Notice - MOT-2*