| | Personal Injury claims | | | |
|---|---|---|---|---|
| 1 | Cato, Cedric | Louisiana | XXX-XX-9738 | |
| 2 | Foret, Joseph | Louisiana | XXX-XX-7296 | 1018766 |
| 3 | Fullwood, Clarence | Louisiana | XXX-XX-3134 | 3202672 |
| 4 | Walsh, Mark | Louisiana | XXX-XX-4495 | 3154240 |
| 5 | Benoit, Corrie | Louisiana | XXX-XX-7663 | |
| 6 | Vejerano, Edgar | Texas | XXX-XX-6664 | 3256159 |
| 7 | Vejerano, Renee | Texas | XXX-XX-0532 | 3256490 |
| 8 | Lengua, Christian | Louisiana | XXX-XX-2976 | 3218704 |