UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 MAY -6  AM 11: 55

LORETTA G. WHYTE
       CLERK

MDL NO. 2179

JAMES R. DUGAN, II, ESQ.

VERSUS

STEPHEN B. MURRAY, ESQ.
D/B/A MURRAY LAW FIRM

## ORDER

Considering the foregoing, **IT IS ORDERED** that the record herein be designated and maintained as confidential, under seal, accessible only to counsel and the court.

5/6/11        _____
                       JUDGE

___Fee _____
___Process _____
_X_ Dktd _____
___CtRmDep _____
___Doc. No. _____

Page 3 of 3