UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *   MASTER DOCKET <br> *   NO. 10-MD-2179 <br> * <br> *   SECTION "J" <br> * |
| THIS DOCUMENT RELATES TO NO. 11-823 | *   JUDGE CARL BARBIER <br> * <br> *   MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT VERIFYING SERVICE

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

BEFORE ME, the undersigned Notary Public, duly qualified in and for the aforesaid State and Parish, came and appeared:

ANGEL L. BYRUM

who, being duly sworn, did depose and state that:

1. I, Angel L. Byrum ("Affiant"), am a person of the full age of majority, competent to testify to the matters contained herein, and willing to execute this affidavit based on personal knowledge and experience;

2. The firm of Orrill, Cordell, & Beary, L.L.C., W. Christopher Beary and I (collectively, "Counsel") are counsel of record for plaintiff, Southeast Recovery Group, L.L.C., in the above-captioned matter;

3. On April 21, 2011, Counsel served the Summons and a copy of the Petition (the "Petition") to Defendant, BP America, Inc., through its registered agent of service,

CT Corporation System, 5615 Corporate Blvd., Suite 400B, Baton Rouge, LA 70808, by Certified Mail, Return Receipt Requested No. 7010-1870-0002-6770-1706.

4. A copy of said Return Receipt is attached hereto as Exhibit "1".

_____
ANGEL L. BYRUM (Bar #30423)

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 6th DAY
OF MAY, 2011.

_____
NOTARY PUBLIC

ALEXANDRE L.M. DUCROS
Notary Public
Notary ID No. 88958
Orleans Parish, Louisiana