**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7010 1870 0002 6770 1706

Sent To: BP America % CT Corporation
Street, Apt. No.; or PO Box: 5615 Corporate Blvd, Ste 400 B
City, State, ZIP+4: Baton Rouge, LA 70808

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BP America, Inc.
Through Registered Agent of Svc.
CT Corporation System
5615 Corporate Blvd.
Suite 400B
Baton Rouge, LA 70808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☑ Agent  ☐ Addressee

B. Received by (Printed Name) / C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7010 1870 0002 6770 1706

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



EXHIBIT 1

## ORRILL, CORDELL, & BEARY, L.L.C.
ATTORNEYS AT LAW
330 CARONDELET ST.
NEW ORLEANS, LOUISIANA 70130

(504) 299-8724
FAX: (504) 299-8735
TOLL FREE: (866) 832-2417
WWW.OCBLAW.COM

R. RAY ORRILL, JR.[1]
LESLIE A. CORDELL
W. CHRISTOPHER BEARY[2]
JEFFREY L. OAKES[3]

[1]BOARD CERTIFIED CIVIL TRIAL ADVOCATE
BY THE NATIONAL BOARD OF TRIAL ADVOCACY

[1]ALSO CERTIFIED PUBLIC ACCOUNTANT,
INACTIVE STATUS

[2]ALSO LICENSED IN NORTH CAROLINA
[3]ALSO LICENSED IN GEORGIA

ANGEL L. BYRUM
DAVIDE A. ROSIGLIONI[4]
ALEX L.M. DUCROS

April 21, 2011

**VIA CERTIFIED MAIL # 7010-1870-0002-6770-1706**

BP America, Inc.
through its Registered Agent of Service,
CT Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

    RE:   Southeast Recovery Group, L.L.C. v. BP America, Inc.
             Civil Action No. 11-823
             Eastern District of Louisiana, Section "J-1"

To Whom It May Concern:

    Enclosed please find a summons issued by the United States District Court for the Eastern District of Louisiana making service of process on you relating to a Petition filed in the referenced matter. A copy of the Petition is also enclosed.

    Should you have any questions, please feel free to contact me at your convenience.

    With kindest personal regards, I am

                        Sincerely,

                        ANGEL L. BYRUM

ALB/ksp
Enclosures