UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010<br><br>This Document applies to:<br><br>All cases in Pleading Bundle C<br><br>Case No. No. 10-02771 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**STIPULATED ORDER REGARDING PLEADING DEADLINES CONCERNING THE LOCAL GOVERNMENT ENTITY MASTER COMPLAINT, COMPLAINTS BY THE STATES OF ALABAMA AND LOUISIANA AND INDIVIDUAL CIVIL ACTIONS FILED BY LOCAL GOVERNMENT ENTITIES**

By stipulation of Plaintiffs' Liaison Counsel, Defense Liaison Counsel, and Coordinating Counsel for the States, and Counsel of Record for the State of Louisiana in accordance with the May 4, 2011 Order of Magistrate Judge Shushan (Rec. Doc. 2253), and to facilitate the efficient and effective management and prosecution of the coordinated actions herein:

It is ORDERED that:

1. Defendants shall file answers or other responsive pleadings to the Local Government Entity Master Complaint, Cross-Claim, and Third Party Complaint (Rec. Doc. 1510 in Civil Action No. 10-MDL-2179, and Rec. Doc. 253 in Civil Action No. 10-2771) (the "Local Government Entity Master Complaint") on or before June 3, 2011.

2. In accordance with Section 10 of the May 4, 2011 Order of Magistrate Judge Shushan (Rec. Doc. 2253), Defendants' answers or other responsive pleadings to the Local Government Entity Master Complaint will be deemed full answers or other responses to the

A/74254857.1

individual civil actions filed by the State of Louisiana through District Attorneys ("local parish DA cases"). See for example, State of Louisiana, by and through, Camille A. "Cam" Morvant II, District Attorney for the Parish of Lafourche of Louisiana Versus BP Exploration & Production, Inc., 10-1757.

3. Pursuant to Paragraph 9 of PTO No. 33, (Rec. Doc. 1549), the filing of an answer or other responsive pleading to the Local Government Entity Master Complaint by any Defendant named therein shall, "for administrative purposes, serve as an answer or other defense to the common legal and factual issues contained therein." Individual civil actions filed by local government bodies and entities and the local parish DA cases appear to assert legal and factual issues that are common to the Local Government Entity Master Complaint (Rec. Doc. 1510 in Civil Action No. 10-MDL-2179, and Rec. Doc. 253 in Civil Action No. 10-2771). Therefore, Defendants' answers or other responsive pleadings to the Local Government Entity Master Complaint will be deemed answers or other responses to the common legal and factual issues contained in those individual civil actions filed by the local government bodies and entities and therefore, in accordance with Paragraph 9 of PTO No. 33 (Rec. Doc. 1549), the requirement for the filing of a separate answer or other responsive pleading to any other petitions or complaints filed by local governmental entities within the MDL shall be stayed, pending further order of the Court.

4. In accordance with Paragraph 5 of PTO No. 33, (Rec. Doc. 1549), no defenses, objections, motions or exceptions for lack of jurisdiction, lack of standing, or any other defense that may be specific or unique to the local government plaintiffs who filed individual civil actions shall be waived by the filing of an answer or other response to the Local Government

Entity Master Complaint by a defendant named therein. All such defenses, objections, motions and/or exceptions specific to any particular plaintiff shall be reserved.

5. The Defendants shall have until June 3, 2011 to file answers or other responsive pleadings to the amended complaints by the State of Alabama (Rec. Doc. 1872) and the State of Louisiana (Rec. Doc. 2031).

6. In the event a Defendant files a motion to dismiss in response to the complaints referenced in this Order, the Plaintiffs, the State of Alabama, and the State of Louisiana shall have until July 8, 2011, to file an opposition to a motion directed against the complaint filed by such party, and the moving Defendant shall then have until August 5, 2011, to file a reply to any such opposition.

7. Any memoranda in support of, or in opposition to, motions to dismiss shall not exceed 50 pages of brief text in length, except that a Defendant may file a consolidated brief of no greater than 75 pages in support of motions to dismiss the amended complaints by the State of Alabama (Rec. Doc. 1872) and the State of Louisiana (Rec. Doc. 2031), and the States of Louisiana and Alabama may file a consolidated brief no greater than 75 pages in opposition to motions to dismiss the amended complaints by the State of Alabama (Rec. Doc. 1872) and the State of Louisiana (Rec. Doc. 2031). Reply briefs shall not exceed 25 pages of brief text in length, except that a consolidated reply brief in support of motions to dismiss the amended complaints by the States of Alabama and Louisiana may be up to 40 pages in length.

NEW ORLEANS, LOUISIANA this 6th day of MAY, 2011.

_____
UNITED STATES DISTRICT JUDGE

3

56816:10053850
A/74254857.1