UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION "J"** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | * | |
| *All cases in Pleading Bundles B1 and B3*; | * | **MAGISTRATE NO. 1** |
| 10-2771; 10-3815; 10-1540; 10-1502 | * | **MAGISTRATE SHUSHAN** |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Motion of Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP, and MOEX Offshore 2007 LLC (collectively, "the Non-Operating Defendants") for Leave to File Reply Memorandum in Excess of Page Limitation:

**IT IS HEREBY ORDERED** that the Motion is GRANTED and the Non-Operating Defendants are granted leave to exceed the page limitation requirement by ten (10) pages or for a total of twenty (20) pages, exclusive of exhibits; IT IS FURTHERED ORDERED that the attached Reply in Support of Joint Motion of Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP, and MOEX Offshore 2007 LLC to Compel Response to Discovery Requests Served Upon BP Exploration & Production, Inc., BP America, Inc., BP America Production Company, and BP p.l.c., shall hereby be filed into the record.

New Orleans, Louisiana this 5th day of May, 2011.

_____
United States District Judge