MINUTE ENTRY
SHUSHAN, M. J.
MAY 6, 2011

MJSTAR: 2 hrs., 20 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG : MDL NO. 2179
    "DEEPWATER HORIZON" in the :
    GULF OF MEXICO, on :
    APRIL 20, 2010 : SECTION: J
     :
     :
     : JUDGE BARBIER
     : MAG. JUDGE SHUSHAN

COURTROOM DEPUTY:     COURT REPORTER:
EILEEN STENSRUD     CATHY PEPPER

DISCOVERY STATUS CONFERENCE

FRIDAY, MAY 6, 2011   9:30 A.M.
MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

    A discovery status conference was held this date before Magistrate Judge Sally Shushan.  See separate minute entry.

PRESENT: See attached sign-in sheets for attorneys who participated.