# CONFERENCE ATTENDANCE RECORD

DATE: 5-6-11                         TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

(DISCOVERY STATUS CONFERENCE)

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| HENRY T. DART | LA. |
| J. B. Tarter | M-I |
| Margaret Bryant | DrilQuip |
| WILLIAM BONNER | PSC |
| William Large | PSC |
| Conrad Williams | PSC |
| Ryan Babiuch | BP |
| Mark Nomellini | BP |
| Tim Duffy | BP |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Andy Langan | BP |
| Don Haycraft | BP |
| Sarah Himmelhoch | US DOJ |
| Don Godwin | Halliburton |
| Alan York | Halliburton |
| Jenny Martinez | Halliburton |
| Stefanie Major | Halliburton |
| Bill Stradley | MOEX 285 Ind. |
| Cornelia Butant | Cameron |
| Duke Williams | TO |
| R Bertram | Weatherford |
| A Canner | PItf - Louisiana |
| Lili Cowen | " " |
| Corey Maze | Alabama |
| Steve Herman | Plaintiffs |
| Deb Kuchler | Anadarko & MOEX |
| Tony Fitch | " " |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Jim Dragna | Anadarko + MOEX |
| Elizabeth Petersen | State of LA |
| Steve O'Rourke | USA |
| Michael Lyle | Senator O'Brien, NRC |
| Jeremy Grabill | Senator O'Brien, NRC |
| Mike Underhill | U.S. |
| Anthony Irpino | PSC |
| Luther Strange | Ala. |
| Jim Roy | PSC |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

*By telephone*

Christian VanKleef

Skip MacLoon

Heather Kennealy w/Coast Guard

Jeff Seely

Steven Pesce