```
                         UNITED STATES DISTRICT COURT.
                          EASTERN DISTRICT OF LOUISIANA


****************************************************************

IN RE:  OIL SPILL BY THE
OIL RIG DEEPWATER HORIZON
IN THE GULF OF MEXICO ON
APRIL 20, 2010
                                   CIVIL ACTION NO. 10-MDL-2179 "J"
                                   NEW ORLEANS, LOUISIANA
                                   THURSDAY, APRIL 28, 2011, 9:00 A.M.

THIS DOCUMENT RELATES TO
ALL ACTIONS

****************************************************************

                    C O R R E C T E D   C O P Y
           TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
           HEARD BEFORE THE HONORABLE SALLY SHUSHAN
                   UNITED STATES MAGISTRATE JUDGE


APPEARANCES:


FOR THE PLAINTIFFS'
STEERING COMMITTEE:       LEVIN PAPANTONIO THOMAS MITCHELL
                          RAFFERTY & PROCTOR
                          BY:  BRIAN H. BARR, ESQUIRE
                          316 SOUTH BAYLEN STREET, SUITE 600
                          PENSACOLA, FL   32502


                          LUNDY, LUNDY, SOILEAU & SOUTH
                          BY:  MATTHEW E. LUNDY, ESQUIRE
                          501 BROAD STREET
                          LAKE CHARLES, LA   70601


FOR CAMERON INTERNATIONAL
CORPORATION:              STONE PIGMAN WALTHER WITTMANN
                          BY:  CARMELITE M. BERTAUT, ESQUIRE
                          546 CARONDELET STREET
                          NEW ORLEANS, LA 70130
```

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR BP AMERICA INC.,
    BP AMERICA PRODUCTION
 4  COMPANY, BP COMPANY
    NORTH AMERICA INC.,
 5  BP CORPORATION NORTH
    AMERICA INC.,
 6  BP EXPLORATION &
    PRODUCTION INC.,
 7  BP HOLDINGS NORTH
    AMERICA LIMITED,
 8  BP PRODUCTS NORTH
    AMERICA INC.:          LISKOW & LEWIS
 9                         BY:  R. KEITH JARRETT, ESQUIRE
                           ONE SHELL SQUARE
10                         701 POYDRAS STREET
                           SUITE 5000
11                         NEW ORLEANS, LA  70139

12
                           KIRKLAND & ELLIS
13                         BY:  ROBERT R. GASAWAY, ESQUIRE
                           655 FIFTEENTH STREET, N.W.
14                         WASHINGTON, DC  20005

15

16  FOR HALLIBURTON
    ENERGY SERVICES, INC.: GODWIN RONQUILLO
17                         BY:  R. ALAN YORK, ESQUIRE
                           1331 LAMAR, SUITE 1665
18                         HOUSTON, TX  77010

19

20  FOR ANADARKO
    PETROLEUM CORPORATION,
21  ANADARKO E&P COMPANY LP,
    MOEX USA CORPORATION,
22  AND MOEX OFFSHORE 2007
    LLC:                   KUCHLER POLK SCHELL
23                         WEINER & RICHESON
                           BY:  DEBORAH D. KUCHLER, ESQUIRE
24                         1615 POYDRAS STREET, SUITE 1300
                           NEW ORLEANS, LOUISIANA 70112
25
```

```
 1  APPEARANCES CONTINUED:

 2

 3  OFFICIAL COURT REPORTER:      CATHY PEPPER, CRR, RMR, CCR
                                  CERTIFIED REALTIME REPORTER
 4                                500 POYDRAS STREET, ROOM HB406
                                  NEW ORLEANS, LA   70130
 5                                (504) 589-7779
                                  Cathy_Pepper@laed.uscourts.gov
 6
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
 7   PRODUCED BY COMPUTER.
```

**I N D E X**

SPEAKERS                                                      PAGE

PRESERVATION OF SAMPLES IN THE POSSESSION OF BP........    4

MR. GASAWAY............................................    4

MR. BARR...............................................    8

MR. GASAWAY............................................    9

MR. BARR...............................................   11

MR. GASAWAY............................................   12

09:01AM
09:01AM

```
09:01AM   1                    P-R-O-C-E-E-D-I-N-G-S
08:54AM   2                 THURSDAY, APRIL 28, 2011
08:54AM   3                 M O R N I N G   S E S S I O N
08:54AM   4                    (COURT CALLED TO ORDER)
08:54AM   5
08:54AM   6
09:01AM   7            THE DEPUTY CLERK:  All rise.
09:01AM   8            THE COURT:  Interesting.  Good morning, guys.  Everybody
09:01AM   9   have a seat.  I'm trying to figure out the new phone connection.
09:01AM  10   Guys on the phone, can you hear me?
09:01AM  11            MS. KUCHLER:  Judge, we can hear you but unfortunately
09:01AM  12   not as clearly as we used to be able to hear you.
09:01AM  13            THE COURT:  They still haven't fixed it the way I wanted
09:01AM  14   it to be fixed, which is both on my line and on that line.  I
09:01AM  15   need both speakers to be on.
09:01AM  16                All right.  So anyway, guys, let's cover what we're
09:01AM  17   here for today.  We're here to talk about preservation of samples
09:01AM  18   that are in the possession of BP.
09:01AM  19                Why don't we start with I've read the plaintiff's
09:02AM  20   opposition, and I'm not sure I understand.  Have we narrowed the
09:02AM  21   dispute at all?
09:02AM  22            MR. GASAWAY:  We have, Your Honor.
09:02AM  23            THE COURT:  State your name and appearance for the
09:02AM  24   record.
09:02AM  25            MR. GASAWAY:  Good morning, Your Honor.  Rob Gasaway for
```

09:02AM 1 BP, and Keith Jarrett is here with me also for BP.
09:02AM 2                Let me just give a little bit of background and say
09:02AM 3 how we've narrowed it, and I think we actually have an agreement
09:02AM 4 here.  Mr. Barr and Mr. Lundy are obviously here for the PSC, and
09:02AM 5 they can come up and second this.  This has been a complicated
09:02AM 6 process, so let me just walk through for the record how we got
09:02AM 7 here and where we are.
09:02AM 8                This did start on February 18th when we filed items
09:02AM 9 numbers 1325 and 1326.  We asked for the entry of a disposal
09:02AM 10 order parallel to the United States' disposal order.  We attached
09:02AM 11 to that a long list of, I think, about 15,000 different samples
09:02AM 12 that we sought to dispose.  All of those samples were water
09:03AM 13 samples.
09:03AM 14                All of those were taken for the purpose of
09:03AM 15 determining whether, for lack of a better term, oil or Macondo
09:03AM 16 oil was in that water, and that could be water in the marsh,
09:03AM 17 water out at sea, at the surface, not at the surface, a whole lot
09:03AM 18 of different places they came from, but they were all water
09:03AM 19 samples.  They were taken by two different testing contractors,
09:03AM 20 sampling contractors for BP, and so they had a slightly different
09:03AM 21 nomenclature.
09:03AM 22                After we filed that motion, the Plaintiffs'
09:03AM 23 Steering Committee came back and they asked for more information,
09:03AM 24 which we provided.  We had a conference call.  We gave them some
09:03AM 25 more information about the specific naming conventions for all of

09:03AM  1   those samples.  They asked us to go through and sort of cull down
09:03AM  2   some of the long list that we did.  We eventually culled maybe
09:03AM  3   about 20 percent.
09:03AM  4              Again, we're talking about thousands of samples
09:03AM  5   here, so these are round figures:  We culled about 20 percent of
09:04AM  6   them and got down to a narrower set of and listing of samples
09:04AM  7   than the one that we filed.  We provided that by letter on
09:04AM  8   March 25th, and we also provided certain additional information
09:04AM  9   about those samples in a long table.
09:04AM 10              In addition to that information, we also did
09:04AM 11   provide information about the sampling protocols that -- for
09:04AM 12   which they were taken, whether it was for purposes of testing the
09:04AM 13   effectiveness of dispersants, subsea, etcetera, and kind of a key
09:04AM 14   to the database, so there was substantial informational
09:04AM 15   exchanged.
09:04AM 16              They came back and said, well, as to some of this
09:04AM 17   information, you're not providing all of the specific information
09:04AM 18   that we may want, like, for instance, the specific date the
09:04AM 19   sample was taken.  We had sort of a colloquy about that.
09:04AM 20              BP's position is although that is a sufficient
09:04AM 21   reason for disposing of the sample, there is no need for us to go
09:05AM 22   back and show each and every date when these hydrocarbon testing
09:05AM 23   has to be done promptly, and those dates have already been
09:05AM 24   expired.
09:05AM 25              I also saw in their motion filed just yesterday

09:05AM 1  they talked about the sample volume, and obviously we can go back
09:05AM 2  and for each of thousand samples say did we take this much or
09:05AM 3  this much, but our point, Your Honor, is more than however much
09:05AM 4  we took, it's expired because for purposes of this hydrocarbon
09:05AM 5  testing we shouldn't stand on ceremony.
09:05AM 6              We had that colloquy.  It was a good colloquy.  We
09:05AM 7  ultimately started to get down to brass tacks about what is it
09:05AM 8  that plaintiff wants as opposed to sort of standing on the
09:05AM 9  interpretation of the order and so forth, what is it that
09:05AM 10 plaintiff would want, and they can speak for themselves.
09:05AM 11             I think they are comfortable with the shorter list
09:05AM 12 that we provided in the March 25th letter, but I want to
09:05AM 13 underscore that because we will need to make sure that we
09:05AM 14 withdraw the earlier list that we submitted with our motion in
09:06AM 15 February and provide that list.  It's not ready yet but in
09:06AM 16 addition they asked for what I would call *three sets of*
09:06AM 17 *assurances:*  a negative inference assurance, and I can talk about
09:06AM 18 that; a notice if you decide to change course assurance, and I
09:06AM 19 can talk about that; and then a multiple testing assurance, and
09:06AM 20 we can talk about that.
09:06AM 21             We came up with some specific language for each
09:06AM 22 assurance, and I will credit Mr. Barr for starting us off.  As we
09:06AM 23 were talking here, we've gotten a lot of words.  We started, you
09:06AM 24 know, slowly and maybe more succinctly.  This has gotten a little
09:06AM 25 wordy, but I think if you think of the negative inference, the

```
09:06AM   1   notice, if you say you're going to dispose it but you decide to
09:06AM   2   test further, and then the multiple testing scenario, if you keep
09:06AM   3   in mind those purposes, this language may make some more sense.
09:06AM   4            If it's okay, I could pause here or proceed to read
09:07AM   5   the language in, but let me just ask Mr. Barr if he would like to
09:07AM   6   say anything before I go to that?
09:07AM   7            MR. BARR:  Good morning, Your Honor.  Brian Barr for the
09:07AM   8   steering committee.  The only thing I would like to add is, I
09:07AM   9   mean, there was a lot of back and forth, and I do think we had a
09:07AM  10   very productive discussion on how to resolve all these issues.
09:07AM  11            Our position from the beginning was if you want a
09:07AM  12   me-too motion, which is what I've called this all along, give us
09:07AM  13   the same stuff the United States gave us.  The information
09:07AM  14   provided to us by the United States is still much more extensive
09:07AM  15   than what BP has given us.
09:07AM  16            Even under their own proposed order, I mean, when
09:07AM  17   Mr. Gasaway says, Well, we didn't think it was necessary to give
09:07AM  18   the date and give all these other things, well, that's in the
09:07AM  19   order.  It says specifically in their own proposed order, Provide
09:07AM  20   the sample date, provide the sample retention date.  Give us all
09:08AM  21   this information.
09:08AM  22            In the process of trying to work this out, the one
09:08AM  23   thing I waned to make clear, because we're agreeing to do this
09:08AM  24   for this specific set of samples, we're not agreeing that for
09:08AM  25   samples that BP wants to discard into the future that they don't
```

```
09:08AM   1  have to follow the order that the Court is entering.  We're
09:08AM   2  expecting that order to be followed, and just because we're
09:08AM   3  straying from it in this instance doesn't mean this we're
09:08AM   4  agreeing to do that in future instances.
09:08AM   5           THE COURT:  You're reserving your rights?
09:08AM   6           MR. BARR:  Yes, ma'am.
09:08AM   7           THE COURT:  Got you.
09:08AM   8           MR. GASAWAY:  Okay.  With that, let me start by reading
09:08AM   9  what I will call *the negative inference language*, and this is
09:08AM  10  what we ultimately landed on.  I'll just read it into the record
09:08AM  11  here verbatim.
09:08AM  12             Given BP's representations that the samples
09:08AM  13  appearing on Appendix A are past their sample retention dates for
09:09AM  14  the sampling and testing protocols under which the samples were
09:09AM  15  taken, BP may not later assert, after the disposal of an
09:09AM  16  individual sample, that plaintiffs could have obtained reliable
09:09AM  17  testing results by obtaining and then testing the sample either
09:09AM  18  for the purpose for which it was originally taken under the
09:09AM  19  individual sample's specific sampling and testing protocol or for
09:09AM  20  any other purpose.
09:09AM  21             The intent of that is just that we can't draw a
09:09AM  22  negative inference from the fact that you could have had this,
09:09AM  23  you didn't take it, we threw it away.
09:09AM  24           THE COURT:  Right.
09:09AM  25           MR. GASAWAY:  We've agreed on that.
```

```
09:09AM   1              THE COURT:  Good.  That's reasonable.
09:09AM   2              MR. GASAWAY:  Now, the second is the sort of change of
09:09AM   3   heart issue that says if you say we're going to dispose of it but
09:09AM   4   all of a sudden something happens, change of circumstances we
09:09AM   5   decide we want to test it.
09:09AM   6                   In addition, BP represents that it will not further
09:09AM   7   test or otherwise use the samples appearing on Appendix A before
09:10AM   8   discarding them without giving prior notice to plaintiffs.
09:10AM   9              THE COURT:  Okay.
09:10AM  10              MR. GASAWAY:  The third and wordiest of all, Your Honor,
09:10AM  11   is yet to come.
09:10AM  12              THE COURT:  Tell me again who I should blame for that.
09:10AM  13              MR. JARRETT:  Matt Lundy.
09:10AM  14              MR. LUNDY:  I'll take the blame but I have to confess I
09:10AM  15   wasn't able to come up with a shorter one.
09:10AM  16              THE COURT:  You couldn't shorten it.
09:10AM  17              MR. LUNDY:  We tried to take the Abraham Lincoln
09:10AM  18   approach but unfortunately, our revisions were longer than the
09:10AM  19   original --
09:10AM  20              MR. GASAWAY:  This is not Lincolnesque prose,
09:10AM  21   Your Honor.  This is the multiple testing scenario, if we took a
09:10AM  22   sample and we did multiple tests.
09:10AM  23                   In any case, subject to the orders of MDL 2179, to
09:10AM  24   the extent BP discards samples pursuant to this order, BP may
09:10AM  25   rely upon or seek to introduce testing results only for those
```

|  |  |
|---|---|
| 09:10AM 1 | discarded samples whose sample retention dates and/or holding |
| 09:11AM 2 | times expired prior to BP giving notice of an impending disposal |
| 09:11AM 3 | to plaintiffs pursuant to -- and this is the key part -- each |
| 09:11AM 4 | specific testing protocol under which the specific sample was |
| 09:11AM 5 | tested to produce a specific testing result or set of results |
| 09:11AM 6 | that BP seeks to rely on or introduce.  So it has to have expired |
| 09:11AM 7 | for each of the protocols that we would want to introduce testing |
| 09:11AM 8 | results for, and I know that's wordy but that's what we got. |
| 09:11AM 9 |      THE COURT:  It says what you need it to say. |
| 09:11AM 10 |      MR. GASAWAY:  Right. |
| 09:11AM 11 |      THE COURT: Okay.  That sounds good.  Do you all want to |
| 09:11AM 12 | go ahead and acknowledge that's your agreement? |
| 09:11AM 13 |      MR. BARR:  Yes, Your Honor, that's our agreement. |
| 09:11AM 14 |      The only thing I wanted to put in context, because |
| 09:11AM 15 | that is so wordy, to try and put into some plain language what it |
| 09:11AM 16 | was plaintiffs was seeking here, was that essentially if BP took |
| 09:11AM 17 | a sample under a sampling and testing protocol -- let's say it |
| 09:12AM 18 | was for VOCs -- that sampling and testing protocol is going to |
| 09:12AM 19 | have a sampling retention date. |
| 09:12AM 20 |      Let's say they also took it for heavy metals, which |
| 09:12AM 21 | will have a different sample and retention date.  I didn't want |
| 09:12AM 22 | them coming to me and saying, we're discarding this sample under |
| 09:12AM 23 | the VOC sample retention date and then not telling me about the |
| 09:12AM 24 | heavy metal sample retention date and then trying to use the |
| 09:12AM 25 | evidence for that purpose. |

| | | |
|---|---|---|
| 09:12AM | 1 | So essentially what we're getting at here is if you |
| 09:12AM | 2 | didn't disclose the sample retention date for the specific |
| 09:12AM | 3 | purpose and you then go forward and discard the sample, you can |
| 09:12AM | 4 | no longer seek to use or rely upon it. |
| 09:12AM | 5 | THE COURT: Rely upon that particular sample for any |
| 09:12AM | 6 | purpose. |
| 09:12AM | 7 | MR. BARR: Yes, Your Honor. |
| 09:12AM | 8 | THE COURT: Okay. I'm with you. |
| 09:12AM | 9 | MR. GASAWAY: Well, no, just for the purpose we didn't |
| 09:12AM | 10 | disclose. Just a clarification. |
| 09:12AM | 11 | THE COURT: In that example, it would be for heavy |
| 09:12AM | 12 | metals? |
| 09:12AM | 13 | MR. GASAWAY: Exactly. If we properly disclose that it |
| 09:13AM | 14 | had expired for hydrocarbons, and we disposed of it, but it so |
| 09:13AM | 15 | happened we had also tested it for heavy metals, it had not |
| 09:13AM | 16 | expired for heavy metals and we went ahead and disposed of it |
| 09:13AM | 17 | without notice, then the protection that the plaintiffs are |
| 09:13AM | 18 | getting is just that we can't introduce the heavy metals testing |
| 09:13AM | 19 | results. |
| 09:13AM | 20 | THE COURT: Right, you would be precluded from any |
| 09:13AM | 21 | evidence with regard to heavy metals in that particular case. |
| 09:13AM | 22 | MR. GASAWAY: That's right. As the plaintiffs rightly |
| 09:13AM | 23 | point out, that puts the incentive on us to disclose each of |
| 09:13AM | 24 | those retention dates for any of the results that we would want |
| 09:13AM | 25 | to introduce and we're agreeable to that. |

```
09:13AM   1              THE COURT:  Anything else we need to cover?
09:13AM   2              MR. BARR:  No.
09:13AM   3              MR. LUNDY:  That's it, Your Honor.
09:13AM   4              THE COURT:  Well, that was easy.
09:13AM   5              MR. GASAWAY:  Thank you very much.
09:13AM   6              THE COURT:  That was the easiest meeting we have had in
09:13AM   7   a while.  Why did you bring Mr. Jarrett?
09:13AM   8              MR. GASAWAY:  Because Mr. Jarrett made it easy.
09:13AM   9              MR. JARRETT:  I would like credit for that, Your Honor.
         10              (WHEREUPON, at 9:13 a.m., the proceedings were
         11   concluded.)
         12                              *   *   *
         13
         14                        REPORTER'S CERTIFICATE
         15
                I, Cathy Pepper, Certified Realtime Reporter, Registered
         16   Merit Reporter, Registered Professional Reporter, Certified Court
              Reporter of the State of Louisiana, Official Court Reporter for
         17   the United States District Court, Eastern District of Louisiana,
              do hereby certify that the foregoing is a true and correct
         18   transcript, to the best of my ability and understanding, from the
              record of the proceedings in the above-entitled and numbered
         19   matter.
         20
                                              s/Cathy Pepper
         21                                   Cathy Pepper, CRR, RMR, CCR
                                              Certified Realtime Reporter
         22                                   Official Court Reporter
                                              United States District Court
         23                                   Cathy_Pepper@laed.uscourts.gov
         24
         25
```

**1**

**10-MDL-2179** [1] - 1:6
**11** [1] - 3:18
**12** [1] - 3:19
**1300** [1] - 2:24
**1325** [1] - 5:9
**1326** [1] - 5:9
**1331** [1] - 2:17
**15,000** [1] - 5:11
**1615** [1] - 2:24
**1665** [1] - 2:17
**18th** [1] - 5:8

**2**

**20** [3] - 1:5, 6:3, 6:5
**20005** [1] - 2:14
**2007** [1] - 2:22
**2010** [1] - 1:5
**2011** [2] - 1:7, 4:2
**2179** [1] - 10:23
**25th** [2] - 6:8, 7:12
**28** [2] - 1:7, 4:2

**3**

**316** [1] - 1:18
**32502** [1] - 1:18

**4**

**4** [2] - 3:14, 3:15

**5**

**500** [1] - 3:4
**5000** [1] - 2:10
**501** [1] - 1:21
**504** [1] - 3:5
**546** [1] - 1:24
**589-7779** [1] - 3:5

**6**

**600** [1] - 1:18
**655** [1] - 2:13

**7**

**701** [1] - 2:10
**70112** [1] - 2:24
**70130** [2] - 1:25, 3:4
**70139** [1] - 2:11
**70601** [1] - 1:21

**77010** [1] - 2:18

**8**

**8** [1] - 3:16

**9**

**9** [1] - 3:17
**9:00** [1] - 1:7
**9:13** [1] - 13:10

**A**

**A.M** [1] - 1:7
**a.m** [1] - 13:10
**ability** [1] - 13:18
**able** [2] - 4:12, 10:15
**above-entitled** [1] - 13:18
**Abraham** [1] - 10:17
**acknowledge** [1] - 11:12
**ACTION** [1] - 1:6
**ACTIONS** [1] - 1:9
**add** [1] - 8:8
**addition** [3] - 6:10, 7:16, 10:6
**additional** [1] - 6:8
**agreeable** [1] - 12:25
**agreed** [1] - 9:25
**agreeing** [3] - 8:23, 8:24, 9:4
**agreement** [3] - 5:3, 11:12, 11:13
**ahead** [2] - 11:12, 12:16
**ALAN** [1] - 2:17
**ALL** [1] - 1:9
**AMERICA** [6] - 2:3, 2:3, 2:4, 2:5, 2:7, 2:8
**ANADARKO** [2] - 2:20, 2:21
**AND** [1] - 2:22
**anyway** [1] - 4:16
**appearance** [1] - 4:23
**APPEARANCES** [3] - 1:14, 2:1, 3:1
**appearing** [2] - 9:13, 10:7
**Appendix** [2] - 9:13, 10:7
**approach** [1] - 10:18
**APRIL** [3] - 1:5, 1:7, 4:2
**assert** [1] - 9:15
**assurance** [4] - 7:17, 7:18, 7:19, 7:22

**assurances** [1] - 7:17
**attached** [1] - 5:10

**B**

**background** [1] - 5:2
**BARR** [6] - 1:17, 8:7, 9:6, 11:13, 12:7, 13:2
**Barr** [4] - 5:4, 7:22, 8:5, 8:7
**BARR........................
.......................** [2] - 3:16, 3:18
**BAYLEN** [1] - 1:18
**BEFORE** [1] - 1:12
**beginning** [1] - 8:11
**BERTAUT** [1] - 1:24
**best** [1] - 13:18
**better** [1] - 5:15
**bit** [1] - 5:2
**blame** [2] - 10:12, 10:14
**BP** [20] - 2:3, 2:3, 2:4, 2:5, 2:6, 2:7, 2:8, 4:18, 5:1, 5:20, 8:15, 8:25, 9:15, 10:6, 10:24, 11:2, 11:6, 11:16
**BP's** [2] - 6:20, 9:12
**BP.......** [1] - 3:14
**brass** [1] - 7:7
**Brian** [1] - 8:7
**BRIAN** [1] - 1:17
**bring** [1] - 13:7
**BROAD** [1] - 1:21
**BY** [10] - 1:4, 1:17, 1:20, 1:24, 2:9, 2:13, 2:17, 2:23, 3:6, 3:7

**C**

**CALLED** [1] - 4:4
**CAMERON** [1] - 1:23
**CARMELITE** [1] - 1:24
**CARONDELET** [1] - 1:24
**case** [2] - 10:23, 12:21
**Cathy** [2] - 13:15, 13:21
**CATHY** [1] - 3:3
**Cathy_Pepper@laed.uscourts.gov** [1] - 13:23
**cathy_Pepper@laed.uscourts.gov** [1] - 3:5
**CCR** [2] - 3:3, 13:21

**ceremony** [1] - 7:5
**certain** [1] - 6:8
**CERTIFICATE** [1] - 13:14
**CERTIFIED** [1] - 3:3
**Certified** [3] - 13:15, 13:16, 13:21
**certify** [1] - 13:17
**change** [3] - 7:18, 10:2, 10:4
**CHARLES** [1] - 1:21
**circumstances** [1] - 10:4
**CIVIL** [1] - 1:6
**clarification** [1] - 12:10
**clear** [1] - 8:23
**clearly** [1] - 4:12
**CLERK** [1] - 4:7
**colloquy** [3] - 6:19, 7:6
**comfortable** [1] - 7:11
**coming** [1] - 11:22
**COMMITTEE** [1] - 1:16
**committee** [1] - 8:8
**Committee** [1] - 5:23
**COMPANY** [3] - 2:4, 2:21
**complicated** [1] - 5:5
**COMPUTER** [1] - 3:7
**concluded** [1] - 13:11
**conference** [1] - 5:24
**CONFERENCE** [1] - 1:12
**confess** [1] - 10:14
**connection** [1] - 4:9
**context** [1] - 11:14
**CONTINUED** [2] - 2:1, 3:1
**contractors** [2] - 5:19, 5:20
**conventions** [1] - 5:25
**CORPORATION** [4] - 1:23, 2:5, 2:20, 2:21
**correct** [1] - 13:17
**course** [1] - 7:18
**COURT** [22] - 1:1, 3:3, 4:4, 4:8, 4:13, 4:23, 9:5, 9:7, 9:24, 10:1, 10:9, 10:12, 10:16, 11:9, 11:11, 12:5, 12:8, 12:11, 12:20, 13:1, 13:4, 13:6
**Court** [6] - 9:1, 13:16, 13:16, 13:17, 13:22, 13:22
**cover** [2] - 4:16, 13:1
**credit** [2] - 7:22, 13:9
**CRR** [2] - 3:3, 13:21

**cull** [1] - 6:1
**culled** [2] - 6:2, 6:5

**D**

**database** [1] - 6:14
**date** [10] - 6:18, 6:22, 8:18, 8:20, 11:19, 11:21, 11:23, 11:24, 12:2
**dates** [4] - 6:23, 9:13, 11:1, 12:24
**DC** [1] - 2:14
**DEBORAH** [1] - 2:23
**decide** [3] - 7:18, 8:1, 10:5
**DEEPWATER** [1] - 1:4
**DEPUTY** [1] - 4:7
**determining** [1] - 5:15
**different** [5] - 5:11, 5:18, 5:19, 5:20, 11:21
**discard** [2] - 8:25, 12:3
**discarded** [1] - 11:1
**discarding** [2] - 10:8, 11:22
**discards** [1] - 10:24
**disclose** [4] - 12:2, 12:10, 12:13, 12:23
**discussion** [1] - 8:10
**dispersants** [1] - 6:13
**disposal** [4] - 5:9, 5:10, 9:15, 11:2
**dispose** [3] - 5:12, 8:1, 10:3
**disposed** [2] - 12:14, 12:16
**disposing** [1] - 6:21
**dispute** [1] - 4:21
**DISTRICT** [2] - 1:1, 1:1
**District** [3] - 13:17, 13:22
**DOCUMENT** [1] - 1:9
**done** [1] - 6:23
**down** [3] - 6:1, 6:6, 7:7
**draw** [1] - 9:21

**E**

**E&P** [1] - 2:21
**easiest** [1] - 13:6
**EASTERN** [1] - 1:1
**Eastern** [1] - 13:17
**easy** [2] - 13:4, 13:8
**effectiveness** [1] - 6:13
**either** [1] - 9:17

ELLIS [1] - 2:12
ENERGY [1] - 2:16
entering [1] - 9:1
entitled [1] - 13:18
entry [1] - 5:9
ESQUIRE [7] - 1:17, 1:20, 1:24, 2:9, 2:13, 2:17, 2:23
essentially [2] - 11:16, 12:1
etcetera [1] - 6:13
eventually [1] - 6:2
evidence [2] - 11:25, 12:21
exactly [1] - 12:13
example [1] - 12:11
exchanged [1] - 6:15
expecting [1] - 9:2
expired [6] - 6:24, 7:4, 11:2, 11:6, 12:14, 12:16
EXPLORATION [1] - 2:6
extensive [1] - 8:14
extent [1] - 10:24

**F**

fact [1] - 9:22
February [2] - 5:8, 7:15
FIFTEENTH [1] - 2:13
figure [1] - 4:9
figures [1] - 6:5
filed [4] - 5:8, 5:22, 6:7, 6:25
fixed [2] - 4:13, 4:14
FL [1] - 1:18
follow [1] - 9:1
followed [1] - 9:2
FOR [5] - 1:16, 1:23, 2:3, 2:16, 2:20
foregoing [1] - 13:17
forth [2] - 7:9, 8:9
forward [1] - 12:3
future [2] - 8:25, 9:4

**G**

Gasaway [2] - 4:25, 8:17
GASAWAY [14] - 2:13, 4:22, 4:25, 9:8, 9:25, 10:2, 10:10, 10:20, 11:10, 12:9, 12:13, 12:22, 13:5, 13:8
GASAWAY................. ........................... [3]

- 3:15, 3:17, 3:19
given [2] - 8:15, 9:12
GODWIN [1] - 2:16
GULF [1] - 1:5
guys [3] - 4:8, 4:10, 4:16

**H**

HALLIBURTON [1] - 2:16
HB406 [1] - 3:4
hear [3] - 4:10, 4:11, 4:12
HEARD [1] - 1:12
heart [1] - 10:3
heavy [7] - 11:20, 11:24, 12:11, 12:15, 12:16, 12:18, 12:21
hereby [1] - 13:17
holding [1] - 11:1
HOLDINGS [1] - 2:7
Honor [10] - 4:22, 4:25, 7:3, 8:7, 10:10, 10:21, 11:13, 12:7, 13:3, 13:9
HONORABLE [1] - 1:12
HORIZON [1] - 1:4
HOUSTON [1] - 2:18
hydrocarbon [2] - 6:22, 7:4
hydrocarbons [1] - 12:14

**I**

impending [1] - 11:2
IN [3] - 1:4, 1:5, 3:14
INC [6] - 2:3, 2:4, 2:5, 2:6, 2:8, 2:16
incentive [1] - 12:23
individual [2] - 9:16, 9:19
inference [4] - 7:17, 7:25, 9:9, 9:22
information [9] - 5:23, 5:25, 6:8, 6:10, 6:11, 6:17, 8:13, 8:21
informational [1] - 6:14
instance [2] - 6:18, 9:3
instances [1] - 9:4
intent [1] - 9:21
interesting [1] - 4:8
INTERNATIONAL [1] - 1:23

interpretation [1] - 7:9
introduce [5] - 10:25, 11:6, 11:7, 12:18, 12:25
issue [1] - 10:3
issues [1] - 8:10
items [1] - 5:8

**J**

JARRETT [3] - 2:9, 10:13, 13:9
Jarrett [3] - 5:1, 13:7, 13:8
JUDGE [1] - 1:13
judge [1] - 4:11

**K**

keep [1] - 8:2
KEITH [1] - 2:9
Keith [1] - 5:1
key [2] - 6:13, 11:3
kind [1] - 6:13
KIRKLAND [1] - 2:12
KUCHLER [3] - 2:22, 2:23, 4:11

**L**

LA [4] - 1:21, 1:25, 2:11, 3:4
lack [1] - 5:15
LAKE [1] - 1:21
LAMAR [1] - 2:17
landed [1] - 9:10
language [5] - 7:21, 8:3, 8:5, 9:9, 11:15
letter [2] - 6:7, 7:12
LEVIN [1] - 1:16
LEWIS [1] - 2:8
LIMITED [1] - 2:7
Lincoln [1] - 10:17
Lincolnesque [1] - 10:20
line [2] - 4:14
LISKOW [1] - 2:8
list [5] - 5:11, 6:2, 7:11, 7:14, 7:15
listing [1] - 6:6
LLC [1] - 2:22
Louisiana [2] - 13:16, 13:17
LOUISIANA [3] - 1:1, 1:7, 2:24
LP [1] - 2:21
LUNDY [6] - 1:20, 1:20, 10:14, 10:17, 13:3
Lundy [2] - 5:4, 10:13

**M**

ma'am [1] - 9:6
Macondo [1] - 5:15
MAGISTRATE [1] - 1:13
March [2] - 6:8, 7:12
marsh [1] - 5:16
Matt [1] - 10:13
matter [1] - 13:19
MATTHEW [1] - 1:20
MDL [1] - 10:23
me-too [1] - 8:12
mean [3] - 8:9, 8:16, 9:3
MECHANICAL [1] - 3:6
meeting [1] - 13:6
Merit [1] - 13:16
metal [1] - 11:24
metals [6] - 11:20, 12:12, 12:15, 12:16, 12:18, 12:21
MEXICO [1] - 1:5
mind [1] - 8:3
MITCHELL [1] - 1:16
MOEX [2] - 2:21, 2:22
morning [3] - 4:8, 4:25, 8:7
motion [4] - 5:22, 6:25, 7:14, 8:12
MR [28] - 3:15, 3:16, 3:17, 3:18, 3:19, 4:22, 4:25, 8:7, 9:6, 9:8, 9:25, 10:2, 10:10, 10:13, 10:14, 10:17, 10:20, 11:10, 11:13, 12:7, 12:9, 12:13, 12:22, 13:2, 13:3, 13:5, 13:8, 13:9
MS [1] - 4:11
multiple [4] - 7:19, 8:2, 10:21, 10:22

**N**

N.W [1] - 2:13
name [1] - 4:23
naming [1] - 5:25
narrowed [2] - 4:20, 5:3
narrower [1] - 6:6
necessary [1] - 8:17
need [5] - 4:15, 6:21, 7:13, 11:9, 13:1
negative [4] - 7:17, 7:25, 9:9, 9:22
NEW [5] - 1:7, 1:25, 2:11, 2:24, 3:4
new [1] - 4:9
NO [1] - 1:6
nomenclature [1] - 5:21
NORTH [4] - 2:4, 2:5, 2:7, 2:8
notice [5] - 7:18, 8:1, 10:8, 11:2, 12:17
numbered [1] - 13:18
numbers [1] - 5:9

**O**

obtained [1] - 9:16
obtaining [1] - 9:17
obviously [2] - 5:4, 7:1
OF [5] - 1:1, 1:5, 1:12, 3:14
OFFICIAL [1] - 3:3
Official [2] - 13:16, 13:22
OFFSHORE [1] - 2:22
OIL [2] - 1:4, 1:4
oil [2] - 5:15, 5:16
ON [1] - 1:5
ONE [1] - 2:9
one [3] - 6:7, 8:22, 10:15
opposed [1] - 7:8
opposition [1] - 4:20
order [9] - 5:10, 7:9, 8:16, 8:19, 9:1, 9:2, 10:24
ORDER [1] - 4:4
orders [1] - 10:23
original [1] - 10:19
originally [1] - 9:18
ORLEANS [5] - 1:7, 1:25, 2:11, 2:24, 3:4
otherwise [1] - 10:7
own [2] - 8:16, 8:19

**P**

PAGE [1] - 3:12
PAPANTONIO [1] - 1:16
parallel [1] - 5:10
part [1] - 11:3
particular [2] - 12:5, 12:21
past [1] - 9:13

**pause** [1] - 8:4
**PENSACOLA** [1] - 1:18
**Pepper** [3] - 13:15, 13:20, 13:21
**PEPPER** [1] - 3:3
**percent** [2] - 6:3, 6:5
**PETROLEUM** [1] - 2:20
**phone** [2] - 4:9, 4:10
**PIGMAN** [1] - 1:23
**places** [1] - 5:18
**plain** [1] - 11:15
**plaintiff** [2] - 7:8, 7:10
**plaintiff's** [1] - 4:19
**plaintiffs** [6] - 9:16, 10:8, 11:3, 11:16, 12:17, 12:22
**PLAINTIFFS'** [1] - 1:16
**Plaintiffs'** [1] - 5:22
**point** [2] - 7:3, 12:23
**POLK** [1] - 2:22
**position** [2] - 6:20, 8:11
**POSSESSION** [1] - 3:14
**possession** [1] - 4:18
**POYDRAS** [3] - 2:10, 2:24, 3:4
**precluded** [1] - 12:20
**preservation** [1] - 4:17
**PRESERVATION** [1] - 3:14
**proceed** [1] - 8:4
**proceedings** [2] - 13:10, 13:18
**PROCEEDINGS** [3] - 1:12, 3:6, 4:1
**process** [2] - 5:6, 8:22
**PROCTOR** [1] - 1:17
**produce** [1] - 11:5
**PRODUCED** [1] - 3:7
**PRODUCTION** [2] - 2:3, 2:6
**productive** [1] - 8:10
**PRODUCTS** [1] - 2:8
**Professional** [1] - 13:16
**promptly** [1] - 6:23
**properly** [1] - 12:13
**proposed** [2] - 8:16, 8:19
**prose** [1] - 10:20
**protection** [1] - 12:17
**protocol** [4] - 9:19, 11:4, 11:17, 11:18
**protocols** [3] - 6:11, 9:14, 11:7

**Provide** [1] - 8:19
**provide** [3] - 6:11, 7:15, 8:20
**provided** [5] - 5:24, 6:7, 6:8, 7:12, 8:14
**providing** [1] - 6:17
**PSC** [1] - 5:4
**purpose** [7] - 5:14, 9:18, 9:20, 11:25, 12:3, 12:6, 12:9
**purposes** [3] - 6:12, 7:4, 8:3
**pursuant** [2] - 10:24, 11:3
**put** [2] - 11:14, 11:15
**puts** [1] - 12:23

**R**

**RAFFERTY** [1] - 1:17
**RE** [1] - 1:4
**read** [3] - 4:19, 8:4, 9:10
**reading** [1] - 9:8
**ready** [1] - 7:15
**Realtime** [2] - 13:15, 13:21
**REALTIME** [1] - 3:3
**reason** [1] - 6:21
**reasonable** [1] - 10:1
**record** [4] - 4:24, 5:6, 9:10, 13:18
**RECORDED** [1] - 3:6
**regard** [1] - 12:21
**Registered** [2] - 13:15, 13:16
**RELATES** [1] - 1:9
**reliable** [1] - 9:16
**rely** [4] - 10:25, 11:6, 12:4, 12:5
**Reporter** [7] - 13:15, 13:16, 13:16, 13:21, 13:22
**REPORTER** [2] - 3:3, 3:3
**REPORTER'S** [1] - 13:14
**representations** [1] - 9:12
**represents** [1] - 10:6
**reserving** [1] - 9:5
**resolve** [1] - 8:10
**result** [1] - 11:5
**results** [6] - 9:17, 10:25, 11:5, 11:8, 12:19, 12:24
**retention** [9] - 8:20, 9:13, 11:1, 11:19, 11:21, 11:23, 11:24,

12:2, 12:24
**revisions** [1] - 10:18
**RICHESON** [1] - 2:23
**RIG** [1] - 1:4
**rightly** [1] - 12:22
**rights** [1] - 9:5
**rise** [1] - 4:7
**RMR** [2] - 3:3, 13:21
**Rob** [1] - 4:25
**ROBERT** [1] - 2:13
**RONQUILLO** [1] - 2:16
**ROOM** [1] - 3:4
**round** [1] - 6:5

**S**

**s/Cathy** [1] - 13:20
**SALLY** [1] - 1:12
**sample** [19] - 6:19, 6:21, 7:1, 8:20, 9:13, 9:16, 9:17, 10:22, 11:1, 11:4, 11:17, 11:21, 11:22, 11:23, 11:24, 12:2, 12:3, 12:5
**sample's** [1] - 9:19
**samples** [17] - 4:17, 5:11, 5:12, 5:13, 5:19, 6:1, 6:4, 6:6, 6:9, 7:2, 8:24, 8:25, 9:12, 9:14, 10:7, 10:24, 11:1
**SAMPLES** [1] - 3:14
**sampling** [7] - 5:20, 6:11, 9:14, 9:19, 11:17, 11:18, 11:19
**saw** [1] - 6:25
**scenario** [2] - 8:2, 10:21
**SCHELL** [1] - 2:22
**sea** [1] - 5:17
**seat** [1] - 4:9
**second** [2] - 5:5, 10:2
**seek** [2] - 10:25, 12:4
**seeking** [1] - 11:16
**seeks** [1] - 11:6
**sense** [1] - 8:3
**SERVICES** [1] - 2:16
**set** [3] - 6:6, 8:24, 11:5
**sets** [1] - 7:16
**SHELL** [1] - 2:9
**shorten** [1] - 10:16
**shorter** [2] - 7:11, 10:15
**show** [1] - 6:22
**SHUSHAN** [1] - 1:12
**slightly** [1] - 5:20
**slowly** [1] - 7:24

**SOILEAU** [1] - 1:20
**sort** [4] - 6:1, 6:19, 7:8, 10:2
**sought** [1] - 5:12
**sounds** [1] - 11:11
**SOUTH** [2] - 1:18, 1:20
**speakers** [1] - 4:15
**SPEAKERS** [1] - 3:12
**specific** [10] - 5:25, 6:17, 6:18, 7:21, 8:24, 9:19, 11:4, 11:5, 12:2
**specifically** [1] - 8:19
**SPILL** [1] - 1:4
**SQUARE** [1] - 2:9
**stand** [1] - 7:5
**standing** [1] - 7:8
**start** [3] - 4:19, 5:8, 9:8
**started** [2] - 7:7, 7:23
**starting** [1] - 7:22
**State** [1] - 13:16
**state** [1] - 4:23
**States** [4] - 8:13, 8:14, 13:17, 13:22
**STATES** [2] - 1:1, 1:13
**States'** [1] - 5:10
**STATUS** [1] - 1:12
**Steering** [1] - 5:23
**STEERING** [1] - 1:16
**steering** [1] - 8:8
**STENOGRAPHY** [1] - 3:6
**still** [2] - 4:13, 8:14
**STONE** [1] - 1:23
**straying** [1] - 9:3
**STREET** [7] - 1:18, 1:21, 1:24, 2:10, 2:13, 2:24, 3:4
**stuff** [1] - 8:13
**subject** [1] - 10:23
**submitted** [1] - 7:14
**subsea** [1] - 6:13
**substantial** [1] - 6:14
**succinctly** [1] - 7:24
**sudden** [1] - 10:4
**sufficient** [1] - 6:20
**SUITE** [4] - 1:18, 2:10, 2:17, 2:24
**surface** [2] - 5:17

**T**

**table** [1] - 6:9
**tacks** [1] - 7:7
**term** [1] - 5:15
**test** [3] - 8:2, 10:5, 10:7

**tested** [2] - 11:5, 12:15
**testing** [18] - 5:19, 6:12, 6:22, 7:5, 7:19, 8:2, 9:14, 9:17, 9:19, 10:21, 10:25, 11:4, 11:5, 11:7, 11:17, 11:18, 12:18
**tests** [1] - 10:22
**THE** [25] - 1:4, 1:5, 1:12, 1:16, 3:14, 4:7, 4:8, 4:13, 4:23, 9:5, 9:7, 9:24, 10:1, 10:9, 10:12, 10:16, 11:9, 11:11, 12:5, 12:8, 12:11, 12:20, 13:1, 13:4, 13:6
**themselves** [1] - 7:10
**third** [1] - 10:10
**THIS** [1] - 1:9
**THOMAS** [1] - 1:16
**thousand** [1] - 7:2
**thousands** [1] - 6:4
**three** [1] - 7:16
**threw** [1] - 9:23
**THURSDAY** [2] - 1:7, 4:2
**TO** [2] - 1:9, 4:4
**today** [1] - 4:17
**took** [4] - 7:4, 10:21, 11:16, 11:20
**TRANSCRIPT** [2] - 1:12, 3:6
**transcript** [1] - 13:18
**tried** [1] - 10:17
**true** [1] - 13:17
**try** [1] - 11:15
**trying** [3] - 4:9, 8:22, 11:24
**two** [1] - 5:19
**TX** [1] - 2:18

**U**

**ultimately** [2] - 7:7, 9:10
**under** [6] - 8:16, 9:14, 9:18, 11:4, 11:17, 11:22
**underscore** [1] - 7:13
**unfortunately** [2] - 4:11, 10:18
**United** [5] - 5:10, 8:13, 8:14, 13:17, 13:22
**UNITED** [2] - 1:1, 1:13
**up** [3] - 5:5, 7:21, 10:15
**USA** [1] - 2:21

## V

**verbatim** [1] - 9:11
**VOC** [1] - 11:23
**VOCs** [1] - 11:18
**volume** [1] - 7:1

## W

**walk** [1] - 5:6
**WALTHER** [1] - 1:23
**waned** [1] - 8:23
**wants** [2] - 7:8, 8:25
**WASHINGTON** [1] - 2:14
**water** [5] - 5:12, 5:16, 5:17, 5:18
**WEINER** [1] - 2:23
**WHEREUPON** [1] - 13:10
**whole** [1] - 5:17
**withdraw** [1] - 7:14
**WITTMANN** [1] - 1:23
**wordiest** [1] - 10:10
**words** [1] - 7:23
**wordy** [3] - 7:25, 11:8, 11:15

## Y

**yesterday** [1] - 6:25
**YORK** [1] - 2:17