MINUTE ENTRY
BARBIER, J.
MAY 6, 2011
JS-10: 1 hr., 9 min.

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

***************************************************

Friday, May 6, 2011, 8:30a.m.

The Court held an in-chambers Liaison Counsel meeting on this date to discuss the February 2012 Trial Plan. The Court instructed the parties to submit further briefing on several outstanding issues by June 6, 2011. The Court will issue an Order outlining the issues that parties should address in their briefs.

The attendance record is attached.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

JS-10: 1 hr., 9 min.

