# CONFERENCE ATTENDANCE RECORD

DATE: 5-6-2011          TIME: 8:30 am

CASE NAME: MDL 2179

CIVIL DOCKET NO. 2179          CRIMINAL DOCKET NO. _____

CIRCLE ONE:     (STATUS)   PRE-TRIAL   SETTLEMENT

ATTORNEYS PRESENT: (Please PRINT your name, telephone number and the party you represent)

| Name | Phone | Party |
|---|---|---|
| Steve O'Rourke | | |
| Don Godwin | 214-939-4412 | |
| Alan York | " " | |
| Jenny Martinez | 214-939-4620 | |
| Jim Roy | 337-278-7892 | PSC-co [?] |
| Mike Underhill | 415-436-6648 | U.S. |
| Steve Herman | | PSC-co [?] |
| Luther Strange | | Alabama |
| Steve Roberts | | TI [?] |

# CONFERENCE ATTENDANCE RECORD

DATE: 5-6-2011            TIME: 8:30am

CASE NAME: MDL 2179

CIVIL DOCKET NO. 2179            CRIMINAL DOCKET NO. _____

CIRCLE ONE:        (STATUS)    PRE-TRIAL    SETTLEMENT

ATTORNEYS PRESENT: (Please PRINT your name, telephone number and the party you represent)

| Name | Party |
|---|---|
| Don Haycraft | BP |
| Andy Langan | BP |
| Mike Brock | BP |
| Deb Kuchler | APC + MOEX |
| [illegible] | " " " |
| [illegible] | |
| Phil Wittmann | Cameron |
| BD Daniel | Cameron |
| Michael Lyle | Transocean O'Brien's, NRC |
| Jerry Grolil | Sea, Gismn NRC |

# CONFERENCE ATTENDANCE RECORD

DATE: 5-6-2011     TIME: 8:30am

CASE NAME: MDL2179

CIVIL DOCKET NO. 2179         CRIMINAL DOCKET NO. _____

CIRCLE ONE:     (STATUS)    PRE-TRIAL    SETTLEMENT

ATTORNEYS PRESENT: (Please PRINT your name, telephone number and the party you represent)

Edwin Preis      337-237-6062
Kerry Miller     599-8194