UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>All Cases | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

### ORDER REGARDING TRANSOCEAN MOTION FOR PROTECTIVE ORDER REGARDING REPORT OF UNITED STATES COAST GUARD

The Transocean Parties[1] on April 28, 2011, filed a motion for protective order regarding a marine casualty report issued on April 22, 2011, by the United States Coast Guard ("the Report") regarding the *Deepwater Horizon* casualty. *See* Record Doc. No. 2189. The Court has learned that the parties have reached an agreement that moots for now the need for court resolution of the matter.[2] The parties have agreed to not use the Report or any parts thereof in the questioning of fact witnesses in depositions up to and including the close of this phase of fact discovery, July 31, 2011.[3] The parties reserve their rights regarding any further resolution of the issues involved.

---

[1] Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc. and Triton Asset Leasing GmbH.

[2] Certain parties do not agree with the legal basis of Transocean's motion but defer argument on it.

[3] The parties specifically reserve the right to ask witnesses about facts that may be contained in the Report although they will not cite to or attempt to use the Report or any parts thereof.

IT IS ORDERED that Record Doc. No. 2189 is Denied as Moot, without prejudice to any party later raising with the Court the issues inherent in the motion.

New Orleans, Louisiana, this 6th day of May, 2011.

_____
SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE