UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Requests for Additional Examination Time for May 9-12 Depositions]**

Some of the parties requested additional time for depositions scheduled from May 9 through May 12. Some of the requests were satisfied with time ceded by other parties. The examination time of the witnesses is adjusted as follows:

1. <u>Tim Probert</u>.

Mr. Probert's deposition is set for May 9 and 10. BP requested additional time. The deposition shall be extended by 60 minutes with 30 minutes added to May 9 and 30 minutes added to May 10. BP's examination shall be extended by 75 minutes: (1) 15 minutes ceded by the PSC; and (2) 60 minutes from the extension of the deposition.

2. <u>Lee Lambert</u>.

    May 9 and 10    75 minutes    75 minutes    30 minutes

    Party Requesting: Transocean    Party ceding: PSC - 30 minutes

Mr. Lambert's deposition is set for May 9 and 10. Transocean requested additional time. The deposition shall be extended by 40 minutes with 20 minutes added to May 9 and 20 minutes added to May 10. Transocean's examination shall be extended by 70 minutes: (1) 30 minutes ceded by the PSC; and (2) 40 minutes from the extension of the deposition.

3.  John Guide.

Mr. Guide's deposition is set for May 9 and 10.  Transocean and Halliburton requested additional time.  Halliburton's request for additional time was satisfied with 20 minutes from Cameron, 20 minutes from the State of Alabama and 5 minutes from the PSC.  The deposition shall be extended by 60 minutes with 30 minutes added to May 9 and 30 minutes added to May 10.  Transocean's examination shall be extended by 60 minutes with the use of the 60 minute extension of the deposition.

4.  Murray Sepulvado.

Mr. Sepulvado's deposition is set for May 11 and 12.  Transocean requests additional time.  The deposition shall be extended by 40 minutes with 20 minutes added to May 11 and 20 minutes added to May 12.  Transocean's examination shall be extended by 70 minutes: (1) 30 minutes ceded by the PSC; and (2) 40 minutes from the extension of the deposition.

5.  David McKay.

Mr. McKay's deposition is set for May 11 and 12.  BP and Transocean requested additional time.  The State of Alabama ceded 60 minutes.  The PSC ceded 30 minutes.  The 90 minutes shall be divided equally between BP and Transocean.  McKay's deposition will not be extended beyond the 15 hours permitted under PTO 27.

New Orleans, Louisiana, this 9th day of May, 2011.

SALLY SHUSHAN
United States Magistrate Judge