# PLAINTIFFS' PRELIMINARY FACT WITNESS LIST FOR SEGMENT ONE OF THE FEBRUARY 2012 LIMITATION / LIABILITY TRIAL

| | COMPANY | LAST | FIRST | POSITION |
|---|---|---|---|---|
| | Transocean | Bertone | Steve | Chief Electrician |
| | BP | Baxter | John | |
| | BP | Bly | Mark | BP Vice-President of Safety |
| | Transocean | Brown | Douglas | Chief Mechanic |
| | Transocean | Burgess | Micah | Assistant Driller |
| | Transocean | Canducci | Jerry | ISM Manager |
| | BP | Castell | William | BP Board Member |
| | Halliburton | Chaisson | Nathaniel | Cement Specialist |
| | BP | Cocales | Brett | Drilling Engineer |
| | BP | Cunningham | Erick | Cement Specialist |
| | BP | DeFranco | Samuel | Process Safety Specialist |
| | MI Swaco | Doyle | Maxie | Mud Engineer |
| | BP | Dupree | James | Senior Vice President for the Gulf of Mexico |
| | Kongsberg | Durkman | Alarie | Kongsberg Simrad Technician |
| | Transocean | Ezell | Randy | Senior Toolpusher |
| | Transocean | Fleytas | Andrea | Dynamic Positioning Operator |
| | BP | Flynn | Steve | Vice President of Health, Safety, Security, and Environemnt for BP Global |
| | Halliburton | Gagliano | Jesse | Deepwater Tenet Manager (Manager, Technical Professional-Technology) |
| | Tidewater | Gervasio | Anthony | Chief Mate of the DAMON BANKSTON |
| | BP | Guide | John | Well Team Leader |
| | BP | Guillot | Walter | Well Site Leader |
| | BP | Hafle | Mark | Drilling Engineer |
| | Transocean | Harrell | Jimmy | Offshore Installation Manager for DWH |
| | BP | Hayward | Tony | Former CEO of BP, plc |
| | BP | Inglis | Andy | CEO of BP E&P |
| | Transocean | Johnson | Paul | Rig Manager |
| | BP | Kaluza | Robert | Well Site Leader |
| | Halliburton/Sperry Sun | Keith | Joseph | Lead Surface Data Logger |
| | BP | Kellingray | Daryl | Cement Engineer |
| | Transocean | Keplinger | Yancy | DPO |
| | Transocean | Kuchta | Curt | Master of the Deepwater Horizon |
| | BP | Lacy | Kevin | Former VP Drilling-GoM |
| | Tidewater | Landry | Alwin | Captain of the DAMON BANKSTON |
| | MI Swaco | Lindner | Leo | Mud Engineer |

# PLAINTIFFS' PRELIMINARY FACT WITNESS LIST
# FOR SEGMENT ONE OF THE FEBRUARY 2012
# LIMITATION / LIABILITY TRIAL

| COMPANY | LAST | FIRST | POSITION |
|---|---|---|---|
| BP | Little | Ian | BP Wells Manager-GoM |
| BP | Lucas | Matt | Bly Investigator |
| BP | Lynch | Richard | Vice President of Drilling and Completions |
| BP | Martin | Brian | Bly Investigator |
| BP | Mogford | John | Safety Representative |
| BP | Morel | Brian | Drilling Engineer |
| BP | O'Bryan | Patrick | Vice President for Drilling and Completions, Gulf of Mexico-Deepwater |
| Quadril | Paine | Kate | |
| Transocean | Pleasant | Chris | Subsea Engineer |
| BP | Rainey | David | Vice President of Gom Exploration |
| BP | Rich | David | Wells Manager |
| BP | Robinson | Steve | Vice-President BP-Alaska |
| CSI | Sabins | Fred | CEO |
| BP | Sepulvado | Ronald | Well Site Leader |
| Moduspec | Sierdsma | Peter | |
| Kongsberg | Simonsen | Jay | Kongsberg Simrad Technician |
| BP | Sims | David | Drilling and Cement Operations Manager |
| BP | Sprague | John | Drilling Engineer Manager |
| BP | Suttles | Douglas | COO of BP Exploration and Production |
| BP | Tooms | Paul | |
| BP | Theirens | Harry | Vice President for Drilling and Completions |
| Wild Well Control | Unknown | Unknown | Corporate Rep. |
| BP | Vidrine | Don | Well Site Leader |
| BP | Wall | David | Process Safety |
| BP | Walz | Greg | Drilling Engineering Team Leader for Exploration and Appraisal Group |
| Transocean | Williams | Mike | Electronics Technician |
| Halliburton/Sperry Sun | Willis | Cathleenia | Mud Logger |
| Transocean | Winslow | Daun | Division Manager-Performance |
| BP | Wong | Norman | Corporate Rep. |
| Boots & Coots | Wright | John | Well Control Specialist |