UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Regarding BP's Motion for Order Relating to Preservation of Certain Physical Samples]**
(Rec. docs. 1325, 1326)

On April 28, 2011, the motion of BP America Inc., BP America Production Company, and BP Exploration & Production Inc. (collectively "BP") for an order relating to preservation of certain physical samples was granted. Rec. doc. 2178. During the hearing of the motion, the parties referred Appendix A with information on samples relevant to the motion. Rec. doc. 2279. BP has submitted Appendix A for filing in the record and referencing to the April 28, 2011 order.

IT IS ORDERED that in connection with the April 28, 2011 order granting BP's motion relating to preservation of certain physical samples (Rec. doc. 2178), the attached Appendix A is filed in the record.

New Orleans, Louisiana, this 9th day of May, 2011.

SALLY SHUSHAN
**United States Magistrate Judge**