UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico, on April 20, 2010 | § § § § | MDL No. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO:<br><br>*10-cv-2771* | § § § § § § | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## ORDER

Considering the foregoing Unopposed Motion to Enroll Additional Counsel of Record:

IT IS HEREBY ORDERED that Stephen Waguespack, Elizabeth Murrill, J. Burton LeBlanc, and Thomas Sims be allowed and are hereby enrolled as additional counsel of record for the State of Louisiana, by and through Governor Bobby Jindal, in the above captioned matter.

New Orleans, Louisiana this 9th day of May, 2011.

_____
United States District Judge