

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: OIL SPILL BY THE OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO ON APRIL 20, 2010 | * | SECTION J – JUDGE CARL J. BARBIER |
| | * | |
| | * | DIVISION 3 – MAGISTRATE JUDGE |
| JAMES R. DUGAN, II, ESQ. | * | DANIEL E. KNOWLES, III |
| | * | |
| VERSUS | * | |
| | * | |
| STEPHEN B. MURRAY, ESQ. | * | |

**************************************

### UNOPPOSED MOTION AND ORDER TO *FILE UNDER SEAL* MOTION AND ORDER TO SUPPLEMENT PLAINTIFF'S COMBINED REPLY MEMORANDUM IN SUPPORT OF SECOND MOTION TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT AND OPPOSITION TO MOTION FOR DISBURSEMENT OF REGISTRY FUNDS WITH EXHIBITS

NOW INTO COURT, through undersigned counsel, comes James R. Dugan, II, of the Dugan Law Firm in New Orleans, Louisiana, who respectfully moves this Honorable Court to issue an Order pursuant to Local Rule 5.6 allowing Dugan to **file under seal** the Motion and Order to Supplement Plaintiff's Combined Reply Memorandum in Support of Second Motion to Deposit Funds into the Registry of the Court and Opposition to Motion for Disbursement of Registry Funds With Exhibits.

___Fee _____
___Process_____
x  Dktd _____
___CtRmDep_____
___Doc. No._____

I.

This pleading, and the exhibits thereto, contain privileged and sensitive information which, if disclosed publicly, may affect adversely the business and commercial interests of the clients represented by Dugan.

II.

Further, the exhibits to the pleading contain financial information as to the clients and as to Dugan which should be kept confidential.

III.

On April 13, 2011, this Court issued an Order (Doc. 1933) allowing Stephen B. Murray, Sr., to file his pleadings in this matter under seal, and Dugan wishes to do so as well.

IV.

Therefore, Dugan moves for an Order by this Honorable Court granting permission that his Motion and Order to Supplement Plaintiff's Combined Reply Memorandum in Support of Second Motion to Deposit Funds into the Registry of the Court and Opposition to Motion for Disbursement of Registry Funds With Exhibits be **filed under seal.**

V.

Stephen B. Murray, through his attorney, George F. Riess, has no objection to this Motion.

WHEREFORE, Dugan prays for an Order allowing his Motion and Order to Supplement Plaintiff's Combined Reply Memorandum in Support of Second Motion to Deposit Funds into the Registry of the Court and Opposition to Motion for Disbursement of Registry Funds With Exhibits be **filed under seal.**

RESPECTFULLY SUBMITTED:

*[signature]*

JACQUES F. BEZOU (T.A.) (3037)
STACY R. PALOWSKY (25203)
THE BEZOU LAW FIRM
534 E. Boston Street
Covington, LA 70433
Telephone: (985) 892-2111
Facsimile: (985) 892-1413
Email: jbezou@bezou.com
Email: spalowsky@palowsky-law.com
*Attorneys for James R. Dugan, II*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Unopposed Motion and Order to **File Under Seal** Motion and Order to Supplement Plaintiff's Combined Reply Memorandum in Support of Second Motion to Deposit Funds into the Registry of the Court and Opposition to Motion for Disbursement of Registry Funds With Exhibits has been served on all counsel of record via electronic mail this 28th day of April, 2011.

*[signature]*

STACY R. PALOWSKY