```
                                            FILED
                                    U.S. DISTRICT COURT
                                EASTERN DISTRICT OF LOUISIANA

                                    2011 MAY -6  AM 11:55

                                      LORETTA G. WHYTE
                                           CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: OIL SPILL BY THE OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO ON APRIL 20, 2010 | * | SECTION J – JUDGE CARL J. BARBIER |
| | * | |
| | * | DIVISION 3 – MAGISTRATE JUDGE |
| JAMES R. DUGAN, II, ESQ. | * | DANIEL E. KNOWLES, III |
| | * | |
| VERSUS | * | |
| | * | |
| STEPHEN B. MURRAY, ESQ. | * | |

**************************************

## ORDER

CONSIDERING THE FOREGOING MOTION TO *FILE UNDER SEAL*;

IT IS HEREBY ORDERED that James R. Dugan, II, be allowed to *FILE UNDER SEAL* his Motion and Order to Supplement Plaintiff's Combined Reply Memorandum in Support of Second Motion to Deposit Funds into the Registry of the Court and Opposition to Motion for Disbursement of Registry Funds With Exhibits

New Orleans, Louisiana, this 6th day of May, 2011.

_____
~~CARL J. BARBIER~~ DANIEL E. KNOWLES, III
UNITED STATES ~~DISTRICT~~ MAGISTRATE JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

- 4 -