# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** * | |
| **of Mexico, on April 20, 2010** * | |
| * | **SECTION: "J"** |
| * | **JUDGE BARBIER** |
| **This Document Relates to:** * | |
| **No. 10-2771** * | **MAGISTRATE NO. 1** |
| * | **MAGISTRATE SHUSHAN** |
| * * * * * * * * * * * * | |

## SUBMISSION OF DEFENDANTS ANADARKO PETROLEUM CORPORATION, ANADARKO E&P COMPANY LP, MOEX OFFSHORE 2007 LLC AND MOEX USA CORPORATION IN RESPONSE TO THE REQUIREMENT IN PTO 32 FOR THE FILING OF PRELIMINARY WITNESS AND EXHIBIT LISTS

Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP, MOEX Offshore 2007 LLC, and MOEX USA Corporation (collectively, the "Non-Operating Defendants"), through undersigned counsel, respectfully file this submission in response to Pretrial Order No. 32 (March 3, 2011).

The Non-Operating Defendants' first preliminary witness list is attached hereto as Exhibit 1.  Per the Court's Order, this list is non-binding, is submitted while fact discovery still is underway and before any party has identified or taken discovery of any experts, and is submitted without prejudice to the Non-Operating Defendants' right to amend, supplement or modify this attached list as they deem appropriate in light of further discovery and developments in these consolidated matters.  The Non-Operating Defendants reserve the right to call any witness listed or called by another party.

The Non-Operating Defendants filed their first non-binding preliminary exhibit list on May 2, 2011 and respectfully notify the Court of their intention, as discussed and authorized at

the discovery conference on May 6, 2011, to include on their ensuing exhibit lists all documents marked as deposition exhibits.

Dated: May 9, 2011                              Respectfully submitted,

                                                BINGHAM McCUTCHEN LLP


                                                /s/ *Ky E. Kirby*_____
                                                Ky E. Kirby
                                                ky.kirby@bingham.com
                                                Warren Anthony Fitch
                                                tony.fitch@bingham.com
                                                2020 K Street, NW
                                                Washington, DC 20006-1806
                                                Telephone (202) 373-6000
                                                Facsimile (202) 373-6001

                                                James J. Dragna
                                                jim.dragna@bingham.com
                                                Bingham McCutchen LLP
                                                355 South Grand Avenue
                                                Suite 4400
                                                Los Angeles, California 90071-3106
                                                Telephone (213) 680-6436
                                                Facsimile (213) 680-8636

                                                KUCHLER POLK SCHELL
                                                WEINER & RICHESON, LLC

                                                Deborah D. Kuchler, T.A. (La. Bar No. 17013)
                                                dkuchler@kuchlerpolk.com
                                                Janika Polk (La. Bar No. 27608)
                                                jpolk@kuchlerpolk.com
                                                Robert Guidry (La. Bar No. 28064)
                                                rguidry@kuchlerpolk.com
                                                1615 Poydras Street, Suite 1300
                                                New Orleans, LA  70112
                                                Tel:  (504) 592-0691
                                                Fax:  (504) 592-0696

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing submission has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 9th day of May, 2011.

/s/ *Ky E. Kirby*
Ky E. Kirby