# EXHIBIT 1

Anadarko and MOEX Offshore
First Preliminary Witness List - May 9, 2011

**Anadarko and MOEX Offshore First Preliminary Witness List - May 9, 2011**

| LAST NAME | FIRST NAME | MIDDLE NAME | COMPANY |
|---|---|---|---|
| Abbassion | Feredian | | BP |
| Albers | Shane | | BP |
| Ambrose | Bill | | Transocean |
| Anderson | Paul | | BP |
| Anderson | Rex | | BP |
| Baker Risk | | | Baker Risk |
| Baxter | John | | BP |
| Bellow | Jonathan | | BP |
| Bertone | Stephen | | Transocean |
| Bierne | Michael | | BP |
| Billion | Brad | | M-I Swaco |
| Bly | Mark | | BP |
| Bodek | Robert | | BP |
| Boughton | Geoff | | Transocean |
| Breazeale | Martin | | BP |
| Breland | Craig | | Transocean |
| Brown | David | | CSI Technologies |
| Brown | Douglas | | Transocean |
| Bryan | Jim | | Anadarko |
| Burgess | Micah | | Transocean |
| Byrd | Jerry | | Anadarko |
| Byrd | Mike | | BP |
| Cameron | David | | Transocean |
| Cameron | | | Cameron |
| Campbell | Pat | | Wild Well Control |
| Canducci | Jerry | | Transocean |
| Castell | William | | BP |
| Chaisson | Nathaniel | | Halliburton |
| Chandler | Paul | | Anadarko |
| Clawson | Bryan | | Weatherford |
| Cobalt International Energy, Inc. | | | Cobalt International Energy, Inc. |
| Cocales | Brett | | BP |
| Corser | Kent | | BP |
| Cowie | Jim | | BP |
| Cowlam | Gill | | BP |
| Cramond | Neil | | BP |
| Credeur | Charles | | Dril-Quip |
| CSI Technologies | | | CSI Technologies |
| Cunningham | Erick | | BP |
| DeFranco | Samuel | | BP |
| Det Norske Veritas (DNV) | | | Det Norske Veritas (DNV) |
| Dril-Quip | | | Dril-Quip |
| Dupree | James | | BP |
| Durkan | Alaric | | Kongsberg Maritime Inc. |
| Emilson | H. | | |
| Erwin | Carter | | Cameron |
| Ezell | Miles | | Transocean |
| Ezell | Randy | | Transocean |
| Faul | Ron | | Halliburton |

**Anadarko and MOEX Offshore First Preliminary Witness List - May 9, 2011**

| LAST NAME | FIRST NAME | MIDDLE NAME | COMPANY |
|---|---|---|---|
| Fleytas | Andrea | | Transocean |
| Flynn | Steve | | BP |
| Fontenot | Kevin | | BP |
| Forsyth | John | David | American Bureau of Shipping (ABS) |
| Foster | Steve | | Anadarko |
| Fry | Mike | | Transocean |
| Gagliano | Jesse | | Halliburton |
| Gisclair | John | | Halliburton / Sperry Sun |
| Gray | Kelly | | Halliburton |
| Grounds | Cheryl | | BP |
| Guide | John | | BP |
| Guidry | Eric | | Randy Smith Training Solutions |
| Guillot | Walter | | BP |
| Hackney | David | | Transocean |
| Hafle | Mark | | BP |
| Haire | Christopher | | Halliburton |
| Halliburton | | | Halliburton |
| Halliburton, Sperry Drilling | | | Halliburton, Sperry Drilling |
| Harrell | Jimmy | W. | Transocean |
| Hay | Mark | | Transocean |
| Haynie | William | | BP |
| Hayward | Tony | | BP |
| Hollek | Darrell | | Anadarko |
| Holloway | Caleb | | Transocean |
| Huch | Nick | | Anadarko |
| Inglis | Andy | | BP |
| Ishii | Naoki | | MOEX |
| Johnson | Bill | | Transocean |
| Johnson | Dennis | | BP |
| Johnson | Lance | | Weatherford |
| Johnson | Paul | | Transocean |
| Kaluza | Robert | | BP |
| Keeton | Jonathan | | Transocean |
| Keith | Joseph (Joe) | | Halliburton / Sperry Sun |
| Kelley | Merrick | | BP |
| Kellingray | Daryl | | BP |
| Kennelly | Kevin | | BP |
| Kent | James | | Transocean |
| Keplinger | Yancy | | Transocean |
| Kristner | J. | | OCS |
| Kritzer | Joshua | | OCS |
| Kuchta | Curt | | Transocean |
| Lacey | Kevin | | BP |
| Lambert | Lee | | BP |
| Lambert | Heath | | OCS |
| LeBleu | John | | BP |
| Lee | Phillip | E. | BP |
| LeNormand | William | | Cameron |
| Lindner | Leo | | M-I Swaco |

**Anadarko and MOEX Offshore First Preliminary Witness List - May 9, 2011**

| LAST NAME | FIRST NAME | MIDDLE NAME | COMPANY |
|---|---|---|---|
| Linenberger | Ralph | | BP |
| Lirette | Brent | | Weatherford |
| Little | Ian | | BP |
| Liu | Xuemei | | BP |
| Long | Robert | L. | Transocean |
| Lucas | Matthew (Matt) | | BP |
| Lynch | Richard | | BP |
| Mansfield | James | Brent | Transocean |
| Martin | Brian | | BP |
| Martinez | Victor | | ModuSpec |
| Mazzella | Mark | | BP |
| McKay | David | | Det Norske Veritas (DNV) |
| McKay | Jim | | BP |
| McKechnie | Robert (Bob) | | Transocean |
| McMahan | Larry | | Transocean |
| McWhorter | David | | Cameron |
| McWhorter | Jim | | Transocean |
| Meche | Greg | | M-I Swaco |
| Meinhart | Paul | | Transocean |
| Milsap | Kris | | ModuSpec |
| Mogford | John | | BP |
| Moore | Jimmy | | Transocean |
| Morales | Heber | | Transocean |
| Morel | Brian | | BP |
| Morgan | Patrick | | Transocean |
| Murray | Chad | | Transocean |
| O'Bryan | Pat | | BP |
| Oceaneering International, Inc. | | | Oceaneering International, Inc. |
| Odenwald | Ray | | Transocean |
| O'Donnell | Alan | | Anadarko |
| Oldfather | Daniel | | Weatherford |
| Paine | Kathryn (Kate) | | QuaDril Energy |
| Patton | Frank | | US - Minerals Management Service |
| Pleasant | Christopher (Chris) | | Transocean |
| Price | Vincent | | BP |
| Probert | Tim | | Halliburton |
| Quirk | Timothy (Tim) | | Halliburton |
| Quitzau | Robert | | Anadarko |
| Rainey | David | | BP |
| Randy Smith Training Solutions, Inc. | | | Randy Smith Training Solutions, Inc. |
| Redd | Edward (Eddy) | | Transocean |
| Rich | David (Dave) | | BP |
| Robinson | Steve | | BP Exploration Alaska Incorporated |
| Rose | Adrian | | Transocean |
| Roth | Tommy | | Halliburton |
| Roy | Arinijit | | American Bureau of Shipping (ABS) |

**Anadarko and MOEX Offshore First Preliminary Witness List - May 9, 2011**

| LAST NAME | FIRST NAME | MIDDLE NAME | COMPANY |
|---|---|---|---|
| Sabins | Fred | | CSI Technologies |
| Sandell | Micah | | Transocean |
| Schneider | Alan | | ModuSpec |
| Sepulvado | Ronald (Ronnie) | | BP |
| Sepulvado | Murray | | BP |
| Seriale | Allen | | Transocean |
| Serio | Michael | | Halliburton |
| Sierdsma | Peter | | ModuSpec |
| Simonsen | Jan | | Kongsberg Maritime Inc. |
| Sims | David | | BP |
| Skelton | Cindy | | BP |
| Skidmore | Ross | | BP / Swift |
| Smith | Daryl | | Nexen Petroleum USA, Inc. |
| Smith | John | R. | M-I Swaco |
| Sneddon | | | Transocean |
| Sprague | John | | BP |
| Stoner | William | | Transocean |
| Stress Engineering | | | Stress Engineering |
| Stringfellow | William (Billy) | | Transocean |
| Sustala | Dennis | | BP |
| Suttles | Doug | | BP |
| Tabler | Vincent | | Halliburton |
| Thierens | Harry | | BP |
| Tink | Steve | | BP |
| Tooms | Paul | | BP |
| Vargo | Richard | | Halliburton |
| Vector Magnetics | | | Vector Magnetics |
| Vidrine | Donald | | BP |
| Vinson | Graham | | BP |
| Wall | David | | BP |
| Walz | Greg | | BP |
| Wardlaw | Chuck | | BP |
| Wardlaw | Kirk | | BP |
| Wells | Kent | | BP |
| Wetherbee | James | | BP |
| Wheeler | Wyman | | Transocean |
| Whitby | Melvyn | | Cameron |
| Wild Well Control, Inc. | | | Wild Well Control, Inc. |
| Williams | Michael (Mike) | | Transocean |
| Willis | Cathleena | | Halliburton / Sperry Sun |
| Wilson | Nick | | BP |
| Winslow | Daun | | Transocean |
| Winters | Warren | | BP |
| Wong | Norman | | BP |
| Wright | David | | Transocean |
| Wright | John | | Boots & Coots |
| Young | David | | Transocean |