IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § | MDL No. 2179 |
| | § | SECTION:     J |
| THIS DOCUMENT RELATES TO: | § § | |
| *All cases in Pleading Bundle Section III.B(3) (the "B3 Bundle")* | § § § | JUDGE BARBIER |
| 2:11-cv-00951-CJB-SS | § | MAGISTRATE JUDGE SHUSHAN |

**PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT AND JOINDER OF CERTAIN PERSONAL INJURY CLAIMANTS INTO PLEADING BUNDLE "B3"**

COME NOW, DARNELL ALEXANDER *et al.*, Plaintiffs, filing this, their Motion for Leave to Amend Complaint and Joinder into Pleading Bundle B3, and in support of which would respectfully show unto the Court as follows:

On April 20, 2011, Plaintiffs in the above-entitled and numbered cause filed their Original Complaint and Joinder into Pleading Bundle B3, which pleading contained a list of all Plaintiffs by name wishing to join the pleading. Eight more exposure victims now wish to join this pleading. All facts and allegations contained in Plaintiffs' Original Complaint and Joinder in to Pleading Bundle B3, ECF Doc. #1, are fully incorporated as if set forth herein. Additionally, Plaintiffs would amend their Complaint to include **Exhibit B**, Additional Plaintiffs, attached hereto, who are identified by name, redacted Social Security or GCCF Claim number and home state. Through these filings, Plaintiffs in Exhibit B do not waive their right to return to their respective home states for trial on the merits upon completion of this MDL's pretrial proceedings.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs request leave of this Court to amend its pleadings to include the attached Exhibit B, and to join these Plaintiffs into this lawsuit.

Respectfully submitted,

BRENT COON & ASSOCIATES

*/s/ Brent W. Coon*
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
215 Orleans
Beaumont, Texas  77701
Tel.:   (409) 835-2666
Fax:   (409) 835-1912

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been electronically filed through the Court's CM/ECF system and/or LexisNexis File & Serve, in accordance with Pretrial Order No. 12, which will send a notice of electronic filing to all counsel of record on this 2nd day of May, 2011.

*/s/ Brent W. Coon*
Brent W. Coon