## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig<br>           "Deepwater Horizon" in the<br>           Gulf of Mexico, on April 20, 2010<br><br>**THIS PLEADING APPLIES TO ALL CASES** | *<br>*<br>*<br>*<br>*<br>*<br>* | MDL No. 2179<br><br>SECTION "J"<br><br>JUDGE:  BARBIER<br><br>MAGISTRATE:  SHUSHAN |

\*     \*     \*     \*     \*     \*     \*

### SUBMISSION OF DEFENDANTS, WEATHERFORD U.S., L.P. AND WEATHERFORD INTERNATIONAL, INC. IN RESPONSE TO THE REQUIREMENT IN PTO 32 FOR THE FILING OF PRELIMINARY WITNESS AND EXHIBIT LISTS

Defendants, Weatherford U.S., L.P. and Weatherford International, Inc. (collectively "Weatherford"), through undersigned counsel respectfully file this submission in response to Pretrial Order No. 32 (March 3, 2011) ("PTO 32").

With respect to exhibit lists, Magistrate Judge Shushan has authorized the parties to adopt as their first preliminary exhibit list the exhibits introduced and marked at the depositions in this matter to date.  Accordingly, Weatherford adopts as its first preliminary exhibit list the exhibits introduced and marked in the depositions completed in this action through April 29, 2011.  A list of those exhibits is attached hereto as Exhibit 1.

Factual depositions pertinent to expert witness reports and testimony in this matter are scheduled to continue at least through July 31, 2011, and discovery is likely to continue well beyond that date. Accordingly, Weatherford reserves its right to supplement and/or modify its first preliminary exhibit list with additional exhibits adduced in depositions conducted after April 29, 2011 and with such other relevant documents as may be obtained through discovery and related investigation.

With respect to its witness list, Weatherford submits the names listed on Exhibit - 2 as its preliminary list of witnesses who may or will be called to testify at trial. Weatherford reserves its right to supplement and/or modify its first preliminary witness list.

This 9th day of May, 2011.

Respectfully submitted:

*/s/ Glenn G. Goodier*
GLENN G. GOODIER (#06130)
RICHARD D. BERTRAM (#17881)
LANCE M. SANNINO (#29409)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
201 St. Charles Avenue. 48th Floor
New Orleans, Louisiana  70170-5100
Telephone:    (504) 582-8174
Facsimile:    (504) 589-8174

MICHAEL G. LEMOINE, T.A. (#8308)
GARY J. RUSSO (#10828)
DOUGLAS C. LONGMAN, JR. (#8719)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
600 Jefferson Street, Suite 1600
Lafayette, , Louisiana  70501-5100
Telephone:    (337) 262-9024
*Counsel for Weatherford U.S., L.P. and Weatherford International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2011, the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, on November 1, 2010.

/s/ *Glenn G. Goodier*