UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | | SECTION "J" |
| **THIS PLEADING APPLIES TO ALL CASES** | * * * | JUDGE:  BARBIER |
| | | MAGISTRATE:  SHUSHAN |

\* \* \* \* \* \* \*

EXHIBIT 2

<u>WEATHERFORD U.S., L.P. AND WEATHERFORD INTERNATIONAL, INC.'S PRELIMINARY WITNESS LIST</u>

1)  Vernon Goodwin – Allamon Toll Company

2)  Wayne Scroggins – Allamon Tool Company

3)  John Wright – Boots & Coots

4)  Danny Clayton – Boots & Coots

5)  Shane Albers – BP

6)  Martin Albertin – BP

7)  Rex Anderson – BP

8)  Martin Breaqzeale – BP

9)  Thomas Couch – BP

10) Fereidain Abbassion – BP

{N2285314.1}

1

11) Jonathan Bellow – BP

12) Michael Bierne – BP

13) Mark Bly – BP

14) Robert Bodek – BP

15) Brett Cocales – BP

16) Kent Corser – BP

17) Jim Cowie – BP

18) Allison Crane – BP

19) Erick Cunningham – BP E&P

20) James Dupree – BP

21) John Alexander Guide – BP

22) Cheryl Grounds – BP

23) Walter Guillot – BP

24) Mark Hafle – BP

25) William Haynie – BP

26) Robert Kaluza – BP

27) Merrick Kelley – BP

28) Daryl Kellingray – BP

29) Kevin Lacey – BP

30) Lee Lambert – BP

31) John LeBleu – BP

32) Earl Lee – BP

33) Phillip Lee – BP

34) Xuemei Liu – BP

35) Ian Little – BP

{N2285314.1}
2

36) Matt Lucas – BP

37) Richard Lynch – BP

38) John McCarrol – BP

39) Jim McKay – BP

40) Brian Martin – BP

41) Mark Mazella – BP

42) John Mogford – BP

43) Brian Morel – BP

44) Patrick O'Bryan – BP

45) Vincent Price – BP

46) David Rainey – BP

47) David Rich – BP

48) Steve Robinson – BP

49) Murry Sepulvado – BP

50) Ronald Sepulvado – BP

51) David Sims – BP

52) Cindy Skelton – BP

53) Ross Skidmore – BP E&P

54) Jonathan Sprague – BP

55) Doug Suttles – BP

56) Henry "Harry" Thierens – BP

57) Paul Tooms – BP

58) Donald Vidrine – BP

59) David Wall – BP

60) Gregory Walz – BP

61) James Wetherbee – BP

62) Kent Wells – BP

63) Warren Winters – BP

64) David Brown – CSI

65) Fred Sabins – CSI Laboratories

66) Charles Credeur – Dril-Quip, Inc.

67) Gary Anderson – Halliburton

68) Paul Anderson – Halliburton

69) Jack Abate – Halliburton

70) Charles Adams – Halliburton

71) Yarigsa Aviles – Halliburton

72) Nathaniel Chaisson – Halliburton

73) Anthony Cupit – Halliburton

74) Ron Faul – Halliburton

75) Jesse Gagliano – Halliburton

76) John Gisclair – Halliburton

77) Christopher Haire – Halliburton

78) Tim Probert – Halliburton

79) Tim Quirk – Halliburton

80) Dr. Kris Ravi – Halliburton

81) Tommy Roth – Halliburton

82) Vincent Tabler – Halliburton

83) Richard Vargo – Halliburton

84) Cathleenia Willis – Halliburton

85) Joseph Keith – Halliburton

86) Kelly Gray – Halliburton / Sperry

87) Monica D. Allen – Halliburton / Sperry

88) Matthew Aymond, Sr. – Halliburton / Sperry

89) David Bailey – Halliburton / Sperry

90) Benedict Bankole – Halliburton / Sperry

91) Neal Adams – Independent Consultant

92) Darryl Bourgoyne – Louisiana State University

93) John Smith – Louisiana State University

94) Mayank Tyagi – Louisiana State University

95) Brad Billion – M-I Swaco

96) Leo Lindner – M-I Swaco

97) JR Smith – M-I Swaco

98) Linda Nolan - Nexen Petroleum USA Inc.

99) Pat Rincon - Nexen Petroleum USA Inc.

100) Kate Paine – Quadril Energy

101) Gary Jude Adams – Schlumberger Technology Corp.

102) Bruce Weber – Schlumberger Technology Corp.

103) Andreas Katsounas - Stress Engineering Services, Inc.

104) Randy Long - Stress Engineering Services, Inc.

105) Ken Young – Stress Engineering, Inc.

106) Mike Cargol – Subsea

107) Kevin Lacy – Talisman Energy

108) Joseph Anderson – Transocean

109) Bill Ambrose – Transocean

110) Stephen Ray Bertone – Transocean

111) Craig Breland – Transocean

112) Douglas Harold Brown – Transocean

113) Micah Brandon Burgess – Transocean

114) Doug Crawford – Transocean

115) Truitt Crawford – Transocean

116) Miles Randall Ezell – Transocean

117) Mark David Hay – Transocean

118) Caleb Holloway – Transocean

119) James Ingram – Transocean

120) Bill Johnson – Transocean

121) Dustin Johnson – Transocean

122) Paul Meinhart – Transocean

123) Patrick Morgan – Transocean

124) Christopher Pleasant – Transocean

125) Micah Sandell – Transocean

126) Allen Seriale – Transocean

127) Carl Taylor – Transocean

128) Nick Watson – Transocean

129) Wyman Wheeler – Transocean

130) Michael Williams – Transocean

131) Jimmy Wayne Harrell – Transocean

132) Paul Johnson – Transocean

133) Adrian P. Rose – Transocean

134) William Stringfellow – Transocean

135) Buddy Trahan – Transocean

136) Duan Winslow – Transocean

137) David Young – Transocean

138) Lance John – Weatherford

139) Brent Lirette – Weatherford

140) Michael LoGuidice – Weatherford

141) Bryan R. Clawson – Weatherford

142) Daniel Oldfather – Weatherford