IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "*DEEPWATER HORIZON*" in the GULF OF MEXICO, on April 20, 2010 | MDL NO. 2179 SECTION: J JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO 10-2771 | |

**DRIL-QUIP, INC.'S SUBMISSION OF ITS
PRELIMINARY FACT WITNESS LIST FOR PHASE ONE
OF THE FEBRUARY 2012 LIMITATION AND LIABILITY TRIAL**

Defendant, Dril-Quip, Inc., ("Dril-Quip") through the undersigned counsel, respectfully submits the following Preliminary Fact Witness List for Phase One of the February 2012 Limitation and Liability Trial. Dril-Quip identifies the following as a potential witness:

1. Gary Hurta;

2. Charles Credeur;

3. Any fact witness deposed in this matter;

4. Any witness identified as a witness by any other party in these proceedings; and

5. Any witness identified in Dril-Quip's discovery responses.

Dril-Quip reserves the right to reasonably supplement and amend this Preliminary Witness List, as may be appropriate.

Dril-Quip reserves the right to call rebuttal witnesses.

This 9th day of May, 2011.

Respectfully submitted,

**WARE, JACKSON, LEE & CHAMBERS, LLP**

BY: /s/ C. Dennis Barrow, Jr.
    Don Jackson
    Texas Bar No. 10476000
    Fed ID No. 6915
    C. Dennis Barrow, Jr.
    Texas Bar No. 00796169
    Fed ID No. 20624
    America Tower
    2929 Allen Parkway, 42nd Floor
    Houston, TX 77019
    Phone :  (713) 659-6400
    Fax     :  (713) 659-6262

*Attorneys for Defendant, Dril-Quip, Inc.*

### CERTIFICATE OF SERVICE

I certify that the above and foregoing document will be served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of May, 2011.

/s/ C. Dennis Barrow, Jr.
C. Dennis Barrow, Jr.