UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : | MDL NO. 2179  SECTION:  J  JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:**  No. 10-2771 | : : : | MAG. JUDGE SHUSHAN |

. .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .

### CAMERON INTERNATIONAL CORPORATION 'S PRELIMINARY WITNESS LIST, LIST OF WITNESSES TO BE DEPOSED PRIOR TO THE FEBRUARY 27, 2012 TRIAL, AND PRELIMINARY EXHIBIT LIST

**1.   PRELIMINARY LIST OF WITNESSES**

In addition to witnesses identified by other parties, Defendant Cameron International Corporation ("Cameron") respectfully submits the following preliminary list of witnesses who may be called to testify at the trial of this matter set for February 27, 2012.

1. Carter Erwin - Cameron employee
2. William LeNormand - Cameron employee
3. Melvin Whitby - Cameron employee
4. David McWhorter - Cameron employee

**2.   LIST OF DEPONENTS**

Cameron respectfully submits the following list of witnesses whom it would like to depose prior to the February 27, 2012 trial.

1. Jeremy Clements - Transocean employee
2. Al Cotton - R&B Falcon employee
3. Steve Crichton - Transocean employee

1055595v.1

4. Fred Foreman - InSpec, Inc. employee

5. Todd Gray - Transocean employee

6. John Kennedy - R&B Falcon employee

7. Ralph Linenberger - BP consultant

8. Scott McGrath - Transocean employee

9. Brad Rodger - Transocean employee

10. Peter Silverman - R&B Falcon employee

11. Linda Wetherell - R&B Falcon employee

12. Kevin Wink - R&B Falcon employee

13. Mike Fry - Transocean employee

14. Geoff Boughton - Transocean employee

15. Mark Childers - BP consultant

16. Tony Emerson - BP employee

17. Tim Allen - BP employee

18. Ray Fleming - BP employee

19. Mike Byrd - BP employee

20. Gary D. Kenney, Ph.D. - Sine Rivali, LLC principal, DNV consultant

21. Neil G. Thompson, Ph.D. - DNV employee

1055595v.1

3.      **PRELIMINARY EXHIBIT LIST**

Cameron respectfully submits its preliminary exhibit list as those exhibits introduced and marked in the depositions completed in this action through May 9, 2011.

Cameron hereby reserves its right to amend the above lists, as discovery in this matter is ongoing and the issues to be tried at the February 27, 2012 trial have not been resolved.

Respectfully submitted,

| | |
|---|---|
| David J. Beck, T.A.<br>    dbeck@brsfirm.com<br>Joe W. Redden, Jr.<br>    jredden@brsfirm.com<br>David W. Jones<br>    djones@brsfirm.com<br>Geoffrey Gannaway<br>    ggannaway@brsfirm.com<br><br>BECK, REDDEN & SECREST, L.L.P.<br>One Houston Center<br>1221 Mckinney, Suite 4500<br>Houston, TX  77010-2010<br>713-951-3700<br>713-951-3720 (fax) | */s/ Phillip A. Wittmann*<br>Phillip A. Wittmann, 13625<br>    pwittman@stonepigman.com<br>Carmelite S. Bertaut, 3054<br>    cbertaut@stonepigman.com<br>Keith B. Hall, 24444<br>    khall@stonepigman.com<br>Jared Davidson, 32419<br>    jdavidson@stonepigman.com<br><br>STONE PIGMAN WALTHER WITTMANN L.L.C.<br>546 Carondelet Street<br>New Orleans, Louisiana  70130<br>504-581-3200<br>504-581-3361 (fax)<br><br>**ATTORNEYS FOR CAMERON INTERNATIONAL CORPORATION** |

1055595v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Preliminary Witness List of Defendant Cameron International Corporation has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of May, 2011.

*/s/ Phillip A. Wittmann*

1055595v.1