UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION: J |
| This pleading applies to:<br><br>**All Cases** | § § § § § | **Judge Carl J. Barbier**<br>**Magistrate Judge Sally Shushan** |
| This pleading applies to:<br><br>*No. 2:10-CV-2771* | § § § § | |

## DEFENDANT M-I L.L.C.'S PRELIMINARY EXHIBIT AND WITNESS LISTS

Defendant M-I L.L.C. ("M-I") respectfully makes this submission of its Preliminary Exhibit and Witness Lists in connection with this Court's Pretrial Order No. 32 as follows:

In compliance with this Court's requirement to file a preliminary exhibit list, M-I designates all exhibits introduced and marked in the depositions completed in this action through May 9, 2011 as listed and maintained by the court reporting firm of Gaudet Kaiser, L.L.C., as well as all exhibits identified by all other parties to this proceeding. Given the continuing nature of discovery in this matter, M-I reserves its right to supplement this preliminary exhibit list.

Similarly, in connection with this Court's requirement to file a preliminary witness list, M-I designates as potential witnesses all persons who have testified in their individual capacity and/or in the corporate representative capacity in all depositions in this proceeding through May 9, 2011, as well as all witnesses identified by all other parties to this proceeding. M-I further designates those persons identified in Defendant M-I L.L.C.'s Objections and Responses to

Plaintiffs' Omnibus Discovery Requests as potential witnesses and reserves its right to call rebuttal witnesses not designated herein.  Given the continuing nature of discovery in this matter, M-I reserves its right to supplement its preliminary witness list.

May 9, 2011

Respectfully submitted,

| | |
|---|---|
| **OF COUNSEL:**<br>MORGAN, LEWIS & BOCKIUS LLP | MORGAN, LEWIS & BOCKIUS LLP |
| Derek E. Leon<br>dleon@morganlewis.com<br>Texas Bar No. 24002463<br>5300 Wachovia Financial Center<br>200 South Biscayne Boulevard<br>Miami, Florida  33131<br>Telephone:    (305) 415-3000<br>Facsimile:    (305) 415-3001 | By: /s/ *Hugh E. Tanner*<br>        Hugh E. Tanner<br>        htanner@morganlewis.com<br>        Texas Bar No. 19637400<br>        1000 Louisiana, Suite 4000<br>        Houston, Texas  77002<br>        Telephone:    (713) 890-5000<br>        Facsimile:    (713) 890-5001 |
| Denise Scofield<br>dscofield@morganlewis.com<br>Texas Bar No. 00784934<br>1000 Louisiana, Suite 4000<br>Houston, Texas  77002<br>Telephone:    (713) 890-5000<br>Facsimile:    (713) 890-5001 | **ATTORNEYS FOR DEFENDANT<br>M-I L.L.C.** |
| **ATTORNEYS FOR DEFENDANT<br>M-I L.L.C.** | |

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing ***Defendant M-I L.L.C.'S Preliminary Exhibit and Witness Lists*** have been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of May, 2011.

    */s/ Hugh E. Tanner*
    Hugh E. Tanner

DB1/67263621.1