IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "*DEEPWATER HORIZON*" in the GULF OF MEXICO, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO 10-2771 | |

**SUBMISSION OF DEFENDANT DRIL-QUIP, INC.
IN RESPONSE TO THE REQUIREMENTS OF PTO 32
FOR THE FILING OF PRELIMINARY EXHIBIT LISTS**

Defendant, Dril-Quip, Inc., ("Dril-Quip") through the undersigned counsel, respectfully files this submission in response to Pretrial Order No. 32 (March 3, 2011) ("PTO 32").

Dril-Quip respectfully informs the Court that it adopts as its first preliminary exhibit list the following:

1. All exhibits introduced or marked in the depositions completed in these proceedings through May 9, 2011;

2. Any exhibit identified by any other party in these proceedings; and

3. Any exhibits introduced or marked in depositions occurring after May 9, 2001.

Dril-Quip respectfully reserves the right to introduce rebuttal evidence, supplement its first preliminary exhibit list with additional exhibits adduced in depositions conducted after May 9, 2011 and with such other relevant documents as may be obtained through discovery and related investigation, and to amend its first preliminary exhibit list to delete any exhibits.

Dated; May 9, 2011

Respectfully submitted,

**WARE, JACKSON, LEE & CHAMBERS, LLP**

BY: /s/ C. Dennis Barrow, Jr.
    Don Jackson
    Texas Bar No. 10476000
    Fed ID No. 6915
    C. Dennis Barrow, Jr.
    Texas Bar No. 00796169
    Fed ID No. 20624
    America Tower
    2929 Allen Parkway, 42nd Floor
    Houston, TX 77019
    Phone : (713) 659-6400
    Fax    : (713) 659-6262

*Attorneys for Defendant, Dril-Quip, Inc.*

## CERTIFICATE OF SERVICE

I certify that the above and foregoing document will be served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of May, 2011.

    /s/ C. Dennis Barrow, Jr.
    C. Dennis Barrow, Jr.