UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2179  Section J |
| This pleading applies to:  All Cases | | |
| This pleading applies to:  No. 2:10-CV-2771 | | Judge Carl J. Barbier Magistrate Judge Sally Shushan |

UNITED STATES' PRELIMINARY EXHIBIT LIST

The United States respectfully makes this submission of its Preliminary Exhibit list, in accordance with the Court's Pretrial Order No. 32.

The United States hereby designates all exhibits that have been introduced and marked in the depositions completed in this action through May 9, 2011, as listed and maintained by the court reporting firm of Gaudet Kaiser, L.L.C., as well as all exhibits identified by all other parties to this proceeding.  Given the continuing nature of discovery in this matter, the United States hereby reserves the right to supplement this Preliminary Exhibit List as additional exhibits become known.

Respectfully submitted,

| | |
|---|---|
| IGNACIA S. MORENO<br>Assistant Attorney General<br>Environment & Natural Resources<br>   Division | TONY WEST<br>Assistant Attorney General<br>Civil Division |
| JAMES NICOLL<br>Senior Counsel<br>NANCY FLICKINGER<br>Senior Attorney<br>SARAH HIMMELHOCH<br>Senior Attorney<br>DEANNA CHANG<br>Trial Attorney<br>SCOTT CERNICH<br>Trial Attorney<br>A. NATHANIEL CHAKERES<br>Trial Attorney<br>JUDY HARVEY<br>Trial Attorney<br>MATT LEOPOLD<br>Trial Attorney | PETER F. FROST<br>Director, Torts Branch, Civil Division<br>   Admiralty and Aviation<br>STEPHEN G. FLYNN<br>Assistant Director<br>MICHELLE DELEMARRE<br>Trial Attorney<br>SHARON SHUTLER<br>      Trial Attorney<br>JESSICA SULLIVAN<br>      Trial Attorney<br>JESSICA MCCLELLAN<br>      Trial Attorney<br>DAVID PFEFFER<br>      Trial Attorney<br>MALINDA LAWRENCE<br>Trial Attorney |
| | Torts Branch, Civil Division<br>P.O. Box 14271<br>Washington, D.C. 20044-4271<br>Telephone: 202-616-4000<br>Facsimile: 202-616-4002 |
| /s/ Steven O'Rourke<br>STEVEN O'ROURKE<br>Senior Attorney<br>Environmental Enforcement Section<br>U.S. Department of Justice<br>P.O. Box 7611<br>Washington, D.C. 20044<br>Telephone: 202-514-2779<br>Facsimile: 202-514-2583<br>E-mail: steve.o'rourke@usdoj.gov | /s/ R. Michael Underhill<br>R. MICHAEL UNDERHILL, T.A.<br>Attorney in Charge, West Coast Office<br>Torts Branch, Civil Division<br>U.S. Department of Justice<br>7-5395 Federal Bldg., Box 36028<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3463<br>Telephone: 415-436-6648<br>Facsimile: 415-436-6632<br>E-mail: mike.underhill@usdoj.gov |

JIM LETTEN
United States Attorney

SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Ste. B-210
New Orleans, LA 70130
Attorneys for the UNITED STATES OF AMERICA

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th Day of May, 2011.

                                              /s/ Michelle T. Delemarre
                                              MICHELLE T. DELEMARRE