UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2179<br><br>Section J<br><br><br><br><br>Judge Carl J. Barbier<br>Magistrate Judge Sally Shushan |
| This pleading applies to:<br><br>All Cases | | |
| This pleading applies to:<br><br>No. 2:10-CV-2771 | | |

UNITED STATES' PRELIMINARY WITNESS LIST

The United States respectfully makes this submission of its Preliminary Witness List in accordance with the Court's Pretrial Order No. 32.  The following witnesses are hereby designated:

| *Name* | *Affiliation* | *Title/Position* |
|---|---|---|
| **Abbassion, Feredian** | BP | VP, Drilling and Completions Technology |
| **Albertin, Martin** | BP | Geophysicist, Geophysical Advisor |
| **Alberty, Mark** | BP | Senior Advisor Pore Pressure/Rock Mechanics |
| **Anderson, Paul** | Halliburton | Foam Team Leader |
| **Baxter, John** | BP | Group Engineering Director, Safety and Operations |
| **Beirne, Michael** | BP | BP Offshore Land negotiator |

1

| Name | Company | Role |
|---|---|---|
| **Bell, Anthony** | Halliburton / Sperry Sun | Field Professional - LWD |
| **Bellow, Jonathan** | BP | Alternate Geological Operations Coordinator |
| **Bennett, Gordon** | BP | QO, Inc. BP Contractor/ Well Site Geologist |
| **Bertone, Stephen** | Transocean | Chief Engineer |
| **Bhalla, Kenneth** | Stress Engineering | Rule 30(b)(6) Witness |
| **Bly, Mark** | BP | Executive Vice President - Safety and Operational Risk -BP Accident Investigator |
| **Bodek, Robert** | BP | BP Operations Geologist and contact w/ co-lessees |
| **Brown, David** | | CSI Laboratories, Inc. |
| **Brown, Douglas** | Transocean | Chief Mechanic |
| **Bryan, Jim** | Anadarko | |
| **Burgess, Micah** | Transocean | Driller |
| **Brandon Byrd, Jeremy** | Anadarko | Anadarko finances |
| **Canducci, Jerry** | Transocean | Health, Safety & Envt Manager/ audits, maintenance |
| **Chaisson, Nathaniel** | Halliburton | Lead Cementer |
| **Chandler, Paul** | Anadarko | Anadarko Project Geological Advisor |
| **Clawson, Bryan** | Weatherford | Cementation Sales - Rule 30(b)(6) Witness |
| **Cocales, Brett** | BP | Drilling Engineer/ D&C Ops |

| Name | Company | Role |
|---|---|---|
| **Corser, Kent** | BP | Drilling Engineering Manager for North America Gas - BP Accident Investigator |
| **Cowie, Jim** | BP | Wells Program Manager |
| **Cowlam, Gill** | BP | Process Safety/Bly |
| **Cunningham, Erick** | BP | Western Hemisphere Cementing Specialist |
| **Davis, Matthew** | Art Catering | BR On Rig |
| **DeFranco, Samuel** | BP | Process Safety/Bly |
| **Deshotel, John** | Transocean | |
| **Douglas, Scherie** | BP | Regulatory Compliance |
| **Dupree, James** | BP | Senior VP, GOM |
| **Erwin, Carter** | Cameron | Service Manager/Field Rep |
| **Ezell, Randy Miles** | Transocean | Senior Toolpusher |
| **Faul, Ronnie** | Halliburton | Senior Gulf of Mexico Technology Manager Cementing |
| **Fly, Earl** | Halliburton / Sperry Sun | Operations Leader |
| **Flynn, Steve** | BP | VP Health, Safety, Security and Envi |
| **Fry, Michael** | Transocean | Subsea Superintendent |
| **Gagliano, Jesse** | Halliburton | Technical Advisor |
| **Garner, Kerry** | Halliburton / Sperry Sun | Mud Logger |

3

| Name | Affiliation | Role |
|---|---|---|
| **Gisclair, John** | Halliburton / Sperry Sun | Inside Support Service Coordinator for Gulf of Mexico |
| **Goodwin, Vernon** | Allamon Tool Company, Inc. | Tools Specialist |
| **Gray, Kelly** | Halliburton / Sperry Sun | Engineer / Insite Specialist |
| **Grounds, Cheryl** | BP | Lead Process Safety/Bly |
| **Guide, Alexander John** | BP | Wells Team Leader |
| **Guidry, Eric** | Randy Smith Training Solutions | 30(b)(6) designee |
| **Guidry, Ronald** | Transocean | |
| **Guillot, Walter** | BP | |
| **Hafle, Mark** | BP | Senior Drilling Engineer |
| **Haire, Christopher** | Halliburton | Service Supervisor/Cementer |
| **Halvorsen Dory, Kathleen** | BP | |
| **Harrell, Jimmy** | Transocean | Offshore Installation Manager |
| **Haye, Mark** | Transocean | Senior Subsea Supervisor ON RIG |
| **Herbst, Lars** | BOEMRE | Regional Director |
| **Holleck, Darrell** | Anadarko | Anadarko VP Operations |
| **Huch, Nick** | Anadarko | Anadarko land/drilling engineer |
| **Ishii, Naoki** | MOEX | President of MOEX Offshore 2007 |
| **Johnson, Paul** | Transocean | Rig Manager, performance |

4

| Name | Company | Role |
|---|---|---|
| **Kaluza, Robert** | BP | Well Site Leader ON RIG |
| **Katzounar, Andreas** | Stress Engineering | Rule 30(b)(6) Witness |
| **Keith, Joseph** | Halliburton / Sperry Sun | Lead Surface Data Logger |
| **Kellingray, Darryl** | BP | Eastern Hemisphere Cementing Specialist |
| **Kelly, Merrit** | BP | |
| **Kent, James** | Transocean | Rig Manager, assets |
| **Kuchta, Curt** | Transocean | Master ON RIG |
| **Lacey, Kevin** | BP | Former BP employee |
| **Lacy, Stuart** | QuaDrill Energy | QO, Inc. BP Contractor / Well Site Geologist |
| **Lambert, Lee** | BP | Well Site Leader In Training |
| **Lanigan, Will** | Halliburton / Sperry Sun | MWD - Operator |
| **Latiolais, Dwayne** | Transocean | |
| **LeBleu, John** | BP | Mud Specialist |
| **Lee, Lantonio** | Halliburton / Sperry Sun | Field Professional - LWD |
| **Lee, Phillip Earl** | BP | Well Site Leader |
| **LeNormand, William** | Cameron | Controls Field Service Engineer |
| **Lindner, Leo** | MI-Swaco | Mud Engineer / Drilling Fluid Specialist ON RIG |

| | | |
|---|---|---|
| **Lirette, Brent** | Weatherford | Rule 30(b)(6) Witness |
| **Little, Ian** | BP | Wells Operations Manager |
| **Litwinowicz, John** | Halliburton / Sperry Sun | Field Professional - LWD |
| **Liu, Xuimei** | BP | BP head of Finance |
| **Malczewskyj, Nicholas** | Halliburton / Sperry Sun | Service Operator, Surface Data |
| **Martin, Chester** | Halliburton | Logging Lab Technician |
| **Martinez, Victor** | Moduspec | Surveyor |
| **McKay, Jim** | BP | BP Accident Investigator |
| **McWhorter, David** | Cameron | Subsea Supervisor |
| **McWerter, Owen** | Transocean | Subsea Supervisor |
| **Meche, Gregory Luke** | MI-Swaco | Compliance Specialist ON RIG |
| **Milsap, Kris** | Moduspec | Surveyor |
| **Morel, Brian** | BP | Drilling Engineer |
| **Morgan, Patrick Kevin** | Transocean | Assistant Driller ON RIG |
| **Naito, Shinjiro** | MOECO | |
| **Navarette, Greg** | Halliburton / Sperry Sun | Field Engineer |
| **Nguyen, Quang** | Halliburton | Engineer |
| **O'Bryan, Patrick** | BP | VP of Drilling and Completions |
| **O'Donnell, Allen** | Anadarko | |
| **Oldfather, Daniel** | Weatherford | Service Operator |

| Name | Company | Title |
|---|---|---|
| **Ortiz, Jose** | Halliburton / Sperry Sun | Senior Technical Professional - Real Time Operations |
| **Paine, Kate** | QuaDrill Energy | Well Site Analyst |
| **Patton, Frank** | MMS | Newe Orleans District Drilling Engineer |
| **Pleasant, Christopher** | Transocean | Subsea Engineer |
| **Powell, Heather** | JC Connor Consulting | Technical Advisor |
| **Price, Vincent** | BP | Well Site Leader |
| **Probert, Tim** | Halliburton | Chief Safety Officer |
| **Quirk, Timothy** | Halliburton | Lab Manager |
| **Quitzau, Robert** | Anadarko | Anadarko Contract Drilling Engineer |
| **Rainey, David** | BP | VP, GOM Exploration |
| **Ravi, Kris (Dr.)** | Halliburton | Chief Technical Professional/Advisor |
| **Rich, David** | BP | Engineering/Petro-physical Wells Manager |
| **Richard, Benjamin** | Halliburton | Lab Technician |
| **Richard, Dustin** | Halliburton | Lab Technician |
| **Rose, Adrian** | Transocean | HSE Manager/Well Design, Safety |
| **Roth, Tommy** | Halliburton | Vice President |
| **Sabins, Fred** | CSI Laboratories Inc. | President |

| | | |
|---|---|---|
| **Sant, Randall** | BP | Pore Pressure / Fracture Gradient specialist |
| **Schneider, Alan** | Moduspec | Surveyor |
| **Scroggins, Wayne** | Allamon Tool Company, Inc. | Tech Plug Set |
| **Sepulvado, Michael** | Transocean | |
| **Sepulvado, Murry** | BP | Well Site Leader |
| **Sepulvado, Ronald** | BP | Well Site Leader |
| **Seraile, Allen** | Transocean | Assistant Driller ON RIG |
| **Serio, Michael** | Halliburton | Lead Technical Professional |
| **Shaughnessy, John** | BP | Well Control Technical Authority/Drilling Engineer |
| **Sierdsma, Peter** | Moduspec | Surveyor |
| **Sims, David** | BP | Wells Operation Manager for E&A |
| **Skelton, Cindy** | BP | VP Health, Safety, Envi (GOM) |
| **Skidmore, Ross** | BP | Sub Sea Wells Supervisor |
| **Skripnikova, Galina** | QuaDrill Energy | Petro-physicist |
| **Smolen, Brad** | BP | Health and Safety Manager |
| **Song, Diana** | BP | BP accountant who worked on invoices to and payments from MOEX and/or Anadarko |
| **Sprague, Jonathan** | BP | Drilling Engineering Manager |

| | | |
|---|---|---|
| **Stone, Stephen** | Transocean | Roustabout On Rig |
| **Spruel, Elmo** | Halliburton | Nitrogen Supervisor |
| **Stringfellow, William** | Transocean | Subsea Superintendent |
| **Tabler, Vincent** | Halliburton | Service Supervisor III-Cementing |
| **Thierens, Harry** | BP | Wells Director |
| **Tooms, Paul** | BP | VP of Engineering, Global Head of Subsea Discipline |
| **Trenum, Ronald** | Transocean | |
| **Vargo, Richard** | Halliburton | Gulf of Mexico Region Manager for Cementing |
| **Vidrine, Donald** | BP | Well Site Leader |
| **Vinson, Graham** | BP | Exploration Manager |
| **Votaw, James** | Transocean | |
| **Wall, Dave** | BP | Process Safety/Bly |
| **Walz, Gregory** | Transocean | Drilling Engineering Team Leader for Exploration & Appraisal, D&C Ops |
| **Wardlaw, Kirk** | BP | BP's Chief land negotiator/ member of OSC advisory board |
| **Warren, Jack** | Halliburton | Lab Technician |
| **Whitby, Melvyn** | Cameron | Director of Technology, Drilling Systems |
| **Williams, Larry** | Halliburton / Sperry Sun | Logging Geologist |
| **Williams, Michael** | Transocean | Chief Electronics Technician On Rig |
| **Willis, Cathleenia** | Halliburton / Sperry Sun | Surface Data Logger |

9

| | | |
|---|---|---|
| **Winslow, Daun** | Transocean | Division Manager-Performance/BOP, Management/Executives |
| **Winters, Warren** | BP | Drilling Technology Engineer - BP |
| **Wong, Norman** | BP | Accident Investigator Rig Auditing/Bly |
| **Yamamoto, Kyoko** | MOECO | |
| **Young, Ken** | Stress Engineering | Rule 30(b)(6) Witness |

BP's Custodian of Records

Cameron's Custodian of Records

Custodian of Records for the Q-4000

Modupec's Custodian of Records

Transocean's Custodian of Records

Halliburton IT/Document Management Coordinator/Records Custodian

Halliburton IT/Website Manager

All Cameron employees who inspected or performed maintenance on the

Deepwater Horizon's BOP
All Drillers ON RIG employed by Transocean

All persons onboard the Q-4000 who performed or witnessed any test, inspection,

evaluation, maintenance, or other interaction with the Deepwater Horizon's BOP


Any and all persons involved with attempts to activate or retrieve the BOP after

April 20, 2010

10

Any and all persons on board the Deepwater Horizon at the time of the explosion

Any and all persons on board the Damon Bankston at the time of the explosion

Anadarko's custodian of records

MOEX's custodian of records

MI-SWACO's custodian of records

Weatherford's custodian of records

In addition to the above, the United States designates all witnesses who have been designated by other parties, all witnesses who have been or will be deposed, and all witnesses who have been interviewed by, or have testified before, the Joint Investigation Team (JIT) of the Departments of the Interior (DOI) and Homeland Security (DHS) or the National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling.  The United States reserves the right to supplement this Preliminary Witness List as additional witnesses become known.

Respectfully submitted,

| | |
|---|---|
| IGNACIA S. MORENO | TONY WEST |
| Assistant Attorney General | Assistant Attorney General |
| Environment & Natural Resources | Civil Division |
|    Division | |
| | PETER F. FROST |
| JAMES NICOLL | Director, Torts Branch, Civil Division |
| Senior Counsel |    Admiralty and Aviation |
| NANCY FLICKINGER | STEPHEN G. FLYNN |
| Senior Attorney | Assistant Director |
| SARAH HIMMELHOCH | MICHELLE DELEMARRE |

| | |
|---|---|
| Senior Attorney | Trial Attorney |
| DEANNA CHANG | SHARON SHUTLER |
| Trial Attorney | Trial Attorney |
| SCOTT CERNICH | JESSICA SULLIVAN |
| Trial Attorney | Trial Attorney |
| A. NATHANIEL CHAKERES | JESSICA MCCLELLAN |
| Trial Attorney | Trial Attorney |
| JUDY HARVEY | DAVID PFEFFER |
| Trial Attorney | Trial Attorney |
| MATT LEOPOLD | MALINDA LAWRENCE |
| Trial Attorney | Trial Attorney |

Torts Branch, Civil Division
P.O. Box 14271
Washington, D.C. 20044-4271
Telephone: 202-616-4000
Facsimile: 202-616-4002

/s/ Steven O'Rourke
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779
Facsimile: 202-514-2583
E-mail: steve.o'rourke@usdoj.gov

/s/ R. Michael Underhill
R. MICHAEL UNDERHILL, T.A.
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463
Telephone: 415-436-6648
Facsimile: 415-436-6632
E-mail: mike.underhill@usdoj.gov

JIM LETTEN
United States Attorney
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Ste. B-210
New Orleans, LA 70130
Attorneys for the UNITED STATES OF AMERICA

**CERTIFICATE OF SERVICE**

       I hereby certify that the above has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th Day of May, 2011.

                                                 /s/ Michelle T. Delemarre
                                                 MICHELLE T. DELEMARRE