## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  **Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| **Applies to:** *10-2771* | * | **JUDGE BARBIER** |
| | * | **MAGISTRATE SHUSHAN** |

* * * * * * * * * * * * * * * *

### PRELIMINARY WITNESS LIST ON BEHALF OF PETITIONERS IN LIMITATION, TRITON ASSET LEASING GMBH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC. AND TRANSOCEAN DEEPWATER INC.

NOW INTO COURT, through undersigned counsel, come Petitioners in Limitation, TRITON ASSET LEASING GMBH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC. and TRANSOCEAN DEEPWATER INC., who submit the following preliminary witness list for Phase One of the February 2012 Limitation and Liability Trial:

**BP**

1. Corporate representative
2. Abbassion, Feredian
3. Albers, Shane Edward
4. Anderson, Rex
5. Baxter, John
6. Beirne, Michael
7. Bellow, Jonathan
8. Bly, Mark
9. Bodeck, Robert
10. Breazeale, Martin
11. Castell, Sir William

12. Cocales, Brett William
13. Corser, Kent
14. Cowlam, Gill
15. Cowie, Jim
16. Cramond, Neil
17. Cunningham,  Erick
18. Dendy, Ricky
19. Dobbs, Sarah
20. Dunn, Mike
21. Dupree, James
22. Flynn, Steve
23. Fontenot, Kevin
24. Frazelle, Andrew E.
25. Grounds, Cheryl
26. Guide, Alexander John
27. Guillot, Walter
28. Hafle, Mark
29. Hayward, Tony
30. Inglis, Andy
31. Johnson, Dennis
32. Kaluza, Robert
33. Kelley, J. Merrick
34. Kellingray, Daryl
35. Lacy, Kevin
36. Lambert, Conrad Lee
37. LeBleu, John
38. Lee, Earl
39. Lee, Phillip
40. Little, Ian
41. Lucas, Matt
42. Lynch, Richard
43. Martin, Brian
44. Mazella, Mark
45. McCarrol, John
46. McKay, Jim
47. McKay, Lamar
48. Miller, Richard A.
49. Mogford, John
50. Mooney, Danny
51. Morel, Brian
52. Mueller, Eric T.
53. Nguyen, Quang
54. O'Bryan, Patrick
55. Paine, Kate

56. Price, Vincent
57. Quirk, Tim
58. Rainey, David
59. Reiter, Doris
60. Rich, David
61. Robinson, Steve W.
62. Rodriguez, Angel
63. Sepulvado, Murray
64. Sepulvado, Ronald W.
65. Shaughnessy, John
66. Sims, David
67. Skelton, Cindy
68. Skidmore, Ross Randy
69. Soares, Clay
70. Sprague, John
71. Stidman, Mike
72. Suttles, Doug
73. Thierens, Harry
74. Tink, Steve
75. Tippets, Brad
76. Tooms, Paul
77. Vidrine, Donald
78. Vinson, Graham
79. Wall, Dave
80. Walz, Gregory
81. Wardlaw, Kirk
82. Weatherbee, Jim
83. Wells, James Kent
84. Willis, Darryl
85. Wilson, James
86. Winters, Warren
87. Wong, Norman

## **HALLIBURTON**

88. Corporate representative
89. Anderson, Paul
90. Chaisson, Nathaniel James
91. Courville, Wayne
92. Cupit, Anthony
93. Faul, Ron
94. Ferguson, James W.
95. Gagliano, Jesse Marc
96. Gisclair, John

97. Gray, Kelly
98. Haire, Christopher
99. Keith, Joseph
100.    Probert, Tim
101.    Roth, Tommy
102.    Serio, Mike
103.    Tabler, Vincent
104.    Vargo, Richard
105.    Willis, Cathleenia

**CAMERON**

106.    Corporate representative
107.    Erwin, Carter
108.    Lemmer, William C.
109.    LeNormand, William
110.    McWhorter, David
111.    Moore, Jack
112.    Quebedeaux, Jody
113.    Whitby, Melvin

**MI SWACO**

114.    Corporate representative
115.    Billon, Brad
116.    Lindner, Leo
117.    Meche, Gregory
118.    Quebedeaux, John
119.    Smith, J. R.

**WEATHERFORD**

120.    Corporate representative
121.    Benoit, Joe
122.    Boullion, Brandon Keith
123.    Clawson, Bryan
124.    Fuqua, David
125.    Guidroz, Robert
126.    John, Lance Mark
127.    Lavergne, Cory
128.    Lirette, Brent
129.    Lynch, Shannon
130.    Oldfather, Daniel
131.    Reed, Todd

132.    Simon, Clayton

**ANADARKO/MOEX**

133.    Corporate representative
134.    Bryan, Jim
135.    Byrd, Jeremy
136.    Chandler, Paul
137.    Foster, Steve
138.    Hollek, Darrell
139.    Huch, Nick
140.    Ishii, Naoki
141.    O'Donnell, Alan
142.    Quitzau, Robert

**MMS**

143.    MMS representative
144.    Neal, Eric
145.    Neal, Robert G.
146.    Patton, Frank
147.    Saucier, Michael

**COAST GUARD**

148.    Coast Guard representative
149.    Gifford, Captain Vern
150.    Hanzalik, Captain James
151.    Odom, Lt. Commander Michael
152.    Robb, Kevin Michael
153.    Wilk, Lt. Barbara

**DNV**

154.    Corporate representative
155.    Kenney, Gary
156.    McKay, David
157.    Roy, Arinjit
158.    Thompson, Neil

**ABS**

159.    Corporate representative
160.    Forsythe, John David

161.   Haynie, William

## DRIL-QUIP

162.   Corporate representative
163.   Credeur, Charles

## HAMILTON ENGINEERING

164.   Splawn, Robert

## OCEANEERING

165.   Benton, Tyrone Lecompte
166.   Costello, Darren
167.   Ireland, Frank

## OCS

168.   Faulk, Shane D.
169.   Guillory, Brett W.
170.   Kritzer, Joshua C.
171.   LaCroix, Benjamin
172.   Lambert, Heath J.
173.   Lavergne, Carl
174.   Richard, Coby J.
175.   Senegal, Kevin

## ART CATERING

176.   Benton, Oleander
177.   Davis, Matthew
178.   Dolliole, Brian
179.   Eugene, Kevin
180.   Hearn, Robert
181.   Jones, Brad
182.   Lynch, Phillip M.
183.   Reed, Darrell
184.   Roberts, Kenneth
185.   Stevens, Virginia
186.   Ussin, Dominic
187.   Walker, Paula
188.   Washington, Lonnie
189.   Young, Robert

**SCHLUMBERGER**

    190.    Adams, Gary
    191.    Hotard, Roy
    192.    Weber, Bruce

**TRANSOCEAN**

    193.    Ambrose, Bill
    194.    Anderson, Joseph Luke
    195.    Barron, Daniel Clark
    196.    Bertone, Stephen
    197.    Breland, Craig Michael
    198.    Brown, Douglas
    199.    Burgess, Brandon Micah
    200.    Burrell, Michael
    201.    Canducci, Jerry
    202.    Carden, Stanley Neil, Jr.
    203.    Choy, Christopher
    204.    Cochrane, Charles Harold
    205.    Cola, Kennedy
    206.    Cole, Thomas Christopher
    207.    Cooley, Jason Eric
    208.    Coon, Billy Ray
    209.    Crawford, Truitt
    210.    Davis, Stephen
    211.    Dow, Michael
    212.    Estrada, Eric R.
    213.    Evans, Joseph B., III
    214.    Ezell, Miles Randall
    215.    Fleytas, Andrea
    216.    Francis, Billy
    217.    Fry, Mike
    218.    Glendenning, Michael John
    219.    Graham, Anthony
    220.    Hadaway, Troy James
    221.    Harrell, Jimmy
    222.    Hay, Mark
    223.    Holloway, Caleb
    224.    Hughes, Matthew
    225.    Ingram, James
    226.    Isaac, Jerry
    227.    Jacobs, Matthew
    228.    Jernigan, William Harold

229.   Johnson, Dustin
230.   Johnson, Paul
231.   Johnson, William
232.   Jones, Cole Tyler
233.   Keeton, Jonathan
234.   Kent, James
235.   Keplinger, Yancy
236.   Kersey, Jonathan Daniel
237.   Kuchta, Curt
238.   Mansfield, Brent
239.   Martinez, Dennis
240.   Mayfield, Mike I.
241.   McKechnie, Robert
242.   McMahan, Larry
243.   Meinhart, Paul
244.   Morales, Heber
245.   Morgan, Patrick
246.   Moss, Eugene Dewayne
247.   Murray, Chad Lee
248.   Nunley, Mark James
249.   Oldham, Jarod Richard
250.   Petty, Alonzo
251.   Pigg, Samuel Wade
252.   Pitts, Jerry Matthew
253.   Pleasant, Christopher
254.   Ramos, Carlos
255.   Rhodes, Karl
256.   Richards, Steven
257.   Roark, Stenson
258.   Rose, Adrian
259.   Rupibnski, Darin Stanley
260.   Sandell, Micah
261.   Sellers, Terry
262.   Seraile, Allen
263.   Stone, Stephen
264.   Stoner, William
265.   Stringfellow, Billy
266.   Taylor, Carl
267.   Terrell, William Lewis, II
268.   Trahan, Buddy
269.   Watson, Nick
270.   Wheeler, Wyman
271.   Williams, Mike
272.   Winslow, Daun

273.   Wright, Michael
274.   Young, David

## SMIT SALVAGE AMERICAS

275.   Martin, Doug

## MARSHALL ISLANDS

276.   Marshall Islands representative
277.   Heinan, Thomas
278.   Bubar, Brian

## KONGSBERG

279.   Corporate representative
280.   Sierdsma, Peter

## MODU SPEC

281.   Corporate representative
282.   Martinez, Victor
283.   Milsap, Kris
284.   Schneider, Allen

## TIDEWATER MARINE

285.   Escala, Jonathan
286.   Erickson, Paul
287.   Gervasio, Anthony Robert
288.   Johnson, Elton
289.   Landry, Captain Alwin James
290.   LeBlanc, Gary
291.   Logan, John
292.   Logsdon, Norman
293.   Longlois, Louis
294.   Vaughn, Germone

## CSI TECHNOLOGIES

295.   Sabins, Fred
296.   Brown, David

## BOOTS AND COOTS

297.   Wright, John

## ADD ENERGY

298.   Emilsen, Haug

## RANDY SMITH TRAINING

299.   Guidry, Eric

## WILD WELL CONTROL

300.   Campbell, Pat

## OTHER

301.   Andry, Al
302.   Bourg, Wes
303.   Chaisson, Ryan
304.   Garner, Craig, Chevron
305.   Any witness needed to certify or authenticate any document;
306.   Any witness needed for rebuttal and/or an impeachment;
307.   Any witness listed or identified in discovery responses by any party;
308.   Any witness deposed;
309.   Any witness listed on any other parties' witness list; and
310.   Defendants reserve the right to supplement and amend this Witness List with experts once the other parties disclose their experts.

Respectfully submitted,

By: _____/s/ Steven L. Roberts_____
Steven L. Roberts (Texas, No. 17019300)
Rachel Giesber Clingman (Texas, No. 00784125)
Kent C. Sullivan (Texas, No. 19487300)
Teri L. Donaldson (Florida, No. 784310)
Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 470-6100
Facsimile: (713) 654-1301
Email: steven.roberts@sutherland.com,
rachel.clingman@sutherland.com,
kent.sullivan@sutherland.com,
teri.donaldson@sutherland.com

By: _____/s/ Kerry J. Miller_____
Kerry J. Miller (Louisiana, No. 24562)
Frilot, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8169
Facsimile: (504) 599-8154
Email: kmiller@frilot.com

-and-

By: _____/s/ Edwin G. Preis, Jr._____
Edwin G. Preis, Jr. (Louisiana, No. 10703)
Edward F. Kohnke, IV (Louisiana, No. 07824)
Preis & Roy PLC
102 Versailles Boulevard, Suite 400
Lafayette, Louisiana 70501
Telephone: (337) 237-6062
Facsimile: (337) 237-9129

-and-

601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129
Email: egp@preisroy.com,
efk@preisroy.com

Of Counsel:

Daniel O. Goforth (Texas, No. 08064000)
Goforth Geren Easterling LLP
4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 054933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com, allen.katz@mto.com

*Counsel for Triton Asset Leasing GmbH.,
Transocean Holdings LLC, Transocean Offshore
Deepwater Drilling Inc. and Transocean
Deepwater Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 9th day of May, 2011.

s/Kerry J. Miller_____