UNITED STATES DISTRICT OF COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § | MDL No. 2179 <br> CIVIL ACTION NO. 10-2771 |
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GMBH, ET AL. IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § | SECTION: J <br><br> JUDGE BARBIER <br><br> MAG. JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO ALL CASES AND 2:10-CV-02771**

**HALLIBURTON ENERGY SERVICES, INC.'S
FIRST AMENDED PRELIMINARY WITNESS AND PRELIMINARY EXHIBIT LISTS**

Defendant Halliburton Energy Services, Inc. ("HESI") respectfully submits its First Amended Preliminary Witness and Preliminary Exhibit Lists in accordance with Pretrial Order No. 32 (March 3, 2011).

With respect to its Preliminary Exhibit List, Judge Shushan authorized the parties to adopt as their preliminary exhibit list the exhibits introduced and marked at the depositions in this matter to date. Accordingly, HESI adopts as its Preliminary Exhibit List the exhibits introduced and marked in the depositions completed in this action through May 9, 2011, including any exhibits added to the deposition exhibit list after today's date. Factual depositions pertinent to expert witness reports and testimony in this matter are scheduled to continue at least through July 31, 2011, and discovery in this matter is likely to continue beyond that date. Accordingly, HESI respectfully reserves its right to supplement its Preliminary Exhibit List with such other relevant documents as may be obtained through discovery and related investigations.

HALLIBURTON ENERGY SERVICES, INC.'
PRELIMINARY WITNESS LIST                                                                                          Page 1
D 1660034 v1-24010/0002 PLEADINGS

HESI's First Amended Preliminary Witness List is attached hereto as Exhibit 1. As noted above, depositions and discovery are ongoing. Approximately 52 of over 140 currently scheduled depositions have occurred, and additional witness names are learned in depositions that are not currently on the Master Deposition List. By submitting its First Amended Preliminary Witness List, HESI is not waiving its right to add additional witnesses to the list, including the names of expert witnesses pursuant to the timeline for the disclosure and discovery of expert witnesses set forth in the Court's Pretrial Orders. HESI therefore respectfully reserves its right to amend and supplement its First Amended Preliminary Witness List as discovery progresses and in accordance with the Court's Pretrial Orders.

Dated May 9, 2011.

Respectfully submitted

**GODWIN RONQUILLO PC**

/s/ Donald E. Godwin
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
DGodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
BBowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
JMartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
FHartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No.  00796756
GHill@GodwinRonquillo.com

Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and
R. Alan York
AYork@GodwinRonquillo.com
State Bar No. 22167500
Jerry von Sternberg
JVonSternberg@GodwinRonquillo.com
State Bar No. 20618150
Misty A. Hataway-Cone'
MCone@GodwinRonquillo.com
State Bar No. 24032277

1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2011 a copy of the foregoing Halliburton Energy Services, Inc.'s First Amended Preliminary Witness and Preliminary Exhibit Lists was filed electronically with the Clerk of the Court using the CM/ECF system, and that an electronic version of this document was forwarded by e-mail to all liaison counsel.

/s/ Donald E. Godwin