# Exhibit 1

**HALLIBURTON ENERGY SERVICES, INC.'S**
**FIRST AMENDED PRELIMINARY WITNESS LIST**

**Exhibit 1**
**HALLIBURTON ENERGY SERVICES, INC.'S**
**FIRST AMENDED PRELIMINARY WITNESS LIST**

| FACT WITNESSES | | | |
|---|---|---|---|
| No. | Name | Employer | Deposition Status |
| 1 | Crone, Timothy | | Not Scheduled |
| 2 | Haag Emilson | Add Energy | Scheduled |
| 3 | Haynie, William M. | American Bureau of Shipping | Scheduled |
| 4 | Bryan, Jim | Anadarko | Completed |
| 5 | Byrd, Jerry | Anadarko | Scheduled |
| 6 | Chandler, Paul | Anadarko | Completed |
| 7 | Foster, Steve | Anadarko | Completed |
| 8 | Hollek, Darrell | Anadarko | Scheduled |
| 9 | Huch, Nick | Anadarko | Scheduled |
| 10 | O'Donnell, Allan | Anadarko | Completed |
| 11 | Quitzau, Robert | Anadarko | Scheduled |
| 12 | Witnesses identified on topics in 30(b)(6) Notice | Baker Risk | Scheduled |
| 13 | Wright, John | Formerly with Boots & Coots | Scheduled |
| 14 | Abbassion, Fereidain | BP | Completed |
| 15 | Albers, Shane | BP | Completed |
| 16 | Anderson, Rex | BP | Completed |
| 17 | Baxter, John | BP | Scheduled |
| 18 | Bellow, Jonathan | BP | Completed |
| 19 | Bierne, Michael | BP | Scheduled |
| 20 | Bodek, Robert | BP | Completed |
| 21 | Breazeale, Martin | BP | Scheduled |
| 22 | Bly, Mark | BP | Completed |
| 23 | Castell, Sir William | BP | Scheduled |
| 24 | Cocales, Brett | BP | Completed |
| 25 | Corser, Kent | BP | Completed |
| 26 | Cowie, Jim | BP | Scheduled |
| 27 | Cowlam, Gill | BP | Scheduled |
| 28 | Cramond, Neil | BP | Completed |
| 29 | Cunningham, Erick | BP | Completed |
| 30 | DeFranco, Samuel | BP | Completed |
| 31 | Dupree, James | BP | Scheduled |
| 32 | Flynn, Steve | BP | Scheduled |
| 33 | Fontenot, Kevin | BP | Completed |
| 34 | Grounds, Cheryl | BP | Completed |
| 35 | Guide, John Alexander | BP | Ongoing |
| 36 | Guillot, Walter | BP | Completed |
| 37 | Hafle, Mark | BP | Scheduled |
| 38 | Hayward, Tony | BP | Scheduled |
| 39 | Inglis, Andy | BP | Scheduled |
| 40 | Johnson, Dennis | BP | Scheduled |
| 41 | Kaluza, Robert | BP | Scheduled |
| 42 | Kellingray, Darrell | BP | Scheduled |
| 43 | Kennelly, Daryl | BP | Scheduled |
| 44 | Lambert, Lee | BP | Ongoing |
| 45 | LeBleu, John | BP | Completed |
| 46 | Lee, Phillip Earl | BP | Scheduled |
| 47 | Little, Ian | BP | Scheduled |

| No. | Name | Employer | Deposition Status |
|---|---|---|---|
| 48 | Liu, Xuemi | BP | Scheduled |
| 49 | Lucas, Matt | BP | Completed |
| 50 | Lynch, Richard | BP | Scheduled |
| 51 | Martin, Brian | BP | Completed |
| 52 | Mazella, Mark | BP | Scheduled |
| 53 | McKay, Jim | BP | Completed |
| 54 | McKay, Lamar | BP | Requested but Not Scheduled |
| 55 | Mogford, John | BP | Scheduled |
| 56 | Morel, Brian | BP | Scheduled |
| 57 | O'Bryan, Patrick | BP | Scheduled |
| 58 | Price, Vincent | BP | Scheduled |
| 59 | Rainey, David | BP | Scheduled |
| 60 | Rich, David | BP | Scheduled |
| 61 | Robinson, Steve | BP | Completed |
| 62 | Sepulvado, Murry | BP | Scheduled |
| 63 | Sepulvado, Ronald | BP | Completed |
| 64 | Sims, David | BP | Completed |
| 65 | Skelton, Cindy | BP | Scheduled |
| 66 | Skidmore, Ross | BP | Scheduled |
| 67 | Sprague, Jonathan | BP | Completed |
| 68 | Sustala, Dennis | BP | Scheduled |
| 69 | Suttles, Doug | BP | Scheduled |
| 70 | Thierens, Henry "Harry" | BP | Scheduled |
| 71 | Tink, Richard S. | BP | Not Scheduled |
| 72 | Tooms, Paul | BP | Scheduled |
| 73 | Vinson, Graham | BP | Scheduled |
| 74 | Vidrine, Donald | BP | Requested but Not Scheduled |
| 75 | Wall, David | BP | Scheduled |
| 76 | Walz, Gregory | BP | Completed |
| 77 | Wardlaw, Kirk | BP | Scheduled |
| 78 | Wells, Kent | BP | Completed |
| 79 | Wetherbee, Jim | BP | Completed |
| 80 | Winters, Warren | BP | Completed |
| 81 | Wong, Norman | BP | Scheduled |
| 82 | Witnesses identified on topics in 30(b)(6) Notice | BP | Scheduled; To be Scheduled |
| 83 | Erwin, Carter | Cameron | Scheduled |
| 84 | LeNormand, William | Cameron | Scheduled |
| 85 | McWhorter, David | Cameron | Scheduled |
| 86 | Whitby, Melvyn F. | Cameron | Scheduled |
| 87 | Witnesses identified on topics in 30(b)(6) Notice | Cameron | Scheduled |
| 88 | Brown, David | CSI | Scheduled |
| 89 | Sabins, Fred | CSI | Scheduled |
| 90 | Witnesses identified on topics in 30(b)(6) Notice | CSI | Scheduled |
| 91 | McKay, David | Det Norske Veritas | Scheduled |
| 92 | Witnesses identified on topics in 30(b)(6) Notice | Det Norske Veritas | Scheduled |
| 93 | Witnesses identified on topics in 30(b)(6) Notice | Dril-Quip, Inc. | Scheduled |

| No. | Name | Employer | Deposition Status |
|---|---|---|---|
| 94 | Campbell, Pat | EVP | Scheduled |
| 95 | Chaisson, Nathaniel | Halliburton Energy Services, Inc. | Completed |
| 96 | Gisclair, John | Halliburton Energy Services, Inc. | Completed |
| 97 | Gray, Kelly | Halliburton Energy Services, Inc. | Completed |
| 98 | Haire, Christopher | Halliburton Energy Services, Inc. | Scheduled |
| 99 | Keith, Joseph | Halliburton Energy Services, Inc. | Completed |
| 100 | Quirk, Tim | Halliburton Energy Services, Inc. | Completed |
| 101 | Sanders, Sarah | Halliburton Energy Services, Inc. | Not Scheduled |
| 102 | Tabler, Vincent | Halliburton Energy Services, Inc. | Scheduled |
| 103 | Vargo, Richard | Halliburton Energy Services, Inc. | Completed |
| 104 | Willis, Cathleenia | Halliburton Energy Services, Inc. | Scheduled |
| 105 | Unknown - person to testify about mudlogging activities | Halliburton Energy Services, Inc. | Not Scheduled |
| 106 | Alderr, Hayyan | Kongsberg | Completed |
| 107 | Johnson, Ronald | Kongsberg | Completed |
| 108 | Witnesses identified on topics in 30(b)(6) Notice | Kongsberg | Completed |
| 109 | Billon, Brad | M-I Swaco | Scheduled |
| 110 | Johnson, Stephen | M-I Swaco | Not Scheduled |
| 111 | Lindner, Leo | M-I Swaco | Scheduled |
| 112 | Maxie, Doyle | M-I Swaco | Not Scheduled |
| 113 | Meche, Gregory | M-I Swaco | Not Scheduled |
| 114 | Quibodeaux, John | M-I Swaco | Not Scheduled |
| 115 | Witnesses identified on topics in 30(b)(6) Notice | M-I Swaco | Scheduled |
| 116 | Martinez, Victor | ModuSpec | Completed |
| 117 | Milsap, Kris | ModuSpec | Scheduled |
| 118 | Schneider, Alan | ModuSpec | Scheduled |
| 119 | Sierdsma, Peter | ModuSpec | Completed |
| 120 | Witnesses identified on topics in 30(b)(6) Notice | ModuSpec | Completed |
| 121 | Ishii, Naoki | MOEX | Scheduled |
| 122 | Witnesses identified on topics in 30(b)(6) Notice | MOEX | Scheduled |
| 123 | Witnesses identified on topics in 30(b)(6) Notice | Nexen Inc. | Scheduled |
| 124 | Kritzer, Joshua | OCS | Scheduled |
| 125 | Lambert, Heath | OCS | Scheduled |
| 126 | Paine, Kate | Quadril Energy | Completed |
| 127 | Guidry, Eric | Randy Smith Training Solutions | Ongoing |
| 128 | Witnesses identified on topics in 30(b)(6) Notice | Randy Smith Training Solutions | Scheduled |
| 129 | Witnesses identified on topics in 30(b)(6) Notice | Stress Engineering | Scheduled |
| 130 | Lacy, Kevin | Talisman Energy (Former BP Employee) | Scheduled |
| 131 | Ambrose, Bill | Transocean | Scheduled |
| 132 | Bertone, Stephen Ray | Transocean | Not Scheduled |
| 133 | Breland, Craig | Transocean | Scheduled |
| 134 | Brown, Douglas Harold | Transocean | Completed |
| 135 | Boughton, Geoff | Transocean | Not Scheduled |
| 136 | Burgess, Micah Brandon | Transocean | Completed |
| 137 | Cameron, David | Transocean | Not Scheduled |

| No. | Name | Employer | Deposition Status |
|---|---|---|---|
| 138 | Canducci, Jerry | Transocean | Completed |
| 139 | Ezell, Miles Randall | Transocean | Completed |
| 140 | Fleytas, Andrea | Transocean | Not Scheduled |
| 141 | Hackney, David | Transocean | Not Scheduled |
| 142 | Harrell, Jimmy Wayne | Transocean | Scheduled |
| 143 | Hay, Mark David | Transocean | Scheduled |
| 144 | Holloway, Caleb | Transocean | Scheduled |
| 145 | Ingram, James | Transocean | Not Scheduled |
| 146 | Johnson, Bill | Transocean | Not Scheduled |
| 147 | Johnson, Dustin | Transocean | Not Scheduled |
| 148 | Johnson, Paul | Transocean | Completed |
| 149 | Keeton, Jonathan | Transocean | Scheduled |
| 150 | Kent, James | Transocean | Scheduled |
| 151 | Kuchta, Curt | Transocean | Scheduled |
| 152 | Long, Bob | Transocean | Not Scheduled |
| 153 | MacDonald, John | Transocean | Not Scheduled |
| 154 | Mansfield, James Brent | Transocean | Scheduled |
| 155 | McKechnie, Bob | Transocean | Not Scheduled |
| 156 | McMahan, Larry | Transocean | Scheduled |
| 157 | McWhorter, Jim Owen | Transocean | Not Scheduled |
| 158 | Meinhart, Paul | Transocean | Not Scheduled |
| 159 | Moore, Jimmy | Transocean | Not Scheduled |
| 160 | Morgan, Patrick | Transocean | Scheduled |
| 161 | Ness, Chris | Transocean | Not Scheduled |
| 162 | Newman, Steven | Transocean | Not Scheduled |
| 163 | Odenwald, Ray | Transocean | Not Scheduled |
| 164 | Pleasant, Christopher | Transocean | Completed |
| 165 | Polhamus, Mac | Transocean | Not Scheduled |
| 166 | Redd, Eddy | Transocean | Not Scheduled |
| 167 | Rose, Adrian P. | Transocean | Completed |
| 168 | Saltiel, Robert | Transocean | Not Scheduled |
| 169 | Sandell, Micah | Transocean | Scheduled |
| 170 | Seriale, Allen | Transocean | Not Scheduled |
| 171 | Smith, N. Pharr | Transocean | Not Scheduled |
| 172 | Snedin, ___ | Transocean | Not Scheduled |
| 173 | Stringfellow, William | Transocean | Completed |
| 174 | Taylor, Carl | Transocean | Not Scheduled |
| 175 | Tonnel, David | Transocean | Not Scheduled |
| 176 | Trahan, Buddy | Transocean | Not Scheduled |
| 177 | Tranter, Paul | Transocean | Not Scheduled |
| 178 | Watson, Nick | Transocean | Not Scheduled |
| 179 | Weaver, Warren | Transocean | Not Scheduled |
| 180 | Wheeler, Wyman | Transocean | Not Scheduled |
| 181 | Williams, Michael | Transocean | Not Scheduled |
| 182 | Winslow, Daun | Transocean | Completed |
| 183 | Wright, Mike | Transocean | Not Scheduled |
| 184 | Young, David | Transocean | Not Scheduled |
| 185 | Witnesses identified on topics in 30(b)(6) Notice | Transocean | Scheduled |
| 186 | Witnesses identified on topics in 30(b)(6) Notice | Transocean Deepwater, Inc. | Scheduled |
| 187 | Witnesses identified on topics in 30(b)(6) Notice | Transocean Holdings LLC | Scheduled |

| No. | Name | Employer | Deposition Status |
|---|---|---|---|
| 188 | Witnesses identified on topics in 30(b)(6) Notice | Transocean Offshore Deepwater Drilling, Inc. | Scheduled |
| 189 | Witnesses identified on topics in 30(b)(6) Notice | Triton Asset Leasing GmBH | Scheduled |
| 190 | Witnesses identified on topics in 30(b)(6) Notice | Vector Magnetics LLC | Scheduled |
| 191 | Clawson, Bryan R. | Weatherford | Scheduled |
| 192 | John, Lance | Weatherford | Not Scheduled |
| 193 | Lirette, Brent | Weatherford | Scheduled |
| 194 | Oldfather, Daniel | Weatherford | Not Scheduled |
| 195 | Witnesses identified on topics in 30(b)(6) Notice | Weatherford | Scheduled |
| 196 | Pat Campbell | Wild Well Control | Scheduled |
| 197 | Witnesses identified on topics in 30(b)(6) Notice | Wild Well Control | Scheduled |
| | **EXPERT WITNESSES** | | |
| | Expert witnesses necessary to support HESI's cross-claims and defenses and to rebut expert testimony offered by other parties | | To be Scheduled |