UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG         * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE    * | |
| GULF OF MEXICO, on APRIL 20, 2010 * | |
|                                                                   * | JUDGE BARBIER |
|                                                                   * | |
| Relates to: No. 10-2771                           * | MAG. JUDGE SHUSHAN |
|                                                                   * | |

*******************************************

## PLAINTIFFS' PRELIMINARY EXHIBIT LIST

NOW INTO COURT come Plaintiffs, who, in accordance with the agreement of all parties, and approval of the Court, respectfully adopt the master set of Deposition Exhibits to date as the Joint Preliminary Exhibit List for the February 2012 Limitation and Liability Trial.[1]

Plaintiffs reserve the right to reasonably supplement and amend their Exhibit List, as may be appropriate.

Plaintiffs further reserve the right to seek to admit any exhibit listed or admitted by any other party.

---

[1] *See, e.g.,* DOC 2241-1.

This 9th day of May, 2011.

Respectfully submitted,

   /s/   Stephen J. Herman                        /s/ James Parkerson Roy

**Stephen J. Herman**, La. Bar No. 23129        **James Parkerson Roy**, La. Bar No. 11511
**HERMAN HERMAN KATZ & COTLAR LLP**      **DOMENGEAUX WRIGHT ROY & EDWARDS LLC**
820 O'Keefe Avenue                                     556 Jefferson Street, Suite 500
New Orleans, Louisiana 70113                  Lafayette, Louisiana 70501
Telephone: (504) 581-4892                         Telephone: (337) 233-3033
Fax No. (504) 569-6024                                Fax No. (337) 233-2796
E-Mail: sherman@hhkc.com                        E-Mail: jimr@wrightroy.com
*Plaintiffs Liaison Counsel*                             *Plaintiffs Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Brian H. Barr | Robin L. Greenwald |
| LEVIN, PAPANTONIO, THOMAS, MITCHELL, | WEITZ & LUXENBERG, PC |
| ECHSNER & PROCTOR, PA | 700 Broadway |
| 316 South Baylen St., Suite 600 | New York, NY  10003 |
| Pensacola, FL 32502-5996 | Office:  (212) 558-5802 |
| Office:  (850) 435-7045 | Telefax: (212) 344-5461 |
| Telefax: (850) 436-6187 | E-Mail:  rgreenwald@weitzlux.com |
| E-Mail: bbarr@levinlaw.com | |
| | Rhon E. Jones |
| Jeffrey A. Breit | BEASLEY, ALLEN, CROW, METHVIN, PORTIS & |
| BREIT DRESCHER & IMPREVENTO | MILES, P. C. |
| 999 Waterside Drive, Suite 1000 | 218 Commerce St., P.O. Box 4160 |
| Norfolk, VA 23510 | Montgomery, AL 36104 |
| Office:  (757) 670-3888 | Office:  (334) 269-2343 |
| Telefax: (757) 670-3895 | Telefax: (334) 954-7555 |
| E-Mail: jbreit@bdbmail.com | E-Mail:  rhon.jones@beasleyallen.com |
| | |
| Elizabeth J. Cabraser | Matthew E. Lundy |
| LIEFF, CABRASER, HEIMANN & | LUNDY, LUNDY, SOILEAU & SOUTH, LLP |
| BERNSTEIN, LLP | 501 Broad Street |
| 275 Battery Street, 29th Floor | Lake Charles, LA  70601 |
| San Francisco, CA  94111-3339 | Office:  (337) 439-0707 |
| Office:  (415) 956-1000 | Telefax: (337) 439-1029 |

Telefax: (415) 956-1008
E-Mail: ecabraser@lchb.com

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA & TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA 70037
Office: (504) 394-9000
Telefax: (504) 394-9110
E-Mail: pcossich@cossichlaw.com

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL 36660
Office: (251) 471-6191
Telefax: (251) 479-1031
E-Mail: rtc@cunninghambounds.com

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399
E-Mail: mike@mikespy.com

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA 70726
Office: (225) 664-4193
Telefax: (225) 664-6925
E-Mail: calvinfayard@fayardlaw.com

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444
E-Mail: ervin@colson.com

E-Mail: mlundy@lundylawllp.com

Michael C. Palmintier
deGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA 70801-1910
Office: (225) 344-3735
Telefax: (225) 344-0522
E-Mail: mpalmintier@dphf-law.com

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW & ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA 70130
Office: (504) 588-1500
Telefax: (504) 588-1514
E-Mail: sterbcow@lksalaw.com

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Office: (214) 521-3605
Telefax: (214) 599-1172
E-Mail: ssummy@baronbudd.com

Mikal C. Watts (PSC)
WATTS GUERRA CRAFT, LLP
Four Dominion Drive, Building 3, Suite 100
San Antonio, TX 78257
Office: (210) 447-0500
Telefax: (210) 447-0501
E-Mail: mcwatts@wgclawfirm.com

**CERTIFICATE OF SERVICE**

 **WE HEREBY CERTIFY** that the above and foregoing Exhibit List will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 9th day of May, 2011.

            /s/  James Parkerson Roy and Stephen J. Herman