UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179 SECTION: J |
| This Document Relates To: All Cases …………………………………………………... | : : | JUDGE BARBIER MAGISTRATE SHUSHAN |

**DECLARATION OF MARTIN R. BOLES IN SUPPORT OF BP'S SUR-REPLY IN OPPOSITION TO ANADARKO'S AND MOEX'S MOTION TO COMPEL DISCOVERY RESPONSES**

I, Martin R. Boles, declare as follows:

1. I am over twenty-one years of age and make this Declaration based on my own personal knowledge.

2. I am a partner of the law firm of Kirkland & Ellis LLP, and am one of the attorneys representing BP in the above-captioned action.

3. I am submitting this Declaration in support of BP's Sur-Reply in Opposition to Anadarko's and MOEX's Motion to Compel Discovery Responses.

4. Attached hereto as Exhibit E is a true and correct copy of a 10-Q quarterly report for the quarterly period ending March 31, 2011, for Anadarko Petroleum Corporation, obtained from Anadarko's website under "SEC filings" at the following Web address: http://www.anadarko.com/Investor/Pages/SECFilings.aspx.

I make this Declaration under penalty of perjury pursuant to 28 U.S.C. § 1746, and I state that the facts set forth herein are true.

Dated: May 9, 2011                             /s/ Martin R. Boles

1