UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | MDL No. 2179 <br><br> SECTION: J |
| This Document Relates to: No. 10-2771 | JUDGE BARBIER <br><br> MAG. JUDGE SHUSHAN |

## THE BP PARTIES' PRELIMINARY NON-BINDING WITNESS LIST[1]

BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (collectively the "BP Parties") submit this list as a preliminary, non-binding, and without prejudice list of potential witnesses for the first phase of the trial in this action set to commence in February 2012.  The BP Parties limit their preliminary identification of witnesses to persons who may be called to testify at the initial phase of the trial, which the BP Parties understand, according to the Court's recent directives, is limited to the events surrounding the marine casualty involving the *Deepwater Horizon* through the sinking of the rig on April 22, 2010.  The BP Parties are not listing witnesses whose testimony may primarily or exclusively touch on subsequent phases (such as source control and quantification).  This list is subject to change and is not a disclosure of all witnesses BP may call at trial.  The BP Parties reserve the right to call any witness who provided a deposition in this case, whether in an individual or corporate representative capacity.  Witnesses may be called live or by deposition where applicable.  This list is also submitted subject to, and without waiver of any and all appropriate objections to, discovery directed at the BP Parties.

In accordance with the arbitration provision in the Macondo Prospect Operating Agreement, the BP Parties recently filed a motion to stay the attempts of Anadarko Production Corporation, Anadarko E&P Company LP, and MOEX Offshore 2007 LLC (collectively,

---

[1] The BP Parties state that for any requirement of a preliminary exhibit list, and in accordance with the Court's orders and directives regarding preliminary exhibit lists, the BP Parties rely at this time on the list of deposition exhibits that have been identified and marked at the depositions in MDL 2179; further, the BP Parties reserve the right to supplement the deposition exhibit list with other documents that the BP Parties may wish to use at trial in accordance with future orders of the Court.

–1–

"Macondo Co-Owners") to litigate claims against the BP Parties and corporate affiliates in court. The Court has not yet ruled on the BP Parties' motion.  But out of an abundance of caution, and to comply with the Court's order, BP is serving the following preliminary witness list that includes witness affiliated with the Macondo co-owners.

|     | **WITNESS** | **EMPLOYER** |
| --- | --- | --- |
| 1.  | All witnesses that have been deposed or are currently scheduled to be deposed in MDL 2179, whether in an individual or corporate representative capacity. | |
| 2.  | Abate, Jack | Halliburton |
| 3.  | Abisogun, Tony | Anadarko |
| 4.  | Adams, Charles | Halliburton |
| 5.  | Algranti, Sam | Anadarko |
| 6.  | Allbritton, Bert | Anadarko |
| 7.  | Allen, Monica D. | Halliburton / Sperry |
| 8.  | Angelle, Tony | Halliburton |
| 9.  | Badalamenti, Anthony | Halliburton |
| 10. | Barron, Daniel | Transocean |
| 11. | Bascle, Joshua | Halliburton |
| 12. | Beasley, Chad | Halliburton / Sperry |
| 13. | Bell, Anthony | Halliburton / Sperry |
| 14. | Beltran, Patricio | Halliburton / Sperry |
| 15. | Benton, Tyrone | Oceaneering |
| 16. | Blanchard, Carl | Halliburton |
| 17. | Bosworth, Steve | Anadarko |
| 18. | Botevyle, Peter | Anadarko |
| 19. | Boullion, Brandon Keith | Weatherford |
| 20. | Brigham, Melissa | Anadarko |

|     | **WITNESS**          | **EMPLOYER**          |
| --- | -------------------- | --------------------- |
| 21. | Brogdon, Georgia     | Halliburton           |
| 22. | Brown, Callan        | U.S. Government       |
| 23. | Bufford, Terrence Sr.| Halliburton / Sperry  |
| 24. | Burton, Forrest      | Anadarko              |
| 25. | Butler, David        | Halliburton           |
| 26. | Campbell, Chris      | Anadarko              |
| 27. | Carden, Stanley      | Transocean            |
| 28. | Castro, Antonio      | Halliburton / Sperry  |
| 29. | Chapman, Sara        | Anadarko              |
| 30. | Charles, Donald      | Weatherford           |
| 31. | Christiansen, John   | Anadarko              |
| 32. | Colglazier, John     | Anadarko              |
| 33. | Cotton, Brian        | Weatherford           |
| 34. | Courville, Wayne     | Halliburton           |
| 35. | Crawford, Doug       | Transocean            |
| 36. | Credeur, Charles     | Dril-Quip, Inc.       |
| 37. | Cupit, Anthony       | Halliburton           |
| 38. | Dean, Tim            | Anadarko              |
| 39. | Dubois, Richard      | Halliburton           |
| 40. | Duhart, Dennis       | Halliburton / Sperry  |
| 41. | Durel, Duhart        | Halliburton / Sperry  |
| 42. | Durkee, Todd         | Anadarko              |
| 43. | Edwards, Marc        | HESI                  |
| 44. | Erickson, Paul C.    | Tidewater Marine, LLC |
| 45. | Ervin, Paris         | Halliburton / Sperry  |

|     | **WITNESS**              | **EMPLOYER**              |
| --- | ------------------------ | ------------------------- |
| 46. | Eto, Takashi             | Moex                      |
| 47. | Ferguson, James          | Halliburton               |
| 48. | Fleming, Jason           | Halliburton               |
| 49. | Fly, Earl                | Halliburton / Sperry      |
| 50. | Folger, Derek            | Anadarko                  |
| 51. | Fritton, Anthony         | Halliburton / Sperry      |
| 52. | Fuglaar, Roger Kirk      | Halliburton               |
| 53. | Fuqua, David             | Weatherford               |
| 54. | Garner, Kerry            | Halliburton / Sperry      |
| 55. | Gibson, David            | Halliburton/Sperry Sun    |
| 56. | Gifford, Cpt. Kevin Vern | USCG, 8th District (N.O.) |
| 57. | Gosserand, Morris        | HESI                      |
| 58. | Guidroz, Robert          | Weatherford               |
| 59. | Hackett, James           | Anadarko                  |
| 60. | Hackney, David           | Transocean                |
| 61. | Hadaway, Troy James      | Transocean                |
| 62. | Hanzalik, Cpt. James     | USCG                      |
| 63. | Harris, Randall Floyd    | Halliburton               |
| 64. | Hartenstein, Luis        | Halliburton / Sperry      |
| 65. | Hayasaka, Akira          | Moex                      |
| 66. | Hayes, Mike              | Weatherford               |
| 67. | Hebert, James            | Halliburton / Sperry      |
| 68. | Hennings, Dean           | Anadarko                  |
| 69. | Holifield, Mark          | Anadarko                  |
| 70. | Holmes, Dorian           | Halliburton / Sperry      |

|     | **WITNESS**          | **EMPLOYER**               |
| --- | -------------------- | -------------------------- |
| 71. | Hooks, Parker        | Halliburton / Sperry       |
| 72. | Hopper, Randy        | Halliburton / Sperry       |
| 73. | Huguchi, Naohide     | Moex                       |
| 74. | Isbell, Rebecca      | Anadarko                   |
| 75. | Jacobs, Matthew Seth | Transocean                 |
| 76. | Jassal, Kal          | BP                         |
| 77. | John, Lance M.       | Weatherford                |
| 78. | Jones, Sean          | Halliburton / Sperry       |
| 79. | Kamm, John           | Anadarko                   |
| 80. | Kanno, Hiroto        | Moex                       |
| 81. | Kelly, Gennifer      | Anadarko                   |
| 82. | Kendrick, Charles    | HESI                       |
| 83. | Kenney, Gary         | Det Norske Veritas ("DNV") |
| 84. | Keplinger, Yancy     | Transocean                 |
| 85. | King, David S.       | Halliburton                |
| 86. | Lacroix, Benjamin    | Oceaneering                |
| 87. | Landry, Alwin        | Tidewater Marine, LLC      |
| 88. | Lanigan, William     | Halliburton                |
| 89. | Larson, Nancy        | Anadarko                   |
| 90. | LaSalle, David       | Halliburton / Sperry       |
| 91. | Lavergne, Cory       | Weatherford                |
| 92. | Lee, Lantonio        | Halliburton / Sperry       |
| 93. | Lemker, Mike         | Anadarko                   |
| 94. | Litwinowitz, John    | Halliburton / Sperry       |
| 95. | Lynch, Shannon       | Weatherford                |

|      | **WITNESS**          | **EMPLOYER**          |
|------|----------------------|-----------------------|
| 96.  | Maclean, Evelyn      | BP                    |
| 97.  | Malczewski, Nicholas | Halliburton / Sperry  |
| 98.  | Martin, Doug         | SMIT                  |
| 99.  | Maxie, Doyle         | M-I Swaco             |
| 100. | Mayora, Aaron        | Halliburton / Sperry  |
| 101. | McCoy, Randy         | Halliburton / Sperry  |
| 102. | McDonald, Byron      | Anadarko              |
| 103. | McKechnie, Bob       | Transocean            |
| 104. | McKee, Johnny        | Halliburton / Sperry  |
| 105. | McNeil, Rory         | BP                    |
| 106. | Meche, Gregory       | M-I Swaco             |
| 107. | Meinhart, Paul J.    | Transocean            |
| 108. | Meloy, Chuck         | Anadarko              |
| 109. | Miller, Brandon      | Halliburton / Sperry  |
| 110. | Mooney, Danny        | Halliburton           |
| 111. | Moore, Jimmy         | Transocean            |
| 112. | Morey, Steve         | BP                    |
| 113. | Motohiko, Aburaki    | Moex                  |
| 114. | Murray, Chad         | Transocean            |
| 115. | Naito, Shinjiro      | Moex                  |
| 116. | Navarette, Greg      | Halliburton           |
| 117. | Neal, Erick          | U.S. Gov't.; MMS      |
| 118. | Neal, Robert         | MMS; US Gov't         |
| 119. | Newman, Steven       | Transocean            |
| 120. | Nguyen, Quang        | Halliburton           |

|      | **WITNESS**          | **EMPLOYER**         |
|------|----------------------|----------------------|
| 121. | Nichols, Josh        | Anadarko             |
| 122. | Nicolini, Danny      | Halliburton / Sperry |
| 123. | O'Bryan, Patrick     | BP                   |
| 124. | Odenwald, Ray        | Transocean           |
| 125. | Oldfather, Daniel    | Weatherford          |
| 126. | Olofinboba, Oladeji  | Halliburton / Sperry |
| 127. | O'Neill, Brian       | Anadarko             |
| 128. | Ortiz, Jose          | Halliburton / Sperry |
| 129. | Orton, Beau          | Halliburton / Sperry |
| 130. | Oseto, Kazuhito      | Moex                 |
| 131. | Peyton, Dawn         | Anadarko             |
| 132. | Pha, Phoeun, Sr.     | Halliburton / Sperry |
| 133. | Phillips, David M.   | Halliburton / Sperry |
| 134. | Pierre, Kemble       | Halliburton          |
| 135. | Porche, Roderick     | Halliburton / Sperry |
| 136. | Ramirez, Jimmie Sr.  | Halliburton / Sperry |
| 137. | Ramos, Carlos        | Transocean           |
| 138. | Raney, Glenn         | Anadarko             |
| 139. | Ravi, Dr. Kris       | Halliburton          |
| 140. | Reed, Dewayne        | Halliburton / Sperry |
| 141. | Reed, Todd           | Weatherford          |
| 142. | Richardson, Van      | Halliburton          |
| 143. | Robb, Kevin          | USCG                 |
| 144. | Rockwell, Charles    | Cameron              |
| 145. | Rocque, Thuy         | Anadarko             |

|      | **WITNESS**          | **EMPLOYER**         |
|------|----------------------|----------------------|
| 146. | Rodriguez, Angel     | BP                   |
| 147. | Rupinski, Darin      | Transocean           |
| 148. | Sato, Tomoaki        | Moex                 |
| 149. | Satoh, Amane         | Moex                 |
| 150. | Saucier, Michael     | MMS; US Gov't        |
| 151. | Schlirf, Paul        | Anadarko             |
| 152. | Sease, Diane         | Anadarko             |
| 153. | Seraile, Allen       | Transocean           |
| 154. | Simmons, Joseph      | Halliburton          |
| 155. | Simon, Clayton       | Weatherford          |
| 156. | Smith, Adam          | Halliburton          |
| 157. | Smith, N. Pharr      | Transocean           |
| 158. | Smith, Terry         | Halliburton / Sperry |
| 159. | Spruel, Elmo         | Halliburton          |
| 160. | Stapp, Paul          | Halliburton / Sperry |
| 161. | Sternberg, Jerry von | HESI                 |
| 162. | Strife, Stuart       | Anadarko             |
| 163. | Sylvester, Richard   | Halliburton / Sperry |
| 164. | Taylor, Mary         | Halliburton / Sperry |
| 165. | Tink, Steve          | BP                   |
| 166. | Trautman, Tim        | Anadarko             |
| 167. | Turton, Simon        | Halliburton          |
| 168. | Verde, Michael       | Halliburton / Sperry |
| 169. | Volek, Marvin        | Halliburton          |
| 170. | Wells, Vera          | Anadarko             |

|      | **WITNESS**        | **EMPLOYER**         |
|-----:|--------------------|----------------------|
| 171. | Wheeler, Wyman     | Transocean           |
| 172. | Whittington, Leigh | Anadarko             |
| 173. | Wilde, Andrew      | M-I SWACO            |
| 174. | Wilde, James       | Anadarko             |
| 175. | Wilk, Barbara      | USCG                 |
| 176. | Williams, Larry    | Halliburton / Sperry |
| 177. | Woelfel, Steve     | Anadarko             |
| 178. | Wright, Mike       | Transocean           |
| 179. | Yamamoto, Kyoko    | Moex                 |
| 180. | Young, David       | Transocean           |
| 181. | Young, Johnny      | Halliburton / Sperry |
| 182. | Yukata, Tsuji      | Moex                 |

Respectfully submitted,

*/s/ Don K. Haycraft*
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108

and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL  60654
312-862-2000 (Tel)
312-862-2200 (Fax)

        Robert C. "Mike" Brock
        Covington & Burling LLP
        1201 Pennsylvania Avenue, NW
        Washington, DC 20004-2401
        202-662-5985

        **Attorneys for BP p.l.c., BP America Production Company, and BP Exploration & Production Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of May, 2011.

/s/ Don K. Haycraft