# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : MDL NO. 2179 : : : : : SECTION: J |
| This Pleading Applies To: *MDL 2179 B1 Amended Master Complaint And All Cases In Pleading Bundle B1* | : : : : JUDGE BARBIER |
| This Pleading Applies To: *No. 10-2771 (Limitation Action)* | : MAG. JUDGE SHUSHAN : |

. . . . . . . . . . . . . . . . . . . . . . . .    . . . . . . . . . . . . . . . . . . . . . . . .

## EXHIBIT 1

## DECLARATION OF WENDY L. BLOOM

I, Wendy L. Bloom, declare as follows:

1. I am over twenty-one years of age and make this Declaration based on my own personal knowledge.

2. I am a partner of the law firm of Kirkland & Ellis LLP, and one of the counsel for BP in these proceedings.

3. I am submitting this Declaration in support of BP Defendants' Reply Memorandum in Support of BP Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6) the First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses in Accordance with PTO No. 11 [CMO No.

1] Section III.B1 ["B1 Bundle"] and in Response to State of Louisiana's Memorandum of Law in Interest in and Opposition to Defendants Pending Motions to Dismiss.

4. Attached hereto as Exhibit 2 is a true and correct copy of a Letter from D. Pitofsky, Attorney for Kenneth Feinberg in his capacity as Administrator of the GCCF, Goodwin Proctor LLP, to All Parties Regarding GCCF Claims Files for Plaintiffs Submitting PPFs (Apr. 26, 2011).

5. Attached hereto as Exhibit 3 is a true and correct copy of the Declaration of Geir Robinson, Director of Claims, BP Gulf Coast Restoration Organization.

6. Attached hereto as Exhibit 4 is a true and correct copy of a screen shot of National Pollution Funds Center, Deepwater Horizon Claims, http://www.uscg.mil/npfc/claims/DWH.asp#Claims_Determinations (last visited May 9, 2011), along with true and correct copies of National Pollution Funds Center claims decisions denying moratorium claims for lack of causation: Moratorium Denial, NPFC Claim No. N10036-0035 (Nov. 8, 2010), http://www.uscg.mil/npfc/docs/PDFs/Deepwater/Moratorium_Denial.pdf (redactions in original); Moratorium Fraud Determination Denial, NPFC Claim No. N10036-0322 (Jan. 7, 2011), http://www.uscg.mil/npfc/docs/PDFs/Deepwater/MoratoriumFraudDetermination_Denial.pdf (redactions in original); Termination of Employment Due to Moratorium Reconsideration Denial, NPFC Claim No. N10036-0290 (March. 17, 2011), http://www.uscg.mil/npfc/docs/PDFs/Deepwater/Recon/TerminationofEmploymentDuetoMoratoriumRECON_Denial.pdf (redactions in original).

7. Attached hereto as Exhibit 5 is a true and correct excerpt from the *Taira Lynn* briefing, Original Brief of Defendant-Appellant State of Louisiana Through the Department of

Transportation and Development at xxxii-xxxiii, 2-28, 30-31 *In re Taira Lynn Marine Ltd. No. 5*, 444 F.3d 371 (5th Cir. 2006) (No. 04-31069).

8. Attached hereto as Exhibit 6 is a true and correct excerpt from the *Taira Lynn* briefing Original Brief of Defendant - Claimant - Appellant, Water Quality Insurance Syndicate at xxxi-xxxii, 2-10, 14-30 *In re Taira Lynn Marine Ltd. No. 5*, 444 F.3d 371 (5th Cir. 2006) (No. 04-31069).

9. Attached hereto as Exhibit 7 is a true and correct copy of S. REP. NO. 83-411, at 31-41 (1953) ("Report to the Committee Submitted on Behalf of the Attorney General").

I make this Declaration under penalties of perjury pursuant to 28 U.S.C. § 1746, and I state that the facts set forth herein are true.

Wendy L. Bloom

Dated: May 9, 2011

Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

And

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Wendy L. Bloom
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
312-862-2000 (Tel)

3

312-862-2200 (Fax)

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
202-662-5985

***Attorneys for BP p.l.c., BP America Production Company and BP Exploration & Production Company***