# EXHIBIT 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG : MDL NO. 2179
"DEEPWATER HORIZON" in the :
GULF OF MEXICO, on :
APRIL 20, 2010 :
: SECTION: J
This Pleading Applies To: :
*MDL 2179 B1 Amended Master Complaint And* :
*All Cases In Pleading Bundle B1* :
: JUDGE BARBIER
This Pleading Applies To: : MAG. JUDGE SHUSHAN
*No. 10-2771 (Limitation Action)* :
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . : . . . . . . . . . . . . . . . . . . . . . . . .

## DECLARATION OF GEIR ROBINSON

I, Geir Robinson, declare as follows:

1. I am over twenty-one years of age and make this Declaration based on my own personal knowledge.

2. I am the Director of Claims for BP America Inc.'s Gulf Coast Restoration Organization. I have oversight responsibility for administering BP's government claims process established in response to BP's designation as a "responsible party" pursuant to the Oil Pollution Act of 1990.

3. I am submitting this Declaration in support of BP DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF BP DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(1) AND FED. R. CIV. P. 12(B)(6) THE FIRST AMENDED MASTER COMPLAINT, CROSS-CLAIM, AND THIRD-PARTY COMPLAINT FOR PRIVATE ECONOMIC LOSSES IN ACCORDANCE WITH PTO NO. 11 [CMO NO. 1] SECTION III.B1 ["B1 BUNDLE"] AND IN RESPONSE TO STATE OF LOUISIANA'S

MEMORANDUM OF LAW IN INTEREST IN AND OPPOSITION TO DEFENDANTS' PENDING MOTIONS TO DISMISS.

4. In late April 2010, BP created a process for government claims arising out of the *Deepwater Horizon* Incident. That process — now called the BP Government Claims and Funding Requests Process (Government Claims) — remains distinct from the GCCF.

5. BP has dedicated Government Claims solely to processing governmental claims and funding requests.

6. Within this separate BP government claims process, BP employs a Government Claims and Funding Requests Team (Government Claims Team) of well over forty business and finance analysts, communications personnel, legal counsel, professional claims adjusters, and other specialists. The team also includes experts and consultants from within BP and the Gulf Coast Restoration Organization, as needed for claim-specific issues.

7. The Government Claims Team, aside from processing claims, helps government entities navigate BP's government claims process.

8. Adjusters retained by BP work directly with government entities throughout the claims documentation process to ensure that all available documentation is submitted in a way that facilitates processing of the entity's claims.

9. Senior members of the BP Government Claims Team also offer work sessions to assist government entities in gathering documentation. Dozens of such meetings and conference calls have occurred in the past month alone. And these meetings are in addition to routine communications between the BP Government Claims Team and governmental claimants.

10. BP Government Claims Team accountants and financial analysts evaluate claims, assist in the payment process, manage payments from the Deepwater Horizon Oil Spill Trust

Fund (Trust), and report on Government Claims and Trust statistics, reconciliations, and payments.

11. The BP Government Claims Team has also implemented records management protocols, information security protocols, and other control systems to protect claimant confidentiality and internal communications while reducing the possibility of erroneous claims decisions.

12. Due to these measures and claimant assistance by the BP Governmental Claims Team, BP can accurately and securely handle government entity claims for costs or other damages recoverable by governments pursuant to the Oil Pollution Act of 1990 — *e.g.*, response and removal costs, increased public services costs, lost revenue, and property damage claims. And more importantly, BP can and does quickly evaluate and pay legitimate claims.

13. BP communications and liaison personnel also play an important role by providing outreach services. These personnel and I frequently meet with officials from all levels of government across the Gulf region to direct individualized attention at questions or concerns about the claims process. And we meet with both claimants and governments that have not filed claims to ensure that all Gulf-Coast governments know about the claims process. Moreover, BP Government Claims makes weekly, public reports about claims payments and other statistics relevant to governmental claims.

14. The State of Louisiana is well aware of these efforts and the fact that BP stands ready to respond to Louisiana's OPA claims once the State complies with OPA's pre-suit presentment requirement and transmits its claims to BP.

15. In fact, I have met personally with the Parish Presidents of St. Tammany, St. Bernard, Jefferson, and Terrebonne Parishes within the past month. And just last week, the

3

Louisiana Department of Wildlife and Fisheries agreed to accept an interim payment on a revenue claim, and signed an interim release.

16. Government entities begin the claims process by submitting an initial claim form. That form is available at www.bp.com/governmentclaims. And government entities can use the resources at that website to navigate the claims process online, if they chose.

17. Government entities can e-mail initial claim forms to governmentclaims@worleyco.com or mail them to BP Government Entity Funding Requests, 1905 W. Thomas St., Suite D-358, Hammond, LA 70401. (On June 1, 2011, the Government Claims address will change to BP Government Claims, 501 Westlake Park Blvd., MC 22.131C, Houston, TX 77079.) In addition, BP Government Claims Team members are available at (877) 710-4064 to work out alternative filing methods.

18. When BP receives an initial claim form from a government entity, it assigns a claim number to the governmental claimant, who is immediately contacted by an adjuster from the BP Government Claims team. That adjuster confirms receipt of the initial claim form, provides the government entity with a unique claim number, and communicates instructions for submitting documents and other information needed to process and substantiate the claim.

19. BP also offers a workbook and checklist created specifically for Government Claims to help government entities assemble the documentation needed to support their claims. Like initial claim forms, the workbook and checklist are available at www.bp.com/governmentclaims, and government entities can submit them by e-mail, mail, or an alternative method.

20. These materials allow government entities to identify the types of claims they want to make. And they contain spreadsheets to calculate and support different types of governmental claims.

21.     BP based these forms, where possible, on insurance-industry and FEMA standards designed to provide a comprehensible system of processing and evaluation that should be familiar to governmental claimants.  Along with other supporting materials at www.bp.com/governmentclaims, the workbook and checklist therefore provide guidance and transparency to facilitate fast and efficient claims processing by BP.

22.     Since its creation just over a year ago, BP has processed almost 800 claims from more than 155 different governmental entities, and paid over $1.25 billion to governmental claimants.  Of the $1.25 billion in payments to government entities, almost $580 million has been to state and local governmental claimants and the remainder to the U.S. Coast Guard.

I make this Declaration under penalties of perjury pursuant to 28 U.S.C. § 1746, and I state that the facts set forth herein are true.

_____
Geir Robinson

Dated: May 9, 2011