## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig      MDL NO. 2179
     "Deepwater Horizon" in the Gulf
     of Mexico, on April 20, 2010      SECTION J

Applies to: 10-1757; 10-1759; 10-1760;      JUDGE BARBIER
10-2996; 10-2997; 11-348      MAGISTRATE JUDGE SHUSHAN

### ORDER

**[Regarding Motions of Iberia, Lafourche, St. Mary, St. Tammany, and
Terrebonne Parishes and Plaquemines Parish School Board to Amend]
(Rec. docs. 2045, 2052, 2054, 2069, 2070 and 2071)**

On April 20, 2011, the State of Louisiana, by and through Camille A. "Cam" Morvant, II, District Attorney for the Parish of Lafourche of Louisiana, on behalf of the State of Louisiana, filed a motion for leave to file First Amending and Supplemental Petition to add the following as additional defendants: Halliburton Energy Services, Inc.; Transocean Ltd; Transocean Offshore Deepwater Drilling, LLC; Transocean Deepwater, Inc.; Transocean Holdings, LLC; Cameron International Corporation; M-I, LLC; Weatherford U.S. L.L.P.; Anadarko Petroleum Corporation Company; Anadarko E&P Company, L.P.; MOEX Offshore 2007 LLC; MOEX U.S.A. Corp.; and Mitsui Oil Exploration Company LTO.  Rec. doc. 2045.  The mover reports that the BP defendants were consulted as required by L.R. 7.6E, but they were unable to give their consent because of the short notice.  Id. (Attachment).

The following filed similar motions:  (1) State of Louisiana, by and through J. Phil Haney, District Attorney for the Parish of Iberia of Louisiana, on behalf of the State of Louisiana; (2) State of Louisiana, by and through J. Phil Haney, District Attorney for the Parish of St. Mary, on behalf of the State of Louisiana; (3) State of Louisiana, by and through Walter Reed, District Attorney for the Parish of St. Tammany of Louisiana, on behalf of the State of Louisiana; (4) State of Louisiana,

by and through Joseph L. Waitz, Jr., District Attorney for the Parish of Terrebonne, on behalf of the State of Louisiana; and (5) State of Louisiana, ex rel. Plaquemines Parish School Board.  The Rule 7.6E certificates were substantially the same for these movers except for the Plaquemines Parish School Board.  It reports that Halliburton Energy Services, Inc., the only party to answer its petition, had no objection to the amendment.

The motions were set for submission on Wednesday, May 11, 2011, on briefs.  The parties were ordered to submit any opposition by Tuesday, May 3, 2011.  Rec. doc. 2132.  No opposition was submitted and there were no requests for additional time to oppose the motions.  The motions are unopposed, and it appearing that the motions have merit;

IT IS ORDERED that the Motions from the Parishes of Iberia, Lafourche, St. Mary, St. Tammany, Terrebonne, and the Plaquemines Parish School Board (Rec. docs. 2045, 2052, 2054, 2069, 2070 and 2071) are GRANTED.

New Orleans, Louisiana, this 10th day of May, 2011.

**SALLY SHUSHAN**
**United States Magistrate Judge**

2