UNITED STATES DISTRICT OF COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § | MDL No. 2179 CIVIL ACTION NO. 10-2771 |
| This Document Relates to: *STATE OF VERACRUZ, REPUB. OF MEXICO, V. BP, PLC, ET AL.*, NO. 10-4239; *STATE OF TAMAULIPAS, REPUB. OF MEXICO V. BP, PLC, ET AL.*, NO. 10-4240; *STATE OF QUINTANA ROO, REPUB. OF MEXICO V. BP, PLC, ET AL.*, NO. 10-4241 | § § § § § § § § § § | SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

### HALLIBURTON ENERGY SERVICES, INC.'S OPPOSITION TO PLAINTIFFS THE STATES OF TAMAULIPAS, VERACRUZ, AND QUINTANA ROO'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Defendant Halliburton Energy Services, Inc. ("HESI") respectfully files this Opposition to Plaintiffs the States of Tamaulipas, Veracruz and Quintana Roo's Motion for Leave to File Second Amended Complaint. For the reasons discussed herein, Plaintiffs' motion should be denied.

### INTRODUCTION

HESI moved to dismiss Plaintiffs' First Amended Complaints on March 28, 2011. Dkt. 1781, 1782, 1783, 1784. Plaintiffs filed a joint response opposing HESI's dismissal motions on April 26, 2011. Dkt. 2139. The same day, Plaintiffs filed a motion seeking leave to file their Second Amended Complaints. Dkt. 2150. Plaintiffs' dilatory attempt to amend their complaints is a tactical maneuver in response to HESI's pending dismissal motions, and comes over 4 months after the deadline for such amendments. HESI therefore opposes Plaintiffs' motion for leave to amend.

1

**ARGUMENT**

1. On March 28, 2011, HESI moved to dismiss each of the Plaintiffs' First Amended Complaints. Dkt. 1781, 1782, 1783, 1784, hereinafter ("HESI's Motions to Dismiss").

2. On April 26, 2011, Plaintiffs filed a Consolidated Memorandum in Response and Opposition by Plaintiffs' State of Veracruz, State of Tamaulipas, State of Quintana Roo to Halliburton Energy Services, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint [As to Quintana Roo, Tamaulipas, and Veracruz] and Memorandum in Support of Halliburton Energy Services, Inc.'s Motions to Dismiss and, Alternatively, for a More Definite Statement. Dkt. 2139.

3. HESI's reply brief in support of its motions to dismiss Plaintiffs' First Amended Complaints is due on May 26, 2011.

4. The same day they responded to HESI's motions to dismiss, on April 26, 2011, Plaintiffs sought leave to amend and to file their Second Amended Complaints, which appear to be derivative of the Bundle C and B1 Master Complaints already filed in MDL 2179. Dkt. 2150 (hereinafter "Plaintiffs' Motion" or "Plaintiffs' Motion for Leave"). HESI is opposed to Plaintiffs' filing of these new pleadings on the grounds that Plaintiffs' request is untimely and HESI has already filed Motions to Dismiss the First Amended Complaints. Moreover, Plaintiffs' proposed Second Amended Complaints fail to remedy the fatal defects in their allegations.

5. Plaintiffs' Motion for Leave to file their Second Amended Complaints is untimely because, according to Pretrial Order No. 11 [CMO 1], amended complaints were due no later than December 15, 2010, for all existing cases not subject to the filing of a Master Complaint, including Plaintiffs' cases. Dkt. 569. Plaintiffs fail to show good cause for extending this

deadline over 4 months so as to now, in response to dispositive motions, allow their Second Amended Complaints.

6. Moreover, because HESI's Motions to Dismiss are based on Plaintiffs' First Amended Complaints, the Court should deny Plaintiffs' Motion for Leave in its entirety. Indeed, Plaintiffs' Motion was filed on the same day as their response and opposition to HESI's Motions to Dismiss. Plaintiffs' Motion is nothing more than a tactical maneuver to avoid dismissal and it should not be rewarded.

7. Alternatively, Plaintiffs' Motion for Leave should, at a minimum, be denied until the Court rules on HESI's pending Motions to Dismiss. This will enable the Court to address issues that have been briefed by the parties, thereby maximizing the resources of the Court and reducing gamesmanship.

## CONCLUSION

For the reasons stated herein, HESI respectfully requests that Plaintiffs' Motion for Leave to file their Second Amended Complaints be denied in its entirety. Alternatively, HESI requests that the motion be denied until the Court rules on HESI's pending Motions to Dismiss Plaintiffs' First Amended Complaints.

Dated May 10, 2011.

**Respectfully submitted**

**GODWIN RONQUILLO PC**

/s/ Donald E. Godwin
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
DGodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
BBowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
JMartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
FHartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No.  00796756
GHill@GodwinRonquillo.com

Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and
R. Alan York
AYork@GodwinRonquillo.com
State Bar No. 22167500
Jerry von Sternberg
JVonSternberg@GodwinRonquillo.com
State Bar No. 20618150
Misty A. Hataway-Coné
MCone@GodwinRonquillo.com
State Bar No. 24032277

1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

4

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2011 a copy of the foregoing Halliburton Energy Services, Inc.'s Opposition to Plaintiffs the States of Tamaulipas, Veracruz and Quintana Roo's Motion for Leave to File Second Amended Complaint was filed electronically with the Clerk of the Court using the CM/ECF system, and that an electronic version of this document was forwarded by e-mail to all liaison counsel.

                                                         /s/ Donald E. Godwin
                                                         Donald E. Godwin

D  1660050 v1-24010/0002 PLEADINGS