MINUTE ENTRY
SHUSHAN, M.J.
MAY 6, 2011

MJSTAR: 3:00

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE                                    CIVIL ACTION
OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010       NO. 10-MDL-2179

SECTION: "J"(1)

MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

FRIDAY, MAY 6, 2011 AT 9:30 A.M.

CASE MANAGER: Eileen Stensrud

COURT REPORTER: Cathy Pepper

    A discovery status conference was held this date before Magistrate Judge Sally Shushan.

PRESENT: See attached sign-in sheets for attorneys who participated.