# CONFERENCE ATTENDANCE RECORD

DATE: 5-6-11                                    TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

(DISCOVERY STATUS      CONFERENCE)

☞ **PRINT LEGIBLY**

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| HENRY T. DART | LA. |
| J. B. Tarter | M-I |
| Margaret Bryant | Dril Quip |
| WILLIAM BONNER | PSC |
| William Large | PSC |
| Conrad Williams | PSC |
| Ryan Babiuch | BP |
| MARK NOMELLINI | BP |
| Tim Duffy | BP |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Andy Langan | BP |
| Don Haycraft | BP |
| Sarah Himmelhoch | US DOJ |
| Don Godwin | Halliburton |
| Alan York | Halliburton |
| Jenny Martinez | Halliburton |
| Stefanie Major | Halliburton |
| Bill Stradley | MOEX 285 - Ind. |
| Cornelia Butont | Cameron |
| Duke Williams | TI |
| R Bertram | Weatherford |
| A Canner | PItf - Louisiana |
| Lili Cowen | " " |
| Corey Maze | Alabama |
| Steve Herman | Plaintiffs |
| Deb Kuchler | Anadarko & MOEX |
| Tony Fitch | " |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Jim Dragna | Anadarko + MOEX |
| Elizabeth Petersen | State of LA |
| Steve O'Rourke | USA |
| Michael Lyle | Sesser O'Briens, NRC |
| Jeremy Grobill | Sesser, O'Breis, NRC |
| MIKE UNDERHILL | U.S. |
| ANTHONY IRPINO | PSC |
| Luther Strange | Ala. |
| Jim Roy | PSC |