UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig<br>          "Deepwater Horizon" in the Gulf<br>          of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Pleading Relates To:  Civil Action 10-2771<br>(In re: Triton Asset Leasing GmbH, *et al*) | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

**CLARIFICATION REGARDING THE STATE OF ALABAMA'S
PRELIMINARY WITNESS LIST FOR SEGMENT ONE OF THE FEBRUARY 2012 TRIAL**

To be clear, the State of Alabama adopts the Segment One preliminary witness list filed by the PSC on behalf of the Plaintiffs in the February 2012 trial (Doc. 2284-1).  To avoid duplication, the State does not intend to file a separate list of its own.

The State reserves the right, however, to submit a supplemental witness and/or exhibit list for Segment One and the right to seek to admit any exhibit listed or admitted by another party. The State also reserves the right to file a separate list for future segments of the trial.

                                                  Respectfully Submitted,

                                                   /s/ Luther J. Strange

Office of the Attorney General        LUTHER J. STRANGE
501 Washington Avenue            *Attorney General*
Montgomery, AL 36130

                                              /s/ Corey L. Maze              .
Phone:  (334) 242-7300            COREY L. MAZE
Fax:     (334) 242-4891              *Special Deputy Attorney General*

Email: lstrange@ago.state.al.us
         cmaze@ago.state.al.us       Attorneys for the State of Alabama

## CERTIFICATE OF SERVICE

      I hereby certify that the above document has been served on all counsel by electronically uploading the document to Lexis/Nexis File-and-Serve in accordance with PTO 12. I further certify that the document was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179. Each service occurred on May 10, 2011

      /s/ Corey L. Maze  
      Corey L. Maze  
      *Special Deputy Attorney General*