UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : : | MDL NO. 2179 SECTION:  J JUDGE BARBIER MAG. JUDGE SHUSAN |
| This Document Relates to: 10-cv-2996 | | : | |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

FIRST AMENDED AND SUPPLEMENTAL PETITION FOR
CIVIL PENALTIES OF THE STATE OF LOUISIANA
(IBERIA PARISH DISTRICT ATTORNEY)

**NOW INTO COURT**, comes Plaintiff, the State of Louisiana, for the purpose of amending and supplementing its original petition as follows:

Paragraph 1 of the original Petition shall read as follows:

"1.

(a) **BP EXPLORATION & PRODUCTION INC**., a foreign corporation authorized to do and doing business in the State of Louisiana, and can be served through its registered agent for service of process C T Corporation System, 5615 Corporate Blvd., Ste. 400B, Baton Rouge, LA 70808;

(b) **BP, P.L.C.,** an English public limited company doing business in the State of Louisiana, with its principal place of business and registered office 1 St James's Square, London SW1Y 4PD, UK. Tel +44 (0)20 7496 4000.  Registered in England and Wales No. 102498, to be served through the Hague Convention or other process authorized in England;

(c) **BP PRODUCTS NORTH AMERICA, INC**., a foreign corporation authorized to

do and doing business in the State of Louisiana, and can be served through its registered agent for service of process The Prentice-Hall Corporation System, Inc, 320 Somerulos Street, Baton Rouge, LA 70802-6129;

(d) **BP AMERICA, INC**., a foreign corporation authorized to do and doing business in the State of Louisiana, and can be served through its registered agent for service of process C T Corporation System, 5615 Corporate Blvd., Ste. 400B, Baton Rouge, LA 70808;

(e) **HALLIBURTON ENERGY SERVICES, INC**., is a foreign corporation authorized to do and doing business in the State of Louisiana;

(f) **TRANSOCEAN, LTD**, is a foreign corporation authorized to do and doing business in the State of Louisiana;

(g) **TRANSOCEAN OFFSHORE DEEPWATER DRILLING, LLC,** is a foreign corporation authorized to do and doing business in the State of Louisiana;

(h) **TRANSOCEAN DEEPWATER, INC.,** is a foreign corporation authorized to do and doing business in the State of Louisiana;

(i) **TRANSOCEAN HOLDINGS, LLC,** is a foreign corporation authorized to do and doing business in the State of Louisiana;

(j) **CAMERON INTERNATIONAL CORPORATION** is a foreign corporation authorized to do and doing business in the State of Louisiana;

(k) **M-I, L.L.C.,** is a foreign corporation authorized to do and doing business in the State of Louisiana;

(l) **WEATHERFORD U.S., L.P.,** is a Louisiana partnership authorized to do and doing business in the State of Louisiana;

(m) **ANADARKO PETROLEUM CORPORATION** is a foreign corporation authorized to do and doing business in the State of Louisiana;

(n) **ANADARKO E&P COMPANY LP** is a foreign corporation authorized to do and doing business in the State of Louisiana;

(o) **MOEX OFFSHORE 2007 LLC** is a foreign corporation authorized to do and doing business in the State of Louisiana;

(p) **MOEX USA CORPORATION** is a foreign corporation authorized to do and doing business in the State of Louisiana; and

(q) **MITSUI OIL EXPLORATION COMPANY LTD** is a foreign corporation authorized to do and doing business in the State of Louisiana."

WHEREFORE, Petitioner reiterates the prayer of its original petition and asks that this First Amending and Supplemental Petition be deemed good and sufficient, and demands judgment against Defendants, as follows:

(a) In a sum equal to the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life, unlawfully killed, caught, taken, possessed, or injured as determine in accordance with La. R. S. 56:40.2;

(b) Pre-judgment and post-judgment interest at the maximum rate allowable by law;

(c) Attorneys' fees and costs of litigation pursuant to La. R. S. 56:40.3; and

(d) such other and further relief available under all applicable state and federal laws and any relief the Court deems just and appropriate.

By Attorneys:

s/ Victor L. Marcello (LSBA #9252)
Donald T. Carmouche (LSBA #2226)
Victor L. Marcello (LSBA #9252)
John H. Carmouche (LSBA #22294)
**TALBOT, CARMOUCHE & MARCELLO**
17405 Perkins Road
Baton Rouge, LA 70810
Telephone:  (225) 400-9991
Facsimile:  (225) 448-2568

**FAYARD & HONEYCUTT, APC**
Calvin C. Fayard, Jr. (LSBA #5486)
D. Blayne Honeycutt (LSBA #18264)
Wanda J. Edwards (LSBA #27448)
519 Florida Avenue, S.W.
Denham Springs, LA 70726
Telephone: (225) 664-4193
Facsimile: (225) 664-6925

Hon. J. Phil Haney (LSBA #06516)
**IBERIA PARISH DISTRICT ATTORNEY**
16th Judicial District
200 Courthouse
300 Iberia St.
New Iberia, LA 70560
Telephone:  (337) 369-4420
Facsimile:  (337) 364-5302

**THORNHILL LAW FIRM, L.C.**
s/Tom W. Thornhill (LSBA #12776)
1308 Ninth Street
Slidell, LA 70458
Telephone:  (958) 641-5010
Facsimile:  (985) 641-5011

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that the above the above and foregoing First Amended and Supplemental Petition has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of April, 2011.

                /s/Tom W. Thornhill, 12776
                TOM W. THORNHILL