UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN Re: OIL SPILL BY THE OIL RIG | * | |
|    "DEEPWATER HORIZON" IN THE | * | MDL NO.: 2179 |
|    GULF OF MEXICO, ON | * | |
|    APRIL 20, 2010 | * | SECTION "J" / DIVISION "1" |
| | * | |
| | * | JUDGE: CARL J. BARBIER |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
|    10-CV-1757 | * | MAGISTRATE JUDGE: |
| | * | SALLY SHUSHAN |

*******************************************

**FIRST AMENDING AND SUPPLEMENTAL PETITION
FOR CIVIL PENALTIES
OF THE
STATE OF LOUISIANA
(LAFOURCHE PARISH DISTRICT ATTORNEY)**

**NOW INTO COURT,** through undersigned CounseL, comes the State of Louisiana, by and through Camille A. "Cam" Morvant II, District Attorney for the Parish of Lafourche of Louisiana, on behalf of the State of Louisiana, for purpose of amending and supplementing its original petition as follows:

-1-

I.

Plaintiff adopts herein by reference all allegations contained in its original Petition for Civil Penalties.

II.

Paragraph 1 of the original Petition shall read as follows:

"1.

Made Defendants herein are:

    1. BP EXPLORATION AND PRODUCTION, INC, is a foreign corporation authorized to do and doing business in the State of Louisiana;

    2. BP, PLC, is a foreign corporation authorized to do and doing business in the State of Louisiana;

    3. BP AMERICA, INC. is a foreign corporation authorized to do and doing business in the State of Louisiana;

    4. BP PRODUCT NORTH AMERICA, INC. is a foreign corporation authorized to do and doing business in the State of Louisiana;

    5. HALLIBURTON ENERGY SERVICES, INC. is a foreign corporation authorized to do and doing business in the State of Louisiana;

    6. TRANSOCEAN LTD, is a foreign corporation authorized to do and doing business in the State of Louisiana;

    7. TRANSOCEAN OFFSHORE DEEPWATER DRILLING, LLC is a

foreign corporation authorized to do and doing business in the State of Louisiana;

8. TRANSOCEAN DEEPWATER, INC is a foreign corporation authorized to do and doing bUsiness in the State of Louisiana;

9. TRANSOCEAN HOLDINGS, LLC is a foreign corporation authorized to do and doing business in the State of Louisiana;

10. CAMERON INTERNATIONAL CORPORATION is a foreign corporation authorized to do and doing business in the State of Louisiana;

11. M-I, LLC is a foreign corporation authorized to do and doing business in the State of Louisiana;

12. WEATHERFORD U. S. L. P. is a foreign corporation authorized to do and doing business in the State of Louisiana;

13. ANADARKO PETROLEUM CORPORATION COMPANY is a foreign corporation authorized to do and doing business in the State of Louisiana;

14. ANADARKO E&P COMPANY, L.P. is a foreign corporation authorized to do and doing business in the State of Louisiana;

15. MOEX OFFSHORE 2007 LLC is a foreign corporation authorized to do and doing business in the State of Louisiana;

16. MOEX U.S.A. CORP is a foreign corporation authorized to do and doing business in the State of Louisiana; and

17. MITSUI OIL EXPLORATION COMPANY LTD is a foreign corporation authorized to do and doing business in the State of Louisiana;."

**WHERFORE,** Petitioner, asks that this First Amending and Supplemental Petition be deemed good and sufficient, and demands judgment against Defendants, jointly, severally, and in solido, as follows:

(a) In a sum equal to the value of each fish, wild bird, wild quadraped, and other wildlife and aquatic life, unlawfully killed, caught, taken, possessed, or injured as determined in accordance with La. R. S. 56:40.2;

(b) Pre-judgment and post-judgment interest at the maximum rate allowable by law;

(c) Attorneys' fees and costs of litigation pursuant to La. R. S. 56:40.3; and

(d) Such other and further relief available under all applicable state and federal laws and any relief the Court deems just and appropriate.

Respectfully submitted:

/s/ Camille A. "Cam" Morvant II
CAMILLE A. "CAM" MORVANT II (LA Bar No.01496)
**DISTRICT ATTORNEY, PARISH OF LAFOURCHE, STATE OF LOUISIANA**
103 Maronge Street, Suite A
Thibodaux, Louisiana 70301
Phone: 985-446-5810

and

/s/ Walter J. Leger, Jr.
WALTER J. LEGER,JR, (LA Bar No. 8278)
FRANKLIN G. SHAW (LA Bar No. 1594)
CHRISTINE SEVIN (LA Bar No. 32683)
**LEGER & SHAW**
600 Carondelet Street, Ninth Floor
New Orleans, Louisiana 70130
Phone: 504-588-9043

**SPECIAL COUNSEL TO THE DISTRICT ATTORNEY, PARISH OF LAFOURCHE**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above the above and foregoing Answer and Claim to Complaint and Petition of Triton Asset Leasing Gmbh, et Al for Exoneration from or Limitation of Liability  has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th  day of April, 2011.

/s/Walter J. Leger, Jr.
WALTER J. LEGER, JR.