```
 1                   UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
 2

 3   ******************************************************************

 4   IN RE:  OIL SPILL BY THE
     OIL RIG DEEPWATER HORIZON
 5   IN THE GULF OF MEXICO ON
     APRIL 20, 2010
 6
                                 CIVIL ACTION NO. 10-MDL-2179 "J"
 7                               NEW ORLEANS, LOUISIANA
                                 FRIDAY, MAY 6, 2011, 9:30 A.M.
 8

 9   THIS DOCUMENT RELATES TO
     ALL ACTIONS
10

11   ******************************************************************

12         TRANSCRIPT OF DISCOVERY STATUS CONFERENCE PROCEEDINGS
              HEARD BEFORE THE HONORABLE SALLY SHUSHAN
13                 UNITED STATES MAGISTRATE JUDGE

14   APPEARANCES:

15

16   FOR THE PLAINTIFFS'
     LIAISON COUNSEL:          DOMENGEAUX WRIGHT ROY & EDWARDS
17                             BY:  JAMES P. ROY, ESQUIRE
                               P. O. BOX 3668
18                             556 JEFFERSON STREET
                               LAFAYETTE, LA  70502
19

20                             HERMAN HERMAN KATZ & COTLAR
                               BY:  STEPHEN J. HERMAN, ESQUIRE
21                             820 O'KEEFE AVENUE
                               NEW ORLEANS, LA  70113
22

23   PLAINTIFFS' STEERING
     COMMITTEE MEMBERS:        LEWIS, KULLMAN, STERBCOW & ABRAMSON
24                             BY:  PAUL M. STERBCOW, ESQUIRE
                               PAN AMERICAN LIFE BUILDING
25                             601 POYDRAS STREET, SUITE 2615
                               NEW ORLEANS, LA  70130
```

09:23AM

```
 1   APPEARANCES CONTINUED:

 2

 3                                 DOMENGEAUX WRIGHT ROY & EDWARDS
                                   BY:  WILLIAM F. LARGE, ESQUIRE
 4                                 P. O. BOX 3668
                                   556 JEFFERSON STREET
 5                                 LAFAYETTE, LA  70502

 6

 7                                 WILLIAMS LAW GROUP
                                   BY:  CONRAD S. P. WILLIAMS, ESQUIRE
 8                                 435 CORPORATE DRIVE, SUITE 101
                                   HOUMA, LA  70360

 9

10                                 IRPINO LAW FIRM
                                   BY:  ANTHONY IRPINO, ESQUIRE
11                                 ONE CANAL PLACE
                                   365 CANAL STREET, SUITE 2990
12                                 NEW ORLEANS, LA  70130

13   FOR THE FEDERAL
     GOVERNMENT INTERESTS:         U.S. DEPARTMENT OF JUSTICE
14                                 TORTS BRANCH, CIVIL DIVISION
                                   BY:  R. MICHAEL UNDERHILL, ESQUIRE
15                                      SARAH HIMMELHOCH, ESQUIRE
                                   450 GOLDEN GATE AVENUE
16                                 7TH FLOOR, ROOM 5395
                                   SAN FRANCISCO, CA  94102
17

18   FOR THE
     UNITED STATES OF
19   AMERICA:                      ENVIRONMENTAL ENFORCEMENT SECTION
                                   U.S. DEPARTMENT OF JUSTICE
20                                 BY:  STEVEN O'ROURKE, ESQUIRE
                                   P.O. BOX 7611
21                                 WASHINGTON, DC  20044

22

23   FOR STATE INTERESTS:          ALABAMA ATTORNEY GENERAL'S OFFICE
                                   BY:  LUTHER STRANGE, ESQUIRE
24                                      COREY L. MAZE, ESQUIRE
                                   500 DEXTER AVENUE
25                                 MONTGOMERY, AL  36130
```

```
1   APPEARANCES CONTINUED:

2

3   FOR THE STATE OF
    LOUISIANA:               KANNER & WHITELEY
4                            BY:  ALLAN KANNER, ESQUIRE
                             701 CAMP STREET
5                            NEW ORLEANS, LA  70130

6
                             HENRY DART
7                            ATTORNEYS AT LAW
                             510 NORTH JEFFERSON STREET
8                            COVINGTON, LA  70433

9
    FOR TRANSOCEAN HOLDINGS
10  LLC, TRANSOCEAN
    OFFSHORE DEEPWATER
11  DRILLING INC., AND
    TRANSOCEAN DEEPWATER
12  INC.:                    FRILOT
                             BY:  KERRY J. MILLER, ESQUIRE
13                           ENERGY CENTRE, 36TH FLOOR
                             1100 POYDRAS STREET
14                           NEW ORLEANS, LA  70163

15
    FOR BP AMERICA INC.,
16  BP AMERICA PRODUCTION
    COMPANY, BP COMPANY
17  NORTH AMERICA INC.,
    BP CORPORATION NORTH
18  AMERICA INC.,
    BP EXPLORATION &
19  PRODUCTION INC.,
    BP HOLDINGS NORTH
20  AMERICA LIMITED,
    BP PRODUCTS NORTH
21  AMERICA INC.:            LISKOW & LEWIS
                             BY:  DON K. HAYCRAFT, ESQUIRE
22                           ONE SHELL SQUARE
                             701 POYDRAS STREET
23                           SUITE 5000
                             NEW ORLEANS, LA  70139
24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3                            KIRKLAND & ELLIS
                             BY:  J. ANDREW LANGAN, ESQUIRE
 4                                MARK J. NOMELLINI, ESQUIRE
                                  TIMOTHY E. DUFFY, ESQUIRE
 5                                RYAN S. BABIUCH, ESQUIRE
                             300 N. LASALLE
 6                           CHICAGO, IL   60654

 7

 8   FOR CAMERON INTERNATIONAL
     CORPORATION:             STONE PIGMAN WALTHER WITTMANN
 9                           BY:  CARMELITE BERTAUT, ESQUIRE
                             546 CARONDELET STREET
10                           NEW ORLEANS, LA 70130

11

12   FOR HALLIBURTON
     ENERGY SERVICES, INC.:  GODWIN RONQUILLO
13                           BY:  DONALD E. GODWIN, ESQUIRE
                                  JENNY L. MARTINEZ, ESQUIRE
14                                STEFANIE K. MAJOR, ESQUIRE
                             1201 ELM STREET, SUITE 1700
15                           DALLAS, TX  75270

16
                             GODWIN RONQUILLO
17                           BY:  R. ALAN YORK, ESQUIRE
                             1331 LAMAR, SUITE 1665
18                           HOUSTON, TX  77010

19
     FOR ANADARKO
20   PETROLEUM CORPORATION,
     ANADARKO E&P COMPANY LP,
21   MOEX USA CORPORATION,
     AND MOEX OFFSHORE 2007
22   LLC:                    KUCHLER POLK SCHELL
                             WEINER & RICHESON
23                           BY:  DEBORAH D. KUCHLER, ESQUIRE
                             1615 POYDRAS STREET, SUITE 1300
24                           NEW ORLEANS, LA  70112

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3                              BINGHAM MCCUTCHEN
                               BY:  JAMES J. DRAGNA, ESQUIRE
 4                              2020 K STREET, NW
                               WASHINGTON, DC  20006
 5

 6  FOR M-I L.L.C.:            MORGAN, LEWIS & BOCKIUS
                               BY:  JAMES B. TARTER, ESQUIRE
 7                              1000 LOUISIANA STREET, SUITE 4000
                               HOUSTON, TX  77002
 8

 9  FOR O'BRIEN'S RESPONSE
    MANAGEMENT, INC.,
10  SEACOR HOLDINGS, INC.,
    SEACOR OFFSHORE LLC,
11  SEACOR MARINE, LLC,
    SEACOR WORLDWIDE, INC.,
12  SEACOR MARINE, INC.,
    SEACOR MARINE
13  INTERNATIONAL, INC.,
    AND SIEMENS FINANCIAL,
14  INC.:                      WEIL GOTSHAL & MANGES
                               BY:  MICHAEL J. LYLE, ESQUIRE
15                             1300 I ST., NW, SUITE 900
                               WASHINGTON, DC  20005
16

17                             WEIL GOTSHAL & MANGES
                               BY:  JEREMY GRABILL, ESQUIRE
18                             767 FIFTH AVENUE
                               NEW YORK, NY  10153
19

20  FOR WEATHERFORD U.S.,
    L.P.:                      JONES WALKER
21                             BY:  RICHARD D. BERTRAM, ESQUIRE
                               PLACE ST. CHARLES
22                             201 ST. CHARLES AVENUE
                               NEW ORLEANS, LA  70170
23

24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   DYNAMIC AVIATION
     GROUP, INC:             GEIGER LABORDE & LAPEROUSE
 4                           BY:  LEO R. McALOON, III, ESQUIRE
                             ONE SHELL SQUARE
 5                           701 POYDRAS STREET, SUITE 4800
                             NEW ORLEANS, LA  70139
 6

 7   FOR MDL 2185:           METHOFF LAW FIRM
                             BY:  WILLIAM STRADLEY, ESQUIRE
 8                           3450 ONE ALLEN CENTER
                             500 DALLAS STREET
 9                           HOUSTON, TX  77002

10

11   ALSO PRESENT:           COREY RUBENSTEIN, ESQUIRE
                             JEFFREY TILLERY, ESQUIRE
12                           JEFFREY SEELY, ESQUIRE
                             STEVEN PESCE, ESQUIRE
13

14                           CHRISTIAN VAN KLEEF
                             WILLIAM BONNER, ESQUIRE
15                           MARGARET BRYANT, ESQUIRE
                             ELIZABETH PETERSEN, ESQUIRE
16

17                           HEATHER KENNEALY, COAST GUARD

18

19   OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
20                               500 POYDRAS STREET, ROOM HB406
                                 NEW ORLEANS, LA  70130
21                               (504) 589-7779
                                 Cathy_Pepper@laed.uscourts.gov
22
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
23   PRODUCED BY COMPUTER.

24

25
```

1                          **I N D E X**

2

3    AGENDA ITEMS                                      PAGE

4

5    DOUGLAS BROWN AND JAMES MANSFIELD......................  12

6    JEFF SEELY............................................  12

7    BP AND HALLIBURTON....................................  13

8    DEADLINE TO RESPOND TO THIRD-PARTY CLAIMS.............  13

9    CAMERON..............................................  13

10   BUNDLE C CLAIMS......................................  13

11   LOCAL GOVERNMENT MASTER COMPLAINT....................  14

12   JURISDICTIONAL DISCOVERY STANDSTILL AGREEMENT AS TO    14

13   TRANSOCEAN...........................................

14   BP'S PRODUCTION OF DOCUMENTS.........................  15

15   IN CAMERA SUBMISSION RELATIVE TO THE INVESTIGATION.....  17

16   LOAD FILE............................................  17

17   PRODUCTION OF DOCUMENTS THAT HAD PREVIOUSLY BEEN      18

18   PRODUCED TO GOVERNMENTAL ENTITIES AND THE NEED TO

19   RE-BATES STAMP THEM FOR THIS LITIGATION...............

20   RISK ASSESSMENT DOCUMENTS............................  20

21   DESIGNATION OF DOCUMENTS AND DEPOSITION TESTIMONY AS   21

22   BEING CONFIDENTIAL...................................

23   COMMUNICATIONS BETWEEN THE PSC AND THE UNITED STATES...  22

24   MOTION FOR AMENDMENT OF PRETRIAL ORDER NUMBER 13.......  23

25   DEADLINES FOR PRELIMINARY WITNESS LISTS...............  24

1    CONCLUSION OF DISCOVERY FOR SEGMENT ONE................    24

2    FRIDAY, MAY 13TH, THE DEFENDANTS WOULD SERVE THEIR        24

3    FINAL CONTENTION AND CLEAN-UP DISCOVERY ON THE PSC.....

4    JUNE 13 WILL BE THE DEADLINE FOR THE PSC TO RESPOND....   24

5    PSC WILL RESPOND ON JUNE 13TH, AND THE STATES WILL        31

6    THEN LOOK AT YOUR RESPONSES AND ADD TO THOSE ANY

7    INFORMATION THEY HAVE ON THEIR OWN BY THE 20TH.........

8    MOTIONS TO COMPEL SHOULD BE EXPEDITED, FILED BY           31

9    JUNE 27TH.............................................

10   SEEKING A CHANGE IN THE AMOUNT OF TIME ALLOCATED TO       32

11   THE PSC TO CROSS-EXAMINE EMPLOYEES OR FORMER EMPLOYEES

12   OF TRANSOCEAN.........................................

13   FIFTH AMENDMENT TRACK.................................    33

14   FINAL DESIGNATION OF ALL TOPICS OF THE 30(B)(6)          36

15   DEPOSITION............................................

16   IAN LITTLE............................................    36

17   KAL JASSAL............................................    36

18   MIKE BYRD.............................................    37

19   RULE 30(B)(6) DEPOSITION FOR CSI......................    39

20   FRED SABINS...........................................    40

21   CALENDAR..............................................    43

22   IAN LITTLE............................................    43

23   PAUL TOOMS............................................    45

24   GRAHAM VINSON.........................................    46

25   JIM COWIE.............................................    46

1   VECTOR MAGNETICS........................................   47

2   MIKE CARGOL.............................................   49

3   DAVID MCKAY.............................................   49

4   ALBERTIN................................................   52

5   ANDREA FLEYTAS..........................................   53

6   HALLIBURTON HAD COMMUNICATED WITH MR. ARNOLD...........   55

7   ALLEN SERIALE...........................................   55

8   WILLIAM JOHNSON.........................................   56

9   DUSTIN JOHNSON..........................................   56

10  STEPHEN BERTONE.........................................   56

11  CARL TAYLOR.............................................   58

12  NICK WATSON.............................................   58

13  HOW BP DID IN ITS COMMUNICATIONS WITH MR. BUZBEE.......   60

14  MR. MORGAN..............................................   60

15  MR. SANDELL.............................................   60

16  MR. WHEELER.............................................   61

17  FRANK J. PATTON.........................................   62

18  EDDY REDD, DAVID CAMERON AND MR. SNEDDON...............   62

19  DAVID CAMERON...........................................   63

20  EDDY REDD...............................................   63

21  JAMES INGRAM............................................   64

22  MR. MEINHART............................................   64

23  PHARR SMITH.............................................   65

24  JIM MCWHORTER, GEOFF BOUGHTON, DAVID HACKNEY, AND        65

25  RAY ODENWALD...........................................

1   JIM MCWHORTER.........................................   66

2   RAY ODENWALD.........................................   66

3   BOUGHTON.............................................   66

4   DAVID HACKNEY........................................   66

5   BILL AMBROSE.........................................   66

6   MICHAEL WILLIAMS.....................................   67

7   TROY HADAWAY.........................................   68

8   PRODUCTION FOR THE UK DEPOS..........................   68

9   WILLIAM JOHNSON, DUSTIN JOHNSON, CARL TAYLOR, NICK    69

10  WATSON...............................................

11  JOHN WRIGHT..........................................   70

12  LONDON DEPOSITIONS AND THE LOGISTICS INVOLVED.........   71

13  CARTER ERWIN.........................................   75

14  FIFTH AMENDMENT ISSUE................................   76

15  MR. KALUZA, MR. MOREL................................   76

16  JIMMY HARRELL........................................   76

17  GAGLIANO.............................................   76

18  BRIAN MOREL..........................................   77

19  HAFLE................................................   78

20  MR. KALUZA...........................................   79

21  MR. MOREL............................................   80

22  FRIDAY CONFERENCES...................................   82

23  DEADLINES............................................   82

24  PRELIMINARY LIST OF WITNESSES AND EXHIBITS THAT WILL    82

25  BE USED IN SEGMENT ONE...............................

1  IDENTIFICATION OF FACT WITNESSES NOT REQUIRED FOR          83
2  OPINIONS OF EXPERTS....................................
3  SEGMENT ONE PRELIMINARY WITNESS LIST IS MAY 9TH........   84
4  REQUESTS FOR TIME......................................   88
5  REQUESTS FOR ADDITIONAL TIME FOR DEPOSITIONS...........   97
6  TIM PROBERT...........................................   97
7  LEE LAMBERT...........................................   97
8  JOHN GUIDE............................................   97
9  SEPULVADO.............................................   98
10 DAVID MCKAY...........................................   98
11 DOUG SUTTLES, DAVID RICH..............................  109
12 DNV DEPOSITIONS CONFIRMED FOR JUNE 21, 22.............  110
13 NEXT CONFERENCE IS FRIDAY, MAY 13, 2011, 9:30 A.M......  111

14
15
16
17
18
19
20
21
22
23
24
25

1                        P-R-O-C-E-E-D-I-N-G-S

2                     FRIDAY, MAY 6, 2011

3                 M O R N I N G   S E S S I O N

4                    (COURT CALLED TO ORDER)

5

09:57AM  6

09:57AM  7        THE DEPUTY CLERK:  All rise.

09:57AM  8        THE COURT:  Good morning, everyone.

09:57AM  9        VOICES:  Good morning, Your Honor.

09:57AM  10        THE COURT:  All right, guys, we've got a lot to cover.

09:57AM  11   Let's see what we've got.  We've got the calendar up?

09:57AM  12        MR. MAZE:  I have it, Your Honor.

09:57AM  13        THE COURT:  Thank you, Corey.

09:57AM  14        Let's see.  We wanted to take up first the

09:58AM  15   Douglas Brown and James Mansfield depositions.  We spoke last

09:58AM  16   week with Mr. Seely, and I want to make sure that we're okay on

09:58AM  17   that.  The May 3rd and 4th went, right?

09:58AM  18        MR. HAYCRAFT:  Without any problems.

09:58AM  19        THE COURT:  Without any problems.  Look at that.  So we

09:58AM  20   can go ahead and presume that Mr. Mansfield will go without any

09:58AM  21   problems.  That's great.

09:58AM  22        MR. HAYCRAFT:  While we're on that subject, Judge, last

09:58AM  23   week with Mr. Seely, and I have the transcript, there was an

09:58AM  24   issue of entering a stipulation, if there was no objection, to

09:58AM  25   the remand, that if there was ever a remand some day, that the

09:58AM  1    added defendants by the plaintiffs' Amendment Number 6 would go

09:58AM  2    with the case, rather than be separated out from the case.

09:58AM  3    Your Honor said if there is no objection, we'll consider that

09:58AM  4    done.

09:58AM  5              THE COURT:  Correct.

09:58AM  6              MR. HAYCRAFT:  There has been no objection.

09:58AM  7              THE COURT:  Great.  Okay.  So that should take care of

09:59AM  8    that issue.

09:59AM  9              Next up, BP and Halliburton were going to work on

09:59AM 10    an agreement relative to the deadline to respond to third-party

09:59AM 11    claims.  How are we looking on that, Andy?

09:59AM 12              MR. LANGAN:  Andy Langan for BP, Your Honor.

09:59AM 13              We have an agreement.  In fact, I believe the order

09:59AM 14    has been entered.  Mr. York drafted it, and I think it was

09:59AM 15    submitted.  It perhaps hasn't been entered yet, but there is an

09:59AM 16    understanding that also applies to Cameron.  So May 20th.

09:59AM 17              MR. YORK:  It was actually drafted as a stipulation, so

09:59AM 18    we probably won't be having an order.

09:59AM 19              MR. LANGAN:  Oh, I see.  Okay.

09:59AM 20              THE COURT:  If it was docketed, I didn't see it.  I

09:59AM 21    thought I gave it a quick buzz-through this morning, but --

09:59AM 22              MR. LANGAN:  Anyway, May 20th.

09:59AM 23              THE COURT:  -- you all keep clogging the docket.

09:59AM 24              May 20th.  Thank you.

09:59AM 25              Let's see.  Transocean relative to the Bundle C

10:00AM 1     claims, Kerry, was supposed to circulate a proposed order.

10:00AM 2          MR. MILLER:  We have done that, Your Honor.  I think we

10:00AM 3     did it Tuesday or Wednesday morning.  I think, as of this

10:00AM 4     morning, everybody has signed off on it.  So I can e-mail it to

10:00AM 5     Mike, and we can enter it.

10:00AM 6          I know Steve signed off on it this morning.

10:00AM 7          MR. HERMAN:  Yes.

10:00AM 8          MR. MILLER:  I think Mike and Corey from

10:00AM 9     General Strange's office signed off on it yesterday.  So I think

10:00AM 10    we're good.

10:00AM 11         THE COURT:  Good.  Stay there for a second.

10:00AM 12         We also were looking for the local government

10:00AM 13    master complaint.

10:00AM 14         MR. MILLER:  We combined that into the same --

10:00AM 15         THE COURT:  Into one?

10:00AM 16         MR. MILLER:  -- into one.  So we have signed off on the

10:00AM 17    local issues and on the C deadlines and on briefing with respect

10:00AM 18    to Bundle C.  So we put it all into one.

10:00AM 19         THE COURT:  Great.  Much easier.

10:00AM 20         Kerry, while you're there, let's talk about the

10:00AM 21    jurisdictional discovery standstill agreement as to Transocean.

10:01AM 22         MR. MILLER:  Yes.  As to Transocean, again, I think,

10:01AM 23    good news to report.  We met -- I think, at last Friday's

10:01AM 24    conference, I reported that the PSC and Transocean were in

10:01AM 25    agreement as to the standstill.  Because the states -- or some of

10:01AM  1    the states and BP had asserted either direct claims or

10:01AM  2    third-party or crossclaims against Transocean's foreign corporate

10:01AM  3    parents, we needed to get their sign-off, too.

10:01AM  4              The good news is that we've gotten their sign-off,

10:01AM  5    so I think we'll have that order ready to present to you, too.

10:01AM  6              I know I presented the information to Anadarko's --

10:01AM  7    MOEX -- MOECO, I'm sorry, and I think they are looking at it and

10:01AM  8    will get back to the Court next week, last I heard.

10:01AM  9         MR. FITCH:  Judge, Tony Fitch.

10:01AM 10              That's exactly right, and we will move that as

10:01AM 11    quickly as we can, two or three days.

10:01AM 12         THE COURT:  Great.  Thank you.  I appreciate it.

10:02AM 13              Last week, we covered the issue of -- I guess it

10:02AM 14    could be voiced as a concern -- I'm going to wait for Andy -- a

10:02AM 15    concern about BP's production of documents.  Is there anything

10:02AM 16    further that we need to cover on that issue?  I'm not suggesting

10:02AM 17    that there is.

10:02AM 18         MR. LANGAN:  Andy Langan for BP, Your Honor.

10:02AM 19              Mr. Nomellini is here.  We continue to meet and

10:02AM 20    confer with the Plaintiffs' Steering Committee and Mr. Large.  I

10:02AM 21    think it always works better for the parties to keep talking.  I

10:02AM 22    think that's happened.  I think it's been productive.

10:02AM 23              We may have slightly different views about whether

10:02AM 24    there have been late documents or not, but I don't think anyone

10:02AM 25    doubts either side's good faith.

10:02AM  1        THE COURT:  Mr. Large, if you've got nothing to add to

10:02AM  2   that, I'm happy with that report.

10:03AM  3        MR. LARGE:  Your Honor, Bill Large.

10:03AM  4        I'm in general agreement with what Mr. Langan

10:03AM  5   represented.  I mean, we are, I believe, getting fairly close to

10:03AM  6   resolving it, as far as we can.  We have been exchanging

10:03AM  7   information and some data and numbers and refining it.

10:03AM  8        We're trying to allow for BP's suggestions.  I

10:03AM  9   don't see it totally being resolved, but I think we'll be

10:03AM 10   narrowing the issues and be ready for it next Friday.

10:03AM 11        THE COURT:  Great.

10:03AM 12        MR. NOMELLINI:  Your Honor, if I could address it very

10:03AM 13   briefly.  Mark Nomellini.

10:03AM 14        I think the devil is always in the detail with

10:03AM 15   these things.  We have been working cooperatively with Mr. Large.

10:04AM 16   They had a list of -- we asked for a list of Bates numbers for

10:04AM 17   documents we were concerned about, and the ones that we looked at

10:04AM 18   were not late.  They were not responsive to the search terms for

10:04AM 19   the custodians.  So we're going to work through the balance and

10:04AM 20   make sure we can resolve everybody's concerns.

10:04AM 21        THE COURT:  The problem is whatever you said caused

10:04AM 22   Mr. Large to stand up again.

10:04AM 23        MR. NOMELLINI:  Your Honor, that doesn't surprise me.

10:04AM 24   That's why we need to continue our dialogue on these things and

10:04AM 25   work through them.

10:04AM 1          THE COURT:  Okay.

10:04AM 2          MR. LARGE:  Your Honor, I just wish to clarify.  I did

10:04AM 3    try to stay away from the details of the issue, and Mr. Nomellini

10:04AM 4    went into that.

10:04AM 5              We understand that there are some examples of

10:04AM 6    things we've told them that aren't late, but there are a lot of

10:04AM 7    examples of things that are.  So I just thought I'd throw that in

10:04AM 8    there.  I tried to avoid it, but I had no choice but to come

10:04AM 9    address that.

10:04AM 10         THE COURT:  Right.  Thank you.

10:05AM 11             We've got the in camera submission relative to the

10:05AM 12   investigation.  We'll call it that.  I'm going to ask for

10:05AM 13   additional submissions from BP, and I think we can cover that

10:05AM 14   today in the liaison counsel meeting.  So I just thought I would

10:05AM 15   mention that.

10:05AM 16         MR. LANGAN:  Thank you, Your Honor.

10:05AM 17             My partner, Mr. Duffy, will come back and join us

10:05AM 18   for that and answer any questions and talk about the process.

10:05AM 19         THE COURT:  Good.

10:05AM 20         MR. LANGAN:  Thank you.

10:05AM 21         THE COURT:  I appreciate it.

10:05AM 22             Let's get an update on the load file.  I'm going to

10:05AM 23   specifically call on Steve for this one because he likes dealing

10:05AM 24   with the Texas City document file and where we stand with the

10:06AM 25   load file for those documents.

10:06AM 1            Steve, you can talk into the mic right next to you.

10:06AM 2            MR. HERMAN:  I really wanted to address this so

10:06AM 3     enthusiastically, but I don't have all the information; so, I'm

10:06AM 4     going to have to defer to Mr. Large.

10:06AM 5            THE COURT:  Disappointing.

10:06AM 6            MR. LARGE:  Your Honor, I apologize for not fully

10:06AM 7     briefing Steve before we arrived today.

10:06AM 8            We did receive from Mr. Coon's office, prior to

10:06AM 9     having to present an order to you, received several files of

10:06AM 10    data, which are not technically a load file.  They need to be

10:06AM 11    converted into a load file.

10:06AM 12           We FedEx'd them, when we got them, to BP.  We are

10:06AM 13    both looking at them and having vendors tell us what it will cost

10:07AM 14    to convert them to a load file.

10:07AM 15           I don't expect it will be much.  I expect that

10:07AM 16    there probably will be a usable load file in the concordance

10:07AM 17    format as part of the Order 16 sometime probably next week.

10:07AM 18           But the data is here, and they've given us --

10:07AM 19    Mr. Coon has given us what he has --

10:07AM 20           THE COURT:  Great.

10:07AM 21           MR. LARGE:  -- and it will be usable.

10:07AM 22           THE COURT:  All right.  Good enough.

10:07AM 23           Now, last week we discussed the issue of production

10:07AM 24    of documents that had previously been produced to governmental

10:07AM 25    entities and whether we need to re-Bates stamp them for this

10:07AM  1    litigation.

10:07AM  2              MR. LANGAN:  Andy Langan for BP.

10:07AM  3                   I'm happy to report -- and Mr. Nomellini can talk

10:07AM  4    about this, too, and Mr. Large -- I think we've worked it out

10:07AM  5    with the PSC.  I think that issue is resolved, at least for the

10:08AM  6    time being.

10:08AM  7                   I think it involves them giving us particular

10:08AM  8    ranges that they are interested in and us trying to comply, as

10:08AM  9    opposed to some massive wholesale reproduction.  I think I have

10:08AM 10    that right, but I believe that, thanks to Your Honor's

10:08AM 11    encouragement, we were able to reach an agreement.

10:08AM 12              THE COURT:  Good.  Thank you.  Then going forward, did

10:08AM 13    you all discuss going forward how you'll handle it?

10:08AM 14              MR. NOMELLINI:  Your Honor, I think we're going to

10:08AM 15    handle it the same way going forward --

10:08AM 16                   Mark Nomellini.

10:08AM 17                   -- with specific Bates numbers, Your Honor.  The

10:08AM 18    PSC will provide us with Bates numbers, and we'll provide them

10:08AM 19    with the corresponding MBI Bates number.  So we have reached an

10:08AM 20    agreement on that.

10:08AM 21              THE COURT:  All right.  Thank you.

10:08AM 22              MR. LARGE:  One moment, Your Honor.  Bill Large for the

10:08AM 23    PSC.

10:08AM 24                   Just to clarify, Mr. Nomellini and Mr. Langan are

10:08AM 25    correct.  This actually started with us asking for an index of

10:09AM 1   all the documents cited in the reports.  I will confess that I

10:09AM 2   caused the confusion by forgetting to attach an Excel file which

10:09AM 3   had all those on it.  So that's what we originally asked for.

10:09AM 4          But I would like to add that, in terms of going

10:09AM 5   forward, if there is a new report where we have MBI and other

10:09AM 6   Bates range -- Bates prefixes, we will send those to them, and

10:09AM 7   they will -- BP or the other defendants, hopefully, if they

10:09AM 8   concur, will give us those documents.  But it won't be on a

10:09AM 9   piecemeal basis; it will be the ones that are cited in that

10:09AM 10  report.

10:09AM 11         Thank you, Your Honor.

10:09AM 12      THE COURT:  That will work.  Thank you.

10:09AM 13         Let's talk to Anadarko/MOEX.  You all were looking

10:09AM 14  for risk assessment documents last week.  How are we coming on

10:10AM 15  that?

10:10AM 16      MS. KUCHLER:  This is Deb Kuchler for Anadarko and MOEX.

10:10AM 17         We have been talking with Mr. Nomellini on working

10:10AM 18  through those issues.  We still believe there must be a universe

10:10AM 19  of documents that have not been produced; but, they have asked us

10:10AM 20  to list which documents we want, and, since we don't have the

10:10AM 21  documents, it's hard to tell them what we want besides the

10:10AM 22  documents described in the 30(b)(6) notice on that topic.  But

10:10AM 23  Mr. Nomellini tells us that they have produced, with only

10:10AM 24  17 additional documents, the response to that item.

10:10AM 25         So I think, for now, I'm not sure what else we

10:10AM 1    could say other than that we want all of the documents responsive

10:10AM 2    to the risk assessment topic.  If he's representing that they've

10:10AM 3    produced that, we'll have to let it play out further to be able

10:11AM 4    to push back on it.

10:11AM 5            It doesn't seem to us like they've been produced;

10:11AM 6    but, given his representation that they have, we'll have to see

10:11AM 7    what turns up in the depositions.

10:11AM 8            THE COURT:  Thank you.

10:11AM 9            MR. NOMELLINI:  Your Honor, Mark Nomellini.

10:11AM 10           After this issue was raised last Friday, we

10:11AM 11   immediately got to it and, on Sunday, produced 17 additional

10:11AM 12   documents.

10:11AM 13           I'm not aware of any additional documents right

10:11AM 14   now.  We'll continue to be diligent about investigating, and, if

10:11AM 15   there are documents, additional documents, we'll produce them as

10:11AM 16   soon as we can.

10:11AM 17           THE COURT:  Right.  I appreciate that.  Thank you for

10:11AM 18   getting on it so fast.

10:11AM 19           Last week we talked about the designation of

10:11AM 20   documents and deposition testimony as being confidential.  We

10:11AM 21   kind of said, look, guys, it's the exception, not the rule.

10:11AM 22           Have there been any further problems?  Do we need

10:12AM 23   to cover anything further on that?

10:12AM 24           MR. NOMELLINI:  Your Honor, it's Mark Nomellini.

10:12AM 25           I just wanted to say with respect to deposition

10:12AM 1    designations, we took that to heart.  For the designations we

10:12AM 2    served on Monday, I think there were a total of two designations

10:12AM 3    that we made in the entire deposition.  So that's not going to be

10:12AM 4    the case for every deposition, but we certainly took last week's

10:12AM 5    discussion with respect to deposition designations to heart.

10:12AM 6         THE COURT:  Great.  I appreciate that, Mark.  Thank you.

10:12AM 7              You've got something, Steve?

10:12AM 8         MR. HERMAN:  Just very briefly, Your Honor.

10:12AM 9    Steve Herman for the plaintiffs.

10:12AM 10             We appreciate BP's efforts.  They seem to have

10:12AM 11   taken the Court's words to heart in terms of going forward.

10:12AM 12             What I think we're in the process of doing is going

10:12AM 13   back and trying to hopefully work out with them informally,

10:12AM 14   without taking it to you, all of the back designations in kind of

10:12AM 15   an en globo way, so they won't have to piecemeal it.  We'll

10:12AM 16   hopefully try to get something to BP this week, and then maybe we

10:13AM 17   can work it out by next week's conference.

10:13AM 18        THE COURT:  Good progress.

10:13AM 19             Let's talk about the issue of communications

10:13AM 20   between the PSC and the United States.  There was an issue about

10:13AM 21   whether those communications are protected and whether they

10:13AM 22   should be logged.

10:13AM 23        MS. HIMMELHOCH:  Your Honor, this is Sarah Himmelhoch

10:13AM 24   for the United States.

10:13AM 25        THE COURT:  Good morning, Sarah.

10:13AM 1          MS. HIMMELHOCH:  Good morning.

10:13AM 2              We have worked out a proposed order with plaintiffs

10:13AM 3    and the states, and I believe I'm in a position to propose it to

10:13AM 4    the defendants today so they'll have a chance to look at it.  I

10:13AM 5    believe it will be ripe for proposal to Judge Barbier next week.

10:13AM 6              It's a simple order that simply extends

10:13AM 7    paragraph 20 of PTO 1 to communications between the United States

10:13AM 8    and the states and between the United States and the Plaintiffs'

10:13AM 9    Steering Committee, and the same thing for the logging obligation

10:14AM 10   with respect to those communications.

10:14AM 11         THE COURT:  Great.  You'll circulate that later today?

10:14AM 12         MS. HIMMELHOCH:  Yes, Your Honor.

10:14AM 13         THE COURT:  We'll carry that over to next week, if there

10:14AM 14   is a problem; we'll take it off next week if there is not.

10:14AM 15             We also were going to talk about the United States

10:14AM 16   submitting a motion for amendment of Pretrial Order Number 13.

10:14AM 17             Yes, Sarah, you sat down prematurely.

10:14AM 18         MS. HIMMELHOCH:  I need the exercise, anyway,

10:14AM 19   Your Honor.  Sarah Himmelhoch for the United States.

10:14AM 20             We have received one comment from Halliburton on

10:14AM 21   the proposed order.  Because it relates to the implementation of

10:14AM 22   EPA's CBI regulation, confidential business information, we

10:14AM 23   needed to consult with the Office of General Counsel at EPA.  We

10:14AM 24   expect an answer from them today.  Then, assuming we can accept

10:15AM 25   Halliburton's change, as we hope we can, we will submit that

10:15AM 1     proposed order, again, early next week.

10:15AM 2            THE COURT:  Thank you.  Boy, you've been busy this week.

10:15AM 3            Now, this is some confusion on my part.  We went

10:15AM 4     back and looked at the upcoming deadlines for preliminary witness

10:15AM 5     lists.  Remember all of that.  We thought we had gotten it

10:15AM 6     straight.

10:15AM 7            I've got a Friday, May 13th deadline -- never mind.

10:15AM 8     I'm not at my confusion yet; although, I do have a question mark.

10:15AM 9            We're talking about the conclusion of discovery for

10:16AM 10    segment one.  You all wanted clarification on what we thought the

10:16AM 11    deadline should be.

10:16AM 12           We are going to propose that next Friday, May 13th,

10:16AM 13    the defendants would go ahead and serve their final contention

10:16AM 14    and clean-up discovery on the PSC.  Remember, we talked about

10:16AM 15    that last week.

10:16AM 16           Andy, you specifically wanted to know whether

10:16AM 17    contention discovery could be served on the PSC and, I assume, on

10:16AM 18    the governmental entities, right?

10:16AM 19           MR. LANGAN:  Yes, Your Honor.  We have served some

10:16AM 20    discovery on some governmental entities.  As to the PSC, we've

10:16AM 21    drafted some, we've started to share that with the defendants,

10:16AM 22    and we understand the May 13th deadline.

10:16AM 23           THE COURT:  June 13 will be the deadline for the PSC to

10:17AM 24    respond.

10:17AM 25           MR. HERMAN:  Yes, Your Honor.

10:17AM 1          That dovetails with the other issue that I raised

10:17AM 2    in my e-mail.  Do you want to address it now, or do you want to

10:17AM 3    wait and do --

10:17AM 4          THE COURT:  Sure.

10:17AM 5          MR. HERMAN:  Steve Herman for the plaintiffs.

10:17AM 6          As Andy mentioned, there was some discovery that

10:17AM 7    went out, I guess, the deadline of the cleanup date to, I guess,

10:17AM 8    the states and local governments.  Corey and myself have gotten a

10:17AM 9    lot of inquiries from various other counsel trying to figure out

10:17AM 10   what they do and/or don't need to respond to, whether the PSC can

10:17AM 11   respond for them, whether we need to give them a bunch of

10:17AM 12   depositions.  It's created a lot of confusion.

10:17AM 13         I kind of conferred with Andy via e-mail why he

10:17AM 14   thought there was authority to do that.  He sent me an e-mail

10:17AM 15   that you had responded to him indicating that if they were going

10:18AM 16   to serve liability questions, at least related to segment one,

10:18AM 17   that they could go ahead and do that.

10:18AM 18         The two issues are that, first of all, it doesn't

10:18AM 19   really make any sense because none of those entities really have

10:18AM 20   any firsthand information, certainly not information that BP

10:18AM 21   doesn't have, about the liability issues in segment one.  So it

10:18AM 22   just seems like a lot of busy work and essentially the same thing

10:18AM 23   as the contention interrogatories.

10:18AM 24         Then, secondly, I haven't studied them, frankly,

10:18AM 25   but I understand it's much broader than just segment one.  So I

10:18AM 1    guess what I would ask for on behalf of all of these other

10:18AM 2    entities, I mean, they can do whatever they want, but it would

10:18AM 3    make sense to me that the PSC is going to provide the defendants

10:18AM 4    with expert reports for segment one on August 15th.  That's going

10:18AM 5    to probably address 90 to a hundred percent of the contention

10:18AM 6    interrogatories.

10:18AM 7            We'll also do our best to have a separate good

10:18AM 8    faith contention interrogatory response by the deadline

10:19AM 9    Your Honor just said.  Obviously, we say we're going to

10:19AM 10   supplement with our expert reports.

10:19AM 11           But it seems to me that all these other entities

10:19AM 12   could just wait and say, we adopt what the PSC says, and then

10:19AM 13   maybe they have something else that they want to add or some

10:19AM 14   other spin to it.  But it seems kind of silly for us to have to

10:19AM 15   work with them to try to give the defendants responses now.

10:19AM 16           THE COURT:  I understand the issue, which is helpful.

10:19AM 17   Thank you.

10:19AM 18           MR. LANGAN:  Your Honor, just to recount the history

10:19AM 19   here --

10:19AM 20           THE COURT:  A little history.

10:19AM 21           MR. LANGAN:  -- on April 25th, with the April 29th

10:19AM 22   deadline coming up, we wrote Your Honor and asked a number of

10:19AM 23   questions asking for clarification.

10:19AM 24           One of our questions was phrased like this:  We

10:19AM 25   asked about the State of Alabama, the State of Louisiana, and

10:19AM 1    various other government entities, including a number of entities

10:19AM 2    which brought claims for the first time on or before April 20th.

10:19AM 3         I said, putting aside the issue of whether the

10:20AM 4    states or government entities may have any documents which were

10:20AM 5    relevant to the limitation action and liability, we asked for

10:20AM 6    clarification about whether the Court was expecting BP and other

10:20AM 7    parties to serve discovery upon such states by April 29th.  So we

10:20AM 8    said, are you expecting that?

10:20AM 9         Your Honor, you're very responsive, always, and you

10:20AM 10   got back to us on April 26th and said, answer, yes, if the

10:20AM 11   discovery is required for the first segment of the February 2012

10:20AM 12   trial, which we have referred to as the *event segment*.

10:20AM 13        So we take Your Honor at her word and said to

10:20AM 14   ourselves, okay, well, it sounds like these people have filed

10:20AM 15   claims in limitation, they've brought cases against us, they've

10:20AM 16   incorporated complaints against us, and the Court says we need to

10:20AM 17   serve discovery on them.  So, on April 29th, we did.

10:20AM 18        They are things like asking about standard pretrial

10:21AM 19   discovery to avoid surprise, asking for do you have any documents

10:21AM 20   relating to the incident, do you have any documents relating to

10:21AM 21   the DEEPWATER HORIZON, do you have any witness statements, I

10:21AM 22   mean, so we're not blindsided by this stuff.

10:21AM 23        THE COURT:  Do you have any problem, theoretically,

10:21AM 24   Andy -- and I don't know that these would be the responses -- but

10:21AM 25   the State of Alabama says no, other than documents that the PSC

10:21AM 1  has or will produce in response to the contention interrogatories

10:21AM 2  propounded to them?

10:21AM 3      MR. LANGAN:  You know, we're just trying to avoid

10:21AM 4  surprise.  If we're going to trial and these people are parties

10:21AM 5  in the trial against us, we're entitled to know, do you have any

10:21AM 6  documents, do you have any witness statements, do you have any

10:21AM 7  evidence you intend to put on against us at this trial; and, if

10:21AM 8  you do, we would like to see it.  That's what this is about.

10:21AM 9      THE COURT:  If they don't, other than --

10:21AM 10     MR. LANGAN:  They have to say so.

10:21AM 11     THE COURT:  That's right.

10:21AM 12         -- other than what was in the possession of the

10:21AM 13 PSC, that's a fine answer.

10:21AM 14     MR. LANGAN:  Right.  That could work.

10:22AM 15     THE COURT:  Yes, exactly.

10:22AM 16     MR. LANGAN:  I'm not trying to make work for anybody;

10:22AM 17 but, we're getting sued for lots of money, and we're entitled to

10:22AM 18 prepare and put on a defense and find out if they intend to offer

10:22AM 19 evidence against us.

10:22AM 20     THE COURT:  I tend to agree with that.

10:22AM 21     MR. MAZE:  Corey Maze for the State of Alabama.

10:22AM 22         I think what freaked us out -- by us, I mean not

10:22AM 23 only the State of Alabama, but Louisiana, as well --

10:22AM 24     THE COURT:  And you personally.

10:22AM 25     MR. MAZE:  Yes.  Well, when I read "all documents

10:22AM 1   referring or relating to" -- the point is, any and all documents

10:22AM 2   that the state has any knowledge whatsoever to do with this well

10:22AM 3   for the last 10 years, and, you know, I had to call all my

10:22AM 4   agencies and find any e-mails, any comments that they've made

10:22AM 5   ever about the oil spill itself or the case, we just sort of

10:22AM 6   freaked out that day.

10:22AM 7          But, no, I think --

10:22AM 8          MR. LANGAN:  Now they know how we feel, Your Honor.

10:22AM 9          MR. MAZE:  I knew the irony there.  I agree.

10:22AM 10         MR. HAYCRAFT:  Thank you.

10:22AM 11         MR. MAZE:  I'll reserve comment.

10:22AM 12         If we can work with Andy and the PSC along those

10:22AM 13  lines of anything that we have separately -- and I'll go to our

10:23AM 14  agencies -- anything that we have separate than what the PSC is

10:23AM 15  using in Louisiana, we can do the same.

10:23AM 16         If we can narrow it to the bounds of what's going

10:23AM 17  on at next year's trial, not damage assessment, not anything

10:23AM 18  that's outside the NRDA.

10:23AM 19         THE COURT:  For the time being, we're going to try to

10:23AM 20  get you ready for segment one.

10:23AM 21         MR. MAZE:  Right.

10:23AM 22         THE COURT:  We're pretty quickly going to start on

10:23AM 23  segment two.  But, no, I think that, in all fairness, they are

10:23AM 24  entitled to know if you've got anything additional to what the

10:23AM 25  PSC has.

10:23AM 1     MR. MAZE:  We agree with that.  We'll start looking at

10:23AM 2   that immediately.  But, if we can just have some time to work

10:23AM 3   with Andy and the PSC to narrow the scope of what we have, then

10:23AM 4   we can handle this.

10:23AM 5     THE COURT:  Not a problem.  To the extent that your

10:23AM 6   answer is we're going to adopt and incorporate what the PSC has

10:23AM 7   said because we have nothing additional, that's a completely fine

10:23AM 8   answer.

10:23AM 9     MR. MAZE:  That may be the answer, but I want to make

10:23AM 10  sure first before we say that.

10:24AM 11     So I will -- I will get ahold of our agencies, and

10:24AM 12  I'm sure Louisiana will do the same, and we'll get together and

10:24AM 13  see if that's the answer.

10:24AM 14     THE COURT:  Does that help your freak-out situation?

10:24AM 15     MR. MAZE:  Yes, it does.  I feel much better now.

10:24AM 16     THE CLERK:  Do they respond on June 13, or do they

10:24AM 17  respond later, after Steve and his group file?

10:24AM 18     THE COURT:  That's, I guess, the next question.

10:24AM 19     Andy, do you theoretically have any problem with

10:24AM 20  giving the states and, presumably, the US -- no, they are not a

10:24AM 21  party in the limitation, never mind -- the states perhaps a week

10:24AM 22  beyond --

10:24AM 23     MR. LANGAN:  Absolutely no problem.

10:24AM 24     THE COURT:  -- so that they can look at the PSC

10:24AM 25  responses and adopt?

10:24AM  1          MR. LANGAN:  Absolutely no problem with that kind of

10:24AM  2     extension.  Sure.  All the parties have worked well on this sort

10:24AM  3     of thing.

10:24AM  4          THE COURT:  Absolutely.  So it seems to me logically it

10:24AM  5     would make sense -- PSC, you all will respond on June 13th, and

10:24AM  6     the states will then look at your responses and add to those any

10:25AM  7     information they have on their own by the 20th.  Okay?

10:25AM  8          MR. LANGAN:  Works for us, Your Honor.

10:25AM  9          MR. HERMAN:  Thank you, Your Honor.  Steve Herman for

10:25AM 10     the plaintiffs.

10:25AM 11          That sounds fine.  Just so I'm completely clear on

10:25AM 12     what I'm advising these other attorneys that have been calling

10:25AM 13     that have local government or foreign state cases, it's only

10:25AM 14     going to be limited to segment one.

10:25AM 15          Maybe, if they have segment two stuff, now they can

10:25AM 16     start looking for that.  I think I'm going to tell them segment

10:25AM 17     one and segment two.

10:25AM 18          THE COURT:  I think they can look ahead and know that

10:25AM 19     they are going to have to get to segment two sooner rather than

10:25AM 20     later, but the urgency is segment one.

10:25AM 21          MR. HERMAN:  Great.  Thank you very much.

10:25AM 22          THE COURT:  Then, any motions to compel -- we'll have

10:25AM 23     this in our order coming out next week -- motions to compel

10:25AM 24     should be expedited, filed by, say, June 27th, so that we can

10:25AM 25     bring up any issues that we need to.  I know you all usually work

10:26AM 1   it out, so that's good.

10:26AM 2           MR. MAZE:  Corey Maze for the states.

10:26AM 3              One final thing.  Can we put this, again, on the

10:26AM 4   agenda for next week?  I want to go ahead and talk to Mr. Kanner

10:26AM 5   and Mr. O'Rourke from the United States and make sure we're okay

10:26AM 6   with the timing, just to see what all of us need to do, before we

10:26AM 7   pick any particular timelines?

10:26AM 8           THE COURT:  That's fine.

10:26AM 9           MR. MAZE:  Thank you.

10:26AM 10          THE COURT:  No problem.

10:26AM 11            Andy, you had raised an issue last week with regard

10:26AM 12  to seeking a change in the amount of time allocated to the PSC to

10:26AM 13  cross-examine employees or former employees of Transocean.

10:26AM 14          MR. LANGAN:  Yes, and Mr. Haycraft has been handling

10:26AM 15  that issue.  That is something we are still interested in

10:26AM 16  pursuing.  We would still like to make a submission, I believe.

10:26AM 17  Mr. Haycraft can address that.

10:26AM 18          MR. HAYCRAFT:  Yes, I promised to have it before today.

10:27AM 19           One of the transcripts, Mr. Adrian Rose's

10:27AM 20  transcript, is going to be made final today by the court

10:27AM 21  reporter.  So what I intend to do is submit Adrian Rose and

10:27AM 22  Duan Winslow's depositions with a short letter explaining the

10:27AM 23  point that we're trying to make.  Probably, I'll be able to do

10:27AM 24  that today.

10:27AM 25          THE COURT:  I just wanted to make sure we hadn't missed

10:27AM 1    anything.  Thank you.

10:27AM 2         MR. HAYCRAFT:  While I'm up at the podium,

10:27AM 3    Steve Roberts, Kerry Miller and I had a discussion this week

10:27AM 4    about the Fifth Amendment track.  Both TO -- Transocean, excuse

10:27AM 5    me, and BP have witnesses, some of whom are scheduled for this

10:27AM 6    month, because May was going to be the Fifth Amendment track.

10:27AM 7    Sort of one fellow, Captain Kuchta, got moved at his counsel's

10:27AM 8    request to July.

10:27AM 9         I think, at least from Transocean's and BP's

10:27AM 10   perspective, and I haven't discussed this with Mr. Godwin for

10:28AM 11   Halliburton's perspective, but I think with the clarity that we

10:28AM 12   may have now on the scope of phase or segment one, we would

10:28AM 13   propose having the Fifth Amendment track in July rather than some

10:28AM 14   of them in May as currently scheduled.

10:28AM 15        THE COURT:  Does it make sense to change them now?

10:28AM 16        MR. HAYCRAFT:  Well, the idea would be, yes, that if, as

10:28AM 17   was explained a couple of months ago, there is some thought for

10:28AM 18   some of these witnesses that if they are forced to go ahead in

10:28AM 19   May, they will take the Fifth, but perhaps there is some chance

10:28AM 20   that in July they might not take the Fifth; and, that it would be

10:28AM 21   in the interest of efficiency.

10:28AM 22        You know, we have been holding off on doing

10:28AM 23   anything with July because of the uncertainty; and, I think now

10:28AM 24   we will not sacrifice the calendar if we take the three or four

10:28AM 25   May depositions and move them to July.

10:28AM   1          THE COURT:  All right.  When we get to the calendar,
10:28AM   2    let's take a look at that.  If there is general consensus that
10:29AM   3    that is something we should do -- you know, I hate to tinker with
10:29AM   4    the calendar at this point --
10:29AM   5          MR. HAYCRAFT:  I understand.
10:29AM   6          THE COURT:  -- but if that's the consensus, then we'll
10:29AM   7    take a look at it.
10:29AM   8          MR. MILLER:  Your Honor, if I may add the rationale, the
10:29AM   9    rationale may be that these witnesses can give substantive
10:29AM  10    testimony in July.
10:29AM  11          None of us can control what's going on on the DOJ
10:29AM  12    criminal side of things, so this is all based upon information
10:29AM  13    that we get second and thirdhand.  But the indications are for
10:29AM  14    certain critical witnesses that are up in May, there is a much
10:29AM  15    better, and I will qualify it as a much better chance, that
10:29AM  16    they'd give substantive testimony in July than they would in May.
10:29AM  17          Whether or not that turns out to be the case, I
10:29AM  18    don't know.  I can't control the case and the investigation, but
10:29AM  19    that's the information we have.
10:29AM  20          THE COURT:  I'm with you.
10:29AM  21          MR. GODWIN:  Judge, Don Godwin for Halliburton.
10:29AM  22          Halliburton -- I know we'll talk about it later
10:29AM  23    when we get to the calendar, but, just for your preliminary
10:29AM  24    thoughts, we tend to agree with what Don and Kerry are both
10:29AM  25    saying.  That is, it might make more sense to put these

10:30AM 1    Fifth Amendment witnesses off until July, when we're back from

10:30AM 2    London, in hopes that by then we will have ferreted out whatever

10:30AM 3    facts need to be to determine which of the witnesses need to take

10:30AM 4    the Fifth.  If we get can information from any of them, then

10:30AM 5    we're all going to be better off; if not, then delaying them

10:30AM 6    until July is not going to hurt anything, if you will.

10:30AM 7           So our preference would be, as Don has said and

10:30AM 8    Kerry, to delay the Fifth Amendment track until sometime in July

10:30AM 9    when we're back from London.

10:30AM 10          MR. HAYCRAFT:  If I might add, Judge, I haven't spoken

10:30AM 11   about this with the client or with counsel for any of the BP

10:30AM 12   witnesses who are on that schedule; but, on the assumption that

10:30AM 13   that would be their preference, I would like to proffer that as a

10:30AM 14   possibility, but not to be determined at this moment.

10:30AM 15          THE COURT:  Okay.  Thanks.

10:30AM 16          Good morning, Paul.

10:30AM 17          MR. STERBCOW:  Good morning, Your Honor.  Paul Sterbcow

10:30AM 18   for the PSC.

10:30AM 19          The only problem -- it's not a problem, it's a

10:30AM 20   concern that the PSC has, is that if we know for a fact that

10:31AM 21   witness A is going to take the Fifth May, June, July, next year,

10:31AM 22   there is no reason to delay him.

10:31AM 23          THE COURT:  I agree with that.

10:31AM 24          MR. STERBCOW:  It's my understanding that we're dealing

10:31AM 25   with witnesses who are on the fence and want to see some things

10:31AM 1    happen or not happen.  We concur with that, no problem.

10:31AM 2         MR. MILLER:  That's my understanding, too.  These are

10:31AM 3    witnesses that are on the fence.

10:31AM 4         THE COURT:  So when we get to the calendar, let's talk

10:31AM 5    about -- and, Kerry, I'm going to ask you to identify those

10:31AM 6    witnesses.  If they, come hell or high water, are taking the

10:31AM 7    Fifth, I'd rather just go ahead and do it.  I agree with that.

10:31AM 8         Andy, I think you're back up.  We were looking for

10:31AM 9    the final designation of all topics of the 30(b)(6) deposition.

10:31AM 10   Have you taken care of that?

10:31AM 11        MR. LANGAN:  Your Honor, we have made great progress.

10:31AM 12   I hope to have it complete very soon.  I may have to ask your

10:32AM 13   indulgence for a couple more days on a few topics.

10:32AM 14        Can I give the Court an update?

10:32AM 15        THE COURT:  Sure.

10:32AM 16        MR. LANGAN:  Let me get to my notes here.

10:32AM 17        We will put this in a pleading to update our prior

10:32AM 18   pleading; but, anyway, Ian Little, who is already on the

10:32AM 19   deposition list, will handle the remainder of topic 17, which is

10:32AM 20   well design.

10:32AM 21        Now, I should mention that it's possible we will

10:32AM 22   suggest that Mr. Little be deposed in his individual capacity as

10:32AM 23   scheduled, and then take up 30(b)(6) in another session at a

10:32AM 24   later time.  But he's our topic 17, the rest of it, designee.

10:32AM 25        Kal Jassal, J-A-S-S-A-L, is a person that's going

| | |
|---|---|
| 10:32AM 1 | handle the rest of topic one for us. |
| 10:33AM 2 | Then Mr. Mike Byrd, B-Y-R-D, will handle the BOP |
| 10:33AM 3 | topics, which are 13, 22 through 26.  I need to get a date for |
| 10:33AM 4 | Mr. Byrd's deposition, but he will be the designee on that. |
| 10:33AM 5 | That leaves topic 9 and topic 11.  We're working |
| 10:33AM 6 | very hard.  We need a couple more days, Your Honor.  Maybe |
| 10:33AM 7 | Wednesday? |
| 10:33AM 8 | THE COURT:  Not a problem.  Then we'll put down Mr. Byrd |
| 10:33AM 9 | and Mr. Jassal to cover possible dates next week. |
| 10:33AM 10 | MR. LANGAN:  Correct.  We have to get dates for them, |
| 10:33AM 11 | and we're working on that.  We know that we have to get these |
| 10:33AM 12 | done before, you know, middle or late July, so we get that. |
| 10:33AM 13 | THE COURT:  Are these witnesses US or London? |
| 10:33AM 14 | MR. LANGAN:  Mr. Little is UK.  I believe Mr. Byrd is |
| 10:33AM 15 | Houston.  I believe Mr. Jassal is Houston, which would mean |
| 10:34AM 16 | New Orleans. |
| 10:34AM 17 | THE COURT:  Right, exactly. |
| 10:34AM 18 | MR. LANGAN:  I think I have that right.  If I'm wrong, |
| 10:34AM 19 | I'll supplement my report, Your Honor. |
| 10:34AM 20 | THE COURT:  We know Mr. Little is London. |
| 10:34AM 21 | MR. LANGAN:  Correct. |
| 10:34AM 22 | THE COURT:  Okay, great. |
| 10:34AM 23 | MR. UNDERHILL:  Judge, could I ask a question? |
| 10:34AM 24 | THE COURT:  Certainly. |
| 10:34AM 25 | MR. UNDERHILL:  Mike Underhill, United States. |

10:34AM  1              On the subject of Mr. Little, perhaps Andy can

10:34AM  2   clarify, he mentioned possibly splitting his depo dates between

10:34AM  3   individual and 30(b)(6), so if we could have some clarification

10:34AM  4   of what you folks have in mind.  I'm just thinking of logistics

10:34AM  5   here.

10:34AM  6              MR. LANGAN:  There will be some separation by a week or

10:34AM  7   more because it's going to -- topic 17, it's a lot of work to get

10:34AM  8   ready for that.

10:34AM  9              THE COURT:  So --

10:34AM 10              MR. LANGAN:  But it will be part of the UK track.

10:34AM 11              THE COURT:  I've got you.  I misunderstood what you were

10:34AM 12   saying.

10:34AM 13              So currently we have Mr. Little down tentatively,

10:34AM 14   we're going to get to that in a minute, for June 9 and 10.

10:34AM 15   You're suggesting that he will come back following that --

10:34AM 16              MR. LANGAN:  Correct.

10:34AM 17              THE COURT:  -- to give his testimony on topics 17 and

10:35AM 18   19.

10:35AM 19              MR. LANGAN:  Correct.  It's actually just 17 -- and,

10:35AM 20   you're right, I guess there is another topic as well.

10:35AM 21              THE COURT:  19.

10:35AM 22              MR. LANGAN:  Yes.

10:35AM 23              THE COURT:  I understand.

10:35AM 24              Did that answer your question, Mike?

10:35AM 25              MR. UNDERHILL:  I guess it answered the question, but --

10:35AM 1    and I think the PSC had some similar concerns -- is that if the
10:35AM 2    split is too large, for example, I don't know how anybody else is
10:35AM 3    doing it, but I presume that we would have -- the United States
10:35AM 4    would have one person deposing Mr. Little; and, if it's a spread
10:35AM 5    of 14 days or so, that person might be back in New Orleans or
10:35AM 6    wherever.  So it poses a pretty big inconvenience.  If it's a few
10:35AM 7    days, perhaps we can deal with it; but, any longer, it becomes
10:35AM 8    very problematic.
10:35AM 9        THE COURT:  Why don't we do this, why don't we put this
10:35AM 10   down as a very important topic for next week.  Everybody look at
10:35AM 11   the scope of topic number 19 and the scope of topic number 17,
10:36AM 12   and see if there is real overlap with his individual deposition
10:36AM 13   or whether it can be segregated.  I just don't know the answer to
10:36AM 14   that.  I just don't know because I don't know Mr. Little and I
10:36AM 15   don't know what topics 17 and 19 are.
10:36AM 16       Let's talk about the scope of the Rule 30(b)(6)
10:36AM 17   deposition for CSI.  Have we worked that out?
10:36AM 18       MR. YORK:  Alan York for Halliburton.
10:36AM 19       After many long discussions, we believe that we
10:36AM 20   have an agreed 30(b)(6) deposition topic and document list, the
10:37AM 21   amended copy of which will be filed by Anadarko, MOEX today.
10:37AM 22       Mr. Tillery is here on behalf of CSI.  CSI has
10:37AM 23   agreed to the scope and topics and to produce all the documents.
10:37AM 24   I don't think that we have agreed to an exact date, but they have
10:37AM 25   agreed to produce the documents as soon as possible, recognizing

10:37AM 1   when the deposition is scheduled.

10:37AM 2         THE COURT:  Great.  Good morning, Jeff.  How are you?

10:37AM 3         MR. TILLERY:  Good morning, Judge.  Jeff Tillery for

10:37AM 4   CSI.

10:37AM 5         That is accurate, Your Honor.  I actually think we

10:37AM 6   also have a date set.  Isn't that right, Alan?  We have a date

10:37AM 7   set for a deposition.

10:37AM 8         I would like -- before I commit a hundred percent

10:37AM 9   to this, Judge, I would like to see a clean copy of this

10:37AM 10  deposition notice, as opposed to the redlined versions I have

10:37AM 11  received by e-mail.

10:37AM 12        THE COURT:  Picky, picky, picky.

10:37AM 13        MR. TILLERY:  My Blackberry goes off at all hours of the

10:37AM 14  night with these additions and changes, but I think we have a

10:37AM 15  deal.

10:38AM 16        THE COURT:  I do, too.

10:38AM 17        You said we picked a date, and we had four

10:38AM 18  different possible dates.  So while Corey is up looking at the

10:38AM 19  ELMO, let's talk about the date that we selected.

10:38AM 20        MR. YORK:  The date that we selected, Your Honor, is

10:38AM 21  May 24, 25.

10:38AM 22        THE COURT:  That's going to be Fred Sabins, and it's

10:38AM 23  going to be May 24 and 25.

10:38AM 24        MR. YORK:  I will say this, Your Honor, in defense of

10:38AM 25  our redlines, they are quite colorful.

10:38AM  1        THE COURT:  Except you need a color printer for that,

10:38AM  2    and the United States Government will not buy me one, so I can't

10:38AM  3    print it.

10:38AM  4        MR. YORK:  We do think it's a resolved issue.  There are

10:38AM  5    a couple of small revisions to make.  We'll run that by

10:38AM  6    Mr. Tillery, and then I believe Mr. Fitch will get the notice

10:39AM  7    issued either today or Monday.

10:39AM  8        MR. FITCH:  Around Monday.

10:39AM  9        MR. TILLERY:  Judge, there is another topic on there

10:39AM 10    that maybe I could address, and could I be excused from this

10:39AM 11    proceeding?

10:39AM 12        THE COURT:  Jeff, what if I said no, you have to stay

10:39AM 13    until the bitter end?

10:39AM 14        MR. TILLERY:  It would be okay.  I like everybody here.

10:39AM 15            It deals with we're also assisting Wild Well with

10:39AM 16    the production of documents that have been requested.  We are

10:39AM 17    making another production today of thousands of documents, and we

10:39AM 18    continue to roll these documents out.  So I think that was one of

10:39AM 19    the topics on the agenda.

10:39AM 20            We're on it.  We're doing it.  I don't think

10:39AM 21    anybody has a problem with what we're doing at this point.

10:39AM 22            Having said that, may I be excused?

10:39AM 23        THE COURT:  Yes, you may.

10:39AM 24        MR. TILLERY:  Thank you, Judge.

10:39AM 25        THE COURT:  Thanks, Jeff.

10:39AM   1          MS. BERTAUT:  Judge, Carmelite Bertaut.

10:39AM   2               Can I just ask a clarification on how the Wild Well

10:39AM   3     document production is being produced to the plaintiffs?  Who is

10:39AM   4     doing -- I mean --

10:39AM   5          MR. TILLERY:  What is your question?  I'm sorry?

10:40AM   6          MS. BERTAUT:  How is the Wild Well production being

10:40AM   7     made, the rolling production?

10:40AM   8          MR. TILLERY:  I think the same way all the other

10:40AM   9     documents -- bear in mind, I'm new to this -- the same way all of

10:40AM  10     the other documents have been made, through some sort of vendor.

10:40AM  11     Isn't that right?  I mean, as far as I know, that's what's

10:40AM  12     happening.

10:40AM  13          MS. BERTAUT:  That's what I'm trying to figure out

10:40AM  14     because I'm not -- who is the vendor?

10:40AM  15          MR. TILLERY:  I don't know.  I'll have to get --

10:40AM  16          MS. BERTAUT:  But it's your vendor?

10:40AM  17          MR. TILLERY:  Absolutely.  We had a problem with getting

10:40AM  18     a vendor, Judge, in this case because the vendors all had

10:40AM  19     conflicts.  So we spent a lot of time the first month trying to

10:40AM  20     get a vendor.  I guess y'all could address that issue, too.

10:40AM  21          THE COURT:  Paul, do you know the answer to the

10:40AM  22     question?

10:40AM  23          MR. STERBCOW:  Paul Sterbcow for the PSC, Your Honor.

10:40AM  24               My understanding is we're handling this like the

10:40AM  25     other third-party depositions that we've noticed that require

10:40AM 1    document production.  They are all supposed to come to the PSC

10:40AM 2    through whatever medium, and then we are responsible for

10:40AM 3    disseminating to all parties involved.  That's the way this one's

10:40AM 4    going to be handled.

10:40AM 5            MR. TILLERY:  If that's the way it's been done, that's

10:40AM 6    the way we're doing it.

10:40AM 7            THE COURT:  Jeff, that's the answer to the question.  If

10:41AM 8    anybody asks you in the future, you know it.

10:41AM 9            MR. TILLERY:  I wrote it down right here.

10:41AM 10           THE COURT:  There you go.

10:41AM 11                All right.  Let's start on the calendar.  Corey,

10:41AM 12   you're up.

10:41AM 13                I guess we're going to hold this until next week,

10:41AM 14   Andy, but we wanted to know if we could move Mr. Little to --

10:41AM 15           MR. MAZE:  All the plaintiffs wanted 13 and 14.

10:41AM 16           THE COURT:  -- 13 and 14, and let him travel after that.

10:41AM 17           MR. LANGAN:  It cannot be done.  I tried and tried and

10:41AM 18   tried.  June 9 and 10.

10:41AM 19           THE COURT:  Let me ask you --

10:41AM 20           MR. LANGAN:  I have -- go ahead, Your Honor.  I'm sorry.

10:41AM 21           THE COURT:  -- perhaps what we do with him is, if he's

10:41AM 22   going to have to come back for topics 17 and 19, let's keep

10:41AM 23   June 9 and 10 tentative, and see what dates he can come back for

10:42AM 24   the later topics.  Maybe we can do just a string of days for him,

10:42AM 25   so whoever is going to be deposing Mr. Little --

10:42AM 1        MR. LANGAN:  We'll look at that.

10:42AM 2        THE COURT:  -- can do it all.

10:42AM 3        MR. LANGAN:  In other words, have, I guess, one two-day

10:42AM 4   session where everything is done, okay.  We can look at that.

10:42AM 5        THE COURT:  Do you want one two-day session or two days

10:42AM 6   plus the 30(b)(6) depo topics on a third day?

10:42AM 7        MR. LANGAN:  Possibly.  I will remind the Court that

10:42AM 8   we've had witnesses in this case for other parties that did their

10:42AM 9   personal deposition over two days, plus 15 30(b)(6) topics all in

10:42AM 10  two days.  I'm not sure Mr. Little should be treated any

10:42AM 11  differently than that.

10:42AM 12       THE COURT:  I'm not suggesting he should be.  I just

10:42AM 13  keep qualifying what I say by I don't know what topics 17 and 19

10:42AM 14  are.

10:42AM 15       MR. LANGAN:  Very good.

10:42AM 16       THE COURT:  I'm not prejudging that.

10:42AM 17       MR. MAZE:  This is Corey Maze for the states, and I know

10:42AM 18  the PSC agrees.

10:42AM 19            We would suggest the two plus two, if possible -- I

10:43AM 20  know that Mr. Sterbcow wants to add to that -- just because of

10:43AM 21  who it is, the topics.

10:43AM 22       MR. STERBCOW:  The only thing I would add, Your Honor,

10:43AM 23  is that while Andy is absolutely correct on these other

10:43AM 24  depositions, Ian Little is a BP employee who is very important.

10:43AM 25  We can't make a commitment now that we can do individual --

10:43AM   1   particularly this topic 17, which is admittedly a very important
10:43AM   2   topic, I think we're going to need to at least plan on having the
10:43AM   3   time.  Maybe we don't use it all.
10:43AM   4        THE COURT:  But let's defer this to next week and see
10:43AM   5   what the schedule looks like for Mr. Little to come later in the
10:43AM   6   schedule and cover his topics.
10:43AM   7        I guess what I'm going to want from both sides is,
10:43AM   8   tell me a little something about Mr. Little, tell me about
10:43AM   9   topics 19 and 17, and how much time you all think you need in
10:43AM  10   addition to the two days to cover the topics.
10:44AM  11        MR. STERBCOW:  You want something submitted, or just
10:44AM  12   we'll do that orally next week for you?
10:44AM  13        THE COURT:  I guess, a letter, so I'll --
10:44AM  14        MR. STERBCOW:  One page.
10:44AM  15        THE COURT:  Just give me, you know, one of your letters.
10:44AM  16        MR. STERBCOW:  Be careful what you ask for, Judge.
10:44AM  17        THE COURT:  So we'll pass Mr. Little until next week.
10:44AM  18        Andy, how are we looking on Mr. Tooms to come in
10:44AM  19   for June 15 and 16?
10:44AM  20        MR. LANGAN:  Sorry to be the bearer of bad news.  It
10:44AM  21   can't be moved, Your Honor.
10:44AM  22        The reason for that is we can't move it and prepare
10:44AM  23   them.  Since we have to prepare them -- and I believe this
10:44AM  24   started because -- and I respect the PSC -- a lawyer's travel
10:44AM  25   plans.  We understand and respect that, but I think we've got to

10:44AM  1  go back to first principles here.  It's the witness' availability

10:44AM  2  that at the end of the day is the most important.

10:44AM  3          We tried.  I tried for the last couple weeks if

10:44AM  4  Mr. Tooms can be moved, and right now it's 16 and 17.

10:45AM  5          THE COURT:  For the time being, let's take tentative off

10:45AM  6  of Mr. Tooms, and move on to Graham Vinson.

10:45AM  7          MR. LANGAN:  Yes.  Good news here.

10:45AM  8          THE COURT:  Good.

10:45AM  9          MR. LANGAN:  At the PSC's request.  In addition, I guess

10:45AM 10  the background is he was going to -- he's a 30(b)(6) designee.

10:45AM 11  Then it was suggested, we want him personally, too.  Therefore,

10:45AM 12  we've add the 24th as a day where Mr. Vinson can be deposed --

10:45AM 13          THE COURT:  Thank you.  That's good.  June 23 and 24 for

10:45AM 14  Graham Vinson.

10:45AM 15          MR. LANGAN:  -- for both 30(b)(6) on topics 21 and 23,

10:45AM 16  plus being deposed in his personal capacity.

10:45AM 17          THE COURT:  Next up, Andy, is Jim Cowie.  We're looking

10:45AM 18  to see if he can be available June 2 and 3 or June 8 and 9.

10:45AM 19          MR. LANGAN:  I tried and tried and tried on Mr. Cowie.

10:46AM 20  I don't have earlier dates.  If the PSC hates June 29 and 30, we

10:46AM 21  can look at something --

10:46AM 22          THE COURT:  Which they do.

10:46AM 23          MR. LANGAN:  They hate it.  July 20 and 21.  He's

10:46AM 24  available June 29 and 30.

10:46AM 25          MR. STERBCOW:  Then leave him.

10:46AM 1          THE COURT:  You don't want to go back to London?

10:46AM 2          MR. WILLIAMS:  No.

10:46AM 3          THE COURT:  I understand.

10:46AM 4          MR. LANGAN:  Your Honor, I want the Court to know, and I

10:46AM 5    want my friends on this side to know, we take these requests to

10:46AM 6    change these things very seriously.

10:46AM 7          THE COURT:  Andy, we know that.

10:46AM 8          MR. LANGAN:  We put in a lot of time trying to make it

10:46AM 9    happen.  We respect our adversaries.  This is not being taken

10:46AM 10   lightly, but there is only so much we can do.

10:46AM 11         THE COURT:  No, I understand that, and I think everybody

10:46AM 12   agrees --

10:46AM 13         MR. LANGAN:  Thank you.

10:46AM 14         THE COURT:  -- that we know you're working very hard on

10:46AM 15   this.

10:46AM 16         Next up, we had a tentative date for

10:47AM 17   Vector Magnetics.

10:47AM 18         MR. LANGAN:  Yes, Your Honor.  We continue to have

10:47AM 19   conversations with Vector, their outside -- I think we have to

10:47AM 20   leave July 1st as tentative, is the bottom line.

10:47AM 21         A couple of things about this.  I found out this

10:47AM 22   week for the first time, they are in Ithaca, New York.

10:47AM 23         THE COURT:  July in upstate New York is nice.

10:47AM 24         MR. LANGAN:  I don't disagree.

10:47AM 25         You'll recall, this is the counsel that said, what

10:47AM 1    about paying my travel expenses, and they got a resounding no.
10:47AM 2    We've communicated that.
10:47AM 3                So I'm not saying they are going to come back and
10:47AM 4    say, here is a nice hotel in Ithaca for you, I don't know, but I
10:47AM 5    can't rule it out.
10:47AM 6         THE COURT:  Did they give you any indication of
10:47AM 7    production of documents ahead of time or not?
10:47AM 8         MR. LANGAN:  I think they will do that.  Their counsel,
10:47AM 9    he's been on trial, it's not his top priority.  I mean, you know,
10:47AM 10   not everybody lives in our little world here.
10:48AM 11        THE COURT:  You mean there is another world?
10:48AM 12        MR. LANGAN:  So we're trying, but Vector's counsel --
10:48AM 13   and I'm sure he's a nice fellow -- doesn't pay the attention to
10:48AM 14   DEEPWATER HORIZON that, perhaps, the rest of us do.
10:48AM 15        THE COURT:  That the rest of us do.
10:48AM 16                Have we gotten to them the list of documents that
10:48AM 17   Halliburton is looking for?  That's long since out to them?
10:48AM 18        MR. LANGAN:  I think we have.
10:48AM 19        THE COURT:  Andy, let's cover this again next week.
10:48AM 20   But, I guess the issue being this, to Alan, if next week we're
10:48AM 21   still up in the air, maybe you should go ahead and do a subpoena
10:48AM 22   returnable a couple of weeks before the July 1st date, just to
10:48AM 23   make sure you're covered and you're going to get your documents
10:48AM 24   ahead of time.
10:48AM 25                You know, cover it with a letter saying, this is

10:48AM  1   just out of an abundance of caution, we're sure you're going to

10:49AM  2   work with us, all that good stuff; but, that way, we've covered

10:49AM  3   the documents.

10:49AM  4           Next up, Andy, was Mike Cargol, C-A-R-G-O-L.

10:49AM  5       MR. LANGAN:  We told you last week --

10:49AM  6           Andy Langan for BP.

10:49AM  7           -- that we didn't need Mr. Cargol.

10:49AM  8       THE COURT:  You're right.

10:49AM  9       MR. LANGAN:  I think the idea was if anybody else wants

10:49AM 10   him.  I've not heard anything.

10:49AM 11       THE COURT:  Nobody else picked him up.  He's gone.

10:49AM 12   Good.

10:49AM 13           Does anybody else want to volunteer to drop

10:49AM 14   witnesses?  No?

10:49AM 15       MR. LANGAN:  That brings us to Mr. McKay.

10:49AM 16       THE COURT:  That brings us to Mr. McKay.

10:49AM 17       MR. LANGAN:  Actually, Mr. Godwin and I have had some

10:49AM 18   conversations.  I think we're going to be at an impasse on this

10:49AM 19   one, so -- Mr. Godwin can speak for himself.

10:49AM 20           We would like to send a letter to the Court middle,

10:49AM 21   late next week, and he'll probably want to respond, and maybe

10:49AM 22   we'll talk about it in terms of trying to resolve whether he will

10:49AM 23   be produced for phase one.  That's really our issue.  Phase one

10:50AM 24   is not the right time for Mr. McKay.

10:50AM 25       MR. GODWIN:  Well, we, of course, disagree with that,

| | |
|---|---|
| 10:50AM 1 | Judge.  We do want Mr. Kay.  He was, on April 20th and for some |
| 10:50AM 2 | period of time prior to then, and today, even, the CEO of BP |
| 10:50AM 3 | North America. |
| 10:50AM 4 | So he's testified a number of times before Congress |
| 10:50AM 5 | and other bodies, as well as business groups, talking about the |
| 10:50AM 6 | multiple parties and the multiple causes, the cement job, what |
| 10:50AM 7 | went wrong.  I mean, he talks as though someone who has authority |
| 10:50AM 8 | and knowledge about what all went on. |
| 10:50AM 9 | Just like with Mr. Tony Hayward and others, he's |
| 10:50AM 10 | somebody that we believe is very, very key to resolving the |
| 10:50AM 11 | issues in this case.  I've spoken to the PSC about it.  I think |
| 10:50AM 12 | they agree with me on that, that he's someone we need to depose, |
| 10:50AM 13 | and we need to find out what he knew about it. |
| 10:50AM 14 | He was the one who oversaw the entire |
| 10:50AM 15 | Gulf of Mexico.  I mean, this was the person who was in charge of |
| 10:50AM 16 | it, not Tony Hayward, in terms of North America. |
| 10:51AM 17 | So I respect Andy's desire to want to brief it and |
| 10:51AM 18 | talk about it next Friday.  I'm fine with that.  But I do want -- |
| 10:51AM 19 | I do want to present it, and I do want to take his deposition. |
| 10:51AM 20 | I would propose to Your Honor that we schedule it, |
| 10:51AM 21 | if you allow us to do so, sometime in July when we're back from |
| 10:51AM 22 | London.  I need to take his deposition; and, so anytime after we |
| 10:51AM 23 | get back on or about the 8th or 9th of July, you know, I'll make |
| 10:51AM 24 | myself available here in New Orleans, or wherever it is that we |
| 10:51AM 25 | are permitted to take Mr. McKay's depo. |

10:51AM 1          But we do need to take it.  I've got a long list of
10:51AM 2   things that he has talked about publicly as to what he knows, but
10:51AM 3   I don't think we need to go into that here at this moment.
10:51AM 4          THE COURT:  Okay.
10:51AM 5          MR. LANGAN:  I was hoping we weren't.
10:51AM 6          THE COURT:  Well, you were hoping so, but it didn't work
10:51AM 7   out that way.
10:51AM 8          MR. LANGAN:  So, suffice it to say, Mr. Godwin has a
10:51AM 9   very different view than we do, and I think he's wrong on many
10:51AM 10  counts.
10:51AM 11         THE COURT:  Let's go ahead and get the letters in with
10:52AM 12  regard to Mr. McKay.  Let's get those in sometime next week.  We
10:52AM 13  will just defer this until we've had an opportunity to look at
10:52AM 14  it, and we'll talk about it at that point.
10:52AM 15         MR. GODWIN:  As a thought, Your Honor, we get them in
10:52AM 16  next week.  Could we take this up either next Friday or, if not
10:52AM 17  next Friday, the Friday after, so that we resolve it before we go
10:52AM 18  to London, so we can make our plans?
10:52AM 19         THE COURT:  Oh, yes.  Definitely.
10:52AM 20         MR. GODWIN:  Thank you, Your Honor.
10:52AM 21         THE COURT:  Definitely.
10:52AM 22         I guess, just out of an abundance of caution, Andy,
10:52AM 23  don't flip out, but why don't you look for some dates in July for
10:52AM 24  Mr. McKay's availability, so that it doesn't get completely
10:52AM 25  booked, in the event that we decide he's going to be deposed.

10:52AM 1          MR. LANGAN:  We'll check into that, Your Honor.

10:52AM 2          THE COURT:  Thanks.

10:52AM 3          MR. ROY:  Your Honor, Jim Roy.

10:52AM 4          While we won't be cluttering the file cabinets with

10:52AM 5  additional paper, for the record the PSC joins Don's request for

10:53AM 6  this witness to be deposed.

10:53AM 7          THE COURT:  He made it pretty clear.

10:53AM 8          MR. MAZE:  This is Corey Maze for the states.  Both of

10:53AM 9  the states agree with that, as well.

10:53AM 10         MR. GODWIN:  Well, you've asked us to go around and talk

10:53AM 11 to everybody, Your Honor, to try to reach an agreement.  While

10:53AM 12 I've given all the other names in here, there are several others

10:53AM 13 in the room that I won't name that also are in agreement that we

10:53AM 14 need Mr. McKay's depo.

10:53AM 15         THE COURT:  May I assume it's everybody except BP?

10:53AM 16         MR. GODWIN:  Judge, there may be one exception, but

10:53AM 17 probably not more than one.

10:53AM 18         MR. DRAGNA:  Your Honor, we should take a vote.

10:53AM 19         MR. GODWIN:  Raise your hand.

10:53AM 20         THE COURT:  Next up is Albertin, A-L-B-E-R-T-I-N.

10:53AM 21 Neither Mike nor I can remember who requested the gentleman.

10:53AM 22 Does anybody know?

10:53AM 23         MR. STERBCOW:  Your Honor, Paul Sterbcow.

10:53AM 24         It was a joint PSC/US request.

10:54AM 25         THE COURT:  Do we have any information on him, Andy?

10:54AM 1        MR. LANGAN:  Your Honor, we read your order and didn't

10:54AM 2  read it as requiring us to take any action.  It says no action on

10:54AM 3  the request to add Albertin to the master list.

10:54AM 4         So, in as much as we have plenty to do when we are

10:54AM 5  asked to do something --

10:54AM 6        THE COURT:  That's pretty conclusive.

10:54AM 7        MR. LANGAN:  If the answer is should we start checking,

10:54AM 8  we will.

10:54AM 9        THE COURT:  I guess that's the answer.  Let's start

10:54AM 10  checking.  Neither Mike nor I could figure out who had requested

10:54AM 11  him.

10:54AM 12        All right.  We've got a response from Kurt Arnold

10:54AM 13  relative to Andrea Fleytas.  Paul, why don't you come on up.  You

10:54AM 14  can go ahead and set the dates, right?

10:54AM 15        MR. STERBCOW:  Yes, Your Honor.  I think -- did I

10:54AM 16  forward the letter?

10:55AM 17        THE COURT:  Yes.

10:55AM 18        MR. STERBCOW:  So according to Kurt, subject to maybe

10:55AM 19  his second attempt to do whatever he feels like he needs to do,

10:55AM 20  July 13, 14, or 25 through 29.  We would prefer -- certainly not

10:55AM 21  the 13th.

10:55AM 22        THE COURT:  Okay.

10:55AM 23        MR. STERBCOW:  It could be done -- Kuchta is -- we don't

10:55AM 24  know if he's a Fifth Amendment yet, but nothing is set toward the

10:55AM 25  end of the month; so, if we want to set it on a date where

10:55AM 1    everybody is free.

10:55AM 2         THE COURT:  Pick a date.

10:55AM 3         MR. STERBCOW:  25th?

10:55AM 4         THE COURT:  Do you think you'll only need one day?  I

10:55AM 5    assume you will only need one day.

10:55AM 6         MR. LANGAN:  I think two days are going to be needed.

10:55AM 7         MR. STERBCOW:  That's what I was going to say.  That may

10:55AM 8    not be my call, Judge.  We better set it for two days.

10:55AM 9         THE COURT:  Then pick two days.

10:55AM 10        MR. STERBCOW:  25, 26.

10:55AM 11        THE COURT:  You'll let Kurt know?

10:56AM 12        MR. STERBCOW:  F-L-E-Y-T-A-S.  I will let him know in

10:56AM 13   writing, Your Honor, and copy everybody.

10:56AM 14        THE COURT:  Don't sit down yet, Paul.

10:56AM 15             Well, you should sit down.

10:56AM 16        MR. MILLER:  Your Honor, if I could.  Kerry Miller.

10:56AM 17             On that note for Fleytas and the other Transocean

10:56AM 18   employees who have sued Transocean, I think Don and I worked out

10:56AM 19   an agreement the other day in connection with the Doug Brown

10:56AM 20   deposition that was taken earlier this week.  I think the

10:56AM 21   agreement we worked out is we are not -- Transocean is not

10:56AM 22   presenting any witnesses -- not presenting them.  They are

10:56AM 23   hostile witnesses to Transocean.

10:57AM 24             So the arrangement that I reached with Don Haycraft

10:57AM 25   is that in connection with -- the liability deposition goes

10:57AM 1  first, because, remember, she would be one where we would do

10:57AM 2  damages after the fact.

10:57AM 3           By the way, I think the situation worked out well

10:57AM 4  the other day with Doug Brown.  It seemed as if this was a

10:57AM 5  workable way to do it.  But Transocean and BP would each have

10:57AM 6  90 minutes during the liability phase of the deposition with

10:57AM 7  these particular witnesses, so I do think --

10:57AM 8           MR. HAYCRAFT:  No, more than 90.  I don't remember the

10:57AM 9  number, but it's -- yeah, that's an hour and a half.  That's

10:57AM 10  right.

10:57AM 11           MR. MILLER:  90 minutes apiece during the liability

10:57AM 12  phase of these depositions.  So given the other issues, they

10:57AM 13  probably are two-day depositions, 15-hour days.

10:57AM 14           THE COURT:  Good.  That's great.

10:57AM 15           Now, next up, Halliburton had communicated with

10:58AM 16  Mr. Arnold relative to -- one, two, three, four, five -- six

10:58AM 17  other people.

10:58AM 18           MR. GODWIN:  Yes, Your Honor.

10:58AM 19           THE COURT:  Okay, Don.

10:58AM 20           MR. GODWIN:  Thank you, Judge.  Don Godwin for

10:58AM 21  Halliburton.

10:58AM 22           Your Honor, we did speak with Mr. Arnold, and he

10:58AM 23  proposed for Allen Seriale, June 16 and 17.  Those dates work for

10:58AM 24  us.

10:58AM 25           THE COURT:  Let's take a look.

10:58AM 1        MR. MAZE:  What was the date?

10:58AM 2        MR. GODWIN:  June 16 and 17.

10:58AM 3        THE COURT:  June 16 and 17.

10:58AM 4        MR. GODWIN:  Yes, Your Honor.

10:58AM 5        THE COURT:  Let's take a look.  Hold on a second.

10:58AM 6        MR. GODWIN:  They don't appear to be so busy as some of

10:58AM 7   the others that he gave.

10:58AM 8        THE COURT:  You're right.  So let's put down Allen,

10:58AM 9   A-L-L-E-N, Seriale, S-E-R-I-A-L-E.

10:58AM 10        MR. GODWIN:  I think it's S-E-R-A-I-L-E, Your Honor.  Is

10:58AM 11   it I?  It's I.  You're right.  Allen Seriale.

10:58AM 12        Your Honor, with regard to Mr. William Johnson,

10:58AM 13   J-O-H-N-S-O-N, Kurt -- Mr. Arnold suggested June 16 and 17, as

10:59AM 14   well, for Mr. Johnson.

10:59AM 15        MR. UNDERHILL:  What was the first name, Don?

10:59AM 16        MR. GODWIN:  That's William, William Johnson.

10:59AM 17        The next one, Judge, is Mr. Dustin Johnson,

10:59AM 18   D-U-S-T-I-N, Johnson, J-O-H-N-S-O-N.  He suggested June 20 and

10:59AM 19   21.  Those are very problematic days, it seems --

10:59AM 20        THE COURT:  Yes, they are.

10:59AM 21        MR. GODWIN:  -- because of the number there on the

10:59AM 22   calendar.  We were hoping for sometime in July with Mr. Dustin

10:59AM 23   Johnson.

10:59AM 24        He also recommended for Mr. Stephen Bertone,

10:59AM 25   S-T-E-P-H-E-N, Bertone, B-E-R-T-O-N-E, or Bertone, he recommended

10:59AM 1   June 22 and 23.  Again, we were hoping to have those in July,

10:59AM 2   simply because of the numbers that we already have for June 20,

10:59AM 3   21, 22 and 23.

10:59AM 4           THE COURT:  Did you ask him about that, or have you --

11:00AM 5           MR. GODWIN:  I did, Judge, and he said he didn't have

11:00AM 6   anything to offer.

11:00AM 7           What I would like to be able to do is to go back to

11:00AM 8   him and say that we spoke with Your Honor, and that you suggested

11:00AM 9   that he provide dates in July for Mr. Johnson and Mr. Bertone.

11:00AM 10          THE COURT:  Paul.

11:00AM 11          MR. STERBCOW:  If I may, Your Honor, Paul Sterbcow.

11:00AM 12          Maybe Mr. Arnold can be told him that he's offered

11:00AM 13  us dates in July for Ms. Fleytas; and, as long as he's here,

11:00AM 14  maybe somebody from his office can accompany him, and we can

11:00AM 15  knock them all out.

11:00AM 16          MR. GODWIN:  I think if I told him Your Honor said that

11:00AM 17  June 20 through 23 are already committed, and that we would like

11:00AM 18  dates in July, I'm certain that he would, you know, come forth

11:00AM 19  with some other dates.

11:00AM 20          THE COURT:  Let's look at the July calendar real quick.

11:00AM 21  We've got Ms. Fleytas on 25, 26.  I'm wondering whether it's --

11:00AM 22  first of all, let me ask you all this, can you double track

11:00AM 23  Fleytas with one of these other witnesses?

11:00AM 24          MR. GODWIN:  Yes, Your Honor.

11:00AM 25          MR. STERBCOW:  We can.  The problem is going to be him.

11:00AM  1        THE COURT:  I understand, but he's double tracking

11:01AM  2    Johnson and Seriale.

11:01AM  3        MR. GODWIN:  Right.

11:01AM  4        THE COURT:  So why don't we suggest that either Bertone

11:01AM  5    or Dustin Johnson be taken on the 25, 26, and the other one, 27,

11:01AM  6    28; see if that's available.  Or perhaps he can stay the weekend,

11:01AM  7    21, 22.

11:01AM  8        MR. GODWIN:  That would work for Halliburton,

11:01AM  9    Your Honor.

11:01AM 10        MR. STERBCOW:  The PSC, as well.  Absolutely.

11:01AM 11        THE COURT:  So would you run those dates past him?

11:01AM 12        MR. GODWIN:  I will, Judge.

11:01AM 13        THE COURT:  Tell him you'll be happy to double track

11:01AM 14    with Ms. Fleytas to accommodate his schedule.

11:01AM 15        MR. GODWIN:  We'll call him later today.

11:01AM 16        THE COURT:  Good.

11:01AM 17        MR. GODWIN:  There are two other witnesses, Your Honor.

11:01AM 18        THE COURT:  Yes.  Carl Taylor.

11:01AM 19        MR. GODWIN:  Carl Taylor and Nick Watson.  Carl,

11:01AM 20    C-A-R-L, and Nick Watson, N-I-C-K.

11:01AM 21        We asked for dates.  He did not provide dates for

11:01AM 22    either Mr. Carl Taylor or Mr. Nick Watson.  Again, he just said

11:02AM 23    we're not providing dates right now.  He didn't refuse; it's just

11:02AM 24    that he didn't want to give us dates.

11:02AM 25        I think, again, if we told him that we need dates,

11:02AM  1    Your Honor has suggested dates in July, pick some dates, I think

11:02AM  2    that he'll provide us some dates.  That's been my experience with

11:02AM  3    him.

11:02AM  4            THE COURT:  I think that's right.  Again, we'll

11:02AM  5    accommodate him.  If he can double track, we'll try to double

11:02AM  6    track these two witnesses.

11:02AM  7            MR. GODWIN:  If I can tell him that you said you want

11:02AM  8    some dates in July and double tracking is something that we would

11:02AM  9    suggest, then I think he'll come back with something, and I can

11:02AM 10    report back next Friday.

11:02AM 11            THE COURT:  Perfect.

11:02AM 12            MR. GODWIN:  Thank you, Your Honor.

11:02AM 13            THE COURT:  Thank you.

11:02AM 14            MR. MILLER:  Excuse me, Your Honor.  Before we leave,

11:02AM 15    did you talk to Mr. Arnold -- if we're doubling tracking Johnson

11:02AM 16    and Seriale on June 16 and 17, is there any ability to move one

11:02AM 17    of them up to 14 and 15.

11:02AM 18            MR. GODWIN:  Don Godwin, Halliburton.

11:02AM 19                He didn't say, Kerry.  He gave us those dates and

11:03AM 20    said that was it.  I could ask him for that, if that works for

11:03AM 21    you, but that's what he suggested.

11:03AM 22            MR. MILLER:  That would be great because the 15th is our

11:03AM 23    last day of the month, and we're going to have some troops in

11:03AM 24    London and some in New Orleans.  We would like not to -- in June,

11:03AM 25    not to double track because that's the same group of folks, if at

11:03AM 1   all possible.

11:03AM 2         MR. GODWIN:  I'll ask him about that, if that's okay

11:03AM 3   with Your Honor.

11:03AM 4         THE COURT:  It can't hurt to ask.

11:03AM 5         MR. GODWIN:  I'll ask, Judge.

11:03AM 6               Thank you, Kerry.

11:03AM 7         THE COURT:  All right.  We're looking to hear how BP did

11:03AM 8   in its communications with Mr. Buzbee.

11:03AM 9         MR. LANGAN:  Your Honor, Andy Langan for BP.

11:03AM 10              We took one step forward, then two steps back.

11:03AM 11  We're in communication with one of his colleagues, and we thought

11:03AM 12  we had dates for Mr. Morgan and Mr. Sandell.  In fact, we noticed

11:03AM 13  dates for Mr. Morgan and Mr. Sandell.  The gentleman from

11:04AM 14  Mr. Buzbee's office offered that those dates don't work, offered

11:04AM 15  some other dates and then said those don't work.

11:04AM 16              So we're really kind of at a standing start.  We're

11:04AM 17  kind of at a standing start with Mr. Buzbee's office on this.  I

11:04AM 18  think they are trying to help, but it was something along the

11:04AM 19  lines, well, I thought I was going to get help from another

11:04AM 20  lawyer in my office, but now the guy can't help.

11:04AM 21              So, we're trying.

11:04AM 22        THE COURT:  Oh, I know you are.  Look, what I would

11:04AM 23  suggest you do is tell him that I would prefer to have dates on

11:04AM 24  my calendar next Friday.  Strongly suggest to him that I would

11:04AM 25  like to have fixed dates on my calendar, whatever he can do in

11:04AM 1    the intervening week to give us solid dates.

11:04AM 2              Andy, why don't you work with him to let him know

11:04AM 3    which dates are good for the group at this point, because we are

11:04AM 4    so booked up in some of these.  So I don't want him just to --

11:05AM 5    you know, give him a little guidance.  I definitely would like to

11:05AM 6    hear from him so that we've got these two witnesses booked.

11:05AM 7              MR. LANGAN:  We actually had dates in the third week of

11:05AM 8    May and the fourth week in May for Morgan and Sandell, but, then,

11:05AM 9    all of a sudden, they didn't work anymore.  I think we actually

11:05AM 10   had notices out, but Mr. Buzbee's office said, sorry, those dates

11:05AM 11   don't work.

11:05AM 12             THE COURT:  Maybe we can get him to rethink that.

11:05AM 13             MR. LANGAN:  We'll take that message back, Your Honor.

11:05AM 14             THE COURT:  Great.

11:05AM 15             MR. LANGAN:  We've also reached out to Mr. Walsh's

11:05AM 16   office about Mr. Wheeler.

11:05AM 17             THE COURT:  How did you do there?

11:05AM 18             MR. LANGAN:  I don't think we've heard back yet.

11:05AM 19             MR. MILLER:  Andy, I e-mailed someone in your office

11:05AM 20   yesterday, I think, on that and directed them to talk to his

11:05AM 21   personal injury counsel, Brett Robinson, in Mississippi.

11:05AM 22             MR. LANGAN:  I think we've done that.

11:05AM 23             MR. MILLER:  That may be the better point of contact.

11:06AM 24             MR. LANGAN:  We'll try that.

11:06AM 25             MR. MILLER:  Brett Robinson.

11:06AM 1          MR. LANGAN:  Here in New Orleans?

11:06AM 2          MR. MILLER:  No, in Laurel, Mississippi.

11:06AM 3          MR. LANGAN:  Thank you, Mr. Miller.

11:06AM 4          THE COURT:  All right.

11:06AM 5          MR. LANGAN:  Your Honor, while I have the podium, can

11:06AM 6    I -- one other scheduling thing?

11:06AM 7          THE COURT:  Sure.

11:06AM 8          MR. LANGAN:  The United States has confirmed one of the

11:06AM 9    incident related witnesses that we had asked for,

11:06AM 10   Mr. Frank J. Patton, for July 13 and 14.  I think it's

11:06AM 11   P-A-T-T-E-N.

11:06AM 12         MR. UNDERHILL:  O-N.

11:06AM 13         MR. LANGAN:  O-N.  I was close.

11:06AM 14              July 13 and 14.  I think I have that right,

11:06AM 15   Mr. Underhill.

11:06AM 16         THE COURT:  He's an event witness?

11:06AM 17         MR. LANGAN:  Licensing, permitting, that kind of thing,

11:06AM 18   yes.  There may be others that Mr. Underhill can tell us about.

11:07AM 19   I don't know.

11:07AM 20         THE COURT:  We have not gotten to Mr. Underhill yet.

11:07AM 21         MR. MAZE:  So we're adding Patton for July 13 and 14?

11:07AM 22         THE COURT:  Yes, adding Patton, July 13 and 14.

11:07AM 23              Next, we've got the two out of three witnesses,

11:07AM 24   Eddy Redd, David Cameron and Mr. Sneddon.

11:07AM 25              Kerry, you and the PSC were going to work to

11:07AM  1    schedule two of those three, right?

11:07AM  2         MR. MILLER:  Your Honor, Kerry Miller for Transocean.

11:07AM  3              I don't know why I walked up to the podium, other

11:07AM  4    than to come get a closer look at the calendar.  But what we're

11:08AM  5    able to confirm on that issue -- and these would be source

11:08AM  6    control witnesses, so these are segment two witnesses; but

11:08AM  7    because they are located either in Russia or in Scotland, we

11:08AM  8    thought it was better to produce them in London than having them

11:08AM  9    fly to the United States.

11:08AM 10              We were able to confirm David Cameron for June 13

11:08AM 11    and 14, while the gang is in London.

11:08AM 12              Still working on Eddy Redd.  He would be more

11:08AM 13    knowledgeable than Mr. Sneddon.  So Sneddon would still be a

11:08AM 14    backup.  We're still waiting to get Redd from Russia over, but

11:08AM 15    that's taking some time since he's no longer in the employ of

11:08AM 16    Transocean.  But Cameron is confirmed.

11:08AM 17         THE COURT:  Good, good, good.

11:08AM 18         MR. LANGAN:  Your Honor, can Mr. Miller -- is

11:08AM 19    Mr. Cameron going to be deposed in London?

11:08AM 20         MR. MILLER:  Yes, we would like to use your offices.

11:08AM 21         MR. LANGAN:  That's where I was going.  We can talk

11:08AM 22    about the rate and all that.

11:08AM 23         THE COURT:  Yes, the rate --

11:08AM 24         MR. MILLER:  You mean what you're going to pay me?

11:09AM 25         THE COURT:  -- the catering charges, let's see, travel

11:09AM 1    expenses for the attorneys.

11:09AM 2              Next up is James Ingram.  PSC asked for that one,

11:09AM 3    right?

11:09AM 4         MR. LANGAN:  Andy Langan, Your Honor.  We may be late on

11:09AM 5    this, but we would like to keep Mr. Ingram on the list, along

11:09AM 6    with Mr. Meinhart that Halliburton and BP have said we want to

11:09AM 7    keep on the list.

11:09AM 8         MR. MILLER:  Your Honor, Kerry Miller for Transocean

11:09AM 9    again.

11:09AM 10             With respect to Mr. Meinhart, I got Halliburton's

11:09AM 11   e-mail this morning on that.  That's another Kurt Arnold client.

11:09AM 12        THE COURT:  Right.

11:09AM 13        MR. MILLER:  I don't control him.  So the e-mail said,

11:09AM 14   Kerry, arrange for some deposition dates, and I don't have that

11:09AM 15   ability.  So, Don, when you talk to Kurt Arnold, add Meinhart to

11:09AM 16   your list of dates to get from him.

11:09AM 17        MR. GODWIN:  I will.

11:09AM 18        MR. LANGAN:  And Ingram, perhaps.

11:10AM 19        THE COURT:  Both of them.  Ingram and Meinhart, if you

11:10AM 20   don't mind --

11:10AM 21        MR. GODWIN:  I'll do that.

11:10AM 22        THE COURT:  -- are both represented by Mr. Arnold.

11:10AM 23        MR. GODWIN:  May I tell him, Your Honor, that you

11:10AM 24   suggested July, again, and not double tracking?  Kerry?

11:10AM 25        MR. MILLER:  That would be great if we not double track

11:10AM  1    the crew.

11:10AM  2         MR. GODWIN:  I'll do it.  Thank you.

11:10AM  3         THE COURT:  Good.  Thank you.

11:10AM  4         MR. GODWIN:  Thank you, Kerry.

11:10AM  5         THE COURT:  Next up was Pharr, P-H-A-R-R, Smith.

11:10AM  6         MR. MILLER:  Your Honor, my report on Pharr Smith is he

11:10AM  7    is a former Transocean employee who, I think, Don Haycraft

11:10AM  8    requested last week.

11:10AM  9         We reached out to Mr. Smith, and what he said is,

11:10AM 10    is he will give a deposition, if it's okay that Transocean and

11:11AM 11    its counsel can present him.

11:11AM 12         I think he was concerned a little bit about

11:11AM 13    incurring his own lawyer fees.  He just wanted to make sure that

11:11AM 14    it would ethically okay, no negative inferences, if when he

11:11AM 15    appeared for a deposition we were able to present and defend him

11:11AM 16    in the deposition.

11:11AM 17         MR. HAYCRAFT:  As long as you don't lead.

11:11AM 18         THE COURT:  Is that an agreement?

11:11AM 19         MR. MILLER:  That's an agreement.  So if that's the

11:11AM 20    agreement that's in place, I'll have dates for Mr. Smith

11:11AM 21    hopefully next Friday.  He just wanted to make sure that he

11:11AM 22    didn't need to retain separate counsel.

11:11AM 23         THE COURT:  Good.  That's great.  Thank you, Kerry.

11:11AM 24         Next up, we've got Jim McWhorter, Geoff Boughton,

11:11AM 25    David Hackney, and Ray Odenwald.  We did agree that we wanted to

11:12AM  1   schedule them in July.  July's starting to look like a very busy

11:12AM  2   month.

11:12AM  3          MR. MILLER:  I have dates for most of them, so let's get

11:12AM  4   them on the calendar.

11:12AM  5          McWhorter, July 20 and 21.  Jim McWhorter.  He's

11:12AM  6   going to be an event BOP type witness.  July 20 and 21.

11:12AM  7          MR. MAZE:  20, 21?

11:12AM  8          MR. MILLER:  Yes.

11:12AM  9          Ray Odenwald, same type of witness, July 27 and 28.

11:12AM 10          We talked about Mr. Smith before.  We can get dates

11:12AM 11   for him -- we're good on him.

11:12AM 12          Boughton, I don't have dates yet.  Hopefully I'll

11:13AM 13   have those next Friday.

11:13AM 14          David Hackney, July 25 and 26.

11:13AM 15          THE COURT:  Good progress.

11:13AM 16          MR. MILLER:  I have one request for a change from late

11:13AM 17   June to early July.

11:13AM 18          THE COURT:  That sounds like it would be a relief.

11:13AM 19          MR. MILLER:  Well, I hope so.  It was some issues with a

11:13AM 20   witness.

11:13AM 21          Bill Ambrose was on the calendar for 27 and 28 of

11:13AM 22   July.  We would like to move him to -- I'm sorry, 27 and 28 of

11:13AM 23   June.  We would like to move him back to July 12 and 13.  Those

11:13AM 24   dates are pretty clear right now.

11:13AM 25          THE COURT:  Yes.

| | | |
|---|---|---|
| 11:13AM | 1 | MR. MILLER:  How about 13 and 14?  How about 18 and 19? |
| 11:13AM | 2 | THE COURT:  Right now, 18 and 19 looks best.  Do you |
| 11:13AM | 3 | guys agree? |
| 11:13AM | 4 | MR. STERBCOW:  Ambrose? |
| 11:13AM | 5 | MR. MILLER:  Yes, Ambrose.  He had something come up. |
| 11:13AM | 6 | So I had a bunch of dates in July, and I was just giving them to |
| 11:14AM | 7 | you. |
| 11:14AM | 8 | MR. STERBCOW:  July 18 and 19, okay. |
| 11:14AM | 9 | THE COURT:  18, 19. |
| 11:14AM | 10 | MR. MILLER:  We could do 19, 20.  It doesn't matter. |
| 11:14AM | 11 | THE COURT:  18, 19, put him down. |
| 11:14AM | 12 | MR. UNDERHILL:  Kerry, what date was he on in June? |
| 11:14AM | 13 | MR. MILLER:  27 and 28. |
| 11:14AM | 14 | THE COURT:  He's coming off June 27, 28. |
| 11:14AM | 15 | All right.  Next, Paul, have you got tentative |
| 11:14AM | 16 | dates for Michael Williams?  I'm getting worried that we need to |
| 11:14AM | 17 | slot him. |
| 11:14AM | 18 | MR. STERBCOW:  I do, Your Honor. |
| 11:14AM | 19 | Basically, we've got any time the week of the 18th |
| 11:14AM | 20 | or the 25th, I think we can do it. |
| 11:14AM | 21 | THE COURT:  Pick a date. |
| 11:14AM | 22 | MR. STERBCOW:  Let's do it on 20, 21. |
| 11:15AM | 23 | THE COURT:  Looks good. |
| 11:15AM | 24 | MR. STERBCOW:  Mike Williams. |
| 11:15AM | 25 | THE COURT:  So Mike Williams will be July 20, 21. |

11:15AM  1       MR. STERBCOW:  Your Honor, we've got -- the PSC has

11:15AM  2  gotten -- has a few more names, but we'll circulate those around,

11:15AM  3  and we'll deal with that next Friday, stuff that has come up in

11:15AM  4  the depositions in the last few weeks.

11:15AM  5       THE COURT:  Yes, sounds good.  Thank you, Paul.

11:15AM  6            Okay, Kerry, let me ask you:  Have you got any

11:15AM  7  information on Troy Hadaway?

11:15AM  8       MR. MILLER:  I'm fishing around.  No, Your Honor, I

11:15AM  9  don't.

11:15AM 10       MR. LANGAN:  Caleb Holloway?

11:15AM 11       THE COURT:  Troy Hadaway.  BP had requested that he be

11:16AM 12  added to the master list.  So, Kerry, if you could add that to

11:16AM 13  your things to do.

11:16AM 14       MR. MILLER:  Did you send me something, Don?

11:16AM 15       MR. HAYCRAFT:  I think I did.  He's the rig safety

11:16AM 16  coordinating.

11:16AM 17       THE COURT:  It's Troy Hadaway, H-A-D-A-W-A-Y.  He was

11:16AM 18  the rig safety and training coordinator.  So we'll just pass him.

11:16AM 19            Is everything okay, no bumps in the road relative

11:16AM 20  to production for the UK depos?  Any problems, guys?  This is

11:16AM 21  just me asking the question.  I'm not suggesting anything.

11:16AM 22       MR. LANGAN:  As far as I know.

11:16AM 23       THE COURT:  I'm not suggesting anything.

11:16AM 24       MR. STERBCOW:  I'm not either.

11:16AM 25       THE COURT:  Good.

11:16AM 1          MR. STERBCOW:  Paul Sterbcow.

11:16AM 2               An issue has come up.  Andy and I have swapped a

11:17AM 3     few e-mails.  We just need to carve out a little time to talk

11:17AM 4     about it.

11:17AM 5               The PSC is interested in looking at and

11:17AM 6     photographing the real-time operation center of BP in their

11:17AM 7     Westlake facility in Houston.  I'm very convinced that we need to

11:17AM 8     have some photographic representations of that center, some form

11:17AM 9     or fashion, when we leave to go to London.

11:17AM 10              So -- and, obviously, we'll go to Houston.  It

11:17AM 11    entails going to Houston with a camera, basically, walking

11:17AM 12    around.

11:17AM 13              Now, the problem is they've changed the facility,

11:17AM 14    and so I need to talk to Andy about what's still representative,

11:17AM 15    what's not, can we -- how are we going to work this out.

11:17AM 16              That's on the table.  We literally have not had a

11:17AM 17    face-to-face discussion about it yet.  That's where we are with

11:17AM 18    it.  Other than that, everything else seems to be fine.

11:17AM 19         MR. LANGAN:  We're happy to talk to Paul about this.  It

11:17AM 20    may turn out to be a bit of a wild goose chase, given what's

11:17AM 21    changed; but, we have some information, and we're going to talk

11:17AM 22    to him about it.

11:18AM 23         THE COURT:  Great.  Thank you.

11:18AM 24         MR. MILLER:  Your Honor, if I may, a point of

11:18AM 25    clarification on some folks we just covered, William Johnson,

11:18AM 1   Dustin Johnson, Carl Taylor, Nick Watson.  They're on page 15 of

11:18AM 2   your most recent status conference report.  I think Don Godwin

11:18AM 3   covered them in connection with his Kurt Arnold report.

11:18AM 4        It's indicated on page 15 of your last report that

11:18AM 5   the requesting party is Transocean for those folks; and, we were

11:18AM 6   when we had the separate plaintiff personal injury track.  If BP

11:18AM 7   and Halliburton want them for the event, that's fine.  We don't

11:18AM 8   see the need to have them for a separate personal injury

11:18AM 9   deposition if, in fact, they are event track witnesses and we're

11:18AM 10  going to do the personal injury deposition afterwards.

11:18AM 11       Is that the game plan with those guys?

11:18AM 12            MR. GODWIN:  Right.

11:18AM 13            MR. MILLER:  So you guys want them for the event?

11:18AM 14            MR. GODWIN:  Right.

11:18AM 15            THE COURT:  Fine.

11:18AM 16            MR. GODWIN:  Your Honor, before we go through June,

11:18AM 17  Mr. John Wright, he's not a London depo, but he's back here in

11:18AM 18  the USA, Mr. John Wright, formerly with Boots & Coots.  He had

11:19AM 19  been previously requested by PSC, USA, Alabama, and

11:19AM 20  Anadarko/MOEX.  Halliburton wants him, as well.

11:19AM 21       He has told us recently that while we've got him on

11:19AM 22  the calendar for June 9 and 10, that, for confidentiality reasons

11:19AM 23  relating to his relationship with BP and work he did for them,

11:19AM 24  that he will need a subpoena.

11:19AM 25       We would ask if the PSC would be willing to issue a

11:19AM 1    subpoena for John Wright?  Or should we issue it, Judge?  Since

11:19AM 2    they were the requesting party, if they want to do it, fine; if

11:19AM 3    not, we'll do it.

11:19AM 4              MR. STERBCOW:  That's fine.

11:19AM 5              MR. GODWIN:  But June 9 and 10.

11:19AM 6              Thanks, Paul.  Thank you, Your Honor.

11:19AM 7         THE COURT:  We have been thinking about the London

11:19AM 8    depositions and the logistics involved.  It occurs to Mike and me

11:19AM 9    that maybe we want to do a dry run the day before the depositions

11:20AM 10   start.

11:20AM 11             What we're thinking is that if you all did a call

11:20AM 12   to us at 1:00 p.m., UK time, on Friday, June 3rd, or later in the

11:20AM 13   day, as you all see fit, we can test the communication system,

11:20AM 14   make sure that everything is a go on getting in touch with us,

11:20AM 15   that kind of thing.

11:20AM 16             We also thought about the possibility of having you

11:20AM 17   guys, if there is a problem -- and I'm not anticipating problems,

11:20AM 18   I'm just trying to make sure we're smooth sailing -- e-mailing us

11:20AM 19   portions of a deposition with disputed issues, so that when we

11:21AM 20   come in in the morning, in our inbox will be the disputed portion

11:21AM 21   of the deposition, and we can read it and then get in touch, if

11:21AM 22   necessary.

11:21AM 23             I would like to start thinking about those kinds of

11:21AM 24   issues to make sure that you all go off and we know that we're

11:21AM 25   ready to roll if anything comes up.  I don't expect that anything

11:21AM  1   will come up.

11:21AM  2            MR. STERBCOW:  Your Honor, Paul Sterbcow.

11:21AM  3            I am in negotiation with a court reporting service

11:21AM  4   out of Houston, Worldwide Reporters.  I expect to have a written

11:21AM  5   proposal today.  They've already cut a deal, with our help,

11:21AM  6   brokered a deal with Gaudet, Kaiser, who is going to step aside

11:21AM  7   and let them take the London part of this.

11:21AM  8            As part of that, I asked them to put together a

11:21AM  9   package whereby we could offer anybody in the states who is

11:22AM 10   within the confidentiality umbrella, as well as the Court,

11:22AM 11   real-time feeds, including real-time scanning of exhibits and

11:22AM 12   e-mailing it.

11:22AM 13            So if an exhibit comes up and it's some type of

11:22AM 14   evidentiary issue -- and, again, nobody is saying that we will --

11:22AM 15   we would like to be able to put the piece of paper on your

11:22AM 16   computer screen, as well, in the event you have to get involved.

11:22AM 17            In addition, I've asked them to give us the

11:22AM 18   capability of sending as close to final or final transcripts out

11:22AM 19   the day of the deposition.  Not to go, you know, scope today,

11:22AM 20   tomorrow, next day, whatever it is.  So I'm working -- I think

11:22AM 21   we're thinking along the same lines, and I'm working toward that

11:22AM 22   end.

11:22AM 23            We hope to have everybody electronically hooked up,

11:22AM 24   so even, you know, lawyers for the defendants who are in the

11:22AM 25   states who want to see deposition transcripts will have them that

11:22AM 1 day.  I don't know how much this is going to cost, and that's

11:22AM 2 going to factor into it.

11:22AM 3          THE COURT:  It's not going to be cheap.

11:22AM 4          MR. STERBCOW:  No, it's not.

11:22AM 5               We've also talked to them about a dry run in London

11:23AM 6 with them that first week, 2nd or 3rd, so we'd do a mock

11:23AM 7 deposition.

11:23AM 8          THE COURT:  Maybe you can schedule us when you all do

11:23AM 9 the dry run.

11:23AM 10          MR. STERBCOW:  Right, and have them actually report a

11:23AM 11 conversation, send it to you, make sure you get it, the whole

11:23AM 12 bit.  So that's all in the works.

11:23AM 13          THE COURT:  Hook us up on audio.

11:23AM 14               The way we're looking at it, guys, if you all are

11:23AM 15 starting your depositions at 8:30 a.m., that's going to be

11:23AM 16 2:30 a.m. our time.  I will not be watching in real-time.

11:23AM 17          THE CLERK:  If you can get up for the wedding, you can

11:23AM 18 get up for the deposition.

11:23AM 19          THE COURT:  I did get up for the wedding, I have to

11:23AM 20 admit.  That was good.

11:23AM 21               But if you all broke for lunch at 1:00 p.m., it

11:23AM 22 would be 7:00 a.m. our time, and that's just not a problem for

11:23AM 23 Mike and me.

11:23AM 24               So if you've got a problem, it seems to me you

11:23AM 25 break for lunch, you raise the issue with us in advance of that

11:24AM 1    by e-mail, and then at 7:00 a.m., we can have a phone conference.

11:24AM 2    You all can order in your sandwiches and talk to us.  That will

11:24AM 3    only be the rare event.  It won't be every day.

11:24AM 4                By the time you all finish at 5:30 p.m., it's going

11:24AM 5    to be 11:30 a.m. here.  So it seems to me that what you can do

11:24AM 6    during the course of the deposition is, if in the course of your

11:24AM 7    morning session you've got an objection, state the objection for

11:24AM 8    the record, send that over to us, we'll look at it, break -- you

11:24AM 9    all will break for lunch, and we'll take it up.

11:24AM 10               MR. STERBCOW:  Great.

11:24AM 11               THE COURT:  Okay.

11:24AM 12               MR. STERBCOW:  Your Honor, hopefully by next Friday, the

11:24AM 13   court reporting system will be in place so that I can describe

11:24AM 14   the whole thing.  We'll try.

11:24AM 15               THE COURT:  But the dry run, I mean, it just seems to me

11:25AM 16   let's do it -- whenever you all are going to do your dry run,

11:25AM 17   just let us know and we'll dry run with you.  You'll hook us up

11:25AM 18   on audio, and you can send us something by e-mail, and let's see

11:25AM 19   how we do.

11:25AM 20               MR. STERBCOW:  Very good.

11:25AM 21               THE COURT:  Okay, thank you.

11:25AM 22               We've got the -- is it Carter Erwin or Erwin

11:25AM 23   Carter, Carmelite?

11:25AM 24               MS. BERTAUT:  Let me see.

11:25AM 25               THE COURT:  It doesn't matter.

11:25AM 1          MS. BERTAUT:  It's Carter Erwin.

11:25AM 2          THE COURT:  Carter Erwin.  We've got Carter Erwin.  He

11:25AM 3    is set for June 6 and 7 in London.  Do we have arrangement to

11:25AM 4    take him at Kirkland's office?

11:26AM 5          MS. BERTAUT:  I thought that was understood, but, if

11:26AM 6    not, I will request that of Mr. Langan.

11:26AM 7          THE COURT:  For a fee, he'll be glad to do that.

11:26AM 8          MS. BERTAUT:  I understand that.

11:26AM 9          MR. LANGAN:  I think we've been assuming that.  I know

11:26AM 10   where to reach Carmelite in terms of our invoice.

11:26AM 11         THE COURT:  Good.  You'll send it direct to her.

11:26AM 12         I guess what we should do, guys, is for any of

11:26AM 13   these other witnesses, meaning non-BP witnesses, the assumption

11:26AM 14   is, Andy, that if you've got the facility, people are assuming --

11:26AM 15         MR. LANGAN:  Right.  That's fair.  There may be some

11:26AM 16   overflow situations, I don't know.

11:26AM 17         THE COURT:  Exactly.

11:26AM 18         MR. LANGAN:  We have other facilities in London -- I

11:26AM 19   mean, other law firms that do work for BP; so, I think we'll be

11:26AM 20   able to accommodate most of this, if not all of it.

11:26AM 21         THE COURT:  We're looking ahead and wanting to make sure

11:26AM 22   that once you're in London, it all goes.  So if there is a

11:26AM 23   capacity problem, Andy, for any given day, if you could, you

11:26AM 24   know, look around and see what you can do about that.

11:26AM 25         Any other issues relating to London, guys, I would

11:27AM 1   like to cover next week.  Anything else that's bothering you,

11:27AM 2   concerning you, logistics, anything like that, I would like to

11:27AM 3   cover and know that we've thought about it and everything has

11:27AM 4   been taken care of.

11:27AM 5               Don.

11:27AM 6               MR. HAYCRAFT:  No problems.  I'm just getting back up to

11:27AM 7   go back to that Fifth Amendment issue, which is that I have

11:27AM 8   authority from our side to seek to move those to July, along with

11:27AM 9   everybody else.

11:27AM 10              THE COURT:  Let's do that.  Let's talk about who those

11:27AM 11  four witnesses are, the four might-invoke witnesses.

11:27AM 12              MR. HAYCRAFT:  That's Mr. Kaluza, Mr. Morel.  Those are

11:28AM 13  set in May.  And then Mr. Harrell.

11:28AM 14              MR. LARGE:  Jimmy Harrell for Transocean.  What about

11:28AM 15  John Guide, Don?

11:28AM 16              MR. LANGAN:  John Guide, I have no information that he's

11:28AM 17  not going to testify and not invoke.

11:28AM 18              MR. GODWIN:  That starts Monday.

11:28AM 19              MR. STERBCOW:  That's Monday.

11:28AM 20              THE COURT:  We're talking about the four witnesses who

11:28AM 21  might invoke, and that's what I'm trying to get the list of.

11:28AM 22  Kaluza, Morel, Harrell.  And who is the fourth?

11:28AM 23              MR. GODWIN:  Gagliano.  We're told, Judge -- again, we

11:28AM 24  don't represent him, as Your Honor knows, but we're told he's a

11:28AM 25  definite Fifth is what I've been told.

11:28AM   1                    I mean, as late as yesterday, I asked his lawyer,

11:28AM   2    and his lawyer said he intends to invoke.  So I'm not going to

11:28AM   3    suggest to the Court that he's a maybe when I've been told that

11:28AM   4    he's not.

11:28AM   5            THE COURT:  So we only have three maybes; is that

11:28AM   6    correct?

11:28AM   7            MR. STERBCOW:  Your Honor, Paul Sterbcow.

11:28AM   8                I spoke to Bill Taylor on --

11:29AM   9            THE COURT:  Bill represents who?

11:29AM  10            MR. STERBCOW:  Brian Morel.  As far as Wednesday at

11:29AM  11    4 o'clock, he's a definite Fifth Amendment witness.

11:29AM  12            MR. HAYCRAFT:  Say that, again.

11:29AM  13            MR. STERBCOW:  Morel is definite, according to -- on

11:29AM  14    Wednesday.

11:29AM  15            MR. HAYCRAFT:  On Wednesday.  But the whole point is

11:29AM  16    moving Morel to July.

11:29AM  17            MR. STERBCOW:  Why?

11:29AM  18            MR. HAYCRAFT:  Because he might not.

11:29AM  19            MR. STERBCOW:  Well, his lawyer told me Wednesday that

11:29AM  20    he definitely is.

11:29AM  21            MR. HAYCRAFT:  On Wednesday?

11:29AM  22            THE COURT:  So under all circumstances?

11:29AM  23            MR. STERBCOW:  Something has changed since Wednesday

11:29AM  24    afternoon?

11:29AM  25            MR. LANGAN:  The answer is we don't know that,

11:29AM 1    Your Honor.  Paul is raising a good question.  I don't have any

11:29AM 2    information beyond Mr. Taylor, what Mr. Taylor has said as to

11:29AM 3    Morel.

11:29AM 4            THE COURT:  Paul, when you spoke to him, he indicated to

11:29AM 5    you, whether you take it next week or whether you take it in

11:29AM 6    July, he will be invoking?

11:29AM 7            MR. STERBCOW:  The context of my conversation was he

11:29AM 8    called me to get a feel for how the deposition was going to go

11:29AM 9    and who was going to ask questions and how far are you going to

11:29AM 10   get into -- you know, that type of thing.

11:30AM 11           There was never any discussion about, well, maybe

11:30AM 12   he won't take the Fifth Amendment.  The whole discussion was he's

11:30AM 13   going to, can you give me a feel about how this is going to go

11:30AM 14   down.  That was the discussion.

11:30AM 15           THE COURT:  Okay.

11:30AM 16           MR. STERBCOW:  There is one more name, Hafle, but I

11:30AM 17   don't know what -- what his deal -- I mean, I assume he's going

11:30AM 18   to still take the Fifth.  We haven't discussed him.  I'm just

11:30AM 19   throwing his name in the hat.

11:30AM 20           MR. LANGAN:  Andy Langan for BP.

11:30AM 21           I think it is appropriate to raise Mr. Hafle.  I

11:30AM 22   don't have any different understanding.  That's possible.  I

11:30AM 23   think that was May 25th or something.

11:30AM 24           MR. MAZE:  May 26th, a Thursday.

11:30AM 25           THE COURT:  So it sounds like Gagliano is a go.

11:30AM 1      MR. GODWIN:  As far as I know.  I mean, yesterday, I

11:30AM 2  asked his lawyer again, is he going to invoke, or is there any

11:30AM 3  doubt.  He said, he intends to invoke.  So all I can do is

11:30AM 4  report --

11:30AM 5      THE COURT:  I'm taking him off the maybe list, is all

11:30AM 6  I'm trying to do, Don.

11:30AM 7      MR. GODWIN:  Yes, Your Honor.

11:30AM 8          Unless Alan has gone out to call.  There's

11:30AM 9  nothing -- he's told us he's a definite, Judge.

11:31AM 10      THE COURT:  So he's going as scheduled.

11:31AM 11          Do we know the answer to the question as far as

11:31AM 12  Mr. Kaluza; that is, if we defer his deposition, does he become a

11:31AM 13  maybe?

11:31AM 14      MR. HAYCRAFT:  Well, I'm harkening back to Shaun Clarke

11:31AM 15  who made the specific request.  I've spoken to Shaun in the last

11:31AM 16  couple of weeks, and I know that he was not happy when there was

11:31AM 17  a certain witness who got moved to July, and Shaun's

11:31AM 18  consideration of why not his client in July, too.  So I suspect

11:31AM 19  Shaun would be very favorably disposed to July rather than May.

11:31AM 20      THE COURT:  When is Kaluza currently set?

11:31AM 21      VOICES:  26.

11:31AM 22      THE COURT:  Why don't you, Don, call Shaun and find out

11:31AM 23  whether he is a maybe; that is, that if we defer his deposition,

11:31AM 24  he might not invoke the Fifth Amendment.

11:32AM 25      MR. HAYCRAFT:  Fair enough.

11:32AM 1          THE COURT:  If he says, regardless, he's invoking, then

11:32AM 2   we're going to keep him where he is.

11:32AM 3          MR. HAYCRAFT:  Understand.  I'll get that answer, I'm

11:32AM 4   sure, this afternoon.

11:32AM 5          THE COURT:  Now, what about Mr. Morel, does anybody know

11:32AM 6   anything?

11:32AM 7          MR. GODWIN:  Not on Morel.  We just sent an e-mail to

11:32AM 8   our counsel at Halliburton.  They checked, haven't heard back.

11:32AM 9   They said that they have been told as of yesterday he's a

11:32AM 10  definite, as Gagliano.

11:32AM 11         THE COURT:  Gagliano is going as scheduled.

11:32AM 12         MR. GODWIN:  I understand, Judge.  I just wanted to

11:32AM 13  report it to you as close in time as I have it.

11:32AM 14         THE COURT:  Thanks, Don.

11:32AM 15         MR. GODWIN:  You're welcome.

11:32AM 16         THE COURT:  Morel --

11:32AM 17         MR. STERBCOW:  Your Honor, Paul Sterbcow.

11:32AM 18             I'll call Johnson, again, to make sure, but, I

11:32AM 19  mean, I have no reason to believe that Morel is reconsidering

11:32AM 20  that decision.

11:32AM 21         THE COURT:  Unless we hear from you to the contrary,

11:32AM 22  Morel will go as scheduled.  He's next week.

11:32AM 23         MR. STERBCOW:  Right, he's next week.

11:32AM 24             The PSC, to put it on the record, absolutely

11:32AM 25  objects to moving Kaluza's deposition if his lawyer is using this

11:33AM 1    as a ploy to get his client deposed in July rather than May.

11:33AM 2            I've seen Shaun Clarke at these depositions.  He's

11:33AM 3    never come up to me and said, you know, we're wavering, whatever

11:33AM 4    it is.  I've never been told anything other than Kaluza is taking

11:33AM 5    the Fifth Amendment.  Kaluza, Hafle and Morel have been the three

11:33AM 6    consistent ones from day one.

11:33AM 7            THE COURT:  What about Jimmy Harrell?

11:33AM 8            MR. MILLER:  Kerry Miller on behalf of Transocean.

11:33AM 9            He's definitely up in the air.  So the issue with

11:33AM 10   him is if he can get past certain things in the investigation --

11:33AM 11   I think it's similar to Mr. Williams, according to what

11:33AM 12   Mr. Sterbcow has reported -- the chances are greater that he

11:33AM 13   would give substantive testimony in July.

11:33AM 14           THE COURT:  Does the PSC object to putting Harrell in

11:33AM 15   July?

11:33AM 16           MR. STERBCOW:  I understand where Jimmy Harrell is

11:33AM 17   because he and Mike Williams are in the exact same position.

11:33AM 18           THE COURT:  Why don't you, Kerry, if you don't mind, get

11:33AM 19   alternative dates from Jimmy, and we will move Harrell to July.

11:34AM 20           MR. MILLER:  I even don't mind putting down tentative

11:34AM 21   dates now for him, if we want to do that, and try and lock in

11:34AM 22   some of the dates that are more open at this point in time.

11:34AM 23           I spoke with his criminal counsel, Pat Fanning,

11:34AM 24   last night about it, and he said they had general availability in

11:34AM 25   July.  So no promises, but, when you go back to him with dates,

11:34AM 1   sometimes it's easier to lock them in that way.

11:34AM 2           THE COURT:  Why don't you go for --

11:34AM 3           MR. MILLER:  11, 12?

11:34AM 4           THE COURT:  -- I was going to say 11, 12, or what about

11:34AM 5   14, 15?

11:34AM 6           MR. MILLER:  Let's aim for 11, 12, because Kuchta is

11:34AM 7   kind of similar on 14 and 15.  We'd probably prefer not to double

11:34AM 8   track those.  Let's try 11, 12.

11:35AM 9           THE CLERK:  There was mention of Hafle.  Are we going to

11:35AM 10  leave him as scheduled?

11:35AM 11          THE COURT:  Yes, it sounds like he's a definite.

11:35AM 12              Now, guys, we don't have any conferences set on my

11:35AM 13  calendar in June, Friday conferences.  That's probably because

11:35AM 14  most of you won't be here.

11:35AM 15              What do you all feel about keeping the conferences

11:35AM 16  going and how we're going to do that?

11:35AM 17          THE CLERK:  We can move them to 1:00 and do them by

11:35AM 18  phone.

11:35AM 19          THE COURT:  Do y'all want to do them by phone during

11:35AM 20  your lunchtime?  Why don't you think about that, and we'll put it

11:36AM 21  down for next week.  But we've got to decide it next week,

11:36AM 22  because everything for London I want in the can next week.

11:36AM 23              Now, here is where the confusion came in on

11:36AM 24  deadlines.  We looked back at the timeline, and we've got a May 9

11:36AM 25  date for preliminary list of witnesses and exhibits that will be

11:36AM 1   used in segment one, right?

11:36AM 2            We also had a June 1st date for identification of

11:36AM 3   fact witnesses not required for opinions of experts.  I don't

11:36AM 4   know why we did that.

11:36AM 5            MR. LANGAN:  Your Honor, it's Andy Langan.

11:36AM 6            Why don't we scrap the June 1 date?

11:36AM 7            THE COURT:  Thank you.  That was going to be my

11:36AM 8   suggestion.

11:36AM 9            I think that preliminary witness lists, whether

11:36AM 10  they are going to be used for opinions or not, should be May 9th,

11:37AM 11  and we should all have a nice forecast on May 9th of what's to

11:37AM 12  come.

11:37AM 13           MR. LANGAN:  Your Honor, on the May 9th date, I have two

11:37AM 14  clarifying comments, if I may.

11:37AM 15           Number one, on the exhibits, you will recall the

11:37AM 16  parties' agreement that we're just going to stand on the exhibit

11:37AM 17  from the depositions.

11:37AM 18           THE COURT:  Correct.

11:37AM 19           MR. LANGAN:  Secondly, in light of the conversations

11:37AM 20  earlier this morning with Judge Barbier, is it Your Honor's

11:37AM 21  intent that the May 9th list be event, as opposed to source

11:37AM 22  control or quantification?

11:37AM 23           THE COURT:  Segment one, which I believe we've changed

11:37AM 24  again to phase one as of this morning -- I assume Mr. Roy

11:37AM 25  withdrew his objections to the word "phase."

11:37AM 1          MR. ROY:  In the context of the discussion, it's now

11:37AM 2    meaningless semantics.

11:37AM 3          THE COURT:  I was all hooked into segment.  Now, I'm

11:37AM 4    going to have to change it again, Jim; so, I really don't

11:38AM 5    appreciate it, but what else.

11:38AM 6          MR. ROY:  I'll go with whatever you want, Judge.

11:38AM 7          THE COURT:  Segment or phase one.

11:38AM 8          THE CLERK:  We have to work on the vocabulary, but the

11:38AM 9    judge liked Anadarko's definition.

11:38AM 10         THE COURT:  Right.  So we all have to go back to

11:38AM 11   Anadarko's brief and try it again.

11:38AM 12              But, yes, Andy, phase or segment one preliminary

11:38AM 13   witness list is May the 9th.

11:38AM 14         MR. LANGAN:  Okay.

11:38AM 15         THE COURT:  Then we'll get to work on dates for segment

11:38AM 16   two.

11:38AM 17         MR. LANGAN:  As to that, just the process for the list

11:38AM 18   that we generated at Your Honor's request after your April 27th

11:38AM 19   memo, process for that, I mean, we obviously need to give the

11:38AM 20   other parties an opportunity to look at them and comment.

11:38AM 21              I don't know if you want to take that up now or

11:38AM 22   sort of what the way forward on that is or --

11:38AM 23         THE COURT:  Carmelite.

11:39AM 24         MS. BERTAUT:  I actually wanted to get back to your

11:39AM 25   June 1 date, because I thought what June 1 was, was

11:39AM 1    identification of witnesses whose depositions needed to be taken,

11:39AM 2    but were not necessary for expert witnesses.

11:39AM 3            THE COURT:  What I would like you to do is do that by

11:39AM 4    May 9th, but say, this witness hadn't been deposed yet.

11:39AM 5            MR. LANGAN:  Well, either they have or they haven't.

11:39AM 6            THE COURT:  Well, you can -- we don't have to check it

11:39AM 7    against the master list now.

11:39AM 8            MS. BERTAUT:  The reason I'm raising this issue is

11:39AM 9    because if we're getting ready to start another phase of

11:39AM 10   discovery relative to source control -- segment two, phase two,

11:39AM 11   whatever -- there were at least some witnesses that I think we

11:39AM 12   had in mind were going to be fact deposition witnesses, not

11:39AM 13   necessary for expert witness.

11:39AM 14           THE COURT:  That's right.

11:39AM 15           MR. BERTAUT:  I'm thinking in particular the old former

11:39AM 16   TO/R&B Falcon witnesses that we had raised.  So those people may

11:39AM 17   not be -- excuse me, Your Honor.

11:39AM 18           THE COURT:  That's okay.

11:39AM 19           MS. BERTAUT:  They may not be a witness we call at

11:40AM 20   trial.

11:40AM 21           So I don't want to be -- I don't know that I even

11:40AM 22   want to identify them as a preliminary witness necessary at this

11:40AM 23   point.  I just want to make sure we have a window of opportunity

11:40AM 24   to depose that witness.

11:40AM 25           THE COURT:  So let's do this.  Let's make it May 9th.  I

11:40AM 1   would like preliminary witness lists, including, Carmelite, those

11:40AM 2   people who you want to depose but, because you haven't deposed

11:40AM 3   them, you don't know whether they are going to be on your witness

11:40AM 4   list, and so designate.  In other words, designate them that way.

11:40AM 5           So we'll have a complete list of who is expected to

11:40AM 6   be called at trial, everybody understands it's nonbinding, but

11:40AM 7   your best projection; and, we need to get into the phase of

11:40AM 8   discovery of those witnesses who were not necessary to

11:41AM 9   formulation of experts as part of the phase one discovery.  So

11:41AM 10  those people will also be designated.  Okay?

11:41AM 11          Does that answer the question, Andy?

11:41AM 12          MR. LANGAN:  I think so.

11:41AM 13          THE COURT:  Do I need more clarification?

11:41AM 14          MR. LANGAN:  Not on that.  I guess we're back to what

11:41AM 15  about source control and quantification and advancing that

11:41AM 16  process.

11:41AM 17          THE COURT:  Well, you gave me a big list.

11:41AM 18          MR. LANGAN:  Right.  It doesn't have everybody's input,

11:41AM 19  which is really my main point.  Maybe we ought to --

11:41AM 20          THE COURT:  Which is really scary, yes.  Why don't we do

11:41AM 21  this.  The list was circulated yesterday.

11:41AM 22          MR. LANGAN:  Right.

11:41AM 23          THE COURT:  Why doesn't everybody take a look at the

11:41AM 24  list, understanding that we're going to whittle away at this list

11:41AM 25  the same we did with our original master list.  You know, what

11:41AM  1  was the number of our original master list?

11:41AM  2          MR. LANGAN:  975, approximately.

11:41AM  3          THE COURT:  975 was the original master list, and we're

11:41AM  4  down to about 125; so, I expect that the same kind of thing will

11:42AM  5  happen.

11:42AM  6          But let's go ahead and get a master source control

11:42AM  7  list and a master quantification track list, and we can start

11:42AM  8  working from there.

11:42AM  9          So you've got this compiled, Andy?

11:42AM 10          MR. LANGAN:  We do.

11:42AM 11          THE COURT:  Would you all -- everybody who has not had

11:42AM 12  input on that, which is most everybody, look it over, circulate

11:42AM 13  the names and information you have relative to anybody you want

11:42AM 14  to add to the list.  Then we will have master lists that we can

11:42AM 15  then start whittling away at.

11:42AM 16          I would like to have the revised list done for --

11:42AM 17  is next week reasonable?

11:42AM 18          MR. LANGAN:  It sort of depends on when we get the

11:42AM 19  input.  It is a fairly big logistical job, as Mr. Godwin and his

11:42AM 20  team know.

11:42AM 21          THE COURT:  Maybe we'll make him do it.

11:43AM 22          MR. YORK:  We're crawling under the table.

11:43AM 23          MR. LANGAN:  I frankly think maybe, Your Honor, would it

11:43AM 24  be better to give everybody until next Friday to give us their

11:43AM 25  input, and then we'll produce clean lists for two weeks after or

| | | |
|---|---|---|
| 11:43AM | 1 | something? |
| 11:43AM | 2 | THE COURT:  That's fine. |
| 11:43AM | 3 | MR. LANGAN:  Or maybe the 26th.  Is that when we're |
| 11:43AM | 4 | going to meet?  I don't know.  Is that May?  Today is the 6th. |
| 11:43AM | 5 | The 20th, if we're going to meet the 20th, maybe we can -- |
| 11:43AM | 6 | THE COURT:  That's fine. |
| 11:43AM | 7 | MR. LANGAN:  So comments by the 13th, and then BP will |
| 11:43AM | 8 | produce -- |
| 11:43AM | 9 | THE COURT:  The master lists. |
| 11:43AM | 10 | MR. LANGAN:  -- by the 20th. |
| 11:43AM | 11 | THE COURT:  I think that's fine. |
| 11:43AM | 12 | MR. LANGAN:  All right. |
| 11:43AM | 13 | THE COURT:  How about by the 19th, so we can all look at |
| 11:43AM | 14 | them? |
| 11:43AM | 15 | MR. LANGAN:  Fine.  Sure. |
| 11:43AM | 16 | THE COURT:  Then, next week, really, I want to get |
| 11:43AM | 17 | everything for London taken care of. |
| 11:43AM | 18 | Now, I was going to cover requests for time.  We've |
| 11:43AM | 19 | still got some witnesses. |
| 11:43AM | 20 | MR. LANGAN:  I'm sorry, one more thing on the list. |
| 11:43AM | 21 | THE COURT:  Sure.  Go ahead. |
| 11:43AM | 22 | MR. LANGAN:  In chambers this morning, I mentioned our |
| 11:43AM | 23 | point that your April 27th memo talked about July 15th as the cap |
| 11:44AM | 24 | and control end.  We do think that it's really more September, |
| 11:44AM | 25 | when the well was killed, when the relief wells were done.  I |

11:44AM 1    don't know if that's controversial or not controversial, but I --

11:44AM 2         THE COURT:  Explain to everybody, because not everybody

11:44AM 3    was in this morning's conference.

11:44AM 4         MR. LANGAN:  Going back to how we compiled the list for

11:44AM 5    source control after your April 27th memo, your April 27th memo

11:44AM 6    talks about a source control phase that ends chronologically on

11:44AM 7    July 15th, when the well was sealed and, thankfully, no more oil

11:44AM 8    leaked.

11:44AM 9         THE COURT:  Correct.

11:44AM 10        MR. LANGAN:  Having said that, what happened out there

11:44AM 11   in the real world was the Unified Command continued with source

11:44AM 12   control efforts that involved two relief wells and other activity

11:44AM 13   that went all the way through September, at which time the

11:44AM 14   Unified Command said, the well is officially killed.

11:44AM 15        THE COURT:  Right.

11:44AM 16        MR. LANGAN:  If we're going to have a trial about source

11:45AM 17   control, the same witnesses are going to testify not only about

11:45AM 18   July 15th, but all the way through September.

11:45AM 19             So, when everybody is thinking about who do they

11:45AM 20   want to depose and all of that, we would offer the proposition

11:45AM 21   that that capture a longer chronological period.  That's all.

11:45AM 22             I don't know if that's controversial or not, but

11:45AM 23   that's kind of where we are.

11:45AM 24        THE COURT:  Let's hear from Steve on that.

11:45AM 25        MR. HERMAN:  Yes, Steve Herman for the PSC.

11:45AM 1          We don't really see this as being chronological at

11:45AM 2     all.  I mean, the question is why -- how did the damage get

11:45AM 3     caused in terms of the economic loss claims that were caused by

11:45AM 4     the oil.  Some of that fault occurred even before April 20th in

11:45AM 5     terms of preparation.  Some of it occurred between April 22nd and

11:45AM 6     July 15th, we believe.  There may be some testimony or some

11:45AM 7     witnesses that might have been involved that may have something

11:45AM 8     relevant to say from July 15th until whatever the September date

11:46AM 9     is; but, just off the top of my head, I'm not sure why it would

11:46AM 10    be very relevant to the fault allocation because whatever

11:46AM 11    happened after July 15th presumably didn't cause any damage to

11:46AM 12    anybody.

11:46AM 13         Now, there may be something that's relevant, that's

11:46AM 14    interesting, that bears on something.  From our point of view, we

11:46AM 15    don't want to foreclose ourselves because something they did with

11:46AM 16    the relief wells perhaps could have been done three months

11:46AM 17    earlier.  But from our perspective, it's not a chronological

11:46AM 18    issue.  The question is, you know, why wasn't the well capped

11:46AM 19    earlier.

11:46AM 20         THE COURT:  Yes, I understand that.  But, from my point

11:46AM 21    of view, it's easier to get you guys ready if I can

11:46AM 22    chronologically define the period of time that we're next going

11:46AM 23    to work on.

11:46AM 24         So I think Andy's point is a good one, that if the

11:46AM 25    well was ultimately declared killed on September, whatever the

11:47AM 1    date was, then, to me, that makes logical sense to end the

11:47AM 2    segment there.

11:47AM 3            MR. STERBCOW:  Mike Underhill for the US.

11:47AM 4            Maybe I'm missing the point, but I think we can all

11:47AM 5    reach a stipulation that the well was effectively killed, not

11:47AM 6    flowing, that is, as of July 15th.

11:47AM 7            THE COURT:  Correct.

11:47AM 8            MR. UNDERHILL:  We can also reach a stipulation that the

11:47AM 9    well was declared dead formally on whatever that date was.

11:47AM 10           THE COURT:  September whatever.

11:47AM 11           MR. UNDERHILL:  I'm not sure why we have to do the extra

11:47AM 12   discovery.  I mean, there's a part of me that thought, do I

11:47AM 13   really care, and I think I do care.

11:47AM 14           We're going to make this point over and over, and

11:47AM 15   you'll probably get tired of hearing me say it, Your Honor --

11:47AM 16   which isn't to say that private corporations that do their

11:47AM 17   business don't do important work.  In the case of BP, I put gas

11:47AM 18   in my tank, so I need BP and others.

11:47AM 19           By extending the date, it increases the discovery

11:48AM 20   obligation on the Coast Guard, and I'm very passionate about

11:48AM 21   this, is that the more time they end up doing discovery

11:48AM 22   responses, they don't do search and rescue work.  This has real

11:48AM 23   life consequences.  People die, people are injured, port security

11:48AM 24   issues that are important to our country, these are not simple

11:48AM 25   small things to these people, the Coast Guard and other federal

11:48AM 1    agencies.

11:48AM 2              If BP decides that they need more people to do

11:48AM 3    discovery, they hire contractors.  As Your Honor knows as an

11:48AM 4    employee of the Court, it's a fixed federal budget.  You don't

11:48AM 5    just come up with money and say, okay, I'm going to hire a couple

11:48AM 6    of extra magistrates or judges or clerks to do my work.  We're in

11:48AM 7    the same boat.  They have real-life consequences.

11:48AM 8              I'm going to stress that point when we come to the

11:48AM 9    discovery issues for segment two, that these are important issues

11:48AM 10   to our clients and, I dare say, to our citizens.

11:48AM 11        THE COURT:  I appreciate that, Mike.

11:48AM 12             I guess what we're going to need to do, Andy, is

11:49AM 13   this.  Why don't we reach the stipulations that Mike has

11:49AM 14   suggested.  That's completely noncontroversial.

11:49AM 15             Why don't we talk about in coming weeks what

11:49AM 16   happened between the July date and the September date that you

11:49AM 17   think is material --

11:49AM 18        MR. LANGAN:  Right.

11:49AM 19        THE COURT:  -- to segment two.

11:49AM 20        MR. LANGAN:  It may be material for an eventual

11:49AM 21   evaluation of our conduct.  It may be material relevant to fines

11:49AM 22   and penalties, but -- you know, it could be.  I don't know.

11:49AM 23        THE COURT:  I'm with you.

11:49AM 24        MR. LANGAN:  I hear Mr. Underhill.  Maybe a very short

11:49AM 25   additional set of discovery, I don't know.

11:49AM  1          All I was focused on is your instruction that says
11:49AM  2   July 15th is the end date, and that's kind of a red flag for us.
11:49AM  3   I'm not sure it's that simple.  That's all I'm trying to say.
11:49AM  4          THE COURT:  No, I understand the point.  I do.
11:49AM  5          MR. HERMAN:  Steve Herman for the PSC.
11:49AM  6          We understand the Court's desire to make things
11:50AM  7   manageable, to put it in segments or phases, whatever we're going
11:50AM  8   to call them.  Chronology is certainly a helpful way of thinking
11:50AM  9   about things and making them manageable.  We will do our best to
11:50AM 10   try to manage things in that way.
11:50AM 11          One other thing that we wanted to note, though,
11:50AM 12   with respect to your April 27th memo, there is a reference in
11:50AM 13   there that says, "This does not include where any of the
11:50AM 14   hydrocarbons went after they were released from the
11:50AM 15   Macondo well."
11:50AM 16          This is kind of a nuanced point that we keep trying
11:50AM 17   to make, and maybe we're not making it well or whatever, but we
11:50AM 18   affirm that we don't intend for even segment two to be a fate and
11:50AM 19   transport trial or for it to be a NRDA assessment trial or
11:50AM 20   anything of that nature.
11:50AM 21          However, in terms of the quantification of fault
11:50AM 22   for the economic loss claims, which include the spill, include
11:51AM 23   fault for segment one and segment two, we believe it is going to
11:51AM 24   be important, and we believe this is why the quantification of
11:51AM 25   the barrels of oil is relevant to come into that segment, for us

11:51AM 1    to be able to say -- and it shouldn't require very diverse

11:51AM 2    factual testimony, it should be just probably a few experts have

11:51AM 3    come up with a model for primarily illustrative purposes to show

11:51AM 4    the Court, this is what would have happened if they had capped it

11:51AM 5    sooner.  You would have had a much smaller plume.  It wouldn't

11:51AM 6    have gone to Destin or whatever.

11:51AM 7            Now, we don't anticipate that whether that plume or

11:51AM 8    whether that model shows it going to Destin is going to be

11:51AM 9    binding in any subsequent trial with respect to, you know, the

11:51AM 10   storefront owner in Destin, or Florida with respect to their NRDA

11:51AM 11   claims, or anything like that; but, we believe it's essential on

11:51AM 12   quantification of fault for the Court to get a flavor of this was

11:51AM 13   the consequence of the oil or the well or the source not being

11:52AM 14   capped earlier.

11:52AM 15       THE COURT:  So, Steve, you don't think it's sufficient

11:52AM 16   to say that if they had capped the well here, it would have been

11:52AM 17   X amount of barrels spilled versus what was spilled, which we

11:52AM 18   contend was why --

11:52AM 19       MR. HERMAN:  I think that will certainly be part of it,

11:52AM 20   but we don't want to have our hands tied in terms of making what

11:52AM 21   we feel to be a persuasive -- or hopefully persuasive

11:52AM 22   presentation to the Court to try to quantify in different ways

11:52AM 23   that magnitude; not just in terms of numbers, but in terms of

11:52AM 24   surface area or whatever the answer is.

11:52AM 25           It's kind of a nuanced thing.  It's hard to draw

11:52AM 1   the line.  Maybe it's kind of more like we know it when we see

11:52AM 2   it, because we certainly don't intend to get into who put whom

11:52AM 3   where and whether that was negligent or any of that type of

11:52AM 4   stuff; but, just from a generalized standpoint we think it's

11:53AM 5   important for the Court to know, you know, if they had

11:53AM 6   hypothetically capped the well, let's say, May 10th, you know, it

11:53AM 7   would have never gotten to -- whatever, Biloxi or --

11:53AM 8           THE COURT:  Grand Isle.

11:53AM 9           MR. HERMAN:  Well, it probably would have gotten to

11:53AM 10  Grand Isle, but it wouldn't have been there as long.

11:53AM 11          THE COURT:  Is that your expert opinion?

11:53AM 12          MR. HERMAN:  If I can get past *Daubert*, I'm willing to

11:53AM 13  go with it.  I'm sure Andy would say something, though.

11:53AM 14          THE COURT:  I see what you're saying, and I would like

11:53AM 15  to put that on the radar screen over here.  It sounds like --

11:53AM 16  and, Steve, correct me if I'm wrong -- when you say it wouldn't

11:53AM 17  be binding, you're talking about for demonstrative purposes you

11:53AM 18  want to be able to present, here is our model, and if it had been

11:53AM 19  capped on June 1st, this is what we believe the extent of the

11:53AM 20  flow would have been; and, had it been capped two weeks later,

11:54AM 21  here is your model.

11:54AM 22          MR. HERMAN:  Correct.  Maybe this is helpful.  We do not

11:54AM 23  foresee that the Court, in issuing reasons or a judgment, would

11:54AM 24  say, I find, based on this trial, that the oil went here and

11:54AM 25  didn't go here.

11:54AM  1          What we foresee is the Court saying, you know, BP's
11:54AM  2    fault or whoever's fault is X, Y or Z percentage; but, part of
11:54AM  3    the basis of that decision is that he has been presented with
11:54AM  4    some type of demonstrative or some type of -- you know, what we
11:54AM  5    feel to be persuasive in terms of, look, this is what -- the
11:54AM  6    negligence in not being prepared for the worst case scenario was,
11:54AM  7    compared to what, perhaps, somebody else's negligence was with a
11:54AM  8    little bit of cement issues or something like that.
11:54AM  9          I mean, I don't know how all of this is going to
11:54AM 10    play out, but we just want to reserve our rights on that, so to
11:55AM 11    speak.  We don't want to be met with some objection, well, you
11:55AM 12    said you didn't want to do fate and transport, so you're not
11:55AM 13    allowed to show a map.
11:55AM 14          THE COURT:  I would like the defense side of the room to
11:55AM 15    think about that.
11:55AM 16          Tony, if you want to speak, feel free, but let's
11:55AM 17    think about that.  It sounds like it's for demonstrative purposes
11:55AM 18    only.
11:55AM 19          Let's hear from you.
11:55AM 20          MR. FITCH:  Judge, Tony Fitch.
11:55AM 21          Just to get the discussion on the table, I think,
11:55AM 22    based on our proposal that you heard this morning and the
11:55AM 23    discussion this morning, we all agreed that how much oil came out
11:55AM 24    of the pipe until July whatever is part of segment two.  The
11:55AM 25    amount of oil that reached beaches, where it flowed, why it

| 11:55AM | 1 | flowed, we suggest is a part of the segment three.  That's the |
|---------|---|

11:55AM 1 flowed, we suggest is a part of the segment three.  That's the
11:56AM 2 distinction that we're suggesting.
11:56AM 3           Otherwise, we're obviously, like always, willing
11:56AM 4 to -- we'll all brief it and we'll all discuss it.  But that's
11:56AM 5 where I think the issue sets up for our future briefing.
11:56AM 6           THE COURT:  Good.
11:56AM 7           Mark.
11:56AM 8           MR. NOMELLINI:  Your Honor, Mark Nomellini.
11:56AM 9           Very briefly, with respect to the date issues and
11:56AM 10 their practical significance, that's something we're actually in
11:56AM 11 the process of discussing right now.  Perhaps we and the PSC and
11:56AM 12 the United States can get together and figure out what practical
11:56AM 13 significance the date issues have in terms of documents, for
11:56AM 14 example, so that they can apply it for everybody across the
11:56AM 15 board.
11:56AM 16           THE COURT:  I do think that's a serious issue.
11:56AM 17           Last, but not least, we have not had a flood of
11:56AM 18 responses to our requests for additional time for depositions.
11:56AM 19           THE CLERK:  We did get Mr. Hayward.
11:56AM 20           THE COURT:  We did get Mr. Hayward, and thank you.  That
11:57AM 21 was fabulous.
11:57AM 22           But we have coming up pretty quickly May 9 and 10,
11:57AM 23 Tim Probert, we are still 60 minutes shy on him.  Also, May 9 and
11:57AM 24 10, we've got Lee Lambert.  We are 45 minutes short on him.
11:57AM 25           Also, on May 9 and 10 is John Guide.

11:57AM 1      MR. GODWIN:  I can address that, Your Honor.  I had

11:57AM 2  asked for an additional 45 minutes from Your Honor.  I did go

11:57AM 3  around.  I've spoken with everyone, Your Honor, and Cameron has

11:57AM 4  very kindly agreed to give me 20 minutes, so I'm still 25 minutes

11:57AM 5  short.

11:57AM 6      If anybody can give me any time on John Guide, I

11:57AM 7  would appreciate it.  I'm going to take his deposition -- or be

11:58AM 8  involved in it Monday and Tuesday, and I need 25 minutes, either

11:58AM 9  from the Court or from the other parties.

11:58AM 10     THE COURT:  Do we have any volunteers?

11:58AM 11     We've got witnesses on May 11 and 12.  So, really,

11:58AM 12 we need to take care -- and that's Sepulvado and David McKay are

11:58AM 13 on May 11 and 12.  Any volunteers?  We were going to have a

11:58AM 14 weekly auction, remember.

11:58AM 15     Well, I guess I'm just going to have to decide it.

11:58AM 16 I'll try to get --

11:58AM 17     MR. GODWIN:  On John Guide, I was kind of hoping

11:58AM 18 somebody would speak up, Your Honor, so you don't have to decide

11:58AM 19 it.

11:58AM 20     THE COURT:  I was kind of hoping so, too.  Duke, can you

11:58AM 21 give them some time?

11:58AM 22     MR. STERBCOW:  No, Duke is not authorized to give time.

11:58AM 23     MR. GODWIN:  I got 20 from Cameron.  I need 25 minutes

11:59AM 24 for John Guide, and any part of that will be fine.  I mean --

11:59AM 25     MS. KUCHLER:  May I make a point while they're huddling?

11:59AM 1    The issue that we have, we seeded some of our time for last

11:59AM 2    week's deposition, and then I barely could get in the questions

11:59AM 3    that I wanted to ask.

11:59AM 4         It's a credit, I suppose, to BP's counsel, how well

11:59AM 5    prepared these witnesses are; but, what should take 20 minutes

11:59AM 6    takes 45 minutes because we very rarely get a "yes" or "no"

11:59AM 7    answer.

11:59AM 8         So that's why you're going to see more and more

11:59AM 9    hesitation for anybody to seed time because we can't get as much

11:59AM 10   done when the witness takes five questions to say, I don't know,

11:59AM 11   or I don't have -- do you have a document for that, or, you know,

11:59AM 12   I can't comment on that.

11:59AM 13        So it's not the same as -- for the Halliburton

11:59AM 14   witnesses, for example, who are answering the questions, we can

11:59AM 15   cover twice as much or three times as much material.

12:00PM 16        MR. GODWIN:  Thank you, Deb.

12:00PM 17        MS. KUCHLER:  You're welcome.

12:00PM 18        But for the BP witnesses, I'm afraid to give up my

12:00PM 19   time because the videographer was handing me a sticker that I had

12:00PM 20   five minutes left, and I still had a significant amount left to

12:00PM 21   question.  So that's where the challenge is, Judge.

12:00PM 22        THE COURT:  I understand.

12:00PM 23        MR. GODWIN:  Your Honor, General Strange just informed

12:00PM 24   me that the PSC was kind enough to give me 20 minutes of their

12:00PM 25   time.

12:00PM 1          MR. STERBCOW:  State of Alabama.

12:00PM 2          MR. GODWIN:  The State of Alabama.  I'm sorry.

12:00PM 3          MR. MAZE:  We're talking about John Guide.

12:00PM 4          MR. GODWIN:  I'm sorry, Judge.  Alabama, 20 minutes of

12:00PM 5  their time.

12:00PM 6          THE COURT:  So you're only short five minutes?

12:00PM 7          MR. GODWIN:  Yes, Your Honor.  And, Paul?

12:00PM 8          MR. WILLIAMS:  We'll work something out with you.

12:00PM 9          MR. MILLER:  That gives me my 45, Judge.  Thank you,

12:00PM 10 guys.

12:00PM 11         THE COURT:  The problem is, is that Transocean is

12:00PM 12 looking for extra time, as well.  Is that correct, Kerry?

12:00PM 13         MR. MILLER:  That's correct, Your Honor.

12:00PM 14         MR. STERBCOW:  We're done, Judge.

12:01PM 15         MR. MILLER:  They are like the Red Cross, they already

12:01PM 16 gave.

12:01PM 17         MR. UNDERHILL:  Your Honor, Mike Underhill.

12:01PM 18         THE COURT:  Yes, Mike.

12:01PM 19         MR. UNDERHILL:  Mr. Guide is a special problem, I think,

12:01PM 20 and I mean problem in the sense that with sharing time.

12:01PM 21              He's a witness that everybody wants because he was

12:01PM 22 the well team leader in Houston.  People have made -- so far have

12:01PM 23 generously contributed.  I'd make a suggestion.  This is why I

12:01PM 24 think we originally entered into the time sharing arrangements we

12:01PM 25 had.  So, I think with witnesses like Mr. Guide, unless somebody

12:01PM  1    volunteers to give up time, which some graciously have, I think

12:01PM  2    we need to go back to the default position that the Court ordered

12:01PM  3    originally.

12:01PM  4              With other witnesses, there is more flexibility;

12:01PM  5    but, a lot of the arrows in the case and witnesses' testimony,

12:01PM  6    they come to Mr. Guide.  So, speaking for my client, and I

12:02PM  7    suspect some others, we're awfully reluctant to give up the time

12:02PM  8    we have.  I won't add to what Deb said.  It's very difficult to

12:02PM  9    get testimony from some of these folks.  We could do it a lot

12:02PM 10    faster with more cooperative testimony.

12:02PM 11              So that's what I would suggest is that he's a

12:02PM 12    default position fellow on time.

12:02PM 13         MR. HAYCRAFT:  Haven't we solved Guide?

12:02PM 14         THE COURT:  Well, we haven't because we've got a request

12:02PM 15    from Transocean for 75 minutes.  We've solved Don Godwin's

12:02PM 16    problem, but we haven't solved the request for additional time

12:02PM 17    for Transocean.  And we've still got Mr. Probert, Mr. Lambert,

12:02PM 18    which are next week, along with John Guide.

12:02PM 19         MR. MILLER:  And Sepulvado next week.

12:02PM 20         THE COURT:  Sepulvado and David McKay.

12:02PM 21         MR. LANGAN:  Your Honor, just on Mr. Guide, one thing I

12:02PM 22    do need to mention is I know -- he has personal counsel who feels

12:02PM 23    very strongly that the deposition is too long as it is already.

12:03PM 24    I know they want to be heard on this if there is any suggestion

12:03PM 25    that the 15-hour rule is going to be modified.

12:03PM 1          I don't even know if they are on the phone or

12:03PM 2   whatever, but I know that that is a huge issue for them because

12:03PM 3   they keep asking me every five minutes, is there any chance --

12:03PM 4   because he has already testified before.  Anyway, so I wanted to

12:03PM 5   mention that as a process point here.

12:03PM 6          MR. RUBENSTEIN:  Your Honor, I don't know if you can

12:03PM 7   hear.  This is Corey Rubenstein.  I am John Guide's lawyer.  I am

12:03PM 8   on the phone.

12:03PM 9          THE COURT:  Hey, Mr. Rubenstein.

12:03PM 10         MR. RUBENSTEIN:  Mr. Langan has it absolutely correct.

12:03PM 11  I would address that before Your Honor entertains any suggestion

12:03PM 12  of lengthening this deposition.

12:03PM 13         THE COURT:  All right.  We're in a real bind here is the

12:03PM 14  problem.  Everybody wants to have the opportunity to question

12:03PM 15  Mr. Guide.  I don't want you to think that these depositions are

12:04PM 16  harassing in any way.  I can assure you they have not been.  But

12:04PM 17  everybody has some very high stakes in the litigation, and I

12:04PM 18  believe that Mr. Guide is a very important witness.

12:04PM 19         I've got a request for an additional hour and

12:04PM 20  15 minutes from Transocean, and Transocean's stakes in the

12:04PM 21  limitation trial are high.

12:04PM 22         MR. MILLER:  He's the well team leader, Your Honor.  I

12:04PM 23  mean, he is a key, critical witness on the whole liability case,

12:04PM 24  maybe the key witness on the liability case for segment one.

12:04PM 25         THE COURT:  Mr. Rubenstein, if we were to grant

12:04PM 1   Transocean an additional 60 minutes, to be divided between the

12:04PM 2   two days, could you live with that?

12:04PM 3          MR. RUBENSTEIN:  Honestly, Your Honor, I couldn't.

12:04PM 4          I mean, Judge, I don't know if you're familiar with

12:05PM 5   Mr. Guide's very, very lengthy testimony under oath in the

12:05PM 6   hearings before the Marine Board.  He has been called and has

12:05PM 7   testified over the course of two days, amounting to probably

12:05PM 8   12 hours, and both Transocean and Halliburton questioned him for

12:05PM 9   three or four hours.

12:05PM 10         He was a volunteer at those proceedings.  He showed

12:05PM 11  up.  He submitted to the questioning, and others for other

12:05PM 12  parties refused to do so.  He's now being asked to do it again

12:05PM 13  for another two marathon day sessions.  Judge, it's just not

12:05PM 14  necessary.

12:05PM 15         You know, I understand that originally the pretrial

12:05PM 16  order had one day for depositions.  I understand Judge Barbier

12:05PM 17  extended it to two days, and did so rather reluctantly, because

12:05PM 18  he knows, as we all know, that lawyers are going to fill the time

12:06PM 19  with questions.

12:06PM 20         It's just not -- it's not right to subject

12:06PM 21  Mr. Guide to that additional questioning when the parties

12:06PM 22  requesting the additional time have already had that opportunity.

12:06PM 23  I think we would debate how well the time and how efficiently

12:06PM 24  it's being used by the parties.

12:06PM 25         I'll tell you, Judge, I've read every single one of

12:06PM 1   these depositions.  I don't agree with the characterization that

12:06PM 2   Anadarko had made.  Judge, I think there is lots of ground being

12:06PM 3   covered again and again and again by the same lawyers among the

12:06PM 4   different parties, between this proceeding and the MBI hearings.

12:06PM 5   Judge, the second you grant additional time, it's going to be

12:06PM 6   used, no matter who the witness is.

12:06PM 7          Judge, every witness is important.  I won't debate

12:06PM 8   the relative importance, but every witness is important.  Once

12:06PM 9   you open up that door, I don't know what to say you shouldn't do

12:06PM 10   it for everybody.

12:06PM 11      THE COURT:  I understand.

12:07PM 12          We've got Paul Sterbcow at the podium.  Paul, go

12:07PM 13   ahead.

12:07PM 14      MR. STERBCOW:  Your Honor, Paul Sterbcow.  The PSC,

12:07PM 15   while this is Transocean's time, I understand, we've got to take

12:07PM 16   a position on this.

12:07PM 17          Number one, the MBI testimony is irrelevant because

12:07PM 18   it's inadmissible.  He could have been there for three weeks, and

12:07PM 19   we can't use a single line unless we read it to him and say, do

12:07PM 20   you agree with this, do you agree with this, do you agree with

12:07PM 21   this, and all of our time is burned.

12:07PM 22          Number two, I find it beyond the pale to suggest

12:07PM 23   that an extra hour of this man's time in a case like this is

12:07PM 24   unreasonable.  We've got 11 people killed.  God only knows what

12:07PM 25   the damages could turn out to be in this case.  To say he can't

| | |
|---|---|
| 12:07PM 1 | be here for another 30 minutes one day and then another day |
| 12:07PM 2 | because the rest of the lawyers who are involved in the case |
| 12:07PM 3 | have, quote, wasted time, when, with all due respect to |
| 12:07PM 4 | Mr. Goldstein, he hasn't been here and hasn't been doing what |
| 12:07PM 5 | we're doing, is, frankly, a little ridiculous. |
| 12:07PM 6 | So the PSC's position is Kerry and Transocean is |
| 12:07PM 7 | absolutely entitled to that hour or 70 minutes, and to split it |
| 12:08PM 8 | over two days is eminently reasonable, not only for this |
| 12:08PM 9 | particular witness, who may very well be the most important fact |
| 12:08PM 10 | witness in this case, but in terms of the case overall.  It is |
| 12:08PM 11 | wholly unreasonable to suggest that 70 minutes is not a |
| 12:08PM 12 | reasonable compromise. |
| 12:08PM 13 | MR. MILLER:  Your Honor, Kerry Miller for Transocean. |
| 12:08PM 14 | I adopt comments made by my co-counsel, |
| 12:08PM 15 | Mr. Sterbcow and Mr. Godwin. |
| 12:08PM 16 | Your Honor, I would like to point out for the |
| 12:08PM 17 | record, too, that there has always been a carve-out or a |
| 12:08PM 18 | provision in the deposition guidelines that we could make good |
| 12:08PM 19 | cause showings. |
| 12:08PM 20 | Now, we've got so much going on, the Court does not |
| 12:08PM 21 | require long, elaborate briefs to make a good cause showing.  We |
| 12:08PM 22 | have been doing that by letters to the Court where we try to |
| 12:08PM 23 | summarize it in a paragraph or two. |
| 12:08PM 24 | I think Your Honor understands the importance of |
| 12:08PM 25 | Mr. Guide in the overall scheme of things and why he is important |

12:08PM   1    to Transocean and to Halliburton and to the PSC, and we're trying

12:08PM   2    to get this thing done.

12:08PM   3              The other comment made by Mr. Guide's counsel is

12:09PM   4    not right, that counsel are willy-nilly requesting extra time.

12:09PM   5    For example, Your Honor, as you know, in June, when we move more

12:09PM   6    into source control and some of the other issues in London -- and

12:09PM   7    there are a bunch of depositions in June -- I've only made one

12:09PM   8    request for additional time for all of the June depositions.

12:09PM   9              So we're taking the matter seriously.  We're not

12:09PM  10    asking for extra time for everybody.  In fact, we try and limit

12:09PM  11    it to well site personnel.  That's why we made the extra time

12:09PM  12    request for Mr. Guide, Mr. Lambert and Mr. Sepulvado.  These were

12:09PM  13    well site leaders.  These were the people on the rig and involved

12:09PM  14    with folks on the rig.

12:09PM  15              THE COURT:  I'm sorry, Counsel for Mr. Guide, is it

12:09PM  16    Rubenstein?

12:09PM  17              MR. RUBENSTEIN:  That's right, Judge.

12:09PM  18              THE COURT:  Somebody said Goldstein --

12:09PM  19              MR. STERBCOW:  That was my fault.  I'm sorry,

12:09PM  20    Your Honor.

12:09PM  21              THE COURT:  All right, Paul.  Get it straight.

12:09PM  22              Mr. Rubenstein, I am going to allow an additional

12:09PM  23    60 minutes to Transocean, to be divided between the two days, so

12:10PM  24    that the time allotment will be 50/50, unless you and Mr. Guide

12:10PM  25    can reach agreement with counsel on dividing it otherwise.  But I

12:10PM  1    am going to allow an additional 60 minutes for Transocean.

12:10PM  2        MR. GODWIN:  Judge, we still continue to start at 8:30,

12:10PM  3    and then we have been breaking around 5:30 or whatever; but,

12:10PM  4    whatever time it will take to get in the eight hours during that

12:10PM  5    day, we would all be told by you that we have to stay until that

12:10PM  6    eight hours is used, so 16 hours.

12:10PM  7        THE COURT:  If Mr. Rubenstein would prefer to start

12:10PM  8    earlier, that's okay by me; but, 50/50 between the two days, so

12:10PM  9    that it's not --

12:10PM 10        MR. GODWIN:  Unless he wants to start earlier, we'll

12:10PM 11    just start at 8:30 and work until we reach eight hours, or

12:10PM 12    however long they want to work that evening.

12:10PM 13        THE COURT:  Right.

12:10PM 14        MR. GODWIN:  Thank you, Judge.

12:10PM 15        THE COURT:  Mr. Rubenstein, I apologize.  I didn't

12:10PM 16    realize that you were on the phone.  We would have taken you much

12:10PM 17    earlier on the agenda.  So I do apologize.

12:11PM 18        MR. RUBENSTEIN:  That's fine, Judge.

12:11PM 19        I'll just say, Your Honor understands, these days

12:11PM 20    are really, really long as it is.  I'm not suggesting we go into

12:11PM 21    a third day.  I think that would be worse.

12:11PM 22        I have seen these questions, and I have seen the

12:11PM 23    repetitiveness of this.  I understand Your Honor's ruling.  I'm

12:11PM 24    confident that the lawyers for Transocean and Halliburton who had

12:11PM 25    a chance to do this already for hours and hours on end could get

12:11PM 1    questions done in the time allotted.

12:11PM 2            This is going to wind up going until 7:00 or

12:11PM 3    7:30 at night, you know.  At some point in time, it's not a quest

12:11PM 4    for information or discovery; it becomes wearing down the

12:11PM 5    witness.  That's the problem, Judge.

12:11PM 6            THE COURT:  Well, I understand, but the requests have

12:11PM 7    not been across the board for additional time.  They've been

12:11PM 8    pretty sparing in their requests.  Mr. Guide is one of the

12:12PM 9    witnesses, unfortunately for you and him, where are parties

12:12PM 10   really have made a showing, in my mind, that they do need the

12:12PM 11   additional time.

12:12PM 12           I'm going to caution the attorneys, and I think

12:12PM 13   they know, that I don't want repetitive questions.  I certainly

12:12PM 14   believe that they've conducted themselves professionally

12:12PM 15   throughout, and will try to do everything they can to minimize

12:12PM 16   the questioning for Mr. Guide and, if at all possible, finish

12:12PM 17   early.  They have done that in a couple of cases; although, I

12:12PM 18   don't think --

12:12PM 19           MR. RUBENSTEIN:  Judge, I understand, and I'm going to

12:12PM 20   have my finger on the speed dial with the Court.

12:12PM 21           THE COURT:  Area (504)589-7620.

12:12PM 22           MR. RUBENSTEIN:  I got it.

12:12PM 23           THE COURT:  Okay.  Thanks much.

12:12PM 24           Guys, since I've got no volunteers for the

12:13PM 25   remaining witnesses that time has been requested on, I'm going to

12:13PM  1   go back to the requests, and I will get out to you this afternoon

12:13PM  2   by e-mail the amount of time allocated for those witnesses per

12:13PM  3   party.  Some of you might not be happy, but that's the way it

12:13PM  4   will be.

12:13PM  5           MR. MILLER:  Your Honor, just so that it's clear for

12:13PM  6   next week, we're looking for -- Transocean is looking for

12:13PM  7   45 minutes each now with Mr. Lambert and Mr. Sepulvado.

12:13PM  8           THE COURT:  That's what I think I have down.

12:13PM  9           MR. MILLER:  Right.  I just want to make sure the

12:13PM 10   parties are aware of that, in case anybody wants to reconsider

12:13PM 11   donating time.

12:13PM 12           THE COURT:  So that's his last pitch.  So if y'all

12:13PM 13   didn't understand, that's his last possible pitch.

12:13PM 14           MR. UNDERHILL:  United States, 10 minutes for each.

12:13PM 15           THE COURT:  Got that?

12:13PM 16           MR. MILLER:  Got it.

12:13PM 17           MR. STERBCOW:  Your Honor, we just talked, and the PSC

12:13PM 18   can give up 10 minutes for each of those, as well.

12:13PM 19           THE COURT:  Great.  So you've got yourself 20 minutes

12:14PM 20   for each of those witnesses.  Then, we'll just go ahead and get

12:14PM 21   an e-mail out to everybody on how it will go next week.

12:14PM 22               Now, next Friday, I would like you all to look

12:14PM 23   forward.  We're going to have to figure out the request for

12:14PM 24   time -- extra time for Doug Suttles, David Rich.  I can't believe

12:14PM 25   you managed to work out Tony Hayward.  Congratulations.  But

12:14PM 1   we'll take it up again next week and see if we can start the

12:14PM 2   auction again.

12:14PM 3              All right.  Let's take a, what do you want,

12:14PM 4   10-minute break, and I would like to see liaison counsel in my

12:14PM 5   office.

12:14PM 6              MR. FITCH:  Judge.

12:14PM 7              THE COURT:  I'm sorry, Tony.  I should have asked, is

12:14PM 8   there anything else?

12:15PM 9              MR. FITCH:  Very last item in your order, the DNV

12:15PM 10  depositions confirmed for June 21, 22, I've distributed the

12:15PM 11  revised notice, I think twice now, and sort of last call.  I'm

12:15PM 12  going to send it out over the weekend or Monday, unless anyone

12:15PM 13  else has any discussion.

12:15PM 14             THE COURT:  Speak now or forever hold your peace.

12:15PM 15             MS. BERTAUT:  Tony, it's Carmelite Bertaut.  We will get

12:15PM 16  something to you for DNV by Monday.

12:15PM 17             MR. FITCH:  I think we have plenty of time.  It's, you

12:15PM 18  know, June 21, 22.

12:15PM 19             THE COURT:  But Carmelite wants you to specifically know

12:15PM 20  she's got something coming.

12:15PM 21             MR. FITCH:  That will be fine.

12:15PM 22             MS. BERTAUT:  Thank you.

12:15PM 23             MR. BERTRAM:  Richard Bertram, counsel for Weatherford.

12:15PM 24             Just a point of clarification.  In the order from

12:15PM 25  last week's conference it noted that the parties had reached

12:15PM 1     agreement on the 30(b)(6) notice.  They are close to reaching

12:15PM 2     agreement, and we expect them to be finalized.  The order

12:15PM 3     reflects that an agreement was reached, but it's very close.

12:15PM 4            THE COURT:  Thanks a bunch.

12:16PM 5              Anything else?  All right.  Phone participants,

12:16PM 6     thanks a lot.  Liaison counsel, I'll see you in about ten

12:16PM 7     minutes.

12:16PM 8            THE DEPUTY CLERK:  All rise.

9            Next conference Friday, May 13, 2011, 9:30 a.m.

10            (WHEREUPON, at 12:16 p.m., the proceedings were

11     concluded.)

12                     *   *   *

13

14                REPORTER'S CERTIFICATE

15

16      I, Cathy Pepper, Certified Realtime Reporter, Registered
Merit Reporter, Certified Court Reporter of the State of

17 Louisiana, Official Court Reporter for the United States District
Court, Eastern District of Louisiana, do hereby certify that the
foregoing is a true and correct transcript, to the best of my

18 ability and understanding, from the record of the proceedings in
the above-entitled and numbered matter.

19

20

21                   *s/Cathy Pepper*
                  Cathy Pepper, CRR, RMR, CCR

22                   Certified Realtime Reporter
                  Official Court Reporter

23                   United States District Court
                  Cathy_Pepper@laed.uscourts.gov

24

25

## 1

**1** [4] - 23:7, 83:6, 84:25
**10** [11] - 29:3, 38:14, 43:18, 43:23, 70:22, 71:5, 97:22, 97:24, 97:25, 109:14, 109:18
**10-MDL-2179** [1] - 1:6
**10-minute** [1] - 110:4
**1000** [1] - 5:7
**101** [1] - 2:7
**10153** [1] - 5:18
**109** [1] - 11:11
**10th** [1] - 95:6
**11** [8] - 37:5, 82:3, 82:4, 82:6, 82:8, 98:11, 98:13, 104:24
**110** [1] - 11:12
**1100** [1] - 3:13
**111** [1] - 11:13
**11:30** [1] - 74:5
**12** [10] - 7:5, 7:6, 66:23, 82:3, 82:4, 82:6, 82:8, 98:11, 98:13, 103:8
**1201** [1] - 4:14
**125** [1] - 87:4
**12:16** [1] - 111:10
**13** [21] - 7:7, 7:8, 7:9, 7:10, 8:4, 11:13, 23:16, 24:23, 30:16, 53:20, 62:10, 62:14, 62:21, 62:22, 63:10, 66:23, 67:1, 111:9
**13......** [1] - 7:24
**1300** [2] - 4:23, 5:15
**1331** [1] - 4:17
**13TH** [2] - 8:2, 8:5
**13th** [6] - 24:7, 24:12, 24:22, 31:5, 53:21, 88:7
**14** [15] - 7:11, 7:12, 39:5, 43:15, 43:16, 53:20, 59:17, 62:10, 62:14, 62:21, 62:22, 63:11, 67:1, 82:5, 82:7
**15** [9] - 7:14, 44:9, 45:19, 59:17, 70:1, 70:4, 82:5, 82:7, 102:20
**15-hour** [2] - 55:13, 101:25
**15th** [10] - 26:4, 59:22, 88:23, 89:7, 89:18, 90:6, 90:8, 90:11,

91:6, 93:2
**16** [9] - 18:17, 45:19, 46:4, 55:23, 56:2, 56:3, 56:13, 59:16, 107:6
**1615** [1] - 4:23
**1665** [1] - 4:17
**17** [21] - 7:15, 7:16, 20:24, 21:11, 36:19, 36:24, 38:7, 38:17, 38:19, 39:11, 39:15, 43:22, 44:13, 45:1, 45:9, 46:4, 55:23, 56:2, 56:3, 56:13, 59:16
**1700** [1] - 4:14
**18** [6] - 7:17, 67:1, 67:2, 67:8, 67:9, 67:11
**18th** [1] - 67:19
**19** [13] - 38:18, 38:21, 39:11, 39:15, 43:22, 44:13, 45:9, 67:1, 67:2, 67:8, 67:9, 67:10, 67:11
**19th** [1] - 88:13
**1:00** [3] - 71:12, 73:21, 82:17
**1st** [4] - 47:20, 48:22, 83:2, 95:19

## 2

**2** [1] - 46:18
**20** [19] - 1:5, 7:20, 23:7, 46:23, 56:18, 57:2, 57:17, 66:5, 66:6, 66:7, 67:10, 67:22, 67:25, 98:4, 98:23, 99:5, 99:24, 100:4, 109:19
**20005** [1] - 5:15
**20006** [1] - 5:4
**20044** [1] - 2:21
**2007** [1] - 4:21
**201** [1] - 5:22
**2010** [1] - 1:5
**2011** [4] - 1:7, 11:13, 12:2, 111:9
**2012** [1] - 27:11
**2020** [1] - 5:4
**20th** [10] - 13:16, 13:22, 13:24, 27:2, 31:7, 50:1, 88:5, 88:10, 90:4
**20TH........** [1] - 8:7
**21** [14] - 7:21, 11:12, 46:15, 46:23, 56:19, 57:3, 58:7, 66:5,

66:6, 66:7, 67:22, 67:25, 110:10, 110:18
**2185** [1] - 6:7
**22** [7] - 7:23, 37:3, 57:1, 57:3, 58:7, 110:10, 110:18
**22............** [1] - 11:12
**22nd** [1] - 90:5
**23** [6] - 7:24, 46:13, 46:15, 57:1, 57:3, 57:17
**24** [7] - 7:25, 8:1, 8:2, 8:4, 40:21, 40:23, 46:13
**24th** [1] - 46:12
**25** [10] - 40:21, 40:23, 53:20, 54:10, 57:21, 58:5, 66:14, 98:4, 98:8, 98:23
**25th** [4] - 26:21, 54:3, 67:20, 78:23
**26** [6] - 37:3, 54:10, 57:21, 58:5, 66:14, 79:21
**2615** [1] - 1:25
**26th** [3] - 27:10, 78:24, 88:3
**27** [6] - 58:5, 66:9, 66:21, 66:22, 67:13, 67:14
**27th** [6] - 31:24, 84:18, 88:23, 89:5, 93:12
**27TH............................
.................** [1] - 8:9
**28** [6] - 58:6, 66:9, 66:21, 66:22, 67:13, 67:14
**29** [3] - 46:20, 46:24, 53:20
**2990** [1] - 2:11
**29th** [3] - 26:21, 27:7, 27:17
**2:30** [1] - 73:16
**2nd** [1] - 73:6

## 3

**3** [1] - 46:18
**30** [3] - 46:20, 46:24, 105:1
**30(b)(6** [11] - 20:22, 36:9, 36:23, 38:3, 39:16, 39:20, 44:6, 44:9, 46:10, 46:15, 111:1
**30(B)(6** [2] - 8:14, 8:19
**300** [1] - 4:5
**31** [2] - 8:5, 8:8

**32** [1] - 8:10
**33** [1] - 8:13
**3450** [1] - 6:8
**36** [3] - 8:14, 8:16, 8:17
**36130** [1] - 2:25
**365** [1] - 2:11
**3668** [2] - 1:17, 2:4
**36TH** [1] - 3:13
**37** [1] - 8:18
**39** [1] - 8:19
**3rd** [3] - 12:17, 71:12, 73:6

## 4

**4** [1] - 77:11
**40** [1] - 8:20
**4000** [1] - 5:7
**43** [2] - 8:21, 8:22
**435** [1] - 2:7
**45** [6] - 8:23, 97:24, 98:2, 99:6, 100:9, 109:7
**450** [1] - 2:15
**46** [2] - 8:24, 8:25
**47** [1] - 9:1
**4800** [1] - 6:5
**49** [2] - 9:2, 9:3
**4th** [1] - 12:17

## 5

**50/50** [2] - 106:24, 107:8
**500** [3] - 2:24, 6:8, 6:20
**5000** [1] - 3:23
**504** [1] - 6:21
**504)589-7620** [1] - 108:21
**510** [1] - 3:7
**52** [1] - 9:4
**53** [1] - 9:5
**5395** [1] - 2:16
**546** [1] - 4:9
**55** [2] - 9:6, 9:7
**556** [2] - 1:18, 2:4
**56** [3] - 9:8, 9:9, 9:10
**58** [2] - 9:11, 9:12
**589-7779** [1] - 6:21
**5:30** [2] - 74:4, 107:3

## 6

**6** [4] - 1:7, 12:2, 13:1, 75:3

**60** [7] - 9:13, 9:14, 9:15, 97:23, 103:1, 106:23, 107:1
**601** [1] - 1:25
**60654** [1] - 4:6
**61** [1] - 9:16
**62** [2] - 9:17, 9:18
**63** [2] - 9:19, 9:20
**64** [2] - 9:21, 9:22
**65** [2] - 9:23, 9:24
**66** [5] - 10:1, 10:2, 10:3, 10:4, 10:5
**67** [1] - 10:6
**68** [2] - 10:7, 10:8
**69** [1] - 10:9
**6th** [1] - 88:4

## 7

**7** [1] - 75:3
**70** [3] - 10:11, 105:7, 105:11
**701** [3] - 3:4, 3:22, 6:5
**70112** [1] - 4:24
**70113** [1] - 1:18
**70130** [5] - 1:25, 2:11, 3:5, 4:10, 6:20
**70139** [2] - 3:23, 6:5
**70163** [1] - 3:14
**70170** [1] - 5:22
**70360** [1] - 2:8
**70433** [1] - 3:8
**70502** [2] - 1:18, 2:5
**71** [1] - 10:12
**75** [2] - 10:13, 101:15
**75270** [1] - 4:15
**76** [4] - 10:14, 10:15, 10:16, 10:17
**7611** [1] - 2:20
**767** [1] - 5:18
**77** [1] - 10:18
**77002** [2] - 5:7, 6:9
**77010** [1] - 4:18
**78** [1] - 10:19
**79** [1] - 10:20
**7:00** [3] - 73:22, 74:1, 108:2
**7:30** [1] - 108:3
**7TH** [1] - 2:16

## 8

**8** [1] - 46:18
**80** [1] - 10:21
**82** [3] - 10:22, 10:23, 10:24
**820** [1] - 1:21
**83** [1] - 11:1

**84** [1] - 11:3
**88** [1] - 11:4
**8:30** [3] - 73:15, 107:2, 107:11
**8th** [1] - 50:23

## 9

**9** [11] - 37:5, 38:14, 43:18, 43:23, 46:18, 70:22, 71:5, 82:24, 97:22, 97:23, 97:25
**90** [4] - 26:5, 55:6, 55:8, 55:11
**900** [1] - 5:15
**94102** [1] - 2:16
**97** [4] - 11:5, 11:6, 11:7, 11:8
**975** [2] - 87:2, 87:3
**98** [2] - 11:9, 11:10
**9:30** [3] - 1:7, 11:13, 111:9
**9th** [8] - 50:23, 83:10, 83:11, 83:13, 83:21, 84:13, 85:4, 85:25
**9TH.......** [1] - 11:3

## A

**A-L-B-E-R-T-I-N** [1] - 52:20
**A.M** [1] - 1:7
**a.m** [6] - 73:15, 73:16, 73:22, 74:1, 74:5, 111:9
**A.M.....** [1] - 11:13
**ability** [3] - 59:16, 64:15, 111:18
**able** [11] - 19:11, 21:3, 32:23, 57:7, 63:5, 63:10, 65:15, 72:15, 75:20, 94:1, 95:18
**above-entitled** [1] - 111:18
**ABRAMSON** [1] - 1:23
**Absolutely** [1] - 42:17
**absolutely** [8] - 30:23, 31:1, 31:4, 44:23, 58:10, 80:24, 102:10, 105:7
**abundance** [2] - 49:1, 51:22
**accept** [1] - 23:24
**accommodate** [3] - 58:14, 59:5, 75:20
**accompany** [1] - 57:14
**according** [3] - 53:18,

77:13, 81:11
**accurate** [1] - 40:5
**action** [3] - 27:5, 53:2
**ACTION** [1] - 1:6
**ACTIONS** [1] - 1:9
**activity** [1] - 89:12
**ADD** [1] - 8:6
**add** [14] - 16:1, 20:4, 26:13, 31:6, 34:8, 35:10, 44:20, 44:22, 46:12, 53:3, 64:15, 68:12, 87:14, 101:8
**added** [2] - 13:1, 68:12
**adding** [2] - 62:21, 62:22
**addition** [3] - 45:10, 46:9, 72:17
**additional** [22] - 17:13, 20:24, 21:11, 21:13, 21:15, 29:24, 30:7, 52:5, 92:25, 97:18, 98:2, 101:16, 102:19, 103:1, 103:21, 103:22, 104:5, 106:8, 106:22, 107:1, 108:7, 108:11
**ADDITIONAL** [1] - 11:5
**additions** [1] - 40:14
**address** [10] - 16:12, 17:9, 18:2, 25:2, 26:5, 32:17, 41:10, 42:20, 98:1, 102:11
**admit** [1] - 73:20
**admittedly** [1] - 45:1
**adopt** [4] - 26:12, 30:6, 30:25, 105:14
**Adrian** [2] - 32:19, 32:21
**advance** [1] - 73:25
**advancing** [1] - 86:15
**adversaries** [1] - 47:9
**advising** [1] - 31:12
**affirm** [1] - 93:18
**afraid** [1] - 99:18
**afternoon** [3] - 77:24, 80:4, 109:1
**afterwards** [1] - 70:10
**agencies** [4] - 29:4, 29:14, 30:11, 92:1
**agenda** [3] - 32:4, 41:19, 107:17
**AGENDA** [1] - 7:3
**ago** [1] - 33:17
**agree** [14] - 28:20, 29:9, 30:1, 34:24, 35:23, 36:7, 50:12, 52:9, 65:25, 67:3,

104:1, 104:20
**agreed** [6] - 39:20, 39:23, 39:24, 39:25, 96:23, 98:4
**AGREEMENT** [1] - 7:12
**agreement** [19] - 13:10, 13:13, 14:21, 14:25, 16:4, 19:11, 19:20, 52:11, 52:13, 54:19, 54:21, 65:18, 65:19, 65:20, 83:16, 106:25, 111:1, 111:2, 111:3
**agrees** [2] - 44:18, 47:12
**ahead** [18] - 12:20, 24:13, 25:17, 31:18, 32:4, 33:18, 36:7, 43:20, 48:7, 48:21, 48:24, 51:11, 53:14, 75:21, 87:6, 88:21, 104:13, 109:20
**ahold** [1] - 30:11
**aim** [1] - 82:6
**air** [2] - 48:21, 81:9
**AL** [1] - 2:25
**Alabama** [8] - 26:25, 27:25, 28:21, 28:23, 70:19, 100:1, 100:2, 100:4
**ALABAMA** [1] - 2:23
**Alan** [4] - 39:18, 40:6, 48:20, 79:8
**ALAN** [1] - 4:17
**Albertin** [2] - 52:20, 53:3
**ALBERTIN.................
......................** [1] - 9:4
**ALL** [2] - 1:9, 8:14
**ALLAN** [1] - 3:4
**Allen** [3] - 55:23, 56:8, 56:11
**ALLEN** [3] - 6:8, 9:7, 56:9
**allocated** [2] - 32:12, 109:2
**ALLOCATED** [1] - 8:10
**allocation** [1] - 90:10
**allotment** [1] - 106:24
**allotted** [1] - 108:1
**allow** [4] - 16:8, 50:21, 106:22, 107:1
**allowed** [1] - 96:13
**ALSO** [1] - 6:11
**alternative** [1] - 81:19
**Ambrose** [3] - 66:21, 67:4, 67:5

**AMBROSE................
.........................** [1] - 10:5
**amended** [1] - 39:21
**amendment** [1] - 23:16
**Amendment** [12] - 13:1, 33:4, 33:6, 33:13, 35:1, 35:8, 53:24, 76:7, 77:11, 78:12, 79:24, 81:5
**AMENDMENT** [3] - 7:24, 8:13, 10:14
**America** [2] - 50:3, 50:16
**AMERICA** [7] - 2:19, 3:15, 3:16, 3:17, 3:18, 3:20, 3:21
**AMERICAN** [1] - 1:24
**amount** [5] - 32:12, 94:17, 96:25, 99:20, 109:2
**AMOUNT** [1] - 8:10
**amounting** [1] - 103:7
**Anadarko** [3] - 20:16, 39:21, 104:2
**ANADARKO** [2] - 4:19, 4:20
**Anadarko's** [3] - 15:6, 84:9, 84:11
**Anadarko/MOEX** [2] - 20:13, 70:20
**AND** [15] - 3:11, 4:21, 5:13, 7:5, 7:7, 7:18, 7:21, 7:23, 8:3, 8:5, 8:6, 9:18, 9:24, 10:12, 10:24
**Andrea** [1] - 53:13
**ANDREA** [1] - 9:5
**ANDREW** [1] - 4:3
**Andy** [40] - 13:11, 13:12, 15:14, 15:18, 19:2, 24:16, 25:6, 25:13, 27:24, 29:12, 30:3, 30:19, 32:11, 36:8, 38:1, 43:14, 44:23, 45:18, 46:17, 47:7, 48:19, 49:4, 49:6, 51:22, 52:25, 60:9, 61:2, 61:19, 64:4, 69:2, 69:14, 75:14, 75:23, 78:20, 83:5, 84:12, 86:11, 87:9, 92:12, 95:13
**Andy's** [2] - 50:17, 90:24
**answer** [20] - 17:18, 23:24, 27:10, 28:13, 30:6, 30:8, 30:9, 30:13, 38:24, 39:13,

42:21, 43:7, 53:7, 53:9, 77:25, 79:11, 80:3, 86:11, 94:24, 99:7
**answered** [1] - 38:25
**answering** [1] - 99:14
**ANTHONY** [1] - 2:10
**anticipate** [1] - 94:7
**anticipating** [1] - 71:17
**ANY** [1] - 8:6
**anytime** [1] - 50:22
**anyway** [4] - 13:22, 23:18, 36:18, 102:4
**apiece** [1] - 55:11
**apologize** [3] - 18:6, 107:15, 107:17
**appear** [1] - 56:6
**APPEARANCES** [6] - 1:14, 2:1, 3:1, 4:1, 5:1, 6:1
**appeared** [1] - 65:15
**applies** [1] - 13:16
**apply** [1] - 97:14
**appreciate** [8] - 15:12, 17:21, 21:17, 22:6, 22:10, 84:5, 92:11, 98:7
**appropriate** [1] - 78:21
**APRIL** [1] - 1:5
**April** [14] - 26:21, 27:2, 27:7, 27:10, 27:17, 50:1, 84:18, 88:23, 89:5, 90:4, 90:5, 93:12
**area** [2] - 94:24, 108:21
**Arnold** [10] - 53:12, 55:16, 55:22, 56:13, 57:12, 59:15, 64:11, 64:15, 64:22, 70:3
**ARNOLD..........** [1] - 9:6
**arrange** [1] - 64:14
**arrangement** [2] - 54:24, 75:3
**arrangements** [1] - 100:24
**arrived** [1] - 18:7
**arrows** [1] - 101:5
**AS** [2] - 7:12, 7:21
**aside** [2] - 27:3, 72:6
**asserted** [1] - 15:1
**assessment** [4] - 20:14, 21:2, 29:17, 93:19
**ASSESSMENT** [1] - 7:20
**assisting** [1] - 41:15

**assume** [5] - 24:17, 52:15, 54:5, 78:17, 83:24
**assuming** [3] - 23:24, 75:9, 75:14
**assumption** [2] - 35:12, 75:13
**assure** [1] - 102:16
**AT** [2] - 3:7, 8:6
**attach** [1] - 20:2
**attempt** [1] - 53:19
**attention** [1] - 48:13
**ATTORNEY** [1] - 2:23
**attorneys** [3] - 31:12, 64:1, 108:12
**ATTORNEYS** [1] - 3:7
**auction** [2] - 98:14, 110:2
**audio** [2] - 73:13, 74:18
**August** [1] - 26:4
**authority** [3] - 25:14, 50:7, 76:8
**authorized** [1] - 98:22
**availability** [3] - 46:1, 51:24, 81:24
**available** [4] - 46:18, 46:24, 50:24, 58:6
**AVENUE** [5] - 1:21, 2:15, 2:24, 5:18, 5:22
**AVIATION** [1] - 6:3
**avoid** [3] - 17:8, 27:19, 28:3
**aware** [2] - 21:13, 109:10
**awfully** [1] - 101:7

## B

**BABIUCH** [1] - 4:5
**background** [1] - 46:10
**backup** [1] - 63:14
**bad** [1] - 45:20
**balance** [1] - 16:19
**Barbier** [3] - 23:5, 83:20, 103:16
**barely** [1] - 99:2
**barrels** [2] - 93:25, 94:17
**based** [3] - 34:12, 95:24, 96:22
**basis** [2] - 20:9, 96:3
**BATES** [1] - 7:19
**Bates** [7] - 16:16, 18:25, 19:17, 19:18, 19:19, 20:6
**BE** [3] - 8:4, 8:8, 10:25

**beaches** [1] - 96:25
**bear** [1] - 42:9
**bearer** [1] - 45:20
**bears** [1] - 90:14
**become** [1] - 79:12
**becomes** [2] - 39:7, 108:4
**BEEN** [1] - 7:17
**BEFORE** [1] - 1:12
**behalf** [3] - 26:1, 39:22, 81:8
**BEING** [1] - 7:22
**Bertaut** [2] - 42:1, 110:15
**BERTAUT** [15] - 4:9, 42:1, 42:6, 42:13, 42:16, 74:24, 75:1, 75:5, 75:8, 84:24, 85:8, 85:15, 85:19, 110:15, 110:22
**Bertone** [5] - 56:24, 56:25, 57:9, 58:4
**BERTONE** [1] - 56:25
**BERTONE..............**
...................... [1] -
9:10
**BERTRAM** [2] - 5:21, 110:23
**Bertram** [1] - 110:23
**best** [5] - 26:7, 67:2, 86:7, 93:9, 111:17
**better** [9] - 15:21, 30:15, 34:15, 35:5, 54:8, 61:23, 63:8, 87:24
**BETWEEN** [1] - 7:23
**between** [10] - 22:20, 23:7, 23:8, 38:2, 90:5, 92:16, 103:1, 104:4, 106:23, 107:8
**beyond** [3] - 30:22, 78:2, 104:22
**big** [3] - 39:6, 86:17, 87:19
**Bill** [4] - 16:3, 19:22, 77:8, 77:9
**BILL** [1] - 10:5
**bill** [1] - 66:21
**Biloxi** [1] - 95:7
**bind** [1] - 102:13
**binding** [2] - 94:9, 95:17
**BINGHAM** [1] - 5:3
**bit** [4] - 65:12, 69:20, 73:12, 96:8
**bitter** [1] - 41:13
**Blackberry** [1] - 40:13
**blindsided** [1] - 27:22
**board** [2] - 97:15, 108:7

**Board** [1] - 103:6
**boat** [1] - 92:7
**BOCKIUS** [1] - 5:6
**bodies** [1] - 50:5
**BONNER** [1] - 6:14
**booked** [3] - 51:25, 61:4, 61:6
**Boots** [1] - 70:18
**BOP** [2] - 37:2, 66:6
**bothering** [1] - 76:1
**bottom** [1] - 47:20
**BOUGHTON** [1] - 9:24
**Boughton** [2] - 65:24, 66:12
**BOUGHTON..............**
...................... [1] - 10:3
**bounds** [1] - 29:16
**BOX** [3] - 1:17, 2:4, 2:20
**boy** [1] - 24:2
**BP** [42] - 3:15, 3:16, 3:16, 3:17, 3:18, 3:19, 3:20, 7:7, 9:13, 13:9, 13:12, 15:1, 15:18, 17:13, 18:12, 19:2, 20:7, 22:16, 25:20, 27:6, 33:5, 35:11, 44:24, 49:6, 50:2, 52:15, 55:5, 60:7, 60:9, 64:6, 68:11, 69:6, 70:6, 70:23, 75:13, 75:19, 78:20, 88:7, 91:17, 91:18, 92:2, 99:18
**BP's** [6] - 15:15, 16:8, 22:10, 33:9, 96:1, 99:4
**BP'S** [1] - 7:14
**BRANCH** [1] - 2:14
**break** [4] - 73:25, 74:8, 74:9, 110:4
**breaking** [1] - 107:3
**Brett** [2] - 61:21, 61:25
**BRIAN** [1] - 10:18
**Brian** [1] - 77:10
**brief** [3] - 50:17, 84:11, 97:4
**briefing** [3] - 14:17, 18:7, 97:5
**briefly** [3] - 16:13, 22:8, 97:9
**briefs** [1] - 105:21
**bring** [1] - 31:25
**brings** [2] - 49:15, 49:16
**broader** [1] - 25:25
**broke** [1] - 73:21
**brokered** [1] - 72:6
**brought** [2] - 27:2,

27:15
**Brown** [3] - 12:15, 54:19, 55:4
**BROWN** [1] - 7:5
**BRYANT** [1] - 6:15
**budget** [1] - 92:4
**BUILDING** [1] - 1:24
**bumps** [1] - 68:19
**bunch** [4] - 25:11, 67:6, 106:7, 111:4
**BUNDLE** [1] - 7:10
**Bundle** [2] - 13:25, 14:18
**burned** [1] - 104:21
**business** [3] - 23:22, 50:5, 91:17
**busy** [4] - 24:2, 25:22, 56:6, 66:1
**buy** [1] - 41:2
**Buzbee** [1] - 60:8
**Buzbee's** [2] - 60:14, 60:17, 61:10
**BUZBEE......** [1] - 9:13
**buzz** [1] - 13:21
**buzz-through** [1] - 13:21
**BY** [29] - 1:4, 1:17, 1:20, 1:24, 2:3, 2:7, 2:10, 2:14, 2:20, 2:23, 3:4, 3:12, 3:21, 4:3, 4:9, 4:13, 4:17, 4:23, 5:3, 5:6, 5:14, 5:17, 5:21, 6:4, 6:7, 6:22, 6:23, 8:7, 8:8
**Byrd** [3] - 37:2, 37:8, 37:14
**BYRD** [1] - 37:2
**Byrd's** [1] - 37:4
**BYRD......................**
...................... [1] -
8:18

## C

**C-A-R-G-O-L** [1] - 49:4
**CA** [1] - 2:16
**cabinets** [1] - 52:4
**Caleb** [1] - 68:10
**calendar** [16] - 12:11, 33:24, 34:1, 34:4, 34:23, 36:4, 43:11, 56:22, 57:20, 60:24, 60:25, 63:4, 66:4, 66:21, 70:22, 82:13
**CALENDAR..............**
...................... [1] - 8:21
**CALLED** [1] - 12:4
**camera** [2] - 17:11,

69:11
**CAMERA** [1] - 7:15
**Cameron** [7] - 13:16, 62:24, 63:10, 63:16, 63:19, 98:3, 98:23
**CAMERON** [2] - 4:8, 9:18
**CAMERON..............**
...................... [1] -
9:19
**CAMERON..............**
...................... 
[1] - 7:9
**CAMP** [1] - 3:4
**CANAL** [2] - 2:10, 2:11
**cannot** [1] - 43:17
**cap** [1] - 88:23
**capability** [1] - 72:18
**capacity** [3] - 36:22, 46:16, 75:23
**capped** [7] - 90:18, 94:4, 94:14, 94:16, 95:6, 95:19, 95:20
**Captain** [1] - 33:7
**capture** [1] - 89:21
**care** [7] - 13:7, 36:10, 76:4, 88:17, 91:13, 98:12
**careful** [1] - 45:16
**Cargol** [2] - 49:4, 49:7
**CARGOL..............**
...................... [1] -
9:2
**Carl** [5] - 58:18, 58:19, 58:22, 70:1
**CARL** [3] - 9:11, 10:9, 58:20
**CARMELITE** [1] - 4:9
**Carmelite** [7] - 42:1, 74:23, 75:10, 84:23, 86:1, 110:15, 110:19
**CARONDELET** [1] - 4:9
**carry** [1] - 23:13
**Carter** [5] - 74:22, 74:23, 75:1, 75:2
**CARTER** [1] - 10:13
**carve** [2] - 69:3, 105:17
**carve-out** [1] - 105:17
**case** [20] - 13:2, 22:4, 29:5, 34:17, 34:18, 42:18, 44:8, 50:11, 91:17, 96:6, 101:5, 102:23, 102:24, 104:23, 104:25, 105:2, 105:10, 109:10
**cases** [3] - 27:15, 31:13, 108:17

**catering** [1] - 63:25
**Cathy** [2] - 111:15, 111:21
**CATHY** [1] - 6:19
**Cathy_Pepper@laed .uscourts.gov** [1] - 111:23
**cathy_Pepper@laed. uscourts.gov** [1] - 6:21
**caused** [4] - 16:21, 20:2, 90:3
**causes** [1] - 50:6
**caution** [3] - 49:1, 51:22, 108:12
**CBI** [1] - 23:22
**CCR** [2] - 6:19, 111:21
**cement** [2] - 50:6, 96:8
**center** [2] - 69:6, 69:8
**CENTER** [1] - 6:8
**CENTRE** [1] - 3:13
**CEO** [1] - 50:2
**certain** [4] - 34:14, 57:18, 79:17, 81:10
**certainly** [8] - 22:4, 25:20, 37:24, 53:20, 93:8, 94:19, 95:2, 108:13
**CERTIFICATE** [1] - 111:14
**Certified** [3] - 111:15, 111:16, 111:21
**CERTIFIED** [1] - 6:19
**certify** [1] - 111:17
**challenge** [1] - 99:21
**chambers** [1] - 88:22
**chance** [5] - 23:4, 33:19, 34:15, 102:3, 107:25
**chances** [1] - 81:12
**change** [6] - 23:25, 32:12, 33:15, 47:6, 66:16, 84:4
**CHANGE** [1] - 8:10
**changed** [4] - 69:13, 69:21, 77:23, 83:23
**changes** [1] - 40:14
**characterization** [1] - 104:1
**charge** [1] - 50:15
**charges** [1] - 63:25
**CHARLES** [2] - 5:21, 5:22
**chase** [1] - 69:20
**cheap** [1] - 73:3
**check** [2] - 52:1, 85:6
**checked** [1] - 80:8
**checking** [2] - 53:7, 53:10

**CHICAGO** [1] - 4:6
**choice** [1] - 17:8
**CHRISTIAN** [1] - 6:14
**chronological** [3] - 89:21, 90:1, 90:17
**chronologically** [2] - 89:6, 90:22
**chronology** [1] - 93:8
**circulate** [4] - 14:1, 23:11, 68:2, 87:12
**circulated** [1] - 86:21
**circumstances** [1] - 77:22
**cited** [2] - 20:1, 20:9
**citizens** [1] - 92:10
**City** [1] - 17:3
**CIVIL** [2] - 1:6, 2:14
**claims** [8] - 13:11, 14:1, 15:1, 27:2, 27:15, 90:3, 93:22, 94:11
**CLAIMS............** [1] - 7:8
**CLAIMS....................** ................. [1] - 7:10
**clarification** [8] - 24:10, 26:23, 27:6, 38:3, 42:2, 69:25, 86:13, 110:24
**clarify** [3] - 17:2, 19:24, 38:2
**clarifying** [1] - 83:14
**clarity** [1] - 33:11
**Clarke** [2] - 79:14, 81:2
**CLEAN** [1] - 8:3
**clean** [3] - 24:14, 40:9, 87:25
**CLEAN-UP** [1] - 8:3
**clean-up** [1] - 24:14
**cleanup** [1] - 25:7
**clear** [4] - 31:11, 52:7, 66:24, 109:5
**CLERK** [8] - 12:7, 30:16, 73:17, 82:9, 82:17, 84:8, 97:19, 111:8
**clerks** [1] - 92:6
**client** [5] - 35:11, 64:11, 79:18, 81:1, 101:6
**clients** [1] - 92:10
**clogging** [1] - 13:23
**close** [6] - 16:5, 62:13, 72:18, 80:13, 111:1, 111:3
**closer** [1] - 63:4
**cluttering** [1] - 52:4
**co** [1] - 105:14
**co-counsel** [1] -

105:14
**COAST** [1] - 6:17
**Coast** [2] - 91:20, 91:25
**colleagues** [1] - 60:11
**color** [1] - 41:1
**colorful** [1] - 40:25
**combined** [1] - 14:14
**coming** [7] - 20:14, 26:22, 31:23, 67:14, 92:15, 97:22, 110:20
**Command** [2] - 89:11, 89:14
**comment** [5] - 23:20, 29:11, 84:20, 99:12, 106:3
**comments** [4] - 29:4, 83:14, 88:7, 105:14
**commit** [1] - 40:8
**commitment** [1] - 44:25
**committed** [1] - 57:17
**COMMITTEE** [1] - 1:23
**Committee** [2] - 15:20, 23:9
**COMMUNICATED** [1] - 9:6
**communicated** [2] - 48:2, 55:15
**communication** [2] - 60:11, 71:13
**communications** [5] - 22:19, 22:21, 23:7, 23:10, 60:8
**COMMUNICATIONS** [2] - 7:23, 9:13
**COMPANY** [3] - 3:16, 4:20
**compared** [1] - 96:7
**COMPEL** [1] - 8:8
**compel** [2] - 31:22, 31:23
**compiled** [2] - 87:9, 89:4
**complaint** [1] - 14:13
**COMPLAINT..............** ....... [1] - 7:11
**complaints** [1] - 27:16
**complete** [2] - 36:12, 86:5
**completely** [4] - 30:7, 31:11, 51:24, 92:14
**comply** [1] - 19:8
**compromise** [1] - 105:12
**computer** [1] - 72:16
**COMPUTER** [1] - 6:23
**concern** [3] - 15:14, 15:15, 35:20
**concerned** [2] - 16:17,

65:12
**concerning** [1] - 76:2
**concerns** [2] - 16:20, 39:1
**concluded** [1] - 111:11
**conclusion** [1] - 24:9
**CONCLUSION** [1] - 8:1
**conclusive** [1] - 53:6
**concordance** [1] - 18:16
**concur** [2] - 20:8, 36:1
**conduct** [1] - 92:21
**conducted** [1] - 108:14
**confer** [1] - 15:20
**CONFERENCE** [2] - 1:11, 11:13
**conference** [7] - 14:24, 22:17, 70:2, 74:1, 89:3, 110:25, 111:9
**conferences** [3] - 82:12, 82:13, 82:15
**CONFERENCES.......** ............................. [1] - 10:22
**conferred** [1] - 25:13
**confess** [1] - 20:1
**confident** [1] - 107:24
**confidential** [2] - 21:20, 23:22
**CONFIDENTIAL........** ............................. [1] - 7:22
**confidentiality** [2] - 70:22, 72:10
**confirm** [2] - 63:5, 63:10
**CONFIRMED** [1] - 11:12
**confirmed** [2] - 62:8, 63:16, 110:10
**conflicts** [1] - 42:19
**confusion** [5] - 20:2, 24:3, 24:8, 25:12, 82:23
**congratulations** [1] - 109:25
**Congress** [1] - 50:4
**connection** [3] - 54:19, 54:25, 70:3
**CONRAD** [1] - 2:7
**consensus** [2] - 34:2, 34:6
**consequence** [1] - 94:13
**consequences** [2] - 91:23, 92:7

**consider** [1] - 13:3
**consideration** [1] - 79:18
**consistent** [1] - 81:6
**consult** [1] - 23:23
**contact** [1] - 61:23
**contend** [1] - 94:18
**CONTENTION** [1] - 8:3
**contention** [6] - 24:13, 24:17, 25:23, 26:5, 26:8, 28:1
**context** [2] - 78:7, 84:1
**continue** [6] - 15:19, 16:24, 21:14, 41:18, 47:18, 107:2
**continued** [1] - 89:11
**CONTINUED** [5] - 2:1, 3:1, 4:1, 5:1, 6:1
**contractors** [1] - 92:3
**contrary** [1] - 80:21
**contributed** [1] - 100:23
**control** [14] - 34:11, 34:18, 63:6, 64:13, 83:22, 85:10, 86:15, 87:6, 88:24, 89:5, 89:6, 89:12, 89:17, 106:6
**controversial** [3] - 89:1, 89:22
**conversation** [2] - 73:11, 78:7
**conversations** [3] - 47:19, 49:18, 83:19
**convert** [1] - 18:14
**converted** [1] - 18:11
**convinced** [1] - 69:7
**Coon** [1] - 18:19
**Coon's** [1] - 18:8
**cooperative** [1] - 101:10
**cooperatively** [1] - 16:15
**coordinating** [1] - 68:16
**coordinator** [1] - 68:18
**Coots** [1] - 70:18
**copy** [3] - 39:21, 40:9, 54:13
**COREY** [2] - 2:24, 6:11
**Corey** [10] - 12:13, 14:8, 25:8, 28:21, 32:2, 40:18, 43:11, 44:17, 52:8, 102:7
**corporate** [1] - 15:2
**CORPORATE** [1] - 2:7

**CORPORATION** [4] - 3:17, 4:8, 4:20, 4:21
**corporations** [1] - 91:16
**correct** [17] - 13:5, 19:25, 37:10, 37:21, 38:16, 38:19, 44:23, 77:6, 83:18, 89:9, 91:7, 95:16, 95:22, 100:12, 100:13, 102:10, 111:17
**corresponding** [1] - 19:19
**cost** [2] - 18:13, 73:1
**COTLAR** [1] - 1:20
**Counsel** [2] - 23:23, 106:15
**COUNSEL** [1] - 1:16
**counsel** [20] - 17:14, 25:9, 35:11, 47:25, 48:8, 48:12, 61:21, 65:11, 65:22, 80:8, 81:23, 99:4, 101:22, 105:14, 106:3, 106:4, 106:25, 110:4, 110:23, 111:6
**counsel's** [1] - 33:7
**country** [1] - 91:24
**counts** [1] - 51:10
**couple** [10] - 33:17, 36:13, 37:6, 41:5, 46:3, 47:21, 48:22, 79:16, 92:5, 108:17
**course** [4] - 49:25, 74:6, 103:7
**Court** [26] - 15:8, 27:6, 27:16, 36:14, 44:7, 47:4, 49:20, 72:10, 77:3, 92:4, 94:4, 94:12, 94:22, 95:5, 95:23, 96:1, 98:9, 101:2, 105:20, 105:22, 108:20, 111:16, 111:16, 111:17, 111:22, 111:22
**court** [3] - 32:20, 72:3, 74:13
**COURT** [308] - 1:1, 6:19, 12:4, 12:8, 12:10, 12:13, 12:19, 13:5, 13:7, 13:20, 13:23, 14:11, 14:15, 14:19, 15:12, 16:1, 16:11, 16:21, 17:1, 17:10, 17:19, 17:21, 18:5, 18:20, 18:22, 19:12, 19:21, 20:12, 21:8, 21:17, 22:6, 22:18, 22:25, 23:11,

23:13, 24:2, 24:23, 25:4, 26:16, 26:20, 27:23, 28:9, 28:11, 28:15, 28:20, 28:24, 29:19, 29:22, 30:5, 30:14, 30:18, 30:24, 31:4, 31:18, 31:22, 32:8, 32:10, 32:25, 33:15, 34:1, 34:6, 34:20, 35:15, 35:23, 36:4, 36:15, 37:8, 37:13, 37:17, 37:20, 37:22, 37:24, 38:9, 38:11, 38:17, 38:21, 38:23, 39:9, 40:2, 40:12, 40:16, 40:22, 41:1, 41:12, 41:23, 41:25, 42:21, 43:7, 43:10, 43:16, 43:19, 43:21, 44:2, 44:5, 44:12, 44:16, 45:4, 45:13, 45:15, 45:17, 46:5, 46:8, 46:13, 46:17, 46:22, 47:1, 47:3, 47:7, 47:11, 47:14, 47:23, 48:6, 48:11, 48:15, 48:19, 49:8, 49:11, 49:16, 51:4, 51:6, 51:11, 51:19, 51:21, 52:2, 52:7, 52:15, 52:20, 52:25, 53:6, 53:9, 53:17, 53:22, 54:2, 54:4, 54:9, 54:11, 54:14, 55:14, 55:19, 55:25, 56:3, 56:5, 56:8, 56:20, 57:4, 57:10, 57:20, 58:1, 58:4, 58:11, 58:13, 58:16, 58:18, 59:4, 59:11, 59:13, 60:4, 60:7, 60:22, 61:12, 61:14, 61:17, 62:4, 62:7, 62:16, 62:20, 62:22, 63:17, 63:23, 63:25, 64:12, 64:19, 64:22, 65:3, 65:5, 65:18, 65:23, 66:15, 66:18, 66:25, 67:2, 67:9, 67:11, 67:14, 67:21, 67:23, 67:25, 68:5, 68:11, 68:17, 68:23, 68:25, 69:23, 70:15, 71:7, 73:3, 73:8, 73:13, 73:19, 74:11, 74:15, 74:21, 74:25, 75:2, 75:7, 75:11, 75:17, 75:21, 76:10, 76:20, 77:5, 77:9, 77:22, 78:4, 78:15, 78:25, 79:5,

79:10, 79:20, 79:22, 80:1, 80:5, 80:11, 80:14, 80:16, 80:21, 81:7, 81:14, 81:18, 82:2, 82:4, 82:11, 82:19, 83:7, 83:18, 83:23, 84:3, 84:7, 84:10, 84:15, 84:23, 85:3, 85:6, 85:14, 85:18, 85:25, 86:13, 86:17, 86:20, 86:23, 87:3, 87:11, 87:21, 88:2, 88:6, 88:9, 88:11, 88:13, 88:16, 88:21, 89:2, 89:9, 89:15, 89:24, 90:20, 91:7, 91:10, 92:11, 92:19, 92:23, 93:4, 94:15, 95:8, 95:11, 95:14, 96:14, 97:6, 97:16, 97:20, 98:10, 98:20, 99:22, 100:6, 100:11, 100:18, 101:14, 101:20, 102:9, 102:13, 102:25, 104:11, 106:15, 106:18, 106:21, 107:7, 107:13, 107:15, 108:6, 108:21, 108:23, 109:8, 109:12, 109:15, 109:19, 110:7, 110:14, 110:19, 111:4
**Court's** [2] - 22:11, 93:6
**cover** [13] - 12:10, 15:16, 17:13, 21:23, 37:9, 45:6, 45:10, 48:19, 48:25, 76:1, 76:3, 88:18, 99:15
**covered** [6] - 15:13, 48:23, 49:2, 69:25, 70:3, 104:3
**COVINGTON** [1] - 3:8
**Cowie** [2] - 46:17, 46:19
**COWIE** ...................... ........................ [1] - 8:25
**crawling** [1] - 87:22
**created** [1] - 25:12
**credit** [1] - 99:4
**crew** [1] - 65:1
**criminal** [2] - 34:12, 81:23
**critical** [2] - 34:14, 102:23
**CROSS** [1] - 8:11

**Cross** [1] - 100:15
**cross** [1] - 32:13
**CROSS-EXAMINE** [1] - 8:11
**cross-examine** [1] - 32:13
**crossclaims** [1] - 15:2
**CRR** [2] - 6:19, 111:21
**CSI** [4] - 39:17, 39:22, 40:4
**CSI** ..................... [1] - 8:19
**custodians** [1] - 16:19
**cut** [1] - 72:5

## D

**DALLAS** [2] - 4:15, 6:8
**damage** [3] - 29:17, 90:2, 90:11
**damages** [2] - 55:2, 104:25
**dare** [1] - 92:10
**DART** [1] - 3:6
**data** [3] - 16:7, 18:10, 18:18
**date** [29] - 25:7, 37:3, 39:24, 40:6, 40:17, 40:19, 40:20, 47:16, 48:22, 53:25, 54:2, 56:1, 67:12, 67:21, 82:25, 83:2, 83:6, 83:13, 84:25, 90:8, 91:1, 91:9, 91:19, 92:16, 93:2, 97:9, 97:13
**dates** [48] - 37:9, 37:10, 38:2, 40:18, 43:23, 46:20, 51:23, 53:14, 55:23, 57:9, 57:13, 57:18, 57:19, 58:11, 58:21, 58:23, 58:24, 58:25, 59:1, 59:2, 59:8, 59:19, 60:12, 60:13, 60:14, 60:15, 60:23, 60:25, 61:1, 61:3, 61:7, 61:10, 64:14, 64:16, 65:20, 66:3, 66:10, 66:12, 66:24, 67:6, 67:16, 81:19, 81:21, 81:22, 81:25, 84:15
**Daubert** [1] - 95:12
**DAVID** [7] - 9:3, 9:18, 9:19, 9:24, 10:4, 11:10, 11:11
**David** [7] - 62:24, 63:10, 65:25, 66:14, 98:12, 101:20,

109:24
**days** [22] - 15:11, 36:13, 37:6, 39:5, 39:7, 43:24, 44:5, 44:9, 44:10, 45:10, 54:6, 54:8, 54:9, 55:13, 56:19, 103:2, 103:7, 103:17, 105:8, 106:23, 107:8, 107:19
**DC** [3] - 2:21, 5:4, 5:15
**dead** [1] - 91:9
**deadline** [8] - 13:10, 24:7, 24:11, 24:22, 24:23, 25:7, 26:8, 26:22
**DEADLINE** [2] - 7:8, 8:4
**deadlines** [3] - 14:17, 24:4, 82:24
**DEADLINES** [1] - 7:25
**DEADLINES** ............. ...................................... [1] - 10:23
**deal** [6] - 39:7, 40:15, 68:3, 72:5, 72:6, 78:17
**dealing** [2] - 17:23, 35:24
**deals** [1] - 41:15
**Deb** [3] - 20:16, 99:16, 101:8
**debate** [2] - 103:23, 104:7
**DEBORAH** [1] - 4:23
**decide** [4] - 51:25, 82:21, 98:15, 98:18
**decides** [1] - 92:2
**decision** [2] - 80:20, 96:3
**declared** [2] - 90:25, 91:9
**DEEPWATER** [5] - 1:4, 3:10, 3:11, 27:21, 48:14
**default** [2] - 101:2, 101:12
**defend** [1] - 65:15
**DEFENDANTS** [1] - 8:2
**defendants** [8] - 13:1, 20:7, 23:4, 24:13, 24:21, 26:3, 26:15, 72:24
**defense** [3] - 28:18, 40:24, 96:14
**defer** [5] - 18:4, 45:4, 51:13, 79:12, 79:23
**define** [1] - 90:22
**definite** [6] - 76:25,

77:11, 77:13, 79:9, 80:10, 82:11
**definitely** [5] - 51:19, 51:21, 61:5, 77:20, 81:9
**definition** [1] - 84:9
**delay** [2] - 35:8, 35:22
**delaying** [1] - 35:5
**demonstrative** [3] - 95:17, 96:4, 96:17
**DEPARTMENT** [2] - 2:13, 2:19
**depo** [5] - 38:2, 44:6, 50:25, 52:14, 70:17
**depos** [1] - 68:20
**DEPOS.................... .....** [1] - 10:8
**depose** [4] - 50:12, 85:24, 86:2, 89:20
**deposed** [9] - 36:22, 46:12, 46:16, 51:25, 52:6, 63:19, 81:1, 85:4, 86:2
**deposing** [2] - 39:4, 43:25
**deposition** [43] - 21:20, 21:25, 22:3, 22:4, 22:5, 36:9, 36:19, 37:4, 39:12, 39:17, 39:20, 40:1, 40:7, 40:10, 44:9, 50:19, 50:22, 54:20, 54:25, 55:6, 64:14, 65:10, 65:15, 65:16, 70:9, 70:10, 71:19, 71:21, 72:19, 72:25, 73:7, 73:18, 74:6, 78:8, 79:12, 79:23, 80:25, 85:12, 98:7, 99:2, 101:23, 102:12, 105:18
**DEPOSITION** [2] - 7:21, 8:19
**DEPOSITION............. ................................** [1] - 8:15
**DEPOSITIONS** [2] - 10:12, 11:12
**depositions** [23] - 12:15, 21:7, 25:12, 32:22, 33:25, 42:25, 44:24, 55:12, 55:13, 68:4, 71:8, 71:9, 73:15, 81:2, 83:17, 85:1, 97:18, 102:15, 103:16, 104:1, 106:7, 106:8, 110:10
**DEPOSITIONS.......... ................** [1] - 11:5
**DEPUTY** [2] - 12:7,

111:8
**describe** [1] - 74:13
**described** [1] - 20:22
**design** [1] - 36:20
**designate** [2] - 86:4
**designated** [1] - 86:10
**designation** [2] - 21:19, 36:9
**DESIGNATION** [2] - 7:21, 8:14
**designations** [5] - 22:1, 22:2, 22:5, 22:14
**designee** [3] - 36:24, 37:4, 46:10
**desire** [2] - 50:17, 93:6
**Destin** [3] - 94:6, 94:8, 94:10
**detail** [1] - 16:14
**details** [1] - 17:3
**determine** [1] - 35:3
**determined** [1] - 35:14
**devil** [1] - 16:14
**DEXTER** [1] - 2:24
**dial** [1] - 108:20
**dialogue** [1] - 16:24
**DID** [1] - 9:13
**die** [1] - 91:23
**different** [6] - 15:23, 40:18, 51:9, 78:22, 94:22, 104:4
**differently** [1] - 44:11
**difficult** [1] - 101:8
**diligent** [1] - 21:14
**direct** [2] - 15:1, 75:11
**directed** [1] - 61:20
**disagree** [2] - 47:24, 49:25
**disappointing** [1] - 18:5
**discovery** [20] - 14:21, 24:9, 24:14, 24:17, 24:20, 25:6, 27:7, 27:11, 27:17, 27:19, 85:10, 86:8, 86:9, 91:12, 91:19, 91:21, 92:3, 92:9, 92:25, 108:4
**DISCOVERY** [4] - 1:11, 7:12, 8:1, 8:3
**discuss** [2] - 19:13, 97:4
**discussed** [3] - 18:23, 33:10, 78:18
**discussing** [1] - 97:11
**discussion** [10] - 22:5, 33:3, 69:17, 78:11, 78:12, 78:14, 84:1, 96:21, 96:23, 110:13

**discussions** [1] - 39:19
**disposed** [1] - 79:19
**disputed** [2] - 71:19, 71:20
**disseminating** [1] - 43:3
**distinction** [1] - 97:2
**distributed** [1] - 110:10
**District** [3] - 111:16, 111:17, 111:22
**DISTRICT** [2] - 1:1, 1:1
**diverse** [1] - 94:1
**divided** [2] - 103:1, 106:23
**dividing** [1] - 106:25
**DIVISION** [1] - 2:14
**DNV** [3] - 11:12, 110:9, 110:16
**docket** [1] - 13:23
**docketed** [1] - 13:20
**document** [5] - 17:24, 39:20, 42:3, 43:1, 99:11
**DOCUMENT** [1] - 1:9
**documents** [38] - 15:15, 15:24, 16:17, 17:25, 18:24, 20:1, 20:8, 20:14, 20:19, 20:20, 20:21, 20:22, 20:24, 21:1, 21:12, 21:13, 21:15, 21:20, 27:4, 27:19, 27:20, 27:25, 28:6, 28:25, 29:1, 39:23, 39:25, 41:16, 41:17, 41:18, 42:9, 42:10, 48:7, 48:16, 48:23, 49:3, 97:13
**DOCUMENTS** [2] - 7:17, 7:21
**DOCUMENTS............ ................** [1] - 7:14
**DOCUMENTS............ ................** [1] - 7:20
**DOJ** [1] - 34:11
**DOMENGEAUX** [2] - 1:16, 2:3
**DON** [1] - 3:21
**Don** [19] - 34:21, 34:24, 35:7, 54:18, 54:24, 55:19, 55:20, 56:15, 59:18, 64:15, 65:7, 68:14, 70:2, 76:5, 76:15, 79:6, 79:22, 80:14, 101:15
**Don's** [1] - 52:5
**DONALD** [1] - 4:13
**donating** [1] - 109:11

**done** [16] - 13:4, 14:2, 37:12, 43:5, 43:17, 44:4, 53:23, 61:22, 87:16, 88:25, 90:16, 99:10, 100:14, 106:2, 108:1, 108:17
**door** [1] - 104:9
**double** [10] - 57:22, 58:1, 58:13, 59:5, 59:8, 59:25, 64:24, 64:25, 82:7
**doubling** [1] - 59:15
**doubt** [1] - 79:3
**doubts** [1] - 15:25
**DOUG** [1] - 11:11
**Doug** [3] - 54:19, 55:4, 109:24
**DOUGLAS** [1] - 7:5
**Douglas** [1] - 12:15
**dovetails** [1] - 25:1
**down** [15] - 23:17, 37:8, 38:13, 39:10, 43:9, 54:14, 54:15, 56:8, 67:11, 78:14, 81:20, 82:21, 87:4, 108:4, 109:8
**drafted** [3] - 13:14, 13:17, 24:21
**DRAGNA** [2] - 5:3, 52:18
**draw** [1] - 94:25
**DRILLING** [1] - 3:11
**DRIVE** [1] - 2:7
**drop** [1] - 49:13
**dry** [6] - 71:9, 73:5, 73:9, 74:15, 74:16, 74:17
**Duan** [1] - 32:22
**due** [1] - 105:3
**Duffy** [1] - 17:17
**DUFFY** [1] - 4:4
**Duke** [2] - 98:20, 98:22
**during** [5] - 55:6, 55:11, 74:6, 82:19, 107:4
**Dustin** [4] - 56:17, 56:22, 58:5, 70:1
**DUSTIN** [3] - 9:9, 10:9, 56:18
**DYNAMIC** [1] - 6:3

### E

**E&P** [1] - 4:20
**e-mail** [12] - 14:4, 25:2, 25:13, 25:14, 40:11, 64:11, 64:13, 74:1, 74:18, 80:7,

109:2, 109:21
**e-mailed** [1] - 61:19
**e-mailing** [2] - 71:18, 72:12
**e-mails** [2] - 29:4, 69:3
**early** [3] - 24:1, 66:17, 108:17
**easier** [3] - 14:19, 82:1, 90:21
**Eastern** [1] - 111:17
**EASTERN** [1] - 1:1
**economic** [2] - 90:3, 93:22
**Eddy** [2] - 62:24, 63:12
**EDDY** [2] - 9:18, 9:20
**EDWARDS** [2] - 1:16, 2:3
**effectively** [1] - 91:5
**efficiency** [1] - 33:21
**efficiently** [1] - 103:23
**efforts** [2] - 22:10, 89:12
**eight** [3] - 107:4, 107:6, 107:11
**either** [10] - 15:1, 15:25, 41:7, 51:16, 58:4, 58:22, 63:7, 68:24, 85:5, 98:8
**elaborate** [1] - 105:21
**electronically** [1] - 72:23
**ELIZABETH** [1] - 6:15
**ELLIS** [1] - 4:3
**ELM** [1] - 4:14
**ELMO** [1] - 40:19
**eminently** [1] - 105:8
**employ** [1] - 63:15
**employee** [3] - 44:24, 65:7, 92:4
**employees** [3] - 32:13, 54:18
**EMPLOYEES** [2] - 8:11
**en** [1] - 22:15
**encouragement** [1] - 19:11
**end** [9] - 41:13, 46:2, 53:25, 72:22, 88:24, 91:1, 91:21, 93:2, 107:25
**ends** [1] - 89:6
**ENERGY** [2] - 3:13, 4:12
**ENFORCEMENT** [1] - 2:19
**entails** [1] - 69:11
**enter** [1] - 14:5
**entered** [3] - 13:14, 13:15, 100:24

entering [1] - 12:24
entertains [1] - 102:11
enthusiastically [1] -
18:3
entire [2] - 22:3, 50:14
entities [9] - 18:25,
24:18, 24:20, 25:19,
26:2, 26:11, 27:1,
27:4
ENTITIES [1] - 7:18
entitled [5] - 28:5,
28:17, 29:24, 105:7,
111:18
ENVIRONMENTAL [1]
- 2:19
EPA [1] - 23:23
EPA's [1] - 23:22
Erwin [5] - 74:22,
75:1, 75:2
ERWIN.......................
................. [1] -
10:13
ESQUIRE [38] - 1:17,
1:20, 1:24, 2:3, 2:7,
2:10, 2:14, 2:15,
2:20, 2:23, 2:24, 3:4,
3:12, 3:21, 4:3, 4:4,
4:4, 4:5, 4:9, 4:13,
4:13, 4:14, 4:17,
4:23, 5:3, 5:6, 5:14,
5:17, 5:21, 6:4, 6:7,
6:11, 6:11, 6:12,
6:12, 6:14, 6:15,
6:15
essential [1] - 94:11
essentially [1] - 25:22
ethically [1] - 65:14
evaluation [1] - 92:21
evening [1] - 107:12
event [10] - 27:12,
51:25, 62:16, 66:6,
70:7, 70:9, 70:13,
72:16, 74:3, 83:21
eventual [1] - 92:20
evidence [2] - 28:7,
28:19
evidentiary [1] - 72:14
exact [2] - 39:24,
81:17
exactly [4] - 15:10,
28:15, 37:17, 75:17
examine [1] - 32:13
EXAMINE [1] - 8:11
example [4] - 39:2,
97:14, 99:14, 106:5
examples [2] - 17:5,
17:7
Excel [1] - 20:2
except [2] - 41:1,
52:15

exception [2] - 21:21,
52:16
exchanging [1] - 16:6
excuse [3] - 33:4,
59:14, 85:17
excused [2] - 41:10,
41:22
exercise [1] - 23:18
exhibit [2] - 72:13,
83:16
EXHIBITS [1] - 10:24
exhibits [3] - 72:11,
82:25, 83:15
expect [7] - 18:15,
23:24, 71:25, 72:4,
87:4, 111:2
expected [1] - 86:5
expecting [2] - 27:6,
27:8
EXPEDITED [1] - 8:8
expedited [1] - 31:24
expenses [2] - 48:1,
64:1
experience [1] - 59:2
expert [5] - 26:4,
26:10, 85:2, 85:13,
95:11
experts [2] - 83:3,
86:9, 94:2
EXPERTS..................
................. [1] - 11:2
explain [1] - 89:2
explained [1] - 33:17
explaining [1] - 32:22
EXPLORATION [1] -
3:18
extended [1] - 103:17
extending [1] - 91:19
extends [1] - 23:6
extension [1] - 31:2
extent [2] - 30:5,
95:19
extra [8] - 91:11, 92:6,
100:12, 104:23,
106:4, 106:10,
106:11, 109:24

# F

F-L-E-Y-T-A-S [1] -
54:12
fabulous [1] - 97:21
face [2] - 69:17
face-to-face [1] -
69:17
facilities [1] - 75:18
facility [3] - 69:7,
69:13, 75:14
FACT [1] - 11:1

fact [9] - 13:13, 35:20,
55:2, 60:12, 70:9,
83:3, 85:12, 105:9,
106:10
factor [1] - 73:2
facts [1] - 35:3
factual [1] - 94:2
fair [2] - 75:15, 79:25
fairly [1] - 16:5, 87:19
fairness [1] - 29:23
faith [2] - 15:25, 26:8
Falcon [1] - 85:16
familiar [1] - 103:4
Fanning [1] - 81:23
far [8] - 16:6, 42:11,
68:22, 77:10, 78:9,
79:1, 79:11, 100:22
fashion [1] - 69:9
fast [1] - 21:18
faster [1] - 101:10
fate [2] - 93:18, 96:12
fault [8] - 90:4, 90:10,
93:21, 93:23, 94:12,
96:2, 106:19
favorably [1] - 79:19
February [1] - 27:11
federal [2] - 91:25,
92:4
FEDERAL [1] - 2:13
FedEx'd [1] - 18:12
fee [1] - 75:7
feeds [1] - 72:11
fees [1] - 65:13
fellow [3] - 33:7,
48:13, 101:12
fence [2] - 35:25, 36:3
ferreted [1] - 35:2
few [6] - 36:13, 39:6,
68:2, 68:4, 69:3,
94:2
FIFTH [3] - 5:18, 8:13,
10:14
Fifth [18] - 33:4, 33:6,
33:13, 33:19, 33:20,
35:1, 35:4, 35:8,
35:21, 36:7, 53:24,
76:7, 76:25, 77:11,
78:12, 78:18, 79:24,
81:5
figure [5] - 25:9,
42:13, 53:10, 97:12,
109:23
file [10] - 17:22, 17:24,
17:25, 18:10, 18:11,
18:14, 18:16, 20:2,
20:17, 52:4
FILE............................
................. [1] - 7:16
FILED [1] - 8:8
filed [3] - 27:14, 31:24,

39:21
files [1] - 18:9
fill [1] - 103:18
FINAL [2] - 8:3, 8:14
final [6] - 24:13, 32:3,
32:20, 36:9, 72:18
finalized [1] - 111:2
FINANCIAL [1] - 5:13
fine [17] - 28:13, 30:7,
31:11, 32:8, 50:18,
69:18, 70:7, 70:15,
71:2, 71:4, 88:2,
88:6, 88:11, 88:15,
98:24, 107:18,
110:21
fines [1] - 92:21
finger [1] - 108:20
finish [2] - 74:4,
108:16
FIRM [2] - 2:9, 6:7
firms [1] - 75:19
first [12] - 12:14,
25:18, 27:2, 27:11,
30:10, 42:19, 46:1,
47:22, 55:1, 56:15,
57:22, 73:6
firsthand [1] - 35:20
fishing [1] - 68:8
fit [1] - 71:13
FITCH [7] - 15:9, 41:8,
96:20, 110:6, 110:9,
110:17, 110:21
Fitch [3] - 15:9, 41:6,
96:20
five [5] - 55:16, 99:10,
99:20, 100:6, 102:3
fixed [2] - 60:25, 92:4
flag [1] - 93:2
flavor [1] - 94:12
flexibility [1] - 101:4
Fleytas [6] - 53:13,
54:17, 57:13, 57:21,
57:23, 58:14
FLEYTAS..................
................. [1] -
9:5
flip [1] - 51:23
flood [1] - 97:17
FLOOR [2] - 2:16,
3:13
Florida [1] - 94:10
flow [1] - 95:20
flowed [2] - 96:25,
97:1
flowing [1] - 91:6
fly [1] - 63:9
focused [1] - 93:1
folks [6] - 38:4, 59:25,
69:25, 70:5, 101:9,
106:14

following [1] - 38:15
FOR [26] - 1:16, 2:13,
2:18, 2:23, 3:3, 3:9,
3:15, 4:8, 4:12, 4:19,
5:6, 5:9, 5:20, 6:7,
7:19, 7:24, 7:25, 8:1,
8:4, 8:19, 10:8, 11:1,
11:4, 11:5, 11:12
forced [1] - 33:18
forecast [1] - 83:11
foreclose [1] - 90:15
foregoing [1] - 111:17
foreign [2] - 15:2,
31:13
foresee [2] - 95:23,
96:1
forever [1] - 110:14
forgetting [1] - 20:2
form [1] - 69:8
formally [1] - 91:9
format [1] - 18:17
former [3] - 32:13,
65:7, 85:15
FORMER [1] - 8:11
formerly [1] - 70:18
formulation [1] - 86:9
forth [1] - 57:18
forward [9] - 19:12,
19:13, 19:15, 20:5,
22:11, 53:16, 60:10,
84:22, 109:23
four [7] - 33:24, 40:17,
55:16, 76:11, 76:20,
103:9
fourth [2] - 61:8, 76:22
FRANCISCO [1] - 2:16
Frank [1] - 62:10
FRANK [1] - 9:17
frankly [3] - 25:24,
87:23, 105:5
freak [1] - 30:14
freak-out [1] - 30:14
freaked [2] - 28:22,
29:6
FRED [1] - 8:20
Fred [1] - 40:22
free [2] - 54:1, 96:16
Friday [19] - 16:10,
21:10, 24:7, 24:12,
50:18, 51:16, 51:17,
59:10, 60:24, 65:21,
66:13, 68:3, 71:12,
74:12, 82:13, 87:24,
109:22, 111:9
FRIDAY [5] - 1:7, 8:2,
10:22, 11:13, 12:12
Friday's [1] - 14:23
friends [1] - 47:5
FRILOT [1] - 3:12
fully [1] - 18:6

**future** [2] - 43:8, 97:5

## G

**Gagliano** [4] - 76:23, 78:25, 80:10, 80:11
**GAGLIANO**.............. .................................
[1] - 10:17
**game** [1] - 70:11
**gang** [1] - 63:11
**gas** [1] - 91:17
**GATE** [1] - 2:15
**Gaudet** [1] - 72:6
**GEIGER** [1] - 6:3
**general** [3] - 16:4, 34:2, 81:24
**General** [3] - 14:9, 23:23, 99:23
**GENERAL'S** [1] - 2:23
**generalized** [1] - 95:4
**generated** [1] - 84:18
**generously** [1] - 100:23
**gentleman** [2] - 52:21, 60:13
**GEOFF** [1] - 9:24
**Geoff** [1] - 65:24
**given** [7] - 18:18, 18:19, 21:6, 52:12, 55:12, 69:20, 75:23
**glad** [1] - 75:7
**globo** [1] - 22:15
**God** [1] - 104:24
**GODWIN** [59] - 4:12, 4:13, 4:16, 34:21, 49:25, 51:15, 51:20, 52:10, 52:16, 52:19, 55:18, 55:20, 56:2, 56:4, 56:6, 56:10, 56:16, 56:21, 57:5, 57:16, 57:24, 58:3, 58:8, 58:12, 58:15, 58:17, 58:19, 59:7, 59:12, 59:18, 60:2, 60:5, 64:17, 64:21, 64:23, 65:2, 65:4, 70:12, 70:14, 70:16, 71:5, 76:18, 76:23, 79:1, 79:7, 80:7, 80:12, 80:15, 98:1, 98:17, 98:23, 99:16, 99:23, 100:2, 100:4, 100:7, 107:2, 107:10, 107:14
**Godwin** [10] - 33:10, 34:21, 49:17, 49:19, 51:8, 55:20, 59:18, 70:2, 87:19, 105:15

**Godwin's** [1] - 101:15
**GOLDEN** [1] - 2:15
**Goldstein** [2] - 105:4, 106:18
**goose** [1] - 69:20
**GOTSHAL** [2] - 5:14, 5:17
**Government** [1] - 41:2
**government** [4] - 14:12, 27:1, 27:4, 31:13
**GOVERNMENT** [2] - 2:13, 7:11
**governmental** [3] - 18:24, 24:18, 24:20
**GOVERNMENTAL** [1] - 7:18
**governments** [1] - 25:8
**GRABILL** [1] - 5:17
**graciously** [1] - 101:1
**Graham** [2] - 46:6, 46:14
**GRAHAM** [1] - 8:24
**Grand** [2] - 95:8, 95:10
**grant** [2] - 102:25, 104:5
**great** [20] - 12:21, 13:7, 14:19, 15:12, 16:11, 18:20, 22:6, 23:11, 31:21, 36:11, 37:22, 40:2, 55:14, 59:22, 61:14, 64:25, 65:23, 69:23, 74:10, 109:19
**greater** [1] - 81:12
**ground** [1] - 104:2
**GROUP** [2] - 2:6, 6:3
**group** [3] - 30:17, 59:25, 61:3
**groups** [1] - 50:5
**GUARD** [1] - 6:17
**Guard** [2] - 91:20, 91:25
**guess** [20] - 15:13, 25:7, 26:1, 30:18, 38:20, 38:25, 42:20, 43:13, 44:3, 45:7, 45:13, 46:9, 48:20, 51:22, 53:9, 75:12, 86:14, 92:12, 98:15
**guidance** [1] - 61:5
**guide** [13] - 100:19, 100:25, 101:6, 101:21, 102:15, 102:18, 103:21, 105:25, 106:12, 106:15, 106:24, 108:8, 108:16

**Guide** [9] - 76:15, 76:16, 97:25, 98:6, 98:17, 98:24, 100:3, 101:13, 101:18
**Guide's** [1] - 102:7
**guide's** [2] - 103:5, 106:3
**GUIDE**...................... .......................... [1] - 11:8
**guidelines** [1] - 105:18
**GULF** [1] - 1:5
**Gulf** [1] - 50:15
**guy** [1] - 60:20
**guys** [14] - 12:10, 21:21, 67:3, 68:20, 70:11, 70:13, 71:17, 73:14, 75:12, 75:25, 82:12, 90:21, 100:10, 108:24

## H

**H-A-D-A-W-A-Y** [1] - 68:17
**Hackney** [2] - 65:25, 66:14
**HACKNEY** [1] - 9:24
**HACKNEY**................. .......................... [1] - 10:4
**HAD** [2] - 7:17, 9:6
**Hadaway** [3] - 68:7, 68:11, 68:17
**HADAWAY**................. .......................... [1] - 10:7
**Hafle** [4] - 78:16, 78:21, 81:5, 82:9
**HAFLE**...................... .......................... [1] - 10:19
**half** [1] - 55:9
**Halliburton** [18] - 13:9, 23:20, 34:21, 34:22, 39:18, 48:17, 55:15, 55:21, 58:8, 59:18, 64:6, 70:7, 70:20, 80:8, 99:13, 103:8, 106:1, 107:24
**HALLIBURTON** [2] - 4:12, 9:6
**Halliburton's** [3] - 23:25, 33:11, 64:10
**HALLIBURTON**......... .......................... [1] - 7:7
**hand** [1] - 52:19

**handing** [1] - 99:19
**handle** [6] - 19:13, 19:15, 30:4, 36:19, 37:1, 37:2
**handled** [1] - 43:4
**handling** [2] - 32:14, 42:24
**hands** [1] - 94:20
**happy** [6] - 16:2, 19:3, 58:13, 69:19, 79:16, 109:3
**harassing** [1] - 102:16
**hard** [4] - 20:21, 37:6, 47:14, 94:25
**harkening** [1] - 79:14
**Harrell** [7] - 76:13, 76:14, 76:22, 81:7, 81:14, 81:16, 81:19
**HARRELL**................... .......................... [1] - 10:16
**hat** [1] - 78:19
**hate** [2] - 34:3, 46:23
**hates** [1] - 46:20
**HAVE** [1] - 8:7
**HAYCRAFT** [23] - 3:21, 12:18, 12:22, 13:6, 29:10, 32:18, 33:2, 33:16, 34:5, 35:10, 55:8, 65:17, 68:15, 76:6, 76:12, 77:12, 77:15, 77:18, 77:21, 79:14, 79:25, 80:3, 101:13
**Haycraft** [4] - 32:14, 32:17, 54:24, 65:7
**Hayward** [5] - 50:9, 50:16, 97:19, 97:20, 109:25
**HB406** [1] - 6:20
**head** [1] - 90:9
**hear** [7] - 60:7, 61:6, 80:21, 89:24, 92:24, 96:19, 102:7
**HEARD** [1] - 1:12
**heard** [6] - 15:8, 49:10, 61:18, 80:8, 96:22, 101:24
**hearing** [1] - 91:15
**hearings** [2] - 103:6, 104:4
**heart** [3] - 22:1, 22:5, 22:11
**HEATHER** [1] - 6:17
**hell** [1] - 36:6
**help** [7] - 30:14, 60:18, 60:19, 60:20, 72:5
**helpful** [3] - 26:16, 93:8, 95:22
**HENRY** [1] - 3:6

**hereby** [1] - 111:17
**Herman** [5] - 22:9, 25:5, 31:9, 89:25, 93:5
**HERMAN** [16] - 1:20, 1:20, 14:7, 18:2, 22:8, 24:25, 25:5, 31:9, 31:21, 89:25, 93:5, 94:19, 95:9, 95:12, 95:22
**hesitation** [1] - 99:9
**high** [3] - 36:6, 102:17, 102:21
**HIMMELHOCH** [5] - 2:15, 22:23, 23:1, 23:12, 23:18
**Himmelhoch** [2] - 22:23, 23:19
**himself** [1] - 49:19
**hire** [2] - 92:3, 92:5
**history** [2] - 26:18, 26:20
**hold** [3] - 43:13, 56:5, 110:14
**holding** [1] - 33:22
**HOLDINGS** [3] - 3:9, 3:19, 5:10
**Holloway** [1] - 90:9
**honestly** [1] - 103:3
**Honor** [124] - 12:9, 12:12, 13:3, 13:12, 14:2, 15:18, 16:3, 16:12, 16:23, 17:2, 17:16, 18:6, 19:14, 19:17, 19:22, 20:11, 21:9, 21:24, 22:8, 22:23, 23:12, 23:19, 24:19, 24:25, 26:9, 26:18, 26:22, 27:9, 27:13, 29:8, 31:8, 31:9, 34:8, 35:17, 36:11, 37:6, 37:19, 40:5, 40:20, 40:24, 42:23, 43:20, 44:22, 45:21, 47:4, 47:18, 50:20, 51:15, 51:20, 52:1, 52:3, 52:11, 52:18, 52:23, 53:1, 53:15, 54:13, 54:16, 55:18, 55:22, 56:4, 56:10, 56:12, 57:8, 57:11, 57:16, 57:24, 58:9, 58:17, 59:1, 59:12, 59:14, 60:3, 60:9, 61:13, 62:5, 63:2, 63:18, 64:4, 64:8, 64:23, 65:6, 67:18, 68:1, 68:8, 69:24, 70:16, 71:6, 72:2, 74:12, 76:24,

77:7, 78:1, 79:7, 80:17, 83:5, 83:13, 85:17, 87:23, 91:15, 92:3, 97:8, 98:1, 98:2, 98:3, 98:18, 99:23, 100:7, 100:13, 100:17, 101:21, 102:6, 102:11, 102:22, 103:3, 104:14, 105:13, 105:16, 105:24, 106:5, 106:20, 107:19, 109:5, 109:17
**Honor's** [4] - 19:10, 83:20, 84:18, 107:23
**HONORABLE** [1] - 1:12
**hook** [2] - 73:13, 74:17
**hooked** [2] - 72:23, 84:3
**hope** [4] - 23:25, 36:12, 66:19, 72:23
**hopefully** [7] - 20:7, 22:13, 22:16, 65:21, 66:12, 74:12, 94:21
**hopes** [1] - 35:2
**hoping** [6] - 51:5, 51:6, 56:22, 57:1, 98:17, 98:20
**HORIZON** [3] - 1:4, 27:21, 48:14
**hostile** [1] - 54:23
**hotel** [1] - 48:4
**HOUMA** [1] - 2:8
**hour** [4] - 55:9, 102:19, 104:23, 105:7
**hours** [9] - 40:13, 103:8, 103:9, 107:4, 107:6, 107:11, 107:25
**Houston** [7] - 37:15, 69:7, 69:10, 69:11, 72:4, 100:22
**HOUSTON** [3] - 4:18, 5:7, 6:9
**HOW** [1] - 9:13
**huddling** [1] - 98:25
**huge** [1] - 102:2
**hundred** [2] - 26:5, 40:8
**hurt** [2] - 35:6, 60:4
**hydrocarbons** [1] - 93:14
**hypothetically** [1] - 95:6

## I

**Ian** [2] - 36:18, 44:24
**IAN** [2] - 8:16, 8:22
**idea** [2] - 33:16, 49:9
**identification** [2] - 83:2, 85:1
**IDENTIFICATION** [1] - 11:1
**identify** [2] - 36:5, 85:22
**III** [1] - 6:4
**IL** [1] - 4:6
**illustrative** [1] - 94:3
**immediately** [2] - 21:11, 30:2
**impasse** [1] - 49:18
**implementation** [1] - 23:21
**importance** [2] - 104:8, 105:24
**important** [14] - 39:10, 44:24, 45:1, 46:2, 91:17, 91:24, 92:9, 93:24, 95:5, 102:18, 104:7, 104:8, 105:9, 105:25
**IN** [6] - 1:4, 1:5, 7:15, 8:10, 9:13, 10:25
**inadmissible** [1] - 104:18
**inbox** [1] - 71:20
**INC** [15] - 3:11, 3:12, 3:15, 3:17, 3:18, 3:19, 3:21, 4:12, 5:9, 5:10, 5:11, 5:12, 5:13, 5:14, 6:3
**incident** [2] - 27:20, 62:9
**include** [3] - 93:13, 93:22
**including** [3] - 27:1, 72:11, 86:1
**inconvenience** [1] - 39:6
**incorporate** [1] - 30:6
**incorporated** [1] - 27:16
**increases** [1] - 91:19
**incurring** [1] - 65:13
**index** [1] - 19:25
**indicated** [2] - 70:4, 78:4
**indicating** [1] - 25:15
**indication** [1] - 48:6
**indications** [1] - 34:13
**individual** [4] - 36:22, 38:3, 39:12, 44:25
**indulgence** [1] - 36:13

**inferences** [1] - 65:14
**informally** [1] - 22:13
**information** [17] - 15:6, 16:7, 18:3, 23:22, 25:20, 31:7, 34:12, 34:19, 35:4, 52:25, 68:7, 69:21, 76:16, 78:2, 87:13, 108:4
**INFORMATION** [1] - 8:7
**informed** [1] - 99:23
**Ingram** [4] - 64:2, 64:5, 64:18, 64:19
**INGRAM.....................
.................... [1] -
9:21
**injured** [1] - 91:23
**injury** [4] - 61:21, 70:6, 70:8, 70:10
**input** [4] - 86:18, 87:12, 87:19, 87:25
**inquiries** [1] - 25:9
**instruction** [1] - 93:1
**intend** [5] - 28:7, 28:18, 32:21, 93:18, 95:2
**intends** [2] - 77:2, 79:3
**intent** [1] - 83:21
**interest** [1] - 33:21
**interested** [3] - 19:8, 32:15, 69:5
**interesting** [1] - 90:14
**INTERESTS** [2] - 2:13, 2:23
**INTERNATIONAL** [2] - 4:8, 5:13
**interrogatories** [3] - 25:23, 26:6, 28:1
**interrogatory** [1] - 26:8
**intervening** [1] - 61:1
**investigating** [1] - 21:14
**investigation** [3] - 17:12, 34:18, 81:10
**INVESTIGATION.....
.... [1] - 7:15
**invoice** [1] - 75:10
**invoke** [1] - 76:11, 76:17, 76:21, 77:2, 79:2, 79:3, 79:24
**invoking** [1] - 78:6, 80:1
**involved** [8] - 43:3, 71:8, 72:16, 89:12, 90:7, 98:8, 105:2, 106:13
**INVOLVED.......... [1] -

10:12
**involves** [1] - 19:7
**irony** [1] - 29:9
**IRPINO** [2] - 2:9, 2:10
**irrelevant** [1] - 104:17
**IS** [2] - 11:3, 11:13
**Isle** [2] - 95:8, 95:10
**issue** [33] - 12:24, 13:8, 15:13, 15:16, 17:3, 18:23, 19:5, 21:10, 22:19, 22:20, 25:1, 26:16, 27:3, 32:11, 32:15, 41:4, 42:20, 48:20, 49:23, 63:5, 69:2, 70:25, 71:1, 72:14, 73:25, 76:7, 81:9, 85:8, 90:18, 97:5, 97:16, 99:1, 102:2
**ISSUE........................
.......... [1] - 10:14
**issued** [1] - 41:7
**issues** [19] - 14:17, 16:10, 20:18, 25:18, 25:21, 31:25, 50:11, 55:12, 66:19, 71:19, 71:24, 75:25, 91:24, 92:9, 96:8, 97:9, 97:13, 106:6
**issuing** [1] - 95:23
**item** [2] - 20:24, 110:9
**ITEMS** [1] - 7:3
**Ithaca** [2] - 47:22, 48:4
**ITS** [1] - 9:13
**itself** [1] - 29:5

## J

**J-O-H-N-S-O-N** [1] - 56:18
**JAMES** [5] - 1:17, 5:3, 5:6, 7:5, 9:21
**James** [2] - 12:15, 64:2
**Jassal** [3] - 36:25, 37:9, 37:15
**JASSAL** [1] - 36:25
**JASSAL.....................
.................... [1] -
8:17
**JEFF** [1] - 7:6
**Jeff** [5] - 40:2, 40:3, 41:12, 41:25, 43:7
**JEFFERSON** [3] - 1:18, 2:4, 3:7
**JEFFREY** [2] - 6:11, 6:12
**JENNY** [1] - 4:13
**JEREMY** [1] - 5:17

**JIM** [3] - 8:25, 9:24, 10:1
**Jim** [5] - 46:17, 52:3, 65:24, 66:5, 84:4
**Jimmy** [4] - 76:14, 81:7, 81:16, 81:19
**JIMMY** [1] - 10:16
**job** [2] - 50:6, 87:19
**JOHN** [2] - 10:11, 11:8
**John** [12] - 70:17, 70:18, 71:1, 76:15, 76:16, 97:25, 98:6, 98:17, 98:24, 100:3, 101:18, 102:7
**Johnson** [13] - 56:12, 56:14, 56:16, 56:17, 56:18, 56:23, 57:9, 58:2, 58:5, 59:15, 69:25, 70:1, 80:18
**JOHNSON** [3] - 10:9, 56:13
**JOHNSON................
............ [1] -
9:8
**JOHNSON................
............ [1] -
9:9
**join** [1] - 17:17
**joins** [1] - 52:5
**joint** [1] - 52:24
**JONES** [1] - 5:20
**JUDGE** [1] - 1:12
**judge** [13] - 15:9, 34:21, 37:23, 41:9, 42:1, 52:16, 84:9, 96:20, 103:13, 104:2, 104:7, 108:19, 110:6
**Judge** [34] - 12:22, 23:5, 35:10, 40:3, 40:9, 41:24, 42:18, 45:16, 50:1, 54:8, 55:20, 56:17, 57:5, 58:12, 60:5, 71:1, 76:23, 79:9, 80:12, 83:20, 84:6, 99:21, 100:4, 100:9, 100:14, 103:4, 103:16, 103:25, 104:5, 106:17, 107:2, 107:14, 107:18, 108:5
**judges** [1] - 92:6
**judgment** [1] - 95:23
**July** [65] - 33:8, 33:13, 33:20, 33:23, 33:25, 34:10, 34:16, 35:1, 35:6, 35:8, 35:21, 37:12, 46:23, 47:20, 47:23, 48:22, 50:21,

50:23, 51:23, 53:20, 56:22, 57:1, 57:9, 57:13, 57:18, 57:20, 59:1, 59:8, 62:10, 62:14, 62:21, 62:22, 64:24, 66:1, 66:5, 66:6, 66:9, 66:14, 66:17, 66:22, 66:23, 67:6, 67:8, 67:25, 76:8, 77:16, 78:6, 79:17, 79:18, 79:19, 81:1, 81:13, 81:15, 81:19, 81:25, 88:23, 89:7, 89:18, 90:6, 90:8, 90:11, 91:6, 92:16, 93:2, 96:24

**July's** [1] - 66:1

**June** [45] - 24:23, 30:16, 31:5, 31:24, 35:21, 38:14, 43:18, 43:23, 45:19, 46:13, 46:18, 46:20, 46:24, 55:23, 56:2, 56:3, 56:13, 56:18, 57:1, 57:2, 57:17, 59:16, 59:24, 63:10, 66:17, 66:23, 67:12, 67:14, 70:16, 70:22, 71:5, 71:12, 75:3, 82:13, 83:2, 83:6, 84:25, 95:19, 106:5, 106:7, 106:8, 110:10, 110:18

**JUNE** [4] - 8:4, 8:5, 8:9, 11:12

**JURISDICTIONAL** [1] - 7:12

**jurisdictional** [1] - 14:21

**JUSTICE** [2] - 2:13, 2:19

# K

**Kaiser** [1] - 72:6
**KAL** [1] - 8:17
**Kal** [1] - 36:25
**Kaluza** [6] - 76:12, 76:22, 79:12, 79:20, 81:4, 81:5
**KALUZA** [1] - 10:15
**Kaluza's** [1] - 80:25
**KALUZA**................... ...................... [1] - 10:20
**Kanner** [1] - 32:4
**KANNER** [2] - 3:3, 3:4
**KATZ** [1] - 1:20
**Kay** [1] - 50:1

**keep** [9] - 13:23, 15:21, 43:22, 44:13, 64:5, 64:7, 80:2, 93:16, 102:3
**keeping** [1] - 82:15
**KENNEALY** [1] - 6:17
**KERRY** [1] - 3:12
**Kerry** [24] - 14:1, 14:20, 33:3, 34:24, 35:8, 36:5, 54:16, 59:19, 60:6, 62:25, 63:2, 64:8, 64:14, 64:24, 65:4, 65:23, 67:12, 68:6, 68:12, 81:8, 81:18, 100:12, 105:6, 105:13
**key** [3] - 50:10, 102:23, 102:24
**killed** [5] - 88:25, 89:14, 90:25, 91:5, 104:24
**kind** [19] - 21:21, 22:14, 25:13, 26:14, 31:1, 60:16, 60:17, 62:17, 71:15, 82:7, 87:4, 89:23, 93:2, 93:16, 94:25, 95:1, 98:17, 98:20, 99:24
**kindly** [1] - 98:4
**kinds** [1] - 71:23
**KIRKLAND** [1] - 4:3
**Kirkland's** [1] - 75:4
**KLEEF** [1] - 6:14
**knock** [1] - 57:15
**knowledge** [2] - 29:2, 50:8
**knowledgeable** [1] - 63:13
**knows** [5] - 51:2, 76:24, 92:3, 103:18, 104:24
**Kuchler** [1] - 20:16
**KUCHLER** [5] - 4:22, 4:23, 20:16, 98:25, 99:17
**Kuchta** [3] - 33:7, 53:23, 82:6
**KULLMAN** [1] - 1:23
**Kurt** [7] - 53:12, 53:18, 54:11, 56:13, 64:11, 64:15, 70:3

# L

**L.L.C** [1] - 5:6
**L.P** [1] - 5:20
**LA** [15] - 1:18, 1:21, 1:25, 2:5, 2:8, 2:11, 3:5, 3:8, 3:14, 3:23,

4:10, 4:24, 5:22, 6:5, 6:20
**LABORDE** [1] - 6:3
**LAFAYETTE** [2] - 1:18, 2:5
**LAMAR** [1] - 4:17
**Lambert** [4] - 97:24, 101:17, 106:12, 109:7
**LAMBERT**................. ...................... [1] - 11:7
**LANGAN** [115] - 4:3, 13:12, 13:19, 13:22, 15:18, 17:16, 17:20, 19:2, 24:19, 26:18, 26:21, 28:3, 28:10, 28:14, 28:16, 29:8, 30:23, 31:1, 31:8, 32:14, 36:11, 36:16, 37:10, 37:14, 37:18, 37:21, 38:6, 38:10, 38:16, 38:19, 38:22, 43:17, 43:20, 44:1, 44:3, 44:7, 44:15, 45:20, 46:7, 46:9, 46:15, 46:19, 46:23, 47:4, 47:8, 47:13, 47:18, 47:24, 48:8, 48:12, 48:18, 49:5, 49:9, 49:15, 49:17, 51:5, 51:8, 52:1, 53:1, 53:7, 54:6, 60:9, 61:7, 61:13, 61:15, 61:18, 61:22, 61:24, 62:1, 62:3, 62:5, 62:8, 62:13, 62:17, 63:18, 63:21, 64:4, 64:18, 68:10, 68:22, 69:19, 75:9, 75:15, 75:18, 76:16, 77:25, 78:20, 83:5, 83:13, 83:19, 84:14, 84:17, 85:5, 86:12, 86:14, 86:18, 86:22, 87:2, 87:10, 87:18, 87:23, 88:3, 88:7, 88:10, 88:12, 88:15, 88:20, 88:22, 89:4, 89:10, 89:16, 92:18, 92:20, 92:24, 101:21
**Langan** [12] - 13:12, 15:18, 16:4, 19:2, 19:24, 49:6, 60:9, 64:4, 75:6, 78:20, 83:5, 102:10
**LAPEROUSE** [1] - 6:3
**LARGE** [7] - 2:3, 16:3, 17:2, 18:6, 18:21, 19:22, 76:14

**large** [7] - 15:20, 16:1, 16:15, 16:22, 18:4, 19:4, 39:2
**Large** [2] - 16:3, 19:22
**LASALLE** [1] - 4:5
**last** [28] - 12:15, 12:22, 14:23, 15:8, 15:13, 18:23, 20:14, 21:10, 21:19, 22:4, 24:15, 29:3, 32:11, 46:3, 49:5, 59:23, 65:8, 68:4, 70:4, 79:15, 81:24, 97:17, 99:1, 109:12, 109:13, 110:9, 110:11, 110:25
**late** [8] - 15:24, 16:18, 17:6, 37:12, 49:21, 64:4, 66:16, 77:1
**Laurel** [1] - 62:2
**LAW** [4] - 2:6, 2:9, 3:7, 6:7
**law** [1] - 75:19
**lawyer** [6] - 60:20, 65:13, 77:1, 77:2, 77:19, 79:2, 80:25, 102:7
**lawyer's** [1] - 45:24
**lawyers** [5] - 72:24, 103:18, 104:3, 105:2, 107:24
**lead** [1] - 65:17
**leader** [2] - 100:22, 102:22
**leaders** [1] - 106:13
**leaked** [1] - 89:8
**least** [6] - 19:5, 25:16, 33:9, 45:2, 85:11, 97:17
**leave** [5] - 46:25, 47:20, 59:14, 69:9, 82:10
**leaves** [1] - 37:5
**Lee** [1] - 97:24
**LEE** [1] - 11:7
**left** [2] - 99:20
**lengthening** [1] - 102:12
**lengthy** [1] - 103:5
**LEO** [1] - 6:4
**letter** [5] - 32:22, 45:13, 48:25, 49:20, 53:16
**letters** [3] - 45:15, 51:11, 105:22
**LEWIS** [3] - 1:23, 3:21, 5:6
**liability** [8] - 25:16, 25:21, 27:5, 54:25, 55:6, 55:11, 102:23,

102:24
**liaison** [3] - 17:14, 110:4, 111:6
**LIAISON** [1] - 1:16
**licensing** [1] - 62:17
**life** [2] - 91:23, 92:7
**LIFE** [1] - 1:24
**light** [1] - 83:19
**lightly** [1] - 47:10
**limit** [1] - 106:10
**limitation** [4] - 27:5, 27:15, 30:21, 102:21
**limited** [1] - 31:14
**LIMITED** [1] - 3:20
**line** [3] - 47:20, 95:1, 104:19
**lines** [3] - 29:13, 60:19, 72:21
**LISKOW** [1] - 3:21
**list** [34] - 16:16, 20:20, 36:19, 39:20, 48:16, 51:1, 53:3, 64:5, 64:7, 64:16, 68:12, 76:21, 79:5, 82:25, 83:21, 84:13, 84:17, 85:7, 86:4, 86:5, 86:17, 86:21, 86:24, 86:25, 87:1, 87:3, 87:7, 87:14, 87:16, 88:20, 89:4
**LIST** [2] - 10:24, 11:3
**lists** [6] - 24:5, 83:9, 86:1, 87:14, 87:25, 88:9
**LISTS**............... [1] - 7:25
**literally** [1] - 69:16
**litigation** [2] - 19:1, 102:17
**LITIGATION**.............. . [1] - 7:19
**LITTLE**...................... ...................... [2] - 8:16, 8:22
**live** [1] - 103:2
**lives** [1] - 48:10
**LLC** [4] - 3:10, 4:22, 5:10, 5:11
**load** [6] - 17:22, 17:25, 18:10, 18:11, 18:14, 18:16
**LOAD** [1] - 7:16
**local** [4] - 14:12, 14:17, 25:8, 31:13
**LOCAL** [1] - 7:11
**located** [1] - 48:10
**lock** [2] - 81:21, 82:1
**logged** [1] - 22:22
**logging** [1] - 23:9
**logical** [1] - 91:1

**logically** [1] - 31:4
**logistical** [1] - 87:19
**logistics** [3] - 38:4, 71:8, 76:2
**LOGISTICS** [1] - 10:12
**London** [23] - 35:2, 35:9, 37:13, 37:20, 47:1, 50:22, 51:18, 59:24, 63:8, 63:11, 63:19, 69:9, 70:17, 71:7, 72:7, 73:5, 75:3, 75:18, 75:22, 75:25, 82:22, 88:17, 106:6
**LONDON** [1] - 10:12
**look** [28] - 12:19, 21:21, 23:4, 30:24, 31:6, 31:18, 34:2, 34:7, 39:10, 44:1, 44:4, 46:21, 51:13, 51:23, 55:25, 56:5, 57:20, 60:22, 63:4, 66:1, 74:8, 75:24, 84:20, 86:23, 87:12, 88:13, 96:5, 109:22
**LOOK** [1] - 8:6
**looked** [3] - 16:17, 24:4, 82:24
**looking** [19] - 13:11, 14:12, 15:7, 18:13, 20:13, 30:1, 31:16, 36:8, 40:18, 45:18, 46:17, 48:17, 60:7, 69:5, 73:14, 75:21, 100:12, 109:6
**looks** [3] - 45:5, 67:2, 67:23
**loss** [2] - 90:3, 93:22
**Louisiana** [6] - 26:25, 28:23, 29:15, 30:12, 111:16, 111:17
**LOUISIANA** [4] - 1:1, 1:7, 3:3, 5:7
**LP** [1] - 4:20
**lunch** [3] - 73:21, 73:25, 74:9
**lunchtime** [1] - 82:20
**LUTHER** [1] - 2:23
**LYLE** [1] - 5:14

## M

**Macondo** [1] - 93:15
**MAGISTRATE** [1] - 1:12
**magistrates** [1] - 92:6
**Magnetics** [1] - 47:17
**MAGNETICS**.............
............................ [1] -
9:1
**magnitude** [1] - 94:23
**mail** [12] - 14:4, 25:2, 25:13, 25:14, 40:11, 64:11, 64:13, 74:1, 74:18, 80:7, 109:2, 109:21
**mailed** [1] - 61:19
**mailing** [2] - 71:18, 72:12
**mails** [2] - 29:4, 69:3
**main** [1] - 86:19
**MAJOR** [1] - 4:14
**man's** [1] - 104:23
**manage** [1] - 93:10
**manageable** [2] - 93:7, 93:9
**managed** [1] - 109:25
**MANAGEMENT** [1] - 5:9
**MANGES** [2] - 5:14, 5:17
**Mansfield** [2] - 12:15, 12:20
**MANSFIELD**.............
........ [1] - 7:5
**map** [1] - 96:13
**marathon** [1] - 103:13
**MARGARET** [1] - 6:15
**MARINE** [3] - 5:11, 5:12, 5:12
**Marine** [1] - 103:6
**Mark** [5] - 19:16, 21:9, 21:24, 22:6, 97:8
**mark** [3] - 16:13, 24:8, 97:7
**MARK** [1] - 4:4
**MARTINEZ** [1] - 4:13
**massive** [1] - 19:9
**MASTER** [1] - 7:11
**master** [11] - 14:13, 53:3, 68:12, 85:7, 86:25, 87:1, 87:3, 87:6, 87:7, 87:14, 88:9
**material** [4] - 92:17, 92:20, 92:21, 99:15
**matter** [5] - 67:10, 74:25, 104:6, 106:9, 111:18
**MAY** [5] - 1:7, 8:2, 11:3, 11:13, 12:2
**maybes** [1] - 77:5
**Maze** [4] - 28:21, 32:2, 44:17, 52:8
**MAZE** [20] - 2:24, 12:12, 28:21, 28:25, 29:9, 29:11, 29:21, 30:1, 30:9, 30:15, 32:2, 32:9, 43:15,
44:17, 52:8, 56:1, 62:21, 66:7, 78:24, 100:3
**MBI** [4] - 19:19, 20:5, 104:4, 104:17
**McALOON** [1] - 6:4
**MCCUTCHEN** [1] - 5:3
**McKay** [6] - 49:15, 49:16, 49:24, 51:12, 98:12, 101:20
**McKay's** [3] - 50:25, 51:24, 52:14
**MCKAY**.....................
....................... [2] -
9:3, 11:10
**McWhorter** [3] - 65:24, 66:5
**MCWHORTER** [1] - 9:24
**MCWHORTER**...........
............................ [1] - 10:1
**MDL** [1] - 6:7
**mean** [26] - 16:5, 26:2, 27:22, 28:22, 37:15, 42:4, 42:11, 48:9, 48:11, 50:7, 50:15, 63:24, 74:15, 75:19, 77:1, 78:17, 79:1, 80:19, 84:19, 90:2, 91:12, 96:9, 98:24, 100:20, 102:23, 103:4
**meaning** [1] - 75:13
**meaningless** [1] - 84:2
**MECHANICAL** [1] - 6:22
**medium** [1] - 43:2
**meet** [3] - 15:19, 88:4, 88:5
**meeting** [1] - 17:14
**Meinhart** [4] - 64:6, 64:10, 64:15, 64:19
**MEINHART**.................
............................ [1] -
9:22
**MEMBERS** [1] - 1:23
**memo** [5] - 84:19, 88:23, 89:5, 93:12
**mention** [5] - 17:15, 36:21, 82:9, 101:22, 102:5
**mentioned** [3] - 25:6, 38:2, 88:22
**Merit** [1] - 111:16
**message** [1] - 61:13
**met** [2] - 14:23, 96:11
**METHOFF** [1] - 6:7
**MEXICO** [1] - 1:5
**Mexico** [1] - 50:15
**MI** [1] - 5:6
**mic** [1] - 18:1
**Michael** [1] - 67:16
**MICHAEL** [3] - 2:14, 5:14, 10:6
**middle** [2] - 37:12, 49:20
**might** [10] - 33:20, 34:25, 35:10, 39:5, 76:11, 76:21, 77:18, 79:24, 90:7, 109:3
**might-invoke** [1] - 76:11
**MIKE** [2] - 8:18, 9:2
**Mike** [18] - 14:5, 14:8, 37:2, 37:25, 38:24, 49:4, 52:21, 53:10, 67:24, 67:25, 71:8, 73:23, 81:17, 91:3, 92:11, 92:13, 100:17, 100:18
**Miller** [8] - 33:3, 54:16, 62:3, 63:2, 63:18, 64:8, 81:8, 105:13
**MILLER** [49] - 3:12, 14:2, 14:8, 14:14, 14:16, 14:22, 34:8, 36:2, 54:16, 55:11, 59:14, 59:22, 61:19, 61:23, 61:25, 62:2, 63:2, 63:20, 63:24, 64:8, 64:13, 64:25, 65:6, 65:19, 66:3, 66:8, 66:16, 66:19, 67:1, 67:5, 67:10, 67:13, 68:8, 68:14, 69:24, 70:13, 81:8, 81:20, 82:3, 82:6, 100:9, 100:13, 100:15, 101:19, 102:22, 105:13, 109:5, 109:9, 109:16
**mind** [9] - 24:7, 30:21, 38:4, 42:9, 64:20, 81:18, 81:20, 85:12, 108:10
**minimize** [1] - 108:15
**minute** [1] - 38:14
**minutes** [29] - 55:6, 55:11, 97:23, 97:24, 98:2, 98:4, 98:8, 98:23, 99:5, 99:6, 99:20, 99:24, 100:4, 100:6, 101:15, 102:3, 102:20, 103:1, 105:1, 105:7, 105:11, 106:23, 107:1, 109:7, 109:14, 109:18,
109:19, 111:7
**missed** [1] - 32:25
**missing** [1] - 91:4
**Mississippi** [2] - 61:21, 62:2
**misunderstood** [1] - 38:11
**mock** [1] - 73:6
**model** [4] - 94:3, 94:8, 95:18, 95:21
**modified** [1] - 101:25
**MOECO** [1] - 15:7
**MOEX** [5] - 4:21, 4:21, 15:7, 20:16, 39:21
**moment** [3] - 19:22, 35:14, 51:3
**Monday** [8] - 22:2, 41:7, 41:8, 76:18, 76:19, 98:8, 110:12, 110:16
**money** [2] - 28:17, 92:5
**MONTGOMERY** [1] - 2:25
**month** [5] - 33:6, 42:19, 53:25, 59:23, 66:2
**months** [2] - 33:17, 90:16
**Morel** [11] - 76:12, 76:22, 77:10, 77:13, 77:16, 78:3, 80:5, 80:7, 80:19, 80:22, 81:5
**morel** [1] - 80:16
**MOREL**.......................
............ [1] - 10:15
**MOREL**.......................
........................... [1] -
10:18
**MOREL**.......................
........................ [1] -
10:21
**Morgan** [3] - 60:12, 60:13, 61:8
**MORGAN** [1] - 5:6
**MORGAN**....................
........................... [1] -
9:14
**morning** [20] - 12:8, 12:9, 13:21, 14:3, 14:4, 14:6, 22:25, 23:1, 35:16, 35:17, 40:2, 40:3, 64:11, 71:20, 74:7, 83:20, 83:24, 88:22, 96:22, 96:23
**morning's** [1] - 89:3
**most** [7] - 46:2, 66:3, 70:2, 75:20, 82:14,

87:12, 105:9
**MOTION** [1] - 7:24
**motion** [1] - 23:16
**motions** [2] - 31:22, 31:23
**MOTIONS** [1] - 8:8
**move** [12] - 15:10, 33:25, 43:14, 45:22, 46:6, 59:16, 66:22, 66:23, 76:8, 81:19, 82:17, 106:5
**moved** [4] - 33:7, 45:21, 46:4, 79:17
**moving** [2] - 77:16, 80:25
**MR** [395] - 9:6, 9:13, 9:14, 9:15, 9:16, 9:18, 9:22, 10:15, 10:20, 10:21, 12:12, 12:18, 12:22, 13:6, 13:12, 13:17, 13:19, 13:22, 14:2, 14:7, 14:8, 14:14, 14:16, 14:22, 15:9, 15:18, 16:3, 16:12, 16:23, 17:2, 17:16, 17:20, 18:2, 18:6, 18:21, 19:2, 19:14, 19:22, 21:9, 21:24, 22:8, 24:19, 24:25, 25:5, 26:18, 26:21, 28:3, 28:10, 28:14, 28:16, 28:21, 28:25, 29:8, 29:9, 29:10, 29:11, 29:21, 30:1, 30:9, 30:15, 30:23, 31:1, 31:8, 31:9, 31:21, 32:2, 32:9, 32:14, 32:18, 33:2, 33:16, 34:5, 34:8, 34:21, 35:10, 35:17, 35:24, 36:2, 36:11, 36:16, 37:10, 37:14, 37:18, 37:21, 37:23, 37:25, 38:6, 38:10, 38:16, 38:19, 38:22, 38:25, 39:18, 40:3, 40:13, 40:20, 40:24, 41:4, 41:8, 41:9, 41:14, 41:24, 42:5, 42:8, 42:15, 42:17, 42:23, 43:5, 43:9, 43:15, 43:17, 43:20, 44:1, 44:3, 44:7, 44:15, 44:17, 44:22, 45:11, 45:14, 45:16, 45:20, 46:7, 46:9, 46:15, 46:19, 46:23, 46:25, 47:2, 47:4, 47:8, 47:13, 47:18, 47:24,

48:8, 48:12, 48:18, 49:5, 49:9, 49:15, 49:17, 49:25, 51:5, 51:8, 51:15, 51:20, 52:1, 52:3, 52:8, 52:10, 52:16, 52:18, 52:19, 52:23, 53:1, 53:7, 53:15, 53:18, 53:23, 54:3, 54:6, 54:7, 54:10, 54:12, 54:16, 55:8, 55:11, 55:18, 55:20, 56:1, 56:2, 56:4, 56:6, 56:10, 56:15, 56:16, 56:21, 57:5, 57:11, 57:24, 57:25, 58:3, 58:8, 58:10, 58:12, 58:15, 58:17, 58:19, 59:7, 59:12, 59:14, 59:18, 59:22, 60:2, 60:5, 60:9, 61:7, 61:13, 61:15, 61:18, 61:19, 61:22, 61:23, 61:24, 61:25, 62:1, 62:2, 62:3, 62:5, 62:8, 62:12, 62:13, 62:17, 62:21, 63:2, 63:18, 63:20, 63:21, 63:24, 64:4, 64:8, 64:13, 64:17, 64:18, 64:21, 64:23, 64:25, 65:4, 65:6, 65:17, 65:19, 66:3, 66:7, 66:8, 66:16, 66:19, 67:1, 67:4, 67:5, 67:8, 67:10, 67:12, 67:13, 67:18, 67:22, 67:24, 68:1, 68:8, 68:10, 68:14, 68:15, 69:19, 69:24, 70:12, 70:13, 70:14, 70:16, 71:4, 71:5, 72:2, 73:4, 73:10, 74:10, 74:12, 74:20, 75:9, 75:15, 75:18, 76:6, 76:12, 76:14, 76:16, 76:18, 76:19, 76:23, 77:7, 77:10, 77:12, 77:13, 77:15, 77:17, 77:18, 77:19, 77:21, 77:23, 77:25, 78:7, 78:16, 78:20, 78:24, 79:1, 79:7, 79:14, 79:25, 80:3, 80:7, 80:12, 80:15, 80:17, 80:23, 81:8, 81:16, 81:20, 82:6, 83:5, 83:13, 83:19, 84:1, 84:6, 84:14, 84:17, 85:5, 85:15, 86:12,

86:14, 86:18, 86:22, 87:2, 87:10, 87:18, 87:22, 87:23, 88:3, 88:7, 88:10, 88:12, 88:15, 88:20, 88:22, 89:4, 89:10, 89:16, 89:25, 91:3, 91:8, 91:11, 92:18, 92:20, 92:24, 93:5, 94:19, 95:9, 95:12, 95:22, 96:20, 97:8, 98:1, 98:17, 98:22, 98:23, 99:16, 99:23, 100:1, 100:2, 100:3, 100:4, 100:7, 100:8, 100:9, 100:13, 100:14, 100:15, 100:17, 100:19, 101:13, 101:19, 101:21, 102:6, 102:10, 102:22, 103:3, 104:14, 105:13, 106:17, 106:19, 107:2, 107:10, 107:14, 107:18, 108:19, 108:22, 109:5, 109:9, 109:14, 109:16, 109:17, 110:6, 110:9, 110:17, 110:21, 110:23
**MS** [20] - 20:16, 22:23, 23:1, 23:12, 23:18, 42:1, 42:6, 42:13, 42:16, 74:24, 75:1, 75:5, 75:8, 84:24, 85:8, 85:19, 98:25, 99:17, 110:15, 110:22
**multiple** [2] - 50:6
**must** [1] - 20:18

# N

**N-I-C-K** [1] - 58:20
**name** [4] - 52:13, 56:15, 78:16, 78:19
**names** [3] - 52:12, 68:2, 87:13
**narrow** [2] - 29:16, 30:3
**narrowing** [1] - 16:10
**nature** [1] - 93:20
**necessary** [6] - 71:22, 85:2, 85:13, 85:22, 86:8, 103:14
**need** [47] - 15:16, 16:24, 18:10, 18:25, 21:22, 23:18, 25:10, 25:11, 27:16, 31:25,

32:6, 35:3, 37:3, 37:6, 41:1, 45:2, 45:9, 49:7, 50:12, 50:13, 50:22, 51:1, 51:3, 52:14, 54:4, 54:5, 58:25, 65:22, 67:16, 69:3, 69:7, 69:14, 70:8, 70:24, 84:19, 86:7, 86:13, 91:18, 92:2, 92:12, 98:8, 98:12, 98:23, 101:2, 101:22, 108:10
**NEED** [1] - 7:18
**needed** [4] - 15:3, 23:23, 54:6, 85:1
**needs** [1] - 53:19
**negative** [1] - 65:14
**negligence** [2] - 96:6, 96:7
**negligent** [1] - 95:3
**negotiation** [1] - 72:3
**never** [6] - 24:7, 30:21, 78:11, 81:3, 81:4, 95:7
**NEW** [13] - 1:7, 1:21, 1:25, 2:11, 3:5, 3:14, 3:23, 4:10, 4:24, 5:18, 5:22, 6:5, 6:20
**New** [7] - 37:16, 39:5, 47:22, 47:23, 50:24, 59:24, 62:1
**new** [2] - 20:5, 42:9
**news** [4] - 14:23, 15:4, 45:20, 46:7
**next** [65] - 13:9, 15:8, 16:10, 18:1, 18:17, 22:17, 23:5, 23:13, 23:14, 24:1, 24:12, 29:17, 30:18, 31:23, 32:4, 35:21, 37:9, 39:10, 43:13, 45:4, 45:12, 45:17, 46:17, 47:16, 48:19, 48:20, 49:4, 49:21, 50:18, 51:12, 51:16, 51:17, 52:20, 55:15, 56:17, 59:10, 60:24, 62:23, 64:2, 65:5, 65:21, 65:24, 66:13, 67:15, 68:3, 72:20, 74:12, 76:1, 78:5, 80:22, 80:23, 82:21, 82:22, 87:17, 87:24, 88:16, 90:22, 101:18, 101:19, 109:6, 109:21, 109:22, 110:1
**NEXT** [1] - 11:13
**Next** [1] - 111:9

**nice** [4] - 47:23, 48:4, 48:13, 83:11
**Nick** [4] - 58:19, 58:20, 58:22, 70:1
**NICK** [2] - 9:12, 10:9
**night** [3] - 40:14, 81:24, 108:3
**nilly** [1] - 106:4
**NO** [1] - 1:6
**nobody** [2] - 49:11, 72:14
**Nomellini** [11] - 15:19, 16:13, 17:3, 19:3, 19:16, 19:24, 20:17, 20:23, 21:9, 21:24, 97:8
**NOMELLINI** [7] - 4:4, 16:12, 16:23, 19:14, 21:9, 21:24, 97:8
**non** [1] - 75:13
**non-BP** [1] - 75:13
**nonbinding** [1] - 86:6
**noncontroversial** [1] - 92:14
**none** [2] - 25:19, 34:11
**NORTH** [5] - 3:7, 3:17, 3:17, 3:19, 3:20
**North** [2] - 50:3, 50:16
**NOT** [1] - 11:1
**note** [2] - 54:17, 93:11
**noted** [1] - 110:25
**notes** [1] - 36:16
**nothing** [4] - 16:1, 30:7, 53:24, 79:9
**notice** [5] - 20:22, 40:10, 41:6, 110:11, 111:1
**noticed** [2] - 42:25, 60:12
**notices** [1] - 61:10
**NRDA** [3] - 29:18, 93:19, 94:10
**nuanced** [2] - 93:16, 94:25
**number** [9] - 19:19, 26:22, 27:1, 39:11, 50:4, 55:9, 56:21, 87:1
**Number** [5] - 13:1, 23:16, 83:15, 104:17, 104:22
**NUMBER** [1] - 7:24
**numbered** [1] - 111:18
**numbers** [6] - 16:7, 16:16, 19:17, 19:18, 57:2, 94:23
**NW** [2] - 5:4, 5:15
**NY** [1] - 5:18

# O

O'BRIEN'S [1] - 5:9
o'clock [1] - 77:11
O'KEEFE [1] - 1:21
O'ROURKE [1] - 2:20
O'Rourke [1] - 32:5
O-N [2] - 62:12, 62:13
oath [1] - 103:5
object [1] - 81:14
objection [6] - 12:24,
  13:3, 13:6, 74:7,
  96:11
objections [1] - 83:25
objects [1] - 80:25
obligation [2] - 23:9,
  91:20
obviously [4] - 26:9,
  69:10, 84:19, 97:3
occurred [2] - 90:4,
  90:5
occurs [1] - 71:8
Odenwald [2] - 65:25,
  66:9
ODENWALD..............
  .......................... [2]
  - 9:25, 10:2
OF [19] - 1:1, 1:5,
  1:11, 2:13, 2:18,
  2:19, 3:3, 7:14, 7:17,
  7:21, 7:24, 8:1, 8:10,
  8:12, 8:14, 10:24,
  11:1, 11:2
offer [4] - 28:18, 57:6,
  72:9, 89:20
offered [3] - 57:12,
  60:14
Office [1] - 23:23
OFFICE [1] - 2:23
office [11] - 14:9, 18:8,
  57:14, 60:14, 60:17,
  60:20, 61:10, 61:16,
  61:19, 75:4, 110:5
offices [1] - 63:20
OFFICIAL [1] - 6:19
Official [2] - 111:16,
  111:22
officially [1] - 89:14
OFFSHORE [3] - 3:10,
  4:21, 5:10
OIL [2] - 1:4, 1:4
oil [8] - 29:5, 89:7,
  90:4, 93:25, 94:13,
  95:24, 96:23, 96:25
old [1] - 85:15
ON [4] - 1:5, 8:3, 8:5,
  8:7
once [2] - 75:22, 104:8
one [69] - 14:15,

14:16, 14:18, 17:23,
  19:22, 23:20, 24:10,
  25:16, 25:21, 25:25,
  26:4, 26:24, 29:20,
  31:14, 31:17, 31:20,
  32:3, 32:19, 33:7,
  33:12, 37:1, 39:4,
  41:2, 41:18, 44:3,
  44:5, 45:14, 45:15,
  49:19, 49:23, 50:14,
  52:16, 52:17, 54:4,
  54:5, 55:1, 55:16,
  56:17, 57:23, 58:5,
  59:16, 60:10, 60:11,
  62:6, 62:8, 64:2,
  66:16, 78:16, 81:6,
  83:1, 83:15, 83:23,
  83:24, 84:7, 84:12,
  86:9, 88:20, 90:24,
  93:11, 93:23,
  101:21, 102:24,
  103:16, 103:25,
  104:17, 105:1,
  106:7, 108:8
ONE [5] - 2:10, 3:22,
  6:4, 6:8, 11:3
one's [1] - 43:3
ONE............... [1] - 8:1
ONE.........................
  ..... [1] - 10:25
ones [3] - 16:17, 20:9,
  81:6
open [2] - 81:22,
  104:9
operation [1] - 69:6
opinion [1] - 95:11
OPINIONS [1] - 11:2
opinions [2] - 83:3,
  83:10
opportunity [5] -
  51:13, 84:20, 85:23,
  102:14, 103:22
opposed [3] - 19:9,
  40:10, 83:21
OR [1] - 8:11
orally [1] - 45:12
Order [2] - 18:17,
  23:16
order [16] - 13:13,
  13:18, 14:1, 15:5,
  18:9, 23:2, 23:6,
  23:21, 24:1, 31:23,
  53:1, 74:2, 103:16,
  110:9, 110:24, 111:2
ORDER [2] - 7:24,
  12:4
ordered [1] - 101:2
original [3] - 86:25,
  87:1, 87:3
originally [4] - 20:3,

100:24, 101:3,
  103:15
Orleans [5] - 37:16,
  39:5, 50:24, 59:24,
  62:1
ORLEANS [12] - 1:7,
  1:21, 1:25, 2:11, 3:5,
  3:14, 3:23, 4:10,
  4:24, 5:22, 6:5, 6:20
otherwise [2] - 97:3,
  106:25
ought [1] - 86:19
ourselves [2] - 27:14,
  90:15
outside [2] - 29:18,
  47:19
overall [2] - 105:10,
  105:25
overflow [1] - 75:16
overlap [1] - 39:12
oversaw [1] - 50:14
OWN [1] - 8:7
own [2] - 31:7, 65:13
owner [1] - 94:10

# P

P-A-T-T-E-N [1] -
  62:11
p.m [4] - 71:12, 73:21,
  74:4, 111:10
P.O [1] - 2:20
package [1] - 72:9
page [3] - 45:14, 70:1,
  70:4
PAGE [1] - 7:3
pale [1] - 104:22
PAN [1] - 1:24
paper [2] - 52:5, 72:15
paragraph [2] - 23:7,
  105:23
parents [1] - 15:3
part [12] - 18:17, 24:3,
  38:10, 72:7, 72:8,
  86:9, 91:12, 94:19,
  96:2, 96:24, 97:1,
  98:24
participants [1] -
  111:5
particular [5] - 19:7,
  32:7, 55:7, 85:15,
  105:9
particularly [1] - 45:1
parties [15] - 15:21,
  27:7, 28:4, 31:2,
  43:3, 44:8, 50:6,
  84:20, 98:9, 103:12,
  103:21, 103:24,
  104:4, 108:9,

109:10, 110:25
parties' [1] - 83:16
partner [1] - 17:17
party [7] - 13:10, 15:2,
  30:21, 42:25, 70:5,
  71:2, 109:3
PARTY [1] - 7:8
pass [2] - 45:17, 68:18
passionate [1] - 91:20
past [3] - 58:11, 81:10,
  95:12
Pat [1] - 81:23
Patton [3] - 62:10,
  62:21, 62:22
PATTON...................
  ..................... [1] -
  9:17
PAUL [2] - 1:24, 8:23
Paul [24] - 35:16,
  35:17, 42:21, 42:23,
  52:23, 53:13, 54:14,
  57:10, 57:11, 67:15,
  68:5, 69:1, 69:19,
  71:6, 72:2, 77:7,
  78:1, 78:4, 80:17,
  100:7, 104:12,
  104:14, 106:21
pay [2] - 48:13, 63:24
paying [1] - 48:1
peace [1] - 110:14
penalties [1] - 92:22
people [14] - 27:14,
  28:4, 55:17, 75:14,
  85:16, 86:2, 86:10,
  91:23, 91:25, 92:2,
  100:22, 104:24,
  106:13
Pepper [3] - 111:15,
  111:20, 111:21
PEPPER [1] - 6:19
per [1] - 109:2
percent [2] - 26:5,
  40:8
percentage [1] - 96:2
perfect [1] - 59:11
perhaps [12] - 13:15,
  30:21, 33:19, 38:1,
  39:7, 43:21, 48:14,
  58:6, 64:18, 90:16,
  96:7, 97:11
period [2] - 50:2,
  89:21, 90:22
permitted [1] - 50:25
permitting [1] - 62:17
person [4] - 36:25,
  39:4, 39:5, 50:15
personal [7] - 44:9,
  46:16, 61:21, 70:6,
  70:8, 70:10, 101:22
personally [2] - 28:24,

46:11
personnel [1] - 106:11
perspective [3] -
  33:10, 33:11, 90:17
persuasive [3] -
  94:21, 96:5
PESCE [1] - 6:12
PETERSEN [1] - 6:15
PETROLEUM [1] -
  4:20
PHARR [2] - 9:23,
  65:5
Pharr [2] - 65:5, 65:6
phase [13] - 33:12,
  49:23, 55:6, 55:12,
  83:24, 83:25, 84:7,
  84:12, 85:9, 85:10,
  86:7, 86:9, 89:6
Phase [1] - 49:23
phases [1] - 93:7
phone [7] - 74:1,
  82:18, 82:19, 102:1,
  102:8, 107:16, 111:5
photographic [1] -
  69:8
photographing [1] -
  69:6
phrased [1] - 26:24
pick [5] - 32:7, 54:2,
  54:9, 59:1, 67:21
picked [2] - 40:17,
  49:11
picky [1] - 40:12
piece [1] - 72:15
piecemeal [2] - 20:9,
  22:15
PIGMAN [1] - 4:8
pipe [1] - 96:24
pitch [2] - 109:12,
  109:13
place [2] - 65:20,
  74:13
PLACE [2] - 2:10, 5:21
plaintiff [1] - 70:6
plaintiffs [6] - 22:9,
  23:2, 25:5, 31:10,
  42:3, 43:15
plaintiffs' [1] - 13:1
PLAINTIFFS' [2] -
  1:16, 1:23
Plaintiffs' [2] - 15:20,
  23:8
plan [2] - 45:2, 70:11
plans [2] - 45:25,
  51:18
play [2] - 21:3, 96:10
pleading [2] - 36:17,
  36:18
plenty [2] - 53:4,
  110:17

**ploy** [1] - 81:1
**plume** [2] - 94:5, 94:7
**plus** [4] - 44:6, 44:9, 44:19, 46:16
**podium** [4] - 33:2, 62:5, 63:3, 104:12
**point** [26] - 29:1, 32:23, 34:4, 41:21, 51:14, 61:3, 61:23, 69:24, 77:15, 81:22, 85:23, 86:19, 88:23, 90:14, 90:20, 90:24, 91:4, 91:14, 92:8, 93:4, 93:16, 98:25, 102:5, 105:16, 108:3, 110:24
**POLK** [1] - 4:22
**port** [1] - 91:23
**portion** [1] - 71:20
**portions** [1] - 71:19
**poses** [1] - 39:6
**position** [6] - 23:3, 81:17, 101:2, 101:12, 104:16, 105:6
**possession** [1] - 28:12
**possibility** [2] - 35:14, 71:16
**possible** [9] - 36:21, 37:9, 39:25, 40:18, 44:19, 60:1, 78:22, 108:16, 109:13
**possibly** [2] - 38:2, 44:7
**POYDRAS** [6] - 1:25, 3:13, 3:22, 4:23, 6:5, 6:20
**practical** [2] - 97:10, 97:12
**prefer** [4] - 53:20, 60:23, 82:7, 107:7
**preference** [2] - 35:7, 35:13
**prefixes** [1] - 20:6
**prejudging** [1] - 44:16
**preliminary** [7] - 24:4, 34:23, 82:25, 83:9, 84:12, 85:22, 86:1
**PRELIMINARY** [3] - 7:25, 10:24, 11:3
**prematurely** [1] - 23:17
**preparation** [1] - 90:5
**prepare** [3] - 28:18, 45:22, 45:23
**prepared** [2] - 96:6, 99:5
**present** [6] - 15:5, 18:9, 50:19, 65:11,

65:15, 95:18
**PRESENT** [1] - 6:11
**presentation** [1] - 94:22
**presented** [2] - 15:6, 96:3
**presenting** [1] - 54:22
**presumably** [2] - 30:20, 90:11
**presume** [2] - 12:20, 39:3
**Pretrial** [1] - 23:16
**pretrial** [2] - 27:18, 103:15
**PRETRIAL** [1] - 7:24
**pretty** [7] - 29:22, 39:6, 52:7, 53:6, 66:24, 97:22, 108:8
**previously** [2] - 18:24, 70:19
**PREVIOUSLY** [1] - 7:17
**primarily** [1] - 94:3
**principles** [1] - 46:1
**print** [1] - 41:3
**printer** [1] - 41:1
**priority** [1] - 48:9
**private** [1] - 91:16
**Probert** [2] - 97:23, 101:17
**PROBERT.................**
**.............................** [1] -
11:6
**problem** [26] - 16:21, 23:14, 27:23, 30:5, 30:19, 30:23, 31:1, 32:10, 35:19, 36:1, 37:8, 41:21, 42:17, 57:25, 69:13, 71:17, 73:22, 73:24, 75:23, 100:11, 100:19, 100:20, 101:16, 102:14, 108:5
**problematic** [2] - 39:8, 56:19
**problems** [7] - 12:18, 12:19, 12:21, 21:22, 68:20, 71:17, 76:6
**proceeding** [2] - 41:11, 104:4
**proceedings** [3] - 103:10, 111:10, 111:18
**PROCEEDINGS** [3] - 1:11, 6:22, 12:1
**process** [7] - 17:18, 22:12, 84:17, 84:19, 86:16, 97:11, 102:5
**produce** [2] - 21:15, 28:1, 39:23, 39:25,

63:8, 87:25, 88:8
**PRODUCED** [2] - 6:23, 7:18
**produced** [8] - 18:24, 20:19, 20:23, 21:3, 21:5, 21:11, 42:3, 49:23
**PRODUCTION** [5] - 3:16, 3:19, 7:14, 7:17, 10:8
**production** [10] - 15:15, 18:23, 41:16, 41:17, 42:3, 42:6, 42:7, 43:1, 48:7, 68:20
**productive** [1] - 15:22
**PRODUCTS** [1] - 3:20
**professionally** [1] - 108:14
**proffer** [1] - 35:13
**progress** [3] - 22:18, 36:11, 66:15
**projection** [1] - 86:7
**promised** [1] - 32:18
**promises** [1] - 81:25
**proposal** [3] - 23:5, 72:5, 96:22
**propose** [4] - 23:3, 24:12, 33:13, 50:20
**proposed** [5] - 14:1, 23:2, 23:21, 24:1, 55:23
**proposition** [1] - 89:20
**propounded** [1] - 28:2
**protected** [1] - 22:21
**provide** [6] - 19:18, 26:3, 57:9, 58:21, 59:2
**providing** [1] - 58:23
**provision** [1] - 105:18
**PSC** [52] - 7:23, 8:4, 8:5, 8:11, 14:24, 19:5, 19:18, 19:23, 22:20, 24:14, 24:17, 24:20, 24:23, 25:10, 26:3, 26:12, 27:25, 28:13, 29:12, 29:14, 29:25, 30:3, 30:6, 30:24, 31:5, 32:12, 35:18, 35:20, 39:1, 42:23, 43:1, 44:18, 45:24, 46:20, 50:11, 52:5, 58:10, 62:25, 64:2, 68:1, 69:5, 70:19, 70:25, 80:24, 81:14, 89:25, 93:5, 97:11, 99:24, 104:14, 106:1, 109:17

**PSC's** [2] - 46:9, 105:6
**PSC....** [1] - 8:3
**PSC/US** [1] - 52:24
**PTO** [1] - 23:7
**publicly** [1] - 51:2
**purposes** [3] - 94:3, 95:17, 96:17
**pursuing** [1] - 32:16
**push** [1] - 21:4
**put** [19] - 14:18, 28:7, 28:18, 32:3, 34:25, 36:17, 37:8, 39:9, 47:8, 56:8, 67:11, 72:8, 72:15, 80:24, 82:20, 91:17, 93:7, 95:2, 95:15
**putting** [3] - 27:3, 81:14, 81:20

**Q**

**qualify** [1] - 34:15
**qualifying** [1] - 44:13
**quantification** [6] - 83:22, 86:15, 87:7, 93:21, 93:24, 94:12
**quantify** [1] - 94:22
**quest** [1] - 108:3
**questioned** [1] - 103:8
**questioning** [3] - 103:11, 103:21, 108:16
**questions** [12] - 17:18, 25:16, 26:23, 26:24, 78:9, 99:2, 99:10, 99:14, 103:19, 107:22, 108:1, 108:13
**quick** [2] - 13:21, 57:20
**quickly** [3] - 15:11, 29:22, 97:22
**quite** [1] - 40:25
**quote** [1] - 105:3

**R**

**radar** [1] - 95:15
**raise** [3] - 52:19, 73:25, 78:21
**raised** [4] - 21:10, 25:1, 32:11, 85:16
**raising** [2] - 78:1, 85:8
**range** [1] - 20:6
**ranges** [1] - 19:8
**rare** [1] - 74:3
**rarely** [1] - 99:6
**rate** [2] - 63:22, 63:23

**rather** [7] - 13:2, 31:19, 33:13, 36:7, 79:19, 81:1, 103:17
**rationale** [2] - 34:8, 34:9
**Ray** [2] - 65:25, 66:9
**RAY** [2] - 9:25, 10:2
**re** [1] - 18:25
**RE** [2] - 1:4, 7:19
**RE-BATES** [1] - 7:19
**re-Bates** [1] - 18:25
**reach** [8] - 19:11, 52:11, 75:10, 91:5, 91:8, 92:13, 106:25, 107:11
**reached** [7] - 19:19, 54:24, 61:15, 65:9, 96:25, 110:25, 111:3
**reaching** [1] - 111:1
**read** [6] - 28:25, 53:1, 53:2, 71:21, 103:25, 104:19
**ready** [7] - 15:5, 16:10, 29:20, 38:8, 71:25, 85:9, 90:21
**real** [10] - 39:12, 57:20, 69:6, 72:11, 73:16, 89:11, 91:22, 92:7, 102:13
**real-life** [1] - 92:7
**real-time** [4] - 69:6, 72:11, 73:16
**realize** [1] - 107:16
**really** [16] - 18:2, 25:19, 49:23, 60:16, 84:4, 86:19, 86:20, 88:16, 88:24, 90:1, 91:13, 98:11, 107:20, 108:10
**REALTIME** [1] - 6:19
**Realtime** [2] - 111:15, 111:21
**reason** [4] - 35:22, 45:22, 80:19, 85:8
**reasonable** [3] - 87:17, 105:8, 105:12
**reasons** [2] - 70:22, 95:23
**receive** [1] - 18:8
**received** [3] - 18:9, 23:20, 40:11
**recent** [1] - 70:2
**recently** [1] - 70:21
**recognizing** [1] - 39:25
**recommended** [2] - 56:24, 56:25
**reconsider** [1] - 109:10
**reconsidering** [1] -

80:19
**record** [5] - 52:5, 74:8, 80:24, 105:17, 111:18
**RECORDED** [1] - 6:22
**recount** [1] - 26:18
**red** [1] - 93:2
**Red** [1] - 100:15
**REDD** [1] - 9:18
**Redd** [3] - 62:24, 63:12, 63:14
**REDD**......................
...................... [1] - 9:20
**redlined** [1] - 40:10
**redlines** [1] - 40:25
**reference** [1] - 93:12
**referred** [1] - 27:12
**referring** [1] - 29:1
**refining** [1] - 16:7
**reflects** [1] - 111:3
**refuse** [1] - 58:23
**regard** [3] - 32:11, 51:12, 56:12
**regardless** [1] - 80:1
**Registered** [1] - 111:15
**regulation** [1] - 23:22
**related** [2] - 25:16, 62:9
**RELATES** [1] - 1:9
**relates** [1] - 23:21
**relating** [5] - 27:20, 29:1, 70:23, 75:25
**relationship** [1] - 70:23
**RELATIVE** [1] - 7:15
**relative** [9] - 13:10, 13:25, 17:11, 53:13, 55:16, 68:19, 85:10, 87:13, 104:8
**released** [1] - 93:14
**relevant** [6] - 27:5, 90:8, 90:10, 90:13, 92:21, 93:25
**relief** [4] - 66:18, 88:25, 89:12, 90:16
**reluctant** [1] - 101:7
**reluctantly** [1] - 103:17
**remainder** [1] - 36:19
**remaining** [1] - 108:25
**remand** [2] - 12:25
**remember** [6] - 24:5, 24:14, 52:21, 55:1, 55:8, 98:14
**remind** [1] - 44:7
**repetitive** [1] - 108:13

**repetitiveness** [1] - 107:23
**report** [14] - 14:23, 16:2, 19:3, 20:5, 20:10, 37:19, 59:10, 65:6, 70:2, 70:3, 70:4, 73:10, 79:4, 80:13
**reported** [2] - 14:24, 81:12
**REPORTER** [2] - 6:19, 6:19
**reporter** [1] - 32:21
**Reporter** [6] - 111:15, 111:16, 111:16, 111:21, 111:22
**REPORTER'S** [1] - 111:14
**Reporters** [1] - 72:4
**reporting** [2] - 72:3, 74:13
**reports** [3] - 20:1, 26:4, 26:10
**represent** [1] - 76:24
**representation** [1] - 21:6
**representations** [1] - 69:8
**representative** [1] - 69:14
**represented** [2] - 16:5, 64:22
**representing** [1] - 21:2
**represents** [1] - 77:9
**reproduction** [1] - 19:9
**request** [15] - 33:8, 46:9, 52:5, 52:24, 53:3, 66:16, 75:6, 79:15, 84:18, 101:14, 101:16, 102:19, 106:8, 106:12, 109:23
**requested** [7] - 41:16, 52:21, 53:10, 65:8, 68:11, 70:19, 108:25
**requesting** [4] - 70:5, 71:2, 103:22, 106:4
**requests** [6] - 47:5, 88:18, 97:18, 108:6, 108:8, 109:1
**REQUESTS** [2] - 11:4, 11:5
**require** [3] - 42:25, 94:1, 105:21
**REQUIRED** [1] - 11:1
**required** [2] - 27:11, 83:3
**requiring** [1] - 53:2

**rescue** [1] - 91:22
**reserve** [2] - 29:11, 96:10
**resolve** [3] - 16:20, 49:22, 51:17
**resolved** [3] - 16:9, 19:5, 41:4
**resolving** [1] - 16:6, 50:10
**resounding** [1] - 48:1
**respect** [14] - 14:17, 21:25, 22:5, 23:10, 45:24, 45:25, 47:9, 50:17, 64:10, 93:12, 94:9, 94:10, 97:9, 105:3
**respond** [8] - 13:10, 24:24, 25:10, 25:11, 30:16, 30:17, 31:5, 49:21
**RESPOND** [2] - 7:8, 8:5
**RESPOND...** [1] - 8:4
**responded** [2] - 25:15
**RESPONSE** [1] - 5:9
**response** [4] - 20:24, 26:8, 28:1, 53:12
**responses** [6] - 26:15, 27:24, 30:25, 31:6, 91:22, 97:18
**RESPONSES** [1] - 8:6
**responsible** [1] - 43:2
**responsive** [3] - 16:18, 21:1, 27:9
**rest** [5] - 36:24, 37:1, 48:14, 48:15, 105:2
**retain** [1] - 65:22
**rethink** [1] - 61:12
**returnable** [1] - 48:22
**revised** [2] - 87:16, 110:11
**revisions** [1] - 41:5
**Rich** [1] - 109:24
**RICH**......................
.... [1] - 11:11
**RICHARD** [1] - 5:21
**Richard** [1] - 110:23
**RICHESON** [1] - 4:22
**ridiculous** [1] - 105:5
**rig** [4] - 68:15, 68:18, 106:14, 106:14
**RIG** [1] - 1:4
**rights** [1] - 96:10
**ripe** [1] - 23:5
**rise** [2] - 12:7, 111:8
**RISK** [1] - 7:20
**risk** [2] - 20:14, 21:2
**RMR** [2] - 6:19, 111:21
**road** [1] - 68:19
**Roberts** [1] - 33:3

**Robinson** [2] - 61:21, 61:25
**roll** [2] - 41:18, 71:25
**rolling** [1] - 42:7
**RONQUILLO** [2] - 4:12, 4:16
**ROOM** [2] - 2:16, 6:20
**room** [2] - 52:13, 96:14
**Rose** [1] - 32:21
**Rose's** [1] - 32:19
**ROY** [6] - 1:16, 1:17, 2:3, 52:3, 84:1, 84:6
**Roy** [2] - 52:3, 83:24
**Rubenstein** [7] - 102:7, 102:9, 102:25, 106:16, 106:22, 107:7, 107:15
**RUBENSTEIN** [8] - 6:11, 102:6, 102:10, 103:3, 106:17, 107:18, 108:19, 108:22
**RULE** [1] - 8:19
**rule** [3] - 21:21, 48:5, 101:25
**Rule** [1] - 39:16
**ruling** [1] - 107:23
**run** [8] - 41:5, 58:11, 71:9, 73:5, 73:9, 74:15, 74:16, 74:17
**Russia** [2] - 63:7, 63:14
**RYAN** [1] - 4:5

## S

**S-E-R-I-A-L-E** [1] - 56:9
**s/Cathy** [1] - 111:20
**Sabins** [1] - 40:22
**SABINS**......................
...................... [1] - 8:20
**sacrifice** [1] - 33:24
**safety** [2] - 68:15, 68:18
**sailing** [1] - 71:18
**SALLY** [1] - 1:12
**SAN** [1] - 2:16
**Sandell** [3] - 60:12, 60:13, 61:8
**SANDELL**......................
...................... [1] - 9:15
**sandwiches** [1] - 74:2
**SARAH** [1] - 2:15
**Sarah** [4] - 22:23,

22:25, 23:17, 23:19
**sat** [1] - 23:17
**scanning** [1] - 72:11
**scary** [1] - 86:20
**scenario** [1] - 96:6
**schedule** [8] - 35:12, 45:5, 45:6, 50:20, 58:14, 63:1, 66:1, 73:8
**scheduled** [8] - 33:5, 33:14, 36:23, 40:1, 79:10, 80:11, 80:22, 82:10
**scheduling** [1] - 62:6
**SCHELL** [1] - 4:22
**scheme** [1] - 105:25
**scope** [7] - 30:3, 33:12, 39:11, 39:16, 39:23, 72:19
**Scotland** [1] - 63:7
**scrap** [1] - 83:6
**screen** [2] - 72:16, 95:15
**SEACOR** [6] - 5:10, 5:10, 5:11, 5:11, 5:12, 5:12
**sealed** [1] - 89:7
**search** [2] - 16:18, 91:22
**second** [5] - 14:11, 34:13, 53:19, 56:5, 104:5
**secondly** [2] - 25:24, 83:19
**SECTION** [1] - 2:19
**security** [1] - 91:23
**see** [31] - 12:11, 12:14, 13:19, 13:20, 13:25, 16:9, 21:6, 28:8, 30:13, 32:6, 35:25, 39:12, 40:9, 43:23, 45:4, 46:18, 58:6, 63:25, 70:8, 71:13, 72:25, 74:18, 74:24, 75:24, 90:1, 95:1, 95:14, 99:8, 110:1, 110:4, 111:6
**seed** [1] - 99:9
**seeded** [1] - 99:1
**seek** [1] - 76:8
**seeking** [1] - 32:12
**SEEKING** [1] - 8:10
**SEELY** [1] - 6:12
**Seely** [2] - 12:16, 12:23
**SEELY**......................
...................... [1] - 7:6
**seem** [2] - 21:5, 22:10
**segment** [34] - 24:10,

25:16, 25:21, 25:25, 26:4, 27:11, 27:12, 29:20, 29:23, 31:14, 31:15, 31:16, 31:17, 31:19, 31:20, 33:12, 63:6, 83:1, 83:23, 84:3, 84:7, 84:12, 84:15, 85:10, 91:2, 92:9, 92:19, 93:18, 93:23, 93:25, 96:24, 97:1, 102:24

**SEGMENT** [3] - 8:1, 10:25, 11:3
**segments** [1] - 93:7
**segregated** [1] - 39:13
**selected** [2] - 40:19, 40:20
**semantics** [1] - 84:2
**send** [8] - 20:6, 49:20, 68:14, 73:11, 74:8, 74:18, 75:11, 110:12
**sending** [1] - 72:18
**sense** [7] - 25:19, 26:3, 31:5, 33:15, 34:25, 91:1, 100:20
**sent** [2] - 25:14, 80:7
**separate** [5] - 26:7, 29:14, 65:22, 70:6, 70:8
**separated** [1] - 13:2
**separately** [1] - 29:13
**separation** [1] - 38:6
**September** [7] - 88:24, 89:13, 89:18, 90:8, 90:25, 91:10, 92:16
**Sepulvado** [5] - 98:12, 101:19, 101:20, 106:12, 109:7
**SEPULVADO.............**
**..................................**
**.** [1] - 11:9
**SERAILE** [1] - 56:10
**Seriale** [5] - 55:23, 56:9, 56:11, 58:2, 59:16
**SERIALE..................**
**...................** [1] - 9:7
**serious** [1] - 97:16
**seriously** [2] - 47:6, 106:9
**serve** [4] - 24:13, 25:16, 27:7, 27:17
**SERVE** [1] - 8:2
**served** [3] - 22:2, 24:17, 24:19
**service** [1] - 72:3
**SERVICES** [1] - 4:12
**session** [4] - 36:23, 44:4, 44:5, 74:7

sessions [1] - 103:13
**set** [11] - 40:6, 40:7, 53:14, 53:24, 53:25, 54:8, 75:3, 76:13, 79:20, 82:12, 92:25
**sets** [1] - 97:5
**several** [2] - 18:9, 52:12
**share** [1] - 24:21
**sharing** [2] - 100:20, 100:24
**Shaun** [5] - 79:14, 79:15, 79:19, 79:22, 81:2
**Shaun's** [1] - 79:17
**SHELL** [2] - 3:22, 6:4
**short** [5] - 32:22, 92:24, 97:24, 98:5, 100:6
**SHOULD** [1] - 8:8
**show** [2] - 94:3, 96:13
**showed** [1] - 103:10
**showing** [2] - 105:21, 108:10
**showings** [1] - 105:19
**shows** [1] - 94:8
**SHUSHAN** [1] - 1:12
**shy** [1] - 97:23
**side** [4] - 34:12, 47:5, 76:8, 96:14
**side's** [1] - 15:25
**sides** [1] - 45:7
**SIEMENS** [1] - 5:13
**sign** [2] - 15:3, 15:4
**sign-off** [2] - 15:3, 15:4
**signed** [4] - 14:4, 14:6, 14:9, 14:16
**significance** [2] - 97:10, 97:13
**significant** [1] - 99:20
**silly** [1] - 26:14
**similar** [3] - 39:1, 81:11, 82:7
**simple** [3] - 23:6, 91:24, 93:3
**simply** [2] - 23:6, 57:2
**single** [2] - 103:25, 104:19
**sit** [2] - 54:14, 54:15
**site** [2] - 106:11, 106:13
**situation** [2] - 30:14, 55:3
**situations** [1] - 75:16
**six** [1] - 55:16
**slightly** [1] - 15:23
**slot** [1] - 67:17
**small** [2] - 41:5, 91:25

**smaller** [1] - 94:5
**Smith** [5] - 65:5, 65:6, 65:9, 65:20, 66:10
**SMITH.....................**
**..................** [1] - 9:23
**smooth** [1] - 71:18
**Sneddon** [3] - 62:24, 63:13
**SNEDDON.............**
**.......** [1] - 9:18
**solid** [1] - 61:1
**solved** [3] - 101:13, 101:15, 101:16
**someone** [3] - 50:7, 50:12, 61:19
**sometime** [5] - 18:17, 35:8, 50:21, 51:12, 56:22
**sometimes** [1] - 82:1
**soon** [3] - 21:16, 36:12, 39:25
**sooner** [2] - 31:19, 94:5
**sorry** [12] - 15:7, 42:5, 43:20, 45:20, 61:10, 66:22, 88:20, 100:2, 100:4, 106:15, 106:19, 110:7
**sort** [7] - 29:5, 31:2, 33:7, 42:10, 84:22, 87:18, 110:11
**sounds** [8] - 27:14, 31:11, 66:18, 68:5, 78:25, 82:11, 95:15, 96:17
**source** [11] - 63:5, 83:21, 85:10, 86:15, 87:6, 89:5, 89:6, 89:11, 89:16, 94:13, 106:6
**sparing** [1] - 108:8
**speaking** [1] - 101:6
**special** [1] - 100:19
**specific** [2] - 19:17, 79:15
**specifically** [3] - 17:23, 24:16, 110:19
**speed** [1] - 108:20
**spent** [1] - 42:19
**SPILL** [1] - 1:4
**spill** [2] - 29:5, 93:22
**spilled** [2] - 94:17
**spin** [1] - 26:14
**split** [2] - 39:2, 105:7
**splitting** [1] - 38:2
**spoken** [4] - 35:10, 50:11, 79:15, 98:3
**spread** [1] - 39:4
**SQUARE** [2] - 3:22,

6:4
**ST** [3] - 5:15, 5:21, 5:22
**stakes** [2] - 102:17, 102:20
**STAMP** [1] - 7:19
**stamp** [1] - 18:25
**stand** [3] - 16:22, 17:24, 83:16
**standard** [1] - 27:18
**standing** [2] - 60:16, 60:17
**standpoint** [1] - 95:4
**standstill** [2] - 14:21, 14:25
**STANDSTILL** [1] - 7:12
**start** [18] - 29:22, 30:1, 31:16, 43:11, 53:7, 53:9, 60:16, 60:17, 71:10, 71:23, 85:9, 87:7, 87:15, 107:2, 107:7, 107:10, 107:11, 110:1
**started** [3] - 19:25, 24:21, 45:24
**starting** [2] - 66:1, 73:15
**starts** [1] - 76:18
**STATE** [2] - 2:23, 3:3
**state** [3] - 29:2, 31:13, 74:7
**State** [8] - 26:25, 27:25, 28:21, 28:23, 100:1, 100:2, 111:16
**statements** [2] - 27:21, 28:6
**STATES** [4] - 1:1, 1:12, 2:18, 8:5
**States** [16] - 22:20, 22:24, 23:7, 23:8, 23:15, 23:19, 32:5, 37:25, 39:3, 41:2, 62:8, 63:9, 97:12, 109:14, 111:16, 111:22
**states** [16] - 14:25, 15:1, 23:3, 23:8, 25:8, 27:4, 27:7, 30:20, 30:21, 31:6, 32:2, 44:17, 52:8, 52:9, 72:9, 72:25
**STATES..** [1] - 7:23
**status** [1] - 70:2
**STATUS** [1] - 1:11
**stay** [5] - 14:11, 17:3, 41:12, 58:6, 107:5
**Steering** [2] - 15:20, 23:9
**STEERING** [1] - 1:23

**STEFANIE** [1] - 4:14
**STENOGRAPHY** [1] - 6:22
**step** [2] - 60:10, 72:6
**STEPHEN** [3] - 1:20, 9:10, 56:25
**Stephen** [1] - 56:24
**steps** [1] - 60:10
**Sterbcow** [13] - 35:17, 42:23, 44:20, 52:23, 57:11, 69:1, 72:2, 77:7, 80:17, 81:12, 104:12, 104:14, 105:15
**STERBCOW** [55] - 1:23, 1:24, 35:17, 35:24, 42:23, 44:22, 45:11, 45:14, 45:16, 46:25, 52:23, 53:15, 53:18, 53:23, 54:3, 54:7, 54:10, 54:12, 57:11, 57:25, 58:10, 67:4, 67:8, 67:18, 67:22, 67:24, 68:1, 68:24, 69:1, 71:4, 72:2, 73:4, 73:10, 74:10, 74:12, 74:20, 76:19, 77:7, 77:10, 77:13, 77:17, 77:19, 77:23, 78:7, 78:16, 80:17, 80:23, 81:16, 91:3, 98:22, 100:1, 100:14, 104:14, 106:19, 109:17
**Steve** [15] - 14:6, 17:23, 18:1, 18:7, 22:7, 22:9, 25:5, 30:17, 31:9, 33:3, 89:24, 89:25, 93:5, 94:15, 95:16
**STEVEN** [2] - 2:20, 6:12
**sticker** [1] - 99:19
**Still** [1] - 63:12
**still** [14] - 20:18, 32:15, 32:16, 48:21, 63:13, 63:14, 69:14, 78:18, 88:19, 97:23, 98:4, 99:20, 101:17, 107:2
**stipulation** [4] - 12:24, 13:17, 91:5, 91:8
**stipulations** [1] - 92:13
**STONE** [1] - 4:8
**storefront** [1] - 94:10
**STRADLEY** [1] - 6:7
**straight** [2] - 24:6, 106:21
**Strange** [1] - 99:23

**STRANGE** [1] - 2:23
**Strange's** [1] - 14:9
**STREET** [16] - 1:18, 1:25, 2:4, 2:11, 3:4, 3:7, 3:13, 3:22, 4:9, 4:14, 4:23, 5:4, 5:7, 6:5, 6:8, 6:20
**stress** [1] - 92:8
**string** [1] - 43:24
**strongly** [2] - 60:24, 101:23
**studied** [1] - 25:24
**stuff** [5] - 27:22, 31:15, 49:2, 68:3, 95:4
**subject** [4] - 12:22, 38:1, 53:18, 103:20
**submission** [2] - 17:11, 32:16
**SUBMISSION** [1] - 7:15
**submissions** [1] - 17:13
**submit** [2] - 23:25, 32:21
**submitted** [3] - 13:15, 45:11, 103:11
**submitting** [1] - 23:16
**subpoena** [3] - 48:21, 70:24, 71:1
**subsequent** [1] - 94:9
**substantive** [3] - 34:9, 34:16, 81:13
**sudden** [1] - 61:9
**sued** [2] - 28:17, 54:18
**suffice** [1] - 51:8
**sufficient** [1] - 94:15
**suggest** [11] - 36:22, 44:19, 58:4, 59:9, 60:23, 60:24, 77:3, 97:1, 101:11, 104:22, 105:11
**suggested** [8] - 46:11, 56:13, 56:18, 57:8, 59:1, 59:21, 64:24, 92:14
**suggesting** [7] - 15:16, 38:15, 44:12, 68:21, 68:23, 97:2, 107:20
**suggestion** [4] - 83:8, 100:23, 101:24, 102:11
**suggestions** [1] - 16:8
**SUITE** [10] - 1:25, 2:7, 2:11, 3:23, 4:14, 4:17, 4:23, 5:7, 5:15, 6:5
**summarize** [1] - 105:23

**Sunday** [1] - 21:11
**supplement** [2] - 26:10, 37:19
**suppose** [1] - 99:4
**supposed** [2] - 14:1, 43:1
**surface** [1] - 94:24
**surprise** [3] - 16:23, 27:19, 28:4
**suspect** [2] - 79:18, 101:7
**SUTTLES** [1] - 11:11
**Suttles** [1] - 109:24
**swapped** [1] - 69:2
**system** [2] - 71:13, 74:13

# T

**table** [2] - 69:16, 87:22, 96:21
**talks** [2] - 50:7, 89:6
**tank** [1] - 91:18
**TARTER** [1] - 5:6
**TAYLOR** [1] - 10:9
**Taylor** [7] - 58:18, 58:19, 58:22, 70:1, 77:8, 78:2
**TAYLOR...................
...................** [1] -
9:11
**team** [3] - 87:20, 100:22, 102:22
**technically** [1] - 18:10
**ten** [1] - 111:6
**tend** [2] - 28:20, 34:24
**tentative** [6] - 43:23, 46:5, 47:16, 47:20, 67:15, 81:20
**tentatively** [1] - 38:13
**terms** [15] - 16:18, 20:4, 22:11, 49:22, 50:16, 75:10, 90:3, 90:5, 93:21, 94:20, 94:23, 96:5, 97:13, 105:10
**test** [1] - 71:13
**testified** [3] - 50:4, 102:4, 103:7
**testify** [2] - 76:17, 89:17
**TESTIMONY** [1] - 7:21
**testimony** [12] - 21:20, 34:10, 34:16, 38:17, 81:13, 90:6, 94:2, 101:5, 101:9, 101:10, 103:5, 104:17
**Texas** [1] - 17:24

**thankfully** [1] - 89:7
**THAT** [2] - 7:17, 10:24
**THE** [335] - 1:4, 1:5, 1:12, 1:16, 2:13, 2:18, 3:3, 7:15, 7:18, 7:23, 8:2, 8:3, 8:4, 8:5, 8:7, 8:10, 8:11, 8:14, 10:8, 10:12, 12:7, 12:8, 12:10, 12:13, 12:19, 13:5, 13:7, 13:20, 13:23, 14:11, 14:15, 14:19, 15:12, 16:1, 16:11, 16:21, 17:1, 17:10, 17:19, 17:21, 18:5, 18:20, 18:22, 19:12, 19:21, 20:12, 21:8, 21:17, 22:6, 22:18, 22:25, 23:11, 23:13, 24:2, 24:23, 25:4, 26:16, 26:20, 27:23, 28:9, 28:11, 28:15, 28:20, 28:24, 29:19, 29:22, 30:5, 30:14, 30:16, 30:18, 30:24, 31:4, 31:18, 31:22, 32:8, 32:10, 32:25, 33:15, 34:1, 34:6, 34:20, 35:15, 35:23, 36:4, 36:15, 37:8, 37:13, 37:17, 37:20, 37:22, 37:24, 38:9, 38:11, 38:17, 38:21, 38:23, 39:9, 40:2, 40:12, 40:16, 40:22, 41:1, 41:12, 41:23, 41:25, 42:21, 43:7, 43:10, 43:16, 43:19, 43:21, 44:2, 44:5, 44:12, 44:16, 45:4, 45:13, 45:15, 45:17, 46:5, 46:8, 46:13, 46:17, 46:22, 47:1, 47:3, 47:7, 47:11, 47:14, 47:23, 48:6, 48:11, 48:15, 48:19, 49:8, 49:11, 49:16, 51:4, 51:6, 51:11, 51:19, 51:21, 52:2, 52:7, 52:15, 52:20, 52:25, 53:6, 53:9, 53:17, 53:22, 54:2, 54:4, 54:9, 54:11, 54:14, 55:14, 55:19, 55:25, 56:3, 56:5, 56:8, 56:20, 57:4, 57:10, 57:20, 58:1, 58:4, 58:11, 58:13, 58:16, 58:18, 59:4, 59:11, 59:13, 60:4, 60:7, 60:22, 61:12,

61:14, 61:17, 62:4, 62:7, 62:16, 62:20, 62:22, 63:17, 63:23, 63:25, 64:12, 64:19, 64:22, 65:3, 65:5, 65:18, 65:23, 66:15, 66:18, 66:25, 67:2, 67:9, 67:11, 67:14, 67:21, 67:23, 67:25, 68:5, 68:11, 68:17, 68:23, 68:25, 69:23, 70:15, 71:7, 73:3, 73:8, 73:13, 73:17, 73:19, 74:11, 74:15, 74:21, 74:25, 75:2, 75:7, 75:11, 75:17, 75:21, 76:10, 76:20, 77:5, 77:9, 77:22, 78:4, 78:15, 78:25, 79:5, 79:10, 79:20, 79:22, 80:1, 80:5, 80:11, 80:14, 80:16, 80:21, 81:7, 81:14, 81:18, 82:2, 82:4, 82:9, 82:11, 82:17, 82:19, 83:7, 83:18, 83:23, 84:3, 84:7, 84:8, 84:10, 84:15, 84:23, 85:3, 85:6, 85:14, 85:18, 85:25, 86:13, 86:17, 86:20, 86:23, 87:3, 87:11, 87:21, 88:2, 88:6, 88:9, 88:11, 88:13, 88:16, 88:21, 89:2, 89:9, 89:15, 89:24, 90:20, 91:7, 91:10, 92:11, 92:19, 92:23, 93:4, 94:15, 95:8, 95:11, 95:14, 96:14, 97:6, 97:16, 97:19, 97:20, 98:10, 98:20, 99:22, 100:6, 100:11, 100:18, 101:14, 101:20, 102:9, 102:13, 102:25, 104:11, 106:15, 106:18, 106:21, 107:7, 107:13, 107:15, 108:6, 108:21, 108:23, 109:8, 109:12, 109:15, 109:19, 110:7, 110:14, 110:19, 111:4, 111:8
**THEIR** [2] - 8:2, 8:7
**THEM** [1] - 7:19
**themselves** [1] - 108:14
**THEN** [1] - 8:6

**theoretically** [2] - 27:23, 30:19
**therefore** [1] - 46:11
**THEY** [1] - 8:7
**they've** [10] - 18:18, 21:2, 21:5, 27:15, 29:4, 69:13, 72:5, 108:7, 108:14
**thinking** [8] - 38:4, 71:7, 71:11, 71:23, 72:21, 85:15, 89:19, 93:8
**third** [6] - 13:10, 15:2, 42:25, 44:6, 61:7, 107:21
**THIRD** [1] - 7:8
**third-party** [3] - 13:10, 15:2, 42:25
**THIRD-PARTY** [1] - 7:8
**thirdhand** [1] - 34:13
**THIS** [2] - 1:9, 7:19
**THOSE** [1] - 8:6
**thoughts** [1] - 34:24
**thousands** [1] - 41:17
**three** [12] - 15:11, 33:24, 55:16, 62:23, 63:1, 77:5, 81:5, 90:16, 97:1, 99:15, 103:9, 104:18
**throughout** [1] - 108:15
**throw** [1] - 17:7
**throwing** [1] - 78:19
**Thursday** [1] - 78:24
**tied** [1] - 94:20
**TILLERY** [12] - 6:11, 40:3, 40:13, 41:9, 41:14, 41:24, 42:5, 42:8, 42:15, 42:17, 43:5, 43:9
**Tillery** [3] - 39:22, 40:3, 41:6
**Tim** [1] - 97:23
**TIM** [1] - 11:6
**TIME** [2] - 8:10, 11:5
**TIME..........................
..........** [1] - 11:4
**timeline** [1] - 82:24
**timelines** [1] - 32:7
**timing** [1] - 32:6
**TIMOTHY** [1] - 4:4
**tinker** [1] - 34:3
**tired** [1] - 91:15
**TO** [14] - 1:9, 7:8, 7:12, 7:15, 7:18, 8:4, 8:6, 8:8, 8:10, 8:11, 12:4, 33:4
**TO/R&B** [1] - 85:16
**today** [16] - 17:14,

18:7, 23:4, 23:11, 23:24, 32:18, 32:20, 32:24, 39:21, 41:7, 41:17, 50:2, 58:15, 72:5, 72:19, 88:4
**together** [3] - 30:12, 72:8, 97:12
**tomorrow** [1] - 72:20
**Tony** [8] - 15:9, 50:9, 50:16, 96:16, 96:20, 109:25, 110:7, 110:15
**took** [3] - 22:1, 22:4, 60:10
**Tooms** [3] - 45:18, 46:4, 46:6
**TOOMS**...............
..................... [1] -
8:23
**top** [2] - 48:9, 90:9
**topic** [16] - 20:22, 21:2, 36:19, 36:24, 37:1, 37:5, 38:7, 38:20, 39:10, 39:11, 39:20, 41:9, 45:1, 45:2
**topics** [17] - 36:9, 36:13, 37:3, 38:17, 39:15, 39:23, 41:19, 43:22, 43:24, 44:6, 44:9, 44:13, 44:21, 45:6, 45:9, 45:10, 46:15
**TOPICS** [1] - 8:14
**TORTS** [1] - 2:14
**total** [1] - 22:2
**totally** [1] - 16:9
**touch** [2] - 71:14, 71:21
**toward** [2] - 53:24, 72:21
**track** [15] - 33:4, 33:6, 33:13, 35:8, 38:10, 57:22, 58:13, 59:5, 59:6, 59:25, 64:25, 70:6, 70:9, 82:8, 87:7
**TRACK**.....................
............ [1] - 8:13
**tracking** [4] - 58:1, 59:8, 59:15, 64:24
**training** - 68:18
**transcript** [3] - 12:23, 32:20, 111:17
**TRANSCRIPT** [2] - 1:11, 6:22
**transcripts** [3] - 32:19, 72:18, 72:25
**TRANSOCEAN** [3] - 3:9, 3:10, 3:11

**Transocean** [32] - 13:25, 14:21, 14:22, 14:24, 32:13, 33:4, 54:17, 54:18, 54:21, 54:23, 55:5, 63:2, 63:16, 64:8, 65:7, 65:10, 70:5, 76:14, 81:8, 100:11, 101:15, 101:17, 102:20, 103:1, 103:8, 105:6, 105:13, 106:1, 106:23, 107:1, 107:24, 109:6
**Transocean's** [4] - 15:2, 33:9, 102:20, 104:15
**TRANSOCEAN**.........
...............................
[1] - 8:12
**TRANSOCEAN**.........
...............................
..[1] - 7:13
**transport** [2] - 93:19, 96:12
**travel** [4] - 43:16, 45:24, 48:1, 63:25
**treated** [1] - 44:10
**trial** [14] - 27:12, 28:4, 28:5, 28:7, 29:17, 48:9, 85:20, 86:6, 89:16, 93:19, 94:9, 95:24, 102:21
**tried** [9] - 17:8, 43:17, 43:18, 46:3, 46:19
**troops** [1] - 59:23
**Troy** [3] - 68:7, 68:11, 68:17
**TROY** [1] - 10:7
**true** [1] - 111:17
**try** [17] - 17:3, 22:16, 26:15, 29:19, 52:11, 59:5, 61:24, 74:14, 81:21, 82:8, 84:11, 93:10, 94:22, 98:16, 105:22, 106:10, 108:15
**trying** [20] - 16:8, 19:8, 22:13, 25:9, 28:3, 28:16, 32:23, 42:13, 42:19, 47:8, 48:12, 49:22, 60:18, 60:21, 71:18, 76:21, 79:6, 93:3, 93:16, 106:1
**Tuesday** [2] - 14:3, 98:8
**turn** [2] - 69:20, 104:25
**turns** [2] - 21:7, 34:17
**twice** [2] - 99:15,

110:11
**two** [48] - 15:11, 22:2, 25:18, 29:23, 31:15, 31:17, 31:19, 44:3, 44:5, 44:9, 44:10, 44:19, 45:10, 54:6, 54:8, 54:9, 55:13, 55:16, 58:17, 59:6, 60:10, 61:6, 62:23, 63:1, 63:6, 83:13, 84:16, 85:10, 87:25, 89:12, 92:9, 92:19, 93:18, 93:23, 95:20, 96:24, 103:2, 103:7, 103:13, 103:17, 104:22, 105:8, 105:23, 106:23, 107:8
**two-day** [2] - 44:3, 44:5, 55:13
**TX** [4] - 4:15, 4:18, 5:7, 6:9
**type** [7] - 66:6, 66:9, 72:13, 78:10, 95:3, 96:4

# U

**U.S** [3] - 2:13, 2:19, 5:20
**UK** [5] - 10:8, 37:14, 38:10, 68:20, 71:12
**ultimately** [1] - 90:25
**umbrella** [1] - 72:10
**uncertainty** [1] - 33:23
**under** [3] - 77:22, 87:22, 103:5
**UNDERHILL** [12] - 2:14, 37:23, 37:25, 38:25, 56:15, 62:12, 67:12, 91:8, 91:11, 100:17, 100:19, 109:14
**Underhill** [7] - 37:25, 62:15, 62:18, 62:20, 91:3, 92:24, 100:17
**understood** [1] - 75:5
**unfortunately** [1] - 108:9
**Unified** [2] - 89:11, 89:14
**United** [16] - 22:20, 22:24, 23:7, 23:8, 23:15, 23:19, 32:5, 37:25, 39:3, 41:2, 62:8, 63:9, 97:12, 109:14, 111:16, 111:22
**UNITED** [4] - 1:1, 1:12,

2:18, 7:23
**universe** [1] - 20:18
**unless** [7] - 79:8, 80:21, 100:25, 104:19, 106:24, 107:10, 110:12
**unreasonable** [2] - 104:24, 105:11
**up** [60] - 12:11, 12:14, 13:9, 16:22, 21:7, 24:14, 26:22, 31:25, 33:2, 34:14, 36:8, 36:23, 40:18, 43:12, 46:17, 47:16, 48:21, 49:4, 49:11, 51:16, 52:20, 53:13, 55:15, 59:17, 61:4, 63:3, 64:2, 65:5, 65:24, 67:5, 68:3, 69:2, 71:25, 72:1, 72:13, 72:23, 73:13, 73:17, 73:18, 73:19, 74:9, 74:17, 76:6, 81:3, 81:9, 84:21, 91:21, 92:5, 94:3, 97:5, 97:22, 98:18, 99:18, 101:1, 101:7, 103:11, 104:9, 108:2, 109:18, 110:1
**UP** [1] - 8:3
**upcoming** [1] - 24:4
**update** [3] - 17:22, 36:14, 36:17
**upstate** [1] - 47:23
**urgency** [1] - 31:20
**US** [3] - 30:20, 37:13, 91:3
**USA** [3] - 4:21, 70:18, 70:19
**usable** [2] - 18:16, 18:21
**USED** [1] - 10:25

# V

**VAN** [1] - 6:14
**various** [2] - 25:9, 27:1
**Vector** [2] - 47:17, 47:19
**VECTOR** [1] - 9:1
**Vector's** [1] - 48:12
**vendor** [5] - 42:10, 42:14, 42:16, 42:18, 42:20
**vendors** [2] - 18:13, 42:18
**versions** [1] - 40:10
**versus** [1] - 94:17

**via** [1] - 25:13
**videographer** [1] - 99:19
**view** [3] - 51:9, 90:14, 90:21
**views** [1] - 15:23
**Vinson** [3] - 46:6, 46:12, 46:14
**VINSON**....................
..................... [1] -
8:24
**vocabulary** [1] - 84:8
**voiced** [1] - 15:14
**VOICES** [2] - 12:9, 79:21
**volunteer** [2] - 49:13, 103:10
**volunteers** [4] - 98:10, 98:13, 101:1, 108:24
**vote** [1] - 52:18

# W

**wait** [3] - 15:14, 25:3, 26:12
**waiting** [1] - 63:14
**walked** [1] - 63:3
**WALKER** [1] - 5:20
**walking** [1] - 69:11
**Walsh's** [1] - 61:15
**WALTHER** [1] - 4:8
**wants** [8] - 44:20, 49:9, 70:20, 100:21, 102:14, 107:10, 109:10, 110:19
**WASHINGTON** [3] - 2:21, 5:4, 5:15
**wasted** [1] - 105:3
**watching** [1] - 73:16
**water** [1] - 36:6
**Watson** [4] - 58:19, 58:20, 58:22, 70:1
**WATSON**..................
..................... [1] -
9:12
**WATSON**..................
............................... [1]
- 10:10
**wavering** [1] - 81:3
**ways** [1] - 94:22
**wearing** [1] - 108:4
**WEATHERFORD** [1] - 5:20
**Weatherford** [1] - 110:23
**wedding** [2] - 73:17, 73:19
**Wednesday** [8] - 14:3, 37:7, 77:10, 77:14,

77:15, 77:19, 77:21, 77:23
**week** [55] - 12:16, 12:23, 15:8, 15:13, 18:17, 18:23, 20:14, 21:19, 22:16, 23:5, 23:13, 23:14, 24:1, 24:2, 24:15, 30:21, 31:23, 32:4, 32:11, 33:3, 37:9, 38:6, 39:10, 43:13, 45:4, 45:12, 45:17, 47:22, 48:19, 48:20, 49:5, 49:21, 51:12, 51:16, 54:20, 61:1, 61:7, 61:8, 65:8, 67:19, 73:6, 76:1, 78:5, 80:22, 80:23, 82:21, 82:22, 87:17, 88:16, 101:18, 101:19, 109:6, 109:21, 110:1
**week's** [4] - 22:4, 22:17, 99:2, 110:25
**weekend** [2] - 58:6, 110:12
**weekly** [1] - 98:14
**weeks** [8] - 46:3, 48:22, 68:4, 79:16, 87:25, 92:15, 95:20, 104:18
**WEIL** [2] - 5:14, 5:17
**WEINER** [1] - 4:22
**welcome** [2] - 80:15, 99:17
**wells** [3] - 88:25, 89:12, 90:16
**Westlake** [1] - 69:7
**whatsoever** [1] - 29:2
**wheeler** [1] - 61:16
**WHEELER**................ .........................[1] - 9:16
**whereby** [1] - 72:9
**WHEREUPON** [1] - 111:10
**WHITELEY** [1] - 3:3
**whittle** [1] - 86:24
**whittling** [1] - 87:15
**whoever's** [1] - 96:2
**whole** [5] - 73:11, 74:14, 77:15, 78:12, 102:23
**wholesale** [1] - 19:9
**wholly** [1] - 105:11
**wild** [1] - 69:20
**Wild** [3] - 41:15, 42:2, 42:6
**WILL** [4] - 8:4, 8:5, 10:24
**WILLIAM** [5] - 2:3, 6:7,

6:14, 9:8, 10:9
**William** [4] - 56:12, 56:16, 69:25
**WILLIAMS** [4] - 2:6, 2:7, 47:2, 100:8
**Williams** [5] - 67:16, 67:24, 67:25, 81:11, 81:17
**WILLIAMS**................ .....................[1] - 10:6
**willing** [3] - 70:25, 95:12, 97:3
**willy** [1] - 106:4
**willy-nilly** [1] - 106:4
**wind** [1] - 108:2
**window** [1] - 85:23
**Winslow's** [1] - 32:22
**wish** [1] - 17:2
**WITH** [2] - 9:6, 9:13
**withdrew** [1] - 83:25
**WITNESS** [2] - 7:25, 11:3
**witness** [31] - 24:4, 27:21, 28:6, 35:21, 52:6, 62:16, 66:6, 66:9, 66:20, 77:11, 79:17, 83:9, 84:13, 85:4, 85:13, 85:19, 85:22, 85:24, 86:1, 86:3, 99:10, 100:21, 102:18, 102:23, 102:24, 104:6, 104:7, 104:8, 105:9, 105:10, 108:5
**witness'** [1] - 46:1
**WITNESSES** [2] - 10:24, 11:1
**witnesses** [51] - 33:5, 33:18, 34:9, 34:14, 35:1, 35:3, 35:12, 35:25, 36:3, 36:6, 37:13, 44:8, 49:14, 54:22, 54:23, 55:7, 57:23, 58:17, 59:6, 61:6, 62:9, 62:23, 63:6, 70:9, 75:13, 76:11, 76:20, 82:25, 83:3, 85:1, 85:2, 85:11, 85:12, 85:16, 86:8, 88:19, 89:17, 90:7, 98:11, 99:5, 99:14, 99:18, 100:25, 101:4, 108:9, 108:25, 109:2, 109:20
**witnesses'** [1] - 101:5
**WITTMANN** [1] - 4:8
**wondering** [1] - 57:21
**word** [2] - 27:13,

83:25
**words** [3] - 22:11, 44:3, 86:4
**workable** [1] - 55:5
**works** [4] - 15:21, 31:8, 59:20, 73:12
**world** [3] - 48:10, 48:11, 89:11
**WORLDWIDE** [1] - 5:11
**Worldwide** [1] - 72:4
**worried** [1] - 67:16
**worse** [1] - 107:21
**worst** [1] - 96:6
**WOULD** [1] - 8:2
**Wright** [3] - 70:17, 70:18, 71:1
**WRIGHT** [2] - 1:16, 2:3
**WRIGHT**................... .........................[1] - 10:11
**writing** [1] - 54:13
**written** [1] - 72:4
**wrote** [2] - 26:22, 43:9

## Y

**y'all** [3] - 42:20, 82:19, 109:12
**year** [1] - 35:21
**year's** [1] - 29:17
**years** [1] - 29:3
**yesterday** [6] - 14:9, 61:20, 77:1, 79:1, 80:9, 86:21
**YORK** [8] - 4:17, 5:18, 13:17, 39:18, 40:20, 40:24, 41:4, 87:22
**York** [4] - 13:14, 39:18, 47:22, 47:23
**YOUR** [1] - 8:6
**yourself** [1] - 109:19