# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig          *
"Deepwater Horizon" in the Gulf          *      **MDL NO.: 2179**
of Mexico, on April 20, 2010             *
                                         *
                                         *      **SECTION J**
This document relates to all cases       *
                                         *
                                         *      **JUDGE BARBIER**
                                         *      **MAG. JUDGE SHUSHAN**
                                         *
                                         *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF UNOPPOSED OBJECTION TO PTO NO. 34 AND RULE 59(E) MOTION TO CLARIFY PTO NO. 34 THROUGH DECLARATION REGARDING EFFECT OF SHORT-FORM FILING ON CLAIMANTS' GCCF RECOVERIES

The undersigned move for leave to file the accompanying *Supplemental Memorandum in Support of Unopposed Objection to PTO No. 34 and Rule 59(e) Motion to Clarify PTO No. 34 Through Declaration Regarding Effect of Short-Form Filing on Claimants' GCCF Recoveries*. Doc. No. 2047 ("the Objection and Rule 59 Motion"). The Objection and Rule 59 Motion were set for submission on May 11, 2011. All deadlines for opposition to the Objection and Rule 59 Motion have passed, and the Objection and Rule 59 Motion is unopposed. Because this Court briefly addressed the issues at the heart of the Objection and Rule 59 Motion during its April 29, 2011 status conference, and because the Objection and Rule 59 Motion have not been opposed, the brief proposed supplemental memorandum would assist this Court in determining the proper scope of relief that should be granted on the unopposed Objection and Rule 59 Motion.

Accordingly, the undersigned request that this Court grant the requested leave to file the accompanying supplemental memorandum in support of the Objection and Rule 59 Motion.

Respectfully submitted,

*/s/ H.S. Bartlett III*

**GLADSTONE N. JONES, III (# 22221)**
**LYNN E. SWANSON (#22650)**
**EBERHARD D. GARRISON (# 22058)**
**KEVIN E. HUDDELL (# 26930)**
**H.S. BARTLETT III (# 26795)**
**EMMA ELIZABETH ANTIN DASCHBACH (#27358)**
**JACQUELINE A. STUMP (# 31981)**
Jones, Swanson, Huddell & Garrison, L.L.C.
Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone:  (504) 523-2500
Facsimile:  (504) 523-2508

and

**JAMES R. SWANSON (# 18455)**
**JOSEPH C. PEIFFER (# 26459)**
**LANCE C. McCARDLE (# 29970)**
**JASON W. BURGE (# 30420)**
**ALYSSON L. MILLS (# 32904)**
Fishman Haygood Phelps Walmsley Willis
        & Swanson, L.L.P.
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170-4600
Telephone:  (504) 586-5252
Facsimile:  (504) 586-5250

and

**JAMES M. GARNER (# 19589)**
**TIMOTHY B. FRANCIS (# 14973)**
**JOSHUA S. FORCE (# 21975)**
**SHARONDA R. WILLIAMS (# 28809)**
Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone:  (504) 299-2100
Facsimile:  (504) 299-2300

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2011, I filed and served the foregoing pleading via Lexis/Nexis File & Serve and through this Court's CM/ECF Filing System with the Clerk of Court of the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, thereby effecting service on all counsel of record.

*/s/ H.S. Bartlett  III*_____