UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig** * | |
| **"Deepwater Horizon" in the Gulf** * | MDL NO.: 2179 |
| **of Mexico, on April 20, 2010** * | |
| * | |
| * | SECTION J |
| **This document relates to all cases** * | |
| * | |
| * | JUDGE BARBIER |
| * | MAG. JUDGE SHUSHAN |
| * | |
| * | |
| ************************************ | |

## ORDER

Having considered the *Motion for Leave to File Supplemental Memorandum in Support of Unopposed Objection to PTO No. 34 and Rule 59(e) Motion to Clarify PTO No. 34 Through Declaration Regarding Effect of Short-Form Filing on Claimants' GCCF Recoveries*, filed by various plaintiffs,

**IT IS ORDERED** that the motion is granted and the proposed *Supplemental Memorandum in Support of Unopposed Objection to PTO No. 34 and Rule 59(e) Motion to Clarify PTO No. 34 Through Declaration Regarding Effect of Short-Form Filing on Claimants' GCCF Recoveries* be filed into the record in this matter.

New Orleans, Louisiana, this ___ day of May, 2011.

_____
**DISTRICT COURT JUDGE**

1