AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| ETHAN JOHNSON, CHARLES ASKEW AND RONALD HATCHETT, et al. | ) ) ) | MDL 10-2179 J(1) |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  11-947J"(1) |
| SMITH MARINE, INC. and BP AMERICA INC. (d/b/a VESSELS OF OPPORTUNITY) | ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Smith Marine, Inc.
Through its Registered Agent
Robin Smith
8 Foss Terrace
Marblehead, Massachusetts 01945

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Roman A. Shaul
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date:   **May 03 2011**

Deputy clerk's signature

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  11-947J"(1)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*   Summons was served on Smith Marine, Inc., via Certified Mail on 05/07/2011 pursuant
to Federal Rules of Civil Procedure 4(h)(1).                                     .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date:  05/12/2011                          /s/ Beth Warren
                                    _____
                                         *Server's signature*

                                    Beth Warren, Paralegal
                                    _____
                                         *Printed name and title*

                                    Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
                                    218 Commerce Street
                                    Montgomery, Alabama 36104
                                    _____
                                         *Server's address*

Additional information regarding attempted service, etc:

2. Article Number

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery

7160 3901 9848 7541 5798

C. Signature

X ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type   **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

1. Article Addressed to:

Smith Marine, Inc.
Through its Registered Agent
Robin Smith
8 Foss Terrace
Marblehead, Massachusetts 01945

Our Case No. 201100005108
Court Case No. 11-947 J(1)
MDL No.  10-2179 J(1)

PS Form 3811, January 2005        Domestic Return Receipt

---

**UNITED STATES POSTAL SERVICE**

First Class Mail
US Postage Paid
Permit No. G-10

PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW

**BEASLEY ALLEN CROW METHVIN**
**PORTIS & MILES**
**PO BOX 4160**
**MONTGOMERY AL  36103-4160**

Beth Warren