**CT Corporation**

5615 Corporate Blvd.
Suite 400 B
Baton Rouge, LA 70808

225 922 4490 tel
www.ctlegalsolutions.com

RECEIVED
EASTERN DISTRICT COURT
DISTRICT OF LOUISIANA
2011 MAY 10 PM 1:50
LORETTA G. WHYTE
CLERK

April 22, 2011

Thomas E. Loehn
Boggs, Loehn & Rodrigue
3616 South I-10 Service Road West,
Suite 109,
Metairie, LA  70001

Re:  Daniel J. Murphy, Pltf. vs. BP Exploration & Production, Inc., et al. including Halliburton Division Sperry Drilling Services, Dfts.

Case No.  2:11-cv-874

Dear Sir/Madam:

We are herewith returning the Notice of Lawsuit and Request to Waive Service, Waiver Form (2 sets), Reply Envelope w/Postage, Complaint which we received regarding the above captioned matter.

Halliburton Division Sperry Drilling Services is not listed on our records or on the records of the State of LA.

Very truly yours,


Lisa Uttech
Fulfillment Specialist

Log# 518406289

FedEx Tracking# 794683811358

cc:  United States District Court, Eastern District
     Clerk of Court,
     C151 U. S. Courthouse,
     500 Camp Street,
     New Orleans, LA  70130