**CT Corporation**

5615 Corporate Blvd.
Suite 400 B
Baton Rouge, LA 70808

225 922 4490 tel
www.ctlegalsolutions.com

*[Received stamp: U.S. DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, 2011 MAY 10 PM 1:50, LORETTA G. WHYTE CLERK]*

April 28, 2011

John F. McKay
McKay Law Firm
7465 Exchange Place,
Baton Rouge, LA  70806

Re:  Charles Marino and Dale Marino, Pltfs. vs. BP America, Inc., et al. including BP Products North America, Inc., Dfts.

Case No.  11-940 "J"(1)

Dear Sir/Madam:

After checking our records and the records of the State of LA, it has been determined that C T Corporation System is not the agent for an entity by the name of BP Products North America, Inc. Currently, the state lists THE PRENTICE-HALL CORPORATION SYSTEM, INC as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,


Lisa Uttech
Fulfillment Specialist

Log# 518428144

FedEx Tracking# 797042901250

cc:  United States District Court, Eastern District
     Clerk of Court,
     C151 U. S. Courthouse,
     500 Camp Street,
     New Orleans, LA  70130