UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE | * * | MDL NO. 2179 ALSO IN LIMITATION ACTION NO. _____ |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | SECTION J |
| THIS DOCUMENT RELATES TO: 10-2771 | * | JUDGE CARL J. BARBIER |
| *ALL CASES IN PLEADING BUNDLE SECTION III.B(3)* | * | MAG JUDGE SALLY SHUSHAN |

\* \* \* \* \* \* \* \*

### MOTION TO SUBSTITUTE COUNSEL OF RECORD FOR INTERNATIONAL AIR RESPONSE, INC.

**NOW COMES** International Air Response, inc. ("IAR"), through its current undersigned counsel, who upon suggesting that from this point forward, IAR will be represented by Kevin R. Tully as Trial Attorney, accompanied by H. Carter Marshall and Gregory S. LaCour, all of Christovich & Kearney, LLP, Suite 2300 Pan American Life Center, 601 Poydras Street, New Orleans, Louisiana 70130-6078, who the undersigned suggest that said counsel substitute as counsel of record for and in the stead of Darrell K. Cherry and Marc J. Yellin of Deutsch, Kerrigan & Stiles, L.L.P. The undersigned accordingly move the Court to withdraw Darrell K. Cherry and Marc J. Yellin of Deutsch, Kerrigan & Stiles, L.L.P. as counsel of record for International Air Response, Inc., and substitute in their place:

Kevin R. Tully (LA Bar No. 1627) (T.A.)
H. Carter Marshall (La. Bar No. 28136)
Gregory S. LaCour (La. Bar No. 23823)
Christovich & Kearney, LLP
Suite 2300 Pan American Life Center
601 Poydras Street
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700

Respectfully, submitted,                                    Respectfully submitted,

_____                                  _____
**DARRELL K. CHERRY (#4036 T.A.)**                          **KEVIN R. TULLY (#1627)**
**MARC J. YELLIN (#13741)**                                 **H. CARTER MARSHALL (#28136)**
Deutsch, Kerrigan & Stiles, L.L.P.                          **GREGORY S. LACOUR (#23823)**
755 Magazine St.                                            **CHRISTOVICH & KEARNEY, LLP**
New Orleans, LA 70130                                       Suite 2300 Pan American Life Center
Telephone: (504) 581-5141                                   601 Poydras Street
Email: dcherry@dkslaw.com                                   New Orleans, Louisiana 70130-6078
       myelin@dkslaw.com                                    Telephone: (504) 561-5700
                                                            Email: kertully@christovich.com
                                                                   hcmarshall@christovich.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on the ____12th____ day of ____May____, 2011 the foregoing pleading was electronically filed with the Clerk of Court by using the CM/ECF system pursuant to the rules and procedures of the United States District Court for the Eastern District of Louisiana and served in accordance therewith to all counsel of record.

_____

2