UNITED STATES DISTRICT OF COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL § | | MDL No. 2179 |
| RIG "DEEPWATER HORIZON" § | | |
| IN THE GULF OF MEXICO, § | | SECTION: J |
| ON APRIL 20, 2010 § | | |
| § | | JUDGE BARBIER |
| § | | MAG. JUDGE SHUSHAN |

THIS DOCUMENT RELATES TO ALL CASES

## UNITED STATES' UNOPPOSED MOTION FOR AMENDMENT TO PTO 1 AND PTO 14 REGARDING COMMUNICATIONS BETWEEN COUNSEL FOR THE UNITED STATES, THE STATES, AND PLAINTIFFS' STEERING COMMITTEE

Pursuant to Pretrial Order 1, Paragraph 20, the "communication of information among and between plaintiffs' counsel and among and between defendants' counsel shall not be deemed a waiver of the attorney-client privilege or the protection afforded attorney's work product, and cooperative efforts contemplated above shall in no way be used against any plaintiff by any defendant or against any defendant by any plaintiff." Recently, the United States has been served with discovery requests by BP Exploration & Production and other parties seeking, among other things, all "all . . . communications between the United States and any other party in MDL No. 2179 referring or relating to the *Deepwater Horizon* Incident or the MC252 Well created on or after April 20, 2010."

The United States now seeks this Court's guidance on the application of Paragraph 20 of Pretrial Order 1 to its communications with the Plaintiffs' Steering Committee so as to ensure its objection to producing confidential communications between or among the United States, the States (including local governments), and the Plaintiffs' Steering Committee is consistent with this Courts orders. For these reasons, the United States requests the Court enter the attached Order, which has been agreed to by all parties.

Respectfully submitted,

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources
 Division

JAMES NICOLL
 Senior Counsel
NANCY FLICKINGER
 Senior Attorney
SARAH HIMMELHOCH
 Senior Litigation Counsel
DEANNA CHANG
 Trial Attorney

SCOTT CERNICH
 Trial Attorney
A. NATHANIEL CHAKERES
 Trial Attorney
JUDY HARVEY
 Trial Attorney
MATT LEOPOLD
 Trial Attorney

TONY WEST
Assistant Attorney General
Civil Division

PETER F. FROST
Director, Torts Branch, Civil Division
Admiralty and Aviation
STEPHEN G. FLYNN
Assistant Director
MICHELLE DELEMARRE
Trial Attorney

SHARON SHUTLER
Trial Attorney
JESSICA SULLIVAN
Trial Attorney
JESSICA MCCLELLAN
Trial Attorney
DAVID PFEFFER
Trial Attorney
MALINDA LAWRENCE
Trial Attorney
Torts Branch, Civil Division
P.O. Box 14271
Washington, D.C. 20044-4271
Telephone: 202-616-4000
Facsimile: 202-616-4002

/s/ Sarah D. Himmelhoch
STEVEN O'ROURKE
SARAH D. HIMMELHOCH
Senior Attorneys
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779
Facsimile: 202-514-2583
E-mail: steve.o'rourke@usdoj.gov

R. MICHAEL UNDERHILL, T.A.
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463
Telephone: 415-436-6648
Facsimile: 415-436-6632
E-mail: mike.underhill@usdoj.gov

JIM LETTEN
United States Attorney
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Ste. B-210
New Orleans, LA 70130

Attorneys for the UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of May 2011.

                                                                      /s/ Sarah D. Himmelhoch