UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:     Oil Spill by the Oil Rig         :     MDL NO. 2179
           "Deepwater Horizon" in the       :
           Gulf of Mexico, on               :     SECTION:  J
           April 20, 2010                   :
                                            :     JUDGE BARBIER
This Document Relates to All Cases          :     MAG. JUDGE SHUSHAN

. .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .

**MOTION FOR ENTRY OF ORDER RELATING TO
CONFIDENTIAL INFORMATION IN THE POSSESSION OF THE UNITED STATES**

Pretrial Order 13 governs the designation, production, and handling of confidential information in these proceedings. That Order, however, does not address situations unique to confidential information in the possession of the United States. In particular, the United States possesses information collected from private parties that has been designated as confidential by the private parties. This includes, for example, submissions made by private companies to BOEM or EPA that contain confidential business information and that are protected by law from public disclosure. In addition, various Federal laws, including the Privacy Act and the Health Insurance Portability and Accountability Act (HIPAA) and its accompanying regulations, set forth specific limits and protocols on the handling or disclosure of protected information in the possession of the United States. The United States, therefore, seeks a court order that will clarify its obligations with respect to these materials, reduce the need for future recourse to this Court to resolve discovery issues, and expedite the discovery process.

The proposed order attached to this motion has been circulated to liaison counsel, and no party has indicated any objection to its entry. The proposed order is consistent with, and does not alter the substantive provisions of, Pretrial Order 13, and is intended to integrate the United States' forthcoming discovery productions with the established protocols set forth in Pretrial

Order 13 to the extent permitted by law. The proposed order provides that, with respect to information provided to the United States by private parties, such information will be designated as confidential if the private party has indicated that it is confidential, and allows the private party to receive notice and defend such a designation if it is challenged in this litigation. The order also clarifies that certain categories of information in the possession of the United States must be handled in accordance with procedures outlined in Federal law, where those procedures conflict with the procedures set forth in Pretrial Order 13.

For the foregoing reasons, the United States hereby respectfully requests the entry of the attached order.

Respectfully submitted,

| | |
|---|---|
| IGNACIA S. MORENO | TONY WEST |
| Assistant Attorney General | Assistant Attorney General |
| Environment & Natural Resources Division | Civil Division |
| JAMES NICOLL | PETER F. FROST |
|   Senior Counsel | Director, Torts Branch, Civil Division |
| NANCY FLICKINGER | Admiralty and Aviation |
|   Senior Attorney | STEPHEN G. FLYNN |
| SARAH HIMMELHOCH | Assistant Director |
|   Senior Litigation Counsel | MICHELLE DELEMARRE |
| DEANNA CHANG | Trial Attorney |
|   Trial Attorney | SHARON SHUTLER |
| SCOTT CERNICH | Trial Attorney |
|   Trial Attorney | JESSICA SULLIVAN |
| A. NATHANIEL CHAKERES | Trial Attorney |
|   Trial Attorney | JESSICA MCCLELLAN |
| JUDY HARVEY | Trial Attorney |
|   Trial Attorney | DAVID PFEFFER |
| MATT LEOPOLD | Trial Attorney |
|   Trial Attorney | Torts Branch, Civil Division |
| | P.O. Box 14271 |
| | Washington, D.C. 20044-4271 |

|  |  |
|---|---|
|  | Telephone: 202-616-4000 |
|  | Facsimile: 202-616-4002 |
| /s/ Sarah D. Himmelhoch | |
| STEVEN O'ROURKE | R. MICHAEL UNDERHILL, T.A. |
| Senior Attorney | Attorney in Charge, West Coast Office |
| Environmental Enforcement Section | Torts Branch, Civil Division |
| U.S. Department of Justice | U.S. Department of Justice |
| P.O. Box 7611 | 7-5395 Federal Bldg., Box 36028 |
| Washington, D.C. 20044 | 450 Golden Gate Avenue |
| Telephone: 202-514-2779 | San Francisco, CA 94102-3463 |
| Facsimile: 202-514-2583 | Telephone: 415-436-6648 |
| E-mail: steve.o'rourke@usdoj.gov | Facsimile: 415-436-6632 |
|  | E-mail: mike.underhill@usdoj.gov |

JIM LETTEN
United States Attorney
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Ste. B-210
New Orleans, LA 70130

Attorneys for the UNITED STATES OF AMERICA