IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § § | MDL NO. 2179 SECTION: J |
| This document relates to: No. 2:10-CV-3168 | § § § § | JUDGE BARBIER MAGISTRATE SHUSHAN |

**PLAINTIFFS, BILL FRANCIS, TYRONE BENTON, and CARLOS RAMOS' MOTION FOR LEAVE TO FILE SUR-REPLY MEMORANDUM IN OPPOSITION TO DEFENDANT M-I, L.L.C.'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

TO THE HONORABLE COURT:

Plaintiffs, Bill Francis, Tyrone Benton, and Carlos Ramos, file this Motion for Leave to File Sur-Reply Memorandum in Opposition to Defendant M-I, L.L.C.'s Motion to Dismiss Plaintiffs' Complaint [**Doc. No. 2326**], as follows:

**I.**

**GROUNDS FOR MOTION**

Since the filing of Plaintiff's initial Memorandum in Opposition to Defendant M-I, L.L.C.'s Motion to Dismiss Plaintiffs' Complaint [Doc. No. 1913], Plaintiffs received M-I, L.L.C.'s Reply Brief [Doc. No. 2326]. Because of the effect that the requested relief would have upon Plaintiffs, if granted, and in light of the new legal issues raised in M-I, L.L.C.'s Reply Brief, Plaintiffs bring to the Court's attention the additional points and authorities set forth in the proposed Sur-Reply Memorandum attached hereto.

# I.

## **REQUESTED RELIEF**

Accordingly, Plaintiffs respectfully request that this Court: (1) grant Plaintiffs Bill Francis, Tyrone Benton, and Carlos Ramos leave to file the attached Sur-Reply Memorandum in Opposition to M-I, L.L.C.'s Motion to Dismiss Plaintiffs' Amended Complaint; (2) deem the attached Sur-Reply Memorandum filed as of the entry of the Court's Order granting leave; and, (3) award Plaintiffs such further relief to which it may be entitled.

Dated: May 13, 2011

        Respectfully submitted,

        SCHECHTER, MCELWEE, SHAFFER, & HARRIS, L.L.P.

        */s/ Matthew D. Shaffer*
        MATTHEW D. SHAFFER
        State Bar No. 18085600
        Fed I.D. No. 8877
        DENNIS M. MCELWEE
        State Bar No. 13587820
        Fed I.D. No. 7490
        ARTHUR L. SCHECHTER
        State Bar No. 17735000
        Fed I.D. No. 1454
        3200 Travis, 3rd Floor
        Houston, Texas  77006
        Tel:  713-524-3500
        Fax:  713-751-0412
        mshaffer@smslegal.com
        dmcelwee@smslegal.com
        arthurschechter@gmail.com

        and

        PAUL M. STERBCOW (#17817)
        Lewis, Kullman, Sterbcow & Abramson
        601 Poydras Street, Suite 2615
        New Orleans, Louisiana  70130
        Tel:  (504) 588-1500
        Fax: (504) 588-1514
        sterbcow@lksalaw.com

        ATTORNEYS FOR PLAINTIFFS, BILL FRANCIS,
        TYRONE BENTON, and CARLOS RAMOS

## **CERTIFICATE OF SERVICE**

I certify that the above and foregoing Plaintiffs, Bill Francis, Tyrone Benton, and Carlos Ramos' Motion for Leave to File Sur-Reply Memorandum in Opposition to Defendant M-I L.L.C.'s Motion to Dismiss Plaintiffs' First Amended Complaint will be served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 217, on this 13th day of May 2011.


        */s/ Matthew D. Shaffer*
        MATTHEW D. SHAFFER