IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig<br>        "Deepwater Horizon" in the Gulf<br>        of Mexico, on April 20, 2010 | §<br>§<br>§<br>§<br>§ | MDL NO. 2179<br><br>SECTION: J |
| This document relates to:<br><br>No. 2:10-CV-3168 | §<br>§<br>§<br>§ | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiffs Bill Francis, Tyrone Benton, and Carlos Ramos are **GRANTED** leave to file a Sur-Reply Memorandum in Opposition to Defendant M-I, L.L.C.'s Motion to Dismiss Plaintiffs' Amended Complaint.

The Court directs the Clerk of this Court to accept and file Plaintiff's Sur-Reply when timely filed in accordance with this Order.

New Orleans, Louisiana this _____ day of May 2011.

---
UNITED STATES DISTRICT JUDGE