

IRPINO LAW FIRM

May 12, 2011

**VIA E-MAIL**
Honorable Sally Shushan
United States Magistrate Judge
Eastern District of Louisiana
500 Poydras Street, Room B-345
New Orleans, LA 70130

      Re:   *In re: MDL 2179 Oil Spill by the Oil Rig "Deepwater Horizon"*
              DISCOVERY DISPUTE - CASPIAN SEA INCIDENT

Dear Judge Shushan,

Pursuant to your e-mail of May 9, 2001, this letter represents the PSC's position relative to its discovery dispute with BP involving the September 2008 Caspian Sea/Azerbaijan blowout incident.

**I.**      **Background**

The PSC has sent numerous requests for documentation and information regarding "other incidents" where BP has experienced events similar to the Deepwater Horizon blowout. After rulings by this Court and multiple meet and confers, the PSC has narrowed its request (relative to non-Gulf of Mexico incidents) to one event - the September 2008 Caspian Sea/Azerbaijan blowout incident ("Caspian Sea incident"). Moreover, the PSC has further narrowed its request to only include investigation and accident reports relative to the Caspian Sea incident.

BP has objected to search for or produce any documents relating to the Caspian Sea incident, including documents limited to investigation and accident reports. Based on our meet and confers, it does not appear that BP objects to the volume of documents being sought by the PSC's request. Rather, BP's objection is based on its claim that such a search would require substantial time and effort out of proportion to the relevance of the information sought. The PSC disputes this claim, particularly since the information sought is highly relevant.

Honorable Sally Shushan
May 12, 2011
Page 2

## II.     Caspian Sea Incident

In September of 2008, BP suffered a blowout after a gas leak on an offshore platform/rig in the Caspian Sea. Within the last several months, there have been numerous stories written about this BP Caspian Sea incident. Several examples of these stories are attached hereto. (Exhibit A - 12/15/10 Reuters Business article; Exhibit B - 12/15/10 CBS News article; and Exhibit C - 12/16/10 The Guardian news article). These news articles outline "striking resemblances" between BP's Caspian Sea incident and the Deepwater Horizon blowout.

The articles highlight that according to BP, the Caspian Sea incident was caused by a "bad cement job." This alone makes the Caspian Sea incident highly relevant to the Deepwater Horizon incident, however, the articles point out even more similarities between the two events. The September 2008 blowout also resulted in the mass evacuation of more than a hundred (212) workers, required an emergency shutdown of the rig, and resulted in 500,000 barrels/day in lost oil production. These news reports further state that "BP has been exceptionally circumspect in disseminating information" about the Caspian Sea incident. While this last claim may have its own relevance to substantive matters in this case, it certainly explains why BP has not been willing to even search for responsive documents.

## III.    Lack of Undue Burden

The PSC has narrowly tailored the request at issue such that BP could feasibly satisfy the request by going to a single file and copying same. Even if the responsive documents cannot be found in a single file, the search and production should be minimally burdensome. The PSC is not requesting any and all documents related to any other incidents. Rather, the request focuses on a single incident - the Caspian Sea incident. The PSC is not seeking all correspondence, e-mails, interviews, photographs, testing analyses, etc. Rather, the request only seeks investigation and accident reports. The PSC is not asking for documentation which is either obscure or outside of BP's control. The materials sought are standard and (what should be) well known reports generated and maintained by BP in the ordinary course of its business.

The PSC finds it hard to believe that BP will somehow be overly burdened in finding and/or obtaining a copy of the investigative or incident reports at issue. Practically speaking, the documents sought by the PSC can (or at least should) likely be found in a dedicated location. Even if not, the documents should be readily available to numerous BP employees and executives. It is not logical or reasonable to believe that incident/accident reports regarding a major event such as the Caspian Sea incident would be difficult to find. BP's claim of undue hardship begs the following question: If a BP executive asked for these same reports, would he/she be told that they were too difficult to locate?

Honorable Sally Shushan
May 12, 2011
Page 3

## IV. Conclusion

For the reasons stated, the PSC respectfully submits that the Caspian Sea incident is highly relevant to the litigation herein. Moreover, the PSC's request for production has been reasonably narrowed so that it limits BP's burden of document identification/production. As such, the PSC should be afforded an opportunity to discover this incident. If the Court does not believe that the PSC's request is narrow enough or that there is a better way of allowing BP to provide the information requested, the PSC is willing to consider other options. If the Court believes that BP will be overly burdened in locating/producing the reports at issue, then the PSC requests a very limited 30(b)(6) deposition of BP relative to the Caspian Sea incident and/or BP's ESI policies and procedures for the BP business unit responsible for the Caspian Sea incident.

Your Honor's attention to this matter is appreciated. If you require anything further from the PSC, please let us know. Thank you.

Respectfully submitted,

Anthony D. Irpino

Attachments

cc: Timothy A. Duffy
J. Andrew Langan
Don K. Haycraft
MDL 2179 Defense Liaison Counsel
Steve Herman
James Roy
Ervin Gonzales
Sarah D. Himmelhoch
Bill Large
Corey Maze
Curt Miner
Mike Underhill