Fig. 1 – Overview of Late Custodial Documents for BP Deponents

| A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Witness | Depo Date | Volumes | Custodian* | IIT Targeted | Sole Custody | Redactions | > 1/1/09** | > 1/1/10 | < 7/15/10 | < 9/17/10 | < 11/08/10 |
| Albers, Shane (non-IIT) | 28-Mar | 26+ | 26 | N/A | 3 | 0 | 25 | 11 | 24 | 25 | 25 |
| Anderson, Rex | 19-Jan | 9+ | 54 | 28 | 24 | 13 | 54 | 54 | 27 | 28 | 31 |
| Bly, Mark | 17-Feb | 18+ | 510 | 382 | 349 | 131 | 506 | 505 | 393 | 492 | 509 |
| Bodek, Robert (non-IIT) | 11-Apr | 30+ | 146 | N/A | 0 | 0 | 145 | 145 | 111 | 146 | 147 |
| Cocales, Brett (non-IIT) | 25-Apr | 36+ | 213 | N/A | 14 | 0 | 213 | 172 | 120 | 203 | 203 |
| Corser, Kent | 10-Feb | 13+ | 1111 | 740 | 399 | 349 | 1098 | 1098 | 823 | 1021 | 1102 |
| Cunningham, Erick (non-IIT) | 23-Mar | 25+ | 51 | N/A | 31 | 0 | 48 | 47 | 34 | 38 | 44 |
| DeFranco, Samuel | 12-Apr | 30+ | 19 | 19 | 0 | 8 | 19 | 19 | 14 | 19 | 19 |
| Fontenot, Kevin | 20-Jan | 9+ | 34 | 31 | 1 | 1 | 34 | 34 | 30 | 31 | 33 |
| Guillot, Walter | 8-Feb | 13+ | 107 | 94 | 18 | 31 | 100 | 100 | 85 | 105 | 107 |
| LeBleu, John (non-IIT) | 4-Apr | 28+ | 156 | N/A | 25 | 1 | 149 | 143 | 154 | 154 | 154 |
| Lucas, Matt | 24-Feb | 19+ | 95 | 45 | 29 | 35 | 90 | 89 | 87 | 91 | 92 |
| Martin, Brian | 21-Feb | 18+ | 35 | 23 | 8 | 1 | 20 | 20 | 21 | 24 | 35 |
| McKay, Jim | 23-Feb | 19+ | 223 | 219 | 94 | 62 | 218 | 217 | 134 | 188 | 223 |
| Robinson, Steve | 27-Jan | 11+ | 1254 | 1138 | 355 | 231 | 1216 | 1215 | 897 | 1158 | 1237 |
| Sepulvado, Ron (non-IIT) | 10-Mar | 23+ | 277 | N/A | 169 | 0 | 276 | 272 | 92 | 111 | 274 |
| Sims, David (non-IIT) | 6-Apr | 29+ | 170 | N/A | 28 | 0 | 125 | 102 | 153 | 153 | 162 |
| Sprague, Jonathan (non-IIT) | 21-Mar | 25+ | 144 | N/A | 4 | 1 | 143 | 142 | 103 | 122 | 127 |
| Walz, Greg (non-IIT) | 21-Apr | 35+ | 57 | N/A | 5 | 1 | 45 | 40 | 53 | 53 | 53 |
| Wells, Kent (non-IIT) | 19-Apr | 34+ | 3 | N/A | 0 | 0 | 2 | 1 | 3 | 3 | 3 |
| Wetherbee, Jim | 26-Jan | 11+ | 1242 | 585 | 229 | 38 | 1075 | 1056 | 852 | 1203 | 1197 |
| Winters, Warren | 14-Feb | 16+ | 433 | 356 | 198 | 60 | 423 | 407 | 299 | 354 | 405 |

\* Subsequent columns use column D as a denominator. Sole Custodian docs include docs shared only with "generic" custodians (such as "BP", "IIT Files", etc.)

\*\* All dates calculated using 'Doc Date' for emails/attachments, ('Date Last Modified' OR 'Date Created') for standalone files, and manual review for scanned paper.