**MINUTE ENTRY**
**SHUSHAN, M.J.**
**MAY 12, 2011**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 SECTION J |
| Applies to: B4 Bundle | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

**[Regarding Bundle 4 Post-Explosion Emergency Responder Claims]**

APPEARANCES:   Lloyd Frischhertz, Mark Frischhertz, Carlos Zelaya, Justin Garin, Alex Saunders, Mike Abadie, Bill Riviere, Robert McCleskey, Gary Hemphill, Mike Lyle and Ted Tsekerides

There was a telephone conference to discuss scheduling for the Bundle B4 Post-Explosion Emergency Responder Claims.

IT IS ORDERED as follows:

1. **Wednesday, June 8, 2011**, is the deadline for the vessel responder petitioners-in-limitation and defendants on Post-Explosion Emergency Responder Claims (Bundle B4) to file motions to dismiss.

2. **Friday, July 15, 2011**, is the deadline for any opposition to these motions to dismiss.

3. **Friday, July 29, 2011**, is the deadline for any reply. There shall be no sur-replies or any other briefing on the motions.

4. On **Wednesday, August 24, 2011, at 9:30 a.m.**, there will be oral argument on the motions before District Judge Barbier.

MJSTAR  00:30

5. On **Wednesday, May 25, 2011, at 2:00 p.m.**, there shall be a further telephone conference. The conference call information will be emailed to the B4 group.

6. The following issues will be addressed at the May 25, 2011 conference: (a) page limits for briefs; (b) joint briefs; (c) whether the claims should be treated as part of Phase One for the February 27, 2012 trial; and (d) discovery.

**SALLY SHUSHAN**
**United States Magistrate Judge**