## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br> *No. 10-1757; No. 10- 1758; No. 10- 1759; No. 10-1760; No. 10- 2087; No. 10- 2731; No. 10- 2996; No. 10- 2997; No. 10- 4185; No. 10-4239; No. 10-4240; No. 10-4241; and 10-2771 (Limitation Action)* | * * * * * | HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

---

### BP'S MOTION TO STRIKE THE OMNIBUS MEMORANDUM SUBMITTED BY THE PLAINTIFFS' STEERING COMMITTEE IN OPPOSITION TO BP'S MOTION TO DISMISS CERTAIN BUNDLE C COMPLAINTS

After BP moved to dismiss all the individual complaints then in pleading bundle C,[1] the Plaintiffs' Steering Committee ("PSC") responded by filing a 40-page brief opposing BP's motion.[2]  But the PSC does not (and cannot) represent any party, including the individual government entities whose complaints were the subject of BP's motion,[3] who have their own counsel.  The PSC did not identify the party on whose behalf it submitted the brief and did not

---

[1]  *See Mem. in Support of BP Defs.' Mot. to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) & 12(b)(6) Cplts. Filed by Certain Governmental Entities in Pleading Bundle C*, Rec. Doc. 1786-1.

[2]  *Omnibus Mem. in Opposition to Defs.' Motions to Dismiss Certain Bundle C Complaints Submitted By the Plaintiffs' Steering Committee*, Rec. Doc. Doc. 2110.

[3]  Specifically, BP's motion was directed at certain relatively early-filed complaints by (i) three Mexican states, (ii) four Alabama cities, and (iii) eight parish district attorneys who sought relief on behalf of the State of Louisiana.  (See BP's Mem. at 1-2, Doc. 1786-1.)

cite any PTO or other order authorizing its filing.  The fact is that the PSC has no business responding to a motion to dismiss the individual government entity complaints.  Accordingly, BP respectfully requests that the Court strike the PSC's improper brief.

Alternatively, if the Court declines to strike the PSC's brief, BP respectfully requests an additional 15 pages in which to reply to the briefs filed by the Mexican states, the Louisiana district attorneys, and the PSC.

Date: May 13, 2011                                       Respectfully submitted,


/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

AND

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Andrew B. Bloomer, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

***Attorneys for BP Exploration & Production
Inc. and BP America Production Company***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of May, 2011.

/s/ Don K. Haycraft
Don K. Haycraft