IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179 SECTION J |
| This document relates to: *No. 10-1757; No. 10- 1758; No. 10- 1759; No. 10-1760; No. 10- 2087; No. 10- 2731; No. 10- 2996; No. 10- 2997; No. 10- 4185; No. 10-4239; No. 10-4240; No. 10-4241; and 10-2771 (Limitation Action)* | * * * * * * | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned parties shall bring on for hearing their Motion To Strike The Omnibus Memorandum Submitted By The Plaintiffs' Steering Committee In Opposition To BP's Motion To Dismiss Certain Bundle C Complaints in cases No. 10-1757, No. 10-1758, No. 10-1759, No. 10-1760, No. 10-2087, No. 10-2731, No. 10- 2996, No. 10- 2997, No. 10- 4185, No. 10-4239, No. 10-4240, No. 10-4241, as well as No. 10-2771 (Limitation Action), before the Honorable Carl J. Barbier, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130 at 9:30 a.m. on the 8th day of June 2011, or as soon thereafter as counsel may be heard.

Date: May 13, 2011                                   Respectfully submitted,


/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

AND

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Andrew B. Bloomer, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

***Attorneys for BP Exploration & Production Inc. and BP America Production Company***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of May, 2011.

                                              /s/ Don K. Haycraft  
                                              Don K. Haycraft