Exhibit B - Personal Injury Plaintiffs Joining Complaint on May 13, 2011

|   | Last, First | State | Redacted SSN | GCCF No. |
|---|---|---|---|---|
| 1 | Cato, Cedric | Louisiana | xxx-xx-9738 | |
| 2 | Foret, Joseph | Louisiana | | 1018766 |
| 3 | Fullwood, Clarence | Louisiana | | 3202672 |
| 4 | Walsh, Mark | Louisiana | | 3154240 |
| 5 | Benoit, Corrie | Louisiana | | 34593882 |
| 6 | Vejerano, Edgar | Texas | | 3256159 |
| 7 | Vejerano, Renee | Texas | | 3256490 |
| 8 | Lengua, Christian | Louisiana | | 3218704 |