UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * | MDL NO. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: 10-2771 | * | JUDGE CARL J. BARBIER |
| ALL CASES IN PLEADING BUNDLE SECTION III.B(3) | * | MAG JUDGE SALLY SHUSHAN |

## ORDER

**IT IS HEREBY ORDERED** that Darrell K. Cherry and Marc J. Yellin of Deutsch, Kerrigan & Stiles, L.L.P. be **WITHDRAWN** as counsel of record for International Air Response, Inc., and the following attorneys are hereby substituted and enrolled as counsel of record for International Air Response, Inc., going forward herein:

Kevin R. Tully (LA Bar No. 1627) (T.A.)
H. Carter Marshall (La. Bar No. 28136)
Gregory S. LaCour (La. Bar No. 23823)
Christovich & Kearney, LLP
Suite 2300 Pan American Life Center
601 Poydras Street
New Orleans, Louisiana 70130-6078
Telephone: (54) 561-5700

New Orleans, Louisiana, this 13th day of May, 2011.

_____
United States District Judge