IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § § | MDL NO. 2179 |
| | § | SECTION: J |
| This document relates to: | § § | JUDGE BARBIER MAGISTRATE SHUSHAN |
| No. 2:10-CV-3168 | § § | |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiffs Bill Francis, Tyrone Benton, and Carlos Ramos are **GRANTED** leave to file a Sur-Reply Memorandum in Opposition to Defendant M-I, L.L.C.'s Motion to Dismiss Plaintiffs' Amended Complaint.

The Court directs the Clerk of this Court to accept and file Plaintiff's Sur-Reply when timely filed in accordance with this Order.

New Orleans, Louisiana this 13th day of May, 2011.

_____
United States District Judge