# CONFERENCE ATTENDANCE RECORD

DATE: 5-13-11          TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

DISCOVERY STATUS   CONFERENCE

☞ **PRINT LEGIBLY**

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Andy Langan | BP |
| Tim Duffy | BP |
| Mark Nomellini | BP |
| Ryan Babiuch | BP |
| J. B. Tarter | M-I |
| Steve Herm | Plaintiffs |
| Deb Kuchler | Anadarko + MOEX |
| Paul Thibodeaux | TO |
| Don Godwin | Halliburton |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Jenny Martinez | Halliburton |
| Alan York | " |
| Stefanie Major | " |
| Steve O'Rourke | USA |
| Robert Cunningham | PSC |
| Corey Maze | Alabama |
| Carmelite Bertaut | Cameron |
| Don Haycraft | BP |
| Glenn Goodier | Weatherford |
| William Large | PSC |
| Anthony Irpino | PSC |
| Bill Stradley | MOC 2185 |
| Mark Nomellini | BP |
| Dennis Barrow | Dril-Quip |
| Steve Luxton | M-I Swaco |
| David Pote | LA |
| Doug Kraus | LA |

Sarah Himmelhoch

Denise Scofield

David Isaak

Jeff Seely

Tony Fitch

Bob Elias

Ben Goodhue

Ted Tsekerides

Mary Rose Alexander

Heather Kennealy

Alan Weigel

George Crow

Mike Underhill