U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAY 13 2011
LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 11-30410

MD 10-2179-J(1)

In re: THE ST. JOE COMPANY,

Petitioner.

---

Petition for Writ of Mandamus to
the United States District Court
for the Eastern District of Louisiana

---

Before DAVIS and SOUTHWICK, Circuit Judges.[*]

PER CURIAM:

IT IS ORDERED that the petition for writ of mandamus is DENIED.

---

[*]This matter is decided by a quorum. See 28 U.S.C. § 46(d).

A true copy
Attest   MAY 12 2011

Clerk, U.S. Court of Appeals, Fifth Circuit

By _____
         Deputy
New Orleans, Louisiana

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 12, 2011

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

     No. 11-30410,   In re: St. Joe Company
         USDC No. 2:10-MD-2179

Enclosed is a copy of the judgment issued as the mandate.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Misty L. Fontenot, Deputy Clerk
                    504-310-7716

cc w/encl:
    Honorable Carl J. Barbier
    Mr. Bruce Wayne Bowman Jr.
    Mr. William A Brewer III
    Mr. James M. Garner
    Mr. Robert W. Gifford
    Mr. Donald Everett Godwin
    Mr. Floyd Richard Hartley Jr.
    Ms. Misty Annette Hataway-Cone'
    Ms. Dana Livingston
    Ms. Jenny LaNell Martinez
    Mr. James Stephen Renard
    Ms. Denise U Scofield
    Mr. Hugh Earl Tanner
    Mr. Roger Dale Townsend
    Mr. Robert Alan York