UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION J – JUDGE CARL J. BARBIER |
| JAMES R. DUGAN, II, ESQ. | * * | DIVISION 3 – MAGISTRATE JUDGE DANIEL E. KNOWLES, III |
| VERSUS | * * | |
| STEPHEN B. MURRAY, ESQ. | * | |

****************************************

### UNOPPOSED MOTION AND ORDER TO *FILE UNDER SEAL* PLAINTIFF'S RESPONSE TO MURRAY'S RESPONSE TO REPLY MEMORANDUM IN SUPPORT OF SECOND MOTION TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT

NOW INTO COURT, through undersigned counsel, comes James R. Dugan, II, of the Dugan Law Firm in New Orleans, Louisiana, who respectfully moves this Honorable Court to issue an Order pursuant to Local Rule 5.6 allowing Dugan to **file under seal** the Response to Murray's Response to Reply Memorandum in Support of Second Motion to Deposit Funds into the Registry of the Court for the following reasons:

I.

Plaintiff Dugan desires to briefly address the issues raised by Murray in "Murray's Response to Reply Memorandum in Support of Second Motion to Deposit Funds into the Registry of the Court," and again asks that this pleading and its exhibits be allowed to be **filed under seal.**

II.

All the pleadings filed to date in this matter have been filed under seal due to the confidential and sensitive nature of the material contained in the pleadings and various exhibits.

- 1 -

III.

The request for leave to file this Response under seal is being set forth for the benefit of not only the parties, but the clients of the parties.

IV.

Stephen B. Murray, through his attorney, George F. Riess, has no objection to this Motion.

WHEREFORE, Dugan prays for an Order allowing his Response to "Murray's Response to Reply Memorandum in Support of Second Motion to Deposit Funds into the Registry of the Court be **filed under seal.**

RESPECTFULLY SUBMITTED:

_____
JACQUES F. BEZOU (T.A.) (3037)
STACY R. PALOWSKY (25203)
THE BEZOU LAW FIRM
534 E. Boston Street
Covington, LA 70433
Telephone: (985) 892-2111
Facsimile: (985) 892-1413
Email: jbezou@bezou.com
Email: spalowsky@palowsky-law.com
*Attorneys for James R. Dugan, II*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Unopposed Motion and Order to *File Under Seal* Plaintiff's Response to Murray's Response to Reply Memorandum in Support of Second Motion to Deposit Funds into the Registry of the Court has been served on all counsel of record via electronic mail this 12th day of May, 2011.



_____
JACQUES F. BEZOU