UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No. 2179<br><br>SECTION J – JUDGE CARL J. BARBIER<br><br>DIVISION 3 – MAGISTRATE JUDGE DANIEL E. KNOWLES, III |
| JAMES R. DUGAN, II, ESQ.<br><br>VERSUS<br><br>STEPHEN B. MURRAY, ESQ. | |

## ORDER

CONSIDERING THE FOREGOING MOTION;

IT IS HEREBY ORDERED that James R. Dugan, II, be allowed to *FILE UNDER SEAL* his Response to Murray's Response to Reply Memorandum in Support of Second Motion to Deposit Funds into the Registry of the Court.

New Orleans, Louisiana, this 12th day of May, 2011.

_____
DANIEL E. KNOWLES, III
UNITED STATES MAGISTRATE JUDGE

___Fee _____
___Process _____
_X_ Dktd _____
___CtRmDep _____
___Doc. No._____

- 3 -