UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No. 2179<br><br>SECTION J – JUDGE CARL J. BARBIER<br><br>DIVISION 3 – MAGISTRATE JUDGE DANIEL E. KNOWLES, III |
| JAMES R. DUGAN, II, ESQ.<br><br>VERSUS<br><br>STEPHEN B. MURRAY, ESQ. | |

**EX PARTE MOTION AND ORDER FOR LEAVE TO FILE RESPONSE TO MURRAY'S RESPONSE TO REPLY MEMORANDUM IN SUPPORT OF SECOND MOTION TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT**

NOW INTO COURT, through undersigned counsel, comes James R. Dugan, II, of The Dugan Law Firm in New Orleans, Louisiana, and who respectfully requests pursuant to Local Rule 7.4 Leave of Court to file a Response to Murray's Response to Reply Memorandum in Support of Second Motion to Deposit Funds into the Registry of the Court, as follows:

I.

James R. Dugan, II, needs to briefly address some of the more egregious statements raised by Murray in "Murray's Response to Reply Memorandum in Support of Second Motion to Deposit Funds into the Registry of the Court."

II.

Dugan respectfully states that being able to address Murray's most recent statements to this Court will assist the Court in its resolution of this matter.

WHEREFORE, Dugan prays for an Order granting him leave of court to file his Response to Murray's Response to Reply Memorandum in Support of Second Motion to Deposit Funds into the Registry of the Court.

\_\_\_Fee _____
\_\_\_Process_____
X\_\_Dktd _____
\_\_\_CtRmDep\_\_\_\_\_
\_\_\_Doc. No._____

RESPECTFULLY SUBMITTED:

_____
JACQUES F. BEZOU (3037)
STACY R. PALOWSKY (25203)
THE BEZOU LAW FIRM
534 E. Boston Street
Covington, LA 70433
Telephone: (985) 892-2111
Facsimile: (985) 892-1413
Email: jbezou@bezou.com
spalowsky@palowsky-law.com
*Attorneys for James R. Dugan, II*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Ex Parte Motion and Order for Leave to File Response to Murray's Response to Reply Memorandum in Support of Second Motion to Deposit Funds into the Registry of the Court has been served on all counsel of record and all parties by electronic mail this 12th day of May, 2011.

_____
JACQUES F. BEZOU