UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION J – JUDGE CARL J. BARBIER |
| JAMES R. DUGAN, II, ESQ. | * * * | DIVISION 3 – MAGISTRATE JUDGE DANIEL E. KNOWLES, III |
| VERSUS | * * | |
| STEPHEN B. MURRAY, ESQ. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**O R D E R**

CONSIDERING THE FOREGOING MOTION;

IT IS HEREBY ORDERED that James R. Dugan, II, be allowed leave of court to file his Response to Murray's Response to Reply Memorandum in Support of Second Motion to Deposit Funds into the Registry of the Court.

New Orleans, Louisiana, this 12th day of May, 2011.

DANIEL E. KNOWLES, III
UNITED STATES MAGISTRATE JUDGE

___ Fee ___
___ Process ___
_x_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

- 3 -