UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | : | MDL NO. 2179 |
| "Deepwater Horizon" in the | : | |
| Gulf of Mexico, on April 20, 2010 | : | SECTION: |
| | : | |
| | : | JUDGE BARBIER |
| This Document Relates to: | : | |
| Case No. 2:10-cv-04536 | : | MAG. JUDGE SHUSHAN |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

*EX PARTE*/CONSENT JOINT MOTION OF THE UNITED STATES AND ANADARKO E&P COMPANY LP TO MODIFY AND CLARIFY COURT'S ORDER DATED APRIL 28, 2011 (REC. DOC. 2184) REGARDING DEADLINES FOR FILING OPPOSITION AND RESPONSE TO ANADARKO E&P COMPANY LP's
<u>MOTION TO DISMISS AND REPLY THERETO</u>

NOW COMES, the United States of America and Anadarko E&P Company LP ("Anadarko") and jointly move the Court for an order clarifying and modifying the Court's prior order dated April 28, 2011 (Rec. Doc. 2184). In support of their motion, Anadarko and the United States respectfully submit that in *United States of America v. BP Exploration & Production, Inc., et al.,* 2:10-cv-04536 (E.D. La.) ("*U.S. v. BP, et al.*"), Anadarko and the United States have agreed that the United States' deadline for filing its response to Anadarko's Motion to Dismiss shall be May 31, 2011 and, in accordance with PTO 28, Anadarko shall have 30 days thereafter to file any reply. Therefore, the United States and Anadarko respectfully request that the Court's order of April 28, 2011 (Rec. Doc. 2184) be modified and clarified to accurately reflect this agreement between the parties. A proposed order is attached.

**SEEN AND AGREED:**

For the United States of America:

*/s/ Steven O'Rourke*  
STEVEN O'ROURKE  
Senior Attorney  
Environmental Enforcement Section  
U.S. Department of Justice  
P.O. Box 7611  
Washington, D.C. 20044  
Telephone: 202-514-2779  
Facsimile: 202-514-2583  
E-mail: steve.o'rourke@usdoj.gov  

*/s/ R. Michael Underhill*  
R. MICHAEL UNDERHILL, T.A.  
Attorney in Charge, West Coast Office  
Torts Branch, Civil Division  
U.S. Department of Justice  
7-5395 Federal Bldg, Box 36028  
450 Golden Gate Avenue  
San Francisco, CA 94102-3463  
Telephone: 415-436-6648  
Facsimile: 415-436-6632  
E-mail: mike.underhill@usdoj.gov  

For Anadarko E&P Company LP:

*/s/ James J. Dragna*  
James J. Dragna  
Bingham McCutchen LLP  
355 South Grand Avenue  
Suite 4400  
Los Angeles, California 90071-3106  
Telephone (213) 680-6436  
Facsimile (213) 680-8636  
E-mail: jim.dragna@bingham.com  

*/s/ Ky E. Kirby*  
Ky E. Kirby  
Michael B. Wigmore  
Bingham McCutchen LLP  
2020 K Street, NW  
Washington, DC 20006-1806  
Telephone (202) 373-6000  
Facsimile (202) 373-6001  
E-mail: ky.kirby@bingham.com  
E-mail: michael.wigmore@bingham.com  

*/s/ Deborah D. Kuchler*  
Deborah D. Kuchler, T.A. (La. Bar No. 17013)  
Kuchler Polk Schell Wiener & Richeson, LLC  
1615 Poydras Street, Suite 1300  
New Orleans, LA  70112  
Telephone:  (504) 592-0691  
Facsimile:  (504) 592-0696  
E-mail: dkuchler@kuchlerpolk.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16th day of May 2011.

*/s/ Steven O'Rourke*