From: "Steve Herman" <SHERMAN@hhkc.com>
Date: 05/16/2011 09:58 AM
Subject: Deepwater Horizon - BP Document Discussed During Last Week's Discovery Conference

Dear Judge Shushan,

Please find attached the document referenced by the PSC during last week's conference.

We do not believe that this document was produced prior to Mr. Wetherbee's Deposition.

The PSC would suggest that BP either: (a) re-produce Mr. Wetherbee for further examination; (b) make Mr. Brock available for deposition as a priority fact witness prior to July 31; and/or (c) stipulate not only to the authenticity and admissibility of the document, but also to the truth of the matters asserted therein.

Respectfully submitted,
Plaintiffs' Liaison Counsel