UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| This Document Relates to: *All Cases in Pleading Bundle B1* | SECTION: J |
| | JUDGE BARBIER |
| (This Document also applies to No. 10-2771) | MAGISTRATE SUSHAN |

## ORDER

CONSIDERING Plaintiffs' Motion for Leave to Supplement their Omnibus Opposition to the Defendants' Motions to Dismiss the Amended B1 Master Complaint:

IT IS ORDERED that Plaintiffs be and are hereby granted leave to file their Supplement to Oppositions to Motions to Dismiss the Amended B1 Master Complaint.

SIGNED this ___ day of _____, 2011, New Orleans, Louisiana.

_____
**Hon. Carl J. Barbier**
**U.S. District Court Judge**