UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>**This Document Relates to:**<br>*All Cases in Pleading Bundle B1*<br><br>(This Document also applies to No. 10-2771) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SUSHAN |

### ORDER

CONSIDERING Plaintiffs' Motion for Leave to Supplement their Omnibus Opposition to the Defendants' Motions to Dismiss the Amended B1 Master Complaint:

IT IS ORDERED that Plaintiffs be and are hereby granted leave to file their Supplement to Oppositions to Motions to Dismiss the Amended B1 Master Complaint.

SIGNED this ___ day of _____, 2011, New Orleans, Louisiana.

_____
**Hon. Carl J. Barbier**
**U.S. District Court Judge**