UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  Oil Spill by the Oil Rig** § | | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** § | | |
| **of Mexico, on April 20, 2010** § | | **SECTION: J** |
| § | | |
| **Applies to: 2:10-cv-04536-CJB-SS** § | | **JUDGE BARBIER** |
| *(United States v. BP Exploration &* § | | |
| *Production Inc., et al.)* § | | **MAGISTRATE SHUSHAN** |

## NOTICE OF STIPULATED DATE FOR RESPONSE TO THIRD PARTY COMPLAINT

To provide for a uniform response date **IT IS STIPULATED AND AGREED** by BP Exploration & Production Inc., ("BP") and Halliburton Energy Services Inc., ("HESI") and their respective attorneys of record that HESI shall file and serve its answer and/or response to the third-party claims of BP on or before Monday, June 20, 2011.

SO STIPULATED AND SO NOTICED:

D  1662842 v1-24010/0002 PLEADINGS

| *For BP Exploration & Production, Inc.* | *For Halliburton Energy Services, Inc.* |
|---|---|
| Don K. Haycraft | GODWIN RONQUILLO PC |
| R. Keith Jarrett | Donald E. Godwin, T.A. |
| LISKOW & LEWIS | Bruce W. Bowman, Jr. |
| One Shell Square | Jenny L. Martinez |
| 701 Poydras Street, Suite 5000 | Floyd R. Hartley, Jr. |
| New Orleans, Louisiana 70139-5099 | Gavin Hill |
| Telephone: (504) 581-7979 | 1201 Elm Street, Suite 1700 |
| Facsimile: (504) 556-4108 | Dallas, Texas 75270-2041 |
| | Telephone: 214.939.4400 |
| Richard C. Godfrey, P.C. | Facsimile: 214.760.7332 |
| J. Andrew Langan, P.C. | |
| Kirkland & Ellis LLP | and |
| 300 North LaSalle Street | |
| Chicago, Illinois 60654 | R. Alan York |
| Telephone: (312) 862-2000 | Jerry C. von Sternberg |
| Facsimile: (312) 862-2200 | Misty Hataway-Coné |
| | 1331 Lamar, Suite 1665 |
| Robert C. "Mike" Brock | Houston, Texas 77010 |
| Covington & Burling LLP | Telephone:  713.595.8300 |
| 1201 Pennsylvania Avenue, NW | Facsimile:  713.425.7594 |
| Washington, DC 20004-2401 | |
| Telephone: (202) 662-5985 | |
| Facsimile: (202) 662-6291 | |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

                                                        /s/ Donald E. Godwin
                                                          Donald E. Godwin

D  1662842 v1-24010/0002 PLEADINGS