
# BICKEL & BREWER

ATTORNEYS AND COUNSELORS
4800 COMERICA BANK TOWER
1717 MAIN STREET
DALLAS, TEXAS 75201
PHONE: (214) 653-4000
FAX: (214) 653-1015

www.bickelbrewer.com

767 FIFTH AVENUE
50TH FLOOR
NEW YORK, NEW YORK 10153
(212) 489-1400

May 17, 2011

**VIA ELECTRONIC FILING AND FEDERAL EXPRESS**

Ms. Loretta G. Whyte
Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras Street
Room C151
New Orleans, Louisiana 70130

Re: *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, Case No. 11-30368, on appeal from the United States District Court for the Eastern District of Louisiana, No. 2:10-MD-2179, No. 2:10-CV-2771.

Dear Ms. Whyte:

Pursuant to this Court's order dated May 3, 2011, enclosed please find the parties' joint designation of those portions of the record relevant to the pending appeal in the above-referenced case.

Counsel for Plaintiff-Appellant The St. Joe Company and Defendants-Appellees Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., and Triton Asset Leasing GmbH (collectively "Transocean") have conferred and agreed on the enclosed designated record, without prejudice to either party file to any appropriate supplemental designations with the Court.

If you have any questions or concerns, please do not hesitate to contact me.

Respectfully,

Robert W. Gifford

Enclosures

Ms. Loretta G. Whyte
May 17, 2011
Page 2


cc: Mr. Brad D. Brian
Mr. Lyle W. Cayce
Ms. Rachel Giesber Clingman
Mr. John M Elsley
Mr. James M. Garner
Mr. Daniel O. Goforth
Mr. Allen M. Katz
Mr. Edward F. Kohnke, IV
Mr. Innes A Mackillop
Mr. Evans Martin McLeod
Ms. Kerry J. Miller
Mr. Frank Anthony Piccolo
Mr. Edwin G. Preis, Jr.
Mr. Roger Dale Townsend


5242737.3
2132-05