2132.05
Index of Exhibits for The St. Joe Company's Appeal of Order Enforcing Limitation of Liability Monition (MDL-2179 - D.E. 1765)

| Docket No. | Date | Document | Case |
|---|---|---|---|
| | | **U.S. D.C. S.D. of TX/Houston Division (2:10-cv-02771)** | |
| 1 | 5/13/2010 | Complaint and Petition for Exoneration From of Limitation of Liability (Ex. 1-4) | 2:10-cv-02771 |
| 7 | 5/13/2010 | Notice of Complaint and Petition for Exoneration From or Limitation of Liability | 2:10-cv-02771 |
| 8 | 5/13/2010 | Order Approving Ad Interim Stipulation | 2:10-cv-02771 |
| 9 | 5/13/2010 | Order Directing Claimants to File and Make Proof of Claims, etc. | 2:10-cv-02771 |
| 10 | 5/13/2010 | Monition | 2:10-cv-02771 |
| 14 | 5/17/2010 | Petitioners' Notice in Aid of the Court's Jurisdiction and Concursus | 2:10-cv-02771 |
| 11 | 5/7/2010 | Exhibit A to Petitioners' Notice in Aid of the Court's Jurisdiction and Concursus - Notice of Filing by Transocean Docket No. 11 in Southern District of Mississippi action | 10-cv-176 |
| 12 | 5/14/2010 | Exhibit B to Petitioners' Notice in Aid of the Court's Jurisdiction and Concursus - Motion for Emergency Relief to Declare Transocean's Notice of Filing to be Null and Void by Cajun Maid, LLC, Docket No. 12 in Southern District of Mississippi action | 10-cv-176 |
| 13 | 5/14/2010 | Exhibit B to Petitioners' Notice in Aid of the Court's Jurisdiction and Concursus - Memorandum in Support of Motion for Emergency Relief to Declare Transocean's Notice of Filing to be Null and Void by Cajun Maid, LLC, Docket No. 13 in Southern District of Mississippi action | 10-cv-176 |
| 15 | 5/17/2010 | Motion to Clarify or Modify Injunction and Supporting Brief (Ex. 1) | 2:10-cv-02771 |
| 31 | 5/19/2010 | Opposed Motion to Dismiss and/or Transfer (Ex. 1) | 2:10-cv-02771 |
| 32 | 5/19/2010 | Memorandum of Law in Support of Opposed Motion to Dismiss and/or Transfer | 2:10-cv-02771 |
| 43 | 5/24/2010 | Brief of Billy Wilkerson in Response to and Opposition to the Motion of Transocean to Strike his Motion to Modify the Injunction | 2:10-cv-02771 |
| 59 | 5/25/2010 | Notice of Petitioners' Agreement to Modify the Limitation Injunction (Ex. 1) | 2:10-cv-02771 |
| 61 | 5/26/2010 | First Amended Order Directing Claimants to File and Make Proof of Claims etc | 2:10-cv-02771 |
| 84 | 6/1/2010 | Petitioners' Brief in Opposition to Further Modification of the Court's Injunction Order | 2:10-cv-02771 |
| 88 | 6/1/2010 | Opposed Motion of The U.S. to Lift or Modify the Court's Amended Monition (Ex. 1-2) | 2:10-cv-02771 |
| 89 | 6/1/2010 | Memorandum of Law of the U.S. in Support of Opposed Motion to Lift or Modify the Court's Amended Monition | 2:10-cv-02771 |
| 104 | 6/3/2010 | Motion to Dismiss and/or to Modify or Lift Stay | 2:10-cv-02771 |
| 105 | 6/3/2010 | Memorandum of Law in support of Motion to Dismiss and/or to Modify or Lift Stay | 2:10-cv-02771 |
| 126 | 6/8/2010 | Limitation Petitioners' Response to Opposition Motion of the U.S. to Lift or Modify the Court's Amended Monition etc. | 2:10-cv-02771 |
| 130 | 6/11/2010 | Letter Agreement re: Opposed Motion of the United States, Appearing Specially and Not Generally, to Lift or Modify the Court's Amended Monition as to Certain Claims and Causes of Action | 2:10-cv-02771 |
| 131 | 6/14/2010 | Second Amended Order Directing Claimants to File and Make Proof of Claims | 2:10-cv-02771 |
| 134 | 6/16/2010 | Memorandum and Order Terminating as Moot Motion to Strike, Motion for Clarification and Motion to Modify Injunction | 2:10-cv-02771 |
| 210 | 8/24/2010 | Order Consolidating Action 10-2771 with MDL-2179 | 2:10-cv-02771 |
| 278 | 4/13/2011 | Notice of Appeal by The St. Joe Company as to Order 1765 in MDL-2179 | 2:10-cv-02771 |
| | | **U.S. D.C. E.D. of LA (2:10-md-02179)** | |
| 1390-1 | 2/28/2011 | Brief in Support of Transocean's Rule 12b6 MTD the FA B1 MC in Limitation and the FA B1 Master Complaint | 2:10-md-02179 |
| 1395 | 2/28/2011 | Motion of Cameron I.C. to Dismiss the First Amended Master Complaint, etc. (Ex. 1-6) | 2:10-md-02179 |
| 1429 | 2/28/2011 | Halliburton ES, Inc.'s Motion to Dismiss Plaintiffs' Master Complaint (Ex. 1-6) | 2:10-md-02179 |
| 1433 | 2/28/2011 | Weatherford U.S., LP's Motion to Dismiss Bundle B1 Claims for Private Economic Losses (Ex. 1-3) | 2:10-md-02179 |
| 1440 | 2/28/2011 | BP Defendants' Motion to Dismiss First Amended Master Complaint, etc. (Ex. 1-24) | 2:10-md-02179 |
| 1597 | 3/11/2011 | M-I, LLC's Motion to Dismiss the First Amended Master Complaint, etc. (Ex. 1-3) | 2:10-md-02179 |
| 1714 | 3/22/2011 | Transocean's Ex Parte Motion for Enforcement of the Limitation of Liability Monition Against Plaintiff, The St. Joe Company | 2:10-md-02179 |
| 1715 | 3/22/2011 | Transocean's Ex Parte Motion for Expedited Consideration of Motion for Enforcement of the Liability Monition | 2:10-md-02179 |
| 1732 | 3/24/2011 | The St. Joe Company's Response in Opposition to Transocean's Ex Parte Motions for Enforcement of Monition Order and Expedited Consideration Thereof | 2:10-md-02179 |
| 1754 | 3/25/2011 | Transocean's Reply Memorandum ISO Motion for Provisional Enforcement of the Limitation of Liability Monition | 2:10-md-02179 |
| 1756 | 3/25/2011 | Order Granting Transocean's Motion for Enforcement of the Court's Monition Order Against The St. Joe Company | 2:10-md-02179 |
| 1765 | 3/25/2011 | Order Granting Transocean's Motion for Enforcement of the Limitation of Liability Monition Against The St. Joe Company | 2:10-md-02179 |

2132.05
Index of Exhibits for The St. Joe Company's Appeal of Order Enforcing Limitation of Liability Monition (MDL-2179 - D.E. 1765)

| Docket No. | Date | Document | Case |
|---|---|---|---|
| 1798 | 3/29/2011 | The St. Joe Company's Motion for Extension of Time to File Amicus Curiae Brief in Opposition to Transocean's Rule 12(b)(6) Motion to Dismiss | 2:10-md-02179 |
| 1821 | 3/30/2011 | OMNIBUS RESPONSE/MEMORANDUM in Opposition filed by All Plaintiffs re 1414 MOTION to Dismiss Master Complaint for Pleading Bundle B1, 1395 MOTION to Dismiss First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses ["B1 Bundle"] For Failure to State a Claim and Demand for Trial by Jury , 1429 MOTION to Dismiss Plaintiffs' Master Complaint for Economic Losses (B1 Bundle) , 1440 MOTION to Dismiss Case Pleading Bundle B1, 1433 MOTION to Dismiss The Plaintiffs' Bundle B1 Claims for Private Economic Losses, 1390 MOTION to Dismiss Party All B1 Bundle Cases and 10-2771 , First Amended B1 Master Claim in Limitation and First Amended Master Complaint by Petitioners in Limitation and, 1589 MOTION to Dismiss Plaintiff's Class Action Complaint. | 2:10-md-02179 |
| 1822 | 3/30/2011 | OMNIBUS RESPONSE/MEMORANDUM in Opposition filed by All Plaintiffs re 1414 MOTION to Dismiss Master Complaint for Pleading Bundle B1, 1395 MOTION to Dismiss First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses ["B1 Bundle"] For Failure to State a Claim and Demand for Trial by Jury, 1440 MOTION to Dismiss Case Pleading Bundle B1, 1433 MOTION to Dismiss The Plaintiffs' Bundle B1 Claims for Private Economic Losses, 1390 MOTION to Dismiss Party All B1 Bundle Cases and 10-2771 , First Amended B1 Master Claim in Limitation and First Amended Master Complaint by Petitioners in Limitation and, 1589 MOTION to Dismiss Plaintiff's Class Action Complaint. | 2:10-md-02179 |
| 1879 | 4/6/2011 | The St. Joe Company's Amicus Curiae Memorandum in Opposition to Transocean's Motion to Dismiss the Amended B1 Master Claim in Limitation | 2:10-md-02179 |
| 1954 | 4/13/2011 | The St. Company Notice of Appeal | 2:10-md-02179 |
| 2123 | 4/25/2011 | BP's Reply in Support of its Motion to Dismiss Consolidated Class Action RICO Complaint | 2:10-md-02179 |
| 2186 | 4/28/2011 | Transocean's Memorandum in Response to St. Joe's Amicus Curiae Memorandum | 2:10-md-02179 |
| 2188 | 4/28/2011 | Reply by Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc., and Triton Asset Leasing GmbH, in Support of 1390 Motion to Dismiss The First Amended B1 Master Claim In Limitation & 1st Amended Master Complaint | 2:10-md-02179 |
| 2191 | 4/29/2011 | Reply Brief of Cameron I.C. in Support of its Motion to Dismiss the First Amended Master B1 Complaint | 2:10-md-02179 |
| 2212 | 4/29/2011 | Weatherford U.S. LP's Reply Memo to the Omnibus Memorandum of Law in Opposition to Defendants' Motions to Dismiss B1 First Amended Master Complaint, etc.pdf | 2:10-md-02179 |
| 2216 | 4/29/2011 | Reply in Further Support of MI-LLC's Motion to Dismiss the First Amended Master Complaint, etc. | 2:10-md-02179 |
| 2298 | 5/9/2011 | Reply in Support of Halliburton ES, Inc.'s Motion to Dismiss Plaintiffs' Master Complaint | 2:10-md-02179 |
| XXXX | 3/25/2011 | Transcript of Proceedings Heard Before the Honorable Carl J. Barbier | 2:10-md-02179 |