UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | : | MDL NO. 2179 |
| "Deepwater Horizon" in the | : | |
| Gulf of Mexico, on April 20, 2010 | : | SECTION: |
| | : | |
| | : | JUDGE BARBIER |
| This Document Relates to: | : | |
| Case No. 2:10-cv-04536 | : | MAG. JUDGE SHUSHAN |

## ORDER

Considering the *EX PARTE*/CONSENT JOINT MOTION OF THE UNITED STATES AND ANADARKO E&P COMPANY LP TO MODIFY AND CLARIFY COURT'S ORDER DATED APRIL 28, 2011 (REC. DOC. 2184) REGARDING DEADLINES FOR FILING OPPOSITION AND RESPONSE TO ANADARKO E&P COMPANY LP's MOTION TO DISMISS AND REPLY THERETO, and good cause being shown,

IT IS HEREBY ORDERED that the United States shall have until May 31, 2011 to file any response to Defendant's Motion to Dismiss in *United States of America v. BP Exploration & Production, Inc., et al.,* 2:10-cv-04536 (E.D. La.) and, in accordance with PTO 28, Anadarko shall have 30 days from the date that the United States files its response to reply. The June 8, 2011 date of submission reflected in the April 28, 2011 Order is rescinded.

New Orleans, Louisiana this 17th day of May, 2011.

_____
United States District Judge