UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**<br><br>**This Document Relates to:**<br>*All Cases in Pleading Bundle B1*<br><br>(This Document also applies to No. 10-2771) | **MDL No. 2179**<br><br>**SECTION: J**<br><br>**JUDGE BARBIER**<br><br>**MAGISTRATE SUSHAN** |

## ORDER

CONSIDERING Plaintiffs' Motion for Leave to Supplement their Omnibus Opposition to the Defendants' Motions to Dismiss the Amended B1 Master Complaint:

IT IS ORDERED that Plaintiffs be and are hereby granted leave to file their Supplement to Oppositions to Motions to Dismiss the Amended B1 Master Complaint.

New Orleans, Louisiana this 17th day of May, 2011.

_____
United States District Judge