UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br>*All Cases in Pleading Bundle B1*<br><br>(This Document also applies to No. 10-2771) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SUSHAN |

### SUPPLEMENT TO OPPOSITION TO MOTIONS TO DISMISS THE AMENDED B1 MASTER COMPLAINT

Plaintiffs respectfully submit the following Supplement to their OMNIBUS MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE AMENDED B1 MASTER COMPLAINT [Doc 1128], to call the Court's attention to the following:

1. *Catalyst Old River Hydroelectric vs. Ingram Barge Co.,* **No.10-30466, 2011 WL 1449616 (5th Cir. 4/15/2011)**, in which the U.S. Fifth Circuit Court of Appeals reversed summary judgment with respect to damages incurred by a power company when the defendant's barge interfered with the flow of water through the intake channel to the turbines. The Court held that the resulting disruption to the plaintiffs' use of its property as a hydroelectric station was a cognizable injury under the *Robins Dry Dock* test. Further, recognizing that acts taken in mitigation to prevent permanent physical damage can satisfy the physical damage requirement, the Court indicated that the plaintiff could also recover for the physical recovery effort to secure and remove the barge from the intake channel, which required a reduction in the flow of water necessary for the turbines to operate properly and generate the power they were designed to generate.

2. *Phillips v. G&H Seed Co., et al,* **10-1405 (La. App. 3rd Cir. 5/11/2011), 2011 WL 1773269**, in which a panel of the Louisiana Third Circuit Court of Appeal confirmed that Louisiana follows a case-specific duty/risk analysis to economic losses, as opposed to a "bright-line" *Robins Dry Dock* approach, and remanded for further consideration the question of whether the manufacturer of a chemical that is alleged to have decimated the

      Louisiana crawfish population could be held liable under the circumstances to crawfish buyers, processors and resellers under the traditional duty/risk analysis, (irrespective of whether some or all of the seafood processors had a "proprietary interest" in the crawfish themselves).

3. **DAVID W. ROBERTSON, "OPA 90 – Searching for the Line" 9th Judge Alvin B. Rubin Conference on Maritime Personal Injury Law (May 13, 2011) [Exhibit "A"]**, in which Professor Robertson supports Plaintiffs' suggestion of a factual causation standard in the interpretation of the OPA statute, and largely rejects the analysis performed by Professor Goldberg on behalf of Mr. Feinberg and BP.

4. **Secretary of the Interior, DECISION MEMORANDUM (July 12, 2010) [Exhibit "B"], at pp.4-5**, in which the Secretary makes it clear that the Moratorium was not only the result of the threat of future discharge, but was also a direct result of the Macondo spill, which tangled up and limited the available response effort, due to the damages being threatened and/or caused to natural resources and other property by the Macondo oil.

This <u>17th</u> day of <u>May</u>, <u>2011</u>.

Respectfully submitted,

| | |
|---|---|
|     /s/ Stephen J. Herman |     /s/ James Parkerson Roy |
| Stephen J. Herman, La. Bar No. 23129 | James Parkerson Roy, La. Bar No. 11511 |
| HERMAN HERMAN KATZ | DOMENGEAUX WRIGHT ROY |
|    &amp; COTLAR LLP |    &amp; EDWARDS LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhkc.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs' Liaison Counsel* | *Plaintiffs' Liaison Counsel* |

## PLAINTIFFS' STEERING COMMITTEE

Brian H. Barr
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 South Baylen St., Suite 600
Pensacola, FL 32502-5996
Office:  (850) 435-7045
Telefax: (850) 436-6187
E-Mail: bbarr@levinlaw.com

Jeffrey A. Breit
BREIT DRESCHER IMPREVENTO & WALKER, P.C.
999 Waterside Drive, Suite 1000
Norfolk, VA 23510
Office:  (757) 670-3888
Telefax: (757) 670-3895
E-Mail: jbreit@bdbmail.com

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Office:  (415) 956-1000
Telefax: (415) 956-1008
E-Mail: ecabraser@lchb.com

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA & TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA  70037
Office:  (504) 394-9000
Telefax: (504) 394-9110
E-Mail: pcossich@cossichlaw.com

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL  36660
Office:  (251) 471-6191
Telefax: (251) 479-1031
E-Mail: rtc@cunninghambounds.com

Robin L. Greenwald
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY  10003
Office:  (212) 558-5802
Telefax: (212) 344-5461
E-Mail: rgreenwald@weitzlux.com

Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN, PORTIS &
MILES, P. C.
218 Commerce St., P.O. Box 4160
Montgomery, AL 36104
Office:  (334) 269-2343
Telefax: (334) 954-7555
E-Mail: rhon.jones@beasleyallen.com

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, LA  70601
Office:  (337) 439-0707
Telefax: (337) 439-1029
E-Mail:  mlundy@lundylawllp.com

Michael C. Palmintier
deGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA  70801-1910
Office:  (225) 344-3735
Telefax: (225) 344-0522
E-Mail:  mpalmintier@dphf-law.com

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW & ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA  70130
Office:  (504) 588-1500
Telefax: (504) 588-1514
E-Mail:  sterbcow@lksalaw.com

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399
E-Mail: mike@mikespy.com

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA 70726
Office: (225) 664-4193
Telefax: (225) 664-6925
E-Mail: calvinfayard@fayardlaw.com

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444
E-Mail: ervin@colson.com

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Office: (214) 521-3605
Telefax: (214) 599-1172
E-Mail: ssummy@baronbudd.com

Mikal C. Watts (PSC)
WATTS GUERRA CRAFT, LLP
Four Dominion Drive, Building 3, Suite 100
San Antonio, TX 78257
Office: (210) 447-0500
Telefax: (210) 447-0501
E-Mail: mcwatts@wgclawfirm.com

Of Counsel:
JOSH S. WHITLEY
BILLIE H. LEETH
STEVEN E. FINEMAN
ANNIKA K. MARTIN
JASON L. LICHTMAN
BRIAN COLOMB
DAVID BAGWELL
JAMES GARNER
ABAGAIL GAUNT
STEPHEN MURRAY, JR.
JOHNNY DEGRAVELLES
NEALE DEGRAVELLES
LARRY BERMAN
TOM SIMS
JULIA LEMENSE
DEBORAH WATERS
GARY MASON
KEVIN DEAN
*On Brief*

**CERTIFICATE OF SERVICE**

  WE HEREBY CERTIFY that the above and foregoing Supplement has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on May 17, 2011.

                /s/ Stephen J Herman and James Parkerson Roy