UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | CIVIL ACTION |
| | MDL 2179 |
| Member Cases: 10-1757, 10-1758, 10-1759, 10-1760, 10-2087, 10-2731, 10-2996, 10-2997, 10-4185, 10-4239, 10-4240, 10-4241, 10-2771 | SECTION: J(1) |

## ORDER

**IT IS ORDERED** that Defendant BP's **Motion to Strike the Omnibus Memorandum Submitted by the Plaintiffs' Steering Committee in Opposition to BP's Motion to Dismiss Certain Bundle C Complaints (Rec. Doc. 2372)** is hereby **DENIED.**

New Orleans, Louisiana this 18th day of May, 2011.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE