**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | CIVIL ACTION |
| | MDL 2179 |
| Applies to: *All Cases* | SECTION: J(1) |

**ORDER RE: REQUESTED BRIEFING ON TRIAL PLAN ISSUES**

Considering the need for efficient management of this complex litigation, the Court, Magistrate Judge Shushan, and Special Master McGovern conferred with Liaison Counsel on May 6, 2012, to address plans for the trial beginning February 27, 2012. In furtherance of the trial planning process, the Court requests that the parties brief the following issues:

1) Are there fact issues common to the claims, cross-claims, 14(c) claims, and/or third-party claims asserted in connection with the Transocean limitation action claims (No. 10-2771) that cannot be tried by the Court in a bench trial without a jury in the trial scheduled to commence in February 2012?

2) Are there fact issues common to both United States' claims (No. 10-4563) and PSC-managed claims that cannot be consolidated for trial and tried to the bench in the limitation action (No. 10-2771) pursuant to Fed. R. Civ. P. 42?

3) What issues in cases assigned to MDL 2179 cannot be severed and consolidated for trial pursuant to Fed. R. Civ. P. 42?

4) For those issues in cases assigned to MDL 2179 that cannot be tried by

the Court in a bench trial without a jury, what alternative, manageable and efficient trial plan should be used?

Any briefs addressing these issues shall be filed and served no later than June 6, 2011.

New Orleans, Louisiana this 18th day of May, 2011.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE