UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL NO. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| ALL ACTIONS | : : : | MAGISTRATE JUDGE SHUSHAN |

..................................................................................................................................

**[PROPOSED] ORDER**

CONSIDERING the Motion of the United States of America to dismiss the Third-Party Complaint [Doc. # 1320] and Cross-Claim [Doc. # 2068] filed against it by Petitioners Triton Asset Leasing GmbH, Transocean Holding LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc., including the Rule 14(c) tender to Plaintiffs, and having considered the supporting and opposing memoranda, it is hereby ORDERED that the motion be, and hereby is, GRANTED.  The allegations against the United States in the Third-Party Complaint and Cross-Claim are hereby dismissed, along with the Rule 14(c) tender to Plaintiffs.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
THE HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE