IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>CIVIL ACTION NO. 10-2771 |
| In re: The Complaint and Petition of Triton Asset Leasing GmbH, *et al.*, in a Cause for Exoneration from or Limitation of Liability | * * * * * | SECTION:  J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |
| This Document Relates to:<br>2:10-cv-02771 | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*    \*

**NALCO COMPANY'S UNOPPOSED MOTION FOR LEAVE TO VOLUNTARILY DISMISS WITHOUT PREJUDICE ITS CROSS-CLAIM AGAINST THE UNITED STATES OF AMERICA AND TO FILE ITS AMENDED COUNTERCLAIM TO THIRD-PARTY PLAINTIFFS' RULE 14(C) THIRD-PARTY COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 15(a)(2) and 41(c) and Pre-Trial Order No. 34, which requires leave of the Court for dismissals without prejudice, Defendant Nalco Company ("Nalco"), by and through the undersigned counsel, hereby moves for leave to voluntarily dismiss its cross-claim against the United States of America (the "United States") without prejudice and to file its Amended Counterclaim To Third-Party Plaintiffs' Rule 14(c) Third-Party Complaint.  Nalco seeks this dismissal without prejudice because subsequent to filing its cross-claim against the United States, Nalco has determined that it need not pursue such claims against the United States at this time.  Nalco seeks leave to file its Amended Counterclaim to delete all allegations against the United States leaving unamended its claims

against Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc.

Nalco has consulted with counsel for the United States who does not oppose and concurs with this motion.

WHEREFORE, Nalco respectfully requests that the Court grant this Unopposed Motion for Leave to Voluntarily Dismiss Without Prejudice Its Cross-Claim Against the United States of America and to File Its Amended Counterclaim to Third-Party Plaintiffs' Rule 14(c) Third-Party Complaint.

Dated:  May 19, 2011                                            Respectfully submitted,

By: /s/ Thomas J. Heiden
Thomas J. Heiden (IL # 6281563)
(thomas.heiden@lw.com)
Mary Rose Alexander (IL # 6205313)
(mary.rose.alexander@lw.com)
LATHAM & WATKINS LLP
233 South Wacker Dr., Suite 5800
Chicago, IL 60606-6401
Phone: (312) 876-7700
Facsimile: (312) 993-9767

*Attorneys for Nalco Company*

**CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing NALCO COMPANY'S UNOPPOSED MOTION FOR LEAVE TO VOLUNTARILY DISMISS WITHOUT PREJUDICE ITS CROSS-CLAIM AGAINST THE UNITED STATES OF AMERICA AND TO FILE ITS AMENDED COUNTERCLAIM TO THIRD-PARTY PLAINTIFFS' RULE 14(C) THIRD-PARTY COMPLAINT has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of May, 2011.

        /s/ Thomas J. Heiden
        Thomas J. Heiden (IL # 6281563)
        (thomas.heiden@lw.com)
        Mary Rose Alexander (IL # 6205313)
        (mary.rose.alexander@lw.com)
        LATHAM & WATKINS LLP
        233 South Wacker Dr.
        Suite 5800
        Chicago, IL 60606-6401
        Phone: (312) 876-7700
        Facsimile: (312) 993-9767

        *Attorneys for Nalco Company*