IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | CIVIL ACTION NO. 10-2771 |
| | * | |
| In re:  The Complaint and Petition of | * | SECTION:  J |
| Triton Asset Leasing GmbH, *et al.*, | * | |
| in a Cause for Exoneration from or | * | JUDGE BARBIER |
| Limitation of Liability | * | |
| | * | MAGISTRATE SHUSHAN |
| This Document Relates to: | * | |
| 2:10-cv-02771 | * | |
| * * * * * * * * * * * * * * * * * * | * | |

### ORDER ON NALCO COMPANY'S UNOPPOSED MOTION FOR LEAVE TO VOLUNTARILY DISMISS WITHOUT PREJUDICE ITS CROSS-CLAIM AGAINST THE UNITED STATES OF AMERICA AND TO FILE ITS AMENDED COUNTERCLAIM TO THIRD-PARTY PLAINTIFFS' RULE 14(C) THIRD-PARTY COMPLAINT

After considering Defendant Nalco Company's ("Nalco's") Unopposed Motion for Leave to Voluntarily Dismiss Without Prejudice Its Cross-Claim Against the United States of America and to File Its Amended Counterclaim to Third-Party Plaintiffs' Rule 14(c) Third-Party Complaint, the Court GRANTS the motion.  Nalco's cross-claim against the United States of America is hereby dismissed without prejudice.  Each party will bear its own costs.  Nalco is hereby granted leave to file its Amended Counterclaim to Third-Party Plaintiffs' Rule 14(c) Third-Party Complaint.

SIGNED this ____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE