UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | |
| "DEEPWATER HORIZON" in the | * | MDL No. 2179 |
| GULF OF MEXICO, on APRIL 20, 2010 | * | |
| | * | |
| This Document Relates to: | * | SECTION "J" |
| | * | |
| All Cases in Pleading Bundle B3 and | * | JUDGE BARBIER |
| Case No. 2:10-cv-2771 | * | MAGISTRATE JUDGE SHUSHAN |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### O'BRIEN'S RESPONSE MANAGEMENT, INC. AND NATIONAL RESPONSE CORPORATION'S UNOPPOSED MOTION FOR ENTRY OF DEEMING ORDER

On behalf of the Clean-Up Responder Defendants,[1] and pursuant to Magistrate Judge Shushan's direction, O'Brien's Response Management, Inc. ("O'Brien's") and National Response Corporation ("NRC") respectfully move for the entry of the attached proposed "deeming" order. The proposed deeming order will streamline these proceedings by obviating the need for the Clean-Up Responder Defendants to file repetitive and largely duplicative responses (some of which are currently due this Friday, May 20, 2011) to the various cross-claims/counterclaims that have already been filed or may be filed by Limitation Petitioners in the Limitation Action or by any 14(c) Third-Party Defendants against any of the Clean-Up Responder Defendants.

In her May 17, 2011 Order (Rec. Doc. 2396), Magistrate Judge Shushan directed the

---

[1] The term "Clean-Up Responder Defendants" includes Marine Spill Response Corporation, Airborne Support, Inc., Airborne Support International, Inc., Lynden, Inc., Lynden Air Cargo LLC, Dynamic Aviation Group, Inc., International Air Response, Inc., Lane Aviation, National Response Corporation, O'Brien's Response Management, Inc., Tiger Safety, LLC, DRC Emergency Services, LLC, and Nalco Company.

parties to inform the undersigned by Thursday, May 19, 2011, at noon whether they oppose entry of the proposed deeming order.[2] That deadline has now passed and, to our knowledge, no objections have been received. Accordingly, O'Brien's and NRC respectfully request that the attached proposed deeming order be entered.

Dated: May 19, 2011

        Respectfully submitted,

        /s/ Michael J. Lyle
        Michael J. Lyle (DC Bar #475078, IL Bar #6199227)
        Eric C. Lyttle (DC Bar #482856)
        WEIL, GOTSHAL & MANGES LLP
        1300 Eye Street, NW, Suite 900
        Washington, D.C. 20005
        Telephone: (202) 682-7157
        Facsimile: (202) 857-0940

        Theodore E. Tsekerides (NY Bar #2609642)
        Jeremy T. Grabill (NY Bar #4501755)
        Sylvia E. Simson (NY Bar #4803342)
        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153
        Telephone: (212) 310-8218
        Facsimile: (212) 310-8007

        Patrick E. O'Keefe (LA Bar #21086)
        Philip S. Brooks, Jr. (LA Bar #21501)
        MONTGOMERY, BARNETT, BROWN, REED,
           HAMMOND & MINTZ LLP
        3300 Energy Centre
        1100 Poydras Street
        New Orleans, LA 70163-3300
        Telephone: (504) 585-3200
        Facsimile: (504) 585-7688

        *Attorneys for O'Brien's Response Management, Inc.*

---

[2] The reference to "Thursday, May 12, 2011" in Magistrate Judge Shushan's order appears to be a typo.

Michael J. Lyle (DC Bar #475078, IL Bar #6199227)
Eric C. Lyttle (DC Bar #482856)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 682-7157
Facsimile: (202) 857-0940

Theodore E. Tsekerides (NY Bar #2609642)
Jeremy T. Grabill (NY Bar #4501755)
Sylvia E. Simson (NY Bar # 4803342)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone: (212) 310-8218
Facsimile: (212) 310-8007

*Attorneys for National Response Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing O'Brien's Response Management, Inc. and National Response Corporation's Unopposed Motion for Entry of Deeming Order has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of May, 2011.

/s/ Michael J. Lyle
Michael J. Lyle