UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION :  J |
| | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO 10-3353**

### AMENDED COMPLAINT FOR DAMAGES

**TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:**

The Amended Complaint of Samuel Douglas Borries, a/k/a Doug Borries and Samuel Borries, Individually and d/b/a Borries Marine Construction Company; and Douglas J. Borries, a/k/a D. J. Borries, Individually and d/b/a Global Contractors LLC, hereinafter "Plaintiffs", all residing and domiciled in the State of Mississippi, with respect represent:

1.

Plaintiffs re-aver and re-allege allegations in Paragraph 1 of their Complaint for Damages as if re-pled herein in its entirety.

2.

Plaintiffs amend Paragraph 2 of their Complaint for Damages to withdraw diversity of citizenship as the jurisdictional basis and in its place and stead plea that jurisdiction of this cause of action against said defendant is based upon the general maritime law of the United States.

3.

Plaintiffs re-aver and re-allege Paragraphs 3 through 8 of their Complaint for Damages as if re-pled herein in their entirety.

4.

Plaintiffs withdraw their jury trial request as stated in Paragraph 9 of their Complaint for Damages and in its place and stead plea that plaintiffs bring this matter pursuant to Fed. R. Civ. Proc. Rule 9(h).

**WHEREFORE**, Plaintiffs, Samuel Douglas Borries, also known as Doug Borries and Samuel Borries, individually and doing business as Borries Marine Construction Company; and Douglas J. Borries, also known as D. J. Borries, individually and doing business as Global Contractors LLC, pray for judgment against defendant BP America Production Company and in their favor for payments due under the terms of the charter agreements in the amount of TWO MILLION AND ONE HUNDRED SIXTEEN THOUSAND AND EIGHT HUNDRED NO/100 ($2,116,800.00) DOLLARS, or such greater amounts as may be appropriate under the circumstances, for attorney's fees incurred by the plaintiffs in this cause, for all taxable costs and interest and for any additional relief to which plaintiff may be entitled under the circumstances of this cause.

Respectfully submitted,

/s/ Paul M. Sterbcow
PAUL M. STERBCOW (#17817)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, LA 70130
(504) 588-1500
(504) 588-1514        Facsimile
sterbcow@lksalaw.com

**OF COUNSEL:**

Clyde H. Gunn, III (MS Bar No. 5074)
Buddy@cgvclaw.com
Christopher C. Van Cleave (MS Bar No. 10796)
Christopher@cgvclaw.com
W. Corban Gunn (MS Bar No. 101752)
Corban@cgvclaw.com
David N. Harris, Jr. (MS Bar No. 100790)
David@cgvc.com
CORBAN, GUNN & VAN CLEAVE
P. O. DRAWER 1916
BILOXI, MS 39533-1916
(PHONE) 228-432-7826
(FACSIMILE) 228-456-0998

Judy M. Guice (MS Bar No. 5057)
judy@judyguice.com
P. O. Box 1919
Biloxi, MS 39533-1919
(Phone) 228-374-9787
(Facsimile) 228-374-9436

**PLEASE SERVE:**

**BP AMERICA PRODUCTION COMPANY**
Through their registered agent:
C T Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA 70808

3