# Exhibit 4

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3    IN RE:  OIL SPILL       )    MDL NO. 2179
      by the OIL RIG,         )
 4    DEEPWATER HORIZON in    )    SECTION "J"
      the GULF OF MEXICO,     )
 5    April 20, 2010          )    JUDGE BARBIER
                              )
 6                            )    MAG. JUDGE
                              )    SHUSHAN
 7

 8

         [photograph]

13

14              Deposition of JAMES WETHERBEE,
      taken at Pan-American Building, 601 Poydras
15    Street, 11th Floor, New Orleans, Louisiana,
      70130, on the 26th of January, 2011.
16

17

18
      APPEARANCES:
19

20    Mr. Paul Sterbcow
      LEWIS, KULLMAN, STERBCOW & ABRAMSON
21    601 Poydras Street, Suite 2615
      New Orleans, Louisiana 70130
22    Phone:  504-588-1500

23    Mr. Ian Taylor
      LEWIS, KULLMAN, STERBCOW & ABRAMSON
24    601 Poydras Street, Suite 2615
      New Orleans, Louisiana 70130
25    Phone:  504-588-1500
```

1  The résumé, I think, was 27.
2           (Exhibit Number 28 marked.)
3       Q.    Explain to us what this document
4  is.
5       A.    This is a transcript of
6  conversation between Steve and me as we
7  began the process -- as I began the process
8  of beginning to write what we were finding.
9       Q.    Okay.
10      A.    So it's the beginning of the
11 actual writing process.  One of the steps
12 that I chose to use was to -- so now you
13 can see it.  It is potentially more
14 valuable to me to begin to write.  The way
15 we chose write was to dictate.  And so I
16 had begun to form in my mind the kinds of
17 things we wanted to write in the report,
18 and so I was interested in one of the
19 methods of capturing the thoughts from the
20 subteam leaders as to where they were in
21 their engineering assessment and analysis
22 for the investigation.
23      Q.    Okay.  And you said this was
24 done via dictation where you actually have
25 a machine --

```
 1         A.    Correct.
 2         Q.    -- there?
 3               And it would have just been
 4   the two of you?
 5         A.    No.  We had a stenographer.
 6         Q.    Oh, you had a stenographer?
 7         A.    Right.
 8         Q.    Okay.
 9         A.    Who had a machine.
10         Q.    Who had a machine, obviously?
11         A.    Right.
12         Q.    All right.  And you would be
13   there to have a discussion, in this case,
14   with Steve Robinson to get his thoughts on
15   whatever topic was -- was on the table for
16   discussion?
17         A.    And whatever topic that was on
18   the table for discussion would have been
19   his area of responsibility, which is
20   operations --
21         Q.    Okay.
22         A.    -- for the investigation for
23   Deepwater Horizon.
24         Q.    And who did you do that with, if
25   you can recall, other than Steve?
```

1      A.   The four subteam leaders, Mark
2  Bly, the investigation leader, and Tony
3  Brock, the deputy.
4      Q.   And did you then take the
5  transcripts and use them as part of the
6  effort to put the report together?
7      A.   The answer is yes.  The amount
8  that I used is very little.  It turns out
9  that the spoken word is not even close to
10 what is needed in a written document with a
11 pedigree and degree of accuracy that we
12 want.  And so it turned out to be not very
13 useful to me.
14     Q.   Okay.
15     A.   Which I had learned once before
16 but decided to try it anyway.
17     Q.   All right.  Was there any
18 information -- did you use it to -- any of
19 the interviews as personal learning tools
20 about the deepwater drilling process?
21     A.   No, sir.
22     Q.   Okay.  You didn't need those
23 interviews to do that?
24     A.   At that point, no.
25     Q.   All right.  Other than the four

```
 1   team leaders, were there any transcribed
 2   conversations taken that you were involved
 3   in?
 4        A.   Yes, sir.  The investigation
 5   leader and the deputy team leader in
 6   addition to the four subteam leaders.
 7        Q.   Okay.  So that would be six
 8   total?
 9        A.   Six total, right.
10        Q.   Any besides those?
11        A.   No, sir.
12        Q.   Are you aware of any other BP
13   investigation team member conducting
14   transcribed conversations in the matter
15   that you did these?
16        A.   I am not aware of any.
17        Q.   Okay.  Are you aware of any
18   other transcribed notes or conversations
19   that arose out of the -- the investigation
20   other than the ones we just talked about?
21        A.   No, sir.
22        Q.   In terms of interview notes --
23        A.   As -- sorry.  As part of the
24   investigation process?
25        Q.   Correct.
```