# Exhibit 5

# MDL 2179 Deposition Exhibit 28

Now viewing document 36 (173845) of 53 in Search: |BP witnes...

| | |
|---|---|
| **Company** | BPXP |
| **Box No** | MDL2179VOL000009 |
| **Custodian** | IIT Full Disk USB - James Wetherbee\|IIT Targeted - Wetherbee, James\|IIT Targeted - Wetherbee, James\|IIT Full Disk USB - James Wetherbee\|IIT Targeted - Wetherbee, James\|IIT Targeted - Wetherbee, James\|IIT Full Disk USB - James Wetherbee\|IIT Targeted - Wetherbee, James\|IIT Targeted - Wetherbee, James |
| **Beg Doc No** | **BP-HZN-BLY00089917** |
| **End Doc No** | BP-HZN-BLY00089920 |
| **DocID** | BP-HZN-BLY00089917 |
| **Page Count** | 4 |
| **ParentID** | |
| **Attachment** | |
| **Family** | BP-HZN-BLY00089917-BP-HZN-BLY00089920 |
| **Properties** | Standalone |
| **From** | |
| **To** | |
| **CC** | |
| **BCC** | |
| **Subject** | |
| **Doc Date** | 00/00/0000 |
| **TimeSent** | |
| **Date Created** | 07/22/2010 |
| **Date Last Modified** | 07/22/2010 |
| **Date Received** | 12/20/2010 |
| **File Size** | 7232 |
| **Attachment Title** | 10-07-21 BP Steve Robinson.txt |
| **Application** | |
| **File Path** | \Deloitte_Delivery_026 \Wetherbee_James_Export\Wetherbee_James_FullDiskUSB_BP-009440.E01_Partition 1_WETHERB [FAT32]\[root]\Wetherbee Superseded\H\Summary/10-07-21 BP Steve Robinson.txt |
| **Doc Link** | |
| **Page Count TOF** | |
| **Folder ID** | |
| **Full Text** | |
| **Hash** | cc26675623c25c9ca8a6cddaa775ff76 |

EXHIBIT # 28
WIT:

STEVE ROBINSON
JAMES WETHERBEE
POST MEETING NOTES
JULY 21, 2010

MR. ROBINSON: I do need to cover some of the other critical factors. At least one, one and two both to make it all make sense.

Okay. To have a failure here one thing you have to have is a failure of cement behind the casing. And when we look at the -- to get a flow to the surface you have to have another failure in addition to the failure of cement. We don't know for certain where that failure is. It could be either through the shoe track, at the seal assembly at the top of the casing or somewhere along the casing. We think the most likely case is the shoe track, but we can't definitively conclude that. We just have a number of indicators that point to that.

MR. WETHERBEE: Okay.

MR. ROBINSON: The rig team go through a series of tests to test the integrity of that casing to determine if it has integrity. They did so without standardized procedures that would lead them through logical steps and would help them define what success failure is.

MR. WETHERBEE: Okay.

MR. ROBINSON: And it was left to them then to just sort of figure it out. So when they came to one of those integrity tests, the negative test,

because they didn't have standardized procedures they failed to interpret the test correctly. Pressure abnormalities occurred during that test, and they didn't interpret those abnormalities correctly. The well, in fact, did not have integrity, and they did not know that. They thought it was okay.

They continued with the normal procedures at the end of the well to displace the heavy mud out with seawater and doing so underbalancing the well with that loss of integrity. The well began flowing about a little under an hour before the first explosion, and they did not see it because they weren't taking steps to ensure the well was being monitored. They had the ability to monitor the well.

I need to back up a little bit. They didn't take steps to monitor the well while they had multiple activities occurring to get ready for the next well and to finish this well but they had the ability to monitor the well and we're not sure why but they chose not to do so or seemed to choose not to do so because the well began flowing unnoticed. That condition deteriorated over that hour, that last hour, to the point to where flowing condition did become obvious or some abnormality became obvious there in the final 18 minutes or so, and the initial actions taken by the rig

crew seems to indicate that they did not know that there was a well control problem at least at first. The actions they took weren't consistent with what the well control protocols from the contractor are. It wasn't

until the last -- we think the last eight minutes or so that they started taking action to control the well. By then it was too late.

Looks like there was action -- there were actions taken to control the well, but it was either too late or the equipment failed to function.

MR. WETHERBEE: It occurred to me as you're -- well, let me wait until you get done.

MR. ROBINSON: Go ahead.

MR. WETHERBEE: Yeah. I was just going to say the other thing that would help me is if I print off your section and we just went through it page by page.

MR. ROBINSON: Maybe so.

MR. WETHERBEE: And you said this is important.

MR. ROBINSON: Uh-huh.

MR. WETHERBEE: This is really, you know, something to focus on. So let me do that.

MR. ROBINSON: So is that too high level what I just did because we can do it in more detail?

MR. WETHERBEE: Yeah, I need both.

# MDL 2179 Deposition Exhibit 29

MARK BLY

JAMES WETHERBEE

POST MEETING NOTES

JULY 22, 2010

You know, when I look at the issues around the first part of the event, which is really to do with the failure to establish well integrity and the failure to catch that that hadn't happened, the things that are on my mind are about how the -- the sort of integrated program and the reduction of safety factor happened through a series of decisions. So when you look back on what the team was doing, they had successfully drilled and made this discovery. You know, they discovered a 86 feet of high pressure, high permeability reservoir. And in the setting that was in was a very tight pore frac gradient environment which means you're battling the balancing between having enough hydrostatic pressure in the well to control the reservoir and on the other hand not having enough too much so that you lose. And those things create a tricky thing. So the design they selected was this long string. They chose that after a series of reviews and looking at all the various factors. And I think the conclusion of the investigation, looking back, is that that choice in and of itself was okay. It was made on a good basis, and it's a design that's been used before. And it needed to be recognized that whatever design they chose, it was going to be tricky or challenging to get good zonal isolation in the well. So it was doable. It required a high degree of engineering rigor. And what's interesting to me when you go back and analyze the series of choices that were made in the final detailed design, if you will, and limitation of that work, it looks like the choices sort of accumulated and allowed safety factor to be reduced.
So having chosen long string, they needed to get a cement formulation and placement plan to accomplish zonal isolation in this difficult environment. And in that process working with a cementing contractor, a small volume, a relatively small volume of cement was chosen, and it's a pretty complex or sophisticated overall design, you know, when you look at the cap and the lead and the foam cement, it was a -- you know, the base oil spacer and so on, it was a design that was really focused on this kind of hydrostatic balance ECD problem. And as we've gone back and look at the details of the slurry itself with third parties, it appears that there were some real risk factors in the slurry that was proposed, you know, the concentration of foam that was required, the various additives and things that were used to make the slurry in hindsight appear to be questionable. And so the first observation is, you know, in order to accomplish this task of getting, overcoming the hydrostatic challenges, the ECD challenges, a pretty complex program was developed, and it doesn't appear that the other risk factors besides ECD were well tested, checked or understood.

So in my view, the first kind of opportunity to kind of, you know, see a problem coming was actually right at the very stage of the cement design and the testing that was done. And then the next, you know, from there if you look at it, this was happening in kind of a hurried environment. There was a number of iterations and decisions being made, and ultimately that job was pumped without the benefit of final testing and results from the cementing contractor, and it would appear from our investigation, without the benefit of clearly signaled risk factors. So risk factors weren't signaled from the provider. The right questions about risk factors weren't asked from us as the client, so an opportunity was missed to recognize risk.

From there, there was a parallel set of decisions being made about the centralization of the pipe, and during the process it was recognized pipe had to be centralized to give it the best chance for goo cement sheath without channeling. A plan was put in place to use 21 centralizers, a centralize well, but hydrocarbon zone that plan required accessing 15 new centralizers that weren't part of the original job. That was done by the engineering team. They were delivered to the rig, but then a series of discussions ensued wherein the rig team felt uncomfortable that the centralizers were the right type and that they themselves may present different kinds of risks if they were run. And so ultimately the decision was taken not to run 15 centralizers. And I think at that point there was another risk factor that was allowed in which is reducing the probability of getting good cement above the hydrocarbon zones. Not obvious that it's causal, but it was just another sort of example of potentially shaving off a safety factor. And as it turns out, that decision in hindsight was made on the basis of incorrect information.

And then from there you move to the execution steps, and in those steps the team, you know, mixed and pumped the cement job per plan. The indications from the field were that it had gone well and the things that you look at are pumping pressures and whether you have full returns through the job. And that, you know, at face value went relatively as expected, and for me the next important decision that was made was to accept those two factors, the pumping pressures and the full returns as confirmation that the cement job had gone well and top of cement was where it was expected and that, therefore, you had good cement across the reservoir.

In hindsight, and if you look at some of our own guidance, it would be suggested that that approach for confirming top of cement and, therefore probable zonal isolation was acceptable in some cases, but it's recognized as, you know, not necessarily the most reliable way for that confirmation. And some of the attributes of this particular job even indicate that it was a less reliable way to confirm top of cement, particularly the fact that the weight of the cement or the density of the cement and the density of the mud were nearly the same, so being able to kind of detect pumping pressure differences with that very narrow balance is difficult and, therefore, unreliable.

But based on, you know, based on that choice, the next decision was made which was not to run a cement evaluation tool. You know, an electric log that's designed to go and get indications of whether you've got cement bond to the pipe. And, again, this decision was made based on custom and practice which says, you know, it's best to run your bond log after the cements had a long time to set up. You've got the best chance of getting a good indication then, and so it was decided not to be done and they accepted the lift pressure as the method.

For me the issue is the bond log would have given an opportunity to detect a bad cement job. So it's sort of the case of it may not be a positive confirmation of a good job. I believe it would have at least given an opportunity to detect a bad job. And, therefore, you know, if our view is right and the cement slurry was flawed, I think this was an opportunity to have detected that when there was still plenty of time to take remedial action, and that opportunity was not taken.

And then, finally, in the kind of this sequence of, you know, decisions and outcomes through the process, the final test to confirm that the well and the cement job have got integrity, are pressure test done on the whole system, positive pressure tests to see if there's integrity, if you like, from the inside of the pipe to the outside and then negative pressure tests to reduce the pressure inside the casing and to a pressure that's below the formation pressures outside. And the idea is if the casing doesn't have integrity you'll see flow from outside to inside, and that will tell you you got a problem.

And when I look at it, the guidance that was given to the rig team to conduct that

test and the procedures were very minimalist, and I also believe that they weren't given in the context of this whole series of potential risk factors that had been -- you know, had happened leading up to it so that when the rig team did the tests that they not only misinterpreted some clear signs but they didn't -- it didn't trigger in them, you know, questions or elevation of further discussions about what could go wrong. So, you know, put simply, it's almost as if the test was done with the expectation that everything was okay as opposed to with a very sharp eye on an expectation that, you know, it's likely that we're going to have a failure here. So, you know, when I think about the sequence of events and interactions, I kind of see that final integrity test as, you know, kind of the last big opportunity to identify a problem, and we -- you know, that wasn't successfully achieved.

I mean, I'll say a couple of words on that. I think you should get it from him because he's got a lot better technical understanding. My sense of it is that the approach and the sequence of operations followed in this case were again kind of custom and practice for the exploration team and in their own right may have not been problematic. It's kind of in hindsight when you go back through an engineering analysis of the stresses and loads on the well that way, and with the negative test it does suggest that, you know, we need to go back and reengineer that or think through that set of operational steps from an engineering lens and make it clear about when the seal assembly needs to be locked to the wellhead. So in a way it was sort of subjected to loads that weren't contemplated or understood during the negative test, and, if they were, it would become clear I think that it should have been locked in before we do the negative test. So I see that kind of as an engineering standards gap as opposed to an operational gap.