# MDL 2179 Deposition
# Exhibit 33

INTERVIEWER: JIM WETHERBEE

PAUL TOOMS                    1530 / 12 MAY 10

\* CONFID (NOW)   RADIOGRAPHIC INSPECT
                 GAMMA RAY (TRANSCO)      DENSITY
                 MEMORY PLATE , COBALT (SIMILAR TO XRAY)
          SHOT CAVITIES   WHERE   WEDGE LICKS
          — BSR   VBR   TEST
             UPPER CAST : VBR  NOT FULLY IN PLACE
          — CSR WON'T STAY SHUT   UNLESS PRESS
          CALIBRATE
             — LOWER ANNULAR (NO PRESS)     LKS ?
                                            GAVE UP
             — UPPER ANNULAR   MUCH TIME , THEN PRESSD U
             — LOWER VBR  PRESSD UP  IMMEDIATELY

\* AUTO SHEAR PIN

\* RISER —
          SURVEYA   KINK W/ DENSITY TOOL   — NO RETURN
                                 MAYBE BLOCKED  (EROSION)

             LIGHT COLOR — GAS → HYDRATE
             DARKER     — LESS GAS
                WATTY
          CSR   DISTURBED FLOW (?)

\* LMRP   TRDLC ROD   DOWN   (AS FAR AS I KNOW
                             IT WON'T STAY
                             UP W/O PRESS)

EXHIBIT # 93
WIT:

CONFIDENTIAL                                    BP-HZN-BLY00061457

* HOW FAR TO PUMP?

    MUD ENGIN, DRILLER, WISC.
    1170    1172

    I HAVE NOT WORKED W/ BOB ; IF

* DON'T CHECK NUMBERS , ...

    FLOW OUT STREAMED TO TOWN IS QUESTIONABLE

* I PILOT VLV LK ON MORN RPT
* KODIAK SKID METHANOL
* DIVERTER NORMALLY CLOSED OPEN , VLVS CLOSED

* NEVER USED BASE OIL AS A SPACOR IN MY LIFE,
    BUT WE HAD TO BALLANCE THE ECD ON THE WELL

CONFIDENTIAL

BP-HZN-BLY00061458

* I HRP LK LOW ∆P SMALL WOBT
  NEER GLYCOC INJECTION PORTS
  (TO REMOVE HYDRATES FROM OUTSIDE)

  STACK COMPRESSED SEAL RING

* ROV CUTTING
  HOSE INSERTION TOOL

  NEED MORE EFFECTIVE WAY TO INTERVENE
  NOT USER FRIENDLY
  S.R. ROV CAN'T DELIVER P & V TO
       USED ACCUM.

* ANN. WILL BE GONE IN HYDROC.

* ELIMINATING CASING ACROSS BOP
  ( RADIOGRAPHY )

* WILL CHECK PRESS DROPS ACROSS PIPE RAMS
  (SUNDAY)

      ※
      3850

BP-HZN-BLY00061799

MDL 2179 Deposition

Exhibit 37

EXHIBIT # _37_

WIT:_____

Document Produced Natively

CONFIDENTIAL

BP-HZN-BLY00061468



John Guide - 12 May 2010 - Cowie, Martin, Wetherbee, Corser, Pere

Started April 15 2009, replaced Jake Skelton
in Prod, Compl, wellsite leader, small company - Vastar, BP purchased - DW since, 30 yrs total exp
wellsite leaders report to me, execute safe, reliable ops, manages people issues, logistics
Everybody does comms different, amount of micro-mgt different
calls rig 500-530 every morning
730 formal rig call with whole team, eng, ops to inform group of goings on and flag anything significant - OIM
and everyone is in call
TOI has morning calls -

Ops instructions conveyed - procedures go beyond best process, normal prog takes 6 mos - 2 yrs to produce,
help from various groups in EA - Tiger team, - program frozen, hole section by section with diff groups, final
product, Tiger team shallow hazard - prepared by eng, approved by Greg and John Sprague
9 7/8 x 7 under new group, prepared by eng (Brian) app by Greg Wallz and John Sprague and Sims
Program get to driller - depends on WS leader and crew, one bullet of success for DWH doesn't matter if
formation or location changes, do the same drill every time - why they were successful
decision making protocol - WSL responsible for everything - in communication plan
desire for comm changes with diff groups - 2 examples - safety incidents, dropped objects, change in
procedures (casing points)
neg test - site specific practices, DWH done specific way for years, set procedure, no written procedure - 2 of
last 10 done with base oil - Using base oil down choke line - wouldn't satisfy MMS
Acceptance critera put into balance, bleed to 0 with no flow, expect to get 10bbls back, 0 pressure and
monitor for 30 mins for no flow



lock down sleeve - completion and subsea eng wanted it locked down
locks everything in place, seal area on top
WSL roles and resp - safe and rel ops, procedures impl, people, equip, DWOP, can challenge program,
errors in well plans
roles and resp written - no, verbal but very clear
talked to Bob about expectations on rig
Expectation that people are qualified to work on DW rigs
Changes to program - anticipate any changes, section mtgs, issues, expectations, reviews, follow beyond
best practice

if any changes, stop, discuss, involve everyone - major, use MOC process and ops notes for smaller changes
new MOC is bug ridden - drill eng manage MOC documentation
who comms ops notes - my responsibility - also used to convey what's happening
is it through email - yes
how know if plan or change to plan - doesn't know, eng sends notes, I approve - neg test, I can do, but eng
changes, eng people - every day we are changing
MOC long string or liner - engs in office on speaker phone with Sprague, Sims and I, recommend liner due to
being a ble to cement in place and circ with ECD that won't break down formation
next morning, problems in Halliburton modeling found - tricked it, fudged it to make it work - now showed you
could cement long string
Engs put recommendation together - to Sims and Sprague
John said be prepared to run liner or long string - depending on outcome of wiper trip
discussed highest HC in well, approx 17800' - needed to have cement coverage to 17300 per MMS
compatibility discussions - vetted through Cunningham
Halliburton gas flow potential - never been discussed on any exploration well
Halluburton delivered modeling just in time, always
Centralizers - just 6 on rig, engs on rig responsible for getting them

well plan - shows 7-21 centralizers - he vetted all risk back to eng group (Wallz) agreed not to run them then - run all that's available (6), last min changes, model flawed, had to trick it, Atlantis lost many centralizers down hole - had not talked to Sims

No discussion with eng about channeling due to lack of centralization

Halluburton 4-18 model around 2100 Sunday they had already run 8000' pipe in hole

float equip DWOP approved, does not sign or see dispensations

Bob called eng, could not get it to convert, Brian talked with Wetherford, could go to 5000psi staged up pressure, converted at 3140

Pits, normally isolate 2 pits to handle cleaning and mud transfer

Sees no risk except during negative test, including backloading, transfering to boat - not written

New TO personnel 'good'

Formaset pill - goal to use something already built, talked with MI guys, plan built by mud engs, WSL and driller

Sperry Sun insight data, some recorders different, be careful what you are monitoring

With new structure functional - need more people and takes more time

Change on neg test procedure, ops note between Brian and John, but did discuss with Greg and Sims (confirmed)

Standard way of doing things on DWH but not written down

"never used base oil as spacer in my life, but we had to balance the ECD on this well"

DIMS report there was a shuttle valve leak reported, but not in IADC

Halliburton simulations - can't believe the data

MDL 2179 Deposition
Exhibit 41



EXHIBIT # 41

WIT:

Document Produced Natively

CONFIDENTIAL

BP-HZN-BLY00086684

**Brian Morel:** 1037 - 1230, 27 Apr 10, 25th Floor, Westlake One
Notes by Jim Wetherbee; Others present: Warren, Rex

We had issues with pressure pores (low) and frac (high)
We were taking losses, cut back mud wt form 14.5 to 14.3 to stop losses
Geotap measued 14.12 to 14.16
Emergency LCL pill to stop loss
Logging was smooth
7" casing was from Nexun
Crossover to 9 7/8" was from third party
Ran 7" casing to 5,800', followed by 9 7/8"; One bobble; went 10,000' down
Rig stand pipe P gage was not functioning; this is standard out there
Wanted P close to 14.5, but not to exceed that; and above 14.16
Sequence was: 7 bbl, 20 of 14.3 spacer, 5 cement, 39 foam, 7 shoe track vol, 20 bbl spacer
Dart for bottom; press higher than expected
Didn't see bottom release
Top went through DDT
After 150 bbl, switch to rig pump
7" bottom plug; went through p induction at pumps
Bottom plug landed 9 bbls of where it should have
Top plug OK
Set seal assembly, 6 turns to the right to release
4000 psi, then 10000 psi for 10 sec; bleed to 6700 psi (6500 psi was our intention)
Watched for 1 hr because rate was more than expected
Vadril procedure - sheared
Stabbed running tool into the well head
Press dropped initially 5 psi/min, then 4 psi/min for 10 min
Flow check
Went to bed at 3 am
Woke up an hour before flight (later said he left on the 11 am flight)
Wrote an ops note to bridge the gap between the procedure and current ops
X e-mail ops note from Brian was sent 20 Apr 10, at 10:43 am
Left (on the 11 am flight)
Looked at data retrospectively: u-tube effect; both lines had sea water, with a closed annular
Didn't have valve open at the cement unit (it was closed)
Crew was worried P&A on Nile (next job); working simo to ensure ready
Held conversations about how to be effective in the move

Rig is performance-driven; always stay one step ahead
History of delivering great wells over 9 yrs
Touted as one of the best in TransOcean and BP
P&A ops on Nile will be different
Every meeting safety was talked about
TransOcean safety was on-board
Tape up for every p test, lifting ops always marked off properly
I always felt very safe when on board
Everyone placed safety first, production closely follows
Stop job numerous times, do another JSA
Stop after every new casing or after so many ft to ensure not complacent
Safety classes - Driller was involved, asked questions
John Guide was involved; asked questions
Foam cement reqd: had to stay between 14.6 and 14.2, so N2 can reduce 16.7 cement to 14.5
Needed MOC for cement job - Haliburton predicted 15 equiv w/o N2, thought should not attempt
Job was designed improperly; 14.4 must have been wrong due to pressure effect (compressibility, since we added water)
14.19 from gages
14.0 to 14.2 to rid compressibility in model
Cement designed to not go into 9 7/8"
Plan 500' above known level (17800') so 17300' (MMS reqt.)
Leave 40' to 50' in case the count of joints was erroneous by one
Have done N2 production strings in deepwater
Were supposed to go to 19600', but frac reading lower so didn't get to it
We always foam 28" and 22", but not as deep as this
On Horizon we used a few hundred sacks vice thousands on other foam jobs
Rig puts info into cement jobs procedures since they have up-to-date info
Drilling program didn't include production string so MOC ws written for production string and cement job
Three events: Casing, Packoff, Negative Press
DrilQuick has the program; hands are expected to run procedure
But recommended increase 3000 to 4000 lately, and then 10000
Operations prefers 6500 (BOPs were tested at 3500 annulars, 6500 with pipe)
Held 10000 for 10 sec
If press test not successful: Rig Operations Mgr (John) must decide
Regarding the neg test, if minor decisions, hand can decide; if bigger, John must decide
Negative test - each rig does it their way
We displace stinger to well head (to sea water)
Test those lines bu Open one line and drill pipe to cement unit; look for a flow

2350psi drop (sea water from rig to 8300') MMS approval obtained
Procedure is a bulleted ops note - doesn't tell you exactly how to do it
Two ways to conduct the neg test, A) both ends open or B) Open one end
Don't know if they tried to bleed pressure
They had a lack of understanding about how the U-tube works
Criteria for unsuccessful test: Flow (not press)
There was no flow in kill line
Not reported to town
If gas reaches kill line, it will freeze, expect hydrates
No protocol to witness neg test
If there are minor changes to the plan: Engin inform others, Call rig Mgr, Send note
If major changes to the plan: MOC, use Bizflow
Negative test - 30 minutes, use Drilling Procedure
Confusion over why engineer was told ther were 2 neg tests (they didn't complete 2 tests)
Mark is senior engineer, and was not aware of a pressure anomaly

**Bob Kaluza:** 1000, 28 Apr 10, Las Vegas
Notes by Jim Wetherbee; Others: Steve, Jim Cowie, Rex

Was told one fell out of derrick
Stabbing board fell
At no time did I feel my life was in danger
On the lifeboats there was a lot of panic
Can't get it out of my head; it's on the news all the time
It's tragic; 8 at rig floor, 2 mud, 1 crane
I was a substitute (assigned to Thunder Horse)
Houston office asked me to fill in for Ronnie Sepulveda
I didn't know the history of Horizon at this well
first time in GoM
Blue's Image was the well from hell, this was the 2nd well from hell
Just finished casing, 18304', Had little trouble getting it to shear
Alamon had a hand (Wayne); Weatherford did not
Converting before cement job 700-800 psi (predicted by Wayne)
Called town and John to get ok to go higher to 3000
Then made a second call to get ok for 3500 (converted at 3124 - coincidence that this was predicted)
I wanted to convert at 1 bbl/min because I didn't want to hit too hard (formation is sensitive)
After it shears, I'll stay at 1 bbl/min
At 18000' if you shear, it normally takes a while before flow; but if flow immediately, then press at 125 psi quickly
At 4 bbl/min, pumping at 350 psi (modelled at 500)
I thought This is odd, so we switched from pump 3 to pump 4
John was ok to continue
John said "pump cement"
Don said, "Bob you figured out a way to pump…"
I said, "this is a weird situation"
Max gas off bottom (on Thunder Horse we get a lot of gas; there is a lot of oil in formation in Gulf)
Then went back to background gas
Called for circ 1-1/2 times drill pipe; we did not circ complete bottom up before cement job
If you get circ, want to immediately pump cement
This is the first time I've thought of this
I read that the seal assemble went fine
I set the slips on the hanger before cement job
Everything we landed was 5' deep
Could see it shear on slips

Don did Seal Assembly
4900 for positive press
Ran to BOP, not below
Pumped down kill
250 low, 2500 psi high 30 min, rock solid
Don't know if they pumped through choke and kill
Mark called me to talk about ...
Mark said that's not part of the APD; so I got Brian up
He said displacement, then neg test, rather than what APD says
Anytime they get behind, they try to speed up
Brian said team already agreed to do it this way and deviate from temp abandonment procedure (Mark out of office)
Brian said he would talk to Mark
Sounded to me that them, including John, agreed
Don't know if town talked to MMS
Continued to 8367
MI Swaco (Leo) programmed displacement
I asked Wyman Wheeler (and the Cementer) are you comfortable with this?
Then I went to office
Vance did high press test
Wyman (tool pusher) has done this a lot of times
Wyman was working to fill riser
Displaced SBM and ... to top of annular (kill and choke closed) down the Drill pipe
Appeard they were filling riser
some of mud had dropped, short time to fill (SBM to top off)
8367, 14 SBM, 450 bbl spacer 16.0 to bag
pushing heavy fluid down drill pipe
one guy with flashlight to see if drop
Closed bag
Saw 1260 on Drill pipe (1262 digital)
Rnady said we could monitor drill pipe; per APD we would monitor kill line
Bob thought we may have U-tube press or pumping, we should bleed it off
told Vance to bleed off; 2" dreco vlv, bled off 15 bbls, went to 0; hold this
don said they stopped pumping
I assumed they just stopped
Randy Easel, Wyman working on riser
Randy and I bled to 0
I said we need to monitor kill line

Open, it started to flow (Vance)
I said let's shut it in, may have overballance on kill line side
Opened kill, started to flow, I said, I'll talk to Don and see where he wants to monitor
I think I'll shut in Drill pipe side
If they shut in at cement unit it may build back
I really don't know what they did at that point on strip chart
told Don we bled pipe to 0; opened kill and it flowed a little
By APD, we were supposed to monitor on kill side; Don agreed
New Tool Pusher (Easel) came to shack, other senior TP was there (Jason)
There was a long discussion; I don't remember the whole story; Don didn't write it down
Jason said (to Don and Bob) this happens
We sandwich sea water - annular will press drill pipe to equalize press to differential press
All rigs do it differently
Murry Sepulveda does it that way
Ronnie Sepulveda does it this way
I didn't say that much
Don said APD says do the test via kill line
Jason said we'll do it on kill line, so we decided to fill kill
Bladder will put press on fluid below
18-3/4", 400000 psi on annular bladder, non-compressible fluid
In school, my teacher had a PhD in fluids, they're teaching more and more compressible fluids
I said, "Don did I give you bullet point procedure for cement job?" Then I went to get it
When I came back, 30 psi to kill, closed choke
Mini trip tank (30 bbls?)
I stood by panel; 0.6 bbls, then bled off 30 to 0, went to 0.8 (so gained 0.2 with 30 to 0)
Monitor kill line for 30 min - no flow, just fine
On Drill pipe press building, but kill line was not flowing, it's wide open
Jason said it will build to 1400 then level off
It (kill) was not flowing
I thought if you've seen this so many times before, it must be true
Absolutely no flow (form kill)
I went to bed with no anxiety
I don't think Don said anything
Randy ws gone; driller said we've seen this
If we have press,