MDL 2179 Deposition

Exhibit 44

JIM WETHERBEE'S NOTES

[ JOHN GUIDE ]                                        NFD
                                          1460  /  12 MAY 10

WELLS TEAM LEADER          HORIZON  SINCE   OCT '07
   MAY 27   30 YRS              OPS ENG   MAR  68
                        WELLS TEAM LDS    APR  09
        RIG SUPT   OPS ENG
D.S.  →  WELLS TEAM LDR

    JAKE WAS MY BOSS
* ENG
* SR ENG FOR VASTAR  →  BP (HORN MT , MAD DOG , HOLST.)
                                    D. SUPT

* WELL SITE CDRS  REPORT TO ME
* MY JOB EXEC  A SAFE, RELIABLE OPERATION     • NOT WRIT
                                              • EXPERT QUAL
   APR 15    RESP. FOR : ENGIN:  →  ENGIN →  GREG WALLS • SCREW IT UP
                   : OPS: J.G. →  DAVID SYMS  →  DAVE RICH →
                          WELLS OPS    (ANALYT)
                          MGR                    PAT O'BRY
                          (M.M.)
 - MORE PEOPLE & TAKES MORE TIME

* DWOP, REG  ; BUT AMOUNT OF MICRO MGT  DIFFERENT

       CALL RIG AT 5 TO 5:30 AM
              PEOPLE, LOGISTICS , SAFETY
       SUB SURF  NOT  UP

    MORNING RPTS   ACCURATE   ,   RVW WX, RIG ISSUES
* 7:30  MORNING CALL
         OIM , SR T.P.  ...
       KEEP CALL TO 15 MIN.

* OFF SHORE  P.C.   10 x /YR      (2010  3 x)
         (BY MYSELF , WHICH WAS



EXHIBIT # 44
WIT:

DRILLING PROG (6 MOS)   2 ENGIN MIN.

* E&A : HELP FROM VARIOUS PIECES IS IMPRESS.
      • TIGER TEAM   RE P.P.
      "  "           CASING DESIGN

* MTGS  VARIOUS ENTIT.
                VENDORS

* NEW ORG ! PROCED
         PREPAR : ENGIN BRYAN
         APPROV. BY : GREG WALZ
                 JOHN SPRAGUE  (DRILL ENG AUTH)

* HOR.
      BEST PERFORMING RIG IN GOM / BP  (MATRIX)
      DRILL SAME WELL OVER & OVER      TOP QUARTILE
             SAME PEOPLE   DR. ENG
                           CEMENTERS

      TO  BUILDING DRILL SHIPS

* DECISION MAK. PROTOCOL IN A  DOCUMENT (COMM PLAN)
      W.S.L.  RESPONS

?
HOW OFTEN?
WHAT CHANGE?

* CONSULTED WHEN?
      — SAFETY INCID
            DROP. OBJ.
      — CHANG IN PROCED  (CASING PT.)

UM

ALSO :

    BP , MMS
      ↓
    • DWOP
    • SITE SPEC PRACT.

✳ NEG TEST :    SPECIFIC WAY FOR SEV. YRS
           WE DON'T WORK IN V.
           BASE OIL IN CHOKE
              2500' HW. DP. BELOW LOCK DOW HANGER
              SO LAST CEM. PLUG 2000' DEEPER

   NORMAL:    WATER DOWN D.P
           BLEEDS PRES BACK
           EXPECT 10 BBLS TO CEM. UNIT
             MONITOR 30 MIN

     THAT WAS THE WAY IT WAS DONE ON

✳ WSL UNFORTUNATELY

✳ ACCEPTANCE CRITERIA : • BLEED PRESS TO ZERO
                    • NO FLOW FOR 30 MIN

     ———— WOULDN'T HAVE SATISFIED MMS

✳ EXPERT OF
  STD HANGER HAS ONE RING TO HOLD PACKOFF

✳ WSL ROLES & RESP
     VERY CLEAR
       1ST LINE   RESP FOR GETTING PROCED
              IMPLEM · PROC

CONFIDENTIAL

BP-HZN-BLY00061360

- TOOLS
- PEOPLE
- DWOP , MMS

VERY IMPORT · NOT M
IF THEY SEE ERROR CALL BACK

<u>FACE - TO · FACE</u> w/ BOB    (N. W.)
EXPECTATIONS THAT QUAL · PEOPLE

? PDQ  HARD PLACE TO WORK

* ENGIN RESP FOR DOCUMENT
      MAJ Δ · MOC    (BIZFLOW, BUG R ISSUES
           ·      · OPS NOTE (SMALLER VERSION OF MOC

* BASIS WAS DIFFERENT
* ACCOUNT PERSON  -  MY RESP TO MAKE
      SURE PERSON KNOW

* P.P. WAS EXTREMELY WRONG FROM BASIS

* HOW WOULD I KNOW IF THE OPS NOTE
      IS A CHANGE? WOULDN'T.
                              · DIRECTION ?
? * OPS NOTE  18 APR    - RATIONALE
                              · BRIAN'S OPIN DIFF. EVERYONE

      - PLAN WAS WRONG
      - I WENT BACK TO STANDARD WAY WE'VE
            DONE IT IN PAST

CONFIDENTIAL

BP-HZN-BLY00061361

SOME   MODELS     STR          (NZ CEM.  ON ALL OPEN (WATER))

5:30    HERE
210:00   BED

DIDN'T  SEE  MODEL  ON  18TH

MISTAKE  IN   LINER ,  CHANGES  TO  PROG,
    WE  CAN  MAKE • THIS  LONG STRING  WORK
        • OR  PROD  CASING
MY  JOB  IS  TO  MAKE   IT   WORK
    DECISION  WILL  BE  MADE  BY   DAVID  &  JOHN

14.17   STATIC  MUD  WT
USE  PWD  TOOL   MOST  ACCURATE

HONORING   14.1
         12.6   PAY SANDS

*    NEVER DISCUSSED  • POSSIBLE  GAS  FLOW
        • REALLY  ABOUT  "ARE WE GOING  TO  LOSE  RTRNS"
          › J.I.T.  DELIV
          › MORE THAN  1  MISTAKE

*    PIPE   COMES   WITH   CENTRALIZERS   ON  PIPE
           MISTAKE?    I  DON'T  KNOW

*    FLOAT  EQUIP  IS  BUCKED  UP

CONFIDENTIAL

BP-HZN-BLY00061362

\* WE CHOSE NOT TO RUN CONT
    VETTED THRU ENGIN (GREG) : OK WITH IT

\* I TALKED TO ROBERT SANDERS
    • THEY FALL OFF (CENTRALIZERS,
    • HALIBURT MODEL IS FLAWED
    • CAME OFF ON ATLANTIS
    • DECIS.

\* SUN 9:00 PM IN BED
    MIGHT NOT HAVE BEEN CONCERNED

    I WOULD HAVE GNE TO ECD
      WHAT IS LOSS ON RTRNS

\* SO MANY MIST. IN HALIB PLAN REPORT
   [4.0 CENTRALIZERS]

   [5.0 SIMULATION]    38 PSI (20 PSI GREATER THAN 18)
                     SO CEMENT CAN'T CHANNEL!

   WE HAVE TO PUT FUDGE FACTORS IN THE SIM
   THE WAY WE PUMP IS NOT THE WAY THE
      SIMS ARE RUN.

? \* HALIBURTON SIMULATION FRUSTRATION
    BOSSES GIVE OPPORTUNITY

   BASE OIL AS PART OF SPACER
     14.1 & 14.5

CONFIDENTIAL

BP-HZN-BLY00061363



* DWOP    CAN'T RUN
          OPEN FLOATS IN OPEN HOLE
   HAD DISPENSATION      TO USE AUTO FILL FLOAT EQUIP
        (THEY DON'T COME TO ME: TOOLOW IN _____)
   WELLS DIRECTOR                              ENGR ISSUE
              HARRY THIERENS

        I KNOW THERE IS A DISPENS, I WOULD BE SURPRISED IF THERE
   MAYBE THERE ISN'T                                          ISN'T

* FLOAT COLLAR DAVID  DISCUSSIONS
     (DAVID SYMS)
   CALL FROM BOB

        500 - 800 PSI
        DUE TO SIZE    CAN'T GET CONVERTED  BALL
              , HAD TO RUN CAGED
           TAKING REVRNS  , GET JUNK
                 IT HAS HAPPENED BEFORE
        NOT AN     ISSUE TO GO UP TO 5000 PSI
        (WEATHERFORD)

   TO BOB ON RIG FLOOR , "CAN GO TO 5000 PSI"
     3200 3140
     3200   , FLOAT CONVERTED , GOT RETURNS
        SIGH OF RELIEF                       FIND OUT
     THEN STOPPED ;  STOP THE JOB , WHAT HAPPENED

   IN MY PERSONAL OPINION, IT DID NOT CHANNEL

CONFIDENTIAL

BP-HZN-BLY00061364

\* IF TRANSFERRING MUD HOW

    − STD PRACTICE      (ISOL 2 PITS)
                              (READY TO CLEAN)

     − WE GO THROUGH THE SAME THING EVERYTIME
         WE DON'T RUSH ANYBODY

    ⊛ NO TRANSFERRS DURING NEG TEST (STD)(PRACTICE)
         − TOI SHOULD HAVE RISK ASSESS. (SAFETY, EQUIP, HARM'S WAY)
  \* TO I STREAM DATA OTHER THAN DISCOV. WELLS ?

  \* TO I NEW REGIM.↑    PAUL JOHNSON   SEP 2009
                             SAFETY CONSCIOUS
                             1 YR W/O RECORDABLE
                             7 YRS W/O DAFWC

  \* RISK ASSESSMENT
     − THINK PLAN FOR EVERYTHING FIRST • MOPPING FLOOR
                                       • PULLING RISER
       • AUDITED BY SUPV.    (100% GOAL)
                          80%
       • PROMPT CARD
       • TASK-SPECIF THINK PLAN (W/ RISK ASSESS.)
  \* WE OPERATED UNDER TOI S.M.SYST. PERIOD

  \* OPERATIONAL RISKS (FOR TRANSF TO BOAT) SHOULD
        BE ON OUR SIDE
       − R.A. → DRILLING OR ENGIN
                 DRILLING OR ENGIN
       − TOWN MONITOR ?

CONFIDENTIAL

BP-HZN-BLY00061365

\* HOW FAR TO PUMP:

    MUD ENGIN,   DRILLER,   W.S.L.
                1170       1172

    I HAVE NOT WORKED W/ BOB , IF

    I DON'T CHECK NUMBERS , ...

   FLOW OUT STREAMED TO TOWN IS QUESTIONABLE

\* I PILOT VLV LK ON MORN RPT
\* RODIAK SKID METHANOL
\* DIVERTER NORMALLY CLOSED OPEN , VLVS CLOSED

• NEVER USED BASE OIL AS A SPACER IN MY LIFE,
    BUT WE HAD TO BALLANCE THE ECD ON THE WELL

CONFIDENTIAL

BP-HZN-BLY00061366