MDL 2179 Deposition

Exhibit 45

BOB KALUZA
LAS VEGAS
/28 APR 10

1. FELL OUT OF A DERRICK
2. STABING BOARD FELL
AT NO TIME DID I FEEL (MY LIFE WAS) IN DANGER
LIFEBOATS (A LOT OF) PANIC

CAN'T GET IT OUT OF MY MIND
ON NEWS ALL THE TIME
TRAGIC
8 AT RIG
2 MUD
1 CRANE

I WAS A SUB
   ASSIGNED TO T.H. (UPGRADE ON T.V.)
HOUSTON OFFICE ASKED ME TO FILL IN FOR
   RONNIE SEPULVEDA
I DIDN'T KNOW THE HISTORY
FIRST TIME IN GOM
BLUE'S IMAGE
2ND WELL FROM HELL (HORIZON)
JUST FINISHED CASING
 18304'
   2 SIZE STRING TO BOTTOM
   BULLET NOSE SHOE, FLOAT COLLAR (DOUBLE VLV)
      (A LITTLE TROUBLE GETTING IT TO SHOE)


EXHIBIT # 45
WIT:

CONFIDENTIAL                                                                  BP-HZN-BLY00061496

BRIAN MORALE:
   WHAT WERE YOU RUNNING AT: 14 PSI
  LET'S STOP AT 1800   FLOAT COLLAR

( ALMON — HAD A HAND (WAYNE)
        DIVERTER SUB WENT FINE
    DTD JUST BELOW )

NO WEATHERFORD HAND (

CONVERTING BEFORE CEMENT JOB
   700 - 800 PSI (PREDICTED BY WAYNE)

CALLED TOWN & JOHN TO GET OK TO
  GO HIGHER TO 3000 ;
  2ND CALL TO 3500
    → 3124   ABSOLUTE COINCIDENCE

I WANTED TO CONVERT AT 1 BBL/MIN
  BECAUSE I DON'T WANT TO HIT TO HARD
  (FORMATION IS SENSITIVE)

   AFTER IT SHEARS STAY AT 1 BBL/MIN

   125

   AT 18000' IF YOU SHEAR, IT NORMAL
   TAKES A WHILE BEFORE FLOW, BUT
   → FLOW IMMED, THEN PRESS AT
    125 PSI QUICKLY

CONFIDENTIAL
BP-HZN-BLY00061497

A  4 BBL/MIN    PUMPING AT 350 PSI
            MODELLED AT (500)?
 THIS IS ODD,
    WE SWITCHED FROM PUMP 3 TO PUMP 4


JOHN   WAS OK TO CONTINUE

JOHN SAID "PUMP CEMENT"
DON   BOB, YOU FIGURED OUT A WAY TO...
I SAID "THIS IS A WIERD SITUATION"

MAX GAS OFF BOTTOM
    (ON T.H. WE GET A LOT OF GAS
     A LOT OF OIL IN FORMATION IN GULF)
  THEN BACK TO BACKGROUND GAS

CALLED FOR  CIRC  1½ TIMES  DRILL PIPE
   WE DID NOT  CIRC COMPLETE BOTTOMS UP
   BEFORE CEMENT JOB.

     IF YOU GET CIRC, WANT TO IMMED PUMP
     CEMENT

THIS IS THE FIRST TIME I'VE THOUGHT OF THIS

BP-HZN-BLY00061498

CONFIDENTIAL

I READ SEAL ASSEMBLY WENT FINE

I SET THE SLIPS ON THE HANGER B4 CEM. JOB

EVERY THING WE LANDED WAS 5' DEEP
   COULD SEE IT SHEAR ON SLIPS

DON DID SEAL ASSEMBLY

```
821      3 1/2
3200     ___
8367     6 5/8
```

4900   POSITIVE PRESS
RAN   TO BOP   NOT BELOW

   PUMPED DOWN KILL
250 LOW FOR
2500 PSI HIGH   30 MIN
ROCK SOLID

DID THEY PUMP THROUGH CHOKE & KILL
   DON'T KNOW

8367 FT IN HOLE

CONFIDENTIAL

BP-HZN-BLY00061499

MARK CALLED ME TO TALK ABOUT

MARK: "THAT'S NOT PART OF THE APD"

BRIAN GOT UP

    DISPLACEMENT, THEN NEG TEST

    RATHER THAN WHAT APD SAYS

    ANY TIME YOU GET BEHIND, THEY TRY TO SPEED UP

BRIAN SAID TEAM ALREADY AGREED (MARK OUT OF OFFICE) TO DO IT THIS WAY [BULLETS] AND DEVIATE FROM TEMP ABANDONMENT PROCEDURE APPROVED BY MMS
BRIAN SAID HE WOULD TALK TO MARK

    SOUNDED TO ME THAT TEAM INCL JOHN AGREED

    DON'T KNOW IF TOWN TALKED TO MMS
    (SUNDRIES)

CONTINED TO 8367

MI SWACO - LEO - PROGRAMMED DISPLACEMENT
    (COMONITOR)
WYMAN ARE YOU COMFORTABLE WITH THIS,
    (I WENT TO OFFICE)
VANCE DID HIGH PRESS TEST

CONFIDENTIAL

BP-HZN-BLY00061500



CONFIDENTIAL

BP-HZN-BLY00061501

WYMAN / WHEELER TOOL PUSHER
HAS DONE THIS A LOT OF TIMES
(PUMP CEMENT PLUG Bd DISPLACEMENT)

VANCE PLUS OTHER CEMENTER

WE DID THE CALC

WHEN DONE, BACK TO RIG FLOOR

WYMAN WAS WORKING TO FILL RISER

    DISPLACED SBM +
    TO TOP OF ANNULAR
    (KILL & CHOKE CLOSED)
    DOWN THE DRILL PIPE

APPEARED THEY WERE FILLING RISER
    SOME OF MUD # HAD DROPPED
    SHORT TIME TO FILL (SBM TO TOP OFF)

    8367  14 SBM
    - 450 BBL SPACER 16.0 TO BAG

PUSHING HEAVY FLUID DOWN DRILL PIPE

ONE GUY WITH FLASHLIGHT TO SEE
IF DROP

BP-HZN-BLY00061502

CONFIDENTIAL

CLOSED BAG

SAW 1260 ON DRILL PIPE
    1262 (DIGITAL)
LEE MAYBE

RANDY SAID WE COULD MONITOR D.P.
PER APD WE SAID WE WOULD MONITOR KILL LINE

BOB: WE MAY HAVE U TUBE PRESS OR PUMPING
     WE SHOULD BLEED IT OFF

TOLD VANCE TO BLEED OFF
     2" DREKO VLV, BLED OF 15 BBLS
     WENT 0 ; HOLD THIS

DON SAID THEY STOPPED PUMPING

———

I ASSUMED THEY JUST STOPPED
  RANDY EASEL, WYMAN WORKING ON RISER

WE BLED TO ~~ZERO~~ ZERO
(RANDY AND I)

I SAID WE NEED TO MONITOR KILL LINE

"LETS OPEN KILL LINE"

OPEN, IT STARTED TO FLOW (VANCE)

CONFIDENTIAL                                                    BP-HZN-BLY00061503

I SAID LET'S SHUT IT IN, MAY HAVE
OVERBALANCE ON KILL LINE SIDE

→ I'LL TALK TO DON AND SEE WHERE
HE WANTS TO MONITOR

I THINK SHUT IN DRILL PIPE SIDE

(IF THEY SHUT IN A CEMENT ~~PUMP~~ UNIT
IT MAY BUILD BACK)

I SAID JUST

I REALLY DON'T KNOW WHAT THEY DID

PIPE OPEN, AT ZERO

OPENED KILL, STARTED TO FLOW,
I SAID)

TOLD DON, WE BLED PIPE TO ZERO
OPENED TO KILL FLOWED A LITTLE

BY APD, WE WERE SUPPOSED TO MONITOR
ON KILL SIDE

CONFIDENTIAL

BP-HZN-BLY00061504

DON AGREED

NEW TOOL P. (~~JASON~~ CASEY) CAME TO SHACK
OTHER SENIOR T.P (JASON) WAS THERE

LONG DISCUSSION
- I DON'T REMEMBER WHOLE STORY
  DON DIDN'T WRITE IT DOWN
  JASON SAID DON & BOB THIS
  HAPENS

SANDWICH SEA WATER,

ANNULAR WILL PRESS DRILL PIPE
TO EQUALIZE PRESS TO DIFF. PRESS

HOW DO YOU KNOW?
ALL DO IT DIFFERENTLY

MURRY SEPULVEDA DOES IT THIS WAY
? " " " "

I DIDN'T SAY THAT MUCH

DON : APD SAYS DO THE TEST
VIA KILL LINE,

JASON  WE'LL DO IT ON KILL LINE
SO WE DECIDED TO FILL KILL L.

CONFIDENTIAL    BP-HZN-BLY00061505

BLADDER WILL PUT PRESS ON FLUID BELOW

18 3/4"

400 000 PSI ON ANNULAR BLADDER
NON-COMP FLUID (SEA WATER)
BETWEEN COMPRESS FLUIDS

SCHOOL NETONIAN, BINGHAM LAW ... PHD IN FLUIDS
MORE AND MORE COMPRESS FLUIDS

I SAID "DON DID I GIVE YOU BULLET POINT PROC
FOR CEMENT JOB"  I WENT TO
GET IT
WHEN I CAME BACK:
30 PSI ON ~~GAS~~ TO KILL, CLOSED CHOKE
I DON'T
MINI TRIP TANK (VOL 30 BBLS?)

I STOOD BY PANEL
0.6 BBLS, BLED OFF 30 → 0
0.8 GAINED (.2 WITH 30)

MONITOR KILL LINE FOR 30 MIN
NO FLOW, JUST FINE

ON DP PRESS BUILDING
BUT NOT BUELDING LIKE
JASON
DP PRESS WAS UP
IT WAS NOT FLOWING; JASON
KILL LINE WOULD FLOW, IT'S WIDE
OPEN

CONFIDENTIAL

BP-HZN-BLY00061506

- JASON "IT WILL BUILD TO 1400 THEN LEVEL OFF"

  IT WAS NOT FLOWING!

- IF YOU'VE SEEN THIS SO MANY TIMES BEFORE, IT MUST BE TRUE

- ABSOLUTELY NO FLOW

  I WENT TO BED WITH NO ANXIETY

  I DON'T THINK DON SAID ANYTHING

  RANDY GONE
  DRILLER SAID WE'VE SEEN THIS

  IF WE HAVE PRESS, IT WOULD FLOW OUT THE KILL LINE, NOTHING FLOWED

  RANDY OR VANCE WOULD KNOW IF THEY BLED TO HALIBURTON

CONFIDENTIAL

BP-HZN-BLY00061507

ON BOAT:
I SAID: JOE DID YOU SEE ANYTHING OUT OF THE ORDINARY?
J: "NO"
I: "300 BBL GAIN"
J: "LEO WAS PUMPING OUT OF SAND TRAPS"

   NEG TEST   7:15 - 7:50

  I WENT TO BED
   I'M SURE ~~IT~~ EXPLOSION WOKE ME UP
   FIRE ALARM WOKE ME UP (DING. DING...FIRE)
     TRIED TO TURN LIGHT ON
     PUSHED BUTTON
    LITTLE ~~LIGHT~~ DUSK OUTSIDE
    WALKED CALMLY TO BED TO GET CLOTHES
    ABANDON DRILLS, PUT ON PPE
      LACE UP BOOTS (TAKES TIME)
      HALLWAY, CEILING TILE HAD BLOWN
       ONTO STAIRWAY (CAN'T GO UP THERE)
    (RM 310) 1 BELOW OFFICE
    I DIDN'T KNOW HOW TO GET OUT

    WENT UP, SAW SMOKE   WENT DOWN
    PAST MY ROOM
  TO BALD GUY: I'M BRAND NEW HERE

    BACK TO SPIRAL STAIRCASE

    LB2 - PANIC       1 GUY JUMPED

CONFIDENTIAL
BP-HZN-BLY00061508

I TOOK IT UPON MY SELF TO CALM
EVERYONE DOWN

LANCE SAID I CAN DRIVE BOAT
CREWMAN CAME AND SAID I NEED A DPO

"ABANDON RIG" "FIND A DPO"

10 OR 12 PEOPLE STANDING
I SAID LOAD BOAT

OCEANEERING GUY CLOSED DOOR
DOOR OPENED, 4 GUYS IN,
CLOSED AGAIN, STARTED TO LOWER
STARTED ENGINE, ON WATER
DISCONNECT
"GET AWAY FROM RIG"

CLIPBOARD, TAKE ROLL, I ASSISTED

NEAR WORK BOAT, 3-4 RUNGS ON LADDER
I STOOD BY DOOR TO ENSURE NO ONE
GOT PINCHED

PAT OBRYAN & DAVE SIMS TO BRIDGE (BANKSTON)
DON AND I WENT TO BRIDGE

WATCHED THE FIRE
AT FIRST DIDN'T HAVE INTENSITY
IN MY OPINION, BEING FED BY
WELL
CANDLESTICK,

BP-HZN-BLY00061509

CONFIDENTIAL

BY TIME IT WAS DAYLIGHT, CLEAN, WHITE SMK
THEN DARK RESIDUE

INTENSE FLAME BEING FED

DON SAID
   SEALS GAVE WAY ON HANGAR, INTO WELL BORE

WE HEARD MUD CAME OUT OF DIVERTER

WHAT DO YOU SEE ABOUT MISSING?

I WENT TO JOE (MUD LOGGER) IN TRAILER
                                      BEHIND DRILLER

HE SAID: 2 EXPLOSIONS
   AFTER FIRST, SMOKE IN MY UNIT
   2ND ROOM ALREADY FLAMES

   2ND EXPOSION — KNOCKED EVERYTHING
               OFF WALLS
      KNOCKED FLAMES OUT

SAW CRANE OPERATOR (DON) ON DECK
   2 ROUSTABOUTS COULDN'T HELP

JOE WAS SHOCKED THAN ANYTHING WAS WRONG
DISPLACEMENT WAS GOING PERFECTLY

PAT
   5 1/2 ACROSS STACK
   WERE THEY SPACED OUT
   DID BLOCKS FAIL OR MOVE IN EXPLOSION

CONFIDENTIAL

BP-HZN-BLY00061510

TWO SIDES [~~PODS~~] ON BOP STACK
BOB: I DIDN'T KNOW THAT

DEADMAN SHOULD AUTOMATICALLY FIRE

( 3 STICKS
  DRILLING EXPER, ENG DEG, AND MANY DEGREES

STEVE: MUD BEHIND?

MUD, SPACER, SEAWATER

BOB: 503M ON BOAT

POS [~~NEG~~]: ABSOLUTELY ROCK SOLID POSITIVE [~~POSITIVE~~] TEST
NEG       ABSOLUTELY        "      "           "

I BELIEVE THERE IS THIS BLADDER EFFECT,
WE DIDNOT GET A 2350 PSI NEG TEST
SO DIDN'T HAVE FULL TEST

DEDUCT 700 FROM 2350
IF YOU
JASON

NEG TEST INVITES YOU TO BRING
FLUID INTO RISER

CONFIDENTIAL

BP-HZN-BLY00061511

IT ~~SEA~~ SEES FULL 2350 EVEN AT WELL ~~BORE~~ HEAD

SOMETHING FAILED
    CASING SOLID NO PROBLEM RUNNING
    HAD PROB WITH FLOATS
    YOU NEVER KNOW HOW GOOD CEMENT JOB

NEG TEST + SEAL FAILURE

JOE SAW NO CHANGE

OIL & GAS HAD TO COME FROM
1. ANNULAR OR
2. PIPE

I DON'T KNOW IF KILL LINE WAS FULL

WE DIDN'T TALK ABOUT WHAT IF THE NEG TEST FAILS? ~~THAT WOULD~~

* I WILL ANSWER ANY QUESTION YOU HAVE WITH ALL HONESTY FROM WHAT I SAW

* WELL CONTROL SCHOOL ON MAY 10

    DISASSOC.

CONFIDENTIAL

BP-HZN-BLY00061512