MDL 2179 Deposition

Exhibit 46

[ LEE LAMBERT ]                              / 29 APR 10
    WELLSITE TRAINEE

CLASS I      (OK)
ALGERIA
HERE AUG, OFFSHORE OCT
HORIZON
    TRAINING FUNCTION

<u>NEG TEST</u>
    SEAWATER TO JUST ABOVE BOP

    2300 DP   1200 KILL

    CLOSED ANNULAR
    BLED TO 1200 TO EQUALIZE → GOT 25 BBLS

    ~~BUILD~~ BUILT PRESS ON DP → 1700  }
                            KILL → 700  }  ←

    EQUALIZE AGAIN (SEVERAL TIMES)

    TOTAL BLED 65 BBLS ~~????~~
THOUGHTS:
    HEAVY FLUID IN KILL ————

    DP = 12-1400         KILL = 0
                            NEVER SAW PRESS
    QUESTIONS:
        PRESS ?
        65 BBLS ?

EXHIBIT # 46
WIT: _____

CONFIDENTIAL                                           BP-HZN-BLY00061571

ASKED JASON & BOB

MAY HAVE EVACUATED KILL } (?)
ATTEMPTED TO FILL

~~ASKED AGAIN~~
CLOSED KILL TRIED TO FILL, IT PRESS'd UP

    BLED TO DEGASSER THRU POOR BOY
      (BACK TO TRIP)

ASKED AGAIN
  TOLD BY JASON THEY ALWAYS SEE
    LIKE A DIAPHRAM TRANSMITS P,
  HEAVY FLUID

    PRESS

THEY HAD A LOT MORE EXPERIENCE THAN ME

ASKED BOB, KIND OF AGREED, "YES IT'S POSSIBLE"

THEIR TRAINING ME, I QUESTIONED THEN
TOOK THEIR WORD FOR IT

DON CAME UP    "NO PRESS ON KILL LINE"

I ASKED HIM

I LEFT 15 MIN INTO NEG TEST

TALKED ABOUT FLUSHING POSSIBLE ~~ESG~~ HEAVY FLUID FROM KILL
THRU ...

CONFIDENTIAL
BP-HZN-BLY00061572

CEMENT JOB   WENT OK

I REMEMBER PUMPING BASE OIL AHEAD (7 BBLS)

TALK TO CEMENTER VINCENT TABLER

CHARTS
BOOST, CHOKE, KILL        } YELLOW
SPACER, SEAWATER

BLEED LINE UP:
KILL LINE → TRIP    (THRU DE GASSER) [NOT 100% CERTAIN]
DP → HALLIBURTON (THRU TREATING LINES)

FIRST BLEED   25
THE REST       40
              ___
              (65)

THEN STARTED NEG PRESS TEST

MONITORING TRIP TANK WAS → ASST DRILLER STEVE CURTIS
[ASST. DRILLER (DON)]
WE SHOULD HAVE SEEN TRIP INCR

WHEN YOU OPENNED KILL WHAT CAME BACK?

CONFIDENTIAL                                                           BP-HZN-BLY00061573

HEAVY FLUID

APD SAID MONITOR KILL
NORMALLY MONITOR DP
DISCUSSED ANNULAR EFECT (BLADDER)

STEADY ON DP, KILL NO PRESS
IGNORED DP MONITORED KILL & DID TEST

JASON SAID WE USUALLY MONITOR DP, WE ALWAYS SEE IT
HOW MUCH? (DEPENDS ON MUD WT & WATER DEPTH)

JIMMY HAROLD     OIM
BLADDER DISCUSSION:
- BOB KALUSA
  DON VIDRINE          NO P ON KILL, THAT'S WHAT WE'RE MONITORING
  JIMMY HAROLD (?) OIM
- JASON ANDERSON (RELIEVING WYMAN WHEELER WHO LEFT)
  DEWEY REVETTE      DRILLER
  STEVE CURTIS       ASST DRILLER
  BLAIR          } MUD ENGINEERS
  GORDON JONES
  LEE LAMBERT
  MAYBE ESELL

- CONVERSATION WITH JOE
  HE ASKED ME IF I KNEW WHAT HAPPENED
  HE SAID IT HAPPENED SO QUICKLY AND
  EVERYTHING LOOKED FINE.

CONFIDENTIAL                                                           BP-HZN-BLY00061574

WENT TO BED AT ~8:00
INITIAL BLAST WOKE ME UP
SECOND BLAST (GOT) ME OUT OF BED

GRABBED MY CLOTHES
    NO SMOKE
DEBRIS IN HALL, HAD TO DUCK DOWN
    OUTSIDE, SAW FLAMES, FELT HEAT,
        PEOPLE RUNNING EVERYWHERE

FLAMES (COULD SEE TOP HALF OF DERRICK)
    WITH SECONDARY FIRES
KNEW COULDN'T FIGHT

JIMMY CAME OUT, I SAID WE NEED TO LOAD BOATS
HALF PEOPLE IN BOAT    (#1)
    DIDN'T WANTED TO GET TRAPPED
    (INTIMIDATING)
    GOT OUT
A COUPLE JUMPED         50' FROM SMOKE DECK
SOME THINKING ABOUT
FLAMES HOT
"LOAD BOAT"

HELPED TRAHAN (BURNS) INTO BOAT

    OIM    LAST MAN IN   GAVE ORDERS TO LAUNCH

RADIO'D DAMON BANKSTON, TIED UP

CONFIDENTIAL

BP-HZN-BLY00061575

MEDICS TRIAGED
TRIED TO GET ORGANIZED
    MUSTER  3X   + INJURED

DON WINSLOW - TOLD ME TO SCRIBE ON BRIDGE
    PAT O'BRYAN HAS LOG

WENT TO 2 PLATFORMS
    THEN FUCHON

---

IN MY ROOM, NO DAMAGE
OUT IN HALL DEBRIS W/ LAYER OF SMOKE (GRAYISH)

SAW EXIT SIGN TO LEFT
RM 238  DIRECTLY BEHIND MEDICS

"GO TO YOUR MUSTER STATIONS, THIS IS NOT A DRILL"

FIRE  RIG FLOOR  (NOT INTENSE BUT FUELED)
    STARBOARD SIDE  (BURNING)

BURNED YOUR EYES & NOSTRILS, LUNGS (JUST INSIDE)
    NOT ON LIFEBOAT DECK

---

COULD YOU SEE ANYTHING BEING DIVERTED?  NO

MUD ON BANKSTON  (SLIP HAZARD ON DECK)

CONFIDENTIAL

BP-HZN-BLY00061576

WHAT MAKES YOU POSITIVE IT WAS

- LOOKED LIKE MUD
- SMELLED LIKE SYNTH
- IT WAS SLIPPERY

NO DISCUSSION OF WHY THERE WAS MUD COMING?
NO, IT HAD TO BE BELOW 8600'
& FUNNY WE D

JUMPERS: DIDN'T THINK THE LIFEBOATS WOULD EVER LAUNCH

PICKED UP BY BANKSTON           BRANDON: WEATHERFORD
BEFORE LIFEBOATS                GREG MESH. SWACO
LAUNCHED

---

NOT 100% SATISFIED
3½ YRS AS TRAINEE

NEVER TAKEN KICK, BUT I THOUGHT WE WOULD HAVE TIME
UNLESS WE WERE IGNORING FLOWING

SEAL ASSEMBLY GAVE WAY

I WOULD HAVE THOUGHT CEMENT (7 HR)
WOULD HAVE HELD 12 HRS LATER

CONFIDENTIAL

BP-HZN-BLY00061577

IF SEAL ASSEMBLY GAVE WAY, WHY ZERO IN KILL?
    I DON'T KNOW

WHY DO YOU THINK THE WELL DIDN'T SHUT IN;
ANY ISSUES?   NO

BOB / DON SHORT CHANGE, BOB DUE TO FLY OUT
EARL LEE WAS COMING

BOB WAS OK     I DIDN'T QUESTION HIM
    SEEMED COMPETENT

CONFIDENTIAL
BP-HZN-BLY00061578