MDL 2179 Deposition

Exhibit 47

INTERVIEWS

BRIAN MOREL                                1037 / 27 APR 10   -1230

  N.H.  ;  RICE
  ROLE
    BP ANADARKO       NIGHT WELL SITE LDR
    GOM
        MAD DOG    18 MOS
        DAY TO DAY DRILLING    } CHALLENGER
        SPAR

    EXPLORATION
        PUMA WELL    JR ENG

    WROTE DRILLING PROG FOR MACONDO    LEAD ENGIN

  EVENT

    ISSUES WITH PRESSURE
      { - PP LOW
      { - FRAC HIGH

    TAKE LOSSES
      CUT BACK MUD WT
         14.5 → 14.3    TO STOP LOSSES

    GEOTAP    14.12 TO 14.16

              12.6 ON FIRST SAND
    CONCERN W/ TOOL?        SPERRY ✓ OUT

EXHIBIT # 47
WIT:

CONFIDENTIAL                                                    BP-HZN-BLY00061617

EMER LCL PILL TO STOP LOSS
   PULL UP TO CASING SHOE

   READY TO PUMP ANOTHER

   BUT STOPPED LOSS

DRILLED ANOTHER 100 FT

LOGGING SMOOTH

CLEAN OUT TRIP

RAN 7" CASING 5800'
   FOLLOWED BY 9 7/8"
   ONE BOBBLE
      10000 LBS DOWN

   7" FROM NEXUN
   CROSSOVER TO 9 7/8" VENDOR

RIG UP CEMENTING LINES
   DIVERTER CLOSED AS SUPPOSED TO
      HOLD PRESS

PRESS UP AND CONVERT FLOAT EQUIP
   PRESS TO 1800 STILL WOULDN'T GO

CONFIDENTIAL
BP-HZN-BLY00061618

RECOM ROCKING BACK

BROKE FREE AT 4100
PRESS. LOWER THAN EXPECTED

DECIDED P GAGE
    RIG STAND PIPE P GAGE WAS NOT FUNCTIONING
    (STANDARD OUT THERE)

WANTED P CLOSE TO 14.5, BNE
    ABOVE 14.16

7 BARRELS
20   14.3 SPACER
5    CEMENT JO
39   FOAM
7    SHOE TRACK VOLUME
20   BBL SPACER
( z  4 / M )

DART FOR BOTTOM
P HIGHER THAN EXPECTED

DIDN'T SEE BOTTOM RELEASE

TOP THROUGH D.D.T.

AFTER 150 BBL SW TO RIG PUMP

CONFIDENTIAL
BP-HZN-BLY00061619

STAND PIPE P/          P    AGREED, BUT LOWER

P LOWER

7" BOT PLUG           WENT THROUGH
    P INDUCTION   AT   PUMPS

    BOT PLUG LANDED    9 BBLS OF WHERE
                          IT SHOULD HAVE
TOP PLUG              OK

SET SEAL ASSEMB
  6 TURNS RIGHT  TO R
  4000 PSI
  10 000 PSI   10 SEC
  BLEED TO 6700 PSI   (6500 INTENTION)

      WATCHED FOR 1 HR   BLT RATE MORE
              THAN EXPECTED

VAPRIL PROCEDURE
    SHEARED

STABBED RUNNING TOOL INTO WELLHEAD

PRESS DROPPED 5 PSI/MIN
              4 PSI/MIN FOR 10 MIN

FLOW
FLOW CHECK

WENT TO BED

HR B4 FLIGHT   WOKE UP   EARLY

CONFIDENTIAL

BP-HZN-BLY00061620

WROTE OPS NOTE
 BRIDGE GAP BET PROCED & CURRENT OPS

LEFT.

ARRIVE THURS

BED    TUES   3 AM
DEPART TUES   11 AM

LOOKED AT DATA RETROSPECTIVELY

 U TUBE EFFECT — BOTH HAD SEA WATER
   CLOSED ANNULAR

   DIDN'T HAVE VLV OP
    AT CEMENT UNIT (CLOSED)

1400 PSI

  CLOGGED MUST HAVE BEEN

 16 PSI SPACER
 14 PSI MUD

 CEMENT PLUG Δ DUE TO
   RUN LOCK DOWN SLEVE

 • C
 • LEAD IMP
 • NEED 3000' TO GEN 100000 LBS TO SET

CONFIDENTIAL

BP-HZN-BLY00061621

D,

PLUG & ABANDONMENT

WORRIED ABOUT P&A ON NILE
  SIM OPER TO PREPARE

CONVERSATIONS ABOUT HOW TO EFFECTIVELY MOVE

CULTURE  FEELING OF CREW?

RIG IS PERF DRIVEN
  ONE STEP AHEAD ALWAYS
  GREAT WELLS OVER 9 YRS
TOUTED ONE OF BEST TRANSOC & BP

SOME OPS DIFFERENT ON NEXT WELL

P & A OPS ON NILE DIFFERENT

PROD CASING ORDIN.

EVERY MTG TALK ABOUT SAFETY
TRANSOC SAFETY ON BOARD
  TAPE UP FOR EVERY P TEST, LIFT
  LINES MARKED OFF PROPERLY

O TIIR ↑ NEED TO FOCUS & MAINTAIN

I ALWAYS FELT VERY SAFETY

CONFIDENTIAL

BP-HZN-BLY00061622

EVERYONE FIRST SAFETY
PRODUCTION CLOSELY FOLLOWS

STOP JOB NUMEROUS TIMES
DO ANOTHER JSA
EVERY NEW CASING
AFTER RUNNING SO MANY FT
TO NOT GET COMPLACENT

SAFETY CLASSES
DRILLER INVOLVED, ASKING QUES

STOP : DOING SOMETHING NEW
DOUBLES

JOHN GUIDE INVOLVED
START CARDS INCREASING

CEMENT JOB

ASSUME SHOE WEAKEST PT 16.1
HAD WEAKER FORMATION

NEEDED

N2 FOAM CAN REDUCE WT
16.7 CEMENT, ADDED
14.5 PPG

ALLOWED { 14.6
        { 14.2   UPPER SAND

CONFIDENTIAL

BP-HZN-BLY00061623

BP-HZN-BLY00061624

PLUG NEED TO ISOLATE CEMENT

    MUD
    SPACER
    CEMENT
    SPACER
    PLUG

MOC FOR CEM JOB

    HALIBURT PREDICT
      15 PPG EQUIV W/O
    THOUGHT SHOULD NOT ATTEMPT

    JOB DESIGNED IMPROPERLY
      14.4 MUST HAVE BEEN WRONG
      14.19 FROM P GAGES
        PRESSURE EFFECT
          DUE TO COMPRESSIBILITY
          EFFECT (USED ADDED WATER)
      14.0 TO 14.2 TO RID COMPRESS.
        IN MODEL

CEMENT DESIGNED TO NOT GO INTO 9 7/8"

PLAN 500' ABOVE KNOWN = 17300'
     17800 (MMS REG)

LEAVE 40' TO 50' INCASE OFF BY ONE JOINT ON COUNT

CONFIDENTIAL

HAVE N₂ PRODUCT. STRINGS IN DEEPWATER

WERE SUPPOSED TO GO 19600'
    BUT FRAC READING LOWER ; DIDN'T GET

28" & 22" = WE ALWAYS FOAM
    BUT NOT AS DEEP

HORIZ FEW HUNDRED SACKS
  V. ~~FEW~~ THOUSAND ON OTHER FOAM JOBS

RIG PUTS INFO INTO PROCEDURE SINCE THEY
  HAVE UP TO DATE INFO (ON CEMENT JOBS)
  SAFETY RISK ASSESS.

WHEN SAW THINGS OUT OF UCON

DRILLING PROGRAM DIDN'T INCLUDE PROD STRING
  SO MOC WROTE FOR ① PROD STRING
                ② CEMENT JOB

② PACKOFF & ③ NEG PRESS    SEAL ASSEMBLY
① CASING
  DRILQUIP PROGRAM
  DRILQUIP HAND EXPECTED TO RUN PROCEDURE
    RECOM 3000 ↑ 4000 AND 10000

CONFIDENTIAL          BP-HZN-BLY00061625

OPER PRES     6500 PSI  ( BOPs WERE TESTED AT 3500 AND ANULARS 6500 W/ PIPE )

10000 / 10 SEC

CRITERIA : PRESSURE TEST

BOOK RECOMM  1 TEST
① ROTATE
② PRESS TO FORCE DOGS
③ PULL

PULL 10 FT , CIRCULATE  } NEW PROC
RESTAB                      TO PRECLUDE
                                   SEPAR FROM SEAL ASSEMB

* IF PRESS TEST NOT SUCCESFUL :
  RIG OPER MGR (JOHN GUIDE) MUST DECIDE

REGARDING NEG TEST :
  MINOR DECISION  —  HAND
  BIGGER  —  JOHN GUIDE

ON 20 APR THEY DID CALL M~~IKE~~ MARK HAFLE
    BUT WAS NOT TOLD ABOUT PRESS
    "FIRST ONE DIDN'T LOOK JUST RIGHT,
        BUT SECOND OK"

NEG TEST
  STAND ?
  EACH RIG DOES IT THEIR

  WE DISPLACE TO STINGER TO WELL HEAD
      TO SEA WATER

CONFIDENTIAL

BP-HZN-BLY00061626

TEST THOSE LINES
OPEN ONE LINE AND DRILL ~~STR~~ PIPE
TO CEMENT UNIT; LOOKING FOR A
FLOW

2350 PSI   DROP   (SIMULATE SEA WATER RIG TO 8300')
                  MMS APROVAL OBTAINED

BULLETED OPS NOTE   DOESN'T TELL YOU
         EXACTLY HOW TO DO IT
OPS NOTE

PROCEDURE : LEAVE KILL WT IN DRILL PIPE
     ~~BUT IN THIS CASE~~ .
     THEY APPROVED

NEG
  A. BOTH ENDS OPEN
  B. OPEN ONE END

       DON'T ~~UNDE~~ KNOW IF TRIED TO BLEED PRESS

    LACK OF UNDERSTANDING ABOUT HOW U TUBE
        WORKS

    (TRAPPED PRESS ON SURFACE? OR BLOCKAGE?)

  CRITERIA FOR UNSUCCESSFUL TEST : FLOW
       ~~Bo·~~ BUT NOT PRESS

  NO FLOW IN KILL LINE

  NOT REPORTED TO TOWN

CONFIDENTIAL
BP-HZN-BLY00061627

T
IF GAS REACHES KILL LINE, IT WILL FREEZE, EXPECT HYDRATES

NO PROTOCOL TO WITNESS NEG TEST

~~CAN BE DONE WITH~~

COMMUNICATION

CHANGES TO PLAN?
1. MINOR (DRILL BIT MANUFACTURER)
   ENGIN INFORMS OTHE
   CALL RIG MGR
   SEND NOTE

2. MAJOR CHANGE
   MOC, USE BIZ FLOW

NEGATIVE TEST:
   30 MIN TEST (DRILLING PROCEDURE)

   CONFUSION OVER WHY ENG WAS TOLD
   2 NEG TESTS; (DIDN'T COMPETE
   TWO TESTS)

MARK IS SNR. ENG.
   WAS NOT AWARE OF PRESS ANOMALY

CONFIDENTIAL
BP-HZN-BLY00061628