MDL 2179 Deposition

Exhibit 48

INTERVIEWER: JIM WETHERBEE

- ~~HAD PRESS SENSOR FOR AMF~~

DON VIDRINE                1000 / 7 MAR 10

JAN 10    ON HORIZON
1978      IN FIELD

1. NEG PRESS  — LOWER ANNULAR  (NOT SURE)

2. SAID HE WAS CLOSING ANNULAR
   OR I CLOSED ANNULAR, NOT SURE

3. LOWER ANNULAR LIGHT ON PANEL
                 JUST ABOUT SURE

4. EDS - NIGHT SUBSEA HAND
   I WAS STANDING NEXT HIM

   DON'T REMEMB

   HE INDICATED HE SAW CORRECT RESPONSE

   SOMETHING WAS GOING ON

   AS I RECALL  HE HIT BOTH BUTTONS

5. WHEN I CAME OUT TO DECK, MUD
   BLOWING EVERYWHERE

   MOVING TO PORT WHEN EXPLOSION OCCURED
   (FIRST ONE I HEARD)


EXHIBIT # 48
WIT:

CONFIDENTIAL                                    BP-HZN-BLY00061254

TO ME, EXPLOSION CAME FROM STARBOARD SIDE, BUT NOT CERTAIN

LIGHTS OUT WHEN I WAS MAKING WAY FORWARD BUT NOT CERTAIN IF BEFORE OR AFTER EXPLOSION

BRIDGE ON EMER POWER
  LIGHTS ON CONTROL PANEL

NEG TEST:
  TOI DOING BLEEDING
  ((BOB ON ADJUSTIBLE CHOKE))
  BOB GOT A CALL, WANTED TO DO IT
  PER APD ON KILL
  WILL LINED UP
    → CHOKE MANIF.  { MINI TRIP
                      STRIPPING TK

  CHICKSET LINE ... I'M NOT SURE ASK BOB
  :

BOP LEAKS?
  ONE FUNCTION HAD SMALL LK
    ON MORN RPT, BUT DON'T KNOW WHICH ONE

CONFIDENTIAL
BP-HZN-BLY00061255

SUB SEA HAND : ASSUME GALLON COUNT

BLINKING RED OR SOLID    DON'T RECALL

I THINK SOME MAY HAVE BEEN GREEN
I DON'T RECALL

1 OR 2  REMEMBER ?  NO.

EXPLOSION, WENT DOWN, & MUD ON DECK

CONFIDENTIAL

BP-HZN-BLY00061256

# MDL 2179 Deposition Exhibit 49

[STEVE'S INTERVIEW W/ DON VIDRINE]

1. HOW WELL WAS BEHAVING
2. NEG TEST
3. DURING EVENT
4. COMM PROTOCOL
5. MOC

HOLE MADE, LOGGING
1000 UNITS, GAS HUNG IN THERE FOR A WHILE
    ON CLEAN UP RUN

PUMPED OUT TO 9 7/8, WORRIED ABOUT GAS COMING IN

LEFT STACK OPEN WHOLE TIME

COMPLEX JOB BUT WENT OK

P TEST ON CASING (DOWN KILL LINE)

DRAW NEG TEST
    DISPLACED KILL, CHOKE, BOOST W/ SEAWATER
    450 BBL 16 ppg ~~ADO~~ ~~FOLLOWED BY~~ SPACER
          FORASET
              FOLLOWED BY SPACER
    2400 PSI ON DRILL PIPE WHEN SHUT DOWN (16:53)
    CLOSED ANULAR
    BLED OFF DRILL PIPE ~~50 BBL~~ → TO 0 (NO FLOW)
        (BOB WAS ON FLOOR, I WASN'T)
                  LINED UP ON HALIBURTON
    SHUT IT IN, BUILT UP TO SOME PRESS (17:?
              TOTAL (2 BLEEDS) = 60 BBLS (H)
        BLED OFF TO HALIBURTON (CEMENT)


EXHIBIT # 49
WIT:

Confidential

BP-HZN-MBI00139573

SEA
1725 - 1750:
CLSD
GSD KILL LINE : A FEW STROKES ON KILL LINE AND IT
          PRESSURED    (PERMIT REQT)
    TOLD THEM IT WAS FULL
        (WEREN'T THINKING PL

  WATCHED KILL LINE FOR 30 MIN
T.O. CONVINCED
    SENIOR :      • AVELL    KALUSA
                  • ANDERSON,

  SEE THIS ALL THE TIME   "ANNULAR
                           COMPRESSION"
    WT OF MUD IN RISER PRESS KILL LINE

  FOUND IT HUMOROUS THAT DON WAS CONCERNED
      FOR A LONG TIME
  KALUSA CONVINCED FIRST, DON WATCHED KILL LINE
      THEN BECAME CONVINCED IT WAS DEAD
1835 - 1950 DISCUSSION
    CALLED HAFLE ABOUT _____ (NOT 1400)

  SECOND TEST WAS MONITORING KILL LINE

1949  WENT TO 0 ON DRILL PIPE TO HALLIBURTON
        (15 BBLS ? CHECK WITH KALUSA)

Confidential

BP-HZN-MBI00139574

2110   GAVE ORDER TO START
       PUMP SHUT DOWN FOR 1 MIN (DON'T KNOW WHY)

       BEFORE SHEEN TEST (BEFORE SPACERS UP)

       HAFLE CALLED, DON TOLD HIM NEG TEST LOOKED
          SQUIRLY, BUT SAID WE'RE UNDER BALANCED
       WATCHED SHEEN TEST (APROVED IT) THEN TO OFFICE

2123   JASON CALLED "I'M GETTING MUD BACK, DIVERTING
          RETURNS TO GAS BUSTERS"
          (EXPECTING TO SEE SEA WATER; SPACER
           STILL IN HOLE   (450 SPACER))

       INFLUX FLUID BREAKS THROUGH SPACER OR

       BUTTON TO CLOSE BAG PUSHED, (NOT EDS)

       MUD COMING INTO RIG FLOOR, COULD NOT SEE
          TO TOP DRIVE  (MUD + SEA WATER)

       EXPLOSION, PWR WENT OUT, WENT TO BRIDGE
          TO HIT EDS ON BRIDGE
       ONLY LOWER ANNULUS LIGHT SHOWED RED ON (CLOSED)
       CHRIS SUBSEA (HAND) ASKED ABOUT EDS
          CHRIS HIT EDS, ALL LIT UP
       CHRIS TOLD DON HE SAW "GALLON COUNT"
              "STAB RETRACT"
          LOOKED LIKE IT HIT CORRECTLY



HELPED INJURED TO CAPSULE
LAUNCHED CORRECTLY
BANKSTON

ON CAPSULE

~~COOK SAID OIL + MUD~~

GOOD ABOUT BEING SPACED OUT   STND PROCEDURE

NEG TEST : NOT STANDARD

BOTH PODS WERE LIVE

CREW RESPONDED WELL IN ABANDON

Confidential

BP-HZN-MBI00139576