**U. S. DISTRICT COURT**
**Eastern District of Louisiana**

**FILED   MAY 1 6 2011**

**LORETTA G. WHYTE**
**Clerk**

*11-1096 J(1)*

VELMA JEAN RICHARDS,  Plaintiff,

v.

BRITISH PETROLEUM-BP,  et al.,

CAMERON INTERNATIONAL,  et al.,

TRANSOCEAN,  et al.,

HALLIBURTON,  et al.,

GULF COAST CLAIMS FACILITY,  et al., Defendants.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA.

May 12, 2011

**TENDERED FOR FILING**

**MAY 1 6 2011**

**U.S. DISTRICT COURT**
**Eastern District of Louisiana**
**Deputy Clerk**

| | | |
|---|---|---|
| ___ | Fee | _____ |
| ___ | Process | _____ |
| X | Dktd | _____ |
| X | CtRmDep | _____ |
| | Doc. No. | _____ |

RE: MEMORANDUM DATED May 4, 2011, from- Clerk, U.S. DISTRICT COURT.

Plaintiffs Answer to clerk memorandum.


CLAIMS OF THEFT OF INTELLECTUAL.

PROPERTY.


NATURE OF SUIT-  COPYRIGHT#160358157

Patent Pending#61408961.


INDIVIDUAL WITH DISABILITIES   EDUCATION ACT(IDEA)


APPEARANCES

*Velma Jean Richards*

VELMA JEAN RICHARDS, pro se

305 WEST 72nd. STREET

APT. 11C

845- 337- 9254

NEW YORK, NY. 10023

LR10.1E&M

-Marilyn Bartlett, Plaintiff- Appellee v. New York State Board of Law Examiners, 97- 9162. tobacco documents- 25th Am|ual Meeting and EXPC 11QN National Association of Ltd..., was incorporated in New York in April of 1902; half the shares were held.

-359 F. 3d 366: Edward R. DRURY, Plaintiff.

-Robbins, et al., v. Lower Merion   School District, et al., Feb. 16, 2010.

LR11.1E
-article   preview
Law Reports;  United  States Supreme   Court. The  Tennessee Cases- Civil Liability  for  opening  Taking  Advantage  of  the  Contents  of  a  Letter,  to the  Detriment  of  the  Writer-  Attachment  Will  it  Issue  to  Secure  to the  Attaching  Creditor  a Debt  Due  His  Debtor  and  Before  the claim,  to Secure  Which  it  issues,  is due-  The  Property  Against  which  Attachment will  Issue-  Must  in  be  Such  as  the  Creditor  Looked  to  for Security  at the  Time  and  Debt  was contracted-  Property  Defined- Evidence-   Exceptions. Jurisdiction  of  the  United  States  Court  Under  the  Provisions  of  the Judiciary  Act  in  Respect  to  Assignments-  Is  a Liquidating  Partner  Owning the  Assrts  the  Assignee  of  his  firm-  Survivorship-  Extinguish-  Plea  in Abatement. United  States  Supreme  Court  alleged  Distillery  Frauds-  Stopping the  mail  on  ST. Patrick's  Day.  James  K.  Simpson  et al.,  Appellants,  va. Austin  Dall  et al.,  Appellee-  This  is  an  appeal  from  the  Circuit  Court for  the  Eastern  District  of  Tennessee  from  a judgment  in favor  of  the plaintiffs  below  and appellee  hers.  The  appellees  were  a mercantile  firm, doing  law  mess  in Baltimore,  and  the  appellants  a  firm doing  business in  Rogerville,  Tenn.-  The  New  York.  Times.

-Details are of a most revolting character. Binary, as seen in Appeals to the Supreme Court of Louisiana in civil cases involving treatment. This is about Theft(straight- out stealing by Corporations). It has happen to me before.


-124 F. 123: Daniel Ricciuti and Alfred Ricciuti, Plaintiffs, Appellants. Court of Appeals Second Circuit.


LR5.3
-239 F. 3d. 808(6th Cir. 2001)


-977 F. 2d. 1332- United States Court of Appeals,. Ninth Circuit, Louisiana. Dep't of Health Res., 478 U. S. 251, 106 S. Ct. 2876,... In both cases, the district court denied the post- trial motions and issued...


-977 F. 2d. 1332- 24 Fed. R. Serv. 3d. 304, Prod. Liab. Rep. (CCH) 13.342 Court of Appeal Ninth Circuit.


-Humphreys v. UTZ- (c) 1993 Chicago- Kent College of Law. Chicago- Kent Law Review. Rev. 1313


-823 F. 2d. 129
40 Fed. R. Serv. 2d. 608, 224, U. S. P. Q. 114 Louisiana World Exposition Inc. No. 84- 3032. Court of Appeals Fifth Circuit.


-Cvent, Inc. v. Evenbrite Inc. et al.,
Intellectual Property- Copyright. Financial Interest Disclosure Statement(Local Rule 7.1 by Cvent Inc.)


LR7.2E
-The Betrayal- Wrotnowski v. Connecticut Secretary of State, Docket at Supreme Court, Docket No. 08A469. Nov. 26, 2008... Chronology of events

leading up to Plaintiff's case. How our Heritage is sold out- Oil for Immigration.

-74 Nw. U. L. Rev. 721(1979-1980). Honest Judicial Opinion; Leflar, Robert, A. (c)- Honest Judicial Opinion that judges present to each other in the decision conference, before they vote.

LR7.3E
-Definition of abbreviations from dictionary.net. B. B. Bail Bond. B. or BK. Book. B & A. Barnewall & Alderson's Reports... dictionary.net what does abbreviations mean? Found| entry for the meaning of abbreviations. Abbreviations and abbreviated references.

-Legal Abbreviations & Abbreviated References- definition... Reports of cases adjudged in the Supreme Court of Pennsylvania by Horace Binne, MojoLaw.

Legal Information Topics, and
Free legal Forms.

LR7.4
-267 F. 2d. 247, La Salle National Bank, not personally but as Trustee, under Trust no. 17365 and Aaron B. Weiner, Plaintiffs- Appellants, v. 222 East chestnut street Corporation, Defendant- Appellee no. 12478 U. S. Court of Appeals Seventh Circuit.

-Labor Law Talk- publicly available info about their case.

-Full text of Reports of cases Argued and Determined in the Supreme Court of Louisiana. The bond is executed in the name of the bank, by the attorney- at- law of the bank.

-Louisiana Open Record Act In the District Court - Criminal(Traffic)

-Tax Refund Suits against Collectors of Internal Revenue; Plumb, Williams T. Jr. Law Review, taxpayer might give bond and litigate the merits of the tax in de-fense of a suit Vol. Lx May 1947 no. 5, 60 Harv. L. Rev. 685(1949-1947)


LR7.6E
-977 F. 2d. 1332- United States Court of Louisiana. Dep't of Health Res., 478 U. S. 251, 106 S. Ct.
-977 F. 2d. 1332 24 Fed. R. Serv. 3d. 304, Prod. Liab. Rep. (CCH) 13. 342 Court of Ninth Circuit.


-FORUM JURIDICUM Framing and Reviewing a Desegregation DeCree. Harvard Law School, 1969; Judicial Fellow, United States Supreme Court, 1975-1976, 47La. L. Rev. 123(1986-1987) Framing and Reviewing a Desegregation DeCree: of the chancellor's Foot and Fifth Circuit Control; Baier, Paul R.


-Legends about the Civil Justice System.
40 Ariz. L. Rev. 717 (1998) Oil strike in Hell: Contemporary Legends about the Civil Justice System, an; Galanter, Marc
1. The" Jaundiced View" of American Civil Justice.


-Baker v. Wade- Queer Resources Directory. The committee also heard testimony from the Plaintiff in this case (Donald F. Baker, Plaintiff v. Henry Wade, Defendant).


-525 F. 2d. 1354
11 Fair Empl. Prac. Dec. P 10, 504 Sandra Lee Kaplan Plaintiff-Appellee, v. International Alliance of Theatrical and Stage employees and Motion Picture Machine operators of the United States and Canada, local 659, International Photographers of Motion Picture Industries, Defendants-Appellants. nos. 73- 2555, 73- 3392, Court of Appeals Nineth Circuit


FRCP 5 (5)
-Pro se Legal representation in the United States. In Louisiana, for instance, the Louisiana Court of Appeals tracks the pro se legal representation in the U.S.

-Faretta  v.  California,  422  U.  S.  806, 813((1975).


-Section  35  of  the  Judiciary  Act  of 1789,  1 Stat.  73,  92


-728  F.  2d.  748  State  of  Louisiana, Guste  v.  M/v.  Testabank  M/s  |
OpenJurist,  Sidney  D.  Torres, 3rd.,  Kenneth  B.  Krobert,  Chalmette,  La.,
for  Gulf  Outlet  et  al...  Court  of  Appeals  Fifth  Circuit.


-U .S. A.  v.  BP  Exploration  &  Production,  Inc.,  et  al.,


-746  F.  2d.  1033
40 Fed.  R.  Serv.  2d 608,  224  U. S .P. Q. 114  Louisiana  World  Exposition
Inc. no.  84- 3032 Court  of  Appeals  Fifth Circuit.


-823  F.  2d.  129
1987- 2 Trade  cases  67,  657,  8  Fed. R. Serv.  3d.  557.  Union  City  Barg
Line,  Inc.  and  Union  City  Fuel Company  Inc.  Plaintiff- Appellants,  v.
Union  Carbide  Corporation,  E. W.  Saybolt  and  Company, Inc.  and  Gulf
Coast  Petroleum  Products,  Inc. Defendants-  Appellee's.  no. 85- 2878 Court
of  Appeals,  Fifth  Circuit.


28  U.  S.  C.  1654
-974  F.  2d.  667:  United  States  of America,  Plaintiff-  Appellee,  v.
Ricou Deshaw,  Defendant.


-The  Kermanj  Foundation  Bio  Medica and  Genetic  Research  Foundation  v.
Broward  Country  Property  Appraiser's Office  et  al.,  Seventh  Circuit
affirmed the  federal  district  Court.


-Symposium:  Return  to  Missouri  v. Holland:  Federalism  and  International
Law:  Note:  The  Split  on  Sanctioning Pro  Se  Litigants  under  28  U .S. C.
1927:  Choose  wisely  when  picking  a side,  Eighth  Circuit (c).  2008
curators  of  the  University  of Missouri.  Law Review  author- Kelsey  Whitt,
excerpt.

- Access to Courts 28 U. S. C. 1654, " In all courts of the United States the parties may plead and conduct their own cases personally or by counsel as, by the rules of such courts, respectively, are permitted to manage and conduct causes therein".

-28 U. S. C. 452- Federal Rules of Appellate Procedure.

-Houston's Actions to PDF, Feb. 25, 2011... According to the official case record, Supreme Court Justice.

A corporation must be represented by an attorney qualified to practice before this court.
-United States Supreme Court, Plessy v. Ferguson, 163 U. S. 537 (1896) no. 210.

Respond to:

Clerk, U.S. District Court

500 Poydras Street

Room C-151

New Orleans, LA 70130

8

