# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2011 MAY 17 PM 4:10
LORETTA G. WHYTE
CLERK

**JAMES R. DUGAN, II, ESQ.**

**VERSUS**

**STEPHEN B. MURRAY, ESQ.
D/B/A MURRAY LAW FIRM**

**MDL NO. 2179**

## ORDER

Considering the foregoing, **IT IS ORDERED** that the record herein be designated and maintained as confidential, under seal, accessible only to counsel and the court.

5/17/11

_____
JUDGE

Fee ____
Process ____
x Dktd ____
CtRmDep ____
Doc. No. ____

Page 3 of 3