```
 1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
 2

 3     ****************************************************************

 4     IN RE:  OIL SPILL BY THE
       OIL RIG DEEPWATER HORIZON
 5     IN THE GULF OF MEXICO ON
       APRIL 20, 2010
 6
                              CIVIL ACTION NO. 10-MDL-2179 "J"
 7                            NEW ORLEANS, LOUISIANA
                              FRIDAY, MAY 13, 2011, 9:30 A.M.
 8

 9     THIS DOCUMENT RELATES TO
       ALL ACTIONS
10
       ****************************************************************
11
              TRANSCRIPT OF DISCOVERY STATUS CONFERENCE PROCEEDINGS
12              HEARD BEFORE THE HONORABLE SALLY SHUSHAN
                    UNITED STATES MAGISTRATE JUDGE
13

14     APPEARANCES:

15


16     FOR THE PLAINTIFFS'
       LIAISON COUNSEL:          HERMAN HERMAN KATZ & COTLAR
17                               BY:  STEPHEN J. HERMAN, ESQUIRE
                                 820 O'KEEFE AVENUE
18                               NEW ORLEANS, LA  70113

19
       PLAINTIFFS' STEERING
20     COMMITTEE MEMBERS:        CUNNINGHAM BOUNDS
                                 BY:  ROBERT T. CUNNINGHAM, ESQUIRE
21                               1601 DAUPHIN STREET
                                 MOBILE, AL  36604
22

23                               DOMENGEAUX WRIGHT ROY & EDWARDS
                                 BY:  WILLIAM F. LARGE, ESQUIRE
24                               P. O. BOX 3668
                                 556 JEFFERSON STREET
25                               LAFAYETTE, LA  70502
```

09:23AM

```
 1  APPEARANCES CONTINUED:

 2

 3                              IRPINO LAW FIRM
                              BY:  ANTHONY IRPINO, ESQUIRE
 4                              ONE CANAL PLACE
                              365 CANAL STREET, SUITE 2990
 5                              NEW ORLEANS, LA  70130

 6

 7  FOR THE FEDERAL
    GOVERNMENT INTERESTS:    U.S. DEPARTMENT OF JUSTICE
 8                              TORTS BRANCH, CIVIL DIVISION
                              BY:  R. MICHAEL UNDERHILL, ESQUIRE
 9                                   SARAH HIMMELHOCH, ESQUIRE
                              450 GOLDEN GATE AVENUE
10                              7TH FLOOR, ROOM 5395
                              SAN FRANCISCO, CA  94102
11

12  FOR THE
    UNITED STATES OF
13  AMERICA:                 ENVIRONMENTAL ENFORCEMENT SECTION
                              U.S. DEPARTMENT OF JUSTICE
14                              BY:  STEVEN O'ROURKE, ESQUIRE
                              P.O. BOX 7611
15                              WASHINGTON, DC  20044

16

17  FOR STATE INTERESTS:     ALABAMA ATTORNEY GENERAL'S OFFICE
                              BY:  COREY L. MAZE, ESQUIRE
18                              500 DEXTER AVENUE
                              MONTGOMERY, AL  36130
19

20  FOR TRANSOCEAN HOLDINGS
    LLC, TRANSOCEAN
21  OFFSHORE DEEPWATER
    DRILLING INC., AND
22  TRANSOCEAN DEEPWATER
    INC.:                    FRILOT
23                              BY:  PAUL C. THIBODEAUX, ESQUIRE
                              ENERGY CENTRE, 36TH FLOOR
24                              1100 POYDRAS STREET
                              NEW ORLEANS, LA  70163
25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR BP AMERICA INC.,
     BP AMERICA PRODUCTION
 4   COMPANY, BP COMPANY
     NORTH AMERICA INC.,
 5   BP CORPORATION NORTH
     AMERICA INC.,
 6   BP EXPLORATION &
     PRODUCTION INC.,
 7   BP HOLDINGS NORTH
     AMERICA LIMITED,
 8   BP PRODUCTS NORTH
     AMERICA INC.:            LISKOW & LEWIS
 9                            BY:  DON K. HAYCRAFT, ESQUIRE
                              ONE SHELL SQUARE
10                            701 POYDRAS STREET
                              SUITE 5000
11                            NEW ORLEANS, LA  70139

12
                              KIRKLAND & ELLIS
13                            BY:  J. ANDREW LANGAN, ESQUIRE
                                   MARK J. NOMELLINI, ESQUIRE
14                                 TIMOTHY E. DUFFY, ESQUIRE
                                   RYAN S. BABIUCH, ESQUIRE
15                            300 N. LASALLE
                              CHICAGO, IL  60654
16

17   FOR CAMERON INTERNATIONAL
     CORPORATION:             STONE PIGMAN WALTHER WITTMANN
18                            BY:  CARMELITE BERTAUT, ESQUIRE
                              546 CARONDELET STREET
19                            NEW ORLEANS, LA  70130

20

21   FOR HALLIBURTON
     ENERGY SERVICES, INC.:   GODWIN RONQUILLO
22                            BY:  DONALD E. GODWIN, ESQUIRE
                                   JENNY L. MARTINEZ, ESQUIRE
23                                 STEFANIE K. MAJOR, ESQUIRE
                              1201 ELM STREET, SUITE 1700
24                            DALLAS, TX  75270

25
```

4

1  APPEARANCES CONTINUED:

2

3                              GODWIN RONQUILLO
                               BY:  R. ALAN YORK, ESQUIRE
4                              1331 LAMAR, SUITE 1665
                               HOUSTON, TX  77010
5

6  FOR ANADARKO
   PETROLEUM CORPORATION,
7  ANADARKO E&P COMPANY LP,
   MOEX USA CORPORATION,
8  AND MOEX OFFSHORE 2007
   LLC:                        KUCHLER POLK SCHELL
9                              WEINER & RICHESON
                               BY:  DEBORAH D. KUCHLER, ESQUIRE
10                             1615 POYDRAS STREET, SUITE 1300
                               NEW ORLEANS, LA  70112
11

12                             BINGHAM MCCUTCHEN
                               BY:  WARREN A. FITCH, ESQUIRE
13                             2020 K STREET, NW
                               WASHINGTON, DC  20006
14

15 FOR M-I L.L.C.:             MORGAN, LEWIS & BOCKIUS
                               BY:  JAMES B. TARTER, ESQUIRE
16                                  STEVEN LUXTON, ESQUIRE
                                    DENISE SCOFIELD, ESQUIRE
17                             1000 LOUISIANA STREET, SUITE 4000
                               HOUSTON, TX  77002
18

19 FOR O'BRIEN'S RESPONSE
   MANAGEMENT, INC.,
20 SEACOR HOLDINGS, INC.,
   SEACOR OFFSHORE LLC,
21 SEACOR MARINE, LLC,
   SEACOR WORLDWIDE, INC.,
22 SEACOR MARINE, INC.,
   SEACOR MARINE
23 INTERNATIONAL, INC.,
   AND SIEMENS FINANCIAL,
24 INC.:                       WEIL GOTSHAL & MANGES
                               BY:  THEODORE E. TSEKERIDES, ESQUIRE
25                             767 FIFTH AVENUE
                               NEW YORK, NY  10153

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR MARINE SPILL
     RESPONSE CORPORATION:    BLANK ROME
 4                           BY:  ALAN M. WEIGEL, ESQUIRE
                             THE CHRYSLER BUILDING
 5                           405 LEXINGTON AVENUE
                             NEW YORK, NY  10174
 6

 7   FOR WEATHERFORD U.S.,
     L.P.:                   JONES WALKER
 8                           BY:  GLENN G. GOODIER, ESQUIRE
                             PLACE ST. CHARLES
 9                           201 ST. CHARLES AVENUE
                             NEW ORLEANS, LA  70170
10

11   FOR DRIL-QUIP,
     INC.:                   WARE, JACKSON, LEE & CHAMBERS
12                           BY:  C. DENNIS BARROW, JR., ESQUIRE
                             2929 ALLEN PARKWAY, 42ND FLOOR
13                           HOUSTON, TX  77019

14

15   FOR NALCO CO.:          LATHAM & WATKINS
                             BY:  MARY ROSE ALEXANDER, ESQUIRE
16                           233 SOUTH WACKER DRIVE, SUITE 5800
                             CHICAGO, IL  60606
17

18   FOR LANE AVIATION:      LAW OFFICE OF GEORGE E. CROW
                             BY:  GEORGE E. CROW, ESQUIRE
19                           P.O. BOX 30
                             KATY, TX  77492
20

21

22   FOR MDL 2185:           METHOFF LAW FIRM
                             BY:  WILLIAM STRADLEY, ESQUIRE
23                           3450 ONE ALLEN CENTER
                             500 DALLAS STREET
24                           HOUSTON, TX  77002

25
```

```
 1   APPEARANCES CONTINUED:

 2


 3   ALSO PRESENT:           JEFFREY SEELY, ESQUIRE
                             DAVID ISAAK, ESQUIRE
 4                           ROBERT ELIAS, ESQUIRE
                             BEN GOODHUE, ESQUIRE
 5

 6                           DAVID POTE, ESQUIRE
                             DOUGLAS KRAUS, ESQUIRE
 7                           HEATHER KENNEALY

 8


 9   OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
10                               500 POYDRAS STREET, ROOM HB406
                                 NEW ORLEANS, LA  70130
11                               (504) 589-7779
                                 Cathy_Pepper@laed.uscourts.gov
12
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
13   PRODUCED BY COMPUTER.

14

15

16

17

18

19

20

21

22

23

24

25
```

1                              **I N D E X**

2

3   AGENDA ITEMS                                              PAGE

4

5   ROBERT KALUZA CAN BE RESCHEDULED....................... 12

6   BRIAN MOREL........................................... 13

7   MARK HAFLE............................................ 13

8   DOUGLAS BROWN AND JAMES MANSFIELD DEPOSITIONS.......... 13

9   DEADLINE OF MAY 20TH FOR BP THIRD-PARTY CLAIMS......... 15

10  RESPONDER DEFENDANTS.................................. 19

11  BP PRODUCTION ISSUE................................... 20

12  TRANSOCEAN REQUEST.................................... 42

13  EXTENSION OF TIME..................................... 42

14  INVESTIGATION CONDUCTED BY BP POST INCIDENT........... 43

15  REQUEST FOR PRODUCTION OF DOCUMENTS LOOSELY TERMED THE  43

16  BAXTER INVESTIGATION DOCUMENTS WILL BE DENIED.........

17  CASPIAN SEA BLOWOUT................................... 46

18  DENY THE REQUEST FOR PRODUCTION OF CASPIAN SEA         47

19  DOCUMENTS............................................

20  REQUEST TO INSPECT THE WESTLAKE REAL TIME OPERATING    52

21  CENTER IN HOUSTON....................................

22  ISSUES CONCERNING DISCOVERY FROM THE UNITED STATES..... 58

23  PRIVILEGE LOG IDENTIFICATION ISSUE, UNITED STATES/PSC  59

24  COMMUNICATION........................................

25  PROPOSED AMENDMENT TO PRETRIAL ORDER NUMBER 13......... 59

1    DISCOVERY THAT THE DEFENDANTS WANTED TO CONDUCT AS TO     60

2    THE PSC AND GOVERNMENTAL ENTITIES......................

3    SCOPE OF SEGMENT TWO...................................     65

4    REQUEST FOR REALLOCATION OF DEPOSITION TIME...........     67

5    CALENDAR..............................................     68

6    MR. JASSAL............................................     71

7    JEREMY BYRD. .........................................     72

8    FRED SABINS...........................................     72

9    BP 30(B)(6)...........................................     72

10   ELLIS ARMSTRONG.......................................     72

11   IAN LITTLE............................................     74

12   MARTIN ALBERTIN.......................................     76

13   VECTOR MAGNETICS -- ..................................     76

14   JOHN WRIGHT...........................................     78

15   LAMAR MCKAY...........................................     79

16   JOHN WRIGHT...........................................     80

17   TRANSOCEAN............................................     82

18   ANDREA FLEYTAS........................................     83

19   CARL TAYLOR...........................................     83

20   NICK WATSON...........................................     83

21   BILL JOHNSON..........................................     83

22   ALLEN SERIALE.........................................     83

23   STEVE BERTONE.........................................     83

24   DUSTIN JOHNSON........................................     83

25   PHARR SMITH...........................................     83

1   GEOFF BOUGHTON.........................................   83

2   TROY HADAWAY...........................................   84

3   MR. REDD...............................................   84

4   MR. SNEDDON............................................   85

5   WYMAN WHEELER..........................................   85

6   MR. MORGAN.............................................   86

7   MR. SANDELL............................................   86

8   JAMES INGRAM...........................................   86

9   PAUL MEINHARD..........................................   86

10  REQUESTS FOR ADDITIONS.................................   88

11  LONDON.................................................   90

12  M-I....................................................   96

13  TIME ALLOCATION FOR MR. SUTTLES' DEPOSITION............   98

14  SOUTHEAST RECOVERY LITIGATION.......................... 109

15  REVISIT PRETRIAL ORDER 27 IN TERMS OF THE ALLOCATION    112

16  OF TIME................................................

17  VESSEL OF OPPORTUNITY.................................. 114

18  DIVISION OF TIME BY THE DEFENDANTS..................... 116

19  CHRISTOPHER HAIRE...................................... 116

20  REQUESTS FOR ADDITIONAL TIME........................... 117

21  FRED SABINS............................................ 117

22  MR. BROWN.............................................. 118

23  MR. ROTH............................................... 118

24  MR. FAUL............................................... 118

25  DAVID RICH............................................. 119

1   HARRY THIERENS......................................... 120

2   COMPILATION OF MASTER LISTS FOR WITNESSES ON SOURCE     121

3   CONTROL AND QUANTIFICATION............................

4   EXCEL FORMAT.......................................... 122

5   JUDGE BARBIER HAS MOVED HIS CONFERENCE TO MAY 26TH..... 124

6   JUNE FOR STATUS CONFERENCES........................... 124

7   FRIDAYS IN JUNE, JULY, AND AUGUST AT 9:30............. 125

8   DISCOVERY FOR QUANTIFICATION AND SOURCE CONTROL........ 125

9   SHORT FORM FILINGS AND WHERE DO WE GO FROM HERE........ 126

10  NEXT CONFERENCE IS THURSDAY, MAY 26, FOLLOWING A LUNCH  129

11  BREAK AFTER JUDGE BARBIER'S CONFERENCE.................

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**P-R-O-C-E-E-D-I-N-G-S**

FRIDAY, MAY 13, 2011

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)

09:33AM   THE DEPUTY CLERK:  All rise.

09:33AM   THE COURT:  Good morning all.  Please have a seat.
09:34AM   Happy Friday.

09:34AM   VOICES:  Happy Friday.

09:34AM   THE COURT:  Sounds like the group doesn't mean it.
09:34AM   That's okay, I don't either.

09:34AM   All right, guys.  A busy week, right?

09:34AM   MS. KUCHLER:  Yes, ma'am.

09:34AM   THE COURT:  Let's see what we've got.  It looks to me
09:34AM   like it might be -- I'm sure Ms. Pepper is going to like this --
09:34AM   a lengthy meeting this morning.  So, Ms. Pepper, if at any point
09:34AM   you need a break, you'll let us know?

09:34AM   THE COURT REPORTER:  Yes, ma'am.

09:34AM   THE COURT:  Let's see, David Isaac, are you on the
09:34AM   phone?

09:34AM   MR. ISAAC:  Yes, Your Honor.

09:34AM   THE COURT:  How are you doing?

09:34AM   MR. ISAAC:  Good.

09:34AM   THE COURT:  I had an e-mail last night from

09:34AM 1    Paul Sterbcow confirming that he agrees that the deposition of

09:35AM 2    Mr. Kaluza can be rescheduled.  It was set, everybody else, for

09:35AM 3    May 27, and we need to pick dates in July.

09:35AM 4        Good morning, Mr. Maze.

09:35AM 5            MR. MAZE:  Good morning.

09:35AM 6            THE COURT:  Mr. Isaac, do you have suggested dates where

09:35AM 7    we could potentially slot Mr. Kaluza?

09:35AM 8            MR. ISAAC:  The week of July 11th would be the best for

09:35AM 9    us, Your Honor.

09:35AM 10            THE COURT:  Let's take a look.

09:35AM 11            MR. MAZE:  July 11th itself?

09:35AM 12            THE COURT:  Yes.  July 11th looks good.  But we want the

09:35AM 13    12th, as well; is that right, Mr. Cunningham?

09:35AM 14            MR. CUNNINGHAM:  I think we do, Your Honor, particularly

09:35AM 15    if he doesn't take the Fifth.

09:36AM 16            THE COURT:  That's right.

09:36AM 17        All right, Mr. Isaac, we are going to go ahead and put down

09:36AM 18    Mr. Kaluza for July 11 and 12.

09:36AM 19            MR. ISAAC:  Okay.

09:36AM 20            THE COURT:  I would appreciate your confirming that with

09:36AM 21    Paul Sterbcow to make sure that we're in gear once you've spoken

09:36AM 22    to Mr. Kaluza.

09:36AM 23            MR. ISAAC:  Yes, we will -- we will confirm that with

09:36AM 24    Mr. Sterbcow.

09:36AM 25            THE COURT:  That would be great.  Thank you very much.

09:36AM 1    Now, you can drop off the call.

09:36AM 2            MR. ISAAC:  Okay, thank you, Your Honor.

09:36AM 3            THE COURT:  Everybody is jealous.

09:36AM 4            MR. ISAAC:  Bye-bye.

09:36AM 5            THE COURT:  Also, while we're on that subject, we had

09:36AM 6    Mr. Morel set and have agreed that he needs to be rescheduled for

09:36AM 7    July, as well.  Do we have dates in July for that,

09:36AM 8    Mr. Cunningham?

09:36AM 9            MR. CUNNINGHAM:  We don't as far as I know, Your Honor.

09:36AM 10     I stood to mention to the Court that Mr. Hafle is also set

09:36AM 11   on the 26th.  There have been conversations with his attorney.

09:37AM 12   We think he falls in the same category and should be scheduled in

09:37AM 13   July.

09:37AM 14           THE COURT:  All right.  So we'll add him to follow up,

09:37AM 15   and we'll take him off of May 26th.

09:37AM 16     Mr. Cunningham, if you wouldn't mind, would you follow up on

09:37AM 17   dates for those two witnesses in July --

09:37AM 18           MR. CUNNINGHAM:  Yes, ma'am.

09:37AM 19           THE COURT:  -- that are best for you guys.

09:37AM 20           MR. CUNNINGHAM:  Will do, Your Honor.

09:37AM 21           THE COURT:  That would be great.  Thank you.

09:37AM 22     We had a discussion with regard to the Douglas Brown and

09:37AM 23   James Mansfield depositions.  Is there anything we need to

09:38AM 24   discuss relative to follow-up on that?

09:38AM 25           MR. HAYCRAFT:  Mr. Seely is on the phone.  We thought

09:38AM 1    last week's conference took care of all issues, but, Your Honor

09:38AM 2    apparently noticed a more subtle issue having to do with the

09:38AM 3    second dismissal of the recently filed state court action over in

09:38AM 4    Texas not being treated as a with-prejudice dismissal upon the

09:38AM 5    stipulation of all parties who have now been named in the sixth

09:38AM 6    amended complaint.  We believe we all have agreement on that.

09:38AM 7              THE COURT:  Mr. Seely --

09:38AM 8              MR. SEELY:  Yes, Your Honor.

09:38AM 9              THE COURT:  -- are you comfortable with the agreement of

09:38AM 10   all counsel, or do you want to prepare a stipulation for their

09:38AM 11   review and filing?

09:39AM 12             MR. SEELY:  I am fine either way, Your Honor.  I talked

09:39AM 13   with Mr. Haycraft yesterday about preparing an order because my

09:39AM 14   suspicion is if I called the clerk right now and asked them, for

09:39AM 15   an example, whether or not Anadarko is active within my

09:39AM 16   Sixth Amended Complaint, they would probably tell me no because I

09:39AM 17   dismissed them at some point.

09:39AM 18        So I will do whatever is easiest for the Court and counsel,

09:39AM 19   but that is something that BP's counsel and I spoke about.

09:39AM 20             THE COURT:  I think maybe you should go ahead and do a

09:39AM 21   simple stipulation that you can sign and file stating that there

09:39AM 22   is no opposition.

09:39AM 23        If you would circulate that so that everybody sees it, give

09:39AM 24   them a deadline by which they can express opposition; and, in

09:39AM 25   default of that, you'll go ahead and file it without opposition.

09:40AM 1   Okay?  That should clean things up for you.

09:40AM 2             MR. SEELY:  Thank you, Your Honor.

09:40AM 3             THE COURT:  You're welcome.  I think you can drop off

09:40AM 4   now.  Everybody is jealous.

09:40AM 5             MR. SEELY:  Thank you, Your Honor.  Bye.

09:40AM 6             THE COURT:  Bye-bye.

09:40AM 7        We had the issue of whether or not a stipulation was going

09:40AM 8   to be filed relative to the deadline of May 20th for BP

09:40AM 9   third-party claims.  Has that stipulation been filed, because, if

09:40AM 10  it is, we've missed it?

09:40AM 11            MR. YORK:  Yes, Your Honor, it has been filed.

09:40AM 12            THE COURT:  Good.  Thank you, Mr. York.

09:40AM 13            MR. THIBODEAUX:  Your Honor.

09:40AM 14            THE COURT:  Come on up.  Good morning.

09:40AM 15            MR. THIBODEAUX:  Good morning.  Paul Thibodeaux on

09:40AM 16  behalf of Transocean.

09:41AM 17       Your Honor, there is an issue with BP's third-party claim in

09:41AM 18  the DOJ action against Transocean.  Apparently there is no order

09:41AM 19  in place that sets a firm responsive pleading date for that.

09:41AM 20       In light of the briefing that is due on the consolidation

09:41AM 21  issue, we feel like it might be a good idea to move a responsive

09:41AM 22  pleading date for the DOJ stuff back to July, after that

09:41AM 23  consolidation issue is heard.

09:41AM 24            THE COURT:  Do you want to propose a date and let

09:41AM 25  everybody think about it and take it from there?

09:41AM 1          MR. THIBODEAUX:  Sure.  How about July 15?

09:41AM 2          THE COURT:  Andrew?

09:41AM 3          MR. LANGAN:  Your Honor, Andy Langan for BP.

09:41AM 4      We had not heard from Transocean about this until 10 seconds

09:41AM 5  ago, so I would really like to think about it.

09:41AM 6          THE COURT:  I think that's what I said is propose a date

09:41AM 7  and let's think about it.

09:41AM 8          MR. LANGAN:  Very good.

09:41AM 9          THE COURT:  So we'll put that down for next week, and

09:42AM 10 that will give you time to think about it.

09:42AM 11         MR. LANGAN:  Very good.  Thank you, Your Honor.

09:42AM 12         THE COURT:  July 15.

09:42AM 13         MS. BERTAUT:  Your Honor, I'm confused about what the

09:42AM 14 stipulation was that was entered that set the deadline of

09:42AM 15 May 20th.  I thought it was BP versus folks in the DOJ action.

09:42AM 16 Am I wrong about that?

09:42AM 17     Because if that's the case, then that's May 20th, and we

09:42AM 18 have got a deadline.  We were working under the impression we had

09:42AM 19 a deadline of May 20th, so that to move it until -- to move the

09:42AM 20 discussion until next week would mean it would be on the due

09:42AM 21 date, Your Honor.

09:42AM 22         THE COURT:  No, the due date for responding to the

09:42AM 23 third-party claims was May 20th.  We now have changed the

09:42AM 24 discussion to the separate action of the DOJ and whether or not

09:42AM 25 we want to set a deadline for that litigation, pending whether or

09:42AM 1    not it's consolidated, etcetera.  The proposal is that it will be

09:43AM 2    July 15, and we're going to think about it and talk about it

09:43AM 3    further next week.

09:43AM 4            MS. BERTAUT:  I may be confused about what third-party

09:43AM 5    action I'm thinking Cameron has been named in, so I'll check with

09:43AM 6    Mr. Haycraft.

09:43AM 7            MR. LANGAN:  Andy Langan for BP.

09:43AM 8        In the Department of Justice, the US versus BP, Anadarko,

09:43AM 9    MOEX, Transocean, BP brought a third-party complaint against

09:43AM 10   Cameron and Halliburton.  We have agreed that responsive

09:43AM 11   pleadings for that action can be extended until May 20th.

09:43AM 12       I'm not sure what Mr. Thibodeaux is talking about.  Maybe

09:43AM 13   it's -- I'd have to go back and check about whether or not we

09:43AM 14   third partied in Transocean, Limited and Transocean, Inc.  Is

09:43AM 15   that what counsel is talking about?

09:43AM 16           THE COURT:  Carmelite, would you pass the mic down to

09:43AM 17   Mr. Thibodeaux, please.

09:43AM 18           MR. THIBODEAUX:  I'm sorry, what was the question?

09:43AM 19           MR. LANGAN:  May I ask counsel, Your Honor, what is he

09:43AM 20   seeking an extension on, what third-party claims against what

09:44AM 21   entities?

09:44AM 22           MR. THIBODEAUX:  Third-party claims that were made in

09:44AM 23   the DOJ action.

09:44AM 24           MR. LANGAN:  Against what entities?

09:44AM 25           MR. THIBODEAUX:  I don't recall off the top of my head

09:44AM 1   what entities.

09:44AM 2          MR. LANGAN:  We've already agreed as to Halliburton and

09:44AM 3   Cameron they could have until May 20th.

09:44AM 4          THE COURT:  In the DOJ action.

09:44AM 5          MR. LANGAN:  Correct.  Yes.

09:44AM 6          THE COURT:  So, Mr. Thibodeaux, I didn't realize that

09:44AM 7   your stipulation extended to the DOJ action.  Now Mr. Herman is

09:44AM 8   standing up, complicating matters.

09:44AM 9          MR. HERMAN:  Well, I'm hoping to offer clarity.  Maybe

09:44AM 10  it won't complicate things further.

09:44AM 11         THE COURT:  Good.  Let's talk about it.

09:44AM 12         MR. HERMAN:  To the extent I've kind of eavesdropped on

09:44AM 13  what Mr. Haycraft was saying, and from my own recollection, I

09:44AM 14  think it's really just limited -- and whatever that other foreign

09:44AM 15  entity is, and there is already a stipulation on that, that

09:44AM 16  essentially we're going -- they are going to accept service, but

09:44AM 17  we're going to defer jurisdictional discovery and discovery as to

09:45AM 18  their liability.

09:45AM 19     So I think there already is a stipulation that effectively

09:45AM 20  stays that.

09:45AM 21         MR. LANGAN:  Your Honor, could I ask the Court's

09:45AM 22  indulgence?  Can we table this and let me check?

09:45AM 23         THE COURT:  Sure.

09:45AM 24         MR. LANGAN:  Mr. Herman may be right about that.

09:45AM 25         THE COURT:  I think that's a wonderful idea.

09:45AM 1      All right.  The responder defendants have circulated a

09:45AM 2  stipulation relative to a change in deadlines for responding to

09:45AM 3  crossclaims and counterclaims.  Has everybody had the opportunity

09:45AM 4  to look at that?

09:45AM 5      Ted, are you on the line?

09:45AM 6          MR. TSEKERIDES:  I am, Your Honor.

09:45AM 7      We're not looking to move the date.  We're just looking to

09:45AM 8  have whatever the responders had already filed, either by way of

09:45AM 9  a motion or an answer, to be deemed to respond to, I guess, one,

09:46AM 10  the Transocean crossclaim that would be due next week, and then

09:46AM 11  whatever -- I guess there were a couple that were already filed,

09:46AM 12  but those are due June 20th, and I guess there are others.

09:46AM 13      So we were looking for a deeming order to have what was

09:46AM 14  already filed be deemed to count for those, too.

09:46AM 15          THE COURT:  Has everybody had an opportunity to look at

09:46AM 16  the proposed stipulation and deeming order?  Silence.

09:46AM 17      I think, Ted, that means that no one has looked at your

09:46AM 18  proposed stipulation and deeming order other than Mike and me.

09:46AM 19          MR. TSEKERIDES:  Those might be the two people that

09:46AM 20  matter most.

09:46AM 21          THE COURT:  I did not have trouble with it, but,

09:46AM 22  obviously, I would like everybody to take a look at it.

09:46AM 23      Would you all be so kind as to look at it, let Ted know if

09:47AM 24  you have any problems.  If, Ted, you have not heard from anybody

09:47AM 25  by Thursday at noon, would you go ahead and file it showing no

09:47AM 1   opposition has been expressed, and that should take care of it.

09:47AM 2          MR. TSEKERIDES:  Thursday at noon?

09:47AM 3          THE COURT:  Yes.  If you don't hear from anybody,

09:47AM 4   Thursday at noon go ahead and file it.

09:47AM 5          MR. TSEKERIDES:  If I hear from somebody that late, I

09:47AM 6   mean, this thing is due the next day, the deadline.

09:47AM 7          THE COURT:  We'll work through it.

09:47AM 8          MR. TSEKERIDES:  We'll work through it.  Thanks,

09:47AM 9   Your Honor.

09:47AM 10          MR. YORK:  I was just going to say, Your Honor, if it

09:47AM 11   assists, Halliburton doesn't have any problems with it.

09:47AM 12          THE COURT:  Good.  Ted, Halliburton expresses no

09:47AM 13   opposition.

09:47AM 14          MR. TSEKERIDES:  That was Alan York, right?

09:47AM 15          THE COURT:  Yes, it was.

09:48AM 16          MR. TSEKERIDES:  He's a good man.

09:48AM 17          THE COURT:  We're back at the BP production issue, which

09:48AM 18   we seem to visit regularly these days.

09:48AM 19      Guys, I've read everything you've submitted.  I do think

09:48AM 20   that I understand why the PSC keeps raising the issue; but, I

09:48AM 21   also think that BP has made a good showing each time the issue

09:48AM 22   has been raised that either the documents that are being used to

09:48AM 23   illustrate the problem have been produced previously, perhaps

09:49AM 24   under a different Bates stamp number or a different designation,

09:49AM 25   but have been produced.

09:49AM 1       There seems to be, in this last round, one document that may
09:49AM 2   have been caught in the switches, but I can't say that I believe
09:49AM 3   that there is a systemic problem that needs to be addressed.
09:49AM 4       If anybody wants to talk further on it, I'll be happy to do
09:49AM 5   so.  I do believe that it appears as though the production is
09:49AM 6   proceeding apace.
09:49AM 7       I do agree with BP that the search terms for custodial files
09:49AM 8   was a topic that we discussed in detail and does apply to
09:50AM 9   custodial files.  You all don't want all of the custodial files
09:50AM 10  of these people because it's going to contain presumably
09:50AM 11  thousands of documents unrelated to the DEEPWATER HORIZON, and I
09:50AM 12  think that that's problematical at this point.
09:50AM 13      Mr. Large, I see you over there.  If you would like to come
09:50AM 14  up, I'll be happy to talk to you about it.
09:50AM 15          MR. LARGE:  Thank you, Your Honor.
09:50AM 16          THE COURT:  Sure.
09:50AM 17          MR. LARGE:  Brief introduction on what we've --
09:50AM 18      I'm sorry, William Large for the PSC.
09:50AM 19      Brief introduction on what we have been doing and how this
09:50AM 20  has been proceeding.
09:50AM 21          THE COURT:  By the way, I do know how frustrating and
09:50AM 22  time consuming this has been for you, so I'm not unsympathetic.
09:50AM 23  I am.
09:50AM 24          MR. LARGE:  Sure.  I appreciate that, Your Honor.
09:50AM 25      You know, we have worked with BP.  This latest round, which

09:51AM 1   has largely been hidden from your view, relates to the custodial

09:51AM 2   production only.  We have agreed with BP to work outside your

09:51AM 3   view, frankly, for about, you know, well over a month.

09:51AM 4       BP has raised conceptual issues with us, and they have

09:51AM 5   raised -- pointed out some anecdotal evidence of some documents

09:51AM 6   they think show problems with the analyses that we've presented

09:51AM 7   to them.

09:51AM 8       If you want to call it a goose chase, I guess we could call

09:51AM 9   it a reverse goose chase in that we go do tons of analysis and

09:51AM 10  say, well, the IIT targeted problem, which they talk about,

09:51AM 11  wasn't really the problem; that reduced it for some witnesses,

09:51AM 12  but not the most recent ones.

09:51AM 13      Or, the changes in the search term date ranges.  We allowed

09:51AM 14  for all of that, cutting it very conservatively in their favor.

09:51AM 15  It made about an 8 percent reduction.

09:51AM 16      Then we had the most recent, I think, was examples of

09:52AM 17  documents that were not pursuant to the search terms.  We

09:52AM 18  actually disagree with what BP has put in there.  They have said,

09:52AM 19  I think, two requests for production or search terms, I think, 22

09:52AM 20  and 28, that the Bodek documents weren't responsive to that.  We

09:52AM 21  did find that they were responsive to 88 and 90 or so -- or 92 --

09:52AM 22  88 and 90.

09:52AM 23      We've done some more analysis.  We continue to do it.  But,

09:52AM 24  frankly, all of the issues they've raised really only reduces the

09:52AM 25  problem, even if we allow for what they are saying, by about

09:52AM 1  25 percent.

09:52AM 2      We haven't presented you or attached to our letter what

09:52AM 3  would be probably 200 pages of lists and materials and whatnot.

09:52AM 4  We have presented that to BP.

09:52AM 5      On the issue -- I want to get a couple of things -- make

09:52AM 6  sure we don't get a few things confused here.  These are

09:53AM 7  custodial documents.  We fully acknowledge many that are on the

09:53AM 8  list have been previously produced; however, they aren't -- they

09:53AM 9  aren't indicated as being from this custodian in time.

09:53AM 10     So either they don't -- there is two ways this could be

09:53AM 11 done.  One, they produce the document; or, two, they indicate to

09:53AM 12 us the previous documents for which this custodian is a

09:53AM 13 custodian.

09:53AM 14     We have several examples.  I don't think we want to go into

09:53AM 15 this detail today, but I would like to able to show you at one

09:53AM 16 point, after maybe, perhaps, talking to BP some more this week --

09:53AM 17 next week, that critical documents that were produced before,

09:53AM 18 say, for Mr. Bodek -- and that was one of the examples they

09:53AM 19 used -- did not have Mr. Bodek as a custodian, and there was no

09:53AM 20 metadata that indicated that it was part of his file.

09:53AM 21     Now, that's critical information prior to the deposition.

09:54AM 22 It does not help us if we learn later, after Mr. Bodek or any

09:54AM 23 other witness' deposition, that a document that we had -- and BP

09:54AM 24 has done a great job showing you the breadth of their

09:54AM 25 production -- that somehow we could have discerned that that

09:54AM 1   document was in Mr. Bodek's -- because that is one that they

09:54AM 2   bring up that we absolutely would have wanted to talk to him

09:54AM 3   about.

09:54AM 4       There was another one from a very recent witness, Cheryl

09:54AM 5   Grounds.

09:54AM 6           THE COURT:  Ms. Grounds, G-R-O-U-N-D-S.

09:54AM 7           MR. LARGE:  Yes.  These are some of the examples.

09:54AM 8       Really, what we focused on and what I've told BP from the

09:54AM 9   beginning is that we feel that this is a problem of process.

09:54AM 10  It's one that we feel that we have been engaging in the dialogue

09:54AM 11  we have that would assist them in fixing.

09:54AM 12      We have gone through a very similar process with

09:54AM 13  Halliburton, and I always hold them up as a good --

09:55AM 14          THE COURT:  Shining example.

09:55AM 15          MR. LARGE:  -- shining example, but we had weekly

09:55AM 16  meetings for about a month, we identified problems, we learned

09:55AM 17  where we had maybe made some misinterpretations or jumped to

09:55AM 18  conclusions, and, in the process, they learned where their

09:55AM 19  process was faulty.  We fixed it, and I think things are going

09:55AM 20  great.

09:55AM 21      I'm not saying -- BP has a bigger task.  They have more

09:55AM 22  documents to deal with.  On the other hand, they still -- they do

09:55AM 23  have more people working on it, as they have said, and there

09:55AM 24  still is the obligation to get the process right because, no

09:55AM 25  matter what happens, if the process is faulty, important

09:55AM 1    documents are going to end up being swept up with lots of stuff

09:55AM 2    that maybe isn't important.

09:55AM 3             THE COURT:  Right.

09:55AM 4             MR. LARGE:  We've seen that.  We know that there has to

09:55AM 5    be some type of process problem because of the late production of

09:55AM 6    stuff that isn't even ESI but is the routine late production of

09:55AM 7    the handwritten journals, which, frankly, we have not gotten a

09:55AM 8    good answer on for why that continues, why we get those the night

09:56AM 9    before.  Sometimes they are 100, 200 pages.

09:56AM 10       I understand we did get them the night before, and we did

09:56AM 11   try to use them; but, that did not allow, I believe, for a -- you

09:56AM 12   know, receiving them at 10 o'clock the night before did not allow

09:56AM 13   for proper --

09:56AM 14           THE COURT:  Yes, that was troublesome.  I agree that was

09:56AM 15   a problem.

09:56AM 16           MR. LARGE:  If you actually look at the journal

09:56AM 17   themselves, it's kind of interesting because it's a spiral bound,

09:56AM 18   and it looks kind of like this.  It had been -- had already been

09:56AM 19   copied and then hole punched and put in someone's binder,

09:56AM 20   obviously.

09:56AM 21       I mean, I can't -- I can't assert with -- accuse with all

09:56AM 22   accuracy, but it certainly appears that this has been in some

09:56AM 23   lawyer's or someone's possession and known about for quite a

09:56AM 24   while.

09:56AM 25           Now, I understand things get caught up, and we are willing

09:56AM 1   to assume for now it's part of the process; but, we would like

09:56AM 2   the process addressed instead of continuing to have -- you know,

09:56AM 3   talk about problems that were had or made by us four or five

09:57AM 4   months ago.

09:57AM 5        I would like to address that because there was a bit of

09:57AM 6   discussion about us putting them on a wild goose chase.  There is

09:57AM 7   really two -- that's a two-way street, really, Your Honor.  If

09:57AM 8   we've put them on a wild goose chase because we don't know what's

09:57AM 9   in our documents, then they can't know what's in their documents

09:57AM 10  either by that standard.  Because if they knew, it should have

09:57AM 11  been easy to tell us that, you don't know what you're talking

09:57AM 12  about.  They could have told us right then and there, you have

09:57AM 13  those documents.  Instead, they said, no, we've got to go look.

09:57AM 14  Of course, they had to go look.

09:57AM 15       The issue really is this.  We have -- and it worked very

09:57AM 16  well.  In fact, I think we came up with a good plan.  The last

09:57AM 17  incident they talked about with Mr. Sterbcow, he sent Mr. Langan

09:57AM 18  an e-mail.  He said, we don't have these.  Mr. Langan then sent

09:57AM 19  an e-mail back and said, Mr. Sterbcow, did you check with

09:57AM 20  Bill Large?  He did, and I found it.  So the only wild goose

09:58AM 21  chase was me.

09:58AM 22       Here is conceptually what --

09:58AM 23            THE COURT:  Should I refer to you as the goose from now

09:58AM 24  on?

09:58AM 25            MR. LARGE:  I did do some chasing, but that's okay.

09:58AM 1    Everyone has to.  That's really part of it.

09:58AM 2              THE COURT:  That's right.

09:58AM 3              MR. LARGE:  We're all geese.

09:58AM 4              THE COURT:  When you're talking millions of documents,

09:58AM 5    it is tough.

09:58AM 6              MR. LARGE:  Here is what I think is true for everyone

09:58AM 7    involved in this litigation.  None of us, including BP, know

09:58AM 8    what's in the documents.  What we do know is we have a set that

09:58AM 9    we hope that the process that they employed provides reliable

09:58AM 10   information; and, we know we have the tools, given enough blood,

09:58AM 11   sweat, tears and time, to find them.

09:58AM 12        At any given time, people may be surprised at a deposition.

09:58AM 13   They may fire off an e-mail.  They may be frustrated.

09:58AM 14        They may be frustrated.  I can tell you, in January,

09:58AM 15   Mr. Cavanaugh and I found that this happens both ways.  I had

09:58AM 16   made some faulty requests; and, on the other hand, he had some

09:58AM 17   faulty responses.  We worked through it together.  It really

09:59AM 18   never got in front of you.  In fact, it didn't have to until it

09:59AM 19   keeps coming up in their paper as an example of what we're doing

09:59AM 20   wrong, instead of I think it's an example of us working together

09:59AM 21   and not bothering you.

09:59AM 22        So I do think that there are a couple issues, like I said.

09:59AM 23   One is late production, in our mind, includes documents that have

09:59AM 24   been produced before --

09:59AM 25              THE COURT:  But have not been designated as part of the

09:59AM 1   custodial file.

09:59AM 2        MR. LARGE:  -- as from that custodian.  For that

09:59AM 3   custodian and that deposition, in effect, that document doesn't

09:59AM 4   exist.  That is a big problem.

09:59AM 5        THE COURT:  That is.  I agree with you.

09:59AM 6        MR. LARGE:  When you look at the end of their document,

09:59AM 7   that's kind of a sweep-all that says, see, this really isn't a

09:59AM 8   problem.  Well, that's the majority of the documents, I would

09:59AM 9   say.  You know, that -- that's number one.

09:59AM 10       Number two, they've got to come up with a process for

09:59AM 11  handling their paper documents.  Whether they are doing it at the

09:59AM 12  last minute or -- I'm not sure, because some of these handwritten

09:59AM 13  journals, clearly, are some of the most relevant documents in the

09:59AM 14  case, and we continue, time and time again, to get them late.

10:00AM 15       So I don't know how the Court wants to go forward from here.

10:00AM 16       THE COURT:  Well, we're going to talk to Mark about

10:00AM 17  these two big issues.  How does that sound?

10:00AM 18       MR. LARGE:  That sounds great.  Thank you, Your Honor.

10:00AM 19       THE COURT:  Thank you.

10:00AM 20       All right, Mark.  Let's talk about first the custodial

10:00AM 21  designation, which I do think is a problem.  I mean, they may

10:00AM 22  know they have a document, but they might not know that it is

10:00AM 23  part of witness one's custodial file, which is important

10:00AM 24  information.

10:00AM 25       MR. NOMELLINI:  Your Honor, Mark Nomellini.  Thank you.

10:00AM 1      On that issue, that's an issue that was just raised.  I
10:00AM 2  guess we would need to see some examples of that, where that is
10:00AM 3  the case, and perhaps Mr. Large and I can discuss.  We're happy
10:00AM 4  to look into that and chase that one down.  We will --
10:00AM 5      I want to outline my area of agreement with Mr. Large.  We
10:00AM 6  would like to meet and confer, not only weekly, but, you know, as
10:01AM 7  often as Mr. Large would like to.
10:01AM 8          THE COURT:  I don't think he wants to meet with you at
10:01AM 9  all.
10:01AM 10          MR. NOMELLINI:  Well, not meet.  Maybe he was talking
10:01AM 11  about telephonic discussion.
10:01AM 12          THE COURT:  No, I know.  I'm kidding.
10:01AM 13          MR. NOMELLINI:  We'll absolutely share the same goal,
10:01AM 14  which is producing as many documents as possible, as early as
10:01AM 15  possible, having no confusion in the process.  I think we all
10:01AM 16  absolutely share those goals.
10:01AM 17          THE COURT:  I agree.
10:01AM 18          MR. NOMELLINI:  There are some new examples that
10:01AM 19  Mr. Large raised.  The focus was on the journal issue, and I
10:01AM 20  agree with Mr. Large and Your Honor on that one.  But, you know,
10:01AM 21  that's one document we're talking out of, you know, over two
10:01AM 22  million pages.  So I think that's a pretty good -- that's a
10:01AM 23  pretty good success rate.
10:01AM 24      On that document, here is what we're doing.  That was a
10:01AM 25  handwritten journal, and it did not get scanned properly by the

10:01AM  1    vendor.  So BP has taken corrective action to make sure that in

10:02AM  2    the instance of handwritten journals, they get scanned properly

10:02AM  3    so that we don't have to produce them on the day before the

10:02AM  4    deposition.

10:02AM  5         Some other examples that he gave, we fundamentally disagree

10:02AM  6    with.  We need to see them and talk through them, and we very

10:02AM  7    much look forward to doing that with them.

10:02AM  8         Mr. Large indicated that, you know, it should be easy for us

10:02AM  9    to find the documents when the PSC asks about them.  Well, it's

10:02AM 10    not really easy.  We have a lot of other things going on.

10:02AM 11         The way I would put it is, it's just as easy for the PSC to

10:02AM 12    do it as it is for us to do it.  That's why we think it makes

10:02AM 13    sense to have some kind of certification.  It doesn't have to

10:03AM 14    be -- it doesn't have to be anything burdensome or over the top,

10:03AM 15    just that the PSC has done a reasonable review of documents when

10:03AM 16    it asks us for something new, and that it hasn't found the

10:03AM 17    document we're looking for.

10:03AM 18         Because these types of things where we go and have to file

10:03AM 19    something with the Court and have to run things down take up a

10:03AM 20    lot of time, and I think we all agree that we're at our best when

10:03AM 21    we're just rolling up our sleeves and doing our work, rather than

10:03AM 22    having these disputes or these chases.

10:03AM 23         So that's sort of our overall view on that.  Always happy to

10:03AM 24    meet with Mr. Large.  We've had an excellent working relationship

10:03AM 25    to get through as many of these issues as possible.

10:03AM   1          THE COURT:  Which I appreciate.  I mean, I think you

10:04AM   2    guys are doing great.

10:04AM   3          I guess, Mark, I'm looking at the BP witnesses that are

10:04AM   4    currently scheduled between now and July.  There is a batch of

10:04AM   5    them, including, in my view, the most important ones are the UK

10:04AM   6    deponents, because I need to make sure that that goes smoothly

10:04AM   7    and that we don't have any missteps, inadvertent missteps,

10:04AM   8    because I want to make clear I don't think you all are doing

10:04AM   9    anything intentionally.

10:04AM  10          It seems to me that we need to be really careful going

10:04AM  11    forward that, as you said, you've taken steps with regard to the

10:04AM  12    handwritten notes and the logs and the other paper documents that

10:05AM  13    these witnesses may have kept.

10:05AM  14          I would ask that you go through, and I'll be glad to share

10:05AM  15    with you my little list of BP witnesses that are scheduled

10:05AM  16    between now and July, to make sure that they're in gear, that

10:05AM  17    we've got the paper documents, and that the custodial file

10:05AM  18    production is as complete as it possibly can be so that we can

10:05AM  19    avoid this kind of problem that we're talking about.

10:05AM  20          Which I understand the problem, for instance, that Mr. Large

10:05AM  21    comes up with relative to knowing that a document is in someone's

10:05AM  22    custodial file.  They should be entitled to that.  It may be an

10:06AM  23    important document, and they know it, but they don't know that it

10:06AM  24    relates to this particular witness.

10:06AM  25          So I'll share this with you, if you'll stick around

10:06AM 1   afterwards.  I've got a couple of notes on mine, but we'll run it

10:06AM 2   out for you.  Let's agree that you'll do a due diligence check to

10:06AM 3   make sure that we're in gear going forward.

10:06AM 4        So, for instance, we've got Mr. Suttles next week.  I know

10:06AM 5   that the PSC thinks that that's a big deal.  We want to make sure

10:06AM 6   that if there is anything that we've missed, because we're within

10:06AM 7   the 10-day period, that we find it and get it to them Monday, if

10:06AM 8   possible, so that we can avoid this thing.

10:06AM 9        Again, it's inadvertent.  I know it's inadvertent.  But

10:06AM 10  whatever due diligence we can do to assist them is going to be

10:07AM 11  helpful.

10:07AM 12            MR. NOMELLINI:  Absolutely understood, Your Honor.

10:07AM 13       I can assure you from the e-mails, we're being 2:00 a.m.,

10:07AM 14  3:00 a.m. in the morning diligent, and we'll continue to do that.

10:07AM 15  We have the same goal as Bill does, which is to make sure, as

10:07AM 16  much as possible, things get produced in advance.

10:07AM 17       It's not going to be perfect, given the challenges of the

10:07AM 18  litigation, but we're going to do the best we can.

10:07AM 19            THE COURT:  Right.  I appreciate that.

10:07AM 20       Bill, do you think that takes care of your immediate

10:07AM 21  concerns?

10:07AM 22            MR. LARGE:  Yes, Your Honor.

10:07AM 23       Let me respond to one thing that Mr. Nomellini said, and

10:07AM 24  that is, I think it's fair, and I think we have arrived at the

10:07AM 25  process, kind of informally, where they asked that, I guess, I be

10:07AM  1   the goose, certifier, whatever.

10:07AM  2       I'm more than happy to send an e-mail and let them know that

10:07AM  3   I have or someone at the PSC has looked hard, and I will -- and I

10:08AM  4   believe I've done this before -- kind of inform them what we've

10:08AM  5   done to look, so that they can give us suggestions.

10:08AM  6           THE COURT:  Exactly.  I think that the certification

10:08AM  7   should be that Mr. Large has looked at it and couldn't find it.

10:08AM  8           MR. LARGE:  Can I get back to you on that, Your Honor --

10:08AM  9           THE COURT:  Sure.

10:08AM 10           MR. LARGE:  -- if we're going to have an official record

10:08AM 11   here?

10:08AM 12           THE COURT:  I do think that's fair.  I think your idea

10:08AM 13   is fine.

10:08AM 14           MR. LARGE:  One other thing, Your Honor.

10:08AM 15       Really, the reason why we're raising this is, one, to try to

10:08AM 16   solve these problems before what we see as a slew of important

10:08AM 17   depositions coming up.  We think this would be of assistance to

10:08AM 18   BP.

10:08AM 19       You know, you'll notice our letter and bringing this up, we

10:08AM 20   haven't asked for any remedies; much less sanctions, we haven't

10:08AM 21   asked for any remedies.  But, really, it is to --

10:08AM 22           THE COURT:  Keep them working.

10:08AM 23           MR. LARGE:  We have been in discussions before, and part

10:08AM 24   of our earliest discussions with Mr. Nomellini and Mr. Cavanaugh

10:09AM 25   have been, hey, you know, if you've got a problem down the road,

10:09AM 1    even if it's July or August or whatever, and you need to recall

10:09AM 2    the witness, then we'll make our showing then.

10:09AM 3        Then I said, well, let's try to ferret out as much as we can

10:09AM 4    now, because it wouldn't make a lot of sense to start having this

10:09AM 5    argument then.

10:09AM 6        THE COURT:  Right.  None of us want to go back and

10:09AM 7    redepose someone.  None of us do.  BP doesn't; you don't.  I

10:09AM 8    can't think of anybody in the litigation that wants to go back

10:09AM 9    again.

10:09AM 10        MR. LARGE:  No.  That's correct, Your Honor.

10:09AM 11        But we felt, also -- and I think Mark and Bryan agreed with

10:09AM 12    me -- that we should go through this process, identify, actually,

10:09AM 13    if we can't agree on it, what the Court would see as a late

10:09AM 14    document, so that all we would be arguing about perhaps in the

10:09AM 15    future, if necessary, whether it's material and warrants bringing

10:09AM 16    back, rather than -- you know, this has been a long process.  If

10:09AM 17    we had started out right away, I mean, goodness gracious, we

10:10AM 18    would be back here every week.

10:10AM 19        So we think the process is working great.  I appreciate Mark

10:10AM 20    --

10:10AM 21        THE COURT:  I do, too.

10:10AM 22        MR. LARGE:  -- working on -- BP tightening up what they

10:10AM 23    are doing, and focusing on some of the most important witnesses

10:10AM 24    is probably the best thing they can do.

10:10AM 25        THE COURT:  I will provide everybody, if you will just

10:10AM 1    stick around -- we can e-mail it to you, and we'll give you hard

10:10AM 2    copies today -- of what we show as the remaining BP witnesses

10:10AM 3    that we need to focus on, and make sure that we've got it all

10:10AM 4    straight.  Right there.

10:10AM 5         Okay, gentlemen, that's good.  We will e-mail it around so

10:10AM 6    everybody can take a look.

10:10AM 7         MR. NOMELLINI:  Your Honor, the one thing for the record

10:10AM 8    there, and I have no reason to doubt Mr. Large's good faith, but

10:10AM 9    I'm not exactly sure what it was said that I was agreeing to

10:10AM 10   there.  So I would need to talk -- I would need to talk to

10:10AM 11   Mr. Large about that in case that comes back on the record,

10:10AM 12   but --

10:10AM 13        THE COURT:  What was it that worried you, so that I'll

10:11AM 14   understand?

10:11AM 15        MR. NOMELLINI:  I think there might have been some

10:11AM 16   suggestion that if there is -- if there is a need to recall a

10:11AM 17   witness, there was some type of agreement that the plaintiff

10:11AM 18   didn't have to raise it now; we could -- you know, we could put

10:11AM 19   it off indefinitely, something of that nature.  Maybe -- maybe

10:11AM 20   that's not what Mr. Large was saying.

10:11AM 21        MR. LARGE:  Well, I was hoping, I guess, through the

10:11AM 22   process, that we weren't raising it now because we have so much

10:11AM 23   other work to do, and we were going through all this information.

10:11AM 24        If we identify at some point in time, whether we do need to

10:11AM 25   recall someone, say, for a particular document or for a

10:11AM 1    particular reason based on a document which eventually the

10:11AM 2    magistrate rules as, I guess, would be late and material, maybe

10:11AM 3    one standard, we're reserving that right now because we've got a

10:11AM 4    lot of other stuff to do, and we still don't have this issue

10:12AM 5    really, you know, run down to ground.

10:12AM 6         I mean, I guess that's all I'm saying.  I'm not saying that

10:12AM 7    we had agreement, Mark, that this -- you know, that you're

10:12AM 8    waiving your right to object to us calling people or anything

10:12AM 9    like that.

10:12AM 10        THE COURT:  Yes, I think that this is something that

10:12AM 11   we've reserved throughout this process, which is if something

10:12AM 12   comes up, not just BP, but any witness, where we've taken the

10:12AM 13   deposition and there is good cause shown for having to recall the

10:12AM 14   witness, we will consider it.

10:12AM 15        You know right now of no one that you are anticipating doing

10:12AM 16   that with, but you're reserving your right.

10:12AM 17        MR. LARGE:  I would say this, Your Honor.  We don't know

10:12AM 18   of anyone because, in this sense, we are -- we still understand

10:12AM 19   that BP does not agree, and the Court has not ruled that any of

10:12AM 20   these documents, so far, are late.  If some of them are late, I

10:13AM 21   think that would be something for Mr. Cunningham and Mr. Sterbcow

10:13AM 22   to bring up with you.

10:13AM 23        I'm just saying, right now, we're operating under the

10:13AM 24   assumption that we are still working through this process.  Other

10:13AM 25   than the handwritten journals.  Now, that may be an issue.  Then

10:13AM 1    I think there is one other document that Mr. Herman may wish to

10:13AM 2    show you now for one witness.

10:13AM 3         But, other than that, that's really what I mean.  I'm not

10:13AM 4    trying to hide anything.  I mean, obviously, there are documents

10:13AM 5    that we thought weren't proper.  Let's find out whether there was

10:13AM 6    a good reason, and we're going through that.

10:13AM 7         THE COURT:  I think, Mark, you're okay with that.  It's

10:13AM 8    a reservation of rights.

10:13AM 9         MR. NOMELLINI:  It's a reservation of rights.  I

10:13AM 10   understand the PSC is reserving their rights.  I don't -- but BP

10:13AM 11   is not agreeing that there is some kind of tolling, I guess, that

10:13AM 12   is -- that is -- that we're saying it's okay while we sort

10:13AM 13   through these issues that you don't raise issues with the Court

10:13AM 14   now.  We're not saying all of this can be put off until

10:14AM 15   September, for example.

10:14AM 16        MR. LARGE:  This is probably a good time for Mr. Herman

10:14AM 17   to talk to you.

10:14AM 18        However, I would add that we certainly can, at this point,

10:14AM 19   identify a selection of documents that we think -- we believe are

10:14AM 20   late, that we would like you to look at, maybe we can run down to

10:14AM 21   ground, that we think probably would justify calling some

10:14AM 22   witnesses back, if they are, indeed, deemed late.

10:14AM 23        So I think we can do that.  We certainly have some here with

10:14AM 24   us, and we could compile that over the next week or so and get

10:14AM 25   that to you, so you're not surprised by who it is.

10:14AM  1          MR. NOMELLINI:  We're happy -- we're happy to discuss
10:14AM  2   those issues with Mr. Large and work through those new examples.
10:14AM  3          MR. LARGE:  I'll deal with the technicalities, but
10:14AM  4   Mr. Cunningham and Mr. Sterbcow are the ones that deal with the
10:14AM  5   deposition issues.
10:14AM  6          THE COURT:  Why don't you start compiling, and we'll
10:14AM  7   take that up after Mark has had an opportunity to review it.
10:15AM  8          All right, Mr. Herman.  Good morning.
10:15AM  9          MR. HERMAN:  Steve Herman for the plaintiffs.
10:15AM 10          Just a few things that dovetail on these issues.  One, we
10:15AM 11   just wanted to confirm the rule for the London depositions which
10:15AM 12   Your Honor brought up, which is, as we understand it, as soon as
10:15AM 13   possible, but in no case more than -- or less than 14 days before
10:15AM 14   the depo; is that the rule?
10:15AM 15          THE COURT:  Mark is standing.
10:15AM 16          MR. NOMELLINI:  That's absolutely correct, Your Honor.
10:15AM 17   14 days instead of 10 days for the London folks.
10:15AM 18          MR. HERMAN:  Great, thanks.
10:15AM 19          THE CLERK:  There is a specific deadline, I think the
10:15AM 20   23rd, for Hayward and Thierens.
10:15AM 21          THE COURT:  Right, we had a deadline for Hayward and
10:15AM 22   Thierens of the 23rd, Mike points out.
10:15AM 23          MR. NOMELLINI:  That's correct, Your Honor.
10:15AM 24   Mark Nomellini.
10:15AM 25          THE COURT:  Thank you.

10:15AM 1          MR. HERMAN:  Thank you, Your Honor.

10:15AM 2      The second thing I wanted to say is that we wanted to assure

10:15AM 3  both the Court and BP that by pointing to systemic, or what we

10:15AM 4  believe are deemed to be systemic issues, we're not saying that

10:16AM 5  anything untoward is going on.

10:16AM 6          THE COURT:  I understand that.

10:16AM 7          MR. HERMAN:  We don't want -- while illustrations or

10:16AM 8  examples are perhaps helpful to the Court, we wanted to be sure

10:16AM 9  that we were doing an analysis so we're not just picking on --

10:16AM 10  you know, obviously, with two million documents, one or two

10:16AM 11  things are going to fall through the cracks, and we understand

10:16AM 12  that.

10:16AM 13      That's why we were so insistent internally upon doing a

10:16AM 14  comprehensive systemic analysis, so that we weren't coming to the

10:16AM 15  Court, or even BP, complaining about one or two things in

10:16AM 16  isolation.  We really wanted to present both the Court and BP

10:16AM 17  with something that we felt was a systemic issue; not necessarily

10:16AM 18  something untoward, but just, you know, if the system is bad,

10:16AM 19  let's change the system.

10:16AM 20      Along the lines of what Mr. Large was alluding to in terms

10:16AM 21  of this document -- and, you know, we could just send an e-mail.

10:16AM 22  I got this from Mr. Sterbcow, who couldn't be here today, very

10:16AM 23  recently.  But just to put on the record, the only reason I bring

10:17AM 24  it up now is because it might require an additional witness with

10:17AM 25  some priority to be placed on the deposition list, but maybe we

10:17AM 1  can just put it on the radar for next week.

10:17AM 2       If the defendants, or BP in particular, look at BP HZN Bly

10:17AM 3  14125821309, this is a document that we believe -- and we may be

10:17AM 4  wrong, but based on what we can ascertain at this point -- was

10:17AM 5  not provided to us before Mr. Weatherby's deposition.  We

10:17AM 6  consider this to be a good cause document.

10:17AM 7            THE COURT:  That's the BOP timeline?

10:17AM 8            MR. HERMAN:  No, this is a transcript of an interview

10:17AM 9  between Mr. Weatherby and someone called Tony Brock, who I do not

10:17AM 10 believe is on the witness list at this point.

10:17AM 11      So our suggestion would be that we either need to call

10:17AM 12 Mr. Weatherby back, at least for the purposes of this document;

10:18AM 13 or, we need to get Mr. Brock on the witness list as soon as

10:18AM 14 possible; or, if BP wants to stipulate to some of the facts in

10:18AM 15 the document, then maybe that obviates the need to calling them

10:18AM 16 back.  But we just wanted to put that on the radar.

10:18AM 17      Finally, the last thing I would say is, if Mr. Large is

10:18AM 18 going to be the goose, then I think we need to have a gander.

10:18AM 19           THE COURT:  We know who the gander is.  You know who the

10:18AM 20 gander is.

10:18AM 21           MR. HERMAN:  Mr. Nomellini.  We accept that.

10:18AM 22           THE COURT:  That would be correct.

10:18AM 23           MR. HERMAN:  Thank you, Your Honor.

10:18AM 24           MR. NOMELLINI:  Mark Nomellini, Your Honor.  I'll be

10:18AM 25 very brief.

10:18AM 1        Mr. Weatherby falls in the category of IIT deponents in

10:18AM 2   January and February.  There were another long series of

10:18AM 3   discussions about IIT deponents, internal investigation team, and

10:18AM 4   the PSC indicated that they wanted them first because their

10:18AM 5   testimony won't be necessarily document intensive, be more what

10:19AM 6   did they see, what did they hear.  So we pushed forward with

10:19AM 7   those depositions early on that basis.

10:19AM 8        So, again, happy to discuss the specifics with Mr. Large.

10:19AM 9            THE COURT:  Come on, Mr. Large.

10:19AM 10            MR. LARGE:  Thank you, Your Honor.  Bill Large again for

10:19AM 11   the PSC.

10:19AM 12        I just want to follow up.  I do understand Mr. Nomellini's

10:19AM 13   qualification there, that this was an early IIT person.

10:19AM 14        I would like to add the second chapter to that, which, I

10:19AM 15   believe, was brought forth in front of this Court, which was

10:19AM 16   because we were putting the IIT people first, and because they

10:19AM 17   had had some objections to saying these are document -- possibly

10:19AM 18   document intensive people, we won't be able to do this and

10:19AM 19   certify, that we agreed to a special certification for them,

10:19AM 20   which was only for the incident -- the certification would only

10:20AM 21   be for incident documents.  The document that Mr. Herman

10:20AM 22   referenced earlier is an incident document.

10:20AM 23        So, you know, they may have had their reservations.

10:20AM 24   Eventually, they accepted, BP accepted the compromise, and they

10:20AM 25   did provide that certification.  While I may be sympathetic, I

10:20AM 1   think that issue was long since settled by the qualified

10:20AM 2   certification that they provided.  Thank you.

10:20AM 3           THE COURT:  Mr. Herman, would you be so kind as to send

10:20AM 4   us a PDF copy of what you're referring to --

10:20AM 5           MR. HERMAN:  Yes, Your Honor.

10:20AM 6           THE COURT:  -- with any requests you want to make, and

10:20AM 7   we'll put that on the agenda --

10:20AM 8           MR. HERMAN:  Thank you.

10:20AM 9           THE COURT:  -- for next week.

10:20AM 10      Andy.

10:20AM 11      MR. LANGAN:  Your Honor, if we're done with that, back

10:20AM 12   to the Transocean request, if I may for a second.

10:20AM 13           THE COURT:  Sure.  Oh, absolutely.

10:20AM 14           MR. LANGAN:  I have had an opportunity --

10:20AM 15           THE COURT:  You're talking about the request for the

10:20AM 16   stipulation?

10:20AM 17           MR. LANGAN:  Yes, the extension of time.

10:20AM 18           THE COURT:  Yes.

10:20AM 19           MR. LANGAN:  In addition to bringing a third-party

10:21AM 20   action against Cameron and Halliburton, BP did bring third-party

10:21AM 21   actions in the Department of Justice, United States v. BP case,

10:21AM 22   against Transocean, Limited and Transocean, Inc.  I guess counsel

10:21AM 23   may be asking for an extension about that.

10:21AM 24      We're willing to talk about the same May 20th date.  That's

10:21AM 25   fine for now, just as a placeholder.  If they want to make a

10:21AM 1    proposal about a broader, longer extension to July, we're happy

10:21AM 2    to talk about that, but I'm not in a position to agree to that

10:21AM 3    today.  But May 20th, to put them on the same schedule,

10:21AM 4    absolutely fine.

10:21AM 5           THE COURT:  Does that sound reasonable to you?

10:21AM 6           MR. THIBODEAUX:  We would like to confer with them and

10:21AM 7    then get with them and see if we can get something a little

10:21AM 8    later.

10:21AM 9           THE COURT:  Great.

10:21AM 10          MR. YORK:  Your Honor, just to clarify the record.  The

10:21AM 11   stipulation you mentioned that y'all were not able to find, it's

10:21AM 12   at Docket 2257.

10:22AM 13          THE COURT:  Great.

10:22AM 14      Now we have the issue of the investigation that is being

10:22AM 15   conducted by BP post incident, and the request by the PSC for

10:22AM 16   access to those materials, and the in camera review that I made

10:22AM 17   this past week.

10:22AM 18      BP, in fact, has supplemented their submission with an

10:22AM 19   affidavit and attachments relative to what the investigation is.

10:22AM 20   It is not an investigation into the cause of this particular

10:22AM 21   incident, whether it be systemic or otherwise.  I do find that

10:23AM 22   the investigation itself is being conducted by counsel and so,

10:23AM 23   therefore, is privileged, both attorney-client privilege and work

10:23AM 24   product privilege.

10:23AM 25      So I'm going to find that the request for production of

10:23AM 1    those documents, which have been loosely termed the Baxter

10:23AM 2    investigation documents, will be denied.

10:23AM 3        Mr. Herman?

10:23AM 4        MR. HERMAN:  Steve Herman for the plaintiffs.

10:23AM 5        I understand the Court's ruling.  I'm wondering, though, and

10:23AM 6    maybe this can be worked out through some type of a meet and

10:23AM 7    confer process with the defendants, BP in particular, but it

10:24AM 8    seems like there might be some type of factual stipulation that

10:24AM 9    could be reached that, in and of itself, would not be privileged.

10:24AM 10       I understand that Your Honor requested in camera submission,

10:24AM 11   and I understand that some of what was submitted, perhaps all of

10:24AM 12   it, might have been privileged; but, it seems like there is some

10:24AM 13   nonprivileged factual information that might be discoverable

10:24AM 14   and/or admissible.

10:24AM 15       The only other thing I would say is subject to receiving

10:24AM 16   that information, if, in fact, there is any and we're entitled to

10:24AM 17   it, then one thing that comes to mind is we might request the

10:24AM 18   Court for an exception to PTOs 1 and 14 on the privilege log, and

10:24AM 19   maybe there could be a limited privilege log with respect to some

10:24AM 20   of these documents.

10:25AM 21       But I think, right now, probably the best avenue is for us

10:25AM 22   to confer with BP's counsel and see what, if anything, we can

10:25AM 23   work out, but I just kind of wanted to reserve our rights on the

10:25AM 24   record.

10:25AM 25               THE COURT:  I think that's fair.  Why don't you take it

10:25AM 1    up, discuss with them what you're thinking about relative to

10:25AM 2    either a privilege log or some kind of factual stipulation about

10:25AM 3    what it is that they can share with you, if anything.  In my

10:25AM 4    mind, it is clearly unrelated to this incident; although, I think

10:25AM 5    it was prompted by this incident.

10:25AM 6           MR. HERMAN:  Okay.  I understand the Court's ruling.

10:25AM 7    Thank you.

10:25AM 8           THE COURT:  Good, thank you.

10:25AM 9    Good morning.

10:25AM 10          MR. DUFFY:  Your Honor, Tim Duffy.

10:25AM 11   Just on this issue, just briefly, Your Honor, the DSR

10:26AM 12   project has been the subject of questions at depositions.  That's

10:26AM 13   how we got here.  There has been some documents produced.  We

10:26AM 14   have been logging documents that don't comply -- that don't fall

10:26AM 15   into the scope of PTO 14.

10:26AM 16   So we're happy to hear out Mr. Herman, but I think he's

10:26AM 17   getting the information that he's talking about already.  We

10:26AM 18   don't plan to change our procedures based upon the Court ruling.

10:26AM 19   If there is a document that wasn't a counsel communication post

10:26AM 20   incident, it's going to go on our log, just like we had always

10:26AM 21   planned.

10:26AM 22   We're happy to hear him out.  I just want to encourage that

10:26AM 23   we keep that door closed.  If we keep revisiting it every week

10:26AM 24   with, well, maybe there is something else we didn't think about

10:26AM 25   or we don't know about, it's going to be a slippery slope.

10:26AM 1      This isn't the only investigation that's being -- or project

10:26AM 2  or review that's being conducted by the parties here.  Each of

10:26AM 3  the defendants -- or several of the defendants have this same

10:26AM 4  issue.  If we're going to spend multiple times and weeks sort of

10:26AM 5  prying into everyone's nooks and crannies, we're not going to get

10:27AM 6  very far.

10:27AM 7      THE COURT:  You don't want to be on the agenda every

10:27AM 8  week.

10:27AM 9      MR. DUFFY:  Exactly, and I don't think any of us want

10:27AM 10 Halliburton and Transocean to be on the agenda with this same

10:27AM 11 project as it goes forward -- same sort of project.

10:27AM 12     THE COURT:  I was going to say, watch what you say.

10:27AM 13 Same sort of project.

10:27AM 14     MR. DUFFY:  Yes.

10:27AM 15     THE COURT:  Also, PSC, don't forget that you are welcome

10:27AM 16 to appeal my ruling and have a second set of eyes look at the in

10:27AM 17 camera submission.  It in no way reflects badly as far as I'm

10:27AM 18 concerned.  That's why they pay Judge Barbier the big bucks.

10:27AM 19     So if you all want to take an appeal of the ruling, please

10:27AM 20 feel free.  And on any other ruling, I might add.  I am in no way

10:27AM 21 offended by that.

10:27AM 22     MR. HERMAN:  Thank you, Your Honor.  We'll consider it.

10:27AM 23     THE COURT:  Does anybody want a break?  Moving right

10:28AM 24 along.

10:28AM 25     Caspian Sea Blowout.  You might want to appeal this ruling,

10:28AM  1   as well, gentlemen.  I think we're going off on tangents that you

10:28AM  2   probably just don't have time to pursue.  I'm going to deny the

10:28AM  3   request for production of Caspian Sea documents.

10:28AM  4       Mr. Irpino or Mr. Herman, if you would like to comment for

10:28AM  5   the record, I'll happily listen.

10:28AM  6       MR. HERMAN:  Steve Herman for the plaintiffs.

10:28AM  7       Again, we appreciate the Court's ruling.  It just seems to

10:28AM  8   us that, at least with respect to a report, that there is no

10:28AM  9   undue burden, or shouldn't be, on the defendants.

10:29AM 10       While we understand, as a general principle of case

10:29AM 11   management, that it might make sense to draw lines.  Let's limit

10:29AM 12   it to the Gulf of Mexico, for example.  When you have incidents

10:29AM 13   that are at least arguably similar, or similar enough that the

10:29AM 14   people in the Gulf of Mexico should have been aware of them, it

10:29AM 15   seems to us highly relevant in this particular instance that we

10:29AM 16   should able to -- if the people in the Gulf knew about it, then

10:29AM 17   that's one thing.  If they didn't know about it, then that can be

10:29AM 18   relevant, too.

10:29AM 19       If they did an investigation like the Bly report, for

10:29AM 20   example, with respect to that incident, it doesn't seem very

10:29AM 21   unduly burdensome for them to just give us a copy of that report.

10:29AM 22       If they didn't do something like the Bly report or they

10:29AM 23   didn't share any of the information about that incident with the

10:29AM 24   people that were operating in the Gulf of Mexico, then that's

10:30AM 25   relevant.  And maybe, again, we could have -- at least we could

10:30AM 1   get a stipulation or something about the fact that -- you know,

10:30AM 2   just the basic, a paragraph about what happened and that they did

10:30AM 3   or didn't share it with people that were working in the

10:30AM 4   Gulf of Mexico.

10:30AM 5          THE COURT:  Yes.  I guess my problem, Steve, is this.

10:30AM 6   Do we know whether it's similar equipment?  Do we know that it's

10:30AM 7   the same kind of BOP?  Do we know that the incident was a

10:30AM 8   kickback that was similar to the situation that we had on the

10:30AM 9   DEEPWATER HORIZON?

10:30AM 10  It just seems as though we're going outside of the realm of

10:30AM 11  getting ourselves ready for a very big problem we're getting

10:30AM 12  into.  I just hate to see diversion of resources to something

10:30AM 13  that, you know, I'm not sure you'll ever be able to show that

10:31AM 14  it's similar enough that it will relate in any way to this case.

10:31AM 15         MR. HERMAN:  I understand the Court's reasoning there.

10:31AM 16  Certainly, I would have to concede that that probably is an issue

10:31AM 17  for admissibility; but, just from a discovery point of view,

10:31AM 18  there is no way for us to make the showing until we get the basic

10:31AM 19  facts.

10:31AM 20  So we're in a Catch-22, and we basically have to -- have to

10:31AM 21  accept the unsworn representations of counsel, who, frankly, say

10:31AM 22  that it's too much of a burden on them to even get the most

10:31AM 23  superficial facts.

10:31AM 24  So we'll take Your Honor's previous invitation into

10:31AM 25  consideration and decide what course of action to take.  Thank

10:31AM 1   you.

10:31AM 2          THE COURT:  I think Mr. Cunningham wants to weigh in on

10:31AM 3   this, as well.

10:31AM 4          MR. HERMAN:  I won't be offended if he does a better job

10:31AM 5   that I did.

10:31AM 6          MR. CUNNINGHAM:  I want to just say that all of the

10:32AM 7   questions Your Honor just posed are exactly the questions that we

10:32AM 8   don't know the answer to because it's impossible for us to prove

10:32AM 9   substantial similarity without having a clue how this came about.

10:32AM 10      If we get an investigative report that shows there are no

10:32AM 11  similarities, that's the end of that; but, if, for example, we

10:32AM 12  get an investigative report that says that they failed to do the

10:32AM 13  negative test properly, which is exactly what happened on the

10:32AM 14  Macondo, they failed to do the negative test properly, there

10:32AM 15  could be nothing more relevant and material at the trial of this

10:32AM 16  case than to demonstrate that they had a prior blowout, that that

10:32AM 17  prior blowout occurred because they did not do the negative test

10:32AM 18  properly, and then we have Macondo occur because they did not do

10:32AM 19  the negative test properly.  But we just we have no way of

10:32AM 20  knowing that.

10:32AM 21      If Your Honor could even consider, I'll give you a hundred

10:32AM 22  pages worth of whatever they got and that's it and nothing more,

10:32AM 23  and unless you prove substantial similarity you're not going to

10:32AM 24  get another ounce of discovery, that might be one compromise.

10:32AM 25          THE COURT:  Tim, do you want to come on up?

10:33AM 1          MR. DUFFY:  Yes, Your Honor.  Thank you.  Tim Duffy for

10:33AM 2    BP.

10:33AM 3          THE COURT:  Is there such a thing as the Bly report for

10:33AM 4    the Caspian Sea event?

10:33AM 5          MR. DUFFY:  I don't know the answer to that question,

10:33AM 6    Your Honor.  I've been told that there are documents.  I do not

10:33AM 7    know -- I do not think there is anything like the equivalent of

10:33AM 8    the Bly report.

10:33AM 9        There is information out there that could be gotten.  The

10:33AM 10   question really isn't, I think, at this juncture, what that

10:33AM 11   information is and what's in it and whether it's similar, it's

10:33AM 12   whether we embark on that process.

10:33AM 13       I think, you know, Mr. Herman and Mr. Cunningham are good

10:33AM 14   lawyers.  I know that no matter what I give them, they are going

10:33AM 15   to make an argument that this is similar to Macondo, and we

10:33AM 16   should have, you know, done 50 things differently.

10:33AM 17       If we want to go down that road, and if we want to search,

10:33AM 18   you know, the next well incident that they find because it was in

10:34AM 19   the paper somewhere and do the same thing, we can decide to do

10:34AM 20   that.  I don't think we can do it on the schedule that we're on.

10:34AM 21       So that's -- I think Your Honor understands the main

10:34AM 22   concerns here.  It's not that in a perfect world we wouldn't go

10:34AM 23   look at every document in every corner of the world.  They keep

10:34AM 24   using the pronoun "they."  If this was one person in Houston, it

10:34AM 25   would be easy to do.  When they say "they" didn't know this,

10:34AM 1   "they" did this, "they" did this, that's -- all of a sudden,

10:34AM 2   we're talking people in Russia, different continents.  That's the

10:34AM 3   issue.

10:34AM 4       It's not just the document.  You know it's going to be the

10:34AM 5   document, it's going to be another 20 minutes in each of these

10:34AM 6   conferences, it's going to be questions at depositions, it's

10:34AM 7   going to be requests for more deponents, it's going to be issues

10:34AM 8   at trial.

10:34AM 9       If we want to change everything, we can change it, expand

10:34AM 10  the scope, but I just don't think that's the right thing to do.

10:34AM 11          THE COURT:  Thank you.

10:34AM 12      Steve.

10:34AM 13          MR. HERMAN:  Steve Herman.

10:34AM 14      Very briefly, for the record, my understanding is -- and we

10:34AM 15  can produce this evidence -- that there is a policy that is --

10:34AM 16  when I say "they," that's mandated company wide, including all

10:35AM 17  the various subsidiaries, for them to do a report.  Maybe we

10:35AM 18  could get a stipulation that they didn't follow their own

10:35AM 19  procedures.  I don't know, but I think that that is maybe worth

10:35AM 20  looking into.

10:35AM 21      I would just say, from an evidentiary standpoint, I think

10:35AM 22  it's their burden to produce some type of showing that what we've

10:35AM 23  asked them to do, which is -- clearly may lead to the discovery

10:35AM 24  of admissible evidence under Rule 26, is unduly burdensome.

10:35AM 25      Not only have they not made an evidentiary showing, but

10:35AM 1   you've got their counsel saying, we don't even know whether it's

10:35AM 2   unduly burdensome.  We don't even want to take the time to find

10:35AM 3   out whether it's unduly burdensome because we think that, in and

10:35AM 4   of itself, is unduly burdensome, and we just don't think that

10:35AM 5   that meets the standard under Rule 26.

10:35AM 6          THE COURT:  Tim, I'm going to ask you to find out

10:35AM 7   whether there is a document that is similar to the Bly report, a

10:35AM 8   post-incident report that retrospectively goes back and talks

10:36AM 9   about what the cause of the incident was from BP -- or that

10:36AM 10  entity, that BP entity conducted; and, if so, why don't you

10:36AM 11  report to us and let us know.  Okay?

10:36AM 12         MR. DUFFY:  Thank you, Your Honor.

10:36AM 13         THE COURT:  We have the request to inspect the facility

10:36AM 14  in Houston, the Westlake Real Time Operating Center.

10:36AM 15     Andy, you had reported that the facility has changed

10:36AM 16  since --

10:36AM 17         MR. LANGAN:  Mr. Duffy has this one, as well.

10:36AM 18         THE COURT:  I'm sorry.

10:37AM 19         MR. LANGAN:  That's okay.

10:37AM 20         MR. DUFFY:  I get all of the fun stuff today.

10:37AM 21     Tim Duffy, Your Honor.

10:37AM 22     Let me just put it out there so everyone understands.  Prior

10:37AM 23  to the incident, in Houston there was what they call a -- there

10:37AM 24  is basically a room for each of the operating rigs.  So there was

10:37AM 25  a HORIZON room, you know, room for another rig, room for another

10:37AM 1   rig, and that is the room where the data came in from the rig and

10:37AM 2   people met and looked at it and had some communications.

10:37AM 3       Immediately following the incident, the room that had been

10:37AM 4   used for the HORIZON was used for the DD3, one of the rigs that

10:37AM 5   was drilling one of the relief wells.  Since that time, however,

10:37AM 6   all those rooms have been changed and scrapped and no longer

10:37AM 7   exist, and BP now has a totally different centralized center

10:37AM 8   where they do all of that for all the rigs.  It doesn't look

10:37AM 9   anything like these other rooms.

10:37AM 10      So what I had told Mr. Sterbcow was, after we determined

10:38AM 11  that these old rooms no longer existed in their past form, that

10:38AM 12  we would look for pictures or videos of one of those old rooms in

10:38AM 13  operation.  We think we're likely to find something because in

10:38AM 14  the relief effort, there was a lot of -- we were bringing people

10:38AM 15  through on tours and things for that DD3 room, which was

10:38AM 16  essentially the same as the HORIZON room.  We're looking for

10:38AM 17  that, and hopefully we'll have something to give them.

10:38AM 18      Mr. Sterbcow had indicated more recently that, well, let's

10:38AM 19  just see the new room, and let's take a deposition on how it's

10:38AM 20  different from the old room.  I think that's a big problem for

10:38AM 21  us, Your Honor.

10:38AM 22      They've talked to a lot of people who were in that room that

10:38AM 23  no longer exists.  I don't know what they've asked, but they

10:38AM 24  certainly had the opportunity to ask what the room looked like.

10:38AM 25  It's not that complicated.  It's not the deck of the Starship

10:38AM 1    Enterprise; it's a conference room with some monitors in it.

10:38AM 2        So before we go into some visit to BP's new facility, which

10:38AM 3    has really no relevance, let us look for those pictures and

10:39AM 4    video, and hopefully we'll find something.

10:39AM 5            THE COURT:  Mr. Cunningham.

10:39AM 6            MR. CUNNINGHAM:  Robert Cunningham, Your Honor.

10:39AM 7        This event was controlled not only on the rig but in the

10:39AM 8    very rooms that we're discussing here.  It seems more than

10:39AM 9    logical that we -- and we raised this issue some time back, it's

10:39AM 10   been on the table for a good while -- that we need to see the

10:39AM 11   location where all these witnesses have been talking about these

10:39AM 12   events occurred.

10:39AM 13       Now, if it doesn't exist in its exact same form, we would

10:39AM 14   still like to see the room to be able to say -- and to show the

10:39AM 15   Court at the time we try this case who was where.  For example,

10:39AM 16   the proximity of the individuals, where their offices are

10:39AM 17   relative to the command center.

10:39AM 18       I mean, it would be like trying to explain the shuttle

10:40AM 19   launch without looking at the command center in Houston for what

10:40AM 20   launches the shuttle and controls it the entire time.

10:40AM 21       We're also -- we would also like to photograph whatever they

10:40AM 22   are doing currently.  It's only been a year since this event

10:40AM 23   occurred; and, if they have changed the center so that it is far

10:40AM 24   more capable of conducting the kind of activities that were going

10:40AM 25   on on the DEEPWATER HORIZON, that would certainly be relevant to

10:40AM 1    us.

10:40AM 2         The only way we can do this, and the only way we can really

10:40AM 3    know what questions to ask beyond that, is to take a look.  It's

10:40AM 4    common practice in any kind of case like this to go see the areas

10:40AM 5    where we're talking about, even if they may not still be in

10:40AM 6    exactly the same form.

10:40AM 7         We can do it in a half a day.  Paul and I can go out to

10:40AM 8    Houston.  Somebody can walk us through, we take a photographer,

10:40AM 9    and that's it.

10:40AM 10         THE COURT:  You're not looking for sworn testimony?

10:40AM 11         MR. CUNNINGHAM:  No, ma'am, we're not.  We just want to

10:41AM 12    look at it and have an intelligent idea what it's all about.

10:41AM 13         THE COURT:  Tim, do you have any problem with them just

10:41AM 14    doing a walk-through, no sworn testimony, let them take a look at

10:41AM 15    where it was?

10:41AM 16         MR. DUFFY:  I have no problem letting them take a look

10:41AM 17    at the room that used to be the room and even taking pictures of

10:41AM 18    that room, assuming whatever is in it is not highly, you think,

10:41AM 19    confidential.  It literally is just a conference room.  It's not

10:41AM 20    what is going through their heads, I can tell.

10:41AM 21         The new center, I do have an issue with that.  We can get

10:41AM 22    into a debate about, you know, the relevance of it, subsequent

10:41AM 23    remedial measures.  I don't want to create a whole other issue

10:41AM 24    for us that somehow the room was inadequate because in light of

10:41AM 25    what they've done afterwards.

10:41AM 1       So I do have an issue --

10:41AM 2           THE COURT:  What's the proximity between the new room

10:41AM 3  and the old room?

10:41AM 4           MR. DUFFY:  A short elevator ride.

10:41AM 5           THE COURT:  Let's let them look at it.

10:41AM 6           MR. DUFFY:  Can we look at the new room and not take

10:41AM 7  pictures of the new room; they can take all the pictures they

10:42AM 8  want of the old room?

10:42AM 9           THE COURT:  No, I'm going to let them take pictures of

10:42AM 10 the new room, but that doesn't mean that they are admissible in

10:42AM 11 any way.  But if they're going over there and walking around, let

10:42AM 12 them videotape it.  I don't think any of it is of great

10:42AM 13 importance, but let them knock themselves out.

10:42AM 14          MR. DUFFY:  Understood.

10:42AM 15          THE COURT:  Is there a plan of the old facility?

10:42AM 16          MR. DUFFY:  I'm sure there is a floor diagram, and we

10:42AM 17 can --

10:42AM 18          THE COURT:  Like a floor diagram.

10:42AM 19          MR. DUFFY:  -- and we can show them which room was

10:42AM 20 HORIZON, which room was THUNDER HORSE, which room --

10:42AM 21          THE COURT:  Why don't we give them a floor diagram.

10:42AM 22 That way, if they want to explain to Judge Barbier how the old

10:42AM 23 setup was, they will have a floor diagram, and take it from

10:42AM 24 there.

10:42AM 25          MR. DUFFY:  Thank you.

10:42AM  1          THE COURT:  Okay, thank you.

10:42AM  2          MR. GODWIN:  Good morning, Judge.  Don Godwin for

10:42AM  3  Halliburton.

10:42AM  4          THE COURT:  Good morning, Don.

10:42AM  5          MR. GODWIN:  Thank you, Judge.

10:42AM  6      Will all the parties be allowed to attend that walk-through,

10:42AM  7  Judge?  That's of importance to Halliburton.

10:43AM  8          THE COURT:  You're really piling it on now.  You won't

10:43AM  9  rely on Mr. Cunningham and Mr. Sterbcow to take a good video for

10:43AM 10  you?

10:43AM 11          MR. GODWIN:  Well, it's not so much rely on them,

10:43AM 12  Your Honor, as it is Mr. Gagliano officed there in close

10:43AM 13  proximity to some of the engineers.  We would like to be able to

10:43AM 14  see exactly where that was, where they did their work, their war

10:43AM 15  room, where they prepared all these things.

10:43AM 16      While I certainly think the world of the plaintiffs, you've

10:43AM 17  got to remember, they are adverse to us.  So as far as me relying

10:43AM 18  on them, I trust and respect everything they say and do, for the

10:43AM 19  most part, but we're going to -- that is, for the most part.

10:43AM 20  We're going to go walk through with them, Judge, and we'll not be

10:43AM 21  making any noise or creating a problem whatsoever.

10:43AM 22          THE COURT:  Here's the thing.  We can't have your whole

10:43AM 23  entourage.

10:43AM 24          MR. GODWIN:  There will just be one or two of us, Judge.

10:43AM 25          MR. DUFFY:  I was just going to say, Your Honor, let's

10:43AM 1   just talk practical numbers.

10:43AM 2           THE COURT:  Mr. Godwin travels with dozens of people.

10:43AM 3           MR. GODWIN:  I suggest, Your Honor, that the others do,

10:43AM 4   as well.  You just don't see all of them.

10:44AM 5           MR. DUFFY:  May I suggest two people from the PSC plus a

10:44AM 6   photographer; and, then two people, and all of the other

10:44AM 7   defendants can work out who they want to come; so, we have a

10:44AM 8   total of five people?

10:44AM 9           THE COURT:  Can you all live with that?  Obviously,

10:44AM 10  Mr. Godwin being one of those two?

10:44AM 11      Deb, you can trust Mr. Godwin to represent you on this,

10:44AM 12  can't you?

10:44AM 13          MS. KUCHLER:  Judge, on this issue we would have trusted

10:44AM 14  the PSC, as well.

10:44AM 15          THE COURT:  Thank you very much.

10:44AM 16      If there is a problem, let me know, but this doesn't seem to

10:44AM 17  me to be top of our priority list.

10:44AM 18          MR. FITCH:  Judge, this is Tony Fitch for Anadarko/MOEX.

10:44AM 19  I just want to make sure that the results of this inspection will

10:44AM 20  be shared with everybody.

10:44AM 21          THE COURT:  Positively.  No problem.

10:44AM 22          MR. FITCH:  Thank you.

10:44AM 23          THE COURT:  All right.  Moving right along.  Let's see,

10:44AM 24  let's talk about issues concerning discovery from the

10:45AM 25  United States.  How are we coming on discussions with regard to

10:45AM 1    the privilege log identification issue, United States/PSC

10:45AM 2    communication?

10:45AM 3            MR. O'ROURKE:  Good morning.

10:45AM 4            MS. HIMMELHOCH:  Your Honor, this is Sarah Himmelhoch

10:45AM 5    from the United States.

10:45AM 6            THE COURT:  Good morning.

10:45AM 7            MS. HIMMELHOCH:  I apologize for being by telephone.

10:45AM 8       But I filed this morning an unopposed motion for entry of an

10:45AM 9    order that addresses the question of communications between the

10:45AM 10   United States and the plaintiffs.

10:45AM 11           THE COURT:  Okay.

10:45AM 12           MS. HIMMELHOCH:  So I think we've got that before

10:45AM 13   Judge Barbier, and, assuming he agrees with the unopposed order,

10:45AM 14   it's been resolved.

10:45AM 15           THE COURT:  Great.  Thank you.  That's great news.

10:45AM 16      Is that also true of the proposed amendment to Pretrial

10:46AM 17   Order Number 13?

10:46AM 18           MS. HIMMELHOCH:  Filed at the same time, and, as I said,

10:46AM 19   unless Judge Barbier disagrees, we are done on that one, as well.

10:46AM 20           THE COURT:  Great.

10:46AM 21           MS. HIMMELHOCH:  There is one additional order that we

10:46AM 22   need which relates to the protection of settlement communication.

10:46AM 23   I assume we're going to be proposing that to Judge Barbier next

10:46AM 24   week.  We just have to close a loop with BP.  No one else has

10:46AM 25   objected, and BP just had some questions they wanted to ask.

10:46AM 1    THE COURT:  Great.  So we'll follow up with you on that

10:46AM 2  next week, right?

10:46AM 3    MS. HIMMELHOCH:  Okay.

10:46AM 4    THE COURT:  Great, thank you.

10:46AM 5    Now, we discussed last week the issues with regard to

10:46AM 6  discovery that the defendants wanted to conduct as to the PSC and

10:47AM 7  governmental entities.

10:47AM 8    Corey, I believe you requested that that be on the agenda

10:47AM 9  for this week; is that right?

10:47AM 10    MR. MAZE:  We did, but if Andy wants to go first.

10:47AM 11    MR. LANGAN:  No, that's -- Counsel.

10:47AM 12    THE COURT:  Come on up.  Let's talk about the issue.

10:47AM 13    MR. MAZE:  The first question we had, and BP has told us

10:47AM 14  that they understand, when you have here on Page 3, Number 7, it

10:47AM 15  says that the PSC would respond by June 13, and we would respond

10:47AM 16  by June 20 to what BP files today.  We haven't seen what BP has

10:47AM 17  filed today yet.  I don't think that they have.

10:47AM 18    But BP's understanding is that nothing they file today

10:47AM 19  supercedes the original request that we discussed last week, and

10:47AM 20  that they would still expect us to respond to it by June 20th,

10:47AM 21  which is the deadline that you issued for today.

10:47AM 22    So the first thing we want to do is clarify with Your Honor

10:47AM 23  that that's how you read it, as well, that we're going to be

10:47AM 24  answering both the original April 27th request and today's

10:47AM 25  additional filing; or, was today's going to supersede the one

10:48AM 1  that's focused on what we believe is segment one, and that's the

10:48AM 2  only one that we'll be responding to by June 20th?

10:48AM 3          THE COURT:  Andy wants to talk about that, so let's see

10:48AM 4  what Andy has to say.

10:48AM 5          MR. LANGAN:  Andy Langan for BP, Your Honor.

10:48AM 6      Again, just to recount the history, on April 27th, we served

10:48AM 7  discovery for the event phase on various government entities,

10:48AM 8  including the states, after you told us to and saying that we

10:48AM 9  should, for the event phase.  So what we intend to serve today is

10:48AM 10 really just directed to the PSC.

10:48AM 11     So we don't -- I don't think we have a brand-new set of

10:48AM 12 discovery for the states, so it's not superseding at all.  So

10:48AM 13 what we served, as you told us to, on the 27th is what we expect.

10:48AM 14     Now, are there questions there that they could say, you know

10:48AM 15 what, that's not event phase, that's going to come later, we can

10:48AM 16 talk about that.

10:48AM 17         THE COURT:  Right.

10:48AM 18         MR. LANGAN:  They can object and say that comes later,

10:48AM 19 and we understand that.

10:49AM 20         THE COURT:  But that takes care of your issue, Corey,

10:49AM 21 does it not?

10:49AM 22         MR. MAZE:  It does.  BP has agreed to talk to us Monday

10:49AM 23 morning to flesh out exactly what it is we need to do.  So, if we

10:49AM 24 can, if we can just put this off until next Friday, in case

10:49AM 25 anything comes up during our discussions next week.

10:49AM 1      THE COURT:  No problem.  That will be carried over.

10:49AM 2      MR. LANGAN:  Your Honor, just a couple more comments --

10:49AM 3      THE COURT:  Sure.

10:49AM 4      MR. LANGAN:  -- on the subject of the discovery we would

10:49AM 5 like to serve.

10:49AM 6      Number one, we're talking to the other defendants about

10:49AM 7 seeing who wants to join what we've proposed in light of the

10:49AM 8 coordination point you made --

10:49AM 9      THE COURT:  Yes.  I mean, it seems to me that you all

10:49AM 10 should have substantial overlap --

10:49AM 11      MR. LANGAN:  Right.

10:49AM 12      THE COURT:  -- on what you're looking for.  So, to the

10:49AM 13 extent that you can coordinate it, it will make the response a

10:49AM 14 lot easier.

10:49AM 15      MR. DUFFY:  Tim Duffy, Your Honor.

10:49AM 16      Can I just raise one issue?  It's not going to be an

10:49AM 17 incredibly huge set of discovery.  Just one clarification.  I

10:49AM 18 don't know what the total number of interrogatories is going to

10:49AM 19 be, I think it's maybe 15 or so right now.  Everyone is a little

10:50AM 20 concerned, though, that somehow we're all going to get stuck with

10:50AM 21 one limit if we come together.  I just want to put that out there

10:50AM 22 for the record.

10:50AM 23      THE COURT:  No, I don't anticipate that.  On the other

10:50AM 24 hand, I don't want 250 interrogatories coming out.

10:50AM 25      MR. DUFFY:  Exactly.

10:50AM 1        MR. LANGAN:  Your Honor, our other question about this,

10:50AM 2   and we ask the Court's indulgence -- we've raised this with

10:50AM 3   Mr. Herman in advance -- we would also like the opportunity to

10:50AM 4   serve a limited number of requests for admission against the PSC.

10:50AM 5   We would like until the 27th of May to do that, two weeks from

10:50AM 6   today.  It's taking a little bit more time.  We haven't had a

10:50AM 7   real large window to do this, and so we would like to have until

10:50AM 8   the 27th of May to --

10:50AM 9        THE COURT:  Any problem with that, Mr. Herman?

10:50AM 10        MR. HERMAN:  Steve Herman for the plaintiffs.

10:50AM 11      A couple of things.  First of all, I'm not sure procedurally

10:50AM 12   how to do that, because we could maybe work out a stipulation

10:51AM 13   with the defendants with respect to certain uncontested issues

10:51AM 14   for the phase one trial; but, in terms of answering a request for

10:51AM 15   admission, unless it's to the authenticity or admissibility of a

10:51AM 16   document, if it's about actual facts, A, I doubt that any of the

10:51AM 17   plaintiffs have personal knowledge where they could admit to the

10:51AM 18   facts.

10:51AM 19      Secondly, you know, if discovery is served on us, we don't

10:51AM 20   have any firsthand knowledge of the facts.  Some plaintiffs

10:51AM 21   might, some might not.  So I don't know how we would have a

10:51AM 22   binding admission, other than authenticity and admissibility, as

10:51AM 23   to actual underlying facts related to the phase one, segment one,

10:51AM 24   whatever we're calling it, liability issues.

10:51AM 25      We could take a look at them and interject.

10:51AM  1          THE COURT:  That would be best.  Let's go ahead and let

10:51AM  2     them serve them.

10:52AM  3          Andy, maybe what you can do is when you serve it, would you

10:52AM  4     also send a copy to Mike and me.  We'll take a look at them.

10:52AM  5          MR. LANGAN:  We would be delighted.

10:52AM  6          THE COURT:  Thank you so much.  I want more to look at.

10:52AM  7          Maybe you will be able to answer them; but, if not, perhaps

10:52AM  8     we can work on stipulations and responses.

10:52AM  9          MR. LANGAN:  Your Honor, absolutely.

10:52AM 10          Mr. Herman's comments, I just want to address for a second.

10:52AM 11     Lawyers admit facts on behalf of their clients all the time.  I

10:52AM 12     think Mr. Herman has at least one client in this case, probably

10:52AM 13     more than that, and I know the PSC has clients.  I think that's

10:52AM 14     the way it works.  They can admit facts on behalf of their

10:52AM 15     clients, like the rig sank on April 22nd.  I mean, there are

10:52AM 16     going to be things that can be admitted --

10:52AM 17          THE COURT:  Yes, I think we can go ahead -- yes, you can

10:52AM 18     have the extra time, Andy, and go ahead and get them out --

10:52AM 19          MR. LANGAN:  Thank you, Your Honor.

10:52AM 20          THE COURT:  -- and we'll take a look at them.  It will

10:52AM 21     probably result in either admissions or stipulations, it sounds

10:52AM 22     like.

10:52AM 23          MR. HERMAN:  Thank you.  Along those same --

10:53AM 24          This is Steve Herman for the plaintiffs again.

10:53AM 25          -- I was asked to put something on the record as a

10:53AM 1    clarifying point.

10:53AM 2        Last week or maybe the week before, at some point we were

10:53AM 3    discussing the scope of segment two.  There was an issue about

10:53AM 4    whether, for management purposes or other purposes, we were going

10:53AM 5    to stop segment two at July 15th or in September when the relief

10:53AM 6    wells were completed.

10:53AM 7            THE COURT:  Correct.

10:53AM 8            MR. HERMAN:  Maybe inartfully, but I was trying to

10:53AM 9    distinguish between what we saw as a chronological issue and as a

10:53AM 10   merits issue; but, in any event, what I wanted to point out for

10:53AM 11   the Court is that some plaintiffs who, frankly, may not have

10:53AM 12   cases in the limitation -- this may be only -- may only apply to

10:53AM 13   D1 pleadings that are not part of the limitation and arguably not

10:53AM 14   part of the trial, but they have apparently alleged that oil

10:53AM 15   continued to leak from the cap and/or the well, though not as an

10:54AM 16   uncontrolled geyser, for at least several weeks after July 15th.

10:54AM 17       I just wanted to make it clear, they wanted me to make clear

10:54AM 18   that I wasn't stipulating on behalf of them or any other

10:54AM 19   plaintiffs that the oil stopped absolutely on July 15th, because

10:54AM 20   I don't have any idea.  I didn't intend to stipulate.  We were

10:54AM 21   just talking about case management.

10:54AM 22           THE COURT:  Right.

10:54AM 23           MR. LANGAN:  We have no problem with that, Your Honor.

10:54AM 24           THE COURT:  Andy doesn't have a problem with that.  As a

10:54AM 25   matter of fact, it probably works in favor of his suggestion that

10:54AM 1   the cutoff date be September, but we're not going to make that

10:54AM 2   decision today.  We've got too much else to cover.  We'll come

10:54AM 3   back to phase two.

10:54AM 4        Hello, United States.

10:54AM 5        MR. O'ROURKE:  Go morning, Your Honor.  Steve O'Rourke

10:54AM 6   for the United States.

10:54AM 7        I just to want make a flagging issue for the record.

10:54AM 8   Extending the discovery date from July to September is going to

10:54AM 9   exponentially increase the burden on the US.

10:55AM 10        THE COURT:  I'm aware of that.  We've already flagged

10:55AM 11   that as an issue for our discussions on phase two, how we handle

10:55AM 12   it and how far we go.

10:55AM 13        MR. O'ROURKE:  Thank you.

10:55AM 14        THE COURT:  I'm aware that that's a problem for you.

10:55AM 15        MR. HERMAN:  This is Steve Herman.

10:55AM 16        Just to make it clear, we're in sync with the US.  You know,

10:55AM 17   this is coming from D1.  It's not in the limitation.  I don't

10:55AM 18   think it's part of this trial.  So that might be a way to

10:55AM 19   delineate between the plaintiffs' position for the limitation

10:55AM 20   trial versus some plaintiffs' position for these other regulatory

10:55AM 21   injunctive actions which might get heard later.

10:55AM 22        THE COURT:  As I said, it's on the radar screen, and

10:55AM 23   we're not going to make a decision on it today.  I just feel like

10:55AM 24   we've got too much else to cover, so we're going to defer that

10:55AM 25   issue.

10:55AM  1          MR. FITCH:  Judge, Tony Fitch.

10:55AM  2      A point of clarification.  Is Andy's request for May 27th as

10:56AM  3  a date for request for admissions satisfactory?

10:56AM  4          THE COURT:  Yes, that's fine.  So Andy will be getting

10:56AM  5  that out by then, and we're all going to take a look at them and

10:56AM  6  see what to do from there.

10:56AM  7          MR. FITCH:  I might mention on behalf of Anadarko and

10:56AM  8  MOEX, that, as with the ones that we filed today, it is likely

10:56AM  9  that we will share with BP in adding a few requests for

10:56AM 10  admissions to the master set that he's going to file.

10:56AM 11          THE COURT:  That's fine, Tony.  Look, I appreciate that,

10:56AM 12  because it is a more focused approach for everyone.  The PSC

10:56AM 13  would rather look at one set than look at ten sets.

10:56AM 14      I assume that's right, Mr. Cunningham?  Yes, he agrees.

10:56AM 15      Next up, Andy, on the request for reallocation of deposition

10:56AM 16  time --

10:57AM 17          MR. LANGAN:  Mr. Haycraft's issue.

10:57AM 18          THE COURT:  Mr. Haycraft, I think you did a marvelous

10:57AM 19  job defending BP.  I'm not going to grant a blanket reallocation

10:57AM 20  of time to you, but I did think that there is no question but BP,

10:57AM 21  for these witnesses, is the target defendant, but we are getting

10:57AM 22  ready to turn our attention to Transocean and their witnesses

10:57AM 23  soon, and so I'm not going to grant a blanket reallocation.

10:57AM 24      I also enjoyed reading the depositions.  It was pretty

10:57AM 25  educational for me; although, it took me most of the week.

68

10:57AM  1       MR. HAYCRAFT:  My apologies, but if you would like the

10:57AM  2  condensed version it will take you even longer.

10:57AM  3       THE COURT:  No, I read it on my new electronic device.

10:57AM  4       MR. HAYCRAFT:  Beautiful.

10:57AM  5       THE COURT:  All right.  So, request denied.

10:58AM  6     Let's now turn our attention to the calendar.

10:58AM  7     Does anybody want a break before we do that?

10:58AM  8  Mr. Cunningham's hand came up.

10:58AM  9       MR. CUNNINGHAM:  I'm one of the oldest ones in the room.

10:58AM 10       MR. LANGAN:  Your Honor, we'll make a lot more progress

10:58AM 11  if Mr. Cunningham leaves.

10:58AM 12       THE COURT:  No, we're going to take a break because I

10:58AM 13  think probably the court staff would like one, as well.

10:58AM 14     Why don't we take a five-minute break and come in, and we'll

10:58AM 15  start up on the calendar.  Thanks a lot.

10:59AM 16       (WHEREUPON, at this point in the proceedings, a brief

11:08AM 17  recess was taken.)

11:08AM 18       THE DEPUTY CLERK:  All rise.

11:08AM 19       THE COURT:  All right.  Let's see where we are.

11:08AM 20     Andy, you had designated two witnesses for topic one and

11:08AM 21  then topics 13, 22 to 26.  It's Mr. Jassal.

11:08AM 22       MR. MAZE:  Your Honor, I think Mr. O'Rourke had

11:08AM 23  something he wanted to clarify on the one day --

11:08AM 24       THE COURT:  Oh, I'm sorry, Mr. O'Rourke.  I didn't even

11:08AM 25  see you.

11:08AM 1        MR. O'ROURKE:  Sorry to interrupt, Judge.  This is

11:08AM 2   Steve O'Rourke.

11:08AM 3        Just following the enumeration of your order -- we're

11:08AM 4   skipping number 9 -- an issue came up that we wanted to clarify.

11:08AM 5        THE COURT:  We're not skipping it.  I took that as the

11:08AM 6   first order of business because we had one of the attorneys for

11:08AM 7   those witnesses.

11:08AM 8        MR. O'ROURKE:  So the question came up, it was a one-day

11:08AM 9   deposition this week, Mr. Gagliano.  There was some confusion

11:09AM 10  whether the times were prorated; for example, the US gets two

11:09AM 11  hours on a two-day deposition, would we get one hour on a one-day

11:09AM 12  deposition?

11:09AM 13       There was some confusion among the parties about how that

11:09AM 14  applied.  So is this accurate?  It's prorated; if you normally

11:09AM 15  get two hours, you would get one hour --

11:09AM 16       THE COURT:  I think that's right.

11:09AM 17       MR. O'ROURKE:  -- where only one, you would get half.

11:09AM 18       THE COURT:  I think that's right.  This was

11:09AM 19  Mr. Gagliano, who invoked the Fifth, right?

11:09AM 20       MR. O'ROURKE:  Yes, ma'am.

11:09AM 21       THE COURT:  Deb?

11:09AM 22       MS. KUCHLER:  But here is the issue with that, Judge.

11:09AM 23  Those of us who had questions, I took my whole time to get my

11:09AM 24  questions because for each question he wanted to state his whole

11:09AM 25  speech.  So we did shorten the speech from, you know, ten lines

11:09AM 1    to five lines; but, he had this very eloquent speech about how

11:09AM 2    the Fifth Amendment is to protect the innocent man from being

11:09AM 3    ensnared in the tentacles of the government prosecution.  So --

11:09AM 4         THE COURT:  Well, I'll tell you what I think we need to

11:10AM 5    do.

11:10AM 6         MS. KUCHLER:  We just wanted him to do this

11:10AM 7    (indicating).

11:10AM 8         THE COURT:  This is what I think we need to do.  I would

11:10AM 9    like for you all to draft a standard Fifth Amendment invocation

11:10AM 10   and stipulate to it.

11:10AM 11        We are going to adopt that.  I'm not sure that counsel for

11:10AM 12   the individual has to agree to that; but, I may enter that as an

11:10AM 13   order and a time-saving device, that these witnesses have the

11:10AM 14   right to invoke the Fifth Amendment, but they don't have a right

11:10AM 15   to make a speech.

11:10AM 16        MS. KUCHLER:  Well, here is what might help satisfy

11:10AM 17   their requests.  We were not be able to reach an agreement on

11:10AM 18   this one aspect.

11:10AM 19        We did agree that the court reporter would automatically

11:10AM 20   insert what we had agreed he wanted to say as his answer; but,

11:11AM 21   for the video, his lawyer wants that video to be spliced into

11:11AM 22   each portion, and we couldn't reach agreement on that.

11:11AM 23        So that's why the deposition took a little -- we did get it

11:11AM 24   done in a day, but only because many people did not ask any

11:11AM 25   questions.  So those were the issues that presented a challenge.

11:11AM 1          THE COURT:  You know this is a judge trial.

11:11AM 2    Judge Barbier is not going to watch a Fifth Amendment witness'

11:11AM 3    video.  He's going to read the deposition transcript and skip the

11:11AM 4    responses because he knows that the Fifth Amendment is being

11:11AM 5    invoked.

11:11AM 6          So who wants to volunteer to draft a standard, brief Fifth

11:12AM 7    Amendment invocation?  Volunteers?

11:12AM 8          Thank you, Deb.

11:12AM 9          MS. KUCHLER:  I'll be glad to.

11:12AM 10          THE COURT:  I appreciate that.

11:12AM 11          MS. KUCHLER:  I'll be glad to.

11:12AM 12          THE COURT:  I would like to circulate it, everybody

11:12AM 13    agree that it is a valid Fifth Amendment invocation, that it

11:12AM 14    protects these witness' rights, but it is brief.

11:12AM 15          Submit it to me, and I think I'm going to go ahead and enter

11:12AM 16    it as an order, that anyone participating in a deposition

11:12AM 17    intending to invoke the Fifth Amendment shall use this stipulated

11:12AM 18    response.  That should take care of the time allocation, as well.

11:12AM 19          MS. KUCHLER:  When would you like that?

11:12AM 20          THE COURT:  When is our next Fifth Amendment witness?

11:12AM 21          MS. KUCHLER:  July.

11:12AM 22          THE COURT:  Oh, they are all in July, so take your time.

11:13AM 23          MR. KUCHLER:  Good.  Thank you.

11:13AM 24          THE COURT:  Andy, we're looking for Mr. Jassal,

11:13AM 25    J-A-S-S-A-L, topic one.

11:13AM 1          MR. LANGAN:  Still working on Mr. Jassal.  Kal Jassal.

11:13AM 2          THE COURT:  Kal Jassal, right?

11:13AM 3          MR. LANGAN:  Yes, Kal Jassal, J-A-S-S-A-L.

11:13AM 4      I do have dates for several others, 30(b)(6)'s.

11:13AM 5          THE COURT:  Let's go for Mr. Byrd.

11:13AM 6          MR. LANGAN:  July 14th, New Orleans.

11:13AM 7          THE COURT:  How do we stand with Mr. Sabins?  Are we

11:13AM 8      done with him?

11:13AM 9          MR. LANGAN:  I think there is a deal.  I mean, I think

11:13AM 10     there is dates and a notice and all that.

11:13AM 11     Before we skip by BP 30(b)(6), can I give a few other dates?

11:13AM 12         THE COURT:  Sure.

11:13AM 13         MR. LANGAN:  For topics 9 and 11 -- and this was in our

11:13AM 14     designation that was filed on Wednesday -- there is a man by the

11:14AM 15     name of Armstrong, Ellis Armstrong, July 13th in New Orleans for

11:14AM 16     topics 9 and 11.  So that gives us Byrd and Armstrong there.

11:14AM 17         THE COURT:  Good.

11:14AM 18         MS. BERTAUT:  Your Honor --

11:14AM 19         THE COURT:  Hold on a second.  Hold on a second.

11:14AM 20     So we've got Mr. Armstrong on the 13th, which is looking to

11:14AM 21     be a busy day.

11:14AM 22     Yes, Carmelite, what do you have?

11:14AM 23         MS. BERTAUT:  Your Honor, we listed Mike Byrd as one of

11:14AM 24     the witnesses --

11:14AM 25         THE COURT:  I see that.

11:14AM 1          MS. BERTAUT:  -- that we would like to take as a fact

11:14AM 2   witness.

11:14AM 3          Now, I don't know -- I see that Mr. Langan has him for one

11:14AM 4   day.  I don't know that that's going to be enough time.  I

11:14AM 5   will -- if I'm recalling the notice of 30(b)(6), there are --

11:14AM 6   and, in fact, now that we're talking about it, I think there are

11:14AM 7   maybe five or six BOP topics that Mr. Byrd -- it has been

11:14AM 8   designated he will be testifying as to.

11:14AM 9          He is a replacement for Mr. Abbassion, who the Court had

11:14AM 10  granted -- or at least the parties had requested additional time.

11:15AM 11  I really don't recall how it all worked out.  Cameron may have

11:15AM 12  been able to work it out.  It may not have been through an order

11:15AM 13  that we obtained extra time; it may have been just voluntarily.

11:15AM 14  But I know we had requested extra time because Mr. Abbassion was

11:15AM 15  going to be a BOP witness.

11:15AM 16         THE COURT:  Andy, it does look like there's a lot of

11:15AM 17  topics, right?

11:15AM 18         MR. LANGAN:  Your Honor, there's a couple issues here,

11:15AM 19  and I can address several of them.

11:15AM 20         Mr. Abbassion was always on the priority deposition list and

11:15AM 21  was always going to be a two-day dep.

11:15AM 22         THE COURT:  Great.

11:15AM 23         MR. LANGAN:  That is not the case with Mr. Byrd.

11:15AM 24  Cameron has asked for a lot of additional witnesses.  There's

11:15AM 25  been no decision about how Your Honor is going to handle all the

11:15AM 1    requests to add to the July deposition list.

11:15AM 2        So we can't put the cart before the horse here.  If we want

11:15AM 3    to talk about Mr. Byrd, we've got to talk about all of the

11:15AM 4    witnesses that all the people want to add.  I think, frankly,

11:15AM 5    that's going to put strain on the system, so I think Your Honor

11:15AM 6    is going to have to address that.

11:15AM 7        So, to presuppose that Mr. Byrd is automatically on the

11:16AM 8    list, we're not there yet.

11:16AM 9        All the BOP 30(b)(6) stuff can be handled in one day.  I

11:16AM 10   mean, we've had witnesses handle 15 30(b)(6) topics.  So I don't

11:16AM 11   accept the premise that two days are going to be necessary there.

11:16AM 12   Plenty of 30(b)(6) stuff can be done in a day and has been done

11:16AM 13   in a day, so that's why we have said July 14.

11:16AM 14       If we want to go back and revisit and talk about everybody's

11:16AM 15   request to add deponents, we can do that, but that's a broader

11:16AM 16   conversation, it seems to me.

11:16AM 17           THE COURT:  Why don't you, Andy, check to see whether

11:16AM 18   Mr. Byrd is available the day before or the day after, in case.

11:16AM 19           MR. LANGAN:  Okay.  We can do that.

11:16AM 20       Your Honor, I think I need to address Mr. Little, as well,

11:16AM 21   at some point.

11:16AM 22           THE COURT:  Yes.  We had him down as tentative still.

11:17AM 23   So I went back and looked at the calendar.  It's a mess, isn't

11:17AM 24   it?

11:17AM 25           MR. LANGAN:  You know what, in July it's just going to

11:17AM 1   get worse.

11:17AM 2          THE COURT:  I know.  I've already noticed that.

11:17AM 3          MR. LANGAN:  So, anyway --

11:17AM 4          THE COURT:  So let's look at it.  Let's look at June.

11:17AM 5   What we had down for him was June 9 and 10, but with the proviso

11:17AM 6   that he would come back, I believe, on the 17th; is that right?

11:17AM 7          MR. LANGAN:  Your Honor, you put that in your order.  We

11:17AM 8   had talked about the need for an interval between his fact

11:17AM 9   deposition and his 30(b)(6) stuff.  His schedule will allow

11:17AM 10  June 30th for his 30(b)(6) deposition.  So we have June 9 and

11:17AM 11  10 --

11:17AM 12         THE COURT:  Mr. Cunningham is going to have a stroke.

11:17AM 13         MR. LANGAN:  Well, again, it's the witness'

11:17AM 14  availability.  He's got personal counsel.  I have worked this

11:17AM 15  issue very, very hard.  June 9 and 10 and then June 30 is the

11:18AM 16  absolute best I can do.

11:18AM 17         THE COURT:  So he's not available on the 17th.  I must

11:18AM 18  have just taken a bad note.

11:18AM 19         MR. LANGAN:  I don't think -- I don't think he is.  I

11:18AM 20  have pressed my partners very hard and his personal counsel very

11:18AM 21  hard on this.

11:18AM 22         MR. CUNNINGHAM:  We'll work it out on the 30th,

11:18AM 23  Your Honor.

11:18AM 24         MR. LANGAN:  I appreciate that very much.

11:18AM 25         THE COURT:  So we're going to go ahead and take

11:18AM  1   Mr. Little's 30(b)(6) designation on the 30th.

11:18AM  2            MR. CUNNINGHAM:  That's London, Andy?

11:18AM  3            THE COURT:  Still in London.

11:18AM  4            MR. LANGAN:  Yes.

11:18AM  5            THE COURT:  Then we're going to keep him,

11:19AM  6   Mr. Cunningham, on June 9 and 10?

11:19AM  7            MR. CUNNINGHAM:  We'll work through that.

11:19AM  8            THE COURT:  Thank you.

11:19AM  9        All right.  We'll mark that as not any longer tentative, but

11:19AM 10   scheduled.

11:19AM 11            MR. LANGAN:  So, Your Honor, I owe you and the parties a

11:19AM 12   date for Mr. Jassal, but, otherwise, I think we're in reasonably

11:19AM 13   good shape.  There might be one other --

11:19AM 14            THE COURT:  Yes, Albertin.  Martin Albertin.

11:19AM 15            MR. LANGAN:  Yes.  I don't have a date.  I'm trying.

11:19AM 16            THE COURT:  We'll carry that over.

11:19AM 17            MR. LANGAN:  By the way, on 192, Vector Magnetics --

11:19AM 18            THE COURT:  Yes.

11:19AM 19            MR. LANGAN:  -- here is the situation there.  We do have

11:19AM 20   some progress.  You will recall Ithaca, New York.  They've agreed

11:19AM 21   to come to New Orleans.

11:19AM 22            THE COURT:  Who wouldn't.

11:19AM 23            MR. LANGAN:  Even in July?  Because they talked about

11:19AM 24   July.

11:19AM 25            THE COURT:  I suggest you get a seersucker suit that

11:19AM 1    looks like Mr. Cunningham's.

11:19AM 2         MR. LANGAN:  Or Mr. Godwin's.

11:19AM 3         THE COURT:  Or Mr. Godwin's.

11:19AM 4         MR. GODWIN:  It's brand new, Judge.

11:20AM 5         THE COURT:  It looks good, Don --

11:20AM 6         MR. LANGAN:  I used to have one.

11:20AM 7         THE COURT:  -- and Mr. Cunningham.

11:20AM 8         MR. O'ROURKE:  You entered an order that they can't make

11:20AM 9    fun of us northerners if we're --

11:20AM 10        THE COURT:  Absolutely not.  If you are wearing a

11:20AM 11   seersucker suit, no matter the color, you've got immunity in this

11:20AM 12   courtroom.

11:20AM 13        MR. LANGAN:  So, anyway, Your Honor, on Vector, July 6th

11:20AM 14   was a date they said they could make work in New Orleans.  They

11:20AM 15   understand they have an obligation to produce documents in

11:20AM 16   advance, and they have told us they are willing to cooperate.

11:20AM 17        THE COURT:  So we had it down for July 1 tentatively,

11:20AM 18   Corey.

11:20AM 19        MR. LANGAN:  Right.

11:20AM 20        THE COURT:  So we're going to make it July 6.  Take it

11:20AM 21   off the 1st.

11:20AM 22      They are not going to require issuance of a subpoena, Andy?

11:20AM 23        MR. LANGAN:  I don't think so.  I was going to add, if

11:20AM 24   there seems to be a need for subpoena, I really think that

11:20AM 25   perhaps Halliburton ought to be the one issuing it.

11:20AM 1          THE COURT:  I agree.  I agree.

11:21AM 2          MR. LANGAN:  Your order says BP, but I don't -- they are

11:21AM 3   kind of our contractor, and that would be a little strange.

11:21AM 4          MR. GODWIN:  We'll do it, Judge.

11:21AM 5          THE COURT:  I think I meant Halliburton.

11:21AM 6      Why don't you do this, guys.  You've supplied to them the

11:21AM 7   list of documents?

11:21AM 8          MR. LANGAN:  I think we have.  I can check on that.  I

11:21AM 9   think -- I think there is a draft floating around somewhere.

11:21AM 10         MR. YORK:  We prepared the draft, and I've given it to

11:21AM 11  Andy.

11:21AM 12         THE COURT:  It's no longer a draft?  I mean, let's make

11:21AM 13  sure that it's the complete list, and they are going to go about

11:21AM 14  their business of pulling it and producing it.

11:21AM 15         MR. YORK:  My understanding is it has been circulated by

11:21AM 16  all counsel, and I have not gotten any comments back.

11:21AM 17         THE COURT:  If there are any comments, any additions,

11:21AM 18  let's get it done and then stamp it as final, so that Vector can

11:21AM 19  go ahead and start pulling the documents.

11:21AM 20         MR. LANGAN:  All right.

11:21AM 21         THE COURT:  Mr. Cunningham, do you want to talk about

11:21AM 22  Vector?

11:21AM 23         MR. CUNNINGHAM:  No, Your Honor, I was going to ask

11:21AM 24  about John Wright, who is under the BP section, I think, on

11:22AM 25  page 6.

11:22AM  1          MR. GODWIN:  I've got an update on that, Judge.  Just a

11:22AM  2   moment.

11:22AM  3          MR. CUNNINGHAM:  We were asked to serve him with a

11:22AM  4   subpoena.  We've tried to find him.  His business is closed down.

11:22AM  5   He's moved.  He was a subcontractor, I think, or an employee of

11:22AM  6   Halliburton.

11:22AM  7          MR. GODWIN:  Of Boots & Coots --

11:22AM  8          MR. CUNNINGHAM:  Yes.

11:22AM  9          MR. GODWIN:  -- which Halliburton bought, Your Honor.

11:22AM 10     I've got an update that I've just found out here, got an

11:22AM 11   e-mail, if it would be helpful.

11:22AM 12          MR. CUNNINGHAM:  Okay, great.

11:22AM 13          MR. GODWIN:  May I now, Judge, or do you want me to

11:22AM 14   wait?

11:22AM 15          THE COURT:  Let's go through the same order that we

11:22AM 16   have.  So let me see where we are.

11:22AM 17     Thanks, Don, I'll come to you in a minute.

11:22AM 18          MR. GODWIN:  Thank you, Your Honor.

11:22AM 19          THE COURT:  Lamar McKay.  I am going to defer the

11:22AM 20   scheduling of Mr. McKay beyond this crunch.  He will be deposed.

11:23AM 21   You will get a full opportunity, Don, to depose him, but I don't

11:23AM 22   feel as though he is necessary to the issuance of expert reports

11:23AM 23   for phase one, which is what we're trying to accomplish.

11:23AM 24     So I would suggest, Andy, that you get from Mr. McKay some

11:23AM 25   dates, September-ish.  We will go ahead and we'll start working

11:23AM  1  on our September calendar, and Mr. McKay will be on it for

11:23AM  2  segment one and for segment two.

11:23AM  3          MR. GODWIN:  Thank you, Your Honor.  I understand.

11:23AM  4          MR. LANGAN:  Thank you, Your Honor.  I appreciate that

11:23AM  5  very much.  Thanks for the Court's attention.

11:23AM  6      I think this ties into the issue, I suppose, of the next

11:23AM  7  track.  Your order has laid out a process, at our suggestion,

11:23AM  8  about how that's all going to work.

11:24AM  9      We've started to think about what set of months are those

11:24AM 10  deps going to be.  We were kind of thinking -- we haven't talked

11:24AM 11  to Steve about this yet or Bobo, but are you kind of thinking

11:24AM 12  September, October, November, so after your Labor Day break?

11:24AM 13  After your Labor Day break?

11:24AM 14          THE COURT:  Yes, that's kind of my thought process.

11:24AM 15  But, again, nothing is etched in stone.  We're not making any

11:24AM 16  decisions on it today.

11:24AM 17          MR. LANGAN:  Thank you.

11:24AM 18          THE COURT:  But, yes, that is kind of where I feel like

11:24AM 19  we're heading.  We're going to have our lengthy Labor Day break,

11:24AM 20  and then come back in and start our segment two stuff.

11:24AM 21          MR. LANGAN:  Thank you, Your Honor.  I think maybe I'm

11:24AM 22  done for now.

11:24AM 23          THE CLERK:  We took John Wright off the agenda because I

11:24AM 24  assumed once we issued a subpoena, it was taken care of; but, he

11:24AM 25  was under the BP witnesses last week, so this would be the time

11:24AM 1    to talk about it now.

11:24AM 2          THE COURT:  I stand corrected.  Don, what do you want to

11:25AM 3    tell me about John Wright with Boots & Coots?

11:25AM 4          MR. GODWIN:  Your Honor, he formerly was with

11:25AM 5    Boots & Coots, and is now no longer with them.  They are a

11:25AM 6    company that is owned by Halliburton.

11:25AM 7          You did ask the plaintiffs to issue the subpoena, and we

11:25AM 8    have tried to get an address.  We contacted him through Stefanie

11:25AM 9    Major, one of my associates, and she spoke with him this morning,

11:25AM 10   either by e-mail or by phone, one or the other, and he said he's

11:25AM 11   hiring an attorney and he sent a retainer to him.  The attorney

11:25AM 12   will be available to visit with us first of the week after he

11:25AM 13   receives the check.  At that point, then he'll provide us with

11:25AM 14   the information regarding scheduling, address, whatever we need;

11:25AM 15   but, Mr. Wright just felt it was more appropriate that he go

11:25AM 16   through a lawyer, and we certainly understood that.

11:25AM 17         THE COURT:  Absolutely.

11:25AM 18         MR. GODWIN:  We feel like early part of the week, we'll

11:25AM 19   be able to have the address, which we can forward to Bobo and to

11:25AM 20   others so that the subpoena can be issued and we can make plans

11:26AM 21   accordingly.

11:26AM 22         THE COURT:  Well, since he's now got an attorney, maybe

11:26AM 23   the easier thing to do would be to get some dates from the

11:26AM 24   attorney that are good for him --

11:26AM 25         MR. GODWIN:  Right.

11:26AM 1          THE COURT:  -- and then we'll put him back on the agenda

11:26AM 2   for next week.

11:26AM 3          MR. GODWIN:  We can do that, Judge.

11:26AM 4          THE COURT:  That way, he won't feel like we're just

11:26AM 5   picking dates out of the air.

11:26AM 6          MR. GODWIN:  Right.

11:26AM 7          THE COURT:  He'll get some input on when he's available.

11:26AM 8          MR. GODWIN:  He seemed -- from what I understand, he was

11:26AM 9   very cooperative, is prepared to give his deposition, just feels

11:26AM 10  he needs a subpoena because of the issues involving

11:26AM 11  confidentially with the work that he did for BP.

11:26AM 12         THE COURT:  No problem.  We'll pick dates next week, and

11:26AM 13  then we can get the subpoena issued.

11:26AM 14         MR. GODWIN:  Thank you, Your Honor.

11:26AM 15         THE COURT:  Thank you.  That's great.

11:26AM 16     I just want to go through and make sure that the Transocean

11:26AM 17  people that I think are confirmed are indeed confirmed.

11:26AM 18     Come on up.  By the way, where is your partner today?

11:27AM 19         MR. THIBODEAUX:  He's in New York.  On business.

11:27AM 20         THE COURT:  I'm not sure I believe that.

11:27AM 21         MR. THIBODEAUX:  I'll have him submit something to the

11:27AM 22  Court, Your Honor.

11:27AM 23         THE COURT:  In camera.

11:27AM 24         MR. THIBODEAUX:  That will be good.

11:27AM 25         THE COURT:  Let's go through it.  We're good with

11:27AM 1    Ms. Fleytas --

11:27AM 2              MR. THIBODEAUX:  I believe so, yes.

11:27AM 3              THE COURT:  -- July 25, 26.

11:27AM 4         Carl Taylor, July 14, 15.

11:27AM 5              MR. THIBODEAUX:  Uh-huh (affirmative response).

11:27AM 6              THE COURT:  Nick Watson, July 14, 15.

11:27AM 7              MR. THIBODEAUX:  Okay.

11:27AM 8              THE COURT:  Bill Johnson, July 25, 26.

11:27AM 9              MR. THIBODEAUX:  Yes.

11:27AM 10             THE COURT:  Seriale, July 25, 26.

11:27AM 11             MR. THIBODEAUX:  Yes.

11:27AM 12             THE COURT:  Bertone, 27, 28 of July.

11:27AM 13             MR. THIBODEAUX:  Yes.

11:27AM 14             THE COURT:  Dustin Johnson, July 27, 28.

11:27AM 15             MR. THIBODEAUX:  Yes.

11:27AM 16             THE COURT:  Anybody else that you wanted to cover while

11:27AM 17   I had you up here?

11:28AM 18             MR. THIBODEAUX:  Yes, Your Honor, I have a few.

11:28AM 19             THE COURT:  Let's see who you've got.  Oh, yes, yes,

11:28AM 20   yes, you do have more.

11:28AM 21             MR. THIBODEAUX:  I have dates for Pharr Smith and

11:28AM 22   Geoff Boughton.

11:28AM 23             THE COURT:  Pharr, P-H-A-R-R, Smith.

11:28AM 24             MR. THIBODEAUX:  Right.

11:28AM 25             THE COURT:  What are those dates?

11:28AM 1       MR. THIBODEAUX:  We can plug him into Bill Ambrose's old

11:28AM 2   dates of June 27 and 28.  Or he's also available in late July, if

11:28AM 3   that doesn't work.

11:28AM 4       THE COURT:  Let's look at 27 and 28.  They look like

11:28AM 5   they might work.  Let's hear from Mr. Cunningham.

11:28AM 6       MR. CUNNINGHAM:  They will work as well as any, I guess,

11:28AM 7   Your Honor.

11:28AM 8       THE COURT:  That's kind of my thought.  July looks bad

11:28AM 9   already.  So we're going to confirm Mr. Smith on June 27 and 28.

11:28AM 10      Who was the other one you had?

11:28AM 11      MR. THIBODEAUX:  Geoff Boughton, and he's July 20 and

11:28AM 12  21.

11:29AM 13      MR. MAZE:  July?

11:29AM 14      MR. THIBODEAUX:  Yes.

11:29AM 15      THE COURT:  20 and 21.  It's B-O-U-G-H-T-O-N.

11:29AM 16      MR. YORK:  What's the first name?

11:29AM 17      THE COURT:  Geoff, G-E-O-F-F.

11:29AM 18      MS. KUCHLER:  July what, I'm sorry?

11:29AM 19      THE COURT:  July 20, 21.

11:29AM 20      Have you got anything on Troy Hadaway?

11:29AM 21      MR. NOMELLINI:  We are still working on Mr. Hadaway and

11:29AM 22  Mr. Redd.

11:29AM 23      THE COURT:  All right.  We'll carry them over to next

11:29AM 24  week.

11:29AM 25      MR. THIBODEAUX:  I have a couple other minor issues.

| | | |
|---|---|---|
| 11:29AM | 1 | Mr. Sneddon -- |
| 11:29AM | 2 | THE COURT:  Yes. |
| 11:29AM | 3 | MR. THIBODEAUX:  -- we think he should be removed in |
| 11:29AM | 4 | light of Mr. David Cameron's deposition being confirmed.  They |
| 11:29AM | 5 | cover the same issues. |
| 11:29AM | 6 | THE COURT:  Does anybody have a problem, in view of |
| 11:29AM | 7 | Mr. Cameron being scheduled, taking Mr. Sneddon off? |
| 11:30AM | 8 | MR. LANGAN:  Could we have a week to check that? |
| 11:30AM | 9 | THE COURT:  You may.  No problem. |
| 11:30AM | 10 | MR. LANGAN:  Thank you.  Andy Langan for BP. |
| 11:30AM | 11 | THE COURT:  We'll carry him over. |
| 11:30AM | 12 | MR. THIBODEAUX:  Then, the other minor issue is |
| 11:30AM | 13 | Mr. Wyman Wheeler.  His counsel is -- actually, his individual |
| 11:30AM | 14 | counsel is Brett Robinson, and it's listed as Fred.  So it should |
| 11:30AM | 15 | be Brett.  I believe it's actually on the calendar where it's |
| 11:30AM | 16 | mislabeled. |
| 11:30AM | 17 | MR. MAZE:  It's here.  It's got Fred right there. |
| 11:30AM | 18 | MR. THIBODEAUX:  There you go. |
| 11:30AM | 19 | MR. LANGAN:  On Mr. Wheeler, we do have dates. |
| 11:30AM | 20 | THE COURT:  Good, okay.  All right.  I'm not finding him |
| 11:30AM | 21 | on my list, so hold on a second. |
| 11:30AM | 22 | THE CLERK:  166. |
| 11:30AM | 23 | THE COURT:  I see him.  We've got dates for Mr. Wheeler. |
| 11:30AM | 24 | MR. LANGAN:  Through his, I believe, personal injury |
| 11:30AM | 25 | counsel, July 7 and 8. |

11:30AM 1          THE COURT:  July 7 and 8.  It's Wyman, W-Y-M-A-N,

11:31AM 2     Wheeler.

11:31AM 3          MR. LANGAN:  Your Honor, we have also -- through

11:31AM 4     Mr. Buzbee's office, have dates for Mr. Morgan and Mr. Sandell,

11:31AM 5     160 and 162.

11:31AM 6          THE COURT:  Correct.  What do you have for Mr. Morgan?

11:31AM 7          MR. LANGAN:  July 5 and 6.  Mr. Sandell, July 7 and 8.

11:31AM 8          THE COURT:  Sandell is S-A-N-D-E-L-L, first name Micah,

11:31AM 9     M-I-C-A-H.

11:31AM 10          MR. LANGAN:  We have been in quite a bit of contact with

11:31AM 11     Mr. Buzbee's office, and hopefully this will work.  We're doing

11:31AM 12     the best we can.

11:31AM 13          THE COURT:  Great.

11:32AM 14       Now, Don, I'm seeing that you're up.  We're looking for

11:32AM 15     James Ingram and Paul Meinhard.

11:32AM 16          MR. GODWIN:  Yes, Your Honor.  We've checked on it with

11:32AM 17     Mr. Arnold, and he reports that they can be available any time

11:32AM 18     during the week of July 25.

11:32AM 19          THE COURT:  Then we are going to let Mr. Cunningham tell

11:32AM 20     us when he would like them.

11:32AM 21          MR. CUNNINGHAM:  Who are these, again?

11:32AM 22          THE COURT:  This is Number 155, James Ingram --

11:32AM 23          MR. GODWIN:  And Paul Meinhard.

11:32AM 24          THE COURT:  -- and 159, Paul Meinhard, M-E-I-N-H-A-R-D.

11:32AM 25          MR. GODWIN:  Bobo, TO rig employees.

11:32AM  1          MR. CUNNINGHAM:  These are for July?

11:32AM  2          THE COURT:  Yes, the week of July 25.  We have no one

11:33AM  3  yet on the 29th.

11:33AM  4          MR. CUNNINGHAM:  One on the 27th and 28th, and one on

11:33AM  5  the 28th and 29th.  It doesn't really matter which is which.

11:33AM  6          MR. GODWIN:  Whichever, Bobo.  He said any time during

11:33AM  7  that week.

11:33AM  8          MR. CUNNINGHAM:  Do Ingram 27, 28.

11:33AM  9          THE COURT:  Ingram, July 27, 28.

11:33AM 10      Meinhard, 28, 29?

11:33AM 11          MR. CUNNINGHAM:  Yes, ma'am.

11:33AM 12          MR. GODWIN:  We'll let Mr. Arnold know, Your Honor.

11:33AM 13  We'll also ask him if a subpoena will be necessary, and, if so,

11:33AM 14  Halliburton will be happy to have it issued.

11:33AM 15          THE COURT:  Thank you.  I appreciate it, Don.

11:33AM 16          MR. GODWIN:  They are plaintiffs, so no subpoena will be

11:33AM 17  necessary; but, I'll ask Mr. Arnold what he wants because we

11:33AM 18  don't want any misunderstanding.

11:33AM 19          THE COURT:  That's right.

11:33AM 20      Also, don't forget that we are -- and I believe this is

11:34AM 21  correct, if anybody disagrees with me -- we are providing counsel

11:34AM 22  for these witnesses with the custodial files, the same as we are

11:34AM 23  providing them to everyone else.

11:34AM 24      We did have that request previously, and it's something I

11:34AM 25  think we need to focus on, so that we don't delay the progress of

11:34AM 1   the deposition by having counsel insist on reading each document

11:34AM 2   prior to giving it to the witness.  So please be mindful of that.

11:34AM 3       I guess, with these upcoming witnesses, Transocean needs to

11:34AM 4   focus on that.

11:34AM 5       Does anybody disagree with that observation?  Okay.  Good.

11:34AM 6       Now, we've got a bunch of requests for additions.  And I

11:35AM 7   think Andy said that that was going to -- what was the word, was

11:35AM 8   it burden the system?

11:35AM 9       MR. LANGAN:  I think it was probably something like put

11:35AM 10  a strain on the system --

11:35AM 11       THE COURT:  Strain on the system.

11:35AM 12       MR. LANGAN:  -- but the reporter will be the final judge

11:35AM 13  of that.

11:35AM 14       THE COURT:  We're not going to ask her to go back and

11:35AM 15  tell us.

11:35AM 16       Let's talk about the additions.  What I'm going to ask you

11:35AM 17  guys to do is this.  We will circulate our current list of

11:35AM 18  additions.  What I would like to do is have each party that's

11:35AM 19  requesting give me a sentence or so on who the witness is and why

11:35AM 20  you want to add them.  Not a lot.  Give it to me in letter form.

11:35AM 21  But it seems to me I need to understand what we're doing here

11:36AM 22  before I say, okay, carte blanche, we're going to add all of

11:36AM 23  these people.

11:36AM 24       Circulate that.  If anybody has a problem with a particular

11:36AM 25  witness, let me know it; what's the problem, are they not

11:36AM 1   necessary, are they not phase one.

11:36AM 2       I also would like to know whether these are witnesses that

11:36AM 3   we have to schedule by the end of July because they are necessary

11:36AM 4   for issuance of expert report, which I'm hoping you're going to

11:36AM 5   tell me they are not because Mr. Cunningham is going to have a

11:36AM 6   very busy July.  Then we will take a look at the additional

11:36AM 7   requests next week.  Okay.

11:36AM 8       If they are already on the list, don't tell me they are

11:36AM 9   additions.  We've had a couple of people who are on the addition

11:37AM 10  list who we have been covering, and I would prefer not to have to

11:37AM 11  retrace my steps and say, oh, I've already looked at him, he's on

11:37AM 12  the schedule.  So please try to be careful about that, if you

11:37AM 13  can.  Remember that the manpower in my office is Mike and me.

11:37AM 14      Okay.

11:37AM 15          MS. BERTAUT:  Your Honor, can I ask for clarification?

11:37AM 16          THE COURT:  Yes, Carmelite, you can.

11:37AM 17          MS. BERTAUT:  I know, in some of the preliminary witness

11:37AM 18  lists, there may have been names that were identified as a

11:37AM 19  potential witness for trial.  They were not necessarily, in some

11:37AM 20  parties, identified as want to depose this person.

11:37AM 21          THE COURT:  That's right.

11:37AM 22          MS. BERTAUT:  If I see, for example, a Cameron witness

11:37AM 23  that I think Cameron may have an objection to putting them on the

11:37AM 24  list at this point, even though it has not been designated as a

11:37AM 25  witness to be deposed --

11:37AM 1      THE COURT:  No, if they are not on the add to list, I

11:38AM 2  don't want to talk about them yet.  I only want to focus on those

11:38AM 3  people that someone wants to add to the deposition list.  I want

11:38AM 4  to know why you want to add them, and I want to know why you

11:38AM 5  oppose adding them, so that we can go ahead and take care of that

11:38AM 6  issue.  Oh, and whether they are necessary for issuance of expert

11:38AM 7  report.

11:38AM 8      Anything else we need to cover on that?

11:38AM 9      MR. HERMAN:  Steve Herman for the plaintiffs.

11:38AM 10      On a related note, we, with some hesitation, but enthusiasm,

11:38AM 11  volunteered to put together the master witness list.  It's

11:38AM 12  obviously going to take a little bit of time.  Is there a

11:38AM 13  timetable that the Court has in mind on that, other than as soon

11:38AM 14  as possible?

11:38AM 15      THE COURT:  I know you're working diligently, and you're

11:38AM 16  going to get it to me by next week, right?

11:39AM 17      MR. HERMAN:  Well, we can certainly get our information

11:39AM 18  to you by next week.  For some of the things that Your Honor

11:39AM 19  asked for, I think we need to some get some follow-up information

11:39AM 20  from some of the other parties.

11:39AM 21      THE COURT:  I think that's right.  I know that you're

11:39AM 22  working on it, and as soon as you can get it out, you'll get it

11:39AM 23  out.

11:39AM 24      MR. HERMAN:  Thank you.

11:39AM 25      THE COURT:  All right.  Let's talk about London.

11:39AM 1      As you know, I want this to go without a hitch.  I have

11:39AM 2  decided I'm coming for the first week.  Andy, thank you for all

11:39AM 3  of the information that you've circulated to everybody with

11:39AM 4  regard to the plans.

11:39AM 5      Please, everybody, if you got that e-mail from Andy about

11:39AM 6  checking in with the London office, making sure that you've got

11:39AM 7  your pass for each day you're going to be there, do it.  Try to

11:39AM 8  get it done next week so that there are no hitches in getting in

11:39AM 9  and out of the building, you know where you're going, you know

11:40AM 10 what the three conference rooms are that he's designated for

11:40AM 11 witnesses.

11:40AM 12     What else was in that memo?

11:40AM 13         MR. LANGAN:  The power cord.  Bring your own power

11:40AM 14 cord --

11:40AM 15         THE COURT:  Bring your own power cord.

11:40AM 16         MR. LANGAN:  -- that's compatible.

11:40AM 17         THE COURT:  Oh, yes.  I've got to get my converter out,

11:40AM 18 don't I?

11:40AM 19             Please think ahead about what we're doing, and make

11:40AM 20 sure you've got it taken care of.  I don't want to hear that on

11:40AM 21 the first day of depositions there's four attorneys trying to get

11:40AM 22 into the building that don't have passes.  Let's make it easy.

11:40AM 23     What else was on that list, Andy?  You know, what I would

11:40AM 24 like you to do is circulate it again --

11:40AM 25         MR. LANGAN:  Sure.

11:40AM 1          THE COURT:  -- at the end of next week.

11:40AM 2          MR. LANGAN:  Sure.

11:40AM 3          THE COURT:  So that if people haven't done it, they'll

11:40AM 4    be reminded to do it.  But I want it to go smoothly.

11:41AM 5          MR. LANGAN:  Your Honor, I was going to ask Mike this

11:41AM 6    off the record, but is it okay if I tell everybody the fact that

11:41AM 7    we have arranged for your stay.  I mean, not --

11:41AM 8          THE COURT:  Yes.  Oh, absolutely, guys.  Andy was kind

11:41AM 9    enough -- I e-mailed him and I said, Andy, I don't know where the

11:41AM 10   offices are.  Would you be kind enough to help me arrange for a

11:41AM 11   hotel?

11:41AM 12         Andy e-mailed back and has arranged for me to stay at the

11:41AM 13   Corinthia Hotel.  Doesn't that sound glamourous?  It is a

11:41AM 14   modest -- it is not a suite.  It is not a penthouse.  But it is

11:41AM 15   expensive, as are all accommodations in London.

11:41AM 16         Andy, thank you very much for doing that because I didn't

11:41AM 17   have to take the time out of --

11:41AM 18         MR. LANGAN:  No, no, it was easy.  I just wanted

11:41AM 19   everyone to know that you had asked and we had --

11:41AM 20         THE COURT:  Absolutely.  There are no, you know, hidden

11:41AM 21   things going on here.  Absolutely.  Thank you for the assistance

11:42AM 22   on that.

11:42AM 23         I don't know where everybody else is staying.  I intend to

11:42AM 24   look at a map and figure out where my hotel is in relationship to

11:42AM 25   Andy's London office, and I'm going to know how to get there on

11:42AM 1    Monday morning.

11:42AM 2              MR. LANGAN:  I am told that it is a bit of a taxi ride,

11:42AM 3    although it's not bad, not bad.  It's supposed to be a very nice

11:42AM 4    new hotel getting good reviews.

11:42AM 5              THE COURT:  I don't care.  I just want to know that I

11:42AM 6    can get myself to the deposition.  I don't want to be late for

11:42AM 7    the depositions, and I'm asking everybody else to please --

11:42AM 8              MR. LANGAN:  Would you like us to put your name on the

11:42AM 9    list?

11:42AM 10             THE COURT:  My name is on the list.

11:42AM 11             MR. LANGAN:  Oh, okay.

11:42AM 12             THE COURT:  I've taken care of it already.

11:42AM 13             MR. LANGAN:  Thank you, Your Honor.

11:42AM 14             MR. CUNNINGHAM:  We're delighted that you're going to be

11:42AM 15   there, Your Honor, but I just want to clarify one point, because

11:42AM 16   I've run into this before.  The fact that Your Honor will be

11:42AM 17   present at this deposition does not in any way, shape, or form

11:42AM 18   change the deposition protocol.

11:43AM 19             THE COURT:  Not whatsoever.

11:43AM 20             MR. CUNNINGHAM:  The reason I say that is in some past

11:43AM 21   situations counsel has assumed that because the judge is there,

11:43AM 22   we're in court; and, therefore, there is going to be a ruling on

11:43AM 23   multiple objections to questions.  It created a problem that

11:43AM 24   would not have otherwise existed, and the judge certainly didn't

11:43AM 25   want that to occur.

11:43AM 1      So I just raise that so we don't have some people thinking

11:43AM 2  that because you're there, we're in court, because --

11:43AM 3          THE COURT:  None whatsoever.  I'm appreciative of your

11:43AM 4  raising the issue.

11:43AM 5      I do not expect that objections to form or otherwise will in

11:43AM 6  any way be ruled on; that my presence there will in any way

11:43AM 7  affect, other than maybe improve, the deportment of the

11:43AM 8  attorneys.  Beyond that, I don't expect the protocol to change.

11:44AM 9  No.

11:44AM 10         MR. CUNNINGHAM:  Thank you.

11:44AM 11         THE COURT:  I appreciate you raising the issue.

11:44AM 12     All right.  Do we want to select a time and day for the test

11:44AM 13 run, Andy?

11:44AM 14         MR. LANGAN:  Your Honor, I think that Friday, was it the

11:44AM 15 3rd of June?  I'm sure we can make that work.

11:44AM 16         THE COURT:  Okay.  June 3rd.  Have y'all spoken to your

11:44AM 17 IT people?

11:44AM 18         MR. LANGAN:  They are aware of it.

11:44AM 19     Worldwide Court Reporters, which I believe the PSC has very

11:44AM 20 kindly arranged to do this, is already in touch with us about

11:44AM 21 scoping things out and all of that.  So I'm sure we can, and I

11:44AM 22 think Friday is probably the right day.

11:44AM 23         MR. CUNNINGHAM:  We've already asked to have that done

11:44AM 24 on Friday.

11:44AM 25         THE COURT:  So if you'll just let us know what time,

11:44AM  1   we'll put it on the calendar.

11:44AM  2          MR. LANGAN:  All right.  Okay.  I'll work with

11:44AM  3   Mr. Cunningham and Sterbcow.

11:45AM  4          THE COURT:  Michael?

11:45AM  5          THE CLERK:  Are you going to have the video feed back to

11:45AM  6   New Orleans, like you've done in the others, or is that going to

11:45AM  7   be --

11:45AM  8          MR. LANGAN:  I think so, but that's up to Worldwide, I

11:45AM  9   think.  I mean, I don't want to speak.

11:45AM 10          THE CLERK:  I think the only one that has actually been

11:45AM 11   tuning in to that is Judge Barbier, and I was just asking for his

11:45AM 12   account.  He might get here in the morning and just try to --

11:45AM 13          THE COURT:  That's just because he's nosy.

11:45AM 14          MS. KUCHLER:  I've asked Paul that question.  This is

11:45AM 15   Deb Kuchler.

11:45AM 16      Yes, Worldwide is going to provide everything we already

11:45AM 17   have, plus some.  We're going to have realtime scanning of

11:45AM 18   exhibits and electronic access.  So we'll have more than what we

11:45AM 19   have now, but certainly not less.

11:45AM 20          THE COURT:  What I would like, Deb, from Worldwide is

11:45AM 21   for them to circulate to everyone, including me and Mike, the

11:45AM 22   instructions for what we do.

11:45AM 23      We have not tuned in yet, I've got to tell you, but I do

11:45AM 24   think that we might want access while you all are over in London,

11:45AM 25   for no other reason than for our conferences.

11:46AM  1      MS. KUCHLER:  Let me ask you this technology question

11:46AM  2  then.  We have not been able to get realtime transcripts on the

11:46AM  3  iPads; so, if that's going to be your only technology, you really

11:46AM  4  need a laptop.  If you don't have one, then maybe K&E can provide

11:46AM  5  one.

11:46AM  6      THE COURT:  I don't care about realtime while I'm in

11:46AM  7  London, that doesn't bother me; but, when I come back -- because

11:46AM  8  I'm not spending the month with you -- when I come back, we might

11:46AM  9  want the video capabilities for our conferences, which I

11:46AM 10  anticipate we'll have sporadically, not necessarily every day,

11:46AM 11  because I don't anticipate problems.  But if we need to tune in,

11:46AM 12  Mike and I have no recollection on how to do it.

11:46AM 13      MS. KUCHLER:  No problem.  I believe that, right now,

11:46AM 14  Kat also receives those deposition log-in information for every

11:46AM 15  deponent, so we'll keep her on the list and add both of you.

11:47AM 16      THE COURT:  Thank you.  That's great.

11:47AM 17      Anything else with London, guys?  No?  Okay.

11:47AM 18      Please remember to sign up through Andy's London reception

11:47AM 19  desk so that they can get your passes for the days that you're

11:47AM 20  going to be there.  Last cautionary note, because you're going to

11:47AM 21  be in hot water if you haven't.

11:47AM 22      All right.  Let's see.  We've got M-I.  Have we resolved all

11:47AM 23  issues relative to the M-I?

11:47AM 24      MR. LANGAN:  Your Honor, Andy Langan for BP.

11:47AM 25      Just one scheduling note on M-I.  Mr. Lindner is represented

11:48AM 1   by counsel, and Mr. Lindner and his counsel have requested a move

11:48AM 2   to that date.  Again, this is not our doing, but we told him he

11:48AM 3   would accommodate.

11:48AM 4       I'm looking for my note here.  What's the date?  So

11:48AM 5   Mr. Lindner goes to July 13 and 14.

11:48AM 6           MR. MAZE:  From where, Andy?

11:48AM 7           MR. LANGAN:  The last week in May.

11:48AM 8           MR. MAZE:  Did you say July 13?

11:48AM 9           MR. LANGAN:  July 13 and 14 is my understanding.

11:48AM 10          THE COURT:  Boy, that's bad.

11:48AM 11          MR. LANGAN:  As I said, I am truly the messenger here.

11:48AM 12          THE COURT:  I understand.  We're not going to kill the

11:48AM 13  messenger.

11:48AM 14          MR. LUXTON:  I can speak to that.

11:48AM 15          THE COURT:  Good morning.

11:48AM 16          MR. LUXTON:  Good morning.  Steve Luxton for M-I Swaco.

11:48AM 17      Mr. Lindner is represented by Mr. Buzbee's office.

11:49AM 18  Mr. Buzbee's office informed Mr. Tanner from our office that

11:49AM 19  Mr. Lindner's family is having some issues with the Mississippi

11:49AM 20  flooding, and they have requested that that date be changed.

11:49AM 21      The date that we were given by his counsel was July 13 and

11:49AM 22  14, so.

11:49AM 23          THE COURT:  The best we can do is the best we can do.

11:49AM 24      I'm wondering, guys, if there is any way perhaps they could

11:49AM 25  do it -- well, I guess Mr. Buzbee is going to be in town that

11:49AM 1    week, right?  That might be what's driving that.

11:49AM 2          MR. MAZE:  Do you think we could ask him if 11 and 12

11:49AM 3    would be an option?

11:49AM 4          THE COURT:  Yes, I think we could.  Why don't we put it

11:49AM 5    down tentatively, and see if, perhaps --

11:49AM 6          MR. LUXTON:  Sure.

11:49AM 7          THE COURT:  -- Mr. Buzbee could do it the week earlier,

11:49AM 8    if at all possible.  Not the week earlier, two days earlier.  The

11:49AM 9    11th and 12th would be much better days for the group.

11:49AM 10          MR. LUXTON:  We will get in touch with Mr. Buzbee's

11:50AM 11    office and make the request.

11:50AM 12          THE COURT:  That would be great.

11:50AM 13          MR. LUXTON:  Thank you.

11:50AM 14          THE COURT:  If he can accommodate us, it would be

11:50AM 15    appreciated, but I do understand the Mississippi flooding.

11:50AM 16          MR. LUXTON:  Thank you very much.

11:50AM 17          THE COURT:  Okay.

11:50AM 18          MR. TSEKERIDES:  Your Honor, this is Ted.  If this is a

11:50AM 19    good time, we had one issue outstanding on our end, and that's

11:50AM 20    the time allocation for Mr. Suttles' deposition.

11:50AM 21          THE COURT:  We're going to get to time allocation

11:50AM 22    shortly.  That's on the agenda.

11:50AM 23      Have you got some relief?

11:51AM 24          MR. TSEKERIDES:  No relief.

11:51AM 25          THE COURT:  That's what I figured.  I love the fact that

11:51AM 1    a week ago I sent out an e-mail saying please respond promptly,

11:51AM 2    especially as to these three witnesses, and there was deafening

11:51AM 3    silence.

11:51AM 4         MR. TSEKERIDES:  Well, I know people have other things

11:51AM 5    to do.

11:51AM 6         THE COURT:  Well, either that, or they are not willing

11:51AM 7    to cede any time.  I'm not sure which it is.

11:51AM 8       All right.  Ted, we're coming to you now, buddy.

11:51AM 9         MR. TSEKERIDES:  All right.

11:51AM 10        THE COURT:  Now, Ted, tell me about the request for more

11:51AM 11   time.  When you say that this is on behalf of the responder

11:51AM 12   defendants, I want to understand who we're talking about, and I

11:51AM 13   want to be more particular going forward when we're talking about

11:51AM 14   responder defendants because there's several categories of them,

11:51AM 15   right?

11:51AM 16        MR. TSEKERIDES:  This is just what we're calling the

11:52AM 17   clean-up responders.  It's not the emergency responders in the

11:52AM 18   B4.  It's only the B3 clean-up responders.

11:52AM 19      The companies we're talking about, my clients are O'Brien's

11:52AM 20   and NRC.  Nalco would fall into that category, MSRC, Lane

11:52AM 21   Aviation and some of the other aviation companies.  Those are the

11:52AM 22   clean-up responders that we're talking about.  They are the ones

11:52AM 23   that were listed in the e-mail I sent yesterday with respect to

11:52AM 24   that deeming order.  It's those entities.

11:52AM 25        THE COURT:  I've got you.  Okay.  Thank you for the

11:52AM  1   clarification because, as you know, I've not gotten involved a

11:52AM  2   lot with responder defendants, and I like the clean-up responders

11:52AM  3   versus, I guess, the emergency or fire responders, right?

11:52AM  4          MR. TSEKERIDES:  Right.  That's the distinction that

11:52AM  5   we're making.

11:52AM  6          THE COURT:  Okay.  Thank you.

11:52AM  7      Well, let's talk about what you think Mr. Suttles knows that

11:53AM  8   requires three hours of additional time.

11:53AM  9          MR. TSEKERIDES:  Well, I think the request is based on

11:53AM 10   the fact that Mr. Suttles came onboard, essentially, on

11:53AM 11   April 20th, and, according to the responses from BP, is extremely

11:53AM 12   knowledgeable about the response.  He's on the Unified Command.

11:53AM 13   He was around for many months afterwards going into the period of

11:53AM 14   time that the people I just talked about as far as clean-up

11:53AM 15   responders were doing their work.

11:53AM 16      So we recently got access to documents.  We have -- I know

11:53AM 17   the Nalco folks and some of the other responders have sent in

11:53AM 18   letters that they plan on attending.  The focus, frankly, will be

11:53AM 19   on the involvement, the interplay between the government and BP

11:53AM 20   and, also, the work that was done.

11:53AM 21      Now, three hours was the number that we picked sort of to

11:53AM 22   try to be reasonable but not knowing.  Three hours could be more

11:54AM 23   than enough.  I think, from what I've heard, the sort of other

11:54AM 24   category is 45 minutes, which I don't think is enough at all.

11:54AM 25      We're not asking for three hours in addition to the time

11:54AM 1   that's there.  So if we could pick up some time from other folks

11:54AM 2   that would go to 45, to get us closer to two, I think that's

11:54AM 3   something we could work out; but, if not, then we would need to

11:54AM 4   add some time.

11:54AM 5        But, basically, he is Mr. Response, as far as the high level

11:54AM 6   goes, based on everything we've seen from BP's responses and just

11:54AM 7   our knowledge of the Unified Command structure.

11:54AM 8             THE COURT:  Let's cover it, guys.  Does anybody, anybody

11:54AM 9   in the room -- here comes our auction -- is anybody willing to

11:54AM 10  cede any time to the clean-up responders for questioning of

11:54AM 11  Mr. Suttles?

11:54AM 12            MS. SCOFIELD:  This is Denise Scofield for M-I, and

11:54AM 13  we'll cede our time.

11:54AM 14            THE COURT:  How much time is that?

11:54AM 15            MS. SCOFIELD:  15 minutes.

11:55AM 16            THE COURT:  Terrific.  Thank you.

11:55AM 17            MR. TSEKERIDES:  Thanks.

11:55AM 18            THE COURT:  Who else wants to be the selfless volunteer?

11:55AM 19            MR. GOODIER:  Glenn Goodier for Weatherford.

11:55AM 20            THE COURT:  Glenn, you've got 15 minutes?

11:55AM 21            MR. GOODIER:  All 15 of it.

11:55AM 22            THE COURT:  All 15 minutes.  Have you got that?

11:55AM 23            MS. KUCHLER:  Weatherford actually has 45 minutes in a

11:55AM 24  two-day deposition.

11:55AM 25            MR. GOODIER:  Oh, it's two days.  I'm sorry.

11:55AM 1          MS. KUCHLER:  If it's two days, it's 45 minutes.

11:55AM 2          MR. GOODIER:  45 minutes.

11:55AM 3          THE COURT:  45 minutes.  Ted, you've got yourself an

11:55AM 4  hour, buddy.

11:55AM 5          MR. TSEKERIDES:  That's awesome.

11:55AM 6          THE COURT:  Isn't that awesome.  Who else?  Who else?

11:55AM 7  Come on, people.

11:55AM 8      All right, Ted, you've got an hour that has been ceded to

11:55AM 9  you kindly by Weatherford and M-I.

11:55AM 10         MR. TSEKERIDES:  Is that in addition to that 45 other,

11:55AM 11  or is that part of that?  Am I at an hour, or am I at an hour and

11:56AM 12  45 minutes?

11:56AM 13         THE COURT:  You are currently at an hour and 45 minutes.

11:56AM 14  You've been ceded an hour.  Do you understand?

11:56AM 15      No, he did not have --

11:56AM 16         MS. KUCHLER:  There is no time present.

11:56AM 17         THE COURT:  There is no allocation.  No, you're at an

11:56AM 18  hour, Ted.  You are currently at one hour.

11:56AM 19      Andy is standing up.

11:56AM 20         MR. LANGAN:  Your Honor, Andy Langan for BP.

11:56AM 21      Just this.  Again, not unlike Mr. Guy, our principal goal

11:56AM 22  here is that the 15-hour rule stands.  I just don't want there to

11:56AM 23  be any entertainment that we're going to extend the time on this.

11:56AM 24  I mean, 15 hours ought to be plenty to depose Mr. Suttles.

11:56AM 25         THE COURT:  Well, it ought to be, but the responders

11:56AM 1  clearly need an opportunity to question Mr. Suttles so that they

11:56AM 2  don't come back and say, we need Mr. Suttles again.

11:57AM 3          MR. LANGAN:  In a 15-hour deposition, I believe

11:57AM 4  Pretrial Order 27 slots five hours total for the defense group,

11:57AM 5  and they now have an hour of that five hours, is my

11:57AM 6  understanding.

11:57AM 7          THE COURT:  Right.

11:57AM 8          MR. LANGAN:  That's pretty close to enough, it seems to

11:57AM 9  me, relatively speaking, given -- in other words, that ought to

11:57AM 10 be enough and a reasonable proportion for them without extending

11:57AM 11 the time.  If other people want to yield time, so much the

11:57AM 12 better.

11:57AM 13         MR. TSEKERIDES:  Your Honor, it was my understanding,

11:57AM 14 this could be incorrect, that it was five for plaintiffs, two for

11:57AM 15 US, two for states, and six for defendants.

11:57AM 16         MR. LANGAN:  Six, I'm sorry.

11:57AM 17         THE COURT:  That's right.

11:57AM 18         MR. TSEKERIDES:  From what I also understand,

11:57AM 19 Halliburton, TO, Anadarko get an hour and 15 minutes.  You know,

11:57AM 20 this individual started on April 20th, so he had nothing to do

11:57AM 21 with pre-event.  I think, if anything, the responders should get

11:57AM 22 a little bit more time than everybody else.

11:57AM 23         THE COURT:  Yes, and I'm wondering where Anadarko and

11:57AM 24 Halliburton are on this issue.

11:58AM 25         MS. KUCHLER:  Judge, I'm not the one, you know,

11:58AM 1    designated to take this deposition, and I haven't heard from the

11:58AM 2    folks at Bingham who are.

11:58AM 3        At the most, I think we might be able to cede 15 minutes;

11:58AM 4    but, the response efforts do vastly impact our potential

11:58AM 5    liability and potential quantum, so they are important issues for

11:58AM 6    us, as well as BP.  I think less so, maybe, for Halliburton.  I

11:58AM 7    hate to speak for them.

11:58AM 8        But once the incident issues are over, then, you know, BP,

11:58AM 9    Anadarko and MOEX are the ones who have been named as responsible

11:58AM 10   parties.  So I hate to give up the time -- unless they want to go

11:58AM 11   after us, and if we don't use it all, we'll cede to them whatever

11:58AM 12   is remaining.

11:58AM 13       THE COURT:  Well, I understand that, Deb, but, you know,

11:58AM 14   you were not onsite the way the responder defendants were.  Can I

11:59AM 15   count on you for 15 minutes?

11:59AM 16       MS. KUCHLER:  Yes, ma'am.

11:59AM 17       THE COURT:  Great.

11:59AM 18       MR. FITCH:  Judge, this is Tony Fitch.  I was going to

11:59AM 19   suggest that Deb is right.  We'll do the 15 and suggest that each

11:59AM 20   of the other three defendants who were just referred to do 15,

11:59AM 21   and that will give this chap another hour, Ted another hour.

11:59AM 22       MR. GODWIN:  Halliburton will give up 15, Judge.

11:59AM 23       THE COURT:  Okay, Halliburton 15.

11:59AM 24       MR. LUXTON:  Your Honor, Steve Luxton for M-I SWACO.

11:59AM 25       I hate to disagree with my colleague on the phone, but I

11:59AM 1     think M-I SWACO actually has 30 minutes.  It's been some

11:59AM 2     confusion over that; but, to the extent that that's true and no

11:59AM 3     one objects, we'll give another 15 minutes to make it 30 total.

11:59AM 4          THE COURT:  We'll go back and check.  I just don't

11:59AM 5     recall.  I'm sure you must be right.  You know how much time you

11:59AM 6     have, right?

11:59AM 7          MR. LUXTON:  Well, you would think.  I haven't seen

11:59AM 8     anything in writing, and there has been some confusion in that.

11:59AM 9          THE COURT:  Oh, you all did it amongst yourself.

11:59AM 10         MS. KUCHLER:  Right.

11:59AM 11         MR. LUXTON:  Does anybody object to M-I having

12:00PM 12    30 minutes?

12:00PM 13         MS. KUCHLER:  You have 15 minutes because you guys

12:00PM 14    haven't asked any questions of any witnesses at any deposition

12:00PM 15    that I've been in; but, I mean, that's what the original

12:00PM 16    allocation was.  I think Tony was suggesting that TO give up

12:00PM 17    15 minutes, as well, which would --

12:00PM 18         MR. LUXTON:  That was the original allocation based on

12:00PM 19    one day's worth of deposition.  I doubled that, pro rata, to

12:00PM 20    30 when we went to 15 and a half hours.

12:00PM 21         MS. KUCHLER:  I haven't seen M-I ask any questions, so I

12:00PM 22    honestly -- I don't know.  I thought they had 15.

12:00PM 23         THE COURT:  For the two-day deposition?

12:00PM 24         MS. KUCHLER:  Correct.  And they haven't even used that

12:00PM 25    for any deposition that I've been --

12:00PM 1          THE COURT:  Well, but if he's taking it --

12:00PM 2          MR. LUXTON:  Well, that doesn't mean we don't have it.

12:00PM 3          MS. SCOFIELD:  This is Denise Scofield.

12:00PM 4      I did, in fact, use more than 15 minutes in the John LeBleu

12:00PM 5  deposition, and there were no objections from anyone.

12:00PM 6          THE COURT:  Well, Deb objects now.  No, I'm kidding, I'm

12:01PM 7  kidding.

12:01PM 8      Well, look, it seems to me that we need to figure out, in

12:01PM 9  case they want to ask questions, what they have.

12:01PM 10          MR. LUXTON:  Or in case we want to cede 20 minutes,

12:01PM 11  per se, and someone says, well, you don't even have 20 minutes to

12:01PM 12  cede.

12:01PM 13          THE COURT:  We've got to figure that out.  Why don't you

12:01PM 14  circulate to everybody what you think the breakdown of time is,

12:01PM 15  and include us in it, and we'll try to hash through that next

12:01PM 16  week.

12:01PM 17      For the purposes of today, however, does anybody know, is

12:01PM 18  there a written memorialization of this agreement amongst the

12:01PM 19  defense counsel?

12:01PM 20          MR. YORK:  We're working on that now.

12:01PM 21          THE COURT:  Are we?

12:01PM 22          MS. KUCHLER:  There are probably e-mails from months ago

12:01PM 23  that memorialize this, but Alan and I are going to see if we can

12:02PM 24  add it up and let you know what it --

12:02PM 25          MR. LUXTON:  The only thing I've seen, Your Honor, is an

12:02PM  1    e-mail before we went to the 15 hours that said we had 15.

12:02PM  2                THE COURT:  You had 15 at that point.

12:02PM  3                MR. LUXTON:  I doubled that, in my mind, when we went to

12:02PM  4    two days, but --

12:02PM  5                THE COURT:  Seems reasonable --

12:02PM  6                MR. LUXTON:  I thought it was at the time.

12:02PM  7                THE COURT:  -- but it may be incorrect.

12:02PM  8                MR. LUXTON:  It's not confirmed.

12:02PM  9                THE COURT:  Yes, I understand.

12:02PM 10         Then, of course, Transocean.  Transocean, we haven't heard

12:02PM 11    from you.

12:02PM 12                MR. THIBODEAUX:  Yes, Your Honor.  We think Mr. Suttles

12:02PM 13    is an important witness for us.  We were involved around the time

12:02PM 14    that he started, so we prefer to keep our time.

12:02PM 15                THE COURT:  You can't give me 15 minutes?

12:02PM 16                MR. THIBODEAUX:  I would have to run that up the chain,

12:02PM 17    Your Honor.

12:02PM 18                THE COURT:  All right.  So right now what I have, Ted,

12:02PM 19    is I have an hour and a half ceded to you.

12:02PM 20         Does anybody disagree with my calculations?  I've got M-I

12:02PM 21    down for 15, Weatherford 45, Anadarko 15, and Halliburton 15.

12:03PM 22                MR. TSEKERIDES:  Does Cameron have any time?

12:03PM 23                THE COURT:  Who?

12:03PM 24                MR. TSEKERIDES:  Cameron?

12:03PM 25                THE COURT:  Cameron.  Come on, Carmelite, be a pal.

12:03PM  1    MS. BERTAUT:  Judge, I'm not taking this deposition, and

12:03PM  2    I really am not in a position to cede time.  I will run it up my

12:03PM  3    flagpole and see.

12:03PM  4    THE COURT:  I would like to hear from Transocean and

12:03PM  5    Cameron early next week as to whether they can see their way

12:03PM  6    clear to ceding any time at all.  If any of the other parties,

12:03PM  7    including PSC, think they could pitch in, could you let me know

12:03PM  8    Monday, please.

12:03PM  9    MR. CUNNINGHAM:  Robert Cunningham, PSC, Your Honor.

12:03PM 10    I think there is a misimpression about Mr. Suttles.  We view

12:04PM 11    him as not just April 20th and after.  We view him as a major

12:04PM 12    player policy wise leading up to it, although he wasn't on the

12:04PM 13    rig, obviously.

12:04PM 14    THE COURT:  Leading up to.  All right.  Good enough.

12:04PM 15    Ted, right now you have got an hour and a half.  I'm going

12:04PM 16    to wait until Monday to hear whether we have any other ceding,

12:04PM 17    and then we'll make a decision by close of business on Monday

12:04PM 18    whether you get any additional time.

12:04PM 19    THE CLERK:  What about Southeast Recovery?

12:04PM 20    MR. TSEKERIDES:  Thank you, Your Honor.  I'll talk to

12:04PM 21    the other responders.

12:04PM 22    Just so it's clear, obviously, the responders are not one

12:04PM 23    defendant.  All these other people are just a single defendant.

12:04PM 24    We have multiple defendants, so that's another point that I think

12:04PM 25    is worth making.

12:04PM  1          THE COURT:  Hold on just a second.

12:04PM  2      Is anybody on the line in the Southeast Recovery litigation,

12:04PM  3  which is a contract dispute case?

12:05PM  4      We have a request from them.  This involves the hiring of a

12:05PM  5  helicopter.

12:05PM  6          MR. LANGAN:  I'm familiar with the matter.

12:05PM  7          THE COURT:  They requested time with Mr. Suttles.

12:05PM  8  Supposedly, according to the complaint, Mr. Suttles authorized

12:05PM  9  the outside contract for flight services, and told them to go

12:05PM 10  speak to Mr. Bart Laborde.

12:05PM 11      I'm inclined to give them five minutes.

12:05PM 12          MR. LANGAN:  Your Honor, Andy Langan.

12:05PM 13      That sounds fine to us.  I'm not familiar with this request.

12:05PM 14  Did they copy us on it?

12:05PM 15      I mean, we're familiar with the case.  They at first asked

12:05PM 16  us to agree to produce Mr. Suttles later and separately, and we

12:06PM 17  said, I don't think so.  But, you know, five minutes.

12:06PM 18          THE COURT:  It's not going to happen.

12:06PM 19          MR. LANGAN:  I agree.

12:06PM 20          THE COURT:  I'm going to give them five minutes.

12:06PM 21      You do need to put on your radar screen the fact that

12:06PM 22  Mr. Suttles -- or least the allegation is, let me be clear about

12:06PM 23  that, the allegation is, is that Mr. Suttles approved it but then

12:06PM 24  passed the issue on to Mr. Laborde, it's Bart Laborde, who then

12:06PM 25  agreed to the contract terms.

12:06PM 1        MR. LANGAN:  I'm actually quite familiar with this case,

12:06PM 2   believe it or not, so I do know about the helicopter.

12:06PM 3        THE COURT:  There is something wrong with that.

12:06PM 4        MR. LANGAN:  Well, it was actually before Judge Barbier

12:06PM 5   on the 26th of April.  He denied the motion to sever.  We

12:06PM 6   actually talked about it in court.

12:06PM 7        THE COURT:  So we're going to give them five minutes.

12:06PM 8        MR. LANGAN:  From the plaintiffs?  They are a plaintiff.

12:07PM 9   They ought to be coordinating with the PSC on this, it seems to

12:07PM 10  me, Your Honor.

12:07PM 11       THE COURT:  Yes.  Out of the plaintiffs' time, they will

12:07PM 12  get five minutes.

12:07PM 13    Do you want, gentlemen, to allow this attorney to go first,

12:07PM 14  get his five minutes, and leave?

12:07PM 15       MR. CUNNINGHAM:  Why don't we make him go last, so we

12:07PM 16  can leave.

12:07PM 17       THE COURT:  I was going to laughingly suggest that we go

12:07PM 18  ahead and put him last, at the end of day two.

12:07PM 19       MR. CUNNINGHAM:  Everybody can leave.

12:07PM 20       MR. HAYCRAFT:  He can show up at the end.

12:07PM 21       THE COURT:  That will be fine.  We'll put him last, and

12:07PM 22  everybody else can leave early.  I think that's fine.  So he will

12:07PM 23  be on the second day of Mr. Suttles.

12:07PM 24    When do you all usually end up the day?

12:07PM 25       MS. KUCHLER:  5:30.

12:07PM  1          THE COURT:  5:30.  Tell him to get there, Mike, by 4:30,

12:07PM  2     just in case you all are running ahead of schedule.  That will

12:08PM  3     work, right?  Okay.

12:08PM  4          Mr. York, have you got something, because I also see

12:08PM  5     Mr. Herman?

12:08PM  6          MR. YORK:  Yes, Your Honor, just to follow up on a

12:08PM  7     question that the Court raised, and especially with London coming

12:08PM  8     up.  Probably, with everybody on the phone --

12:08PM  9          Alan York for Halliburton.

12:08PM 10          -- it's a good idea to get this in writing somewhere.

12:08PM 11          Deb and I think that this is the current division of time of

12:08PM 12     the defendants' six hours on a 15-hour deposition.

12:08PM 13          THE COURT:  Okay.

12:08PM 14          MR. YORK:  Assuming it is a BP witness, it would be

12:08PM 15     Halliburton has one hour and 15 minutes, Anadarko/MOEX has an

12:08PM 16     hour and 15 minutes, Transocean has an hour and 15 minutes,

12:08PM 17     Cameron has 45 minutes, Weatherford has 45 minutes, M-I has

12:08PM 18     15 minutes, and BP would have half an hour, or 30 minutes, at the

12:08PM 19     end.

12:08PM 20          Then, of course, if it was an Anadarko/MOEX witness,

12:09PM 21     Anadarko/MOEX and BP would switch.  If it was a Halliburton

12:09PM 22     witness, that would switch.  But I think that is the current

12:09PM 23     division of time on the defense side.

12:09PM 24          THE COURT:  I guess what I would like to do is reduce

12:09PM 25     that to writing, maybe a one-page sheet that is circulated to

12:09PM 1  everybody, and they have it in their briefcase for any given

12:09PM 2  deposition, so there won't be any questions about that.  I'll put

12:09PM 3  it in my briefcase.

12:09PM 4      MR. LANGAN:  Your Honor, Andy Langan for BP.

12:09PM 5      I only rise to mention this point.  When we get past the

12:09PM 6  Labor Day break, and we are in the next phase, and we are talking

12:09PM 7  about source control and quantification, I'm wondering if there

12:09PM 8  will be an occasion for the parties and Your Honor to revisit

12:09PM 9  Pretrial Order 27 in terms of the allocation of time.  Maybe

12:09PM 10 there will be, maybe there won't, but I think it's probably worth

12:10PM 11 thinking about because I think Ms. Kuchler makes a point about --

12:10PM 12 you know, consider maybe just a time to take a fresh look at that

12:10PM 13 and --

12:10PM 14     THE COURT:  I think that's fine.  I'm always open to

12:10PM 15 looking at things again.  I don't want to upset our current apple

12:10PM 16 cart because it's working.

12:10PM 17     Come on up, Mr. O'Rourke.

12:10PM 18     MR. O'ROURKE:  Good morning, Your Honor.  Steve O'Rourke

12:10PM 19 for the United States.

12:10PM 20     Just following up a little bit on what Mr. Langan said.

12:10PM 21 We're a little confused or maybe concerned about some of the

12:10PM 22 witnesses who are going in the events track who are also going to

12:10PM 23 be important in the source control and quantification track.

12:10PM 24 Mr. Suttles is an example for next week.  Mr. Lynch is an example

12:10PM 25 for next week.  These are people who appeared largely after the

12:10PM 1    explosion.  Bobo explains there is some incident stuff, too.

12:10PM 2         So I'm just putting down the marker.  We just requested the

12:10PM 3    quantification documents from BP just two weeks ago to comply

12:10PM 4    with your deadline.  We haven't gotten them yet.  There is a

12:11PM 5    chance we're going to make a request to have some of these people

12:11PM 6    come back.  I'm not specifying we will ask for Suttles again or

12:11PM 7    Lynch again, just flagging an issue there.

12:11PM 8         THE COURT:  Reservation of rights.

12:11PM 9         MR. LANGAN:  BP, obviously, is reserving our rights,

12:11PM 10   since they're getting a custodial file, it ought to be more than

12:11PM 11   enough, and we're certainly not agreeing to bring anybody back.

12:11PM 12        THE COURT:  I understand.

12:11PM 13        MS. KUCHLER:  On that issue, Judge, I was asked to bring

12:11PM 14   up the fact that when we designate in our letter in advance of an

12:11PM 15   Anadarko or a MOEX witness that that witness will -- does have

12:11PM 16   information on source control or quantification, it was our

12:11PM 17   understanding that once that was done in advance, those issues

12:11PM 18   were supposed to be covered with that witness at the time of the

12:11PM 19   event deposition within the time we already have or address it in

12:11PM 20   advance.

12:11PM 21        So we've already produced some witnesses who we have made

12:11PM 22   that designation, and, if people didn't ask questions of them

12:11PM 23   about source control or quantification, we don't want to bring

12:12PM 24   them back.  So we just want to make sure that, you know, if they

12:12PM 25   are designated and nobody comes and asks them questions, that was

12:12PM  1    their shot.

12:12PM  2              THE COURT:  Mr. O'Rourke.

12:12PM  3              MR. O'ROURKE:  Thanks, Judge.  Steve O'Rourke for the

12:12PM  4    United States.

12:12PM  5         Again, Mr. Langan suggested that for flow rate

12:12PM  6    quantification track, it might be appropriate to reallocate time.

12:12PM  7    The United States is going to have a very big interest in the

12:12PM  8    quantification, less so in the source control.

12:12PM  9         So, in response to what Deb just said, we haven't got two

12:12PM 10    hours on these guys.  If the order's amended and the US is going

12:12PM 11    to get more time or take more of a prominent role in the

12:12PM 12    quantification track, again, we might be asking to come back.

12:12PM 13              THE COURT:  You want to revisit.

12:12PM 14         Mr. Herman, you've been standing for a while.

12:12PM 15              MR. HERMAN:  Yes, Your Honor.  Steve Herman for the

12:12PM 16    plaintiffs.

12:12PM 17         Very briefly, just from a big picture standpoint, and

12:12PM 18    Judge Barbier has addressed this the last couple of status

12:12PM 19    conferences, there are a number of claimants who we call the VOO

12:13PM 20    claimants, Vessel of Opportunity.  I think that the steering

12:13PM 21    committee has a very good handle on those cases.  We have been

12:13PM 22    involved with them, a number of them, working on them from the

12:13PM 23    very beginning.

12:13PM 24         There are some VOO cases that only involve contractual

12:13PM 25    issues, but even that has been pleaded within B3.  We've had

12:13PM 1    conference calls, we've tried to invite everybody that we know of

12:13PM 2    that has -- well, they are in both, actually -- but everyone that

12:13PM 3    has VOO cases, we're trying to get everybody together on the same

12:13PM 4    side and work with Andy and Don and everybody to try to do a

12:13PM 5    scheduling order, a mediation process, whatever it's going to be.

12:13PM 6        There were also addressed at the last status conference a

12:13PM 7    kind of a miscellaneous contractual category, and I think that's

12:13PM 8    what we were just referring to.  We have no problem with the

12:13PM 9    five minutes.

12:13PM 10       The only issue I want to flag is this.  This seems to be a

12:13PM 11   unique situation where Mr. Suttles seems to have -- at least

12:14PM 12   alleged to have personal knowledge of whatever this contractual

12:14PM 13   relationship is.  Just from a precedential standpoint, I wouldn't

12:14PM 14   want to see this, even though it's only five minutes in this

12:14PM 15   context, set off a spate of requests by everybody that's got a

12:14PM 16   miscellaneous case or everyone that has a VOO case to come

12:14PM 17   forward and say that they want even five minutes in every

12:14PM 18   deposition that involves any type of response issue.

12:14PM 19       I don't know if that should be coordinated better

12:14PM 20   through the PSC or what; but, perhaps in Your Honor's order you

12:14PM 21   might want to make it clear that this seems to be a unique

12:14PM 22   situation or something like that.

12:14PM 23           THE COURT:  I'll be glad to do that.

12:14PM 24           MR. HERMAN:  Thank you.

12:14PM 25           THE COURT:  Good, good, good.  Come on up.

12:14PM 1      MR. BARROW:  Just briefly, Your Honor.  Dennis Barrow on

12:14PM 2  behalf of Dril-Quip.  We actually are one of the defendants in

12:14PM 3  the case.  We are hoping that we can get out of the case.

12:14PM 4      The division of time by the defendants thus far has been

12:15PM 5  informal, but, since we've put on it the record, I want to make

12:15PM 6  sure it's clear that we're not waiving our right to ask questions

12:15PM 7  during depositions.

12:15PM 8      We have very small minor issues compared to the other

12:15PM 9  defendants, and so we've deferred to them.  The way we've worked

12:15PM 10 thus far has been if there is something that we need to do in a

12:15PM 11 deposition, they have all been very gracious, and we've worked it

12:15PM 12 out.  I just want to make sure, by being silent today, that we

12:15PM 13 don't -- that we're not agreeing that we no longer have a right

12:15PM 14 to ask questions, and I trust that everyone feels the same way.

12:15PM 15      THE COURT:  Yes, I think that's right.  You broke your

12:15PM 16 silence, so you can't say that you're silent anymore.

12:15PM 17      MR. BARROW:  We've asked focused questions in a few

12:15PM 18 depositions.

12:15PM 19      THE COURT:  I think that's fine.  Thank you, and thank

12:15PM 20 you for your cooperation on it.

12:15PM 21      MR. LANGAN:  Your Honor, if we're moving on from time

12:15PM 22 allocation, I have one scheduling thing I need to come back to.

12:15PM 23 I've been handed a note.  I apologize.

12:15PM 24      THE COURT:  Okay.

12:15PM 25      MR. LANGAN:  There is a Christopher Haire, H-A-I-R-E, a

12:15PM 1   Mr. Buzbee client, who was scheduled for May 23 and 24.  We are

12:16PM 2   told by Mr. Buzbee's office, naturally, that that's not going to

12:16PM 3   work.  They instead proposed July 11 and 12.

12:16PM 4        Again, I'm the messenger here.

12:16PM 5             THE COURT:  I understand.

12:16PM 6             MR. LANGAN:  We were given the assignment to try and

12:16PM 7   get --

12:16PM 8             THE COURT:  We haven't killed the messenger yet, have

12:16PM 9   we?

12:16PM 10            MR. LANGAN:  So, again, with some trepidation, I thought

12:16PM 11  I better let the assembled masses know --

12:16PM 12            THE COURT:  Yes.  All right.

12:16PM 13            MR. LANGAN:  -- that Mr. Buzbee is not going to produce

12:16PM 14  Mr. Haire on the 23rd and 24th of May, and instead they proposed

12:16PM 15  the 11th and 12th of July.

12:16PM 16            THE COURT:  All right.  Christopher Haire, 11 and 12.

12:16PM 17       It's amazing how May looks like a much better month now,

12:16PM 18  doesn't it?

12:16PM 19            MR. THIBODEAUX:  I'm back, Your Honor.

12:16PM 20            THE COURT:  Come on back up.

12:16PM 21            MR. THIBODEAUX:  Paul Thibodeaux for Transocean.

12:16PM 22       We have a couple of requests for additional time of one May

12:16PM 23  deponent and three June deponents.  The May deponent is

12:17PM 24  Mr. Sabins with CSI.  He was the head of the company that did the

12:17PM 25  cementing analysis for the Bly investigation report.  We wanted

12:17PM 1    to request additional time for him, as well as his colleague,

12:17PM 2    Mr. Brown, who is set for June 13 and 14.

12:17PM 3         We feel these people, in light of some of the testimony from

12:17PM 4    BP witnesses basically saying they didn't know much about the

12:17PM 5    cementing, we feel these might be the only two witnesses that

12:17PM 6    we'll get a shot at with respect to those issues.

12:17PM 7              MR. MAZE:  Who is the second one?

12:17PM 8              THE COURT:  David Brown, who is set for June 13.

12:17PM 9              MR. MAZE:  Oh, I just have the wrong month.

12:17PM 10             THE COURT:  Yes, June 13 and 14.

12:17PM 11        I tell you what I would like you to do, if you don't mind,

12:17PM 12   would you do what you've asked, which is go ahead and give us the

12:17PM 13   request, just a one or two-line sentence about how much time

12:17PM 14   you're requesting and why.  We will put them on the ceding list.

12:18PM 15   We've got little bit of time to play with, not a lot.

12:18PM 16             MR. THIBODEAUX:  Yes, Your Honor.

12:18PM 17             THE COURT:  We'll take care of that.

12:18PM 18             MR. THIBODEAUX:  We have similar requests for Mr. Roth

12:18PM 19   and Mr. Faul, Tommy Roth and Ronnie Faul.

12:18PM 20             THE COURT:  When are they scheduled?

12:18PM 21             MR. THIBODEAUX:  They are at the end of June, the last

12:18PM 22   week in June.  We'd like to do the same thing with this.

12:18PM 23             THE COURT:  The same thing with them.

12:18PM 24             MR. THIBODEAUX:  Thank you, Your Honor.

12:18PM 25             THE COURT:  Thank you.

12:18PM 1   Moving right along.  David Rich, we've got a request from

12:18PM 2 Transocean for an additional hour and 15 minutes.  Does anybody

12:18PM 3 want to cooperate with Transocean?

12:18PM 4     THE LAW CLERK:  The PSC has given 15.

12:18PM 5     THE COURT:  That's right, the PSC has given them 15.

12:18PM 6     MS. KUCHLER:  Which witness are we talking about?

12:18PM 7     THE COURT:  David Rich.  He was the BP well manager.

12:19PM 8 Oh, Mr. O'Rourke, come up.

12:19PM 9     MR. O'ROURKE:  We'll give 15.

12:19PM 10     THE COURT:  The US gives 15 minutes.

12:19PM 11 Who else is in a generous mood?

12:19PM 12     MR. LUXTON:  If we have 30, we will give 15.

12:19PM 13     THE COURT:  How many minutes does M-I have?

12:19PM 14     MS. KUCHLER:  15.  The defendants didn't get twice as

12:19PM 15 much time when the depositions were changed to two days.

12:19PM 16     THE COURT:  I hear you.  You're not willing to give them

12:19PM 17 your 15 that you have, right?

12:19PM 18     MR. LUXTON:  If I had 30, I would give 15 --

12:19PM 19     THE COURT:  That's a kind offer but --

12:19PM 20     MR. LUXTON:  -- but I think that's still unclear.

12:19PM 21     THE COURT:  Yes, I think it is.  I think it's more clear

12:19PM 22 that you have 15.  So thank you for the kind offer, but you're

12:19PM 23 not ceding your 15, right?

12:19PM 24     MR. LUXTON:  Not at this time.  We may at the

12:19PM 25 deposition, but I can't do it at this point.

12:20PM  1          THE COURT:  If you could possibly do it before May 31st,

12:20PM  2   that would be really helpful.

12:20PM  3       Who else were contributors a little while ago?  How about

12:20PM  4   Cameron?

12:20PM  5          MS. BERTAUT:  Your Honor, again, I can't answer you.  I

12:20PM  6   will find out.

12:20PM  7          THE COURT:  I would appreciate that, if you would.

12:20PM  8       Any other generous individuals?

12:20PM  9       MR. MAZE:  If I can check this afternoon, I think the

12:20PM 10   states probably can, as well.  I just need to check our schedule.

12:20PM 11          THE COURT:  We have got time on these.

12:20PM 12          MR. GOODIER:  That's the same for Weatherford.

12:20PM 13          THE COURT:  That's great.  Thank you very much.

12:20PM 14       Why don't you pop us an e-mail after you check, and we'll

12:20PM 15   see what we can scrounge up for Transocean, who, I might add, has

12:20PM 16   been very generous in ceding time to others.

12:21PM 17          MR. THIBODEAUX:  Thank you, Your Honor.

12:21PM 18          THE COURT:  Now, here is one we really need to take care

12:21PM 19   of, Harry Thierens.  I better get that right.  Thierens.  Party

12:21PM 20   requesting, Transocean.  We have no ceding parties at all.

12:21PM 21       Does anybody want to talk about this?  Anybody interested in

12:21PM 22   discussing it this afternoon with their people?

12:21PM 23       All right.  Guys, this is London, so, please, could you

12:21PM 24   focus on this, and if there is going to be any kind of

12:21PM 25   consideration given, could you please let us know close of

12:21PM 1   business on Monday, because I want to get him taken care of.

12:21PM 2       We're going to circulate, again, the list of people that we

12:22PM 3   need to focus on.  Most of them are June depositions and going

12:22PM 4   into July.  We're going to circulate it again; but, the sooner we

12:22PM 5   can take care of Mr. Suttles, Mr. Rich, and Mr. Thierens, the

12:22PM 6   better.  If you can give us any time at all, it would be greatly

12:22PM 7   appreciated.

12:22PM 8       All right.  I'm going to go ahead and take care of

12:22PM 9   Mr. Suttles by no later than probably close of business -- when

12:22PM 10  is May 19th?

12:22PM 11          THE LAW CLERK:  It's a Thursday.

12:22PM 12          THE COURT:  Thursday.

12:22PM 13  -- close of business on Tuesday.  If we're going to give you

12:22PM 14  any additional time, Ted, you'll know by the close of business on

12:22PM 15  Tuesday.

12:22PM 16          MR. TSEKERIDES:  That's great.  Thanks, Your Honor.

12:22PM 17          THE COURT:  All right.  We're going to recirculate to

12:23PM 18  you all the remaining list.  I know you've got a lot going on,

12:23PM 19  but if you can cede even 15 minutes, that would be great.

12:23PM 20      All right.  Next up is compilation of master lists for

12:23PM 21  witnesses on source control and quantification.

12:23PM 22      Andy, have you got something to say?

12:23PM 23          MR. LANGAN:  Well, just this, Your Honor.  I think we're

12:23PM 24  on track for the schedule we talked about a week ago.  We're

12:23PM 25  going to get comments, I think, by today.  We'd even accept them

12:23PM 1    Saturday, if it's a dispensation from e-mail weekend.

12:23PM 2            THE COURT:  It is.  I've now marked my calendar.

12:23PM 3            MR. LANGAN:  The idea is to recirculate a list that

12:23PM 4    incorporates comments from others by next Thursday, and we're

12:23PM 5    prepared to do that.  So I think we're on track, and we're just

12:23PM 6    waiting for comments.

12:23PM 7            THE COURT:  Now, here is the next issue.  Rather than

12:24PM 8    reinventing the wheel, shouldn't we prepare this list in Excel

12:24PM 9    format, kind of the way we're going about the witness list for

12:24PM 10   phase one?

12:24PM 11       We don't have to do it for this next round, but you'll

12:24PM 12   recall that we had the fields that we're talking about putting

12:24PM 13   together, deposition status, position, who they are employed

12:24PM 14   with, whether they are well control and/or --

12:24PM 15           MR. LANGAN:  We'll take a look at that.

12:24PM 16           THE COURT:  -- quantification.

12:24PM 17           MR. LANGAN:  The template we adopted was actually the

12:24PM 18   priority deposition list from February 17th; so, if we need to

12:24PM 19   switch the template at some point, we are absolutely open to it.

12:24PM 20           THE COURT:  It occurred to me that since we're starting

12:24PM 21   this new process, maybe we should get ahead of the curve and have

12:24PM 22   some ability to manipulate the data.

12:24PM 23           MR. LANGAN:  Does the template Your Honor mentioned

12:24PM 24   exist now, or is it something that's going to be worked on

12:25PM 25   through the PSC?

12:25PM  1          THE COURT:  It's something that PSC is going to put

12:25PM  2     together.  Then, I'm sure they'll be glad to share the template

12:25PM  3     with you --

12:25PM  4          MR. LANGAN:  That would be great.

12:25PM  5          MR. HERMAN:  Yes, Your Honor.

12:25PM  6          THE COURT:  -- so you don't have to reinvent that wheel.

12:25PM  7       That category listing is not exclusive.  If anybody has

12:25PM  8     fields that they want to add to the listing I gave you, please

12:25PM  9     feel free.

12:25PM 10          MR. LANGAN:  Your Honor, do you see this as two lists,

12:25PM 11     one for source control, one for quantification?  That's how it's

12:25PM 12     set up now.

12:25PM 13          THE COURT:  Well, I thought that --

12:25PM 14          MR. LANGAN:  There were some overlap.

12:25PM 15          THE COURT:  -- there was some overlap, and so what I

12:25PM 16     thought was we could do a field for source --

12:25PM 17          MR. LANGAN:  One list with two fields.

12:25PM 18          THE COURT:  Yes.

12:25PM 19          MR. LANGAN:  All right.

12:25PM 20          THE COURT:  That way, we can see if they are both.  If a

12:25PM 21     witness is both --

12:25PM 22          MR. LANGAN:  I understand.

12:25PM 23          THE COURT:  -- it will be right there for us, or only

12:25PM 24     one.

12:25PM 25          MR. LANGAN:  I understand, thank you.

12:25PM  1          THE COURT:  So I thought one list.

12:26PM  2              Let's talk about next week -- not next week.  I

12:26PM  3  guess it's the week after.  Judge Barbier has moved his

12:26PM  4  conference to May 26th.  I still have a conference on May 27th.

12:26PM  5  I assume everybody would like to move my conference also to the

12:26PM  6  26th?

12:26PM  7          MR. LANGAN:  Your Honor, Andy Langan.

12:26PM  8      I think that would be great.  He's also having oral

12:26PM  9  argument.  So if we see Your Honor on the 26th, almost certainly

12:26PM 10  it would have to be in the afternoon, which is fine, but I think,

12:26PM 11  you know --

12:26PM 12          MR. HERMAN:  It's fine with us, Your Honor.

12:26PM 13          THE COURT:  Everybody okay with that after a lunch

12:26PM 14  break?  I'm not talking about an Herbsaint length lunch break.

12:27PM 15          MR. LANGAN:  Thank you.

12:27PM 16          THE COURT:  That will be good.  So we'll move that over.

12:27PM 17      Now, last week, guys --

12:27PM 18          MR. GODWIN:  Judge, this is supposed to be the Big Easy.

12:27PM 19          THE COURT:  It is, but Judge Barbier is constraining us,

12:27PM 20  okay, so I don't know what to do about that.  You know I like

12:27PM 21  Herbsaint as much as the next person.

12:27PM 22      Now, we had talked last week about what we're going to do in

12:27PM 23  June for status conferences.  I sort of think we should do status

12:27PM 24  conferences regardless of whether we've got a large contingency

12:27PM 25  in London.  We've got some planning and some issues that are

12:27PM  1    going to come up.  Does everybody agree with that?

12:27PM  2         I don't particularly want to try to coordinate with London

12:27PM  3    counsel, frankly, for participation purposes.  Does everybody

12:28PM  4    have somebody in the states that can participate?  By phone is

12:28PM  5    fine.

12:28PM  6              MR. HERMAN:  Yes, Your Honor.

12:28PM  7              THE COURT:  Well, then we'll go ahead and just put down

12:28PM  8    Fridays in June, July, and August at 9:30.  While everybody is in

12:28PM  9    London, I guess we won't have one that first week because I'm

12:28PM 10    going to be in London, but the next Fridays in June and forward,

12:28PM 11    we'll have Friday 9:30 conferences.  Why don't you all think

12:28PM 12    about who you'll designate to participate on those Fridays.

12:28PM 13         Phone is fine, guys.  You don't need to fly somebody down,

12:28PM 14    Andy.  Have them dial in, and we'll cover stuff.

12:28PM 15              MR. LANGAN:  Thank you, Your Honor.

12:29PM 16              THE COURT:  The same with you, Mr. O'Rourke.

12:29PM 17              MR. O'ROURKE:  Thank you.

12:29PM 18              THE COURT:  I think that's all I want to cover, but we

12:29PM 19    always throw the mic open for anything else that we haven't

12:29PM 20    covered.

12:29PM 21              MR. HERMAN:  Are you talking about the stipulation?

12:29PM 22              MS. KUCHLER:  No.  I was asked to raise whether we

12:29PM 23    get -- when we get to the discovery for quantification and source

12:29PM 24    control, do we get new interrogatory limits, like 50 for source

12:29PM 25    control, 50 for quantification?

12:29PM 1      THE COURT:  Probably, but can we put that on our agenda

12:29PM 2  to discuss and let everybody consider?

12:29PM 3      MS. KUCHLER:  Sure.

12:29PM 4      THE COURT:  Everybody just kind of think about that.  My

12:29PM 5  answer is probably.

12:29PM 6      MR. HERMAN:  Steve Herman for the plaintiffs.

12:29PM 7      Just a placeholder because I think it was in Your Honor's

12:29PM 8  order, and Ky and I exchanged some e-mails last night, there is a

12:30PM 9  stipulation similar to the Transocean stipulation regarding what

12:30PM 10  I call MOECO, some kind of Mitsui entity in Japan, and I think

12:30PM 11  we're very close to an agreement on the stipulation.  We're

12:30PM 12  clarifying one thing, but we should be able to submit something,

12:30PM 13  I would think, next week.

12:30PM 14      THE COURT:  Great.  So why don't you plan on reporting

12:30PM 15  on that next week.

12:30PM 16      MR. HERMAN:  The only other thing, and I'm -- you know,

12:30PM 17  if you don't want to hear it, great, but it may make sense to

12:30PM 18  spend a couple minutes talking about the status and/or thoughts

12:30PM 19  about the short form filings and where do we go from here.

12:30PM 20      I know that both Judge Barbier and Kat have kind of asked

12:30PM 21  the parties to kind of work together and try to figure out

12:30PM 22  something in terms of how do we handle dismissals or withdrawals

12:30PM 23  is one topic in particular; but, in the meantime, we're still

12:30PM 24  waiting for the Clerk's Office to upload a number of short forms.

12:31PM 25  We're waiting on attorneys to upload a number of short forms.

12:31PM 1     We're not really deluged with questions, but we do get some

12:31PM 2  questions about, you know, I haven't gotten my confirmation, I

12:31PM 3  want to withdraw my thing, I settled with Feinberg, whatever.  I

12:31PM 4  sent something to Andy yesterday.  I understand he hasn't had

12:31PM 5  time to respond.

12:31PM 6     But the other thing is, you know, for our communications, I

12:31PM 7  think we're -- I would take the position that we can communicate,

12:31PM 8  as appropriate, with pro se litigants; but, I know BP in

12:31PM 9  particular and the Court was concerned before with our

12:31PM 10 communications, and we wanted to cover our bases and make sure

12:31PM 11 everything was appropriate, and that's why we came to the Court

12:31PM 12 for approval.

12:31PM 13    Or communications with maybe people who haven't filed.  Now,

12:31PM 14 we're getting questions from people, well, I missed the deadline,

12:31PM 15 but now my claim has been denied by Feinberg; or, I changed my

12:31PM 16 mind, and now I want to file, so what do I do.  So maybe it would

12:31PM 17 be appropriate to change some of the language on the web site.

12:32PM 18         THE COURT:  I think that's right.

12:32PM 19         MR. HERMAN:  We can just submit all of that to the

12:32PM 20 Court, but there is kind of a lot of moving parts going on, and I

12:32PM 21 didn't know if this was anything you wanted to try to help us

12:32PM 22 address.

12:32PM 23         THE COURT:  I'll be glad to work with you on it.

12:32PM 24    It seems to me -- and, Andy -- and everybody think about

12:32PM 25 this, that at this point we change the web site to say the date

12:32PM 1  has passed, but, for good cause shown, the Court may grant an

12:32PM 2  out-of-time filing.

12:32PM 3          MR. LANGAN:  In the limitation action, the monition

12:32PM 4  date; is that what we're talking about?

12:32PM 5          THE COURT:  Yes.

12:32PM 6          MR. LANGAN:  That's sort of not BP's issue, obviously.

12:32PM 7          THE COURT:  Yes.  But I want everybody to think about

12:32PM 8  the communications, etcetera.  If you haven't received

12:32PM 9  confirmation yet, don't worry, the Court is still docketing,

12:32PM 10 blah, blah, blah.  Maybe you want to raise the biggest concerns

12:33PM 11 and put it in draft form and circulate, and we can put it up

12:33PM 12 there.

12:33PM 13     Same with the answer service that you've got, where the

12:33PM 14 phone picks up and gives information.  I'm happy to work with you

12:33PM 15 on that.

12:33PM 16         MR. HERMAN:  Thanks.  We'll work on trying to put

12:33PM 17 together some proposed language.

12:33PM 18         THE COURT:  You know what the calls are.  I'm sure

12:33PM 19 you've highlighted the main ones, which is where is confirmation,

12:33PM 20 and Mr. Feinberg denied my claim, I want to sue now.

12:33PM 21         MR. HERMAN:  Or I settled my claim with Mr. Feinberg,

12:33PM 22 how do get my case dismissed.  In some cases, it hasn't even been

12:33PM 23 docketed, so we don't even have a number to give them.

12:33PM 24         THE COURT:  Yes, if you have settled with Mr. Feinberg

12:33PM 25 and you want your case dismissed, please leave your name, your

12:33PM  1  number; once docketed, we'll try to --

12:33PM  2          MR. HERMAN:  Figure it out.

12:33PM  3          THE COURT:  -- figure it out.

12:34PM  4          MR. HERMAN:  Thank you.

12:34PM  5          THE COURT:  Anybody else?

12:34PM  6      All right.  I appreciate it, guys.  I hope everybody has a

12:34PM  7  good weekend.

12:34PM  8          MR. LANGAN:  Thank you, Your Honor.

12:34PM  9          THE COURT:  Thank you, Andy.

12:34PM 10          VOICES:  Thank you, Your Honor.

12:34PM 11          THE COURT:  Thank you, phone participants, I appreciate

12:34PM 12  it.

13          (WHEREUPON, at 12:34 p.m., the proceedings were

14  concluded.)

15                          *   *   *

16

17                      REPORTER'S CERTIFICATE

18

19      I, Cathy Pepper, Certified Realtime Reporter, Registered
    Merit Reporter, Certified Court Reporter of the State of
20  Louisiana, Official Court Reporter for the United States District
    Court, Eastern District of Louisiana, do hereby certify that the
21  foregoing is a true and correct transcript, to the best of my
    ability and understanding, from the record of the proceedings in
    the above-entitled and numbered matter.

22

23                          *s/Cathy Pepper*
                        Cathy Pepper, CRR, RMR, CCR
24                      Certified Realtime Reporter
                        Official Court Reporter
25                      United States District Court
                        Cathy_Pepper@laed.uscourts.gov

## 1

**1** [2] - 44:18, 77:17
**10** [7] - 16:4, 25:12, 38:17, 75:5, 75:11, 75:15, 76:6
**10-day** [1] - 32:7
**10-MDL-2179** [1] - 1:6
**100** [1] - 25:9
**1000** [1] - 4:17
**10153** [1] - 4:25
**10174** [1] - 5:5
**109** [1] - 9:14
**11** [6] - 12:18, 72:13, 72:16, 98:2, 117:3, 117:16
**1100** [1] - 2:24
**112** [1] - 9:15
**114** [1] - 9:17
**116** [2] - 9:18, 9:19
**117** [2] - 9:20, 9:21
**118** [3] - 9:22, 9:23, 9:24
**119** [1] - 9:25
**11th** [5] - 12:8, 12:11, 12:12, 98:9, 117:15
**12** [5] - 7:5, 12:18, 98:2, 117:3, 117:16
**120** [1] - 10:1
**1201** [1] - 3:23
**121** [1] - 10:2
**122** [1] - 10:4
**124** [2] - 10:5, 10:6
**125** [2] - 10:7, 10:8
**126** [1] - 10:9
**129** [1] - 10:10
**12:34** [1] - 129:13
**12th** [3] - 12:13, 98:9, 117:15
**13** [15] - 1:7, 7:6, 7:7, 7:8, 11:2, 59:17, 60:15, 68:21, 97:5, 97:8, 97:9, 97:21, 118:2, 118:8, 118:10
**13........** [1] - 7:25
**1300** [1] - 4:10
**1331** [1] - 4:4
**13th** [2] - 72:15, 72:20
**14** [12] - 38:13, 38:17, 44:18, 45:15, 74:13, 83:4, 83:6, 97:5, 97:9, 97:22, 118:2, 118:10
**14125821309** [1] - 40:3
**14th** [1] - 72:6
**15** [49] - 7:9, 16:1, 16:12, 17:2, 62:19, 74:10, 83:4, 83:6,

101:15, 101:20, 101:21, 101:22, 102:24, 103:19, 104:3, 104:15, 104:19, 104:20, 104:22, 104:23, 105:3, 105:13, 105:17, 105:20, 105:22, 106:4, 107:1, 107:2, 107:15, 107:21, 111:15, 111:16, 111:18, 119:2, 119:4, 119:5, 119:9, 119:10, 119:12, 119:14, 119:17, 119:18, 119:22, 119:23, 121:19
**15-hour** [3] - 102:22, 103:3, 111:12
**155** [1] - 86:22
**159** [1] - 86:24
**15th** [3] - 65:5, 65:16, 65:19
**160** [1] - 86:5
**1601** [1] - 1:21
**1615** [1] - 4:10
**162** [1] - 86:5
**166** [1] - 85:22
**1665** [1] - 4:4
**1700** [1] - 3:23
**17th** [3] - 75:6, 75:17, 122:18
**19** [1] - 7:10
**192** [1] - 76:17
**19th** [1] - 121:10
**1st** [1] - 77:21

## 2

**20** [9] - 1:5, 7:11, 51:5, 60:16, 84:11, 84:15, 84:19, 106:10, 106:11
**200** [2] - 23:3, 25:9
**20006** [1] - 4:13
**20044** [1] - 2:15
**2007** [1] - 4:8
**201** [1] - 5:9
**2010** [1] - 1:5
**2011** [2] - 1:7, 11:2
**2020** [1] - 4:13
**20th** [15] - 15:8, 16:15, 16:17, 16:19, 16:23, 17:11, 18:3, 19:12, 42:24, 43:3, 60:20, 61:2, 100:11, 103:20, 108:11
**20TH** [1] - 7:9

## 21

**21** [3] - 84:12, 84:15, 84:19
**2185** [1] - 5:22
**22** [2] - 22:19, 68:21
**2257** [1] - 43:12
**22nd** [1] - 64:15
**23** [1] - 117:1
**233** [1] - 5:16
**23rd** [3] - 38:20, 38:22, 117:14
**24** [1] - 117:1
**24th** [1] - 117:14
**25** [6] - 23:1, 83:3, 83:8, 83:10, 86:18, 87:2
**250** [1] - 62:24
**26** [7] - 10:10, 51:24, 52:5, 68:21, 83:3, 83:8, 83:10
**26th** [6] - 13:11, 13:15, 110:5, 124:4, 124:6, 124:9
**26TH....** [1] - 10:5
**27** [11] - 9:15, 12:3, 83:12, 83:14, 84:2, 84:4, 84:9, 87:8, 87:9, 103:4, 112:9
**27th** [8] - 60:24, 61:6, 61:13, 63:5, 63:8, 67:2, 87:4, 124:4
**28** [9] - 22:20, 83:12, 83:14, 84:2, 84:4, 84:9, 87:8, 87:9, 87:10
**28th** [2] - 87:4, 87:5
**29** [1] - 87:10
**2929** [1] - 5:12
**2990** [1] - 2:4
**29th** [2] - 87:3, 87:5
**2:00** [1] - 32:13

## 3

**3** [1] - 60:14
**30** [9] - 5:19, 75:15, 105:1, 105:3, 105:12, 105:20, 111:18, 119:12, 119:18
**30(b)(6** [6] - 72:11, 73:5, 74:9, 74:10, 74:12, 75:9, 75:10, 76:1
**30(b)(6)'s** [1] - 72:4
**30(B)(6)...................** ..................... [1] - 8:9
**300** [1] - 3:15
**30th** [3] - 75:10, 75:22,

76:1
**31st** [1] - 120:1
**3450** [1] - 5:23
**36130** [1] - 2:18
**365** [1] - 2:4
**36604** [1] - 1:21
**3668** [1] - 1:24
**36TH** [1] - 2:23
**3:00** [1] - 32:14
**3rd** [2] - 94:15, 94:16

## 4

**4000** [1] - 4:17
**405** [1] - 5:5
**42** [2] - 7:12, 7:13
**42ND** [1] - 5:12
**43** [2] - 7:14, 7:15
**45** [12] - 100:24, 101:2, 101:23, 102:1, 102:2, 102:3, 102:10, 102:12, 102:13, 107:21, 111:17
**450** [1] - 2:9
**46** [1] - 7:17
**47** [1] - 7:18
**4:30** [1] - 111:1

## 5

**5** [1] - 86:7
**50** [3] - 50:16, 125:24, 125:25
**500** [3] - 2:18, 5:23, 6:10
**5000** [1] - 3:10
**504** [1] - 6:11
**52** [1] - 7:20
**5395** [1] - 2:10
**546** [1] - 3:18
**556** [1] - 1:24
**58** [1] - 7:22
**5800** [1] - 5:16
**589-7779** [1] - 6:11
**59** [2] - 7:23, 7:25
**5:30** [2] - 110:25, 111:1

## 6

**6** [3] - 77:20, 78:25, 86:7
**60** [1] - 8:1
**60606** [1] - 5:16
**60654** [1] - 3:15
**65** [1] - 8:3
**67** [1] - 8:4

**68** [1] - 8:5
**6th** [1] - 77:13

## 7

**7** [4] - 60:14, 85:25, 86:1, 86:7
**701** [1] - 3:10
**70112** [1] - 4:10
**70113** [1] - 1:18
**70130** [3] - 2:5, 3:19, 6:10
**70139** [1] - 3:11
**70163** [1] - 2:24
**70170** [1] - 5:9
**70502** [1] - 1:25
**71** [1] - 8:6
**72** [4] - 8:7, 8:8, 8:9, 8:10
**74** [1] - 8:11
**75270** [1] - 3:24
**76** [2] - 8:12, 8:13
**7611** [1] - 2:14
**767** [1] - 4:25
**77002** [2] - 4:17, 5:24
**77010** [1] - 4:4
**77019** [1] - 5:13
**77492** [1] - 5:19
**78** [1] - 8:14
**79** [1] - 8:15
**7TH** [1] - 2:10

## 8

**8** [4] - 22:15, 85:25, 86:1, 86:7
**80** [1] - 8:16
**82** [1] - 8:17
**820** [1] - 1:17
**83** [9] - 8:18, 8:19, 8:20, 8:21, 8:22, 8:23, 8:24, 8:25, 9:1
**84** [2] - 9:2, 9:3
**85** [2] - 9:4, 9:5
**86** [4] - 9:6, 9:7, 9:8, 9:9
**88** [3] - 9:10, 22:21, 22:22

## 9

**9** [7] - 69:4, 72:13, 72:16, 75:5, 75:10, 75:15, 76:6
**90** [3] - 9:11, 22:21, 22:22
**92** [1] - 22:21
**94102** [1] - 2:10

**96** [1] - 9:12
**98** [1] - 9:13
**9:30** [3] - 1:7, 125:8, 125:11
**9:30.............** [1] - 10:7

# A

**a.m** [2] - 32:13, 32:14
**A.M** [1] - 1:7
**Abbassion** [3] - 73:9, 73:14, 73:20
**ability** [2] - 122:22, 129:21
**able** [14] - 23:15, 41:18, 43:11, 47:16, 48:13, 54:14, 57:13, 64:7, 70:17, 73:12, 81:19, 96:2, 104:3, 126:12
**above-entitled** [1] - 129:21
**absolute** [1] - 75:16
**absolutely** [15] - 24:2, 29:13, 29:16, 32:12, 38:16, 42:13, 43:4, 64:9, 65:19, 77:10, 81:17, 92:8, 92:20, 92:21, 122:19
**accept** [5] - 18:16, 40:21, 48:21, 74:11, 121:25
**accepted** [2] - 41:24
**access** [4] - 43:16, 95:18, 95:24, 100:16
**accommodate** [2] - 97:3, 98:14
**accommodations** [1] - 92:15
**accomplish** [1] - 79:23
**according** [2] - 100:11, 109:8
**accordingly** [1] - 81:21
**account** [1] - 95:12
**accuracy** [1] - 25:22
**accurate** [1] - 69:14
**accuse** [1] - 25:21
**acknowledge** [1] - 23:7
**ACTION** [1] - 1:6
**action** [13] - 14:3, 15:18, 16:15, 16:24, 17:5, 17:11, 17:23, 18:4, 18:7, 30:1, 42:20, 48:25, 128:3
**actions** [2] - 42:21, 66:21

**ACTIONS** [1] - 1:9
**active** [1] - 14:15
**activities** [1] - 54:24
**actual** [2] - 63:16, 63:23
**add** [18] - 13:14, 37:18, 41:14, 46:20, 74:1, 74:4, 74:15, 77:23, 88:20, 88:22, 90:1, 90:3, 90:4, 96:15, 101:4, 106:24, 120:15, 123:8
**adding** [2] - 67:9, 90:5
**addition** [4] - 42:19, 89:9, 100:25, 102:10
**ADDITIONAL** [1] - 9:20
**additional** [12] - 39:24, 59:21, 60:25, 73:10, 73:24, 89:6, 100:8, 108:18, 117:22, 118:1, 119:2, 121:14
**additions** [5] - 78:17, 88:6, 88:16, 88:18, 89:9
**ADDITIONS..............
.................** [1] - 9:10
**address** [10] - 26:5, 64:10, 73:19, 74:6, 74:20, 81:8, 81:14, 81:19, 113:19, 127:22
**addressed** [4] - 21:3, 26:2, 114:18, 115:6
**addresses** [1] - 59:9
**admissibility** [3] - 48:17, 63:15, 63:22
**admissible** [3] - 44:14, 51:24, 56:10
**admission** [3] - 63:4, 63:15, 63:22
**admissions** [3] - 64:21, 67:3, 67:10
**admit** [3] - 63:17, 64:11, 64:14
**admitted** [1] - 64:16
**adopt** [1] - 70:11
**adopted** [1] - 122:17
**advance** [6] - 32:16, 63:3, 77:16, 113:14, 113:17, 113:20
**adverse** [1] - 57:17
**affect** [1] - 94:7
**affidavit** [1] - 43:19
**AFTER** [1] - 10:11
**afternoon** [3] - 120:9, 120:22, 124:10
**afterwards** [1] - 32:1,

55:25, 100:13
**AGENDA** [1] - 7:3
**agenda** [8] - 42:7, 46:7, 46:10, 60:8, 80:23, 82:1, 98:22, 126:1
**ago** [7] - 16:5, 26:4, 99:1, 106:22, 113:3, 120:3, 121:24
**agree** [18] - 21:7, 25:14, 28:5, 29:17, 29:20, 30:20, 32:2, 34:13, 36:19, 43:2, 70:12, 70:19, 71:13, 78:1, 109:16, 109:19, 125:1
**agreed** [10] - 13:6, 17:10, 18:2, 22:2, 34:11, 41:19, 61:22, 70:20, 76:20, 109:25
**agreeing** [4] - 35:9, 37:11, 113:11, 116:13
**agreement** [9] - 14:6, 14:9, 29:5, 35:17, 36:7, 70:17, 70:22, 106:18, 126:11
**agrees** [3] - 12:1, 59:13, 67:14
**ahead** [20] - 12:17, 14:20, 14:25, 19:25, 20:4, 64:1, 64:17, 64:18, 71:15, 75:25, 78:19, 79:25, 90:5, 91:19, 110:18, 111:2, 118:12, 121:8, 122:21, 125:7
**air** [1] - 82:5
**AL** [2] - 1:21, 2:18
**ALABAMA** [1] - 2:17
**ALAN** [2] - 4:3, 5:4
**Alan** [3] - 20:14, 106:23, 111:9
**Albertin** [2] - 76:14
**ALBERTIN................
.....................** [1] - 8:12
**ALEXANDER** [1] - 5:15
**ALL** [1] - 1:9
**allegation** [2] - 109:22, 109:23
**alleged** [2] - 65:14, 115:12
**ALLEN** [3] - 5:12, 5:23, 8:22
**allocation** [8] - 71:18, 98:20, 98:21, 102:17, 105:16, 105:18, 112:9,

116:22
**ALLOCATION** [2] - 9:13, 9:15
**allow** [5] - 22:25, 25:11, 25:12, 75:9, 110:13
**allowed** [2] - 22:13, 57:6
**alluding** [1] - 39:20
**almost** [1] - 124:9
**ALSO** [1] - 6:3
**amazing** [1] - 117:17
**Ambrose's** [1] - 84:1
**amended** [2] - 14:6, 114:10
**Amended** [1] - 14:16
**Amendment** [9] - 70:2, 70:9, 70:14, 71:2, 71:4, 71:7, 71:13, 71:17, 71:20
**amendment** [1] - 59:16
**AMENDMENT** [1] - 7:25
**AMERICA** [7] - 2:13, 3:3, 3:3, 3:4, 3:5, 3:7, 3:8
**ANADARKO** [2] - 4:6, 4:7
**Anadarko** [8] - 14:15, 17:8, 67:7, 103:19, 103:23, 104:9, 107:21, 113:15
**Anadarko/MOEX** [4] - 58:18, 111:15, 111:20, 111:21
**analyses** [1] - 22:6
**analysis** [5] - 22:9, 22:23, 39:9, 39:14, 117:25
**AND** [9] - 2:21, 4:8, 4:23, 7:8, 8:2, 10:3, 10:7, 10:8, 10:9
**ANDREA** [1] - 8:18
**ANDREW** [1] - 3:13
**Andrew** [1] - 16:2
**Andy** [44] - 16:3, 17:7, 42:10, 52:15, 60:10, 61:3, 61:4, 61:5, 64:3, 64:18, 65:24, 67:4, 67:15, 68:20, 71:24, 73:16, 74:17, 76:2, 77:22, 78:11, 79:24, 85:10, 88:7, 91:2, 91:5, 91:23, 92:8, 92:9, 92:12, 92:16, 94:13, 96:24, 97:6, 102:19, 102:20, 109:12, 112:4, 115:4,

121:22, 124:7, 125:14, 127:4, 127:24, 129:9
**Andy's** [3] - 67:2, 92:25, 96:18
**anecdotal** [1] - 22:5
**answer** [11] - 19:9, 25:8, 49:8, 50:5, 64:7, 70:20, 120:5, 126:5, 128:13
**answering** [2] - 60:24, 63:14
**ANTHONY** [1] - 2:3
**anticipate** [2] - 62:23, 96:10, 96:11
**anticipating** [1] - 36:15
**anyway** [2] - 75:3, 77:13
**apace** [1] - 21:6
**apologies** [1] - 68:1
**apologize** [2] - 59:7, 116:23
**appeal** [3] - 46:16, 46:19, 46:25
**APPEARANCES** [6] - 1:14, 2:1, 3:1, 4:1, 5:1, 6:1
**appeared** [1] - 112:25
**apple** [1] - 112:15
**applied** [1] - 69:14
**apply** [2] - 21:8, 65:12
**appreciate** [15] - 12:20, 21:24, 31:1, 32:19, 34:19, 47:7, 67:11, 71:10, 75:24, 80:4, 87:15, 94:11, 120:7, 129:6, 129:11
**appreciated** [2] - 98:15, 121:7
**appreciative** [1] - 94:3
**approach** [1] - 67:12
**appropriate** [5] - 81:15, 114:6, 127:8, 127:11, 127:17
**approval** [1] - 127:12
**approved** [1] - 109:23
**April** [7] - 60:24, 61:6, 64:15, 100:11, 103:20, 108:11, 110:5
**APRIL** [1] - 1:5
**area** [1] - 29:5
**areas** [1] - 55:4
**arguably** [2] - 47:13, 65:13
**arguing** [1] - 34:14
**argument** [3] - 34:5, 50:15, 124:9
**Armstrong** [4] - 72:15,

72:16, 72:20
**ARMSTRONG...........**
..............................[1]
- 8:10
**Arnold** [3] - 86:17,
87:12, 87:17
**arrange** [1] - 92:10
**arranged** [3] - 92:7,
92:12, 94:20
**arrived** [1] - 32:24
**AS** [1] - 8:1
**ascertain** [1] - 40:4
**aspect** [1] - 70:18
**assembled** [1] -
117:11
**assert** [1] - 25:21
**assignment** [1] -
117:6
**assist** [2] - 24:11,
32:10
**assistance** [2] - 33:17,
92:21
**assists** [1] - 20:11
**associates** [1] - 81:9
**assume** [4] - 26:1,
59:23, 67:14, 124:5
**assumed** [2] - 80:24,
93:21
**assuming** [3] - 55:18,
59:13, 111:14
**assumption** [1] -
36:24
**assure** [2] - 32:13,
39:2
**AT** [1] - 10:7
**attached** [1] - 23:2
**attachments** [1] -
43:19
**attend** [1] - 57:6
**attending** [1] - 100:18
**attention** [3] - 67:22,
68:6, 80:5
**attorney** [7] - 13:11,
43:23, 81:11, 81:22,
81:24, 110:13
**ATTORNEY** [1] - 2:17
**attorney-client** [1] -
43:23
**attorneys** [4] - 69:6,
91:21, 94:8, 126:25
**auction** [1] - 101:9
**August** [2] - 34:1,
125:8
**AUGUST** [1] - 10:7
**authenticity** [2] -
63:15, 63:22
**authorized** [1] - 109:8
**automatically** [2] -
70:19, 74:7
**availability** [1] - 75:14

**available** [6] - 74:18,
75:17, 81:12, 82:7,
84:2, 86:17
**AVENUE** [6] - 1:17,
2:9, 2:18, 4:25, 5:5,
5:9
**avenue** [1] - 44:21
**Aviation** [1] - 99:21
**AVIATION** [1] - 5:18
**aviation** [1] - 99:21
**avoid** [2] - 31:19, 32:8
**aware** [4] - 47:14,
66:10, 66:14, 94:18
**awesome** [2] - 102:5,
102:6

---

**B**

**B-O-U-G-H-T-O-N** [1] -
84:15
**B3** [2] - 99:18, 114:25
**B4** [1] - 99:18
**BABIUCH** [1] - 3:14
**bad** [6] - 39:18, 75:18,
84:8, 93:3, 97:10
**badly** [1] - 46:17
**BARBIER** [1] - 10:5
**Barbier** [12] - 46:18,
56:22, 59:13, 59:19,
59:23, 71:2, 95:11,
110:4, 114:18,
124:3, 124:19,
126:20
**BARBIER'S** [1] - 10:11
**BARROW** [3] - 5:12,
116:1, 116:17
**Barrow** [1] - 116:1
**Bart** [2] - 109:10,
109:24
**based** [6] - 36:1, 40:4,
45:18, 100:9, 101:6,
105:18
**bases** [1] - 127:10
**basic** [2] - 48:2, 48:18
**basis** [1] - 41:7
**batch** [1] - 31:4
**Bates** [1] - 20:24
**BAXTER** [1] - 7:16
**Baxter** [1] - 44:1
**BE** [2] - 7:5, 7:16
**beautiful** [1] - 68:4
**BEFORE** [1] - 1:12
**beginning** [2] - 24:9,
114:23
**behalf** [7] - 15:16,
64:11, 64:14, 65:18,
67:7, 99:11, 116:2
**BEN** [1] - 6:4
**BERTAUT** [11] - 3:18,

16:13, 17:4, 72:18,
72:23, 73:1, 89:15,
89:17, 89:22, 108:1,
120:5
**Bertone** [1] - 83:12
**BERTONE................**
..............................[1] -
8:23
**best** [12] - 12:8, 13:19,
30:20, 32:18, 34:24,
44:21, 64:1, 75:16,
86:12, 97:23, 129:20
**better** [8] - 49:4, 98:9,
103:12, 115:19,
117:11, 117:17,
120:19, 121:6
**between** [9] - 31:4,
31:16, 40:9, 56:2,
59:9, 65:9, 66:19,
75:8, 100:19
**beyond** [1] - 55:3,
79:20, 94:8
**big** [8] - 28:4, 28:17,
32:5, 46:18, 48:11,
53:20, 114:7, 114:17
**Big** [1] - 124:18
**bigger** [1] - 24:21
**biggest** [1] - 128:10
**Bill** [5] - 26:20, 32:15,
32:20, 41:10, 84:1
**bill** [1] - 83:8
**BILL** [1] - 8:21
**binder** [1] - 25:19
**binding** [1] - 63:22
**BINGHAM** [1] - 4:12
**Bingham** [1] - 104:2
**bit** [8] - 26:5, 63:6,
86:10, 90:12, 93:2,
103:22, 112:20,
118:15
**blah** [1] - 128:10
**blanche** [1] - 88:22
**BLANK** [1] - 5:3
**blanket** [1] - 67:19,
67:23
**blood** [1] - 27:10
**blowout** [2] - 49:16,
49:17
**Blowout** [1] - 46:25
**BLOWOUT................**
..................... [1] -
7:17
**Bly** [7] - 40:2, 47:19,
47:22, 50:3, 50:8,
52:7, 117:25
**Bobo** [5] - 80:11,
81:19, 86:25, 87:6,
113:1
**BOCKIUS** [1] - 4:15
**Bodek** [4] - 22:20,

23:18, 23:19, 23:22
**Bodek's** [1] - 24:1
**Boots** [3] - 79:7, 81:3,
81:5
**BOP** [5] - 40:7, 48:7,
73:7, 73:15, 74:9
**bother** [1] - 96:7
**bothering** [1] - 27:21
**bought** [1] - 79:9
**Boughton** [2] - 83:22,
84:11
**BOUGHTON..............**
........................ [1] -
9:1
**bound** [1] - 25:17
**BOUNDS** [1] - 1:20
**BOX** [3] - 1:24, 2:14,
5:19
**boy** [1] - 97:10
**BP** [87] - 3:3, 3:3, 3:4,
3:5, 3:6, 3:7, 3:8,
7:9, 7:11, 7:14, 8:9,
15:8, 16:3, 16:15,
17:7, 17:8, 17:9,
20:17, 20:21, 21:7,
21:25, 22:2, 22:4,
22:18, 23:4, 23:16,
23:23, 24:8, 24:21,
27:7, 30:1, 31:3,
31:15, 33:18, 34:7,
34:22, 35:2, 36:12,
36:19, 37:10, 39:3,
39:15, 39:16, 40:2,
40:14, 41:24, 42:20,
42:21, 43:15, 43:18,
44:7, 50:2, 52:9,
52:10, 53:7, 59:24,
59:25, 60:13, 60:16,
61:5, 61:22, 67:9,
67:19, 67:20, 72:11,
78:2, 78:24, 80:25,
82:11, 85:10, 96:24,
100:11, 100:19,
102:20, 104:6,
104:8, 111:14,
111:18, 111:21,
112:4, 113:3, 113:9,
118:4, 119:7, 127:8
**BP's** [7] - 14:19,
15:17, 44:22, 54:2,
60:18, 101:6, 128:6
**BRANCH** [1] - 2:8
**brand** [2] - 61:11, 77:4
**brand-new** [1] - 61:11
**breadth** [1] - 23:24
**BREAK** [1] - 10:11
**break** [11] - 11:18,
46:23, 68:7, 68:12,
68:14, 80:12, 80:13,
80:19, 112:6, 124:14

**breakdown** [1] -
106:14
**Brett** [2] - 85:14, 85:15
**BRIAN** [1] - 7:6
**brief** [6] - 21:17,
21:19, 40:25, 68:16,
71:6, 71:14
**briefcase** [2] - 112:1,
112:3
**briefing** [1] - 15:20
**briefly** [4] - 45:11,
51:14, 114:17, 116:1
**bring** [9] - 24:2, 36:22,
39:23, 42:20, 91:13,
91:15, 113:11,
113:13, 113:23
**bringing** [4] - 33:19,
34:15, 42:19, 53:14
**broader** [2] - 43:1,
74:15
**Brock** [2] - 40:9, 40:13
**broke** [1] - 116:15
**brought** [3] - 17:9,
38:12, 41:15
**Brown** [3] - 13:22,
118:2, 118:8
**BROWN** [1] - 7:8
**BROWN....................**
............................[1] -
9:22
**Bryan** [1] - 34:11
**bucks** [1] - 46:18
**buddy** [2] - 99:8,
102:4
**building** [2] - 91:9,
91:22
**BUILDING** [1] - 5:4
**bunch** [1] - 88:6
**burden** [5] - 47:9,
48:22, 51:22, 66:9,
88:8
**burdensome** [6] -
30:14, 47:21, 51:24,
52:2, 52:3, 52:4
**business** [9] - 69:6,
78:14, 79:4, 82:19,
108:17, 121:1,
121:9, 121:13,
121:14
**busy** [3] - 11:13,
72:21, 89:6
**Buzbee** [4] - 97:25,
98:7, 117:1, 117:13
**Buzbee's** [6] - 86:4,
86:11, 97:17, 97:18,
98:10, 117:2
**BY** [28] - 1:4, 1:17,
1:20, 1:23, 2:3, 2:8,
2:14, 2:17, 2:23, 3:9,
3:13, 3:18, 3:22, 4:3,

4:9, 4:12, 4:15, 4:24, 5:4, 5:8, 5:12, 5:15, 5:18, 5:22, 6:12, 6:13, 7:14, 9:18
**bye** [5] - 13:4, 15:5, 15:6
**bye-bye** [2] - 13:4, 15:6
**Byrd** [8] - 72:5, 72:16, 72:23, 73:7, 73:23, 74:3, 74:7, 74:18
**BYRD** [1] - 8:7

# C

**CA** [1] - 2:10
**calculations** [1] - 107:20
**calendar** [7] - 68:6, 68:15, 74:23, 80:1, 85:15, 95:1, 122:2
**CALENDAR**.............................................. [1] - 8:5
**CALLED** [1] - 11:4
**camera** [4] - 43:16, 44:10, 46:17, 82:23
**CAMERON** [1] - 3:17
**Cameron** [14] - 17:5, 17:10, 18:3, 42:20, 73:11, 73:24, 85:7, 89:22, 89:23, 107:22, 107:24, 108:5, 111:17, 120:4
**cameron** [1] - 107:25
**Cameron's** [1] - 85:4
**CAN** [1] - 7:5
**CANAL** [2] - 2:4, 2:4
**cap** [1] - 65:15
**capabilities** [1] - 96:9
**capable** [1] - 54:24
**care** [16] - 14:1, 20:1, 32:20, 61:20, 71:18, 80:24, 90:5, 91:20, 93:5, 93:12, 96:6, 118:17, 120:18, 121:1, 121:5, 121:8
**careful** [2] - 31:10, 89:12
**CARL** [1] - 8:19
**Carl** [1] - 83:4
**CARMELITE** [1] - 3:18
**Carmelite** [4] - 17:16, 72:22, 89:16, 107:25
**CARONDELET** [1] - 3:18
**carried** [1] - 62:1
**carry** [3] - 76:16, 84:23, 85:11

**cart** [2] - 74:2, 112:16
**carte** [1] - 88:22
**case** [28] - 16:17, 28:14, 29:3, 35:11, 38:13, 42:21, 47:10, 48:14, 49:16, 54:15, 55:4, 61:24, 64:12, 65:21, 73:23, 74:18, 106:9, 106:10, 109:3, 109:15, 110:1, 111:2, 115:16, 116:3, 128:22, 128:25
**cases** [5] - 65:12, 114:21, 114:24, 115:3, 128:22
**CASPIAN** [2] - 7:17, 7:18
**Caspian** [3] - 46:25, 47:3, 50:4
**Catch-22** [1] - 48:20
**categories** [1] - 99:14
**category** [6] - 13:12, 41:1, 99:20, 100:24, 115:7, 123:7
**Cathy** [2] - 129:18, 129:23
**CATHY** [1] - 6:9
**Cathy_Pepper@laed .uscourts.gov** [1] - 129:25
**cathy_Pepper@laed. uscourts.gov** [1] - 6:11
**caught** [2] - 21:2, 25:25
**cautionary** [1] - 96:20
**Cavanaugh** [2] - 27:15, 33:24
**CCR** [2] - 6:9, 129:23
**cede** [9] - 99:7, 101:10, 101:13, 104:3, 104:11, 106:10, 106:12, 108:2, 121:19
**ceded** [3] - 102:8, 102:14, 107:19
**ceding** [6] - 108:6, 108:16, 118:14, 119:23, 120:16, 120:20
**cementing** [2] - 117:25, 118:5
**CENTER** [2] - 5:23, 7:21
**Center** [1] - 52:14
**center** [5] - 53:7, 54:17, 54:19, 54:23, 55:21
**centralized** [1] - 53:7

**CENTRE** [1] - 2:23
**certain** [1] - 63:13
**certainly** [13] - 25:22, 37:18, 37:23, 48:16, 53:24, 54:25, 57:16, 81:16, 90:17, 93:24, 95:19, 113:11, 124:9
**CERTIFICATE** [1] - 129:17
**certification** [6] - 30:13, 33:6, 41:19, 41:20, 41:25, 42:2
**Certified** [3] - 129:18, 129:19, 129:24
**CERTIFIED** [1] - 6:9
**certifier** [1] - 33:1
**certify** [2] - 41:19, 129:20
**chain** [1] - 107:16
**challenge** [1] - 70:25
**challenges** [1] - 32:17
**CHAMBERS** [1] - 5:11
**chance** [1] - 113:5
**change** [9] - 19:2, 39:19, 45:18, 51:9, 93:18, 94:8, 94:8, 127:17, 127:25
**changed** [7] - 16:23, 52:15, 53:6, 54:23, 97:20, 119:15, 127:15
**changes** [1] - 22:13
**chap** [1] - 104:21
**chapter** [1] - 41:14
**CHARLES** [2] - 5:8, 5:9
**chase** [6] - 22:8, 22:9, 26:6, 26:8, 26:21, 29:4
**chases** [1] - 30:22
**chasing** [1] - 26:25
**check** [13] - 17:5, 17:13, 18:22, 26:19, 32:2, 74:17, 78:8, 81:13, 85:8, 105:4, 120:9, 120:10, 120:14
**checked** [1] - 86:16
**checking** [1] - 91:6
**Cheryl** [1] - 24:4
**CHICAGO** [2] - 3:15, 5:16
**CHRISTOPHER** [1] - 9:19
**Christopher** [2] - 116:25, 117:16
**chronological** [1] - 65:9
**CHRYSLER** [1] - 5:4
**circulate** [10] - 14:23,

71:12, 88:17, 88:24, 91:24, 95:21, 106:14, 121:2, 121:4, 128:11
**circulated** [4] - 19:1, 78:15, 91:3, 111:25
**CIVIL** [2] - 1:6, 2:8
**claim** [4] - 15:17, 127:15, 128:20, 128:21
**claimants** [2] - 114:19, 114:20
**claims** [4] - 15:9, 16:23, 17:20, 17:22
**CLAIMS........** [1] - 7:9
**clarification** [4] - 62:17, 67:2, 89:15, 100:1
**clarify** [5] - 43:10, 60:22, 68:23, 69:4, 93:15
**clarifying** [2] - 65:1, 126:12
**clarity** [1] - 18:9
**clean** [7] - 15:1, 99:17, 99:18, 99:22, 100:2, 100:14, 101:10
**clean-up** [6] - 99:17, 99:18, 99:22, 100:2, 100:14, 101:10
**clear** [10] - 31:8, 65:17, 66:16, 108:6, 108:22, 109:22, 115:21, 116:6, 119:21
**clearly** [4] - 28:13, 45:4, 51:23, 103:1
**CLERK** [10] - 11:7, 38:19, 68:18, 80:23, 85:22, 95:5, 95:10, 108:19, 119:4, 121:11
**clerk** [1] - 14:14
**Clerk's** [1] - 126:24
**client** [3] - 43:23, 64:12, 117:1
**clients** [4] - 64:11, 64:13, 64:15, 99:19
**close** [9] - 57:12, 59:24, 103:8, 108:17, 120:25, 121:9, 121:13, 121:14, 126:11
**closed** [2] - 45:23, 79:4
**closer** [1] - 101:2
**clue** [1] - 49:9
**CO** [1] - 5:15
**colleague** [2] - 104:25, 118:1

**color** [1] - 77:11
**comfortable** [1] - 14:9
**coming** [9] - 27:19, 33:17, 39:14, 58:25, 62:24, 66:17, 91:2, 99:8, 111:7
**Command** [2] - 100:12, 101:7
**command** [2] - 54:17, 54:19
**comment** [1] - 47:4
**comments** [7] - 62:2, 64:10, 78:16, 78:17, 121:25, 122:4, 122:6
**committee** [1] - 114:21
**COMMITTEE** [1] - 1:20
**common** [1] - 55:4
**communicate** [1] - 127:7
**communication** [3] - 45:19, 59:2, 59:22
**COMMUNICATION.................................................. [1] - 7:24
**communications** [6] - 53:2, 59:9, 127:6, 127:10, 127:13, 128:8
**companies** [2] - 99:19, 99:21
**company** [3] - 51:16, 81:6, 117:24
**COMPANY** [3] - 3:4, 4:7
**compared** [1] - 116:8
**compatible** [1] - 91:16
**compilation** [1] - 121:20
**COMPILATION** [1] - 10:2
**compile** [1] - 37:24
**compiling** [1] - 38:6
**complaining** [1] - 39:15
**complaint** [3] - 14:6, 17:9, 109:8
**Complaint** [1] - 14:16
**complete** [2] - 31:18, 78:13
**completed** [1] - 65:6
**complicate** [1] - 18:10
**complicated** [1] - 53:25
**complicating** [1] - 18:8
**comply** [2] - 45:14, 113:3
**comprehensive** [1] - 39:14

compromise [2] - 41:24, 49:24
COMPUTER [1] - 6:13
concede [1] - 48:16
conceptual [1] - 22:4
conceptually [1] - 26:22
concerned [4] - 46:18, 62:20, 112:21, 127:9
CONCERNING [1] - 7:22
concerning [1] - 58:24
concerns [3] - 32:21, 50:22, 128:10
concluded [1] - 129:14
conclusions [1] - 24:18
condensed [1] - 68:2
conduct [1] - 60:6
CONDUCT [1] - 8:1
conducted [4] - 43:15, 43:22, 46:2, 52:10
CONDUCTED [1] - 7:14
conducting [1] - 54:24
confer [4] - 29:6, 43:6, 44:7, 44:22
CONFERENCE [3] - 1:11, 10:5, 10:10
conference [9] - 14:1, 54:1, 55:19, 91:10, 115:1, 115:6, 124:4, 124:5
CONFERENCE.......... ...... [1] - 10:11
conferences [7] - 51:6, 95:25, 96:9, 114:19, 124:23, 124:24, 125:11
CONFERENCES....... ................... [1] - 10:6
confidential [1] - 55:19
confidentially [1] - 82:11
confirm [3] - 12:23, 38:11, 84:9
confirmation [3] - 127:2, 128:9, 128:19
confirmed [4] - 82:17, 85:4, 107:8
confirming [2] - 12:1, 12:20
confused [4] - 16:13, 17:4, 23:6, 112:21
confusion [5] - 29:15, 69:9, 69:13, 105:2, 105:8

conservatively [1] - 22:14
consider [6] - 36:14, 40:6, 46:22, 49:21, 112:12, 126:2
consideration [2] - 48:25, 120:25
consolidated [1] - 17:1
consolidation [2] - 15:20, 15:23
constraining [1] - 124:19
consuming [1] - 21:22
contact [1] - 86:10
contacted [1] - 81:8
contain [1] - 21:10
context [1] - 115:15
continents [1] - 51:2
contingency [1] - 124:24
continue [3] - 22:23, 28:14, 32:14
CONTINUED [5] - 2:1, 3:1, 4:1, 5:1, 6:1
continued [1] - 65:15
continues [1] - 25:8
continuing [1] - 26:2
contract [3] - 109:3, 109:9, 109:25
contractor [1] - 78:3
contractual [3] - 114:24, 115:7, 115:12
contributors [1] - 120:3
CONTROL [1] - 10:3
control [10] - 112:7, 112:23, 113:16, 113:23, 114:8, 121:21, 122:14, 123:11, 125:24, 125:25
CONTROL........ [1] - 10:8
controlled [1] - 54:7
controls [1] - 54:20
conversation [1] - 74:16
conversations [1] - 13:11
converter [1] - 91:17
cooperate [2] - 77:16, 119:3
cooperation [1] - 116:20
cooperative [1] - 82:9
coordinate [2] - 62:13, 125:2
coordinated [1] -

115:19
coordinating [1] - 110:9
coordination [1] - 62:8
Coots [3] - 79:7, 81:3, 81:5
copied [1] - 25:19
copies [1] - 35:2
copy [4] - 42:4, 47:21, 64:4, 109:14
cord [3] - 91:13, 91:14, 91:15
COREY [1] - 2:17
Corey [3] - 60:8, 61:20, 77:18
Corinthia [1] - 92:13
corner [1] - 50:23
CORPORATION [5] - 3:5, 3:17, 4:6, 4:7, 5:3
correct [10] - 18:5, 34:10, 38:16, 38:23, 40:22, 65:7, 86:6, 87:21, 105:24, 129:20
corrected [1] - 81:2
corrective [1] - 30:1
COTLAR [1] - 1:16
counsel [26] - 14:10, 14:18, 14:19, 17:15, 17:19, 42:22, 43:22, 44:22, 45:19, 48:21, 52:1, 70:11, 75:14, 75:20, 78:16, 85:13, 85:14, 85:25, 87:21, 88:1, 93:21, 97:1, 97:21, 106:19, 125:3
Counsel [1] - 60:11
COUNSEL [1] - 1:16
count [2] - 19:14, 104:15
counterclaims [1] - 19:3
couple [12] - 19:11, 23:5, 27:22, 32:1, 62:2, 63:11, 73:18, 84:25, 89:9, 114:18, 117:22, 126:18
course [4] - 26:14, 48:25, 107:10, 111:20
Court [31] - 13:10, 14:18, 28:15, 30:19, 34:13, 36:19, 37:13, 39:3, 39:8, 39:15, 39:16, 41:15, 44:18, 45:18, 54:15, 65:11, 73:9, 82:22, 90:13, 94:19, 111:7, 127:9,

127:11, 127:20, 128:1, 128:9, 129:19, 129:19, 129:20, 129:24, 129:25
court [6] - 14:3, 68:13, 70:19, 93:22, 94:2, 110:6
COURT [408] - 1:1, 6:9, 11:4, 11:8, 11:11, 11:15, 11:19, 11:20, 11:23, 11:25, 12:6, 12:10, 12:12, 12:16, 12:20, 12:25, 13:3, 13:5, 13:14, 13:19, 13:21, 14:7, 14:9, 14:20, 15:3, 15:6, 15:12, 15:14, 15:24, 16:2, 16:6, 16:9, 16:12, 16:22, 17:16, 18:4, 18:6, 18:11, 18:23, 18:25, 19:15, 19:21, 20:3, 20:7, 20:12, 20:15, 20:17, 21:16, 21:21, 24:6, 24:14, 25:3, 25:14, 26:23, 27:2, 27:4, 27:25, 28:5, 28:16, 28:19, 29:8, 29:12, 29:17, 31:1, 32:19, 33:6, 33:9, 33:12, 33:22, 34:6, 34:21, 34:25, 35:13, 36:10, 37:7, 38:6, 38:15, 38:21, 38:25, 39:6, 40:7, 40:19, 40:22, 41:9, 42:3, 42:6, 42:9, 42:13, 42:15, 42:18, 43:5, 43:9, 43:13, 44:25, 45:8, 46:7, 46:12, 46:15, 46:23, 48:5, 49:2, 49:25, 50:3, 51:11, 52:6, 52:13, 52:18, 54:5, 55:10, 55:13, 56:2, 56:5, 56:9, 56:15, 56:18, 56:21, 57:1, 57:4, 57:8, 57:22, 58:2, 58:9, 58:15, 58:21, 58:23, 59:6, 59:11, 59:15, 59:20, 60:1, 60:4, 60:12, 61:3, 61:17, 61:20, 62:1, 62:3, 62:9, 62:12, 62:23, 63:9, 64:1, 64:6, 64:17, 64:20, 65:7, 65:22, 65:24, 66:10, 66:14, 66:22, 67:4, 67:11, 67:18, 68:3, 68:5, 68:12,

68:19, 68:24, 69:5, 69:16, 69:18, 69:21, 70:4, 70:8, 71:1, 71:10, 71:12, 71:20, 71:22, 71:24, 72:2, 72:5, 72:7, 72:12, 72:17, 72:19, 72:25, 73:16, 73:22, 74:17, 74:22, 75:2, 75:4, 75:12, 75:17, 75:25, 76:3, 76:5, 76:8, 76:14, 76:16, 76:18, 76:22, 76:25, 77:3, 77:5, 77:7, 77:10, 77:17, 77:20, 78:1, 78:5, 78:12, 78:17, 78:21, 79:15, 79:19, 80:14, 80:18, 81:2, 81:17, 81:22, 82:1, 82:4, 82:7, 82:12, 82:15, 82:20, 82:23, 82:25, 83:3, 83:6, 83:8, 83:10, 83:12, 83:14, 83:16, 83:19, 83:23, 83:25, 84:4, 84:8, 84:15, 84:17, 84:19, 84:23, 85:2, 85:6, 85:9, 85:11, 85:20, 85:23, 86:1, 86:6, 86:8, 86:13, 86:19, 86:22, 86:24, 87:2, 87:9, 87:15, 87:19, 88:11, 88:14, 89:16, 89:21, 90:1, 90:15, 90:21, 90:25, 91:15, 91:17, 92:1, 92:3, 92:8, 92:20, 93:5, 93:10, 93:12, 93:19, 94:3, 94:11, 94:16, 94:25, 95:4, 95:13, 95:20, 96:6, 96:16, 97:10, 97:12, 97:15, 97:23, 98:4, 98:7, 98:12, 98:14, 98:17, 98:21, 98:25, 99:6, 99:10, 99:25, 100:6, 101:8, 101:14, 101:16, 101:18, 101:20, 101:22, 102:3, 102:6, 102:13, 102:17, 102:25, 103:7, 103:17, 103:23, 104:13, 104:17, 104:23, 105:4, 105:9, 105:23, 106:1, 106:6, 106:13, 106:21, 107:2, 107:5, 107:7, 107:9, 107:15, 107:18,

107:23, 107:25, 108:4, 108:14, 109:1, 109:7, 109:18, 109:20, 110:3, 110:7, 110:11, 110:17, 110:21, 111:1, 111:13, 111:24, 112:14, 113:8, 113:12, 114:2, 114:13, 115:23, 115:25, 116:15, 116:19, 116:24, 117:5, 117:8, 117:12, 117:16, 117:20, 118:8, 118:10, 118:17, 118:20, 118:23, 118:25, 119:5, 119:7, 119:10, 119:13, 119:16, 119:19, 119:21, 120:1, 120:7, 120:11, 120:13, 120:18, 121:12, 121:17, 122:2, 122:7, 122:16, 122:20, 123:1, 123:6, 123:13, 123:15, 123:18, 123:20, 123:23, 124:1, 124:13, 124:16, 124:19, 125:7, 125:16, 125:18, 126:1, 126:4, 126:14, 127:18, 127:23, 128:5, 128:7, 128:18, 128:24, 129:3, 129:5, 129:9, 129:11

**Court's** [7] - 18:21, 44:5, 45:6, 47:7, 48:15, 63:2, 80:5

**courtroom** [1] - 77:12

**cover** [9] - 66:2, 66:24, 83:16, 85:5, 90:8, 101:8, 125:14, 125:18, 127:10

**covered** [2] - 113:18, 125:20

**covering** [1] - 89:10

**cracks** [1] - 39:11

**crannies** [1] - 46:5

**create** [1] - 55:23

**created** [1] - 93:23

**creating** [1] - 57:21

**critical** [2] - 23:17, 23:21

**crossclaim** [1] - 19:10

**crossclaims** [1] - 19:3

**CROW** [2] - 5:18, 5:18

**CRR** [2] - 6:9, 129:23

**crunch** [1] - 79:20

**CSI** [1] - 117:24

**Cunningham** [21] - 12:13, 13:8, 13:16, 36:21, 38:4, 49:2, 50:13, 54:5, 54:6, 57:9, 67:14, 68:11, 75:12, 76:6, 77:7, 78:21, 84:5, 86:19, 89:5, 95:3, 108:9

**CUNNINGHAM** [30] - 1:20, 1:20, 12:14, 13:9, 13:18, 13:20, 49:6, 54:6, 55:11, 68:9, 75:22, 76:2, 76:7, 78:23, 79:3, 79:8, 79:12, 84:6, 86:21, 87:1, 87:4, 87:8, 87:11, 93:14, 93:20, 94:10, 94:23, 108:9, 110:15, 110:19

**Cunningham's** [2] - 68:8, 77:1

**current** [4] - 88:17, 111:11, 111:22, 112:15

**curve** [1] - 122:21

**custodial** [12] - 21:7, 21:9, 22:1, 23:7, 28:1, 28:20, 28:23, 31:17, 31:22, 87:22, 113:10

**custodian** [6] - 23:9, 23:12, 23:13, 23:19, 28:2, 28:3

**cutoff** [1] - 66:1

**cutting** [1] - 22:14

### D

**D1** [2] - 65:13, 66:17

**DALLAS** [2] - 3:24, 5:23

**data** [2] - 53:1, 122:22

**date** [21] - 15:19, 15:22, 15:24, 16:6, 16:21, 16:22, 19:7, 22:13, 42:24, 66:1, 66:8, 67:3, 76:12, 76:15, 77:14, 97:2, 97:4, 97:20, 97:21, 127:25, 128:4

**dates** [17] - 12:3, 12:6, 13:7, 13:17, 72:4, 72:10, 72:11, 79:25,

81:23, 82:5, 82:12, 83:21, 83:25, 84:2, 85:19, 85:23, 86:4

**DAUPHIN** [1] - 1:21

**DAVID** [3] - 6:3, 6:6, 9:25

**David** [5] - 11:20, 85:4, 118:8, 119:1, 119:7

**day's** [1] - 105:19

**days** [12] - 20:18, 38:13, 38:17, 74:11, 96:19, 98:8, 98:9, 101:25, 102:1, 107:4, 119:15

**DC** [2] - 2:15, 4:13

**DD3** [2] - 53:4, 53:15

**DEADLINE** [1] - 7:9

**deadline** [12] - 14:24, 15:8, 16:14, 16:18, 16:19, 16:25, 20:6, 38:19, 38:21, 60:21, 113:4, 127:14

**deadlines** [1] - 19:2

**deafening** [1] - 99:2

**deal** [5] - 24:22, 32:5, 38:3, 38:4, 72:9

**Deb** [10] - 58:11, 69:21, 71:8, 95:15, 95:20, 104:13, 104:19, 106:6, 111:11, 114:9

**debate** [1] - 55:22

**DEBORAH** [1] - 4:9

**decide** [2] - 48:25, 50:19

**decided** [1] - 91:2

**decision** [4] - 66:2, 66:23, 73:25, 108:17

**decisions** [1] - 80:16

**deck** [1] - 53:25

**deemed** [4] - 19:9, 19:14, 37:22, 39:4

**deeming** [4] - 19:13, 19:16, 19:18, 99:24

**DEEPWATER** [6] - 1:4, 2:21, 2:22, 21:11, 48:9, 54:25

**default** [1] - 14:25

**defendant** [3] - 67:21, 8:1

**DEFENDANTS** [1] - 8:1

**defendants** [21] - 19:1, 40:2, 44:7, 46:3, 47:9, 58:7, 60:6, 62:6, 63:13, 99:12, 99:14, 100:2, 103:15, 104:14, 104:20, 108:24,

116:2, 116:4, 116:9, 119:14

**defendants'** [1] - 111:12

**DEFENDANTS..........**
**.......** [1] - 9:18

**DEFENDANTS..........**
**.....................** [1] - 7:10

**defending** [1] - 67:19

**defense** [3] - 103:4, 106:19, 111:23

**defer** [3] - 18:17, 66:24, 79:19

**deferred** [1] - 116:9

**delay** [1] - 87:25

**delighted** [2] - 64:5, 93:14

**delineate** [1] - 66:19

**deluged** [1] - 127:1

**demonstrate** [1] - 49:16

**denied** [5] - 44:2, 68:5, 110:5, 127:15, 128:20

**DENIED........** [1] - 7:16

**Denise** [2] - 101:12, 106:3

**DENISE** [1] - 4:16

**Dennis** [1] - 116:1

**DENNIS** [1] - 5:12

**deny** [1] - 47:2

**DENY** [1] - 7:18

**dep** [1] - 73:21

**DEPARTMENT** [2] - 2:7, 2:13

**Department** [2] - 17:8, 42:21

**depo** [1] - 38:14

**deponent** [2] - 96:15, 117:23

**deponents** [6] - 31:6, 41:1, 41:3, 51:7, 74:15, 117:23

**deportment** [1] - 94:7

**depose** [3] - 79:21, 89:20, 102:24

**deposed** [2] - 79:20, 89:25

**DEPOSITION** [1] - 8:4

**deposition** [48] - 12:1, 23:21, 23:23, 27:12, 28:3, 30:4, 36:13, 38:5, 39:25, 40:5, 53:19, 67:15, 69:9, 69:11, 69:12, 70:23, 71:3, 71:16, 73:20, 74:1, 75:9, 75:10, 82:9, 85:4, 88:1,

90:3, 93:6, 93:17, 93:18, 96:14, 98:20, 101:24, 103:3, 104:1, 105:14, 105:19, 105:23, 105:25, 106:5, 108:1, 111:12, 112:2, 113:19, 115:18, 116:11, 119:25, 122:13, 122:18

**DEPOSITION..........**
[1] - 9:13

**depositions** [13] - 13:23, 33:17, 38:11, 41:7, 45:12, 51:6, 67:24, 91:21, 93:7, 116:7, 116:18, 119:15, 121:3

**DEPOSITIONS.........**
[1] - 7:8

**deps** [1] - 80:10

**DEPUTY** [2] - 11:7, 68:18

**designate** [2] - 113:14, 125:12

**designated** [7] - 27:25, 68:20, 73:8, 89:24, 91:10, 104:1, 113:25

**designation** [5] - 20:24, 28:21, 72:14, 76:1, 113:22

**desk** [1] - 96:19

**detail** [2] - 21:8, 23:15

**determined** [1] - 53:10

**device** [2] - 68:3, 70:13

**DEXTER** [1] - 2:18

**diagram** [4] - 56:16, 56:18, 56:21, 56:23

**dial** [1] - 125:14

**dialogue** [1] - 24:10

**different** [5] - 20:24, 51:2, 53:7, 53:20

**differently** [1] - 50:16

**diligence** [2] - 32:2, 32:10

**diligent** [1] - 32:14

**diligently** [1] - 90:15

**directed** [1] - 61:10

**disagree** [5] - 22:18, 30:5, 88:5, 104:25, 107:20

**disagrees** [2] - 59:19, 87:21

**discerned** [1] - 23:25

**discoverable** [1] - 44:13

**DISCOVERY** [4] -

1:11, 7:22, 8:1, 10:8
**discovery** [14] - 18:17, 48:17, 49:24, 51:23, 58:24, 60:6, 61:7, 61:12, 62:4, 62:17, 63:19, 66:8, 125:23
**discuss** [6] - 13:24, 29:3, 38:1, 41:8, 45:1, 126:2
**discussed** [3] - 21:8, 60:5, 60:19
**discussing** [3] - 54:8, 65:3, 120:22
**discussion** [5] - 13:22, 16:20, 16:24, 26:6, 29:11
**discussions** [6] - 33:23, 33:24, 41:3, 58:25, 61:25, 66:11
**dismissal** [2] - 14:3, 14:4
**dismissals** [1] - 126:22
**dismissed** [3] - 14:17, 128:22, 128:25
**dispensation** [1] - 122:1
**dispute** [1] - 109:3
**disputes** [1] - 30:22
**distinction** [1] - 100:4
**distinguish** [1] - 65:9
**DISTRICT** [2] - 1:1, 1:1
**District** [3] - 129:19, 129:20, 129:25
**diversion** [1] - 48:12
**division** [3] - 111:11, 111:23, 116:4
**DIVISION** [2] - 2:8, 9:18
**DO** [1] - 10:9
**Docket** [1] - 43:12
**docketed** [2] - 128:23, 129:1
**docketing** [1] - 128:9
**DOCUMENT** [1] - 1:9
**document** [33] - 21:1, 23:11, 23:23, 24:1, 28:3, 28:6, 28:22, 29:21, 29:24, 30:17, 31:21, 31:23, 34:14, 35:25, 36:1, 37:1, 39:21, 40:3, 40:6, 40:12, 40:15, 41:5, 41:17, 41:18, 41:21, 41:22, 45:19, 50:23, 51:4, 51:5, 52:7, 63:16, 88:1
**DOCUMENTS** [2] - 7:15, 7:16
**documents** [41] -

20:22, 21:11, 22:5, 22:17, 22:20, 23:7, 23:12, 23:17, 24:22, 25:1, 26:9, 26:13, 27:4, 27:8, 27:23, 28:8, 28:11, 28:13, 29:14, 30:9, 30:15, 31:12, 31:17, 36:20, 37:4, 37:19, 39:10, 41:21, 44:1, 44:2, 44:20, 45:13, 45:14, 47:3, 50:6, 77:15, 78:7, 78:19, 100:16, 113:3
**DOCUMENTS**............
................................
. [1] - 7:19
**DOJ** [7] - 15:18, 15:22, 16:15, 16:24, 17:23, 18:4, 18:7
**DOMENGEAUX** [1] - 1:23
**Don** [9] - 57:2, 57:4, 77:5, 79:17, 79:21, 81:2, 86:14, 87:15, 115:4
**DON** [1] - 3:9
**DONALD** [1] - 3:22
**done** [22] - 22:23, 23:11, 23:24, 30:15, 33:4, 33:5, 42:11, 50:16, 55:25, 59:19, 70:24, 72:8, 74:12, 78:18, 80:22, 91:8, 92:3, 94:23, 95:6, 100:20, 113:17
**door** [1] - 45:23
**doubled** [2] - 105:19, 107:3
**doubt** [2] - 35:8, 63:16
**DOUGLAS** [2] - 6:6, 7:8
**Douglas** [1] - 13:22
**dovetail** [1] - 38:10
**down** [18] - 12:17, 16:9, 17:16, 29:4, 30:19, 33:25, 36:5, 37:20, 50:17, 74:22, 75:5, 77:17, 79:4, 98:5, 107:21, 113:2, 125:7, 125:13
**dozens** [1] - 58:2
**draft** [6] - 70:9, 71:6, 78:9, 78:10, 78:12, 128:11
**draw** [1] - 47:11
**DRIL** [1] - 5:11
**Dril** [1] - 116:2
**DRIL-QUIP** [1] - 5:11
**Dril-Quip** [1] - 116:2

**DRILLING** [1] - 2:21
**drilling** [1] - 53:5
**DRIVE** [1] - 5:16
**driving** [1] - 98:1
**drop** [2] - 13:1, 15:3
**DSR** [1] - 45:11
**due** [8] - 15:20, 16:20, 16:22, 19:10, 19:12, 20:6, 32:2, 32:10
**DUFFY** [19] - 3:14, 45:10, 46:9, 46:14, 50:1, 50:5, 52:12, 52:20, 55:16, 56:4, 56:6, 56:14, 56:16, 56:19, 56:25, 57:25, 58:5, 62:15, 62:25
**Duffy** [5] - 45:10, 50:1, 52:17, 52:21, 62:15
**during** [4] - 61:25, 86:18, 87:6, 116:7
**DUSTIN** [1] - 83:14
**Dustin** [1] - 83:14

# E

**E&P** [1] - 4:7
**e-mail** [16] - 11:25, 26:18, 26:19, 27:13, 33:2, 35:1, 35:5, 39:21, 79:11, 81:10, 91:5, 99:1, 99:23, 107:1, 120:14, 122:1
**e-mailed** [2] - 92:9, 92:12
**e-mails** [3] - 32:13, 106:22, 126:8
**earliest** [1] - 33:24
**early** [6] - 29:14, 41:7, 41:13, 81:18, 108:5, 110:22
**easier** [2] - 62:14, 81:23
**easiest** [1] - 14:18
**Eastern** [1] - 129:20
**EASTERN** [1] - 1:1
**easy** [7] - 26:11, 30:8, 30:10, 30:11, 50:25, 91:22, 92:18
**Easy** [1] - 124:18
**eavesdropped** [1] - 18:12
**educational** [1] - 67:25
**EDWARDS** [1] - 1:23
**effect** [1] - 28:3
**effectively** [1] - 18:19
**effort** [1] - 53:14
**efforts** [1] - 104:4
**either** [11] - 11:12,

14:12, 19:8, 20:22, 23:10, 26:10, 40:11, 45:2, 64:21, 81:10, 99:6
**electronic** [2] - 68:3, 95:18
**elevator** [1] - 56:4
**ELIAS** [1] - 6:4
**Ellis** [1] - 72:15
**ELLIS** [2] - 3:12, 8:10
**ELM** [1] - 3:23
**eloquent** [1] - 70:1
**embark** [1] - 50:12
**emergency** [2] - 99:17, 100:3
**employed** [2] - 27:9, 122:13
**employee** [1] - 79:5
**employees** [1] - 86:25
**encourage** [1] - 45:22
**end** [11] - 25:1, 28:6, 49:11, 89:3, 92:1, 98:19, 110:18, 110:20, 110:24, 111:19, 118:21
**ENERGY** [2] - 2:23, 3:21
**ENFORCEMENT** [1] - 2:13
**engaging** [1] - 24:10
**engineers** [1] - 57:13
**enjoyed** [1] - 67:24
**ensnared** [1] - 70:3
**enter** [2] - 70:12, 71:15
**entered** [2] - 16:14, 77:8
**Enterprise** [1] - 54:1
**entertainment** [1] - 102:23
**enthusiasm** [1] - 90:10
**entire** [1] - 54:20
**entities** [6] - 17:21, 17:24, 18:1, 60:7, 61:7, 99:24
**ENTITIES**.................
.... [1] - 8:2
**entitled** [3] - 31:22, 44:16, 129:21
**entity** [4] - 18:15, 52:10, 126:10
**entourage** [1] - 57:23
**entry** [1] - 59:8
**enumeration** [1] - 69:3
**ENVIRONMENTAL** [1] - 2:13
**equipment** [1] - 48:6
**equivalent** [1] - 50:7

**ESI** [1] - 25:6
**especially** [2] - 99:2, 111:7
**ESQUIRE** [37] - 1:17, 1:20, 1:23, 2:3, 2:8, 2:9, 2:14, 2:17, 2:23, 3:9, 3:13, 3:13, 3:14, 3:14, 3:18, 3:22, 3:22, 3:23, 4:3, 4:9, 4:12, 4:15, 4:16, 4:16, 4:24, 5:4, 5:8, 5:12, 5:15, 5:18, 5:22, 6:3, 6:3, 6:4, 6:4, 6:6, 6:6
**essentially** [3] - 18:16, 53:16, 100:10
**etcetera** [2] - 17:1, 128:8
**etched** [1] - 80:15
**event** [9] - 50:4, 54:7, 54:22, 61:7, 61:9, 61:15, 65:10, 103:21, 113:19
**events** [2] - 54:12, 112:22
**eventually** [2] - 36:1, 41:24
**evidence** [3] - 22:5, 51:15, 51:24
**evidentiary** [2] - 51:21, 51:25
**exact** [1] - 54:13
**exactly** [9] - 33:6, 35:9, 46:9, 49:7, 49:13, 55:6, 57:14, 61:23, 62:25
**example** [14] - 14:15, 24:14, 24:15, 27:19, 27:20, 37:15, 47:12, 47:20, 49:11, 54:15, 69:10, 89:22, 112:24
**examples** [9] - 22:16, 23:14, 23:18, 24:7, 29:2, 29:18, 30:5, 38:2, 39:8
**Excel** [1] - 122:8
**EXCEL** [1] - 10:4
**excellent** [1] - 30:24
**exception** [1] - 44:18
**exchanged** [1] - 126:8
**exclusive** [1] - 123:7
**exhibits** [1] - 95:18
**exist** [4] - 28:4, 53:7, 54:13, 122:24
**existed** [2] - 53:11, 93:24
**exists** [1] - 53:23
**expand** [1] - 51:9
**expect** [4] - 60:20, 61:13, 94:5, 94:8

**expensive** [1] - 92:15
**expert** [3] - 79:22, 89:4, 90:6
**explain** [2] - 54:18, 56:22
**explains** [1] - 113:1
**EXPLORATION** [1] - 3:6
**explosion** [1] - 113:1
**exponentially** [1] - 66:9
**express** [1] - 14:24
**expressed** [1] - 20:1
**expresses** [1] - 20:12
**extend** [1] - 102:23
**extended** [2] - 17:14, 18:7
**extending** [2] - 66:8, 103:10
**EXTENSION** [1] - 7:13
**extension** [4] - 17:20, 42:17, 42:23, 43:1
**extent** [3] - 18:12, 62:13, 105:2
**extra** [3] - 64:18, 73:13, 73:14
**extremely** [1] - 100:11
**eyes** [1] - 46:16

## F

**facility** [4] - 52:13, 52:15, 54:2, 56:15
**fact** [16] - 26:16, 27:18, 43:18, 44:16, 48:1, 65:25, 73:1, 73:6, 75:8, 92:6, 93:16, 98:25, 100:10, 106:4, 109:21, 113:14
**facts** [9] - 40:14, 48:19, 48:23, 63:16, 63:18, 63:20, 63:23, 64:11, 64:14
**factual** [3] - 44:8, 44:13, 45:2
**failed** [2] - 49:12, 49:14
**fair** [3] - 32:24, 33:12, 44:25
**faith** [1] - 35:8
**fall** [3] - 39:11, 45:14, 99:20
**falls** [2] - 13:12, 41:1
**familiar** [4] - 109:6, 109:13, 109:15, 110:1
**family** [1] - 97:19
**far** [11] - 13:9, 36:20,

46:6, 46:17, 54:23, 57:17, 66:12, 100:14, 101:5, 116:4, 116:10
**Faul** [2] - 118:19
**FAUL**........................ ...................... [1] - 9:24
**faulty** [4] - 24:19, 24:25, 27:16, 27:17
**favor** [2] - 22:14, 65:25
**February** [2] - 41:2, 122:18
**FEDERAL** [1] - 2:7
**feed** [1] - 95:5
**Feinberg** [5] - 127:3, 127:15, 128:20, 128:21, 128:24
**felt** [3] - 34:11, 39:17, 81:15
**ferret** [1] - 34:3
**few** [3] - 23:6, 38:10, 67:9, 72:11, 83:18, 116:17
**field** [1] - 123:16
**fields** [3] - 122:12, 123:8, 123:17
**Fifth** [1] - 12:15, 69:19, 70:2, 70:9, 70:14, 71:2, 71:4, 71:6, 71:13, 71:17, 71:20
**FIFTH** [1] - 4:25
**figure** [6] - 92:24, 106:8, 106:13, 126:21, 129:2, 129:3
**figured** [1] - 98:25
**file** [14] - 14:21, 14:25, 19:25, 20:4, 23:20, 28:1, 28:23, 30:18, 31:17, 31:22, 60:18, 67:10, 113:10, 127:16
**filed** [13] - 14:3, 15:8, 15:9, 15:11, 19:8, 19:11, 19:14, 59:8, 59:18, 60:17, 67:8, 72:14, 127:13
**files** [5] - 21:7, 21:9, 60:16, 87:22
**filing** [3] - 14:11, 60:25, 128:2
**FILINGS** [1] - 10:9
**filings** [1] - 126:19
**final** [2] - 78:18, 88:12
**finally** [1] - 40:17
**FINANCIAL** [1] - 4:23
**fine** [15] - 14:12, 33:13, 42:25, 43:4,

67:4, 67:11, 109:13, 110:21, 110:22, 112:14, 116:19, 124:10, 124:12, 125:5, 125:13
**fire** [2] - 27:13, 100:3
**firm** [1] - 15:19
**FIRM** [2] - 2:3, 5:22
**first** [16] - 28:20, 41:4, 41:16, 60:10, 60:13, 60:22, 63:11, 69:6, 81:12, 84:16, 86:8, 91:2, 91:21, 109:15, 110:13, 125:9
**firsthand** [1] - 63:20
**Fitch** [5] - 58:18, 67:1, 104:18
**FITCH** [6] - 4:12, 58:18, 58:22, 67:1, 67:7, 104:18
**five** [17] - 26:3, 58:8, 68:14, 70:1, 73:7, 103:4, 103:5, 103:14, 109:11, 109:17, 109:20, 110:7, 110:12, 110:14, 115:9, 115:14, 115:17
**five-minute** [1] - 68:14
**fixed** [1] - 24:19
**fixing** [1] - 24:11
**flag** [1] - 115:10
**flagged** [1] - 66:10
**flagging** [2] - 66:7, 113:7
**flagpole** [1] - 108:3
**flesh** [1] - 61:23
**Fleytas** [1] - 83:1
**FLEYTAS**................ ...................... [1] - 8:18
**flight** [1] - 109:9
**floating** [1] - 78:9
**flooding** [2] - 97:20, 98:15
**FLOOR** [3] - 2:10, 2:23, 5:12
**floor** [4] - 56:16, 56:18, 56:21, 56:23
**flow** [1] - 114:5
**fly** [1] - 125:13
**focus** [8] - 29:19, 35:3, 87:25, 88:4, 90:2, 100:18, 120:24, 121:3
**focused** [4] - 24:8, 61:1, 67:12, 116:17
**focusing** [1] - 34:23
**folks** [5] - 16:15, 38:17, 100:17,

101:1, 104:2
**follow** [8] - 13:14, 13:16, 13:24, 41:12, 51:18, 60:1, 90:19, 111:6
**follow-up** [2] - 13:24, 90:19
**following** [3] - 53:3, 69:3, 112:20
**FOLLOWING** [1] - 10:10
**FOR** [27] - 1:16, 2:7, 2:12, 2:17, 2:20, 3:3, 3:17, 3:21, 4:6, 4:15, 4:19, 5:3, 5:7, 5:11, 5:15, 5:18, 5:22, 7:9, 7:15, 7:18, 8:4, 9:10, 9:13, 9:20, 10:2, 10:6, 10:8
**foregoing** [1] - 129:20
**foreign** [1] - 18:14
**forget** [2] - 46:15, 87:20
**form** [8] - 53:11, 54:13, 55:6, 88:20, 93:17, 94:5, 126:19, 128:11
**FORM** [1] - 10:9
**format** [1] - 122:9
**FORMAT**................... ...................... [1] - 10:4
**formerly** [1] - 81:4
**forms** [2] - 126:24, 126:25
**forth** [1] - 41:15
**forward** [10] - 28:15, 30:7, 31:11, 32:3, 41:6, 46:11, 81:19, 99:13, 115:17, 125:10
**four** [2] - 26:3, 91:21
**FRANCISCO** [1] - 2:10
**frankly** [8] - 22:3, 22:24, 25:7, 48:21, 65:11, 74:4, 100:18, 125:3
**FRED** [2] - 8:8, 9:21
**Fred** [2] - 85:14, 85:17
**free** [2] - 46:20, 123:9
**fresh** [1] - 112:12
**Friday** [7] - 11:9, 11:10, 61:24, 94:14, 94:22, 94:24, 125:11
**FRIDAY** [2] - 1:7, 11:2
**FRIDAYS** [1] - 10:7
**Fridays** [3] - 125:8, 125:10, 125:12
**FRILOT** [1] - 2:22
**FROM** [2] - 7:22, 10:9

**front** [2] - 27:18, 41:15
**frustrated** [2] - 27:13, 27:14
**frustrating** [1] - 21:21
**full** [1] - 79:21
**fully** [1] - 23:7
**fun** [2] - 52:20, 77:9
**fundamentally** [1] - 30:5
**future** [1] - 34:15

## G

**G-E-O-F-F** [1] - 84:17
**G-R-O-U-N-D-S** [1] - 24:6
**Gagliano** [3] - 57:12, 69:9, 69:19
**gander** [3] - 40:18, 41:19, 40:20
**GATE** [1] - 2:9
**gear** [3] - 12:21, 31:16, 32:3
**geese** [1] - 27:3
**general** [1] - 47:10
**GENERAL'S** [1] - 2:17
**generous** [3] - 119:11, 120:8, 120:16
**gentlemen** [3] - 35:5, 47:1, 110:13
**GEOFF** [1] - 9:1
**Geoff** [3] - 83:22, 84:11, 84:17
**GEORGE** [2] - 5:18, 5:18
**geyser** [1] - 65:16
**given** [11] - 27:10, 27:12, 32:17, 78:10, 97:21, 103:9, 112:1, 117:6, 119:4, 119:5, 120:25
**glad** [6] - 31:14, 71:9, 71:11, 115:23, 123:2, 127:23
**glamourous** [1] - 92:13
**Glenn** [2] - 101:19, 101:20
**GLENN** [1] - 5:8
**GO** [1] - 10:9
**goal** [3] - 29:13, 32:15, 102:21
**goals** [1] - 29:16
**GODWIN** [31] - 3:21, 3:22, 4:3, 57:2, 57:5, 57:11, 57:24, 58:3, 77:4, 78:4, 79:1, 79:7, 79:9, 79:13, 79:18, 80:3, 81:4,

81:18, 81:25, 82:3, 82:6, 82:8, 82:14, 86:16, 86:23, 86:25, 87:6, 87:12, 87:16, 104:22, 124:18
**Godwin** [4] - 57:2, 58:2, 58:10, 58:11
**Godwin's** [2] - 77:2, 77:3
**GOLDEN** [1] - 2:9
**GOODHUE** [1] - 6:4
**Goodier** [1] - 101:19
**GOODIER** [6] - 5:8, 101:19, 101:21, 101:25, 102:2, 120:12
**goodness** [1] - 34:17
**goose** [8] - 22:8, 22:9, 26:6, 26:8, 26:20, 26:23, 33:1, 40:18
**GOTSHAL** [1] - 4:24
**government** [3] - 61:7, 70:3, 100:19
**GOVERNMENT** [1] - 2:7
**GOVERNMENTAL** [1] - 8:2
**governmental** [1] - 60:7
**gracious** [2] - 34:17, 116:11
**grant** [3] - 67:19, 67:23, 128:1
**granted** [1] - 73:10
**great** [30] - 12:25, 13:21, 23:24, 24:20, 28:18, 31:2, 34:19, 38:18, 43:9, 43:13, 56:12, 59:15, 59:20, 60:1, 60:4, 73:22, 79:12, 82:15, 86:13, 96:16, 98:12, 104:17, 120:13, 121:16, 121:19, 123:4, 124:8, 126:14, 126:17
**greatly** [1] - 121:6
**ground** [2] - 36:5, 37:21
**Grounds** [2] - 24:5, 24:6
**group** [3] - 11:11, 98:9, 103:4
**guess** [20] - 19:9, 19:11, 19:12, 22:8, 29:2, 31:3, 32:25, 35:21, 36:2, 36:6, 37:11, 42:22, 48:5, 84:6, 88:3, 97:25, 100:3, 111:24,

124:3, 125:9
**GULF** [1] - 1:5
**Gulf** [5] - 47:12, 47:14, 47:16, 47:24, 48:4
**guy** [1] - 102:21
**guys** [16] - 11:13, 13:19, 20:19, 31:2, 78:6, 88:17, 92:8, 96:17, 97:24, 101:8, 105:13, 114:10, 120:23, 124:17, 125:13, 129:6

# H

**Hadaway** [2] - 84:20, 84:21
**HADAWAY**..................
......................... [1] - 9:2
**Hafle** [1] - 13:10
**HAFLE**.......................
..................... [1] - 7:7
**Haire** [3] - 116:25, 117:14, 117:16
**HAIRE** [1] - 116:25
**HAIRE**.......................
................... - 9:19
**half** [6] - 55:7, 69:17, 105:20, 107:19, 108:15, 111:18
**Halliburton** [24] - 17:10, 18:2, 20:11, 20:12, 24:13, 42:20, 46:10, 57:3, 57:7, 77:25, 78:5, 79:6, 79:9, 81:6, 87:14, 103:19, 103:24, 104:6, 104:22, 104:23, 107:21, 111:9, 111:15, 111:21
**HALLIBURTON** [1] - 3:21
**hand** [4] - 24:22, 27:16, 62:24, 68:8
**handed** [1] - 116:23
**handle** [6] - 66:11, 73:25, 74:10, 114:21, 126:22
**handled** [1] - 74:9
**handling** [1] - 28:11
**handwritten** [6] - 25:7, 28:12, 29:25, 30:2, 31:12, 36:25
**happily** [1] - 47:5
**happy** [14] - 11:9, 21:4, 21:14, 29:3,

30:23, 33:2, 38:1, 41:8, 43:1, 45:16, 45:22, 87:14, 128:14
**Happy** [1] - 11:10
**hard** [5] - 33:3, 35:1, 75:15, 75:20, 75:21
**Harry** [1] - 120:19
**HARRY** [1] - 10:1
**HAS** [1] - 10:5
**hash** [1] - 106:15
**hate** [4] - 48:12, 104:7, 104:10, 104:25
**HAYCRAFT** [5] - 3:9, 13:25, 68:1, 68:4, 110:20
**Haycraft** [4] - 14:13, 17:6, 18:13, 67:18
**Haycraft's** [1] - 67:17
**Hayward** [2] - 38:20, 38:21
**HB406** [1] - 6:10
**head** [2] - 17:25, 117:24
**heading** [1] - 80:19
**heads** [1] - 55:20
**hear** [11] - 20:3, 20:5, 41:6, 45:16, 45:22, 84:5, 91:20, 108:4, 108:16, 119:16, 126:17
**heard** [7] - 15:23, 16:4, 19:24, 66:21, 100:23, 104:1, 107:10
**HEARD** [1] - 1:12
**HEATHER** [1] - 6:7
**helicopter** [2] - 109:5, 110:2
**hello** [1] - 66:4
**help** [4] - 23:22, 70:16, 92:10, 127:21
**helpful** [4] - 32:11, 39:8, 79:11, 120:2
**Herbsaint** [2] - 124:14, 124:21
**HERE........** [1] - 10:9
**hereby** [1] - 129:20
**HERMAN** [41] - 1:16, 1:17, 18:9, 18:12, 38:9, 38:18, 39:1, 39:7, 40:8, 40:21, 40:23, 42:5, 42:8, 44:4, 45:6, 46:22, 47:6, 48:15, 49:4, 51:13, 63:10, 64:23, 65:8, 66:15, 90:9, 90:17, 90:24, 114:15, 115:24, 123:5, 124:12, 125:6, 125:21,

126:6, 126:16, 127:19, 128:16, 128:21, 129:2, 129:4
**Herman** [26] - 18:7, 18:24, 37:1, 37:16, 38:8, 38:9, 41:21, 42:3, 44:3, 44:4, 45:16, 47:4, 47:6, 50:13, 51:13, 63:3, 63:9, 63:10, 64:12, 64:24, 66:15, 90:9, 111:5, 114:14, 114:15, 126:6
**Herman's** [1] - 64:10
**hesitation** [1] - 90:10
**hidden** [2] - 22:1, 92:20
**hide** [1] - 37:4
**high** [1] - 101:5
**highlighted** [1] - 128:19
**highly** [2] - 47:15, 55:18
**Himmelhoch** [1] - 59:4
**HIMMELHOCH** [7] - 2:9, 59:4, 59:7, 59:12, 59:18, 59:21, 60:3
**hiring** [2] - 81:11, 109:4
**HIS** [1] - 10:5
**history** [1] - 61:6
**hitch** [1] - 91:1
**hitches** [1] - 91:8
**hold** [5] - 24:13, 72:19, 85:21, 109:1
**HOLDINGS** [3] - 2:20, 3:7, 4:20
**hole** [1] - 25:19
**honestly** [1] - 105:22
**Honor** [141] - 11:22, 12:9, 12:14, 13:2, 13:9, 13:20, 14:1, 14:8, 14:12, 15:2, 15:5, 15:11, 15:13, 15:17, 16:3, 16:11, 16:13, 16:21, 17:19, 18:21, 19:6, 20:9, 20:10, 21:15, 21:24, 26:7, 28:18, 28:25, 29:20, 32:12, 32:22, 33:8, 33:14, 34:10, 35:7, 36:17, 38:12, 38:16, 38:23, 39:1, 40:23, 40:24, 41:10, 42:5, 42:11, 43:10, 44:10, 45:10, 45:15, 46:22, 49:7, 49:21, 50:1, 50:6, 50:21,

52:12, 52:21, 53:21, 54:6, 57:12, 57:25, 58:3, 59:4, 60:22, 61:5, 62:2, 62:15, 63:1, 64:9, 64:19, 65:23, 66:5, 68:10, 68:22, 72:18, 72:23, 73:18, 73:25, 74:5, 74:20, 75:7, 75:23, 76:11, 77:13, 78:23, 79:9, 79:18, 80:3, 80:4, 80:21, 81:4, 82:14, 82:22, 83:18, 84:7, 86:3, 86:16, 87:12, 89:15, 90:18, 92:5, 93:13, 93:15, 93:16, 94:14, 96:24, 98:18, 102:20, 103:13, 104:24, 106:25, 107:12, 107:17, 108:9, 108:20, 109:12, 110:10, 111:6, 112:4, 112:8, 112:18, 114:15, 116:1, 116:21, 117:19, 118:16, 118:24, 120:5, 120:17, 121:16, 121:23, 122:23, 123:5, 123:10, 124:7, 124:9, 124:12, 125:6, 125:15, 129:8, 129:10
**Honor's** [3] - 48:24, 115:20, 126:7
**HONORABLE** [1] - 1:12
**hope** [2] - 27:9, 129:6
**hopefully** [3] - 53:17, 54:4, 86:11
**hoping** [4] - 18:9, 35:21, 89:4, 116:3
**HORIZON** [8] - 1:4, 21:11, 48:9, 52:25, 53:4, 53:16, 54:25, 56:20
**horse** [1] - 74:2
**HORSE** [1] - 56:20
**hot** [1] - 96:21
**hotel** [3] - 92:11, 92:24, 93:4
**Hotel** [1] - 92:13
**hour** [21] - 69:11, 69:15, 102:4, 102:8, 102:11, 102:13, 102:14, 102:18, 103:5, 103:19, 104:21, 107:19,

108:15, 111:15,
111:16, 111:18,
119:2
**hours** [13] - 69:11,
69:15, 100:8,
100:21, 100:22,
100:25, 102:24,
103:4, 103:5,
105:20, 107:1,
111:12, 114:10
**HOUSTON** [4] - 4:4,
4:17, 5:13, 5:24
**Houston** [5] - 50:24,
52:14, 52:23, 54:19,
55:8
**HOUSTON.................
...................** [1] -
7:21
**huge** [1] - 62:17
**hundred** [1] - 49:21
**HZN** [1] - 40:2

**I**

**I.................................
..................** [1] - 9:12
**IAN** [1] - 8:11
**idea** [7] - 15:21, 18:25,
33:12, 55:12, 65:20,
111:10, 122:3
**identification** [1] -
59:1
**IDENTIFICATION** [1] -
7:23
**identified** [3] - 24:16,
89:18, 89:20
**identify** [3] - 34:12,
35:24, 37:19
**IIT** [5] - 22:10, 41:1,
41:3, 41:13, 41:16
**IL** [2] - 3:15, 5:16
**illustrate** [1] - 20:23
**illustrations** [1] - 39:7
**immediate** [1] - 32:20
**immediately** [1] - 53:3
**immunity** [1] - 77:11
**impact** [1] - 104:4
**importance** [2] -
56:13, 57:17
**important** [10] - 24:25,
25:2, 28:23, 31:5,
31:23, 33:16, 34:23,
104:5, 107:13,
112:23
**impossible** [1] - 49:8
**impression** [1] - 16:18
**improve** [1] - 94:7
**IN** [5] - 1:4, 1:5, 7:21,
9:15, 10:7

**inadequate** [1] - 55:24
**inadvertent** [3] - 31:7,
32:9
**inartfully** [1] - 65:8
**Inc** [2] - 17:14, 42:22
**INC** [15] - 2:21, 2:22,
3:3, 3:4, 3:5, 3:6,
3:8, 3:21, 4:19, 4:20,
4:21, 4:22, 4:23,
4:24, 5:11
**incident** [1] - 26:17,
41:20, 41:21, 41:22,
43:15, 43:21, 45:4,
45:5, 45:20, 47:20,
47:23, 48:7, 50:18,
52:8, 52:9, 52:23,
53:3, 104:8, 113:1
**INCIDENT............** [1] -
7:14
**incidents** [1] - 47:12
**inclined** [1] - 109:11
**include** [1] - 106:15
**includes** [1] - 27:23
**including** [6] - 27:7,
31:5, 51:16, 61:8,
95:21, 108:7
**incorporates** [1] -
122:4
**incorrect** [2] - 103:14,
107:7
**increase** [1] - 66:9
**incredibly** [1] - 62:17
**indeed** [2] - 37:22,
82:17
**indefinitely** [1] - 35:19
**indicate** [1] - 23:11
**indicated** [5] - 23:9,
23:20, 30:8, 41:4,
53:18
**indicating)** [1] - 70:7
**individual** [3] - 70:12,
85:13, 103:20
**individuals** [2] -
54:16, 120:8
**indulgence** [2] -
18:22, 63:2
**inform** [1] - 33:4
**informal** [1] - 116:5
**informally** [1] - 32:25
**information** [17] -
23:21, 27:10, 28:24,
35:23, 44:13, 44:16,
45:17, 47:23, 50:9,
50:11, 81:14, 90:17,
90:19, 91:3, 96:14,
113:16, 128:14
**informed** [1] - 97:18
**Ingram** [4] - 86:15,
86:22, 87:8, 87:9
**INGRAM...................**

**.....................** [1] -
9:8
**injunctive** [1] - 66:21
**injury** [1] - 85:24
**innocent** [1] - 70:2
**input** [1] - 82:7
**insert** [1] - 70:20
**insist** [1] - 88:1
**insistent** [1] - 39:13
**INSPECT** [1] - 7:20
**inspect** [1] - 52:13
**inspection** [1] - 58:19
**instance** [4] - 30:2,
31:20, 32:4, 47:15
**instead** [6] - 26:2,
26:13, 27:20, 38:17,
117:3, 117:14
**instructions** [1] -
95:22
**intelligent** [1] - 55:12
**intend** [3] - 61:9,
65:20, 92:23
**intending** [1] - 71:17
**intensive** [2] - 41:5,
41:18
**intentionally** [1] - 31:9
**interest** [1] - 114:7
**interested** [1] - 120:21
**interesting** [1] - 25:17
**INTERESTS** [2] - 2:7,
2:17
**interject** [1] - 63:25
**internal** [1] - 41:3
**internally** [1] - 39:13
**INTERNATIONAL** [2] -
3:17, 4:23
**interplay** [1] - 100:19
**interrogatories** [2] -
62:18, 62:24
**interrogatory** [1] -
125:24
**interrupt** [1] - 69:1
**interval** [1] - 75:8
**interview** [1] - 40:8
**introduction** [2] -
21:17, 21:19
**INVESTIGATION** [2] -
7:14, 7:16
**investigation** [9] -
41:3, 43:14, 43:19,
43:20, 43:22, 44:2,
46:1, 47:19, 117:25
**investigative** [2] -
49:10, 49:12
**invitation** [1] - 48:24
**invite** [1] - 115:1
**invocation** [3] - 70:9,
71:7, 71:13
**invoke** [1] - 70:14,

71:17
**invoked** [2] - 69:19,
71:5
**involve** [1] - 114:24
**involved** [4] - 27:7,
100:1, 107:13,
114:22
**involvement** [1] -
100:19
**involves** [2] - 109:4,
115:18
**involving** [1] - 82:10
**iPads** [1] - 96:3
**IRPINO** [2] - 2:3, 2:3
**Irpino** [1] - 47:4
**IS** [1] - 10:10
**Isaac** [3] - 11:20, 12:6,
12:17
**ISAAC** [7] - 11:22,
11:24, 12:8, 12:19,
12:23, 13:2, 13:4
**ISAAK** [1] - 6:3
**ish** [1] - 79:25
**isolation** [1] - 39:16
**issuance** [4] - 77:22,
79:22, 89:4, 90:6
**ISSUE** [1] - 7:23
**issue** [56] - 14:2, 15:7,
15:17, 15:21, 15:23,
20:17, 20:20, 20:21,
23:5, 26:15, 29:1,
29:19, 36:4, 36:25,
39:17, 42:1, 43:14,
45:11, 46:4, 48:16,
51:3, 54:9, 55:21,
55:23, 56:1, 58:13,
59:1, 60:12, 61:20,
62:16, 65:3, 65:9,
65:10, 66:7, 66:11,
66:25, 67:17, 69:4,
69:22, 75:15, 80:6,
81:7, 85:12, 90:6,
94:4, 94:11, 98:19,
103:24, 109:24,
113:7, 113:13,
115:10, 115:18,
122:7, 128:6
**ISSUE......................
............** [1] - 7:11
**issued** [5] - 60:21,
80:24, 81:20, 82:13,
87:14
**ISSUES** [1] - 7:22
**issues** [31] - 14:1,
22:4, 22:24, 27:22,
28:17, 30:25, 37:13,
38:2, 38:5, 38:10,
39:4, 51:7, 58:24,
60:5, 63:13, 63:24,
70:25, 73:18, 82:10,

84:25, 85:5, 96:23,
97:19, 104:5, 104:8,
113:17, 114:25,
116:8, 118:6, 124:25
**issuing** [1] - 77:25
**IT** [1] - 94:17
**ITEMS** [1] - 7:3
**Ithaca** [1] - 76:20
**itself** [4] - 12:11,
43:22, 44:9, 52:4

**J**

**J-A-S-S-A-L** [1] - 72:3
**JACKSON** [1] - 5:11
**James** [3] - 13:23,
86:15, 86:22
**JAMES** [3] - 4:15, 7:8,
9:8
**January** [2] - 27:14,
41:2
**Japan** [1] - 126:10
**JASSAL** [1] - 71:25
**Jassal** [7] - 68:21,
71:24, 72:1, 72:2,
72:3, 76:12
**JASSAL......................
........................** [1] -
8:6
**jealous** [2] - 13:3, 15:4
**JEFFERSON** [1] -
1:24
**JEFFREY** [1] - 6:3
**JENNY** [1] - 3:22
**JEREMY** [1] - 8:7
**job** [3] - 23:24, 49:4,
67:19
**John** [4] - 78:24,
80:23, 81:3, 106:4
**JOHN** [2] - 8:14, 8:16
**Johnson** [2] - 83:8,
83:14
**JOHNSON.................
...........................** [1] -
8:24
**JOHNSON.................
...........................** [1] -
8:21
**join** [1] - 62:7
**JONES** [1] - 5:7
**journal** [3] - 25:16,
29:19, 29:25
**journals** [4] - 25:7,
28:13, 30:2, 36:25
**JR** [1] - 5:12
**Judge** [29] - 46:18,
56:22, 57:2, 57:5,
57:7, 57:20, 57:24,
59:13, 59:19, 59:23,

67:1, 69:1, 69:22, 71:2, 77:4, 78:4, 79:1, 79:13, 82:3, 95:11, 104:18, 104:22, 110:4, 113:13, 114:3, 114:18, 124:3, 124:19, 126:20
**JUDGE** [3] - 1:12, 10:5, 10:11
**judge** [9] - 58:13, 58:18, 71:1, 88:12, 93:21, 93:24, 103:25, 108:1, 124:18
**JULY** [1] - 10:7
**July** [64] - 12:3, 12:8, 12:11, 12:12, 12:18, 13:7, 13:13, 13:17, 15:22, 16:1, 16:12, 17:2, 31:4, 31:16, 34:1, 43:1, 65:5, 65:16, 65:19, 66:8, 71:21, 71:22, 72:6, 72:15, 74:1, 74:13, 74:25, 76:23, 76:24, 77:13, 77:17, 77:20, 83:3, 83:4, 83:6, 83:8, 83:10, 83:12, 83:14, 84:2, 84:8, 84:11, 84:13, 84:18, 84:19, 85:25, 86:1, 86:7, 86:18, 87:1, 87:2, 87:9, 89:3, 89:6, 97:5, 97:8, 97:9, 97:21, 117:3, 117:15, 121:4, 125:8
**jumped** [1] - 24:17
**juncture** [1] - 50:10
**June** [26] - 19:12, 60:15, 60:16, 60:20, 61:2, 75:4, 75:5, 75:10, 75:15, 76:6, 84:2, 84:9, 94:15, 94:16, 117:23, 118:2, 118:8, 118:10, 118:21, 118:22, 121:3, 124:23, 125:8, 125:10
**JUNE** [2] - 10:6, 10:7
**jurisdictional** [1] - 18:17
**JUSTICE** [2] - 2:7, 2:13
**Justice** [2] - 17:8, 42:21
**justify** [1] - 37:21

## K

**K&E** [1] - 96:4
**Kal** [3] - 72:1, 72:2, 72:3
**Kaluza** [4] - 12:2, 12:7, 12:18, 12:22
**KALUZA** [1] - 7:5
**Kat** [2] - 96:14, 126:20
**KATY** [1] - 5:19
**KATZ** [1] - 1:16
**keep** [7] - 33:22, 45:23, 50:23, 76:5, 96:15, 107:14
**keeps** [2] - 20:20, 27:19
**KENNEALY** [1] - 6:7
**kept** [1] - 31:13
**kickback** [1] - 48:8
**kidding** [3] - 29:12, 106:6, 106:7
**kill** [1] - 97:12
**killed** [1] - 117:8
**kind** [34] - 18:12, 19:23, 25:17, 25:18, 28:7, 30:13, 31:19, 32:25, 33:4, 37:11, 42:3, 44:23, 45:2, 48:7, 54:24, 55:4, 78:3, 80:10, 80:11, 80:14, 80:18, 84:8, 92:8, 92:10, 115:7, 119:19, 119:22, 120:24, 122:9, 126:4, 126:10, 126:20, 126:21, 127:20
**kindly** [2] - 94:20, 102:9
**KIRKLAND** [1] - 3:12
**knock** [1] - 56:13
**knowing** [3] - 31:21, 49:20, 100:22
**knowledge** [4] - 63:17, 63:20, 101:7, 115:12
**knowledgeable** [1] - 100:12
**known** [1] - 25:23
**knows** [2] - 71:4, 100:7
**KRAUS** [1] - 6:6
**Kuchler** [2] - 95:15, 112:11
**KUCHLER** [32] - 4:8, 4:9, 11:14, 58:13, 69:22, 70:6, 70:16, 71:9, 71:11, 71:19, 71:21, 71:23, 84:18,

95:14, 96:1, 96:13, 101:23, 102:1, 102:16, 103:25, 104:16, 105:10, 105:13, 105:21, 105:24, 106:22, 110:25, 113:13, 119:6, 119:14, 125:22, 126:3
**Ky** [1] - 126:8

## L

**L.L.C** [1] - 4:15
**L.P** [1] - 5:7
**LA** [9] - 1:18, 1:25, 2:5, 2:24, 3:11, 3:19, 4:10, 5:9, 6:10
**Labor** [4] - 80:12, 80:13, 80:19, 112:6
**Laborde** [3] - 109:10, 109:24
**LAFAYETTE** [1] - 1:25
**laid** [1] - 80:7
**LAMAR** [2] - 4:4, 8:15
**Lamar** [1] - 79:19
**LANE** [1] - 5:18
**Lane** [1] - 99:20
**Langan** [4] - 16:3, 17:7, 26:17, 26:18, 61:5, 73:3, 85:10, 96:24, 102:20, 109:12, 112:4, 112:20, 114:5, 124:7
**LANGAN** [123] - 3:13, 16:3, 16:8, 16:11, 17:7, 17:19, 17:24, 18:2, 18:5, 18:21, 18:24, 42:11, 42:14, 42:17, 42:19, 52:17, 52:19, 60:11, 61:5, 61:18, 62:2, 62:4, 62:11, 63:1, 64:5, 64:9, 64:19, 65:23, 67:17, 68:10, 72:1, 72:3, 72:6, 72:9, 72:13, 73:18, 73:23, 74:19, 74:25, 75:3, 75:7, 75:13, 75:19, 75:24, 76:4, 76:11, 76:15, 76:17, 76:19, 76:23, 77:2, 77:6, 77:13, 77:19, 77:23, 78:2, 78:8, 78:20, 80:4, 80:17, 80:21, 85:8, 85:10, 85:19, 85:24, 86:3, 86:7, 86:10, 88:9, 88:12, 91:13, 91:16, 91:25, 92:2, 92:5, 92:18,

93:2, 93:8, 93:11, 93:13, 94:14, 94:18, 95:2, 95:8, 96:24, 97:7, 97:9, 97:11, 102:20, 103:3, 103:8, 103:16, 109:6, 109:12, 109:19, 110:1, 110:4, 110:8, 112:4, 113:9, 116:21, 116:25, 117:6, 117:10, 117:13, 121:23, 122:3, 122:15, 122:17, 122:23, 123:4, 123:10, 123:14, 123:17, 123:19, 123:22, 123:25, 124:7, 124:15, 125:15, 128:3, 128:6, 129:8
**language** [2] - 127:17, 128:17
**laptop** [1] - 96:4
**large** [19] - 21:13, 29:3, 29:5, 29:7, 29:19, 29:20, 30:8, 30:24, 31:20, 33:7, 35:11, 35:20, 38:2, 39:20, 40:17, 41:8, 41:9, 63:7, 124:24
**LARGE** [26] - 1:23, 21:15, 21:17, 21:24, 24:7, 24:15, 25:4, 25:16, 26:25, 27:3, 27:6, 28:2, 28:6, 28:18, 32:22, 33:8, 33:10, 33:14, 33:23, 34:10, 34:22, 35:21, 36:17, 37:16, 38:3, 41:10
**Large** [3] - 21:18, 22:20, 41:10
**large's** [1] - 35:8
**largely** [2] - 22:1, 112:25
**LASALLE** [1] - 3:15
**last** [21] - 11:25, 14:1, 21:1, 26:16, 28:12, 40:17, 60:5, 60:19, 65:2, 80:25, 96:20, 97:7, 110:15, 110:18, 110:21, 114:18, 115:6, 118:21, 124:17, 124:22, 126:8
**late** [13] - 20:5, 25:5, 25:6, 27:23, 28:14, 34:13, 36:2, 36:20, 37:20, 37:22, 84:2,

93:6
**latest** [1] - 21:25
**LATHAM** [1] - 5:15
**laughingly** [1] - 110:17
**launch** [1] - 54:19
**launches** [1] - 54:20
**LAW** [5] - 2:3, 5:18, 5:22, 119:4, 121:11
**lawyer** [2] - 70:21, 81:16
**lawyer's** [1] - 25:23
**lawyers** [2] - 50:14, 64:11
**lead** [1] - 51:23
**leading** [2] - 108:12, 108:14
**leak** [1] - 65:15
**learn** [1] - 23:22
**learned** [2] - 24:16, 24:18
**least** [9] - 40:12, 47:8, 47:13, 47:25, 64:12, 65:16, 73:10, 109:22, 115:11
**leave** [5] - 110:14, 110:16, 110:19, 110:22, 128:25
**leaves** [1] - 68:11
**LeBleu** [1] - 106:4
**LEE** [1] - 5:11
**length** [1] - 124:14
**lengthy** [2] - 11:17, 80:19
**less** [5] - 33:20, 38:13, 95:19, 104:6, 114:8
**letter** [4] - 23:2, 33:19, 88:20, 113:14
**letters** [1] - 100:18
**letting** [1] - 55:16
**level** [1] - 101:5
**LEWIS** [2] - 3:8, 4:15
**LEXINGTON** [3] - 5:5
**liability** [3] - 18:18, 63:24, 104:5
**LIAISON** [1] - 1:16
**light** [5] - 15:20, 55:24, 62:7, 85:4, 118:3
**likely** [2] - 53:13, 67:8
**limit** [2] - 47:11, 62:13
**limitation** [5] - 65:12, 65:13, 66:17, 66:19, 128:3
**LIMITED** [1] - 3:7
**Limited** [2] - 17:14, 42:22
**limited** [3] - 18:14, 44:19, 63:4
**limits** [1] - 125:24

**Lindner** [4] - 96:25, 97:1, 97:5, 97:17
**Lindner's** [1] - 97:19
**line** [3] - 19:5, 109:2, 118:13
**lines** [4] - 39:20, 47:11, 69:25, 70:1
**LISKOW** [1] - 3:8
**list** [32] - 23:8, 31:15, 39:25, 40:10, 40:13, 58:17, 73:20, 74:1, 74:8, 78:7, 78:13, 85:21, 88:17, 89:8, 89:10, 89:24, 90:1, 90:3, 90:11, 91:23, 93:9, 93:10, 96:15, 118:14, 121:2, 121:18, 122:3, 122:8, 122:9, 122:18, 123:17, 124:1
**listed** [3] - 72:23, 85:14, 99:23
**listen** [1] - 47:5
**listing** [2] - 123:7, 123:8
**LISTS** [1] - 10:2
**lists** [4] - 23:3, 89:18, 121:20, 123:10
**literally** [1] - 55:19
**litigants** [1] - 127:8
**litigation** [5] - 16:25, 27:7, 32:18, 34:8, 109:2
**LITIGATION..............
............** [1] - 9:14
**little's** [1] - 76:1
**LITTLE......................
...................** [1] -
8:11
**live** [1] - 58:9
**LLC** [4] - 2:20, 4:8, 4:20, 4:21
**location** [1] - 54:11
**log** [6] - 44:18, 44:19, 45:2, 45:20, 59:1, 96:14
**LOG** [1] - 7:23
**log-in** [1] - 96:14
**logging** [1] - 45:14
**logical** [1] - 54:9
**logs** [1] - 31:12
**London** [18] - 38:11, 38:17, 76:2, 76:3, 90:25, 91:6, 92:15, 92:25, 95:24, 96:7, 96:17, 96:18, 111:7, 120:23, 124:25, 125:2, 125:9, 125:10
**LONDON...................**

.............................** [1]
- 9:11
**look** [44] - 12:10, 19:4, 19:15, 19:22, 19:23, 25:16, 26:13, 26:14, 28:6, 29:4, 30:7, 33:5, 35:6, 37:20, 40:2, 46:16, 50:23, 53:8, 53:12, 54:3, 55:3, 55:12, 55:14, 55:16, 56:5, 56:6, 63:25, 64:4, 64:6, 64:20, 67:5, 67:11, 67:13, 73:16, 75:4, 84:4, 89:6, 92:24, 106:8, 112:12, 122:15
**looked** [7] - 19:17, 33:3, 33:7, 53:2, 53:24, 74:23, 89:11
**looking** [15] - 19:7, 19:13, 30:17, 31:3, 51:20, 53:16, 54:19, 55:10, 62:12, 71:24, 72:20, 86:14, 97:4, 112:15
**looks** [7] - 11:15, 12:12, 25:18, 77:1, 77:5, 84:8, 117:17
**loop** [1] - 59:24
**LOOSELY** [1] - 7:15
**loosely** [1] - 44:1
**LOUISIANA** [3] - 1:1, 1:7, 4:17
**Louisiana** [2] - 129:19, 129:20
**love** [1] - 98:25
**LP** [1] - 4:7
**lunch** [2] - 124:13, 124:14
**LUNCH** [1] - 10:10
**Luxton** [2] - 97:16, 104:24
**LUXTON** [21] - 4:16, 97:14, 97:16, 98:6, 98:10, 98:13, 98:16, 104:24, 105:7, 105:11, 105:18, 106:2, 106:10, 106:25, 107:3, 107:6, 107:8, 119:12, 119:18, 119:20, 119:24
**Lynch** [2] - 112:24, 113:7

# M

**M-E-I-N-H-A-R-D** [1] -

86:24
**M-I** [3] - 96:22, 96:25, 102:9
**M-I-C-A-H** [1] - 86:9
**M-I-............................
........................** [1] -
9:12
**ma'am** [7] - 11:14, 11:19, 13:18, 55:11, 69:20, 87:11, 104:16
**Macondo** [3] - 49:14, 49:18, 50:15
**MAGISTRATE** [1] -
1:12
**magistrate** [1] - 36:2
**Magnetics** [1] - 76:17
**MAGNETICS** [1] - 8:13
**mail** [16] - 11:25, 26:18, 26:19, 27:13, 33:2, 35:1, 35:5, 39:21, 79:11, 81:10, 91:5, 99:1, 99:23, 107:1, 120:14, 122:1
**mailed** [2] - 92:9, 92:12
**mails** [3] - 32:13, 106:22, 126:8
**main** [2] - 50:21, 128:19
**Major** [1] - 81:9
**major** [1] - 108:11
**MAJOR** [1] - 3:23
**majority** [1] - 28:8
**man** [3] - 20:16, 70:2, 72:14
**MANAGEMENT** [1] -
4:19
**management** [3] -
47:11, 65:4, 65:21
**manager** [1] - 119:7
**mandated** [1] - 51:16
**MANGES** [1] - 4:24
**manipulate** [1] -
122:22
**manpower** [1] - 89:13
**Mansfield** [1] - 13:23
**MANSFIELD** [1] - 7:8
**map** [1] - 92:24
**MARINE** [4] - 4:21, 4:22, 4:22, 5:3
**mark** [3] - 38:15, 40:24, 76:9
**MARK** [2] - 3:13, 7:7
**Mark** [10] - 28:16, 28:20, 28:25, 31:3, 34:11, 34:19, 36:7, 37:7, 38:7, 38:24
**marked** [1] - 122:2
**marker** [1] - 113:2
**Martin** [1] - 76:14

**MARTIN** [1] - 8:12
**MARTINEZ** [1] - 3:22
**marvelous** [1] - 67:18
**MARY** [1] - 5:15
**masses** [1] - 117:11
**MASTER** [1] - 10:2
**master** [3] - 67:10, 90:11, 121:20
**material** [3] - 34:15, 36:2, 49:15
**materials** [2] - 23:3, 43:16
**matter** [8] - 19:20, 24:25, 50:14, 65:25, 77:11, 87:5, 109:6, 129:21
**matters** [1] - 18:8
**MAY** [5] - 1:7, 7:9, 10:5, 10:10, 11:2
**maze** [1] - 12:4
**MAZE** [15] - 2:17, 12:5, 12:11, 60:10, 60:13, 61:22, 68:22, 84:13, 85:17, 97:6, 97:8, 98:2, 118:7, 118:9, 120:9
**MCCUTCHEN** [1] -
4:12
**McKay** [3] - 79:19, 79:20, 79:24, 80:1
**MCKAY.........................
.........................** [1] -
8:15
**MDL** [1] - 5:22
**mean** [23] - 11:11, 16:20, 20:6, 25:21, 28:21, 31:1, 34:17, 36:6, 37:3, 37:4, 54:18, 56:10, 62:9, 64:15, 72:9, 74:10, 78:12, 92:7, 95:9, 102:24, 105:15, 106:2, 109:15
**means** [1] - 19:17
**meant** [1] - 78:5
**meantime** [1] - 126:23
**measures** [1] - 55:23
**MECHANICAL** [1] -
6:12
**mediation** [1] - 115:5
**meet** [5] - 29:6, 29:8, 29:10, 30:24, 44:6
**meeting** [1] - 11:17
**meetings** [1] - 24:16
**meets** [1] - 52:5
**Meinhard** [4] - 86:15, 86:23, 86:24, 87:10
**MEINHARD.................
..........................** [1] -
9:9

**MEMBERS** [1] - 1:20
**memo** [1] - 91:12
**memorialization** [1] -
106:18
**memorialize** [1] -
106:23
**mention** [3] - 13:10, 67:7, 112:5
**mentioned** [2] - 43:11, 122:23
**Merit** [1] - 129:19
**merits** [1] - 65:10
**mess** [1] - 74:23
**messenger** [4] -
97:11, 97:13, 117:4, 117:8
**met** [1] - 53:2
**metadata** [1] - 23:20
**METHOFF** [1] - 5:22
**Mexico** [4] - 47:12, 47:14, 47:24, 48:4
**MEXICO** [1] - 1:5
**MI** [11] - 4:15, 96:23, 97:16, 101:12, 104:24, 105:1, 105:11, 105:21, 107:20, 111:17, 119:13
**mic** [2] - 17:16, 125:19
**Micah** [1] - 86:8
**MICHAEL** [1] - 2:8
**Michael** [1] - 95:4
**might** [32] - 11:16, 15:21, 19:19, 28:22, 35:15, 39:24, 44:8, 44:12, 44:13, 44:17, 46:20, 46:25, 47:11, 49:24, 63:21, 66:18, 66:21, 67:7, 70:16, 76:13, 84:5, 95:12, 95:24, 96:8, 98:1, 104:3, 114:6, 114:12, 115:21, 118:5, 120:15
**Mike** [9] - 19:18, 38:22, 64:4, 72:23, 89:13, 92:5, 95:21, 96:12, 111:1
**million** [2] - 29:22, 39:10
**millions** [1] - 27:4
**mind** [8] - 13:16, 27:23, 44:17, 45:4, 90:13, 107:3, 118:11, 127:16
**mindful** [1] - 88:2
**mine** [1] - 32:1
**minor** [3] - 84:25, 85:12, 116:8
**minute** [3] - 28:12,

68:14, 79:17
**minutes** [44] - 51:5,
100:24, 101:15,
101:20, 101:22,
101:23, 102:1,
102:2, 102:3,
102:12, 102:13,
103:19, 104:3,
104:15, 105:1,
105:3, 105:12,
105:13, 105:17,
106:4, 106:10,
106:11, 107:15,
109:11, 109:17,
109:20, 110:7,
110:12, 110:14,
111:15, 111:16,
111:17, 111:18,
115:9, 115:14,
115:17, 119:2,
119:10, 119:13,
121:19, 126:18
**miscellaneous** [2] -
115:7, 115:16
**misimpression** [1] -
108:10
**misinterpretations** [1]
- 24:17
**mislabeled** [1] - 85:16
**missed** [3] - 15:10,
32:6, 127:14
**Mississippi** [2] -
97:19, 98:15
**missteps** [2] - 31:7
**misunderstanding** [1]
- 87:18
**Mitsui** [1] - 126:10
**MOBILE** [1] - 1:21
**modest** [1] - 92:14
**MOECO** [1] - 126:10
**MOEX** [6] - 4:7, 4:8,
17:9, 67:8, 104:9,
113:15
**moment** [1] - 79:2
**Monday** [7] - 32:7,
61:22, 93:1, 108:8,
108:16, 108:17,
121:1
**monition** [1] - 128:3
**monitors** [1] - 54:1
**MONTGOMERY** [1] -
2:18
**month** [5] - 22:3,
24:16, 96:8, 117:17,
118:9
**months** [4] - 26:4,
80:9, 100:13, 106:22
**mood** [1] - 119:11
**Morel** [1] - 13:6
**MOREL**......................

.................... [1] -
7:6
**Morgan** [2] - 86:4,
86:6
**MORGAN** [1] - 4:15
**MORGAN**.................
.......................... [1] -
9:6
**morning** [22] - 11:8,
11:17, 12:4, 12:5,
15:14, 15:15, 32:14,
38:8, 45:9, 57:2,
57:4, 59:3, 59:6,
59:8, 61:23, 66:5,
81:9, 93:1, 95:12,
97:15, 97:16, 112:18
**most** [12] - 19:20,
22:12, 22:16, 28:13,
31:5, 34:23, 48:22,
57:19, 67:25, 104:3,
121:3
**motion** [3] - 19:9,
59:8, 110:5
**move** [7] - 15:21,
16:19, 19:7, 97:1,
124:5, 124:16
**moved** [2] - 79:5,
124:3
**MOVED** [1] - 10:5
**moving** [5] - 46:23,
58:23, 116:21,
119:1, 127:20
**MR** [420] - 8:6, 9:3,
9:4, 9:6, 9:7, 9:13,
9:22, 9:23, 9:24,
11:22, 11:24, 12:5,
12:8, 12:11, 12:14,
12:19, 12:23, 13:2,
13:4, 13:9, 13:18,
13:20, 13:25, 14:8,
14:12, 15:2, 15:5,
15:11, 15:13, 15:15,
16:1, 16:3, 16:8,
16:11, 17:7, 17:18,
17:19, 17:22, 17:24,
17:25, 18:2, 18:5,
18:9, 18:12, 18:21,
18:24, 19:6, 19:19,
20:2, 20:5, 20:8,
20:10, 20:14, 20:16,
21:15, 21:17, 21:24,
24:7, 24:15, 25:4,
25:16, 26:25, 27:3,
27:6, 28:2, 28:6,
28:18, 28:25, 29:10,
29:13, 29:18, 32:12,
32:22, 33:8, 33:10,
33:14, 33:23, 34:10,
34:22, 35:7, 35:15,
35:21, 36:17, 37:9,

37:16, 38:1, 38:3,
38:9, 38:16, 38:18,
38:23, 39:1, 39:7,
40:8, 40:21, 40:23,
40:24, 41:10, 42:5,
42:8, 42:11, 42:14,
42:17, 42:19, 43:6,
43:10, 44:4, 45:6,
45:10, 46:9, 46:14,
46:22, 47:6, 48:15,
49:4, 49:6, 50:1,
50:5, 51:13, 52:12,
52:17, 52:19, 52:20,
54:6, 55:11, 55:16,
56:4, 56:6, 56:14,
56:16, 56:19, 56:25,
57:2, 57:5, 57:11,
57:24, 57:25, 58:3,
58:5, 58:18, 58:22,
59:3, 60:10, 60:11,
60:13, 61:5, 61:18,
61:22, 62:2, 62:4,
62:11, 62:15, 62:25,
63:1, 63:10, 64:5,
64:9, 64:19, 64:23,
65:8, 65:23, 66:5,
66:13, 66:15, 67:1,
67:7, 67:17, 68:1,
68:4, 68:10, 68:22,
69:1, 69:8, 69:17,
69:20, 71:23, 72:1,
72:3, 72:6, 72:9,
72:13, 73:18, 73:23,
74:19, 74:25, 75:3,
75:7, 75:13, 75:19,
75:22, 75:24, 76:2,
76:4, 76:7, 76:11,
76:15, 76:17, 76:19,
76:23, 77:2, 77:4,
77:6, 77:8, 77:13,
77:19, 77:23, 78:2,
78:4, 78:8, 78:10,
78:15, 78:20, 78:23,
79:1, 79:3, 79:7,
79:8, 79:9, 79:12,
79:13, 79:18, 80:3,
80:4, 80:17, 80:21,
81:4, 81:18, 81:25,
82:3, 82:6, 82:8,
82:14, 82:19, 82:21,
82:24, 83:2, 83:5,
83:7, 83:9, 83:11,
83:13, 83:15, 83:18,
83:21, 83:24, 84:1,
84:6, 84:11, 84:13,
84:14, 84:16, 84:21,
84:25, 85:3, 85:8,
85:10, 85:12, 85:17,
85:18, 85:19, 85:24,
86:3, 86:7, 86:10,
86:16, 86:21, 86:23,

86:25, 87:1, 87:4,
87:6, 87:8, 87:11,
87:12, 87:16, 88:9,
88:12, 90:9, 90:17,
90:24, 91:13, 91:16,
91:25, 92:2, 92:5,
92:18, 93:2, 93:8,
93:11, 93:13, 93:14,
93:20, 94:10, 94:14,
94:18, 94:23, 95:2,
95:8, 96:24, 97:6,
97:7, 97:8, 97:9,
97:11, 97:14, 98:2,
98:6, 98:10, 98:16,
98:18, 98:24, 99:4,
99:9, 99:16, 100:4,
100:9, 101:17,
101:19, 101:21,
101:25, 102:2,
102:5, 102:10,
102:20, 103:3,
103:8, 103:13,
103:16, 103:18,
104:18, 104:22,
104:24, 105:7,
105:11, 105:18,
106:2, 106:10,
106:20, 106:25,
107:3, 107:6, 107:8,
107:12, 107:16,
107:22, 107:24,
108:9, 108:20,
109:6, 109:12,
109:19, 110:1,
110:4, 110:8,
110:15, 110:19,
110:20, 111:6,
111:14, 112:4,
112:18, 113:9,
114:3, 114:15,
115:24, 116:1,
116:17, 116:21,
116:25, 117:6,
117:10, 117:13,
117:19, 117:21,
118:7, 118:9,
118:16, 118:18,
118:21, 118:24,
119:9, 119:12,
119:18, 119:20,
119:24, 120:9,
120:12, 120:17,
121:16, 121:23,
122:3, 122:15,
122:17, 122:23,
123:4, 123:5,
123:10, 123:14,
123:17, 123:19,
123:22, 123:25,
124:7, 124:12,
124:15, 124:18,

125:6, 125:15,
125:17, 125:21,
126:6, 126:16,
127:19, 128:3,
128:6, 128:16,
128:21, 129:2,
129:4, 129:8
**MS** [48] - 11:14, 16:13,
17:4, 58:13, 59:4,
59:7, 59:12, 59:18,
59:21, 60:3, 69:22,
70:6, 70:16, 71:9,
71:11, 71:19, 71:21,
72:18, 72:23, 73:1,
84:18, 89:15, 89:17,
89:22, 95:14, 96:1,
96:13, 101:12,
101:15, 101:23,
102:1, 102:16,
103:25, 104:16,
105:10, 105:13,
105:21, 105:24,
106:3, 106:22,
108:1, 110:25,
113:13, 119:6,
119:14, 120:5,
125:22, 126:3
**MSRC** [1] - 99:20
**multiple** [3] - 46:4,
93:23, 108:24
**must** [2] - 75:17,
105:5

**N**

**Nalco** [2] - 99:20,
100:17
**NALCO** [1] - 5:15
**name** [6] - 72:15,
84:16, 86:8, 93:8,
93:10, 128:25
**named** [3] - 14:5,
17:5, 104:9
**names** [1] - 89:18
**naturally** [1] - 117:2
**nature** [1] - 35:19
**necessarily** [4] -
39:17, 41:5, 89:19,
96:10
**necessary** [8] - 34:15,
74:11, 79:22, 87:13,
87:17, 89:1, 89:3,
90:6
**need** [44] - 11:18,
12:3, 13:23, 29:2,
30:6, 31:6, 31:10,
34:1, 35:3, 35:10,
35:16, 35:24, 40:11,
40:13, 40:15, 40:18,
54:10, 59:22, 61:23,

70:4, 70:8, 74:20, 75:8, 77:24, 81:14, 87:25, 88:21, 90:8, 90:19, 96:4, 96:11, 101:3, 103:1, 103:2, 106:8, 109:21, 116:10, 116:22, 120:10, 120:18, 121:3, 122:18, 125:13

**needs** [4] - 13:6, 21:3, 82:10, 88:3

**negative** [4] - 49:13, 49:14, 49:17, 49:19

**never** [1] - 27:18

**New** [7] - 72:6, 72:15, 76:20, 76:21, 77:14, 82:19, 95:6

**new** [16] - 29:18, 30:16, 38:2, 53:19, 54:2, 55:21, 56:2, 56:6, 56:7, 56:10, 61:11, 68:3, 77:4, 93:4, 122:21, 125:24

**NEW** [11] - 1:7, 1:18, 2:5, 2:24, 3:11, 3:19, 4:10, 4:25, 5:5, 5:9, 6:10

**news** [1] - 59:15

**next** [41] - 16:9, 16:20, 17:3, 19:10, 20:6, 23:17, 32:4, 37:24, 40:1, 42:9, 50:18, 59:23, 60:2, 61:24, 61:25, 67:15, 71:20, 80:6, 82:2, 82:12, 84:23, 89:7, 90:16, 90:18, 91:8, 92:1, 106:15, 108:5, 112:6, 112:24, 112:25, 121:20, 122:4, 122:7, 122:11, 124:2, 124:21, 125:10, 126:13, 126:15

**NEXT** [1] - 10:10

**nice** [1] - 93:3

**Nick** [1] - 83:6

**NICK** [1] - 8:20

**night** [5] - 11:25, 25:8, 25:10, 25:12, 126:8

**NO** [1] - 1:6

**nobody** [1] - 113:25

**noise** [1] - 57:21

**NOMELLINI** [14] - 3:13, 28:25, 29:10, 29:13, 29:18, 32:12, 35:7, 35:15, 37:9, 38:1, 38:16, 38:23, 40:24, 84:21

**Nomellini** [6] - 28:25, 32:23, 33:24, 38:24, 40:21, 40:24

**Nomellini's** [1] - 41:12

**none** [4] - 27:7, 34:6, 34:7, 94:3

**nonprivileged** [1] - 44:13

**nooks** [1] - 46:5

**noon** [3] - 19:25, 20:2, 20:4

**normally** [1] - 69:14

**NORTH** [4] - 3:4, 3:5, 3:7, 3:8

**northerners** [1] - 77:9

**nosy** [1] - 95:13

**note** [6] - 75:18, 90:10, 96:20, 96:25, 97:4, 116:23

**notes** [2] - 31:12, 32:1

**nothing** [5] - 49:15, 49:22, 60:18, 80:15, 103:20

**notice** [3] - 33:19, 72:10, 73:5

**noticed** [2] - 14:2, 75:2

**November** [1] - 80:12

**NRC** [1] - 99:20

**Number** [5] - 28:10, 59:17, 60:14, 62:6, 86:22

**number** [12] - 20:24, 28:9, 62:18, 63:4, 69:4, 100:21, 114:19, 114:22, 126:24, 126:25, 128:23, 129:1

**NUMBER** [1] - 7:25

**numbered** [1] - 129:21

**numbers** [1] - 58:1

**NW** [1] - 4:13

**NY** [2] - 4:25, 5:5

**O**

**O'Brien's** [1] - 99:19

**O'BRIEN'S** [1] - 4:19

**o'clock** [1] - 25:12

**O'KEEFE** [1] - 1:17

**O'Rourke** [10] - 66:5, 68:22, 68:24, 69:2, 112:17, 112:18, 114:2, 114:3, 119:8, 125:16

**O'ROURKE** [13] - 2:14, 59:3, 66:5, 66:13, 69:1, 69:8, 69:17, 69:20, 77:8,

112:18, 114:3, 119:9, 125:17

**object** [3] - 36:8, 61:18, 105:11

**objected** [1] - 59:25

**objection** [1] - 89:23

**objections** [4] - 41:17, 93:23, 94:5, 106:5

**objects** [2] - 105:3, 106:6

**obligation** [2] - 24:24, 77:15

**observation** [1] - 88:5

**obtained** [1] - 73:13

**obviates** [1] - 40:15

**obviously** [10] - 19:22, 25:20, 37:4, 39:10, 58:9, 90:12, 108:13, 108:22, 113:9, 128:6

**occasion** [1] - 112:8

**occur** [2] - 49:18, 93:25

**occurred** [4] - 49:17, 54:12, 54:23, 122:20

**October** [1] - 80:12

**OF** [18] - 1:1, 1:5, 1:11, 2:7, 2:12, 2:13, 5:18, 7:9, 7:13, 7:15, 7:18, 8:3, 8:4, 9:15, 9:16, 9:17, 9:18, 10:2

**offended** [2] - 46:21, 49:4

**offer** [3] - 18:9, 119:19, 119:22

**office** [10] - 86:4, 86:11, 89:13, 91:6, 92:25, 97:17, 97:18, 98:11, 117:2

**Office** [1] - 126:24

**OFFICE** [2] - 2:17, 5:18

**officed** [1] - 57:12

**offices** [2] - 54:16, 92:10

**OFFICIAL** [1] - 6:9

**official** [1] - 33:10

**Official** [2] - 129:19, 129:24

**OFFSHORE** [3] - 2:21, 4:8, 4:20

**often** [1] - 29:7

**OIL** [2] - 1:4, 1:4

**oil** [2] - 65:14, 65:19

**old** [8] - 53:11, 53:12, 53:20, 56:3, 56:8, 56:15, 56:22, 84:1

**oldest** [1] - 68:9

**ON** [2] - 1:5, 10:2

**onboard** [1] - 100:10

**once** [5] - 12:21, 80:24, 104:8, 113:17, 129:1

**one** [105] - 19:9, 19:17, 21:1, 23:11, 23:15, 23:18, 24:1, 24:4, 24:10, 27:23, 28:9, 29:4, 29:20, 29:21, 32:23, 33:14, 33:15, 35:7, 36:3, 36:15, 37:1, 37:2, 38:10, 39:10, 39:15, 44:17, 47:17, 49:24, 50:24, 52:17, 53:4, 53:5, 53:12, 57:24, 58:10, 59:19, 59:21, 59:24, 60:25, 61:1, 61:2, 62:6, 62:16, 62:17, 62:21, 63:14, 63:23, 64:12, 67:13, 68:9, 68:13, 68:20, 68:23, 69:6, 69:8, 69:11, 69:15, 69:17, 70:18, 71:25, 72:23, 73:3, 74:9, 76:13, 77:6, 77:25, 79:23, 80:2, 81:9, 81:10, 84:10, 87:2, 87:4, 89:1, 93:15, 95:10, 96:4, 96:5, 96:25, 98:19, 102:18, 103:25, 105:3, 105:19, 108:22, 111:15, 111:25, 116:2, 116:22, 117:22, 118:7, 118:13, 120:18, 122:10, 123:11, 123:17, 123:24, 124:1, 125:9, 126:12, 126:23

**ONE** [3] - 2:4, 3:9, 5:23

**one's** [1] - 28:23

**one-day** [2] - 69:8, 69:11

**one-page** [1] - 111:25

**ones** [8] - 22:12, 31:5, 38:4, 67:8, 68:9, 99:22, 104:9, 128:19

**onsite** [1] - 104:14

**open** [3] - 112:14, 122:19, 125:19

**OPERATING** [1] - 7:20

**operating** [3] - 36:23, 47:24, 52:24

**Operating** [1] - 52:14

**operation** [1] - 53:13

**Opportunity** [1] - 114:20

**opportunity** [8] - 19:3, 19:15, 38:7, 42:14, 53:24, 63:3, 79:21, 103:1

**OPPORTUNITY.........**
**......................** [1] - 9:17

**oppose** [1] - 90:5

**opposition** [5] - 14:22, 14:24, 14:25, 20:1, 20:13

**option** [1] - 98:3

**oral** [1] - 124:8

**Order** [3] - 59:17, 103:4, 112:9

**order** [22] - 14:13, 15:18, 19:13, 19:16, 19:18, 59:9, 59:13, 59:21, 69:3, 69:6, 70:13, 71:16, 73:12, 75:7, 77:8, 78:2, 79:15, 80:7, 99:24, 115:5, 115:20, 126:8

**ORDER** [3] - 7:25, 9:15, 11:4

**order's** [1] - 114:10

**original** [4] - 60:19, 60:24, 105:15, 105:18

**ORLEANS** [9] - 1:7, 1:18, 2:5, 2:24, 3:11, 3:19, 4:10, 5:9, 6:10

**Orleans** [5] - 72:6, 72:15, 76:21, 77:14, 95:6

**otherwise** [4] - 43:21, 76:12, 93:24, 94:5

**ought** [6] - 77:25, 102:24, 102:25, 103:9, 110:9, 113:10

**ounce** [1] - 49:24

**ourselves** [1] - 48:11

**out-of-time** [1] - 128:2

**outline** [1] - 29:5

**outside** [3] - 22:2, 48:10, 109:9

**outstanding** [1] - 98:19

**overall** [1] - 30:23

**overlap** [3] - 62:10, 123:14, 123:15

**owe** [1] - 76:11

**own** [4] - 18:13, 51:18, 91:13, 91:15

**owned** [1] - 81:6

**P**

**p.m** [1] - 129:13

**P.O** [2] - 2:14, 5:19
**page** [2] - 78:25, 111:25
**PAGE** [1] - 7:3
**Page** [1] - 60:14
**pages** [4] - 23:3, 25:9, 29:22, 49:22
**pal** [1] - 107:25
**paper** [5] - 27:19, 28:11, 31:12, 31:17, 50:19
**paragraph** [1] - 48:2
**PARKWAY** [1] - 5:12
**part** [13] - 23:20, 26:1, 27:1, 27:25, 28:23, 33:23, 57:19, 65:13, 65:14, 66:18, 81:18, 102:11
**participants** [1] - 129:11
**participate** [2] - 125:4, 125:12
**participating** [1] - 71:16
**participation** [1] - 125:3
**particular** [11] - 31:24, 35:25, 36:1, 40:2, 43:20, 44:7, 47:15, 88:24, 99:13, 126:23, 127:9
**particularly** [2] - 12:14, 125:2
**partied** [1] - 17:14
**parties** [13] - 14:5, 46:2, 57:6, 69:13, 73:10, 76:11, 89:20, 90:20, 104:10, 108:6, 112:8, 120:20, 126:21
**partner** [1] - 82:18
**partners** [1] - 75:20
**parts** [1] - 127:20
**party** [11] - 15:9, 15:17, 16:23, 17:4, 17:9, 17:20, 17:22, 42:19, 42:20, 88:18, 120:19
**PARTY** [1] - 7:9
**pass** [2] - 17:16, 91:7
**passed** [2] - 109:24, 128:1
**passes** [2] - 91:22, 96:19
**past** [4] - 43:17, 53:11, 93:20, 112:5
**Paul** [9] - 12:1, 12:21, 15:15, 55:7, 86:15, 86:23, 86:24, 95:14, 117:21

**PAUL** [2] - 2:23, 9:9
**pay** [1] - 46:18
**PDF** [1] - 42:4
**pending** [1] - 16:25
**penthouse** [1] - 92:14
**people** [41] - 19:19, 21:10, 24:23, 27:12, 36:8, 41:16, 41:18, 47:14, 47:16, 47:24, 48:3, 51:2, 53:2, 53:14, 53:22, 58:2, 58:5, 58:6, 58:8, 70:24, 74:4, 82:17, 88:23, 89:9, 90:3, 92:3, 94:1, 94:17, 99:4, 100:14, 102:7, 103:11, 108:23, 112:25, 113:5, 113:22, 118:3, 120:22, 121:2, 127:13, 127:14
**Pepper** [5] - 11:16, 11:17, 129:18, 129:23, 129:23
**PEPPER** [1] - 6:9
**per** [1] - 106:11
**percent** [2] - 22:15, 23:1
**perfect** [2] - 32:17, 50:22
**perhaps** [11] - 20:23, 23:16, 29:3, 34:14, 39:8, 44:11, 64:7, 77:25, 97:24, 98:5, 115:20
**period** [2] - 32:7, 100:13
**person** [4] - 41:13, 50:24, 89:20, 124:21
**personal** [5] - 63:17, 75:14, 75:20, 85:24, 115:12
**PETROLEUM** [1] - 4:6
**Pharr** [2] - 83:21, 83:23
**PHARR** [2] - 8:25, 83:23
**phase** [11] - 61:7, 61:9, 61:15, 63:14, 63:23, 66:3, 66:11, 79:23, 89:1, 112:6, 122:10
**phone** [9] - 11:21, 13:25, 81:10, 104:25, 111:8, 125:4, 125:13, 128:14, 129:11
**photograph** [1] - 54:21
**photographer** [2] -

55:8, 58:6
**pick** [3] - 12:3, 82:12, 101:1
**picked** [1] - 100:21
**picking** [2] - 39:9, 82:5
**picks** [1] - 128:14
**picture** [1] - 114:17
**pictures** [6] - 53:12, 54:3, 55:17, 56:7, 56:9
**PIGMAN** [1] - 3:17
**piling** [1] - 57:8
**pitch** [1] - 108:7
**PLACE** [2] - 2:4, 5:8
**place** [1] - 15:19
**placed** [1] - 39:25
**placeholder** [2] - 42:25, 126:7
**plaintiff** [2] - 35:17, 110:8
**plaintiffs** [18] - 38:9, 44:4, 47:6, 57:16, 59:10, 63:10, 63:17, 63:20, 64:24, 65:11, 65:19, 81:7, 87:16, 90:9, 103:14, 110:8, 114:16, 126:6
**PLAINTIFFS'** [2] - 1:16, 1:19
**plaintiffs'** [3] - 66:19, 66:20, 110:11
**plan** [5] - 26:16, 45:18, 56:15, 100:18, 126:14
**planned** [1] - 45:21
**planning** [1] - 124:25
**plans** [2] - 81:20, 91:4
**play** [1] - 118:15
**player** [1] - 108:12
**pleaded** [1] - 114:25
**pleading** [2] - 15:19, 15:22
**pleadings** [2] - 17:11, 65:13
**plenty** [2] - 74:12, 102:24
**plug** [1] - 84:1
**plus** [2] - 58:5, 95:17
**point** [26] - 11:17, 14:17, 21:12, 23:16, 35:24, 37:18, 40:4, 40:10, 48:17, 62:8, 65:1, 65:2, 65:10, 67:2, 68:16, 74:21, 81:13, 89:24, 93:15, 107:2, 108:24, 112:5, 112:11, 119:25, 122:19, 127:25

**pointed** [1] - 22:5
**pointing** [1] - 39:3
**points** [1] - 38:22
**policy** [2] - 51:15, 108:12
**POLK** [1] - 4:8
**pop** [1] - 120:14
**portion** [1] - 70:22
**posed** [1] - 49:7
**position** [6] - 43:2, 66:19, 66:20, 108:2, 122:13, 127:7
**positively** [1] - 58:21
**possession** [1] - 25:23
**possible** [9] - 29:14, 29:15, 30:25, 32:8, 32:16, 38:13, 40:14, 90:14, 98:8
**possibly** [3] - 31:18, 41:17, 120:1
**post** [3] - 43:15, 45:19, 52:8
**POST** [1] - 7:14
**post-incident** [1] - 52:8
**POTE** [1] - 6:6
**potential** [3] - 89:19, 104:4, 104:5
**potentially** [1] - 12:7
**power** [3] - 91:13, 91:15
**POYDRAS** [4] - 2:24, 3:10, 4:10, 6:10
**practical** [1] - 58:1
**practice** [1] - 55:4
**pre** [1] - 103:21
**pre-event** [1] - 103:21
**precedential** [1] - 115:13
**prefer** [2] - 89:10, 107:14
**prejudice** [1] - 14:4
**preliminary** [1] - 89:17
**premise** [1] - 74:11
**prepare** [2] - 14:10, 122:8
**prepared** [4] - 57:15, 78:10, 82:9, 122:5
**preparing** [1] - 14:13
**presence** [1] - 94:6
**present** [3] - 39:16, 93:17, 102:16
**PRESENT** [1] - 6:3
**presented** [4] - 22:6, 23:2, 23:4, 70:25
**pressed** [1] - 75:20
**presumably** [1] - 21:10
**presuppose** [1] - 74:7

**PRETRIAL** [2] - 7:25, 9:15
**Pretrial** [3] - 59:16, 103:4, 112:9
**pretty** [4] - 29:22, 29:23, 67:24, 103:8
**previous** [2] - 23:12, 48:24
**previously** [3] - 20:23, 23:8, 87:24
**principal** [1] - 102:21
**principle** [1] - 47:10
**priority** [4] - 39:25, 58:17, 73:20, 122:18
**PRIVILEGE** [1] - 7:23
**privilege** [6] - 43:23, 43:24, 44:18, 44:19, 45:2, 59:1
**privileged** [3] - 43:23, 44:9, 44:12
**pro** [2] - 105:19, 127:8
**problem** [35] - 20:23, 21:3, 22:10, 22:11, 22:25, 24:9, 25:5, 25:15, 28:4, 28:8, 28:21, 31:19, 31:20, 33:25, 48:5, 48:11, 53:20, 55:13, 55:16, 57:21, 58:16, 58:21, 62:1, 63:9, 65:23, 65:24, 66:14, 82:12, 85:6, 85:9, 88:24, 88:25, 93:23, 96:13, 115:8
**problematical** [1] - 21:12
**problems** [7] - 19:24, 20:11, 22:6, 24:16, 26:3, 33:16, 96:11
**procedurally** [1] - 63:11
**procedures** [2] - 45:18, 51:19
**proceeding** [2] - 21:6, 21:20
**PROCEEDINGS** [3] - 1:11, 6:12, 11:1
**proceedings** [3] - 68:16, 129:13, 129:21
**process** [25] - 24:9, 24:12, 24:18, 24:19, 24:24, 24:25, 25:5, 26:1, 26:2, 27:9, 28:10, 29:15, 32:25, 34:12, 34:16, 34:19, 35:22, 36:11, 36:24, 44:7, 50:12, 80:7, 80:14, 115:5, 122:21
**produce** [7] - 23:11,

30:3, 51:15, 51:22, 77:15, 109:16, 117:13
**PRODUCED** [1] - 6:13
**produced** [8] - 20:23, 20:25, 23:8, 23:17, 27:24, 32:16, 45:13, 113:21
**producing** [2] - 29:14, 78:14
**product** [1] - 43:24
**PRODUCTION** [5] - 3:3, 3:6, 7:11, 7:15, 7:18
**production** [11] - 20:17, 21:5, 22:2, 22:19, 23:25, 25:5, 25:6, 27:23, 31:18, 43:25, 47:3
**PRODUCTS** [1] - 3:8
**progress** [3] - 68:10, 76:20, 87:25
**project** [5] - 45:12, 46:1, 46:11, 46:13
**prominent** [1] - 114:11
**prompted** [1] - 45:5
**promptly** [1] - 99:1
**pronoun** [1] - 50:24
**proper** [2] - 25:13, 37:5
**properly** [6] - 29:25, 30:2, 49:13, 49:14, 49:18, 49:19
**proportion** [1] - 103:10
**proposal** [2] - 17:1, 43:1
**propose** [2] - 15:24, 16:6
**PROPOSED** [1] - 7:25
**proposed** [7] - 19:16, 19:18, 59:16, 62:7, 117:3, 117:14, 128:17
**proposing** [1] - 59:23
**prorated** [2] - 69:10, 69:14
**prosecution** [1] - 70:3
**protect** [1] - 70:2
**protection** [1] - 59:22
**protects** [1] - 71:14
**protocol** [2] - 93:18, 94:8
**prove** [2] - 49:8, 49:23
**provide** [5] - 34:25, 41:25, 81:13, 95:16, 96:4
**provided** [2] - 40:5, 42:2

**provides** [1] - 27:9
**providing** [2] - 87:21, 87:23
**proviso** [1] - 75:5
**proximity** [3] - 54:16, 56:2, 57:13
**prying** [1] - 46:5
**PSC** [30] - 8:2, 20:20, 21:18, 30:9, 30:11, 30:15, 32:5, 33:3, 37:10, 41:4, 41:11, 43:15, 46:15, 58:5, 58:14, 60:6, 60:15, 61:10, 63:4, 64:13, 67:12, 94:19, 108:7, 108:9, 110:9, 115:20, 119:4, 119:5, 122:25, 123:1
**PTO** [1] - 45:15
**PTOs** [1] - 44:18
**pulling** [2] - 78:14, 78:19
**punched** [1] - 25:19
**purposes** [5] - 40:12, 65:4, 106:17, 125:3
**pursuant** [1] - 22:17
**pursue** [1] - 47:2
**pushed** [1] - 41:6
**put** [38] - 12:17, 16:9, 22:18, 25:19, 26:8, 30:11, 35:18, 37:14, 39:23, 40:1, 40:16, 42:7, 43:3, 52:22, 61:24, 62:21, 64:25, 74:2, 74:5, 75:7, 82:1, 88:9, 90:11, 93:8, 95:1, 98:4, 109:21, 110:18, 110:21, 112:2, 116:5, 118:14, 123:1, 125:7, 126:1, 128:11, 128:16
**putting** [5] - 26:6, 41:16, 89:23, 113:2, 122:12

## Q

**qualification** [1] - 41:13
**qualified** [1] - 42:1
**quantification** [13] - 112:7, 112:23, 113:3, 113:16, 113:23, 114:6, 114:8, 114:12, 121:21, 122:16, 123:11, 125:23, 125:25

**QUANTIFICATION** [1] - 10:8
**QUANTIFICATION....**
**.......................** [1] - 10:3
**quantum** [1] - 104:5
**questioning** [1] - 101:10
**questions** [23] - 45:12, 49:7, 51:6, 55:3, 59:25, 61:14, 69:23, 69:24, 70:25, 93:23, 105:14, 105:21, 106:9, 112:2, 113:22, 113:25, 116:6, 116:14, 116:17, 127:1, 127:2, 127:14
**QUIP** [1] - 5:11
**Quip** [1] - 116:2
**quite** [5] - 25:23, 86:10, 110:1

## R

**radar** [4] - 40:1, 40:16, 66:22, 109:21
**raise** [6] - 35:18, 37:13, 62:16, 94:1, 125:22, 128:10
**raised** [9] - 20:22, 22:4, 22:5, 22:24, 29:1, 29:19, 54:9, 63:2, 111:7
**raising** [5] - 20:20, 33:15, 35:22, 94:4, 94:11
**ranges** [1] - 22:13
**rata** [1] - 105:19
**rate** [2] - 29:23, 114:5
**rather** [4] - 30:21, 34:16, 67:13, 122:7
**RE** [1] - 1:4
**reach** [2] - 70:17, 70:22
**reached** [1] - 44:9
**read** [4] - 20:19, 60:23, 68:3, 71:3
**reading** [2] - 67:24, 88:1
**ready** [2] - 48:11, 67:22
**real** [1] - 63:7
**Real** [1] - 52:14
**REAL** [1] - 7:20
**realize** [1] - 18:6
**reallocate** [1] - 114:6
**reallocation** [3] - 67:15, 67:19, 67:23

**REALLOCATION** [1] - 8:4
**really** [31] - 16:5, 18:14, 22:11, 22:24, 24:8, 26:7, 26:15, 27:1, 27:17, 28:7, 30:10, 31:10, 33:15, 33:21, 36:5, 37:3, 39:16, 50:10, 54:3, 55:2, 57:8, 61:10, 73:11, 77:24, 87:5, 96:3, 108:2, 120:2, 120:18, 127:1
**realm** [1] - 48:10
**REALTIME** [1] - 6:9
**Realtime** [2] - 129:18, 129:24
**realtime** [3] - 95:17, 96:2, 96:6
**reason** [7] - 33:15, 35:8, 36:1, 37:6, 39:23, 93:20, 95:25
**reasonable** [5] - 30:15, 43:5, 100:22, 103:10, 107:5
**reasonably** [1] - 76:12
**reasoning** [1] - 48:15
**recalling** [1] - 73:5
**received** [1] - 128:8
**receives** [2] - 81:13, 96:14
**receiving** [2] - 25:12, 44:15
**recent** [3] - 22:12, 22:16, 24:4
**recently** [4] - 14:3, 39:23, 53:18, 100:16
**reception** [1] - 96:18
**recess** [1] - 68:17
**recirculate** [2] - 121:17, 122:3
**recollection** [2] - 18:13, 96:12
**record** [14] - 33:10, 35:7, 35:11, 39:23, 43:10, 44:24, 47:5, 51:14, 62:22, 64:25, 66:7, 92:6, 116:5, 129:21
**RECORDED** [1] - 6:12
**recount** [1] - 61:6
**Recovery** [2] - 108:19, 109:2
**RECOVERY** [1] - 9:14
**Redd** [1] - 84:22
**REDD........................**
**........................** [1] - 9:3
**redepose** [1] - 34:7
**reduce** [1] - 111:24

**reduced** [1] - 22:11
**reduces** [1] - 22:24
**reduction** [1] - 22:15
**refer** [1] - 26:23
**referenced** [1] - 41:22
**referred** [1] - 104:20
**referring** [2] - 42:4, 115:8
**reflects** [1] - 46:17
**regard** [5] - 13:22, 31:11, 58:25, 60:5, 91:4
**regarding** [2] - 81:14, 126:9
**regardless** [1] - 124:24
**Registered** [1] - 129:18
**regularly** [1] - 20:18
**regulatory** [1] - 66:20
**reinvent** [1] - 123:6
**reinventing** [1] - 122:8
**relate** [1] - 48:14
**related** [2] - 63:23, 90:10
**RELATES** [1] - 1:9
**relates** [3] - 22:1, 31:24, 59:22
**relationship** [3] - 30:24, 92:24, 115:13
**relative** [8] - 13:24, 15:8, 19:2, 31:21, 43:19, 45:1, 54:17, 96:23
**relatively** [1] - 103:9
**relevance** [2] - 54:3, 55:22
**relevant** [6] - 28:13, 47:15, 47:18, 47:25, 49:15, 54:25
**reliable** [1] - 27:9
**relief** [5] - 53:5, 53:14, 65:5, 98:23, 98:24
**rely** [2] - 57:9, 57:11
**relying** [1] - 57:17
**remaining** [3] - 35:2, 104:12, 121:18
**remedial** [1] - 55:23
**remedies** [2] - 33:20, 33:21
**remember** [3] - 57:17, 89:13, 96:18
**reminded** [1] - 92:4
**removed** [1] - 85:3
**replacement** [1] - 73:9
**report** [15] - 47:8, 47:19, 47:21, 47:22, 49:10, 49:12, 50:3, 50:8, 51:17, 52:7, 52:8, 52:11, 89:4,

90:7, 117:25
**reported** [1] - 52:15
**Reporter** [6] - 129:18, 129:19, 129:19, 129:24, 129:24
**reporter** [2] - 70:19, 88:12
**REPORTER** [3] - 6:9, 6:9, 11:19
**REPORTER'S** [1] - 129:17
**Reporters** [1] - 94:19
**reporting** [1] - 126:14
**reports** [2] - 79:22, 86:17
**represent** [1] - 58:11
**representations** [1] - 48:21
**represented** [2] - 96:25, 97:17
**request** [25] - 42:12, 42:15, 43:15, 43:25, 44:17, 47:3, 52:13, 60:19, 60:24, 63:14, 67:2, 67:3, 67:15, 68:5, 74:15, 87:24, 98:11, 99:10, 100:9, 109:4, 109:13, 113:5, 118:1, 118:13, 119:1
**REQUEST** [4] - 7:15, 7:18, 7:20, 8:4
**REQUEST**................
...................... [1] -
7:12
**requested** [8] - 44:10, 60:8, 73:10, 73:14, 97:1, 97:20, 109:7, 113:2
**requesting** [3] - 88:19, 118:14, 120:20
**requests** [13] - 22:19, 27:16, 42:6, 51:7, 63:4, 67:9, 70:17, 74:1, 88:6, 89:7, 115:15, 117:22, 118:18
**REQUESTS** [2] - 9:10, 9:20
**require** [2] - 39:24, 77:22
**requires** [1] - 100:8
**rescheduled** [2] - 12:2, 13:6
**RESCHEDULED**.......
.................... [1] - 7:5
**reservation** [3] - 37:8, 37:9, 113:8
**reservations** [1] - 41:23

**reserve** [1] - 44:23
**reserved** [1] - 36:11
**reserving** [4] - 36:3, 36:16, 37:10, 113:9
**resolved** [2] - 59:14, 96:22
**resources** [1] - 48:12
**respect** [7] - 44:19, 47:8, 47:20, 57:18, 63:13, 99:23, 118:6
**respond** [7] - 19:9, 32:23, 60:15, 60:20, 99:1, 127:5
**RESPONDER** [1] - 7:10
**responder** [5] - 19:1, 99:11, 99:14, 100:2, 104:14
**responders** [14] - 19:8, 99:17, 99:18, 99:22, 100:2, 100:3, 100:15, 100:17, 101:10, 102:25, 103:21, 108:21, 108:22
**responding** [3] - 16:22, 19:2, 61:2
**RESPONSE** [2] - 4:19, 5:3
**response** [7] - 62:13, 71:18, 100:12, 101:5, 104:4, 114:9, 115:18
**response)** [1] - 83:5
**responses** [5] - 27:17, 64:8, 71:4, 100:11, 101:6
**responsible** [1] - 104:9
**responsive** [5] - 15:19, 15:21, 17:10, 22:20, 22:21
**result** [1] - 64:21
**results** [1] - 58:19
**retainer** [1] - 81:11
**retrace** [1] - 89:11
**retrospectively** [1] - 52:8
**reverse** [1] - 22:9
**review** [5] - 14:11, 30:15, 38:7, 43:16, 46:2
**reviews** [1] - 93:4
**REVISIT** [1] - 9:15
**revisit** [3] - 74:14, 112:8, 114:13
**revisiting** [1] - 45:23
**Rich** [2] - 119:1, 119:7
**rich** [1] - 121:5
**RICH**..........................

.................... [1] - 9:25
**RICHESON** [1] - 4:9
**ride** [2] - 56:4, 93:2
**RIG** [1] - 1:4
**rig** [7] - 52:25, 53:1, 54:7, 64:15, 86:25, 108:13
**rights** [7] - 37:8, 37:9, 37:10, 44:23, 71:14, 113:8, 113:9
**rigs** [3] - 52:24, 53:4, 53:8
**rise** [3] - 11:7, 68:18, 112:5
**RMR** [2] - 6:9, 129:23
**road** [2] - 33:25, 50:17
**Robert** [2] - 54:6, 108:9
**ROBERT** [3] - 1:20, 6:4, 7:5
**Robinson** [1] - 85:14
**role** [1] - 114:11
**rolling** [1] - 30:21
**ROME** [1] - 5:3
**Ronnie** [1] - 118:19
**RONQUILLO** [2] - 3:21, 4:3
**room** [31] - 52:24, 52:25, 53:1, 53:3, 53:15, 53:16, 53:19, 53:20, 53:22, 53:24, 54:1, 54:14, 55:17, 55:18, 55:19, 55:24, 56:2, 56:3, 56:6, 56:7, 56:8, 56:10, 56:19, 56:20, 57:15, 68:9, 101:9
**ROOM** [2] - 2:10, 6:10
**rooms** [6] - 53:6, 53:9, 53:11, 53:12, 54:8, 91:10
**ROSE** [1] - 5:15
**Roth** [2] - 118:18, 118:19
**ROTH**.........................

.................... [1] -
9:23
**round** [3] - 21:1, 21:25, 122:11
**routine** [1] - 25:6
**ROY** [1] - 1:23
**Rule** [2] - 51:24, 52:5
**rule** [3] - 38:11, 38:14, 102:22
**ruled** [2] - 36:19, 94:6
**rules** [1] - 36:2
**ruling** [9] - 44:5, 45:6, 45:18, 46:16, 46:19, 46:20, 46:25, 47:7, 93:22

**run** [8] - 30:19, 32:1, 36:5, 37:20, 93:16, 94:13, 107:16, 108:2
**running** [1] - 111:2
**Russia** [1] - 51:2
**RYAN** [1] - 3:14

**S**

**s/Cathy** [1] - 129:23
**Sabins** [2] - 72:7, 117:24
**SABINS**....................
........................ [2] -
8:8, 9:21
**SALLY** [1] - 1:12
**SAN** [1] - 2:10
**sanctions** [1] - 33:20
**Sandell** [3] - 86:4, 86:7, 86:8
**SANDELL** [1] - 86:8
**SANDELL**..................
........................ [1] -
9:7
**sank** [1] - 64:15
**Sarah** [1] - 59:4
**SARAH** [1] - 2:9
**satisfactory** [1] - 67:3
**satisfy** [1] - 70:16
**Saturday** [1] - 122:1
**saving** [1] - 70:13
**saw** [1] - 65:9
**scanned** [2] - 29:25, 30:2
**scanning** [1] - 95:17
**schedule** [8] - 43:3, 50:20, 75:9, 89:3, 89:12, 111:2, 120:10, 121:24
**scheduled** [7] - 13:12, 31:4, 31:15, 76:10, 85:7, 117:1, 118:20
**scheduling** [5] - 79:20, 81:14, 96:25, 115:5, 116:22
**SCHELL** [1] - 4:8
**Scofield** [2] - 101:12, 106:3
**SCOFIELD** [4] - 4:16, 101:12, 101:15, 106:3
**scope** [3] - 45:15, 51:10, 65:3
**SCOPE** [1] - 8:3
**scoping** [1] - 94:21
**scrapped** [1] - 53:6
**screen** [2] - 66:22, 109:21
**scrounge** [1] - 120:15

**se** [2] - 106:11, 127:8
**SEA** [2] - 7:17, 7:18
**Sea** [3] - 46:25, 47:3, 50:4
**SEACOR** [6] - 4:20, 4:20, 4:21, 4:21, 4:22, 4:22
**search** [5] - 21:7, 22:13, 22:17, 22:19, 50:17
**seat** [1] - 11:8
**second** [12] - 14:3, 39:2, 41:14, 42:12, 46:16, 64:10, 72:19, 85:21, 109:1, 110:23, 118:7
**secondly** [1] - 63:19
**seconds** [1] - 16:4
**SECTION** [1] - 2:13
**section** [1] - 78:24
**see** [41] - 11:15, 11:20, 21:13, 28:7, 29:2, 30:6, 33:16, 34:13, 41:6, 43:7, 44:22, 48:12, 53:19, 54:10, 54:14, 55:4, 57:14, 58:4, 58:23, 61:3, 67:6, 68:19, 68:25, 72:25, 73:3, 74:17, 79:16, 83:19, 85:23, 89:22, 96:22, 98:5, 106:23, 108:3, 108:5, 111:4, 115:14, 120:15, 123:10, 123:20, 124:9
**seeing** [2] - 62:7, 86:14
**seeking** [1] - 17:20
**Seely** [2] - 13:25, 14:7
**SEELY** [5] - 6:3, 14:8, 14:12, 15:2, 15:5
**seem** [3] - 20:18, 47:20, 58:16
**seersucker** [2] - 76:25, 77:11
**sees** [1] - 14:23
**segment** [7] - 61:1, 63:23, 65:3, 65:5, 80:2, 80:20
**SEGMENT** [1] - 8:3
**select** [1] - 94:12
**selection** [1] - 37:19
**selfless** [1] - 101:18
**send** [4] - 33:2, 39:21, 42:3, 64:4
**sense** [5] - 30:13, 34:4, 36:18, 47:11, 126:17
**sent** [7] - 26:17, 26:18,

81:11, 99:1, 99:23, 100:17, 127:4
**sentence** [2] - 88:19, 118:13
**separate** [1] - 16:24
**separately** [1] - 109:16
**September** [7] - 37:15, 65:5, 66:1, 66:8, 79:25, 80:1, 80:12
**September-ish** [1] - 79:25
**Seriale** [1] - 83:10
**SERIALE**..................
......................... [1] - 8:22
**series** [1] - 41:2
**serve** [6] - 61:9, 62:5, 63:4, 64:2, 64:3, 79:3
**served** [3] - 61:6, 61:13, 63:19
**service** [2] - 18:16, 128:13
**services** [1] - 109:9
**SERVICES** [1] - 3:21
**set** [16] - 12:2, 13:6, 13:10, 16:14, 16:25, 27:8, 46:16, 61:11, 62:17, 67:10, 67:13, 80:9, 115:15, 118:2, 118:8, 123:12
**sets** [2] - 15:19, 67:13
**settled** [4] - 42:1, 127:3, 128:21, 128:24
**settlement** [1] - 59:22
**setup** [1] - 56:23
**sever** [1] - 110:5
**several** [6] - 23:14, 46:3, 65:16, 72:4, 73:19, 99:14
**shall** [1] - 71:17
**shape** [2] - 76:13, 93:17
**share** [9] - 29:13, 29:16, 31:14, 31:25, 45:3, 47:23, 48:3, 67:9, 123:2
**shared** [1] - 58:20
**sheet** [1] - 111:25
**SHELL** [1] - 3:9
**shining** [2] - 24:14, 24:15
**SHORT** [1] - 10:9
**short** [4] - 56:4, 126:19, 126:24, 126:25
**shorten** [1] - 69:25
**shortly** [1] - 98:22

**shot** [2] - 114:1, 118:6
**show** [8] - 22:6, 23:15, 35:2, 37:2, 48:13, 54:14, 56:19, 110:20
**showing** [7] - 19:25, 20:21, 23:24, 34:2, 48:18, 51:22, 51:25
**shown** [2] - 36:13, 128:1
**shows** [1] - 49:10
**SHUSHAN** [1] - 1:12
**shuttle** [2] - 54:18, 54:20
**side** [2] - 111:23, 115:4
**SIEMENS** [1] - 4:23
**sign** [2] - 14:21, 96:18
**silence** [2] - 99:3, 116:16
**Silence** [1] - 19:16
**silent** [2] - 116:12, 116:16
**similar** [11] - 24:12, 47:13, 48:6, 48:8, 48:14, 50:11, 50:15, 52:7, 118:18, 126:9
**similarities** [1] - 49:11
**similarity** [2] - 49:9, 49:23
**simple** [1] - 14:21
**single** [1] - 108:23
**site** [2] - 127:17, 127:25
**situation** [4] - 48:8, 76:19, 115:11, 115:22
**situations** [1] - 93:21
**six** [4] - 73:7, 103:15, 103:16, 111:12
**sixth** [1] - 14:5
**Sixth** [1] - 14:16
**skip** [2] - 71:3, 72:11
**skipping** [2] - 69:4, 69:5
**sleeves** [1] - 30:21
**slew** [1] - 33:16
**slippery** [1] - 45:25
**slope** [1] - 45:25
**slot** [1] - 12:7
**slots** [1] - 103:4
**small** [1] - 116:8
**Smith** [3] - 83:21, 83:23, 84:9
**SMITH**......................
.................... [1] - 8:25
**smoothly** [2] - 31:6, 92:4
**Sneddon** [2] - 85:1, 85:7

**SNEDDON**................
......................... [1] - 9:4
**solve** [1] - 33:16
**someone** [6] - 33:3, 34:7, 35:25, 40:9, 90:3, 106:11
**sometimes** [1] - 25:9
**somewhere** [3] - 50:19, 78:9, 111:10
**soon** [5] - 38:12, 40:13, 67:23, 90:13, 90:22
**sooner** [1] - 121:4
**sorry** [8] - 17:18, 21:18, 52:18, 68:24, 69:1, 84:18, 101:25, 103:16
**sort** [9] - 30:23, 37:12, 46:4, 46:11, 46:13, 100:21, 100:23, 124:23, 128:6
**sound** [3] - 28:17, 43:5, 92:13
**sounds** [4] - 11:11, 28:18, 64:21, 109:13
**source** [10] - 112:7, 112:23, 113:16, 113:23, 114:8, 121:21, 123:11, 123:16, 125:23, 125:24
**SOURCE** [2] - 10:2, 10:8
**SOUTH** [1] - 5:16
**Southeast** [2] - 108:19, 109:2
**SOUTHEAST** [1] - 9:14
**spate** [1] - 115:15
**speaking** [1] - 103:9
**special** [1] - 41:19
**specific** [1] - 38:19
**specifics** [1] - 41:8
**specifying** [1] - 113:6
**speech** [4] - 69:25, 70:1, 70:15
**spend** [2] - 46:4, 126:18
**spending** [1] - 96:8
**SPILL** [2] - 1:4, 5:3
**spiral** [1] - 25:17
**spliced** [1] - 70:21
**spoken** [2] - 12:21, 94:16
**sporadically** [1] - 96:10
**SQUARE** [1] - 3:9
**ST** [2] - 5:8, 5:9
**staff** [1] - 68:13

**stamp** [2] - 20:24, 78:18
**stand** [2] - 72:7, 81:2
**standard** [5] - 26:10, 36:3, 52:5, 70:9, 71:6
**standing** [4] - 18:8, 38:15, 102:19, 114:14
**standpoint** [3] - 51:21, 114:17, 115:13
**stands** [1] - 102:22
**Starship** [1] - 53:25
**start** [6] - 34:4, 38:6, 68:15, 78:19, 79:25, 80:20
**started** [4] - 34:17, 80:9, 103:20, 107:14
**starting** [1] - 122:20
**State** [1] - 129:19
**STATE** [1] - 2:17
**state** [2] - 14:3, 69:24
**States** [11] - 42:21, 58:25, 59:5, 59:10, 66:4, 66:6, 112:19, 114:4, 114:7, 129:19, 129:25
**STATES** [3] - 1:1, 1:12, 2:12
**states** [5] - 61:8, 61:12, 103:15, 120:10, 125:4
**STATES**.... [1] - 7:22
**States/PSC** [1] - 59:1
**STATES/PSC** [1] - 7:23
**stating** [1] - 14:21
**status** [6] - 114:18, 115:6, 122:13, 124:23, 126:18
**STATUS** [2] - 1:11, 10:6
**stay** [2] - 92:7, 92:12
**staying** [1] - 92:23
**stays** [1] - 18:20
**STEERING** [1] - 1:19
**steering** [1] - 114:20
**Stefanie** [1] - 81:8
**STEFANIE** [1] - 3:23
**STENOGRAPHY** [1] - 6:12
**STEPHEN** [1] - 1:17
**steps** [2] - 31:11, 89:11
**Sterbcow** [12] - 12:1, 12:21, 12:24, 26:17, 26:19, 36:21, 38:4, 39:22, 53:10, 53:18, 57:9, 95:3
**Steve** [19] - 38:9, 44:4,

47:6, 48:5, 51:12, 51:13, 63:10, 64:24, 66:5, 66:15, 69:2, 80:11, 90:9, 97:16, 104:24, 112:18, 114:3, 114:15, 126:6
**STEVE** [1] - 8:23
**STEVEN** [2] - 2:14, 4:16
**stick** [2] - 31:25, 35:1
**still** [16] - 24:22, 24:24, 36:4, 36:18, 36:24, 54:14, 55:5, 60:20, 72:1, 74:22, 76:3, 84:21, 119:20, 124:4, 126:23, 128:9
**stipulate** [3] - 40:14, 65:20, 70:10
**stipulated** [1] - 71:17
**stipulating** [1] - 65:18
**stipulation** [23] - 14:5, 14:10, 14:21, 15:7, 15:9, 16:14, 18:7, 18:15, 18:19, 19:2, 19:16, 19:18, 42:16, 43:11, 44:8, 45:2, 48:1, 51:18, 63:12, 125:21, 126:9, 126:11
**stipulations** [2] - 64:8, 64:21
**STONE** [1] - 3:17
**stone** [1] - 80:15
**stood** [1] - 13:10
**stop** [1] - 65:5
**stopped** [1] - 65:19
**STRADLEY** [1] - 5:22
**straight** [1] - 35:4
**strain** [3] - 74:5, 88:10, 88:11
**strange** [1] - 78:3
**street** [1] - 26:7
**STREET** [12] - 1:21, 1:24, 2:4, 2:24, 3:10, 3:18, 3:23, 4:10, 4:13, 4:17, 5:23, 6:10
**stroke** [1] - 75:12
**structure** [1] - 101:7
**stuck** [1] - 62:20
**stuff** [11] - 15:22, 25:1, 25:6, 36:4, 52:20, 74:9, 74:12, 75:9, 80:20, 113:1, 125:14
**subcontractor** [1] - 79:5
**subject** [4] - 13:5, 44:15, 45:12, 62:4
**submission** [3] - 43:18, 44:10, 46:17

**submit** [4] - 71:15,
82:21, 126:12,
127:19
**submitted** [2] - 20:19,
44:11
**subpoena** [10] - 77:22,
77:24, 79:4, 80:24,
81:7, 81:20, 82:10,
82:13, 87:13, 87:16
**subsequent** [1] -
55:22
**subsidiaries** [1] -
51:17
**substantial** [3] - 49:9,
49:23, 62:10
**subtle** [1] - 14:2
**success** [1] - 29:23
**sudden** [1] - 51:1
**sue** [1] - 128:20
**suggest** [7] - 58:3,
58:5, 76:25, 79:24,
104:19, 110:17
**suggested** [2] - 12:6,
114:5
**suggesting** [1] -
105:16
**suggestion** [4] -
35:16, 40:11, 65:25,
80:7
**suggestions** [1] - 33:5
**suit** [2] - 76:25, 77:11
**suite** [1] - 92:14
**SUITE** [7] - 2:4, 3:10,
3:23, 4:4, 4:10, 4:17,
5:16
**supercedes** [1] -
60:19
**superficial** [1] - 48:23
**supersede** [1] - 60:25
**superseding** [1] -
61:12
**supplemented** [1] -
43:18
**supplied** [1] - 78:6
**suppose** [1] - 80:6
**supposed** [3] - 93:3,
113:18, 124:18
**supposedly** [1] -
109:8
**surprised** [2] - 27:12,
37:25
**suspicion** [1] - 14:14
**Suttles** [20] - 32:4,
100:7, 100:10,
101:11, 102:24,
103:1, 103:2,
107:12, 108:10,
109:7, 109:8,
109:16, 109:22,
109:23, 110:23,

112:24, 113:6,
115:11, 121:5, 121:9
**Suttles'** [1] - 98:20
**SUTTLES'** [1] - 9:13
**SWACO** [2] - 104:24,
105:1
**Swaco** [1] - 97:16
**sweat** [1] - 27:11
**sweep** [1] - 28:7
**sweep-all** [1] - 28:7
**swept** [1] - 25:1
**switch** [3] - 111:21,
111:22, 122:19
**switches** [1] - 21:2
**sworn** [2] - 55:10,
55:14
**sympathetic** [1] -
41:25
**sync** [1] - 66:16
**system** [6] - 39:18,
39:19, 74:5, 88:8,
88:10, 88:11
**systemic** [6] - 21:3,
39:3, 39:4, 39:14,
39:17, 43:21

## T

**table** [2] - 18:22, 54:10
**talks** [1] - 52:8
**tangents** [1] - 47:1
**Tanner** [1] - 97:18
**target** [1] - 67:21
**targeted** [1] - 22:10
**TARTER** [1] - 4:15
**task** [1] - 24:21
**taxi** [1] - 93:2
**Taylor** [1] - 83:4
**TAYLOR...................**
**......................** [1] -
8:19
**team** [1] - 41:3
**tears** [1] - 27:11
**technicalities** [1] -
38:3
**technology** [2] - 96:1,
96:3
**Ted** [15] - 19:5, 19:17,
19:23, 19:24, 20:12,
98:18, 99:8, 99:10,
102:3, 102:8,
102:18, 104:21,
107:18, 108:15,
121:14
**telephone** [1] - 59:7
**telephonic** [1] - 29:11
**template** [4] - 122:17,
122:19, 122:23,
123:2

**ten** [2] - 67:13, 69:25
**tentacles** [1] - 70:3
**tentative** [2] - 74:22,
76:9
**tentatively** [2] - 77:17,
78:5
**term** [1] - 22:13
**TERMED** [1] - 7:15
**termed** [1] - 44:1
**TERMS** [1] - 9:15
**terms** [8] - 21:7,
22:17, 22:19, 39:20,
63:14, 109:25,
112:9, 126:22
**terrific** [1] - 101:16
**test** [5] - 49:13, 49:14,
49:17, 49:19, 94:12
**testifying** [1] - 73:8
**testimony** [4] - 41:5,
55:10, 55:14, 118:3
**Texas** [1] - 14:4
**THAT** [1] - 8:1
**THE** [430] - 1:4, 1:5,
1:12, 1:16, 2:7, 2:12,
5:4, 7:15, 7:18, 7:20,
7:22, 8:1, 8:2, 9:15,
9:18, 11:7, 11:8,
11:11, 11:15, 11:19,
11:20, 11:23, 11:25,
12:6, 12:10, 12:12,
12:16, 12:20, 12:25,
13:3, 13:5, 13:14,
13:19, 13:21, 14:7,
14:9, 14:20, 15:3,
15:6, 15:12, 15:14,
15:24, 16:2, 16:6,
16:9, 16:12, 16:22,
17:16, 18:4, 18:6,
18:11, 18:23, 18:25,
19:15, 19:21, 20:3,
20:7, 20:12, 20:15,
20:17, 21:16, 21:21,
24:6, 24:14, 25:3,
25:14, 26:23, 27:2,
27:4, 27:25, 28:5,
28:16, 28:19, 29:8,
29:12, 29:17, 31:1,
32:19, 33:6, 33:9,
33:12, 33:22, 34:6,
34:21, 34:25, 35:13,
36:10, 37:7, 38:6,
38:15, 38:19, 38:21,
38:25, 39:6, 40:7,
40:19, 40:22, 41:9,
42:3, 42:6, 42:9,
42:13, 42:15, 42:18,
43:5, 43:9, 43:13,
44:25, 45:8, 46:7,
46:12, 46:15, 46:23,
48:5, 49:2, 49:25,

50:3, 51:11, 52:6,
52:13, 52:18, 54:5,
55:10, 55:13, 56:2,
56:5, 56:9, 56:15,
56:18, 56:21, 57:1,
57:4, 57:8, 57:22,
58:2, 58:9, 58:15,
58:21, 58:23, 59:6,
59:11, 59:15, 59:20,
60:1, 60:4, 60:12,
61:3, 61:17, 61:20,
62:1, 62:3, 62:9,
62:12, 62:23, 63:9,
64:1, 64:6, 64:17,
64:20, 65:7, 65:22,
65:24, 66:10, 66:14,
66:22, 67:4, 67:11,
67:18, 68:3, 68:5,
68:12, 68:18, 68:19,
68:24, 69:5, 69:16,
69:18, 69:21, 70:4,
70:8, 71:1, 71:10,
71:12, 71:20, 71:22,
71:24, 72:2, 72:5,
72:7, 72:12, 72:17,
72:19, 72:25, 73:16,
73:22, 74:17, 74:22,
75:2, 75:4, 75:12,
75:17, 75:25, 76:3,
76:5, 76:8, 76:14,
76:16, 76:18, 76:22,
76:25, 77:3, 77:5,
77:7, 77:10, 77:17,
77:20, 78:1, 78:5,
78:12, 78:17, 78:21,
79:15, 79:19, 80:14,
80:18, 80:23, 81:2,
81:17, 81:22, 82:1,
82:4, 82:7, 82:12,
82:15, 82:20, 82:23,
82:25, 83:3, 83:6,
83:8, 83:10, 83:12,
83:14, 83:16, 83:19,
83:23, 83:25, 84:4,
84:8, 84:15, 84:17,
84:19, 84:23, 85:2,
85:6, 85:9, 85:11,
85:20, 85:22, 85:23,
86:1, 86:6, 86:8,
86:13, 86:19, 86:22,
86:24, 87:2, 87:9,
87:15, 87:19, 88:11,
88:14, 89:16, 89:21,
90:1, 90:15, 90:21,
90:25, 91:15, 91:17,
92:1, 92:3, 92:8,
92:20, 93:5, 93:10,
93:12, 93:19, 94:3,
94:11, 94:16, 94:25,
95:4, 95:5, 95:10,
95:13, 95:20, 96:6,

96:16, 97:10, 97:12,
97:15, 97:23, 98:4,
98:7, 98:12, 98:14,
98:17, 98:21, 98:25,
99:6, 99:10, 99:25,
100:6, 101:8,
101:14, 101:16,
101:18, 101:20,
101:22, 102:3,
102:6, 102:13,
102:17, 102:25,
103:7, 103:17,
103:23, 104:13,
104:17, 104:23,
105:4, 105:9,
105:23, 106:1,
106:6, 106:13,
106:21, 107:2,
107:5, 107:7, 107:9,
107:15, 107:18,
107:23, 107:25,
108:4, 108:14,
108:19, 109:1,
109:7, 109:18,
109:20, 110:3,
110:7, 110:11,
110:17, 110:21,
111:1, 111:13,
111:24, 112:14,
113:8, 113:12,
114:2, 114:13,
115:23, 115:25,
116:15, 116:19,
116:24, 117:5,
117:8, 117:12,
117:16, 117:20,
118:8, 118:10,
118:17, 118:20,
118:23, 118:25,
119:4, 119:5, 119:7,
119:10, 119:13,
119:16, 119:19,
119:21, 120:1,
120:7, 120:11,
120:13, 120:18,
121:11, 121:12,
121:17, 122:2,
122:7, 122:16,
122:20, 123:1,
123:6, 123:13,
123:15, 123:18,
123:20, 123:23,
124:1, 124:13,
124:16, 124:19,
124:25, 125:16,
125:18, 126:1,
126:4, 126:14,
127:18, 127:23,
128:5, 128:7,
128:18, 128:24,
129:3, 129:5, 129:9,

129:11
**themselves** [2] -
25:17, 56:13
**THEODORE** [1] - 4:24
**therefore** [2] - 43:23,
93:22
**they've** [6] - 22:24,
28:10, 53:22, 53:23,
55:25, 76:20
**THIBODEAUX** [37] -
2:23, 15:13, 15:15,
16:1, 17:18, 17:22,
17:25, 43:6, 82:19,
82:21, 82:24, 83:2,
83:5, 83:7, 83:9,
83:11, 83:13, 83:15,
83:18, 83:21, 83:24,
84:1, 84:11, 84:14,
84:25, 85:3, 85:12,
85:18, 107:12,
107:16, 117:19,
117:21, 118:16,
118:18, 118:21,
118:24, 120:17
**Thibodeaux** [5] -
15:15, 17:12, 17:17,
18:6, 117:21
**Thierens** [5] - 38:20,
38:22, 120:19, 121:5
**THIERENS**.................
.......................... [1] -
10:1
**thinking** [6] - 17:5,
45:1, 80:10, 80:11,
94:1, 112:11
**thinks** [1] - 32:5
**THIRD** [1] - 7:9
**third** [10] - 15:9, 15:17,
16:23, 17:4, 17:9,
17:14, 17:20, 17:22,
42:19, 42:20
**THIRD-PARTY** [1] -
7:9
**third-party** [9] - 15:9,
15:17, 16:23, 17:4,
17:9, 17:20, 17:22,
42:19, 42:20
**THIS** [1] - 1:9
**thoughts** [1] - 126:18
**thousands** [1] - 21:11
**three** [8] - 91:10, 99:2,
100:8, 100:21,
100:22, 100:25,
104:20, 117:23
**throughout** [1] - 36:11
**throw** [1] - 125:19
**THUNDER** [1] - 56:20
**THURSDAY** [1] -
10:10
**Thursday** [6] - 19:25,

20:2, 20:4, 121:11,
121:12, 122:4
**ties** [1] - 80:6
**tightening** [1] - 34:22
**Tim** [7] - 45:10, 49:25,
50:1, 52:6, 52:21,
55:13, 62:15
**TIME** [3] - 7:20, 9:13,
9:18
**time-saving** [1] -
70:13
**TIME**........... [1] - 8:4
**TIME**........................
.......... [1] - 9:20
**TIME**........................
........... [1] - 7:13
**TIME**........................
...................... [1] -
9:16
**timeline** [1] - 40:7
**timetable** [1] - 90:13
**TIMOTHY** [1] - 3:14
**TO** [10] - 1:9, 7:20,
7:25, 8:1, 10:5, 11:4,
86:25, 103:19,
105:16
**today** [19] - 23:15,
35:2, 39:22, 43:3,
52:20, 60:16, 60:17,
60:18, 60:21, 61:9,
63:6, 66:2, 66:23,
67:8, 80:16, 82:18,
106:17, 116:12,
121:25
**today's** [2] - 60:24,
60:25
**together** [9] - 27:17,
27:20, 62:21, 90:11,
115:3, 122:13,
123:2, 126:21,
128:17
**tolling** [1] - 37:11
**Tommy** [1] - 118:19
**tons** [1] - 22:9
**Tony** [6] - 40:9, 58:18,
67:1, 67:11, 104:18,
105:16
**took** [6] - 14:1, 67:25,
69:5, 69:23, 70:23,
80:23
**tools** [1] - 27:10
**top** [3] - 17:25, 30:14,
58:17
**topic** [4] - 21:8, 68:20,
71:25, 126:23
**topics** [6] - 68:21,
72:13, 72:16, 73:7,
73:17, 74:10
**TORTS** [1] - 2:8
**total** [4] - 58:8, 62:18,

103:4, 105:3
**totally** [1] - 53:7
**touch** [2] - 94:20,
98:10
**tough** [1] - 27:5
**tours** [1] - 53:15
**town** [1] - 97:25
**track** [7] - 80:7,
112:22, 112:23,
114:6, 114:12,
121:24, 122:5
**transcript** [3] - 40:8,
71:3, 129:20
**TRANSCRIPT** [2] -
1:11, 6:12
**transcripts** [1] - 96:2
**TRANSOCEAN** [4] -
2:20, 2:20, 2:22,
7:12
**Transocean** [24] -
15:16, 15:18, 16:4,
17:9, 17:14, 19:10,
42:12, 42:22, 46:10,
67:22, 82:16, 88:3,
107:10, 108:4,
111:16, 117:21,
119:2, 119:3,
120:15, 120:20,
126:9

**TRANSOCEAN**..........
...........................
.. [1] - 8:17
**travels** [1] - 58:2
**treated** [1] - 14:4
**trepidation** [1] -
117:10
**trial** [8] - 49:15, 51:8,
63:14, 65:14, 66:18,
66:20, 71:1, 89:19
**tried** [3] - 79:4, 81:8,
115:1
**trouble** [1] - 19:21
**troublesome** [1] -
25:14
**TROY** [1] - 9:2
**Troy** [1] - 84:20
**true** [4] - 27:6, 59:16,
105:2, 129:20
**truly** [1] - 97:11
**trust** [3] - 57:18,
58:11, 116:14
**trusted** [1] - 58:13
**try** [15] - 25:11, 33:15,
34:3, 54:15, 89:12,
91:7, 95:12, 100:22,
106:15, 115:4,
117:6, 125:2,
126:21, 127:21,
129:1
**trying** [8] - 37:4,

54:18, 65:8, 76:15,
79:23, 91:21, 115:3,
128:16
**TSEKERIDES** [24] -
4:24, 19:6, 19:19,
20:2, 20:5, 20:8,
20:14, 20:16, 98:18,
98:24, 99:4, 99:9,
99:16, 100:4, 100:9,
101:17, 102:5,
102:10, 103:13,
103:18, 107:22,
107:24, 108:20,
121:16
**Tuesday** [2] - 121:13,
121:15
**tune** [1] - 96:11
**tuned** [1] - 95:23
**tuning** [1] - 95:11
**turn** [2] - 67:22, 68:6
**twice** [1] - 119:14
**two** [47] - 13:17,
19:19, 22:19, 23:10,
23:11, 26:7, 28:10,
28:17, 29:21, 39:10,
39:15, 57:24, 58:5,
58:6, 58:10, 63:5,
65:3, 65:5, 66:3,
66:11, 68:20, 69:10,
69:11, 69:15, 73:21,
74:11, 80:2, 80:20,
98:8, 101:2, 101:24,
101:25, 102:1,
103:14, 103:15,
105:23, 107:4,
110:18, 113:3,
114:9, 118:5,
118:13, 119:15,
123:10, 123:17
**two-day** [4] - 69:11,
73:21, 101:24,
105:23
**two-line** [1] - 118:13
**two-way** [1] - 26:7
**TWO**............................
........ [1] - 8:3
**TX** [6] - 3:24, 4:4,
4:17, 5:13, 5:19,
5:24
**type** [6] - 25:5, 35:17,
44:6, 44:8, 51:22,
115:18
**types** [1] - 30:18

# U

**U.S** [3] - 2:7, 2:13, 5:7
**UK** [1] - 31:5
**unclear** [1] - 119:20

**uncontested** [1] -
63:13
**uncontrolled** [1] -
65:16
**under** [7] - 16:18,
20:24, 36:23, 51:24,
52:5, 78:24, 80:25
**UNDERHILL** [1] - 2:8
**underlying** [1] - 63:23
**understood** [3] -
32:12, 56:14, 81:16
**undue** [1] - 47:9
**unduly** [5] - 47:21,
51:24, 52:2, 52:3,
52:4
**Unified** [2] - 100:12,
101:7
**unique** [2] - 115:11,
115:21
**United** [12] - 42:21,
58:25, 59:1, 59:5,
59:10, 66:4, 66:6,
112:19, 114:4,
114:7, 129:19,
129:25
**UNITED** [5] - 1:1, 1:12,
2:12, 7:22, 7:23
**unless** [4] - 49:23,
59:19, 63:15, 104:10
**unlike** [1] - 102:21
**unopposed** [2] - 59:8,
59:13
**unrelated** [2] - 21:11,
45:4
**unsworn** [1] - 48:21
**unsympathetic** [1] -
21:22
**untoward** [2] - 39:5,
39:18
**up** [75] - 13:14, 13:16,
13:24, 15:1, 15:14,
18:8, 21:14, 24:2,
24:13, 25:1, 25:25,
26:16, 27:19, 28:10,
30:19, 30:21, 31:21,
33:17, 33:19, 34:22,
36:12, 36:22, 38:7,
38:12, 39:24, 41:12,
45:1, 49:25, 60:1,
60:12, 61:25, 67:15,
68:8, 68:15, 69:4,
69:8, 82:18, 83:17,
86:14, 90:19, 95:8,
96:18, 99:17, 99:18,
99:22, 100:2,
100:14, 101:1,
101:10, 102:19,
104:10, 104:22,
105:16, 106:24,
107:16, 108:2,

108:12, 108:14,
110:20, 110:24,
111:6, 111:8,
112:17, 112:20,
113:14, 115:25,
117:20, 119:8,
120:15, 121:20,
123:12, 125:1,
128:11, 128:14
**upcoming** [1] - 88:3
**update** [2] - 79:1,
79:10
**upload** [2] - 126:24,
126:25
**upset** [1] - 112:15
**US** [7] - 17:8, 66:9,
66:16, 69:10,
103:15, 114:10,
119:10
**USA** [1] - 4:7

# V

**valid** [1] - 71:13
**various** [2] - 51:17,
61:7
**vastly** [1] - 104:4
**Vector** [4] - 76:17,
77:13, 78:18, 78:22
**VECTOR** [1] - 8:13
**vendor** [1] - 30:1
**version** [1] - 68:2
**versus** [4] - 16:15,
17:8, 66:20, 100:3
**Vessel** [1] - 114:20
**VESSEL** [1] - 9:17
**video** [7] - 54:4, 57:9,
70:21, 71:3, 95:5,
96:9
**videos** [1] - 53:12
**videotape** [1] - 56:12
**view** [8] - 22:1, 22:3,
30:23, 31:5, 48:17,
85:6, 108:10, 108:11
**visit** [3] - 20:18, 54:2,
81:12
**VOICES** [2] - 11:10,
129:10
**voluntarily** [1] - 73:13
**volunteer** [2] - 71:6,
101:18
**volunteered** [1] -
90:11
**volunteers** [1] - 71:7
**VOO** [4] - 114:19,
114:24, 115:3,
115:16

# W

**WACKER** [1] - 5:16
**wait** [2] - 79:14,
108:16
**waiting** [3] - 122:6,
126:24, 126:25
**waiving** [2] - 36:8,
116:6
**walk** [4] - 55:8, 55:14,
57:6, 57:20
**walk-through** [2] -
55:14, 57:6
**WALKER** [1] - 5:7
**walking** [1] - 56:11
**WALTHER** [1] - 3:17
**WANTED** [1] - 8:1
**wants** [14] - 21:4,
28:15, 29:8, 34:8,
40:14, 49:2, 60:10,
61:3, 62:7, 70:21,
71:6, 87:17, 90:3,
101:18
**war** [1] - 57:14
**WARE** [1] - 5:11
**warrants** [1] - 34:15
**WARREN** [1] - 4:12
**WASHINGTON** [2] -
2:15, 4:13
**watch** [2] - 46:12, 71:2
**water** [1] - 96:21
**WATKINS** [1] - 5:15
**Watson** [1] - 83:6
**WATSON**..................
.......................... [1] -
8:20
**ways** [2] - 23:10,
27:15
**WE** [1] - 10:9
**wearing** [1] - 77:10
**weatherby** [3] - 40:9,
40:12, 41:1
**Weatherby's** [1] - 40:5
**WEATHERFORD** [1] -
5:7
**Weatherford** [6] -
101:19, 101:23,
102:9, 107:21,
111:17, 120:12
**web** [2] - 127:17,
127:25
**Wednesday** [1] -
72:14
**week** [61] - 11:13,
12:8, 16:9, 16:20,
17:3, 19:10, 23:16,
23:17, 32:4, 34:18,
37:24, 40:1, 42:9,
43:17, 45:23, 46:8,

59:24, 60:2, 60:5,
60:9, 60:19, 61:25,
65:2, 67:25, 69:9,
80:25, 81:12, 81:18,
82:2, 82:12, 84:24,
85:8, 86:18, 87:2,
87:7, 89:7, 90:16,
90:18, 91:2, 91:8,
92:1, 97:7, 98:1,
98:7, 98:8, 99:1,
106:16, 108:5,
112:24, 112:25,
118:22, 121:24,
124:2, 124:3,
124:17, 124:22,
125:9, 126:13,
126:15
**week's** [1] - 14:1
**weekend** [2] - 122:1,
129:7
**weekly** [2] - 24:15,
29:6
**weeks** [4] - 46:4, 63:5,
65:16, 113:3
**WEIGEL** [1] - 5:4
**weigh** [1] - 49:2
**WEIL** [1] - 4:24
**WEINER** [1] - 4:9
**welcome** [2] - 15:3,
46:15
**wells** [2] - 53:5, 65:6
**WESTLAKE** [1] - 7:20
**Westlake** [1] - 52:14
**whatnot** [1] - 23:3
**whatsoever** [3] -
57:21, 93:19, 94:3
**wheel** [2] - 122:8,
123:6
**Wheeler** [3] - 85:13,
85:19, 86:2
**wheeler** [1] - 85:23
**WHEELER**...............
.......................... [1] -
9:5
**WHERE** [1] - 10:9
**WHEREUPON** [2] -
68:16, 129:13
**whichever** [1] - 87:6
**whole** [4] - 55:23,
57:22, 69:23, 69:24
**wide** [1] - 51:16
**wild** [3] - 26:6, 26:8,
26:20
**WILL** [1] - 7:16
**William** [1] - 21:18
**WILLIAM** [2] - 1:23,
5:22
**willing** [6] - 25:25,
42:24, 77:16, 99:6,
101:9, 119:16

**window** [1] - 63:7
**wise** [1] - 108:12
**wish** [1] - 37:1
**with-prejudice** [1] -
14:4
**withdraw** [1] - 127:3
**withdrawals** [1] -
126:22
**witness** [32] - 24:4,
28:23, 31:24, 34:2,
35:17, 36:12, 36:14,
37:2, 39:24, 40:10,
40:13, 71:20, 73:2,
73:15, 88:2, 88:19,
88:25, 89:17, 89:19,
89:22, 89:25, 90:11,
107:13, 111:14,
111:20, 111:22,
113:15, 113:18,
119:6, 122:9, 123:21
**witness'** [4] - 23:23,
71:2, 71:14, 75:13
**witnesses** [30] -
13:17, 22:11, 31:3,
31:13, 31:15, 34:23,
35:2, 37:22, 54:11,
67:21, 67:22, 68:20,
69:7, 70:13, 72:24,
73:24, 74:4, 74:10,
80:25, 87:22, 88:3,
89:2, 91:11, 99:2,
105:14, 112:22,
113:21, 118:4,
118:5, 121:21
**WITNESSES** [1] - 10:2
**WITTMANN** [1] - 3:17
**wonderful** [1] - 18:25
**wondering** [4] - 44:5,
97:24, 103:23, 112:7
**word** [1] - 88:7
**words** [1] - 103:9
**works** [2] - 64:14,
65:25
**world** [3] - 50:22,
50:23, 57:16
**WORLDWIDE** [1] -
4:21
**Worldwide** [4] - 94:19,
95:8, 95:16, 95:20
**worried** [1] - 35:13
**worry** [1] - 128:9
**worse** [1] - 75:1
**worth** [5] - 49:22,
51:19, 105:19,
108:25, 112:10
**Wright** [3] - 78:24,
80:23, 81:3
**wright** [1] - 81:15
**WRIGHT** [1] - 1:23
**WRIGHT**....................

.......................... [2] -
8:14, 8:16
**writing** [3] - 105:8,
111:10, 111:25
**written** [1] - 106:18
**Wyman** [2] - 85:13,
86:1
**WYMAN** [2] - 9:5, 86:1

# Y

**y'all** [2] - 43:11, 94:16
**year** [1] - 54:22
**yesterday** [3] - 14:13,
99:23, 127:4
**yield** [1] - 103:11
**York** [6] - 15:12,
20:14, 76:20, 82:19,
111:4, 111:9
**YORK** [12] - 4:3, 4:25,
5:5, 15:11, 20:10,
43:10, 78:10, 78:15,
84:16, 106:20,
111:6, 111:14
**yourself** [2] - 102:3,
105:9