AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| PLAQUEMINES PORT, HARBOR AND TERMINAL DISTRICT <br> *Plaintiff* <br> v. <br> BP PLC, ET AL. <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 11-CV-00917 CJB-SS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   WEATHERFORD U. S., L.P.
Through its agent for service
CT Corporation System
5615 Corporate Blvd. S 400B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Scott R. Bickford
Martzell & Bickford
338 Lafayette Street
New Orleans, LA 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Apr 29 2011

B. Gregory
Deputy clerk's signature

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No. 11-CV-00917 CJB-SS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Weatherford U.S., L.P.__
was received by me on *(date)* __4/29/11__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __CT Corporation System__, who is designated by law to accept service of process on behalf of *(name of organization)* __Weatherford U.S., L.P.__
__via certified mail__ on *(date)* __May 6, 2011__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __5/20/11__

_Judy Heinrich_
Server's signature

Judy Heinrich, Secretary
Printed name and title

338 Lafayette Street, NOLA 70130
Server's address

Additional information regarding attempted service, etc:



