AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| PLAQUEMINES PORT, HARBOR AND TERMINAL DISTRICT <br> *Plaintiff* <br> v. <br> BP PLC, ET AL. <br> *Defendant* | ) ) ) ) ) ) ) ) |

Civil Action No.   11-CV-00917 CJB-SS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ANADARKO PETROLEUM CORPORATION COMPANY

Through its agent for service
CT Corporation System
5615 Corporate Blvd. S 400B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Scott R. Bickford
Martzell & Bickford
338 Lafayette Street
New Orleans, LA 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

*B. Gregory*
Deputy clerk's signature

Date:   Apr 29 2011

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  11-CV-00917 CJB-SS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Anadarko Petroleum Corporation Company

was received by me on *(date)*  4/29/11

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  CT Corporation System , who is

designated by law to accept service of process on behalf of *(name of organization)* Anadarko Petroleum Corp.

Company via certified mail on *(date)*  May 6, 2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  5/20/11

_____
*Server's signature*

Judy Heinrich, Secretary
_____
*Printed name and title*


338 Lafayette Street, NOLA 70130
_____
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

JMH

| | | |
|---|---|---|
| Postage | $ | 1.96 |
| Certified Fee | | 2.85 |
| Return Receipt Fee (Endorsement Required) | | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total | | 7.11 |

Postmark Here

7010 1870 0001 0294 2868

**ANADARKO PETROLEUM CORP**
Through its agent for service
CT Corporation System
5615 Corporate Blvd. S 400B
Baton Rouge, LA 70808

PS Form 3800, August 2006

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ANADARKO PETROLEUM CORP
Through its agent for service
CT Corporation System
5615 Corporate Blvd. S 400B
Baton Rouge, LA 70808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  C. Fenton Rutledge  ☑ Agent  ☐ Addressee

B. Received by ( Printed Name)  C. Date of Delivery
C. Fenton Rutledge

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

Express Courier
MAY 0 6 REC'D

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

2. Article Number
*(Transfer from service label)*   7010 1870 0001 0294 2868

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



RECEIVED
MAY - 9 2011
S. R. DICK C.C.