AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:11-cv-923

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Anadarko Petroleum Corporation**
was received by me on *(date)* **5-16-11**. **Through CT Corporation System**

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Lynette Bass** , who is
designated by law to accept service of process on behalf of *(name of organization)* **CT Corporation**
**System** on *(date)* **5-16-11** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **5-16-11**

_____
Server's signature

**Pepper Whittington**
Printed name and title

**3945 Mimosa**
Server's address

Additional information regarding attempted service, etc: