AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:11-cv-923

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) BP America Production Company
was received by me on (date) 5-16-11 . Through CT Corporation System

☐ I personally served the summons on the individual at (place) _____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____ , a person of suitable age and discretion who resides there, on (date) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) Lynette Bass , who is designated by law to accept service of process on behalf of (name of organization) CT Corporation System on (date) 5-16-11 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5-16-11

_____
Server's signature

Russell Whittington
Printed name and title

3945 Mimosa
Server's address

Additional information regarding attempted service, etc: