AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No. 2:11-cv-923

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  **BP Exploration & Production, Inc.**
was received by me on *(date)*  **5-16-11**  .  **Through CT Corporation System**

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  **Lynette Bass**  , who is
designated by law to accept service of process on behalf of *(name of organization)*  **CT Corporation**
**System**  on *(date)*  **5-16-11**  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  **0.00**  .

I declare under penalty of perjury that this information is true.

Date:  **5-16-11**

_____
*Server's signature*

**Pepper Whittington**
*Printed name and title*

**3945 Mimosa**
*Server's address*

Additional information regarding attempted service, etc: