IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "*DEEPWATER HORIZON*" in the GULF OF MEXICO, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION: J JUDGE BARBIER |
| **THIS PLEADING APPLIES TO** *All Cases in Pleading Bundle C and* **10-2771** | * * * | MAGISTRATE NO. 1 MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

### MOTION OF DEFENDANT DRIL-QUIP, INC. TO DISMISS BUNDLE C CASES PURSUANT TO FED.R.CIV.P. 12(B)(6)

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Dril-Quip, Inc. ("Dril-Quip") moves to dismiss all claims in Bundle C to which it has been joined in issue with by virtue of the Limitation Petitioners' Third-Party Complaint.[1]

WHEREFORE, Defendant Dril-Quip, Inc. prays that this Court dismiss all Bundle C claims against it for failure to state a claim upon which relief can be granted.

Date: May 20, 2011

---

[1] Dril-Quip submits this memorandum and the motion it supports subject to its Motion to Dismiss the Third-Party Complaint. [Doct. 1902]

Respectfully submitted,

**WARE, JACKSON, LEE & CHAMBERS, LLP**

BY: __/s/ C. Dennis Barrow, Jr._____
    Don Jackson
    Texas Bar No. 10476000
    Fed ID No. 6915
    C. Dennis Barrow, Jr.
    Texas Bar No. 00796169
    Fed ID No. 20624
    2929 Allen Parkway, 42nd Floor
    Houston, TX 77019
    Phone :  (713) 659-6400
    Fax    :  (713) 659-6262
    Counsel for Defendant, Dril-Quip, Inc.

## CERTIFICATE OF SERVICE

I certify that the above and foregoing document will be served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of May, 2011.

    /s/ C. Dennis Barrow, Jr._____
    C. Dennis Barrow, Jr.