IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "*DEEPWATER HORIZON*" in the GULF OF MEXICO, on April 20, 2010 | *<br>*<br>*<br>* | MDL NO. 2179<br><br>SECTION: J<br>JUDGE BARBIER |
| **THIS PLEADING APPLIES TO** *All Cases in Pleading Bundle C and* 10-2771 | *<br>*<br>* | <br>MAGISTRATE NO. 1<br>MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF SUBMISSION

Please take notice that the undersigned parties shall bring on their Motion to Dismiss Plaintiffs' Master Complaint In Accordance With PTO No. 11 [Case Management Order No. 1] Section III.C ["C Bundle"] for failure to state a claim for submission to the Honorable Carl J. Barbier, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130 at 9:30 a.m. on the 22nd day of June, 2011, or as soon thereafter as counsel may be heard.

Date: May 20, 2011

                                                  Respectfully submitted,

                                                  **WARE, JACKSON, LEE & CHAMBERS, LLP**

                                                  BY: \_/s/ C. Dennis Barrow, Jr._____
                                                       Don Jackson
                                                       Texas Bar No. 10476000
                                                      Fed ID No. 6915
                                                      C. Dennis Barrow, Jr.
                                                      Texas Bar No. 00796169
                                                      Fed ID No. 20624
                                                      2929 Allen Parkway, 42nd Floor
                                                      Houston, TX 77019
                                                      Phone : (713) 659-6400
                                                      Fax   : (713) 659-6262

                                                Counsel for Defendant, Dril-Quip, Inc.

## **CERTIFICATE OF SERVICE**

I certify that the above and foregoing Notice of Submission will be served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of May, 2011.

/s/ C. Dennis Barrow, Jr.

C. Dennis Barrow, Jr.