AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:11-cv-923

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* M-I LLC dba M-I Drilling Fluids, LLC aka M-I Swac
was received by me on *(date)* 5-16-11    Through Capitol Corporate Services, Inc.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Parrish Madonna, who is designated by law to accept service of process on behalf of *(name of organization)* Capitol Corporate Services, Inc. on *(date)* 5-16-11 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 5-16-11

_____
Server's signature

Russell Whittington
Printed name and title

3995 Mimosa
Server's address

Additional information regarding attempted service, etc: