IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "*DEEPWATER HORIZON*" in the | * | |
| GULF OF MEXICO, on April 20, 2010 | * | SECTION: J |
| | * | JUDGE BARBIER |
| **THIS PLEADING APPLIES TO** | * | |
| *All Cases in Pleading Bundle C and* | * | MAGISTRATE NO. 1 |
| 10-2771 | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF SUBMISSION

Please take notice that the undersigned party shall bring on its Motion to Dismiss Transocean's Cross-Claim/Counterclaim for submission to the Honorable Carl J. Barbier, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130 at 9:30 a.m. on the 22nd day of June, 2011, or as soon thereafter as counsel may be heard.

Date: May 20, 2011

                                       Respectfully submitted,

                                       **WARE, JACKSON, LEE & CHAMBERS, LLP**

                                       BY: _/s/ C. Dennis Barrow, Jr._____
                                             Don Jackson
                                             Texas Bar No. 10476000
                                             Fed ID No. 6915
                                             C. Dennis Barrow, Jr.
                                             Texas Bar No. 00796169
                                             Fed ID No. 20624
                                             2929 Allen Parkway, 42nd Floor
                                             Houston, TX 77019
                                             Phone : (713) 659-6400
                                             Fax    : (713) 659-6262

                                       Counsel for Defendant, Dril-Quip, Inc.

**CERTIFICATE OF SERVICE**

      I certify that the above and foregoing Notice of Submission will be served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of May, 2011.

                                                  /s/ C. Dennis Barrow, Jr.
                                                  C. Dennis Barrow, Jr.