# Exhibit 1

**Brian Kavanaugh/Chicago/Kirkland-Ellis** To    Bill Large <BillL@wrightroy.com>

01/24/2011 02:35 PM    cc    "Anthony Irpino (airpino@irpinolaw.com)" <airpino@irpinolaw.com>,
Andrew Langan <alangan@kirkland.com>,
Don K Haycraft <dkhaycraft@liskow.com>,
"jgrand@seegerweiss.com" <jgrand@seegerweiss.com>,
James Roy <JIMR@wrightroy.com>,
"mnomellini@kirkland.com" <mnomellini@kirkland.com>,
"Robert Cunningham (RTC@cunninghambounds.com)" <RTC@cunninghambounds.com>,
Steve Herman <sherman@hhkc.com>,
"sterbcow@LKSALAW.COM" <sterbcow@LKSALAW.COM>,
Billy Bonner <web@cunninghambounds.com>

Subject    Re: BP - responsive documents missing from productionNotes Link

Bill,

Thank you for your e-mail.

Unfortunately, it is factually incorrect in virtually all respects.

For example, your first point is that "BP has only produced portions of Volume 1" of the "Well Control Manual."

This is untrue.

The full Volume 1 was produced at BP-HZN-2179MDL00335948 -- 00336409.  Each of the sections that you contend are "not included" were, in fact, produced:  1) BP-HZN-2179MDL00336070 (Section 3: Warning Signs of a Kick); 2) BP-HZN-2179MDL00336078 (Section 4: Action on Detecting an Influx); 3) BP-HZN-2179MDL00336124 (Section 5: Well Kill Decision Analysis) 4) BP-HZN2179MDL00336142 (Section 6: Well Kill Techniques).

Plaintiffs have had this document--including all the sections that plaintiffs incorrectly contend are missing--for months.  It was originally produced in July 2010.  It was produced a second time on November 15, 2010.  It was produced a third time on December 23, 2010.

For the second time in two business days, you have asked BP to locate a document that was produced to plaintiffs long ago, and that plaintiffs incorrectly claimed BP had not produced.

Before you ask BP to do any more searches for documents that BP has already produced, would you please let us know in detail what steps plaintiffs are taking to check for the documents already in plaintiffs' possession before they incorrectly declare that documents are not in the production?

Have plaintiffs actually reviewed all the documents in BP's production?  In light of your incorrect statement below that "BP has only produced portions of Volume 1" of the "Well Control Manual,"  we do not see how this can be true.

We will respond more fully to your e-mail -- and its various other inaccuracies -- at a later date.

If you would like to discuss these matters in person, feel free to Mark or me.


**Brian P. Kavanaugh** | **KIRKLAND & ELLIS LLP**
300 North LaSalle | Chicago, Illinois  60654
☎ 312.862.2015 | **F** 312.862.2200 | brian.kavanaugh@kirkland.com


| | | |
|---|---|---|
| **Bill Large <BillL@wrig htroy.com>** | | |
| | To | Brian Kavanaugh <bkavanaugh@kirkland.com> |
| 01/24/2011 | | "jgrand@seegerweiss.com" <jgrand@seegerweiss.com>, |
| 11:17 AM | | James Roy <JIMR@wrightroy.com>, |
| | | "mnomellini@kirkland.com" <mnomellini@kirkland.com>, |
| | | "Robert Cunningham (RTC@cunninghambounds.com)" <RTC@cunninghambounds.com>, |
| | cc | Steve Herman <sherman@hhkc.com>, |
| | | Billy Bonner <web@cunninghambounds.com>, |
| | | Andrew Langan <alangan@kirkland.com>, |
| | | Don K Haycraft <dkhaycraft@liskow.com>, |
| | | "Anthony Irpino (airpino@irpinolaw.com)" <airpino@irpinolaw.com>, |
| | | "sterbcow@LKSALAW.COM" <sterbcow@LKSALAW.COM> |
| | Subject | RE: BP - responsive documents missing from production |


Dear Brian:

Notwithstanding your surprise, our request contained in my email to you of January 21, 2011, was for fundamental documents which do not appear to us to have been produced in full.  That request has little to do with the following issues raised in your email below of January 21, 2011: your objections; the number of our document requests; search terms; meet and confers; or production "priorities."  There can be no dispute the documents requested below are responsive and cannot be considered subject to BP's boilerplate objections.  Furthermore, whether BP's production is "rolling" or "ongoing" matters not.  A good faith search should have identified long ago the core documents referenced in my email below.

The manuals, policies and other instruction materials requested are undoubtedly some of the most readily accessible documents in this case.  The fact that BP produced portions of them to governmental entities attests to this.  Moreover, one can only hope that these manuals presently are at the fingertips of BP personnel now engaged in drilling activities in the Gulf.  Below we list several specific examples in response to your email of January 21, 2011.

**Well Control Manual.**  The Well Control Manual is in three volumes.  BP has produced Volumes 2 and 3, but BP has only produced portions of Volume 1.  (See, e.g. BP-HZN BLY00036110-571).  Many highly relevant sections referenced in the Tables of Contents of Well Control Manual, Volume 1, are not included, including, but not limited to, issues such as "Warning Signs of a Kick," "Action on Detecting Influx," "Well Kill Decision Analysis," and "Well Kill Techniques."

Again, it should go without saying, Volume 1 is a fundamental document for which no search terms are needed.  A possible problem, as it appears to us, is that scattered portions of the Well Control Manual, Volume 1, were produced as they were attached to various recipients' and senders' emails, or the portions that the Internal Investigation Team members chose to save on the SharePoint or their personal computers.

**Drilling and Well Control Policy (BDA-D-001).**  There is a difference between the Drilling and Well Control Practices (GP10-00) ("DWOP"), referenced in your email below, and the Drilling and Well Control Policy (BDA-D-001), which

2

we referred to in our email.  The DWOP replaced  the Drilling and Well Control Policy (BDA-D-001) in late 2008.  We do not believe we have a copy of the latter document.  If one has been produced previously, we would appreciate it if you could produce a Bates number range for it.

**Engineering and Technical Practices ("ETPs").**  Again, we do not quarrel with your representation that we have received "numerous" ETPs.  However, it does not appear we have received many, or possibly most, of them.  Again, several ETPs have been produced as they appear, in part, attached to emails or in individuals' custodial files.  See, e.g., BP-HZN-2179MDL00344422.  However, it is clear that BP maintains a library for ETPs – as well as other reference manuals – at http:/atlib.bpweb.bp.com.  See, BP-HZN-2179MDL00062698.   The DWOP itself appears to operate as a summary and reference guide for the ETPs that BP deems applicable to deepwater drilling, and those ETPs are cited therein.  There is no reason that BP should only have produced individual ETPs as they appear across countless servers and laptops.  They should be produced as they are kept in the ordinary course of business as well, as a full and complete production of the ETP Library.

If BP has fully produced the all documents described above, please let us know and provide the Bates Ranges.  We consider these documents to be critical for the current and ongoing depositions, and we reserve the right to recall these witnesses if these documents have not already been produced.

In closing, we have one additional observation: this is a prime example of why the dispute between the parties regarding search terms and BP's production obligations are not merely theoretical or hypothetical.  Your email below highlights that this issue is of practical and demonstrated concern.   It appears that BP's position still is that it has no obligation to produce readily accessible documents, even those contained in an electronic "library," until it has complete search terms.  As you know, we wholly disagree with this position.

We appreciate your prompt attention to these matters and look forward to discussing them with you soon.


Best regards,

William F. Large
Domengeaux Wright Roy & Edwards
556 Jefferson Street, Suite 500
Lafayette, LA  70501
Mobile: 214-206-7881
Direct:  337-593-4166

**From:** Brian Kavanaugh [mailto:bkavanaugh@kirkland.com]
**Sent:** Friday, January 21, 2011 9:10 PM
**To:** Bill Large
**Cc:** jgrand@seegerweiss.com; James Roy; mnomellini@kirkland.com; Robert Cunningham (RTC@cunninghambounds.com); Steve Herman; Billy Bonner; Andrew Langan; Don K Haycraft
**Subject:** Re: BP - responsive documents missing from production

Bill -

I am surprised by your email as Plaintiffs have had many of these documents for some months.

BP's Well Control Manual was among the very first documents made available to Plaintiffs through BP's electronic repository in July 2010.  Those documents were subsequently reproduced to Plaintiffs again in November as part of the BP Parties' response to Plaintiffs' "Omnibus" requests.

Similarly, the DWOP was produced to Plaintiffs in October 2010 through BP's electronic repository and again in November as part of the BP Parties'  response to Plaintiffs' "Omnibus" requests.

3

Likewise, the BP Parties have already produced numerous Engineering Technical Practice documents in November as part of the BP Parties'  response to Plaintiffs' "Omnibus" requests.

Lastly, as you know, the BP Parties have asserted objections, in part, to Request for Production No. 142. The BP Parties have repeatedly offered to meet and confer regarding those objections, and plaintiffs have repeatedly cancelled those meet and confer discussions, sometimes at the last minute.  And, Request for Production No. 142 is one for which the parties are currently negotiating appropriate search terms. Moreover, the BP Parties are responding to more than 200 requests for production on a rolling basis; Plaintiffs have never indicated any order of priority among these requests.  Your email ignores these facts.  To the extent Plaintiffs wish to have a discussion regarding the BP Parties' objections to Request for Production No. 142, or would like to make a request that the BP Parties prioritize production of certain documents over others, we are available to meet and confer on reasonable notice.

Regards,

**Brian P. Kavanaugh**| **KIRKLAND & ELLIS LLP**
300 North LaSalle | Chicago, Illinois  60654
☎ 312.862.2015 | **F**312.862.2200 | brian.kavanaugh@kirkland.com

| | | |
|---|---|---|
| **Bill Large<br><BillL@wrightroy.com>**<br><br>01/21/2011<br>09:46 AM | To | "mnomellini@kirkland.com" <mnomellini@kirkland.com>, "Brian Kavanaugh (bkavanaugh@kirkland.com)" <bkavanaugh@kirkland.com> |
| | cc | "jgrand@seegerweiss.com" <jgrand@seegerweiss.com>, Billy Bonner <web@cunninghambounds.com>, "Robert Cunningham (RTC@cunninghambounds.com)" <RTC@cunninghambounds.com>, James Roy <JIMR@wrightroy.com>, Steve Herman <sherman@hhkc.com> |
| | Subject | BP - responsive documents missing from production |

Mark & Brian:

BP's production to date does not include the following documents: (1) BP's Engineering and Technical Practices; (2) BP's Well Control Manual; and (3) BP's Drilling and Well Operations Policy (BPA-D-001).  These important documents are responsive  to Request for Production No. 142 of the Plaintiffs' First Interrogatories and Requests for Production to BP, and should be are readily accessible, and already should have been produced.  Accordingly, please provide us with these documents and any other documents responsive to Request for Production No. 142 by Monday, January 24, 2011.

Regards,

William F. Large
Domengeaux Wright Roy & Edwards
556 Jefferson Street, Suite 500
Lafayette, LA  70501
Mobile: 214-206-7881
Direct:  337-593-4166

4