# Exhibit 2

| | | |
|---|---|---|
| **Andrew Langan <alangan@kirkland.com>** | To | "Paul M. Sterbcow" <sterbcow@lksalaw.com> |
| 04/27/2011 06:09 PM | cc | "CMaze@ago.state.al.us" <CMaze@ago.state.al.us>, "dsc2179@liskow.com" <dsc2179@liskow.com>, Hariklia Karis <hkaris@kirkland.com>, James Roy <JIMR@wrightroy.com>, "liaison2179@liskow.com" <liaison2179@liskow.com>, "Mike.Underhill@usdoj.gov" <Mike.Underhill@usdoj.gov>, "Thibodeaux, Paul C." <PThibodeaux@frilot.com>, "RTC@cunninghambounds.com" RTC@cunninghambounds.com>, "Herman, S" <sherman@hhkc.com>, "Paul M. Sterbcow" <sterbcow@lksalaw.com> |
| | Subject | RE: MDL 2179 -- Rule 30(b)(6) Deposition of John Sprague and PPFG production |

Dear Paul: thanks for the note.

All the daily PPFG Reports for the MC 252#1 Macondo well and all the Daily Geological Reports for the MC #252 Macondo well were produced to the PSC on November 15, 2010 in the MDL 2179 litigation in response to Plaintiffs' Omnibus Discovery Requests on All Defendants.

Best regards

Andy


**J. Andrew Langan, P.C.**| **Kirkland & Ellis LLP**
300 NORTH LASALLE STREET
CHICAGO, IL 60654-3406
(312) 862-2064 **DIRECT** | (312) 862-2200 **FAX**
andrew.langan@kirkland.com

| | | |
|---|---|---|
| **"Paul M. Sterbcow" <sterbcow@lksalaw.com>** | To | 'Andrew Langan' <alangan@kirkland.com>, James Roy <JIMR@wrightroy.com>, "Herman, S" <sherman@hhkc.com>, "RTC@cunninghambounds.com" <RTC@cunninghambounds.com>, "Mike.Underhill@usdoj.gov" <Mike.Underhill@usdoj.gov>, "CMaze@ago.state.al.us" <CMaze@ago.state.al.us>, "dsc2179@liskow.com" <dsc2179@liskow.com>, "liaison2179@liskow.com" <liaison2179@liskow.com> |
| 04/27/2011 03:04 PM | cc | Hariklia Karis <hkaris@kirkland.com>, "Thibodeaux, Paul C." <PThibodeaux@frilot.com>, "Paul M. Sterbcow" <sterbcow@lksalaw.com> |
| | Subject | RE: MDL 2179 -- Rule 30(b)(6) Deposition of John Sprague |


Andy- Thanks for the note. We will adjust accordingly. On a separate topic, can you check with the appropriate document production person(s) to see if the (1) BP PPFG Daily Reports and the (2) BP Daily Geology Reports for Macondo #1 have been produced? We can find only 12 or so of the former and fewer of the latter. Discovery over the last week has revealed that these reports are generated daily as their titles suggest, and that they are critical to

2

the monitoring of pore pressure, fracture gradient and drilling margin as the well progresses. We need them asap. BP well geologist Bellows is being deposed on Monday, and we may have to ask that he be brought back for a second deposition if the documents have not been produced and arrive after his deposition is taken. We clearly do not want to do this. Thanks for your help in this regard.

Paul Sterbcow
Lewis, Kullman, Sterbcow and Abramson
601 Poydras St., Suite 2615
New Orleans, LA 70130
504.588.1500
504.588.1514 (FAX)

**From:** Andrew Langan [mailto:alangan@kirkland.com]
**Sent:** Wednesday, April 27, 2011 12:00 PM
**To:** James Roy; Herman, S; Paul M. Sterbcow; RTC@cunninghambounds.com; Mike.Underhill@usdoj.gov; CMaze@ago.state.al.us; dsc2179@liskow.com; liaison2179@liskow.com
**Cc:** Hariklia Karis
**Subject:** MDL 2179 -- Rule 30(b)(6) Deposition of John Sprague

Dear Counsel:

I am writing to update you on the Rule 30(b)(6) deposition of BP set for April 28 in NOLA in which John Sprague is BP's designee for certain topics.

On April 28, Mr Sprague will be produced as to topic 3 of the notice to BP, as well as part of Topic 17 as previously discussed (well design as it relates to casing).

We had originally planned to have Mr Sprague also address Topic 1 on April 28 but in preparing, we now believe there are a material number of documents still in the BP production pipeline that bear on topic 1 and we think it better to have BP substantially complete that production and then have Mr Sprague appear on a different day to address topic 1.  We will be in touch with a proposed additional day for this topic as soon as we can.

Best regards


Andy Langan


**J. Andrew Langan, P.C.**| **Kirkland & Ellis LLP**
300 NORTH LASALLE STREET
CHICAGO, IL 60654-3406
(312) 862-2064 **DIRECT** | (312) 862-2200 **FAX**
andrew.langan@kirkland.com