# Exhibit 3

| | | |
|---|---|---|
| **Andrew Langan/Chicago/Kirkland-Ellis** | To | "Paul M. Sterbcow" <sterbcow@lksalaw.com> |
| 05/10/2011 08:00 AM | cc | James Roy <JIMR@wrightroy.com>, 'Robert Cunningham' <RTC@cunninghambounds.com>, 'Steve Herman' <SHERMAN@hhkc.com>, Hariklia Karis/Chicago/Kirkland-Ellis@K&E |
| | Subject | MDL 2179 -- MoC FormsNotes Link |

Dear Paul:

The MOC that was apparently the subject of questioning at Mr Guide's deposition (the 4/15 MOC) was produced as a single document. These consecutively numbered documents were originally part of the MBI production, and were produced in the MDL on 11/15/10 with the MBI bates numbers. (See MBI00143292 et seq)

Any suggestion that "they were not produced as one" is incorrect.

Best regards

Andy

**J. Andrew Langan, P.C.** | **Kirkland & Ellis LLP**
300 NORTH LASALLE STREET
CHICAGO, IL 60654-3406
(312) 862-2064 **DIRECT** | (312) 862-2200 **FAX**
andrew.langan@kirkland.com

| | | |
|---|---|---|
| **"Paul M. Sterbcow" <sterbcow@lksalaw.com>** | To | 'Andrew Langan' <alangan@kirkland.com> |
| 05/09/2011 03:21 PM | cc | James Roy <JIMR@wrightroy.com>, 'Steve Herman' <SHERMAN@hhkc.com>, 'Robert Cunningham' <RTC@cunninghambounds.com> |
| | Subject | MoC Forms |

Andy- Guide testified that the MoC all have attachments such as tests, power points, etc. We may have both the MoC and the attachments but they were not produced as one and we have no way of knowing what docs were attached to a given MoC. Can you look into this? Thanks.