Exhibit 4

1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

4

5   IN RE:  OIL SPILL BY THE OIL RIG     *    10-MD-2179-CJB-SS
            *DEEPWATER HORIZON* IN THE     *
6           GULF OF MEXICO ON             *
            APRIL 20, 2010                *    April 8, 2011
7                                         *
                                          *
8   This Document Relates to All Cases    *    9:30 a.m.
    *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

9

10

11               DISCOVERY CONFERENCE BEFORE THE
                    HONORABLE SALLY SHUSHAN
12              UNITED STATES MAGISTRATE JUDGE

13

    <u>Appearances</u>:
14

15  For the Plaintiffs:          Domengeaux Wright Roy
                                   & Edwards, LLC
16                               BY:  JAMES P. ROY, ESQ.
                                 556 Jefferson Street, Suite 500
17                               Post Office Box 3668
                                 Lafayette, Louisiana 70502
18

19  For the Plaintiffs:          Herman, Herman, Katz & Cotlar, LLP
                                 BY:  STEPHEN J. HERMAN, ESQ.
20                               820 O'Keefe Avenue
                                 New Orleans, Louisiana 70113
21

22  For the Defendants:          Frilot, LLC
                                 BY:  PAUL C. THIBODEAUX, ESQ.
23                               1100 Poydras Street, Suite 3700
                                 New Orleans, Louisiana 70163
24

25

1          **THE COURT:**  I understand, but we have our semantics
2  straight?

3          **MR. LANGAN:**  Yes.

4          **THE COURT:**  Okay.  Next up, I wanted to cover the
5  PSC's request for logging in-house counsel communications and
6  give you an update of what we have done.

7          With your permission, I met with people from BP
8  and I requested that they pull a random selection of 100
9  documents that had been withheld from production.  They
10 produced approximately 50 documents that had been redacted in
11 part and produced in part, and they produced approximately 50
12 documents that had been withheld entirely.  These documents
13 were selected at random by BP's vendor.

14         I was very impressed at the surgical redaction
15 of the documents.  I didn't find anything that had been
16 redacted that I thought was not privileged, so I was really
17 pleased with that.  On the documents that had been withheld, I
18 didn't find any documents that I found were privileged and
19 should have been produced.

20         There was a minor glitch in two e-mails that
21 transmitted final contracts with BP's contractors that were not
22 produced as part of these e-mail productions, but I understand
23 that you all have the final contracts from different
24 productions.

25         So I have to tell you guys that I found

1   absolutely nothing from this random pull that caused me any

2   concern.  Again, as I said, the redactions were just excellent.

3   So as a result of the random review, I am not going to order

4   that they go back and log all of these communications for

5   purposes of privilege review.  I find that their privilege

6   review was really excellent and so that will be the end of that

7   issue.  I think you can take a lot of comfort from my review.

8               **MR. HERMAN:**  Thank you, Your Honor.

9               **THE COURT:**  Both Mike and I went through every single

10  document.

11              **MR. LANGAN:**  Thank you, Your Honor.  It's much

12  appreciated.

13              **THE COURT:**  All right.  Next up, we went ahead and

14  ruled on the request for extra time with BP.  I think that's

15  taken care of.  You-all are starting those depos on Monday,

16  right?

17              **MR. LANGAN:**  Yes.  One footnote, if I may,

18  Your Honor.

19              **THE COURT:**  Sure.

20              **MR. LANGAN:**  First of all, I appreciate Your Honor's

21  prompt attention and accommodation to BP on that.  One positive

22  development since Your Honor's ruling --

23              **THE COURT:**  You have another three minutes from

24  somebody.

25              **MR. LANGAN:**  40.  So here are the facts.  I believe