# Exhibit 7

**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois  60654

J. Andrew Langan, P.C.
To Call Writer Directly:
(312) 862-2064
alangan@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

April 1, 2011

**Via E-mail**

Stephen J. Herman
Herman Herman Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA  70113-1116

James P. Roy
Domengeauz Wright Roy & Edwards
556 Jefferson Street
P.O. Box 3668
Lafayette, LA 70502

R. Michael Underhill
U.S. Department of Justice
P.O. Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463

Luther Strange
Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130

RE:   *Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010, MDL 2179*

Dear Steve, James, Mike, and Luther:

I write to provide the following certification in advance of deposition of Robert Bodek scheduled for April 11-12:

Pursuant to Pretrial Order No. 17, Section M.4., and subject to its objections, Defendants BP America Inc., BP America Production Company, and BP Exploration & Production Inc. certify that, to the best of their present knowledge, based on a good faith and reasonable search in accordance with their February 16, 2011 submission to Magistrate Judge Shushan and the February 18, 2011 hearing before Magistrate Judge Shushan, they have completed production of responsive, non-privileged paper and electronic documents from the individual custodial files maintained by Robert Bodek.

Please feel free to call me if you have any questions.

Hong Kong      London      Los Angeles      Munich      New York      Palo Alto      San Francisco      Shanghai      Washington, D.C.

## KIRKLAND & ELLIS LLP

April 1, 2011
Page 2

                                                                       Sincerely

                                                                       J. Andrew Langan, P.C.

cc:    Paul Sterbcow
        Bill Large
        Anthony Irpino
        MDL 2179 Defense Liaison Counsel