Exhibit 8

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois  60654

J. Andrew Langan, P.C.
To Call Writer Directly:
(312) 862-2064
andrew.langan@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

April 1, 2011

**Via Email and First Class Mail**                                                    **CONFIDENTIAL**

Stephen J. Herman, Esq.
Herman Herman Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA 70113-1116

Re:   In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010, MDL No. 2179

Dear Stephen:

This letter constitutes notice by the BP Parties[1] of a production of documents in response to Plaintiffs' Interrogatories, Requests for Production, and Requests for Admission, dated November 1, 2010.  This production consists of Bates range BP-HZN-2179MDL00876312 through BP-HZN-2179MDL00900029, which is Volume 28 ("BP-MDL2179VOL000028").  The documents designated as Highly Confidential are produced within Bates range BP-HZN-2179MDL00896142 through BP-HZN-2179MDL00899432.

This production has been uploaded to ShareVault.  For Volume 28, the files are located under the MDL2179 category at BP MDL2179VOL000028.  The relevant files are named MDL2179VOL000028-001.tc (2 gigabytes), MDL2179VOL000028-002.tc (55 megabytes), and MDL2179VOL000028-003.tc (25 megabytes).  A screen capture showing the files for this production is attached as Attachment A.

Please note that Volume 28 includes additional documents and ESI from the custodial files of Mr. Robert Bodek, supplementing the BP Parties' prior productions of documents and ESI from his custodial files.  These materials are being provided pursuant to searches of ESI consistent with the BP Parties' letter to Magistrate Judge Shushan of February 16, 2011, the hearing before Magistrate Judge Shushan on February 18, 2011, and the parties' negotiations concerning appropriate search criteria.

---

[1]   The BP Parties comprise BP America Inc. ("BPA"), BP America Production Company ("BPAP"), and BP Exploration & Production Inc. ("BPXP").

Hong Kong     London     Los Angeles     Munich     New York     Palo Alto     San Francisco     Shanghai     Washington, D.C.

## KIRKLAND & ELLIS LLP

Stephen J. Herman
April 1, 2011
Page 2


      The production has been encrypted using TrueCrypt software and accessing it will require following the same instructions and using the same MDL password as was provided for the BP Parties' prior production of documents and ESI. As a courtesy, attached is a copy of the TrueCrypt instructions as Attachment B.

      This document and ESI production is made subject to all general and specific objections, as contained in the BP Defendants' Responses and Objections to Plaintiffs' Interrogatories, Requests for Production, and Requests for Admission, dated December 8, 2010. The documents and ESI are being produced subject to the terms and provisions of applicable pre-trial orders and agreements, including Pre-Trial Order Nos. 13, 14 and 16.

      Please feel free to contact me with any questions or concerns.

                                                  Sincerely,

                                                  J. Andrew Langan, P.C.

JAL/mceo

Attachment

cc:    Richard C. Godfrey, P.C.                    Sarah D. Himmelhoch
       Don K. Haycraft                               Rob Warren
       Bill Large                                        Luther Strange
       Donald Godwin                             Corey Maze
       Sean O'Brien                               Huron Consulting Group
       Connie S. Delgado                       Michael G. Lemoine
       Geoff Gannaway                            Mary Rose Alexander
       Dennis Barrow
       Daniel Schubert
       John C. Funderburk

**Attachment A**



Attachment B

## *TrueCrypt* Decryption Instructions

1. **Download and Install *TrueCrypt* Software**

*TrueCrypt* software can be downloaded from http://www.truecrypt.org/downloads. Find the version appropriate for your operating system and click the button. Once you click the button, you will be presented with the following screen:



Click the "Run" button.

Depending on the security settings of your browser, you may be presented with the following:



Click "Run".

Accept the license agreement in order to proceed with the installation, and then select the installation defaults to complete the installation. You may need to reboot your computer after the installation.

## 2. Using *TrueCrypt* to Decrypt a Hard Disk

Ensure that your encrypted hard disk(s) are connected and accessible from the computer from which you will be running *TrueCrypt*. Your workstation will show a drive letter, but if you try to access it you will get the message: 'drive is not formatted. Format now?'

### *DO NOT FORMAT!*

Once *TrueCrypt* is installed (per the instructions above), select the program to run on your computer.

When you run *TrueCrypt*, the main screen will display as follows:



Please "Select Device"



Please select the Harddisk that appears in this window that does not have a folder path preceding it.

In *TrueCrypt*, select a drive letter from the list in the upper half of the window



Please enter the password when prompted.



The drive should now be viewable to you within My Computer as Local Disk (X:), where (X:) is the drive letter selected in *TrueCrypt*.

**Step 1:**

Open the folder "TrueCrypt"

**Step 2:**
Once the folder is open please click and run the file named TrueCrypt.exe.



**Step 3:**

The following window should appear. Please click the "Select File..." button.



1

## Step 4:

Select the file on the disc or hard drive with the ".tc" file extension and select open. The file will appear in the within the volume dropdown.



## Step 5:

Select a drive letter. In this case (see above screen print) we selected the drive letter "X". Click the "Mount" button.



2

**Step 6:**

When prompted, enter the password which was provided to you via email. Click OK.



**The drive should now be viewable to you within my computer as Local Disk (X:), where (X:) is the drive letter selected.**



3