# Exhibit 12

| RFP 5 | RFP 14 | RFP 15 | RFP 17 | RFP 19 | RFP 22 |
|---|---|---|---|---|---|
| Albers, Shane | Albers, Shane | Albers, Shane | Ahnell, Arden | Albers, Shane | Ahnell, Arden |
| Albertin, Martin | Albertin, Martin | Albertin, Martin | Al Monthiry, Wissam | Albertin, Martin | Al Monthiry, Wissam |
| Anderson, Paul | Anderson, Paul | Anderson, Paul | Albers, Shane | Anderson, Paul | Albertin, Martin |
| Armstrong, Ellis | Armstrong, Ellis | Armstrong, Ellis | Albertin, Martin | Armstrong, Ellis | Bly, Mark |
| Beirne, Michael | Beirne, Michael | Beirne, Michael | Anderson, Paul | Beirne, Michael | Bozeman, Walt |
| Bellow, Jonathan | Bellow, Jonathan | Bellow, Jonathan | Armstrong, Ellis | Bellow, Jonathan | Bush, Earnest |
| Bergmans, Antony | Bergmans, Antony | Bergmans, Antony | Beirne, Michael | Bergmans, Antony | Carragher, Peter |
| Blankenship, Cynthia | Blankenship, Cynthia | Blankenship, Cynthia | Bellow, Jonathan | Blankenship, Cynthia | Church, Tim |
| Bodek, Robert | Bodek, Robert | Bodek, Robert | Bergmans, Antony | Bodek, Robert | Cindy Yeilding |
| Bondurant, Charles | Bondurant, Charles | Bondurant, Charles | Blankenship, Cynthia | Bondurant, Charles | Collinson, Peter |
| Breazeale, Martin | Breazeale, Martin | Breazeale, Martin | Bly, Mark | Breazeale, Martin | Corser, Kent |
| Brock, Tony | Brock, Tony | Brock, Tony | Bodek, Robert | Brock, Tony | Cross, Iris |
| Bryan, Christopher | Bryan, Christopher | Bryan, Christopher | Bondurant, Charles | Bryant, Christopher | Daigle, John |
| Burns, Tim | Burns, Tim | Burns, Tim | Breazeale, Martin | Burns, Tim | Dave Rainey |
| Byrd, Mike | Byrd, Mike | Byrd, Mike | Brock, Tony | Byrd, Mike | Depret, Pierre-Andre |
| Carroll, Cynthia | Carroll, Cynthia | Carroll, Cynthia | Bryan, Christopher | Carroll, Cynthia | Doug Suttles |
| Castell, Sir William | Castell, Sir William | Castell, Sir William | Burns, Tim | Castell, Sir William | Douglas, Scherie |
| Cavender, Rhonda | Cavender, Rhonda | Cavender, Rhonda | Burns, Tim | Cavender, Rhonda | Dupree, James |
| Christopher, Scott | Christopher, Scott | Christopher, Scott | Byrd, Mike | Christopher, Scott | Dyer, Tracy |
| Cocales, Brett | Cocales, Brett | Cocales, Brett | Carragher, Peter | Cocales, Brett | Fritz, David |
| Considine, Mike | Considine, Mike | Considine, Mike | Carroll, Cynthia | Considine, Mike | Gallucci, Joe |
| Cowlam, Gill | Cowlam, Gill | Cowlam, Gill | Castell, Sir William | Cowlam, Gill | Grant, Jim |
| Cox, Richard | Cox, Richard | Cox, Richard | Cavender, Rhonda | Cox, Richard | Hill, Trevor |
| Cramond, Neil | Cramond, John | Cramond, Neil | Christopher, Scott | Crane, Allison | Huber, Charlie |
| Crane, Allison | Crane, Allison | Crane, Allison | Cocales, Brett | Crowlam, Gilliam | Jackson, Curtis |
| Crowlam, Gilliam | Crane, Allison | Crane, Allison | Collinson, Peter | Cunningham, Erick | James Dupree |
| Cunningham, Erick | Crowlam, Gilliam | Crowlam, Gilliam | Considine, Mike | Curt, Bill | Johnson, Dennis |
| Curt, Bill | Cunningham, Erick | Cunningham, Erick | Corser, Kent | Daly, Mike | Knudsen, Torben |
| Daigle, John | Curt, Bill | Curt, Bill | Cowlam, Gill | David, George | Lynch, Richard |
| Daly, Mike | Daigle, John | Daigle, John | Cox, Richard | Davies, Kevan | Mason, C. Mike |
| David, George | Daly, Mike | Daly, Mike | Cramond, Neil | Davis, Errol Jr. | Mays, Steven |
| Davies, Kevan | David, George | David, George | Crane, Allison | Dempsey, Raymond | Mazzella, Mike |
| Davis, Errol Jr. | Davies, Kevan | Davies, Kevan | Crane, Allison | Dobbs, Sarah | Moreno, Carlos |
| Dempsey, Raymond | Davis, Errol Jr. | Davis, Errol Jr. | Cross, Iris | Doucet, Ralph | Park, Virginia |
| Dobbs, Sarah | Dempsey, Raymond | Dempsey, Raymond | Crowlam, Gilliam | Douglas, Sherrie | Patteson, Mark |
| Doucet, Ralph | Dobbs, Sarah | Dobbs, Sarah | Cunningham, Erick | Dudley, Robert | Pattillo, Phillip |
| Douglas, Sherrie | Doucet, Ralph | Doucet, Ralph | Curt, Bill | Dupree, James | Paul Tooms |
| Dudley, Robert | Douglas, Sherrie | Douglas, Sherrie | Daigle, John | Emmerson, Tony | Pelz, Oliver |
| Dupree, James | Dudley, Robert | Dudley, Robert | Daigle, Keith & John | Fargie, Dave | Rainey, Dave |

| RFP 23 | RFP 25 | RFP 28 | RFP 29 | RFP 48 | RFP 66 |
|---|---|---|---|---|---|
| Ahnell, Arden | Ahnell, Arden | Ahnell, Arden | Ahnell, Arden | Emmerson , Tony | Albers, Shane |
| Al Monthiry, Wissam | Al Monthiry, Wissam | Al Monthiry, Wissam | Al Monthiry, Wissam | Lee , Earl | Albertin, Martin |
| Barker, David | Beirne, Michael | Albertin, Martin | Albertin, Martin | | Anderson, Paul |
| Birrell, Gordon | Bly, Mark | Arnold, Greg | Albertin, Martin | | Armstrong, Ellis |
| Bly, Mark | Bryan, Christopher | Birrell, Gordon | Anderson, Paul | | Beirne, Michael |
| Carragher, Peter | Byrd, Mike | Bly, Mark | Armstrong, Ellis | | Bellow, Jonathan |
| Childs, Jeff | Carragher, Peter | Brown, Mike | Arnold, Greg | | Bergmans, Antony |
| Collinson, Peter | Christopher, Scott | Caldwell, Jason | Bellow, Jonathan | | Blankenship, Cynthia |
| Crammond, Neil | Collinson, Peter | Carragher, Peter | Bergmans, Antony | | Bly, Mark |
| Cross, Iris | Cross, Iris | Clarkson, David | Birrell, Gordon | | Bodek, Robert |
| Daigle, John | Doucet, Ralph | Collinson, Peter | Blankenship, Cynthia | | Bondurant, Charles |
| Dupree, James | Dupree, James | Cross, Iris | Bly, Mark | | Breazeale, Martin |
| Fritz, David | Fritz, David | Daigle, John | Bondurant, Charles | | Brock, Tony |
| Hill, Trevor | Hill, Trevor | Daniels, John | Breazeale, Martin | | Bryan, Christopher |
| Huber, Charlie | Huber, Charlie | Dupree, James | Brock, Tony | | Burns, Tim |
| Johnson, Jeff | Kidd, Gavin | Fritz, David | Brown, Mike | | Burns, Tim |
| Long, Wilbert | Little, Ian | Fryar, Robert | Burns, Tim | | Byrd, Mike |
| McKay, Lamar | Lynch, Richard | Gray, George | Caldwell, Jason | | Carroll, Cynthia |
| Morrison, Richard | Mazzella, Mike | Harland, Richard | Carragher, Peter | | Castell, Sir William |
| Owen, Jack | McKay, Lamar | Hill, Trevor | Carroll, Cynthia | | Cavender, Rhonda |
| Rainey, David | Miller, Richard | Huber, Charlie | Castell, Sir William | | Christopher, Scott |
| Rogers, Jon | Morstead, Isobel | Hughes, John | Cavender, Rhonda | | Cocales, Brett |
| Saperstein, Mark | Neumeyer, Joe | Imm, Gary | Clarkson, David | | Collison, Peter |
| Stead, Damian | O'Bryan, Pat | Jordan, Terry | Cocales | | Considine, Mike |
| Thompson, Ed | Patteson, Mark | Karlsen, Geir | Collinson, Peter | | Cowlam, Gill |
| Turner, Don | Pelz, Oliver | Kennelley, Kevin | Considine, Mike | | Cox, Richard |
| Williams, Cathy | Pineda, Francisco | Kidd, Gavin | Cowlam, Gill | | Cramond, Neil |
| Willis, Daryl | Rainey, Dave | Leary, Michael | Cox, Richard | | Crane, Allison |
| Wood, Clint | Robinson, Geir | Looney, Bernard | Crammond, Neil | | Crowlam, Gilliam |
| Zwart, Peter | Rodriguez, Angel | Lynch, Richard | Crane, Allison | | Cunningham, Erick |
| | Rogers, Jon | Maguire, Niall | Cross, Iris | | Curt, Bill |
| | Saperstein, Mark | Malone, Ryan | Crowlam, Gilliam | | Daigle, Keith |
| | Song, Diana | Mazzella, Mike | Cunningham | | Daly, Mike |
| | Suttles, Doug | Morrison, Richard | Curt, Bill | | David, George |
| | Talbott, Bob | Mouton, Keith | Daigle, John | | Davies, Kevan |
| | Thomas, Larry | O'Bryan, Patrick | Daly, Mike | | Davis, Errol Jr. |
| | Thorseth, Jay | Patteson, Mark | Daniels, John | | Dempsey, Raymond |
| | Tooms, Paul | Peijs, Jasper | David, George | | Dobbs, Sarah |
| | Yeilding, Cindy | Pelz, Oliver | Davies, Kevan | | Doucet, Ralph |

| RFP73 | RFP 74 | RFP 76 | RFP77 | RFP 78 | RFP 79 |
|---|---|---|---|---|---|
| Ahnell, Arden | Albers, Shane | Albers, Shane | Albers, Shane | Ahnell, Arden | Ahnell, Arden |
| Al Monthiry, Wissam | Albertin, Martin | Albertin, Martin | Albertin, Martin | Al Monthiry, Wissam | Al Monthiry, Wissam |
| Albers, Shane | Anderson, Paul | Anderson, Paul | Anderson, Paul | Albers, Shane | Albers, Shane |
| Albertin, Martin | Armstrong, Ellis | Armstrong, Ellis | Armstrong, Ellis | Albertin, Martin | Albertin, Martin |
| Albertin, Martin | Beirne, Michael | Beirne, Michael | Beirne, Michael | Albertin, Martin | Albertin, Martin |
| Anderson, Paul | Bellow, Jonathan | Bellow, Jonathan | Bellow, Jonathan | Anderson, Paul | Anderson, Paul |
| Armstrong, Ellis | Bergmans, Antony | Bergmans, Antony | Bergmans, Antony | Armstrong, Ellis | Armstrong, Ellis |
| Beirne, Michael | Blankenship, Cynthia | Blankenship, Cynthia | Blankenship, Cynthia | Beirne, Michael | Beirne, Michael |
| Bellow, Jonathan | Bodek, Robert | Bodek, Robert | Bodek, Robert | Bellow, Jonathan | Bellow, Jonathan |
| Bergmans, Antony | Bondurant, Charles | Bondurant, Charles | Bondurant, Charles | Bergmans, Antony | Bergmans, Antony |
| Blankenship, Cynthia | Breazeale, Martin | Breazeale, Martin | Breazeale, Martin | Blankenship, Cynthia | Blankenship, Cynthia |
| Bly, Mark | Brock, Tony | Brock, Tony | Brock, Tony | Bly, Mark | Bly, Mark |
| Bodek, Robert | Bryant, Christopher | Bryant, Christopher | Bryant, Christopher | Bodek, Robert | Bodek, Robert |
| Bondurant, Charles | Burns, Tim | Burns, Tim | Burns, Tim | Bondurant, Charles | Bondurant, Charles |
| Bondurant, Charles | Byrd, Mike | Byrd, Mike | Byrd, Mike | Bondurant, Charles | Bondurant, Charles |
| Breazeale, Martin | Carroll, Cynthia | Carroll, Cynthia | Carroll, Cynthia | Breazeale, Martin | Breazeale, Martin |
| Brock, Tony | Castell, Sir William | Castell, Sir William | Castell, Sir William | Brock, Tony | Brock, Tony |
| Bryan, Christopher | Cavender, Rhonda | Cavender, Rhonda | Cavender, Rhonda | Bryan, Christopher | Bryan, Christopher |
| Burns, Tim | Christopher, Scott | Christopher, Scott | Christopher, Scott | Burns, Tim | Burns, Tim |
| Burns, Tim | Cocales, Brett | Cocales, Brett | Cocales, Brett | Burns, Tim | Burns, Tim |
| Byrd, Mike | Considine, Mike | Considine, Mike | Considine, Mike | Byrd, Mike | Byrd, Mike |
| Carragher, Peter | Cowlam, Gill | Cowlam, Gill | Cowlam, Gill | Carragher, Peter | Carragher, Peter |
| Carroll, Cynthia | Cox, Richard | Cox, Richard | Cox, Richard | Carroll, Cynthia | Carroll, Cynthia |
| Casler, Christopher | Crane, Allison | Crane, Allison | Crane, Allison | Casler, Christopher | Casler, Christopher |
| Castell, Sir William | Crowlam, Gilliam | Crowlam, Gilliam | Crowlam, Gilliam | Castell, Sir William | Castell, Sir William |
| Cavender, Rhonda | Cunningham, Erick | Cunningham, Erick | Cunningham, Erick | Cavender, Rhonda | Cavender, Rhonda |
| Christopher, Scott | Curt, Bill | Curt, Bill | Curt, Bill | Christopher, Scott | Christopher, Scott |
| Cocales, Brett | Daly, Mike | Daly, Mike | Daly, Mike | Cocales, Brett | Cocales, Brett |
| Collinson, Peter | David, George | David, George | David, George | Collinson, Peter | Collinson, Peter |
| Considine, Mike | Davies, Kevan | Davies, Kevan | Davies, Kevan | Considine, Mike | Considine, Mike |
| Corser, Kent | Davis, Errol Jr. | Davis, Errol Jr. | Davis, Errol Jr. | Corser, Kent | Corser, Kent |
| Cowlam, Gill | Dempsey, Raymond | Dempsey, Raymond | Dempsey, Raymond | Cowlam, Gill | Cowlam, Gill |
| Cox, Richard | Dobbs, Sarah | Dobbs, Sarah | Dobbs, Sarah | Cox, Richard | Cox, Richard |
| Cramond, Neil | Doucet, Ralph | Doucet, Ralph | Doucet, Ralph | Cramond, Neil | Cramond, Neil |
| Crane, Allison | Douglas, Sherrie | Douglas, Sherrie | Douglas, Sherrie | Crane, Allison | Crane, Allison |
| Cross, Iris | Dudley, Robert | Dudley, Robert | Dudley, Robert | Cross, Iris | Cross, Iris |
| Crowlam, Gilliam | Dupree, James | Dupree, James | Dupree, James | Crowlam, Gilliam | Crowlam, Gilliam |
| Cunningham, Erick | Emmerson, Tony | Emmerson, Tony | Emmerson, Tony | Cunningham, Erick | Cunningham, Erick |
| Curt, Bill | Fargie, Dave | Fargie, Dave | Fargie, Dave | Curt, Bill | Curt, Bill |

| RFP 80 | RFP 82 | RFP 83 | RFP 88 | RFP 89 | RFP 90 |
|---|---|---|---|---|---|
| Albers, Shane | Albers, Shane | Albers, Shane | Albers, Shane | Albers, Shane | Albers, Shane |
| Albertin, Martin | Albertin, Martin | Albertin, Martin | Albertin, Martin | Albertin, Martin | Albertin, Martin |
| Anderson, Paul | Anderson, Paul | Anderson, Paul | Anderson, Paul | Anderson, Paul | Anderson, Paul |
| Armstrong, Ellis | Armstrong, Ellis | Armstrong, Ellis | Armstrong, Ellis | Armstrong, Ellis | Armstrong, Ellis |
| Beirne, Michael | Beirne, Michael | Beirne, Michael | Beirne, Michael | Beirne, Michael | Beirne, Michael |
| Bellow, Jonathan | Bellow, Jonathan | Bellow, Jonathan | Bellow, Jonathan | Bellow, Jonathan | Bellow, Jonathan |
| Bergmans, Antony | Bergmans, Antony | Bergmans, Antony | Bergmans, Antony | Bergmans, Antony | Bergmans, Antony |
| Blankenship, Cynthia | Blankenship, Cynthia | Blankenship, Cynthia | Blankenship, Cynthia | Blankenship, Cynthia | Blankenship, Cynthia |
| Bly, Mark | Bly, Mark | Bly, Mark | Bly, Mark | Bly, Mark | Bly, Mark |
| Bodek, Robert | Bodek, Robert | Bodek, Robert | Bodek, Robert | Bodek, Robert | Bodek, Robert |
| Bondurant, Charles | Bondurant, Charles | Bondurant, Charles | Bondurant, Charles | Bondurant, Charles | Bondurant, Charles |
| Breazeale, Martin | Breazeale, Martin | Breazeale, Martin | Breazeale, Martin | Breazeale, Martin | Breazeale, Martin |
| Brock, Tony | Brock, Tony | Brock, Tony | Brock, Tony | Brock, Tony | Brock, Tony |
| Bryan, Christopher | Bryan, Christopher | Bryan, Christopher | Bryan, Christopher | Bryan, Christopher | Bryan, Christopher |
| Burns, Tim | Burns, Tim | Burns, Tim | Burns, Tim | Burns, Tim | Burns, Tim |
| Byrd, Mike | Byrd, Mike | Byrd, Mike | Burns, Tim | Burns, Tim | Burns, Tim |
| Carroll, Cynthia | Carroll, Cynthia | Carroll, Cynthia | Byrd, Mike | Byrd, Mike | Byrd, Mike |
| Castell, Sir William | Castell, Sir William | Castell, Sir William | Carroll, Cynthia | Carroll, Cynthia | Carroll, Cynthia |
| Cavender, Rhonda | Cavender, Rhonda | Cavender, Rhonda | Castell, Sir William | Castell, Sir William | Castell, Sir William |
| Christopher, Scott | Christopher, Scott | Christopher, Scott | Cavender, Rhonda | Cavender, Rhonda | Cavender, Rhonda |
| Cocales, Brett | Cocales, Brett | Cocales, Brett | Christopher, Scott | Christopher, Scott | Christopher, Scott |
| Collison, Peter | Collison, Peter | Collison, Peter | Cocales, Brett | Cocales, Brett | Cocales, Brett |
| Considine, Mike | Considine, Mike | Considine, Mike | Collison, Peter | Collison, Peter | Collison, Peter |
| Corser, Kent | Corser, Kent | Corser, Kent | Considine, Mike | Considine, Mike | Considine, Mike |
| Cowlam, Gill | Cowlam, Gill | Cowlam, Gill | Corser, Kent | Corser, Kent | Corser, Kent |
| Cox, Richard | Cox, Richard | Cox, Richard | Cowlam, Gill | Cowlam, Gill | Cowlam, Gill |
| Cramond, Neil | Crane, Allison | Cramond, Neil | Cox, Richard | Cox, Richard | Cox, Richard |
| Crane, Allison | Crowlam, Gilliam | Crane, Allison | Cramond, Neil | Cramond, Neil | Cramond, Neil |
| Crowlam, Gilliam | Cunningham, Erick | Crowlam, Gilliam | Crane, Allison | Crane, Allison | Crane, Allison |
| Cunningham, Erick | Curt, Bill | Cunningham, Erick | Crane, Allison | Crane, Allison | Crane, Allison |
| Curt, Bill | Daigle, John | Curt, Bill | Crowlam, Gilliam | Crowlam, Gilliam | Crowlam, Gilliam |
| Daigle, John | Daigle, Keith | Daigle, John | Cunningham, Erick | Cunningham, Erick | Cunningham, Erick |
| Daigle, Keith | Daly, Mike | Daigle, Keith | Curt, Bill | Curt, Bill | Curt, Bill |
| Daly, Mike | David, George | Daly, Mike | Daigle, Keith & John | Daigle, Keith & John | Daigle, Keith & John |
| David, George | Davies, Kevan | David, George | Daly, Mike | Daly, Mike | Daly, Mike |
| Davies, Kevan | Davis, Errol Jr. | Davies, Kevan | David, George | David, George | David, George |
| Davis, Errol Jr. | Dempsey, Raymond | Davis, Errol Jr. | Davies, Kevan | Davies, Kevan | Davies, Kevan |
| Dempsey, Raymond | Dobbs, Sarah | Dempsey, Raymond | Davis, Errol Jr. | Davis, Errol Jr. | Davis, Errol Jr. |
| Dobbs, Sarah | Doucet, Ralph | Dobbs, Sarah | Dempsey, Raymond | Dempsey, Raymond | Dempsey, Raymond |

| RFP 96 | RFP 97 | RFP 98 | RFP 99 | RFP 100 | RFP 103 |
|--------|--------|--------|--------|---------|---------|
| Albers, Shane | Albers, Shane | Albers, Shane | Albers, Shane | Albers, Shane | Ahnell, Arden |
| Albertin, Martin | Albertin, Martin | Albertin, Martin | Albertin, Martin | Albertin, Martin | Al Monthiry, Wissam |
| Anderson, Paul | Anderson, Paul | Anderson, Paul | Anderson, Paul | Anderson, Paul | Albertin, Martin |
| Armstrong, Ellis | Armstrong, Ellis | Armstrong, Ellis | Armstrong, Ellis | Armstrong, Ellis | Anderson, Paul |
| Beirne, Michael | Beirne, Michael | Beirne, Michael | Beirne, Michael | Beirne, Michael | Armstrong, Ellis |
| Bellow, Jonathan | Bellow, Jonathan | Bellow, Jonathan | Bellow, Jonathan | Bellow, Jonathan | Bellow, Jonathan |
| Bergmans, Antony | Bergmans, Antony | Bergmans, Antony | Bergmans, Antony | Bergmans, Antony | Bergmans, Antony |
| Blankenship, Cynthia | Blankenship, Cynthia | Blankenship, Cynthia | Blankenship, Cynthia | Blankenship, Cynthia | Blankenship, Cynthia |
| Bly, Mark | Bly, Mark | Bly, Mark | Bly, Mark | Bly, Mark | Bly, Mark |
| Bodek, Robert | Bodek, Robert | Bodek, Robert | Bodek, Robert | Bodek, Robert | Bondurant, Charles |
| Bondurant, Charles | Bondurant, Charles | Bondurant, Charles | Bondurant, Charles | Bondurant, Charles | Breazeale, Martin |
| Breazeale, Martin | Breazeale, Martin | Breazeale, Martin | Breazeale, Martin | Breazeale, Martin | Brock, Tony |
| Brock, Tony | Brock, Tony | Brock, Tony | Brock, Tony | Brock, Tony | Burns, Tim |
| Bryan, Christopher | Bryan, Christopher | Bryan, Christopher | Bryan, Christopher | Bryan, Christopher | Burns, Tim |
| Burns, Tim | Burns, Tim | Burns, Tim | Burns, Tim | Burns, Tim | Carragher, Peter |
| Burns, Tim | Burns, Tim | Burns, Tim | Burns, Tim | Burns, Tim | Carroll, Cynthia |
| Byrd, Mike | Byrd, Mike | Byrd, Mike | Byrd, Mike | Byrd, Mike | Castell, Sir William |
| Carroll, Cynthia | Carroll, Cynthia | Carroll, Cynthia | Carroll, Cynthia | Carroll, Cynthia | Cavender, Rhonda |
| Castell, Sir William | Castell, Sir William | Castell, Sir William | Castell, Sir William | Castell, Sir William | Collinson, Peter |
| Cavender, Rhonda | Cavender, Rhonda | Cavender, Rhonda | Cavender, Rhonda | Cavender, Rhonda | Considine, Mike |
| Christopher, Scott | Christopher, Scott | Christopher, Scott | Christopher, Scott | Christopher, Scott | Corser, Kent |
| Cocales, Brett | Cocales, Brett | Cocales, Brett | Cocales, Brett | Cocales, Brett | Cowlam, Gill |
| Collison, Peter | Collison, Peter | Collison, Peter | Collison, Peter | Collison, Peter | Cox, Richard |
| Considine, Mike | Considine, Mike | Considine, Mike | Considine, Mike | Considine, Mike | Crane, Allison |
| Corser, Kent | Corser, Kent | Corser, Kent | Corser, Kent | Corser, Kent | Crane, Allison |
| Cowlam, Gill | Cowlam, Gill | Cowlam, Gill | Cowlam, Gill | Cowlam, Gill | Cross, Iris |
| Cox, Richard | Cox, Richard | Cox, Richard | Cox, Richard | Cox, Richard | Crowlam, Gilliam |
| Cramond, Neil | Cramond, Neil | Cramond, Neil | Cramond, Neil | Cramond, Neil | Curt, Bill |
| Crane, Allison | Crane, Allison | Crane, Allison | Crane, Allison | Crane, Allison | Daigle, John |
| Crane, Allison | Crane, Allison | Crane, Allison | Crane, Allison | Crane, Allison | Daigle, Keith |
| Crowlam, Gilliam | Crowlam, Gilliam | Crowlam, Gilliam | Crowlam, Gilliam | Crowlam, Gilliam | Daly, Mike |
| Cunningham, Erick | Cunningham, Erick | Cunningham, Erick | Cunningham, Erick | Cunningham, Erick | David, George |
| Curt, Bill | Curt, Bill | Curt, Bill | Curt, Bill | Curt, Bill | Davies, Kevan |
| Daigle, Keith & John | Daigle, Keith & John | Daigle, Keith & John | Daigle, Keith & John | Daigle, Keith & John | Davis, Errol Jr. |
| Daly, Mike | Daly, Mike | Daly, Mike | Daly, Mike | Daly, Mike | Dempsey, Raymond |
| David, George | David, George | David, George | David, George | David, George | Douglas, Scherie |
| Davies, Kevan | Davies, Kevan | Davies, Kevan | Davies, Kevan | Davies, Kevan | Douglas, Sherrie |
| Davis, Errol Jr. | Davis, Errol Jr. | Davis, Errol Jr. | Davis, Errol Jr. | Davis, Errol Jr. | Dudley, Robert |
| Dempsey, Raymond | Dempsey, Raymond | Dempsey, Raymond | Dempsey, Raymond | Dempsey, Raymond | Dupree, James |

| RFP 104 | RFP 105 | RFP 106 | RFP 107 | RFP 108 | RFP 112 |
|---|---|---|---|---|---|
| Albers, Shane | Albers, Shane | Albers, Shane | Albers, Shane | Albers, Shane | Ahnell, Arden |
| Albertin, Martin | Albertin, Martin | Albertin, Martin | Albertin, Martin | Albertin, Martin | Al Monthiry, Wissam |
| Anderson, Paul | Anderson, Paul | Anderson, Paul | Anderson, Paul | Anderson, Paul | Albertin, Martin |
| Armstrong, Ellis | Armstrong, Ellis | Armstrong, Ellis | Armstrong, Ellis | Armstrong, Ellis | Anderson, Paul |
| Beirne, Michael | Beirne, Michael | Beirne, Michael | Beirne, Michael | Beirne, Michael | Armstrong, Ellis |
| Bellow, Jonathan | Bellow, Jonathan | Bellow, Jonathan | Bellow, Jonathan | Bellow, Jonathan | Bellow, Jonathan |
| Bergmans, Antony | Bergmans, Antony | Bergmans, Antony | Bergmans, Antony | Bergmans, Antony | Bergmans, Antony |
| Blankenship, Cynthia | Blankenship, Cynthia | Blankenship, Cynthia | Blankenship, Cynthia | Blankenship, Cynthia | Blankenship, Cynthia |
| Bly, Mark | Bly, Mark | Bly, Mark | Bly, Mark | Bly, Mark | Bly, Mark |
| Bodek, Robert | Bodek, Robert | Bodek, Robert | Bodek, Robert | Bodek, Robert | Bondurant, Charles |
| Bondurant, Charles | Bondurant, Charles | Bondurant, Charles | Bondurant, Charles | Bondurant, Charles | Breazeale, Martin |
| Breazeale, Martin | Breazeale, Martin | Breazeale, Martin | Breazeale, Martin | Breazeale, Martin | Brock, Tony |
| Brock, Tony | Brock, Tony | Brock, Tony | Brock, Tony | Brock, Tony | Burns, Tim |
| Bryan, Christopher | Bryan, Christopher | Bryan, Christopher | Bryan, Christopher | Bryan, Christopher | Burns, Tim |
| Burns, Tim | Burns, Tim | Burns, Tim | Burns, Tim | Burns, Tim | Carragher, Peter |
| Burns, Tim | Burns, Tim | Burns, Tim | Burns, Tim | Burns, Tim | Carroll, Cynthia |
| Byrd, Mike | Byrd, Mike | Byrd, Mike | Byrd, Mike | Byrd, Mike | Castell, Sir William |
| Carroll, Cynthia | Carroll, Cynthia | Carroll, Cynthia | Carroll, Cynthia | Carroll, Cynthia | Cavender, Rhonda |
| Castell, Sir William | Castell, Sir William | Castell, Sir William | Castell, Sir William | Castell, Sir William | Collinson, Peter |
| Cavender, Rhonda | Cavender, Rhonda | Cavender, Rhonda | Cavender, Rhonda | Cavender, Rhonda | Considine, Mike |
| Christopher, Scott | Christopher, Scott | Christopher, Scott | Christopher, Scott | Christopher, Scott | Corser, Kent |
| Cocales, Brett | Cocales, Brett | Cocales, Brett | Cocales, Brett | Cocales, Brett | Cowlam, Gill |
| Collison, Peter | Collison, Peter | Collison, Peter | Collison, Peter | Collison, Peter | Cox, Richard |
| Considine, Mike | Considine, Mike | Considine, Mike | Considine, Mike | Considine, Mike | Crane, Allison |
| Corser, Kent | Corser, Kent | Corser, Kent | Corser, Kent | Corser, Kent | Crane, Allison |
| Cowlam, Gill | Cowlam, Gill | Cowlam, Gill | Cowlam, Gill | Cowlam, Gill | Cross, Iris |
| Cox, Richard | Cox, Richard | Cox, Richard | Cox, Richard | Cox, Richard | Crowlam, Gilliam |
| Cramond, Neil | Cramond, Neil | Cramond, Neil | Cramond, Neil | Cramond, Neil | Curt, Bill |
| Crane, Allison | Crane, Allison | Crane, Allison | Crane, Allison | Crane, Allison | Daigle, John |
| Crane, Allison | Crane, Allison | Crane, Allison | Crane, Allison | Crane, Allison | Daigle, Keith |
| Crowlam, Gilliam | Crowlam, Gilliam | Crowlam, Gilliam | Crowlam, Gilliam | Crowlam, Gilliam | Daly, Mike |
| Cunningham, Erick | Cunningham, Erick | Cunningham, Erick | Cunningham, Erick | Cunningham, Erick | David, George |
| Curt, Bill | Curt, Bill | Curt, Bill | Curt, Bill | Curt, Bill | Davies, Kevan |
| Daigle, Keith & John | Daigle, Keith & John | Daigle, Keith & John | Daigle, Keith & John | Daigle, Keith & John | Davis, Errol Jr. |
| Daly, Mike | Daly, Mike | Daly, Mike | Daly, Mike | Daly, Mike | Dempsey, Raymond |
| David, George | David, George | David, George | David, George | David, George | Douglas, Scherie |
| Davies, Kevan | Davies, Kevan | Davies, Kevan | Davies, Kevan | Davies, Kevan | Douglas, Sherrie |
| Davis, Errol Jr. | Davis, Errol Jr. | Davis, Errol Jr. | Davis, Errol Jr. | Davis, Errol Jr. | Dudley, Robert |
| Dempsey, Raymond | Dempsey, Raymond | Dempsey, Raymond | Dempsey, Raymond | Dempsey, Raymond | Dupree, James |

| RFP 118 | RFP119 | RFP120 | RFP122 | RFP123 | RFP124 |
|---|---|---|---|---|---|
| Ahnell, Arden | Ahnell, Arden | Ahnell, Arden | Ahnell, Arden | Albers, Shane | Beirne, Michael |
| Al Monthiry, Wissam | Al Monthiry, Wissam | Al Monthiry, Wissam | Al Monthiry, Wissam | Albertin, Martin | Bly, Mark |
| Albertin, Martin | Albertin, Martin | Albertin, Martin | Albertin, Martin | Anderson, Paul | Bryan, Christopher |
| Anderson, Paul | Anderson, Paul | Anderson, Paul | Anderson, Paul | Armstrong, Ellis | Burns, Tim |
| Armstrong, Ellis | Armstrong, Ellis | Armstrong, Ellis | Armstrong, Ellis | Beirne, Michael | Byrd, Mike |
| Bellow, Jonathan | Bellow, Jonathan | Bellow, Jonathan | Bellow, Jonathan | Bellow, Jonathan | Christopher, Scott |
| Bergmans, Antony | Bergmans, Antony | Bergmans, Antony | Bergmans, Antony | Bergmans, Antony | Collison, Peter |
| Blankenship, Cynthia | Blankenship, Cynthia | Blankenship, Cynthia | Blankenship, Cynthia | Blankenship, Cynthia | Corser, Kent |
| Bly, Mark | Bly, Mark | Bly, Mark | Bly, Mark | Bly, Mark | Crane, Allison |
| Bondurant, Charles | Bondurant, Charles | Bondurant, Charles | Bondurant, Charles | Bodek, Robert | Daigle, Keith & John |
| Breazeale, Martin | Breazeale, Martin | Breazeale, Martin | Breazeale, Martin | Bondurant, Charles | Dobbs, Sarah |
| Brock, Tony | Brock, Tony | Brock, Tony | Brock, Tony | Breazeale, Martin | Doucet, Ralph |
| Burns, Tim | Burns, Tim | Burns, Tim | Burns, Tim | Brock, Tony | Douglas, Scherie |
| Burns, Tim | Burns, Tim | Burns, Tim | Burns, Tim | Bryan, Christopher | Hill, Trevor |
| Carragher, Peter | Carragher, Peter | Carragher, Peter | Carragher, Peter | Burns, Tim | Hopper, Timothy |
| Carroll, Cynthia | Carroll, Cynthia | Carroll, Cynthia | Carroll, Cynthia | Burns, Tim | Kidd, Gavin |
| Castell, Sir William | Castell, Sir William | Castell, Sir William | Castell, Sir William | Byrd, Mike | Knudsen, Torben |
| Cavender, Rhonda | Cavender, Rhonda | Cavender, Rhonda | Cavender, Rhonda | Carroll, Cynthia | Lirette, Nicholas |
| Collinson, Peter | Collinson, Peter | Collinson, Peter | Collinson, Peter | Castell, Sir William | Little, Ian |
| Considine, Mike | Considine, Mike | Considine, Mike | Considine, Mike | Cavender, Rhonda | Lynch, Richard |
| Corser, Kent | Corser, Kent | Corser, Kent | Corser, Kent | Christopher, Scott | Mazzella, Mike |
| Cowlam, Gill | Cowlam, Gill | Cowlam, Gill | Cowlam, Gill | Cocales, Brett | Miglicco, Terry |
| Cox, Richard | Cox, Richard | Cox, Richard | Cox, Richard | Collison, Peter | Miller, Richard |
| Crane, Allison | Crane, Allison | Crane, Allison | Crane, Allison | Considine, Mike | Neumeyer, Joe |
| Crane, Allison | Crane, Allison | Crane, Allison | Crane, Allison | Corser, Kent | Rainey, Dave |
| Cross, Iris | Cross, Iris | Cross, Iris | Cross, Iris | Cowlam, Gill | Rodriguez, Angel |
| Crowlam, Gilliam | Crowlam, Gilliam | Crowlam, Gilliam | Crowlam, Gilliam | Cox, Richard | Shaughnessy, John |
| Curt, Bill | Curt, Bill | Curt, Bill | Curt, Bill | Cramond, Neil | Sustala, Dennis |
| Daigle, John | Daigle, John | Daigle, John | Daigle, John | Crane, Allison | Suttles, Doug |
| Daigle, Keith | Daigle, Keith | Daigle, Keith | Daigle, Keith | Crane, Allison | Tippetts, Brad |
| Daly, Mike | Daly, Mike | Daly, Mike | Daly, Mike | Crowlam, Gilliam | Tooms, Paul |
| David, George | David, George | David, George | David, George | Cunningham, Erick | Tripp, Alex |
| Davies, Kevan | Davies, Kevan | Davies, Kevan | Davies, Kevan | Curt, Bill | Ward, Martin |
| Davis, Errol Jr. | Davis, Errol Jr. | Davis, Errol Jr. | Davis, Errol Jr. | Daigle, Keith & John | Williamson, Hugh |
| Dempsey, Raymond | Dempsey, Raymond | Dempsey, Raymond | Dempsey, Raymond | Daly, Mike | Wiltz, Gregory |
| Douglas, Scherie | Douglas, Scherie | Douglas, Scherie | Douglas, Scherie | David, George | Winfree, Bekki |
| Douglas, Sherrie | Douglas, Sherrie | Douglas, Sherrie | Douglas, Sherrie | Davies, Kevan | |
| Dudley, Robert | Dudley, Robert | Dudley, Robert | Dudley, Robert | Davis, Errol Jr. | |
| Dupree, James | Dupree, James | Dupree, James | Dupree, James | Dempsey, Raymond | |

| RFP 126 | RFP 140 | RFP 151 | RFP 153 | RFP 155 | RFP 180 |
|---|---|---|---|---|---|
| Ahnell, Arden | Ahnell, Arden | Ahnell, Arden | Ahnell, Arden | Ahnell, Arden | Ahnell, Arden |
| Al Monthiry, Wissam | Al Monthiry, Wissam | Al Monthiry, Wissam | Al Monthiry, Wissam | Al Monthiry, Wissam | Al Monthiry, Wissam |
| Albertin, Martin | Albertin, Martin | Albertin, Martin | Albertin, Martin | Albertin, Martin | Albertin, Martin |
| Anderson, Paul | Anderson, Paul | Anderson, Paul | Anderson, Paul | Anderson, Paul | Anderson, Paul |
| Armstrong, Ellis | Armstrong, Ellis | Armstrong, Ellis | Armstrong, Ellis | Armstrong, Ellis | Armstrong, Ellis |
| Bellow, Jonathan | Bellow, Jonathan | Bellow, Jonathan | Bellow, Jonathan | Bellow, Jonathan | Bellow, Jonathan |
| Bergmans, Antony | Bergmans, Antony | Bergmans, Antony | Bergmans, Antony | Bergmans, Antony | Bergmans, Antony |
| Blankenship, Cynthia | Blankenship, Cynthia | Blankenship, Cynthia | Blankenship, Cynthia | Blankenship, Cynthia | Blankenship, Cynthia |
| Bly, Mark | Bly, Mark | Bly, Mark | Bly, Mark | Bly, Mark | Bly, Mark |
| Bondurant, Charles | Bondurant, Charles | Bondurant, Charles | Bondurant, Charles | Bondurant, Charles | Bondurant, Charles |
| Breazeale, Martin | Breazeale, Martin | Breazeale, Martin | Breazeale, Martin | Breazeale, Martin | Breazeale, Martin |
| Brock, Tony | Brock, Tony | Brock, Tony | Brock, Tony | Brock, Tony | Brock, Tony |
| Burns, Tim | Burns, Tim | Burns, Tim | Burns, Tim | Burns, Tim | Burns, Tim |
| Burns, Tim | Burns, Tim | Burns, Tim | Burns, Tim | Burns, Tim | Burns, Tim |
| Carragher, Peter | Carragher, Peter | Carragher, Peter | Carragher, Peter | Carragher, Peter | Carragher, Peter |
| Carroll, Cynthia | Carroll, Cynthia | Carroll, Cynthia | Carroll, Cynthia | Carroll, Cynthia | Carroll, Cynthia |
| Castell, Sir William | Castell, Sir William | Castell, Sir William | Castell, Sir William | Castell, Sir William | Castell, Sir William |
| Cavender, Rhonda | Cavender, Rhonda | Cavender, Rhonda | Cavender, Rhonda | Cavender, Rhonda | Cavender, Rhonda |
| Collinson, Peter | Collinson, Peter | Collinson, Peter | Collinson, Peter | Collinson, Peter | Collinson, Peter |
| Considine, Mike | Considine, Mike | Considine, Mike | Considine, Mike | Considine, Mike | Considine, Mike |
| Corser, Kent | Corser, Kent | Corser, Kent | Corser, Kent | Corser, Kent | Corser, Kent |
| Cowlam, Gill | Cowlam, Gill | Cowlam, Gill | Cowlam, Gill | Cowlam, Gill | Cowlam, Gill |
| Cox, Richard | Cox, Richard | Cox, Richard | Cox, Richard | Cox, Richard | Cox, Richard |
| Crane, Allison | Crane, Allison | Crane, Allison | Crane, Allison | Crane, Allison | Crane, Allison |
| Crane, Allison | Crane, Allison | Crane, Allison | Crane, Allison | Crane, Allison | Crane, Allison |
| Cross, Iris | Cross, Iris | Cross, Iris | Cross, Iris | Cross, Iris | Cross, Iris |
| Crowlam, Gilliam | Crowlam, Gilliam | Crowlam, Gilliam | Crowlam, Gilliam | Crowlam, Gilliam | Crowlam, Gilliam |
| Curt, Bill | Curt, Bill | Curt, Bill | Curt, Bill | Curt, Bill | Curt, Bill |
| Daigle, John | Daigle, John | Daigle, John | Daigle, John | Daigle, John | Daigle, John |
| Daigle, Keith | Daigle, Keith | Daigle, Keith | Daigle, Keith | Daigle, Keith | Daigle, Keith |
| Daly, Mike | Daly, Mike | Daly, Mike | Daly, Mike | Daly, Mike | Daly, Mike |
| David, George | David, George | David, George | David, George | David, George | David, George |
| Davies, Kevan | Davies, Kevan | Davies, Kevan | Davies, Kevan | Davies, Kevan | Davies, Kevan |
| Davis, Errol Jr. | Davis, Errol Jr. | Davis, Errol Jr. | Davis, Errol Jr. | Davis, Errol Jr. | Davis, Errol Jr. |
| Dempsey, Raymond | Dempsey, Raymond | Dempsey, Raymond | Dempsey, Raymond | Dempsey, Raymond | Dempsey, Raymond |
| Douglas, Scherie | Douglas, Scherie | Douglas, Scherie | Douglas, Scherie | Douglas, Scherie | Douglas, Scherie |
| Douglas, Sherrie | Douglas, Sherrie | Douglas, Sherrie | Douglas, Sherrie | Douglas, Sherrie | Douglas, Sherrie |
| Dudley, Robert | Dudley, Robert | Dudley, Robert | Dudley, Robert | Dudley, Robert | Dudley, Robert |
| Dupree, James | Dupree, James | Dupree, James | Dupree, James | Dupree, James | Dupree, James |