# Exhibit 13

| RFP | Request | Search Terms in Vendor's Syntax | Beginning Date | Ending Date | Custodians |
|---|---|---|---|---|---|
| 5 | Please produce any communications between any persons on-shore who participated in, were aware of, or were in anyway involved with the operations and drilling activities of the Deepwater Horizon during the relevant time period. | (CUSTODIAN) AND file typ = .mail AND ("Deepwater Horizon" OR "DWH" OR "macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") | 3/1/2010 | 4/20/2010 | See next tab |
| 14 | Please produce copies of any documents or communications relating to the expected, anticipated, and actual budget for costs and expenses of the Deepwater Horizon, Transocean Marianas, or the Macondo Well, including all documents and communications relating to the daily operational cost of the Deepwater Horizon, the Transocean Marianas, or the Macondo Well and whether the Deepwater Horizon, Transocean Marianas, or Macondo Well were on, over, or under budget. | ("budget*" OR "fund*") AND ("cost*" OR "expense*" OR ("amount*" NEAR3 "money")) AND ("macondo" OR "Deepwater Horizon" OR "DWH" OR "marianas" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") | 1/1/2009 | 4/20/2010 | See next tab |
| 15 | Please produce copies of any documents or communications relating to the scheduling of operations and activities for the Deepwater Horizon, including documents and communications relating to whether the Deepwater Horizon was "on schedule" at the time of the incident. | ("timing" OR "time" OR "schedule") NEAR25 ("behind" OR "on schedule") AND ("macondo" OR "DWH" OR "Deepwater Horizon" OR "marianas" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") | 1/1/2009 | 4/20/2010 | See next tab |
| 17 | Please produce any documents or communications relating to the expected or anticipated activities and operations of the Deepwater Horizon after it completed or sealed the Macondo Well. | ("plan" OR "expect*") NEAR25 ("after" OR "subsequent" OR "complet*") NEAR25 ("seal*" OR "plug" OR "abandon") AND "well" AND ("macondo" OR "DWH" OR "Deepwater Horizon" OR "marianas" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") | 1/1/2009 | 4/20/2010 | See next tab |
| 19 | For each crew boat, supply boat, or vessel you identified in response to Interrogatory No. 11, please produce any contracts, leases, charters, agreements, or other documents relating to the crew boat, supply boat, or vessel. | (("Alice" NEAR3 "Macall") OR "Bee Sting" OR "Boa Subsea" OR "C-Enforcer" OR "C-Express" OR "C-Leader" OR "C- Pacer" OR "Damon Bankston" OR "Fast Cajun" OR ("Gloria" NEAR2 "Callais") OR "Gulf Princess" OR "Hilda Lab" OR "Joe Griffin" OR "Katrina Fagan" OR "Kobe Chouest" OR "Lainey Chouest" OR "Max Chouest" OR "Monica Ann" OR "Mr. Sydney" OR "Nikki Candies" OR "Norbert Bouziga" OR "Ocean Intervention" OR "Pat Tillman" OR "Rambling Wreck" OR "Resolve Pioneer" OR "Sailfish" OR "Seacor Lee" OR "Seacor Vanguard" OR "Seacor Washington" OR "Zephyr") AND ("contract*" OR "lease*" OR "charter*" OR "agreement*") AND ("macondo" OR "DWH" OR "Deepwater Horizon" OR "marianas" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") | 1/1/2009 | 4/20/2010 | See next tab |
| 21 | Please produce any documents or communications relating to any agreements between you and any federal, state or local governmental agency regarding reparations for any economic or physical damages, costs, losses, expenses, or injuries caused by the incident. | Reasonable Search | Reasonable scope | Reasonable scope | Not limited by custodian |

| | | | | | |
|---|---|---|---|---|---|
| 22 | Please produce any documents relating to any calculations or estimates of the amount of oil spilled in the Gulf of Mexico. | ("estimate" OR "measure" OR "volume") NEAR20 (" barrels" OR "bbls" OR "gallons" OR "gals") NEAR15 ("oil" OR "crude") AND ("BP" OR "macondo" OR "horizon" OR ("gulf" NEAR3 "Mexico")) | 4/21/2010 | 1/31/11 and supplement through reasonable search every 3 months | See next tab |
| 23 | Please produce any documents relating to the ecological, health, or environmental impacts of any substance used as a dispersant(s), e.g., Corexit. | ("corexit" OR "9500*" OR "9527*") AND ("ecologic*" OR "environment*" OR "health") NEAR25 ("affect" OR "effect" OR "impact") | 4/21/2010 | 1/31/11 and supplement through reasonable search every 3 months | See next tab |
| 25 | Please produce any documents relating to the budget for any economic damages, costs, losses, expenses, or injuries resulting from the incident, including any economic or physical damages, costs, losses, expenses, or injuries suffered or to be suffered by individuals, businesses, governments, and wildlife and any steps taken by you to mitigate any such damages, costs, losses, expenses, or injuries through advertising or other means. | ("damage*" OR "cost*" OR "loss*" OR "expense*" OR "payment*" OR "injury") NEAR10 ("suffer*" OR "sustain*" OR "attribut*" OR "result*") NEAR25 ("horizon" OR "spill" OR "explosion" OR "blowout" OR "disaster" OR "tragedy") | 4/21/2010 | 1/31/11 and supplement through reasonable search every 3 months | See next tab |
| 27 | Please produce any documents relating to any efforts, considerations, or communications regarding whether the Macondo Well would or could be used for production of hydrocarbons at any time after April 20, 2010. | Reasonable Search | Reasonable scope | Reasonable scope | Not limited by custodian |
| 28 | Please produce any documents relating to any studies that were performed, reviewed, considered or relied upon in attempting to seal the Macondo Well following the incident. | ("stud*" OR "research*" OR "opin*" OR "investing*" OR "report*") AND ("seal" OR "junk shot" OR "top hat" OR "relief well" OR "kill" OR "plug") NEAR15 "macondo" | 4/21/2010 | 9/19/2010 | See next tab |
| 29 | Please produce any documents relating to the use and effectiveness of "junk shots," "top hats," or "relief wells" as a means of controlling or sealing a well, including the Macondo Well. | ("seal" OR "junk shot" OR "top hat" OR "relief well" OR "kill" OR "plug") NEAR25 "well" AND ("effectiv*" OR "stud*" OR "analysis" OR "conclus*") | 1/1/1997 | 4/20/2010 | See next tab |
| | | Reasonable Search | 4/21/2010 | 9/19/2010 | Not limited by custodian |
| 48 | Please produce any documents or communications relating to any surface or subsurface inspections of the Macondo Well, the Deepwater Horizon, or any component of the Macondo Well or Deepwater Horizon, including the blowout preventer, riser, or any other drilling equipment that were made, conducted, or done after April 20, 2010. | ("inspect*" OR "observ*" OR "photograph" OR "view" OR "examin*" OR "survey") NEAR25 ("macondo" OR "Deepwater Horizon" OR "DWH") AND ("BOP" OR "riser") | 4/21/2010 | 1/31/2011 | See next tab |
| 61 | Please produce copies of any government citations to any BP rig operating in American waters during the relevant time period. | Reasonable Search | Reasonable scope | Reasonable scope | Not limited by custodian |
| 66 | Please produce any documents or communications showing the cost benefit analysis in the drilling and operation of deep water wells in the Gulf of Mexico. | ("cost*" NEAR5 "benefit*") AND ("gulf" NEAR3 "mexico") NEAR50 ("drill*" OR "well" OR "project" OR "invest*" OR "expend*" OR "spend*") | 1/1/2004 | 4/20/2010 | See next tab |
| | | Reasonable Search | 4/21/2010 | 2/15/2011 + supp. | Not limited by custodian |
| 67 | Please produce any risk assessments in the drilling and operation of deep water wells in the Gulf of Mexico. | Reasonable Search | Reasonable scope | Reasonable scope | Not limited by custodian |
| 68 | Please produce any citations or fines paid by you to Minerals Management Service during the relevant time period. | Reasonable Search | Reasonable scope | Reasonable scope | Not limited by custodian |

| # | Request | Search Terms | Start Date | End Date | Custodians |
|---|---------|--------------|------------|----------|------------|
| 73 | Please produce any documents or communications relating to the design or construction of the Macondo Well, as well as any documents or communications relating to any changes or amendments to the design or construction of the Macondo Well, including all logs, tests, charts, diagrams, or drawings or similar documents relating to the design and construction of the Macondo Well, or any component part of the Macondo Well, along with all documents and communications relating to any construction delays and contract penalties with respect to the Macondo Well. | (("design" OR "construction" OR "drill*") NEAR5 "delay") AND ("log*" OR "test*" OR "chart*" OR "diagram*") AND ("macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252" OR "Deepwater Horizon" OR "DWH" OR "marianas" OR "transocean") | 6/1/2008 | 4/20/2010 | See next tab |
| 74 | Please produce any documents or communications relating to any plan or procedures to implement if control of the Macondo Well was lost. | ("macondo" OR "Deepwater Horizon" OR "DWH" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND ("plan" OR "procedur*" OR "protocol*") NEAR50 (("well" NEAR2 "control") OR ("monitor*" OR "measur*" OR "observ*" OR "test*" OR "log*")) | 1/1/2009 | 4/20/2010 | See next tab |
| 76 | Please produce true and correct copies of any diagrams, drawings, or similar documents relating to the Macondo Well, including but not limited to the:<br>(a)  The annulus cement barrier;<br>(b)  Production casing;<br>(c)  Wellbore annulus;<br>(d)  Reservoir;<br>(e)  Shoe track;<br>(f)  Float collar;<br>(g)  Casing hangar seal assembly;<br>(h)  Riser;<br>(i)  Blow out preventer; and<br>(j)  Diverter. | ("Deepwater Horzion" OR "DWH" OR "macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND ("diagram*" OR "draw*" OR "schemat* repres*" OR "analys*" OR "stud*") AND ("cas*" OR (("well" NEAR2 "bore") OR "wellbore") OR ("resevoir") OR ("shoe" NEAR2 "track") OR ("float" NEAR2 "collar") OR ("hanger" OR "hangar") OR ("riser") OR ("blowout" OR ("blow" NEAR2 "out")) OR "diverter") | 1/1/2009 | 4/20/2010 | See next tab |
| 77 | Please produce any documents or communications relating to test results used to measure the integrity of the well casing, as it relates to the Deepwater Horizon and Macondo Well. | ("Deepwater Horzion" OR "DWH" OR "macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND "casing" AND ("integrity" OR "structure" OR "safety") AND ("test*" OR "measur*") | 1/1/2010 | 4/20/2010 | See next tab |
| 78 | Please produce any documents or communications reflecting any condition of the Macondo Well, including but not limited to logs, flow data or any other data collected or created by you. | ("Deepwater Horzion" OR "DWH" OR "macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND (("annulus" NEAR5 "cement") OR ("casing" NEAR3 "string") OR "centraliz*" OR "float collar" OR ("negative" NEAR5 "test*") OR ("integrity" NEAR5 "parameters")) AND (("mud" NEAR3 "gas" NEAR3 "separator") OR ("core" NEAR3 "pressure") OR ("mud" NEAR3 "program") OR ("pressure" NEAR3 "test") OR (("temporary" NEAR3 "abandonment") OR ("Cement" NEAR3 "Bond") OR "CBL" OR ("negative" NEAR3 "test*") OR (("fifteen" OR "15") OR ("bottom*" NEAR5 "circulat*") AND ("cement*" NEAR25 "annulus")))) | 1/1/2009 | 4/20/2010 | See next tab |
| 79 | Please produce any documents or communications relating to any studies, investigations, or analyses, conducted with respect to the reservoir into which the Macondo Well was drilled. | ("macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND ("reservoir" OR "structure" OR "pool" OR "formation" OR "Miocene") AND ("characteristic*" OR "measur*" OR "statistic*" OR "poro*" OR "permeab*" OR "sand" OR "shale" OR "fault" OR "fold" OR "trap" OR "thrust" OR "cap" OR "test*" OR "geolog*") | 1/1/2008 | 4/20/2010 | See next tab |

| # | Request | Search Terms | Start Date | End Date | Custodian |
|---|---|---|---|---|---|
| 80 | Please produce any documents or communications relating to construction delays relating to the Macondo Well. | ((("design" OR "construction" OR "drill*") NEAR5 "delay") OR "hold up" OR "holdup" OR "wait" OR ("behind" NEAR5 "schedule")) AND ("macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252" OR "DWH" OR "Deepwater Horizon" OR "marianas" OR "transocean") | 1/1/2009 | 4/20/2010 | See next tab |
| 82 | Please produce any documents or communications relating to any test procedures or protocols performed on any equipment, products, property, or services provided by you or any other person in connection with the Macondo Well. | ("macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252" OR "Deepwater Hozion" OR "DWH") AND ((("plan" OR "procedur*" OR "protocol*") NEAR50 ("horizon" OR "macondo")) AND (("annulus" NEAR5 "cement") OR ("casing" NEAR3 "string") OR "centraliz*" OR "float collar" OR ("negative" NEAR5 "test*") OR (("integrity" NEAR5 "parameters") AND ("mud" NEAR3 "gas" NEAR3 "separator"))) OR ("core" NEAR3 "pressure") OR ("mud" NEAR3 "program") OR ("pressure" NEAR3 "test") OR ("temporary" NEAR3 "abandonment") OR ("Cement" NEAR3 "Bond") OR "CBL" OR ("negative" NEAR3 "test*") OR (("fifteen" OR "15") OR ("bottom*" NEAR5 "circulat*") AND ("cement*" NEAR25 "annulus")) | 6/1/2009 | 4/20/2010 | See next tab |
| 83 | Please produce any documents or communications relating to any applications for or permitting of the Macondo Well, including any documents or communications regarding permission to make changes as an approved operation. | ("macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252" OR "Deepwater Hozion" OR "DWH") OR "Marianas" AND ("permi*" OR "appl*" OR "change*" OR "modific*" OR "amend*") | 1/1/2008 | 4/20/2010 | See next tab |
| 88 | Please produce a copy of any studies regarding the effectiveness of blow out preventers in offshore drilling operations. | ("stud*" OR "investig*" OR "analys*" OR "test*" OR "review" OR "assessment" OR "performance") AND ("BOP" OR (("blow" NEAR2 "out") NEAR3 "preventor")) | 1/1/2004 | 4/20/2010 | See next tab |
|  |  | Reasonable Search | 4/21/2010 | 11/30/2010 | Not limited by custodian |
| 89 | Please produce a copy of any studies regarding the effectiveness of utilization of centralizers in offshore drilling operations. | ("stud*" OR "investig*" OR "analys*" OR "test*" OR "review" OR "assessment" OR "performance") AND "centralizer*" | 1/1/2004 | 4/20/2010 | See next tab |
|  |  | Reasonable Search | 4/21/2010 | 11/30/2010 | Not limited by custodian |
| 90 | Please produce any documents or communications relating to the cementing of the Macondo Well, including the approval process for any cementing job performed prior to the incident. | ("macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252" OR "Deepwater Hozion" OR "DWH") AND "cement*" NEAR50 ("polic*" OR "procedur*" OR "approv*") | 1/1/2010 | 4/20/2010 | See next tab |
|  |  | Reasonable Search | 4/21/2010 | 2/15/2011 + supp. | Not limited by custodian |
| 96 | Please produce copies of any tests by the Halliburton laboratory on cement in preparation for any cementing operation(s) performed during the drilling of the Macondo Well. | ("test*" OR "chemical*" OR "formul*" OR "composition*" OR "design" OR "rate" OR "density" OR "pressure*" OR "chart*" OR "log" OR "approv*") AND ("slurry" OR "cement") AND "Halliburton" AND ("Macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") | 1/1/2010 | 4/20/2010 | See next tab |
| 97 | Please produce copies of any tests by the Halliburton laboratory on spacer in preparation for any cementing operation(s) performed during the drilling of the Macondo Well. | ("Macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND ("test*" OR "analys*") NEAR50 "spacer" | 1/1/2010 | 4/20/2010 | See next tab |
| 98 | Please produce copies of any CSI Technologies laboratory testing results that were performed as part of or in preparation for any cementing operations performed in the drilling of the Macondo Well. | ("Macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND "CSI" NEAR50 ("test*" OR "result" OR "data") | 1/1/2010 | 4/20/2010 | See next tab |

| # | Request | Search Terms | Start Date | End Date | Notes |
|---|---------|--------------|------------|----------|-------|
| 99 | Please produce any detailed technical drawings, specifications, or running and activating procedures for:<br>(a) The casing hanger/landing area;<br>(b) The annular pack-off; and<br>(c) The lock down device. | ("DWH" OR "Deepwater Horizon" OR "Macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND ("draw*" OR "schemat* repres*" OR "analys*" OR "stud*") AND ("casing" NEAR3 ("hanger" OR "landing") OR ("annular" NEAR3 ("packoff" OR ("pack" NEAR2 "off")) OR ("lock" NEAR3 "down"))) | 1/1/2009 | 4/20/2010 | See next tab |
| 100 | Please produce any casing tallies, complete with float equipment, centralizer placement, casing hanger information, sub-sea plug set, drill pipe information, and Allemon tool placement. | ("DWH" OR "Deepwater Horizon" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") & (tall!) & (float or centrali! or hanger or plug or pipe or Allemon) | 1/1/2010 | 4/20/2010 | See next tab |
| 103 | Please produce documents detailing the technical specifications on the tools used in the shoe track, including the reamer shoe and automatic fill float equipment. | ("DWH" OR "Deepwater Horizon" OR "Macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND ("specification*" OR "technical" OR "standard*" OR "measure*" OR "draw*" OR "diagram*" OR "schematic") AND (("shoe" NEAR3 "track") OR ("reamer" NEAR3 "shoe") OR ("fill" NEAR3 "float")) | 1/1/2010 | 4/20/2010 | See next tab |
| 104 | Please produce the technical specifications on the sub-sea plug set. | ("DWH" OR "Deepwater Horizon" OR "Macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND ("specification*" OR "technical" OR "standard*" OR "measure*" OR "draw*" OR "diagram*" OR "schematic") AND ("subsea" OR (("sub" NEAR2 "sea") NEAR3 "plug")) | 1/1/2010 | 4/20/2010 | See next tab |
| 105 | Please produce the technical specifications for Allemon tool. | ("DWH" OR "Deepwater Horizon" OR "Macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND ("specification*" OR "technical" OR "standard*" OR "measure*" OR "draw*" OR "diagram*" OR "schematic") AND "Allemon" | 1/1/2010 | 4/20/2010 | See next tab |
| 106 | Please produce the technical specifications for the cement head. | ("DWH" OR "Deepwater Horizon" OR "Macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND ("specification*" OR "technical" OR "standard*" OR "measure*" OR "draw*" OR "diagram*" OR "schematic") AND ("cement*" NEAR3 "head") | 1/1/2010 | 4/20/2010 | See next tab |
| 107 | Please produce the schematic of pumping and wash up lines from the cement head to the rig floor. | ("DWH" OR "Deepwater Horizon" OR "Macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND ("specification*" OR "technical" OR "standard*" OR "measure*" OR "draw*" OR "diagram*" OR "schematic") AND ("pump*" OR ("wash" NEAR2 "up") OR "washup") | 1/1/2010 | 4/20/2010 | See next tab |
| 108 | Please produce documents detailing the drilling fluid technical specifications, including detailed composition, target drilling fluid properties at surface and down hole conditions, and actual drilling fluid properties when running casing at surface and down hole conditions, pumped into the well during circulation prior to cementing, and of fluid coming out of the well during circulation prior to cementing, including density, Pv, Yp, fluid loss, electrical stability, and Fann rheometer readings. | ("DWH" OR "Deepwater Horizon" OR "Macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND ("specification*" OR "technical" OR "standard*" OR "measure*" OR "draw*" OR "diagram*" OR "schematic" OR "composition" OR "propert*") AND "fluid" AND ("density" OR "ov" OR "yp" OR "loss" OR "stabil" OR "fann" OR "rheo*") | 1/1/2010 | 4/20/2010 | See next tab |

| 112 | Please produce documents detailing the volume and rates pumped for spacer at the start of any cement job, including spacer technical specifications, performance targets, performance information, and formulation used on any cement job during the drilling of the Macondo Well, including surfactants, mutual solvents, or anti-foamers. | ("DWH" OR "Deepwater Horizon" OR "Macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND ("volume" OR "rate") AND ("spacer" OR "performance" OR "target*" OR "cemen*" OR "sufactant*" OR "solvent*" OR ("anti" NEAR2 "foam*") OR "antifoam" OR ("cap" NEAR3 "cement") OR "slurry" OR ("base" NEAR2 "oil") OR "nitrogen") | 1/1/2010 | 4/20/2010 | See next tab |
| --- | --- | --- | --- | --- | --- |
| 118 | Please produce documents detailing the procedure that was used to clean the Halliburton high pressure cementing line to the cement head after the last of the tail cement was pumped. Please indicate whether the line was washed up so that the cement in the high pressure line was not placed on top of the top plug, or if the cement in the high pressure cementing line was placed on top of the top plug. | ("DWH" OR "Deepwater Horizon" OR "Macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND (("pressur*" NEAR3 "cement") OR "tail") | 4/1/2010 | 4/20/2010 | See next tab |
| 119 | Please produce documents detailing information on bumping the plug, pressuring up on the plug, holding pressure on the plug, and bleeding off pressure, including volume of flow back and any information on the floats holding back pressure for the relevant time period. | ("DWH" OR "Deepwater Horizon" OR "Macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND (("bump*" NEAR3 "plug") OR ("pressur*" NEAR3 "up") OR ("hold*" NEAR2 "pressure") OR ("bleed*" NEAR3 "pressure") OR ("flow" NEAR3 "back")) | 1/1/2010 | 4/20/2010 | See next tab |
| 120 | Please produce documents or communications detailing inventory of any cementing chemicals, prior to or after the cementing operation, including spacer materials. | ("DWH" OR "Deepwater Horizon" OR "Macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND "cement*" AND ("chemical*" OR "spacing*") | 1/1/2010 | 4/20/2010 | See next tab |
| 122 | Please produce documents detailing information on the spacer fluid that was used to separate the drilling fluid and the sea water during the operation in preparation to abandon the well. Please include spacer volume, density, rheological properties, and compatibility properties with the drilling fluid and sea water. | ("DWH" OR "Deepwater Horizon" OR "Macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND (("spacer" NEAR2 "fluid") NEAR50 ("seawater" OR ("sea" NEAR2 "water"))) AND ("volume" OR "density" OR "rheol*") | 1/1/2010 | 4/20/2010 | See next tab |
| 123 | Please produce documents relating to any studies regarding the effectiveness of adding nitrogen to the cement mix in offshore drilling operations. | ("stud*" OR "analys*" OR "report*" OR "investig*") NEAR20 "nitrogen" NEAR20 "cement" | 1/1/2004 | 4/20/2010 | See next tab |
| 124 | Please produce all documents regarding any investigations or reports on the utilization of centralizers | ("stud*" OR "analys*" OR "report*" OR "investig*") NEAR20 "centrali*" | 1/1/2004 | 4/20/2010 | See next tab |
| 126 | Please produce copies of any and all documents identifying subject matter contained in Interrogatory No. 30. | Reasonable Search | 4/21/2010 | 11/30/2010 | Not limited by custodian |
| | | ("BOP" OR ("blowout" NEAR3 "preventer")) AND "ixtoc" | 1/1/2009 | 11/30/2010 | See next tab |
| | | ("BOP" OR ("blowout" NEAR3 "preventer")) AND "silvertip" | | | See next tab |
| | | ("BOP" OR ("blowout" NEAR3 "preventer")) AND (("AC" NEAR3 "901") OR "AC901" OR ("Alaminos" NEAR3 "Canyon")) | | | See next tab |
| | | (("WR" NEAR3 "543") OR "wr543" OR ("Walker" NEAR3 "Ridge")) | | | See next tab |

| | | | | | |
|---|---|---|---|---|---|
| 131 | Please produce any documents or communications relating to any inspections, surveys, testing, maintenance, modifications, or alterations of or to the blowout preventers located on the Macondo Well at the time of the incident, including any negative or positive pressure tests and stump tests conducted on such blowout preventers or any statutory, annual, continuous, special, class, or similar inspections, surveys, or testing done by any person. | Reasonable Search | Reasonable scope | Reasonable scope | Not limited by custodian |
| 140 | Please produce any documents or communications evidencing, discussing, or demonstrating any safety devices or designs that were incorporated into or considered for the Deepwater Horizon, in order to prevent or minimize an explosion, in the event the engines electrical systems or other equipment were exposed to a flammable gas, liquid, or other material. | ("DWH" OR "Deepwater Horizon" OR "Macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND "safe*" NEAR20 ("design*" OR "device*") AND ("explo*" OR "fire" OR "ingnit*") | 1/1/2004 | 4/20/2010 | See next tab |
| 142 | Please produce any of your policies, procedures, guidelines, protocols, instructions, training materials, or similar documents relating to any of the following:<br>(a)  The Deepwater Horizon;<br>(b)  The Macondo Well;<br>(c)  Well design;<br>(d)  Drilling;<br>(e)  Blowout preventers;<br>(f)  Pressure testing of wells or blowout preventers;<br>(g)  Well control;<br>(h)  Well control response;<br>(i)  Mud gas seperators;<br>(j)  Safety; and<br>(k)  Accident response. | Reasonable Search | Reasonable scope | Reasonable scope | Not limited by custodian |
| 151 | Please produce any HAZOPs, Process Hazard Analyses, process safety management studies, or job safety analyses generated on or for the Deepwater Horizon or Macondo Well during the relevant time period. | ("macondo" OR "DWH" OR "Deepwater Horizon" OR "marianas" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND ("HAZOP*" OR ("process" NEAR2 "hazard") OR ("proccess" NEAR2 "safety") OR ("job" NEAR2 "safety") OR ("traction" NEAR2 "report")) | 1/1/2004 | 4/20/2010 | See next tab |
| 153 | Please produce any committee minutes used by you to assess or evaluate health, safety, security, or environment on oil or gas rigs in the Gulf of Mexico during the relevant time period. | ("minutes") NEAR50 ("health" OR "safety" OR "security" OR "environ*") AND ("rig*" OR "MODU*") AND ("gulf" NEAR3 "mexico") | 1/1/2004 | 4/20/2010 | See next tab |
| 155 | Please produce copies of documents reflecting any standards on the blow out preventer on the Deep Water Horizon including 29 C.F.R. 350, requesting 14 day testing. | ("blowout" OR ("blow" NEAR2 "out")) AND ("29 C.F.R. 250*" OR ("Code of Federal Regulations" NEAR5 "title 29")) | 1/1/2004 | 4/20/2010 | See next tab |

| | | | | | |
|---|---|---|---|---|---|
| 156 | Please produce any analyses performed subject to any applicable guidelines and regulations, including 30 C.F.R. 250, and any applicable American Petroleum Institute specifications or standards for oil or gas rigs operating in the Gulf of Mexico during the relevant time period. | Objection | | | See next tab |
| 160 | Please produce any documents or communications which evidence the training, education, and experience of the persons working on the Deepwater Horizon or at the Macondo Well during the relevant time period. | Reasonable Search | Reasonable scope | Reasonable scope | Not limited by custodian |
| 180 | Please produce any document relating to any Potential Incidents of Non-Compliance from Minerals Management Service, now know as the Bureau of Ocean Energy Management, regarding the Macondo Well. | ("macondo" OR "DWH" OR "Deepwater Horizon" OR "marianas" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND ("potential" NEAR3 "incident*" NEAR3 (("non" NEAR2 "compliance") OR "noncompliance")) | 1/1/2008 | 4/20/2010 | See next tab |