Exhibit 17

| Technical Memo | | | | |
|---|---|---|---|---|
| bp | MC252 #1<br>Synthetic CBL from a Dipole Sonic Tool<br>9 7/8", 11 7/8", 13 5/8" Liner Cement Evaluation | | | |
| Version:<br>1 | Macondo Wells Team | Author:<br>Ray Wydrinski (BP, GOMX) | Date:<br>5/4/2010 | Page:<br>1 of 6 |

**Overview:**
On April 11, 2010, Schlumberger logged a DSI (Dipole Sonic) in the 8 ½" open hole over the interval 17,152' to 18,303' and continued logging into cased hole from 11,770' to 17,152' for the purpose of obtaining a Shear and Stonely velocity. On April 21, the DSI was reprocessed to obtain the first arrival amplitude, a VDL (variable density log) and the waveform from the eight foot receiver to identify the cement top for the 13 5/8", 11 7/8" and 9 7/8" casing.

Since the transmitter to receiver spacing is eight feet and is an average measurement, cement tops can be identified but the cement quality for zonal isolation is beyond the limit of this technology. This is not the ideal method for cement evaluation but it is the best we can do with the available data.

All depths are wireline measured depths.

**Interpretation**
1) 13 5/8" liner
    a. The top of the logged interval is at 11,770' which is in the 13 5/8" liner. There is cement to this depth indicating the cement top would be shallower. The expected top of cement was 12,100'. Observed TOC is unknown.
    b. 13 5/8" liner shoe is at 13,126'. Expected shoe was at 13,145'
2) 11 7/8" liner
    a. Top of cement in the 11 7/8" liner is at 13,232'. Estimated TOC was 13,760'.
    b. This is variability in the quality of the cement in the 11 7/8" liner interval. This could be due to bore hole size variations or cement contamination.
    c. 11 7/8" liner shoe is at 15,082'. Expected shoe was at 15,103'.
    d. 11 7/8" liner top is at 12,792. Expected liner top was 12,803'.
3) 9 7/8" liner
    a. Top of cement in the 9 7/8" liner is at 15,920'.
    b. It is possible ther is contaminated cement in the 9 7/8" liner annulus from 15,360' to 15,920'.
    c. 9 7/8" shoe is at 17,143'. Expected shoe was at 17,169'.
    d. 9 7/8" liner top is at 14,745'. Expected liner top was 14,759'.

1



**Figure #1:** Wellbore Schematic – At the time of the dipole logging the 7" casing shoe was not set and the dipole was run in open hole over this interval.

CONFIDENTIAL

BP-HZN-2179MDL00703782

### 13 5/8" liner
- Top of liner = 11,153'; Est. TOC = 12,100'; Cement observed @ 11,770'



**Figure #2:** CBL amplitude (Amplified Bond Indicator), VDL (waveform with a variable shade scale) and Waveform (display furthest to the right). The Amplitude is about 2 mv, no casing arrivals on the VDL and low amplitude over the entire waveform. This indicates there is cement over this interval which is at the top of the logged interval. TOC is unknown.

### 11 7/8" Liner by 13 5/8" Liner Overlap
- Estimated top of 11 7/8" liner = 12,803'; Estimated 13 5/8" shoe = 13,145'
- Cement was observed above 12,792' which is at the top of the 11 7/8" liner indicating there is cement behind the 13 5/8" liner. (Figure #3)
- Base of the Gamma Ray, the shoe of the 13 5/8" liner = 13,126'. (Figure #4)
- No Cement was observed across the liner lap (12,792' to 13,126') and at the top of the 11 7/8" liner. (Figure #4)

**Figure #3:** The amplitude changes from 8mv to 3mv at 12,792', strong casing arrivals on the VDL and a large waveform amplitudes indicate a lack of cement below 12,792'.

3

CONFIDENTIAL

BP-HZN-2179MDL00703783



**Figure #4:** 13 5/8" shoe is at 13,126' based on the Gamma Ray shift. The high amplitude, strong casing arrivals on the VDL and the high amplitude on the waveforms indicate the liner lap is not cemented nor is the top of the 11 7/8" liner.

**11 7/8" Liner Top of Cement**
- Estimated top of cement in the 11 7/8" liner = 13,760'.
- Top of cement was observed at 13,232'. (Figure #5)

**Figure #5:** Top of cement in the 11 7/8" liner is at 13,232' based on the amplitude increase from about 4mv to about 20mv. The VDL shows casing arrivals and the waveform full amplitude is high.

4

CONFIDENTIAL

BP-HZN-2179MDL00703784

**9 7/8" Liner by 11 7/8" Liner Overlap**
- Estimated top of 9 7/8" liner = 14,759'; Estimated 11 7/8" shoe = 15,103'.
- Cement was observed above 14,745' which is at the top of the 9 7/8" liner indicating there is cement behind the 11 7/8" liner. (Figure #6)
- The 11 7/8" liner shoe = 15,082'. (Figure #7)
- No cement in the 9 7/8" by 11 7/8" liner overlap or the 9 7/8" liner below the 11 7/8" shoe.



**Figure #6:** The amplitude changes from about 20 mv to about 4 mv at 14,745. The lower amplitude is in the cemented interval. The waveform amplitude shows a change at about the same depth. The cement in the 11 7/8" annulus looks weaker above the 9 7/8" liner top and the amplitude varies as the cement top is approached at 13,232'.

**Figure #7:** The base of the 11 7/8" shoe appears to be at 15,082' with no cement into the overlap and no cement into the 9 7/8" liner.

5

**9 7/8" Liner Top of Cement**
- Estimated top of cement in the 9 7/8" liner = 15,934'.
- Top of cement was observed at 15,920'. (Figure #8)
- The 9 7/8" shoe is at 17,153'.



**Figure #8:** Top of cement in the 9 7/8" liner is at 15,920' with possibly some contaminated cement to 15,360'.

**Figure #9:** Base of the 9 7/8" liner shoe is at 17,153'. The shoe of the 9 7/8" liner is cemented.

6