# Exhibit 18

| Custodian / Dep. Date | Allegedly Late Documents | Textual Duplicate | Earliest Duplicate Production Date |
|---|---|---|---|
| Robinson, Steven (1/27) | BP-HZN-2179MDL00408528 | BP-HZN-BLY00062990 | 1/14/2011 |
| Robinson, Steven (1/27) | BP-HZN-2179MDL00408532 | BP-HZN-2179MDL00283540 | 12/23/2010 |
| Robinson, Steven (1/27) | BP-HZN-2179MDL00443533 | BP-HZN-BLY00080641 | 1/10/2011 |
| Robinson, Steven (1/27) | BP-HZN-2179MDL00445707 | BP-HZN-BLY00078455 | 1/10/2011 |
| Robinson, Steven (1/27) | BP-HZN-2179MDL00449375 | BP-HZN-BLY00083382 | 1/10/2011 |
| Robinson, Steven (1/27) | BP-HZN-2179MDL00449376 | BP-HZN-BLY00083383 | 1/10/2011 |
| Robinson, Steven (1/27) | BP-HZN-2179MDL00451074 | BP-HZN-BLY00079570 | 1/10/2011 |
| Robinson, Steven (1/27) | BP-HZN-2179MDL00452385 | BP-HZN-BLY00080086 | 1/10/2011 |
| Robinson, Steven (1/27) | BP-HZN-2179MDL00874149 | BP-HZN-BLY00077787 | 1/10/2011 |
| Robinson, Steven (1/27) | BP-HZN-2179MDL00874349 | BP-HZN-BLY00094934 | 1/19/2011 |
| Robinson, Steven (1/27) | BP-HZN-2179MDL00874350 | BP-HZN-BLY00094935 | 1/19/2011 |
| Robinson, Steven (1/27) | BP-HZN-2179MDL00874367 | BP-HZN-BLY00094952 | 1/19/2011 |
| Robinson, Steven (1/27) | BP-HZN-2179MDL00874384 | BP-HZN-BLY00078505 | 1/10/2011 |
| Robinson, Steven (1/27) | BP-HZN-2179MDL00874976 | BP-HZN-BLY00079511 | 1/10/2011 |
| Robinson, Steven (1/27) | BP-HZN-2179MDL00875049 | BP-HZN-BLY00079616 | 1/10/2011 |
| Robinson, Steven (1/27) | BP-HZN-2179MDL00875197 | BP-HZN-BLY00084694 | 1/10/2011 |
| Robinson, Steven (1/27) | BP-HZN-2179MDL00899904 | BP-HZN-BLY00076259 | 1/10/2011 |
| Robinson, Steven (1/27) | BP-HZN-2179MDL00899905 | BP-HZN-BLY00076260 | 1/10/2011 |
| Robinson, Steven (1/27) | BP-HZN-2179MDL00899910 | BP-HZN-BLY00076265 | 1/10/2011 |
| Robinson, Steven (1/27) | BP-HZN-2179MDL00899989 | BP-HZN-BLY00076344 | 1/10/2011 |
| Robinson, Steven (1/27) | BP-HZN-2179MDL00971370 | BP-HZN-BLY00076257 | 1/10/2011 |
| Robinson, Steven (1/27) | BP-HZN-2179MDL00976304 | BP-HZN-BLY00078407 | 1/10/2011 |
| Robinson, Steven (1/27) | BP-HZN-2179MDL00983481 | BP-HZN-BLY00096835 | 1/19/2011 |
| Robinson, Steven (1/27) | BP-HZN-2179MDL00983482 | BP-HZN-BLY00096836 | 1/19/2011 |
| Robinson, Steven (1/27) | BP-HZN-2179MDL00983485 | BP-HZN-BLY00096839 | 1/19/2011 |
| Bly, Mark (2/17) | BP-HZN-2179MDL01063377 | BP-HZN-BLY00039375 | 11/15/2010 |
| Bly, Mark (2/17) | BP-HZN-2179MDL01060301 | BP-HZN-BLY00039379 | 11/15/2010 |
| Bly, Mark (2/17) | BP-HZN-2179MDL01060336 | BP-HZN-BLY00039382 | 11/15/2010 |

| | | | |
|---|---|---|---|
| Bly, Mark (2/17) | BP-HZN-2179MDL01062976 | BP-HZN-BLY00039386 | 11/15/2010 |
| Bly, Mark (2/17) | BP-HZN-2179MDL01062206 | BP-HZN-BLY00039390 | 11/15/2010 |
| Bly, Mark (2/17) | BP-HZN-2179MDL01065029 | BP-HZN-BLY00039394 | 11/15/2010 |
| Bly, Mark (2/17) | BP-HZN-2179MDL00899904 | BP-HZN-BLY00076259 | 1/10/2011 |
| Bly, Mark (2/17) | BP-HZN-2179MDL00899905 | BP-HZN-BLY00076260 | 1/10/2011 |
| Bly, Mark (2/17) | BP-HZN-2179MDL00899910 | BP-HZN-BLY00076344 | 1/10/2011 |
| Bly, Mark (2/17) | BP-HZN-2179MDL00983481 | BP-HZN-BLY00096835 | 1/19/2011 |
| Bly, Mark (2/17) | BP-HZN-2179MDL00983482 | BP-HZN-BLY00096836 | 1/19/2011 |
| Bly, Mark (2/17) | BP-HZN-2179MDL00983485 | BP-HZN-BLY00096839 | 1/19/2011 |
| Corser, Kent (2/10) | BP-HZN-2179MDL00899904 | BP-HZN-BLY00076259 | 1/10/2011 |
| Corser, Kent (2/10) | BP-HZN-2179MDL00899905 | BP-HZN-BLY00076260 | 1/10/2011 |
| Corser, Kent (2/10) | BP-HZN-2179MDL00899910 | BP-HZN-BLY00076265 | 1/10/2011 |
| Corser, Kent (2/10) | BP-HZN-2179MDL00899989 | BP-HZN-BLY00076344 | 1/10/2011 |
| Corser, Kent (2/10) | BP-HZN-2179MDL00976304 | BP-HZN-BLY00078407 | 1/10/2011 |
| Corser, Kent (2/10) | BP-HZN-2179MDL00445639 | BP-HZN-BLY00084280 | 1/10/2011 |
| Corser, Kent (2/10) | BP-HZN-2179MDL00445669 | BP-HZN-BLY00084921 | 1/10/2011 |
| Corser, Kent (2/10) | BP-HZN-2179MDL00874349 | BP-HZN-BLY00094934 | 1/19/2011 |
| Corser, Kent (2/10) | BP-HZN-2179MDL00874350 | BP-HZN-BLY00094935 | 1/19/2011 |
| Corser, Kent (2/10) | BP-HZN-2179MDL00874367 | BP-HZN-BLY00094952 | 1/19/2011 |
| Corser, Kent (2/10) | BP-HZN-2179MDL00469978 | BP-HZN-BLY00106396 | 1/31/2011 |
| Corser, Kent (2/10) | BP-HZN-2179MDL00874955 | BP-HZN-BLY00111307 | 1/31/2011 |
| Corser, Kent (2/10) | BP-HZN-2179MDL00874956 | BP-HZN-BLY00111308 | 1/31/2011 |
| Corser, Kent (2/10) | BP-HZN-2179MDL00874957 | BP-HZN-BLY00111309 | 1/31/2011 |
| Corser, Kent (2/10) | BP-HZN-2179MDL00469923 | BP-HZN-BLY00123679 | 1/31/2011 |
| Guillot, Walter (2/8) | BP-HZN-2179MDL00925328 | BP-HZN-BLY00033405 | 11/15/2010 |
| Guillot, Walter (2/8) | BP-HZN-2179MDL01063082 | BP-HZN-BLY00123765 | 1/31/2011 |
| McKay, Jim (2/23) | BP-HZN-2179MDL00899904 | BP-HZN-BLY00076259 | 1/10/2011 |
| McKay, Jim (2/23) | BP-HZN-2179MDL00899905 | BP-HZN-BLY00076260 | 1/10/2011 |
| McKay, Jim (2/23) | BP-HZN-2179MDL00899910 | BP-HZN-BLY00076265 | 1/10/2011 |
| McKay, Jim (2/23) | BP-HZN-2179MDL00899989 | BP-HZN-BLY00076344 | 1/10/2011 |

| | | | |
|---|---|---|---|
| Sepulvado, Ron (3/10) | BP-HZN-2179MDL00971370 | BP-HZN-BLY00076257 | 1/10/2011 |
| Sepulvado, Ron (3/10) | BP-HZN-2179MDL00874384 | BP-HZN-BLY00078505 | 1/10/2011 |
| Sepulvado, Ron (3/10) | BP-HZN-2179MDL00874976 | BP-HZN-BLY00079511 | 1/10/2011 |
| Sepulvado, Ron (3/10) | BP-HZN-2179MDL00875197 | BP-HZN-BLY00084694 | 1/10/2011 |
| Sprague, Jonathan (3/21) | BP-HZN-2179MDL00971370 | BP-HZN-BLY00076257 | 1/10/2011 |
| Sprague, Jonathan (3/21) | BP-HZN-2179MDL00874149 | BP-HZN-BLY00077787 | 1/10/2011 |
| Sprague, Jonathan (3/21) | BP-HZN-2179MDL00976304 | BP-HZN-BLY00078407 | 1/10/2011 |
| Sprague, Jonathan (3/21) | BP-HZN-2179MDL00874384 | BP-HZN-BLY00078505 | 1/10/2011 |
| Sprague, Jonathan (3/21) | BP-HZN-2179MDL00874976 | BP-HZN-BLY00079511 | 1/10/2011 |
| Sprague, Jonathan (3/21) | BP-HZN-2179MDL00985879 | BP-HZN-BLY00079601 | 1/10/2011 |
| Sprague, Jonathan (3/21) | BP-HZN-2179MDL00875197 | BP-HZN-BLY00084694 | 1/10/2011 |
| Sprague, Jonathan (3/21) | BP-HZN-2179MDL00874988 | BP-HZN-BLY00090561 | 1/18/2011 |
| Sprague, Jonathan (3/21) | BP-HZN-2179MDL00874349 | BP-HZN-BLY00094934 | 1/19/2011 |
| Sprague, Jonathan (3/21) | BP-HZN-2179MDL00874350 | BP-HZN-BLY00094935 | 1/19/2011 |
| Sprague, Jonathan (3/21) | BP-HZN-2179MDL00874367 | BP-HZN-BLY00094952 | 1/19/2011 |
| Sprague, Jonathan (3/21) | BP-HZN-2179MDL00932315 | BP-HZN-BLY00193967 | 2/15/2011 |
| Wetherbee, Jim (1/26) | BP-HZN-2179MDL00976304 | BP-HZN-BLY00078407 | 1/10/2011 |
| Wetherbee, Jim (1/26) | BP-HZN-2179MDL00985879 | BP-HZN-BLY00079601 | 1/10/2011 |
| Cunningham, Erick (3/23) | BP-HZN-2179MDL00874149 | BP-HZN-BLY00077787 | 1/10/2011 |
| Cunningham, Erick (3/23) | BP-HZN-2179MDL00874384 | BP-HZN-BLY00078505 | 1/10/2011 |
| Cunningham, Erick (3/23) | BP-HZN-2179MDL00875049 | BP-HZN-BLY00079616 | 1/10/2011 |
| Cunningham, Erick (3/23) | BP-HZN-2179MDL00875197 | BP-HZN-BLY00084694 | 1/10/2011 |
| Cunningham, Erick (3/23) | BP-HZN-2179MDL00932315 | BP-HZN-BLY00193967 | 2/15/2011 |
| Cunningham, Erick (3/23) | BP-HZN-2179MDL00933049 | BP-HZN-BLY00034504 | 11/15/2010 |
| Cunningham, Erick (3/23) | BP-HZN-2179MDL00976304 | BP-HZN-BLY00078407 | 1/10/2011 |
| Cunningham, Erick (3/23) | BP-HZN-2179MDL00985879 | BP-HZN-BLY00079601 | 1/10/2011 |
| Cunningham, Erick (3/23) | BP-HZN-2179MDL00986937 | BP-HZN-BLY00091817 | 1/18/2011 |
| Cunningham, Erick (3/23) | BP-HZN-2179MDL01063082 | BP-HZN-BLY00123765 | 1/31/2011 |
| Cunningham, Erick (3/23) | BP-HZN-2179MDL01064816 | BP-HZN-BLY00194742 | 2/15/2011 |
| Cunningham, Erick (3/23) | BP-HZN-2179MDL01088380 | BP-HZN-2179MDL00719619 | 3/14/2011 |

| | | | |
|---|---|---|---|
| Cunningham, Erick (3/23) | BP-HZN-2179MDL01088445 | BP-HZN-2179MDL00636725 | 3/11/2011 |
| Cunningham, Erick (3/23) | BP-HZN-2179MDL01088605 | BP-HZN-2179MDL00633286 | 3/11/2011 |
| Cunningham, Erick (3/23) | BP-HZN-2179MDL01088472 | BP-HZN-2179MDL00633746 | 3/11/2011 |
| Cunningham, Erick (3/23) | BP-HZN-2179MDL01088472 | BP-HZN-2179MDL00636725 | 3/11/2011 |
| Cunningham, Erick (3/23) | BP-HZN-2179MDL01088626 | BP-HZN-2179MDL00640752 | 3/11/2011 |
| Cunningham, Erick (3/23) | BP-HZN-2179MDL01088714 | BP-HZN-2179MDL00347931 | 1/10/2011 |
| Cunningham, Erick (3/23) | BP-HZN-2179MDL01088795 | BP-HZN-2179MDL00697087 | 3/14/2011 |
| Cunningham, Erick (3/23) | BP-HZN-2179MDL01088978 | BP-HZN-2179MDL00705417 | 3/14/2011 |
| Cunningham, Erick (3/23) | BP-HZN-2179MDL01089028 | BP-HZN-2179MDL00743011 | 3/14/2011 |
| Cunningham, Erick (3/23) | BP-HZN-2179MDL01089033 | BP-HZN-2179MDL00736706 | 3/14/2011 |
| Cunningham, Erick (3/23) | BP-HZN-2179MDL01192061 | BP-HZN-2179MDL00650560 | 3/11/2011 |
| Cunningham, Erick (3/23) | BP-HZN-2179MDL01193283 | BP-HZN-2179MDL00705646 | 3/14/2011 |
| Cunningham, Erick (3/23) | BP-HZN-2179MDL01195512 | BP-HZN-2179MDL00603155 | 3/2/2011 |
| Cunningham, Erick (3/23) | BP-HZN-BLY00215791 | BP-HZN-BLY00109722 | 1/31/2011 |