# Exhibit 19

From: Goodman, Wendy
Sent: Tue Apr 27 00:11:18 2010
To: Kaluza, Robert
Cc: Anderson, Rex L; Corser, Kent; Wetherbee, James D.
Subject: Transocean Horizon Incident Investigation Interview
Importance: Normal

All, please find the confirmed Interview Date, Time & Location. Please contact me with any questions and/or concerns @ 713-297-1637 or via email wendy.goodman@bp.com.

**Date:** Wednesday, April 28, 2010
**Location:** **Best Western Mardi Gras Hotel - Meeting Board Room**
**3500 Paradise Rd - Las Vegas, NV 89109**
(702) 731-2020
**Time:** 10:00 am - 1:00pm

*Wendy N. Goodman*
*Mad Dog Area Planning Team Lead*
*WL4-1561B*
*281-366-6195  Office*
*713-297-1637  Cell*

CONFIDENTIAL
BP-HZN-BLY00084280