# Exhibit 20

**From**: Goodman, Wendy
**Sent**: Tue Apr 27 00:11:18 2010
**To**: Kaluza, Robert
**Cc**: Anderson, Rex L; Corser, Kent; Wetherbee, James D.
**Subject**: Transocean Horizon Incident Investigation Interview
**Importance**: Normal

All, please find the confirmed Interview Date, Time & Location. Please contact me with any questions and/or concerns @ 713-297-1637 or via email wendy.goodman@bp.com.

| | |
|---|---|
| **Date:** | **Wednesday, April 28, 2010** |
| **Location:** | **Best Western Mardi Gras Hotel - Meeting Board Room** |
| | **3500 Paradise Rd - Las Vegas, NV 89109** |
| | **(702) 731-2020** |
| **Time:** | **10:00 am - 1:00pm** |

*Wendy N. Goodman*
*Mad Dog Area Planning Team Lead*
*WL4-1561B*
*281-366-6195  Office*
*713-297-1637  Cell*

CONFIDENTIAL