# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois 60654

Timothy A. Duffy, P.C.
To Call Writer Directly:
(312) 862-2445
tim.duffy@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

May 19, 2011

**VIA E-MAIL**

Honorable Sally Shushan
United States Magistrate Judge
Eastern District of Louisiana
500 Poydras Street, Room B-345
New Orleans, LA 70130

      Re:    In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010, MDL 2179""

Dear Judge Shushan:

      I write in response to the Court's request for additional information as to the existence of a report concerning the causes of the September 2008 Caspian Sea incident. BP has identified two documents that it believes fall within the scope of the PSC's narrowed request on this issue.

      The first document is a report dated March 26, 2009 entitled "Central Azeri Recovery Team Root Cause Assessment and Recommendations." It purports to be an initial assessment of the incident, but notes that it was written at a time when additional data was still being received and analyzed. The second document is another report dated May 10, 2011 entitled "Central Azeri Recovery" and is expressly styled as a follow-on to the 2009 report.

      BP's view is that these two documents contain nothing of relevance to this litigation and their production in discovery would not further any legitimate purpose. Moreover, BP believes that production of these documents would work harm in two significant ways. First, these documents concern events that are highly sensitive to BP's commercial interests in the Caspian Sea region and that have significant and unpredictable political implications. Any distribution or use of these documents in litigation, even assuming the documents are deemed "Highly Confidential," has the potential to work significant harm on BP. Second, the mere fact that this incident involved a BP oil well will inevitably inject a tangential issue into the case that will almost certainly eat up time at depositions and fuel additional discovery requests and disputes going forward.

      BP therefore respectfully requests the Court address the relevance of these documents prior to any production. BP would ask that the Court consider reviewing these documents *in*

# KIRKLAND & ELLIS LLP

Honorable Sally Shushan
May 19, 2011
Page 2

*camera* in the hopes that the potential problems described above can be avoided, and would appreciate the opportunity to discuss this issue in chambers with the Court and liaison counsel following this Friday's conference.

        Very truly yours,

        /s/ Timothy A. Duffy, P.C.

cc:    Richard C. Godfrey, P.C.
        J. Andrew Langan, P.C.
        Don K. Haycraft
        Sarah D. Himmelhoch
        Steve Herman
        Jim Roy
        Corey Maze
        MDL 2179 Defense Liaison Counsel