## CONFERENCE ATTENDANCE RECORD

DATE: 5 - 20 - 11                TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

### DISCOVERY STATUS     CONFERENCE

 PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| MARK COHEN | Non Party - DNV |
| RUTH COLVIN | DNV |
| GARY KENNEY | Lead investigator. DNV |
| Don Haycraft | BP |
| Andy Langan | BP |
| JIM DAVIS | State of AL |
| COREY MAZE | ·· |
| PETER SMYKZEK | State of AL |
| PAUL STERBCOW | PSC |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Carmelite Bertaut | Cameron |
| DUKE WILLIAMS | TTs |
| Steve Herman | Plaintiffs |
| Will Baldwin | Weatherford |
| BILL STRADLEY | MDL 2185 Murphree See. Art |
| TONY FITCH | A & M |
| Deb Kuchler | APC & MOEX |
| Jim Roy | PSC |
| Tim Duffy | BP |
| Mark Nomellini | BP |
| MARTIN BOLES | BP |
| RYAN BABIUCH | BP |
| DARIN BEFFA | BP |
| Don Godwin | Halliburton |
| Alan York | Halliburton |
| Jenny Martinez | Halliburton |
| ANTHONY IRPINO | PSC |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| BILL LARGE | PSC |
| DENNIS BARROW | DRIL - QUIP |
| MIKE UNDERHILL | U.S. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Robert Gasaway

Robert Guidry

Kevin Tully

Alden Meade

David Beck

Sylvia Simpson

Sarah Himmelhoch