AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| BRANDON BOULLION and JAN BOULLION | ) | |
| _Plaintiff_ | ) ) ) | MDL 10-2179 J(1) |
| v. | ) | Civil Action No. 2:11-cv-923 |
| ANADARKO PETROLEUM CORPORATION, et al | ) ) ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BP Products North America Inc.
through its agent for service of process
The Prentice Hall Corporation System, Inc.
320 Somerulos St.
Baton Rouge, LA 70802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert V. Reech
Reech Law Firm, LLC
812 N. Range Ave.
Denham Springs, LA 70726

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __May 13 2011__

_Loretta G. Whyte_
Name of clerk of court

_Stephanie Kall_
Deputy clerk's signature

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:11-cv-923

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BP Products North America, Inc.
was received by me on *(date)* 5-16-11 Through Prentice Hall Corporation System, Inc.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Paula Glaser, who is designated by law to accept service of process on behalf of *(name of organization)* The Prentice Hall Corporation System, Inc. on *(date)* 5-16-11 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5-16-11

_____
Server's signature

Pepper Whittington
Printed name and title

3943 Mimosa
Server's address

Additional information regarding attempted service, etc: