UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:   Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MASTER DOCKET MDL NO. 10-MD-2179 |
| **This Document Relates to No. 11-1136** | * * | |
| ART CATERING, INC. | * * | CIVIL ACTION NO. 11-1136 |
| VERSUS | * * | SECTION "J" |
| DAVID B. GORNEY, JIMMY M. PODARAS, MARSH USA, INC. AND XYZ INSURANCE COMPANY | * * * * | JUDGE BARBIER MAGISTRATE (1) MAG. JUDGE SHUSHAN |

### FIRST MOTION AND ORDER FOR EXTENSION OF TIME

**NOW INTO COURT**, through undersigned counsel, comes defendant, David B. Gorney, appearing for the special and sole purpose of obtaining his first twenty-one (21) day extension of time in this court within which to answer, object or otherwise respond to plaintiff ART Catering, Inc.'s Petition for Breach of Contract. Plaintiff's lawsuit was timely removed to this Court on May 13, 2011 (on the grounds that Mr. Gorney has been improperly joined as a defendant), and undersigned counsel requires additional time to investigate the matter.

1681761-1                                1

Undersigned counsel hereby certifies, in accordance with Local Rule 7.9E, that he has requested no previous extension of time in this court in which to plead and that the opposing parties have not filed in the record an objection to an extension of time.

Respectfully submitted,

_____
William F. Grace, Jr., T.A. (#6199)
Philip R. Sims (#27644)
**CHAFFE McCALL, L.L.P.**
1100 Poydras Street, 2300 Energy Centre
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
*Attorneys for David B. Gorney*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May, 2011, a copy of the foregoing has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing. All counsel of record are being served with this filing by either the Court's electronic filing system or by telefaxing and/or U.S. Mail.

_____