UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MASTER DOCKET MDL NO. 10-MD-2179 |
| | * | |
| **This Document Relates to No. 11-1136** | * * | |
| ART CATERING, INC. | * * | CIVIL ACTION NO. 11-1136 |
| VERSUS | * * | SECTION "J" |
| DAVID B. GORNEY, JIMMY M. PODARAS, MARSH USA, INC. AND XYZ INSURANCE COMPANY | * * * * | JUDGE BARBIER MAGISTRATE (1) MAG. JUDGE SHUSHAN |

## O R D E R

Considering the foregoing motion,

**IT IS ORDERED** by the Court that defendant, David B. Gorney, be, and he is hereby, granted an additional twenty-one (21) days from the time a responsive pleading would otherwise be due within which to answer, object or otherwise respond to plaintiff ART Catering, Inc.'s Petition for Breach of Contract.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

1681761-1