UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This Document Relates to: | JUDGE BARBIER |
| In Re: The Complaint and Petition of Triton Asset Leasing GmbH, et al. Civil Action No. 10-2771 | MAG. JUDGE SHUSHAN |

## CERTIFICATE BY COUNSEL OF 30 DEGREE BLUE, ET AL., OF NON-SUPPORT BY PLAINTIFFS' STEERING COMMITTEE

Counsel for Claimants, 30 Degree Blue, LLC, et al., hereby certify that said Claimants' Objections to Jurisdiction and to Enforcement of Monition, Reservation of Rights, Answers and Defenses of Claimants; Motion for Order on Claimants', 30 Degree Blue, LLC, et al., Objections to Jurisdiction and Venue and to Enforcement of Monition, and Reservation of Rights; and Motion of Claimants, 30 Degree Blue, LLC, et al., to Extend Time for Filing Claims Pursuant to the Monition, are not supported by the Plaintiff Steering Committee.

Respectfully Submitted:

Professor P. Tim Howard
Howard & Associates,
Attorneys at Law, P.A.
8511 Bull Headley Road, Suite 405
Tallahassee, Florida 32312
(850) 298-4455 - telephone
(850) 216-2537 - facsimile
Florida Bar No. 655325
ptim@aol.com

Samuel T. Adams
Post Office Box 191
460 Grace Avenue
Panama City, Florida 32402-0191
(850) 785-3469 - telephone
(850) 640-1562 - facsimile
Florida Bar No. 160184
tom@samueltadams.com

Douglas S. Lyons
Lyons and Farrar, P.A.
325 North Calhoun Street
Tallahassee, Florida 32301
(850) 222-8811 - telephone
(850) 222-5583 - facsimile
Florida Bar No. 128277
doug.lyons@lyonsandfarrar.com

Daniel E. Becnel, Jr.
Becnel Law Firm, L.L.C.
Post Office Drawer H
106 West 7th Street
Reserve, LA 70084
(985) 536-1186 - telephone
(985) 536-6445 - facsimile
Louisiana Bar No. 2926
dbecnel@becnellaw.com

| | |
|---|---|
| Joe R. Whatley, Jr.<br>Whatley, Drake, & Kallas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>(205) 328-9576 - telephone<br>(208) 328-9669 - facsimile<br>Texas Bar No. 24003554<br>Alabama Bar No. ASB1222Y69J<br>jwhatley@wdklaw.com | Matthew G. Mestayer<br>160 Main Street<br>Biloxi, MS 39530-3806<br>Post Office Box 1388<br>Biloxi, MS 39533-1388<br>(228) 374-5151 - telephone<br>(228) 374-6630 - facsimile<br>Mississippi Bar No. 9646<br>mgm@lumpkinreeves.com |

**ATTORNEYS FOR CLAIMANTS**

by: /S/ *[signature]*

**P. TIM HOWARD**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Certificate by Counsel of 30 Degree Blue, Et Al., of Non-Support by Plaintiffs' Steering Committee has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of May, 2011.

/S/ *[signature]*

**P. TIM HOWARD**