UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| THIS PLEADING RELATES TO:<br><br>2:10-CV-02771 | JUDGE BARBIER<br>MAG. JUDGE SALLY SUSHAN |

### TRANSOCEAN'S EX PARTE MOTION TO SUBSTITUTE CORRECTED MEMORANDUM IN RESPONSE TO THE ST. JOE COMPANY'S *AMICUS CURIAE* MEMORANDUM

**NOW COME** Petitioners in Limitation and Defendants Transocean Offshore Deepwater Drilling, Inc., Transocean Holdings LLC, Transocean Deepwater Inc. and Triton Asset Leasing GmbH (collectively "Transocean" or the "Transocean Defendants"), who move this Court for an order granting leave to the Transocean Defendants to substitute the attached corrected Response Memorandum to The St. Joe Company's *Amicus Curiae* Memorandum in place of a previously-filed Memorandum, Rec. Doc. No. 2186, filed on April 28, 2011.  That previously-filed Memorandum was a version of the Memorandum not approved by undersigned counsel, and was inadvertently filed due to a clerical or technical error.  The *amicus curiae* brief by The St. Joe Company and Transocean's response concern the Defendants' Rule 12(b) Motions to Dismiss set for hearing on May 26, 2011, and therefore, no party should be prejudiced by the substitution of

378058

1

the Memorandum.  This motion, with the approved corrected version of the Memorandum – but not filed – on April 28, 2011 – identified as Ex. 1 hereto, in response to the St. Joe Company's *Amicus Curiae* Memorandum, have been sent to opposing counsel for the St. Joe Company.  The St. Joe Company does not oppose substitution of the corrected brief.

    A proposed order is attached for the Court's convenience.

    Respectfully submitted this 20th day of May, 2011.

> By:   /s/ Kerry J. Miller
> Kerry J. Miller (Louisiana, No. 24562)
> Frilot, L.L.C.
> 1100 Poydras Street, Suite 3700
> New Orleans, Louisiana 70163
> Telephone: (504) 599-8169
> Facsimile: (504) 599-8154
> Email: kmiller@frilot.com
>
>     -and-
>
> By:   /s/ Edwin G. Preis, Jr.
> Edwin G. Preis, Jr. (Louisiana, No. 10703)
> Edward F. Kohnke, IV (Louisiana, No. 07824)
> Preis & Roy PLC
> 102 Versailles Boulevard, Suite 400
> Lafayette, Louisiana 70501
> Telephone: (337) 237-6062
> Facsimile: (337) 237-9129
>
>     -and-
>
> 601 Poydras Street, Suite 1700
> New Orleans, Louisiana 70130
> Telephone: (504) 581-6062
> Facsimile: (504) 522-9129
> Email: egp@preisroy.com, efk@preisroy.com

,

Of Counsel:

John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

Daniel O. Goforth (Texas, No. 08064000)
Goforth Geren Easterling LLP
4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 054933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com, allen.katz@mto.com

*Counsel for Triton Asset Leasing GmbH., Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc. and Transocean Deepwater Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 20th day of May, 2011.

/s/  Kerry J. Miller

378058