**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | § | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | § | |
| GULF OF MEXICO on | § | CIVIL ACTION NO. 10-2771 |
| APRIL 20, 2010 | § | |
| | § | |
| | § | |
| IN RE: THE COMPLAINT AND | § | Judge Carl J. Barbier |
| PETITION OF TRITON ASSET | § | Magistrate Judge Sally Shushan |
| LEASING GmbH, ET AL. IN A | § | |
| CAUSE OF EXONERATION | § | |
| FROM OR LIMITATION OF | § | |
| LIABILITY. | § | |
| | § | |
| THIS DOCUMENT RELATES TO: | § | |
| CIVIL ACTION NO. 10-2771 | § | |

## ORDER

Considering the Defendant M-I L.L.C.'s Motion to Dismiss Transocean's Cross-Claims/Counter-Claims for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6):

**IT IS HEREBY ORDERED** that all claims asserted against Defendant M-I L.L.C. are dismissed.

New Orleans, Louisiana, this _____ day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE