UNITED STATES DISTRICT OF COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>Applies to: *Pleading Bundles B2 and D1* | § § § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

**HALLIBURTON ENERGY SERVICES, INC.'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION RICO COMPLAINT IN ACCORDANCE WITH PTO NO. 11 [CMO NO. 1] SECTION III (B2) ["B2 BUNDLE"] AND MASTER COMPLAINT ("BUNDLE D1") CLAIMS FOR INJUNCTIVE RELIEF AGAINST PRIVATE PARTIES [PURSUANT TO PTO NO. 11, SECTION III(D1)]**

Defendant Halliburton Energy Services, Inc. ("HESI"), respectfully moves this Court to dismiss all claims against it in Plaintiffs' Consolidated Class Action RICO Complaint in Accordance with PTO NO. 11 [CMO NO. 1] Section III (B2) ["B2 BUNDLE"] and Plaintiffs' Master Complaint ("Bundle D1") Claims for Injunctive Relief Against Private Parties [Pursuant to PTO No 11. Section III (D1)], pursuant to Federal Rule of Civil Procedure 12.  In support of this Motion, HESI submits the accompanying Memorandum in Support and states as follows:

1. Plaintiffs did not assert a direct claim against HESI in the Plaintiffs' Consolidated Class Action RICO Complaint in Accordance with PTO NO. 11 [CMO NO. 1] Section III (B2) ["B2 BUNDLE"], hereinafter (the "Bundle B2 Complaint").  Dkt. No. 1059.  Transocean did not supplement the claims or factual allegations of the B2 Consolidated Complaint in either its 14(C) Third-Party Complaint or its Cross-Claims/Counter-Claims.  *See* Dkt. Nos. 1320 and 2068.

2. Similarly, Plaintiffs did not assert a direct claim against HESI in Plaintiffs' Master Complaint ("Bundle D1") Claims for Injunctive Relief Against Private Parties [Pursuant

1

to PTO No 11. Section III (D1)], hereinafter (the "D1 Master Complaint").  Dkt. No. 880.  Nor did Transocean supplement the claims or factual allegations of the D1 Complaint in either its 14(C) Third-Party Complaint or its Cross-Claims/Counter-Claims.  *See* Dkt. Nos. 1320 and 2068.

       3.      To the extent an answer or response is required to the Bundle B2 Complaint and/or the D1 Master Complaint by virtue of the Transocean Entities' Rule 14(c) Third-Party Complaint and their tender of HESI to Plaintiffs, HESI would show that dismissal of Plaintiffs' claims is proper, pursuant to Federal Rule of Civil Procedure 12(b)(6).

      WHEREFORE, for the reasons more fully set forth in the attached Memorandum in Support, Halliburton Energy Services, Inc., respectfully prays that this Court dismiss all claims against it in their entirety and for such other relief, general or specific, at law or in equity, to which this Defendant may be properly entitled.

      Dated: May 20, 2011.

**Respectfully Submitted,**

**GODWIN RONQUILLO PC**

**By:** /s/ *Donald E. Godwin, T.A.*
Donald E. Godwin, T.A.
DGodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
BBowman@GodwinRonquillo.com
Jenny L. Martinez
JMartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
FHartley@GodwinRonquillo.com
Gavin Hill
GHill@GodwinRonquillo.com
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
Telephone: 214.939.4400
Facsimile: 214.760.7332

and

R. Alan York
State Bar No. 22167500
AYork@GodwinRonquillo.com
Jerry C. von Sternberg
State Bar No. 20618150
JVonSternberg@GodwinRonquillo.com
Misty Hataway-Coné
State Bar No. 24032277
MCone@GodwinRonquillo.com

1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  713.595.8300
Facsimile:  713.425.7594

**ATTORNEYS FOR DEFENDANT HALLIBURTON ENERGY SERVICES, INC.**

3

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Motion to Dismiss has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 on this 20th day of May, 2011.

                                              /s/  Donald E. Godwin
                                            Donald E. Godwin