# Exhibit A

```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
 2

 3   ****************************************************************

 4   IN RE:  OIL SPILL BY THE
     OIL RIG DEEPWATER HORIZON
 5   IN THE GULF OF MEXICO ON
     APRIL 20, 2010
 6                                    CIVIL ACTION NO. 10-MD-2179 "J"
                                      NEW ORLEANS, LOUISIANA
 7                                    FRIDAY, FEBRUARY 25, 2011, 9:30 A.M.

 8   THIS DOCUMENT RELATES TO
     ALL ACTIONS
 9
     ****************************************************************
10

11            TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
            HEARD BEFORE THE HONORABLE CARL J. BARBIER
12                   UNITED STATES DISTRICT JUDGE

13

14   APPEARANCES:

15

16   PLAINTIFFS'
     LIAISON COUNSEL:         DOMENGEAUX WRIGHT ROY & EDWARDS
17                            BY:  JAMES P. ROY, ESQUIRE
                              P. O. BOX 3668
18                            556 JEFFERSON STREET
                              LAFAYETTE, LA  70502
19

20                            HERMAN HERMAN KATZ & COTLAR
                              BY:  STEPHEN J. HERMAN, ESQUIRE
21                            820 O'KEEFE AVENUE
                              NEW ORLEANS, LA  70113
22

23
     FOR THE PLAINTIFFS:      CUNNINGHAM BOUNDS
24                            BY:  ROBERT T. CUNNINGHAM, ESQUIRE
                              1601 DAUPHIN STREET
25                            MOBILE, AL 36604
```

```
09:51AM  1  have to engage in a lot of back and forth paper discovery just to
09:51AM  2  produce whatever insurance policies may be applicable in this
09:51AM  3  case.
09:51AM  4           So we need to find a way, if it takes an order,
09:51AM  5  whatever it takes, to just order everybody to produce their
09:51AM  6  insurance policies, you know, insurance agreements, indemnity
09:51AM  7  agreements, contracts, those things.  After all, Rule 26 requires
09:51AM  8  that you produce that without even being asked, so I don't see
09:51AM  9  why that should be an issue.
09:51AM 10           MR. ROY:  Thank you, Your Honor.
09:51AM 11           MR. ROBERTS:  Your Honor, Steve Roberts for Transocean.
09:52AM 12           I just wanted to advise the Court that once the
09:52AM 13  pleading dust settles for MOEX and, potentially, Anadarko coming
09:52AM 14  in, Transocean is likely to move to stay the dispute involving
09:52AM 15  insurance in favor of arbitration.
09:52AM 16           The contract between Transocean and BP calls for
09:52AM 17  arbitration.  We believe that disputes involving our insurance
09:52AM 18  coverage and the extent to which BP would be entitled to our
09:52AM 19  insurance coverage would be a contractual dispute properly
09:52AM 20  subject to arbitration.
09:52AM 21           So we have a very keen interest, obviously, in BP's
09:52AM 22  attempts to obtain or attack our insurance tower for its own
09:52AM 23  purposes.  I just wanted to let the Court know, before we get too
09:52AM 24  far down the road with separate bundles and separate discovery
09:52AM 25  tracks, that we will be intervening in that aspect of the case to
```