# Exhibit B



"Miller, Kerry J."
&lt;kmiller@frilot.com&gt;
05/19/2011 02:28 PM

To  Carmelite Bertaut &lt;cbertaut@stonepigman.com&gt;, Defense Liaison List &lt;liaison2179@liskow.com&gt;, DWH Defense Steering Committee &lt;dsc2179@liskow.com&gt;, Jim R &lt;jimr@wrightroy.com&gt;, Kat Shea &lt;Kat_Shea@laed.uscourts.gov&gt;, Sally Shushan &lt;Sally_Shushan@laed.uscourts.gov&gt;, &lt;cmaze@ago.state.al.us&gt;, Mike O'Keefe &lt;Mike_OKeefe@laed.uscourts.gov&gt;, Steve Herman &lt;SHERMAN@hhkc.com&gt;, L Strange &lt;lstrange@ago.state.al.us&gt;, Mike Underhill &lt;mike.underhill@usdoj.gov&gt;

cc  "Wilson, Suzie" &lt;swilson@frilot.com&gt;

Subject  RE: Transocean's need for additional depositions

Judge Shushan,

Per Your Honor's May 17 Working Group Order, Transocean respectfully requests that the below witnesses be added to the priority deponent list:

Angel Rodriguez (BP):  Mr. Rodriguez is a critical witness regarding the Deepwater Horizon ("DWH") rig audit that was conducted by BP in September 2009.  John Guide, BP's Macondo Well Team Leader, recently identified Mr. Rodriguez as playing a key role in determining the safety critical audit items that had to be completed before the rig proceeded with operations.  Mr. Guide also testified that Mr. Rodriguez prioritized critical audit items, and signed off when those items were satisfactorily completed.

Heather Powell (BP):  Ms. Powell is a member of the Macondo engineering regulatory department and was responsible for preparing and submitting various permit modification requests to the Minerals Management Service.  Additionally, recent deposition testimony identified Ms. Powell as being responsible for communicating potential regulatory violations to the BP engineering team.

Martin Albertin (BP): Mr. Albertin was a member of the BP subsurface (Tiger) team that was responsible for predicting and evaluating pore pressures and other downhole conditions.  Multiple BP witnesses, including Jon Bellow and Robert Bodek, identified Mr. Albertin as possessing key information regarding BP's decision to continue drilling with drilling margins that were narrower than the predicted margins.  Transocean joins Halliburton's and other defendants' pending request to depose Mr. Albertin (see Working Order, page 7).

Sherie Douglass (BP):  Ms. Douglas is a member of the Macondo engineering regulatory department. Multiple BP subsurface and engineering team members recently identified Ms. Douglass as being responsible for identifying MMS regulations and potential violations to the Macondo engineering team.  Transocean joins in Halliburton's request to depose Ms. Douglass.

Ray Fleming (BP): Mr. Fleming was a member of the Bly investigation team that analyzed various subsea and Blowout Preventer issues. Transocean joins in Cameron's request to depose Mr. Fleming.

Anthony Budalamenti (Halliburton): Mr. Budalamenti is one of three technical people, along with Ronnie Faul and Tommy Roth, that prepared Mr. Tim Probert (Halliburton) for his appearance before Congress Mr. Budalamenti is expected to possess critical technical knowledge regarding the Macondo cementing job, as well as the cement testing of the cement slurry.

Barbara Yilmez (BP): Ms. Yilmez, BP Vice President of Technology for Drilling and Completions, was involved in BP's pre-April 20 effort to cut costs in Gulf of Mexico drilling, as well as in negotiating drilling rig contracts with various contractors, including Transocean.

Respectfully submitted,

Kerry

**From:** Bertaut, Carmelite [mailto:CBertaut@stonepigman.com]
**Sent:** Thursday, May 19, 2011 11:04 AM
**To:** 'Defense Liaison List'; 'DWH Defense Steering Committee'; Jim R; Kat Shea; Sally Shushan; 'Maze, Corey L. (cmaze@ago.state.al.us)'; Mike O'Keefe; Steve Herman; L Strange; Mike Underhill
**Cc:** 'David Jones'
**Subject:** Cameron's need for additional depositions

Judge Shushan,

Attached is Cameron's list of witnesses whose depositions are needed in connection with the February 2012 trial phase. Please note that Cameron believes that these depositions do *not* need to take place prior to July 31.

Please let us know if you have any questions.

Carmelite M. Bertaut
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-593-0898
Fax:  504-596-0898
Email:  cbertaut@stonepigman.com
Website:  www.stonepigman.com


IRS Circular 230 Notice:  To ensure compliance with requirements imposed by the IRS, please be informed that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending

to another party any transaction or matter addressed herein.  For more information about this notice, please visit http://www.stonepigman.com/news/showNews.html?id=73.

_____

This communication is from a law firm and may be privileged and confidential. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication.