# Exhibit C

# MASTER LIST OF PRIORITY DEPONENTS

| No. | Name | Employer | Title/Position | Location | No. of Days | Party Requesting |
|-----|------|----------|----------------|----------|-------------|------------------|
| 89. | Chandler, Paul | Anadarko | Project Geological Advisor | | | BP |
| 90. | Hollek, Darrell | Anadarko | VP, Operations | | | BP |
| 91. | Huch, Nick | Anadarko | Land / Drilling Engineer | | | BP |
| 92. | Quitzau, Robert | Anadarko | Contract Drilling Engineer | | | BP |
| 93. | Albers, Shane | BP | Sub Sea Project | | | Halliburton |
| 94. | Breazeale, Martin | BP | | | | Transocean[19] |
| 95. | Cowie, Jim | BP | | | | Transocean[20] |
| 96. | Cowlam, Gill | BP | Process Safety | | | APC & MOEX Transocean[21] |
| 97. | Lambert, Lee | BP | | | | Transocean[22] |
| 98. | Lee, Earl | BP | | | | Transocean[23] |
| 99. | Lee, Phillip | BP | | | | Transocean[24] |
| 100. | McCarrol, John | BP | | | | Transocean[25] |
| 101. | Price, Vincent | BP | | | | Transocean[26] |
| 102. | Sepulvado, Murry | BP | Well Site Leader | | | Halliburton Transocean[27] |
| 103. | Unknown 30(b)(6) | BP E&P, Inc. | Corporate Representative | | | Halliburton |
| 104. | Erwin, Carter | Cameron | Account Manager | | | BP |
| 105. | LeNormand, William | Cameron | | | | BP |

---

[19] Listed on Transocean's "Event Track."

[20] Listed on Transocean's "Bly Investigation Track."

[21] Listed on Transocean's "Bly Investigation Track."

[22] Listed on Transocean's "Event Track."

[23] Listed on Transocean's "Event Track."

[24] Listed on Transocean's "Event Track."

[25] Listed on Transocean's "Bly Investigation Track."

[26] Listed on Transocean's "Event Track."

[27] Listed on Transocean's "Event Track."

D  1626893 v1-24010/0002 PLEADINGS