# Exhibit G

1          UNITED STATES DISTRICT COURT
2           EASTERN DISTRICT OF LOUISIANA

4   IN RE:  OIL SPILL         MDL NO. 2179
    BY THE OIL RIG
5   "DEEPWATER HORIZON"       SECTION:  J
    IN THE GULF OF
6   MEXICO, ON APRIL          JUDGE BARBIER
    20, 2010                  MAG. JUDGE SHUSHAN

**VOLUME II**

         Deposition of **RONALD W. SEPULVADO,**
taken in the Pan American Life Center,
Bayou Room, 11th Floor, 601 Poydras Street,
New Orleans, Louisiana 70130, on Friday,
March 11, 2011.

**APPEARANCES:**

        LEWIS, KULLMAN, STERBCOW
        & ABRAMSON
        (By:  Paul M. Sterbcow, Esquire)
        601 Poydras Street
        Suite 2616
        New Orleans, Louisiana  70130
            (Attorneys for the Plaintiffs
             Steering Committee)

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

1  Q.  And you were not aware of any
2  problems with Transocean addressing those
3  audit items in a timely fashion; were you?
4  A.  You know, some of them took a
5  long time but they had -- the reasons that
6  they gave for not having them done was
7  usually documented.  You know, either they
8  had parts on order or couldn't get parts or
9  something, you know, along that line.
10                The ones when this audit first
11  came out, you know, they had a -- normally
12  have a debriefing at the rig, you know,
13  where the well site leader, OIM, all the
14  heads of departments come in and they say
15  well, this, this, this, this is your list.
16                And then some of them can be
17  straightened out right there because it's
18  just, you know, miscommunications.  Or they
19  couldn't find something that they found
20  later.  Some of them could be fixed, a lot
21  of them could be fixed in a timely fashion.
22  And then some of them took, you know, long
23  periods of time.
24  Q.  Okay.  If there were any items
25  that were found during the audit that were

```
 1    safety critical, you would have ensured
 2    that those items were corrected
 3    immediately; correct?
 4         A.    Yes, sir.
 5         Q.    And when you left the rig on
 6    April 16th you were not aware of any
 7    critical maintenance issues that existed?
 8         A.    Nothing critical, you know.  We
 9    had a leak on the BOP stack but to me, and
10    this is just my personal view, is that
11    wasn't critical.
12         Q.    And you must be reading my notes
13    because that's my next question.  Is you
14    were aware of that leak and you didn't ask
15    that the BOP be taken out of service; did
16    you?
17         A.    Well, you know, I talked to
18    Jimmy Harrell, the subsea guys and they
19    talked to subsea people in their office and
20    when Jimmy come to me, I said is there
21    any -- you know, explain to me what's going
22    on.
23               And he did and I wrote it up on
24    the white board and it stayed there for a
25    while.  And he said that nothing, nothing
```

1   to do with the functionality of the BOP
2   stack and well control.
3        Q.   And based upon the explanation
4   you got, you didn't see any reason to take
5   that BOP out of service; is that correct?
6        A.   From the explanation I got from
7   them I trusted them and they felt like it
8   was no reason to pull us back.
9        Q.   And actually the stack was
10  tested on April 9th, a few days before you
11  left the rig, and that test was fine; is
12  that correct?
13       A.   Yes, sir.
14       Q.   There were some discussions
15  yesterday about the rotary table being out
16  of service and waiting on parts for an
17  extended period of time.  You were then
18  asked if the rotary table was a pretty
19  important piece of equipment and you said
20  it was.  The DEEPWATER HORIZON had a top
21  drive; is that correct?
22       A.   Yes, they did.
23       Q.   If you have a rig that has a top
24  drive do you even need a rotary table?
25       A.   Yes, you do.

1      Q.    For what?
2      A.    Sometimes you may have to torque
3  pipe up with the tongs and you need the
4  rotary table to hold as a backup.  And
5  sometimes you needed to take a bit off,
6  breaking the bit out and that's a problem.
7      Q.    Okay.  Were you able to do those
8  jobs without the rotary table?
9      A.    Yes, we could.  It just made the
10 job a lot longer and a lot unsafer.
11     Q.    Tab 7, turn to Tab 7, please.
12 And these are the procedures that came out
13 to the rig talking about the -- I think
14 they are TA procedures.  Is that how you
15 would describe these?
16     A.    I think this was the T&A
17 procedures.
18     Q.    And Tab 7 is the first one that
19 came out on April 12th.  That's the one
20 that was sent out for everyone to look at.
21 Mr. Morel said it wasn't perfect.  You
22 looked at that one yesterday?
23     A.    Yes, sir.
24     Q.    Then Tab 8 is the tab where you
25 basically wrote to them and said we need to

```
 1   00096758 and then behind it follows 161671
 2   and following.
 3         MR. HYMEL:
 4              You're right about that.
 5   EXAMINATION BY MR. HYMEL:
 6         Q.   Mr. Sepulvado, you've never
 7   displaced mud to over 3,000 feet below the
 8   mud line while doing a T&A procedure,
 9   you've never done that before; have you?
10         A.   No.
11         Q.   Is it standard industry
12   procedure to displace mud over 300 feet
13   below the mud line while doing a T&A
14   procedure?
15         MR. LANCASTER:
16              Objection to form.
17         THE WITNESS:
18              I'm not sure.
19   EXAMINATION BY MR. HYMEL:
20         Q.   Flip back to Tab 9.  Tab 9 is
21   the TA procedure that Mr. Roberts had
22   talked with you about and that we discussed
23   about setting the cement plug.  Then
24   waiting on cement, tagging the top of
25   cement with 15,000 pounds and then doing
```

1    the negative test, then pulling out of the
2    hole and then displacing seawater.
3            Would you agree with me, would
4    you agree with me, Mr. Sepulvado, that if
5    BP had followed this procedure, we probably
6    wouldn't be sitting here today?
7        MR. LANCASTER:
8            Objection to form.
9        THE WITNESS:
10           No, sir.  I can't say that.
11   EXAMINATION BY MR. HYMEL:
12       Q.    Okay.  Turn to Tab 13.  Tab 13
13   is an e-mail from Mr. Morel dated
14   April 15th where he said we have six
15   centralizers, we can run them in a row,
16   spread them out, or any combination.  The
17   two at vertical holes so hopefully the
18   pipes stay centralized due to gravity.  As
19   far as change, it is too late to get any
20   more product on the rig.
21           Now, you were on the rig on
22   April 15th; weren't you?
23       A.    Yes, sir.
24       Q.    And you knew at that time that
25   there were six centralizers on the rig;