# Exhibit H

1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF LOUISIANA

3

4    IN RE:  OIL SPILL BY   MDL NO. 2179
     THE OIL RIG
5    "DEEPWATER HORIZON"    SECTION:  J
     IN THE GULF OF
6    MEXICO, ON APRIL 20,   JUDGE BARBIER
     2010                   MAG. JUDGE SHUSHAN
7

8

9

10



15

16                **VOLUME 2**

17

18          Deposition of **MARK ROBERT BLY,** 501

19   Westlake Park Boulevard, Houston, Texas

20   77210, taken in the Pan American Life Center,

21   Louisiana, on Friday, February 18, 2011.

22

23

24

25

```
 1          THE VIDEOGRAPHER:
 2                 We're off the record.  It's
 3   11:59.  It's the conclusion of tape 3.
 4                 (Whereupon a luncheon recess was
 5   taken at this time.)
 6          THE VIDEOGRAPHER:
 7                 Returning to the record, it is
 8   12:51, the start of tape 4.
 9   EXAMINATION BY MR. GOFORTH:
10          Q.     Mr. Bly, given the months of
11   investigation, significant lengths and
12   expense that BP went to to conduct that
13   investigation, what did BP personnel do or
14   fail to do that caused this blowout?
15          MR. GODFREY:
16                 Objection as to form.
17          THE WITNESS:
18                 I think the investigation that
19   you refer to is represented in the report
20   that I see you have in front of you.
21                 What that report does is
22   explains to the best of my investigation
23   team's ability what we think was the sequence
24   of events that occurred and the sequential
25   barriers, the interconnect and inner leaks
```

1  that are things that enabled the blowout to

2  happen.

3          Q.      You know -- You know that eleven

4  employees, nine of whom were Transocean

5  employees, were killed in this accident?

6          A.      Yes, sir, I'm aware of that.

7  It's a terribly, terribly sad thing.

8          Q.      And all I'm asking you to do is

9  tell us here today what BP personnel did that

10  contributed to the cause of their deaths.

11          MR. GODFREY:

12                  Objection as to form.

13          THE WITNESS:

14                  I -- As I've explained to you,

15  this report is my best -- you know, at the

16  end of the work by the team, the best

17  description of what we think happened.  We

18  can go through who was involved in each one

19  of those steps, which is covered in the

20  report.  Going beyond that and -- I'm not in

21  a position to do.

22  EXAMINATION BY MR. GOFORTH:

23          Q.      You know, your report addresses

24  on page 9 the causal chain and

25  recommendations to enable prevention of a

```
 1            MR. GODFREY:
 2                  Objection as to form.
 3            THE WITNESS:
 4                  An internal investigation?
 5      EXAMINATION BY MR. GOFORTH:
 6            Q.    Yes.
 7            A.    Not that I'm involved in or am
 8      aware of.
 9            Q.    Yeah.
10                  To what extent were the actions
11      or inactions with regard to BP's well design
12      examined or investigated by BP as a cause or
13      contributing cause to this accident?
14            A.    We -- We --
15            MR. GODFREY:
16                  Objection as to form.
17            THE WITNESS:
18                  We examined the -- all facets of
19      the -- the accident, you know, per the scope
20      that I've described here.  That included well
21      design, and our conclusions based on what was
22      causal are as represented in the report.
23      EXAMINATION BY MR. GOFORTH:
24            Q.    Okay.
25                  You concluded, I believe, in
```

1    your report that the well design team acted

2    appropriately and in accordance with best

3    practices and that they planned ahead as it

4    should.

5                    Did you determine that there

6    were any deficiencies or -- and if so, where

7    is that recorded in your report?

8                    The first question:  Did you

9    determine that there were any deficiencies

10   with the well design team?

11        A.        In the well design team?

12        Q.        Yes, or in the well design.

13        A.        In the well design.

14        Q.        Or the activities of the well

15   design team.

16        A.        Well, there was a conclusion

17   that we made that the communication between

18   the well design team and the cementing

19   contractor, there were shortcomings in it.

20   I can't remember the exact words that's in

21   here.  So that was -- I don't know if that's

22   responsive to the question you're asking me.

23        Q.        It's a good start.

24                    This lack of communication or

25   this poor communication, do you -- did you

1    determine that that was causative to this

2    accident?

3            A.      No, sir.  What we concluded --

4    The conclusions that we've described here

5    are -- are that there was eight things that

6    were in the causal chain, as -- you know,

7    which are clearly described in the report.

8            Q.      Page 43.

9        MR. GODFREY:

10              What page, Danny?  I didn't hear

11   that.  Sorry.

12       MR. GOFORTH:

13              Page 43.

14       THE WITNESS:

15              43.

16       MR. GODFREY:

17              Thank you.

18   EXAMINATION BY MR. GOFORTH:

19           Q.      You state:  "Key members of the

20   rig crew need to be trained and demonstrate

21   competency.  Their actions need to be correct

22   and immediate."

23              You recognize that many of the

24   rig crew are now deceased?

25           A.      Yes, sir, I do.

1   the BP rig crew?

2          A.      No.   The way we've -- As we've

3   made our descriptions in the report, we've

4   called the BP well site leaders BP well site

5   leaders and rig crew rig crew, and Macondo

6   well team Macondo well team.

7          Q.      Well, then let me ask you.

8                  What training does the rig crew,

9   the BP rig crew or well design team or

10  whatever you refer to it, what training do

11  they need?

12         A.      I can't explain to you their

13  training records.  I know they've got well

14  control school and other things they go to.

15         Q.      Well, can you tell us what those

16  nine deceased employees' training record is?

17         A.      I know it was looked at and that

18  they were -- they were all trained.

19         Q.      Are you saying, then, that they

20  didn't demonstrate competency?  Because you

21  say that they were trained.

22         A.      I -- This doesn't say that at

23  all, sir.  It says that that's what's

24  required to manage well control events.

25         Q.      So you're not contending here

1    that those nine gentlemen were not trained

2    and demonstrated competency; are you, sir?

3         A.    No.  The conclusions that we've

4    made are as they're written on the page.

5    You're -- You're -- You're reading an intro

6    paragraph.  There's no conclusory component

7    to this.

8         Q.    Well, if key members of the rig

9    crew need to be trained and demonstrate

10   competency doesn't draw conclusions to you,

11   it does to me.

12        MR. GODFREY:

13             Objection as to form.

14        THE WITNESS:

15             It's a statement, sir.  It's not

16   a conclusion.

17   EXAMINATION BY MR. GOFORTH:

18        Q.    Yeah.  I'll take that.

19             Then tell me, sir.  Why would

20   you judge that members of the rig crew need

21   to be trained and demonstrate competency when

22   you pass no judgment on members of your own

23   crew?

24        MR. GODFREY:

25             Objection.  Withdraw the

```
 1    objection.

 2         THE WITNESS:

 3              No.  I said there's -- there's

 4    no judgment in any of the statements that

 5    I've made.

 6    EXAMINATION BY MR. GOFORTH:

 7         Q.    Okay.

 8              So you're not judging that we

 9    need -- You're not saying, then, that key

10    members of the rig crew need to be trained

11    and demonstrate competency?

12         A.    No.  I am saying that.  I'm

13    not -- I'm not making a judgment as to

14    whether they were or not.  I'm just making

15    the -- I think the construction of this is to

16    say that's an important thing in this kind of

17    circumstance.

18         Q.    Okay.  Okay.

19              Then would you agree with me

20    that this rig crew demonstrated competency?

21         A.    My recollection is that we --

22    that one of the things we're able to look at

23    was training records and that they all had

24    the -- the requisite training records.

25         Q.    And that they demonstrated
```

1    competency?

2         A.      I don't -- I can't answer that

3    question.   I think on -- you know, as I said.

4         Q.      Okay.

5               What is the industry standard or

6    the BP protocol with regard to setting a

7    mechanical or a cement plug before displacing

8    mud with seawater, in other words,

9    underbalancing the well and the temporary

10   abandonment of a well?

11        A.      I -- I don't know if I can quote

12   for you, sir.

13        Q.      Do you --

14        A.      I remember the discussions about

15   it and I've been involved in conversations

16   about it.  There's experts on my team who

17   could -- who could tell you.  I don't know if

18   there is an industry standard, quite frankly.

19        Q.      Is there a BP protocol?

20        A.      There would be BP protocols for

21   temporary abandonments and PA procedures and

22   that kind of thing which might -- might

23   include what you're referring to.

24        Q.      All right.

25               Do you know if there's one now

1              Okay.  Yeah.  I see it.

2       Q.      What do you mean -- Well, first

3  of all, let me ask you if -- if you agree

4  with -- with that statement now as you're

5  sitting here, that it was an accident?

6       A.      Yes.

7       Q.      And that it was caused by a

8  complex and interlinking series of

9  mechanical, human, that sort of thing?

10      A.      Yes, I do.  I think that's a

11  verbal description of the -- you know, what

12  these eight barriers and all the things came

13  together to allow them to be penetrated.

14      Q.      Let me ask you this, then.

15              Anywhere in all of your

16  investigation did you find any evidence that

17  anyone or any company in any way deliberately

18  wanted to cause injury to the environment or

19  to any person?

20      A.      No, sir, I did not.

21      Q.      Did you find any evidence

22  that anyone or any company in any way was

23  malicious or didn't care or intentionally in

24  any way caused or was willing to cause, about

25  causing an injury to another human or to the

```
 1    environment?  If you want me to restate that,
 2    I can, but I think you understand what I'm
 3    saying.
 4         A.      I -- I understand.  I think I
 5    understand your question.
 6              My answer is no.  I didn't see
 7    any malicious intent in anything that we
 8    observed.
 9         Q.      Did you see any evidence that
10    any company or anyone willfully inflicted
11    harm on any person or to the environment?
12         A.      No.
13         Q.      You've seen nothing to indicate,
14    nor does your report indicate that -- that
15    anyone acted in any malicious or intentional
16    or willful fashion; is that correct?
17         A.      I've seen -- We didn't see
18    anything like that, no.
19         Q.      All right.
20              I want you to take a look here
21    at your deposition exhibits there, if you
22    would, the documents for Bly.
23         A.      Yes, sir.
24         Q.      And on tab 25 --
25              MR. GODFREY:
```

```
 1   EXAMINATION BY MR. GOFORTH:
 2        Q.     Exhibit 288?  Is that all right
 3   with you?
 4        A.     Yes, sir.  I've never seen it
 5   before.
 6        Q.     You've never seen this before?
 7        A.     No, I haven't.
 8        Q.     Do you recognize who those
 9   gentlemen are?
10        A.     I recognize Graham and Reilly as
11   being members of the Presidential Commission,
12   tiers of the Presidential Commission.
13        Q.     Okay.
14               This is dated January 26th of
15   2011, just not very long ago.
16               On page 4 they're speaking of
17   the root causes of the explosion.  Among
18   those key facts as part of the -- their
19   exploration of the root cause of the
20   explosion, these gentlemen -- the committee,
21   actually, concluded that management -- that
22   there was a flawed design for the cement
23   slurry used to seal the bottom of the well
24   which was developed without adequate
25   engineering review or operator supervision.
```

```
 1                    Do you agree with that, sir?
 2         A.        I'm not in a position to agree
 3    or disagree with the conclusions represented
 4    here.  I respect them.  I respect the work of
 5    the Presidential Commission, but I'm -- I'm
 6    not in a position to agree or disagree with
 7    them yet.
 8         Q.        All right.
 9                   They further say on page 5, top
10    of page 5, "Flawed procedures for securing
11    the well that called for unnecessarily
12    removing drilling mud from the wellbore,"
13    that that's also a management failure.  "If
14    left in place, that drilling mud would have
15    helped prevent hydrocarbons from entering the
16    well and causing the blowout."
17                   Can you agree or disagree with
18    that statement?
19         A.        Again, I can't agree or
20    disagree.  I just don't understand everything
21    that they've written about here.
22         Q.        You understand that -- those --
23    that comment; don't you, sir?  You understand
24    what they're saying?
25         A.        Well, I have to say I don't,
```

```
 1    because I don't see how you would leave
 2    drilling mud in place when you're going to
 3    disconnect the riser into any other well.  I
 4    just don't understand what it's -- what it's
 5    saying.
 6          Q.     All right.
 7                 Has -- Has -- Has BP, to your
 8    knowledge, filed a response to this?
 9          A.     Not -- Not to my knowledge.
10          Q.     Have you been asked to respond
11    to this?
12          A.     No, sir.
13          Q.     Have you been asked to address
14    it?
15          A.     I'm reading it -- I'm looking at
16    the investigation.
17          Q.     By me.
18          A.     No, no.  I'm -- No.  I'm -- No.
19    It's just as an interest to learn about the
20    accident, not what -- You asked me if I'd
21    been asked to.  I asked myself to.  I'm --
22    I'm going to --
23          Q.     When?  Just now?
24          A.     No, sir.  I've got to --
25          Q.     You said that you hadn't seen
```

```
 1   it.
 2         A.      Well, this -- No.  This is -- I
 3   think what you're showing me is testimony
 4   that these gentlemen gave before the -- the
 5   committee.  I haven't seen that.  I've got
 6   original drafts of the investigation, but
 7   there's still components of it coming out,
 8   best I know.
 9         Q.      So with regard to the comments
10   that I'm -- you have not been asked to review
11   that nor have you asked yourself to review
12   that, it's the general Senate report or
13   Presidential Commission report, or what is it
14   that you've asked yourself to do?
15         A.      Well, I'm interested in what
16   comes out.  I'll be interested when the chief
17   counsel's, you know, edition comes out.
18         Q.      It did.
19         A.      When did it come out, sir?
20         Q.      Yesterday.
21         A.      I'm sorry.  I didn't -- I wasn't
22   aware of that.
23         Q.      On page -- On tab 25, let me ask
24   you to look at the chart.  I think you were
25   asked by someone earlier to look at this
```

1     chart.

2                      They say that these are examples

3     of decisions that -- that increased the risk

4     while potentially saving time.

5                      Have you reviewed that chart?

6          A.      We looked at this chart

7     yesterday.  I've seen -- Excuse me --

8          Q.      Yes, sir.

9          A.      -- versions of this chart over

10    time as the commission's been developing

11    their work.

12         Q.      Okay.

13                 Do you think that not waiting

14    for more centralizers was -- was an attempt

15    to save time?

16         A.      I don't -- I don't think that.

17    I -- You know, we have described what the

18    engineering decisions that we believe people

19    were making.

20         Q.      So you disagree with that?

21         A.      I don't agree or disagree.  I

22    don't know if the commissions -- if this is

23    taking a different view than what we've--

24    what we've concluded, that the people

25    involved, we just went through the discussion

```
 1    about the centralizers were sent.  They
 2    erroneously thought they had the wrong ones.
 3    They decided not to do it, et cetera,
 4    et cetera.  I don't know if that -- this is
 5    in disagreement with what I've have written
 6    or -- or if it agrees.
 7             Q.      Okay.
 8                     What about the remainder of
 9    these?  Do you see any here that you do not
10    believe were done or performed or the
11    decisions made in order to save time?
12        MR. GODFREY:
13                     Objection as to form.
14        THE WITNESS:
15                     You say you're -- I just want to
16    make sure I understand your question.
17                     You're asking me if I don't
18    believe that these were decisions made to
19    save time.
20    EXAMINATION BY MR. GOFORTH:
21             Q.      Yeah.
22             A.      I don't think -- I can't say.
23    I think these were decisions made with a lot
24    of considerations in them, most likely,
25    and --
```

 1              Q.       And saving time was perhaps one?

 2              A.       It -- It may have been, yeah.

 3              Q.       There's another line in here for

 4     was there a less risky alternative available.

 5     The conclusion here is that, yes, with regard

 6     to each one of these decisions, there was a

 7     less risky alternative available.

 8                    Do you agree or disagree with

 9     the answers to these questions that are

10     listed on this?

11              A.       It's not clear to me that

12     these -- I'd have to see what risks they

13     thought were incurred by doing something

14     differently here.  I mean that -- For every

15     decision that you make, there's a risk that

16     you might reduce and a risk you might accept,

17     and I just -- I just don't know without

18     seeing how they did their analysis if this is

19     less risky.

20                    I think, sir, the other thing

21     that says what risk are we talking about.  Is

22     it risk of getting a bad cement job or is it

23     risk of some other thing that -- that they're

24     addressing here.

25              Q.       All right.

```
 1              You don't know what they're
 2    addressing here, whether it's -- it is
 3    something having to do with safety or --
 4         A.        I suspect it is.
 5         Q.        Yeah.  I agree, sir.
 6         A.        I think there was a risk going
 7    to the end event or to a sub -- a subset of
 8    things along the way.  I --
 9         Q.        I agree.
10         A.        -- don't know what's out there.
11    Yeah.
12         Q.        Do you agree or disagree with
13    that chart where it speaks to the
14    responsibility for those decisions?
15         MR. GODFREY:
16              Objection as to form.
17         THE WITNESS:
18              As I -- I -- The work that I did
19    and the depth of my understanding of this
20    case was about the work we did.  We didn't
21    try to divide up the thing between
22    responsibility, and I'm not really in a
23    position to agree or disagree.  I see that
24    the guy --
25    EXAMINATION BY MR. GOFORTH:
```