# Exhibit I

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3    IN RE:  OIL SPILL        )    MDL NO. 2179
      by the OIL RIG,          )
 4    DEEPWATER HORIZON in     )    SECTION "J"
      the GULF OF MEXICO,      )
 5    April 20, 2010           )    JUDGE BARBIER
                               )
 6                             )    MAG. JUDGE
                               )    SHUSHAN
 7

 8
```

14

15              * * * * * * * * * * * * *
                       VOLUME 2
16              * * * * * * * * * * * * *

17

18         Deposition of **JONATHAN SPRAGUE**,
    taken at Pan-American Building, 601 Poydras
19  Street, 11th Floor, New Orleans, Louisiana,
    70130, on the 22nd of March, 2011.
20

21
    **APPEARANCES:**
22

23  Mr. Duke Williams
    **WILLIAMS LAW GROUP, LLC**
24  909 Poydras Street, Suite 1650
    New Orleans, Louisiana 70112
25

1    Mr. Walz.
2         Q.    You had been getting the morning
3    reports because you wanted to be up to
4    speed at the time you took over that
5    position; is that right?
6         A.    I was trying to get up to speed.
7    That's correct.
8         Q.    Did anyone -- either as you were
9    getting up to speed for your new role or
10   once you took your new role in April
11   of 2010, did anyone ever approach you to
12   report that they felt any member of the
13   Deepwater Horizon crew deliberately wanted
14   to cause injury to the environment?
15        A.    The Horizon crew?
16        Q.    Yes, sir.
17        A.    No.  No, sir.
18        Q.    Anyone ever approach you to
19   report that they felt that any member of
20   the Deepwater Horizon crew deliberately
21   wanted to cause injury to another person?
22        A.    No, they did not.
23        Q.    Anyone ever tell you that they
24   felt the Deepwater Horizon crew was
25   indifferent regarding injury to the

```
 1   environment?
 2        A.    No.
 3        Q.    Anyone ever tell you that they
 4   felt that the Deepwater Horizon crew was
 5   indifferent regarding injury to another
 6   person?
 7        A.    No.
 8        Q.    Anyone ever approach you to
 9   report that they felt any member of the
10   Deepwater Horizon crew was malicious in
11   terms of trying to cause harm to the
12   environment?
13        A.    No.
14        Q.    Anyone ever approach you to
15   report that they felt any member of the
16   Deepwater Horizon crew was malicious in
17   terms of trying to cause injury to another
18   person?
19        A.    No.
20        Q.    During the time that you were
21   preparing to take over the job and then
22   after that leading up to April the 20th,
23   2010, were you ever informed by any member
24   of the wells team about any concerns about
25   maintenance that made them want to shutdown
```

1  operations on the Deepwater Horizon?
2       A.    Not that I can recall.
3       Q.    Okay.  That's something you
4  would recall if somebody came to you with a
5  maintenance issue and said, Mr. Sprague, we
6  want to shut things down; isn't that right?
7       A.    Typically, they wouldn't come to
8  me, but, yes, I would probably remember it
9  if -- if somebody did.
10      Q.    And as you sit here today, you
11 have no memory of anything like that
12 occurring.  That's true?
13      A.    That's correct.
14      Q.    Were you ever informed or -- did
15 you ever hear about anyone from BP saying
16 that maintenance issues onboard the
17 Deepwater Horizon resulted in the rig
18 operating in an unsafe manner during the
19 time that you were the engineering manager
20 over the Gulf of Mexico?
21      A.    No.  I can't remember anyone
22 saying that.
23      Q.    Okay.  As you were preparing to
24 take over your job and once you assumed
25 your new role in April of 2010, did you

```
 1   ever hear anyone with BP say that they
 2   believed that the Deepwater Horizon rig
 3   crew was incompetent?
 4        A.   I don't recall anybody telling
 5   me that.
 6        Q.   I want to turn just quickly to
 7   some changes that BP may have made to its
 8   policies and procedures following the
 9   April 20, 2010, incident.
10             Has BP changed any policies
11   or procedures in connection with the LCM
12   spacers that -- that are used on its wells?
13        A.   I don't know.  I can't recall.
14   I know we made a number of
15   recommendations -- the Bly report made a
16   number of recommendations, and -- and
17   that's the ones I kind of have a frame of
18   reference on.  I don't know specifically
19   about that one, or at least I can't
20   remember.
21        Q.   Okay.  So you're not aware of
22   any policies or procedures that were
23   changed as a result of --
24        A.   Spacers.
25        Q.   -- the incident regarding the
```