UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, OF APRIL 20, 2010 | § § § § | MDL NO. 2179 SECTION: J |
| THIS PLEADING APPLIES TO: 2:10-CV-2771 - AND - 2:10-MD-2179 ALL CASES IN PLEADING BUNDLES A, B, AND C | § § § § § § § | JUDGE BARIBER MAGISTRATE JUDGE SHUSHAN |

## MASTER ANSWER TO ALL CLAIMS IN LIMITATION

Defendants and Petitioners in Limitation Transocean Offshore Deepwater Drilling, Inc. ("TODDI"), Transocean Deepwater Inc. ("TDI"), Transocean Holdings, LLC ("TH") and Triton Asset Leasing GmbH ("Triton") (collectively, the "Transocean Defendants"), in accordance with Section 10 of the May 4, 2011 Order of Magistrate Judge Shushan (Rec. Doc. 2253), submit this Master Answer to all personal injury, wrongful death, economic loss, property damage, and government-related claims filed against the Transocean Defendants in *In Re: The Complaint and Petition of Triton Asset Leasing GmbH, et al, in a Cause for Exoneration from or Limitation of Liability* (Civil Action No. 10-2771).

## GENERAL DENIAL

1.  The Transocean Defendants deny all allegations of each and every personal injury, wrongful death, economic loss, property damage, and government-related claim filed against the Transocean Defendants in the Limitation (Civil Action No. 10-2771), including, but not limited to:

    (a)     Any and all Direct Filing Short Form claims authorized by Order of the Court, Civil Action No. 10-md-2179 (Rec. Doc. 982);

12563502.1

    (b)    Any and all claims for civil economic losses and/or property damage (Bundle B Claims);

    (c)    Any and all claims for personal injuries and/or wrongful death (Bundle A Claims); and

    (d)    Any and all claims of government entities (Bundle C Claims).

2. With respect to the Claims filed in the Limitation, the Transocean Defendants hereby reaver, reallege, and incorporate by reference each of their answers and affirmative defense set forth in previous responsive pleadings filed by the Transocean Defendants in the Limitation (Civil Action No. 10-2771) and MDL (Civil Action No. 10-MDL-2179) proceedings, including but not limited to those answers and defenses set forth with respect to:

    (a)    Claims for civil economic losses and/or property damage (Bundle B Claims);[1]

    (b)    Claims for personal injury and/or wrongful death (Bundle A Claims);[2]

    (c)    Claims of government entities (Bundle C Claims).[3]

---

[1] Transocean Defendants' Answer to the First Amended Master Claim in Limitation [No. 10-2771] and Answer to First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses in Accordance with PTO No. 11 [CMO No. 1] Section III (B1) ["B1 Bundle"] is Rec. Doc. 1398 and Transocean Defendants' Answer To Master Complaint In Accordance With PTO NO. 11 [Case Management Order NO. 1] Section III.B(3) ["B3 Bundle"] is Rec. Doc. 1383. Both were filed in the MDL (Civil Action No. 10-MDL-2179). Transocean Defendants' Answer to the First Amended Master Claim in Limitation [No. 10-2771] and Answer to First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses in Accordance with PTO No. 11 [CMO No. 1] Section III (B1) ["B1 Bundle"] is Rec. Doc. 1398 and Transocean Defendants' Answer To Master Complaint In Accordance With PTO NO. 11 [Case Management Order NO. 1] Section III.B(3) ["B3 Bundle"] is Rec. Doc. 1383. The Transocean Defendants' Rule 12(b)(6) Motion to Dismiss the First Amended B1 Master Claim in Limitation and the First Amended B1 Master Complaint is Rec. Doc. 1390. All three were filed in the MDL (Civil Action No. 10-MD-2179).

[2] To date, the Answers and Affirmative Defenses to individual Bundle A cases filed in the MDL (Civil Action No. 10-MDL-2179) by the Transocean Defendants include: Rec. Docs. 1156, 1157, 1159, 1160, 1162, 1163, 1166, 1167, 1168, 1171, 1177, 1178, 1188, 1192, 1197, 1198, 1200 and 1685.

12563502.1

**RESERVATION OF RIGHTS**

3.      The Transocean Defendants hereby reserve the right to raise any additional defenses that may be specific to individual claims filed in the Limitation.

**PRAYER FOR RELIEF**

With respect to the Prayer for Relief, the Transocean Defendants deny entitlement to the relief requested.

Respectfully submitted,

By: /s/ Steven L. Roberts
  Steven L. Roberts (Texas, No. 17019300)
  Rachel Giesber Clingman (Texas, No. 00784125)
  Kent C. Sullivan (Texas, No. 19487300)
  Teri L. Donaldson (Florida, No. 784310)
  Sutherland Asbill & Brennan LLP
  1001 Fannin Street, Suite 3700
  Houston, Texas 77002
  Telephone: (713) 470-6100
  Facsimile: (713) 654-1301
  Email: steven.roberts@sutherland.com,
  rachel.clingman@sutherland.com,
  kent.sullivan@sutherland.com,
  teri.donaldson@sutherland.com

By: /s/ Kerry J. Miller
  Kerry J. Miller (Louisiana, No. 24562)
  Frilot, L.L.C.
  1100 Poydras Street, Suite 3700
  New Orleans, Louisiana 70163
  Telephone: (504) 599-8169
  Facsimile: (504) 599-8154
  Email: kmiller@frilot.com

  -and-

  /s/ Edwin G. Preis, Jr.
  Edwin G. Preis, Jr. (Louisiana, No. 10703)
  Edward F. Kohnke, IV (Louisiana, No. 07824)
  Preis & Roy PLC
  102 Versailles Boulevard, Suite 400
  Lafayette, Louisiana 70501
  Telephone: (337) 237-6062
  Facsimile: (337) 237-9129
  -and-

---

[3]    To date, the Answers and Affirmative Defenses to individual Bundle C cases filed in the MDL (Civil Action No. 10-MDL-2179) by the Transocean Defendants' include: Rec. Docs. 1412, 1413, 1417, 1420, and 1425. By stipulation of Plaintiffs' Liaison Counsel, Defense Liaison Counsel, and Coordinating Counsel for the States, and Counsel of Record for the State of Louisiana in accordance with the May 4, 2011 Order of Magistrate Judge Shushan (Rec. Doc. 2253), the Transocean Defendants will file an answer or other responsive pleading to the Local Government Entity Master Complaint (Bundle C) (Rec. Doc. 1510 in Civil Action No. 10-MDL-2179, and Rec. Doc. 253 in Civil Action No. 10-2771) on or before June 3, 2011, and answers or other responsive pleadings to the amended complaints to the amended complaints by the State of Alabama (Rec. Doc. 1872) and the State of Louisiana (Rec. Doc. 2031) on or before June 3, 2011.

601 Poydras Street, Suite 1700<br>
New Orleans, Louisiana 70130<br>
Telephone: (504) 581-6062<br>
Facsimile: (504) 522-9129<br>
Email: egp@preisroy.com, efk@preisroy.com

**Of Counsel:**
Daniel O. Goforth (Texas, No. 08064000)
Goforth Geren Easterling LLP
4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 054933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com, allen.katz@mto.com

             **COUNSEL FOR PETITIONERS AND TRANSOCEAN DEFENDANTS**

<u>**CERTIFICATE OF SERVICE**</u>

  I hereby certify that the above and foregoing pleading has been electronically filed through the Court's CM/ECF system and/or LexisNexis File & Serve, in accordance with Pretrial Order No. 12, which will send a notice of electronic filing to all counsel of record on this 20th day of May, 2011.

                  /s/ Kerry J. Miller

12563502.1