UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179 SECTION "J" JUDGE BARBIER |
| This Document Relates to: No. 10-2771 | * * * * | MAGISTRATE NO. 1 MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

## REQUEST FOR ORAL ARGUMENT

Defendants MOEX Offshore 2007 LLC and MOEX USA Corporation respectfully request oral argument on their Motion to Transocean's Rule 13 Cross-Claims/Counter-Claims. Defendants MOEX Offshore 2007 LLC and MOEX USA Corporation believe that oral argument may assist the Court in evaluating the legal and factual issues raised by the Motion.

DATED: May 20, 2011

Respectfully submitted,

BINGHAM McCUTCHEN, LLP

/s/ David M. Balabanian
David M. Balabanian
david.balabanian@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone (415) 393-2170
Facsimile (415) 393-2286

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

Ky E. Kirby
ky.kirby@bingham.com

        Michael B. Wigmore
        michael.wigmore@bingham.com
        Warren Anthony Fitch
        tony.fitch@bingham.com
        2020 K Street, NW
        Washington, DC 20006-1806
        Telephone (202) 373-6000
        Facsimile (202) 373-6001

        KUCHLER POLK SCHELL
        WEINER & RICHESON, LLC
        Deborah D. Kuchler (La. Bar No. 17013)
        Janika Polk (La. Bar No. 27608)
        Robert Guidry (La. Bar No. 28064)
        1615 Poydras Street, Suite 1300
        New Orleans, LA 70112
        Tel: (504) 592-0691
        Fax: (504) 592-0696

        **ATTORNEYS FOR MOEX OFFSHORE 2007 LLC AND MOEX USA CORPORATION**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on May 20, 2011.

                                                         _____/s/ *David Balabanian*_____
                                                                  David M. Balabanian