UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico on April 20, 2010** | * | SECTION "J" |
| | * | JUDGE BARBIER |
| **This Document Relates to:** | * | |
| **No. 10-2771** | * | MAGISTRATE NO. 1 |
| | * | MAGISTRATE SHUSHAN |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering Defendants MOEX Offshore 2007 LLC and MOEX USA Corporation's Request for Oral Argument:

**IT IS HEREBY ORDERED** that the Court will hear oral argument on Defendants MOEX Offshore 2007 LLC and MOEX USA Corporation's Motion to Dismiss Transocean's Rule 13 Cross-Claims/Counter-Claims.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE