# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179 |
| | * | SECTION "J" |
| | * | JUDGE BARBIER |
| This Document Relates to: No. 10-2771 | * * * | MAGISTRATE NO. 1 MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP's Request for Oral Argument:

**IT IS HEREBY ORDERED** that the Court will hear oral argument on Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP's Motion to Dismiss Transocean's Rule 13 Cross-Claims/Counter-Claims.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE