UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| **THIS PLEADING APPLIES TO:** | * | JUDGE:  BARBIER |
| | * | |
| In Re The Complaint and Petition of | * | MAGISTRATE:  SHUSHAN |
| Triton Asset Leasing GmbH, Transocean | | |
| Holdings LLC, Transocean Offshore | | |
| Deepwater Drilling Inc., and Transocean | | |
| Deepwater Inc., as Owner, Managing | | |
| Owners, Owners *Pro-Hac Vice*, and/or | | |
| Operators of the MODU Deepwater | | |
| Horizon, in a Cause for Exoneration from or | | |
| Limitation of Liability | | |

Civil Action Nos.:
2:10-cv-2771 and 10-cv-2179

### ANSWER, DEFENSES AND COUNTER-CLAIM/CROSS-CLAIM OF WEATHERFORD U.S., L.P. AND WEATHERFORD INTERNATIONAL, INC. AGAINST TRITON ASSET LEASING GMBH, TRANSOCEAN HOLDINGS, LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., AND TRANSOCEAN DEEPWATER, INC.

NOW INTO COURT, through undersigned counsel, comes Weatherford U.S., L.P. and

Weatherford International, Inc. ("Weatherford"), who, pursuant to this Court's Stipulated Order

Governing Deadlines in Connection with Petitioners' Rule 14(c) Third-Party Complaint and

Certain Bundle C Pleadings dated March 24, 2011 (Rec. Doc. 1730), files its Answer, Defenses

{N2297855.1}

and Counterclaim/Cross-Claim to the Rule 13 Cross-Claims/Counter-Claims filed on behalf of Petitioners, Triton Asset Leasing GmbH, Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc., and Transocean Deepwater, Inc. ("Transocean"), and upon information and belief, avers as follows:

## ANSWER AND DEFENSES

### FIRST DEFENSE

Transocean's Cross-Claims/Counter-Claims fail to state claims or causes of action upon which relief can be granted against Weatherford.

### SECOND DEFENSE

**AND NOW**, answering each allegation of Transocean's Cross-Claims/Counter-Claims and denying any liability whatsoever, Weatherford avers upon information and belief as follows:

#### I.

The allegations of Paragraph 1 of Transocean's Cross-Claims/Counter-Claims state legal conclusions that do not require a response by Weatherford.  To the extent that a response is deemed necessary, the allegations of Paragraph 1 are denied for lack of sufficient information to justify a belief therein.

#### II.

The allegations of Paragraph 2 of Transocean's Cross-Claims/Counter-Claims state legal conclusions that do not require a response by Weatherford.  To the extent that a response is deemed necessary, the allegations of Paragraph 2 are denied for lack of sufficient information to justify a belief therein.

#### III.

The allegations of Paragraph 3 of Transocean's Cross-Claims/Counter-Claims state legal conclusions that do not require a response by Weatherford.  To the extent that a response is

deemed necessary, the allegations of Paragraph 3 are denied for lack of sufficient information to justify a belief therein.

## IV.

The allegations of Paragraph 4 of Transocean's Cross-Claims/Counter-Claims state legal conclusions that do not require a response by Weatherford.  To the extent that a response is deemed necessary, the allegations of Paragraph 4 are denied for lack of sufficient information to justify a belief therein.

## V.

The allegations of Paragraph 5 of Transocean's Cross-Claims/Counter-Claims do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 5 are denied.

## VI.

The allegations of Paragraph 6 of Transocean's Cross-Claims/Counter-Claims state legal conclusions and factual allegations that do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 6 are denied for lack of sufficient information to justify a belief therein.

## VII.

The allegations of Paragraph 7 of Transocean's Cross-Claims/Counter-Claims state legal conclusions and factual allegations that do not appear to require a response by Weatherford, except that in response, Weatherford expressly denies any liability whatsoever for the claims made by Claimants/Plaintiffs who have or will file claims and/or short form joinders in these limitation of liability proceedings.  To the extent that a response is deemed necessary to any remaining allegations, those allegations are denied.

VIII.

The allegations of Paragraph 8 of Transocean's Cross-Claims/Counter-Claims do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 8 are denied for lack of sufficient information to justify a belief therein.

IX.

The allegations of Paragraph 9 of Transocean's Cross-Claims/Counter-Claims state legal conclusions and factual allegations that do not appear to require a response by Weatherford. However, to the extent that a response is deemed necessary, the allegations of Paragraph 9 are denied for lack of sufficient information to justify a belief therein.

X.

The allegations of Paragraph 10 of Transocean's Cross-Claims/Counter-Claims state legal conclusions and factual allegations that do not appear to require a response by Weatherford. However, to the extent that a response is deemed necessary, the allegations of Paragraph 10 are denied for lack of sufficient information to justify a belief therein.

XI.

The allegations of Paragraph 11 of Transocean's Cross-Claims/Counter-Claims state legal conclusions and factual allegations that do not appear to require a response by Weatherford. However, to the extent that a response is deemed necessary, the allegations of Paragraph 11 are denied for lack of sufficient information to justify a belief therein.

XII.

The allegations of Paragraph 12 of Transocean's Cross-Claims/Counter-Claims do not appear to require a response by Weatherford.  However, to the extent that a response is deemed

necessary, the allegations of Paragraph 12 are denied for lack of sufficient information to justify a belief therein.

## XIII.

The allegations of Paragraph 13 of Transocean's Cross-Claims/Counter-Claims state legal conclusions and factual allegations that do not appear to require a response by Weatherford. However, to the extent that a response is deemed necessary, the allegations of Paragraph 13 are denied for lack of sufficient information to justify a belief therein.

## XIV.

The allegations of Paragraph 14 of Transocean's Cross-Claims/Counter-Claims state legal conclusions and factual allegations that do not appear to require a response by Weatherford. However, to the extent that a response is deemed necessary, the allegations of Paragraph 14 are denied for lack of sufficient information to justify a belief therein.

## XV.

The allegations of Paragraph 15 of Transocean's Cross-Claims/Counter-Claims state legal conclusions and factual allegations that do not appear to require a response by Weatherford. However, to the extent that a response is deemed necessary, the allegations of Paragraph 15 are denied for lack of sufficient information to justify a belief therein.

## XVI.

The allegations of Paragraph 16 of Transocean's Cross-Claims/Counter-Claims state legal conclusions and factual allegations that do not appear to require a response by Weatherford. However, to the extent that a response is deemed necessary, the allegations of Paragraph 16 are denied for lack of sufficient information to justify a belief therein.

XVII.

The allegations of Paragraph 17 of Transocean's Cross-Claims/Counter-Claims state legal conclusions and factual allegations that do not appear to require a response by Weatherford. However, to the extent that a response is deemed necessary, the allegations of Paragraph 17 are denied for lack of sufficient information to justify a belief therein.

XVIII.

The allegations of Paragraph 18 of Transocean's Cross-Claims/Counter-Claims state legal conclusions and factual allegations that do not appear to require a response by Weatherford. However, to the extent that a response is deemed necessary, the allegations of Paragraph 18 are denied for lack of sufficient information to justify a belief therein.

XIX.

The allegations of Paragraph 19 of Transocean's Cross-Claims/Counter-Claims state legal conclusions and factual allegations that do not appear to require a response by Weatherford. However, to the extent that a response is deemed necessary, the allegations of Paragraph 19 are denied for lack of sufficient information to justify a belief therein.

XX.

The allegations of Paragraph 20 of Transocean's Cross-Claims/Counter-Claims state legal conclusions and factual allegations that do not appear to require a response by Weatherford. However, to the extent that a response is deemed necessary, the allegations of Paragraph 20 are denied for lack of sufficient information to justify a belief therein.

XXI.

Except to admit that Weatherford U.S., L.P. is a Louisiana limited partnership with its principal place of business in Houston, Texas and that Weatherford U.S., L.P. was registered to do and was doing business in Louisiana at all pertinent times and that Weatherford U.S., L.P. has

been previously served with various complaints and summonses as well as the Rule 14(c) tender, and that Weatherford U.S., L.P. provided various services, equipment and products, the allegations of Paragraph 21 of Transocean's Cross-Claims/Counter-Claims are denied.

XXII.

Except to admit that Weatherford International, Inc. is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in Houston, Texas, the allegations of Paragraph 22 of Transocean's Cross-Claims/Counter-Claims are denied.

XXIII.

The allegations of Paragraph 23 of Transocean's Cross-Claims/Counter-Claims state legal conclusions and factual allegations that do not appear to require a response by Weatherford. However, to the extent that a response is deemed necessary, the allegations of Paragraph 23 are denied for lack of sufficient information to justify a belief therein.

XXIV.

The allegations of Paragraph 24 of Transocean's Cross-Claims/Counter-Claims state legal conclusions and factual allegations that do not appear to require a response by Weatherford. However, to the extent that a response is deemed necessary, the allegations of Paragraph 24 are denied for lack of sufficient information to justify a belief therein.

XXV.

The allegations of Paragraph 25 of Transocean's Cross-Claims/Counter-Claims state legal conclusions and factual allegations that do not appear to require a response by Weatherford. However, to the extent that a response is deemed necessary, the allegations of Paragraph 25 are denied for lack of sufficient information to justify a belief therein.

XXVI.

The allegations of Paragraph 26 of Transocean's Cross-Claims/Counter-Claims state legal conclusions and factual allegations that do not appear to require a response by Weatherford. However, to the extent that a response is deemed necessary, the allegations of Paragraph 26 are denied for lack of sufficient information to justify a belief therein.

XXVII.

The allegations of Paragraph 27 of Transocean's Cross-Claims/Counter-Claims state legal conclusions and factual allegations that do not appear to require a response by Weatherford. However, to the extent that a response is deemed necessary, the allegations of Paragraph 27 are denied for lack of sufficient information to justify a belief therein.

XXVIII.

The allegations of Paragraph 28 of Transocean's Cross-Claims/Counter-Claims state legal conclusions and factual allegations that do not appear to require a response by Weatherford. However, to the extent that a response is deemed necessary, the allegations of Paragraph 28 are denied for lack of sufficient information to justify a belief therein.

XXIX.

The allegations of Paragraph 29 of Transocean's Cross-Claims/Counter-Claims state legal conclusions and factual allegations that do not appear to require a response by Weatherford. However, to the extent that a response is deemed necessary, the allegations of Paragraph 29 are denied for lack of sufficient information to justify a belief therein.

XXX.

The allegations of Paragraph 30 of Transocean's Cross-Claims/Counter-Claims state legal conclusions and factual allegations that do not appear to require a response by Weatherford.

However, to the extent that a response is deemed necessary, the allegations of Paragraph 30 are denied for lack of sufficient information to justify a belief therein.

### XXXI.

The allegations of Paragraph 31 of Transocean's Cross-Claims/Counter-Claims state legal conclusions and factual allegations that do not appear to require a response by Weatherford. However, to the extent that a response is deemed necessary, the allegations of Paragraph 31 are denied for lack of sufficient information to justify a belief therein.

### XXXII.

The allegations of Paragraph 32 of Transocean's Cross-Claims/Counter-Claims state legal conclusions and factual allegations that do not appear to require a response by Weatherford. However, to the extent that a response is deemed necessary, the allegations of Paragraph 32 are denied for lack of sufficient information to justify a belief therein.

### XXXIII.

The allegations of Paragraph 33 of Transocean's Cross-Claims/Counter-Claims state legal conclusions and factual allegations that do not appear to require a response by Weatherford. However, to the extent that a response is deemed necessary, the allegations of Paragraph 33 are denied for lack of sufficient information to justify a belief therein.

### XXXIV.

The allegations of Paragraph 34 of Transocean's Cross-Claims/Counter-Claims state legal conclusions and factual allegations that do not appear to require a response by Weatherford. However, to the extent that a response is deemed necessary, the allegations of Paragraph 34 are denied for lack of sufficient information to justify a belief therein.

XXXV.

The allegations of Paragraph 35 of Transocean's Cross-Claims/Counter-Claims state legal conclusions and factual allegations that do not appear to require a response by Weatherford. However, to the extent that a response is deemed necessary, the allegations of Paragraph 35 are denied for lack of sufficient information to justify a belief therein.

XXXVI.

The allegations of Paragraph 36 of Transocean's Cross-Claims/Counter-Claims state legal conclusions and factual allegations that do not appear to require a response by Weatherford. However, to the extent that a response is deemed necessary, the allegations of Paragraph 36 are denied for lack of sufficient information to justify a belief therein.

XXXVII.

The allegations of Paragraph 37 of Transocean's Cross-Claims/Counter-Claims do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, it is admitted that Transocean intended to refer to all parties identified as "Cross-Defendants."

XXXVIII.

The allegations of Paragraph 38 of Transocean's Cross-Claims/Counter-Claims do not appear to require a response by Weatherford.  However, to the extent that the allegations of Paragraph 38 correctly recite the language and intent of PTO No. 11, they are admitted; to the extent the allegations of Paragraph 38 do not, they are denied.

XXXIX.

The allegations of Paragraph 39 of Transocean's Cross-Claims/Counter-Claims do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, it is admitted that various claims, petitions and/or complaints have been filed against

one or more of the Transocean entities, as well as several of the "Cross-Defendants," by claimants seeking damages for personal injury and death resulting from the incident of April 20, 2010 and that these claimants are referred to by Transocean as the "Bundle A Claimants," and that these claimant's individual claims, petitions and/or complaints are referred to by Transocean as "Bundle A Claims."

XL.

The allegations of Paragraph 40 of Transocean's Cross-Claims/Counter-Claims do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, it is admitted that various claims, petitions, complaints and/or short-form joinders have been filed against one or more of the Transocean entities, as well as several of the "Cross-Defendants," by private individuals asserting claims for non-governmental economic loss and property damages, RICO damages, post-explosion clean-up damages and other damages, resulting from the incident of April 20, 2010 and the oil spill, and that these claimants are referred to by Transocean as the "Bundle B Claimants," and that these claimant's individual claims, petitions and/or complaints are referred to by Transocean as "Bundle B Claims."

XLI.

The allegations of Paragraph 41 of Transocean's Cross-Claims/Counter-Claims do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, it is admitted that various claims, petitions, complaints and/or short-form joinders have been filed against one or more of the Transocean entities, as well as several of the "Cross-Defendants," by private individuals asserting "Public Damage Claims" resulting from the incident of April 20, 2010 and the oil spill, and that these claimants are referred to by Transocean as the "Bundle C Plaintiffs," and that these claimant's individual claims, petitions and/or complaints are referred to by Transocean as "Bundle C Claims."

XLII.

The allegations of Paragraph 42 of Transocean's Cross-Claims/Counter-Claims do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, it is admitted that various claims, petitions, and/or complaints have been filed against one or more of the Transocean entities, as well as several of the "Cross-Defendants," by private parties challenging regulatory action or authority and/or seeking injunctive relief resulting from the incident of April 20, 2010 and the oil spill, and that these claimants are referred to by Transocean as the "Bundle D Claimants," and that these claimant's individual claims, petitions and/or complaints are referred to by Transocean as "Bundle D Claims."

XLIII.

The allegations of Paragraph 43 of Transocean's Cross-Claims/Counter-Claims state only legal conclusions, as such, do not require a response from Weatherford.  However, to the extent that a response is deemed necessary, it is admitted that the Court has jurisdiction.

XLIV.

The allegations of Paragraph 44 of Transocean's Cross-Claims/Counter-Claims are admitted.

XLV.

Except to admit that the *Deepwater Horizon* was an ultra-deepwater dynamic positioned semi-submersible vessel, the allegations of Paragraph 45 of Transocean's Cross-Claims/Counter-Claims are denied for lack of sufficient information to justify a belief therein.

XLVI.

The allegations of Paragraph 46 of Transocean's Cross-Claims/Counter-Claims are admitted.

XLVII.

The allegations of Paragraph 47 of Transocean's Cross-Claims/Counter-Claims are denied for lack of sufficient information to justify a belief therein.

XLVIII.

The allegations of Paragraph 48 of Transocean's Cross-Claims/Counter-Claims are denied for lack of sufficient information to justify a belief therein.

XLIX.

The allegations of Paragraph 49 of Transocean's Cross-Claims/Counter-Claims do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 49 are denied as to Weatherford for lack of sufficient information to justify a belief therein.

L.

The allegations of Paragraph 50 of Transocean's Cross-Claims/Counter-Claims do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 50 are denied for lack of sufficient information to justify a belief therein.

LI.

Except to admit that the Bundle A Claimants are various individuals who have or will file claims, petitions, and/or complaints for personal injuries and/or death as a result of the incident of April 20, 2010, the allegations of Paragraph 51 of Transocean's Cross-Claims/Counter-Claims are denied as to Weatherford and are otherwise denied for lack of sufficient information to justify a belief therein.

LII.

Except to admit that the Bundle B Claimants are various private parties who have or will file claims, petitions, complaints and/or short form joinders asserting claims for non-governmental economic loss and property damages, RICO claims, post-explosion clean-up claims and other claims, the allegations of Paragraph 52 of the Cross-Claim/Counter-Claim are denied as they relate to Weatherford and are otherwise denied for lack of sufficient information to justify a belief therein.

LIII.

Except to admit that the Bundle C Claimants are various governmental entities who have or will file claims, petitions, complaints, and/or short form joinders asserting public damage claims for loss of resources, loss of tax revenues, response costs and civil fines and/or penalties, the allegations of Paragraph 53 of the Cross-Claim/Counter-Claim are denied as they relate to Weatherford and are otherwise denied for lack of sufficient information to justify a belief therein.

LIV.

Except to admit that the Bundle D Claimants are various private parties who have or will file claims, petitions, complaints and/or short form joinders asserting injunctive and regulatory claims, the allegations of Paragraph 54 of the Cross-Claim/Counter-Claim are denied as they relate to Weatherford and are otherwise denied for lack of sufficient information to justify a belief therein.

LV.

In response to the allegations of Paragraph 55 of the Cross-Claim/Counter-Claim, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense which Weatherford has set forth or will set forth in response to the allegations and

contentions which have been asserted by the Bundle A, B, C and D Claimants.  The remaining allegations of Paragraph 55 of the Cross-Claim/Counter-Claim are denied for lack of sufficient information to justify a belief therein.

## LVI.

In response to the allegations of Paragraph 56 of the Cross-Claim/Counter-Claim, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense which Weatherford has set forth or will set forth in response to the allegations and contentions which have been asserted by the Bundle A, B, C and D Claimants.  The remaining allegations of Paragraph 56 of the Cross-Claim/Counter-Claim are denied for lack of sufficient information to justify a belief therein.

## LVII.

In response to the allegations of Paragraph 57 of the Cross-Claim/Counter-Claim, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense which Weatherford has set forth or will set forth in response to the allegations and contentions which have been asserted by the Bundle A, B, C and D Claimants.  The remaining allegations of Paragraph 57 of the Cross-Claim/Counter-Claim are denied for lack of sufficient information to justify a belief therein.

## LVIII.

In response to the allegations of Paragraph 58 of the Cross-Claim/Counter-Claim, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense which Weatherford has set forth or will set forth in response to the allegations and contentions which have been asserted by the Bundle A, B, C and D Claimants.  The remaining allegations of Paragraph 58 of the Cross-Claim/Counter-Claim are denied.

LIX.

In response to the allegations of Paragraph 59 of the Cross-Claim/Counter-Claim, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense which Weatherford has set forth or will set forth in response to the allegations and contentions which have been asserted by the Bundle A, B, C and D Claimants.  The remaining allegations of Paragraph 59 of the Cross-Claim/Counter-Claim are denied for lack of sufficient information to justify a belief therein.

LX.

In response to the allegations of Paragraph 60 of the Cross-Claim/Counter-Claim, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense which Weatherford has set forth or will set forth in response to the allegations and contentions which have been asserted by the Bundle A, B, C and D Claimants.  The remaining allegations of Paragraph 60 of the Cross-Claim/Counter-Claim are denied for lack of sufficient information to justify a belief therein.

LXI.

In response to the allegations of Paragraph 61 of the Cross-Claim/Counter-Claim, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense which Weatherford has set forth or will set forth in response to the allegations and contentions which have been asserted by the Bundle A, B, C and D Claimants.  The remaining allegations of Paragraph 61 of the Cross-Claim/Counter-Claim are denied for lack of sufficient information to justify a belief therein.

LXII.

In response to the allegations of Paragraph 62 of the Cross-Claim/Counter-Claim, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and

defense which Weatherford has set forth or will set forth in response to the allegations and contentions which have been asserted by the Bundle A, B, C and D Claimants.  The remaining allegations of Paragraph 62 of the Cross-Claim/Counter-Claim are denied for lack of sufficient information to justify a belief therein.

## LXIII.

In response to the allegations of Paragraph 63 of the Cross-Claim/Counter-Claim, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense which Weatherford has set forth or will set forth in response to the allegations and contentions which have been asserted by the Bundle A, B, C and D Claimants.  The remaining allegations of Paragraph 63 of the Cross-Claim/Counter-Claim are denied for lack of sufficient information to justify a belief therein.

## LXIV.

The allegations of Paragraph 64 of Transocean's Cross-Claims/Counter-Claims do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 64 are denied as to Weatherford for lack of sufficient information to justify a belief therein.

## LXV.

The allegations of Paragraph 65 of Transocean's Cross-Claims/Counter-Claims state legal conclusions which do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 65 are denied as to Weatherford and are otherwise denied for lack of sufficient information to justify a belief therein.

LXVI.

The allegations of Paragraph 66 of Transocean's Cross-Claims/Counter-Claims state legal conclusions which do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 66 are denied as to Weatherford and are otherwise denied for lack of sufficient information to justify a belief therein.

LXVII.

In response to the allegations of Paragraph 67 of the Cross-Claim/Counter-Claim, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 66, as if set forth herein *in extenso*.

LXVIII.

The allegations of Paragraph 68 of Transocean's Cross-Claims/Counter-Claims state legal conclusions which do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 68 are denied as to Weatherford and are otherwise denied for lack of sufficient information to justify a belief therein.

LXIX.

In response to the allegations of Paragraph 69 of the Cross-Claim/Counter-Claim, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 68, as if set forth herein *in extenso*.

LXX.

The allegations of Paragraph 70 of Transocean's Cross-Claims/Counter-Claims state legal conclusions which do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 70 are denied as to

Weatherford and are otherwise denied for lack of sufficient information to justify a belief therein.

## LXXI.

In response to the allegations of Paragraph 71 of the Cross-Claim/Counter-Claim, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 70, as if set forth herein *in extenso*.

## LXXII.

The allegations of Paragraph 72 of Transocean's Cross-Claims/Counter-Claims do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 72 are denied for lack of sufficient information to justify a belief therein.

## LXXIII.

The allegations of Paragraph 73 of Transocean's Cross-Claims/Counter-Claims state legal conclusions which do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 73 are denied for lack of sufficient information to justify a belief therein.

## LXXIV.

In response to the allegations of Paragraph 74 of the Cross-Claim/Counter-Claim, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 73, as if set forth herein *in extenso*.

## LXXV.

In response to the allegations of Paragraph 75 of the Cross-Claim/Counter-Claim, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense which Weatherford has set forth or will set forth in response to the allegations and

contentions which have been asserted by the Bundle A, B, C and D Claimants.  The remaining allegations of Paragraph 75 of the Cross-Claim/Counter-Claim are denied as to Weatherford.

### LXXVI.

The allegations of Paragraph 76 of Transocean's Cross-Claims/Counter-Claims state legal conclusions which do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 76 are denied for lack of sufficient information to justify a belief therein.

### LXXVII.

The allegations of Paragraph 77 of Transocean's Cross-Claims/Counter-Claims state legal conclusions which do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 77 are denied for lack of sufficient information to justify a belief therein.

### LXXVIII.

The allegations of Paragraph 78 of Transocean's Cross-Claims/Counter-Claims state legal conclusions which do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 78 are denied.

### LXXIX.

The allegations of Paragraph 79 of Transocean's Cross-Claims/Counter-Claims state legal conclusions which do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 79 are denied.

### LXXX.

The allegations of Paragraph 80 of Transocean's Cross-Claims/Counter-Claims state legal conclusions which do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 80 are denied.

LXXXI.

The allegations of Paragraph 81 of Transocean's Cross-Claims/Counter-Claims state legal conclusions which do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 81 are denied.

LXXXII.

The allegations of Paragraph 82 of Transocean's Cross-Claims/Counter-Claims state legal conclusions which do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 82 are denied for lack of sufficient information to justify a belief therein.

LXXXIII.

The allegations of Paragraph 83 of Transocean's Cross-Claims/Counter-Claims state legal conclusions which do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 83 are denied for lack of sufficient information to justify a belief therein.

LXXXIV.

In response to the allegations of Paragraph 84 of the Cross-Claim/Counter-Claim, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 83, as if set forth herein *in extenso*.

LXXXV.

The allegations of Paragraph 85 of Transocean's Cross-Claims/Counter-Claims state legal conclusions which do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 85 are denied as to Weatherford and are otherwise denied for lack of sufficient information to justify a belief therein.

LXXXVI.

In response to the allegations of Paragraph 86 of the Cross-Claim/Counter-Claim, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 85, as if set forth herein *in extenso*.

LXXXVII.

The allegations of Paragraph 87 of Transocean's Cross-Claims/Counter-Claims state legal conclusions which do not appear to require a response by Weatherford. However, to the extent that a response is deemed necessary, the allegations of Paragraph 87 are denied as to Weatherford and are otherwise denied for lack of sufficient information to justify a belief therein.

LXXXVIII.

The allegations of Paragraph 88 of Transocean's Cross-Claims/Counter-Claims state legal conclusions which do not appear to require a response by Weatherford. However, to the extent that a response is deemed necessary, the allegations of Paragraph 88 are denied for lack of sufficient information to justify a belief therein.

LXXXIX.

In response to the allegations of Paragraph 89 of the Cross-Claim/Counter-Claim, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 88, as if set forth herein *in extenso*.

XC.

The allegations of Paragraph 90 Transocean's Cross-Claims/Counter-Claims are denied for lack of sufficient information to justify a belief therein.

XCI.

The allegations of Paragraph 91 of Transocean's Cross-Claims/Counter-Claims are denied for lack of sufficient information to justify a belief therein.

XCII.

The allegations of Paragraph 92 of Transocean's Cross-Claims/Counter-Claims state legal conclusions which do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 92 are denied for lack of sufficient information to justify a belief therein.

XCIII.

The allegations of Paragraph 93 of Transocean's Cross-Claims/Counter-Claims state legal conclusions which do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 93 are denied for lack of sufficient information to justify a belief therein.

XCIV.

The allegations of Paragraph 94 of Transocean's Cross-Claims/Counter-Claims state legal conclusions and factual allegations which do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 94 are denied for lack of sufficient information to justify a belief therein.

XCV.

The allegations of Paragraph 95 of Transocean's Cross-Claims/Counter-Claims state legal conclusions and factual allegations which do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 95 are denied for lack of sufficient information to justify a belief therein.

## XCVI.

The allegations of Paragraph 96 of Transocean's Cross-Claims/Counter-Claims state legal conclusions and factual allegations which do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 96 are denied for lack of sufficient information to justify a belief therein.

## XCVII.

The allegations of Paragraph 97 of Transocean's Cross-Claims/Counter-Claims state legal conclusions and factual allegations which do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 97 are denied for lack of sufficient information to justify a belief therein.

## XCVIII.

The allegations of Paragraph 98 of Transocean's Cross-Claims/Counter-Claims state legal conclusions and factual allegations which do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 98 are denied for lack of sufficient information to justify a belief therein.

## XCIX.

The allegations of Paragraph 99 of Transocean's Cross-Claims/Counter-Claims state legal conclusions which do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 99 are denied for lack of sufficient information to justify a belief therein.

## C.

The allegations of Paragraph 100 of Transocean's Cross-Claims/Counter-Claims do not appear to require a response by Weatherford.  However, to the extent that a response is deemed

necessary, the allegations of Paragraph 100 are denied for lack of sufficient information to justify a belief therein.

## CI.

The allegations of Paragraph 101 of Transocean's Cross-Claims/Counter-Claims do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 101 are denied for lack of sufficient information to justify a belief therein.

## CII.

The allegations of Paragraph 102 of Transocean's Cross-Claims/Counter-Claims do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 102 are denied for lack of sufficient information to justify a belief therein.

## CIII.

The allegations of Paragraph 103 of Transocean's Cross-Claims/Counter-Claims do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 103 are denied for lack of sufficient information to justify a belief therein.

## CIV.

The allegations of Paragraph 104 of Transocean's Cross-Claims/Counter-Claims do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 104 are denied for lack of sufficient information to justify a belief therein.

## CV.

The allegations of Paragraph 105 of Transocean's Cross-Claims/Counter-Claims do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 105 are denied for lack of sufficient information to justify a belief therein.

## CVI.

The allegations of Paragraph 106 of Transocean's Cross-Claims/Counter-Claims do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 106 are denied for lack of sufficient information to justify a belief therein.

## CVII.

The allegations of Paragraph 107 of Transocean's Cross-Claims/Counter-Claims are denied for lack of sufficient information to justify a belief therein.

## CVIII.

The allegations of Paragraph 108 of Transocean's Cross-Claims/Counter-Claims do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 108 are denied for lack of sufficient information to justify a belief therein.

## CIX.

The allegations of Paragraph 109 of Transocean's Cross-Claims/Counter-Claims do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 109 are denied for lack of sufficient information to justify a belief therein.

CX.

The allegations of Paragraph 110 of Transocean's Cross-Claims/Counter-Claims do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 110 are denied for lack of sufficient information to justify a belief therein.

CXI.

The allegations of Paragraph 111 of Transocean's Cross-Claims/Counter-Claims do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 111 are denied for lack of sufficient information to justify a belief therein.

CXII.

The allegations of Paragraph 112 of Transocean's Cross-Claims/Counter-Claims state legal conclusions which do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 112 are denied for lack of sufficient information to justify a belief therein.

CXIII.

The allegations of Paragraph 113 of Transocean's Cross-Claims/Counter-Claims state legal conclusions which do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 113 are denied for lack of sufficient information to justify a belief therein.

CXIV.

The allegations of Paragraph 114 of Transocean's Cross-Claims/Counter-Claims state legal conclusions which do not appear to require a response by Weatherford.  However, to the

extent that a response is deemed necessary, the allegations of Paragraph 114 are denied for lack of sufficient information to justify a belief therein.

CXV.

The allegations of Paragraph 115 of Transocean's Cross-Claims/Counter-Claims do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 115 are denied for lack of sufficient information to justify a belief therein.

CXVI.

In response to the allegations of Paragraph 115 of the Cross-Claim/Counter-Claim, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 114, as if set forth herein *in extenso*.

CXVII.

The allegations of Paragraph 117 of Transocean's Cross-Claims/Counter-Claims are denied for lack of sufficient information to justify a belief therein.

CXVIII.

The allegations of Paragraph 118 of Transocean's Cross-Claims/Counter-Claims are denied for lack of sufficient information to justify a belief therein.

CXIX.

The allegations of Paragraph 119 of Transocean's Cross-Claims/Counter-Claims are denied for lack of sufficient information to justify a belief therein.

CXX.

The allegations of Paragraph 120 of Transocean's Cross-Claims/Counter-Claims are denied for lack of sufficient information to justify a belief therein.

CXXI.

The allegations of Paragraph 121 of Transocean's Cross-Claims/Counter-Claims are denied for lack of sufficient information to justify a belief therein.

CXXII.

The allegations of Paragraph 122 of Transocean's Cross-Claims/Counter-Claims state legal conclusions which do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 122 are denied for lack of sufficient information to justify a belief therein.

CXXIII.

The allegations of Paragraph 123 of Transocean's Cross-Claims/Counter-Claims state legal conclusions which do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 123 are denied for lack of sufficient information to justify a belief therein.

CXXIV.

The allegations of Paragraph 124 of Transocean's Cross-Claims/Counter-Claims state legal conclusions which do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 124 are denied for lack of sufficient information to justify a belief therein.

CXXV.

The allegations of Paragraph 125 of Transocean's Cross-Claims/Counter-Claims state legal conclusions which do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 125 are denied for lack of sufficient information to justify a belief therein.

CXXVI.

The allegations of Paragraph 126 of Transocean's Cross-Claims/Counter-Claims are denied for lack of sufficient information to justify a belief therein.

CXXVII.

Except to admit that a fire and explosion(s) occurred on the *Deepwater Horizon* on April 20, 2010, the allegations of Paragraph 127 of Transocean's Cross-Claims/Counter-Claims are denied for lack of sufficient information to justify a belief therein.

CXXVIII.

The allegations of Paragraph 128 of Transocean's Cross-Claims/Counter-Claims state a legal conclusion which does not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 128 are denied for lack of sufficient information to justify a belief therein.

CXXIX.

The allegations of Paragraph 129 of Transocean's Cross-Claims/Counter-Claims state legal conclusions which do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 129 are denied as to Weatherford and are otherwise denied for lack of sufficient information to justify a belief therein.

CXXX.

In response to the allegations of Paragraph 130 of the Cross-Claim/Counter-Claim, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 129, as if set forth herein *in extenso*.

CXXXI.

The allegations of Paragraph 131 of Transocean's Cross-Claims/Counter-Claims state legal conclusions and factual allegations which do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 131 are denied for lack of sufficient information to justify a belief therein.

CXXXII.

The allegations of Paragraph 132 of Transocean's Cross-Claims/Counter-Claims state legal conclusions which do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 132 are denied as to Weatherford and are otherwise denied for lack of sufficient information to justify a belief therein.

CXXXIII.

The allegations of Paragraph 133 of Transocean's Cross-Claims/Counter-Claims state legal conclusions which do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 133 are denied as to Weatherford and are otherwise denied for lack of sufficient information to justify a belief therein.

CXXXIV.

The allegations of Paragraph 134 of Transocean's Cross-Claims/Counter-Claims do not appear to require a response by Weatherford.  However, to the extent that a response is deemed necessary, the allegations of Paragraph 134 are denied as to Weatherford and are otherwise denied for lack of sufficient information to justify a belief therein.

CXXXV.

Weatherford specifically denies that Transocean is entitled to any of the relief sought in its prayer for relief contained in the Original Cross-Claims.

### THIRD DEFENSE

Weatherford shows that neither it nor any of its employees, agents and/or other representatives, or anyone for whom it was responsible, was in any manner negligent or guilty of any acts or omissions or breach of duty in connection with the blowout, explosions, fire, and oil spill occurring on or about April 20, 2010 involving the Macondo well site at Mississippi Canyon Block 252 and the MODU *Deepwater Horizon* and/or any damages, personal injuries or deaths allegedly sustained by any other party arising out of the blowout, explosions, fire, and oil spill occurring on or about April 20, 2010 made the basis of these proceedings.

### FOURTH DEFENSE

Weatherford pleads the negligence, superseding negligence and/or intervening negligence and/or breach of duty of Transocean, and third parties, and the unseaworthiness of the *Deepwater Horizon* as the proximate cause of the blowout, explosions, fire and oil spill occurring on or about April 20, 2010 made the basis of these proceedings.

### FIFTH DEFENSE

Except as previously admitted, Weatherford denies any allegation contained in any unnumbered and/or omitted paragraphs, preambles or prayers of the Original Cross-Claims.

### COUNTER-CLAIM/CROSS-CLAIM

**AND NOW**, assuming the role of Counter-Claimant/Cross-Claimant in Limitation, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial, defense, claim and request for affirmative relief set forth in Weatherford's Answer, Defenses and

Claim/Cross-Claim to the Complaint and Petition for Exoneration from and Limitation of Liability filed on behalf of Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. (Rec. Doc. 411).

Weatherford reserves the right to amend its Counter-Claim/Cross-Claim after further information is developed and reserves all other rights, remedies and defenses it might have as a result of the blowout, explosions, fire and oil spill.

WHEREFORE, Weatherford prays that its Answer, Defenses and Counter-Claim/Cross-Claim may be deemed good and sufficient, and that after due proceedings have been had that there be judgment in its favor, and awarding Weatherford all damages it is entitled to and indemnification as claimed herein, together with interest, costs, disbursements and attorneys' fees, and for all other relief which the justice of the case requires.  Alternatively, Weatherford demands contribution herein from Transocean.

This 20th day of May, 2011.

Respectfully submitted:

*/s/  Glenn G. Goodier*
GLENN G. GOODIER (#06130)
RICHARD D. BERTRAM (#17881)
LANCE M. SANNINO (#29409)
JONES, WALKER, WAECHTER, POITEVENT,
 CARRÈRE & DENÈGRE, L.L.P.
201 St. Charles Avenue. 48th Floor
New Orleans, Louisiana  70170-5100
Telephone:     (504) 582-8174
Facsimile:      (504) 589-8174
ggoodier@joneswalker.com
rbertram@joneswalker.com
lsannino@joneswalker.com

MICHAEL G. LEMOINE, T.A. (#8308)
GARY J. RUSSO (#10828)
DOUGLAS C. LONGMAN, JR. (#8719)
JONES, WALKER, WAECHTER, POITEVENT,
  CARRÈRE & DENÈGRE, L.L.P.
600 Jefferson Street, Suite 1600
Lafayette, Louisiana  70501-5100
Telephone:     (337) 262-9024
mlemoine@joneswalker.com
grusso@joneswalker.com
dlongman@joneswalker.com

*Counsel for Weatherford U.S., L.P. and
Weatherford International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May, 2011, the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, on November 1, 2010.

*/s/  Glenn G. Goodier*
_____