UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | JUDGE BARBIER |
| | MAGISTRATE SHUSHAN |
| This Document applies to: *C.A. No. 10-2771* | |

**TRANSOCEAN'S ANSWER TO THE CLAIM
AND CROSS-CLAIMS OF THIRD-PARTY DEFENDANTS
ANADARKO PETROLEUM CORPORATION
AND ANADARKO E&P COMPANY LP**

_____

Defendants Transocean Offshore Deepwater Drilling, Inc. ("TODDI"), Transocean Deepwater Inc. ("TDI"), Transocean Holdings LLC ("TH") and Triton Asset Leasing GmbH ("Triton") (collectively "Transocean" or "Transocean Defendants") respond to the Claim and Cross-Claims (hereinafter referred to collectively as "Cross-Claim") of Anadarko Petroleum Corporation and Anadarko E&P Company LP (collectively "Anadarko"), **Dkt. 338**, and, upon information and belief, respectfully show as follows:

<u>ANSWER</u>

For each and every allegation of the Cross-Claim, Transocean responds as follows. When a paragraph in the Cross-Claim contains multiple subparts, the response of Transocean to the paragraph applies equally to all subparts unless otherwise expressly stated.

1.      Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 1 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 1.

2.      Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 2 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 2.

3.      Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 3 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 3.

4.      Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 4 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 4.

5.      Transocean admits that Triton is a Swiss limited liability company with its principal place of business in Zug, Switzerland.

6.      Transocean admits that TH is a Delaware limited liability company with its principal place of business in Houston, Texas.

7.      Transocean admits that TODDI is a Delaware corporation with its principal place of business in Houston, Texas.

8.      Transocean admits that TDI is a Delaware corporation with its principal place of business in Houston, Texas.

9.      Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 9 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 9.

12554918.2

10.     Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 10 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 10.

11.     Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 11 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 11.

12.     Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 12 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 12.

13.     Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 13 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 13.

14.     Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 14 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 14.

15.     Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 15 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 15.

16.     Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 16 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 16.

17.     Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 17 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 17.

18.     Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 18 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 18.

19.     As for any claims subject to the binding arbitration provision contained in the December 9, 1998 Drilling Contract, the Court lacks subject matter jurisdiction pursuant to 9 U.S.C. § 2 and Federal Rule of Civil Procedure Rule 12(b)(1).   To the extent not expressly admitted, Transocean denies all aspects and implications of the allegations in this paragraph.

20.     The incomplete allegations contained in Paragraph 20 do not require a response by Transocean.

21.     Transocean admits that on April 20, 2010, the Macondo well blew out and an explosion and fire occurred on the *Deepwater Horizon*, that on or about April 22, 2010, the *Deepwater Horizon* sank, and that oil flowed into the Gulf of Mexico.   To the extent not expressly admitted, Transocean denies all aspects and implications of the allegations in Paragraph 21.

22.     Transocean admits the allegations contained in Paragraph 22.

23.     The allegations set forth in Paragraph 23 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 23 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 23.

24.     The allegations set forth in Paragraph 24 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 24 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 24.

25.     Transocean admits the allegations contained in Paragraph 25.

26.     The allegations set forth in Paragraph 26 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 26 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 26.

27.     The incomplete allegations set forth in Paragraph 27 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 27 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 27.

28.     The allegations set forth in Paragraph 28 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 28 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 28.

29.     The allegations set forth in Paragraph 29 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 29 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 29.

30.     The allegations set forth in Paragraph 30 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the

12554918.2

allegations set forth in Paragraph 30 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 30.

31.    The allegations set forth in Paragraph 31 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 31 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 31.

32.    The allegations set forth in Paragraph 32 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 32 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 32.

33.    The allegations set forth in Paragraph 33 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 33 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 33.

34.    The allegations set forth in Paragraph 34 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 34 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 34.

35.    The allegations set forth in Paragraph 35 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 35 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 35.

36.     The allegations set forth in Paragraph 36 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 36 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 36.

37.      The allegations set forth in Paragraph 37 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 37 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 37.

38.     The allegations set forth in Paragraph 38 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 38 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 38.

39.     The allegations set forth in Paragraph 39 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 39 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 39.

40.     The allegations set forth in Paragraph 40 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 40 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 40.

41.     The allegations set forth in Paragraph 41 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the

allegations set forth in Paragraph 41 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 41.

42.     The allegations set forth in Paragraph 42 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 42 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 42.

43.     The allegations set forth in Paragraph 43 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 43 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 43.

44.     The allegations set forth in Paragraph 44 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 44 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 44.

45.     The allegations set forth in Paragraph 45 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 45 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 45.

46.     The allegations set forth in Paragraph 46 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 46 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 46.

47.    The allegations set forth in Paragraph 47 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 47 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 47.

48.    The allegations set forth in Paragraph 48 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 48 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 48.

49.    The allegations set forth in Paragraph 49 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 49 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 49.

50.    The allegations set forth in Paragraph 50 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 50 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 50.

51.    The allegations set forth in Paragraph 51 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 51 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 51.

52.    The allegations set forth in Paragraph 52 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the

allegations set forth in Paragraph 52 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 52.

53.     The allegations set forth in Paragraph 53 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 53 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 53.

54.     The allegations set forth in Paragraph 54 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 54 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 54.

55.     The allegations set forth in Paragraph 55 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 55 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 55.

56.     The allegations set forth in Paragraph 56 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 56 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 56.

57.     The allegations set forth in Paragraph 57 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 57 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 57.

12554918.2

58.     The allegations set forth in Paragraph 58 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 58 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 58.

59.     The allegations set forth in Paragraph 59 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 59 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 59.

60.     The allegations set forth in Paragraph 60 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 60 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 60.

61.     The allegations set forth in Paragraph 61 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 61 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 61.

62.     The allegations set forth in Paragraph 62 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 62 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 62.

63.     The allegations set forth in Paragraph 63 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the

12554918.2

allegations set forth in Paragraph 63 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 63.

64.     The allegations set forth in Paragraph 64 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 64 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 64.

65.     The allegations set forth in Paragraph 65 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 65 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 65.

66.     The allegations set forth in Paragraph 66 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 66 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 66.

67.     The allegations set forth in Paragraph 67 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 67 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 67.

68.     The allegations set forth in Paragraph 68 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 68 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 68.

69.     The allegations set forth in Paragraph 69 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 69 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 69.

70.     The allegations set forth in Paragraph 70 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 70 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 70.

71.     The allegations set forth in Paragraph 71 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 71 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 71.

72.     The allegations set forth in Paragraph 72 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 72 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 72.

73.     The allegations set forth in Paragraph 73 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 73 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 73.

74.     The allegations set forth in Paragraph 74 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the

allegations set forth in Paragraph 74 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 74.

75.     The allegations set forth in Paragraph 75 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 75 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 75.

76.     The allegations set forth in Paragraph 76 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 76 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 76.

77.     The allegations set forth in Paragraph 77 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 77 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 77.

78.     The allegations set forth in Paragraph 78 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 78 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 78.

79.     The allegations set forth in Paragraph 79 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 79 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 79.

80.     The allegations set forth in Paragraph 80 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 80 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 80.

81.     The allegations set forth in Paragraph 81 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 81 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 81.

82.     The allegations set forth in Paragraph 82 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 82 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 82.

83.     The allegations set forth in Paragraph 83 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 83 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 83.

84.     The allegations set forth in Paragraph 84 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 84 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 84.

85.     The allegations set forth in Paragraph 85 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the

allegations set forth in Paragraph 85 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 85.

86.     The allegations set forth in Paragraph 86 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 86 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 86.

87.     The allegations set forth in Paragraph 87 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 87 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 87.

88.     The allegations set forth in Paragraph 88 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 88 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 88.

89.     The allegations set forth in Paragraph 89 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 89 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 89.

90.     The allegations set forth in Paragraph 90 either do not pertain to Transocean, or Transocean is without sufficient knowledge or information to form a belief as to whether the allegations set forth in Paragraph 90 are true and, therefore, denies all aspects and implications of the allegations in Paragraph 90.

91. Paragraph 91 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs. Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

92. The allegations contained in Paragraph 92 are not directed at Transocean and therefore do not require a response by Transocean. To the extent that the allegations in Paragraph 92 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

93. The allegations contained in Paragraph 93 are not directed at Transocean and therefore do not require a response by Transocean. To the extent that the allegations in Paragraph 93 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

94. The allegations contained in Paragraph 94 are not directed at Transocean and therefore do not require a response by Transocean. To the extent that the allegations in Paragraph 94 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

95. The allegations contained in Paragraph 95 are not directed at Transocean and therefore do not require a response by Transocean. To the extent that the allegations in Paragraph 95 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

96. Paragraph 96 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs. Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

97. The allegations contained in Paragraph 97 are not directed at Transocean and therefore do not require a response by Transocean. To the extent that the allegations in

12554918.2

Paragraph 97 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

98.     The allegations contained in Paragraph 98 are not directed at Transocean and therefore do not require a response by Transocean. To the extent that the allegations in Paragraph 98 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

99.     The allegations contained in Paragraph 99 are not directed at Transocean and therefore do not require a response by Transocean. To the extent that the allegations in Paragraph 99 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

100.    Paragraph 100 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

101.    The allegations contained in Paragraph 101 are not directed at Transocean and therefore do not require a response by Transocean. To the extent that the allegations in Paragraph 101 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

102.    The allegations contained in Paragraph 102 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 102 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

103.    The allegations contained in Paragraph 103 are not directed at Transocean and therefore do not require a response by Transocean. To the extent that the allegations in Paragraph 103 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

12554918.2

104.    Paragraph 104 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

105.    The allegations contained in Paragraph 105 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 105 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

106.    The allegations contained in Paragraph 106 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 106 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

107.    The allegations contained in Paragraph 107 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 107 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

108.    The allegations contained in Paragraph 108 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 108 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

109.    Paragraph 109 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

12554918.2

110.    The allegations contained in Paragraph 110 are not directed at Transocean and therefore do not require a response by Transocean. To the extent that the allegations in Paragraph 110 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

111.    The allegations contained in Paragraph 111 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 111 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

112.    The allegations contained in Paragraph 112 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 112 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

113.    The allegations contained in Paragraph 113 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 113 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

114.    Paragraph 114 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

115.    The allegations contained in Paragraph 115 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 115 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

12554918.2

116.     The allegations contained in Paragraph 116 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 116 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

117.     Paragraph 117 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

118.     The allegations contained in Paragraph 118 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 118 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

119.     The allegations contained in Paragraph 119 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 119 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

120.     The allegations contained in Paragraph 120 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 120 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

121.     Paragraph 121 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

122.     The allegations contained in Paragraph 122 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 122 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

123.     The allegations contained in Paragraph 123 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 123 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

124.     The allegations contained in Paragraph 124 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 124 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

125.     Paragraph 125 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

126.     The allegations contained in Paragraph 126 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 126 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

127.     The allegations contained in Paragraph 127 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 127 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

128.    Paragraph 128 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

129.    The allegations contained in Paragraph 129 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 129 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

130.    The allegations contained in Paragraph 130 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 130 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

131.    The allegations contained in Paragraph 131 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 131 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

132.    Paragraph 132 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

133.    The allegations contained in Paragraph 133 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 133 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

134.    The allegations contained in Paragraph 134 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 134 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

135.    The allegations contained in Paragraph 135 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 135 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

136.    Paragraph 136 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

137.    The allegations contained in Paragraph 137 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 137 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

138.    The allegations contained in Paragraph 138 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 138 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

139.    The allegations contained in Paragraph 139 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 139 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

140.    The allegations contained in Paragraph 140 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 140 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

141.    The allegations contained in Paragraph 141 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 141 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

142.    Paragraph 142 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

143.    The allegations contained in Paragraph 143 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 143 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

144.    The allegations contained in Paragraph 144 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 144 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

145.    The allegations contained in Paragraph 145 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 145 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

146.    The allegations contained in Paragraph 146 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 146 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

147.    Paragraph 147 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

148.    The allegations contained in Paragraph 148 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 148 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

149.    The allegations contained in Paragraph 149 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 149 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

150.    The allegations contained in Paragraph 150 are not directed at Transocean and therefore do not require a response by Transocean. To the extent that the allegations in Paragraph 150 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

151.    The allegations contained in Paragraph 151 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 151 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

152.    Paragraph 152 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

153.    The allegations contained in Paragraph 153 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 153 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

154.    The allegations contained in Paragraph 154 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 154 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

155.    The allegations contained in Paragraph 155 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 155 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

156.    The allegations contained in Paragraph 156 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 156 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

157.    The allegations contained in Paragraph 157 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 157 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

12554918.2

158.    The allegations contained in Paragraph 158 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 158 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

159.    Paragraph 159 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

160.    The allegations contained in Paragraph 160 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 160 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

161.    The allegations contained in Paragraph 161 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 161 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

162.    Paragraph 162 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

163.    The Transocean Defendants admit that one or more of them are the Managing Owners, Owners *Pro Hac Vice*, and/or Operators of the *Deepwater Horizon* and BP. To the extent not expressly admitted, Transocean denies all aspects and implications of the allegations in Paragraph 163.

164.    The Transocean Defendants admit that one or more of them provided the *Deepwater Horizon* and certain personnel for the rig pursuant to a Drilling Contract with BP.  To the extent not expressly admitted, Transocean denies all aspects and implications of the allegations in Paragraph 164.

165.    The Transocean Defendants admit that one or more of them provided operational support for certain activities onboard the *Deepwater Horizon*.   To the extent not expressly admitted, Transocean denies all aspects and implications of the allegations in Paragraph 165.

166.    Transocean denies all aspects and implications of the allegations in Paragraph 166.

167.    Transocean denies all aspects and implications of the allegations in Paragraph 167.

168.    Transocean denies all aspects and implications of the allegations in Paragraph 168.

169.    Transocean denies all aspects and implications of the allegations in Paragraph 169.

170.    Transocean denies all aspects and implications of the allegations in Paragraph 170.

171.    Transocean denies all aspects and implications of the allegations in Paragraph 171 (and its subparts).

172.    Paragraph 172 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

12554918.2

173.     Transocean denies all aspects and implications of the allegations in Paragraph 173.

174.     Transocean denies all aspects and implications of the allegations in Paragraph 174.

175.     Transocean denies all aspects and implications of the allegations in Paragraph 175.

176.     Transocean denies all aspects and implications of the allegations in Paragraph 176.

177.     Paragraph 177 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

178.     Transocean denies all aspects and implications of the allegations in Paragraph 178.

179.     Transocean denies all aspects and implications of the allegations in Paragraph 179.

180.     Transocean denies all aspects and implications of the allegations in Paragraph 180.

181.     Paragraph 181 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

182.     Transocean denies all aspects and implications of the allegations in Paragraph 182.

183.   Transocean denies all aspects and implications of the allegations in Paragraph 183.

184.   Transocean denies all aspects and implications of the allegations in Paragraph 184.

185.   Paragraph 185 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

186.   Transocean denies all aspects and implications of the allegations in Paragraph 186.

187.   Paragraph 187 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

188.   Transocean denies all aspects and implications of the allegations in Paragraph 188.

189.   Transocean denies all aspects and implications of the allegations in Paragraph 189.

190.   Transocean denies all aspects and implications of the allegations in Paragraph 190.

191.   Transocean denies all aspects and implications of the allegations in Paragraph 191.

192.   Paragraph 192 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

193.     Transocean denies all aspects and implications of the allegations in Paragraph 193.

194.     Transocean denies all aspects and implications of the allegations in Paragraph 194.

195.     Transocean denies all aspects and implications of the allegations in Paragraph 195.

196.     Transocean denies all aspects and implications of the allegations in Paragraph 196.

197.     Transocean denies all aspects and implications of the allegations in Paragraph 197.

198.     Paragraph 198 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

199.     Transocean denies all aspects and implications of the allegations in Paragraph 199.

200.     Transocean denies all aspects and implications of the allegations in Paragraph 200.

201.     Transocean denies all aspects and implications of the allegations in Paragraph 201.

202.     Transocean denies all aspects and implications of the allegations in Paragraph 202.

203.    Paragraph 203 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

204.    Transocean denies all aspects and implications of the allegations in Paragraph 204.

205.    Transocean denies all aspects and implications of the allegations in Paragraph 205.

206.    Transocean denies all aspects and implications of the allegations in Paragraph 206.

207.    Transocean denies all aspects and implications of the allegations in Paragraph 207.

208.    Paragraph 208 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

209.    Transocean denies all aspects and implications of the allegations in Paragraph 209.

210.    Transocean denies all aspects and implications of the allegations in Paragraph 210.

211.    Transocean denies all aspects and implications of the allegations in Paragraph 211.

212.    Transocean denies all aspects and implications of the allegations in Paragraph 212.

12554918.2

213.     Transocean denies all aspects and implications of the allegations in Paragraph 213.

214.     Paragraph 214 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

215.     The allegations contained in Paragraph 215 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 215 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

216.     The allegations contained in Paragraph 216 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 216 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

217.     The allegations contained in Paragraph 217 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 217 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

218.     The allegations contained in Paragraph 218 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 218 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

219.     The allegations contained in Paragraph 219 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in

12554918.2

Paragraph 219 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

220.    The allegations contained in Paragraph 220 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 220 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

221.    Paragraph 221 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

222.    The allegations contained in Paragraph 222 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 222 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

223.    The allegations contained in Paragraph 223 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 223 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

224.    The allegations contained in Paragraph 224 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 224 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

225.    The allegations contained in Paragraph 225 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in

Paragraph 225 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

226.    Paragraph 226 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

227.    The allegations contained in Paragraph 227 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 227 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

228.    The allegations contained in Paragraph 228 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 228 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

229.    The allegations contained in Paragraph 229 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 229 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

230.    Paragraph 230 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

231.    The allegations contained in Paragraph 231 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in

Paragraph 231 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

232.    The allegations contained in Paragraph 232 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 232 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

233.    The allegations contained in Paragraph 233 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 233 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

234.    Paragraph 234 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

235.    The allegations contained in Paragraph 235 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 235 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

236.    Paragraph 236 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

237.    The allegations contained in Paragraph 237 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in

37

Paragraph 237 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

238.   The allegations contained in Paragraph 238 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 238 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

239.   The allegations contained in Paragraph 239 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 239 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

240.   The allegations contained in Paragraph 240 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 240 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

241.   The allegations contained in Paragraph 241 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 241 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

242.   Paragraph 242 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

243.   The allegations contained in Paragraph 243 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in

Paragraph 243 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

244.    The allegations contained in Paragraph 244 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 244 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

245.    The allegations contained in Paragraph 245 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 245 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

246.    The allegations contained in Paragraph 246 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 246 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

247.    Paragraph 247 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

248.    The allegations contained in Paragraph 248 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 248 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

249.    The allegations contained in Paragraph 249 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in

12554918.2

Paragraph 249 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

250.    The allegations contained in Paragraph 250 are not directed at Transocean and therefore do not require a response by Transocean. To the extent that the allegations in Paragraph 250 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

251.    The allegations contained in Paragraph 251 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 251 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

252.    Paragraph 252 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

253.    The allegations contained in Paragraph 253 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 253 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

254.    The allegations contained in Paragraph 254 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 254 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

255.    Paragraph 255 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

256.    The allegations contained in Paragraph 256 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 256 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

257.    The allegations contained in Paragraph 257 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 257 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

258.    The allegations contained in Paragraph 258 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 258 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

259.    The allegations contained in Paragraph 259 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 259 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

260.    Paragraph 260 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

261.    The allegations contained in Paragraph 261 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 261 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

262.    The allegations contained in Paragraph 262 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 262 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

263.    The allegations contained in Paragraph 263 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 263 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

264.    The allegations contained in Paragraph 264 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 264 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

265.    Paragraph 265 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

266.    The allegations contained in Paragraph 266 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 266 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

267.    The allegations contained in Paragraph 267 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 267 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

268.    The allegations contained in Paragraph 268 are not directed at Transocean and therefore do not require a response by Transocean.   To the extent that the allegations in Paragraph 268 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

269.    Paragraph 269 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.   Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

270.    The allegations contained in Paragraph 270 are not directed at Transocean and therefore do not require a response by Transocean.   To the extent that the allegations in Paragraph 270 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

271.    The allegations contained in Paragraph 271 are not directed at Transocean and therefore do not require a response by Transocean. To the extent that the allegations in Paragraph 271 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

272.    The allegations contained in Paragraph 272 are not directed at Transocean and therefore do not require a response by Transocean.   To the extent that the allegations in Paragraph 272 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

273.    Paragraph 273 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.   Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

274.    The allegations contained in Paragraph 274 are not directed at Transocean and therefore do not require a response by Transocean.   To the extent that the allegations in

Paragraph 274 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

275.     Paragraph 275 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

276.     The allegations contained in Paragraph 276 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 276 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

277.     The allegations contained in Paragraph 277 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 277 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

278.     The allegations contained in Paragraph 278 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 278 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

279.     The allegations contained in Paragraph 279 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 279 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

280.     The allegations contained in Paragraph 280 are not directed at Transocean and therefore do not require a response by Transocean.   To the extent that the allegations in

44

Paragraph 280 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

281.    Paragraph 281 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

282.    The allegations contained in Paragraph 282 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 282 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

283.    The allegations contained in Paragraph 283 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 283 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

284.    The allegations contained in Paragraph 284 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 284 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

285.    The allegations contained in Paragraph 285 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 285 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

286.    Paragraph 286 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

287.    The allegations contained in Paragraph 287 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 287 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

288.    The allegations contained in Paragraph 288 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 288 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

289.    Transocean denies all aspects and implications of the allegations in Paragraph 289.

290.    The allegations contained in Paragraph 290 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 290 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

291.    Paragraph 291 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

292.    The allegations contained in Paragraph 292 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in

Paragraph 292 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

293.    The allegations contained in Paragraph 293 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 293 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

294.    Paragraph 294 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

295.    The allegations contained in Paragraph 295 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 295 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

296.    The allegations contained in Paragraph 296 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 296 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

297.    The allegations contained in Paragraph 297 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 297 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

298.    The allegations contained in Paragraph 298 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in

12554918.2

Paragraph 298 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

299.    The allegations contained in Paragraph 299 are not directed at Transocean and therefore do not require a response by Transocean.   To the extent that the allegations in Paragraph 299 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

300.    The allegations contained in Paragraph 300 are not directed at Transocean and therefore do not require a response by Transocean.   To the extent that the allegations in Paragraph 300 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

301.    The allegations contained in Paragraph 301 are not directed at Transocean and therefore do not require a response by Transocean.   To the extent that the allegations in Paragraph 301 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

302.    The allegations contained in Paragraph 302 are not directed at Transocean and therefore do not require a response by Transocean.   To the extent that the allegations in Paragraph 302 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

303.    The allegations contained in Paragraph 303 are not directed at Transocean and therefore do not require a response by Transocean.   To the extent that the allegations in Paragraph 303 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

12554918.2

304.    The allegations contained in Paragraph 304 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 304 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

305.    The allegations contained in Paragraph 305 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 305 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

306.    The allegations contained in Paragraph 306 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 306 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

307.    The allegations contained in Paragraph 307 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 307 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

308.    The allegations contained in Paragraph 308 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 308 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

309.    The allegations contained in Paragraph 309 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in

12554918.2

Paragraph 309 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

310.    The allegations contained in Paragraph 310 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 310 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

311.    Paragraph 311 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

312.    The allegations contained in Paragraph 312 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 312 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

313.    The allegations contained in Paragraph 313 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 313 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

314.    The allegations contained in Paragraph 314 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 314 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

315.    The allegations contained in Paragraph 315 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in

Paragraph 315 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

316.    Paragraph 316 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

317.    The allegations contained in Paragraph 317 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 317 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

318.    The allegations contained in Paragraph 318 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 318 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

319.    The allegations contained in Paragraph 319 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 319 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

320.    Paragraph 320 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

321.    The allegations contained in Paragraph 321 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in

12554918.2

Paragraph 321 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

322.    Paragraph 322 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

323.    The allegations contained in Paragraph 323 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 323 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

324.    The allegations contained in Paragraph 324 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 324 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

325.    The allegations contained in Paragraph 325 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 325 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

326.    The allegations contained in Paragraph 326 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 326 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

327.    The allegations contained in Paragraph 327 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in

Paragraph 327 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

328.    Paragraph 328 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

329.    The allegations contained in Paragraph 329 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 329 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

330.    The allegations contained in Paragraph 330 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 330 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

331.    The allegations contained in Paragraph 331 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 331 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

332.    The allegations contained in Paragraph 332 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 332 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

12554918.2

333.    Paragraph 333 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

334.    The allegations contained in Paragraph 334 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 334 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

335.    The allegations contained in Paragraph 335 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 335 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

336.    Paragraph 336 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

337.    The allegations contained in Paragraph 337 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 337 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

338.    The allegations contained in Paragraph 338 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 338 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

339.    The allegations contained in Paragraph 339 are not directed at Transocean and therefore do not require a response by Transocean.   To the extent that the allegations in Paragraph 339 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

340.    The allegations contained in Paragraph 340 are not directed at Transocean and therefore do not require a response by Transocean.   To the extent that the allegations in Paragraph 340 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

341.    The allegations contained in Paragraph 341 are not directed at Transocean and therefore do not require a response by Transocean.   To the extent that the allegations in Paragraph 341 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

342.    The allegations contained in Paragraph 342 are not directed at Transocean and therefore do not require a response by Transocean.   To the extent that the allegations in Paragraph 342 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

343.    The allegations contained in Paragraph 343 are not directed at Transocean and therefore do not require a response by Transocean.   To the extent that the allegations in Paragraph 343 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

344.    The allegations contained in Paragraph 344 are not directed at Transocean and therefore do not require a response by Transocean.   To the extent that the allegations in

12554918.2

Paragraph 344 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

345.    Paragraph 345 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

346.    The allegations contained in Paragraph 346 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 346 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

347.    The allegations contained in Paragraph 347 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 347 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

348.    The allegations contained in Paragraph 348 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 348 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

349.    The allegations contained in Paragraph 349 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 349 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

350.    Paragraph 350 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

351.    The allegations contained in Paragraph 351 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 351 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

352.    The allegations contained in Paragraph 352 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 352 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

353.    The allegations contained in Paragraph 353 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 353 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

354.    Paragraph 354 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

355.    The allegations contained in Paragraph 355 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 355 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

12554918.2

356.    Paragraph 356 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

357.    The allegations contained in Paragraph 357 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 357 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

358.    The allegations contained in Paragraph 358 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 358 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

359.    The allegations contained in Paragraph 359 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 359 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

360.    The allegations contained in Paragraph 360 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 360 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

361.    The allegations contained in Paragraph 361 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 361 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

362.    Paragraph 362 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

363.    The allegations contained in Paragraph 363 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 363 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

364.    The allegations contained in Paragraph 364 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 364 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

365.    The allegations contained in Paragraph 365 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 365 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

366.    The allegations contained in Paragraph 366 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 366 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

367.    Paragraph 367 is a statement that Anadarko repeats and realleges allegations set forth in preceding paragraphs.  Transocean has responded to each of the preceding paragraphs and incorporates those responses as necessary and, accordingly, no further response is required.

368.    The allegations contained in Paragraph 368 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 368 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

369.    The allegations contained in Paragraph 369 are not directed at Transocean and therefore do not require a response by Transocean.  To the extent that the allegations in Paragraph 369 are directed at Transocean, Transocean denies all aspects and implications of the allegations.

395.    Transocean denies all aspects and implications of the allegations in Paragraph 395.

## AFFIRMATIVE DEFENSES

Transocean sets forth its affirmative defenses which apply to all claims unless otherwise noted.  By setting forth these affirmative defenses, Transocean does not assume the burden of proving any fact, issue, or element of a cause of action where such burden properly belongs to Anadarko.

### Lack of Subject Matter Jurisdiction

1.    Anadarko's claims may be subject to arbitration and, if so, the Court lacks subject matter jurisdiction of all such claims pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and 9 U.S.C. § 2.

### Standing

2.    Anadarko lacks standing because it has not alleged nor can it prove an actual or threatened injury caused by the Transocean Defendants' conduct and redressable by this Court.

12554918.2

**Proper Parties/Joinder**

3.     Anadarko has failed to join an indispensable party (or parties) under Rule 19, Federal Rules of Civil Procedure.

**Ripeness**

4.     Anadarko's claims for relief are not ripe.

**Failure to State a Claim**

5.     Anadarko has failed to state a claim upon which relief can be granted.

6.     Anadarko has failed to plead, much less satisfy, conditions precedent to recovery.

7.     Anadarko's claims are barred to the extent that Anadarko seeks to impose liability retroactively for conduct that was not actionable at the time it occurred.

**Shipowners' Limitation of Liability Act**

8.     The Transocean Defendants assert all rights and defenses available under the Shipowners' Limitation of Liability Act, 46 U.S.C. § 30501, *et seq.*  As a separate and complete defense to some or all of Anadarko's claims, the Transocean Defendants aver that the subject incident was occasioned without the privity or knowledge of the Transocean Defendants, and that the amount of damages alleged in the Cross-Claims greatly exceeds the amount of value of the interest of the Transocean Defendants in the mobile offshore drilling unit ("MODU") *Deepwater Horizon* and her freight then pending, and the Transocean Defendants accordingly invoke the benefits of the provisions of the revised statute of the United States of America and acts amendatory thereof and supplement thereto, specifically 47 U.S.C. § 30501 *et seq.*, in the limitation of liability of shipowners, under which provision Anadarko is not entitled to recover damages in a sum in excess of the value of the Transocean Defendants' interest in said vessel and her pending freight at the conclusion of the voyage during which the subject incident

12554918.2

occurred. The pleading of limitation of liability is not made as an admission of liability, but is made subject to the full denial set forth above in this pleading of any and all liability.

9. Anadarko's claims are enjoined, stayed, and restrained until the hearing and termination of the Limitation of Liability proceedings pursuant to the Limitation Court's Order dated June 14, 2010, and the Shipowners' Limitation of Liability Act, 46 U.S.C. § 30501, *et seq.*

## Oil Pollution Act

10. The Transocean Defendants assert all defenses available under the Oil Pollution Act of 1990 ("OPA"), 33 U.S.C. § 2701 *et seq.,* including, without limitation:

      (a)    Presentment has not been made as required under OPA;

      (b)    OPA displaces or preempts Anadarko's claims with respect to oil spill damages and otherwise;

      (c)    There is no right of action against one or more of the Transocean Defendants to the extent any of them is not a Responsible Party as defined under OPA;

      (d)    OPA eliminates or limits Anadarko's alleged rights of recovery for certain economic loss claims;

      (e)    OPA does not provide for, or allow, the recovery of punitive or exemplary damages; and

      (f)    OPA does not provide for, or allow, a determination of joint and several liability, but requires an apportionment of fault.

## Maritime and State Law Claims

11. The Transocean Defendants assert all defenses to any maritime and state law claims including, without limitation:

(a)     The Transocean Defendants assert preemption to the extent that federal common law, including maritime law, is displaced by the Outer Continental Shelf Land Act, 43 U.S.C. § 1331 *et seq.,* or the Oil Pollution Act, 33 U.S.C. § 2701 *et. seq.*

(b)     The Transocean Defendants assert that, under the Outer Continental Shelf Lands Act, 43 U.S.C. § 1331 *et seq.,* the Court must apply federal law, including the Oil Pollution Act and/or maritime law, to the exclusion of the law of the adjacent State.

(c)     The Transocean Defendants assert that any claims for purely economic losses, and any declaration or injunction pertaining to such claims, are barred absent physical injury to a proprietary interest, pursuant to *Robins Dry Dock & Repair Co. v. Flint,* 271 U.S. 303, 309 (1927) or similar precedent in Texas, Louisiana, Mississippi, Alabama, Florida, and/or other states.

(d)     The Transocean Defendants assert that under any State mini-OPA statutory scheme liability is limited.  The Transocean Defendants are not responsible parties under State mini-OPA statutory schemes.  The Transocean Defendants further assert the defenses available under any State mini-OPA statutory scheme.

**Causation**

12.     Anadarko complains of harm not caused or contributed to in any manner by the Transocean Defendants, their alleged servants, employees, agents, or anyone for whom the Transocean Defendants are responsible.  The incident and resulting harm that are the subject of its Cross-Claims were caused by the fault, negligence, breach of contract, breach of warranty, statutory and regulatory violations of other persons, entities, or sovereigns for whom the Transocean Defendants are not legally responsible.

13.     The injuries and resulting damages alleged to have been sustained by Anadarko resulted from a superseding or intervening cause for which the Transocean Defendants are not responsible.

14.     The injuries and resulting damages alleged to have been sustained by Anadarko were not proximately caused by any acts and/or omissions of the Transocean Defendants.

15.     The injuries and resulting damages alleged to have been sustained by Anadarko were not foreseeable as a matter of law.

### Damages

16.     The Transocean Defendants specifically deny that Anadarko has sustained legally compensable damages.

17.     The injuries and resulting damages alleged to have been sustained by Anadarko were not foreseeable as a matter of law.

18.     Anadarko may not recover on the claims pleaded in its Cross-Claims because the damages sought are too speculative and remote.

19.     Anadarko has not reasonably mitigated its damages.

20.     The Transocean Defendants are entitled to set off, should any damages be awarded against them, in the amount recovered by Anadarko with respect to the same alleged injuries.   The Transocean Defendants assert payment and release to the extent that any of Anadarko's alleged damages have been or will be fully redressed under the Oil Pollution Act or other applicable statute or rule.   The Transocean Defendants are also entitled to have any damages that may be awarded to Anadarko reduced by the value of any benefit or payment to Anadarko from any collateral source.

21.     Punitive damages are not recoverable against the Transocean Defendants as a matter of law.

22.     The Transocean Defendants deny that any of them have engaged in conduct that would support an award of punitive damages.

23.     Any award of punitive damages against the Transocean Defendants would be in violation of the Constitutional safeguards provided to the Transocean Defendants under the Constitution of the United States, and under state constitutions or statutory regimes, if applicable. The imposition of punitive damages would violate Transocean Defendants' rights to (1) protection against excessive fines under the Eighth Amendment to the Constitution of the United States (and state constitutions or statutory regimes, if applicable) and (2) due process and equal protection of the law under the Fifth and Fourteenth Amendments of the United States Constitution (and state constitutions or statutory regimes, if applicable) in that: (a) the issue of punitive damages would be submitted to a jury without any adequate standards for determination, (b) the jury would be required to decide issues of law rather than issues of fact, (c) there is no adequate review of a jury determination of punitive damages, (d) punitive damages can be imposed jointly without regard to the responsibility of the individual defendants, (e) penalties can be imposed without the increased burden of proof and other protections required by criminal laws, (f) evidence is submitted to the jury on issues of liability that should be limited to the issues of punitive damages only, and (g) the amount of punitive damages are determined in part by the financial status of the defendant.

## Reservation of Rights to Compel Arbitration

24.     The Transocean Defendants reserve their rights to compel arbitration of Anadarko's claims because Article 35.4 of the Drilling Contract between Transocean and BP

may require that all such claims be arbitrated.  Transocean further reserves its rights to file a Motion to Stay Anadarko's claims, pending conclusion of arbitration.

## Contribution Comparative Fault and Indemnity

25.     In addition to the Limitation of Liability to which the Transocean Defendants are entitled herein, the Transocean Defendants are also entitled to contribution, indemnification and/or reimbursement or a determination of comparative fault of/from Third-Parties for any damages the Transocean Defendants may be required to pay that are attributable to the comparative negligence, fault and/or legal responsibility of Third-Parties.

## No Duty or Breach of Duty

26.     The Transocean Defendants did not owe any duty or warranty to Anadarko and did not breach any duty or warranty.

27.     At all material times, the Transocean Defendants acted with due diligence and reasonable care and did not breach any duty to Anadarko.

## Preemption

28.     The claims are barred in whole or in part by the Supremacy Clause of the United States Constitution, art. VI, § 2, because the claims are preempted and/or precluded by federal law, including, but not limited to, the Outer Continental Shelf Lands Act, 43 U.S.C. §§ 1331, *et seq.*, the Oil Pollution Act of 1990, 33 U.S.C. §§ 2701, *et seq.*, the Clean Water Act, 33 U.S.C. §§ 1251, *et seq.*, and Bureau of Ocean Energy Management, Regulation and Enforcement, formerly Minerals Management Service ("BOEMRE") policies and regulations regarding offshore oil exploration and drilling, and federal maritime common law.

**Adoption of Affirmative Defenses and Reservation Right to Amend Answer**

29.     The Transocean Defendants assert any other defenses to which they may be entitled under Rule 8(c), Federal Rules of Civil Procedure.

30.     Any affirmative defenses pleaded by the other defendants and not pleaded by the Transocean Defendants are incorporated herein to the extent such defenses do not conflict with the Transocean Defendants' affirmative defenses.

31.     The Transocean Defendants reserve the right to amend their Answer, Rule 12(b) defenses and other defenses, and to assert cross-claims and third-party claims, as appropriate.

WHEREFORE, the Transocean Defendants pray that their defenses be deemed good and sufficient; that after due proceedings are had there be judgment in favor of the Transocean Defendants, dismissing all claims asserted against them by Anadarko, with prejudice, at Anadarko's costs; and for any and all other just and equitable relief deemed appropriate.

Respectfully submitted,

By:    /s/ Steven L. Roberts
Steven L. Roberts (Texas, No. 17019300)
Rachel Giesber Clingman (Texas, No. 00784125)
Kent C. Sullivan (Texas, No. 19487300)
Teri L. Donaldson (Florida, No. 784310)
Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 470-6100
Facsimile: (713) 654-1301
Email: steven.roberts@sutherland.com,
rachel.clingman@sutherland.com,
kent.sullivan@sutherland.com,
teri.donaldson@sutherland.com

By:    /s/ Kerry J. Miller
Kerry J. Miller (Louisiana, No. 24562)
Frilot, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8169
Facsimile: (504) 599-8154
Email: kmiller@frilot.com
-and-

By:    /s/ Edwin G. Preis, Jr.
Edwin G. Preis, Jr. (Louisiana, No. 10703)
Edward F. Kohnke, IV (Louisiana, No. 07824)
Preis & Roy PLC
102 Versailles Boulevard, Suite 400
Lafayette, Louisiana 70501
Telephone: (337) 237-6062
Facsimile: (337) 237-9129

-and-

12554918.2

601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129
Email: egp@preisroy.com, efk@preisroy.com

Of Counsel:

John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

Daniel O. Goforth (Texas, No. 08064000)
Goforth Geren Easterling LLP
4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 054933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com, allen.katz@mto.com

*Counsel for Transocean*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been served on All Counsel by

electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order

No. 12, on May 20, 2011.

/s/  Kerry J. Miller

68

12554918.2