UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| **THIS PLEADING APPLIES TO:** | * | JUDGE:  BARBIER |
| | * | |
| In Re The Complaint and Petition of | * | MAGISTRATE:  SHUSHAN |

In Re The Complaint and Petition of
Triton Asset Leasing GmbH, Transocean
Holdings LLC, Transocean Offshore
Deepwater Drilling Inc., and Transocean
Deepwater Inc., as Owner, Managing
Owners, Owners *Pro-Hac Vice*, and/or
Operators of the MODU Deepwater
Horizon, in a Cause for Exoneration from or
Limitation of Liability

Civil Action Nos.:
2:10-cv-2771 and 10-cv-2179

## ANSWER, DEFENSES AND COUNTER-CLAIM/CROSS-CLAIM OF WEATHERFORD U.S., L.P. AND WEATHERFORD INTERNATIONAL, INC. AGAINST ANADARKO PETROLEUM CORPORATION AND ANADARKO E&P COMPANY LP

NOW INTO COURT, through undersigned counsel, comes Weatherford U.S., L.P. and

Weatherford International, Inc. ("Weatherford"), who, pursuant to this Court's Stipulated Order

Governing Deadlines in Connection with Petitioners' Rule 14(c) Third-Party Complaint and

Certain Bundle C Pleadings dated March 24, 2011 (Rec. Doc. 1730), files its Answer, Defenses

and Counter-Claim/Cross-Claim to the Cross-Claims filed on behalf of Anadarko Petroleum

Corporation and Anadarko E&P Company LP ("Anadarko"), and upon information and belief, avers as follows:

## ANSWER AND DEFENSES

### FIRST DEFENSE

Anadarko's Original Cross-Claims fail to state a claim or cause of action upon which relief can be granted.

### SECOND DEFENSE

**AND NOW**, answering each and every allegation of Anadarko's Original Cross-Claims and denying any liability whatsoever, Weatherford avers upon information and belief as follows:

1.

The allegations of Paragraph 1 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

2.

The allegations of Paragraph 2 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

3.

The allegations of Paragraph 3 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

4.

The allegations of Paragraph 4 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

5.

The allegations of Paragraph 5 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

6.

The allegations of Paragraph 6 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

7.

The allegations of Paragraph 7 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

8.

The allegations of Paragraph 8 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

9.

The allegations of Paragraph 9 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

10.

The allegations of Paragraph 10 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

11.

The allegations of Paragraph 11 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

12.

The allegations of Paragraph 12 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

13.

The allegations of Paragraph 13 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

14.

The allegations of Paragraph 14 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

15.

Admitted.

16.

Admitted

17.

The allegations of Paragraph 17 do not require an answer by Weatherford; however, Weatherford admits that Anadarko seeks to refer to Weatherford U.S. LP and Weatherford International, Inc. collectively as "Weatherford."

18.

The allegations of Paragraph 18 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

19.

Except to admit that the Court has jurisdiction and that venue is proper under Rule F(9) of the Supplemental Rules for Admiralty and Maritime Claims, the allegations of Paragraph 19 of the Original Cross-Claims state only legal conclusions and factual allegations which do not require a response by Weatherford; however, to the extent a response a deemed necessary, the allegations of Paragraph 19 of the Original Cross-Claims are denied.

20.

The allegations of Paragraph 20 of the Original Cross-Claims state only legal conclusions and factual allegations which do not require a response by Weatherford; however, to the extent a

response a deemed necessary, the allegations of Paragraph 20 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

21.

Except to admit that an explosion and fire on the *Deepwater Horizon* occurred on April 20, 2010, that the mobile offshore drilling unit sank, and that an oil spill resulted, the allegations of Paragraph 21 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

22.

Except to admit that a well blowout occurred in Mississippi Canyon Block 252, the allegations of Paragraph 22 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

23.

The allegations of Paragraph 23 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

24.

The allegations of Paragraph 24 of the Original Cross-Claims state only legal conclusions and factual allegations which do not require a response by Weatherford; however, to the extent a response a deemed necessary, the allegations of Paragraph 24 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

25.

The allegations of Paragraph 25 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

26.

The allegations of Paragraph 26 of the Original Cross-Claims state only legal conclusions and factual allegations which do not require a response by Weatherford; however, to the extent a response a deemed necessary, the allegations of Paragraph 26 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

27.

Except to admit that Weatherford was a contractor of BP for the Macondo Well site and provided services, equipment and products for the Macondo Well site, the allegations of Paragraph 27 and its state only legal conclusions and factual allegations which do not require a response by Weatherford; however, to the extent a response a deemed necessary, the remaining allegations of Paragraph 27 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

28.

The allegations of Paragraph 28 of the Original Cross-Claims state only legal conclusions and factual allegations which do not require a response by Weatherford; however, to the extent a response a deemed necessary, the allegations of Paragraph 28 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

29.

The allegations of Paragraph 29 of the Original Cross-Claims state only legal conclusions and factual allegations which do not require a response by Weatherford; however, to the extent a response a deemed necessary, the allegations of Paragraph 29 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

30.

The allegations of Paragraph 30 of the Original Cross-Claims state only legal conclusions and factual allegations which do not require a response by Weatherford; however, to the extent a response a deemed necessary, the allegations of Paragraph 30 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

31.

The allegations of Paragraph 31 of the Original Cross-Claims state only legal conclusions and factual allegations which do not require a response by Weatherford; however, to the extent a response a deemed necessary, the allegations of Paragraph 31 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

32.

The allegations of Paragraph 32 of the Original Cross-Claims state only legal conclusions and factual allegations which do not require a response by Weatherford; however, to the extent a response a deemed necessary, the allegations of Paragraph 32 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

33.

The allegations of Paragraph 33 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

34.

The allegations of Paragraph 34 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

35.

The allegations of Paragraph 35 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

36.

The allegations of Paragraph 36 of the Original Cross-Claims state only legal conclusions which do not require a response by Weatherford; however, to the extent a response a deemed necessary, the allegations of Paragraph 36 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

37.

The allegations of Paragraph 37 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

38.

The allegations of Paragraph 38 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

39.

The allegations of Paragraph 39 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

40.

The allegations of Paragraph 40 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

41.

The allegations of Paragraph 41 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

42.

The allegations of Paragraph 42 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

43.

The allegations of Paragraph 43 of the Original Cross-Claims state only legal conclusions which do not require a response by Weatherford; however, to the extent a response a deemed necessary, the allegations of Paragraph 43 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

44.

The allegations of Paragraph 44 of the Original Cross-Claims state only legal conclusions which do not require a response by Weatherford; however, to the extent a response a deemed necessary, the allegations of Paragraph 44 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

45.

The allegations of Paragraph 45 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

46.

The allegations of Paragraph 46 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

47.

The allegations of Paragraph 47 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

48.

The allegations of Paragraph 48 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

49.

The allegations of Paragraph 49 of the Original Cross-Claims are denied as written.

50.

Except to admit that BP ordered an additional 15 centralizers from Weatherford, the allegations of Paragraph 50 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

51.

The allegations of Paragraph 51 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

52.

The allegations of Paragraph 52 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

53.

The allegations of Paragraph 53 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

54.

The allegations of Paragraph 54 of the Original Cross-Claims state only legal conclusions which do not require a response by Weatherford; however, to the extent a response a deemed necessary, the allegations of Paragraph 54 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

55.

The allegations of Paragraph 55 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

56.

The allegations of Paragraph 56 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

57.

The allegations of Paragraph 57 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

58.

The allegations of Paragraph 58 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

59.

The allegations of Paragraph 59 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

60.

The allegations of Paragraph 60 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

61.

The allegations of Paragraph 61 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

62.

The allegations of Paragraph 62 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

63.

The allegations of Paragraph 63 of the Original Cross-Claims are ambiguous and are denied as written.

64.

The allegations of Paragraph 64 of the Original Cross-Claims are ambiguous and therefore denied as written.

65.

The allegations of Paragraph 65 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

66.

The allegations of Paragraph 66 of the Original Cross-Claims are denied as written as they pertain to Weatherford and are otherwise denied for lack of sufficient information to justify a belief therein.

67.

The allegations of Paragraph 66 of the Original Cross-Claims are ambiguous in part and are denied for lack of sufficient information to justify a belief therein.

68.

The allegations of Paragraph 68 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

69.

The allegations of Paragraph 69 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

70.

The allegations of Paragraph 70 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

71.

The allegations of Paragraph 71 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

72.

The allegations of Paragraph 72 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

73.

The allegations of Paragraph 73 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

74.

The allegations of Paragraph 74 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

75.

. The allegations of Paragraph 75 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

76.

The allegations of Paragraph 76 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

77.

The allegations of Paragraph 77 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

78.

The allegations of Paragraph 78 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

79.

The allegations of Paragraph 79 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

80.

The allegations of Paragraph 80 and its subparts of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

81.

The allegations of Paragraph 81 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

82.

The allegations of Paragraph 82 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

83.

The allegations of Paragraph 83 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

84.

The allegations of Paragraph 84 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 84 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

85.

The allegations of Paragraph 85 and its subparts of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 85 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

86.

The allegations of Paragraph 86 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 86 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

87.

The allegations of Paragraph 87 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 87 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

88.

The allegations of Paragraph 88 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 88 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

89.

The allegations of Paragraph 89 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 89 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

90.

The allegations of Paragraph 90 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed

necessary, the allegations of Paragraph 90 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

91.

In response to the allegations of Paragraph 91 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 90, as if set forth herein *in extenso*.

92.

The allegations of Paragraph 92 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 92 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

93.

The allegations of Paragraph 93 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 93 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

94.

The allegations of Paragraph 94 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 94 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

95.

The allegations of Paragraph 95 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed

necessary, the allegations of Paragraph 95 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

96.

In response to the allegations of Paragraph 96 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 95, as if set forth herein *in extenso*.

97.

The allegations of Paragraph 97 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 97 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

98.

The allegations of Paragraph 98 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 98 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

99.

The allegations of Paragraph 99 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 99 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

100.

In response to the allegations of Paragraph 100 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 100, as if set forth herein *in extenso*.

101.

The allegations of Paragraph 101 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 101 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

102.

The allegations of Paragraph 102 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 102 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

103.

The allegations of Paragraph 103 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 103 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

104.

In response to the allegations of Paragraph 104 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 103, as if set forth herein *in extenso*.

105.

The allegations of Paragraph 105 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 105 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

106.

The allegations of Paragraph 106 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 106 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

107.

The allegations of Paragraph 107 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, Weatherford specifically denies any and all liability to Anadarko and the remaining allegations of Paragraph 107 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

108.

The allegations of Paragraph 108 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 108 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

109.

In response to the allegations of Paragraph 109 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 109, as if set forth herein *in extenso*.

110.

The allegations of Paragraph 110 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 110 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

111.

The allegations of Paragraph 111 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 111 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

112.

The allegations of Paragraph 112 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, Weatherford specifically denies any and all liability to Anadarko and the remaining allegations of Paragraph 112 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

113.

The allegations of Paragraph 113 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed

necessary, the allegations of Paragraph 113 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

114.

In response to the allegations of Paragraph 114 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 113, as if set forth herein *in extenso*.

115.

The allegations of Paragraph 115 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 115 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

116.

The allegations of Paragraph 116 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 116 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

117.

In response to the allegations of Paragraph 117 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 116, as if set forth herein *in extenso*.

118.

The allegations of Paragraph 118 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

119.

The allegations of Paragraph 119 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 119 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

120.

The allegations of Paragraph 120 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 120 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

121.

In response to the allegations of Paragraph 121 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 120, as if set forth herein *in extenso*.

122.

The allegations of Paragraph 122 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

123.

The allegations of Paragraph 123 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 123 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

124.

The allegations of Paragraph 124 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 124 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

125.

In response to the allegations of Paragraph 125 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 124, as if set forth herein *in extenso*.

126.

The allegations of Paragraph 126 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 126 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

127.

The allegations of Paragraph 127 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 127 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

128.

In response to the allegations of Paragraph 128 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 127, as if set forth herein *in extenso*.

129.

The allegations of Paragraph 129 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 129 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

130.

The allegations of Paragraph 130 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 130 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

131.

The allegations of Paragraph 131 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 131 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

132.

In response to the allegations of Paragraph 132 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 131, as if set forth herein *in extenso*.

133.

The allegations of Paragraph 133 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 133 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

134.

The allegations of Paragraph 134 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 134 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

135.

The allegations of Paragraph 135 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 135 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

136.

In response to the allegations of Paragraph 136 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 135, as if set forth herein *in extenso*.

137.

The allegations of Paragraph 137 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 137 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

138.

The allegations of Paragraph 138 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 138 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

139.

The allegations of Paragraph 139 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 139 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

140.

The allegations of Paragraph 140 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 140 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

141.

The allegations of Paragraph 141 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 141 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

142.

In response to the allegations of Paragraph 142 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 141, as if set forth herein *in extenso*.

143.

The allegations of Paragraph 143 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 143 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

{N2299273.1}

144.

The allegations of Paragraph 144 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 144 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

145.

The allegations of Paragraph 145 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 145 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

146.

The allegations of Paragraph 146 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 146 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

147.

In response to the allegations of Paragraph 147 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 146, as if set forth herein *in extenso*.

148.

The allegations of Paragraph 148 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 148 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

149.

The allegations of Paragraph 149 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 149 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

150.

The allegations of Paragraph 150 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 150 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

151.

The allegations of Paragraph 151 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 151 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

152.

In response to the allegations of Paragraph 152 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 151, as if set forth herein *in extenso*.

153.

The allegations of Paragraph 153 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 153 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

154.

The allegations of Paragraph 154 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 154 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

155.

The allegations of Paragraph 155 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 155 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

156.

The allegations of Paragraph 156 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 156 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

157.

The allegations of Paragraph 157 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 157 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

158.

The allegations of Paragraph 158 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed

necessary, the allegations of Paragraph 158 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

159.

In response to the allegations of Paragraph 159 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 158, as if set forth herein *in extenso*.

160.

The allegations of Paragraph 160 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 160 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

161.

The allegations of Paragraph 161 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 161 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

162.

In response to the allegations of Paragraph 162 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 161, as if set forth herein *in extenso*.

163.

The allegations of Paragraph 163 of the Original Cross- Claims are denied for lack of sufficient information to justify a belief therein.

164.

The allegations of Paragraph 164 of the Original Cross- Claims are denied for lack of sufficient information to justify a belief therein.

165.

The allegations of Paragraph 165 of the Original Cross- Claims are denied for lack of sufficient information to justify a belief therein.

166.

The allegations of Paragraph 166 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 166 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

167.

The allegations of Paragraph 167 of the Original Cross-Claims state legal conclusions and factual allegations which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 167 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

168.

The allegations of Paragraph 168 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 168 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

169.

The allegations of Paragraph 169 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed

necessary, the allegations of Paragraph 169 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

170.

The allegations of Paragraph 170 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 170 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

171.

The allegations of Paragraph 171 and its subparts of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 171 and its subparts of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

172.

In response to the allegations of Paragraph 172 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 171, as if set forth herein *in extenso*.

173.

The allegations of Paragraph 173 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 173 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

174.

The allegations of Paragraph 174 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed

necessary, the allegations of Paragraph 174 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

175.

The allegations of Paragraph 175 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 175 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

176.

The allegations of Paragraph 176 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 176 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

177.

In response to the allegations of Paragraph 177 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 176, as if set forth herein *in extenso*.

178.

The allegations of Paragraph 178 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 178 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

179.

The allegations of Paragraph 179 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed

necessary, the allegations of Paragraph 179 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

180.

The allegations of Paragraph 180 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 180 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

181.

In response to the allegations of Paragraph 181 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 180, as if set forth herein *in extenso*.

182.

The allegations of Paragraph 182 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 182 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

183.

The allegations of Paragraph 183 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 183 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

184.

The allegations of Paragraph 184 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed

necessary, the allegations of Paragraph 184 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

185.

In response to the allegations of Paragraph 185 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 184, as if set forth herein *in extenso*.

186.

The allegations of Paragraph 186 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 186 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

187.

In response to the allegations of Paragraph 187 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 186, as if set forth herein *in extenso*.

188.

The allegations of Paragraph 188 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, Weatherford specifically denies any and all liability and the remaining allegations of Paragraph 188 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

189.

The allegations of Paragraph 189 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed

necessary, the allegations of Paragraph 189 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

190.

The allegations of Paragraph 190 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 190 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

191.

The allegations of Paragraph 191 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 191 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

192.

In response to the allegations of Paragraph 192 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 191, as if set forth herein *in extenso*.

193.

The allegations of Paragraph 193 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 193 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

194.

The allegations of Paragraph 194 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed

necessary, the allegations of Paragraph 194 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

195.

The allegations of Paragraph 195 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 195 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

196.

The allegations of Paragraph 196 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 196 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

197.

The allegations of Paragraph 197 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 197 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

198.

In response to the allegations of Paragraph 198 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 197, as if set forth herein *in extenso*.

199.

The allegations of Paragraph 199 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed

necessary, the allegations of Paragraph 199 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

200.

The allegations of Paragraph 200 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 200 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

201.

The allegations of Paragraph 201 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 201 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

202.

The allegations of Paragraph 202 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 202 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

203.

In response to the allegations of Paragraph 203 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 202, as if set forth herein *in extenso*.

204.

The allegations of Paragraph 204 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed

necessary, the allegations of Paragraph 204 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

205.

The allegations of Paragraph 205 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 205 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

206.

The allegations of Paragraph 206 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 206 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

207.

The allegations of Paragraph 207 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 207 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

208.

In response to the allegations of Paragraph 208 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 207, as if set forth herein *in extenso*.

209.

The allegations of Paragraph 209 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed

necessary, Weatherford specifically denies any and all liability and the remaining allegations of Paragraph 209 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

210.

The allegations of Paragraph 210 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 210 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

211.

The allegations of Paragraph 211 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 211 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

212.

The allegations of Paragraph 212 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 212 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

213.

The allegations of Paragraph 213 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 213 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

214.

In response to the allegations of Paragraph 214 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 213, as if set forth herein *in extenso*.

215.

The allegations of Paragraph 215 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

216.

The allegations of Paragraph 216 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

217.

The allegations of Paragraph 217 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 217 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

218.

The allegations of Paragraph 218 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 218 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

219.

The allegations of Paragraph 219 and its subparts of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response

is deemed necessary, the allegations of Paragraph 219 and its subparts of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

220.

The allegations of Paragraph 220 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 220 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

221.

In response to the allegations of Paragraph 221 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 220, as if set forth herein *in extenso*.

222.

The allegations of Paragraph 222 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 222 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

223.

The allegations of Paragraph 223 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 223 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

224.

The allegations of Paragraph 224 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed

necessary, the allegations of Paragraph 224 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

225.

The allegations of Paragraph 225 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 225 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

226.

In response to the allegations of Paragraph 226 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 225, as if set forth herein *in extenso*.

227.

The allegations of Paragraph 227 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 227 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

228.

The allegations of Paragraph 228 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 228 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

229.

The allegations of Paragraph 229 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed

necessary, the allegations of Paragraph 229 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

230.

In response to the allegations of Paragraph 230 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 229, as if set forth herein *in extenso*.

231.

The allegations of Paragraph 231 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 231 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

232.

The allegations of Paragraph 232 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 232 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

233.

The allegations of Paragraph 233 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 233 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

234.

In response to the allegations of Paragraph 234 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 233, as if set forth herein *in extenso*.

235.

The allegations of Paragraph 235 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 235 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

236.

The allegations of Paragraph 236 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 236 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

237.

The allegations of Paragraph 237 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 237 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

238.

The allegations of Paragraph 238 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 238 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

{N2299273.1}

239.

The allegations of Paragraph 239 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 239 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

240.

The allegations of Paragraph 240 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 240 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

241.

The allegations of Paragraph 241 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 241 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

242.

In response to the allegations of Paragraph 242 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 241, as if set forth herein *in extenso*.

243.

The allegations of Paragraph 243 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 243 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

244.

The allegations of Paragraph 244 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 244 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

245.

The allegations of Paragraph 245 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 245 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

246.

The allegations of Paragraph 246 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 246 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

247.

In response to the allegations of Paragraph 247 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 246, as if set forth herein *in extenso*.

248.

The allegations of Paragraph 248 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 248 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

249.

The allegations of Paragraph 249 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 249 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

250.

The allegations of Paragraph 250 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 250 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

251.

The allegations of Paragraph 251 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 251 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

252.

In response to the allegations of Paragraph 252 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 251, as if set forth herein *in extenso*.

253.

The allegations of Paragraph 253 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 253 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

254.

The allegations of Paragraph 254 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 254 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

255.

In response to the allegations of Paragraph 255 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 254, as if set forth herein *in extenso*.

256.

The allegations of Paragraph 256 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 256 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

257.

The allegations of Paragraph 257 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 257 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

258.

The allegations of Paragraph 258 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 258 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

259.

The allegations of Paragraph 259 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 259 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

260.

In response to the allegations of Paragraph 260 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 259, as if set forth herein *in extenso*.

261.

The allegations of Paragraph 261 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 261 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

262.

The allegations of Paragraph 262 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 62 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

263.

The allegations of Paragraph 263 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 263 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

{N2299273.1}

264.

The allegations of Paragraph 264 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 264 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

265.

In response to the allegations of Paragraph 265 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 264, as if set forth herein *in extenso*.

266.

The allegations of Paragraph 266 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 266 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

267.

The allegations of Paragraph 267 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 267 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

268.

The allegations of Paragraph 268 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 268 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

269.

In response to the allegations of Paragraph 269 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 268, as if set forth herein *in extenso*.

270.

The allegations of Paragraph 270 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 270 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

271.

The allegations of Paragraph 271 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 271 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

272.

The allegations of Paragraph 272 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 272 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

273.

In response to the allegations of Paragraph 273 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 272, as if set forth herein *in extenso*.

274.

The allegations of Paragraph 274 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 274 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

275.

In response to the allegations of Paragraph 275 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 274, as if set forth herein *in extenso*.

276.

The allegations of Paragraph 276 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 276 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

277.

The allegations of Paragraph 277 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 277 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

278.

The allegations of Paragraph 278 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 278 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

279.

The allegations of Paragraph 279 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 279 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

280.

The allegations of Paragraph 280 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 280 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

281.

In response to the allegations of Paragraph 281 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 280, as if set forth herein *in extenso*.

282.

The allegations of Paragraph 282 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 282 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

283.

The allegations of Paragraph 283 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 283 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

284.

The allegations of Paragraph 284 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 284 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

285.

The allegations of Paragraph 285 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 285 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

286.

In response to the allegations of Paragraph 286 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 285, as if set forth herein *in extenso*.

287.

The allegations of Paragraph 287 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 287 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

288.

The allegations of Paragraph 288 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 288 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

289.

The allegations of Paragraph 289 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 289 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

290.

The allegations of Paragraph 290 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 290 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

291.

In response to the allegations of Paragraph 291 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 290, as if set forth herein *in extenso*.

292.

The allegations of Paragraph 292 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 292 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

293.

The allegations of Paragraph 293 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 293 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

294.

In response to the allegations of Paragraph 294 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 293, as if set forth herein *in extenso*.

295.

The allegations of Paragraph 295 of the Original Cross-Claims are denied.

296.

The allegations of Paragraph 296 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 296 of the Original Cross-Claims are denied.

297.

The allegations of Paragraph 297 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 297 of the Original Cross-Claims are denied.

298.

The allegations of Paragraph 298 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 298 of the Original Cross-Claims are denied.

299.

The allegations of Paragraph 299 of the Original Cross-Claims are ambiguous and therefore denied.

300.

The allegations of Paragraph 300 of the Original Cross-Claims are denied.

301.

The allegations of Paragraph 301 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 301 of the Original Cross-Claims are denied.

302.

The allegations of Paragraph 302 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 302 of the Original Cross-Claims are denied.

303.

The allegations of Paragraph 303 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 303 of the Original Cross-Claims are denied.

304.

The allegations of Paragraph 304 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 304 of the Original Cross-Claims are denied.

305.

The allegations of Paragraph 305 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 305 of the Original Cross-Claims are denied.

306.

The allegations of Paragraph 306 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 306 of the Original Cross-Claims are denied.

307.

The allegations of Paragraph 307 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 307 of the Original Cross-Claims are denied.

308.

The allegations of Paragraph 308 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 308 of the Original Cross-Claims are denied.

309.

The allegations of Paragraph 309 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 309 of the Original Cross-Claims are denied.

310.

The allegations of Paragraph 310 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 310 of the Original Cross-Claims are denied.

311.

In response to the allegations of Paragraph 311 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 310, as if set forth herein *in extenso*.

312.

The allegations of Paragraph 312 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 312 of the Original Cross-Claims are denied.

313.

The allegations of Paragraph 313 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 313 of the Original Cross-Claims are denied.

314.

The allegations of Paragraph 314 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 314 of the Original Cross-Claims are denied.

315.

The allegations of Paragraph 315 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 315 of the Original Cross-Claims are denied.

316.

In response to the allegations of Paragraph 316 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 315, as if set forth herein *in extenso*.

317.

The allegations of Paragraph 317 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 317 of the Original Cross-Claims are denied.

318.

The allegations of Paragraph 318 of the Original Cross-Claims state legal conclusions which do not require a response by 318; however, to the extent a response is deemed necessary, the allegations of Paragraph 314 of the Original Cross-Claims are denied.

319.

The allegations of Paragraph 319 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 319 of the Original Cross-Claims are denied.

320.

In response to the allegations of Paragraph 320 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 319, as if set forth herein *in extenso*.

321.

The allegations of Paragraph 321 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 321 of the Original Cross-Claims are denied.

322.

In response to the allegations of Paragraph 322 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 321 as if set forth herein *in extenso*.

323.

The allegations of Paragraph 323 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 323 of the Original Cross-Claims are denied.

324.

The allegations of Paragraph 324 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 324 of the Original Cross-Claims are denied.

325.

The allegations of Paragraph 325 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 325 of the Original Cross-Claims are denied.

326.

The allegations of Paragraph 326 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 326 of the Original Cross-Claims are denied.

327.

The allegations of Paragraph 327 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 327 of the Original Cross-Claims are denied.

328.

In response to the allegations of Paragraph 328 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 327, as if set forth herein *in extenso*.

329.

The allegations of Paragraph 329 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 329 of the Original Cross-Claims are denied.

330.

The allegations of Paragraph 330 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 330 of the Original Cross-Claims are denied.

331.

The allegations of Paragraph 331 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 331 of the Original Cross-Claims are denied.

332.

The allegations of Paragraph 332 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 332 of the Original Cross-Claims are denied.

333.

In response to the allegations of Paragraph 333 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 332, as if set forth herein *in extenso*.

334.

The allegations of Paragraph 334 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 334 of the Original Cross-Claims are denied.

335.

The allegations of Paragraph 335 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 335 of the Original Cross-Claims are denied.

336.

In response to the allegations of Paragraph 336 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 335, as if set forth herein *in extenso*.

337.

The allegations of Paragraph 337 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

338.

The allegations of Paragraph 338 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

339.

The allegations of Paragraph 339 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

340.

The allegations of Paragraph 340 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 340 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

341.

The allegations of Paragraph 341 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 341 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

342.

The allegations of Paragraph 342 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 342 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

343.

The allegations of Paragraph 345 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 345 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

344.

The allegations of Paragraph 344 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 344 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

345.

In response to the allegations of Paragraph 345 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 344, as if set forth herein *in extenso*.

346.

The allegations of Paragraph 346 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 346 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

347.

The allegations of Paragraph 3447 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 347 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

{N2299273.1}

348.

The allegations of Paragraph 348 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 348 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

349.

The allegations of Paragraph 349 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 349 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

350.

In response to the allegations of Paragraph 350 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 349, as if set forth herein *in extenso*.

351.

The allegations of Paragraph 351 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 351 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

352.

The allegations of Paragraph 352 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 352 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

353.

The allegations of Paragraph 353 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 353 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

354.

In response to the allegations of Paragraph 354 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 353, as if set forth herein *in extenso*.

355.

The allegations of Paragraph 355 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 355 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

356.

The allegations of Paragraph 356 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 356 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

357.

The allegations of Paragraph 357 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 357 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

358.

The allegations of Paragraph 358 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 358 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

359.

The allegations of Paragraph 359 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 359 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

360.

The allegations of Paragraph 360 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 360 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

361.

The allegations of Paragraph 361 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 361 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

362.

In response to the allegations of Paragraph 362 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 361, as if set forth herein *in extenso*.

363.

The allegations of Paragraph 363 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 363 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

364.

The allegations of Paragraph 364 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 364 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

365.

The allegations of Paragraph 365 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 365 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

366.

The allegations of Paragraph 366 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 366 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

367.

In response to the allegations of Paragraph 367 of the Original Cross-Claims, Weatherford adopts, reaffirms, and incorporates each and every answer, response, denial and defense set forth in Paragraphs 1 through 366, as if set forth herein *in extenso*.

368.

The allegations of Paragraph 368 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 368 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

369.

The allegations of Paragraph 369 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 3 of the Original Cross-Claims are denied for lack of sufficient information to justify a belief therein.

395.

The allegations of Paragraph 395 of the Original Cross-Claims state legal conclusions which do not require a response by Weatherford; however, to the extent a response is deemed necessary, the allegations of Paragraph 396 of the Original Cross-Claims are denied

370.

Weatherford specifically denies that Anadarko is entitled to any of the relief sought in its prayer for relief contained in the Original Cross-Claims.

## **THIRD DEFENSE**

Weatherford shows that neither it nor any of its employees, agents and/or other representatives, or anyone for whom it was responsible, was in any manner negligent or guilty of any acts or omissions or breach of duty in connection with the blowout, explosions, fire, and oil spill occurring on or about April 20, 2010 involving the Macondo well site at Mississippi Canyon Block 252 and the MODU *Deepwater Horizon* and/or any damages, personal injuries or

deaths allegedly sustained by any other party arising out of the blowout, explosions, fire, and oil spill occurring on or about April 20, 2010 made the basis of these proceedings.

### FOURTH DEFENSE

Weatherford pleads the negligence, superseding negligence and/or intervening negligence and/or breach of duty of Transocean, and third parties, and the unseaworthiness of the *Deepwater Horizon* as the proximate cause of the blowout, explosions, fire and oil spill occurring on or about April 20, 2010 made the basis of these proceedings.

### FIFTH DEFENSE

Except as previously admitted, Weatherford denies any allegation contained in any unnumbered and/or omitted paragraphs, preambles or prayers of the Original Cross-Claims.

### COUNTER-CLAIM/CROSS-CLAIM

AND NOW, assuming the role of Counter-Claimant/Cross-Claimant in Limitation, Weatherford avers upon information and belief as follows:

1.

At all material times, Weatherford U.S., L.P. was and is a limited partnership organized and existing under the laws of the State of Louisiana, with its principal place of business located in Houston, Texas and duly qualified to transact business in the State of Louisiana. Weatherford International, Inc. was and is a Delaware corporation, with its principal place of business in Houston, Texas.

2.

At all material times, Anadarko was a party to a Joint Operating Agreement which governed drilling, exploration and production of oil and gas at the Macondo well site at Mississippi Canyon Block 252.

{N2299273.1}

3.

On April 20, 2010, a blowout, explosions, and fire occurred aboard the MODU *Deepwater Horizon*, which was engaged in temporary abandonment activities at the Macondo well site in Macondo Block 252.   The blowout, explosions, and fire caused the sinking of the vessel and resulting oil spill into the Gulf of Mexico.

4.

Upon information and belief, the blowout, explosions, fire, and oil spill were caused by the breach of contract, fault, negligence, inattention to duty, breach of duty, breach of warranty both implied and express, breach of statutory duty, rules and regulations, and other violations of law and contract, which will be shown at the time of trial, on the part of Anadarko.

5.

As a result of the blowout, explosions, fire and oil spill, Weatherford has sustained, and continues to sustain damages and losses in an amount to be shown with particularity at the time of trial.

6.

Weatherford has also been placed on notice, has been sued, and anticipates it will continue to be sued by numerous parties claiming damages as a result of the blowout, explosions, fire, and oil spill, including various private persons, companies and/or governmental entities alleging personal injury, death, property damages, economic damages and other damages resulting from the blowout, explosions, fire, and oil spill occurring on or about April 20, 2010 made the basis of these proceedings.   Additionally, Petitioners in Limitation have tendered numerous claims brought against it in these proceedings to Weatherford pursuant to Rule 14(c) of the Federal Rules of Civil Procedure.

{N2299273.1}

7.

Anadarko is liable to Weatherford for all damages, losses and expenses and defense costs incurred by Weatherford as a result of the blowout, explosions, fire and oil spill as stated above and is further obligated to protect, defend, hold harmless and indemnify Weatherford from all claims brought against it by parties arising out of the blowout, explosions, fire and oil spill, whether under by contract or at law.

8.

Alternatively, Weatherford demands contribution from Anadarko, pursuant to the General Maritime Law of the United States or State Law, as applicable, for its claim made herein and for the claims made against it by third parties and for all costs and expenses related to the blowout, explosions, fire and oil spill occurring on or about April 20, 2010 made the basis of these proceedings.

9.

Weatherford reserves the right to amend its Counter-Claim/Cross-Claim after further information is developed and reserves all other rights, remedies and defenses it might have as a result of the blowout, explosions, fire and oil spill.

WHEREFORE, Weatherford prays that its Answer, Defenses and Claim/Cross-Claim may be deemed good and sufficient, and that after due proceedings have been had that there be judgment in its favor, and awarding Weatherford all damages it is entitled to and indemnification as claimed herein, together with interest, costs, disbursements and attorneys' fees, and for all other relief which the justice of the case requires.   Alternatively, Weatherford demands contribution herein from Moex.

This 20th day of May, 2011.

Respectfully submitted:

*/s/  Glenn G. Goodier*
GLENN G. GOODIER (#06130)
RICHARD D. BERTRAM (#17881)
LANCE M. SANNINO (#29409)
JONES, WALKER, WAECHTER, POITEVENT,
  CARRÈRE & DENÈGRE, L.L.P.
201 St. Charles Avenue. 48th Floor
New Orleans, Louisiana  70170-5100
Telephone:      (504) 582-8174
Facsimile:       (504) 589-8174
ggoodier@joneswalker.com
rbertram@joneswalker.com
lsannino@joneswalker.com

MICHAEL G. LEMOINE, T.A. (#8308)
GARY J. RUSSO (#10828)
DOUGLAS C. LONGMAN, JR. (#8719)
JONES, WALKER, WAECHTER, POITEVENT,
  CARRÈRE & DENÈGRE, L.L.P.
600 Jefferson Street, Suite 1600
Lafayette, Louisiana  70501-5100
Telephone:      (337) 262-9024
mlemoine@joneswalker.com
grusso@joneswalker.com
dlongman@joneswalker.com

*Counsel for Weatherford U.S., L.P. and
Weatherford International, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 20th day of May, 2011, the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, on November 1, 2010.

*/s/  Glenn G. Goodier*