UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG    * | | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE    * | | |
| GULF OF MEXICO, on APRIL 20, 2010 * | | |
| * | | JUDGE BARBIER |
| * | | |
| Relates to: No. 10-2771    * | | MAG. JUDGE SHUSHAN |
| * | | |

*******************************************

**MOTION FOR LEAVE TO FILE
ADDITIONAL SHORT FORM JOINDERS**

NOW INTO COURT, through Liaison Counsel, comes the Plaintiffs' Steering Committee, on behalf of the *Pro Se* (or other) litigants identified in EXHIBIT A, who, in apparent confusion surrounding the procedures set forth on PRE-TRIAL ORDERS NOS. 24 and 25, erroneously either:

• Post-marked or hand-delivered a Plaintiff Profile Form (instead of a Short Form) to the Clerk of Court, on or before April 20, 2011;

• Post-marked or electronically delivered a Short Form on or before April 20 to Liaison Counsel and/or the PSC Depository (instead of the Clerk of Court);

• Attempted to timely file a "form" or other document that was not either the Court-approved Short Form or Plaintiff Profile Form;

• Attempted to file a Short Form untimely; or,

• Attempted to file either a PPF or some other unapproved "form" untimely.

Limitation has not been determined, and there is no prejudice to the Limiting Parties or the other defendants.

**WHEREFORE** Plaintiffs respectfully pray that leave to file the claims identified on EXHIBIT A be granted.

This 22nd day of May, 2011.

Respectfully submitted,

| | |
|---|---|
| /s/   Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No. 11511 |
| **HERMAN HERMAN KATZ & COTLAR LLP** | **DOMENGEAUX WRIGHT ROY & EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: **sherman@hhkc.com** | E-Mail: **jimr@wrightroy.com** |
| *Plaintiffs Liaison Counsel* | *Plaintiffs Liaison Counsel* |

### PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Brian H. Barr | Robin L. Greenwald |
| LEVIN, PAPANTONIO, THOMAS, MITCHELL, ECHSNER & PROCTOR, PA | WEITZ & LUXENBERG, PC |
| | 700 Broadway |
| 316 South Baylen St., Suite 600 | New York, NY  10003 |
| Pensacola, FL 32502-5996 | Office:  (212) 558-5802 |
| Office:  (850) 435-7045 | Telefax: (212) 344-5461 |
| Telefax: (850) 436-6187 | E-Mail:  **rgreenwald@weitzlux.com** |
| E-Mail: **bbarr@levinlaw.com** | |
| | Rhon E. Jones |
| Jeffrey A. Breit | BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P. C. |
| BREIT DRESCHER & IMPREVENTO | |
| 999 Waterside Drive, Suite 1000 | 218 Commerce St., P.O. Box 4160 |
| Norfolk, VA 23510 | Montgomery, AL 36104 |
| Office:  (757) 670-3888 | Office:  (334) 269-2343 |
| Telefax: (757) 670-3895 | Telefax: (334) 954-7555 |
| E-Mail: **jbreit@bdbmail.com** | E-Mail:  **rhon.jones@beasleyallen.com** |
| | |
| Elizabeth J. Cabraser | Matthew E. Lundy |
| LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP | LUNDY, LUNDY, SOILEAU & SOUTH, LLP |
| | 501 Broad Street |
| 275 Battery Street, 29th Floor | Lake Charles, LA  70601 |
| San Francisco, CA  94111-3339 | Office:  (337) 439-0707 |
| Office:  (415) 956-1000 | Telefax: (337) 439-1029 |

Telefax: (415) 956-1008
E-Mail: ecabraser@lchb.com

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA & TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA 70037
Office: (504) 394-9000
Telefax: (504) 394-9110
E-Mail: pcossich@cossichlaw.com

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL 36660
Office: (251) 471-6191
Telefax: (251) 479-1031
E-Mail: rtc@cunninghambounds.com

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399
E-Mail: mike@mikespy.com

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA 70726
Office: (225) 664-4193
Telefax: (225) 664-6925
E-Mail: calvinfayard@fayardlaw.com

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444
E-Mail: ervin@colson.com

E-Mail: mlundy@lundylawllp.com

Michael C. Palmintier
deGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA 70801-1910
Office: (225) 344-3735
Telefax: (225) 344-0522
E-Mail: mpalmintier@dphf-law.com

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW & ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA 70130
Office: (504) 588-1500
Telefax: (504) 588-1514
E-Mail: sterbcow@lksalaw.com

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Office: (214) 521-3605
Telefax: (214) 599-1172
E-Mail: ssummy@baronbudd.com

Mikal C. Watts (PSC)
WATTS GUERRA CRAFT, LLP
Four Dominion Drive, Building 3, Suite 100
San Antonio, TX 78257
Office: (210) 447-0500
Telefax: (210) 447-0501
E-Mail: mcwatts@wgclawfirm.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that the above and foregoing Motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this <u>22nd</u> day of <u>May</u>, <u>2011</u>.

                                                  /s/  James Parkerson Roy and Stephen J. Herman