UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG  "DEEPWATER HORIZON" IN THE  GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179  JUDGE BARBIER |
| Relates to: No. 10-2771 | * * | MAG. JUDGE SHUSHAN |

*******************************************

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE ADDITIONAL SHORT FORM JOINDERS

The Plaintiffs' Steering Committee, on behalf of the litigants identified in EXHIBIT A, respectfully submits the following Memorandum in Support of Motion for Leave to File Additional Short Form Joinders:

**MAY IT PLEASE THE COURT:**

The litigants identified on EXHIBIT A are predominantly *Pro Se* litigants who, in apparent confusion surrounding the procedures set forth on PRE-TRIAL ORDERS NOS. 24 and 25, erroneously either:

- Post-marked or hand-delivered a Plaintiff Profile Form (instead of a Short Form) to the Clerk of Court, on or before April 20, 2011;

- Post-marked or electronically delivered a Short Form on or before April 20 to Liaison Counsel and/or the PSC Depository (instead of the Clerk of Court);

- Attempted to timely file a "form" or other document that was not either the Court-approved Short Form or Plaintiff Profile Form;

- Attempted to file a Short Form untimely; or,

- Attempted to file either a PPF or some other unapproved "form" untimely.

Supplemental Admiralty Rule F(4) gives the Court discretion to permit the late filing of a claim in a limitation action.  Generally speaking, where the issue of limitation has not been determined, and there is no prejudice to the parties, permission is freely granted by the Court.  *See, e.g.,* In re Gladiator Marine, Inc., No.98-2037, 1999 WL 378121 (E.D.La. June 7, 1999); *citing,* Golnoy Barge Co. v. M/T Shinoussa, 980 F.2d 349, 351 (5th Cir.1993); *see also,* Texas Gulf Sulphur Company v. Blue Stack Towing Company, 313 F.2d 359, 362 (5th Cir. 1963) ("so long as the limitation proceeding is pending and undetermined, and the rights of the parties are not adversely affected, the court will freely grant permission to file late claims"); *quoting,* 3 Benedict, ADMIRALTY §518, p. 542 (Knauth ed. 1940).

While, in this case, a Motion for Default has been filed, the Limiting Parties have agreed to delay the entry of default, allowing some time for "the dust to settle".  Limitation has not been determined, and there is no prejudice to the Limiting Parties or the other defendants.

## Conclusion

For the above and foregoing reasons, the Court should grant leave for the Plaintiffs Steering Committee to file, and the Clerk of Court to accept, the claims identified on EXHIBIT A.

This 22nd day of May, 2011.

Respectfully submitted,

   /s/   Stephen J. Herman                              /s/ James Parkerson Roy
**Stephen J. Herman**, La. Bar No. 23129      **James Parkerson Roy**, La. Bar No. 11511
**HERMAN HERMAN KATZ & COTLAR LLP**    **DOMENGEAUX WRIGHT ROY & EDWARDS LLC**

| | |
|---|---|
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhkc.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs Liaison Counsel* | *Plaintiffs Liaison Counsel* |

## PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Brian H. Barr<br>LEVIN, PAPANTONIO, THOMAS, MITCHELL,<br>ECHSNER & PROCTOR, PA<br>316 South Baylen St., Suite 600<br>Pensacola, FL 32502-5996<br>Office: (850) 435-7045<br>Telefax: (850) 436-6187<br>E-Mail: bbarr@levinlaw.com | Robin L. Greenwald<br>WEITZ & LUXENBERG, PC<br>700 Broadway<br>New York, NY 10003<br>Office: (212) 558-5802<br>Telefax: (212) 344-5461<br>E-Mail: rgreenwald@weitzlux.com |
| Jeffrey A. Breit<br>BREIT DRESCHER & IMPREVENTO<br>999 Waterside Drive, Suite 1000<br>Norfolk, VA 23510<br>Office: (757) 670-3888<br>Telefax: (757) 670-3895<br>E-Mail: jbreit@bdbmail.com | Rhon E. Jones<br>BEASLEY, ALLEN, CROW, METHVIN, PORTIS &<br>MILES, P. C.<br>218 Commerce St., P.O. Box 4160<br>Montgomery, AL 36104<br>Office: (334) 269-2343<br>Telefax: (334) 954-7555<br>E-Mail: rhon.jones@beasleyallen.com |
| Elizabeth J. Cabraser<br>LIEFF, CABRASER, HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Office: (415) 956-1000<br>Telefax: (415) 956-1008<br>E-Mail: ecabraser@lchb.com | Matthew E. Lundy<br>LUNDY, LUNDY, SOILEAU & SOUTH, LLP<br>501 Broad Street<br>Lake Charles, LA 70601<br>Office: (337) 439-0707<br>Telefax: (337) 439-1029<br>E-Mail: mlundy@lundylawllp.com |
| Philip F. Cossich, Jr.<br>COSSICH, SUMICH, PARSIOLA & TAYLOR<br>8397 Highway 23, Suite 100<br>Belle Chasse, LA 70037<br>Office: (504) 394-9000<br>Telefax: (504) 394-9110<br>E-Mail: pcossich@cossichlaw.com | Michael C. Palmintier<br>deGRAVELLES, PALMINTIER,<br>HOLTHAUS & FRUGE'<br>618 Main Street<br>Baton Rouge, LA 70801-1910<br>Office: (225) 344-3735<br>Telefax: (225) 344-0522<br>E-Mail: mpalmintier@dphf-law.com |
| Robert T. Cunningham<br>CUNNINGHAM BOUNDS, LLC<br>1601 Dauphin Street, P. O. Box 66705<br>Mobile, AL 36660<br>Office: (251) 471-6191<br>Telefax: (251) 479-1031<br>E-Mail: rtc@cunninghambounds.com | Paul M. Sterbcow<br>LEWIS, KULLMAN, STERBCOW & ABRAMSON<br>601 Poydras Street, Suite 2615<br>New Orleans, LA 70130<br>Office: (504) 588-1500<br>Telefax: (504) 588-1514<br>E-Mail: sterbcow@lksalaw.com |

| | |
|---|---|
| Alphonso Michael "Mike" Espy<br>MORGAN & MORGAN, P.A.<br>188 East Capitol Street, Suite 777<br>Jackson, MS 39201<br>Office: (601) 949-3388<br>Telefax: (601) 949-3399<br>E-Mail: mike@mikespy.com<br><br>Calvin C. Fayard, Jr.<br>FAYARD & HONEYCUTT<br>519 Florida Avenue, SW<br>Denham Springs, LA 70726<br>Office: (225) 664-4193<br>Telefax: (225) 664-6925<br>E-Mail: calvinfayard@fayardlaw.com<br><br>Ervin A. Gonzalez<br>COLSON HICKS EIDSON<br>255 Alhambra Circle, Penthouse<br>Coral Gables, FL 33134<br>Office: (305) 476-7400<br>Telefax: (305) 476-7444<br>E-Mail: ervin@colson.com | Scott Summy<br>BARON & BUDD, P.C.<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219<br>Office: (214) 521-3605<br>Telefax: (214) 599-1172<br>E-Mail: ssummy@baronbudd.com<br><br>Mikal C. Watts (PSC)<br>WATTS GUERRA CRAFT, LLP<br>Four Dominion Drive, Building 3, Suite 100<br>San Antonio, TX 78257<br>Office: (210) 447-0500<br>Telefax: (210) 447-0501<br>E-Mail: mcwatts@wgclawfirm.com |

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that the above and foregoing Memorandum will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 22nd day of May, 2011.

/s/ James Parkerson Roy and Stephen J. Herman