EXHIBIT A

| Last Name | First Name | To Whom Sent | How Sent | Postmarked | Date Rec'd |
|---|---|---|---|---|---|
| Adams | Michael | Depository | Mail | | 2011-04-22 |
| Agami | Leon | Depository | Mail | 2011-04-20 | |
| Allen | Sheri | Depository | E-mail | 2011-04-21 | 2011-04-21 |
| Anderson | Mose | Depository | Mail | 2011-04-19 | |
| Anderson | Schnell | Depository | Mail | | 2011-04-22 |
| Armstead | Brenda | Depository | Mail | 2011-04-20 | 2011-04-22 |
| Aufdencamp | Bradley | Depository | E-mail | 2011-04-20 | 2011-04-20 |
| Bailey | John | Depository | Mail | 2011-04-19 | 2011-04-21 |
| Bendolph | Jennifer | Depository | Mail | 2011-04-20 | 2011-04-22 |
| Benning | Charles | Depository | Mail | 2011-04-20 | 2011-04-22 |
| Bilal | Samuel | Depository | Mail | 2011-04-19 | 2011-04-21 |
| Billingsley | Gary | Depository | Mail | 2011-04-20 | 2011-04-22 |
| Boone | Ronnie | Depository | Mail | 2011-04-19 | 2011-04-21 |
| Boudreaux | Mandy | Depository | E-mail | 2011-04-20 | 2011-04-20 |
| Bourque | George | Depository | Mail | 2011-04-19 | 2011-04-21 |
| Brackett | Kenneth | Depository | Mail | 2011-04-20 | 2011-04-22 |
| Bracy Wilson | Natasha | Depository | Priority Mail | 2011-04-20 | 2011-04-22 |
| Branch | Inett | Depository | Mail | 2011-04-20 | 2011-04-21 |
| Brisbi | Ronald | Depository | Mail | 2011-04-20 | |
| Brisbi | George | Depository | Certified Mail | 2011-04-20 | 2011-04-22 |
| Broussard | Mercedes | HHKC | Certified Mail | 2011-04-19 | 2011-04-20 |
| Brown | Frank | Depository | Mail | 2011-04-26 | |

| Last Name | First Name | To Whom Sent | How Sent | Postmarked | Date Rec'd |
|---|---|---|---|---|---|
| Burts | Michael, Jr. | Depository | Mail | 2011-04-18 | |
| Byrd | Corrine | Depository | Mail | 2011-04-20 | 2011-04-21 |
| Caradine | Queen | Depository | Mail | 2011-04-21 | |
| Carlos | Edward | Depository | Mail | 2011-04-20 | |
| Carmouche | Rosemary | Depository | Mail | 2011-04-25 | |
| Carswell | Scott | Depository | Certified Mail | 2011-04-20 | 2011-04-22 |
| Carter | Donna | Depository | Mail | 2011-04-20 | 2011-04-22 |
| Cesar | Guerly | Depository | Mail | 2011-04-20 | 2011-04-21 |
| Childness | Richard | Depository | Mail | 2011-04-26 | |
| Collette | Kelly | Depository | Mail | 2011-04-25 | |
| Colley | Mary | Depository | Mail | 2011-04-20 | 2011-04-22 |
| Craig | Inell | Depository | Mail | 2011-04-20 | 2011-04-22 |
| Davis | Richard | Depository | Mail | 2011-04-15 | 2011-04-21 |
| Dennis | Timothy | Depository | Mail | 2011-04-20 | 2011-04-22 |
| Dixon | Frances | Depository | Mail | 2011-04-27 | |
| Dixon | Corey | Depository | Mail | 2011-04-20 | 2011-04-22 |
| Dixon | James | Depository | Mail | 2011-04-19 | 2011-04-21 |
| Ellenberg | Drane | Depository | Mail | 2011-04-19 | 2011-04-21 |
| Elliott | Jimmy | Depository | Mail | 2011-04-19 | |
| Farooqui | Faizan | Depository | E-mail | 2011-04-20 | 2011-04-20 |
| Fraley | J.T. | Depository | Mail | 2011-04-19 | 2011-04-21 |
| Frolich | Darryl | Depository | Mail | 2011-04-20 | 2011-04-21 |
| Garbiel | Wade | HHKC | Hand delivery | | 2011-04-21 |
| Godwin | Alicia | Depository | Mail | 2011-04-20 | 2011-04-22 |
| Goff | Wayne | Depository | Mail | 2011-04-19 | 2011-04-21 |

| Last Name | First Name | To Whom Sent | How Sent | Postmarked | Date Rec'd |
|---|---|---|---|---|---|
| Grayol | Catherine | Depository | Mail | 2011-04-21 | 2011-04-22 |
| Griffin | Dora | Depository | Mail | 2011-04-21 | |
| Harrgray | Stacy | Depository | Mail | 2011-04- 27 | |
| Hartfield | Clara | Depository | Mail | 2011-04-19 | 2011-04-21 |
| Haskin, Jr. | Ellis | Depository | Mail | 2011-04-19 | 2011-04-21 |
| Hawkins | Micheal | Depository | Mail | 2011-04-20 | 2011-04-22 |
| Hayes | John | Depository | E-mail | 2011-04-20 | 2011-04-20 |
| Hayes | Arthur | Depository | Mail | 2011-04-26 | |
| Henry | Michel | Depository | Mail | 2011-04-25 | |
| Hill | Ronald | Depository | Certified Mail | 2011-04-20 | 2011-04-22 |
| Hines | Lakesha | Depository | Mail | 2011-04-20 | 2011-04-22 |
| Hobbs | Gregory | Depository | Mail | 2011-04-19 | 2011-04-21 |
| Howard | LaQwanda | Depository | Mail | 2011-04-20 | 2011-04-22 |
| Hughes | Jacqueline | Depository | Mail | 2011-04-26 | |
| Hughes | Elaine | Depository | Mail | 2011-04-20 | 2011-04-22 |
| Hupp | Jason | Depository | Mail | 2011-04-22 | |
| Inman | Ronald | Depository | Mail | 2011-04-20 | 2011-04-22 |
| Jackson | Michael | Depository | Mail | 2011-04-19 | 2011-04-21 |
| Jackson | Yolanda | Depository | Mail | 2011-04-19 | 2011-04-21 |
| Jasper | Alvina | Depository | Mail | 2011-04-19 | 2011-04-21 |
| Jemison | Eloise | Depository | Mail | 2011-04-20 | 2011-04-22 |
| Johnson | Torrey | Depository | Mail | | 2011-04-22 |
| Johnson | Bobby | Depository | Mail | | 2011-04-22 |
| Joseph-Taylor | Yolanda | Depository | Mail | 2011-04-20 | |
| Keys | Ernestine | Depository | Mail | 2011-04-27 | |

| Last Name | First Name | To Whom Sent | How Sent | Postmarked | Date Rec'd |
|---|---|---|---|---|---|
| Kirksey | Linda | Depository | Mail | 2011-04-21 | |
| Lavergne | Dennis | Depository | Mail | 2011-04-27 | |
| LeBant | Ella | Depository | Mail | 2011-04-26 | |
| Lewis | Katrina | Depository | Mail | 2011-04-20 | 2011-04-22 |
| Lopez | Dennis | Depository | Mail | | 2011-04-22 |
| Lott | Bobby | Depository | Mail | 2011-04-19 | 2011-04-21 |
| Lyons | Angela | Depository | Mail | 2011-04-26 | |
| Manning | LaVonne | Depository | Mail | 2011-04-20 | 2011-04-21 |
| Mareno | Frances | Depository | Mail | | |
| McBride | Richard | Depository | Mail | 2011-04-21 | |
| McDonald | Darlene | Depository | E-mail | 2011-04-20 | 2011-04-20 |
| McDonald | Ralph | Depository | E-mail | 2011-04-20 | 2011-04-20 |
| McDuff | Gary | Depository | Mail | 2011-04-19 | 2011-04-21 |
| McNair | Robert | Depository | Mail | | |
| Meredith | Brett | Depository | Mail | 2011-04-20 | 2011-04-21 |
| Mitchell | Levi | Depository | Mail | 2011-04-20 | 2011-04-22 |
| Nelson | Cynthia | Depository | Mail | 2011-04-20 | 2011-04-22 |
| Nero | Isreal, III | Depository | Mail | 2011-04-20 | 2011-04-21 |
| Nichols | Lotte | Depository | E-mail; Tax Form Only-No Short Form | 2011-04-20 | 2011-04-20 |
| Penton | Marlin | Depository | Mail | 2011-04-19 | 2011-04-21 |
| Perera | Malcolm | Depository | Mail | 2011-04-25 | |
| Pierce | Yolande | Depository | Mail | 2011-04-25 | |
| Pierce | Ronald, Jr. | Depository | Mail | 2011-04-20 | 2011-04-22 |
| Redaelli | Aldo | Depository | E-mail | 2011-04-20 | 2011-04-20 |

| Last Name | First Name | To Whom Sent | How Sent | Postmarked | Date Rec'd |
|---|---|---|---|---|---|
| Rice | Melvin | Depository | Mail | 2011-04-19 | 2011-04-21 |
| Richards | Debra | Depository | Mail | 2011-04-22 | |
| Rogers | Chrea | Depository | Mail | 2011-04-19 | 2011-04-21 |
| Rose | Ronald | Depository | Mail | 2011-04-19 | 2011-04-21 |
| Samuels | LeStryet | Depository | Mail | 2011-04-20 | 2011-04-22 |
| Scarabin | Clifford | HHKC | Certified Mail | 2011-04-19 | 2011-04-20 |
| Scarinen | Kathy | Depository | Mail | 2011-04-19 | 2011-04-21 |
| Simmons | Sandraus | Depository | Mail | 2011-04-19 | 2011-04-21 |
| Sprinkles | Quintin | Depository | Mail | 2011-04-22 | |
| Suggs | Patricia | Depository | Mail | 2011-04-20 | 2011-04-22 |
| Tait | Tammy | Depository | Mail | 2011-04-19 | 2011-04-21 |
| Teel | Monica | Depository | Mail | 2011-04-19 | 2011-04-21 |
| Thomas | John, R. | Depository | Mail | | 2011-04-22 |
| Thomas | John, D. | Depository | Mail | | 2011-04-22 |
| Thomas | John, P. | Depository | Mail | | 2011-04-22 |
| Thomas | Debra | Depository | Mail | 2011-04-19 | 2011-04-21 |
| Torres | Leonardo | Depository | Mail | 2011-04-23 | |
| Tran | Vi | Depository | Mail | 2011-04-20 | 2011-04-21 |
| Trash, Jr. | Walter | Depository | Mail | 2011-04-19 | 2011-04-21 |
| Underwood | Frank | Depository | Mail | 2011-04-19 | 2011-04-21 |
| Wallace | Earline | Depository | Mail | 2011-04-20 | 2011-04-21 |
| Walton | William | Depository | Mail | 2011-04-20 | 2011-04-22 |
| Washington Dailey | Sharon | Depository | Mail | | 2011-04-22 |
| Weaver | Ronald | Depository | Mail | 2011-04-19 | 2011-04-21 |
| Whitehead | Linda | Depository | Mail | 2011-04-19 | 2011-04-21 |

| Last Name | First Name | To Whom Sent | How Sent | Postmarked | Date Rec'd |
|---|---|---|---|---|---|
| Whitlock | Harolgn | Depository | Mail | 2011-04-19 | 2011-04-21 |
| Wilson | Shelby | Depository | Mail | 2011-04-20 | 2011-04-22 |
| Windham | Samuel | Depository | Mail | 2011-04-20 | 2011-04-22 |
| Zirlott | Charlene | Depository | Mail | 2011-04-20 | 2011-04-22 |
| Hall | Dawn | Court | Mail; PPF Only | 2011-04-20 | 2011-04-22 |
| Morris | Flynn | Court | Mail; PPF Only | 2011-04-20 | 2011-04-22 |
| Persaud | Nadya | Court | Mail; PPF Only | 2011-04-20 | 2011-04-22 |
| Courtney | Edward | Court | Mail; PPF Only | 2011-04-20 | 2011-04-26 |
| Patel | Mayor | Court | Mail; PPF Only | 2011-04-20 | 2011-04-22 |
| Patel | Pooja | Court | Mail; PPF Only | 2011-04-20 | 2011-04-22 |
| Patel | Kishor | Court | Mail; PPF Only | 2011-04-20 | 2011-04-22 |
| Corey | Teresa | Court | Mail; PPF Only | 2011–04-20 | 2011-04-22 |
| Ratledge | Danny | Court | Mail; PPF Only | 2011-04-20 | 2011-04-22 |
| Adams | John | Court | Mail; PPF Only | 2011-04-20 | 2011-04-22 |
| Ratledge | Patricia | Court | Mail; PPF Only | 2011-04-20 | 2011-04-22 |
| Palmer | Samantha | Court | Mail; PPF Only | 2011-04-20 | 2011-04-22 |
| Palmer | Brian | Court | Mail; PPF Only | 2011-04-20 | 2011-04-22 |

| Last Name | First Name | To Whom Sent | How Sent | Postmarked | Date Rec'd |
|---|---|---|---|---|---|
| Morris | Flynn | Court | Mail; PPF Only | 2011-04-20 | 2011-04-22 |
| Cheryl | Petry | Court | Mail; PPF Only | | 2011-04-21 |
| Carter | Christopher | Court | Mail; PPF Only | 2011-04-19 | 2011-04-21 |
| West | Donald | Court | Mail; PPF Only | 2011-04-19 | 2011-04-21 |
| Petry | James | Court | Mail; PPF Only | | 2011-04-21 |
| Piccini | Dante | Court | Mail; PPF Only | 2011-04-19 | 2011-04-21 |
| Phillips | Gerald | Court | Mail; PPF Only | 2011-04-19 | 2011-04-21 |
| Acosta | Francisco | Court | Mail; PPF Only | 2011-04-20 | 2011-04-21 |
| King | Dorothy | Depository | Mail; PPF Only | | 2011-04-18 |
| Stuebben | Deldon | Court | Mail; PPF Only | 2011-04-20 | 2011-04-21 |
| Matheny | Nancy | Depository | Mail; PPF Only | 2011-04-12 | 2011-04-15 |
| Duplessis | Veronica | Court | Mail; PPF Only | | 2011-04-19 |
| Rohm | Rebecca | | Mail; PPF Only | | 2011-04-20 |
| Rohm | Bernie | | Mail; PPF Only | | 2011-04-20 |
| White | Michael | | Mail; PPF Only | | 2011-04-20 |
| Lockette | Donald | Court | Mail; Letter | 2011-04-15 | 2011-04-18 |

| Last Name | First Name | To Whom Sent | How Sent | Postmarked | Date Rec'd |
|---|---|---|---|---|---|
| Irwin | Michael | Court | Mail; PPF Only | | 2011-04-20 |
| Markham | Wayne | Court | PPF Only | | 2011-04-20 |
| Foster | Jeffery | Court | PPF Only | | 2011-04-20 |
| Kane | Thomas | | PPF Only | | 2011-04-20 |
| Whipple | James | | PPF Only | | 2011-04-20 |
| Patel | Kishor | | PPF & Short Form | | 2011-04-20 |
| Patel | Pooja | | PPF & Short Form | | 2011-04-20 |
| Patel | Mayor | | PPF & Short Form | | 2011-04-20 |
| Jemison | Harry | Court | Mail; PPF Only | | 2011-04-20 |
| Jemison | Debra | Court | Mail; PPF Only | | 2011-04-20 |
| Nelson | Margues | | PPF Only | | 2011-04-20 |
| Adams | John | | PPF Only | | 2011-04-20 |
| Nelson | Melissa | | PPF Only | | 2011-04-20 |
| Detinveaux | Virginia | Court | Letter Only | | 2011-04-20 |
| Cortez | Cathy (Blazing Sun, Inc.) | Court | Mail; PPF Only | 2011-04-15 | 2011-04-18 |
| Wood | Holly | | PPF Only | | 2011-04-18 |
| Hirsch | Alan | Court | Mail; PPF Only | 2011-04-15 | |
| Macaluso | Paul | Court | Mail; PPF & Short Form | 2011-04-18 | |
| Cortez | Curtis | Court | Mail; PPF Only | 2011-04-15 | 2011-04-18 |

| Last Name | First Name | To Whom Sent | How Sent | Postmarked | Date Rec'd |
|---|---|---|---|---|---|
| Fontenot | Daniel | Court | Mail; PPF Only | 2011-04-15 | 2011-04-18 |
| Cox | Paul | Court | Mail; PPF Only 2011 | 2011-04-14 | 2011-04-18 |
| Cortez | Cathy | Court | Mail; PPF Only | 2011-04-15 | 2011-04-18 |
| Henesy | Debbie | Court | Mail; PPF Only | 2011-04-15 | 2011-04-18 |
| Boullion | Brandon | Court | PPF Only | | 2011-04-19 |
| Boullion | Jan | | PPF Only | | 2011-04-19 |
| Sterling | Adrian | | PPF Only | | 2011-04-19 |
| Sterling | Maria | | PPF Only | | 2011-04-19 |
| Cortez | Curtis | Court | Mail; PPF Only | 2011-04-15 | 2011-04-18 |
| Boykin | Deonco | Court | Mail; PPF Only | 2011-04-13 | |
| Munson | Mark | | PPF Only | | 2011-04-15 |
| Jones | Sarah | Depository | Mail; PPF Only | 2011-04-07 | 2011-04-14 |
| Blackmon | Lloyd | Court | Mail; PPF Only | 2011-04-12 | 2011-04-14 |
| Pecoraro | Sarah | Court | Mail; PPF Only | 2011-04-11 | 2011-04-13 |
| Paulk | Trish | Court | Mail; PPF Only | 2011-04-11 | 2011-04-13 |
| Fremont | Tuxene | | PPF Only | | |
| Juarez | Edward | | PPF Only | | |
| Hawkins | Ernest | Court | Mail; PPF Only | 2011-04-08 | 2011-04-11 |
| Jones | James | Depository | Mail; PPF Only | 2011-04-05 | 2011-04-09 |

| Last Name | First Name | To Whom Sent | How Sent | Postmarked | Date Rec'd |
|---|---|---|---|---|---|
| Feagin | James | Depository | Mail; PPF Only | 2011-04-04 | 2011-04-06 |
| Boykin | Karen | Court | Mail; PPF Only | 2011-04-08 | 2011-04-11 |
| Paglia | Albert | Depository | Mail; PPF Only | 2011-02-23 | 2011-04-08 |
| Nelson | Maria | Court | Mail; PPF Only | | 2011-04-08 |
| Hennessee | Patti Jeannette | Court | Mail; PPF Only | 2011-04-05 | 2011-04-07 |
| Gibson | Larry | | Short Form, Financial Info. & Cd Enclosed | 2011-03-25 | |
| Strickland | Theodore | Court | Mail; PPF Only | 2011-04-05 | 2011-04-06 |
| Cutrone | Candace | Court | Mail; PPF Only | 2011-04-05 | 2011-04-06 |
| Orrell | Darren | Court | Mail; PPF Only | 2011-04-04 | 2011-04-06 |
| Blume | Jack, JR. | Court | Mail; PPF Only | 2011-03-31 | 2011-04-04 |
| Blume | Jack, Jr. | Court | Mail; PPF Only | 2011-03-31 | 2011-04-04 |
| Munson | Mark, Sr. | | PPF Only | | |
| Friedlander | Nathan | Court | Mail; PPF Only | 2011-03-25 | 2011-03-28 |
| Roney | Aubrey | | PPF Only | | 2011-03-28 |
| Giles | Joseph | | PPF Only | | 2011-0-3-28 |
| Malone | Carlton | Court | Mail; PPF Only | 2011-03-24 | 2011-03-28 |
| Love | Malcolm | Depository | Mail | 2011-05-02 | |

| Last Name | First Name | To Whom Sent | How Sent | Postmarked | Date Rec'd |
|---|---|---|---|---|---|
| Williams | Salanda | Depository | Mail | 2011-05-02 | |
| Adams Produce Company | | | Short Form & Letter | | |
| Roberson | Boyce | MDL | E-mail | 2011-05-03 | 2011-05-03 |
| Collette | Terry | Depository | Mail | 2011-04-28 | |
| Smith | Emily | Depository | Mail | 2011-04-28 | |
| Buxton | Ray | Depository | Mail | 2011-04-29 | |
| Smith | Santez | Depository | Mail | 2011-05-03 | 2011-05-05 |
| Davis | Joshua | Depository | Mail | 2011-05-03 | 2011-05-05 |
| Smedley | Willie | Depository | Mail | 2011-05-03 | 2011-05-05 |
| Hartley | Fonterris | Depository | Mail | 2011-05-04 | 2011-05-06 |
| Hosty | Damon | Depository | Mail | 2011-05-04 | 2011-05-06 |
| Tisdale | Rachel | Depository | Mail; Short Form & Financial Info. | 2011-05-06 | 2011-05-09 |
| Anderson | Joseph | Depository | Mail | 2011-05-06 | 2011-05-09 |
| J & W Paarlberg | | Depository | Mail; Letter | 2011-05-06 | 2011-05-09 |
| Hinton | Kenn | | Counsel Contact Form & PPF | | |
| Fonseca | Kim | Depository | Mail | 2011-05-10 | 2011-05-11 |
| Duran | Melissa | Depository | Mail | 2011-05-10 | 2011-05-11 |
| Golden | Bobby | Depository | Mail | 2011-05-11 | 2011-05-13 |
| Carll | Judy | Depository | Mail | 2011-05-11 | 2011-05-13 |
| French | Lance | Court | Mail; PPF Only | 2011-04-25 | 2011-04-27 |

| Last Name | First Name | To Whom Sent | How Sent | Postmarked | Date Rec'd |
|---|---|---|---|---|---|
| Poirson | Patrick | Court | Mail; PPF Only | 2011-04-22 | |
| Reno | Priscilla | Court | Mail; PPF Only | 2011-04-21 | 2011-04-22 |
| Reno | Frank Jr. | Court | Mail; PPF Only | 2011-04-21 | 2011-04-22 |
| Creamer | Walter | Court | Mail; PPF Only | 2011-04-19 | 2011-04-25 |
| Bourgeois | Theophile | Court | Mail; Misc. Form | 2011-04-22 | 2011-04-25 |
| Tessitore | Vincent Jr. | Court | Mail; Misc. Form | 2011-04-22 | 2011-04-25 |
| Jean Robert | Julio | Depository | Mail | 2011-05-09 | 2011-05-12 |
| Stander | Darren | Depository | Mail | 2011-05-11 | 2011-05- 12 |
| Leger | Macarthur | Depository | Mail | 2011-05-13 | |
| Zimero | Andremian | Depository | Mail | 2011-05-12 | |
| Herrera | Leslie | Depository | Mail | 2011-05-12 | |