UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 |
| | * | JUDGE BARBIER |
| Relates to: No. 10-2771 | * | MAG. JUDGE SHUSHAN |

*******************************************

## ORDER

**CONSIDERING** the plaintiffs' Motion for Leave to File Additional Short Forms:

**IT IS ORDERED** that the Plaintiffs' Steering Committee is hereby granted leave to file, and the Clerk of Court shall accept, the claims identified as EXHIBIT A into the record of Civil Action No. 10-8888, which shall be considered timely filed claims in the Transocean Limitation, (Civil Action No. 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pre-Trial Orders Nos. 24 and 25.

**SIGNED** this ___ day of May, 2011.

_____
**Hon. Carl J. Barbier**
**U.S. District Court Judge**