UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, on APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| | * | |
| Relates to: No. 10-2771 | * | MAG. JUDGE SHUSHAN |
| | * | |

******************************************

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that, subject to PRE-TRIAL ORDER NO. 15, Plaintiffs' Motion for Leave to File Additional Short Forms has been tentatively set for Wednesday, June 8, 2011, at 9:30 a.m.

Respectfully submitted,

/s/   Stephen J. Herman
**Stephen J. Herman**, La. Bar No. 23129
**HERMAN HERMAN KATZ & COTLAR LLP**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 569-6024
E-Mail: **sherman@hhkc.com**
*Plaintiffs Liaison Counsel*

/s/ James Parkerson Roy
**James Parkerson Roy**, La. Bar No. 11511
**DOMENGEAUX WRIGHT ROY & EDWARDS LLC**
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233-3033
Fax No. (337) 233-2796
E-Mail: **jimr@wrightroy.com**
*Plaintiffs Liaison Counsel*