UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : | MDL NO. 2179 SECTION: J JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:** 2:10-CV-04536-CJB-SS *(United States v. BP Exploration & Production, Inc., et al.)* | : : : : : | MAG. JUDGE SHUSHAN JURY TRIAL DEMANDED |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**NOTICE OF STIPULATED DATE FOR RESPONSE TO THIRD PARTY COMPLAINT**

To provide for uniform response date **IT IS STIPULATED AND AGREED** by BP Exploration & Production, Inc., ("BP") and Cameron International Corporation, ("Cameron") and their respective attorneys of record that Cameron shall file and serve its answer and/or response to the third-party claims of BP on or before Monday, June 20, 2011.

SO STIPULATED AND SO NOTICED:

1056991v.1

| *For BP Exploration & Production, Inc.* | *For Cameron International Corporation* |
|---|---|
| Don K. Haycraft<br>R. Keith Jarrett<br>LISKOW & LEWIS<br>One Shell Square<br>701 Poydras Street, Suite 5000<br>New Orleans, Louisiana  70139-5099<br>Telephone:  (504) 581-7979<br>Facsimile:  (504) 556-4108<br><br>Richard C. Godfrey, P.C.<br>J. Andrew Langan, P.C.<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, Illinois  60654<br>Telephone:  (312) 862-2000<br>Facsimile:  (312) 862-2200<br><br>Robert C. "Mike" Brock<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW<br>Telephone:  (202) 662-5985<br>Facsimile:  (202) 662-6291 | Phillip A. Wittmann<br>Carmelite S. Bertaut<br>Keith B. Hall<br>Jared Davidson<br>STONE PIGMAN WALTHER WITTMANN L.L.C.<br>546 Carondelet Street<br>New Orleans, Louisiana  70130<br>Telephone:  (504) 581-3200<br>Facsimile:  (504) 581-3361<br><br>David J. Beck, T.A.<br>Joe W. Redden, Jr.<br>David W. Jones<br>Geoffrey Gannaway<br>BECK, REDDEN & SECREST, L.L.P.<br>One Houston Center<br>1221 Mckinney, Suite 4500<br>Houston, Texas  77010-2010<br>Telephone:  (713) 951-3700<br>Facsimile:  (713) 951-3720 |

1056991v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Stipulated Date for Response to Third Party Complaint has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of May, 2011.

/s/ Phillip A. Wittmann

1056991v.1