UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : : : : | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

### LIAISON COUNSEL MEMORANDUM
### PROVIDING REPORT FOR 5/26/11 STATUS CONFERENCE

Liaison Counsel submit this report for the status conference on May 26, 2011.

**1. Pre-Trial Orders:**

Since the last status report for the conference on April 29, the Court has entered PTO 35 (Amendment to PTO 30 regarding USA sample disposal) and PTO 36 (Amendment to PTO 1 and 14 regarding communications between PSC, USA, and States).

**2. The Status of the JPML Proceedings:**

Since the parties submitted the last status report on April 26, 2011, the JPML has issued five new Conditional Transfer Orders conditionally transferring eleven additional cases to this Court. To date, a total of twenty-two CTOs have been issued. Currently, there are

966,559 —1—

approximately 494 total cases that have been transferred to MDL 2179. As a result of dismissals, currently only 433 cases are active before the Court. Of the active cases, 317 have been transferred by the JPML. The following issues remain undecided:

- One objection was filed to CTO-16, and the Panel has set a briefing schedule under which briefing will not be completed until June 1, 2011. It is unlikely that the objection will be resolved until the next Panel hearing scheduled for July 28, 2011.

- Halliburton filed an objection to the transfer of its claims against the BP Defendants, which were included in CTO-18. The Panel has set a briefing schedule that extends into June, and it is unlikely that the Panel will resolve the objection until its next hearing session scheduled July 28, 2011.[1]

### 3. Short-Form Joinders

The PSC has filed a motion for leave to file additional short-form joinders.(Record Doc. No. 2504).

### 4. Status of State-Filed Lawsuits:

At least forty-one Deepwater Horizon-related lawsuits are now pending in various state courts. This total reflects a significant number of related cases filed on or around April 20, 2011, of which a substantial number may yet be removed to federal court. The state courts with pending related actions include Baldwin County, Alabama (one case); Mobile County, Alabama (three cases); Harris County, Texas (eight cases); Galveston County, Texas (three cases); Cameron Parish, Louisiana (one case); Jefferson Parish, Louisiana, (six cases); Lafourche Parish, Louisiana (one case); Orleans Parish, Louisiana (one case); Plaquemines Parish, Louisiana (two

---

[1] Attached is a chart showing the status of the Conditional Transfer Orders.

cases); Terrebonne Parish, Louisiana (two cases); Collier County, Florida (one case); Hillsborough County, Florida (one case); Okaloosa County, Florida (one case); Harrison County, Mississippi (one case); New Castle County, Delaware (eight cases); and Gwinnett County, Georgia (one case). These cases include:

- Twenty-three personal injury suits, including (1) thirteen suits brought by plaintiffs alleging injuries sustained in the April 20, 2010 incident and (2) ten suits brought by oil spill response workers;
- One breach of contract suit filed by a manufacturer of containment boom;
- Thirteen lawsuits alleging commercial losses and/or diminished real property value as a result of the oil spill;
- One suit alleging primarily the breach of a lease of oil spill response equipment;
- One suit filed by the District Attorney for the Parish of Cameron, Louisiana, alleging civil liability for unlawfully killing or harming Louisiana wildlife;
- One breach of contract suit by the owner/operator of a vessel participating in the Vessels of Opportunity oil spill response program; and
- One suit alleging real property damage resulting from oil spill response staging operations conducted on plaintiff's property.

Motion practice, written discovery, and fact witness depositions have been proceeding in some state court cases. Defendant BP is working with Special Master McGovern to encourage coordination of any such state court discovery with discovery in MDL 2179 and with this Court.

Seven non-derivative Texas cases remain stayed by the Multidistrict Litigation Panel of Texas pending its decision on BP Exploration & Production Inc.'s motion to transfer those cases to a state-level MDL. On April 4, 2011, BP filed a supplement to its motion to transfer asking

the Texas MDL panel to stay several newly-filed Texas state court cases while it considers BP's transfer motion.

In addition to the thirty-six cases discussed above, there are eight shareholder derivative lawsuits related to the Deepwater Horizon incident currently pending in at least four state jurisdictions, including Louisiana, Delaware, Texas (consolidated litigation), and Alaska (consolidated litigation). Most of this state court litigation has been stayed in favor of MDL 2185, discussed below. State courts in Louisiana, Texas, and Delaware have entered orders staying the state court derivative litigation in deference to the consolidated federal derivative case in MDL 2185. On January 25, 2011, BP moved to stay the remaining Alaska litigation, and its motion remains pending. The Alaska court heard argument on motions to dismiss and stay on March 23, 2011.

**5. Status of MDL-2185:**

Securities Litigation. Two consolidated amended complaints have been filed. Motions to dismiss were filed on May 6.

Derivative Litigation. A consolidated amended complaint was filed February 4; a motion to dismiss was filed on March 21. That motion will be fully briefed on May 25.

ERISA Litigation. A consolidated amended complaint is due on May 27; responsive pleadings are due July 26.

Discovery Coordination. In all three cases, plaintiffs' counsel have entered into stipulations with BP for access to BP's MDL 2179 document production pending resolution of whether any of the MDL 2185 claims will survive Rule 12 motion practice. MDL 2185

plaintiffs have been attending MDL 2179 depositions pursuant to this Court's PTO 17 and 27. In some cases, BP has agreed to make certain BP deponents available for extra time to allow questioning by MDL 2185 counsel.

**6. Written and Deposition Discovery:**

Extensive written discovery and document production is underway. As of the date of the status conference, 77 depositions will have been taken and as many as 96 depositions have been scheduled for the remainder of May, June, and July. BP alone has produced more than 2 million pages of documents. 2100 documents have been marked as deposition exhibits. There are many days scheduled with two, three, four, five, and even eight depositions proceeding simultaneously. The parties have been meeting with Magistrate Judge Shushan almost every Friday to schedule depositions and discuss pending discovery issues.

7. **State of Louisiana/BP Joint Motion to Stay:**

On April 29, 2011, the State of Louisiana and the BP Parties filed a joint motion to stay certain claims by the State in its First Amended Complaint relative to the Memorandum of Understanding between them relating to seafood testing, marketing, and tourism issues. *See* Record Doc. No. 2196, relating to 10-3059 and 11-516.

**8. Insurance Coverage – Case Management Order:**

The parties have met and conferred regarding a scheduling order and have agreed on some, although not all, terms of a proposed order. The parties agreed to submit their proposed scheduling orders with the Court on May 23 and then to submit the terms on which they have been unable to reach agreement to Magistrate Judge Shushan for resolution at her regular conference after this status conference.

7. **BOP Status:**

Pursuant to the Court's Orders of March 25 and April 19, 2011 (with approval of the Protocol and DNV contract), further testing of the BOP is being conducted under the auspices of the Court by DNV at NASA/Michoud.

8. **Cement Testing Status:**

Cement testing protocols have been submitted to the Joint Investigative Team. The United States is contracting with an independent laboratory to conduct analysis of the sample.

9. **Motions Set for Oral Argument**

The Court has scheduled a hearing on Defendants' Motions to Dismiss the B1, B3, and D1 Master Complaints following the Status Conference on Thursday, May 26, 2011.

10. **Discussion of FRCP 41 dismissals**:

In the context of the Court's entry of PTO 34, dealing with voluntary dismissals of cases, the question has arisen of appropriate means of allowing pro se and other plaintiffs a mechanism of dismissing their joinders because of settlements with GCCF or for other reasons.

11. **Vessels of Opportunity Case Management**:

The PSC and BP will report on discussion concerning Case Management Order.

If the Court has any questions, all parties will be prepared to address them at Friday's conference.

Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108

and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL  60654
312-862-2000 (Tel)
312-862-2200 (Fax)

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
202-662-5985

**Attorneys for BP America Production Company and BP Exploration & Production Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23th day of May, 2011.

/s/ Don K. Haycraft

417652124.