# COMMUNICATIONS BETWEEN CAMERON AND DNV

# REGARDING ADDITIONAL BOP TESTING

# BEGINNING APRIL 21, 2011 THROUGH MAY 18, 2011

Exhibit A,
Submitted by Cameron International Corporation, May 20, 2011

BRS Beck Redden & Secrest
A Registered Limited Liability Partnership

DAVID W. JONES
djones@brsfirm.com

April 21, 2011

Re:     MDL No. 2719; *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010;* In the U.S. District Court, Eastern District of Louisiana

_____

Mark Cohen                                                    ***By Email (mcohen@cgptexas.com)***
Cohen, Gorman & Putnam, L.L.P.
1010 Lamar Street, Suite 1000
Houston, Texas 77002-6314

Dear Mark:

        I write concerning DNV's request that Cameron International Corporation ("Cameron") produce certain information and materials as called for in the third attachment to the contract between BP Exploration & Production, Inc. (as customer) and Det Norske Veritas (U.S.A.), Inc. for forensic study of the Deepwater Horizon blowout preventer, as noted below:

2.      *Procedures, tools or special equipment the manufacturer requires or recommends required to remove the annulars, from the LMRP for further inspection, examination and testing and any tools or equipment required to disassemble the annular elements and donuts.*

        The instructions for disassembly of the annular from the LMRP are set forth on pages 1-24 through 1-25 of the Deepwater Horizon TL BOP Stack Operations and Maintenance Manual. The instructions for disassembly of the annular are set forth on pages 3-81 through 3-84 of the Deepwater Horizon TL BOP Stack Operations and Maintenance Manual. It is our understanding that DNV has a copy of this document. Please let us know if DNV needs additional information in response to this request.

4.      *Mark II Subsea Electronic Module Operations and Maintenance Manual (if different from Volumes I-8 of the Cameron Manuals)*

        Cameron does not have a Mark II Subsea Electronic Module Operations and Maintenance Manual for the Deepwater Horizon other than the RBS-8D Multiplex Control System manuals. It is our understanding that DNV has copies of these documents. Please let us know if DNV needs additional information in response to this request.

One Houston Center
1221 McKinney Street, Suite 4500 – Houston, Texas 77010
Telephone 713.951.3700 – Facsimile 713.951.3720
www.brsfirm.com

383.00017/479362.1

Mark Cohen
April 21, 2011
Page 2

5.      *Mark II Control Pod Test Stand with receptacles*

Cameron has a Mark II Control Pod Test Stand that is currently available for shipment to Michoud.  If requested, it will take approximately 10 days or more for preparation, transportation, and reassembly.  Cameron will need to have the test stand back in its facilities by approximately May 23.  *Please note that Cameron does not have a riser receptacle for use with the test stand.*

6.      *Subsea Electronic Module – Test Stand (already on site)*

This test stand was provided by Cameron in connection with DNV's prior work.  We understand that it is still at the Michoud site.  Please let us know if this is incorrect.

13.     *Hydraulic test bench or test set-up for testing solenoids 103Y/B and 3A (Part No. 223290-63)*

Cameron does not have a hydraulic test bench or test set-up for testing solenoids that can be shipped to Michoud.

14.     *Materials, tools, special equipment and procedures or practices required to disassemble the ram bonnets*

The instructions for disassembly of ram bonnets are set forth on pages 3-43 through 3-48 and 3-57 through 3-59 of the Deepwater Horizon TL BOP Stack Operations and Maintenance Manual.  It is our understanding that DNV has a copy of this document.  Please let us know if DNV needs additional information in response to this request.

16.     *Materials, tools and special equipment (e.g. a hydraulic test stinger) used to test integrity or pressure retaining capability of the hydraulic circuits of the lower BOP and the Lower Marine Riser Package*

Cameron does not have these materials.

We continue to work on the other requests.

Very truly yours,

David W. Jones

cc:     David J. Beck                                                              ***By Email***
        Carmelite M. Bertaut                                                       ***By Email***

383.00017/479362.1

# COHEN, GORMAN & PUTNAM, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW

1010 LAMAR STREET, SUITE 1000
HOUSTON, TEXAS 77002-6314
TELEPHONE:  (713) 224-0628
FACSIMILE: (713) 224-7487

Email:  mcohen@cgptexas.com

April 22, 2011

*Via Email (pdf): djones@brsfirm.com*

Mr. David W. Jones
Beck, Redden & Secrest, L.L.P.
One Houston Center
1221 McKinney Street, Suite 4500
Houston, Texas 77010

> MDL No. 2719; *In re: Oil Spill by the Oil Rig*
> *"Deepwater Horizon" in the Gulf of Mexico, on*
> *April 20, 2010*; In the U.S. District Court, Eastern
> District of Louisiana -
> Our File: 01699

Dear David:

Thank you for your emailed letter in pdf dated April 21, 2011, to which this responds in similarly numbered paragraphs.  The notes below were generated by DNV's technical team at the Michoud facility, who are responsible to perform the testing, and if they raise issues please revert promptly and in detail in the interest of keeping the technical processes on track.

2)  DNV is in possession of a copy of the Deepwater Horizon TL BOP Stack Operations and Maintenance Manual and in particular the specific pages you referred to in your letter dated April 21, 2011.  DNV will revert to Cameron if further information is required to complete the work on the annulars as proposed in the Test Protocol (R. Doc 1757).

4)  DNV is in possession of a copy of the RBS-8D Multiplex Control System manual. DNV will revert to Cameron if further information is required to complete the work on the Subsea Electronic Modules as proposed in the Test Protocol (R. Doc 1757).

5)  DNV intends to begin the tests of the Control Pods as described in the approved Test Protocol (R. Doc 1757) as early in May 2011 as is practicable.  Presently the start date appears

April 22, 2011                                                                                    Page 2

to fall on or a few days before May 9, 2011. To complete that work, DNV requires a Control Pod Test Stand. DNV understands that Transocean may be able to supply Cameron a 'riser' receptacle, which you report Cameron lacks. In view of Cameron's reported 10 day lag time while the equipment is prepared, shipped, and reassembled, and in view of possible scheduling changes that may advance the test date, DNV requests Cameron to ship the Test Stand to the NASA-Michoud Test Site and assemble it now. We simultaneously request Transocean, who via counsel are reading this note in copy, to cooperate with Cameron, so that the riser receptacle can be installed as required and the Test Stand erected well before the required tests are scheduled to begin. DNV further requests that Cameron make available an experienced, qualified or certified technician to operate a Portable Electronic Test Unit (PETU) during the week of May 9, 2011 to assist with completing the required tests. Should the date of the technician's service significantly change, DNV shall advise.

6)   DNV confirms that a Subsea Electronic Module Test Stand is available at the NASA-Michoud Test Site.

13) DNV requests Cameron's and BP's immediate assistance to identify a source, such as a supplier or laboratory, that can supply a 'test bench' to complete the tests of the solenoids as described in the Test Protocol (R. Doc 1757).

14) DNV is in possession of a copy of the Deepwater Horizon TL BOP Stack Operations and Maintenance Manual and in particular the specific pages as referred to in the letter of 21 April. DNV will revert to Cameron if further information is required to disassemble the ram bonnets as proposed in the Test Protocol (R. Doc 1757).

16) DNV requests Cameron's and BP's immediate assistance to identifying a source, such as a supplier or fabrication shop, that can supply a 'test stinger' as described in the Test Protocol (R. Doc 1757). DNV further requests Cameron immediately supply detailed drawings or similar design specific information regarding the female receptacles mounted to the Deepwater Horizon's Lower Marine Riser Package and the lower section of the BOP stack, so that such a device may be fabricated. If as the Original Equipment Manufacturer Cameron considers that a 'test stinger' cannot be fabricated to complete the tests of the hydraulic circuits as described in the Test Protocol (R. Doc. 1757) DNV requests Cameron's and BP's immediate assistance in identifying the best alternative approach(es) to complete those tests.

Please note that time is of the essence in the performance of these tasks. DNV thanks you for your cooperation.

April 22, 2011                                                                 Page 3

                                              Very truly yours,

                                              COHEN, GORMAN & PUTNAM, L.L.P.

                                              By: _____
                                                     Mark Cohen

MC:akr
01699/ltr.BRS-David Jones.04/22/11

cc:     David J. Beck
        *Via Email (pdf):*

        Carmelite M. Bertaut
        *Via Email (pdf):*

        Robert R. Gasaway
        *Via Email (pdf)*

        David E. Grassmick
        *Via Email (pdf)*

        Kerry Miller
        *Via Email (pdf)*



DAVID W. JONES
djones@brsfirm.com

April 22, 2011

Re:     MDL No. 2719; *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010;* In the U.S. District Court, Eastern District of Louisiana

---

Mark Cohen                                                    *By Email (mcohen@cgptexas.com)*
Cohen, Gorman & Putnam, L.L.P.
1010 Lamar Street, Suite 1000
Houston, Texas 77002-6314

Dear Mark:

I write concerning DNV's request that Cameron International Corporation ("Cameron") produce certain information and materials as called for in the third attachment to the contract between BP Exploration & Production, Inc. (as customer) and Det Norske Veritas (U.S.A.), Inc. for forensic study of the Deepwater Horizon blowout preventer, as noted below:

5.      *Mark II Control Pod Test Stand with receptacles*

The availability of a control pod test stand was addressed in my letter of April 21.   Today I received a voice mail message from Gary Kenney informing me that DNV has secured a riser receptacle from the Deepwater Nautilus and asking where it should be shipped for use with the test stand.   The receptacle should be sent to

Cameron
6650 Bingle Road
Houston, Texas 77092
Attn: Brad Johnson

Cameron would prefer that it arrive after 6:00 am on Mon., April 25.   If it must be delivered on Saturday, the following individuals should be contacted:

6:00 am to 2:00 pm – Reynaldo Arguello/Rodolfo Aguilar (at the facility)
After 2:00 pm – Ronnie Wathough (on call, 713-927-5803).

One Houston Center
1221 McKinney Street, Suite 4500 – Houston, Texas 77010
Telephone 713.951.3700 – Facsimile 713.951.3720
www.brsfirm.com

383.00017/479497.1

Mark Cohen
April 22, 2011
Page 2

Additionally, as noted in my letter of April 21, it will take approximately 10 days or more for preparation, transportation, and reassembly of the test stand.  Please let me know when DNV anticipates that the test stand will be used at Michoud.

7.      *Portable Electronic Test Unit (PETU) – TWO (2) each (one of which already on site)*

It is our understanding that additional PETUs are still in the red Conex box at Michoud.

Very truly yours,

David W. Jones

cc:     Gary D. Kenney                                          ***By Email***
        David J. Beck                                            ***By Email***
        Carmelite M. Bertaut                                    ***By Email***

383.00017/479497.1

# Bertaut, Carmelite

| | |
|---|---|
| **From:** | Mark Cohen [mcohen@cgptexas.com] |
| **Sent:** | Sunday, April 24, 2011 11:01 AM |
| **To:** | 'David Jones' |
| **Cc:** | 'David Beck'; Bertaut, Carmelite; Amund.W.Skou@dnv.com; rcolvin@cgptexas.com; 'David Grassmick'; dgilbert@cgptexas.com; arhodes@cgptexas.com |

**Subject:** DWH - BOP Testing - Information Request to Cameron - 01699

David,

Please contact Cameron and ask them to provide the following information to DNV.  This information is on a critical path for developing lifting plans required by NASA.  As a result, kindly ask Cameron to revert as soon as possible.

1. Confirm that the weight of the Upper and Lower Annulars on the Deepwater Horizon Blowout Preventer is 40,632 pounds (18,430 kg) as noted in Cameron's drawing SK-013908-03 (pg 3-74) of the Operation and Maintenance Manual for the Deepwater Horizon TL BOP Stack? If the actual weights of the Upper and Lower Annulars are different from that stated above, will Cameron provide the actual weights.

2. Provide the weight of the quick release top of the annular assemblies as depicted in Cameron's drawing SK-13908-03 that were fitted to the Deepwater Horizon BOP.

3. Provide the weight for the upper and lower annular 'bodies' (i.e. the annular bodies without the quick release top) as fitted to the Deepwater Horizon BOP.

4. Provide the weight for the annular packers, elements and donuts.

5. Provide the weight of the Lifting Frame that is attached to the LMRP frame of the Deepwater Horizon BOP.

If these requests are unclear, please revert soonest, and perhaps suggest who the team at Michaud might call to facilitate the information exchange.  Thank you for your continuing courtesy and cooperation.

Regards,
Mark


Mark Cohen
Cohen, Gorman & Putnam, L.L.P.
1010 Lamar Street, Suite 1000
Houston, Texas 77002-6314

Office Phone: 713-224-0628
Fax:  713 224-7487
Email: mcohen@cgptexas.com
Mobile Phone: 832-725-6750
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIALITY STATEMENT
This communication, all related responses and any attachments are intended for the use of the addressee(s) only, and may contain information that is PRIVILEGED, CONFIDENTIAL, and may contain ATTORNEY WORK PRODUCT.  If you are not the intended recipient of this communication, you are hereby notified that dissemination of this communication is strictly prohibited.  If you have received this communication in error,  please delete all electronic copies of this message and its attachments, destroy any hard copies you may have created and notify Mark Cohen or the Office Manager the above email address and telephone number 713-224-0628.

5/19/2011

**From:** Mark Cohen
**Sent:** Friday, April 22, 2011 3:21 PM
**To:** David Jones
**Cc:** David Beck; Carmelite Bertaut; Amund.W.Skou@dnv.com; rcolvin@cgptexas.com; dgilbert@cgptexas.com; arhodes@cgptexas.com
**Subject:** DWH - BOP Testing - Cameron's 22 April 2011 Letter - 01699

David,
  DNV acknowledge receipt of you client's information in the letter earlier today (by emailed pdf).
  Thank you for same.
  Regards,
  Mark


Mark Cohen
Cohen, Gorman & Putnam, L.L.P.
1010 Lamar Street, Suite 1000
Houston, Texas 77002-6314

Office Phone: 713-224-0628
Fax:   713 224-7487
Email: mcohen@cgptexas.com
Mobile Phone: 832-725-6750
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CONFIDENTIALITY STATEMENT
This communication, all related responses and any attachments are intended for the use of the addressee(s) only, and may contain information that is PRIVILEGED, CONFIDENTIAL, and may contain ATTORNEY WORK PRODUCT.  If you are not the intended recipient of this communication, you are hereby notified that dissemination of this communication is strictly prohibited.  If you have received this communication in error,  please delete all electronic copies of this message and its attachments, destroy any hard copies you may have created and notify Mark Cohen or the Office Manager the above email address and telephone number 713-224-0628.

---

**From:** David Jones [mailto:DJONES@brsfirm.com]
**Sent:** Friday, April 22, 2011 12:01 PM
**To:** Mark Cohen
**Cc:** David Beck; Carmelite Bertaut; sinerivali1@comcast.net
**Subject:** DWH - BOP Testing

Mark – Please see the attached letter.

David W. Jones
Beck, Redden & Secrest, L.L.P.
1221 McKinney, Suite 4500
Houston, Texas 77010
713/951-3700
713/951-3720 (fax)
www.brsfirm.com


5/19/2011

**BRS** Beck Redden & Secrest
A Registered Limited Liability Partnership

DAVID W. JONES
djones@brsfirm.com

April 26, 2011

Re:     MDL No. 2719; *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010;* In the U.S. District Court, Eastern District of Louisiana

_____

Mark Cohen                                                      ***By Email (mcohen@cgptexas.com)***
Cohen, Gorman & Putnam, L.L.P.
1010 Lamar Street, Suite 1000
Houston, Texas 77002-6314

Dear Mark:

      I write to provide responses from Cameron International Corporation to the requests for information contained in your email of April 24 sent in connection with the forensic study of the Deepwater Horizon blowout preventer pursuant to the contract between BP Exploration & Production, Inc. (as customer) and Det Norske Veritas (U.S.A.), Inc.

1.     *Confirm that the weight of the Upper and Lower Annulars on the Deepwater Horizon Blowout Preventer is 40,632 pounds (18,430 kg) as noted in Cameron's drawing SK-013908-03 (pg 3-74) of the Operation and Maintenance Manual for the Deepwater Horizon TL BOP Stack?  If the actual weights of the Upper and Lower Annulars are different from that stated above, will Cameron provide the actual weights.*

      40,632 lbs is a good approximate weight for the complete assembly.

2.     *Provide the weight of the quick release top of the annular assemblies as depicted in Cameron's drawing SK-13908-03 that were fitted to the Deepwater Horizon BOP.*

      The quick release top assembly (with lock ring and actuator sleeve) weighs approximately 11,100 lbs.

3.     *Provide the weight for the upper and lower annular 'bodies' (i.e. the annular bodies without the quick release top) as fitted to the Deepwater Horizon BOP.*

      The bodies weigh approximately 22,000 lbs.  With the operating system (inner cylinder, outer cylinder, and piston), they weigh approximately 27,000 lbs.

383.00017/479651

Mark Cohen
April 26, 2011
Page 2

4.    *Provide the weight for the annular packers, elements and donuts.*

The donut weighs approximately 530 lbs.  The packer weighs approximately 1,150 lbs.

5.    *Provide the weight of the Lifting Frame that is attached to the LMRP frame of the Deepwater Horizon BOP*

The lifting frame weighs approximately 11,500 lbs.

Very truly yours,

David W. Jones

cc:    David J. Beck                                                          ***By Email***
       Carmelite M. Bertaut                                                   ***By Email***

383.00017/479651

**Bertaut, Carmelite**

| | |
|---|---|
| **From:** | Mark Cohen [mcohen@cgptexas.com] |
| **Sent:** | Wednesday, April 27, 2011 11:17 AM |
| **To:** | 'David Jones' |
| **Cc:** | Bertaut, Carmelite; 'David Beck'; rcolvin@cgptexas.com; dgilbert@cgptexas.com; Amund.W.Skou@dnv.com; arhodes@cgptexas.com |
| **Subject:** | FW: Top Cap - LMRP Annulars oUR FILE 01699 |

David,

Gary sent the below to the people at Cameron who were non-lawyer members of the TWG under the JIT.

He did so at my suggestion for the sake of getting the best input as fast as possible.     That said, I know you have been handling most of the communication on this for Cameron.

We do not want Gary routinely communicating with the lawyers, or the lawyers with him.

Regards,
Mark


Mark Cohen
Cohen, Gorman & Putnam, L.L.P.
1010 Lamar Street, Suite 1000
Houston, Texas 77002-6314

Office Phone: 713-224-0628
Fax:  713 224-7487
Email: mcohen@cgptexas.com
Mobile Phone: 832-725-6750
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CONFIDENTIALITY STATEMENT
This communication, all related responses and any attachments are intended for the use of the addressee(s) only, and may contain information that is PRIVILEGED, CONFIDENTIAL, and may contain ATTORNEY WORK PRODUCT.  If you are not the intended recipient of this communication, you are hereby notified that dissemination of this communication is strictly prohibited.  If you have received this communication in error,  please delete all electronic copies of this message and its attachments, destroy any hard copies you may have created and notify Mark Cohen or the Office Manager the above email address and telephone number 713-224-0628.


---

**From:** Gary Kenney [mailto:sinerivali1@comcast.net]
**Sent:** Wednesday, April 27, 2011 10:59 AM
**To:** BOP-TWG-Members; BOP-TWG-Alternates
**Cc:** Mark Cohen
**Subject:** Top Cap - LMRP Annulars

This email is being sent various individuals in the Technical Working Group seeking input

5/19/2011

and information that might assist DNV with their efforts to remove the quick release tops (i.e. the top cap) of the upper and lower annular.

Over the past several days, DNV has made numerous attempts to remove the quick release top (i.e. the top cap) from both the upper as well as the lower annular. DNV has followed the instructions for the removal of the top cap in Cameron's Operations and Maintenance manual for the Deepwater Horizon Blowout Preventer. While DNV has been able to raise the top using the 'jacking screws' fitted to the annular caps and then opened and inserted studs into access ports in order to release the locking ring, neither cap has released. As part of this process DNV has received advice from a number of the technical representatives of various Parties in attendance at the Test Site concerning the possibility of the top being held by suction, jamming or 'cocking it' causing the cap to bind with suggestions on how to correct for these issues but all to no avail.

In what visual examination DNV can currently perform of the annulars, three possibilities seem to present themselves 1) despite opening the hex head knock-out ports, inserting 'studs' and running those in to disengage the locking ring, the ring does not appear to be totally disengaging, 2) while various vents have been opened and checked to make sure they are clear, a vacuum might still exist and 3) there is a concern some of the elastomeric elements of the annulars may have fused to the top-cap itself.  As noted earlier, DNV has already employed a number of suggestions from the technical representatives attending at the Test Site.  With this email DNV is seeking additional or further information and suugestions from other Parties on methods or approaches DNV might take to overcome the problem of releasing the tops of the annulars so they may be removed.

DNV requests your timely response to this request.

Regards,

*Gary Kenney*
Office  - +1 832 252 7260
Mobile - +1 713 291 2598

5/19/2011

## Bertaut, Carmelite

| | |
|---|---|
| **From:** | Mark Cohen [mcohen@cgptexas.com] |
| **Sent:** | Wednesday, April 27, 2011 10:25 PM |
| **To:** | gthalgott@frilot.com; 'David Jones' |
| **Cc:** | Bertaut, Carmelite; 'David Beck'; Amund.W.Skou@dnv.com; dgilbert@cgptexas.com; 'Ruth Colvin'; arhodes@cgptexas.com |
| **Subject:** | DWH - BOP Phase 2 Testing - DNV Request for Information, Equipment and Materials (SEMS) - Our file 01699 |

**Attachments:** 2011-04-27 Equipment - Material Request.docx

Gentlemen:

Find attached DNV's time critical request for information and equipment to progress the work ongoing at Michaud.

Regards,
Mark


Mark Cohen
Cohen, Gorman & Putnam, L.L.P.
1010 Lamar Street, Suite 1000
Houston, Texas 77002-6314

Office Phone: 713-224-0628
Fax:  713 224-7487
Email: mcohen@cgptexas.com
Mobile Phone: 832-725-6750
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CONFIDENTIALITY STATEMENT
This communication, all related responses and any attachments are intended for
the use of the addressee(s) only, and may contain information that is
PRIVILEGED, CONFIDENTIAL, and may contain ATTORNEY WORK PRODUCT.  If you are
not the intended recipient of this communication, you are hereby notified that
dissemination of this communication is strictly prohibited.  If you have
received this communication in error,  please delete all electronic copies of
this message and its attachments, destroy any hard copies you may have created
and notify Mark Cohen or the Office Manager the above email address and
telephone number 713-224-0628.

5/19/2011

 DET NORSKE VERITAS
DNV

REQUEST FOR
EQUIPMENT, MATERIALS
AND INFORMATION

BOP
FORENSIC INVESTIGATION

The Test Protocol (R. Doc. 1757) calls for various tests to be performed on the Subsea Electronic Modules, the e-connectors to the solenoids and bench tests of the solenoids themselves. In order to complete those tests DNV requires the following equipment or materials be supplied:

1.  Ten (10) male SEM pie connectors,
2.  Four (4) female Subsea Electronic Module pie connectors,
3.  Mating connectors for the Subsea Electronic Module battery leads and terminals,
4.  Information from Cameron on the correct resistance measurements for each set of pins within the pie connectors mounted to the Subsea Electronic Modules of the Deepwater Horizon Blowout Preventer,
5.  Calibration procedures and associated calibration requirements for the SEM transducers (STEM's)
6.  Calibration procedures and associated calibration requirement for the analog input cards

Certain of the above equipment may be available from sources other than Cameron (e.g. Transocean). As a result it is suggested this request be forwarded to BP, Cameron and Transocean for their review and action.

DNV requests the above equipment, information or material be provided as soon as possible to facilitate completion of the associated tests in a timely manner.