**Bertaut, Carmelite**

**From:** David Jones [DJONES@brsfirm.com]
**Sent:** Friday, May 13, 2011 6:45 PM
**To:** Mark Cohen
**Cc:** David Beck; Bertaut, Carmelite; Alex Roberts
**Subject:** RE: Request for Technical Assistance- BOP-FORENSIC INVESTIGATION-II - 01699

Mark – In response to you requests below:

First, we need to come to a resolution on how and when DNV will request the attendance of Cameron personnel on site. These Friday requests for Cameron personnel to appear at Michoud on Monday are inconsistent with the protocol, and they are simply unworkable.

Last Friday, we received your email requesting Cameron's "immediate help" at Michoud. Although the request was made on less than seven days' notice, I informed you that Cameron would have a service hand at the site on Monday. However, when that service hand arrived (along with a Cameron attorney) on Monday morning, they were informed by DNV that no one had alerted them to the fact that Cameron would be in attendance. It quickly became clear that Cameron's presence was, in fact, not needed on Monday. Then, at the end of the day on Tuesday, Cameron was told that their presence would again be needed on Thursday in connection with the ram bonnets. At that time, Cameron's attorney informed DNV that both he and the Cameron service hand would be leaving New Orleans, and he asked DNV to call on Wednesday if Cameron's presence was not needed Thursday. When no call came, Cameron's service hand and attorney returned on Thursday morning only to learn that the bonnets would not be removed until next week at the earliest.

This lack of planning and communication resulted in Cameron representatives having to spend two additional days at Michoud and to make an unnecessary trip to New Orleans when their presence was not required. Accordingly, before mobilizing Cameron personnel to the site, we want to be certain that activities referenced in Paragraphs II(c)(iii), II(d)(iii), II(g)(iii), III(c)(iii), VIII (c) or XIV(b) of the protocol will, in fact, be occurring and on which days, and that Cameron's presence is, in fact, necessary. I can make myself available at any time on Monday to speak with you about this issue.

Second, DNV has asked for a "ram bonnet disassembly table or bench." Please be advised that Cameron does not have such equipment that can be sent to Michoud at this time.

Finally, DNV has asked for Cameron personnel to be on site to provide information concerning the set-up and operation of a PETU. That was not included in the protocol. We can discuss it when we speak on Monday.

Have a good weekend.

David W. Jones
Beck, Redden & Secrest, L.L.P.
1221 McKinney, Suite 4500
Houston, Texas 77010
713/951-3700
713/951-3720 (fax)

---

**From:** Mark Cohen [mailto:mcohen@cgptexas.com]
**Sent:** Friday, May 13, 2011 10:51 AM
**To:** David Jones
**Cc:** David Beck; Carmelite Bertaut; Amund.W.Skou@dnv.com; 'Drew Gilbert'; 'Ruth Colvin'; arhodes@cgptexas.com

**Subject:** FW: Request for Technical Assistance- BOP-FORENSIC INVESTIGATION-II - 01699

David,

Good day.
Please ask Cameron to note and act in response to the following:

On Monday, May 16, DNV will start removing various ram bonnets from the lower section of the Deepwater Horizon Blowout Preventer as part of the process of disassembly and inspection in accordance with Section III.c of the Test Protocol (R.Doc 1757). On removal to grade, DNV will begin actual disassembly and inspection of the ram bonnets which will continue on during the week of May 16. Section III.c.iii of the Protocol recommends experienced and qualified technical personnel from the OEM be present during that work and DNV requests Cameron provide an individual at the NASA-MAF test site for the purposes of providing information to DNV during the period of time these activities are being performed.

DNV further requests Cameron to provide a 'ram bonnet disassembly table or bench' that provides the capability to work on the ram bonnet with the operator mounted in a vertical position to assist with this work.

DNV will also be working on the signature and hydraulic testing of the Annular Preventers starting on May 16 and continuing through the week. This will involve refitting the quick release tops to the upper and lower annular (Section II.d) and then performing the signature and hydraulic pressure tests (Sections II.e&f). During the week of May 16 and dependent on the results of the pressure tests DNV will begin the process of the disassembling the operators of the Annular Preventers in accordance with Section II.g of the Protocol. Section II.g.iii of the Protocol recommends experienced and qualified technical personnel from the OEM be present during that work and DNV requests Cameron provide an individual at the NASA-MAF test site for the purposes of providing information to DNV during the period of time these activities are being performed.

Assuming the Control Pod test stand is delivered to the NASA-MAF test site on Monday, May 16, DNV plans to begin the series of tests on the Control Pods in accordance with Section VII of the Test Protocol. To perform this work it will be necessary to connect a Portable Electronic Test Unit (PETU) to the Control Pods in order to complete the Factory Acceptance Tests of the Control Pods. As the testing of the Control Pods will be concurrent with the work described earlier, DNV would request that the individual or individuals Cameron sends to the Test Site during the week of May 16 be capable of providing information to DNV on the set-up and operation of a PETU. DNV recognizes and respects Cameron's position concerning a Cameron individual being asked to operate the PETU as stated in the May 10th letter from Mr. David Jones. In accordance with those concerns DNV affirms at no time will a Cameron individual be asked to operate or 'lay their hands on' the PETU or Control Pods. The assistance sought is as noted in other sections of the Protocol i.e. to provide information to DNV individuals or DNV contractors who will operate the PETU.

Regards,
Mark

Mark Cohen
Cohen, Gorman & Putnam, L.L.P.
1010 Lamar Street, Suite 1000
Houston, Texas 77002-6314

Office Phone: 713-224-0628
Fax: 713 224-7487
Email: mcohen@cgptexas.com
Mobile Phone: 832-725-6750
*************************

CONFIDENTIALITY STATEMENT
This communication, all related responses and any attachments are intended for the use of the addressee(s) only, and may contain information that is PRIVILEGED, CONFIDENTIAL, and

may contain ATTORNEY WORK PRODUCT. If you are not the intended recipient of this communication, you are hereby notified that dissemination of this communication is strictly prohibited. If you have received this communication in error, please delete all electronic copies of this message and its attachments, destroy any hard copies you may have created and notify Mark Cohen or the Office Manager the above email address and telephone number 713-224-0628.

**Bertaut, Carmelite**

---

**From:** Mark Cohen [mcohen@cgptexas.com]
**Sent:** Monday, May 16, 2011 8:43 AM
**To:** 'David Jones'
**Cc:** Amund.W.Skou@dnv.com; dgilbert@cgptexas.com; 'Ruth Colvin'; arhodes@cgptexas.com; 'David Beck'; Bertaut, Carmelite
**Subject:** BOP-FORENSIC INVESTIGATION-II -- Cameron's Scheduling Concerns (technician attending) DNV Requests - 01699
**Attachments:** 2011-05-14 Planned Activities-Cameron Assist .pdf

David,

Good morning.

1. Per your Friday evening note find attached a schedule from DNV Michaud identifying dates on which they anticipate needing a Cameron Tech on site. DNV requests that a technician be present as per the schedule. Please confirm this is workable and that a technician will be present. Note that to the extent DNV Michaud anticipate a change they will provide Cameron with the information.

2. Reference my April 27 message ( appx. 10:27 PM) to Transocean's counsel and you. This materials request is time critical. It on the critical path of the work. I have no message from Cameron whether this hardware is available.

I would like to speak with you about both of the above and any other concerns you might have. Is later this morning suitable? What time?

Regards,
Mark

Mark Cohen
Cohen, Gorman & Putnam, L.L.P.
1010 Lamar Street, Suite 1000
Houston, Texas 77002-6314

Office Phone: 713-224-0628
Fax: 713 224-7487
Email: mcohen@cgptexas.com
Mobile Phone: 832-725-6750
************************

CONFIDENTIALITY STATEMENT
This communication, all related responses and any attachments are intended for the use of the addressee(s) only, and may contain information that is PRIVILEGED, CONFIDENTIAL, and may contain ATTORNEY WORK PRODUCT. If you are not the intended recipient of this communication, you are hereby notified that dissemination of this communication is strictly prohibited. If you have received this communication in error, please delete all electronic copies of this message and its attachments, destroy any hard copies you may have created and notify Mark Cohen or the Office Manager the above email address and telephone number 713-224-0628.

Timetable of Various
Planned Activities in which DNV requests Cameron provide
An experienced and Qualified Technical Person(s)

| Section and Task Name per Test Protocol (R.Doc. 1757) | DNV Planned Start Date | Comments |
|---|---|---|
| II. Upper and Lower Annular BOP's / Lower Marine Riser Package (LMRP) | | |
| B. Removal of UA and LA from LMRP | 4/21/11 | The activity of removing the Upper Annular and the top caps from both annulars was started April 21 and is complete. No assistance from Cameron was requested. |
| C-1. Removal of Packing Elements / Donuts from Annular BOPs | 5/9/11 | The removal of the packers & elements from both annulars is complete. The upper annular donut has been removed. While Section II.c.iii of the Protocol recommends a qualified technical person from the OEM be on site, no request for such assistance was made by DNV. The lower annular donut is lodged in the top cap. The process to remove that donut will continue May 16. Per Section II.c.iii DNV requests Cameron provide an experienced technical person to attend at the test site and provide information on this activity starting May 16th. |
| D. Reinstallation of Annular BOP Caps | 5/13/11 | The top cap to the upper annular was reinstalled on May 13. While Section II.d.iii suggests an experienced and qualified OEM technical person be on site during reinstallation, no request for such assistance was made to Cameron. The top cap to the lower annular will be reinstalled after the donut is removed. DNV plans on reinstalling the lower annular top cap on May 17 or 18. Per Section II.c.iii DNV requests Cameron provide an experienced technical person to attend at the test site and provide information on this activity starting May 17,18th. |

| Section and Task Name per Test Protocol (R.Doc. 1757) | DNV Planned Start Date | Comments |
|---|---|---|
| G. Disassembly and Inspection of Annular BOP Operating System | 5/23/11 | The disassembly of the annular operating system is contingent on the results of the signature and hydraulic pressure integrity tests. Those tests should be complete May 21. If required DNV plans to start the disassembly of the annular on May 23. Per Section II.c.iii DNV requests Cameron provide an experienced technical person to attend at the test site and provide information on this activity starting May 23rd. |
| III. Ram Preventer Operator / Bonnet Hydraulic Testing | | |
| A. Signature Test of Ram BOP Hydraulic Operating System | 4/25/11 | The signature tests of the ram-BOP systems are complete. |
| B. High and Low Pressure Test of Ram BOP Hydraulic Operating System | 4/25/11 | The pressure tests of the ram – hydraulic systems are complete. |
| C. Disassembly and Inspection of Ram BOP Operating System | 5/16/11 | From the results of the hydraulic pressure tests the following ram bonnets will be removed and disassembled:<br>▪ Port side Blind Shear<br>▪ Port side Casing Shear<br>▪ Port side Upper Pipe<br>▪ Port & Stbd Middle Pipe<br>DNV will begin removing these bonnets from the BOP stack and disassembling them starting May 16. Per Section III.c.iii DNV requests Cameron provide an experienced technical person to attend at the test site and provide information on this activity starting May 16th. |
| VII. BOP Control Pods | | |

| Section and Task Name per Test Protocol (R.Doc. 1757) | DNV Planned Start Date | Comments |
|---|---|---|
| B. Conduct FAT test, Determine software/firmware | 5/16/11 | The Test Protocol does not include a request that experienced and qualified OEM personnel be in attendance to provide information to DNV during the tests of the Control Pods. However, in light of the technical details involved with connecting and then operating a Cameron proprietary Portable Electronic Test Unit to complete this activity, DNV requests Cameron provide an experienced and qualified individual at the Test Site during the period of time the FAT tests of the Control Pods are being performed starting May 16th. |
| VIII. High Pressure Casing Shear Ram Regulator – Disassembly, Inspection and Leak Rate Testing | 5/26/11 | Per Section VIII.c, DNV requests Cameron provide an experienced technical person to provide information when this work is planned to start on May 26th. |
| XI. Remove SEMs / SEM Covers to Check PLCs and Batteries | 6/3/11 | The Test Protocol does not include a request that experienced and qualified OEM personnel be in attendance to provide information to DNV. However, in light of the technical details involved with removing, opening and then undertaking various tasks on SEMs electrical components, DNV requests Cameron provide an experienced and qualified individual at the Test Site starting June 3rd. |
| XIV. Remove and Determine Accuracy, Precision and Calibration of P/T Sensors in LMRP and BOP | 6/1/11 | Per Section XIV.b of the Test Protocol, DNV requests Cameron provide an experienced and qualified technical person during the period of time the accuracy of the P/T sensors are being tested starting June 1st. |
| END of TABLE | | |

**Bertaut, Carmelite**

**From:** Mark Cohen [mcohen@cgptexas.com]
**Sent:** Monday, May 16, 2011 4:56 PM
**To:** 'David Jones'
**Cc:** Amund.W.Skou@dnv.com; dgilbert@cgptexas.com; 'Ruth Colvin'; arhodes@cgptexas.com; 'David Beck'; Bertaut, Carmelite
**Subject:** RE: BOP-FORENSIC INVESTIGATION-II -- DNV Requests - 01699
**Importance:** High

David:

Thank you again for the informal conference earlier.

I left email and voice mail afterward, about the availability of the technician tomorrow. Do you have an answer?

Also, says Gary: on the e-connectors, to move forward on supply of the male and female parts:

A. If Cameron have available 4 male e-connectors where the 'pigtail' is molded to the solenoid top, DNV requests these to be provided at the earliest;

B. If Cameron has available 4 female pie connectors, please provide those as well.

ETA this equipment please.

Also says Gary: Is there an objection to the remainder of the schedule provided Cameron this morning as requested?

David, I look forward to a very prompt response due to DNV's scheduling issues.

Regards,

Mark Cohen
Cohen, Gorman & Putnam, L.L.P.
1010 Lamar Street, Suite 1000
Houston, Texas 77002-6314

Office Phone: 713-224-0628
Fax: 713 224-7487
Email: mcohen@cgptexas.com
Mobile Phone: 832-725-6750
***********************

CONFIDENTIALITY STATEMENT
This communication, all related responses and any attachments are intended for the use of the addressee(s) only, and may contain information that is PRIVILEGED, CONFIDENTIAL, and may contain ATTORNEY WORK PRODUCT. If you are not the intended recipient of this communication, you are hereby notified that dissemination of this communication is strictly prohibited. If you have received this communication in error, please delete all electronic copies of this message and its attachments, destroy any hard copies you may have created and notify Mark Cohen or the Office Manager the above email address and telephone number 713-224-0628.

**From:** Mark Cohen
**Sent:** Monday, May 16, 2011 4:02 PM
**To:** David Jones
**Cc:** Amund.W.Skou@dnv.com; dgilbert@cgptexas.com; Ruth Colvin; arhodes@cgptexas.com; David Beck; Carmelite Bertaut
**Subject:** RE: BOP-FORENSIC INVESTIGATION-II -- Cameron's Scheduling Concerns (technician attending) DNV Requests - 01699
**Importance:** High

David,

Glad you could conference with Kenney and me just now about packer parts and pie connectors. Gary will get you an answer regarding the male pie connector soonest. Please ship the female parts soonest. Please also ship any packer parts (I believe you said a blade packer part was in stock and being shipped).

Gary asked, after you hung up, per my phone message: will a Cameron tech show up tomorrow? And, since we're asking, is the remainder of the schedule Michaud generated an issue?

Standing by.
Mark

Mark Cohen
Cohen, Gorman & Putnam, L.L.P.
1010 Lamar Street, Suite 1000
Houston, Texas 77002-6314

Office Phone: 713-224-0628
Fax: 713 224-7487
Email: mcohen@cgptexas.com
Mobile Phone: 832-725-6750
************************
CONFIDENTIALITY STATEMENT
This communication, all related responses and any attachments are intended for the use of the addressee(s) only, and may contain information that is PRIVILEGED, CONFIDENTIAL, and may contain ATTORNEY WORK PRODUCT. If you are not the intended recipient of this communication, you are hereby notified that dissemination of this communication is strictly prohibited. If you have received this communication in error, please delete all electronic copies of this message and its attachments, destroy any hard copies you may have created and notify Mark Cohen or the Office Manager the above email address and telephone number 713-224-0628.

---

**From:** Mark Cohen
**Sent:** Monday, May 16, 2011 8:43 AM
**To:** David Jones
**Cc:** Amund.W.Skou@dnv.com; dgilbert@cgptexas.com; Ruth Colvin; arhodes@cgptexas.com; David Beck; Carmelite Bertaut
**Subject:** BOP-FORENSIC INVESTIGATION-II -- Cameron's Scheduling Concerns (technician attending) DNV Requests - 01699

David,

Good morning.

1. Per your Friday evening note find attached a schedule from DNV Michaud identifying dates on which they anticipate needing a Cameron Tech on site. DNV requests that a technician be present as per the schedule. Please confirm this is workable and that a technician will be present. Note that to the extent DNV Michaud anticipate a change they will provide Cameron with the information.

2. Reference my April 27 message ( appx. 10:27 PM) to Transocean's counsel and you. This materials request is time critical. It on the critical path of the work. I have no message from Cameron whether this hardware is available.

I would like to speak with you about both of the above and any other concerns you might have. Is later this morning suitable? What time?

Regards,
Mark

Mark Cohen
Cohen, Gorman & Putnam, L.L.P.
1010 Lamar Street, Suite 1000
Houston, Texas 77002-6314

Office Phone: 713-224-0628
Fax: 713 224-7487
Email: mcohen@cgptexas.com
Mobile Phone: 832-725-6750
***********************

CONFIDENTIALITY STATEMENT
This communication, all related responses and any attachments are intended for the use of the addressee(s) only, and may contain information that is PRIVILEGED, CONFIDENTIAL, and may contain ATTORNEY WORK PRODUCT. If you are not the intended recipient of this communication, you are hereby notified that dissemination of this communication is strictly prohibited. If you have received this communication in error, please delete all electronic copies of this message and its attachments, destroy any hard copies you may have created and notify Mark Cohen or the Office Manager the above email address and telephone number 713-224-0628.

**Bertaut, Carmelite**

**From:** Mark Cohen [mcohen@cgptexas.com]
**Sent:** Tuesday, May 17, 2011 11:01 AM
**To:** 'David Jones'
**Cc:** 'David Beck'; Bertaut, Carmelite; Amund.W.Skou@dnv.com; dgilbert@cgptexas.com; 'Ruth Colvin'; arhodes@cgptexas.com
**Subject:** DWH - BOP-FORENSIC INVESTIGATION-II - DNV Requests of Cameron - Our file 01699
**Attachments:** 2011-05-17 Cameron Request Equip-Matls.pdf

David,

Attached find a May 17, 2011 list of requests for information, materials and equipment. DNV requests Cameron to provide same so that DNV may timely complete certain tests and activities under the Test Protocol (R. Doc. 1757). These requests relate to several lines of investigation currently underway or planned for work soon. This means these requests are, like most of DNV's requests, matters of some urgency.

DNV draw Cameron's attention to the request for the legend or details on the output from the Control Pod stingers. This is information DNV would like to receive as soon as possible, because this work is underway at the Test Site.

Moreover, at each request I have detailed a date when DNV would like to receive the information per the current work schedule. If it is convenient for Cameron to ship anything so that it arrives sooner than the date specified on the list, that too is acceptable.

In addition to this list, DNV is compiling a list of identifying numbers from the Teflon wear pads, the packers, and elements identified on the elastomeric components fitted to the various ram blocks, which Cameron (via you) requested in the telephone conversation on May 16.

As always, you are welcome to be in contact as necessary. Please move forward with these as quickly as possible.

Regards,
Mark

Mark Cohen
Cohen, Gorman & Putnam, L.L.P.
1010 Lamar Street, Suite 1000
Houston, Texas 77002-6314

Office Phone: 713-224-0628
Fax: 713 224-7487
Email: mcohen@cgptexas.com
Mobile Phone: 832-725-6750
************************

CONFIDENTIALITY STATEMENT
This communication, all related responses and any attachments are intended for the use of the addressee(s) only, and may contain information that is PRIVILEGED, CONFIDENTIAL, and may contain ATTORNEY WORK PRODUCT. If you are not the intended recipient of this communication, you are hereby notified that

dissemination of this communication is strictly prohibited. If you have received this communication in error, please delete all electronic copies of this message and its attachments, destroy any hard copies you may have created and notify Mark Cohen or the Office Manager the above email address and telephone number 713-224-0628.

DNV requests the following materials or equipment be provided by Cameron in relation to the Tests or Activities per Test Protocol R. Doc. 1757:

Section VII Control Pods

- DNV requests Cameron provide a legend or details of the outputs of Control Pod stingers for the Lower Marine Riser Package and the BOP Stack stingers. DNV requests this information in relation to the original arrangement and any modifications made by Cameron.

Per DNV's Planned Activities of May 14 previously sent to Cameron, DNV began the testing of the Control Pods on May 16th and would appreciate Cameron's assistance with providing the information on the stinger output at the earliest opportunity.

Section III.c – Ram Bonnet Disassembly – DNV requests the following:

- Quantity (2 each) - Ram bonnet disassembly table or bench that provides the capability to mount the ram operators vertically.
- Quantity (10 each) – 'O' Rings - Ram Change Access Caps Cameron Part No. 702645-35-51

Per DNV's Planned Activities of May 14 previously sent to Cameron, DNV began the preparations for removing the ram bonnets from the BOP stack May 16th and would appreciate Cameron's assistance with providing the above equipment and materials at the earliest opportunity.

Section XIV – Determine Accuracy of the Pressure/Temperature Sensors

For the lower section of the BOP Stack P/T sensor (information below)

- P/N 222255-43A01
- CC 6/99G/HD (note the 'H' could be an 'N')
- 45020617-2
- Assy 285839-02
- 3001062
- S/N No. 199 I099

DNV requests the following:

1. Quantity (3 each) - Cameron Part Number 2013332-01 Item Number 210
2. Quantity (1 each) - Test Hub with a 9/16 inch MP test port
3. Quantity (1 each) – Pressure Balanced Oil Filled cable
4. Information on the 'pin out' arrangement describing which pin communicates or provides a signal and the type of data or form of that signal

PRIVILEGED AND CONFIDENTIAL – CLIENT ATTORNEY WORK PRODUCT

For the P/T sensor (information below) removed from the Lower Marine Riser Package:

- Dwg 37298
- S/N 22409-04

DNV requests the following:

1. Quantity (3 each) - BX-154 Ring Gaskets Stainless Steel
2. Quantity (1 each) - 3 1/16 inch -15,000 psig - API test flange with a 9/16 inch MP test port
3. One Set of 12-inch long studs and nuts (nuts for both ends) for the API test flange.
4. Quantity (1 each) – Pressure Balanced Oil Filled cable
5. Information on the 'pin out' arrangement describing which pin communicates or provides a signal and the type of data or form of that signal.

Per DNV's Planned Activities of May 14 previously sent Cameron, DNV plans to start the work on the Pressure/Temperature Sensors on June 1st and requests the materials as described above be provided to the NASA-Michoud Test Site by May 25, 2011.

- Section VIII – High Pressure Casing Shear Regulator DNV requests:

1. OEM drawings and other information as listed in Section VIII.b of the Test Protocol for the High Pressure Casing Shear Regulator. To assist DNV has identified the following information on the Regulator itself:
   a. The name "Gilmore"
   b. P/N 61903-52-Rev A
   c. AA577-12

Per DNV's Planned Activities of May 14 previously sent to Cameron, DNV plans to start the work on the Casing Shear Regulator on May 26th and requests the materials as described above be provided to the NASA-Michoud Test Site by May 24, 2011.

PRIVILEGED AND CONFIDENTIAL – CLIENT ATTORNEY WORK PRODUCT



DAVID W. JONES
djones@brsfirm.com

May 18, 2011

Re: MDL No. 2719; *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010;* In the U.S. District Court, Eastern District of Louisiana

---

Mark Cohen
Cohen, Gorman & Putnam, L.L.P.
1010 Lamar Street, Suite 1000
Houston, Texas 77002-6314

***By Email (mcohen@cgptexas.com)***

Dear Mark:

I am in receipt of your email enclosing "a May 17, 2011 list of requests for information, materials and equipment."

This latest request principally seeks information, materials, and equipment that were not requested or referenced in the original protocol approved by the Court. While Cameron understands that the protocol recognized that DNV might "later identify additional informational needs," DNV has made additional requests for information, materials, and equipment every week since the start of testing. These many requests – which have been made to facilitate the testing being performed at the urging and request of BP, Cameron's litigation adversary – have become a tremendous burden on my client.

Without waiving any objections to the production of any information or materials in connection with BP's requested testing, Cameron will consider the May 17, 2011 requests and respond in due course.

Very truly yours,

David W. Jones

cc: David J. Beck — ***By Email***
Carmelite M. Bertaut — ***By Email***
Alex Roberts — ***By Email***



DAVID W. JONES
djones@brsfirm.com

May 18, 2011

Re: MDL No. 2719; *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010;* In the U.S. District Court, Eastern District of Louisiana

---

Mark Cohen
Cohen, Gorman & Putnam, L.L.P.
1010 Lamar Street, Suite 1000
Houston, Texas 77002-6314

***By Email (mcohen@cgptexas.com)***

Dear Mark:

I am writing to provide additional information concerning DNV's request that Cameron International Corporation ("Cameron") produce certain information and materials as called for in the third attachment to the contract between BP Exploration & Production, Inc. (as customer) and Det Norske Veritas (U.S.A.), Inc. for forensic study of the Deepwater Horizon blowout preventer, as noted below:

*10. Drawings, documents or other information of the design, manufacture or assembly of the High Pressure Regulators (i.e. 5000 psi to 4000 psi) as fitted to the high pressure shear panel of the Deepwater Horizon Blowout Preventer*

In your email of May 10, you noted that DNV had "identified the following part or identification numbers from the body of the high pressure Casing Shear Regulator:

- The name 'Gilmore'
- P/N 61903-52-Rev A
- AA577-12."

Drawings, documents, or other information of the design, manufacture, or assembly of this regulator will have to come from Gilmore.

15. *Materials, tools and equipment to test or verify the pressure/temperature sensors. All drawings, documents, specifications or other information concerning the manufacture and assembly of the pressure/temperature sensors as fitted to the Deepwater Horizon Blowout Preventer.*

In your email of May 10, you noted that DNV had "identified the following part or identification numbers from the two pressure/temperature sensors that were removed from the Deepwater Horizon Blowout Preventer:

- For the P/T sensor removed from the lower section of the BOP
    - P/N – 222255-43A01
    - CC 6/99/HD (please note the letter 'H' could be an 'N')
    - 45020627-2
    - S/N 199IO99 (please note the 'O' could be the letter 'O' or a zero '0')
- For the P/T sensor removed from the Lower Marine Riser Package
    - DWG – 37298
    - S/N 22409-04."

With respect to the sensor removed from the lower section of the BOP, part number 222255-43A01 ties to an upper level assembly of part number 2185839-02. Copies of a drawing (CAM_CIV_0022977) and a bill of materials (CAM_CIV_0043222-24) for that part number are enclosed.

With respect to the sensor removed from the Lower Marine Riser Package, the numbers given do not correspond to Cameron part numbers. Nevertheless, existing documentation indicates the part number 2185839-01 was installed on the LMRP. Accordingly, I have enclosed copies of a drawing (CAM_CIV_0022976) and a bill of materials (CAM_CIV_0043219-21) for that part number.

I also enclose a circuit diagram (CAM_CIV_0022555-56) and a test procedure (CAM_CIV_0025414-22).

Very truly yours,

David W. Jones

cc: David J. Beck — ***By Email***
Carmelite M. Bertaut — ***By Email***
Alex Roberts — ***By Email***