Date: 05/23/2011 01:01 PM
Subject: Further to BOP testing

Dear Judge Shushan,

This email is in response to Mr. Jones' communication of this morning, and in anticipation of our 2 pm meeting to discuss these issues further.

Without getting into the dispute itself, we wish to advise that this further BOP testing is not "BP's testing," as Mr. Jones repeats throughout his letter to the Court. *See, e.g.,* page 1, fn 1.

I have attached some emails from the run up to the confection of the mutually-negotiated Order regarding the further BOP testing. All parties participated in the Protocol. BP is the facilitator and (currently) financier of the testing. But that is all.

Don


**Don K. Haycraft**

(504) 556-4128 Direct
(504) 556-4108 Fax
dkhaycraft@liskow.com