

"David Beck" <DBECK@brsfirm.com>

03/25/2011 01:42 PM

To "Don Haycraft" <dkhaycraft@liskow.com>

cc <Kat_Shea@laed.uscourts.gov>, "Steve Herman" <SHERMAN@hhkc.com>, <jimr@wrightroy.com>, "Liaison 2179 Email Distribution"

bcc

Subject BOP Testing Order

Don, with the understandings reflected in my email exchanges with Rob Gasaway last night, Cameron has no objection to the wording of the proposed BOP Testing Order. I appreciate your patience regarding this matter. David

David J. Beck, Esq.
Beck, Redden & Secrest, L.L.P.
One Houston Center
1221 McKinney Street, Suite 4500
Houston, Texas 77010
Tel: (713) 951-3700
Fax: (713) 951-3720
dbeck@brsfirm.com

****************************************************************************************************************************************************

CONFIDENTIALITY NOTICE: Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this e-mail message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, Immediately notify the sender by telephone at 713-951-3700 and return the original message to Beck, Redden & Secrest, L.L.P. at brs@brsfirm.com. Thank you.

****************************************************************************************************************************************************

Robert Gasaway/Washington DC/Kirkland-Ellis

03/24/2011 08:41 PM

To "David J. Beck" <dbeck@brsfirm.com>, "sherman" <sherman@hhkc.com>

cc Andrew Langan/Chicago/Kirkland-Ellis@K&E, "Alan York" <ayork@GodwinRonquillo.com>, "CMaze" <CMaze@ago.state.al.us>, "Don Haycraft"

bcc

Subject Re: Deepwater Horizon - Draft BOP Order Resend

Dear David,

This is getting into details that I haven't fully thought through or vetted.

But in the interest of Don getting Kat a draft tonight, let me take a stab at an initial answer -- that is necessarily subject to further thought and revision.

Here's what might be fair:

If BP first suggests additional tests beyond what you know about already, and you first see those on April 8 -- yes, we would not object to your suggesting "responsive" testing coupled to those tests during the reconciliation period, -- provided that those tests do not delay the reconciliation process.

This assumes, of course, Cameron's additional testing were expressly conditioned on BP's own testing getting done.

Under those circumstances, we likely would view Cameron's request more as Cameron adding more steps to a BP protocol then Cameron adding a new protocol that Cameron would want done regardless of what BP or others do.

-- of course, this all assumes good faith and not sandbagging on Cameron's part, and assumes Cameron would agree to appropriate payment arrangments for the additional testing it requests.

Having worked with you for years,
I'm hopeful those issues could be worked through.

In any event, Mike Underhill rightly expoused the virtues of flexibility in the order to me as to issues such as these.

As to these issues, Mike's right, I think, the parties should discuss and resolve them, without being hemmed in by an inflexible order.

Regards,

ROB

**From:** "David Beck" [DBECK@brsfirm.com]
**Sent:** 03/24/2011 06:56 PM EST
**To:** Robert Gasaway; <sherman@hhkc.com>
**Cc:** Andrew Langan; "Alan York" <ayork@GodwinRonquillo.com>; <CMaze@ago.state.al.us>; "Don Haycraft" <dkhaycraft@liskow.com>; <dsc2179@liskow.com>; Joseph Eisert; <Jimr@wrightroy.com>; <luther.strange@ago.state.al.us>; <Mike.Underhill@usdoj.gov>; Paul Collier
**Subject:** Re: Deepwater Horizon - Draft BOP Order Resend

Thanks, Rob. Does that mean that if we don't see BP's testing protocol until April 8, and it suggests additional testing we can raise that during the reconciliation period?

**From:** Robert Gasaway
**To:** David Beck; sherman
**Cc:** Andy Langan; Alan York; CMaze ; Don Haycraft; dsc2179 ; Joseph Eisert ; Jimr ; Luther Strange ; R. Michael Underhill ; Paul Collier
**Sent:** Thu Mar 24 18:47:13 2011
**Subject:** Re: Deepwater Horizon - Draft BOP Order Resend

Dear David,

The bottom line is that protocol reconciliation issues, like the one you've raised, are the reasons why we built the full week between April 8 and April 15 into our Order.

Even before April 8, however, we will be willing to work with other parties to coordinate effort. Now that Cameron has the DNV report, please feel free to let us know any additional testing you might want as soon as possible.

Depending on how close any such testing requests are to what we are already thinking, we might well be able simply to incorporate your ideas into our protocols-- at least as a first pass stab at the problem.

(Alternatively, of course, you could develop your own protocols independently and provide them by the 8th, thus teeing up the reconciliation process for the week between the 8th and 15th.)

Regards,

ROB

---

**From:** "David Beck" [DBECK@brsfirm.com]
**Sent:** 03/24/2011 06:26 PM EST
**To:** Robert Gasaway; <sherman@hhkc.com>
**Cc:** Andrew Langan; "Alan York" <ayork@GodwinRonquillo.com>; <CMaze@ago.state.al.us>; "Don Haycraft" <dkhaycraft@liskow.com>; <dsc2179@liskow.com>; Joseph Eisert; <Jimr@wrightroy.com>; <luther.strange@ago.state.al.us>; <Mike.Underhill@usdoj.gov>; Paul Collier
**Subject:** Re: Deepwater Horizon - Draft BOP Order Resend

Rob, I will not be able to get client comment until in the morning. In the meantime, a few questions: is it BP's intent to disclose its proposed testing protocols on April 8 and require other parties to do so on the same date without knowing what BP is proposing? What if BP's proposed protocols, in turn, suggest additional testing? How does a party determine the answer to the immediately preceding question without some reasonable time to analyze BP's proposed protocols?

Many thanks, David

**From:** Robert Gasaway
**To:** Steve Herman
**Cc:** Andy Langan; Alan York; CMaze@ago.state.al.us ; Don Haycraft; dsc2179@liskow.com ; Joseph Eisert ; JIMR@wrightroy.com ; luther.strange@ago.state.al.us ; Mike.Underhill@usdoj.gov ; Paul Collier
**Sent:** Thu Mar 24 13:19:30 2011
**Subject:** Re: Deepwater Horizon - Draft BOP Order Resend

Yes, Steve, I hope and believe so ----- unless Mike has hears something to the contrary from his clients as they review last night's draft. Regards, ROB

"Steve Herman" <SHERMAN@hhkc.com>

To "Robert Gasaway" <rgasaway@kirkland.com>, <Mike.Underhill@usdoj.gov>
cc <ayork@GodwinRonquillo.com>, <CMaze@ago.state.al.us>, <dkhaycraft@liskow.com>, <dsc2179@liskow.com>, <JIMR@wrightroy.com>, <luther.strange@ago.state.al.us>, "Paul Collier" <pcollier@kirkland.com>, "Andrew Langan" <alangan@kirkland.com>, "Joseph Eisert"

03/24/2011 01:54 PM

<jeisert@kirkland.com>

Subject Deepwater Horizon - Draft BOP Order Resend

Thanks. Have you worked out your issues with the US?

Stephen J. Herman, Esq.
Herman Herman Katz & Cotlar LLP
820 O'Keefe Ave.
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Direct: (504) 680-0554
E-Mail: sherman@hhkc.com

**From:** Robert Gasaway [mailto:rgasaway@kirkland.com]
**Sent:** Thursday, March 24, 2011 12:52 PM
**To:** Mike.Underhill@usdoj.gov
**Cc:** ayork@GodwinRonquillo.com; CMaze@ago.state.al.us; dkhaycraft@liskow.com; dsc2179@liskow.com; JIMR@wrightroy.com; luther.strange@ago.state.al.us; Steve Herman; Paul Collier; Andrew Langan; Joseph Eisert; Robert Gasaway
**Subject:** Urgent: Draft BOP Order Resend

Dear Counsel,

With tomorrow's status conference upon us, Mike Underhill suggested asked that I resend my email of last night (see below) to make sure all have received the latest Draft BOP Order.
I can be reached today at 202.250.9405 if anyone would like to discuss.

Regards,

ROB

----- Original Message -----
**From:** Robert Gasaway
**Sent:** 03/23/2011 09:25 PM EDT
**To:** "Underhill, Mike (CIV)" <Mike.Underhill@usdoj.gov>
**Cc:** "York, R. Alan" <ayork@GodwinRonquillo.com>; "Maze, Corey" <CMaze@ago.state.al.us>; "Don K Haycraft" <dkhaycraft@liskow.com>; dsc2179@liskow.com; "James Roy" <JIMR@wrightroy.com>; luther.strange@ago.state.al.us; Paul Collier; Robert Gasaway; "Steve Herman" <SHERMAN@hhkc.com>; Andrew Langan; Don K Haycraft <dkhaycraft@liskow.com>; Joseph Eisert
**Subject:** RE: FW: Draft BOP Order

Dear Counsel,

Please see attached draft which we hope responds to Mike's comments below (although Mike is still reviewing with his clients), as well as other comments I have received.

In light of these substantial revisions and the impending Friday conference we did not want to delay circulation, but ask that you kindly review and comment on this new draft order.

Regards,

ROB

**"Underhill, Mike (CIV)" <Mike.Underhill@usdoj.gov>**

03/21/2011 01:30 PM

To "Robert Gasaway" <rgasaway@kirkland.com>
cc "York, R. Alan" <ayork@GodwinRonquillo.com>, "Maze, Corey" <CMaze@ago.state.al.us>, "Don K Haycraft" <dkhaycraft@liskow.com>, <dsc2179@liskow.com>, "James Roy" <JIMR@wrightroy.com>, <luther.strange@ago.state.al.us>, "Paul Collier" <pcollier@kirkland.com>, "Steve Herman" <SHERMAN@hhkc.com>
Subject RE: FW: Draft BOP Order

Rob, Appreciate much.

Mike

**From:** Robert Gasaway [mailto:rgasaway@kirkland.com]
**Sent:** Monday, March 21, 2011 10:22 AM
**To:** Underhill, Mike (CIV)
**Cc:** York, R. Alan; Maze, Corey; Don K Haycraft; dsc2179@liskow.com; James Roy; luther.strange@ago.state.al.us; Paul Collier; Steve Herman
**Subject:** Re: FW: Draft BOP Order

Dear Mike,

Many thanks for this prompt review.

You make good points re government custody, etc., and we will straighten out and clarify these in our next draft. On the contracting issue, let's discuss best path forward. As you know, BP has not approached DNV while they are working on their report for the JIT --- for the reasons we've stated on calls with parties and the Court.

I will be in my office all day today.

Don and I will wait to hear from you before re-circulating (much less filing).

Regards,

ROB

**"Underhill, Mike (CIV)"**

(CIV)"
<Mike.Underhill@usdoj.gov>

03/21/2011 12:42 PM

To "Don K Haycraft" <dkhaycraft@liskow.com>, "Robert Gasaway" <rgasaway@kirkland.com>
cc <luther.strange@ago.state.al.us>, "Maze, Corey" <CMaze@ago.state.al.us>, "James Roy" <JIMR@wrightroy.com>, "Steve Herman" <SHERMAN@hhkc.com>, "York, R. Alan" <ayork@GodwinRonquillo.com>, <dsc2179@liskow.com>, "Paul Collier" <pcollier@kirkland.com>
Subject FW: Draft BOP Order

Don, Rob: I've had only a few minutes to look over the proposed Order. The cart's getting ahead of the horse. At this point, there is no agreed upon examiner/tester, nor terms of any proposed contract -- at least not to my knowledge. Additionally, and more importantly, the provisions regarding access, and particularly the reference to "no governmental entity ... shall restrict the access of BP [etc.]," will not work. The JIT will retain custodial control over the BOP until the JIT formally ceases its function in the coming months; the BOP is on a NASA base; and the BOP has been under chain of custody controls even prior to coming to Michoud. The proposed language is in direct conflict with these and other factors.

Mike

---

**From:** Don K Haycraft [mailto:dkhaycraft@liskow.com]
**Sent:** Monday, March 21, 2011 7:08 AM
**To:** A York; Jim Roy; Steve Herman; Underhill, Mike (CIV); lstrange@ago.state.al.us; Maze, Corey
**Cc:** dsc2179 distribution list; Paul Collier; Robert Gasaway
**Subject:** RE: Draft BOP Order

Some have asked for a handy copy – here it is.

**From:** York, R. Alan [mailto:ayork@godwinronquillo.com]
**Sent:** Monday, March 21, 2011 8:37 AM
**To:** Don K Haycraft; Jim Roy; Steve Herman; Underhill, Mike (CIV); lstrange@ago.state.al.us; Maze, Corey
**Cc:** dsc2179 distribution list; Paul Collier; Robert Gasaway
**Subject:** RE: Draft BOP Order

Don:

Would you please resend the order as an attachment?

Thanks.

Alan

R. Alan York
Board Certified - Civil Appellate Law
Texas Board of Legal Specialization

GODWIN RONQUILLO PC

1331 Lamar, Suite 1665
Houston, Texas 77010
713.595.8301 Direct (800.662.8393 Toll Free)
713.595.8333 Fax
ayork@GodwinRonquillo.com
GodwinRonquillo.com

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Godwin Ronquillo PC immediately by telephone (800.662.8393) and destroy the original message. Messages sent to and from us may be monitored.

IRS Circular 230 Required Notice--IRS regulations require that we inform you as follows: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter[s].

---

**From:** Don K Haycraft [mailto:dkhaycraft@liskow.com]
**Sent:** Monday, March 21, 2011 8:36 AM
**To:** Don K Haycraft; Jim Roy; Steve Herman; Underhill, Mike (CIV); lstrange@ago.state.al.us; Maze, Corey
**Cc:** dsc2179 distribution list; Paul Collier; Robert Gasaway
**Subject:** RE: Draft BOP Order

Given the silence on this issue (compared to the emails on the deadlines issue!), am I safe to assume that I may submit this BOP order to the Court today as agreed as to form?

Don

**From:** Don K Haycraft
**Sent:** Friday, March 18, 2011 3:28 PM
**To:** Jim Roy; 'Steve Herman'; 'Underhill, Mike (CIV)'; lstrange@ago.state.al.us; Maze, Corey
**Cc:** dsc2179 distribution list; 'Paul Collier'; 'Robert Gasaway'
**Subject:** Draft BOP Order

Counsel,
Following up on the meeting with Judges Barbier and Shushan regarding BP's motion for further testing of the BOP, we have drafted the attached Order for your review and comment. I will plan to submit the Order on Monday.

Don

**Don K. Haycraft**

(504) 556-4128 Direct
(504) 556-4108 Fax
dkhaycraft@liskow.com

LISKOW&LEWIS
**New Orleans | Lafayette| Houston**

One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139
www.liskow.com

**Liskow & Lewis, A Professional Law Corporation.**This communication is solely for the person to whom it is addressed. It contains legally privileged and confidential information. If you are not the intended recipient, you may not forward, disclose, copy, print, or save the message or its attachments. If you have received this message in error, please notify me immediately, and please delete this message.

[attachment "image001.jpg" deleted by Robert Gasaway/Washington DC/Kirkland-Ellis] [attachment "978248_1.docx" deleted by Robert Gasaway/Washington DC/Kirkland-Ellis]

***********************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof,

including all attachments.
*********************************************************

*********************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
*********************************************************

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee. Please do not read, copy, or disseminate it unless
you are the addressee. If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender. Also, we would appreciate your forwarding the message back to us and
deleting it from your system. Thank you.

*********************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
*********************************************************

*********************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this

communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
**********************************************************