TECHNICAL WORKING GROUP (TWG) TEST REQUEST
May 20, 2011

Ref.: Item No. X – Analysis and Determination of the Comparative Inconsistency of the PETU Units Used in the Y103 Test at the NASA Michoud Facility.

Proposed Testing:

Prior to installation of solenoid #103-Y in the Yellow Pod, we would like to see two (2) Volt Meters installed on the female pie-connection for this solenoid valve (Pie Connection 8E). One meter will be connected to connections #1 and #2, and the second meter will be connected to connections #3 and #4 of this connector. We will be measuring the 24 VDC signal out of the two sets of connections.

With the PETU that has two (2) switches (one labeled "SEM A" and "SEM B" and the other switch labeled "A & B" and "Single"), connect this to the Yellow Pod SEM.

With the PETU selected to "A & B", function #103. If both SEM A and SEM B are being sent a 24 VDC signal from the PETU, both volt meters will read 24 VDC. This is good.

With the same PETU, change the switches to "Single" and "SEM A". Reinitiate the command to solenoid #103. Monitor both volt meters. Only the one that is connected to the SEM A connections should read 24 VDC. If both volt meters show 24 VDC, then this PETU does not have the capability to function one coil / SEM at a time.

Repeat the above test with the switches set to "Single" and "SEM B".

Then install the other PETU that only has a switch for "A" or "B".

Conduct the same test as was conducted for the previous PETU and record the results.

Remove the volt meter leads, and install solenoid #103 in the Yellow Pod and make the pie-connection to Pie Connection 8E.

This should resolve the issue regarding the inconsistency of the PETU's used during at the NASA Michoud Facility.