**Date: 5/22/11**
**Subject: RE: MDL 2179 - Forensic Testing of BOP by DNV (phase 2) -  DNV Concerns Regarding Progress/ Cameron-  Documents  -  Our file 01699**

Judge,

  Good evening.

  Attached for your review are a series of 15 email and  other documents exchanged between David Jones and myself that were omitted from  the bundle Carmelite presented Friday.  I have taken the liberty of  reducing this stack by not providing you with copies of a few of  my one line acknowledgements of a few of David's earlier  transmissions.

  I  shall have a paper copy of same delivered to Chambers Monday  morning.
  Regards,
  Mark

Mark Cohen
Cohen, Gorman & Putnam,  L.L.P.
1010 Lamar  Street, Suite 1000
Houston, Texas 77002-6314

Office Phone: 713-224-0628
Fax:   713 224-7487
Email: **mcohen@cgptexas.com**
Mobile Phone:  832-725-6750