# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) CONSOLIDATED UNDER<br>) MDL<br>) DOCKET NO. 2179<br>)<br>)<br>) |
| Carden Simcox<br>    *Plaintiff*,<br>v.<br>BP, PLC, *et. al.*,<br>    *Defendants*. | ) CASE #: USDC-2:10-cv-02999-<br>) CJB-SS<br>)<br>)<br>)<br>) Transferred from the USDC<br>) Middle District of Tennessee<br>) Nashville Division<br>) Civil Action:  MDTN/3:10-00514 |

## MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW Jonathan D. Rose of the law firm Bradley Arant Boult Cummings LLP, 1600 Division Street, Suite 700, Nashville, Tennessee 37203 appearing on behalf of Defendants Anadarko Petroleum Corporation and MOEX Offshore 2007 LLC, and requests that he be substituted as counsel for these defendants in the place of Jack R Dodson, III, and as grounds for this motion states that Jack R. Dodson, III is no longer associated with the firm of Bradley Arant Boult Cummings LLP and no longer represents these defendants.

Respectfully submitted,

/s/ Jonathan D. Rose
Jonathan D. Rose (20967)
(jrose@babc.com)
**Bradley Arant Boult Cummings LLP**
1600 Division Street, Suite 700
Nashville, Tennessee   37203
Telephone: (615) 252-2308

ATTORNEY FOR ANADARKO
PETROLEUM CORPORATION and
MOEX OFFSHORE 2007, LLC

OF COUNSEL
Sid Trant
(strant@babc.com)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

James J. Dragna
(Jim.Dragna@bingham.com)
BINGHAM MCCUTCHEN
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

Ky E. Kirby
(Ky.Kirby@bingham.com)
Michael B. Wigmore
(Michael.Wigmore@bingham.com)
Warren Anthony Fitch
(Tony.Fitch@bingham.com)
BINGHAM MCCUTCHEN
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record for all parties.

/s/ Jonathan D. Rose