UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) MDL <br> ) DOCKET NO. 2179 <br> ) <br> ) SECTION: J <br> ) |
| RELATES TO: No. 10- 2999 | ) JUDGE BARBIER <br> ) MAG. JUDGE SHUSHAN |

## ORDER SUBSTITUTING COUNSEL

The Court has considered the motion (Docket No. 2512) of Defendants Anadarko Petroleum Corporation and MOEX Offshore 2007 LLC for substitution of counsel, and finds the motion to be well taken. Therefore, it is hereby ORDERED that Jonathan D. Rose of the law firm Bradley Arant Boult Cummings LLP, 1600 Division Street, Suite 700, Nashville, Tennessee 37203 be substituted as counsel for Defendants Anadarko Petroleum Corporation and MOEX Offshore 2007 LLC in the place of Jack R Dodson, III. Jack R. Dodson, III is hereby withdrawn as counsel for Defendants Anadarko Petroleum Corporation and MOEX Offshore 2007 LLC.

IT IS SO ORDERED.

_____
JUDGE

7/2624864.1