UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 MAY 23  AM 9: 42

LORETTA G. WHYTE
CLERK

IN RE: OIL SPILL BY THE OIL RIG
DEEPWATER HORIZON IN THE GULF OF
MEXICO ON APRIL 20, 2010
    Whitney National Bank v. W. Allen Cox, Jr.,
    S.D. Alabama, C.A. No. 1:11-190

EDLA
SEC.J/1

MDL No. 2179   11-1207

## CONDITIONAL TRANSFER ORDER (CTO-19)
### AND SIMULTANEOUS SEPARATION AND REMAND OF CERTAIN CLAIMS

On August 10, 2010, the Panel transferred 44 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See In re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico, on April 20, 2010*, 731 F. Supp. 2d 1352, 1354 (J.P.M.L. 2010). Since that time, 235 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Carl J. Barbier.

It appears that the negligence counterclaim filed in this action by defendant/counterclaim plaintiff W. Allen Cox, Jr., against counterclaim defendant BP Exploration & Production, Inc., shares questions of fact with actions previously transferred to the Eastern District of Louisiana and assigned to Judge Barbier.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action on the attached schedule is transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of August 10, 2010, and, with the consent of that court, assigned to the Honorable Carl J. Barbier.

All claims in this action other than the aforementioned negligence counterclaim are separated and simultaneously remanded, pursuant to 28 U.S.C. § 1407(a), to the Southern District of Alabama.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 23, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee _____
___ Process _____
_x_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____