## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179  SECTION: J |
| These Pleadings apply to: *All Cases in Pleading Bundle B3* | * * * | |
| (Also Applies to: No. 10-2771) | * * * * | JUDGE BARBIER  MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * * * * * * * | | |

**ANSWER AND DEFENSES TO FIRST AMENDED MASTER COMPLAINT IN ACCORDANCE WITH PTO NO. 11 [CASE MANAGEMENT ORDER NO. 1] SECTION III.B(3) ["B3 BUNDLE"]**

The Answer of Defendants, Tiger Rentals, Ltd., The Modern Group GP-SUB, Inc. (incorrectly named as The Modern Group GP-SUB in the First Amended Master Complaint) and The Modern Group, Ltd. (collectively hereinafter referred to as Tiger), to the First Amended Master Complaint in Accordance with PTO No. 11 [Case Management Order No. 11] Section III.B.(3) ["B3 Bundle"] (hereinafter referred to as First Amended Master Complaint) is as follows:

### FIRST DEFENSE

The First Amended Master Complaint fails to state a claim against Tiger upon which relief maybe granted.

## SECOND DEFENSE

Answering separately the allegations of the First Amended Master Complaint, Tiger answers as follows:

### I. INTRODUCTION

Tiger neither admits nor denies the truth of the allegations of fact contained in I. Introduction for lack of sufficient information to justify a belief therein.

### II. PARTIES

Tiger denies the truth of the allegations of fact as stated in Paragraph 71 in II. Parties except Tiger admits that Tiger Rentals, Ltd. is a limited partnership under Texas law, that The Modern Group GP-SUB, Inc. is the general partner in Tiger Rentals, Ltd., that The Modern Group, Ltd. is the limited partner, that The Modern Group, Ltd. has its principal place of business in Beaumont, Texas, and that Tiger Rentals, Ltd. does business in Louisiana as "Tiger Safety." Further, any liability on the part of The Modern Group, Ltd. for the acts or omissions of Tiger Rentals, Ltd. is limited in accordance with Texas law.

Tiger neither admits nor denies the truth of the allegations of fact contained in II. Parties as they relate to other parties for lack of sufficient information to justify a belief therein.

### III. JURISDICTION AND VENUE

Tiger neither admits nor denies the truth of the allegations of fact contained in III. Jurisdiction and Venue for lack of sufficient information to justify a belief therein.

### IV. FACTUAL ALLEGATIONS

Tiger denies the truth of the allegations of fact contained in IV. Factual Allegations as they relate to Tiger and, additionally, Tiger specifically denies the truth of the allegations of fact in Paragraphs 122-124 as they relate to Tiger.  There was no breach of duty on the part of Tiger that caused any damages to the Plaintiffs nor was there any willful and wanton conduct of the part of Tiger.

Tiger neither admits nor denies the truth of the allegations of fact contained in IV. Factual Allegations as they relate to other parties for lack of sufficient information to justify a belief therein.

### V. DAMAGES AND OTHER RELIEF REQUESTED

Tiger denies the truth of the allegations of fact contained in V. Damages and Other Relief Requested as they relate to Tiger and denies that Plaintiffs are entitled to recover the enumerated damages from Tiger.

Tiger neither admits nor denies the truth of the allegations of fact contained in V. Damages and Other Relief Requested as they relate to other parties or the right of the Plaintiffs to recover damages from said parties for lack of sufficient information to justify a belief therein.

## VI. <u>CLASS ALLEGATIONS</u>

Tiger denies the truth of the allegations of fact contained in VI. Class Allegations as they relate to Tiger.

Tiger neither admits nor denies the truth of the allegations of fact contained in VI. Class Allegations as they relate to other parties for lack of sufficient information to justify a belief therein.

## VII. <u>CAUSES OF ACTION</u>

Tiger denies the truth of the allegations of fact contained in VII. Causes of Action as they relate to Tiger.

Tiger neither admits nor denies the truth of the allegations of fact contained in VII. Causes of Action as they relate to other parties for lack of sufficient information to justify a belief therein.

### THIRD DEFENSE

Tiger breached no duty to Plaintiffs which caused any damages to the Plaintiffs.

### FOURTH DEFENSE

Except for 15 employees of Tiger Rentals, Ltd. contracted to Marine Spill Response Corporation ("MSRC") and performing their duties under the direction and control of MSRC, Tiger Rentals, Ltd, did not participate directly in any clean up activities. At the request of BP and others, Tiger Rentals, Ltd. located third parties to provide requested services and equipment to the requesting party under the direction and control of the requesting party. Tiger Rentals, Ltd did as it was requested to do in a

prudent and reasonable manner. The Modern Group GP-SUB, Inc. and The Modern Group, Ltd. had no participation in the clean up activities independent of Tiger Rentals, Ltd. All claims against the Tiger entities should be dismissed, with prejudice.

## FIFTH DEFENSE

Tiger Rentals, Ltd. is a limited partnership under Texas law. The Modern Group GP-SUB, Inc. is the general partner and The Modern Group, Ltd. is the limited partner. Any liability on the part of The Modern Group, Ltd. for the acts or omissions of Tiger Rentals, Ltd. is limited in accordance with Texas law.

WHEREFORE, Defendants, Tiger Rentals, Ltd., The Modern Group GP-SUB, Inc. and The Modern Group, Ltd. (collectively Tiger) pray that the First Amended Master Complaint and any prior or subsequent complaints against these defendants be dismissed, with prejudice, at the costs of plaintiffs.

Respectfully submitted,

*/s/ Cherrell R. Simms*

**JOHN E. GALLOWAY (#5892)**
**CHERRELL R. SIMMS (#28227)**
**GALLOWAY, JOHNSON, TOMPKINS,**
    **BURR & SMITH**
701 Poydras Street, Suite 4040
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456

*Counsel for Defendants, Tiger Rentals, Ltd., The Modern Group GP-SUB, Inc., and The Modern Group, Ltd.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 23rd day of May, 2011, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Cherrell R. Simms*

**CHERRELL R. SIMMS**