**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig                          MDL NO. 2179
     "Deepwater Horizon" in the Gulf
     of Mexico, on April 20, 2010                    SECTION J

Applies to all cases                                    MAGISTRATE JUDGE SHUSHAN

<u>**ORDER**</u>

**[Regarding Testing of the BOP at Michoud]**

On April 19, 2011, District Judge Barbier issued an order regarding a BOP Testing Protocol. Rec. doc. 2016.  At the working group conference on Friday, May 20, 2011, Det Norske Veritas ("DNV") sought certain relief from Cameron and additional time to complete the testing protocol. There was a further hearing on DNV's requests on Monday, May 23, 2011.  A ruling on the record was issued at the conclusion of the hearing.  Cameron objected to the ruling and reserved its rights.

IT IS ORDERED that: (1) **the deadline for the appeal of the ruling is five (5) working days from the hearing on May 23, 2011**; and (2) the ruling shall not be stayed during the pendency of any appeal.

New Orleans, Louisiana, this 23rd day of May, 2011.

                                        **SALLY SHUSHAN**
                                        **United States Magistrate Judge**