# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL BY THE OIL RIG
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO, ON APRIL 20,
2010

APPLIES TO:  11-274 and 11-275

MDL NO. 2179

SECTION "J" (1)

JUDGE BARBIER

MAGISTRATE SHUSHAN

## PROPOSED SCHEDULING ORDER

Considering the need for organization of this complex litigation and to expedite the litigation process, this Court on October 19, 2010 entered Case Management Order No. 1 (CMO #1).  In CMO #1, this Court set forth several guidelines including but not limited to:  (1) pleading bundles, (2) time periods for filing pleadings, and (3) discovery guidelines.  In order to further organize matters within this Multidistrict Litigation concerning the above referenced actions, Certain Underwriters at Lloyd's, London and Various Insurance Companies subscribing to certain excess liability insurance policies issued to Transocean Ltd. (collectively "Transocean Excess Underwriters"), and Certain Underwriters at Lloyd's, London and Various Insurance Companies subscribing to Marine Package Policies ARS4925 and PEO902090 ("Primary Package") and Sections 1 through 5 of Marine Package Policy PEO0902536 ("Excess Package") (collectively, "Transocean Marine Package Insurers"), Ranger Insurance Limited, Triton Asset Leasing GmbH., Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc.,

Tranoscean Deepwater Inc., submit to this Court their Proposed Scheduling Order. The
Scheduling Order is pursuant to and consistent with CMO #1.

## I.      CONSOLIDATION OF THE INSURANCE ACTIONS

The Court grants the pending motion to consolidate of Transocean Excess Underwriters
and consolidates *Ranger Insurance Limited v. BP plc*, No. 11-274, into the first filed case
*Certain Underwriters at Lloyd's, London v. BP Exploration & Production, Inc.*, No. 11-275 as
both actions relate to identical insurance coverage issues that involve common issues of law and
fact.

## II.     STAY OF PROCEEDINGS

Without prejudice to the right of any other party to object and to claim that they have no
such right, the Transocean parties reserve the right to file a Motion to Stay  this action pending
the conclusion of arbitration proceedings between BP and Transocean under the Drilling
Contract dated December 9, 1998.

## III.    PLEADINGS:

A.      Any interventions, cross claims, counterclaims, or third party complaints shall be
filed by June 30, 2011.

B.      Answers to interventions, cross claims, counterclaims, or third party complaints
shall be filed by July 29, 2011.

C.      Any amendments to any pleading shall be filed by August 31, 2011.

D.      Answers to any amended pleadings shall be filed by September 30, 2011.

IV.     **DISCOVERY**

    A.     **Initial Disclosures**:   The parties will exchange their initial disclosures in accordance with Federal Rule of Civil Procedure 26(a)(1) by July 15, 2011.

    B.     **Written Discovery Requests**:  Written discovery requests, and responses thereto, shall be made in accordance with the Federal Rules of Civil Procedure.  Written discovery may commence on or after July 15, 2011.

    C.     **Fact Depositions**:  Fact depositions regarding blow out, spills and related issues will be conducted in accordance with MDL No. 2179 Pretrial Order No. 11.  Fact depositions regarding the insurance and related issues may commence on or after July 15, 2011.

    D.     To the extent production involves ESI, MDL No. 2179 Pretrial Order No. 16 will apply equally.

    E.     To the extent production of any document involves privileged and/or work product materials, MDL No. 2179 Pretrial Order No. 14 will apply equally.

    F.     BP, Anadarko, MOEX, and Transcoean are providing discovery in connection with other actions in MDL No. 2179.  Such discovery may be used in connection with the above referenced actions to the extent permitted by the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

    G.     All fact discovery including depositions will end on January 31, 2012.  On this date, discovery between the parties will close.

    H.     **Experts**:   Any expert reports shall be submitted by the parties by February 29, 2012.  Rebuttal expert reports shall be submitted by March 30, 2012.  Expert depositions shall be completed by May 31, 2012.

V.      **MOTIONS.**

    A.      **Summary Judgment Motions**:

        1.      Within 60 days of the Court's judgment concerning the joint Limitation/fault trial, including any and all cross claims, counterclaims, and third party claims, in MDL No. 2179, any party seeking summary judgment on the issue of insurance coverage and any related issues will file, with documents and/or testimony, its motion(s) for summary judgment.

        2.      Within 90 days of the Court's judgment concerning the joint Limitation/fault trial, including any and all cross claims, counterclaims, and third party claims, in MDL No. 2179, each opposing party will file, with documents and/or testimony, its memorandum in opposition to the summary judgment motion(s).

        3.      Within 120 days of the Court's judgment concerning the joint Limitation/fault trial, including any and all cross claims, counterclaims, and third party claims, in MDL No. 2179, each moving party will file, with documents and/or testimony, its reply memorandum in support of the summary judgment motion(s).

        4.      Following the close of briefing, the Court will hold a hearing on the summary judgment motions.   The hearing will proceed with oral argument.

4

B.     **Dispositive Motions Other Than Summary Judgment Motions:**

1.      For any dispositive motions other than summary judgment motions, each opposing party will file its memorandum in opposition to the motion(s) within 30 days after filing of such a motion.  Any reply memorandum shall be filed within 30 days thereafter.   Excluding BP's pending motion to dismiss Transocean's complaint in intervention (Rec. Doc. 2249), in no event shall any such motion be filed before the September 30, 2011, deadline to file answers to amended pleadings.

Submitted by:

/s/ Michael J. Maloney
Michael J. Maloney
Maloney & Martin, L.L.P.
The Clocktower Building
3401 Allen Parkway, Suite 100
Houston, Texas  77019
Telephone:  (713) 759-1600
Telecopier:  (713) 759-6930

COUNSEL FOR PLAINTIFF, RANGER
INSURANCE LIMITED

PD.4840074.1

/s/ Evans Martin McLeod
George M. Gilly (Bar #6234)
Evans Martin McLeod (Bar #24846)
Marne Jones (Bar #32522)
Phelps Dunbar LLP
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: mcleodm@phelps.com

COUNSEL FOR CERTAIN UNDERWRITERS
AT LLOYD'S, LONDON AND VARIOUS
INSURANCE COMPANIES

6

/s/ Steven L. Roberts
Steven L. Roberts (Texas, No. 17019300)
Rachel Giesber Clingman (Texas, No.
    00784125)
Kent C. Sullivan (Texas, No. 19487300)
Teri L. Donaldson (Florida, No. 784310)
SUTHERLAND ASBILL & BRENNAN LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 470-6100
Facsimile: (713) 654-1301
Email: steven.roberts@sutherland.com
    rachel.clingman@sutherland.com
    kent.sullivan@sutherland.com
    teri.donaldson@sutherland.com

Kerry J. Miller (Louisiana, No. 24562)
FRILOT, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8169
Facsimile: (504) 599-8154
Email: kmiller@frilot.com

Edwin G. Preis, Jr. (Louisiana, No. 10703)
Edward F. Kohnke, IV (Louisiana, No. 07824)
PREIS & ROY PLC
102 Versailles Boulevard, Suite 400
Lafayette, Louisiana 70501
Telephone: (337) 237-6062
Facsimile: (337) 237-9129
601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129
Email: egp@preisroy.com
    efk@preisroy.com

7

Of Counsel:

John M. Elsley (Texas, No. 0591950)
ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

Daniel O. Goforth (Texas, No. 08064000)
GOFORTH GEREN EASTERLING LLP
4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 054933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email:  brad.brian@mto.com,
        allen.katz@mto.com


COUNSEL FOR TRITON ASSET LEASING
GMBH., TRANSOCEAN HOLDINGS LLC,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING INC. AND TRANSOCEAN
DEEPWATER INC.


IT IS ORDERED, this _____ day of _____, 2011, in New Orleans,

Louisiana.


_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

8