# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010** | § § § § § § | **MDL No. 2179**<br><br>**CIVIL ACTION NO. 10-2771** |
| **IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY.** | § § § § § § § | **Judge Carl J. Barbier**<br>**Magistrate Judge Sally Shushan** |
| **THIS DOCUMENT RELATES TO: CIVIL ACTION NO. 10-2771** | § § | |

## NOTICE OF SUBMISSION

TO:     Counsel

     **PLEASE TAKE NOTICE** that subject to Pre-trial Orders Nos. 11 and 25, in which the Court directed that the Court will set the date of all hearings on Motions in this case, the Motion of Defendant M-I L.L.C. to Dismiss Transocean's Cross-Claims/Counter-Claims is tentatively noticed for submission on July 20, 2011, at 9:30 a.m.

Respectfully submitted,

**OF COUNSEL:**                                     MORGAN, LEWIS & BOCKIUS LLP
MORGAN, LEWIS & BOCKIUS LLP

Derek E. Leon                                      By: /s/ Hugh E. Tanner
dleon@morganlewis.com                                  Hugh E. Tanner
Texas Bar No. 24002463                                 htanner@morganlewis.com
5300 Wachovia Financial Center                         Texas Bar No. 19637400
200 South Biscayne Boulevard                           1000 Louisiana, Suite 4000
Miami, Florida  33131                                  Houston, Texas  77002
Telephone:     (305) 415-3000                          Telephone:     (713) 890-5000
Facsimile:     (305) 415-3001                          Facsimile:     (713) 890-5001

Denise Scofield
dscofield@morganlewis.com                          **ATTORNEYS FOR DEFENDANT**
Texas Bar No. 00784934                             **M-I L.L.C.**
1000 Louisiana, Suite 4000
Houston, Texas  77002
Telephone:     (713) 890-5000
Facsimile:     (713) 890-5001

**ATTORNEYS FOR DEFENDANT**
**M-I L.L.C.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing ***M-I L.L.C.'S Notice of Submission*** has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of  May, 2011.


*/s/ Hugh E. Tanner*
Hugh E. Tanner

DB1/67351267.1