IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>CIVIL ACTION NO. 10-2771 |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY. | § § § § § § § | Judge Carl J. Barbier<br>Magistrate Judge Sally Shushan |
| THIS DOCUMENT RELATES TO: CIVIL ACTION NO. 10-2771 | § § | |

## ORDER

Considering the Defendant M-I L.L.C.'s Motion to Dismiss Transocean's Cross-Claims/Counter-Claims for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6):

**IT IS HEREBY ORDERED** that all claims asserted against Defendant M-I L.L.C. are dismissed.

New Orleans, Louisiana, this _____ day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE

DB1/67351307.1