MINUTE ENTRY
SHUSHAN, M.J.
MAY 23, 2011

**MJSTAR: 01:19**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE            CIVIL ACTION
OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010      NUMBER: 10-MDL-2179

                                                      SECTION: "J" (1)

MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

MONDAY, MAY 23, 2011 AT 2:00 P.M.

CASE MANAGER: Tanya Lee

COURT REPORTER: Cathy Pepper

      A status conference was held this date before Magistrate Judge Sally Shushan.

PRESENT:     See attached sign-in sheets for attorneys who participated in person and via telephone.