# CONFERENCE ATTENDANCE RECORD

DATE: 5-23-11           TIME: 2:00

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

DISCOVERY STATUS     CONFERENCE

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Ruth Colvin | DNV |
| Don Haycraft | BP |
| Rob Gasaway | BP |
| Carmelite Bertaut | Cameron |
| David Jones | CAM |
| Phil Wittmann | Cameron |
| Jimmy Williamson | PSC |
| Gary Kenney | DnV |
| Mark Cohen | DNV |

Mike Underhill
Kerry Miller
David Baay