UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL No. 2179 SECTION: J |
| **This Document Relates to No. 11-1136** | | * * | Judge Barbier Mag. Judge Shushan |

### DEFENDANT MARSH USA, INC.'S MOTION TO SEVER

**NOW INTO COURT**, through undersigned counsel, comes defendant, Marsh USA, Inc. ("Marsh"), who moves this Court for an Order severing the lawsuit filed by plaintiff ART Catering, Inc. and subsequently removed to this Court by Marsh (Civil Action No. 11-1136) from the ongoing Multidistrict Litigation ("MDL").

Plaintiff's lawsuit, alleging negligence by Marsh in placing Plaintiff's insurance coverages, is clearly distinguishable from the other cases in the MDL, as Plaintiff's case: (1) does not involve any claims against BP, Transocean or any of the other principal defendants in the MDL; (2) does not involve claims for personal injuries/death, property damages, or business interruption/losses resulting from the Deepwater Horizon explosion/fire; and (3) does not require a determination of the cause(s) of the explosion/fire, the identities of those responsible for the explosion/fire, or other questions of fact common throughout the MDL.

1682314-1

WHEREFORE, defendant, Marsh USA, Inc., prays that this Court grant this motion and sever the lawsuit filed by plaintiff ART Catering, Inc. from the Multidistrict Litigation.

Respectfully submitted,

_____
William F. Grace, Jr., T.A. (#6199)
Philip R. Sims (#27644)
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
*Attorneys for Marsh USA, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of May, 2011, a copy of the foregoing has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing. All counsel of record are being served with this filing by either the court's electronic filing system or by telefaxing and/or U.S. Mail.

_____