# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL No. 2179 |
| | | | SECTION: J |
| **This Document Relates to No. 11-1136** | | * * | Judge Barbier Mag. Judge Shushan |

## <u>NOTICE OF HEARING</u>

Please take notice that defendant, Marsh USA, Inc., will bring the attached Motion to Sever for hearing before the Honorable Carl J. Barbier at the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, on the 8th day of June, 2011, at 9:30 a.m. or as soon after as may be heard.

Respectfully submitted,

William F. Grace, Jr., T.A. (#6199)
Philip R. Sims (#27644)
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
*Attorneys for Marsh USA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this _24th_ day of May, 2011, a copy of the foregoing has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing.   All counsel of record are being served with this filing by either the court's electronic filing system or by telefaxing and/or U.S. Mail.