IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § | MDL No. 2179 Section: J |
| This Document Relates to: | § § | Judge Barbier |
| In Re: The Complaint and Petition of Triton Asset Leasing GMbH, et al. Civil Action No. 10-2771 | § § § | Mag. Judge Shushan |

MOTION TO AMEND PLEADING

COMES NOW, Carroll H. Ingram, Attorney, and files this his Motion to Amend the Pleadings, pursuant to Rule 15(1)(A) FRCP and in support thereof would show unto the Court the following:

1. That the Claimants, 30 Degree Blue, LLC, et al filed Objections to Jurisdiction and To Enforcement of Monition, Reservation of Rights, Answers and Defenses of Claimants, Motion to Toll and Extend for Filing Claims Pursuant to the Monition and Memorandum on April 22, 2011 in Civil Action 2:10cv2771.

2. That Carroll H. Ingram, 2901 Arlington Loop, Post Office Box 15039, Hattiesburg, Mississippi 39404-5039, 601-261-1385-telephone, 601-261-1393-facsimile, Mississippi Bar No. 3023, carroll@ingramlawyers.com was mistakenly and/or inadvertently listed as an Attorney of Record;

3. The filed document should be amended by deleting the listing of Attorney Carroll H. Ingram from the document; and

4. No other amendment, deletion, correction or alteration of the document is

requested by this Motion.

Carroll H. Ingram, Attorney, requests the Court to grant the requested amendment and removal of his name and firm information from the pleading and list of attorneys of record.

Respectfully submitted,

s/Carroll H. Ingram            .
By: CARROLL H. INGRAM

Carroll H. Ingram, MSB # 3023
INGRAM|WILKINSON, PLLC
P. O. Box 15039
Hattiesburg, Mississippi 39404-5039
Ph: (601) 261-1385
Fx: (601) 261-1393

## CERTIFICATE OF SERVICE

I, Carroll Ingram, certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve and was electronically filed with the Clerk of Court of the United State District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

This the 24th day of May, 2011.

s/Carroll H. Ingram            .
CARROLL H. INGRAM