IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § | MDL No. 2179 Section: J |
| | This Document Relates to: | § § | Judge Barbier |
| In Re: | The Complaint and Petition of Triton Asset Leasing GMbH, et al. Civil Action No. 10-2771 | § § § | Mag. Judge Shushan |

ORDER GRANTING MOTION TO AMEND PLEADING

**THIS** cause came before the Court on the Motion to Amend the Pleading filed by Carroll H. Ingram, Attorney and the Court having considered same, finds justifiable cause to amend the Claimants, 30 Degree Blue, LLC, et al filed Objections to Jurisdiction and To Enforcement of Monition, Reservation of Rights, Answers and Defenses of Claimants, Motion to Toll and Extend for Filing Claims Pursuant to the Monition and Memorandum on April 22, 2011 in Civil Action 2:10cv2771.  The Court does hereby GRANT Attorney Carroll H. Ingram's Motion to Amend Pleading.

**IT IS HEREBY ORDERED AND ADJUDGED** that the Claimants, 30 Degree Blue, LLC, et al filed Objections to Jurisdiction and To Enforcement of Monition, Reservation of Rights, Answers and Defenses of Claimants, Motion to Toll and Extend for Filing Claims Pursuant to the Monition and Memorandum on April 22, 2011 in Civil Action 2:10cv2771 shall be amended by deleting the listing of Attorney Carroll H. Ingram from the document;

**IT IS HEREBY ORDERED AND ADJUDGED** that no other amendment, deletion, correction or alteration of the document is granted.

**SO ORDERED AND ADJUDGED**, this the _____ day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE