1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3     *******************************************************************

4     IN RE:  OIL SPILL BY THE
5     OIL RIG *DEEPWATER HORIZON*
      IN THE GULF OF MEXICO ON
6     APRIL 20, 2010

7                              CIVIL ACTION NO. 10-MDL-2179 "J"
                               NEW ORLEANS, LOUISIANA
01:53PM 8                      MONDAY, MAY 23, 2011, 2:00 P.M.

9
      THIS DOCUMENT RELATES TO
10    ALL ACTIONS

11    *******************************************************************

12
                 TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
13               HEARD BEFORE THE HONORABLE SALLY SHUSHAN
                     UNITED STATES MAGISTRATE JUDGE
14

15    APPEARANCES:

16

17    FOR THE PLAINTIFFS:
                               WILLIAMSON & RUSNAK
18                             BY:  JIMMY WILLIAMSON, ESQUIRE
                               4310 YOAKUM BOULEVARD
19                             HOUSTON TX  77006

20

21    GOVERNMENT INTERESTS:    U.S. DEPARTMENT OF JUSTICE
                               TORTS BRANCH, CIVIL DIVISION
22                             BY:  R. MICHAEL UNDERHILL, ESQUIRE=
                               450 GOLDEN GATE AVENUE
23                             7TH FLOOR, ROOM 5395
                               SAN FRANCISCO, CA  94102
24

25

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
 4   OFFSHORE DEEPWATER
     DRILLING INC., AND
 5   TRANSOCEAN DEEPWATER
     INC.:                       FRILOT
 6                               BY:  KERRY J. MILLER, ESQUIRE
                                 ENERGY CENTRE, 36TH FLOOR
 7                               1100 POYDRAS STREET
                                 NEW ORLEANS, LA  70163
 8

 9   FOR BP AMERICA INC.,
     BP AMERICA PRODUCTION
10   COMPANY, BP COMPANY
     NORTH AMERICA INC.,
11   BP CORPORATION NORTH
     AMERICA INC.,
12   BP EXPLORATION &
     PRODUCTION INC.,
13   BP HOLDINGS NORTH
     AMERICA LIMITED,
14   BP PRODUCTS NORTH
     AMERICA INC.:               LISKOW & LEWIS
15                               BY:  DON K. HAYCRAFT, ESQUIRE
                                 ONE SHELL SQUARE
16                               701 POYDRAS STREET
                                 SUITE 5000
17                               NEW ORLEANS, LA  70139

18
                                 KIRKLAND & ELLIS
19                               BY:  ROBERT R. GASAWAY, ESQUIRE
                                 655 FIFTEENTH STREET, N.W.
20                               WASHINGTON, DC  2000

21

22   FOR CAMERON INTERNATIONAL
     CORPORATION:                STONE PIGMAN WALTHER WITTMANN
23                               BY:   PHILLIP A. WITTMANN, ESQUIRE
                                       CARMELITE BERTAUT, ESQUIRE
24                               546 CARONDELET STREET
                                 NEW ORLEANS, LA 70130
25
```

```
 1  APPEARANCES CONTINUED:

 2

 3                          BECK REDDEN & SECREST
                            BY:  DAVID JONES, ESQUIRE
 4                          ONE HOUSTON CENTER
                            1221 MCKINNEY STREET, SUITE 4500
 5                          HOUSTON, TX  77010

 6

 7  FOR DET NORSKE VERITAS: COHEN GORMAN & PUTNAM
                            BY:  MARK COHEN, ESQUIRE
 8                               RUTH A. COLVIN, ESQUIRE
                            1010 LAMAR STREET, SUITE 1000
 9                          HOUSTON, TX  77002

10

11  ALSO PRESENT:           DAVID BAAY, ESQUIRE
                            GARY KENNEY
12

13

14  OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                CERTIFIED REALTIME REPORTER
15                              500 POYDRAS STREET, ROOM HB406
                                NEW ORLEANS, LA  70130
16                              (504) 589-7779
                                Cathy_Pepper@laed.uscourts.gov
17
    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
18  PRODUCED BY COMPUTER.

19

20

21

22

23

24

25
```

1                              **I N D E X**

2

3    SPEAKERS                                              PAGE

4

5    MR. JONES........................................     8

6    MR. COHEN.......................................    17

7    MR. GASAWAY.....................................    24

8    MR. COHEN.......................................    27

9    THE COURT.......................................    27

10   MR. KENNEY......................................    30

11   MR. JONES.......................................    31

12   THE COURT.......................................    37

13   MR. JONES.......................................    38

14   THE COURT.......................................    39

15   MR. WILLIAMSON..................................    41

16   MS. BERTAUT.....................................    42

17   MR. KENNEY......................................    42

18   MR. COHEN.......................................    42

19   MR. JONES.......................................    42

20   MR. GASAWAY.....................................    43

21   MR. MILLER......................................    44

22   MR. HAYCRAFT....................................    45

23   MR. GASAWAY.....................................    45

24   MR. COHEN.......................................    46

25   MR. WILLIAMSON..................................    48

1    MR. COHEN............................................. 48

2    MR. WILLIAMSON........................................ 49

3    MR. JONES............................................. 49

4    MR. GASAWAY........................................... 50

5    MR. JONES............................................. 51

6    MR. COHEN............................................. 51

7    MR. JONES............................................. 51

8    MR. COHEN............................................. 51

9    MR. WILLIAMSON........................................ 52

10   MR. COHEN............................................. 52

02:05PM  11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**P-R-O-C-E-E-D-I-N-G-S**

MONDAY, MAY 23, 2011

A F T E R N O O N    S E S S I O N

(COURT CALLED TO ORDER)


THE DEPUTY CLERK:  All rise.

THE COURT:  Please have a seat.  All right.  Well, let's see, we've got a continuation of our conference on Friday afternoon and then a new issue that has been raised, so let's take up the continuation first.  I've read everything be everybody has submitted to me.

Good afternoon.  Let's see.  We're going to want to hear from you, aren't we?

MR. JONES:  I think so, Judge.

THE COURT:  Why don't you give us an update on how the appendectomy went.

MR. JONES:  It went fine.  I was just telling folks that he was going to try to get back to school today.  He wanted see his friends, but he didn't quite feel up to it first thing.  They caught it early, and but for the fact that we found out that, like his mother, he cannot handle pain medication, it would have been fine.  That made the first couple of nights a little tricky, but he's doing okay.  Thank you for asking.

THE COURT:  How old is he?

02:07PM 1          MR. JONES:  He's 11.

02:07PM 2          THE COURT:  I would milk it for all it was worth.  Oh,

02:07PM 3  no school?

02:07PM 4          MR. COHEN:  It's a summer vacation.

02:07PM 5          MR. JONES:  It's the end.  It's a field day and it was

02:07PM 6  just play time anyway.  He milked it.  He wanted a new Xbox game.

02:07PM 7  He wanted all sorts of stuff.

02:07PM 8              I have to say, Judge, given the fact that the last

02:07PM 9  thing I said to him going out the door Monday morning when he was

02:07PM 10 grousing was, "You don't have appendicitis.  Go to school," is

02:07PM 11 sort of -- I had to get him his video game.

02:07PM 12         THE COURT:  So he told you he had it?

02:07PM 13         MR. JONES:  He was grousing.  He said, "Daddy, what if I

02:07PM 14 have appendicitis?"

02:07PM 15             I said, "You don't have appendicitis.  I have to go

02:07PM 16 to a meeting."

02:07PM 17         THE COURT:  Oops, that will teach you.

02:07PM 18         MR. JONES:  That's right.

02:08PM 19         THE COURT:  All right.  Let's pick up.  I know you read

02:08PM 20 the transcript.

02:08PM 21         MR. JONES:  I did.

02:08PM 22         THE COURT:  You've already responded to the transcript,

02:08PM 23 so that's good.

02:08PM 24         MR. JONES:  Yes, ma'am.

02:08PM 25         THE COURT:  So why don't you put in your two cents, and

02:08PM 1   then we'll talk about it.

02:08PM 2            MR. JONES:  Okay.  I think at the very basic here,

02:08PM 3   Judge, we all know DNV is behind schedule.  Really, I don't think

02:08PM 4   that was a surprise to anybody.  I think the people that were out

02:08PM 5   at Michoud during the JIT testing, if you asked any of them

02:08PM 6   whether they thought that this testing was going to get done

02:08PM 7   within 2 months, they probably would have said the consensus was

02:08PM 8   no, it was not going to get done in 2 months.

02:08PM 9            The first round of testing was supposed to take

02:08PM 10  2 months.  It ultimately took 5 months.  So it was for that

02:08PM 11  reason that back when we were putting the protocol in place that

02:08PM 12  we had such concerns about Cameron's involvement.  We saw this

02:08PM 13  train coming down the tracks that as the schedule slipped and as

02:09PM 14  it became more and more likely that they weren't going to get

02:09PM 15  finished, people were going to start putting more and more

02:09PM 16  demands on my client to get more and more involved in this

02:09PM 17  testing.

02:09PM 18            We expressed those concerns to you, and we laid out

02:09PM 19  in the protocol, and we had various conferences on that and said,

02:09PM 20  Look, this isn't our testing.  We didn't ask for this testing.

02:09PM 21  We have concern about the validity of this testing, so we're not

02:09PM 22  going to be supporting, advising, supervising, and all those

02:09PM 23  other words that folks were trying to put into the protocol.

02:09PM 24            We also said that we're not going to be out there

02:09PM 25  every day.  We're going to be out there for the very specific

02:09PM 1    tests that were identified for us.  The protocol that you

02:09PM 2    ultimately approved reflected that.  That was our role.

02:09PM 3              So now, all of our concerns that we had back at the

02:09PM 4    time that the protocol was being put together are coming to

02:09PM 5    fruition, that DNV is behind schedule, and they are back now with

02:09PM 6    the e-mail from last week trying to put us in that support role

02:10PM 7    that BP was not successful putting us in back in April.  They

02:10PM 8    want us onsite every day to act, in effect, to use the word out

02:10PM 9    of the e-mail, they want *technical assistance* on a daily basis.

02:10PM 10   They want us involved in their testing.

02:10PM 11             The relief that they are asking for, Your Honor, we

02:10PM 12   believe, is just -- it's improper.  They are a consultant, hired

02:10PM 13   by BP.  BP is suing my client and is trying to put the entire

02:10PM 14   liability for the oil spill on my client, and they want daily

02:10PM 15   meetings with our management and employees and have

02:10PM 16   communications not going through counsel.

02:10PM 17             We think that that's inappropriate.  We think that

02:10PM 18   the Federal Rules of Civil Procedure and the case law don't allow

02:10PM 19   it, and we cited in our brief, we think frankly it says it can't

02:10PM 20   be done.  Setting aside the fact that it can't be done, we don't

02:11PM 21   think there is any basis at all to come in to the Court to make

02:11PM 22   the arguments that were made last week and suggest that Cameron

02:11PM 23   is responsible for any slip in the schedule that possibly exists

02:11PM 24   out there.

02:11PM 25             We addressed -- there were two issues that they

02:11PM  1    laid out on Friday.  The issue of the test stand and the issue of
02:11PM  2    Mr. LeNormand supposedly leaving the site and not coming back
02:11PM  3    that were attributed to the delay.  We addressed those in our
02:11PM  4    submission, and I don't think we need to dwell on them here.
02:11PM  5    Only to say, it should be clear that Cameron has nothing to do
02:11PM  6    with the slip in the schedule for those 9 days.
02:11PM  7           On Friday, DNV also went through other items that
02:11PM  8    they believe showed that Cameron was foot dragging, and I'm
02:11PM  9    prepared and happy to go through each of those in detail if the
02:11PM 10    Court is inclined to hear it.  I don't think it's a particularly
02:11PM 11    useful use of the Court's time because it's the same types of
02:11PM 12    issues that we did address in our memo.
02:11PM 13           I think we were unfairly criticized for failing to
02:12PM 14    respond in two and a half days to an ex parte e-mail blast asking
02:12PM 15    for -- asking for input on how DNV is to do its job.  I think we
02:12PM 16    were unfairly criticized for saying we didn't help DNV figure out
02:12PM 17    a way to remove the annular elements, the rubber pieces that go
02:12PM 18    inside the BOP, when Cameron had never been asked to come onsite
02:12PM 19    to provide information in connection with that.
02:12PM 20           I think we were unfairly criticized by saying that
02:12PM 21    it was somehow unreasonable for us to say, Give us specific part
02:12PM 22    numbers, when the whole reason of asking for those part numbers
02:12PM 23    is to make sure that what they are testing -- and make no
02:12PM 24    mistake, they are going to take Cameron parts and go run tests on
02:12PM 25    them -- we wanted to make sure that what you are actually testing

02:12PM   1   is what was on that stack on April 20th, as opposed to something

02:12PM   2   that may have been on that stack 10 years ago.  I don't think it

02:12PM   3   was unreasonable for us to make that request.

02:12PM   4          Lastly, I think we were unfairly criticized for not

02:13PM   5   being fast enough to tell them what had been under their nose for

02:13PM   6   9 months, and that's the casing regulator.  The casing shear

02:13PM   7   regulator was not a Cameron part, that we were not the original

02:13PM   8   equipment manufacturer for that part.

02:13PM   9          They have had this stack for 9 months.  They have

02:13PM  10   climbed all over it.  They've tested it.  They've photographed

02:13PM  11   it.  In fact, as part of the JIT testing they took the regulator

02:13PM  12   off the stack, put it in the evidence yard, and somehow it's

02:13PM  13   Cameron's fault that no one for DNV looked down, wiped their

02:13PM  14   thumb across it to see that there is a big, old Gilmore Valve

02:13PM  15   Company plaque on it with an address and a part number.  Somehow

02:13PM  16   that's Cameron's fault for not telling them fast enough that we

02:13PM  17   aren't the OEM.  That really has been a common problem throughout

02:13PM  18   this process.

02:13PM  19          They view our role as not to provide information.

02:14PM  20   They view us as their support staff.  They ask, We need

02:14PM  21   instructions for disassembly of the ram bonnets.  Fine.  We have

02:14PM  22   to stop.  We have to take time and tell them, Here are the

02:14PM  23   specific pages in the operation and maintenance manual that

02:14PM  24   you've had for 9 months that tells you how to disassemble the ram

02:14PM  25   bonnets.

02:14PM 1        They say, Well, Cameron, we need you to get us

02:14PM 2   another portable electronic test unit.  We have to take the time

02:14PM 3   to tell them, Walk 20 yards from your office there onsite, take

02:14PM 4   out your key and open up the box that has been sitting there, and

02:14PM 5   you're going to see portable electronic test units sitting there.

02:14PM 6        They say, Well, we have a drawing that shows us the

02:14PM 7   weight of a super shear bonnet, but we can't see in the

02:14PM 8   operations manual where see the weight of a regular bonnet.  We

02:14PM 9   have to tell them, Flip back 16 pages in that document that

02:14PM 10  you're sitting there looking at, and it has the weight right

02:14PM 11  there.  So that's the whole -- that's the problem with this

02:14PM 12  process.

02:14PM 13       Despite our insistence and the Court's recognition

02:15PM 14  that we're not in a support role, they want us to be their

02:15PM 15  support staff.  We have complied.  Since the protocol was

02:15PM 16  entered, we have answered at least a dozen additional requests

02:15PM 17  for information.  We even agreed, despite the fact that those

02:15PM 18  specific tests were outlined and negotiated and put into the

02:15PM 19  protocol, we put a man onsite for 5 days last week to provide

02:15PM 20  information in connection with a test that we didn't even have an

02:15PM 21  obligation to be there for.

02:15PM 22       So, you know, all of this has been a burden on my

02:15PM 23  client.  We're the only party in this litigation that has to do

02:15PM 24  this.  Every one of these requests, every single one of them is

02:15PM 25  in every sense discovery.  That's what we're doing.  We're doing

02:15PM 1 discovery here.  In every single instance, Cameron has responded

02:15PM 2 in less time than is required under the Federal Rules and, in

02:15PM 3 most instances, in less than a week, and then sometimes in one or

02:16PM 4 two days.  That's just not good enough for DNV.

02:16PM 5       I think the request that we got on May 17th -- and

02:16PM 6 it was one of the last documents in the materials that Carmelite

02:16PM 7 gave you on Friday -- there was a request for nine different

02:16PM 8 types of parts and equipment and three narrative responses which

02:16PM 9 weren't contained in the original protocol or in DNV's original

02:16PM 10 information request.

02:16PM 11       The next day I get a call from counsel for DNV

02:16PM 12 following up on, Hey, what's the answer to that request that we

02:16PM 13 sent?  I said, Look, I forwarded it on to my client.  I haven't

02:16PM 14 heard back yet.  When there is some degree of displeasure

02:16PM 15 expressed at the fact that I can't give an answer, I asked the

02:16PM 16 question, When do you expect that Cameron should be responding to

02:16PM 17 this, and the answer that I get back is, By now.  Within 24 hours

02:16PM 18 DNV expects Cameron to give them answers to their questions to

02:16PM 19 their discovery that they are sending us.  They want a response

02:16PM 20 in 24 hours.

02:17PM 21       We agree we'll talk the next day.  I give you my

02:17PM 22 cell phone number because I'm in a meeting.  The call doesn't

02:17PM 23 occur.  We get end up getting an e-mail to the Court.  If there

02:17PM 24 had been an call, what I would have said is, Much of what you

02:17PM 25 were asking for, these are not Cameron products.  These are not

02:17PM  1    things that Cameron keeps on its shelf.  Cameron is going to have

02:17PM  2    to go out, get quotes from third parties, and buy these things

02:17PM  3    that you're asking for so that we can then turn around and hand

02:17PM  4    them to you.

02:17PM  5            So at this point we're so far in the process, DNV

02:17PM  6    wants us to be acting as its purchasing agent.  They are working

02:17PM  7    for one of the largest oil companies in the world, but they want

02:17PM  8    my client to get them not Cameron parts but American Petroleum

02:17PM  9    Institute test flanges, ring gaskets, and literally nuts and

02:17PM 10    bolts.

02:17PM 11            So we are so far beyond everything or anything that

02:17PM 12    was represented to the Court, anything that was in the original

02:17PM 13    motion to get this testing talking about Cameron's involvement,

02:18PM 14    and so far beyond anything that you have approved.

02:18PM 15            What you approved and at the time you approved it

02:18PM 16    we agreed that we were going to provide information, and we think

02:18PM 17    we have complied with that agreement.  I think given the

02:18PM 18    circumstances since making that agreement -- we have been sued by

02:18PM 19    BP -- I think our compliance has been fairly remarkable under the

02:18PM 20    circumstances to continue to do this and do more since that.

02:18PM 21            What we object to and what we are not willing to do

02:18PM 22    is to do more than we agreed to do back at the time this protocol

02:18PM 23    was entered into, and that includes everything in Mr. Cohen's

02:18PM 24    e-mail, with the exception of having conferences or updates with

02:18PM 25    the Court because I do believe that there is value in that.

02:18PM  1          I do believe that there is a lot of value in the

02:18PM  2     Court to the extent it's inclined to know, finding out what's

02:18PM  3     going on at Michoud so that you will understand what is the real

02:19PM  4     reason for the delays that are going on out there, because there

02:19PM  5     is a reason for delays that's going out there, and it has nothing

02:19PM  6     to do with my client.

02:19PM  7               May I approach?

02:19PM  8          THE COURT:  Sure.

02:19PM  9          MR. JONES:  On Friday, Your Honor, I think you were told

02:19PM 10     about e-mails that are sent out by DNV every day telling the

02:19PM 11     parties about activities that are planned for the next day at the

02:19PM 12     site.  What I have done here is I've pulled out text from some of

02:19PM 13     those e-mails going back first to May 9th, and what you see there

02:19PM 14     is that on May 9th, the planned activity on the lower stack --

02:19PM 15     this is the lower part of the BOP where they have the rams --

02:19PM 16     they are going to start initial preparations to remove the ram

02:19PM 17     bonnets from the lower section of the BOP.  Ram bonnets are huge

02:19PM 18     piston operators.  They weigh a tremendous amount of money [sic],

02:19PM 19     and they sit on the sides of the rams.

02:20PM 20          What you see when you get to May 11th is that they

02:20PM 21     haven't started to remove the ram bonnets.  What they are going

02:20PM 22     to do they need to plan, discuss -- they are going to have a plan

02:20PM 23     that's going to discuss ways forward to address the test

02:20PM 24     protocol's next steps for the ram bonnet disassembly.  The steps

02:20PM 25     for May 13 and 14.  No activities are planned for the lower

02:20PM 1    section of the BOP until a lifting or removal frame is fabricated

02:20PM 2    and fitted to the BOP.

02:20PM 3            What's happened, Judge, is that during this period

02:20PM 4    of time between May 9th and May 13th, there is a realization that

02:20PM 5    they have put the building around the BOP in the wrong place so

02:20PM 6    that they can't get the ram bonnets off of the blowout preventer.

02:20PM 7    This has nothing to do with my client.  Nothing at all to do with

02:20PM 8    my client.

02:20PM 9            As you follow this string through, you see, well,

02:20PM 10   they think this frame that they have had to construct is going to

02:21PM 11   be delivered on May 16th.  It isn't delivered on Monday,

02:21PM 12   May 16th.  The next one is going to be delivered on Wednesday,

02:21PM 13   May 18th.  It isn't delivered on the 18th.

02:21PM 14           So what we have is the e-mail that came out last

02:21PM 15   night that says, "The frame to assist with removing the lower ram

02:21PM 16   bonnets is either coming tonight or it's coming tomorrow, and

02:21PM 17   then we're going to start this process of removing the ram

02:21PM 18   bonnets."

02:21PM 19           So DNV comes in here on Friday and talks about my

02:21PM 20   client being responsible for a 9-day delay but doesn't tell the

02:21PM 21   Court that they have 15 days' delay and counting based on the

02:21PM 22   fact that they put the building in the wrong place.

02:21PM 23           So I want the Court to understand what's going on

02:21PM 24   out at Michoud, and I want the Court to understand what we've

02:21PM 25   done to comply with these requests.  So I welcome that.  What I

02:21PM 1    don't welcome is the suggestion that Cameron needs to be

02:21PM 2    providing them access to our employees, daily communication with

02:21PM 3    them to help them plan their tasks and tell them what to do

02:22PM 4    because that's not what we signed on for.

02:22PM 5            THE COURT:  Okay.  Thank you.  Mark, do you want a

02:22PM 6    little rebuttal time.

02:22PM 7            MR. COHEN:  Good afternoon, Your Honor.

02:22PM 8            THE COURT:  Good afternoon.

02:22PM 9            MR. COHEN:  Very little rebuttal time because I'm

02:22PM 10   mindful that the Court spent a lot of time letting me elaborate

02:22PM 11   many things last week.  I will try to touch on the major points.

02:22PM 12           First of all, I'm not in a position, really, to

02:22PM 13   discuss, but I think it's worth thinking about this question

02:22PM 14   about discovery and the scope of discovery.  That's really for

02:22PM 15   the litigants.

02:22PM 16           Plainly, DNV has to go to the OEM in the first

02:22PM 17   instance for most of these issues, and as counsel has pointed

02:22PM 18   out, in some instances it would be -- it would be appropriate for

02:23PM 19   Cameron to say, This isn't a device we manufactured.  This isn't

02:23PM 20   a part we manufactured.  Really, that's all they have to do.

02:23PM 21   That's all they have to say.  We obtained it from a Vendor X.  Go

02:23PM 22   to the vendor.  Source it there.

02:23PM 23           It's not necessary that Cameron put themselves --

02:23PM 24   although we've asked them to supply material.  On many occasions,

02:23PM 25   actually, we've asked them to supply materials, but that's

02:23PM  1   because they are the OEM, and short of asking them to supply the

02:23PM  2   material and getting information from them, we have no better way

02:23PM  3   to understand where to get it.  If they direct us somewhere else,

02:23PM  4   that's fine, and we can move in that direction.

02:23PM  5            I do want to correct, perhaps, a factual

02:23PM  6   misrepresentation.  I'm not sure it was intentional, but DNV has

02:23PM  7   not been in possession of the BOP for 9 months.  DNV did do the

02:24PM  8   JIT testing, of course, and then the government remained in

02:24PM  9   custody of the BOP.  We have gone back to work there.  I'm not

02:24PM 10   sure that the circumstances of the JIT testing relate to the

02:24PM 11   circumstances of the present testing, so I'm not sure a

02:24PM 12   comparative analysis has much value there.

02:24PM 13            I did hear counsel refer back to this question that

02:24PM 14   I discussed at some length about the part numbers and referring

02:24PM 15   DNV to go to the part numbers.  I'll point out once again, I

02:24PM 16   don't understand why, if Cameron isn't using the part numbers in

02:24PM 17   their catalog, if they've already abandoned those and they

02:24PM 18   represent that, why they would be discussing that DNV should go

02:24PM 19   back and get them those part numbers, instead of just saying from

02:24PM 20   the very beginning, Please go look at the parts themselves and if

02:24PM 21   there are part numbers on those materials, give them to us.

02:24PM 22            I did discuss at length the notion that it's not

02:24PM 23   necessarily a question of stacking all the different delays.  I

02:25PM 24   think the Court heard that quite clearly.  I was a little

02:25PM 25   troubled by the notion that there was so much put in the letter

02:25PM 1    about whether Mr. LeNormand, "Big Country," and counsel returned

02:25PM 2    to the location on Thursday -- I think it was Thursday the --

02:25PM 3    whatever day it was.  Thursday it was discussed at some length.

02:25PM 4         We did -- when we got the letter, I asked

02:25PM 5    Mr. Kenney, of course, first as lead investigator, and he has

02:25PM 6    checked with all of his team leads, and the best I can say about

02:25PM 7    that is no one has any recollection of meeting "Big Country," who

02:25PM 8    is memorable, and when he's there, he is useful to work with, and

02:25PM 9    they know who he is, and they would recognize him and counsel,

02:25PM 10   who is a nice man.  No one has any recollection of meeting them

02:25PM 11   or working with them or having a discussion with them about the

02:25PM 12   schedule on Thursday or for the remainder of the week, so they

02:26PM 13   may have come and they may have left.

02:26PM 14        Evidently they didn't talk to anybody who either

02:26PM 15   remembers or was sufficiently up the food chain that they would

02:26PM 16   have a note.  I'm not going to stand here and call them a liar.

02:26PM 17   I'll assume that they came, but that doesn't change the point of

02:26PM 18   the argument that we did lose a large amount of time.  DNV has

02:26PM 19   lost a huge amount of time because of what we have described to

02:26PM 20   the Court as less than enthusiastic cooperation and support.

02:26PM 21        We understand Cameron's difficult position.  We

02:26PM 22   have, I think, publicly stated over and over that we think they

02:26PM 23   are a fine company, that the people are terrific when they work

02:26PM 24   with us, etcetera.  We just need more time and we need more

02:26PM 25   support.

02:26PM 1          Thank you for your additional courtesy, Judge.

02:26PM 2          THE COURT:  No problem, Mark.  Let me ask you this

02:26PM 3  question before you sit down:  One of the problems with the

02:26PM 4  request for more time is the fact that we need to get the testing

02:27PM 5  done in sufficient time that the depositions can be taken.

02:27PM 6          MR. COHEN:  Yes, ma'am.

02:27PM 7          THE COURT:  The depositions are currently set for, I

02:27PM 8  want to tell you the 21st; isn't that correct?

02:27PM 9          MR. COHEN:  If the Court is referencing the DNV

02:27PM 10  depositions -- and I did mention that in my e-mail -- yes, the

02:27PM 11  depositions have been scheduled, after working with counsel,

02:27PM 12  Tony Fitch, for the 21st and 22nd of June, and we did request

02:27PM 13  that they be kept on that date.  People have programmed it in,

02:27PM 14  and that's when they are going forward.

02:27PM 15          As I understand it, DNV's position in this case,

02:27PM 16  because of their role in the JIT, DNV is investigating,

02:27PM 17  collecting and publishing data and no more.  DNV will not give

02:28PM 18  any opinion testimony, will not function as an expert.  So, yes,

02:28PM 19  indeed, the depositions are scheduled, and we are prepared to go

02:28PM 20  forward and will go forward.

02:28PM 21          To the extent there is a question about

02:28PM 22  authenticating certain pieces of evidence, collections of data

02:28PM 23  that result from the testing process postdating the 21st and

02:28PM 24  22nd, I'll represent to the Court and all the parties that we can

02:28PM 25  prepare whatever affidavits are necessary or we could make

02:28PM 1  whatever representations are necessary in open court so that the

02:28PM 2  parties are comfortable, if there is no question about

02:28PM 3  authenticity or origin of the evidence.  When they come to the

02:28PM 4  depositions, DNV people will not be offering opinions about this

02:28PM 5  phase of the work.

02:28PM 6          That's why I mentioned that I don't think that

02:28PM 7  allowing another week, 10 days of test work will adversely impact

02:28PM 8  the depositions.  Mr. Kenney, to the extent he's involved, has to

02:29PM 9  program around it, we have to have administration, but that's

02:29PM 10 mechanics.

02:29PM 11     THE COURT:  Yes.  I guess my question to you is this:  I

02:29PM 12 assume, and I'm pretty sure I'm right about this, that Cameron

02:29PM 13 doesn't agree that the testing that takes place beyond the time

02:29PM 14 of the deposition isn't material to their defense of the case.

02:29PM 15          So for instance, if I were to extend the time right

02:29PM 16 now -- it's the 15th -- if I were to extend the time to the 20th,

02:29PM 17 Cameron is going to say, Well, we can't take the deposition on

02:29PM 18 the 21st and 22nd.  We don't have all the data, we have not been

02:29PM 19 able to analyze it, and we're not going to be able to ask DNV

02:29PM 20 about what was done and how it was accomplished.

02:29PM 21     MR. COHEN:  Okay.  I see the difference in the question,

02:29PM 22 Your Honor.  Sorry I didn't get that right the first time

02:29PM 23 through.

02:29PM 24          As far as I understand, the actual testing can be

02:30PM 25 described -- it has been described in the protocols, as we heard

02:30PM 1   from counsel.  We've all seen the protocols and understand what

02:30PM 2   they contain.  Of course, the actual results wouldn't be

02:30PM 3   available, but as I've said, that data could be authenticated.

02:30PM 4   DNV aren't going to be able to say any more than this is the work

02:30PM 5   that was done and this is the -- we executed the test as

02:30PM 6   described in the protocol, and mechanically this is it.

02:30PM 7        I suppose DNV could submit an affidavit describing

02:30PM 8   anything that people had a question about afterward, and I'll

02:30PM 9   probably get kicked in the butt by my client and maybe by the

02:30PM 10  Court as well, but if really there was something extraordinary

02:30PM 11  that developed between the 22nd and the end of testing that

02:30PM 12  warranted some more questions, I could probably prevail on the

02:30PM 13  client to send Mr. Kenney or Mr. Thompson back for another short

02:30PM 14  session.  Mr. Kenney is easy because he's local.  Mr. Thompson

02:31PM 15  can be brought down if necessary.  It depends what the testing

02:31PM 16  is.

02:31PM 17       THE COURT:  Let me ask you this:  Relative to a 30(b)(6)

02:31PM 18  deposition, who are the designees for DNV?

02:31PM 19       MR. COHEN:  As far as I know now, I think, and I don't

02:31PM 20  think this is going to change, on the -- what tests were done

02:31PM 21  and -- let me take it chronologically.

02:31PM 22       With regard to the JIT work, there were two

02:31PM 23  witnesses principally there.  There was Mr. Thompson and

02:31PM 24  Mr. Kenney, and that had to do with the material side of things,

02:31PM 25  general administration, and Mr. Kenney to do with the BOP work

02:31PM 1   and sort of his function as he's doing here as principal

02:31PM 2   investigator, so they both testified.  I think they will both

02:31PM 3   testify in those areas.  It just makes sense.  It will give FEMA

02:32PM 4   better evidence.

02:32PM 5           In terms of the questions that are oriented toward

02:32PM 6   company business and so forth, I expect Mr. Peter Bjerager --

02:32PM 7   (addressing the court reporter) whose name I will spell for you

02:32PM 8   afterwards -- from the office in Katy will come and testify as to

02:32PM 9   that because, again, he will have best information.

02:32PM 10          THE COURT:  Because that is a real concern on extending

02:32PM 11  the time period is that we are coming in so close to the 30(b)(6)

02:32PM 12  deposition.  I guess relative to the business operations, there

02:32PM 13  shouldn't be any problem, but relative to the continuing testing,

02:32PM 14  I could see how there could be.  What was done, how was it done,

02:32PM 15  why did you do it this way, kind of questions if the testing

02:32PM 16  isn't over with yet.

02:32PM 17          MR. COHEN:  Yes, ma'am.

02:32PM 18          THE COURT:  I do see that as a problem.  I'm wondering,

02:32PM 19  I know that we had asked before whether there were any dates in

02:32PM 20  July that would be available for the DNV 30(b)(6) testimony with

02:33PM 21  regard to the testing, and I guess that would be just with regard

02:33PM 22  to this supplemental testing stage.

02:33PM 23          MR. COHEN:  Your Honor, I think that -- and I think I

02:33PM 24  can speak for my client this way -- if we go forward with the

02:33PM 25  30(b)(6) depositions on the 21st and the 22nd, and counsel --

02:33PM  1   whichever counsel, not just Cameron -- if people think that

02:33PM  2   something has happened after that date that warrants some more

02:33PM  3   examination, if it's in a reasonable amount of time, we can

02:33PM  4   understand what it is, sure, I will get these people back,

02:33PM  5   whether it's just Mr. Kenney, just Mr. Thompson or both.

02:33PM  6            THE COURT:  Because that is a real problem.  It would

02:33PM  7   have to be before July 31st, which, as you know, is the deadline

02:33PM  8   for the parties to depose witnesses who are necessary to the

02:34PM  9   preparation of expert reports.

02:34PM 10            MR. COHEN:  I can ask Mr. Kenney.

02:34PM 11            THE COURT:  Why don't you take a minute and consult with

02:34PM 12   him.

02:34PM 13            MR. COHEN:  Mr. Thompson I would have to call.

02:34PM 14                May I take a few minutes?

02:34PM 15            THE COURT:  Sure.

02:34PM 16            MR. COHEN:  I'll do it.  Thank you, Your Honor.

02:34PM 17            MR. GASAWAY:  Your Honor, can I just make one point for

02:34PM 18   the record --

02:34PM 19            THE COURT:  Sure, come on up, Rob.

02:34PM 20            MR. GASAWAY:  Rob Gasaway for BP.  Just for the record I

02:34PM 21   wanted to put the legal standard that we were operating under

02:34PM 22   here, because I have sort of been biting my tongue.

02:34PM 23                I noticed that on page 29 of the transcript that

02:34PM 24   was so helpfully provided over the weekend, Mr. Beck said, "But

02:34PM 25   the bottom line is, just so we can put all of this in

02:34PM  1   perspective, DNV has a contract with BP.  They are essentially

02:34PM  2   working for BP.  BP has sued Cameron for a lot of money in this

02:34PM  3   case, so I think it's important that this be put in proper

02:34PM  4   perspective."

02:34PM  5            That's the complete improper perspective to put

02:34PM  6   this in.  As this Court knows, this testing is being conducted

02:34PM  7   under this Court's auspices.  The Court's April 19th order, which

02:35PM  8   Your Honor facilitated, has four principles at the very start:

02:35PM  9            "After the approval of the contract and after the

02:35PM 10   approval of the test protocols, Number 1, it's being conducted

02:35PM 11   under the Court's auspices.  Number 2, DNV will have complete and

02:35PM 12   unfettered discretion with regard to the testing.  Number 3, the

02:35PM 13   BOP will be in the sole and exclusive custody of the

02:35PM 14   United States of America.  Number 4, all results will be promptly

02:35PM 15   provided simultaneously to all the parties."

02:35PM 16            That's not how BP conducts litigation testing for

02:35PM 17   BP.  That's how BP facilitates testing conducted under this

02:35PM 18   Court's auspices, and that's why we forwarded the e-mail exchange

02:35PM 19   that I had with Mr. Beck on the 25th.  Your Honor will remember

02:35PM 20   the argument on the 17th that you attended in person with

02:35PM 21   Judge Barbier where they said they were going to give the same

02:36PM 22   level of support that they gave in the JIT.  That's the legal

02:36PM 23   standard here.  That's what they signed up for.

02:36PM 24            We tried to facilitate their knowledge of that to

02:36PM 25   compress the schedule so it wouldn't take 5 months to let them

02:36PM  1    know what that type of support would be.  The key allegation that

02:36PM  2    I heard on the telephone on Friday was Mr. Cohen's allegation

02:36PM  3    was, They are not cooperating with compared to how they

02:36PM  4    cooperated with the JIT.  That standard is incorporated not once

02:36PM  5    but twice in the March 25th order on page 3 and again on page 4.

02:36PM  6            Page 4 also mentions that the testing will be

02:36PM  7    conducted under this Court's auspices.  Elsewhere it mentions

02:36PM  8    that no litigant will have custody of the BOP.  The very last

02:36PM  9    order -- the very last sentence of that order, Your Honor, said,

02:36PM 10    "Basically, all parties reserve their rights to pay for this BOP

02:36PM 11    testing."

02:36PM 12            BP stepped up and we said, Look, we want to make

02:37PM 13    sure round two is conducted under the Court's auspices by the DNV

02:37PM 14    experts with their discretion.  We're willing to pay but if other

02:37PM 15    people want to come forward with their checkbooks, and if they

02:37PM 16    think that gives them some additional swagger in the process,

02:37PM 17    believe me, be my guest.  All parties were invited to participate

02:37PM 18    in BP's role.  BP played a coordinating role.

02:37PM 19            I have not been out to Michoud.  I have not talked

02:37PM 20    to Mr. Jones.  I have not been a party to this.  This is a DNV

02:37PM 21    discussion with Cameron.  DNV is acting under the Court's

02:37PM 22    auspices as the tester, and I think this -- all of this talk

02:37PM 23    about discovery and the discovery deadlines is completely beside

02:37PM 24    the point.

02:37PM 25            The only legal question here is have they complied

02:37PM 1   with their duty that Mr. Beck, on behalf of Cameron, agreed to on

02:37PM 2   March 25th, which was to give the same level of support as in the

02:37PM 3   JIT.  That is the -- and I'm mystified to read statements like

02:37PM 4   Mr. Beck made on page 29 of the transcript or we read in the

02:38PM 5   letter or we hear from Mr. Jones today.

02:38PM 6              Thank you, Your Honor.

02:38PM 7         THE COURT:  Thank you, I appreciate it.

02:38PM 8         MR. COHEN:  Your Honor, to the extent there is fresh

02:38PM 9   questions about post June 21 and 22 testing, both Mr. Kenney and

02:38PM 10  Mr. Thompson will be made available.  I know the Court will set a

02:38PM 11  reasonable schedule, a reasonable time limit, but that will be

02:38PM 12  during July 2011 at the pleasure of the Court.

02:38PM 13        THE COURT:  Why don't we agree that it will be post

02:38PM 14  June 15th testing because that was the original cutoff date.

02:38PM 15        MR. COHEN:  Yes, ma'am.  Of course.

02:38PM 16        THE COURT:  That seems to me to be an easier way to

02:38PM 17  approach it.

02:38PM 18              Well, I've read the backs and forths, and I don't

02:38PM 19  think it does us any particular good, guys, to continue the backs

02:39PM 20  and forths.  It seems to me that we are all under a time crunch,

02:39PM 21  and I agree with the observation that's been made that the

02:39PM 22  testing is being done by DNV on behalf of, I guess, the Court.

02:39PM 23              I understand certainly that Cameron, once it was

02:39PM 24  sued by BP, especially, is not particularly interested in going

02:39PM 25  forward with the remaining portion of the protocol.  While I'm

02:39PM 1   sympathetic, I do think that the testing needs to be done.

02:39PM 2   Judge Barbier was as clear with us as he possibly could be that

02:39PM 3   he wanted it done, that these protocols were called for in the

02:39PM 4   original JIT plan, and there just was not sufficient time to

02:40PM 5   accomplish it.

02:40PM 6          So the protocol that remains is, as I view it, just

02:40PM 7   a completion of the original protocol that DNV proposed and

02:40PM 8   intended to complete as an independent evaluator, and that's the

02:40PM 9   role that Judge Barbier has continued for DNV.

02:40PM 10         The testing pursuant to Record Document 2016 was to

02:40PM 11  be done by DNV and conducted under the Court's auspices.  The

02:40PM 12  Court said that it intends that DNV be a disinterested forensic

02:40PM 13  examiner who shall have complete and unfettered discretion to

02:40PM 14  determine the timing and extent to which further BOP testing

02:41PM 15  would be accomplished.

02:41PM 16         While I understand Cameron's position with regard

02:41PM 17  to the testing -- and I would probably, if I were practicing, be

02:41PM 18  taking a similar position -- I don't think that it helps anyone

02:41PM 19  to, at this point, question whether or not we're going to

02:41PM 20  accomplish the testing.  I think that's a foregone conclusion.

02:41PM 21         What we do want to do is assist in the

02:41PM 22  communication so that the testing can be completed in a timely

02:41PM 23  manner, and I don't think it particularly helps when attorneys

02:41PM 24  get involved.

02:41PM 25         Now, that's not to say, David, that I'm going to

02:41PM 1    prohibit attorneys from being involved, because I'm not.  I think

02:41PM 2    it generally helps when the engineers can talk to the engineers

02:42PM 3    and the technicians talk to DNV.  Whatever you can do to assist

02:42PM 4    in that regard, I would hope that you would be able to do so.

02:42PM 5    You being Cameron, not you, David.

02:42PM 6              What I do want to avoid is daily involvement in the

02:42PM 7    completion of the testing.  I have no problem with regular

02:42PM 8    updates.  We are approximately a month away from the original

02:42PM 9    completion -- I guess we're 3 weeks away from the original

02:42PM 10   completion date.

02:42PM 11             To the extent that we're going to have weekly

02:42PM 12   conferences to find out where we are and whether there have been

02:42PM 13   any bumps in road, I'm happy to participate in that effort, but

02:42PM 14   it seems to me, beyond that we've got to do a little better than

02:42PM 15   has been done, without pointing any fingers.  It appears to me

02:43PM 16   that there have been some deficiencies on both sides and that

02:43PM 17   more communications should avoid the bumps that we've had.

02:43PM 18             I would like to propose that there be a morning

02:43PM 19   meeting with technical people from DNV and Cameron by phone, not

02:43PM 20   necessarily in person.  Attorneys can certainly be on the phone.

02:43PM 21   If necessary, I can be on the phone to talk about any questions

02:43PM 22   that have come up during the course of the prior day and what the

02:43PM 23   work plan -- I know that the work plans have been sent out on a

02:43PM 24   daily basis but what the work plan for the day is.  That seems to

02:43PM 25   me that that would certainly assist in getting the task plan for

02:44PM  1   the day done.

02:44PM  2           As far as making technicians available, I do

02:44PM  3   understand, and I remember it specifically, that Cameron didn't

02:44PM  4   want any hands on, and I understand that, and I think that the

02:44PM  5   one time that was asked, DNV withdrew the request, as I recall,

02:44PM  6   having reviewed it this weekend.

02:44PM  7           MR. COHEN:  We did forget.

02:44PM  8           THE COURT:  You withdrew the request and was reminded.

02:44PM  9           MR. COHEN:  Yes.

02:44PM 10           THE COURT:  But the fact of the matter is Cameron is the

02:44PM 11   original equipment manufacturer and has knowledge of this

02:44PM 12   particular piece of equipment that no one else has.  So what I

02:44PM 13   would like to do is to set up a morning telephone call whereby a

02:44PM 14   Cameron technician can conference in with DNV to talk about any

02:45PM 15   question that DNV has relative to what they did yesterday and

02:45PM 16   what they are going to do that day and perhaps looking forward to

02:45PM 17   what they are going to do tomorrow so that we can facilitate

02:45PM 18   getting the testing done.

02:45PM 19           Is there a time that is best before the start of

02:45PM 20   the day, Mr. Kenney?

02:45PM 21           MR. KENNEY:  Your Honor, we start about 7:00 in the

02:45PM 22   morning.  It takes about 30 minutes to get all the teams up and

02:45PM 23   running.  If I had my team available, we could do something

02:45PM 24   perhaps at 7:45, 8 o'clock, unless you're thinking moving forward

02:45PM 25   to about 6:30.

02:45PM 1      THE COURT:  No, I'm asking you what would work well

02:45PM 2   for -- and I'm talking about a brief telephonic meeting.  10 to

02:45PM 3   15 minutes max.  I don't anticipate that you need more than that,

02:46PM 4   do you?

02:46PM 5      MR. KENNEY:  No.  If I might suggest to move it more to

02:46PM 6   the end of the day, something of that nature.

02:46PM 7      THE COURT:  I don't know what Cameron's availability is.

02:46PM 8   I know that they are probably available in the morning.  Let's

02:46PM 9   find out.

02:46PM 10      David, do you know the availability of a

02:46PM 11   technician, whether it's best in the morning or the afternoon?

02:46PM 12      MR. JONES:  Judge, I don't.  I have to object vehemently

02:46PM 13   to what is being discussed here.  This is so different than

02:46PM 14   anything that was ever requested in the protocol.  They are

02:46PM 15   wrapping my client in this testing.  As Mr. Gasaway stands here

02:46PM 16   and tries to say, This is not BP's testing, they are doing

02:46PM 17   everything they possibly can to wrap my client in it.  I don't

02:46PM 18   know who to even begin to figure out who would participate in one

02:46PM 19   of these things.

02:46PM 20      Judge, what I would propose -- because our

02:47PM 21   obligation under the protocol was to give information, and it was

02:47PM 22   to answer specific written things that we were supposed to give,

02:47PM 23   not sit for deposition every morning by DNV, which is what this

02:47PM 24   is being proposed now -- is have them tell us in one list what it

02:47PM 25   is they want, and then you give us a timeline when we have to

02:47PM  1    respond.

02:47PM  2          THE COURT:  Look, here is the thing, David, I'm not

02:47PM  3    trying to vary from protocol, nor am I trying to wrap you into

02:47PM  4    the testing.  What I am trying to do is facilitate the exchange

02:47PM  5    of information between the parties so that, for instance, the

02:47PM  6    requirement that the attorney for DNV writes to the attorney for

02:47PM  7    Cameron, Cameron's attorney goes back to Cameron, types it up,

02:47PM  8    responds to the attorney for DNV, who then forwards it to the

02:48PM  9    technical people with DNV seems to be a terribly cumbersome

02:48PM 10    thing.

02:48PM 11          I'm not suggesting that this is sitting for a

02:48PM 12    deposition every morning or every afternoon, but it's for

02:48PM 13    exchange of information.

02:48PM 14          MR. JONES:  The question I have, Judge, can I tell my

02:48PM 15    guys, Don't answer their questions.  We are sitting here being

02:48PM 16    examined by a consultant that is ultimately going to perform

02:48PM 17    testing on my client's products, is going to make findings about

02:48PM 18    how my client's products perform.  When they ask him questions,

02:48PM 19    what is this supposed to do?

02:48PM 20          Can I tell my client, Don't answer that.  We'll

02:48PM 21    think about it.  We'll get back and formulate our response, as we

02:48PM 22    would in any sort of litigation exchange, Judge.  It is

02:48PM 23    completely unfair to sit there on the phone in front of every

02:48PM 24    other party in this technical working group and answer questions

02:48PM 25    on the fly.

02:48PM 1          THE COURT:  How about nobody but DNV be involved?  I am

02:48PM 2     just trying to facilitate DNV's completion of the remainder of

02:49PM 3     the testing, period.  That's all I'm trying to accomplish here.

02:49PM 4          MR. JONES:  Let me be clear .  If, by my comments, you

02:49PM 5     took it to mean that Cameron did not believe that the protocol

02:49PM 6     should go forward, we don't believe that at all.  We believe they

02:49PM 7     are operating under the protocol.  We made an agreement to do

02:49PM 8     certain things under the protocol, and we're going to live with

02:49PM 9     that agreement regardless whether or not we have been sued or

02:49PM 10    not.

02:49PM 11         THE COURT:  Which I appreciate.

02:49PM 12         MR. JONES:  I want that to be absolutely clear.  I guess

02:49PM 13    all I'm saying is what we were required to do under the protocol

02:49PM 14    was to provide them information.  They would say, Give us these

02:49PM 15    documents.  We have these specific questions.

02:49PM 16         THE COURT:  How do you get the cap off?

02:49PM 17         MR. JONES:  These are the instructions.  Things like

02:49PM 18    that.  That's fine.  We are more than happy to do this.  To sit

02:49PM 19    there and answer questions on the fly every day puts my client in

02:49PM 20    a tremendous disadvantage that no other party in this litigation

02:50PM 21    is being asked to do, and it's just not fair.

02:50PM 22         THE COURT:  How about in the evening they supply you

02:50PM 23    with the questions, and in the morning you all get on the phone

02:50PM 24    and answer the question?

02:50PM 25         MR. JONES:  It's essentially the same thing, Judge.  The

02:50PM 1   problem is it was not our job to tell them how to do this

02:50PM 2   testing.  It was our job to provide them the documentation and

02:50PM 3   the information that they'd be able to say, Okay, this is now how

02:50PM 4   I'm going to do the test.  We've even started drifting from that.

02:50PM 5   Everything they do out there, they say, Well, do you have a

02:50PM 6   procedure for this, Cameron?  How would you do this, Cameron?

02:50PM 7   That's not our role.

02:50PM 8            At the end of the day, DNV is going to have to

02:50PM 9   answer questions about why they made the decisions to do what

02:50PM 10  they did.  What I don't want is at the end of the day for them to

02:50PM 11  say, Well, because Cameron told us to do it.  Then it becomes

02:50PM 12  people arguing, Well, this is Cameron's testing, and that's not

02:51PM 13  fair.  I know that BP wants to distance themselves from this

02:51PM 14  testing because they want to look back later on and say,

02:51PM 15  All right, the results aren't favorable; this was not my test.

02:51PM 16            The motion, it's BP's motion.  We're here because

02:51PM 17  they were the ones that asked for this testing.

02:51PM 18            THE COURT:  They did.

02:51PM 19            MR. JONES:  So I go back to what I said before:  If

02:51PM 20  there is an issue here with the information that they think they

02:51PM 21  need, fine, give us a master list.  We'll provide a response in

02:51PM 22  whatever time the Court deems appropriate.  I'd say 24 hours, but

02:51PM 23  Mr. Cohen seems to think I should be giving-- it's a little

02:51PM 24  ambitious -- whether it's 3 days, whatever, how many days, fine,

02:51PM 25  we will give them that information.

02:51PM  1          I will note, Judge, that when you pull out their

02:51PM  2   schedule that they provided to us, the only testing that hasn't

02:51PM  3   been completed that should be completed by this point is the

02:51PM  4   bonnet testing that I mentioned before.  Everything else, as

02:52PM  5   built into the schedule, is exactly where we should be.  So we're

02:52PM  6   not behind.

02:52PM  7          There is nothing here, other than the bonnets,

02:52PM  8   there is nothing here that they are lacking information that they

02:52PM  9   can't go forward.  To the extent that they are, fine.  Give it to

02:52PM 10   us in the form that you've been giving it to us before, and if

02:52PM 11   you want a better response, give us the time and we'll meet that.

02:52PM 12      THE COURT:  Well, the problem is, David, that we don't

02:52PM 13   have the time; we just flat don't have a lot of time.  I've got

02:52PM 14   to get this testing done.  I'm under the gun as well.  I've got

02:52PM 15   instructions from Judge Barbier that this needs to go.

02:52PM 16          I'm looking at the calendar, and I'm trying to

02:52PM 17   figure out when it's going to happen and how it's going to

02:52PM 18   happen.  If I can facilitate speeding up the turnaround time

02:52PM 19   between listing an issue and getting a response, I think

02:52PM 20   everybody, including Cameron is better off.

02:52PM 21      MR. JONES:  All I would say in response to that, Judge,

02:52PM 22   is I have their timetable for the various planned activities.

02:53PM 23   For example, high-pressure casing shear regulator testing is

02:53PM 24   supposed to begin on the 26th.  If they don't have information

02:53PM 25   from Cameron that they need, fine.  Tell us what they want, and

02:53PM  1   we will get them the information in whatever time period you deem

02:53PM  2   is appropriate.

02:53PM  3          On the 3rd they say they are going to remove the

02:53PM  4   SEMS and the SEM covers.  Whatever information you need for that,

02:53PM  5   give it to us, and we'll respond in the way we have been

02:53PM  6   responding to this point.  The issue, as I've heard, it is that

02:53PM  7   we just haven't been fast enough.  We agreed that under the

02:53PM  8   circumstances we have been fast enough, but if that's the

02:53PM  9   concern, fine, tell us how quickly we need to respond and we

02:53PM 10   will, but, you know, a daily, a weekly, what have you open

02:53PM 11   interrogation of my client about how --

02:53PM 12          THE COURT:  It's not an open interrogation.  It is an

02:53PM 13   open exchange of information so that we can get the testing done

02:53PM 14   with a minimum of frustration, a minimum of e-mails.  It will be

02:54PM 15   a lot easier if DNV gets on the phone and says, What size wrench

02:54PM 16   do we use to do this?  I'm making it up because I don't have any

02:54PM 17   idea what the questions are.  Oh, I do have some idea of what the

02:54PM 18   questions are.

02:54PM 19          If you've got a technician there that is a BOP

02:54PM 20   certified technician, he should be able to answer that question

02:54PM 21   with no problem relative to the underlying litigation.  They are

02:54PM 22   not asking for opinions.  They are not asking -- I don't believe

02:54PM 23   they are asking for opinions.  What they are asking for is basic

02:54PM 24   technical information so they can get the job done.  I don't

02:54PM 25   think that exposes you to any kind of risk.

02:54PM  1          MR. JONES:  I have to disagree that I believe that it

02:55PM  2     does expose my client to risk.  I believe that any time I'm being

02:55PM  3     asked questions about the very product that is at the heart of

02:55PM  4     the claims against my client, that I'm exposed to risk.  It may

02:55PM  5     be easier, Judge, if they had the ability to do that, but there

02:55PM  6     is nothing under the rules or nothing in the case law that says

02:55PM  7     that just because it's easy it should trample my client's rights.

02:55PM  8          THE COURT:  Well, I think that this is a little bit

02:55PM  9     different than that because this is being done not only pursuant

02:55PM 10     to Judge Barbier's order but also to an agreement among all the

02:55PM 11     parties to move forward with Cameron being in an informational

02:55PM 12     support role.

02:55PM 13          MR. JONES:  No, no, no, no.  Cameron was -- that

02:55PM 14     informational support was specifically taken out of the protocol.

02:55PM 15     All of those language -- what we're talking about now --

02:56PM 16          THE COURT:  In an informational role, that is, to

02:56PM 17     provide information that would allow DNV to conduct its

02:56PM 18     inspection.  I don't think that this is taking away from that

02:56PM 19     role.  I don't see it as being a hands-on role.  As a matter of

02:56PM 20     fact, we all know it's a hands-off role, but to the extent that

02:56PM 21     you all can facilitate questions that DNV has, I would like to

02:56PM 22     assist them in that regard.

02:56PM 23               If I have to be on the phone every morning, I'll be

02:56PM 24     glad to.  If that's what it's going to take to do it, I'll dive

02:56PM 25     in, and we'll do it every morning.  I do think I would like to

02:56PM 1  get a time at which a participant from Cameron can participate in

02:56PM 2  answering informational requests only that will be sent out by

02:57PM 3  e-mail close of business the night before so that if it can be

02:57PM 4  responded to the next morning, we'll move on.  If it can't be

02:57PM 5  responded to, it's something about a part number or some other

02:57PM 6  exchange that may take longer, then it will follow over to the

02:57PM 7  next day, etcetera.  I've got to try to get this testing

02:57PM 8  completed, and it appears to me that it's not going to be

02:57PM 9  completed on the 15th.

02:57PM 10        I was going to go ahead and extend it until the

02:57PM 11 20th, gentlemen, which is that Monday, close of business on the

02:57PM 12 20th.  I don't know whether everything can be accomplished by

02:57PM 13 then.  It is my hope that if we speed up the process of exchange

02:57PM 14 of information, that we will be able to accomplish it by that

02:57PM 15 date.

02:57PM 16        So what I would like you to do, David, is talk to

02:58PM 17 Cameron and find out what time they would like the conference in

02:58PM 18 the morning.  Quarter of 8:00, 8 o'clock.  Happy to do it.  We'll

02:58PM 19 provide the dial-in information every day.  The people who will

02:58PM 20 be involved will be Cameron and DNV.  No one else.  Me, if you

02:58PM 21 want me on.  I would like to go ahead and see if we can't

02:58PM 22 facilitate the exchange of information and speed up the process

02:58PM 23 so that we accomplish what it is Judge Barbier instructed us to

02:58PM 24 get done.

02:58PM 25        MR. JONES:  Your Honor, I will make that inquiry, but so

02:58PM  1    the record is absolutely clear, we object to this.  We don't

02:58PM  2    agree.

02:58PM  3              THE COURT:  Absolutely.

02:58PM  4              MR. JONES:  We don't agree to this at all.

02:58PM  5              THE COURT:  I understand that.

02:58PM  6              MR. JONES:  We need to reserve our rights to decide what

02:58PM  7    we're going to do about this.

02:58PM  8              THE COURT:  Positively.  Absolutely.  David, look, I've

02:59PM  9    told people before:  I am not the last word.  Okay.  I take no

02:59PM 10    offense whatsoever when people go next door or next door, meaning

02:59PM 11    Judge Barbier or the Fifth Circuit.  No offense whatsoever.  I'm

02:59PM 12    calling the shots as I see it, but that doesn't mean I'm right.

02:59PM 13              MR. JONES:  I understand that.  I appreciate your ruling

02:59PM 14    here, but I just need the record to be clear that we view that

02:59PM 15    this is well outside the protocol, well outside the orders and,

02:59PM 16    in fact, involves our client in -- collaborating in testing that

02:59PM 17    they never asked for, and we believe that it's improper.

02:59PM 18              THE COURT:  I understand that.  I respect your position

02:59PM 19    with regard to it, and you've got to do what you've got to do,

02:59PM 20    and I've got to do what I've got to do.  In my case, it's to get

02:59PM 21    the testing completed and in a really prompt manner so that we

02:59PM 22    can get on with the rest of the litigation, which at this point

03:00PM 23    in time looks like it might last the rest of my life, but let's

03:00PM 24    hope not.  Let's hope not.

03:00PM 25              Now, let's see.  Let's talk about, Mark, you had

03:00PM 1    spoken about a master list of informational assistance, and I'm

03:00PM 2    going to impose a requirement on DNV to pull that together.  We

03:00PM 3    all understand that the testing is a fluctuating matter, but to

03:00PM 4    the extent that you can project what it is you're going to want

03:00PM 5    between now and the end of the testing, I would very much

03:00PM 6    appreciate your providing Cameron with that list of everything

03:00PM 7    you can foresee.

03:00PM 8            You've got your protocol.  You know where you're

03:01PM 9    going with it.  Let's pull it together and get it out to them.

03:01PM 10   Today is Monday.  When do you think you can get that taken care

03:01PM 11   of?

03:01PM 12           MR. COHEN:  During Wednesday they'll have it.

03:01PM 13           THE COURT:  Let's put it by noon on Wednesday.

03:01PM 14           I'll wait to hear from you, David, as to what time

03:01PM 15   you would like the conference with DNV to be, understanding that

03:01PM 16   you object to it, and you will probably take it next door, which

03:01PM 17   is fine, but I would like to start, perhaps, Thursday of this

03:01PM 18   week, once you all have seen the master list.  Having the dial-in

03:02PM 19   conferences, I'm going to propose 7:45 on a daily basis.  Is it

03:02PM 20   Saturdays that everybody works and then Sunday is off?

03:02PM 21           MR. COHEN:  Yes, ma'am.

03:02PM 22           THE COURT:  Monday through Saturday.

03:02PM 23           Thursday is the conference with Judge Barbier.

03:02PM 24   That doesn't mean I can't take a call.  So that's a proposal.

03:02PM 25   Quarter of 8:00 in the morning.  We can supply the information.

03:02PM 1     What I would like to know is who to supply it to?

03:02PM 2 It won't be going to BP.  It will be going to DNV and Cameron

03:02PM 3 only because this is part of the information that DNV needs to

03:02PM 4 complete the Court-ordered testing.  I don't think there is a

03:03PM 5 need for anybody else to have input.

03:03PM 6    MR. COHEN:  May I, Your Honor?

03:03PM 7    THE COURT:  Sure.

03:03PM 8    MR. COHEN:  (Conferring with Mr. Kenney.)

03:03PM 9    MR. WILLIAMSON:  Good morning, Your Honor.

03:03PM 10    THE COURT:  Good morning, Mr. Williamson.  How are you?

03:03PM 11 Good afternoon.

03:03PM 12    MR. WILLIAMSON:  Good afternoon, Your Honor.

03:03PM 13 Jimmy Williamson for the PSC.  I'm neutral on all of the issues

03:03PM 14 the Court's taking up.  I do want to make sure I agree with the

03:03PM 15 Court's comments that all the BOP testing and deposition was

03:03PM 16 delayed because of the first phase of DNV testing.

03:03PM 17    So July is exceptionally busy with respect to BOP

03:03PM 18 issues.  I'm really agreeing with the Court in connection with

03:03PM 19 the deferral to July is going to be -- any deferral to anything

03:03PM 20 in July is going to be busy.

03:03PM 21    THE COURT:  Agreed.  It seems to me, I've got to balance

03:03PM 22 the issue of getting the testing done and giving a small

03:03PM 23 extension and getting the depositions done.  So I plan on going

03:04PM 24 forward, I think, on the 21st and 22nd, and then if there are

03:04PM 25 further clean-up issues relative to that last phase of testing,

03:04PM 1   we'll just have to --

03:04PM 2           MR. WILLIAMSON:  Totally understood, Judge.

03:04PM 3           MS. BERTAUT:  Your Honor, if I can, I'm under the

03:04PM 4   impression -- and I don't have my notes here -- I think the

03:04PM 5   30(b)(6) deposition of DNV has been scheduled on the 20th and

03:04PM 6   21st, Your Honor.  I don't have my notes.

03:04PM 7           MR. COHEN:  I looked this morning because I had to send

03:04PM 8   a note to the client about it.  It's 21st and 22nd.

03:04PM 9           THE COURT:  I think it's 21st and 22nd.

03:04PM 10          MR. WILLIAMSON:  I just looked.

03:04PM 11          THE COURT:  I didn't look but I think it's 21st and

03:04PM 12  22nd.  I've got it right here.  Hold on a second.

03:05PM 13          Yes, 21st and 22nd.  So June 21st and 22nd is the

03:05PM 14  30(b)(6) DNV deposition.  We need to get the testing done by

03:05PM 15  close of business on the 20th.

03:05PM 16          MR. KENNEY:  We're willing to make ourselves available.

03:05PM 17          MR. COHEN:  Mr. Kenny wanted to point out that he's

03:05PM 18  there all the time.  Cameron has other things occurring, so he

03:06PM 19  wants the morning meeting to be at the convenience of Cameron.

03:06PM 20          THE COURT:  I agree.  I'm just making a suggestion that

03:06PM 21  before everybody gets busy in the course of the day that maybe we

03:06PM 22  want to do it earlier, but certainly we'll accommodate Cameron.

03:06PM 23          The other thing -- come on up, David.  What do you

03:06PM 24  have?

03:06PM 25          MR. JONES:  I think the record is clear, but I just want

03:06PM  1    to make sure, the DNV continuation is going to happen.  We're not

03:06PM  2    going to have a good cause come back standard because, I can tell

03:06PM  3    you right now, we are going to want to examine about these

03:06PM  4    subsequent tests; is that correct?

03:06PM  5            THE COURT:  If necessary -- and I'm not going to tell

03:06PM  6    you that I'm going to put a good cause standard on it -- you

03:06PM  7    would have completed it on the 15th, so it seems to me what we're

03:07PM  8    talking about is the 16th, 17th, 18th, 19th and 20th, 5 days

03:07PM  9    worth of testing that you will have the right to question people

03:07PM 10    on, but everything through the 15th you're going to get one bite

03:07PM 11    at the bullet on the 21st and 22nd.

03:07PM 12            MR. JONES:  Very good.  But if, for example, there is a

03:07PM 13    test that had started on, say, the 12th and isn't completed by

03:07PM 14    the 15th, we can talk about what was going on on the 12th since

03:07PM 15    that's the whole process; is that fair?

03:07PM 16            THE COURT:  That's fair.

03:07PM 17            MR. JONES:  Very good.  Thank you.

03:07PM 18            THE COURT:  Okay.

03:07PM 19            Now, you really don't know if we want to do this or

03:07PM 20    not.  Rob, you had sent in today an e-mail that talks about

03:07PM 21    testing protocols for solenoid valve 103Y.

03:07PM 22            MR. GASAWAY:  That's correct, Your Honor.

03:08PM 23            MR. HAYCRAFT:  Very good.

03:08PM 24            MR. GASAWAY:  Let me suggest, Your Honor, that maybe

03:08PM 25    it's important to get Transocean on.  Let me tell you the

03:08PM  1    contours of --

03:08PM  2             THE COURT:  I think Transocean is on.

03:08PM  3             MR. MILLER:  It's Kerry Miller and I'm on and so is

03:08PM  4    David Baay.  Maybe we can cut this off quickly, Your Honor, and

03:08PM  5    Rob, without a whole lot of additional information.

03:08PM  6             Transocean is very much supportive of the

03:08PM  7    submission that Rob has presented to the Court at about 1 o'clock

03:08PM  8    today in connection with an amendment -- the testing protocol.

03:08PM  9    So we don't have a problem with the amendment.

03:08PM 10             Our problem was with testing going on at Michoud

03:08PM 11    that was inconsistent with the protocol.  So what had happened, I

03:08PM 12    think, Your Honor, is that this particular solenoid was tested

03:08PM 13    one time.  Results came back inconclusive.  There was nothing in

03:09PM 14    the protocol that said, Well, if the results come back

03:09PM 15    inconclusive, test it a second time and a third time and change

03:09PM 16    it the second or the third time.  That's what happened and that's

03:09PM 17    what got us upset late last week and over the weekend.

03:09PM 18             We think what Rob did is the right cure.  If

03:09PM 19    something happens out there and it's inclusive or it doesn't work

03:09PM 20    or there needs to be further clarification, what Rob did today is

03:09PM 21    exactly what needs to happen.  There needs to be an e-mail that

03:09PM 22    goes out that seeks an amendment to the protocol because, as has

03:09PM 23    been discussed at great length today, this is a bizarre kind of

03:09PM 24    situation where testing is being done under Court auspices.

03:09PM 25             DNV is not a Rule 706 expert.  They are contracted

03:09PM 1   by BP, but the testing is done under Court direction, so it's

03:09PM 2   neither fish nor fowl.  So when these situations come up, we

03:09PM 3   would ask that parties be put on notice of amendments, and they

03:10PM 4   be presented to the Court, and we can have this sort of dialogue

03:10PM 5   and information exchange.

03:10PM 6           THE COURT:  Well, I'm not sure, though, that we've

03:10PM 7   gotten sufficient time for anybody else to comment.  What do you

03:10PM 8   think about that?

03:10PM 9           MR. HAYCRAFT:  The TWG, except for TO, already agree.

03:10PM 10          MR. GASAWAY:  To be fair to the parties, Your Honor --

03:10PM 11  first of all, thank you, Kerry, very much.  Let me say I'm sorry

03:10PM 12  that we -- there was such short time here.  I think there is

03:10PM 13  going to be agreement, Your Honor, because what we were

03:10PM 14  understanding was that the TWG was supportive of it, and actually

03:10PM 15  I now understand better what I was being told.

03:10PM 16          I think what the nuance that I wasn't understanding

03:10PM 17  was that it was really a process matter for Transocean that as

03:10PM 18  long as you amend the protocols where they think they needed

03:10PM 19  amending, go to the Court and make a formal submission, they'd be

03:11PM 20  okay.

03:11PM 21          I think we may be in a situation where, now having

03:11PM 22  gone to the Court, everybody on the TWG is okay.  I'm just

03:11PM 23  worried that this was a late-breaking issue, and maybe if we

03:11PM 24  could give people 24 hours or I could send out another e-mail.

03:11PM 25  You know, we're on a real short turnaround, but --

03:11PM  1          THE COURT:  Yes, we are.

03:11PM  2          MR. GASAWAY:  -- if Mr. Kenney thinks 12 hours or

03:11PM  3     something like that, that that wouldn't -- that wouldn't, you

03:11PM  4     know, slow down the testing, I would want to make sure that all

03:11PM  5     parties were okay.

03:11PM  6          THE COURT:  I don't want to do anything to slow down the

03:11PM  7     testing.

03:11PM  8               Come on up, Mark.

03:11PM  9          MR. COHEN:  Thank you, Judge.  This is really to save

03:11PM 10     everyone a lot of time going forward because whether it's the

03:11PM 11     season or the stage of the process or whatever, we're now

03:11PM 12     starting to receive intelligent but spontaneous or sporadic and

03:12PM 13     more frequent now requests to add tests, to do more work.

03:12PM 14               Without voicing any view on behalf of DNV, whether

03:12PM 15     the testing requested makes sense, doesn't make sense, etcetera,

03:12PM 16     what Mr. Kenney -- what the staff at DNV Michoud prefer is that

03:12PM 17     if there are requests that are for something other than a detail

03:12PM 18     change, I mean, there is authority under the contract to -- for

03:12PM 19     DNV to exercise its discretion to take care of details, but if we

03:12PM 20     are going to get into different tests, new tests, second, third,

03:12PM 21     you know, more work, leaving always DNV Michoud the authority to

03:12PM 22     say, No, we can't do it, it's too much, we can't program this in,

03:12PM 23     if they would come to the Court as opposed the making the

03:13PM 24     requests to the DNV Michoud people, it would be better.  Let them

03:13PM 25     go to DNV Michoud and the TWG first and clear it, but DNV isn't

03:13PM 1    going to do any new testing for people unless the Court

03:13PM 2    authorizes it.

03:13PM 3            THE COURT:  Let me ask you this:  Do you consider what

03:13PM 4    Rob has suggested to be new tests, or is it just a clarification

03:13PM 5    of the testing protocol that's already in place?

03:13PM 6            MR. COHEN:  Yes, Judge, we're being very conservative

03:13PM 7    for many different reasons.  Understood that we would have, had

03:13PM 8    there been no objection at all, perhaps gone forward to implement

03:13PM 9    the test if the entire TWG agreed.  Then other people suggested,

03:13PM 10   well, maybe there are other folks who are not on the TWG who

03:13PM 11   might have weighed in if it was in open court.  I don't know

03:13PM 12   technically.  I don't know.  The whole problem is it's a very

03:14PM 13   slippery slope, and we don't want to get crosswise with any of

03:14PM 14   the litigants.  We are trying to protect everybody in the

03:14PM 15   process.

03:14PM 16           THE COURT:  I agree with that.  I guess I've got to

03:14PM 17   comments on the issue.  Issue Number 1, if there is no

03:14PM 18   opposition, fine.

03:14PM 19           MR. COHEN:  Okay.

03:14PM 20           THE COURT:  On this request.

03:14PM 21           MR. COHEN:  Oh, okay, fine.

03:14PM 22           THE COURT:  On this request.  Issue Number 2, if there

03:14PM 23   are further requests, and they are not going to add a lot of time

03:14PM 24   and you all, meaning DNV, thinks it makes sense, let's do it.

03:14PM 25   If, on the other hand, the request is for something that would

03:14PM 1   add significant time or DNV doesn't recommend, I would like to

03:14PM 2   know that.

03:14PM 3           MR. COHEN:  Yes, ma'am.  We'll go forward.  This is

03:14PM 4   always assuming that the TWG is unanimous.

03:14PM 5           THE COURT:  Right.

03:15PM 6               Jimmy, go ahead.

03:15PM 7           MR. WILLIAMSON:  Apparently, Your Honor, there has

03:15PM 8   been -- if the Court remembers, I have no position on the

03:15PM 9   testing.  The Court's order is fine.

03:15PM 10          THE COURT:  You have no position at all today.

03:15PM 11          MR. WILLIAMSON:  I have one position.  I rose before to

03:15PM 12  make sure that I was e-mailed on every bit of this, and

03:15PM 13  apparently -- apparently, BP and DNV is not putting me on the

03:15PM 14  e-mail list, based upon all the testimony today.

03:15PM 15              I'm not an engineer.  I told the Court before I'm

03:15PM 16  not an engineer, and I'm not intending to ever take an

03:15PM 17  engineering position, but I want to use the word of the day,

03:15PM 18  *information*.  I don't know why I'm not getting copied.

03:15PM 19              BP promised they would.  They apparently haven't.

03:15PM 20  Even DNV promised they would.  They apparently haven't.  I assume

03:15PM 21  Transocean is the same.  I do rise to say I don't know why I'm

03:15PM 22  not getting it.  I thought it was absolutely supposed to be

03:15PM 23  understood that I would.  I'm repeating that request now.

03:15PM 24          MR. COHEN:  I heard you, Mr. Williamson.  I think to the

03:16PM 25  extent I've had litigation-oriented e-mail I haven't sent you --

03:16PM  1          THE COURT:  No, he's supposed to be on the distribution

03:16PM  2   list for --

03:16PM  3          MR. WILLIAMSON:  For TWG.  The Court does not have to

03:16PM  4   worry about me sending back some engineer.

03:16PM  5          THE COURT:  Take your card out, Jimmy, and let's give it

03:16PM  6   to --

03:16PM  7          MR. WILLIAMSON:  Everyone here has it.  Everyone here

03:16PM  8   knows me.

03:16PM  9          THE COURT:  I agree.  You were specific and I agree that

03:16PM 10   you should be on the e-mail distribution list for technical

03:16PM 11   matters.

03:16PM 12          MR. WILLIAMSON:  Right.  Thank you, Your Honor.

03:16PM 13          MR. COHEN:  Yes, Judge.  Yes, sir.

03:16PM 14          MR. WILLIAMSON:  I'm sure -- Your Honor, all counsel

03:16PM 15   have been perfectly polite to me, so I'm sure it would not be a

03:16PM 16   problem to the extent I need to catch up, counsel will

03:16PM 17   accommodate that request.

03:16PM 18          THE COURT:  As long as it doesn't delay anything.

03:16PM 19          MR. WILLIAMSON:  I'm not seeking to delay anything.

03:16PM 20          THE COURT:  I know you're not.

03:16PM 21             Come on up, David.

03:16PM 22          MR. JONES:  Just two procedural questions about this

03:16PM 23   last issue.  First, it was not clear to me from the exchange

03:16PM 24   earlier today who it was who requested this new testing.  I

03:17PM 25   just -- I don't know if that's been out there.  I would like to

03:17PM 1    know who asked for this testing.

03:17PM 2         THE COURT:  That's fair.  As I read it, I thought the

03:17PM 3    request was coming in from BP with the support of everyone except

03:17PM 4    Transocean.  Now we understand that Transocean agrees with the

03:17PM 5    proposed amendment.

03:17PM 6         MR. JONES:  So this was originally a BP proposal; is

03:17PM 7    that correct, Rob?

03:17PM 8         MR. GASAWAY:  To be honest with you, the way it was

03:17PM 9    presented to me was the technical working group, without

03:17PM 10   specifying which members, thought it was a good idea that

03:17PM 11   Transocean raise the point that Kerry has about, well, if this is

03:17PM 12   an amendment to the protocol, we have to go to the Court.

03:17PM 13        Mark sent me an e-mail recently saying that this

03:17PM 14   has come up.  If a party wants to propose this to the Court, they

03:18PM 15   will have to do so.  Knowing this hearing was coming up, then Don

03:18PM 16   and I sent it out, and I will apologize to Mr. Williamson that

03:18PM 17   Don's e-mail forwarding my e-mail didn't get to him.  That's how

03:18PM 18   I know it.

03:18PM 19        In terms of within the technical working group that

03:18PM 20   is engaged in realtime conversation with DNV, to be honest with

03:18PM 21   you, I don't know who --

03:18PM 22        THE COURT:  Who proposed it.

03:18PM 23        MR. GASAWAY:  -- who proposed it.  I am sure whoever's

03:18PM 24   idea it was, to be fair to the Court and to Cameron, I'm sure BP

03:18PM 25   supported it within the technical working group.  I know that for

03:18PM  1   a fact, but the way it was presented to me was there was a

03:18PM  2   consensus for the technical working group but for this process

03:18PM  3   information.

03:18PM  4        MR. JONES:  Mr. Cohen, does DNV know who proposed it

03:18PM  5   originally?

03:18PM  6        MR. COHEN:  Yes.

03:18PM  7        MR. JONES:  Who was it?

03:18PM  8        MR. COHEN:  His -- Mr. Gasaway's client.

03:18PM  9        MR. JONES:  BP.

03:18PM 10        THE COURT:  BP.

03:18PM 11        MR. JONES:  Then the other procedural question I have:

03:18PM 12   Did DNV think it was necessary, going back to the unfettered

03:19PM 13   discretion issue?

03:19PM 14        THE COURT:  I think that's a good question.

03:19PM 15        MR. COHEN:  To cut right to the chase on the unfettered

03:19PM 16   discretion, originally we thought that it would streamline

03:19PM 17   matters to give DNV plenty of discretion and everybody agreed,

03:19PM 18   but in the contract it actually says that this doesn't mean

03:19PM 19   adding additional protocols to the work.

03:19PM 20             Lately because of this blooming interest in new

03:19PM 21   protocols, and because not everybody agrees that every test is

03:19PM 22   useful or necessary, whatever, we don't even ask why, we've just

03:19PM 23   decided the better part of the discretion is to tell people if

03:19PM 24   it's a new test, we don't have discretion to allow it.  Go to the

03:19PM 25   Court swiftly, and if we can work it in, we will.  At least

03:19PM 1    that's the position that's evolved in the last 36 hours.

03:19PM 2              THE COURT:  Okay.  Just remember, Mark, that I don't

03:19PM 3    have the technical wherewithal to say, Oh, gee, that's a fabulous

03:19PM 4    idea.

03:20PM 5              MR. COHEN:  I heard the Judge saying just a few minutes

03:20PM 6    ago that if the technical working group are unanimous, we can do

03:20PM 7    it in our discretion, and we will move forward.  Thank you.

03:20PM 8              THE COURT:  Could we add Mr. Williamson as a cc

03:20PM 9    recipient to all technical working group communications?

03:20PM 10             MR. COHEN:  Yes.  Mr. Kenny actually pointed out to me

03:20PM 11   that Mr. Williamson has colleagues who sit on the technical

03:20PM 12   working group somehow.  There is an man --

03:20PM 13             MR. WILLIAMSON:  The PSC has had people, Your Honor.  I

03:20PM 14   don't think there is anybody providing active input right now.

03:20PM 15   Mr. Kenney has been nice enough, I've been getting their daily

03:20PM 16   reports of work and things like that.  Apparently to the extent

03:20PM 17   there a substrata of other correspondence, I want to make sure

03:20PM 18   I'm getting it too.

03:20PM 19             MR. COHEN:  I'll talk to Mr. Williamson afterward to

03:20PM 20   allay his concern.  I don't think there is as much as you might

03:20PM 21   suspect, but if there is anything new, believe me, you'll get it.

03:20PM 22             THE COURT:  All right.  What else do we need to do

03:20PM 23   today?  That will do it.

03:21PM 24             MR. COHEN:  May we be excused?

03:21PM 25             THE COURT:  Yes.

03:21PM 1       MR. COHEN:  Thank you.

03:21PM 2       THE COURT:  Good luck on your luggage.

03:21PM 3       MR. COHEN:  Thank you for allowing me.

4       (WHEREUPON, at 3:21 p.m., the proceedings were

5   concluded.)

6                        *    *    *

7

8                  REPORTER'S CERTIFICATE

9

10      I, Cathy Pepper, Certified Realtime Reporter, Registered

11   Merit Reporter, Certified Court Reporter of the State of

12   Louisiana, Official Court Reporter for the United States District

13   Court, Eastern District of Louisiana, do hereby certify that the

14   foregoing is a true and correct transcript, to the best of my

15   ability and understanding, from the record of the proceedings in

16   the above-entitled and numbered matter.

17

18

19                        *s/Cathy Pepper*
                          _____

20                        Cathy Pepper, CRR, RMR, CCR
                          Certified Realtime Reporter
21                        Official Court Reporter
                          United States District Court
22                        Cathy_Pepper@laed.uscourts.gov

23

24

25

**1**

**1** [3] - 25:10, 44:7, 47:17
**10** [3] - 11:2, 21:7, 31:2
**10-MDL-2179** [1] - 1:7
**1000** [1] - 3:8
**1010** [1] - 3:8
**103Y** [1] - 43:21
**11** [1] - 7:1
**1100** [1] - 2:7
**11th** [1] - 15:20
**12** [1] - 46:2
**1221** [1] - 3:4
**12th** [2] - 43:13, 43:14
**13** [1] - 15:25
**13th** [1] - 16:4
**14** [1] - 15:25
**15** [2] - 16:21, 31:3
**15th** [6] - 21:16, 27:14, 38:9, 43:7, 43:10, 43:14
**16** [1] - 12:9
**16th** [3] - 16:11, 16:12, 43:8
**17** [1] - 4:6
**17th** [2] - 13:5, 25:20, 43:8
**18th** [3] - 16:13, 43:8
**19th** [2] - 25:7, 43:8

**2**

**2** [5] - 8:7, 8:8, 8:10, 25:11, 47:22
**20** [2] - 1:6, 12:3
**2000** [1] - 2:20
**2010** [1] - 1:6
**2011** [3] - 1:8, 6:2, 27:12
**2016** [1] - 28:10
**20th** [7] - 11:1, 21:16, 38:11, 38:12, 42:5, 42:15, 43:8
**21** [1] - 27:9
**21st** [13] - 20:8, 20:12, 20:23, 21:18, 23:25, 41:24, 42:6, 42:8, 42:9, 42:11, 42:13, 43:11
**22** [1] - 27:9
**22nd** [12] - 20:12, 20:24, 21:18, 22:11, 23:25, 41:24, 42:8, 42:9, 42:12, 42:13, 43:11
**23** [2] - 1:8, 6:2

**24** [5] - 4:7, 13:17, 13:20, 34:22, 45:24
**25th** [3] - 25:19, 26:5, 27:2
**26th** [1] - 35:24
**27** [2] - 4:8, 4:9
**29** [2] - 24:23, 27:4
**2:00** [1] - 1:8

**3**

**3** [4] - 25:12, 26:5, 29:9, 34:24
**30** [2] - 4:10, 30:22
**30(b)(6** [6] - 22:17, 23:11, 23:20, 23:25, 42:5, 42:14
**31** [1] - 4:11
**31st** [1] - 24:7
**36** [1] - 52:1
**36TH** [1] - 2:6
**37** [1] - 4:12
**38** [1] - 4:13
**39** [1] - 4:14
**3:21** [1] - 53:4
**3rd** [1] - 36:3

**4**

**4** [3] - 25:14, 26:5, 26:6
**41** [1] - 4:15
**42** [4] - 4:16, 4:17, 4:18, 4:19
**43** [1] - 4:20
**4310** [1] - 1:18
**44** [1] - 4:21
**45** [2] - 4:22, 4:23
**450** [1] - 1:22
**4500** [1] - 3:4
**46** [1] - 4:24
**48** [2] - 4:25, 5:1
**49** [2] - 5:2, 5:3

**5**

**5** [4] - 8:10, 12:19, 25:25, 43:8
**50** [1] - 5:4
**500** [1] - 3:15
**5000** [1] - 2:16
**504** [1] - 3:16
**51** [4] - 5:5, 5:6, 5:7, 5:8
**52** [2] - 5:9, 5:10
**5395** [1] - 1:23
**546** [1] - 2:24

**589-7779** [1] - 3:16

**6**

**655** [1] - 2:19
**6:30** [1] - 30:25

**7**

**701** [1] - 2:16
**70130** [2] - 2:24, 3:15
**70139** [1] - 2:17
**70163** [1] - 2:7
**706** [1] - 44:25
**77002** [1] - 3:9
**77006** [1] - 1:19
**77010** [1] - 3:5
**7:00** [1] - 30:21
**7:45** [2] - 30:24, 40:19
**7TH** [1] - 1:23

**8**

**8** [3] - 4:5, 30:24, 38:18
**8:00** [2] - 38:18, 40:25

**9**

**9** [5] - 10:6, 11:6, 11:9, 11:24, 18:7
**9-day** [1] - 16:20
**94102** [1] - 1:23
**9th** [2] - 15:13, 15:14, 16:4

**A**

**abandoned** [1] - 18:17
**ability** [2] - 37:5, 53:15
**able** [7] - 21:19, 22:4, 29:4, 34:3, 36:20, 38:14
**above-entitled** [1] - 53:16
**absolutely** [5] - 33:12, 39:1, 39:3, 39:8, 48:22
**access** [1] - 17:2
**accommodate** [2] - 42:22, 49:17
**accomplish** [5] - 28:5, 28:20, 33:3, 38:14, 38:23
**accomplished** [3] - 21:20, 28:15, 38:12

**act** [1] - 9:8
**acting** [2] - 14:6, 26:21
**ACTION** [1] - 1:7
**ACTIONS** [1] - 1:10
**active** [1] - 52:14
**activities** [3] - 15:11, 15:25, 35:22
**activity** [1] - 15:14
**actual** [2] - 21:24, 22:2
**add** [4] - 46:13, 47:23, 48:1, 52:8
**adding** [1] - 51:19
**additional** [5] - 12:16, 20:1, 26:16, 44:5, 51:19
**address** [3] - 10:12, 11:15, 15:23
**addressed** [2] - 9:25, 10:3
**addressing** [1] - 23:7
**administration** [2] - 21:9, 22:25
**adversely** [1] - 21:7
**advising** [1] - 8:22
**affidavit** [1] - 22:7
**affidavits** [1] - 20:25
**afternoon** [8] - 6:10, 6:13, 17:7, 17:8, 31:11, 32:12, 41:11, 41:12
**afterwards** [1] - 23:8
**agent** [1] - 14:6
**ago** [2] - 11:2, 52:6
**agree** [12] - 13:21, 21:13, 27:13, 27:21, 39:2, 39:4, 41:14, 42:20, 45:9, 47:16, 49:9
**agreed** [8] - 12:17, 14:16, 14:22, 27:1, 36:7, 41:21, 47:9, 51:17
**agreeing** [1] - 41:18
**agreement** [6] - 14:17, 14:18, 33:7, 33:9, 37:10, 45:13
**agrees** [2] - 50:4, 51:21
**ahead** [3] - 38:10, 38:21, 48:6
**ALL** [1] - 1:10
**allay** [1] - 52:20
**allegation** [2] - 26:1, 26:2
**allow** [3] - 9:18, 37:17, 51:24
**allowing** [2] - 21:7, 53:3
**ALSO** [1] - 3:11

**ambitious** [1] - 34:24
**amend** [1] - 45:18
**amending** [1] - 45:19
**amendment** [5] - 44:8, 44:9, 44:22, 50:5, 50:12
**amendments** [1] - 45:3
**America** [1] - 25:14
**AMERICA** [6] - 2:9, 2:9, 2:10, 2:11, 2:13, 2:14
**American** [1] - 14:8
**amount** [4] - 15:18, 19:18, 19:19, 24:3
**analysis** [1] - 18:12
**analyze** [1] - 21:19
**AND** [1] - 2:4
**annular** [1] - 10:17
**answer** [11] - 13:12, 13:15, 13:17, 31:22, 32:15, 32:20, 32:24, 33:19, 33:24, 34:9, 36:20
**answered** [1] - 12:16
**answering** [1] - 38:2
**answers** [1] - 13:18
**anticipate** [1] - 31:3
**anyway** [1] - 7:6
**apologize** [1] - 50:16
**APPEARANCES** [3] - 1:15, 2:1, 3:1
**appendectomy** [1] - 6:17
**appendicitis** [3] - 7:10, 7:14, 7:15
**appreciate** [4] - 27:7, 33:11, 39:13, 40:6
**approach** [2] - 15:7, 27:17
**appropriate** [3] - 17:18, 34:22, 36:2
**approval** [2] - 25:9, 51:16
**approved** [4] - 9:2, 14:14, 14:15
**APRIL** [1] - 1:6
**April** [3] - 9:7, 11:1, 25:7
**areas** [1] - 23:3
**arguing** [1] - 34:12
**argument** [2] - 19:18, 25:20
**arguments** [1] - 9:22
**aside** [1] - 9:20
**assist** [5] - 16:15, 28:21, 29:3, 29:25, 37:22
**assistance** [2] - 9:9, 40:1

**assume** [3] - 19:17, 21:12, 48:20
**assuming** [1] - 48:4
**attended** [1] - 25:20
**attorney** [4] - 32:6, 32:7, 32:8
**attorneys** [3] - 28:23, 29:1, 29:20
**attributed** [1] - 10:3
**auspices** [8] - 25:7, 25:11, 25:18, 26:7, 26:13, 26:22, 28:11, 44:24
**authenticated** [1] - 22:3
**authenticating** [1] - 20:22
**authenticity** [1] - 21:3
**authority** [2] - 46:18, 46:21
**authorizes** [1] - 47:2
**availability** [2] - 31:7, 31:10
**available** [7] - 22:3, 23:20, 27:10, 30:2, 30:23, 31:8, 42:16
**AVENUE** [1] - 1:22
**avoid** [2] - 29:6, 29:17

**B**

**BAAY** [1] - 3:11
**Baay** [1] - 44:4
**backs** [2] - 27:18, 27:19
**balance** [1] - 41:21
**Barbier** [7] - 25:21, 28:2, 28:9, 35:15, 38:23, 39:11, 40:23
**Barbier's** [1] - 37:10
**based** [2] - 16:21, 48:14
**basic** [2] - 8:2, 36:23
**basis** [4] - 9:9, 9:21, 29:24, 40:19
**became** [1] - 8:14
**Beck** [4] - 24:24, 25:19, 27:1, 27:4
**BECK** [1] - 3:3
**becomes** [1] - 34:11
**BEFORE** [1] - 1:13
**begin** [2] - 31:18, 35:24
**beginning** [1] - 18:20
**behalf** [3] - 27:1, 27:22, 46:14
**behind** [3] - 8:3, 9:5, 35:6
**BERTAUT** [2] - 2:23,

42:3
**BERTAUT..................
..........................** [1] -
4:16
**beside** [1] - 26:23
**best** [5] - 19:6, 23:9, 30:19, 31:11, 53:14
**better** [8] - 18:2, 23:4, 29:14, 35:11, 35:20, 45:15, 46:24, 51:23
**between** [5] - 16:4, 22:11, 32:5, 35:19, 40:5
**beyond** [4] - 14:11, 14:14, 21:13, 29:14
**Big** [2] - 19:1, 19:7
**big** [1] - 11:14
**bit** [2] - 37:8, 48:12
**bite** [1] - 43:10
**biting** [1] - 24:22
**bizarre** [1] - 44:23
**Bjerager** [1] - 23:6
**blast** [1] - 10:14
**blooming** [1] - 51:20
**blowout** [1] - 16:6
**bolts** [1] - 14:10
**bonnet** [4] - 12:7, 12:8, 15:24, 35:4
**bonnets** [9] - 11:21, 11:25, 15:17, 15:21, 16:6, 16:16, 16:18, 35:7
**BOP** [16] - 10:18, 15:15, 15:17, 16:1, 16:2, 16:5, 18:7, 18:9, 22:25, 25:13, 26:8, 26:10, 28:14, 36:19, 41:15, 41:17
**bottom** [1] - 24:25
**BOULEVARD** [1] - 1:18
**box** [1] - 12:4
**BP** [31] - 2:9, 2:9, 2:10, 2:11, 2:12, 2:13, 2:14, 9:7, 9:13, 14:19, 24:20, 25:1, 25:2, 25:16, 25:17, 26:12, 26:18, 27:24, 34:13, 41:2, 45:1, 48:13, 48:19, 50:3, 50:6, 50:24, 51:9, 51:10
**BP's** [3] - 26:18, 31:16, 34:16
**BRANCH** [1] - 1:21
**breaking** [1] - 45:23
**brief** [2] - 9:19, 31:2
**brought** [1] - 22:15
**building** [2] - 16:5, 16:22

**built** [1] - 35:5
**bullet** [1] - 43:11
**bumps** [2] - 29:13, 29:17
**burden** [1] - 12:22
**business** [5] - 23:6, 23:12, 38:3, 38:11, 42:15
**busy** [3] - 41:17, 41:20, 42:21
**butt** [1] - 22:9
**buy** [1] - 14:2
**BY** [11] - 1:4, 1:18, 1:22, 2:6, 2:15, 2:19, 2:23, 3:3, 3:7, 3:17, 3:18

**C**

**CA** [1] - 1:23
**calendar** [1] - 35:16
**CALLED** [1] - 6:4
**Cameron** [49] - 9:22, 10:5, 10:8, 10:18, 10:24, 11:7, 12:1, 13:1, 13:16, 13:18, 13:25, 14:1, 14:8, 17:1, 17:19, 17:23, 18:16, 21:12, 21:17, 24:1, 25:2, 26:21, 27:1, 27:23, 29:5, 29:19, 30:3, 30:10, 30:14, 32:7, 33:5, 34:6, 34:11, 35:20, 35:25, 37:11, 37:13, 38:1, 38:17, 38:20, 40:6, 41:2, 42:18, 42:19, 42:22, 50:24
**CAMERON** [1] - 2:22
**Cameron's** [9] - 8:12, 11:13, 11:16, 14:13, 19:21, 28:16, 31:7, 32:7, 34:12
**cannot** [1] - 6:22
**cap** [1] - 33:16
**card** [1] - 49:5
**care** [2] - 40:10, 46:19
**CARMELITE** [1] - 2:23
**Carmelite** [1] - 13:6
**CARONDELET** [1] - 2:24
**case** [6] - 9:18, 20:15, 21:14, 25:3, 37:6, 39:20
**casing** [3] - 11:6, 35:23
**catalog** [1] - 18:17
**catch** [1] - 49:16
**Cathy** [2] - 53:10,

53:20
**CATHY** [1] - 3:14
**Cathy_Pepper@laed .uscourts.gov** [1] - 53:22
**cathy_Pepper@laed. uscourts.gov** [1] - 3:16
**caught** [1] - 6:21
**cc** [1] - 52:8
**CCR** [2] - 3:14, 53:20
**cell** [1] - 13:22
**CENTER** [1] - 3:4
**CENTRE** [1] - 2:6
**cents** [1] - 7:25
**certain** [2] - 20:22, 33:8
**certainly** [4] - 27:23, 29:20, 29:25, 42:22
**CERTIFICATE** [1] - 53:8
**certified** [1] - 36:20
**Certified** [3] - 53:10, 53:11, 53:20
**CERTIFIED** [1] - 3:14
**certify** [1] - 53:13
**chain** [1] - 19:15
**change** [4] - 19:17, 22:20, 44:15, 46:18
**chase** [1] - 51:15
**checkbooks** [1] - 26:15
**checked** [1] - 19:6
**chronologically** [1] - 22:21
**Circuit** [1] - 39:11
**circumstances** [5] - 14:18, 14:20, 18:10, 18:11, 36:8
**cited** [1] - 9:19
**CIVIL** [2] - 1:7, 1:21
**Civil** [1] - 9:18
**claims** [1] - 37:4
**clarification** [2] - 44:20, 47:4
**clean** [1] - 41:25
**clean-up** [1] - 41:25
**clear** [9] - 10:5, 28:2, 33:4, 33:12, 39:1, 39:14, 42:25, 46:25, 49:23
**clearly** [1] - 18:24
**CLERK** [1] - 6:7
**client** [23] - 8:16, 9:13, 9:14, 12:23, 13:13, 14:8, 15:6, 16:7, 16:8, 16:20, 22:9, 22:13, 23:24, 31:15, 31:17, 32:20, 33:19, 36:11, 37:2, 37:4,

39:16, 42:8, 51:8
**client's** [3] - 32:17, 32:18, 37:7
**climbed** [1] - 11:10
**close** [4] - 23:11, 38:3, 38:11, 42:15
**COHEN** [40] - 3:7, 3:7, 7:4, 17:7, 17:9, 20:6, 20:9, 21:21, 22:19, 23:17, 23:23, 24:10, 24:13, 24:16, 27:8, 27:15, 30:7, 30:9, 40:12, 40:21, 41:6, 41:8, 42:7, 42:17, 46:9, 47:6, 47:19, 47:21, 48:3, 48:24, 49:13, 51:6, 51:8, 51:15, 52:5, 52:10, 52:19, 52:24, 53:1, 53:3
**Cohen** [2] - 34:23, 51:4
**Cohen's** [2] - 14:23, 26:2
**COHEN.....................
.........................** [8] -
4:6, 4:8, 4:18, 4:24, 5:1, 5:6, 5:8, 5:10
**collaborating** [1] - 39:16
**colleagues** [1] - 52:11
**collecting** [1] - 20:17
**collections** [1] - 20:22
**COLVIN** [1] - 3:8
**comfortable** [1] - 21:2
**coming** [4] - 8:13, 9:4, 10:2, 16:16, 23:11, 50:3, 50:15
**comment** [1] - 45:7
**comments** [3] - 33:4, 41:15, 47:17
**common** [1] - 11:17
**communication** [2] - 17:2, 28:22
**communications** [3] - 9:16, 29:17, 52:9
**companies** [1] - 14:7
**COMPANY** [2] - 2:10
**Company** [1] - 11:15
**company** [2] - 19:23, 23:6
**comparative** [1] - 18:12
**compared** [1] - 26:3
**complete** [5] - 25:5, 25:11, 28:8, 28:13, 41:4
**completed** [8] - 28:22, 35:3, 38:8, 38:9, 39:21, 43:7, 43:13

**completely** [2] - 26:23, 32:23
**completion** [5] - 28:7, 29:7, 29:9, 29:10, 33:2
**compliance** [1] - 14:19
**complied** [3] - 12:15, 14:17, 26:25
**comply** [1] - 16:25
**compress** [1] - 25:25
**COMPUTER** [1] - 3:18
**concern** [4] - 8:21, 23:10, 36:9, 52:20
**concerns** [3] - 8:12, 8:18, 9:3
**concluded** [1] - 53:5
**conclusion** [1] - 28:20
**conduct** [1] - 37:17
**conducted** [6] - 25:6, 25:10, 25:17, 26:7, 26:13, 28:11
**conducts** [1] - 25:16
**conference** [5] - 6:9, 30:14, 38:17, 40:15, 40:23
**CONFERENCE** [1] - 1:12
**conferences** [4] - 8:19, 14:24, 29:12, 40:19
**conferring** [1] - 41:8
**connection** [4] - 10:19, 12:20, 41:18, 44:8
**consensus** [2] - 8:7, 51:2
**conservative** [1] - 47:6
**consider** [1] - 47:3
**construct** [1] - 16:10
**consult** [1] - 24:11
**consultant** [2] - 9:12, 32:16
**contain** [1] - 22:2
**contained** [1] - 13:9
**continuation** [3] - 6:9, 6:11, 43:1
**continue** [1] - 14:20, 27:19
**CONTINUED** [2] - 2:1, 3:1
**continued** [1] - 28:9
**continuing** [1] - 23:13
**contours** [1] - 44:1
**contract** [4] - 25:1, 25:9, 46:18, 51:18
**contracted** [1] - 44:25
**convenience** [1] - 42:19

**conversation** [1] - 50:20
**cooperated** [1] - 26:4
**cooperating** [1] - 26:3
**cooperation** [1] - 19:20
**coordinating** [1] - 26:18
**copied** [1] - 48:18
**CORPORATION** [2] - 2:11, 2:22
**correct** [6] - 18:5, 20:8, 43:4, 43:22, 50:7, 53:14
**correspondence** [1] - 52:17
**counsel** [12] - 9:16, 13:11, 17:17, 18:13, 19:1, 19:9, 20:11, 22:1, 23:25, 24:1, 49:14, 49:16
**counting** [1] - 16:21
**Country** [2] - 19:1, 19:7
**couple** [1] - 6:23
**course** [6] - 18:8, 19:5, 22:2, 27:15, 29:22, 42:21
**court** [3] - 21:1, 23:7, 47:11
**Court** [43] - 9:21, 10:10, 13:23, 14:12, 14:25, 15:2, 16:21, 16:23, 16:24, 17:10, 18:24, 19:20, 20:9, 20:24, 22:10, 25:6, 27:10, 27:12, 27:22, 28:12, 34:22, 41:4, 41:18, 44:7, 44:24, 45:1, 45:4, 45:19, 45:22, 46:23, 47:1, 48:8, 48:15, 49:3, 50:12, 50:14, 50:24, 51:25, 53:11, 53:12, 53:13, 53:21, 53:21
**COURT** [81] - 1:1, 3:14, 6:4, 6:8, 6:16, 6:25, 7:2, 7:12, 7:17, 7:19, 7:22, 7:25, 15:8, 17:5, 17:8, 20:2, 20:7, 21:11, 22:17, 23:10, 23:18, 24:6, 24:11, 24:15, 24:19, 27:7, 27:13, 27:16, 30:8, 30:10, 31:1, 31:7, 32:2, 33:1, 33:11, 33:16, 33:22, 34:18, 35:12, 36:12, 37:8, 37:16, 39:3, 39:5, 39:8,

39:18, 40:13, 40:22, 41:7, 41:10, 41:21, 42:9, 42:11, 42:20, 43:5, 43:16, 43:18, 44:2, 45:6, 46:1, 46:6, 47:3, 47:16, 47:20, 47:22, 48:5, 48:10, 49:1, 49:5, 49:9, 49:18, 49:20, 50:2, 50:22, 51:10, 51:14, 52:2, 52:8, 52:22, 52:25, 53:2
**Court's** [13] - 10:11, 12:13, 25:7, 25:11, 25:18, 26:7, 26:13, 26:21, 28:11, 41:14, 41:15, 48:9
**Court-ordered** [1] - 41:4
**COURT.....................
......................** [3] - 4:9, 4:12, 4:14
**courtesy** [1] - 20:1
**covers** [1] - 36:4
**criticized** [4] - 10:13, 10:16, 10:20, 11:4
**crosswise** [1] - 47:13
**CRR** [2] - 3:14, 53:20
**crunch** [1] - 27:20
**cumbersome** [1] - 32:9
**cure** [1] - 44:18
**custody** [3] - 18:9, 25:13, 26:8
**cut** [2] - 44:4, 51:15
**cutoff** [1] - 27:14

**D**

**Daddy** [1] - 7:13
**daily** [8] - 9:9, 9:14, 17:2, 29:6, 29:24, 36:10, 40:19, 52:15
**data** [4] - 20:17, 20:22, 21:18, 22:3
**date** [5] - 20:13, 24:2, 27:14, 29:10, 38:15
**dates** [1] - 23:19
**DAVID** [2] - 3:3, 3:11
**David** [11] - 28:25, 29:5, 31:10, 32:2, 35:12, 38:16, 39:8, 40:14, 42:23, 44:4, 47:2
**days** [8] - 10:6, 10:14, 12:19, 13:4, 21:7, 34:24, 43:8
**days'** [1] - 16:21
**DC** [1] - 2:20

**deadline** [1] - 24:7
**deadlines** [1] - 26:23
**decide** [1] - 39:6
**decided** [1] - 51:23
**decisions** [1] - 34:9
**deem** [1] - 36:1
**deems** [1] - 34:22
**DEEPWATER** [3] - 1:5, 2:4, 2:5
**defense** [1] - 21:14
**deferral** [2] - 41:19
**deficiencies** [1] - 29:16
**degree** [1] - 13:14
**delay** [5] - 10:3, 16:20, 16:21, 49:18, 49:19
**delayed** [1] - 41:16
**delays** [3] - 15:4, 15:5, 18:23
**delivered** [4] - 16:11, 16:12, 16:13
**demands** [1] - 8:16
**DEPARTMENT** [1] - 1:21
**depose** [1] - 24:8
**deposition** [9] - 21:14, 21:17, 22:18, 23:12, 31:23, 32:12, 41:15, 42:5, 42:14
**depositions** [9] - 20:5, 20:7, 20:10, 20:11, 20:19, 21:4, 21:8, 23:25, 41:23
**DEPUTY** [1] - 6:7
**described** [4] - 19:19, 21:25, 22:6
**describing** [1] - 22:7
**designees** [1] - 22:18
**despite** [2] - 12:13, 12:17
**DET** [1] - 3:7
**detail** [2] - 10:9, 46:17
**details** [1] - 46:19
**determine** [1] - 28:14
**developed** [1] - 22:11
**device** [1] - 17:19
**dial** [2] - 38:19, 40:18
**dial-in** [2] - 38:19, 40:18
**dialogue** [1] - 45:4
**difference** [1] - 21:21
**different** [6] - 13:7, 18:23, 31:13, 37:9, 46:20, 47:7
**difficult** [1] - 19:21
**direct** [1] - 18:3
**direction** [2] - 18:4, 45:1
**disadvantage** [1] -

33:20
**disagree** [1] - 37:1
**disassemble** [1] - 11:24
**disassembly** [2] - 11:21, 15:24
**discovery** [7] - 12:25, 13:1, 13:19, 17:14, 26:23
**discretion** [10] - 25:12, 26:14, 28:13, 46:19, 51:13, 51:16, 51:17, 51:23, 51:24, 52:7
**discuss** [4] - 15:22, 15:23, 17:13, 18:22
**discussed** [4] - 18:14, 19:3, 31:13, 44:23
**discussing** [1] - 18:18
**discussion** [2] - 19:11, 26:21
**disinterested** [1] - 28:12
**displeasure** [1] - 13:14
**distance** [1] - 34:13
**distribution** [2] - 49:1, 49:10
**District** [3] - 53:12, 53:13, 53:21
**DISTRICT** [2] - 1:1, 1:2
**dive** [1] - 37:24
**DIVISION** [1] - 1:21
**DNV** [76] - 8:3, 9:5, 10:7, 10:15, 10:16, 11:13, 13:4, 13:11, 13:18, 14:5, 15:10, 16:19, 17:16, 18:6, 18:7, 18:15, 18:18, 19:18, 20:9, 20:16, 20:17, 21:4, 21:19, 22:4, 22:7, 22:18, 23:20, 25:1, 25:11, 26:13, 26:20, 26:21, 27:22, 28:7, 28:9, 28:11, 28:12, 29:3, 29:19, 30:5, 30:14, 30:15, 31:23, 32:6, 32:8, 32:9, 33:1, 34:8, 36:15, 37:17, 37:21, 38:20, 40:2, 40:15, 41:2, 41:3, 41:16, 42:5, 42:14, 43:1, 44:25, 46:14, 46:16, 46:19, 46:21, 46:24, 46:25, 47:24, 48:1, 48:13, 48:20, 50:20, 51:4, 51:12, 51:17
**DNV's** [3] - 13:9,

20:15, 33:2
**document** [1] - 12:9
**DOCUMENT** [1] - 1:9
**Document** [1] - 28:10
**documentation** [1] - 34:2
**documents** [2] - 13:6, 33:15
**Don** [1] - 50:15
**DON** [1] - 2:15
**Don's** [1] - 50:17
**done** [29] - 8:6, 8:8, 9:20, 15:12, 16:25, 20:5, 21:20, 22:5, 22:20, 23:14, 27:22, 28:1, 28:3, 28:11, 29:15, 30:1, 30:18, 35:14, 36:13, 36:24, 37:9, 38:24, 41:22, 41:23, 42:14, 44:24, 45:1
**door** [4] - 7:9, 39:10, 40:16
**down** [6] - 8:13, 11:13, 20:3, 22:15, 46:4, 46:6
**dozen** [1] - 12:16
**dragging** [1] - 10:8
**drawing** [1] - 12:6
**drifting** [1] - 34:4
**DRILLING** [1] - 2:4
**during** [5] - 8:5, 16:3, 27:12, 29:22, 40:12
**duty** [1] - 27:1
**dwell** [1] - 10:4

**E**

**e-mail** [18] - 9:6, 9:9, 10:14, 13:23, 14:24, 16:14, 20:10, 25:18, 38:3, 43:20, 44:21, 45:24, 48:14, 48:25, 49:10, 50:13, 50:17
**e-mailed** [1] - 48:12
**e-mails** [3] - 15:10, 15:13, 36:14
**early** [1] - 6:21
**easier** [3] - 27:16, 36:15, 37:5
**EASTERN** [1] - 1:2
**Eastern** [1] - 53:13
**easy** [2] - 22:14, 37:7
**effect** [1] - 9:8
**effort** [1] - 29:13
**either** [2] - 16:16, 19:14
**elaborate** [1] - 17:10
**electronic** [2] - 12:2,

12:5
**elements** [1] - 10:17
**ELLIS** [1] - 2:18
**elsewhere** [1] - 26:7
**employees** [2] - 9:15, 17:2
**end** [7] - 7:5, 13:23, 22:11, 31:6, 34:8, 34:10, 40:5
**ENERGY** [1] - 2:6
**engaged** [1] - 50:20
**engineer** [3] - 48:15, 48:16, 49:4
**engineering** [1] - 48:17
**engineers** [2] - 29:2
**entered** [2] - 12:16, 14:23
**enthusiastic** [1] - 19:20
**entire** [2] - 9:13, 47:9
**entitled** [1] - 53:16
**equipment** [4] - 11:8, 13:8, 30:11, 30:12
**especially** [1] - 27:24
**ESQUIRE** [11] - 1:18, 1:22, 2:6, 2:15, 2:19, 2:23, 2:23, 3:3, 3:7, 3:8, 3:11
**essentially** [2] - 25:1, 33:25
**etcetera** [3] - 19:24, 38:7, 46:15
**evaluator** [1] - 28:8
**evening** [1] - 33:22
**evidence** [4] - 11:12, 20:22, 21:3, 23:4
**evidently** [1] - 19:14
**evolved** [1] - 52:1
**ex** [1] - 10:14
**exactly** [2] - 35:5, 44:21
**examination** [1] - 24:3
**examine** [1] - 43:3
**examined** [1] - 32:16
**examiner** [1] - 28:13
**example** [2] - 35:23, 43:12
**except** [2] - 45:9, 50:3
**exception** [1] - 14:24
**exceptionally** [1] - 41:17
**exchange** [10] - 25:18, 32:4, 32:13, 32:22, 36:13, 38:6, 38:13, 38:22, 45:5, 49:23
**exclusive** [1] - 25:13
**excused** [1] - 52:24
**executed** [1] - 22:5
**exercise** [1] - 46:19

**exists** [1] - 9:23
**expect** [2] - 13:16, 23:6
**expects** [1] - 13:18
**expert** [3] - 20:18, 24:9, 44:25
**experts** [1] - 26:14
**EXPLORATION** [1] - 2:12
**expose** [1] - 37:2
**exposed** [1] - 37:4
**exposes** [1] - 36:25
**expressed** [2] - 8:18, 18:15
**extend** [2] - 21:15, 21:16, 38:10
**extending** [1] - 23:10
**extension** [1] - 41:23
**extent** [12] - 15:2, 20:21, 21:8, 27:8, 28:14, 29:11, 35:9, 37:20, 40:4, 48:25, 49:16, 52:16
**extraordinary** [1] - 22:10

**F**

**fabricated** [1] - 16:1
**fabulous** [1] - 52:3
**facilitate** [7] - 25:24, 30:17, 32:4, 33:2, 35:18, 37:21, 38:22
**facilitated** [1] - 25:8
**facilitates** [1] - 25:17
**fact** [12] - 6:21, 7:8, 9:20, 11:11, 12:17, 13:15, 16:22, 20:4, 30:10, 37:20, 39:16, 51:1
**factual** [1] - 18:5
**failing** [1] - 10:13
**fair** [7] - 33:21, 34:13, 43:15, 43:16, 45:10, 50:2, 50:24
**fairly** [1] - 14:19
**far** [6] - 14:5, 14:11, 14:14, 21:24, 22:19, 30:2
**fast** [4] - 11:5, 11:16, 36:7, 36:8
**fault** [2] - 11:13, 11:16
**favorable** [1] - 34:15
**Federal** [2] - 9:18, 13:2
**FEMA** [1] - 23:3
**few** [2] - 24:14, 52:5
**field** [1] - 7:5
**FIFTEENTH** [1] - 2:19

**Fifth** [1] - 39:11
**figure** [3] - 10:16, 31:18, 35:17
**findings** [1] - 37:15
**fine** [15] - 6:18, 6:23, 11:21, 18:4, 19:23, 33:18, 34:21, 34:24, 35:9, 35:25, 36:9, 40:17, 47:18, 47:21, 48:9
**fingers** [1] - 29:15
**finished** [1] - 8:15
**first** [13] - 6:11, 6:20, 6:23, 8:9, 15:13, 17:12, 17:16, 19:5, 21:22, 41:16, 45:11, 46:25, 49:23
**fish** [1] - 45:2
**Fitch** [1] - 20:12
**fitted** [1] - 16:2
**flanges** [1] - 14:9
**flat** [1] - 35:13
**Flip** [1] - 12:9
**FLOOR** [1] - 1:23, 2:6
**fluctuating** [1] - 40:3
**fly** [2] - 32:25, 33:19
**folks** [3] - 6:18, 8:23, 47:10
**follow** [2] - 16:9, 38:6
**following** [1] - 13:12
**food** [1] - 19:15
**foot** [1] - 10:8
**FOR** [5] - 1:17, 2:3, 2:9, 2:22, 3:7
**foregoing** [1] - 53:14
**foregone** [1] - 28:20
**forensic** [1] - 28:12
**foresee** [1] - 40:7
**forget** [1] - 30:7
**form** [1] - 35:10
**formal** [1] - 45:19
**formulate** [1] - 32:21
**forth** [1] - 23:6
**forths** [2] - 27:18, 27:20
**forward** [17] - 15:23, 20:14, 20:20, 23:24, 26:15, 27:25, 30:16, 30:24, 33:6, 35:9, 37:11, 41:24, 46:10, 47:8, 48:3, 52:7
**forwarded** [2] - 13:13, 25:18
**forwarding** [1] - 50:17
**forwards** [1] - 32:8
**four** [1] - 25:8
**fowl** [1] - 45:2
**frame** [3] - 16:1, 16:10, 16:15
**FRANCISCO** [1] - 1:23

**frankly** [1] - 9:19
**frequent** [1] - 46:13
**fresh** [1] - 27:8
**Friday** [7] - 6:9, 10:1, 10:7, 13:7, 15:9, 16:19, 26:2
**friends** [1] - 6:20
**FRILOT** [1] - 2:5
**front** [1] - 32:23
**fruition** [1] - 9:5
**frustration** [1] - 36:14
**function** [2] - 20:18, 23:1

**G**

**game** [2] - 7:6, 7:11
**GARY** [1] - 3:11
**Gasaway** [2] - 24:20, 31:15
**GASAWAY** [9] - 2:19, 24:17, 24:20, 43:22, 43:24, 45:10, 46:2, 50:8, 50:23
**Gasaway's** [1] - 51:8
**GASAWAY** ...............
.......................... [4]
- 4:7, 4:20, 4:23, 5:4
**gaskets** [1] - 14:9
**GATE** [1] - 1:22
**gee** [1] - 52:3
**general** [1] - 22:25
**generally** [1] - 29:2
**gentlemen** [1] - 38:11
**Gilmore** [1] - 11:14
**given** [2] - 7:8, 14:17
**glad** [1] - 37:24
**GOLDEN** [1] - 1:22
**GORMAN** [1] - 3:7
**government** [1] - 18:8
**GOVERNMENT** [1] - 1:21
**great** [1] - 44:23
**group** [8] - 32:24, 50:9, 50:19, 50:25, 51:2, 52:6, 52:9, 52:12
**grousing** [2] - 7:10, 7:13
**guess** [7] - 21:11, 23:12, 23:21, 27:22, 29:9, 33:12, 47:16
**guest** [1] - 26:17
**GULF** [1] - 1:5
**gun** [1] - 35:14
**guys** [2] - 27:19, 32:15

## H

**half** [1] - 10:14
**hand** [2] - 14:3, 47:25
**handle** [1] - 6:22
**hands** [3] - 30:4, 37:19, 37:20
**hands-off** [1] - 37:20
**hands-on** [1] - 37:19
**happy** [3] - 10:9, 29:13, 33:18
**Happy** [1] - 38:18
**HAYCRAFT** [3] - 2:15, 43:23, 45:9
**HAYCRAFT**..............
............................... [1]
- 4:22
**HB406** [1] - 3:15
**hear** [5] - 6:14, 10:10, 18:13, 27:5, 40:14
**HEARD** [1] - 1:13
**heard** [7] - 13:14, 18:24, 21:25, 26:2, 36:6, 48:24, 52:5
**hearing** [1] - 50:15
**heart** [1] - 37:3
**help** [2] - 10:16, 17:3
**helpfully** [1] - 24:24
**helps** [3] - 28:18, 28:23, 29:2
**hereby** [1] - 53:13
**high** [1] - 35:23
**high-pressure** [1] - 35:23
**hired** [1] - 9:12
**hold** [1] - 42:12
**HOLDINGS** [2] - 2:3, 2:13
**honest** [2] - 50:8, 50:20
**Honor** [29] - 9:11, 15:9, 17:7, 21:22, 23:23, 24:16, 24:17, 25:8, 25:19, 26:9, 27:6, 27:8, 30:21, 38:25, 41:6, 41:9, 41:12, 42:3, 42:6, 43:22, 43:24, 44:4, 44:12, 45:10, 45:13, 48:7, 49:12, 49:14, 52:13
**HONORABLE** [1] - 1:13
**hope** [4] - 29:4, 38:13, 39:24
**HORIZON** [1] - 1:5
**hours** [6] - 13:17, 13:20, 34:22, 45:24, 46:2, 52:1

---

**HOUSTON** [4] - 1:19, 3:4, 3:5, 3:9
**huge** [2] - 15:17, 19:19

## I

**idea** [5] - 36:17, 50:10, 50:24, 52:4
**identified** [1] - 9:1
**impact** [1] - 21:7
**implement** [1] - 47:8
**important** [2] - 25:3, 43:25
**impose** [1] - 40:2
**impression** [1] - 42:4
**improper** [3] - 9:12, 25:5, 39:17
**IN** [2] - 1:4, 1:5
**inappropriate** [1] - 9:17
**INC** [7] - 2:4, 2:5, 2:9, 2:10, 2:11, 2:12, 2:14
**inclined** [2] - 10:10, 15:2
**includes** [1] - 14:23
**including** [1] - 35:20
**inclusive** [1] - 44:19
**inconclusive** [2] - 44:13, 44:15
**inconsistent** [1] - 44:11
**incorporated** [1] - 26:4
**indeed** [1] - 20:19
**independent** [1] - 28:8
**information** [31] - 10:19, 11:19, 12:17, 12:20, 13:10, 14:16, 18:2, 23:9, 31:21, 32:5, 32:13, 33:14, 34:3, 34:20, 34:25, 35:8, 35:24, 36:1, 36:4, 36:13, 36:24, 37:17, 38:14, 38:19, 38:22, 40:25, 41:3, 44:5, 45:5, 48:18, 51:3
**informational** [5] - 37:11, 37:14, 37:16, 38:2, 40:1
**initial** [1] - 15:16
**input** [3] - 10:15, 41:5, 52:14
**inquiry** [1] - 38:25
**inside** [1] - 10:18
**insistence** [1] - 12:13
**inspection** [1] - 37:18

---

**instance** [4] - 13:1, 17:17, 21:15, 32:5
**instances** [2] - 13:3, 17:18
**instead** [1] - 18:19
**Institute** [1] - 14:9
**instructed** [1] - 38:23
**instructions** [3] - 11:21, 33:17, 35:15
**intelligent** [1] - 46:12
**intended** [1] - 28:8
**intending** [1] - 48:16
**intends** [1] - 28:12
**intentional** [1] - 18:6
**interest** [1] - 51:20
**interested** [1] - 27:24
**INTERESTS** [1] - 1:21
**INTERNATIONAL** [1] - 2:22
**interrogation** [2] - 36:11, 36:12
**investigating** [1] - 20:16
**investigator** [2] - 19:5, 23:2
**invited** [1] - 26:17
**involved** [7] - 8:16, 9:10, 21:8, 28:24, 29:1, 33:1, 38:20
**involvement** [3] - 8:12, 14:13, 29:6
**involves** [1] - 39:16
**issue** [13] - 6:10, 10:1, 34:20, 35:19, 36:6, 41:22, 45:23, 47:17, 47:22, 49:23, 51:13
**issues** [6] - 9:25, 10:12, 17:17, 41:13, 41:18, 41:25
**items** [1] - 10:7

## J

**JIMMY** [1] - 1:18
**Jimmy** [2] - 48:6, 49:5
**jimmy** [1] - 41:13
**JIT** [10] - 8:5, 11:11, 18:8, 18:10, 20:16, 22:22, 25:22, 26:4, 27:3, 28:4
**job** [4] - 10:15, 34:1, 34:2, 36:24
**JONES** [34] - 3:3, 6:15, 6:18, 7:1, 7:5, 7:13, 7:18, 7:21, 7:24, 8:2, 15:9, 31:12, 32:14, 33:4, 33:12, 33:17, 33:25, 34:19, 35:21, 37:1,

---

37:13, 38:25, 39:4, 39:6, 39:13, 42:25, 43:12, 43:17, 49:22, 50:6, 51:4, 51:7, 51:9, 51:11
**Jones** [2] - 26:20, 27:5
**JONES**....................
........................... [7]
- 4:5, 4:11, 4:13, 4:19, 5:3, 5:5, 5:7
**JUDGE** [1] - 1:13
**Judge** [24] - 6:15, 7:8, 8:3, 16:3, 20:1, 25:21, 28:2, 28:9, 32:14, 32:22, 33:25, 35:1, 35:15, 35:21, 37:5, 37:10, 38:23, 39:11, 40:23, 42:2, 46:9, 47:6, 49:13, 52:5
**judge** [2] - 31:12, 31:20
**July** [6] - 23:20, 24:7, 27:12, 41:17, 41:19, 41:20
**June** [4] - 20:12, 27:9, 27:14, 42:13
**JUSTICE** [1] - 1:21

## K

**Katy** [1] - 23:8
**keeps** [1] - 14:1
**Kenney** [14] - 19:5, 21:8, 22:13, 22:14, 22:24, 22:25, 24:5, 24:10, 27:9, 30:20, 41:8, 46:2, 46:16, 52:15
**KENNEY** [4] - 3:11, 30:21, 31:5, 42:16
**KENNEY**....................
........................... [2] -
4:10, 4:17
**Kenny** [2] - 42:17, 52:10
**kept** [1] - 20:13
**KERRY** [1] - 2:6
**Kerry** [4] - 44:3, 45:11, 50:11
**key** [2] - 12:4, 26:1
**kicked** [1] - 22:9
**kind** [3] - 23:15, 36:25, 44:23
**KIRKLAND** [1] - 2:18
**knowing** [1] - 50:15
**knowledge** [2] - 25:24, 30:11
**knows** [2] - 25:6, 49:8

---

## L

**LA** [4] - 2:7, 2:17, 2:24, 3:15
**lacking** [1] - 35:8
**laid** [2] - 8:18, 10:1
**LAMAR** [1] - 3:8
**language** [1] - 37:15
**large** [1] - 19:18
**largest** [1] - 14:7
**last** [15] - 7:8, 9:6, 9:22, 12:19, 13:6, 16:14, 17:11, 26:8, 26:9, 39:9, 39:23, 41:25, 44:17, 49:23, 52:1
**lastly** [1] - 11:4
**late** [2] - 44:17, 45:23
**late-breaking** [1] - 45:23
**lately** [1] - 51:20
**law** [2] - 9:18, 37:6
**lead** [1] - 19:5
**leads** [1] - 19:6
**least** [2] - 12:16, 51:25
**leaving** [2] - 10:2, 46:21
**left** [1] - 19:13
**legal** [3] - 24:21, 25:22, 26:25
**length** [4] - 18:14, 18:22, 19:3, 44:23
**LeNormand** [2] - 10:2, 19:1
**less** [3] - 13:2, 13:3, 19:20
**letter** [3] - 18:25, 19:4, 27:5
**letting** [1] - 17:10
**level** [2] - 25:22, 27:2
**LEWIS** [1] - 2:14
**liability** [1] - 9:14
**liar** [1] - 19:16
**life** [1] - 39:23
**lifting** [1] - 16:1
**likely** [1] - 8:14
**limit** [1] - 27:11
**LIMITED** [1] - 2:13
**line** [1] - 24:25
**LISKOW** [1] - 2:14
**list** [8] - 31:24, 34:21, 40:1, 40:6, 40:18, 48:14, 49:2, 49:10
**listing** [1] - 35:19
**literally** [1] - 14:9
**litigant** [1] - 26:8
**litigants** [2] - 17:15, 47:14
**litigation** [7] - 12:23,

25:16, 32:22, 33:20, 36:21, 39:22, 48:25
**litigation-oriented** [1] - 48:25
**live** [1] - 33:8
**LLC** [1] - 2:3
**local** [1] - 22:14
**location** [1] - 19:2
**Look** [3] - 8:20, 13:13, 26:12
**look** [5] - 18:20, 32:2, 34:14, 39:8, 42:11
**looked** [3] - 11:13, 42:7, 42:10
**looking** [3] - 12:10, 30:16, 35:16
**looks** [1] - 39:23
**lose** [1] - 19:18
**lost** [1] - 19:19
**LOUISIANA** [2] - 1:2, 1:7
**Louisiana** [2] - 53:12, 53:13
**lower** [5] - 15:14, 15:15, 15:17, 15:25, 16:15
**luck** [1] - 53:2
**luggage** [1] - 53:2

## M

**ma'am** [6] - 7:24, 20:6, 23:17, 27:15, 40:21, 48:3
**MAGISTRATE** [1] - 1:13
**mail** [18] - 9:6, 9:9, 10:14, 13:23, 14:24, 16:14, 20:10, 25:18, 38:3, 43:20, 44:21, 45:24, 48:14, 48:25, 49:10, 50:13, 50:17
**mailed** [1] - 48:12
**mails** [3] - 15:10, 15:13, 36:14
**maintenance** [1] - 11:23
**major** [1] - 17:11
**man** [3] - 12:19, 19:10, 52:12
**management** [1] - 9:15
**manner** [2] - 28:23, 39:21
**manual** [2] - 11:23, 12:8
**manufactured** [2] - 17:19, 17:20
**manufacturer** [2] -

11:8, 30:11
**March** [2] - 26:5, 27:2
**MARK** [1] - 3:7
**mark** [1] - 17:5
**Mark** [5] - 20:2, 39:25, 46:8, 50:13, 52:2
**master** [3] - 34:21, 40:1, 40:18
**material** [4] - 17:24, 18:2, 21:14, 22:24
**materials** [3] - 13:6, 17:25, 18:21
**matter** [5] - 30:10, 37:19, 40:3, 45:17, 53:16
**matters** [2] - 49:11, 51:17
**max** [1] - 31:3
**MAY** [2] - 1:8, 6:2
**MCKINNEY** [1] - 3:4
**mean** [5] - 33:5, 39:12, 40:24, 46:18, 51:18
**meaning** [2] - 39:10, 47:24
**MECHANICAL** [1] - 3:17
**mechanically** [1] - 22:6
**mechanics** [1] - 21:10
**medication** [1] - 6:22
**meet** [1] - 35:11
**meeting** [7] - 7:16, 13:22, 19:7, 19:10, 29:19, 31:2, 42:19
**meetings** [1] - 9:15
**members** [1] - 50:10
**memo** [1] - 10:12
**memorable** [1] - 19:8
**mention** [1] - 20:10
**mentioned** [2] - 21:6, 35:4
**mentions** [2] - 26:6, 26:7
**Merit** [1] - 53:11
**MEXICO** [1] - 1:5
**MICHAEL** [1] - 1:22
**Michoud** [9] - 8:5, 15:3, 16:24, 26:19, 44:10, 46:16, 46:21, 46:24, 46:25
**might** [4] - 31:5, 39:23, 47:11, 52:20
**milk** [1] - 7:2
**milked** [1] - 7:6
**Miller** [1] - 44:3
**MILLER** [2] - 2:6, 44:3
**MILLER**........................
........................ [1] - 4:21
**mindful** [1] - 17:10

**minimum** [1] - 36:14
**minute** [1] - 24:11
**minutes** [4] - 24:14, 30:22, 31:3, 52:5
**misrepresentation** [1] - 18:6
**mistake** [1] - 10:24
**MONDAY** [2] - 1:8, 6:2
**Monday** [5] - 7:9, 16:11, 38:11, 40:10, 40:22
**money** [2] - 15:18, 25:2
**month** [1] - 29:8
**months** [9] - 8:7, 8:8, 8:10, 11:6, 11:9, 11:24, 18:7, 25:25
**morning** [7] - 9:9, 29:18, 30:13, 30:22, 31:8, 31:11, 31:23, 32:12, 33:23, 37:23, 37:25, 38:4, 38:18, 40:25, 41:9, 41:10, 42:7, 42:19
**most** [2] - 13:3, 17:17
**mother** [1] - 6:22
**motion** [3] - 14:13, 34:16
**move** [5] - 18:4, 31:5, 37:11, 38:4, 52:7
**moving** [1] - 30:24
**MR** [124] - 4:5, 4:6, 4:7, 4:8, 4:10, 4:11, 4:13, 4:15, 4:17, 4:18, 4:19, 4:20, 4:21, 4:22, 4:23, 4:24, 4:25, 5:1, 5:2, 5:3, 5:4, 5:5, 5:6, 5:7, 5:8, 5:9, 5:10, 6:15, 6:18, 7:1, 7:4, 7:5, 7:13, 7:18, 7:21, 7:24, 8:2, 15:9, 17:7, 17:9, 20:6, 20:9, 21:21, 22:19, 23:17, 23:23, 24:10, 24:13, 24:16, 24:17, 24:20, 27:8, 27:15, 30:7, 30:9, 30:21, 31:5, 31:12, 32:14, 33:4, 33:12, 33:17, 33:25, 34:19, 35:21, 37:1, 37:13, 38:25, 39:4, 39:6, 39:13, 40:12, 40:21, 41:6, 41:8, 41:9, 41:12, 42:2, 42:7, 42:10, 42:16, 42:17, 42:25, 43:12, 43:17, 43:22, 43:23, 43:24, 44:3, 45:9, 45:10, 46:2, 46:9,

47:6, 47:19, 47:21, 48:3, 48:7, 48:11, 48:24, 49:3, 49:7, 49:12, 49:13, 49:14, 49:19, 49:22, 50:6, 50:8, 50:23, 51:4, 51:6, 51:7, 51:8, 51:9, 51:11, 51:15, 52:5, 52:10, 52:13, 52:19, 52:24, 53:1, 53:3
**MS** [2] - 4:16, 42:3
**mystified** [1] - 27:3

## N

**N.W** [1] - 2:19
**name** [1] - 23:7
**narrative** [1] - 13:8
**nature** [1] - 31:6
**necessarily** [2] - 18:23, 29:20
**necessary** [9] - 17:23, 20:25, 21:1, 22:15, 24:8, 29:21, 43:5, 51:12, 51:22
**need** [18] - 10:4, 11:20, 12:1, 15:22, 19:24, 20:4, 31:3, 34:21, 35:25, 36:4, 36:9, 39:6, 39:14, 41:5, 42:14, 49:16, 52:22
**needed** [1] - 45:18
**needs** [7] - 17:1, 28:1, 35:15, 41:3, 44:20, 44:21
**negotiated** [1] - 12:18
**neutral** [1] - 41:13
**never** [2] - 10:18, 39:17
**new** [9] - 6:10, 7:6, 46:20, 47:1, 47:4, 49:24, 51:20, 51:24, 52:21
**NEW** [5] - 1:7, 2:7, 2:17, 2:24, 3:15
**next** [10] - 13:11, 13:21, 15:11, 15:24, 16:12, 38:4, 38:7, 39:10, 40:16
**nice** [2] - 19:10, 52:15
**night** [2] - 16:15, 38:3
**nights** [1] - 6:23
**nine** [1] - 13:7
**NO** [1] - 1:7
**nobody** [1] - 33:1
**noon** [1] - 40:13
**NORSKE** [1] - 3:7

**NORTH** [4] - 2:10, 2:11, 2:13, 2:14
**nose** [1] - 11:5
**note** [3] - 19:16, 35:1, 42:8
**notes** [2] - 42:4, 42:6
**nothing** [9] - 10:5, 15:5, 16:7, 35:7, 35:8, 37:6, 44:13
**notice** [1] - 45:3
**noticed** [1] - 24:23
**notion** [2] - 18:22, 18:25
**nuance** [1] - 45:16
**Number** [6] - 25:10, 25:11, 25:12, 25:14, 47:17, 47:22
**number** [1] - 11:15, 13:22, 38:5
**numbered** [1] - 53:16
**numbers** [7] - 10:22, 18:14, 18:15, 18:16, 18:19, 18:21
**nuts** [1] - 14:9

## O

**o'clock** [3] - 30:24, 38:18, 44:7
**object** [4] - 14:21, 31:12, 39:1, 40:16
**objection** [1] - 47:8
**obligation** [2] - 12:21, 31:21
**observation** [1] - 27:21
**obtained** [1] - 17:21
**occasions** [1] - 17:24
**occur** [1] - 13:23
**occurring** [1] - 42:18
**OEM** [3] - 11:17, 17:16, 18:1
**OF** [4] - 1:2, 1:5, 1:12, 1:21
**offense** [2] - 39:10, 39:11
**offering** [1] - 21:4
**office** [2] - 12:3, 23:8
**Official** [2] - 53:12, 53:21
**OFFICIAL** [1] - 3:14
**OFFSHORE** [1] - 2:4
**OIL** [2] - 1:4, 1:5
**oil** [2] - 9:14, 14:7
**old** [2] - 6:25, 11:14
**ON** [1] - 1:5
**once** [4] - 18:15, 26:4, 27:23, 40:18
**ONE** [2] - 2:15, 3:4

**one** [19] - 11:13, 12:24, 13:3, 13:6, 14:7, 16:12, 19:7, 19:10, 20:3, 24:17, 30:5, 30:12, 31:18, 31:24, 38:20, 43:10, 44:13, 48:11
**ones** [1] - 34:17
**onsite** [4] - 9:8, 10:18, 12:3, 12:19
**oops** [1] - 7:17
**open** [6] - 12:4, 21:1, 36:10, 36:12, 36:13, 47:11
**operating** [2] - 24:21, 33:7
**operation** [1] - 11:23
**operations** [2] - 12:8, 23:12
**operators** [1] - 15:18
**opinion** [1] - 20:18
**opinions** [3] - 21:4, 36:22, 36:23
**opposed** [2] - 11:1, 46:23
**opposition** [1] - 47:18
**ORDER** [1] - 6:4
**order** [6] - 25:7, 26:5, 26:9, 37:10, 48:9
**ordered** [1] - 41:4
**orders** [1] - 39:15
**oriented** [2] - 23:5, 48:25
**origin** [1] - 21:3
**original** [10] - 11:7, 13:9, 14:12, 27:14, 28:4, 28:7, 29:8, 29:9, 30:11
**originally** [3] - 50:6, 51:5, 51:16
**ORLEANS** [5] - 1:7, 2:7, 2:17, 2:24, 3:15
**ourselves** [1] - 42:16
**outlined** [1] - 12:18
**outside** [2] - 39:15

**P**

**P.M** [1] - 1:8
**p.m** [1] - 53:4
**page** [5] - 24:23, 26:5, 26:6, 27:4
**PAGE** [1] - 4:3
**pages** [2] - 11:23, 12:9
**pain** [1] - 6:22
**part** [16] - 10:21, 10:22, 11:7, 11:8, 11:11, 11:15, 15:15, 17:20, 18:14, 18:15,

18:16, 18:19, 18:21, 38:5, 41:3, 51:23
**parte** [1] - 10:14
**participant** [1] - 38:1
**participate** [4] - 26:17, 29:13, 31:18, 38:1
**particular** [3] - 27:19, 30:12, 44:12
**particularly** [3] - 10:10, 27:24, 28:23
**parties** [13] - 14:2, 15:11, 20:24, 21:2, 24:8, 25:15, 26:10, 26:17, 32:5, 37:11, 45:3, 45:10, 46:5
**parts** [4] - 10:24, 13:8, 14:8, 18:20
**party** [5] - 12:23, 26:20, 32:24, 33:20, 50:14
**pay** [2] - 26:10, 26:14
**people** [22] - 8:4, 8:15, 19:23, 20:13, 21:4, 22:8, 24:1, 24:4, 26:15, 29:19, 32:9, 34:12, 38:19, 39:9, 39:10, 43:9, 45:24, 46:24, 47:1, 47:9, 51:23, 52:13
**Pepper** [3] - 53:10, 53:19, 53:20
**PEPPER** [1] - 3:14
**perfectly** [1] - 49:15
**perform** [2] - 32:16, 32:18
**perhaps** [5] - 18:5, 30:16, 30:24, 40:17, 47:8
**period** [4] - 16:3, 23:11, 33:3, 36:1
**person** [2] - 25:20, 29:20
**perspective** [3] - 25:1, 25:4, 25:5
**Peter** [1] - 23:6
**Petroleum** [1] - 14:8
**phase** [3] - 21:5, 41:16, 41:25
**PHILLIP** [1] - 2:23
**phone** [8] - 13:22, 29:19, 29:20, 29:21, 32:23, 33:23, 36:15, 37:23
**photographed** [1] - 11:10
**pick** [1] - 7:19
**piece** [1] - 30:12
**pieces** [2] - 10:17, 10:22
**PIGMAN** [1] - 2:22

**piston** [1] - 15:18
**place** [5] - 8:11, 16:5, 16:22, 21:13, 47:5
**plainly** [1] - 17:16
**PLAINTIFFS** [1] - 1:17
**plan** [8] - 15:22, 17:3, 28:4, 29:23, 29:24, 29:25, 41:23
**planned** [4] - 15:11, 15:14, 15:25, 35:22
**plans** [1] - 29:23
**plaque** [1] - 11:15
**play** [1] - 7:6
**played** [1] - 26:18
**pleasure** [1] - 27:12
**plenty** [1] - 51:17
**point** [11] - 14:5, 18:15, 19:17, 24:17, 26:24, 28:19, 35:3, 36:6, 39:22, 42:17, 50:11
**pointed** [2] - 17:17, 52:10
**pointing** [1] - 29:15
**points** [1] - 17:11
**polite** [1] - 49:15
**portable** [2] - 12:2, 12:5
**portion** [1] - 27:25
**position** [11] - 17:12, 19:21, 20:15, 28:16, 28:18, 39:18, 48:8, 48:10, 48:11, 48:17, 52:1
**positively** [1] - 39:8
**possession** [1] - 18:7
**possibly** [3] - 9:23, 28:2, 31:17
**post** [2] - 27:9, 27:13
**postdating** [1] - 20:23
**POYDRAS** [3] - 2:7, 2:16, 3:15
**practicing** [1] - 28:17
**prefer** [1] - 46:16
**preparation** [1] - 24:9
**preparations** [1] - 15:16
**prepare** [1] - 20:25
**prepared** [2] - 10:9, 20:19
**present** [1] - 18:11
**PRESENT** [1] - 3:11
**presented** [4] - 44:7, 45:4, 50:9, 51:1
**pressure** [1] - 35:23
**pretty** [1] - 21:12
**prevail** [1] - 22:12
**preventer** [1] - 16:6
**principal** [1] - 23:1

**principally** [1] - 22:23
**principles** [1] - 25:8
**problem** [14] - 11:17, 12:11, 20:2, 23:13, 23:18, 24:6, 29:7, 34:1, 35:12, 36:21, 44:9, 44:10, 47:12, 49:16
**problems** [1] - 20:3
**procedural** [2] - 49:22, 51:11
**Procedure** [1] - 9:18
**procedure** [1] - 34:6
**proceedings** [2] - 53:4, 53:15
**PROCEEDINGS** [3] - 1:12, 3:17, 6:1
**process** [13] - 11:18, 12:12, 14:5, 16:17, 20:23, 26:16, 38:13, 38:22, 43:15, 45:17, 46:11, 47:15, 51:2
**PRODUCED** [1] - 3:18
**product** [1] - 37:3
**PRODUCTION** [2] - 2:9, 2:12
**products** [3] - 13:25, 32:17, 32:18
**PRODUCTS** [1] - 2:14
**program** [2] - 21:9, 46:22
**programmed** [1] - 20:13
**prohibit** [1] - 29:1
**project** [1] - 40:4
**promised** [2] - 48:19, 48:20
**prompt** [1] - 39:21
**promptly** [1] - 25:14
**proper** [1] - 25:3
**proposal** [2] - 40:24, 50:6
**propose** [4] - 29:18, 31:20, 40:19, 50:14
**proposed** [6] - 28:7, 31:24, 50:5, 50:22, 50:23, 51:4
**protect** [1] - 47:14
**protocol** [29] - 8:11, 8:19, 8:23, 9:1, 9:4, 12:15, 12:19, 13:9, 14:22, 22:6, 27:25, 28:6, 28:7, 31:14, 31:21, 32:3, 33:5, 33:7, 33:8, 33:13, 37:14, 39:15, 40:8, 44:8, 44:11, 44:14, 44:22, 47:5, 50:12
**protocol's** [1] - 15:24
**protocols** [8] - 21:25,

22:1, 25:10, 28:3, 43:21, 45:18, 51:19, 51:21
**provide** [9] - 10:19, 11:19, 12:19, 14:16, 33:14, 34:2, 34:21, 37:17, 38:19
**provided** [3] - 24:24, 25:15, 35:2
**providing** [3] - 17:2, 40:6, 52:14
**PSC** [2] - 41:13, 52:13
**publicly** [1] - 19:22
**publishing** [1] - 20:17
**pull** [3] - 35:1, 40:2, 40:9
**pulled** [1] - 15:12
**purchasing** [1] - 14:6
**pursuant** [2] - 28:10, 37:9
**put** [19] - 7:25, 8:23, 9:4, 9:6, 9:13, 11:12, 12:18, 12:19, 16:5, 16:22, 17:23, 18:25, 24:21, 24:25, 25:3, 25:5, 40:13, 43:6, 45:3
**PUTNAM** [1] - 3:7
**puts** [1] - 33:19
**putting** [4] - 8:11, 8:15, 9:7, 48:13

**Q**

**quarter** [2] - 38:18, 40:25
**questions** [18] - 13:18, 22:12, 23:5, 23:15, 27:9, 29:21, 32:15, 32:18, 32:24, 33:15, 33:19, 33:23, 34:9, 36:17, 36:18, 37:3, 37:21, 49:22
**quickly** [2] - 36:9, 44:4
**quite** [2] - 6:20, 18:24
**quotes** [1] - 14:2

**R**

**raise** [1] - 50:11
**raised** [1] - 6:10
**ram** [9] - 11:21, 11:24, 15:16, 15:17, 15:21, 15:24, 16:6, 16:15, 16:17
**rams** [2] - 15:15, 15:19
**RE** [1] - 1:4
**read** [6] - 6:11, 7:19, 27:3, 27:4, 27:18,

50:2
**real** [4] - 15:3, 23:10, 24:6, 45:25
**realization** [1] - 16:4
**really** [11] - 8:3, 11:17, 17:12, 17:14, 17:20, 22:10, 39:21, 41:18, 43:19, 45:17, 46:9
**REALTIME** [1] - 3:14
**realtime** [1] - 50:20
**Realtime** [2] - 53:10, 53:20
**reason** [4] - 8:11, 10:22, 15:4, 15:5
**reasonable** [3] - 24:3, 27:11
**reasons** [1] - 47:7
**rebuttal** [2] - 17:6, 17:9
**receive** [1] - 46:12
**recently** [1] - 50:13
**recipient** [1] - 52:9
**recognition** [1] - 12:13
**recognize** [1] - 19:9
**recollection** [2] - 19:7, 19:10
**recommend** [1] - 48:1
**record** [6] - 24:18, 24:20, 39:1, 39:14, 42:25, 53:15
**Record** [1] - 28:10
**RECORDED** [1] - 3:17
**REDDEN** [1] - 3:3
**refer** [1] - 18:13
**referencing** [1] - 20:9
**referring** [1] - 18:14
**reflected** [1] - 14:12
**regard** [8] - 22:22, 23:21, 25:12, 28:16, 29:4, 37:22, 39:19
**regardless** [1] - 33:9
**Registered** [1] - 53:10
**regular** [2] - 12:8, 29:7
**regulator** [4] - 11:6, 11:7, 11:11, 35:23
**relate** [1] - 18:10
**RELATES** [1] - 1:9
**relative** [6] - 22:17, 23:12, 23:13, 30:15, 36:21, 41:25
**relief** [1] - 9:11
**remainder** [2] - 19:12, 33:2
**remained** [1] - 18:8
**remaining** [1] - 27:25
**remains** [1] - 28:6
**remarkable** [1] - 14:19
**remember** [3] - 25:19, 30:3, 52:2

**remembers** [2] - 19:15, 48:8
**reminded** [1] - 30:8
**removal** [1] - 16:1
**remove** [4] - 10:17, 15:16, 15:21, 36:3
**removing** [2] - 16:15, 16:17
**repeating** [1] - 48:23
**reporter** [1] - 23:7
**Reporter** [6] - 53:10, 53:11, 53:12, 53:20, 53:21
**REPORTER** [2] - 3:14, 3:14
**REPORTER'S** [1] - 53:8
**reports** [2] - 24:9, 52:16
**represent** [2] - 18:18, 20:24
**representations** [1] - 21:1
**represented** [1] - 14:12
**request** [15] - 11:3, 13:5, 13:7, 13:10, 13:12, 20:4, 20:12, 30:5, 30:8, 47:20, 47:22, 47:25, 48:23, 49:17, 50:3
**requested** [3] - 31:14, 46:15, 49:24
**requests** [8] - 12:16, 12:24, 16:25, 38:2, 46:13, 46:17, 46:24, 47:23
**required** [2] - 13:2, 33:13
**requirement** [2] - 32:6, 40:2
**reserve** [2] - 26:10, 39:6
**respect** [2] - 39:18, 41:17
**respond** [4] - 10:14, 32:1, 36:5, 36:9
**responded** [4] - 7:22, 13:1, 38:4, 38:5
**responding** [2] - 13:16, 36:6
**responds** [1] - 32:8
**response** [6] - 13:19, 32:21, 34:21, 35:11, 35:19, 35:21
**responses** [1] - 13:8
**responsible** [2] - 9:23, 16:20
**rest** [2] - 39:22, 39:23
**result** [1] - 20:23

**results** [5] - 22:2, 25:14, 34:15, 44:13, 44:14
**returned** [1] - 19:1
**reviewed** [1] - 30:6
**RIG** [1] - 1:5
**rights** [3] - 26:10, 37:7, 39:6
**ring** [1] - 14:9
**rise** [2] - 6:7, 48:21
**risk** [3] - 36:25, 37:2, 37:4
**RMR** [2] - 3:14, 53:20
**road** [1] - 29:13
**Rob** [9] - 24:19, 24:20, 43:20, 44:5, 44:7, 44:18, 44:20, 47:4, 50:7
**ROBERT** [1] - 2:19
**role** [14] - 9:2, 9:6, 11:19, 12:14, 20:16, 26:18, 28:9, 34:7, 37:12, 37:16, 37:19, 37:20
**ROOM** [2] - 1:23, 3:15
**rose** [1] - 48:11
**round** [2] - 8:9, 26:13
**rubber** [1] - 10:17
**Rule** [1] - 44:25
**rules** [1] - 37:6
**Rules** [2] - 9:18, 13:2
**ruling** [1] - 39:13
**run** [1] - 10:24
**running** [1] - 30:23
**RUSNAK** [1] - 1:17
**RUTH** [1] - 3:8

# S

**s/Cathy** [1] - 53:19
**SALLY** [1] - 1:13
**SAN** [1] - 1:23
**Saturday** [1] - 40:22
**Saturdays** [1] - 40:20
**save** [1] - 46:9
**saw** [1] - 8:12
**schedule** [10] - 8:3, 8:13, 9:5, 9:23, 10:6, 19:12, 25:25, 27:11, 35:2, 35:5
**scheduled** [3] - 20:11, 20:19, 42:5
**school** [3] - 6:19, 7:3, 7:10
**scope** [1] - 17:14
**season** [1] - 46:11
**seat** [1] - 6:8
**second** [4] - 42:12, 44:15, 44:16, 46:20

**SECREST** [1] - 3:3
**section** [2] - 15:17, 16:1
**see** [17] - 6:9, 6:13, 6:19, 11:14, 12:5, 12:7, 12:8, 15:13, 15:20, 16:9, 21:21, 23:14, 23:18, 37:19, 38:21, 39:12, 39:25
**seeking** [1] - 49:19
**seeks** [1] - 44:22
**SEM** [1] - 36:4
**SEMS** [1] - 36:4
**send** [3] - 22:13, 42:7, 45:24
**sending** [2] - 13:19, 49:4
**sense** [5] - 12:25, 23:3, 46:15, 47:24
**sent** [8] - 13:13, 15:10, 29:23, 38:2, 43:20, 48:25, 50:13, 50:16
**sentence** [1] - 19:4
**session** [1] - 22:14
**set** [3] - 20:7, 27:10, 30:13
**setting** [1] - 9:20
**shall** [1] - 28:13
**shear** [3] - 11:6, 12:7, 35:23
**shelf** [1] - 14:1
**SHELL** [1] - 2:15
**short** [4] - 18:1, 22:13, 45:12, 45:25
**shots** [1] - 39:12
**showed** [1] - 10:8
**shows** [1] - 12:6
**SHUSHAN** [1] - 1:13
**sic** [1] - 15:18
**side** [1] - 22:24
**sides** [2] - 15:19, 29:16
**signed** [2] - 17:4, 25:23
**significant** [1] - 48:1
**similar** [1] - 28:18
**simultaneously** [1] - 25:15
**single** [2] - 12:24, 13:1
**sit** [6] - 15:19, 20:3, 31:23, 32:23, 33:18, 52:11
**site** [2] - 10:2, 15:12
**sitting** [5] - 12:4, 12:5, 12:10, 32:11, 32:15
**situation** [2] - 44:24, 45:21
**situations** [1] - 45:2
**size** [1] - 36:15
**slip** [2] - 9:23, 10:6

**slipped** [1] - 8:13
**slippery** [1] - 47:13
**slope** [1] - 47:13
**slow** [2] - 46:4, 46:6
**small** [1] - 41:22
**sole** [1] - 25:13
**solenoid** [2] - 43:21, 44:12
**sometimes** [1] - 13:3
**somewhere** [1] - 18:3
**sorry** [2] - 21:22, 45:11
**sort** [5] - 7:11, 23:1, 24:22, 32:22, 45:4
**sorts** [1] - 7:7
**source** [1] - 17:22
**SPEAKERS** [1] - 4:3
**specific** [7] - 8:25, 10:21, 11:23, 12:18, 31:22, 33:15, 49:9
**specifically** [2] - 30:3, 37:14
**specifying** [1] - 50:10
**speed** [2] - 38:13, 38:22
**speeding** [1] - 35:18
**spell** [1] - 23:7
**spent** [1] - 17:10
**spill** [1] - 9:14
**SPILL** [1] - 1:4
**spoken** [1] - 40:1
**spontaneous** [1] - 46:12
**sporadic** [1] - 46:12
**SQUARE** [1] - 2:15
**stack** [5] - 11:1, 11:2, 11:9, 11:12, 15:14
**stacking** [1] - 18:23
**staff** [3] - 11:20, 12:15, 46:16
**stage** [2] - 23:22, 46:11
**stand** [2] - 10:1, 19:16
**standard** [5] - 24:21, 25:23, 26:4, 43:2, 43:6
**stands** [1] - 31:15
**start** [7] - 8:15, 15:16, 16:17, 25:8, 30:19, 30:21, 40:17
**started** [3] - 15:21, 34:4, 43:13
**starting** [1] - 46:12
**State** [1] - 53:11
**statements** [1] - 27:3
**States** [3] - 25:14, 53:12, 53:21
**STATES** [2] - 1:1, 1:13
**STATUS** [1] - 1:12

**STENOGRAPHY** [1] - 3:17
**stepped** [1] - 26:12
**steps** [2] - 15:24
**STONE** [1] - 2:22
**stop** [1] - 11:22
**streamline** [1] - 51:16
**STREET** [7] - 2:7, 2:16, 2:19, 2:24, 3:4, 3:8, 3:15
**string** [1] - 16:9
**stuff** [1] - 7:7
**submission** [3] - 10:4, 44:7, 45:19
**submit** [1] - 22:7
**submitted** [1] - 6:12
**subsequent** [1] - 43:4
**substrata** [1] - 52:17
**successful** [1] - 9:7
**sued** [4] - 14:18, 25:2, 27:24, 33:9
**sufficient** [2] - 20:5, 28:4, 45:7
**sufficiently** [1] - 19:15
**suggest** [3] - 9:22, 31:5, 43:24
**suggested** [2] - 47:4, 47:9
**suggesting** [1] - 32:11
**suggestion** [2] - 17:1, 42:20
**suing** [1] - 9:13
**SUITE** [3] - 2:16, 3:4, 3:8
**summer** [1] - 7:4
**Sunday** [1] - 40:20
**super** [1] - 12:7
**supervising** [1] - 8:22
**supplemental** [1] - 23:22
**supply** [6] - 17:24, 17:25, 18:1, 33:22, 40:25, 41:1
**support** [12] - 9:6, 11:20, 12:14, 12:15, 19:20, 19:25, 25:22, 26:1, 27:2, 37:12, 37:14, 50:3
**supported** [1] - 50:25
**supporting** [1] - 8:22
**supportive** [2] - 44:6, 45:14
**suppose** [1] - 22:7
**supposed** [6] - 8:9, 31:22, 32:19, 35:24, 48:22, 49:1
**supposedly** [1] - 10:2
**surprise** [1] - 8:4
**suspect** [1] - 52:21
**swagger** [1] - 26:16
**swiftly** [1] - 51:25
**sympathetic** [1] - 28:1

**T**

**talks** [2] - 16:19, 43:20
**task** [1] - 29:25
**tasks** [1] - 17:3
**teach** [1] - 7:17
**team** [2] - 19:6, 30:23
**teams** [1] - 30:22
**technical** [14] - 9:9, 29:19, 32:9, 32:24, 36:24, 49:10, 50:9, 50:19, 50:25, 51:2, 52:3, 52:6, 52:9, 52:11
**technically** [1] - 47:12
**technician** [4] - 30:14, 31:11, 36:19, 36:20
**technicians** [2] - 29:3, 30:2
**telephone** [2] - 26:2, 30:13
**telephonic** [1] - 31:2
**terms** [2] - 23:5, 50:19
**terribly** [1] - 32:9
**terrific** [1] - 19:23
**test** [16] - 10:1, 12:2, 12:5, 12:20, 14:9, 15:23, 21:7, 22:5, 25:10, 34:4, 34:15, 43:13, 44:15, 47:9, 51:21, 51:24
**tested** [2] - 11:10, 44:12
**tester** [1] - 26:22
**testified** [1] - 23:2
**testify** [2] - 23:3, 23:8
**testimony** [3] - 20:18, 23:20, 48:14
**testing** [81] - 8:5, 8:6, 8:9, 8:17, 8:20, 8:21, 9:10, 10:23, 10:25, 11:11, 14:13, 18:8, 18:10, 18:11, 20:4, 20:23, 21:13, 21:24, 22:11, 22:15, 23:13, 23:15, 23:21, 23:22, 25:6, 25:12, 25:16, 25:17, 26:6, 26:11, 27:9, 27:14, 27:22, 28:1, 28:10, 28:14, 28:17, 28:20, 28:22, 29:7, 30:18, 31:15, 31:16, 32:4, 32:17, 33:3, 34:2, 34:12, 34:14, 34:17, 35:2, 35:4, 35:14, 35:23,
36:13, 38:7, 39:16, 39:21, 40:3, 40:5, 41:4, 41:15, 41:16, 41:22, 41:25, 42:14, 43:9, 43:21, 44:8, 44:10, 44:24, 45:1, 46:4, 46:7, 46:15, 47:1, 47:5, 48:9, 49:24, 50:1
**tests** [9] - 9:1, 10:24, 12:18, 22:20, 43:4, 46:13, 46:20, 47:4
**text** [1] - 15:12
**THE** [86] - 1:4, 1:5, 1:13, 1:17, 4:9, 4:12, 4:14, 6:7, 6:8, 6:16, 6:25, 7:2, 7:12, 7:17, 7:19, 7:22, 7:25, 15:8, 17:5, 17:8, 20:2, 20:7, 21:11, 22:17, 23:10, 23:18, 24:6, 24:11, 24:15, 24:19, 27:7, 27:13, 27:16, 30:8, 30:10, 31:1, 31:7, 32:2, 33:1, 33:11, 33:16, 33:22, 34:18, 35:12, 36:12, 37:8, 37:16, 39:3, 39:5, 39:8, 39:18, 40:13, 40:22, 41:7, 41:10, 41:21, 42:9, 42:11, 42:20, 43:5, 43:16, 43:18, 44:2, 45:6, 46:1, 46:6, 47:3, 47:16, 47:20, 47:22, 48:5, 48:10, 49:1, 49:5, 49:9, 49:18, 49:20, 50:2, 50:22, 51:10, 51:14, 52:2, 52:8, 52:22, 52:25, 53:2
**themselves** [3] - 17:23, 18:20, 34:13
**they've** [3] - 11:10, 18:17
**thinking** [2] - 17:13, 30:24
**thinks** [2] - 46:2, 47:24
**third** [4] - 14:2, 44:15, 44:16, 46:20
**THIS** [1] - 1:9
**Thompson** [5] - 22:13, 22:14, 22:23, 24:5, 24:13, 27:10
**three** [1] - 13:8
**throughout** [1] - 11:17
**thumb** [1] - 11:14
**Thursday** [1] - 19:2, 19:3, 19:12, 40:17,
40:23
**timeline** [1] - 31:25
**timely** [1] - 28:22
**timetable** [1] - 35:22
**timing** [1] - 28:14
**TO** [3] - 1:9, 6:4, 45:9
**today** [11] - 6:19, 27:5, 40:10, 43:20, 44:8, 44:20, 44:23, 48:10, 48:14, 49:24, 52:23
**together** [3] - 9:4, 40:2, 40:9
**tomorrow** [2] - 16:16, 30:17
**tongue** [1] - 24:22
**tonight** [1] - 16:16
**Tony** [1] - 20:12
**took** [3] - 8:10, 11:11, 33:5
**TORTS** [1] - 1:21
**totally** [1] - 42:2
**touch** [1] - 17:11
**toward** [1] - 23:5
**tracks** [1] - 8:13
**train** [1] - 8:13
**trample** [1] - 37:7
**TRANSCRIPT** [2] - 1:12, 3:17
**transcript** [5] - 7:20, 7:22, 24:23, 27:4, 53:14
**Transocean** [8] - 43:25, 44:2, 44:6, 45:17, 48:21, 50:4, 50:11
**TRANSOCEAN** [3] - 2:3, 2:3, 2:5
**tremendous** [2] - 15:18, 33:20
**tricky** [1] - 6:23
**tried** [1] - 25:24
**tries** [1] - 31:16
**troubled** [1] - 18:25
**true** [1] - 53:14
**try** [3] - 6:19, 17:11, 38:7
**trying** [10] - 8:23, 9:6, 9:13, 32:3, 32:4, 33:2, 33:3, 35:16, 47:14
**turn** [1] - 14:3
**turnaround** [2] - 35:18, 45:25
**TWG** [8] - 45:9, 45:14, 45:22, 46:25, 47:9, 47:10, 48:4, 49:3
**twice** [1] - 26:5
**two** [7] - 7:25, 9:25, 10:14, 13:4, 22:22, 26:13, 49:22
**TX** [3] - 1:19, 3:5, 3:9
**type** [1] - 26:1
**types** [3] - 10:11, 13:8, 32:7

**U**

**U.S** [1] - 1:21
**ultimately** [3] - 8:10, 9:2, 32:16
**unanimous** [2] - 48:4, 52:6
**under** [23] - 11:5, 13:2, 14:19, 24:21, 25:7, 25:11, 25:17, 26:7, 26:13, 26:21, 27:20, 28:11, 31:21, 33:7, 33:8, 33:13, 35:14, 36:7, 37:6, 42:3, 44:24, 45:1, 46:18
**UNDERHILL** [1] - 1:22
**underlying** [1] - 36:21
**understood** [3] - 42:2, 47:7, 48:23
**unfair** [1] - 32:23
**unfairly** [4] - 10:13, 10:16, 10:20, 11:4
**unfettered** [4] - 25:12, 28:13, 51:12, 51:15
**unit** [1] - 12:2
**UNITED** [2] - 1:1, 1:13
**United** [3] - 25:14, 53:12, 53:21
**units** [1] - 12:5
**unless** [2] - 30:24, 47:1
**unreasonable** [2] - 10:21, 11:3
**up** [27] - 6:11, 6:20, 7:19, 12:4, 13:12, 13:23, 19:15, 24:19, 25:23, 26:12, 29:22, 30:13, 30:22, 32:7, 35:18, 36:16, 38:13, 38:22, 41:14, 41:25, 42:23, 45:2, 46:8, 49:16, 49:21, 50:14, 50:15
**update** [1] - 6:16
**updates** [2] - 14:24, 29:8
**upset** [1] - 44:17
**useful** [3] - 10:11, 19:8, 51:22

**V**

**vacation** [1] - 7:4
**validity** [1] - 8:21

**value** [3] - 14:25, 15:1, 18:12
**valve** [1] - 43:21
**Valve** [1] - 11:14
**various** [2] - 8:19, 35:22
**vary** [1] - 32:3
**vehemently** [1] - 31:12
**Vendor** [1] - 17:21
**vendor** [1] - 17:22
**VERITAS** [1] - 3:7
**video** [1] - 7:11
**view** [5] - 11:19, 11:20, 28:6, 39:14, 46:14
**voicing** [1] - 46:14

# W

**wait** [1] - 40:14
**Walk** [1] - 12:3
**WALTHER** [1] - 2:22
**wants** [4] - 14:6, 34:13, 42:19, 50:14
**warranted** [1] - 22:12
**warrants** [1] - 24:2
**WASHINGTON** [1] - 2:20
**ways** [1] - 15:23
**Wednesday** [3] - 16:12, 40:12, 40:13
**week** [9] - 9:6, 9:22, 12:19, 13:3, 17:11, 19:12, 21:7, 40:18, 44:17
**weekend** [3] - 24:24, 30:6, 44:17
**weekly** [2] - 29:11, 36:10
**weeks** [1] - 29:9
**weigh** [1] - 15:18
**weighed** [1] - 47:11
**weight** [3] - 12:7, 12:8, 12:10
**welcome** [2] - 16:25, 17:1
**whatsoever** [2] - 39:10, 39:11
**whereby** [1] - 30:13
**WHEREUPON** [1] - 53:4
**wherewithal** [1] - 52:3
**whichever** [1] - 24:1
**whoever's** [1] - 50:23
**whole** [5] - 10:22, 12:11, 43:15, 44:5, 47:12
**WILLIAMSON** [14] -

1:17, 1:18, 41:9, 41:12, 42:2, 42:10, 48:7, 48:11, 49:3, 49:7, 49:12, 49:14, 49:19, 52:13
**Williamson** [7] - 41:10, 41:13, 48:24, 50:16, 52:8, 52:11, 52:19
**WILLIAMSON............ .......................... ** [4] - 4:15, 4:25, 5:2, 5:9
**willing** [3] - 14:21, 26:14, 42:16
**wiped** [1] - 11:13
**withdrew** [2] - 30:5, 30:8
**witnesses** [2] - 22:23, 24:8
**WITTMANN** [2] - 2:22, 2:23
**wondering** [1] - 23:18
**word** [3] - 9:8, 39:9, 48:17
**words** [1] - 8:23
**works** [1] - 40:20
**world** [1] - 14:7
**worried** [1] - 45:23
**worry** [1] - 49:4
**worth** [3] - 7:2, 17:13, 43:9
**wrap** [2] - 31:17, 32:3
**wrapping** [1] - 31:15
**wrench** [1] - 36:15
**writes** [1] - 32:6
**written** [1] - 31:22

# X

**Xbox** [1] - 7:6

# Y

**yard** [1] - 11:12
**yards** [1] - 12:3
**years** [1] - 11:2
**yesterday** [1] - 30:15
**YOAKUM** [1] - 1:18