UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>This Document Relates to:<br><br>No. 2-10-cv-02771 | §§§§§§§§§§§§§ | MDL No. 2179<br><br>SECTION: J<br><br>Judge Carl J. Barbier<br>Magistrate Judge Sally Shushan |

**UNOPPOSED MOTION FOR LEAVE TO FILE THIRD-PARTY DEFENDANT M-I L.L.C.'S ANSWER TO THE COMPLAINT AND PETITION FOR EXONERATION FROM OR LIMITATION OF LIABILITY AND FIRST AMENDED CROSS-CLAIM TO THIRD-PARTY PLAINTIFFS' RULE 14(c) THIRD PARTY COMPLAINT**

Defendant M-I L.L.C. ("M-I") respectfully moves this Court for leave to file the attached Third-Party Defendant M-I L.L.C.'s Answer to the Complaint and Petition for Exoneration from or Limitation of Liability and First Amended Cross-Claim to Third-Party Plaintiffs' Rule 14(c) Third Party Complaint. Leave of this Court is sought to clarify the parties named in the Cross-Claim, specifically Transocean Deepwater Inc.

Counsel for M-I conferred with counsel for Triton Asset Leasing GmbH; Transocean Holdings LLC; Transocean Offshore Deepwater Drilling Inc.; and Transocean Deepwater Inc. (collectively, "Transocean"), and counsel for Transocean does not oppose the filing.

WHEREFORE, Defendant M-I respectfully requests this Court to grant its Motion for Leave to File Third-Party Defendant M-I L.L.C.'s Answer to the Complaint and Petition for Exoneration from or Limitation of Liability and First Amended Cross-Claim to Third-Party Plaintiffs' Rule 14(c) Third Party Complaint.

May 25, 2011

DB1/ 67365728.1

                                      Respectfully submitted,

| | |
|---|---|
| **OF COUNSEL:**<br>MORGAN, LEWIS & BOCKIUS LLP | MORGAN, LEWIS & BOCKIUS LLP |
| Derek E. Leon<br>dleon@morganlewis.com<br>Texas Bar No. 24002463<br>5300 Wachovia Financial Center<br>200 South Biscayne Boulevard<br>Miami, Florida  33131<br>Telephone:     (305) 415-3000<br>Facsimile:       (305) 415-3001 | By:  */s/ Hugh E. Tanner*<br>    Hugh E. Tanner<br>    htanner@morganlewis.com<br>    Texas Bar No. 19637400<br>    1000 Louisiana, Suite 4000<br>    Houston, Texas  77002<br>    Telephone:      (713) 890-5000<br>    Facsimile:        (713) 890-5001 |
| Denise Scofield<br>dscofield@morganlewis.com<br>Texas Bar No. 00784934<br>1000 Louisiana, Suite 4000<br>Houston, Texas  77002<br>Telephone:     (713) 890-5000<br>Facsimile:       (713) 890-5001 | **ATTORNEYS FOR DEFENDANT<br>M-I L.L.C.** |
| **ATTORNEYS FOR DEFENDANT<br>M-I L.L.C.** | |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Motion for Leave to File Third-Party Defendant M-I L.L.C.'s Answer to the Complaint and Petition for Exoneration from or Limitation of Liability and First Amended Cross-Claim to Third-Party Plaintiffs' Rule 14(c) Third Party Complaint** has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of May, 2011.

                                                              */s/ Hugh E. Tanner*
                                                                 Hugh E. Tanner