UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION: J |
| This Document Relates to: | § § § | Judge Carl J. Barbier Magistrate Judge Sally Shushan |
| No. 2-10-cv-02771 | § § § § | |

## ORDER

After considering M-I L.L.C.'s Motion for Leave to File Third-Party Defendant M-I L.L.C.'s Answer to the Complaint and Petition for Exoneration from or Limitation of Liability and First Amended Cross-Claim to Third-Party Plaintiffs' Rule 14(c) Third Party Complaint,

**IT IS ORDERED** that Third-Party Defendant M-I L.L.C.'s Answer to the Complaint and Petition for Exoneration from or Limitation of Liability and First Amended Cross-Claim to Third-Party Plaintiffs' Rule 14(c) Third Party Complaint be accepted by the Clerk of this Court and filed into the record.

SIGNED this ___ day of _____, 2011, New Orleans, Louisiana.

_____
THE HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE