```
 1                  UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA
 2

 3   ***********************************************************

 4   IN RE:  OIL SPILL BY THE
     OIL RIG DEEPWATER HORIZON
 5   IN THE GULF OF MEXICO ON
     APRIL 20, 2010
 6
                               CIVIL ACTION NO. 10-MDL-2179 "J"
 7                             NEW ORLEANS, LOUISIANA
                               FRIDAY, MAY 20, 2011, 9:30 A.M.
 8

 9   THIS DOCUMENT RELATES TO
     ALL ACTIONS
10
     ***********************************************************
11
             TRANSCRIPT OF DISCOVERY STATUS CONFERENCE PROCEEDINGS
12             HEARD BEFORE THE HONORABLE SALLY SHUSHAN
                   UNITED STATES MAGISTRATE JUDGE
13

14   APPEARANCES:

15


16   FOR THE PLAINTIFFS'
     LIAISON COUNSEL:         DOMENGEAUX WRIGHT ROY & EDWARDS
17                            BY:  JAMES P. ROY, ESQUIRE
                              P. O. BOX 3668
18                            556 JEFFERSON STREET
                              LAFAYETTE, LA  70502
19

20                            HERMAN HERMAN KATZ & COTLAR
                              BY:  STEPHEN J. HERMAN, ESQUIRE
21                            820 O'KEEFE AVENUE
                              NEW ORLEANS, LA  70113
22

23   PLAINTIFFS' STEERING
     COMMITTEE MEMBERS:       LEWIS, KULLMAN, STERBCOW & ABRAMSON
24                            BY:  PAUL M. STERBCOW, ESQUIRE
                              PAN AMERICAN LIFE BUILDING
25                            601 POYDRAS STREET, SUITE 2615
                              NEW ORLEANS, LA  70130
```

09:23AM

```
 1  APPEARANCES CONTINUED:

 2

 3                              DOMENGEAUX WRIGHT ROY & EDWARDS
                               BY:  WILLIAM F. LARGE, ESQUIRE
 4                              P. O. BOX 3668
                               556 JEFFERSON STREET
 5                              LAFAYETTE, LA  70502

 6

 7                              WILLIAMS LAW GROUP
                               BY:  CONRAD S. P. WILLIAMS, ESQUIRE
                               435 CORPORATE DRIVE, SUITE 101
 8                              HOUMA, LA  70360

 9

10                              IRPINO LAW FIRM
                               BY:  ANTHONY IRPINO, ESQUIRE
11                              ONE CANAL PLACE
                               365 CANAL STREET, SUITE 2990
12                              NEW ORLEANS, LA  70130

13  FOR THE FEDERAL
    GOVERNMENT INTERESTS:      U.S. DEPARTMENT OF JUSTICE
14                              TORTS BRANCH, CIVIL DIVISION
                               BY:  R. MICHAEL UNDERHILL, ESQUIRE
15                                   SARAH HIMMELHOCH, ESQUIRE
                               450 GOLDEN GATE AVENUE
16                              7TH FLOOR, ROOM 5395
                               SAN FRANCISCO, CA  94102

17

18  FOR STATE INTERESTS:       ALABAMA ATTORNEY GENERAL'S OFFICE
                               BY:  COREY L. MAZE, ESQUIRE
19                                   JAMES W. DAVIS, ESQUIRE
                                     PETER J. SMYCZEK, ESQUIRE
20                              500 DEXTER AVENUE
                               MONTGOMERY, AL  36130

21

22

23

24

25
```

```
 1   APPEARANCES CONTINUED:

 2


 3   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
 4   OFFSHORE DEEPWATER
     DRILLING INC., AND
 5   TRANSOCEAN DEEPWATER
     INC.:                      FRILOT
 6                              BY:  KERRY J. MILLER, ESQUIRE
                                ENERGY CENTRE, 36TH FLOOR
 7                              1100 POYDRAS STREET
                                NEW ORLEANS, LA  70163
 8

 9   FOR BP AMERICA INC.,
     BP AMERICA PRODUCTION
10   COMPANY, BP COMPANY
     NORTH AMERICA INC.,
11   BP CORPORATION NORTH
     AMERICA INC.,
12   BP EXPLORATION &
     PRODUCTION INC.,
13   BP HOLDINGS NORTH
     AMERICA LIMITED,
14   BP PRODUCTS NORTH
     AMERICA INC.:             LISKOW & LEWIS
15                              BY:  DON K. HAYCRAFT, ESQUIRE
                                ONE SHELL SQUARE
16                              701 POYDRAS STREET
                                SUITE 5000
17                              NEW ORLEANS, LA  70139

18
                                KIRKLAND & ELLIS
19                              BY:  J. ANDREW LANGAN, ESQUIRE
                                     MARK J. NOMELLINI, ESQUIRE
20                                   TIMOTHY E. DUFFY, ESQUIRE
                                     RYAN S. BABIUCH, ESQUIRE
21                              300 N. LASALLE
                                CHICAGO, IL  60654
22

23                              KIRKLAND & ELLIS
                                BY:  ROBERT R. GASAWAY, ESQUIRE
24                              655 FIFTEENTH STREET, N.W.
                                WASHINGTON, DC  20005
25
```

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR CAMERON INTERNATIONAL
    CORPORATION:               STONE PIGMAN WALTHER WITTMANN
 4                             BY:  CARMELITE BERTAUT, ESQUIRE
                               546 CARONDELET STREET
 5                             NEW ORLEANS, LA 70130

 6
                               BECK REDDEN & SECREST
 7                             BY:  DAVID J. BECK, ESQUIRE
                               ONE HOUSTON CENTER
 8                             1221 MCKINNEY STREET, SUITE 4500
                               HOUSTON, TX  77010
 9

10  FOR HALLIBURTON
    ENERGY SERVICES, INC.:  GODWIN RONQUILLO
11                             BY:  DONALD E. GODWIN, ESQUIRE
                                    JENNY L. MARTINEZ, ESQUIRE
12                             1201 ELM STREET, SUITE 1700
                               DALLAS, TX  75270
13

14                             GODWIN RONQUILLO
                               BY:  R. ALAN YORK, ESQUIRE
15                             1331 LAMAR, SUITE 1665
                               HOUSTON, TX  77010
16

17  FOR ANADARKO
    PETROLEUM CORPORATION,
18  ANADARKO E&P COMPANY LP,
    MOEX USA CORPORATION,
19  AND MOEX OFFSHORE 2007
    LLC:                       KUCHLER POLK SCHELL
20                             WEINER & RICHESON
                               BY:  DEBORAH D. KUCHLER, ESQUIRE
21                                  ROBERT E. GUIDRY, ESQUIRE
                               1615 POYDRAS STREET, SUITE 1300
22                             NEW ORLEANS, LA  70112

23
                               BINGHAM MCCUTCHEN
24                             BY:  WARREN A. FITCH, ESQUIRE
                               2020 K STREET, NW
25                             WASHINGTON, DC  20006
```

```
1   APPEARANCES CONTINUED:

2


3   FOR WEATHERFORD U.S.,
    L.P.:                   JONES WALKER
4                           BY:  WILLIAM C. BALDWIN, ESQUIRE
                            PLACE ST. CHARLES
5                           201 ST. CHARLES AVENUE
                            NEW ORLEANS, LA  70170

6


7   FOR DRIL-QUIP,
    INC.:                   WARE, JACKSON, LEE & CHAMBERS
8                           BY:  C. DENNIS BARROW, JR., ESQUIRE
                            2929 ALLEN PARKWAY, 42ND FLOOR
9                           HOUSTON, TEXAS 77019

10
    FOR DET NORSKE VERITAS: COHEN GORMAN & PUTNAM
11                          BY:  MARK COHEN, ESQUIRE
                                 RUTH A. COLVIN, ESQUIRE
12                          1010 LAMAR STREET, SUITE 1000
                            HOUSTON, TX  77002

13


14  FOR LYNDEN INC.:        CHRISTOVICH & KEARNEY
                            BY:  KEVIN R. TULLY, ESQUIRE
15                          PAN AMERICAN LIFE CENTER
                            601 POYDRAS STREET, SUITE 2300
16                          NEW ORLEANS, LA  70130

17
    FOR CSI TECHNOLOGY:     FISHMAN HAYGOOD PHELPS
18                          WALMSLEY WILLIS & SWANSON
                            BY:  LORI G. MINCE, ESQUIRE
19                          201 ST. CHARLES AVENUE, 46TH FLOOR
                            NEW ORLEANS, LA  70170

20


21  FOR MDL 2185:           METHOFF LAW FIRM
                            BY:  WILLIAM STRADLEY, ESQUIRE
22                          3450 ONE ALLEN CENTER
                            500 DALLAS STREET
23                          HOUSTON, TX  77002

24
    ALSO PRESENT:           JOHN ALDEN MEADE, ESQUIRE
25                          SYLVIA SIMPSON, ESQUIRE
                            GARY KENNEY
```

```
1   APPEARANCES CONTINUED:

2

3   OFFICIAL COURT REPORTER:        CATHY PEPPER, CRR, RMR, CCR
                                    CERTIFIED REALTIME REPORTER
4                                   500 POYDRAS STREET, ROOM HB406
                                    NEW ORLEANS, LA  70130
5                                   (504) 589-7779
                                    Cathy_Pepper@laed.uscourts.gov
6
    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
7   PRODUCED BY COMPUTER.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                                **I N D E X**

2

3   <u>AGENDA ITEMS</u>                                              <u>PAGE</u>

4

5   ISSUE WITH DOCUMENT PRODUCTION WITH CSI................  11

6   DNV FORENSIC PROTOCOL RELATIVE TO BOP TESTING..........  18

7   MARK II CONTROL POD TEST STAND........................  23

8   CHANGE TO FREQUENTLY ASKED QUESTIONS..................  51

9   CLEAN-UP RESPONDER DEFENDANTS.........................  55

10   ORAL ARGUMENT WITH JUDGE BARBIER NEXT WEEK............  57

11   WEATHERBEE/BROCK TRANSCRIPT...........................  58

12   CASPIAN SEA..........................................  62

13   HOW TO HANDLE SAMPLES AND MATERIALS GATHERED BOTH      63

14   DURING THE RESPONSE ACTIVITY AND NOW AS THE VARIOUS

15   PARTIES ARE INVESTIGATING THEIR CLAIMS RELATED TO

16   ENVIRONMENTAL DAMAGE..................................

17   ISSUES RELATED TO HOW WE'RE HANDLING THE CARCASSES OF  64

18   ANIMALS THAT ARE STRANDED IN THE GULF REGION...........

19   PSC FOLLOW UP WITH COUNSEL FOR MR. MOREL AND MR. HAFLE  65

20   TO SECURE DATES IN JULY FOR THEIR DEPOSITION..........

21   MR. HAFLE............................................  65

22   MR. MOREL............................................  65

23   PROPOSED STANDARD INVOCATION OF THE FIFTH AMENDMENT....  66

24   CASPIAN SEA..........................................  67

25   30(B)(6) DESIGNEES...................................  75

1   MR. JASSAL.............................................  75

2   MIKE BYRD.............................................  75

3   ALBERTIN.............................................  77

4   MR. INGLIS...........................................  77

5   MR. SAUCIER..........................................  79

6   MR. ERIC NEAL........................................  79

7   MR. ROBERT NEAL......................................  79

8   KEVIN KENNELLY.......................................  80

9   MR. DAVID RICH.......................................  81

10  AGENDA ITEM FOR NEXT THURSDAY AFTERNOON HAS TO DO WITH  83

11  THE INSURANCE COVERAGE CASES..........................

12  MR. SNEDDON..........................................  84

13  MR. LINDNER..........................................  84

14  JOHN WRIGHT..........................................  85

15  JAMES INGRAM AND PAUL MEINHART.......................  92

16  EDDY REDD............................................  92

17  TROY HADAWAY.........................................  92

18  MULTIPLE REQUESTS FOR ADDITIONAL DEPONENTS PRIOR TO   92

19  JULY 31ST............................................

20  MARK ALBERTI.........................................  95

21  SHERRIE DOUGLASS.....................................  96

22  KEPLINGER............................................  98

23  TRAHAN...............................................  98

24  LONDON DEPOSITIONS...................................  99

25  TIME FOR THE TEST RUN................................ 100

1   PRIORITY REQUESTS FOR ADDITIONAL TIME.................. 101

2   FRED SABINS........................................... 101

3   FRED SABINS........................................... 110

4   MR. SABINS............................................ 116

5   DAVID RICH............................................ 116

6   MR. THIERENS.......................................... 116

7   JOHN WRIGHT........................................... 117

8   DAVID BROWN........................................... 117

9   VINCENT TABLER........................................ 117

10  VINCENT TABLER........................................ 118

11  MASTER LIST FOR SOURCE CONTROL AND QUANTIFICATION...... 119

12  AUGUST, SEPTEMBER AND OCTOBER CALENDAR................. 119

13  POSSIBLE CASE MANAGEMENT ORDER FOR THE TRIAL........... 121

14  STIPULATION WITH REGARD TO MITSUI WITH REGARD TO      122

15  JURISDICTION..........................................

16  COMMENTS FROM JUDGE BARBIER........................... 123

17  PAPERLESS TRIAL....................................... 123

18  DEPOSITIONS........................................... 123

19  DOCUMENTS THAT ARE INTRODUCED INTO EVIDENCE........... 124

20  NEXT THURSDAY THREE HOURS OF ORAL ARGUMENT WITH       124

21  JUDGE BARBIER STARTING AT 8:30........................

22  FRIDAY, JUNE 10TH, I DON'T HAVE A CONFERENCE SET....... 125

23  NEWS MEDIA............................................ 125

24  DEPOSITION TRANSCRIPTS................................ 127

25  SCOPE OF THE 30(B)(6) DEPOSITION FOR BP............... 128

1   CASPIAN SEA REPORTS.................................. 131

2   MAY 27TH PRODUCTION DEADLINE......................... 132

3   CONFIDENTIALITY DESIGNATIONS......................... 133

4   NEXT CONFERENCE IS THURSDAY, MAY 26, 2011, 1:30 P.M.... 134

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**P-R-O-C-E-E-D-I-N-G-S**

FRIDAY, MAY 20, 2011

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)

THE DEPUTY CLERK:  All rise.

THE COURT:  All right.  Phone participants, good morning.  I heard a couple of people beep on.  I have Gasaway and Guidry.  Who else just popped on.

MR. TULLY:  Kevin Tully, Your Honor.

THE COURT:  All right.  Kevin, good morning.

MR. TULLY:  Good morning.

MR. MEADE:  John Alden Meade with the derivative plaintiffs.

MR. BECK:  David Beck, Your Honor, representing Cameron.

THE COURT:  Hi, David, how are you doing?

All right.  Oh, who left me the note?  "Ten Tips For Traveling Abroad."  Wasn't that nice.  Anybody who wants a copy of that, I'll be glad to provide it.

All right.  Let's get going, kids.  First thing up, I thought we would discuss the issue that has just popped up that Deb Kuchler raised with an issue with document production with CSI.

Hey, Deb.

09:32AM 1          MS. KUCHLER:  Good morning.  This is Deb Kuchler for

09:32AM 2    Anadarko and MOEX.  Lori Mince is here for CSI.  We appreciate

09:32AM 3    you taking this first because Lori doesn't need to stay for the

09:32AM 4    whole deal.

09:32AM 5          THE COURT:  I couldn't agree more.  Lori, if I didn't

09:32AM 6    have to stay, I wouldn't either.

09:32AM 7          MS. KUCHLER:  As you know, Judge, we served a subpoena

09:32AM 8    on CSI on April 29th.  Since then, we've negotiated with their

09:32AM 9    former counsel from Jones, Walker to narrow the scope of the

09:32AM 10   production.

09:32AM 11          We communicated with Lori yesterday because we

09:32AM 12   still hadn't received any documents.  I think she may have been

09:32AM 13   unaware of the subpoena and has been working hard to get the

09:32AM 14   documents together.

09:32AM 15          CSI produced via FTP site, I think, 27,000 pages

09:33AM 16   yesterday around 3:30 and has another production to make around

09:33AM 17   noon today.

09:33AM 18          I wanted to raise it, though, because we are

09:33AM 19   uncertain whether what has been produced is the fullness of what

09:33AM 20   we've asked for, is there more to come, is anything being

09:33AM 21   withheld by privilege, so that we don't get here Tuesday morning

09:33AM 22   and have an issue with not having the documents that we've tried

09:33AM 23   so hard to get.

09:33AM 24          I do have a copy of the subpoena here, if you need

09:33AM 25   it, but I don't think there is any dispute that it was properly

09:33AM 1    served, and we have been working together to try to get this

09:33AM 2    done.

09:33AM 3              THE COURT:  Good, good, good.

09:33AM 4              Carmelite, do you want to pass the handheld down,

09:33AM 5    please.

09:33AM 6         MS. MINCE:  Good morning, Lori Mince on behalf of

09:33AM 7    CSI Technology.

09:33AM 8              I'll first address the issue with the subpoena and

09:33AM 9    how we got here briefly, and then talk about the status of the

09:33AM 10   production.

09:33AM 11             The subpoena that was served, actually, is not

09:33AM 12   properly served.  It was served on an employee, a human resources

09:34AM 13   director at Wild Well, which is a different company.

09:34AM 14             Notwithstanding that improper service, we did

09:34AM 15   ultimately receive it, and we immediately attempted to negotiate

09:34AM 16   the terms.  They reached an agreement on the scope of the

09:34AM 17   subpoena, I understand, on May 10th, but the lawyer that was

09:34AM 18   doing that had a conflict for actually doing the production and

09:34AM 19   the document review, so my firm was retained on the 12th.

09:34AM 20             We have collected all potentially responsive

09:34AM 21   documents, which includes about -- included about 800,

09:34AM 22   900 e-mails, various drafts of reports, Excel spreadsheets,

09:34AM 23   PowerPoints.  It's a very voluminous volume.  Then, my firm has

09:34AM 24   reviewed all of those documents, which resulted in the production

09:34AM 25   that was made yesterday.

09:34AM  1          I called initially Deb's office on Wednesday to

09:34AM  2    talk about the logistics, and finally caught up with them

09:34AM  3    yesterday regarding how we're going to make the production, by

09:34AM  4    FTP site, so that everybody could access it all at once.

09:35AM  5          In addition to what was produced yesterday, another

09:35AM  6    production will go up today, and that will be the universe of

09:35AM  7    what we believe to be all responsive documents to the amended

09:35AM  8    scope of production, with a couple of exceptions which I'll

09:35AM  9    outline just so everyone is aware of what they are.

09:35AM 10          There are two privileged documents, which I will

09:35AM 11    provide a privilege for.  It's just two documents.

09:35AM 12          There are some PowerPoint presentations that the

09:35AM 13    scope of what was negotiated includes as a category any

09:35AM 14    presentations made by certain individuals at CSI regarding cement

09:35AM 15    testing, which is a little bit broad in the sense that it

09:35AM 16    includes some presentations that were made to other customers

09:35AM 17    regarding work that they may be doing for other customers on

09:35AM 18    cement testing.

09:35AM 19          Those are within the scope of that description,

09:35AM 20    arguably, but they also contain confidential well data and other

09:35AM 21    information of other CSI customers.  So CSI's legal is reviewing

09:36AM 22    the contracts with those customers to determine what obligations

09:36AM 23    we may have to those customers with respect to confidential data.

09:36AM 24          Once we know that, we will know whether those

09:36AM 25    customers have to be notified in advance of production of their

09:36AM 1   information, and the contracts may require us to give them

09:36AM 2   notice.  So as soon as I know the answer to that, I will

09:36AM 3   communicate it to them so they can take whatever action is

09:36AM 4   appropriate.

09:36AM 5          Finally, there are about 150 documents that I

09:36AM 6   determined to be not responsive to the subpoena but wanted a

09:36AM 7   second opinion from the people at CSI, because they were hands-on

09:36AM 8   working on it.  I have sent those to them so that they can

09:36AM 9   confirm that my review of them accurately puts them in the

09:36AM 10  category of not responsive, so that's where we are.

09:36AM 11         THE COURT:  On the privilege log, the two documents that

09:36AM 12  have been withheld, you'll get that out as soon as possible.  If

09:36AM 13  there is any issue with that, let's bring it on, send me the

09:36AM 14  issue, and then you can produce to me the two documents -- if

09:37AM 15  there is any issue; I suspect there won't be -- and we'll look at

09:37AM 16  it in camera.

09:37AM 17         Relative to the rest of the production, Deb, it

09:37AM 18  sounds like the universe has been produced but for that last

09:37AM 19  review by the CSI personnel to make sure that they agree on

09:37AM 20  nonresponsiveness and but for those PowerPoint presentations

09:37AM 21  involving other clients?

09:37AM 22         MS. MINCE:  That's correct.

09:37AM 23         MS. KUCHLER:  We just appreciate their efforts to get

09:37AM 24  the remaining documents to us as soon as possible.  As you know,

09:37AM 25  we'll all be working over the weekend to prepare.

09:37AM 1      THE COURT:  Yes, you bet.  It doesn't sound like there

09:37AM 2  is going to be much, if anything, that's going to be produced

09:37AM 3  beyond today, right?

09:37AM 4      MS. MINCE:  No, I would anticipate that almost nothing

09:37AM 5  and maybe nothing will be produced after today.  It just really

09:37AM 6  depends on -- I guess the PowerPoints may be produced after today

09:38AM 7  and the other documents, if someone overturns my determination

09:38AM 8  that it was not responsive.

09:38AM 9      MS. KUCHLER:  Is it necessary for me to address the

09:38AM 10  allegation that the subpoena was not properly served --

09:38AM 11      THE COURT:  No.

09:38AM 12      MS. KUCHLER:  -- because I have the subpoena signed for?

09:38AM 13      THE COURT:  No, we're not going to backtrack.

09:38AM 14      MS. KUCHLER:  Super.  Thank you.

09:38AM 15      THE COURT:  Thank you.

09:38AM 16      MR. YORK:  If I may, Your Honor.  Alan York for

09:38AM 17  Halliburton.

09:38AM 18          Just one follow-up question on this.  Lori, I know

09:38AM 19  that the way that we worked out the document production, there

09:38AM 20  were some categories where it was focused on Mr. Sabins and

09:38AM 21  Mr. Brown initially, with the idea that even if it occurred

09:38AM 22  post-deposition, communications of others who offered substantive

09:38AM 23  input to the report would be ultimately produced.

09:38AM 24          I'm just wondering, have they been able to capture

09:38AM 25  everyone, or has the focus been on Mr. Sabins and Mr. Brown; or,

09:38AM  1    do you know?

09:38AM  2          MS. MINCE:  I do know.  The e-mails of -- well, talk

09:38AM  3    about the e-mails first.  The e-mails of Mr. Sabins and Mr. Brown

09:39AM  4    were captured.  It resulted in about 8,000 e-mails from the time

09:39AM  5    period, that was subsequently narrowed to about 3500 by use of

09:39AM  6    search terms, and then those were further narrowed based on

09:39AM  7    individual review.  But they are only e-mails that were in

09:39AM  8    Mr. Brown's or Mr. Sabin's e-mail boxes, whether it be as a

09:39AM  9    sender, recipient, cc, whatever.

09:39AM 10          So to the extent that CSI will be called upon

09:39AM 11    subsequently to look for additional e-mails, non-duplicate

09:39AM 12    e-mails, that might be in other employees' boxes but not in

09:39AM 13    Mr. Sabins' or Mr. Brown's, that has not been done yet.

09:39AM 14          Then, with respect to non e-mails, I would think --

09:39AM 15    Mr. Sabins was in charge of collecting the data, and he did an

09:39AM 16    exhaustive search of actual hard documents, computer files, so

09:39AM 17    that should be inclusive of all documents within CSI's office.

09:39AM 18          THE COURT:  Alan, where does that leave you?

09:40AM 19          MR. YORK:  We had agreed to those terms in, I think, a

09:40AM 20    marathon two-and-a-half-hour telephone conversation discussing

09:40AM 21    this prior to Lori's involvement.  The idea was that, recognizing

09:40AM 22    that Mr. Sabins and Mr. Brown were probably 95 to 99 percent of

09:40AM 23    the documents, we were fine with the initial focus on that.  We

09:40AM 24    just reserved our rights that even if subsequent to the

09:40AM 25    deposition there is additional documentation, that CSI would

09:40AM 1    still agree to produce that, ultimately.

09:40AM 2              So we'll look at the documents, and we'll follow up

09:40AM 3    on that issue if need be.

09:40AM 4         THE COURT:  So, for the moment, everyone is satisfied;

09:40AM 5    is that a fair statement?  Anybody who is not, please speak up.

09:40AM 6    Otherwise, Lori gets to go home.  Thank you.

09:40AM 7              Thank you.  I appreciate it.

09:40AM 8         MS. MINCE:  Thank you.

09:40AM 9         THE COURT:  Moving right along, let's take up the issue

09:41AM 10   of the DNV forensic protocol relative to the BOP testing.

09:41AM 11        MR. COHEN:  Good morning, Your Honor.  Mark Cohen for

09:41AM 12   DNV.

09:41AM 13        THE COURT:  The phone participants need to hear you.

09:41AM 14              How are you, Mark?

09:41AM 15        MR. COHEN:  Very fine, Your Honor.

09:41AM 16        THE COURT:  Good.

09:41AM 17        MR. COHEN:  How is the Court?

09:41AM 18        THE COURT:  Couldn't be better.

09:41AM 19        MR. COHEN:  Busy.

09:41AM 20        THE COURT:  Couldn't be better.

09:41AM 21        MR. COHEN:  Your Honor, this is a serious problem.  To

09:41AM 22   assist the Court, to the extent the Judge wants to hear this

09:41AM 23   today versus Monday, Gary Kenney, who is the lead investigator

09:41AM 24   for the work ongoing at the location, is here to speak to

09:41AM 25   technical matters and to correct my summaries to the extent I

09:41AM  1    stray.

09:41AM  2                We are about five weeks, four-and-a-half weeks into

09:42AM  3    the process.  As I mentioned in the e-mail, work has been

09:42AM  4    accomplished, and this has been a good thing.  There is no doubt

09:42AM  5    that all of the interested parties have pitched in.  Cameron, as

09:42AM  6    the original equipment manufacturer, has been part of that

09:42AM  7    process.

09:42AM  8                Nevertheless, now that we've had some experience

09:42AM  9    with the process, we've had some time in it and we've had an

09:42AM 10    opportunity to look back, we can see that Cameron's level of

09:42AM 11    cooperation, at best, is grudging and at times is

09:42AM 12    counterproductive.

09:42AM 13                We regret having to bring this to the Court's

09:42AM 14    attention, but, if we don't, I fear that we will not be able to

09:42AM 15    complete the test protocols.  Even now, we need assistance, I

09:42AM 16    think, to make sure, to the maximum extent possible, that that

09:42AM 17    can be achieved.

09:42AM 18                I am prepared to -- at this stage, to discuss

09:43AM 19    specific examples.  These get quite detailed.  I can go forward

09:43AM 20    if the Court is disposed to hear it.

09:43AM 21          THE COURT:  I am disposed to hear it.  It seems to me we

09:43AM 22    might as well get a leg up.  We've got the problem with

09:43AM 23    David Jones' family emergency, and he, I assume, knows the issues

09:43AM 24    that you will be raising.

09:43AM 25          MR. COHEN:  I'm sure David -- at least based on my

09:43AM  1    experience, because I only talked to David, that is one point.

09:43AM  2    David has talked about it in court.  I have asked him

09:43AM  3    specifically more than once, couldn't communication occur between

09:43AM  4    the technicians.

09:43AM  5             I didn't ever say until I e-mailed him a couple of

09:43AM  6    days ago, well, couldn't we do it with lawyers monitoring the

09:43AM  7    conversation or being present; but, his position has been

09:44AM  8    consistently that this is part of the litigation, etcetera, and

09:44AM  9    so it has to be through counsel.

09:44AM  10             So, yes, I think it's fair to say David is probably

09:44AM  11    the most knowledgeable.

09:44AM  12             THE COURT:  So we're going to wait for David on Monday,

09:44AM  13    and we're going to go ahead and schedule a conference call.  I

09:44AM  14    don't think it has to be in person.

09:44AM  15             But I would like to have a full understanding of

09:44AM  16    what your concerns are today, so that we can think about it over

09:44AM  17    the weekend, and then speak with David, Carmelite, and whoever

09:44AM  18    else wants to participate on that call on Monday.

09:44AM  19             MR. COHEN:  Of course, Your Honor.

09:44AM  20             THE COURT:  David, that includes you.  David Beck.

09:44AM  21             Go ahead.

09:44AM  22             MR. COHEN:  I'll take a --

09:44AM  23             MS. BERTAUT:  Your Honor --

09:44AM  24             MR. COHEN:  -- what Gary identifies as the biggest

09:44AM  25    problem that we've had to date.  It's cost the most time in the

09:45AM 1    process.  I have four or five other examples, some are much

09:45AM 2    shorter and some are a little bit detailed, but here we go.

09:45AM 3         MS. BERTAUT:  Your Honor, can I object, because what's

09:45AM 4    going to happen is this record is going to be made without

09:45AM 5    Mr. Jones being able to review and participate meaningfully on

09:45AM 6    Monday to now what is beyond what I had understood we were doing.

09:45AM 7         THE COURT:  We'll try to get you a rough draft of the

09:45AM 8    transcript this evening --

09:45AM 9         MS. BERTAUT:  Thank you.

09:45AM 10        THE COURT:  -- so that you can share it with him.

09:45AM 11             Carmelite, please understand, I need to understand

09:45AM 12   from DNV's perspective what the problem is, so that I can think

09:45AM 13   about it and give it some consideration.  We'll do everything we

09:45AM 14   can to accommodate David's situation.

09:45AM 15        MS. BERTAUT:  I understand that, Judge, but I feel for

09:45AM 16   the record I need to point out that this was brought to the

09:45AM 17   Court's attention at 1 o'clock yesterday afternoon, and that by

09:45AM 18   5 o'clock yesterday afternoon, Cameron had alerted -- and I might

09:45AM 19   say, without prior notice to Cameron that this was going to be

09:45AM 20   addressed today -- and that Cameron alerted the Court to the

09:46AM 21   absence of Mr. Jones, who has been the point person for Cameron

09:46AM 22   to speak to these technical issues.

09:46AM 23        THE COURT:  Yes.

09:46AM 24        MS. BERTAUT:  We understand there is a witness in the

09:46AM 25   court.  We understand that Mr. Cohen intends to put some factual

09:46AM 1   testimony on or some information.  We believe Cameron is at a

09:46AM 2   disadvantage.

09:46AM 3            We had understood yesterday, Your Honor, that you

09:46AM 4   were not going to go into this level of analysis, and that, to

09:46AM 5   me, is a misunderstanding.

09:46AM 6        THE COURT:  I'm sorry if I gave you that impression.  I

09:46AM 7   said I wanted to go forward today, but I would not make a

09:46AM 8   decision until we had an opportunity to have a conference call on

09:46AM 9   Monday involving David and anyone else for Cameron, where we

09:46AM 10  could discuss it in more detail.  Okay.

09:46AM 11       MS. BERTAUT:  My apologies then.

09:46AM 12       THE COURT:  No problem.  No problem.

09:46AM 13       MR. COHEN:  I would like to correct the record.  I did

09:46AM 14  actually put David on written notice that we were going forward

09:46AM 15  to the Court.

09:46AM 16       THE COURT:  In any event, let's go ahead and tackle what

09:46AM 17  your perceived problems are, so that I can understand it more

09:46AM 18  fully.

09:46AM 19       MR. COHEN:  Yes, ma'am.  The overall subject heading is

09:47AM 20  loss of time in the project.  Because it is a vast and

09:47AM 21  complicated project with multiple pathways to achieve the work,

09:47AM 22  it's -- sometimes, on a minute level, it's hard to see that we're

09:47AM 23  losing time; but, when you step back you see the bigger picture.

09:47AM 24            Forgive me for some of the detail.  If I get it

09:47AM 25  wrong, Mr. Kenney, please correct me.  If you'd prefer to hear it

09:47AM  1    from Mr. Kenney instead of me, please --

09:47AM  2         THE COURT:  Mr. Kenney, I think that a lawyer explaining

09:47AM  3    it to me would be better.  If you want to clarify something, I'm

09:47AM  4    happy to chat with you, but lawyerspeak makes more sense to me

09:47AM  5    than engineeringspeak.

09:47AM  6         MR. KENNEY:  That's okay, Your Honor.

09:47AM  7         MR. COHEN:  Here we go.  The first and biggest problem

09:47AM  8    has been in the Mark II Control Pod Test Stand.  This has to do

09:47AM  9    with equipment and manpower.

09:48AM 10         We start, of course, with the Court's order that

09:48AM 11    the parties were all supposed to cooperate in light of what

09:48AM 12    happened in the JIT.  Cameron participated daily.  They were at

09:48AM 13    the location.  They were a member of the technical working group.

09:48AM 14         According to Mr. Kenney, their cooperation was

09:48AM 15    terrific.  They had a man there all the time.  They answered

09:48AM 16    questions immediately if they didn't have -- if the man on

09:48AM 17    scene -- whose name was Big Country, right?

09:48AM 18         MR. KENNEY:  Right.  He was one of many.

09:48AM 19         MR. COHEN:  One of many, okay, so it was more than just

09:48AM 20    one.

09:48AM 21         -- if they didn't know the answer, they would call

09:48AM 22    for it.  They would get information.  They would reach out.  They

09:48AM 23    would be -- to use the jargon, they would be proactive.

09:48AM 24         Of course, at the outset of this process, Cameron

09:48AM 25    made it clear to us that they weren't going to have a man on

09:48AM  1   scene all of the time.  We understood that.

09:48AM  2          Nevertheless, we understood they had negotiated the

09:48AM  3   protocol.  They had been ordered to cooperate.  That whole

09:48AM  4   question had been settled or sorted out by the Court before we

09:49AM  5   got rolling on, and we went forward with the work.

09:49AM  6          On the 19th, Cameron had the test protocol that

09:49AM  7   described the need for the Mark II Control Pod Test Stand.  On

09:49AM  8   the 21st, Cameron responds in writing and says, well, they have a

09:49AM  9   control pod test stand currently available for shipment to

09:49AM 10   Michoud, quote, if requested, end quote.

09:49AM 11          I don't know why they were asking us if it was

09:49AM 12   requested.  They obviously knew from the material list attached

09:49AM 13   to the contract, which they had, and from the protocol, they knew

09:49AM 14   that we were going to have to do this work.

09:49AM 15          Anyway, they said, it will take approximately

09:49AM 16   10 days or more for preparation, transportation and reassembly,

09:49AM 17   and Cameron is going to have to have this equipment back by the

09:49AM 18   23rd.  Please note, Cameron does not have a riser receptacle.

09:49AM 19   That's part of the hardware used.  They don't have a riser

09:49AM 20   receptacle for use with the test stand.

09:49AM 21          On the 22nd, the very next day, DNV responded and

09:50AM 22   says, essentially, we intend to begin the tests of the control

09:50AM 23   pods as described in the test protocol as early in May as

09:50AM 24   practicable.  Presently, the start date appears to fall on or a

09:50AM 25   few days before May 9.  To complete that work, DNV requires a

09:50AM  1   control pod test stand.  DNV understands Transocean may be able

09:50AM  2   to supply a riser receptacle which you report Cameron lacks.  In

09:50AM  3   view of the 10-day lag time to prepare, ship, reassemble,

09:50AM  4   etcetera, and in view of possible scheduling changes, DNV

09:50AM  5   requests Cameron to please ship the test stand to NASA Michoud

09:50AM  6   test site and assemble it now.  That's on the 22nd of April.

09:50AM  7          We simultaneously request Transocean, who via

09:50AM  8   counsel are reading the note in copy, to cooperate with Cameron

09:50AM  9   so that the riser can be provided and the test stand erected well

09:51AM  10  before the required scheduled tests are scheduled to begin.

09:51AM  11         DNV further requests -- this is, again, on the

09:51AM  12  22nd of April -- DNV further requests that Cameron make available

09:51AM  13  an experienced, qualified, or certified technician to operate a

09:51AM  14  portable test -- a portable electronic test unit, a PETU, during

09:51AM  15  the week of May 9 to assist with completing the required tests.

09:51AM  16         I will hasten to say, just to eliminate some of the

09:51AM  17  discussion later, that eventually Cameron pointed out, eventually

09:51AM  18  they pointed out, the PETU operation was not done previously in

09:51AM  19  the JIT, and they don't want to do it this time either.  We said,

09:51AM  20  fine, we understand.

09:51AM  21         Excuse me.

09:51AM  22         So sorry.  In the JIT, they actually did start the

09:51AM  23  operation.  CSB objected.  That became a big problem, so they

09:51AM  24  stopped operation.  They pointed that out to us this time, and we

09:52AM  25  understood totally.  We said okay, just have the PETU, the test

09:52AM 1    stand, the man, and we'll go forward.  At the time, on the 22nd,
09:52AM 2    they don't object to having a man present, PETU operator or
09:52AM 3    otherwise.
09:52AM 4             They do come back the same day.  They say, the --
09:52AM 5    Cameron come back the same day, on the 22nd.  They say, the
09:52AM 6    availability of a control pod test stand was addressed on the
09:52AM 7    21st.  They've gotten a voicemail message from Gary Kenney about
09:52AM 8    the possibility of cooperation out of the -- out of the
09:52AM 9    Transocean people.  They give us instructions where to have the
09:52AM 10   Transocean people send a riser.
09:52AM 11            I will point out that Transocean, in typical
09:52AM 12   oilfield, aggressive, customer-oriented or cooperative manner,
09:52AM 13   they find a riser on the NAUTILUS, they pull it off, they ship
09:53AM 14   it, and it arrives very quickly.
09:53AM 15            They also -- Cameron also points out, as noted in
09:53AM 16   their letter of the 21st, it's going to take 10 days or more for
09:53AM 17   transport, preparation, assembly of the test stand.  Please let
09:53AM 18   me know when DNV anticipates that this test stand will be used at
09:53AM 19   Michoud.
09:53AM 20            This is Cameron saying this on the 22nd.  We had
09:53AM 21   already told them earlier that same day that we were going to go
09:53AM 22   forward with the testing as soon as we could, allow for schedule
09:53AM 23   changes, ship the equipment now.
09:53AM 24            This is typical.  They ask over and over the same
09:53AM 25   questions, and they seem to treat the process as restarting when

09:53AM 1  they ask the question a second time.  In other words, if you

09:53AM 2  don't answer them the second time, they feel like you just don't

09:53AM 3  need it or you don't want it, or you're just not paying

09:53AM 4  attention, etcetera.

09:53AM 5          So on the 25th, the DNV actually shipped the riser

09:54AM 6  receptacle to Cameron.  So that's within three days, we got it

09:54AM 7  from Transocean, we shipped it to Cameron, Cameron got it the

09:54AM 8  same day.

09:54AM 9          On the 5th of May, we don't have -- we don't have a

09:54AM 10 test stand at the Michoud location.  In other words, it's been

09:54AM 11 approximately 10 days.  This is the period of time Cameron said

09:54AM 12 it would take for them to put it together, ship it, reassemble

09:54AM 13 it, etcetera, and no joy.  We just don't have the equipment out

09:54AM 14 there.

09:54AM 15         On the 3rd of May, we trace Cameron -- DNV traces

09:54AM 16 Cameron and requests Cameron please provide a status or delivery

09:54AM 17 date for the control pod test stand listed as item five approved

09:55AM 18 by the Court on April 19th.  We get a response on the 6th -- no,

09:55AM 19 we don't get a response.

09:55AM 20         On the 6th of May, that is, the next day -- three

09:55AM 21 days later, we go back to Cameron, make a second request.  This

09:55AM 22 is still about the hardware.  We're not even talking about the

09:55AM 23 people yet.

09:55AM 24         Finally, on the 6th of May, in the afternoon,

09:55AM 25 Cameron replies, Cameron has had to custom order hoses to connect

09:55AM 1    the receptacles to the gauge panel.  The custom hoses are due

09:55AM 2    from vendor on May 10th, and Cameron currently anticipates

09:55AM 3    shipment on May 12th.  Cameron is working with the hose vendor to

09:55AM 4    see if the delivery date can be improved.

09:55AM 5             Now, Mr. Kenney explains to me that this was a

09:55AM 6    crippling blow because the control stand was a vital piece of

09:55AM 7    equipment that was needed for a whole phase of work, we didn't

09:55AM 8    have it.

09:55AM 9             Okay.  Adaptation is the key.  He's adapted.  But

09:56AM 10   this is one of the principal reasons that we lost time, right

09:56AM 11   there.

09:56AM 12            Now, it continues --

09:56AM 13        THE COURT:  The same issue?

09:56AM 14        MR. COHEN:  Yes, ma'am, this is still the hardware and

09:56AM 15   still the test stand.

09:56AM 16            On the 9th of May, Cameron does respond -- does say

09:56AM 17   they have already responded to the request for the test stand

09:56AM 18   unit.  Eventually, the test stand arrives.  It doesn't arrive

09:56AM 19   until May 16, which is a Monday, and it arrives essentially

09:56AM 20   without warning.  We're not told stand by.  You know, on

09:56AM 21   Wednesday we don't hear, it's coming by next Monday.  We don't

09:56AM 22   get a heads-up.  It just arrives.

09:56AM 23            It arrives, but there is no human being.  So I

09:56AM 24   would like to backtrack slightly and remind the Court that on the

09:56AM 25   22nd of May -- well, in the original protocols, we specified that

09:57AM 1   Cameron's qualified people were going to be needed during this
09:57AM 2   part of the work.  On the 22nd, we asked them to have a man
09:57AM 3   available as of 9 May.  We don't hear any objection to that.
09:57AM 4        Then eventually, on the 6th of May, so we're
09:57AM 5   several weeks after the initial request, have Cameron come back
09:57AM 6   and say, DNV has also requested technically qualified Cameron
09:57AM 7   personnel to attend at the test site.  DNV has outlined the
09:57AM 8   situation -- oh, I'm sorry, this is DNV going to them on the 6th
09:57AM 9   about people.
09:57AM 10        DNV gets a response from Cameron the same day
09:57AM 11   saying, DNV is making the request for a technician to attend at
09:57AM 12   the location on less than seven days notice.  Consistent with
09:57AM 13   Cameron's agreement to use best efforts to fulfill such a request
09:58AM 14   on less than seven days notice, a service hand will be at the
09:58AM 15   site on Monday morning.
09:58AM 16        Okay.  That sounds okay.  That sounds like we're
09:58AM 17   making progress.  But he -- actually, he arrives on Monday, he
09:58AM 18   doesn't have a security clearance.  This is a man who had spent
09:58AM 19   two months --
09:58AM 20        THE COURT:  Monday being May 9th?
09:58AM 21        MR. COHEN:  Monday being May 9th.  He does arrive.  He
09:58AM 22   arrives with a lawyer.  They don't have security clearances.  We
09:58AM 23   burn a lot of time and energy scrambling to get that sorted out,
09:58AM 24   even though the captain's blood pressure rose quite high and NASA
09:58AM 25   was a little concerned, but it got sorted out.

09:58AM 1          Then what happened was very interesting.  The

09:58AM 2    technician was there.  He assisted Mr. Kenney.  I think his

09:58AM 3    assistance when he was there and finally allowed in was

09:59AM 4    excellent.

09:59AM 5          He came back the next morning, which is Tuesday,

09:59AM 6    the 10th.  Mr. Kenney eventually went to the technician and the

09:59AM 7    lawyer and said, look, we're not going to keep you here if we

09:59AM 8    don't need you.  We understand you didn't intend to stay every

09:59AM 9    day; but, we are concerned that we're going to need you later in

09:59AM 10   the week, and we'll ask you to please come back Thursday or

09:59AM 11   Friday.

09:59AM 12         They leave, which is fine, but they never come

09:59AM 13   back.  We don't see them again until Monday, the 16th -- sorry,

09:59AM 14   we don't see them the 16th, when the test stand arrives.  That's

09:59AM 15   right.  They are not there at all.

09:59AM 16         Essentially, there is an objection that we hadn't

09:59AM 17   asked for these people far enough in advance.  We hadn't given

09:59AM 18   seven days warning.  Then, when they arrive on the 17th, we find

10:00AM 19   out that Cameron now needs a nonwaiver agreement from all of the

10:00AM 20   parties involved in the process so that, in essence, their

10:00AM 21   position in the litigation wouldn't be prejudiced.

10:00AM 22         We understand why they would need that.  We're

10:00AM 23   sympathetic to it.  We didn't object to it, of course; but, they

10:00AM 24   wouldn't let us go forward with the work with the test stand

10:00AM 25   technician on Tuesday, the 17th, until we got this form signed.

10:00AM 1         First, Mr. Kenney had to create the form, which he
10:00AM 2    was able to use from the prior process, but we had to find all of
10:00AM 3    the lawyers, all of the tech people.  It took -- it wasn't until
10:00AM 4    the next day that Cameron finally conceded, okay, no one is
10:00AM 5    objecting, we don't even have all of the signatures yet, but
10:00AM 6    we'll let you go forward.
10:00AM 7         So, on the 18th, Wednesday, the work starts to go
10:00AM 8    forward.  Now we're back to the hardware; because there is man
10:01AM 9    there, now we're back to the test stand itself.  This is the test
10:01AM 10   stand that came.  There are two receptacles.  One receptacle was
10:01AM 11   part of Cameron's own equipment that they sent.  The other
10:01AM 12   receptacle had come from Transocean.
10:01AM 13        It turns out, as soon as they get going with the
10:01AM 14   work on the 18th, the technician points out, this receptacle,
10:01AM 15   it's the wrong receptacle.  It's generic.  It doesn't work with
10:01AM 16   this particular test stand and this blowout preventer.  We need a
10:01AM 17   different receptacle.  It would work with modifications, but
10:01AM 18   there had to be replumbing.  It was very complicated.
10:01AM 19        Again, time, time, time.  That's all I'm pointing
10:01AM 20   out here.  So, eventually, the correct receptacle or the
10:01AM 21   replumbing was done, and that work went forward.
10:01AM 22        Now, the point of that long discussion -- and there
10:01AM 23   is other correspondence between Mr. Jones and myself back and
10:01AM 24   forth about some of these issues; but, the point is, according to
10:02AM 25   Mr. Kenney, this entire lag -- because he had to reshuffle other

10:02AM  1   work to take up the time when he couldn't use the test stand and
10:02AM  2   so forth -- this has cost approximately nine days.  That's where
10:02AM  3   the core nine days that we talked about came from.
10:02AM  4              I'll give you a different example.  That's a very
10:02AM  5   long --
10:02AM  6              THE COURT:  No, but it's helpful.
10:02AM  7              MR. COHEN:  Yes, yes.  I appreciate your patience in
10:02AM  8   listening to that, Judge.
10:02AM  9              THE COURT:  No problem.  No problem.
10:02AM 10              MR. COHEN:  Here is one that's more like a bullet.
10:02AM 11              Back in the test protocol, 4/19/11, negotiated by
10:02AM 12   Cameron and BP, approved by the Court, etcetera, there was a
10:02AM 13   request for drawings, documents, or other information of the
10:02AM 14   design, manufacture or assembly of the high pressure regulators,
10:02AM 15   i.e., 4,000 to 5,000 psi fitted to the high pressure shear panel
10:03AM 16   of the DEEPWATER HORIZON blowout preventer.  Nothing comes
10:03AM 17   forward.  Silence.
10:03AM 18              On the 4th of May, DNV traces Cameron, when,
10:03AM 19   please, will Cameron provide copies of the information requested
10:03AM 20   for the high pressure regulators as is noted in Cameron's letter
10:03AM 21   of 25 April, which they had mentioned they would provide.
10:03AM 22              Cameron comes back on the 10th of May, so we're now
10:03AM 23   approximately three weeks into the process.  To provide this
10:03AM 24   information about the high pressure regulator, Cameron needs the
10:03AM 25   part numbers for the regulators.  Okay.  Twenty-one days to come

10:03AM 1    up with that request.

10:03AM 2              DNV come back on the 10th of May, DNV has

10:03AM 3    identified the following part or identification number from the

10:03AM 4    body of the high pressure casing shear regulator.  The name is

10:03AM 5    quote, Gilmore, end quote, part number, and it's a long part

10:04AM 6    number, etcetera.

10:04AM 7              Nothing happens.  Nothing happens.  Nothing happens

10:04AM 8    until we get to the 18th.  Essentially, on the 18th of May, DNV

10:04AM 9    received a letter from Cameron generally objecting to many

10:04AM 10   requests.  The request had become a tremendous burden on Cameron.

10:04AM 11   They are going to try to go forward, but they'll respond, quote,

10:04AM 12   in due course.  This is on the 18th of May.

10:04AM 13             Later that day, we get another response from

10:04AM 14   Cameron that says, quote, in your e-mail of May 10, you noted

10:04AM 15   that DNV had, quote, identified the following part or

10:04AM 16   identification numbers from the body of the high pressure casing

10:04AM 17   shear regulator, the name Gilmore and the part number, end quote.

10:04AM 18             Then Cameron says, drawings, documents or other

10:05AM 19   information for the design, manufacture or assembly of this

10:05AM 20   regulator have to come from Gilmore.  That's on the 18th.

10:05AM 21             That's a long way into the process, a lot of wasted

10:05AM 22   time, when it seems to the technicians at DNV and it seems to

10:05AM 23   folks I polled from other companies involved in the litigation

10:05AM 24   that this sort of -- this sort of request for information should

10:05AM 25   have been -- should have been available to Cameron to make very

10:05AM 1   promptly.  I understand maybe not instantly on the 19th, but

10:05AM 2   within a few days, maybe a week.  It's really -- it's really

10:05AM 3   difficult to understand why we have to now be told, go to

10:05AM 4   Gilmore, on the 18th of May.  That cost time.  That cost the

10:05AM 5   process time.

10:05AM 6            Here are a few others.  These are more -- these are

10:05AM 7   bigger problems.  They did cost a lot of time at the very

10:05AM 8   beginning of the process.

10:06AM 9            For example -- for example, removal of the top cap

10:06AM 10  from the annulars.  This was one of the -- one of the first

10:06AM 11  operations that had to go forward in the entire -- in the entire

10:06AM 12  operation.  This was described in detail in the protocol that was

10:06AM 13  negotiated by BP and Cameron and approved by the Court.

10:06AM 14           The request was, quote, procedures, tools, or

10:06AM 15  special equipment that the original equipment manufacturer

10:06AM 16  requires or recommends required to remove the annulars from the

10:06AM 17  lower marine riser package for further inspection, examination

10:06AM 18  and testing, and any tools or equipment required to disassemble

10:06AM 19  the annular elements and donuts.

10:06AM 20           On the 21st, in two days, Cameron comes back and

10:06AM 21  says -- and this sounds pretty sensible at first blush -- the

10:06AM 22  instructions for disassembly of the annular from the lower marine

10:07AM 23  riser package are set forth in pages 1 through 24 and many other

10:07AM 24  listings of the DEEPWATER HORIZON blowout preventer stack

10:07AM 25  operations and maintenance manual, and the instructions for

10:07AM 1    disassembly of the annular are set forth on various page

10:07AM 2    references there.  It's our understanding that DNV has a copy of

10:07AM 3    this document.

10:07AM 4         DNV go back the next day and say, it's true, we do

10:07AM 5    have this document.  The specific pages that you cite, we have.

10:07AM 6    DNV will come back to you, Cameron, if we require further

10:07AM 7    information to complete this work on the annulars as proposed in

10:07AM 8    the test protocol.

10:07AM 9         So this, by the 22nd of April, appears to be

10:07AM 10   exactly what I thought the Court had in mind when it ordered us

10:07AM 11   to cooperate.

10:07AM 12        By the 22nd of -- sorry, by the 27th of April,

10:07AM 13   after working for days on the process -- and I might add, as a

10:08AM 14   slight aside here, that almost every day -- every day --

10:08AM 15        MR. KENNEY:  Every day.

10:08AM 16        MR. COHEN:  Sorry.

10:08AM 17        -- every day, Mr. Kenney, DNV, release a plan of

10:08AM 18   the day for the next day.  This goes out to essentially the

10:08AM 19   world.  Unbeknownst to me, Mr. Kenney is sending this to the

10:08AM 20   world as he saw it through the JIT lens, so he sends this to more

10:08AM 21   people than actually participate in the present technical working

10:08AM 22   group, i.e., Cameron get this mail.  They acknowledge they get it

10:08AM 23   because they refer to this mail from time to time when they come

10:08AM 24   back to us.

10:08AM 25        Anyway, he sends -- and I mention that because

10:08AM 1    that's important to note that people understand or are told

10:08AM 2    exactly what work is going on out there day by day by day.  In

10:08AM 3    other words, it's not as though you have to sit with the protocol

10:08AM 4    and guess.  You're being told.  If you -- if you're passive and

10:09AM 5    you just read the mail, you're being told, this is what we're

10:09AM 6    planning to do.

10:09AM 7            Day by day, Mr. Kenney was reporting to the group

10:09AM 8    before the 27th, we're not making much headway with removing the

10:09AM 9    top caps.  We're still working it.  We're still working it.

10:09AM 10           On the 27th, finally, DNV goes out to -- goes out

10:09AM 11   to the world, essentially, but mainly Transocean and Cameron, and

10:09AM 12   says, we need help, we don't -- we can't -- we have followed the

10:09AM 13   procedure in the instructions, and this doesn't work, so help.

10:09AM 14           There is no response except Transocean.  Transocean

10:09AM 15   gives us a suggestion.  I don't know if that was efficacious or

10:09AM 16   not, but they responded, anyway.  Cameron never responded to that

10:09AM 17   request.  In fact, they never responded at all; and, it was not

10:10AM 18   for -- until the 2nd of May, actually, so another five days, that

10:10AM 19   DNV was able to remove the top cap.  That cost five days in the

10:10AM 20   process.

10:10AM 21           It appears -- it appears that there are two -- two

10:10AM 22   pathways that would have gotten to success faster.  Either,

10:10AM 23   according to Mr. Kenney, Cameron could have supplied, if they

10:10AM 24   exist -- we don't know for a fact that they exist, but there

10:10AM 25   probably are -- exploded or assembly view drawings, but they

10:10AM 1    didn't.

10:10AM 2              Or they could have had a man talk to us, maybe even

10:10AM 3    just by telephone, and explain what the tricks were of trying to

10:10AM 4    disassemble this piece of hardware, which is like one of those

10:10AM 5    children's wooden puzzles where you have to know exactly what

10:11AM 6    thing to push first and where to apply pressure so that it all

10:11AM 7    comes apart.  An interesting intellectual exercise to do that,

10:11AM 8    but quite frustrating in the field.  Cost the process five days.

10:11AM 9              Now, I'm not saying that we necessarily stack the

10:11AM 10   nine days on the five days, because, again, DNV have managed to

10:11AM 11   shuffle and reprogram and try to compress, etcetera, but a real

10:11AM 12   five-day loss.

10:11AM 13             Moving on from that, part of the same phase of

10:11AM 14   operation, there was an effort to remove elastomeric components

10:11AM 15   from inside the blowout preventer.  This was part of a request

10:11AM 16   for specifications and advice concerning how to do this phase of

10:11AM 17   the work.  That was in the protocol, in Section 3 of the

10:11AM 18   protocol --

10:11AM 19             MR. KENNEY:  2C.

10:12AM 20             MR. COHEN:  -- 2C.

10:12AM 21             THE COURT:  Mr. Kenney has it memorized.

10:12AM 22             MR. COHEN:  Apparently, he does.

10:12AM 23             MR. KENNEY:  I have to live by it.

10:12AM 24             MR. COHEN:  On the 25th -- this is following the

10:12AM 25   commencement of work -- on the 25th of April, Cameron reported

10:12AM  1   that they will provide copies of material specifications.  They

10:12AM  2   say nothing about needing part or serial numbers.  This has to do

10:12AM  3   with parts that they are going to be supplying later.

10:12AM  4          On the 4th of May, DNV traces Cameron, when will

10:12AM  5   you provide copies of the material specifications as is noted in

10:12AM  6   Cameron's letter of the 25th?

10:12AM  7          On the 10th of May -- so we're now, oh, three weeks

10:12AM  8   into the process, six days after the initial -- or the trace that

10:12AM  9   DNV made on the 4th of May -- on the 10th of May, Cameron come

10:13AM 10   back and say, to provide this information concerning the

10:13AM 11   elastomeric components, Cameron needs the part numbers and the

10:13AM 12   serial numbers for the requested packers, seals, and wear pads at

10:13AM 13   issue.  Cameron understands from the e-mail from Gary Kenney

10:13AM 14   planned activities Monday, 2 May -- that's one of those

10:13AM 15   plan-of-the-day e-mails I was referring to -- that the packers,

10:13AM 16   Teflon wear pads and seals from the rams are or were in the

10:13AM 17   process of being photographed.  To the extent that the relevant

10:13AM 18   numbers cannot be obtained from the annular elements, it is

10:13AM 19   possible that such information may be obtained from Transocean in

10:13AM 20   the interim.  Upon receipt of the numbers, Cameron will be able

10:13AM 21   to provide the information.

10:13AM 22          In other words, they are asking for serial numbers

10:13AM 23   on the 10th of May.  They didn't ask for serial numbers back on

10:14AM 24   the 25th of April, when they said they would provide

10:14AM 25   specifications, obviously in response to the same request.  So

10:14AM  1    15 days have gone by, nothing has happened, no progress.

10:14AM  2            On the 10th of May, DNV come back immediately and

10:14AM  3    respond, DNV can confirm that the packers, seals and elements

10:14AM  4    fitted to the rams are per Cameron part numbers as provided

10:14AM  5    above, then we list them.  Further, as noted earlier, DNV

10:14AM  6    continues to try and identify additional information from the

10:14AM  7    components recovered from DWH blowout preventer and will give

10:14AM  8    that to you when we have it.

10:14AM  9            So we're chasing the part numbers because they

10:14AM 10    finally asked for the part numbers, and they've actually asked us

10:14AM 11    to look at the very components from the blowout preventer to see

10:14AM 12    if there are numbers there, as well.

10:14AM 13            We talk to Mr. Jones on the 16th.  Gary and I talk

10:15AM 14    to David, which is one of the reasons I know that David is sort

10:15AM 15    of the key on this.  He tells us at that time that we must be --

10:15AM 16    we must use the part numbers from the manual.

10:15AM 17            MR. KENNEY:  From the actual part numbers.

10:15AM 18            MR. COHEN:  Sorry, sorry.  He tells us at that time, for

10:15AM 19    the first time, use the part numbers from the components

10:15AM 20    themselves, don't use the part numbers from the manual.

10:15AM 21            We explore this.  We provide data on the 17th.  It

10:15AM 22    takes about a week to get all of this data.  We tell Cameron, we

10:15AM 23    captured the attached data from the elastomerics themselves.

10:15AM 24    Please arrange to have Cameron provide same soonest.  Kindly

10:15AM 25    do -- you know, provide a quote, etcetera.

10:15AM 1    The point of all of that is that we spent a lot of

10:15AM 2    time providing serial numbers from specifications, when,

10:16AM 3    actually, they came back and told us that what they really wanted

10:16AM 4    was not Cameron part numbers from their manual, but they actually

10:16AM 5    want the part numbers from the parts themselves.

10:16AM 6    As Mr. Kenney points out, many of these non --

10:16AM 7    nonmetallic components are damaged.  They don't have part

10:16AM 8    numbers, so it's difficult for us to provide -- to provide the

10:16AM 9    information.

10:16AM 10   As I discovered when I talked to David on the

10:16AM 11   phone, we gave them serial numbers, and they say, well, the

10:16AM 12   serial numbers aren't valid.  The serial numbers from our own

10:16AM 13   Cameron manual aren't valid, give us the part numbers from the

10:16AM 14   components.

10:16AM 15   Why did it take -- why did it take until mid May

10:17AM 16   for them to explain to us that the parts listed in their own

10:17AM 17   parts lists aren't valid?  You would think that of all the people

10:17AM 18   in the world, the OEM would know that you should be looking to

10:17AM 19   the actual components themselves, because perhaps they were

10:17AM 20   outsourced by Cameron or something.

10:17AM 21   Anyway, that's another example of a problem that

10:17AM 22   cost us time, sent us running around in circles.  I would point

10:17AM 23   out, as a follow-up, because this is going to be important to

10:17AM 24   many people, I suspect, after DNV has been left the process,

10:17AM 25   still no specifications, no specification paperwork at all.

10:17AM  1      They said they would forward them on April 25th.

10:17AM  2  They didn't say that they needed any special request.  They

10:17AM  3  didn't say there was a struggle involved.  This is a typical

10:17AM  4  example of statements being made, and nothing happens.  So that's

10:18AM  5  a very difficult problem.

10:18AM  6      One more, and I'll give the Court a chance to say

10:18AM  7  I've heard enough for the moment.  We were involved with trying

10:18AM  8  to remove the elastomeric components from the BOP itself, and

10:18AM  9  this was much like the evolution with the top cap.  We tried very

10:18AM 10  hard to identify a mechanism mechanically to remove these --

10:18AM 11  these rubber components or these nonmetallic components.

10:18AM 12      A sensitive issue here, and it's a fair thing to

10:18AM 13  point out to everyone, perhaps in the oilfield it's easy to

10:18AM 14  remove components like this because you can just chop them into

10:18AM 15  pieces, tear them out.  It doesn't matter.  You're going to

10:18AM 16  replace them, so who cares how they come out.

10:18AM 17      In this instance, DNV is obliged, as part of this

10:18AM 18  process, not to destroy the evidence, if it can help it.  So we

10:19AM 19  couldn't just tear all the elastomerics out of the BOP.  We had

10:19AM 20  to have Cameron's guidance.

10:19AM 21      This is basically a mirror image of what happened

10:19AM 22  with, please tell us how to remove the top cap.  Didn't get

10:19AM 23  any -- didn't get any guidance from them.  Eventually --

10:19AM 24  eventually -- eventually, we --

10:19AM 25      MR. KENNEY:  We build our own stuff.

10:19AM 1      MR. COHEN:  Eventually, we, quote/unquote, invent a

10:19AM 2 different way to do it, which may or may not be patentable; but,

10:19AM 3 be all that as it may, it took extra days, again, literally, to

10:19AM 4 figure this out.

10:19AM 5      THE COURT:  What was the time delay between requesting

10:19AM 6 assistance and devising your own way to do it, approximately?

10:19AM 7      MR. KENNEY:  I would say on the order of three to four

10:19AM 8 days, Your Honor.

10:20AM 9      THE COURT:  Okay.  Thank you.

10:20AM 10      MR. COHEN:  So, once again, we're not saying that we

10:20AM 11 stacked these; but, it's a complicated, multitrack process, and

10:20AM 12 not only is it -- is it the case that we lose time chasing our

10:20AM 13 tail or we lose time waiting or we lose time saying mother may I,

10:20AM 14 or trying to find the right key for the lock this time, but

10:20AM 15 Mr. Kenney is the lead investigator, and he is the key man in the

10:20AM 16 process in terms of driving the multiple tracks forward.  If he

10:20AM 17 has to spend time repeating requests, reiterating requests,

10:20AM 18 furnishing more detail because Cameron doesn't seem to appreciate

10:20AM 19 what we need, and then dealing with Cameron's objections to the

10:20AM 20 additional detail furnished, we're burning a lot of his work

10:20AM 21 time.

10:20AM 22      There are only so many hours in the day that he can

10:20AM 23 stay awake and still be productive.  We're working a six-day

10:21AM 24 schedule.  We're working 12 hours a day.  Effectively, that's

10:21AM 25 maxed out in terms of field work.

10:21AM 1         If I have to -- which I do, if I have to make him

10:21AM 2  morning and night deal with these requests or deal with these

10:21AM 3  requests over lunch or work with me at the cost of doing

10:21AM 4  something else, effectively that costs the project time.

10:21AM 5         Excuse me for just a moment.

10:21AM 6      THE COURT:  Sure.

10:21AM 7      MR. COHEN:  This is the sort of problem we're having,

10:21AM 8  Your Honor.  There are many other examples.  I can continue, if

10:21AM 9  the Court wishes; but, the point is we're not receiving the level

10:21AM 10  of cooperation we would expect.

10:21AM 11         We would expect -- from a fine company like

10:21AM 12  Cameron -- we've seen them work in the past; we know what they

10:21AM 13  can do -- we would expect a lot more agility, a lot more

10:22AM 14  aggressive application of intelligence, all the best sort of

10:22AM 15  characteristics that make them the wonderful firm they are, but

10:22AM 16  that doesn't happen in this phase of their enterprise.

10:22AM 17         We understand that they have a view about the

10:22AM 18  litigation position and DNV's role in it.  David and I have

10:22AM 19  talked about that.  I am entirely sympathetic.  Nevertheless, we

10:22AM 20  have a court-approved contract.  We have a mission to accomplish.

10:22AM 21  We need some help.

10:22AM 22         So, as I pointed out in my note to you, and I

10:22AM 23  understand this isn't the last word --

10:22AM 24      THE COURT:  Correct.

10:22AM 25      MR. COHEN:  -- but we do want more time, and we do need

10:22AM 1    some help otherwise.

10:22AM 2            THE COURT:  Mr. Kenney.

10:22AM 3            MR. BECK:  Your Honor, this is David Beck.  May I very

10:22AM 4    briefly speak to what Mr. Cohen said?

10:22AM 5            THE COURT:  Sure.  Yes, sure, David.  Hold on just a

10:22AM 6    second.

10:22AM 7            I want to make sure, Mr. Kenney, are you satisfied

10:22AM 8    with the overview that has been provided?  Does that give me the

10:22AM 9    flavor of the issues that you have been confronting, and is there

10:23AM 10   anything you want to add to it?

10:23AM 11           MR. KENNEY:  Nothing.  I think Mr. Cohen has done well

10:23AM 12   to give you the flavor of the issues I am facing.

10:23AM 13           THE COURT:  Good.  I appreciate it.  Thank you very

10:23AM 14   much.

10:23AM 15           Okay.  David, come on.  We're ready to hear from you.

10:23AM 16           MR. BECK:  All right.  Thank you, Your Honor.  Can you

10:23AM 17   hear me okay?

10:23AM 18           THE COURT:  I can hear you great.

10:23AM 19           MR. BECK:  First of all, as the Court knows, the first

10:23AM 20   time we received any indication, certainly by e-mail, that

10:23AM 21   Mr. Cohen had filed anything with the Court was yesterday

10:23AM 22   morning, so we're a little bit at a disadvantage in responding to

10:23AM 23   all that Mr. Cohen said because, I believe as Your Honor knows,

10:23AM 24   David Jones has really been the principal contact between

10:23AM 25   Mr. Cohen and DNV on the one hand and Cameron on the other, and I

10:23AM  1    think Mr. Cohen candidly has admitted that during his

10:23AM  2    presentation to the Court.

10:23AM  3          THE COURT:  Right.  That's right.  David, I'm absolutely

10:23AM  4    aware of that.  We're going to wait to hear from David on Monday.

10:24AM  5    So I understand that, and I know you're making a record.

10:24AM  6          Certainly, what I'm going to try to do is get you

10:24AM  7    all a rough copy of the transcript -- let's see if Ms. Pepper can

10:24AM  8    do this for us this afternoon -- and hopefully --

10:24AM  9          MR. BECK:  Thank you, Your Honor, for waiting to hear

10:24AM 10    from David.  I haven't even been able to reach him this morning.

10:24AM 11    He's at the hospital with his son, who had emergency surgery.

10:24AM 12          THE COURT:  Right.

10:24AM 13          MR. BECK:  So I just want to make a few points, and

10:24AM 14    Ms. Bertaut has got some documents she wants to show Your Honor.

10:24AM 15          The point I want to make, within the last month

10:24AM 16    since the protocol was executed, Cameron has received no less

10:24AM 17    than 18 requests for information and materials.  We have

10:24AM 18    responded to those at considerable cost and burden and expense to

10:24AM 19    our client.

10:24AM 20          With respect to the requests for attendance of our

10:24AM 21    people, the protocol in the -- on page 1 specifically says that

10:25AM 22    no such request for attendance of personnel is appropriate

10:25AM 23    unless, number one, it's determined -- when it's determined to be

10:25AM 24    necessary by DNV, and, secondly, that they use their best efforts

10:25AM 25    to make such requests within seven days in advance.

10:25AM 1    Now, understandably, that's not always practical;

10:25AM 2  but, the fact of the matter is we're getting requests, demands,

10:25AM 3  if you will, from Mr. Cohen saying that he wants things done

10:25AM 4  within 24 hours, substantially less than the seven days that the

10:25AM 5  protocol requires.  We try to respond to that as best we can.

10:25AM 6    With respect to equipment, we're getting demands

10:25AM 7  from them to produce pieces of equipment, much of which we don't

10:25AM 8  manufacture, some of which we don't even have; yet, they

10:25AM 9  criticize us when we don't promptly respond by producing

10:25AM 10 equipment that we don't manufacture and don't have.

10:25AM 11   Now, with respect to the specifics that Mr. Cohen

10:25AM 12 has gone through, you'll see from the correspondence that

10:26AM 13 Ms. Bertaut is going to present to the Court, our response to

10:26AM 14 some of the allegations that Mr. Cohen and DNV have made.

10:26AM 15   David Jones, on Monday, will be able to talk to the

10:26AM 16 Court with more specificity; but, the bottom line is, and just so

10:26AM 17 we can put all of this in perspective, DNV has a contract with

10:26AM 18 BP.  They are essentially working for BP.  BP has sued Cameron

10:26AM 19 for a lot of money in this case.  So I think it's important that

10:26AM 20 this be put in proper perspective.

10:26AM 21   Again, I want to thank you, Your Honor, for being

10:26AM 22 willing to wait to hear from David so he can respond to some of

10:26AM 23 these more specific allegations.

10:26AM 24     THE COURT:  Well, it's no problem at all.  I'm happy to

10:26AM 25 do it.  I certainly understand the nature of the emergency

10:26AM 1   situation that he's facing; but, I hope you understand why I

10:26AM 2   wanted to go ahead and hear from DNV today, so that I could think

10:26AM 3   about it over the weekend.

10:26AM 4           I do intend to read what Carmelite is going to

10:27AM 5   present to me this weekend, so I will have a preview of Cameron's

10:27AM 6   side of this issue.  So I'll be fully prepared at that point to

10:27AM 7   speak with David and cover these issues.

10:27AM 8           I do understand the point you raised, David, about

10:27AM 9   the litigation.  I understand that Cameron doesn't believe that

10:27AM 10  the testing that's going on right now is necessary.  So I

10:27AM 11  understand that.

10:27AM 12          On the other hand, we do have a protocol.  We do

10:27AM 13  have a schedule in place that does require Cameron's response;

10:27AM 14  and, at least as of the presentation that Mr. Cohen has made

10:27AM 15  today, it appears that there has been some foot dragging.

10:28AM 16          I'm reserving all ruling until I read what

10:28AM 17  Carmelite is providing to me and until I hear from David on

10:28AM 18  Monday; but, the fact that we've got this protocol underway and

10:28AM 19  we are all jointly under the gun to get it done does concern me.

10:28AM 20  So I am concerned about the issue, and that's why I wanted to

10:28AM 21  bring it up today.

10:28AM 22          MR. BECK:  Thank you, Your Honor.

10:28AM 23          THE COURT:  No problem, David.  Thank you.

10:28AM 24          MS. BERTAUT:  Your Honor, what I have here is the

10:28AM 25  correspondence that I've been privy to that I've been able to

10:28AM 1    pull together between DNV and David Jones.  You will see that the

10:28AM 2    yellow reflects the Cameron responses.  I would just like to hand

10:28AM 3    that up to the Court.

10:28AM 4         THE COURT:  Great.  I will definitely review that this

10:28AM 5    weekend, so that when we get together on Monday -- is there a

10:28AM 6    time that you all would like to schedule a conference?  You had

10:29AM 7    suggested late morning, early afternoon on Monday.

10:29AM 8         MR. COHEN:  Yes, ma'am.  That was on account of, I

10:29AM 9    think, some people thought they might actually return in person

10:29AM 10   to speak with the Court, including myself, and so late morning or

10:29AM 11   early afternoon.

10:29AM 12        THE COURT:  I'm not sure that we need it in person.  If

10:29AM 13   you want it in person, it's fine; but, as you heard with my

10:29AM 14   conversation --

10:29AM 15        MR. COHEN:  Sure.

10:29AM 16        THE COURT:  -- with David Beck, I don't think it's

10:29AM 17   required.

10:29AM 18        MR. COHEN:  Understood.

10:29AM 19        THE COURT:  I will have read everything.  I'll be

10:29AM 20   prepared to talk to you all, hopefully intelligently.  I can't

10:29AM 21   promise that, but --

10:29AM 22        MS. BERTAUT:  Your Honor, if I could, and I'm sure -- I

10:29AM 23   don't know David Jones' schedule other than we had talked

10:29AM 24   anticipating that you were going to ask for an early morning

10:29AM 25   Monday meeting.

10:29AM  1           I will tell you personally, I have a conflict, and
10:29AM  2    I would like to be here for that, so I would ask it to be in the
10:29AM  3    morning.  I'm not trying to --
10:30AM  4           MR. COHEN:  That's fine.
10:30AM  5           THE COURT:  Why don't we agree that it will be by
10:30AM  6    telephone, nobody will come in person.
10:30AM  7           MR. COHEN:  Fine.
10:30AM  8           MS. BERTAUT:  Well, Your Honor, I would like to leave
10:30AM  9    that open to Mr. Jones.  The Court did hear from Mr. Cohen in
10:30AM 10    person, and this is technical stuff.  So I really don't know
10:30AM 11    Mr. Jones' availability in person.
10:30AM 12           THE COURT:  I don't either.
10:30AM 13           MR. BECK:  Your Honor, this is David Beck.  If I may
10:30AM 14    make a suggestion, I think that if we -- if the Court -- again,
10:30AM 15    subject to your schedule -- would schedule a conference call for
10:30AM 16    early afternoon, and then give us until the end of business today
10:30AM 17    to determine whether or not we would like to request an
10:30AM 18    appearance in court, because, by then, I should be able to reach
10:30AM 19    David Jones and find out what his situation is.
10:30AM 20           So it may make sense to schedule a conference call.
10:30AM 21    I think there is probably a good chance that's all that we're
10:30AM 22    going to need at this point; but, we would like to, at least, ask
10:31AM 23    the Court sort of our indulgence to possibly request a hearing on
10:31AM 24    Monday afternoon, as opposed to a conference call.
10:31AM 25           THE COURT:  Let's do a 1:30 conference call; and, if you

10:31AM 1  all decide that you want it in person -- frankly, in person
10:31AM 2  doesn't make any difference to me.  I know you all think it does,
10:31AM 3  but it really doesn't.  All I want to do is listen to what you
10:31AM 4  all have to say.  Looking at the face, in some cases, adds
10:31AM 5  absolutely nothing.
10:31AM 6          Anyway --
10:31AM 7          MR. COHEN:  Conceded.
10:31AM 8          THE COURT:  -- let's go ahead and I'll have my assistant
10:31AM 9  e-mail out dial-in information, and we will wait to hear from
10:31AM 10 you, David, as to whether or not you all want to come in person.
10:31AM 11         Again, keeping costs in mind, it seems to me you
10:31AM 12 don't want to attend in person, but I'm going to leave that up to
10:31AM 13 you guys.
10:32AM 14         MS. BERTAUT:  Your Honor, would it be possible to move
10:32AM 15 that to 2 o'clock?
10:32AM 16         THE COURT:  2 o'clock.  Carmelite wants to go to
10:32AM 17 2 o'clock.
10:32AM 18         MR. BECK:  2 o'clock is fine.
10:32AM 19         THE COURT:  2 o'clock.
10:32AM 20         MR. COHEN:  Your Honor, we will -- there have been
10:32AM 21 letters that David sent to me.  Sometimes he simply e-mails.  I
10:32AM 22 usually just e-mailed him and others.  To the extent there is any
10:32AM 23 e-mail or correspondence that's missing from the bundle, we'll
10:32AM 24 get it in ASAP.  I know the Court works 24/7.
10:32AM 25         THE COURT:  Well, I wouldn't go that far --

10:32AM 1          MR. COHEN:  Well, pretty close.

10:32AM 2          THE COURT:  -- but I'm going to look at whatever you

10:32AM 3  give me prior to Monday at 2:00 p.m.

10:32AM 4          MR. COHEN:  Yes, ma'am.

10:32AM 5          THE COURT:  How about that?

10:32AM 6          MR. COHEN:  It will come very quickly.

10:32AM 7          THE COURT:  Whatever you give me, I'm going to look at.

10:32AM 8              Carmelite, if you have anything supplementary, I'll

10:32AM 9  be happy to look at it.

10:32AM 10         MR. BECK:  Thank you, Judge.

10:32AM 11         MR. COHEN:  May we be excused?

10:32AM 12         THE COURT:  You certainly may.  That's why we put you at

10:32AM 13 the beginning.  Mr. Kenney needs to get back to work.

10:32AM 14             Thank you, Mr. Kenney.

10:32AM 15         MR. COHEN:  Thank you so much.

10:32AM 16         THE COURT:  Does anybody want a break?  Nobody wants a

10:32AM 17 break.  Good.

10:33AM 18             Let's talk about change to frequently asked

10:33AM 19 questions.  Mr. Herman, you've gotten comments from BP and from

10:33AM 20 Transocean.

10:33AM 21         MR. HERMAN:  Steve Herman for the plaintiffs.

10:33AM 22             Yes, Your Honor, I don't know if I would

10:34AM 23 necessarily call them inconsistent, but the two defendants, and I

10:34AM 24 guess several other defendants joined in what Transocean was

10:34AM 25 saying, took different approaches certainly with respect to the

10:34AM 1  answer to the first question.

10:34AM 2          I think that the BP language, not only is it closer

10:34AM 3  to what we proposed, but we proposed what we did in some part

10:34AM 4  based on Your Honor's comments during the last hearing.  I think

10:34AM 5  we had tried to mirror what Your Honor said in court, and I think

10:34AM 6  that our proposal and BP's proposal is consistent with that.

10:34AM 7          I understand BP wanting to eliminate the reference

10:34AM 8  to themselves.  You know, I guess we could quibble about that or

10:34AM 9  not; but, I think that, from a communication standpoint, the

10:35AM 10  people that we're really talking about here are going to be, in

10:35AM 11  large part, people who were waiting for the GCCF and did not file

10:35AM 12  by April 20th because they were optimistic that their claim was

10:35AM 13  going to be paid; and, they've either now been denied or will be

10:35AM 14  denied in the near future, or they've just gotten fed up and have

10:35AM 15  changed their mind.

10:35AM 16          So I think it's important that they realize that

10:35AM 17  BP, because that's really who we're talking about, even though

10:35AM 18  there are other parties in the complaint, can be named.  That's

10:35AM 19  consistent with the other language that we had had in the

10:35AM 20  previous notices and the previous FAQ, which I don't think BP

10:35AM 21  objected to at that time.

10:35AM 22          So, you know, we can certainly work with the Court

10:35AM 23  or work with the parties, but I think it's -- we basically agree

10:35AM 24  with BP's language, but we would like to leave BP and/or other

10:35AM 25  defendants, as opposed to striking that out.

10:36AM 1      THE COURT:  I've got you.

10:36AM 2      MR. LANGAN:  Your Honor, that's not --

10:36AM 3           Andy Langan for BP.

10:36AM 4      THE COURT:  Yes.

10:36AM 5      MR. LANGAN:  -- not a big deal for us.

10:36AM 6      THE COURT:  Andy, come on up.  I wanted to understand

10:36AM 7 your comment about taking out the language of "full release."

10:36AM 8 What was your issue there?

10:36AM 9      MR. LANGAN:  Well, Your Honor, I mean, the release, it

10:36AM 10 is what it is.  I think it's editorializing by them.  Because the

10:36AM 11 way I read it is, they are taking the opportunity to do a little

10:36AM 12 free legal advice, which is, be careful, that's a full release.

10:36AM 13 I mean, we're talking about a public statement here.  The release

10:36AM 14 is the release.

10:36AM 15          So it's our attempt to have a more fair and

10:36AM 16 balanced presentation.

10:36AM 17      THE COURT:  Let's get out BP's copy of the language, and

10:36AM 18 let's see if we can do this right here, right now.

10:36AM 19      MR. HERMAN:  I think we have an agreement on the first

10:36AM 20 one.

10:36AM 21      MR. LANGAN:  I agree with Mr. Herman.

10:36AM 22      THE COURT:  On the first paragraph?

10:36AM 23      MR. LANGAN:  On the answer to the first question.

10:36AM 24      THE COURT:  Answer to the first question.

10:36AM 25          I was going to take out "pertain" and put in

10:37AM 1   "apply."  I like to speak in English.  So it does not apply to

10:37AM 2   any claim.  Okay?

10:37AM 3         MR. LANGAN:  He can put back "BP and/or other

10:37AM 4   defendants."  That's fine.

10:37AM 5         THE COURT:  Wonderful.  Wonderful.

10:37AM 6         MR. HERMAN:  On the second question, the only thing BP

10:37AM 7   wanted to take out, and I don't think Transocean and the other

10:37AM 8   defendants wanted to take anything out, is "an estimated 130,000

10:37AM 9   claims."  I don't really think that's a big deal.

10:37AM 10        THE COURT:  I don't either, and so let's take it out.

10:37AM 11  There is lots of claims.  You can put in "lots of claims."

10:37AM 12              The next one is on page 2, "you should consult"

10:37AM 13  versus "you have the right to consult."  How about we compromise

10:38AM 14  on "you may consult"?

10:38AM 15        MR. LANGAN:  Your Honor, that's fine.  I think we tried

10:38AM 16  to track what Judge Barbier said in his early February ruling

10:38AM 17  about the GCCF.  I think that's where we got it.

10:38AM 18              I think that came from the PSC talking about what

10:38AM 19  the *Turner versus Murphy Oil* case said about having a right to

10:38AM 20  consult.  But "may consult" is fine with us, but I think we were

10:38AM 21  trying to be true to -- to track.

10:38AM 22        MR. HERMAN:  I don't have a problem with just going with

10:38AM 23  "have a right to."

10:38AM 24        THE COURT:  Have the right to.

10:38AM 25              Do you have a problem with the "full release"

10:38AM 1   versus "final release"?  What I would suggest in that same

10:38AM 2   paragraph is putting in -- well, you've got it -- a final

10:38AM 3   settlement in signing a release with the GCCF.

10:38AM 4            So "final release" is in both of those two

10:38AM 5   paragraphs.  The only thing that BP is asking to take out is

10:38AM 6   "full."

10:38AM 7            MR. HERMAN:  I don't really think that's a big deal.

10:39AM 8   Frankly, now that I think about it, it may not be full because I

10:39AM 9   think, if I'm correct, personal injury claims, like exposure

10:39AM 10  claims, are reserved under the release, right?

10:39AM 11           MR. LANGAN:  I'd have to go back and look, but I'm sure

10:39AM 12  there might be a carve-out.

10:39AM 13           MR. HERMAN:  In any event, that's fine.

10:39AM 14           THE COURT:  So why don't we just take out "full," and

10:39AM 15  that should take care of it.

10:39AM 16           MR. LANGAN:  We're done.

10:39AM 17           THE COURT:  Done.

10:39AM 18           MR. HERMAN:  Sounds good.

10:39AM 19           MR. LANGAN:  Thank you, Your Honor.

10:39AM 20           MR. HERMAN:  We'll just revise this and get this to

10:39AM 21  everyone.

10:39AM 22           THE COURT:  I think you can revise it and put it up.

10:39AM 23           MR. HERMAN:  Okay, thank you.

10:39AM 24           THE COURT:  Let's cut out a step.

10:39AM 25            Next up, on Clean-Up Responder Defendants, that's

10:39AM 1   our new terminology that we'll be using, we did not receive any

10:39AM 2   opposition to the proposed deeming order.  Did we miss an

10:40AM 3   opposition or a comment on that deeming order?

10:40AM 4               Guess what, Ted --

10:40AM 5               Go ahead.  Hello?  Somebody from the phone spoke

10:40AM 6   up.

10:40AM 7         MS. SIMPSON:  Yes, hi.  This is Sylvia Simpson on behalf

10:40AM 8   of the Clean-Up Responders.

10:40AM 9         THE COURT:  Could you speak up a little bit?  We're

10:40AM 10  having trouble hearing you.

10:40AM 11              Can you speak up a little bit?  We're having

10:40AM 12  trouble hearing you.

10:40AM 13        MS. SIMPSON:  Pardon me, Your Honor.  This is

10:40AM 14  Sylvia Simpson on behalf of the Clean-Up Responders.

10:40AM 15        THE COURT:  Thank you.  Speak slowly because we are

10:40AM 16  having difficulty.

10:40AM 17        MS. SIMPSON:  Pardon me, Your Honor.

10:40AM 18              We haven't received any objections to the deeming

10:40AM 19  order, and it can be entered as far as we're concerned.

10:40AM 20        THE COURT:  Right.  So go ahead and, if you don't mind,

10:41AM 21  file it and state in the proposed order that it is without

10:41AM 22  opposition.

10:41AM 23        MS. SIMPSON:  Correct.

10:41AM 24        THE COURT:  Okay, that's done.  Thank you.

10:41AM 25        MS. SIMPSON:  Thank you, Your Honor.

57

10:41AM  1          THE COURT:  Next up, guys, you all have are oral

10:41AM  2    argument with Judge Barbier next week.

10:41AM  3          MR. HAYCRAFT:  The 26th.

10:41AM  4          THE COURT:  Judge Barbier kind of was concerned about

10:41AM  5    the number of topics you all have listed as topics you want to

10:41AM  6    cover at oral argument.  What he would like you to do is

10:41AM  7    prioritize what you've given him, because he doesn't see the

10:41AM  8    likelihood of any one party covering more than two to three

10:41AM  9    topics.

10:41AM 10          MR. LANGAN:  He underestimates us, Your Honor.

10:42AM 11          THE COURT:  I'm sorry?

10:42AM 12          MR. LANGAN:  He underestimates us.

10:42AM 13          THE COURT:  Well, remember that we're going to have a

10:42AM 14    court reporter, perhaps Ms. Pepper, trying to take this down, so

10:42AM 15    he would like you -- look, here is the deal.  If you're covering

10:42AM 16    an issue where three or four defendants agree with you, then

10:42AM 17    those three or four defendants really don't have to cover that in

10:42AM 18    their oral argument, it seems to me.

10:42AM 19          So maybe you all want to try to coordinate a little

10:42AM 20    bit, but, you know, covering 15 topics is going to be tough.  He

10:42AM 21    just wants to highlight that for you and make sure that you all

10:42AM 22    are focusing on that.

10:42AM 23          Andy, you wanted to say something?

10:42AM 24          MR. LANGAN:  No, I think this may fall into my

10:42AM 25    bailiwick, so I just wanted to assure the Court that the

10:42AM 1    defendants have talked already.  We talked with the PSC about

10:42AM 2    dividing time per bundle, and I think the defendants are -- I am

10:42AM 3    sure there will be a little bit of overlap, but I think, frankly,

10:42AM 4    we're fairly well coordinated.

10:42AM 5              THE COURT:  Good.  Fabulous.  I'll so report.

10:43AM 6              MR. LANGAN:  Time will tell.

10:43AM 7              THE COURT:  Time will tell.

10:43AM 8                   Remember, the court reporter is not a speed court

10:43AM 9    reporter.  Are you, Ms. Pepper?

10:43AM 10             THE COURT REPORTER:  I go as fast as I can.

10:43AM 11             MR. MILLER:  I do suggest plenty of caffeine available.

10:43AM 12             THE COURT:  We have the issue next of what I will call

10:43AM 13   the Weatherbee/Brock transcript.  I read it.  I'm wondering

10:43AM 14   whether the way to skin this cat is to go ahead and stipulate to

10:43AM 15   the authenticity of the transcript.  It is what it is, isn't it?

10:43AM 16             MR. LANGAN:  We're willing to stipulate to the

10:43AM 17   authenticity of the transcript, I think, if that skins the cat.

10:44AM 18             THE COURT:  Come on up, Mr. Herman.

10:44AM 19             MR. HERMAN:  Well, what we had suggested, Your Honor --

10:44AM 20                   Steve Herman for the plaintiffs.

10:44AM 21                   -- was that we might need a little bit more than

10:44AM 22   that because there is at least one, and Mr. Sterbcow could

10:44AM 23   probably speak to this better than I can, but I know that there

10:44AM 24   is at least one extremely critical issue that is revealed in that

10:44AM 25   transcript that is hotly contested.

10:44AM  1          You know, it's one thing to have it in evidence;

10:44AM  2  it's another thing to be able to explore the basis of that and

10:44AM  3  how reliable it is, because our anticipation will be that if we

10:44AM  4  don't get a stipulation as to the truth of the matter asserted,

10:44AM  5  as well as just to the admissibility of the document, the other

10:44AM  6  witnesses from BP, and perhaps their formal corporate position,

10:44AM  7  will be in disagreement with what's stated in that transcript.

10:44AM  8          It seems to me, and what I took from BP's response,

10:45AM  9  is that they really, really didn't want to bring back

10:45AM 10  Mr. Weatherbee.  I'm not really sure why we can't just depose

10:45AM 11  Mr. Brock.  That was one of our three proposals.

10:45AM 12          I know that we're getting a heavy deposition

10:45AM 13  schedule between now and the end of July --

10:45AM 14          THE COURT:  We're going to get to that in a minute.

10:45AM 15          MR. HERMAN:  -- but maybe just the one day with

10:45AM 16  Mr. Brock.

10:45AM 17          THE COURT:  Why do you need Mr. Brock before July 31,

10:45AM 18  number one?

10:45AM 19          MR. HERMAN:  Well, Paul can talk about the technical

10:45AM 20  issues.

10:45AM 21          THE COURT:  Mr. Brock's testimony in that transcript is

10:45AM 22  now admitted to as to authenticity.  He's not going to contest,

10:45AM 23  presumably, what he said.

10:45AM 24          Come on up, Paul.

10:45AM 25          MR. STERBCOW:  Your Honor, if that's the case, and our

10:45AM 1  expert or experts on the issues raised in that transcript can

10:45AM 2  rely on Mr. Brock and not be exposed to somebody cross-examining

10:45AM 3  him and saying, well, you said this in your report, but Mr. Brock

10:46AM 4  said this, or this guy disagrees, or this guy says that, or he's

10:46AM 5  not reliable, whatever it is, that's what Steve is trying to

10:46AM 6  cover.

10:46AM 7       THE COURT:  That may well happen.  There may be another

10:46AM 8  investigator who you haven't deposed -- you've deposed a lot of

10:46AM 9  them --

10:46AM 10      MR. STERBCOW:  We have.

10:46AM 11      THE COURT:  -- who says, oh, I think Mr. Brock was dead

10:46AM 12 wrong.  But it seems to me that your expert can rely on that

10:46AM 13 transcript, which has now been stipulated to as being authentic,

10:46AM 14 in formulating his or her expert report.

10:46AM 15           I'm just not seeing why we need Mr. Brock before

10:46AM 16 July 31.  I'm not going to tell you, you can't ever get

10:46AM 17 Mr. Brock --

10:46AM 18      MR. STERBCOW:  Right.

10:46AM 19      THE COURT:  -- but, unless you can explain why we need

10:46AM 20 it, if we've got a stipulation and, you know, your expert is

10:46AM 21 going to say, I reviewed the transcript of Mr. Brock, and here is

10:46AM 22 what he says, and relying on that, blah, blah, blah, blah, blah.

10:47AM 23      MR. STERBCOW:  Your Honor, frankly, I don't have a

10:47AM 24 problem with that, with the caveat that once we do get Mr. Brock,

10:47AM 25 if Mr. Brock comes in and says, well, I know I said that here,

10:47AM 1    but I meant this, or this means that, or these words don't mean

10:47AM 2    what they say, they mean what I think they mean because this is

10:47AM 3    the way I talk, which we've heard more than once in the past,

10:47AM 4    then we're going to have to have the opportunity to do something

10:47AM 5    about that.  That's all.

10:47AM 6                THE COURT:  Why don't you reserve your right and put

10:47AM 7    Mr. Brock on your wished-for list after July 31; and, you know,

10:47AM 8    how many have we got down for after July 31?

10:47AM 9                THE CLERK:  Only Carmelite's.

10:47AM 10               THE COURT:  No, no, no, we have much more than that.

10:47AM 11               MR. GODWIN:  We have a lot more than that.

10:47AM 12               THE COURT:  We have a long list of after July 31.

10:47AM 13               MR. GODWIN:  We have a lot of them.

10:47AM 14               THE COURT:  Let's add him to that list.

10:47AM 15                   Mike has had a hard week.

10:48AM 16               THE CLERK:  Not as hard as Kat Shea.

10:48AM 17               MR. GODWIN:  Your Honor, we can do Mr. McKay earlier

10:48AM 18   than July 31, and not take up on time after July 31.

10:48AM 19               THE COURT:  Forget it.

10:48AM 20               MR. LANGAN:  This is on the record, right?

10:48AM 21               MR. GODWIN:  I understand, Judge.

10:48AM 22               THE COURT:  Don, I haven't had that hard of a week,

10:48AM 23   okay?

10:48AM 24               MR. GODWIN:  I thought I would float it by you, Judge.

10:48AM 25                   Sorry I was late this morning, Your Honor.  I was

```
10:48AM  1   over at the deposition, and I came in late, and I apologize to
10:48AM  2   the Court.
10:48AM  3              THE COURT:  Not a problem.  Not a problem.
10:48AM  4              Moving right along, Caspian Sea.  I read the two
10:48AM  5   reports.  Here is my first question.  As I understand it, the
10:48AM  6   Caspian Sea well was a gas injection well.  Can you answer that
10:49AM  7   question for me?
10:49AM  8              MR. DUFFY:  Tim Duffy, Your Honor, for BP.
10:49AM  9              I believe that's right.
10:49AM 10              THE COURT:  As I understand it, the DEEPWATER HORIZON
10:49AM 11   was not drilling a gas injection well?
10:49AM 12              MR. DUFFY:  Also correct to my knowledge.
10:49AM 13              THE COURT:  All right.  Got it.
10:49AM 14              I'm sorry, but I just -- I mean, these two reports
10:49AM 15   talk about gas injection well.  They are specific to seismic data
10:49AM 16   for this particular well.  I just can't see running down this
10:49AM 17   rabbit hole, guys.  So I hear you, but let's not do it.  Okay.
10:49AM 18              If you want to appeal it, take it up next door.
10:49AM 19   Judge Barbier will be glad to talk to you.  But I just did not
10:49AM 20   see enough similarities for us to now go open up another
10:49AM 21   investigation and run down that road.
10:50AM 22              So, thank you, that was very good.  Your argument
10:50AM 23   was excellent.
10:50AM 24              MR. DUFFY:  I know when to shut up.
10:50AM 25              THE COURT:  We have Mr. Underhill here.  I was going to
```

10:50AM  1    speak to Sarah.  Is she on the line?

10:50AM  2            MS. HIMMELHOCH:  I am on the line, Your Honor.

10:50AM  3            THE COURT:  Hi, Sarah.  How are you doing?

10:50AM  4            MR. UNDERHILL:  Thank goodness, she is.

10:50AM  5            MS. HIMMELHOCH:  I'm good, Judge.  How are you?

10:50AM  6            THE COURT:  I'm good, thank you.

10:50AM  7            How do we stand on finishing up the issues you were

10:50AM  8    working on?

10:50AM  9            MS. HIMMELHOCH:  Judge Barbier entered two of the three

10:50AM 10    orders that we were working on, so the common interest privilege

10:50AM 11    order and the confidential information produced by the US order

10:50AM 12    are now in place.

10:50AM 13            With respect to the settlement communications

10:50AM 14    order, we're just waiting for some additional comments from BP.

10:50AM 15    I will then recirculate to all of the parties and, if I get no

10:50AM 16    further objections, will submit it to Judge Barbier for entry.

10:50AM 17            So, on the things I've already told you about, we

10:50AM 18    are progressing well.

10:50AM 19            There is one issue just bubbling up on the horizon

10:51AM 20    I want to let you know about and let you know we're working hard

10:51AM 21    to resolve, and that is some dispute among the parties about how

10:51AM 22    to handle samples and materials gathered both during the response

10:51AM 23    activity and now as the various parties are investigating their

10:51AM 24    claims related to environmental damage.

10:51AM 25            So, as I said, we're working hard.  Anadarko has

10:51AM  1    some real concerns that they've expressed to us about how we're

10:51AM  2    storing our samples and how long we're preserving them.  We

10:51AM  3    disagree with their concerns.  We hope to work it out.

10:51AM  4         We also have some issues related to how we're

10:51AM  5    handling the carcasses of animals that are stranded in the Gulf

10:51AM  6    region.  Again, we're working hard to get the appropriate

10:51AM  7    information to the parties who are concerned and to work that

10:51AM  8    out, but it is possible that in the near future we will be

10:51AM  9    bringing some of those issues to your attention.

10:51AM 10         THE COURT:  Okay, good enough.  Thanks for the heads-up

10:52AM 11    on that.  Hopefully, you'll get your settlement communication

10:52AM 12    issue taken care of this week, right?

10:52AM 13         MS. HIMMELHOCH:  I don't believe it's very

10:52AM 14    controversial.  I think, that one, BP just had some language they

10:52AM 15    wanted to get to us, and they just weren't able to get it to us

10:52AM 16    yet; but, from what they've told me about it, I don't expect it

10:52AM 17    to be a long, drawn-out affair.

10:52AM 18         THE COURT:  Good, good.  Thank you so much.

10:52AM 19         MR. UNDERHILL:  Did I answer all of your questions,

10:52AM 20    Your Honor?

10:52AM 21         THE COURT:  You did.  Great job, Mike.  Thank you.

10:52AM 22         MR. UNDERHILL:  I want to note that I -- even fewer

10:52AM 23    words than Mr. Duffy.

10:52AM 24         THE COURT:  Now, there is more words.  Mr. Duffy is the

10:52AM 25    clear winner on that one.

10:52AM   1          Let's see, we were supposed to follow up, PSC, with

10:52AM   2    counsel for Mr. Morel and Mr. Hafle to secure dates in July for

10:52AM   3    their deposition.

10:52AM   4          MR. STERBCOW:  Your Honor, I spoke to both.  Mr. Hafle's

10:53AM   5    counsel gave me July 21, 22 or 25 at this point, with the caveat

10:53AM   6    that he hasn't had a chance to talk to Hafle directly, but those

10:53AM   7    are the three dates he's given me to report this morning.

10:53AM   8          THE COURT:  What's your preference?

10:53AM   9          MR. STERBCOW:  22 is open.  Let's do 22.

10:53AM  10          THE COURT:  Let's do 22.  Why don't you beg him to book

10:53AM  11    it on the 22nd.  We'll put it down as tentative subject to

10:53AM  12    confirmation.

10:53AM  13          MR. STERBCOW:  In terms of Mr. Morel --

10:53AM  14          THE COURT:  Hold on, hold on.  Are these guys

10:53AM  15    possible -- these guys might possibly go for two days, right?

10:53AM  16          MR. STERBCOW:  Oh, yes.

10:53AM  17          MR. MAZE:  21, 22.

10:53AM  18          MR. STERBCOW:  21, 22.  Really, Your Honor, we may as

10:53AM  19    well do it for both.  Mr. Morel, I've got 18, 19, 21, 22, but

10:54AM  20    none of that is definite either.

10:54AM  21          What happened to him, Mr. Morel's counsel, I think,

10:54AM  22    is now involved in the World Bank fellow's issues, and he was

10:54AM  23    very difficult to get on the phone the last 72 hours, to say the

10:54AM  24    least.

10:54AM  25          THE COURT:  Let's put him down.  You want to do the same

10:54AM  1    dates, 20, 21?

10:54AM  2            MR. STERBCOW:  I say let's put them both down for the

10:54AM  3    same date, and I'll confirm it this coming week.

10:54AM  4            THE COURT:  That will be great.  We'll put it down

10:54AM  5    subject to confirmation.  Thanks, Paul.

10:54AM  6            Deb, you were supposed to prepare a proposed

10:54AM  7    standard invocation of the Fifth Amendment.  How are you coming

10:54AM  8    on that?

10:54AM  9            MS. KUCHLER:  I win the she didn't do her assignment yet

10:54AM 10    award for today.  I asked about a deadline last week and --

10:54AM 11            THE COURT:  -- and I said, well, you know, take your

10:54AM 12    time.

10:54AM 13            MS. KUCHLER:  Well, I did.  So I will make sure to get

10:54AM 14    it done by next Friday, Judge.  I'm sorry.

10:54AM 15            THE COURT:  I remember that.  I was going to suggest

10:55AM 16    drinks at the Swizzle Stick, but I guess I did tell you to take

10:55AM 17    your time.

10:55AM 18            MS. KUCHLER:  But, you know what, I don't mind even

10:55AM 19    paying for drinks at the Swizzle Stick.  We all need a drink.

10:55AM 20            THE COURT:  We really do need to pick a Friday and head

10:55AM 21    over there.  I'm serious about that.

10:55AM 22            MS. KUCHLER:  We do.

10:55AM 23            THE COURT:  I know Andy wants to go home, so we'll let

10:55AM 24    him go home, but --

10:55AM 25            MR. HAYCRAFT:  He hasn't violated the -- either.

10:55AM  1          THE COURT:  We really do need to do that.  Next week is

10:55AM  2  going to be too busy to pick a date, but let's look into July,

10:55AM  3  when it's hot as hell and we're all wearing our seersucker suits,

10:55AM  4  and let's hightail it down to the Swizzle Stick in the late

10:55AM  5  afternoon.

10:55AM  6          MS. KUCHLER:  That sounds good.  Next week, I will not

10:55AM  7  say the dog ate my homework.  I will have it to you by next week.

10:55AM  8          THE COURT:  What I was going to suggest, Andy, is you

10:55AM  9  can participate by phone.

10:55AM 10          MR. LANGAN:  Very good, Your Honor.

10:55AM 11          THE COURT:  Okay?

10:55AM 12          MR. LANGAN:  Very good.

10:55AM 13          THE COURT:  Mr. Herman, you're back.

10:56AM 14          MR. HERMAN:  Steve Herman for the plaintiffs.

10:56AM 15          Attempting not to beat a dead horse too hard, but a

10:56AM 16  modest proposal, if I may.  What if we had the document, we

10:56AM 17  agreed to --

10:56AM 18          THE COURT:  We're back at the Caspian Sea?

10:56AM 19          MR. HERMAN:  Yes, Your Honor.

10:56AM 20          -- agreed to keep it segregated, highly

10:56AM 21  confidential and all that stuff.  We'll even put it in an

10:56AM 22  envelope, show it to one expert.  We can't use it in the

10:56AM 23  deposition, we can't use it at anything unless and until we make

10:56AM 24  a showing, a factual showing with an affidavit from an expert,

10:56AM 25  that there is some relevance.

10:56AM 1        THE COURT:  I'm trying to save you from yourself.

10:56AM 2           Mr. Duffy, do you want to comment?

10:56AM 3      MR. DUFFY:  Your Honor, Tim Duffy for BP.

10:56AM 4        I have no doubt that somebody can find some

10:57AM 5  tangential relevance.  It's an oil well, it's in the water, it's

10:57AM 6  BP; done.  So I think that's a waste of, respectfully, PSC's

10:57AM 7  time, and it's certainly a waste of our time to continue to deal

10:57AM 8  with this.

10:57AM 9        When you weigh the scope of discovery issue that

10:57AM 10  Your Honor is doing her best to police, and the issue that's all

10:57AM 11  confronting this, versus whatever marginal argument some expert

10:57AM 12  can come up with, it's never going to overcome the burden.

10:57AM 13      MR. HERMAN:  Steve Herman for the plaintiffs.

10:57AM 14        That might be the case, Your Honor, but, you know,

10:57AM 15  it's not a privileged document, as we understand it, and it's

10:57AM 16  been submitted in camera.  It seems to us that the decision

10:57AM 17  should be made based upon an evidentiary record.

10:57AM 18        You know, we really don't see the harm.  We would

10:57AM 19  have to come back to the Court, and if, based on our -- maybe the

10:57AM 20  expert says, look, you guys are barking up the wrong tree, we

10:58AM 21  don't want to waste time barking up the wrong tree.  Maybe the

10:58AM 22  expert finding we would disagree with.  We would still have to

10:58AM 23  come back to the Court before wasting any deposition time.

10:58AM 24        I really don't see the prejudice.  If this is

10:58AM 25  something that we would like to waste a few hours and a few hours

10:58AM 1  of our expert's time dealing with, I really don't see the harm.

10:58AM 2          You know, it's not a situation where you have a

10:58AM 3  privilege -- a privilege issue where you submit it in camera and

10:58AM 4  we accept that.  This is a little bit of a different issue.  It's

10:58AM 5  clearly not an undue burden.  They have the document.  They could

10:58AM 6  easily hand it to us.

10:58AM 7          THE COURT:  I have the document, right.

10:58AM 8          MR. HERMAN:  So that would be our argument.

10:58AM 9          THE COURT:  Come on up.

10:58AM 10         MR. FITCH:  Judge, Tony Fitch.

10:58AM 11         I'm concerned that this issue about the Caspian Sea

10:58AM 12 incident has become too narrow too quickly to these two

10:58AM 13 documents.  I thought that where we started out with this is that

10:58AM 14 we have process safety concerns in this case.  That is a major

10:58AM 15 theme in this case.  I'm not carrying the plaintiff's water, I'm

10:59AM 16 carrying my own water, but that is a concern in this case crucial

10:59AM 17 to some defenses that my client has.

10:59AM 18         Process safety issues aren't limited

10:59AM 19 geographically.  That's not a commonality to them.  Commonality

10:59AM 20 of the process safety issue is why do catastrophes happen, and

10:59AM 21 what causes them to happen, and why do they keep happening to

10:59AM 22 this company.

10:59AM 23         Process safety analysis and catastrophe incident

10:59AM 24 investigations are -- by their very nature, they have to be

10:59AM 25 corporate wide, corporate wide issues, they raise corporate wide

10:59AM   1   history issues.

10:59AM   2              This company itself has said repeatedly that, for

10:59AM   3   example, the Texas City incident is leading us to a frank and

10:59AM   4   thorough examination of BP's global approach, global approach to

11:00AM   5   safety.  They are repeated.  That's the best I'm offered.

11:00AM   6   Hayward has said that, "My enduring priorities are continuing

11:00AM   7   improvement in the safety of our operations all around the world

11:00AM   8   and across the group."

11:00AM   9              So I'm concerned that we don't know enough at this

11:00AM  10   very moment about what other reports there are, if any, that

11:00AM  11   relate to the process safety issues that some parties in this

11:00AM  12   case are trying to raise.

11:00AM  13              So I ask you not to foreclose this Caspian Sea

11:00AM  14   aspect just on the basis of these two narrow documents, but to

11:00AM  15   ask BP, are there -- to allow us to ask BP, are there other

11:00AM  16   documents, other investigations that were done that inform a

11:00AM  17   reader of the process safety approaches that this company has

11:00AM  18   taken, said it was going to take, may or may not have taken, that

11:00AM  19   apply ultimately around the world, including Macondo.

11:01AM  20         THE COURT:  I'm sympathetic.  I really am sympathetic,

11:01AM  21   but we've got so much on our plate that a request for

11:01AM  22   investigative reports and the processes worldwide is not going to

11:01AM  23   happen.  We just don't have time for it.

11:01AM  24              We have got a list of, I think, 400 people that we

11:01AM  25   need to start tackling as witnesses.  Those are 400 people that

11:01AM 1    are involved in the DEEPWATER HORIZON event and its aftermath.  I

11:01AM 2    just can't do it.

11:01AM 3              So, I hear you, but let's not propound a request

11:01AM 4    for production of documents on that.  I think we just can't get

11:01AM 5    there.  We don't have the time to do it.

11:01AM 6              Tim, do you want to comment on the two reports that

11:02AM 7    I've reviewed and whether or not we should give it to them for a

11:02AM 8    peek?

11:02AM 9          MR. DUFFY:  Yes, Your Honor.

11:02AM 10             First of all, let me address Mr. Fitch's comments

11:02AM 11   first.  To call the Caspian Sea a catastrophe on the order of the

11:02AM 12   DEEPWATER HORIZON is very inaccurate.  There was no injury; there

11:02AM 13   was no oil spill.  So it may have been -- and the catastrophe we

11:02AM 14   read about in the public documents is that the Azerbaijani

11:02AM 15   government lost some oil revenue when the field was shut down.

11:02AM 16   That was the catastrophe.

11:02AM 17             This is not just arbitrary geography limit,

11:02AM 18   Your Honor.  It's the business unit that had responsibility for

11:02AM 19   the Gulf of Mexico.  Your Honor has wisely limited discovery to

11:02AM 20   that unit.  Things that are generally applicable in terms of

11:02AM 21   safety to the Gulf of Mexico unit are being produced, are the

11:02AM 22   subject of discovery.

11:02AM 23             There is no arbitrary line drawing.  We're just not

11:03AM 24   going to other parts of the world, other segments of the company,

11:03AM 25   in what are admittedly fishing expeditions for other safety

11:03AM 1    issues.

11:03AM 2            Any company that's engaged in drilling wells the

11:03AM 3    world over is going to have incidents and accidents.  If there is

11:03AM 4    something that was right on point, sure; but, as Your Honor has

11:03AM 5    seen, this is quite different.

11:03AM 6            This is sort of the death by a thousand cuts,

11:03AM 7    Your Honor, in terms of producing the documents, or let us just

11:03AM 8    take a look, or let us just have another argument, let us just

11:03AM 9    show them to the Court.  Oh, it's no burden, look, they came up

11:03AM 10   with the documents.

11:03AM 11           Well, he doesn't know how much time I had to spend

11:03AM 12   on the phone or how many people I had to bug and take away from

11:03AM 13   other things.  If we do that again, then we're going to get an

11:03AM 14   expert report, then we're going to have to have somebody review

11:03AM 15   it.  There's going to be another submission, another argument.  I

11:03AM 16   just think it's -- you know, if we had all of the time in the

11:03AM 17   world and all of the resources, fine, but we don't.

11:03AM 18        THE COURT:  That's kind of how I look at it.

11:03AM 19           Steve, I guess you make a point that if you want to

11:03AM 20   appeal my ruling to Judge Barbier, you probably need to see the

11:04AM 21   reports to see if you want to appeal.  So who do you want to

11:04AM 22   designate as the person who will review the report and appeal to

11:04AM 23   Judge Barbier?

11:04AM 24           I find that the reports are not relevant and are

11:04AM 25   not likely to lead to the discovery of relevant information, and

11:04AM  1   so that's the ruling.  Now, who wants to look at the report and

11:04AM  2   decide whether you want to appeal the ruling?  Paul?

11:04AM  3            MR. STERBCOW:  Well, a group.

11:04AM  4            MR. HERMAN:  Can we limit it to the four of us?

11:04AM  5            THE COURT:  Name of an individual.

11:04AM  6            MR. HERMAN:  Mr. Herman, Mr. Sterbcow, Mr. Roy and

11:04AM  7   Mr. Irpino.

11:04AM  8            THE COURT:  Any objection?  And not going to the expert.

11:04AM  9            MR. HERMAN:  Correct.  Understood.

11:04AM 10            THE COURT:  Review it, decide if you want to appeal my

11:04AM 11   ruling.  If you want to appeal my ruling --

11:04AM 12            MR. LANGAN:  Do we get a peremptory challenge on one of

11:05AM 13   those four?

11:05AM 14            THE COURT:  Who would you like to strike from that list,

11:05AM 15   Andy?

11:05AM 16            MR. LANGAN:  That's okay.  I think that's fine.

11:05AM 17            THE COURT:  I think that's fine.  If you decide you want

11:05AM 18   to appeal the ruling, you will advise us, and we will file them

11:05AM 19   in camera -- I'm sorry, under seal for the record.

11:05AM 20            As a matter of fact, I think we're going to go

11:05AM 21   ahead and file them under seal because we've ruled and you all

11:05AM 22   don't like my ruling.

11:05AM 23            THE CLERK:  So we'll file them under seal, and I'll

11:05AM 24   e-mail Steve the two reports.

11:05AM 25            MR. HERMAN:  We'll keep them segregated, just as we

11:05AM  1    would a clawback privileged document.

11:05AM  2              MR. DUFFY:  I would rather, Your Honor --

11:05AM  3              MR. HERMAN:  Just the four of us?

11:05AM  4              MR. DUFFY:  -- just to limit the e-mail traffic and the

11:05AM  5    multiplicity of digital transmissions and copies, I can hand them

11:05AM  6    a paper copy, and that can be their copy?

11:05AM  7              THE COURT:  Fine.

11:05AM  8              MR. HERMAN:  Thank you.

11:05AM  9              MR. MEADE:  Your Honor, this is John Alden Meade for the

11:05AM 10    derivative plaintiffs.  If I can just briefly address our

11:05AM 11    perspective on that issue, if you don't mind.

11:05AM 12              THE COURT:  I don't mind.

11:06AM 13              MR. MEADE:  I'm sorry I'm not there today.  I didn't

11:06AM 14    expect anything to come up.  But I would put the question to BP

11:06AM 15    whether or not they would want to include on this particular

11:06AM 16    piece of discovery the derivative plaintiffs or not.

11:06AM 17              We can address it later in our case, of course, but

11:06AM 18    to the extent we're coordinating discovery, that certainly sounds

11:06AM 19    like a document that's probably most relevant to our case.

11:06AM 20              THE COURT:  Well, I think that's interesting since I

11:06AM 21    found it not relevant and not likely to lead to the discovery of

11:06AM 22    admissible evidence; but, okay.

11:06AM 23              MR. MEADE:  I understood that with respect to the

11:06AM 24    2179 case.  I didn't know if you had meant that with respect

11:06AM 25    to --

11:06AM 1          THE COURT:  No, I don't have jurisdiction over your

11:06AM 2    case, so I did not mean that.

11:06AM 3          MR. MEADE:  Right, I understand.  So I thought that I

11:06AM 4    would just mention this briefly.  I realize it's probably more

11:06AM 5    BP's prerogative, but just to see what their position on it would

11:07AM 6    be, whether we'd have to get it now or seek to have it reproduced

11:07AM 7    later in our case.

11:07AM 8          MR. DUFFY:  I think our position is that we will give it

11:07AM 9    to these four folks, and that's it for now.

11:07AM 10          THE COURT:  Okay.  So the answer is no.  They want to

11:07AM 11    just go with the PSC.  If the PSC decides to appeal it and

11:07AM 12    Judge Barbier agrees with them, then it will be filed of record

11:07AM 13    and be part of this litigation discovery and will be disseminated

11:07AM 14    to everybody.

11:07AM 15          MR. MEADE:  Thank you, Your Honor.

11:07AM 16          THE COURT:  Andy, I think you're up next.  We want to

11:07AM 17    talk about some 30(b)(6) designees.

11:07AM 18               First up is Mr. Jassal, J-A-S-S-A-L.

11:07AM 19          MR. LANGAN:  Yes.  July 21st in New Orleans.

11:07AM 20               Your Honor, at some point while I have the podium,

11:08AM 21    there are a couple of other scheduling issues.  I'm at your

11:08AM 22    pleasure about how you want to proceed.

11:08AM 23          THE COURT:  We'll cover you.

11:08AM 24               Next up is Mike Byrd, B-Y-R-D.  We were looking to

11:08AM 25    see if he was available for either July 13 or 15, in addition to

11:08AM 1   July 14.

11:08AM 2           MR. LANGAN:  The answer is, is if Your Honor is going to

11:08AM 3   require a second day, which I think is a broader issue --

11:08AM 4           THE COURT:  Yes.

11:08AM 5           MR. LANGAN:  -- July 13 would be available.

11:08AM 6           THE COURT:  Okay.  Now, let's cover that broader issue.

11:08AM 7   Remind me again, if you can, Andy, if you've got them memorized,

11:08AM 8   what these topics cover.

11:08AM 9           MR. LANGAN:  All the BOP stuff.

11:08AM 10          THE COURT:  All the BOP stuff.

11:08AM 11          MR. LANGAN:  The BOP 30(b)(6) designations, of which I

11:08AM 12  believe there are five or six.

11:08AM 13          THE COURT:  Right.  So 22 through 26, plus topic 13 --

11:08AM 14          MR. LANGAN:  -- I think are all BOP.

11:08AM 15          THE COURT:  Why don't we err on the side of caution and

11:09AM 16  start him on the 13th, with the hope that it will only take one

11:09AM 17  day.

11:09AM 18          MR. LANGAN:  We can do that.  I think the issue was

11:09AM 19  Cameron had put him on their list of people they wanted to depose

11:09AM 20  as a fact witness, and that brings up the issue of what are we

11:09AM 21  going to do with the 35 similar requests.

11:09AM 22          THE COURT:  It does raise -- that raises an issue.

11:09AM 23          MR. LANGAN:  That's what I meant by the broader issue.

11:09AM 24          THE COURT:  What I wanted to do today is first see what

11:09AM 25  we can schedule out of our outstanding list, and then take a step

11:09AM 1  back and look and see if we have anything left on the June/July

11:09AM 2  calendar, because that's going to drive those 30 witnesses and

11:09AM 3  how we select them.

11:09AM 4       MR. LANGAN:  I understand.  I have some thoughts about

11:09AM 5  that when we get there.

11:09AM 6       THE COURT:  Good, okay.  I'm looking for some thoughts.

11:09AM 7       MR. LANGAN:  Okay.

11:09AM 8       THE COURT:  I don't have any bright ones.

11:09AM 9       Next up was Albertin, A-L-B-E-R-T-I-N.

11:09AM 10      MR. LANGAN:  Yes, Your Honor.  We have some flexibility

11:10AM 11 between July 12 through 15, so we could pick some days in there

11:10AM 12 where Mr. Albertin would be available.

11:10AM 13      THE COURT:  Paul, do you want to call that one?

11:10AM 14      MR. STERBCOW:  July 12.

11:10AM 15      THE COURT:  July 12.

11:10AM 16      Do you think he's going to be a one-day deponent?

11:10AM 17 The answer should be yes.

11:10AM 18      MR. STERBCOW:  My counsel, Mr. Underhill, said no.

11:10AM 19      MR. UNDERHILL:  He ratted me out.

11:10AM 20      THE COURT:  Let's go for 12 and 13.

11:10AM 21      MR. STERBCOW:  We better put him for two, Your Honor.

11:10AM 22      THE COURT:  Now, have we heard anything about

11:11AM 23 Mr. Inglis?

11:11AM 24      MR. LANGAN:  Yes, Your Honor.  That was one of the

11:11AM 25 points I wanted to make.

11:11AM 1           Your Honor, his situation has not changed; that is,

11:11AM 2    if Your Honor will recall, his personal counsel has a trial that

11:11AM 3    is still going to go through the beginning of July.  So, as a

11:11AM 4    backup, the dates we have are July 21 and 22.  Popular, I know

11:11AM 5    they were just put up there for Hafle and Morel, but that's what

11:11AM 6    we have to write down for Mr. Inglis.

11:11AM 7           To be perfectly candid, that's a UK dep.  I know

11:11AM 8    it's out of our UK track, but I have no bright ideas other than

11:11AM 9    to offer those dates.

11:11AM 10          THE COURT:  I don't know what to say about that other

11:11AM 11   than let's put him down tentatively for July 21, 22.  I don't

11:11AM 12   know enough about continuances of trials --

11:11AM 13          MR. LANGAN:  I can pledge that if the other trial goes

11:11AM 14   away or changes and everything, we will come back to Your Honor

11:11AM 15   and the PSC and see what we can do.  I mean, I have no problem

11:12AM 16   with that.

11:12AM 17          THE COURT:  Guys, I don't know.  I mean, I don't know

11:12AM 18   whether you want to consider perhaps a video conference

11:12AM 19   deposition.

11:12AM 20          Mr. Sterbcow is nodding his head no.  So I guess

11:12AM 21   we'll be going back to the United Kingdom in July.

11:12AM 22          MR. LANGAN:  That's I-N-G-L-I-S.

11:12AM 23          THE COURT:  Yes, I-N-G-L-I-S.  Thanks, Andy.

11:12AM 24          MR. LANGAN:  Your Honor, while I have the podium, may I

11:12AM 25   talk about a couple of other scheduling things?

11:12AM  1          THE COURT:  People who are already down?

11:12AM  2          MR. LANGAN:  Yes.  Also, some US witnesses and stuff --

11:12AM  3          THE COURT:  Well --

11:12AM  4          MR. LANGAN:  -- that I talked to Mr. Underhill about --

11:12AM  5          THE COURT:  Sure.

11:12AM  6          MR. LANGAN:  -- that were on the old list.

11:12AM  7          THE COURT:  Are we changing dates?

11:12AM  8          MR. LANGAN:  I may have a date change or two to propose,

11:12AM  9  but may I start with new dates to put on the calendar for the

11:12AM 10  first time?

11:13AM 11          THE COURT:  You bet.

11:13AM 12          MR. LANGAN:  You'll recall, going back to the end of

11:13AM 13  March, we asked for four pre-April 20th MMS, United States of

11:13AM 14  America type witnesses.  We got Mr. Patton scheduled, and

11:13AM 15  Mr. Underhill has now been kind enough to give us a couple more.

11:13AM 16          Mr. Saucier, S-A-U-C-I-E-R, July 27 and 28.

11:13AM 17          MR. YORK:  What's the first name?

11:13AM 18          MR. HAYCRAFT:  Mike.

11:13AM 19          MR. LANGAN:  S-A-U-C-I-E-R, July 27 and 28.

11:13AM 20          THE COURT:  Those aren't busy days.

11:13AM 21          MR. LANGAN:  Mr. Eric Neal, N-E-A-L, the ever popular

11:13AM 22  July 21 and July 22.

11:13AM 23          MR. MILLER:  You're going to need a bigger calendar.

11:13AM 24          MR. LANGAN:  Mr. Robert Neal is still to be determined.

11:13AM 25  I know Mr. Underhill and his colleagues are working on that.

80

11:14AM 1          THE COURT:  Spelled the same way, N-E-A-L?

11:14AM 2          MR. LANGAN:  It is.  I, frankly, don't know if related,

11:14AM 3   not related, I don't know.

11:14AM 4          MR. UNDERHILL:  Related.  It's related.

11:14AM 5          UNIDENTIFIED SPEAKER:  The date for the second Neal?

11:14AM 6          MR. LANGAN:  Robert Neal, we don't know yet.  They're

11:14AM 7   still working on it.

11:14AM 8          THE COURT:  That's still up in the air.

11:14AM 9          MR. LANGAN:  Now, Your Honor, I have, I will assure you,

11:14AM 10  made it absolutely clear to our team your admonition about date

11:14AM 11  changes are anathema, so I approach the following with some

11:14AM 12  trepidation.

11:14AM 13         Kevin Kennelly, K-E-N-N-E-L-L-Y, is down for

11:14AM 14  June 16.  He, I am told, has an overseas trip to Greece, and we

11:14AM 15  were wondering if he could be scheduled the week of June 27.

11:14AM 16         In making this request, I want to add this very

11:14AM 17  important point.  He is a Source Control witness.  He's not even

11:14AM 18  necessarily a phase one.  Kennelly, June 16.  So some day the

11:14AM 19  week of June 27, could we do it, possibly, with the Court's

11:15AM 20  permission?

11:15AM 21         THE COURT:  That's a very open week.

11:15AM 22         MR. LANGAN:  Well, you just took Inglis off.

11:15AM 23         THE COURT:  Yes, we did.  Okay, let's pick a date.  Do

11:15AM 24  you want to go for --

11:15AM 25         MR. MAZE:  We've got four each day, so let's say 29.

11:15AM  1          MR. LANGAN:  June 29.

11:15AM  2              This is a 30(b)(6) for a couple of topics, so I

11:15AM  3  think it's, you know, one day.  That's what it was before.

11:15AM  4          THE COURT:  We had it down for one day before, so --

11:15AM  5          MR. LANGAN:  Right.

11:15AM  6          THE COURT:  Okay.  Do you want to go for June 29, Paul?

11:15AM  7          MR. STERBCOW:  That's fine, Your Honor.

11:15AM  8          MS. KUCHLER:  Can I ask a question on that?  Is the plan

11:15AM  9  to have another round of UK depositions on Source Control,

11:15AM  10  because, if so, can't we move him into the next phase of

11:15AM  11  discovery?

11:15AM  12          MR. LANGAN:  Too soon to tell, I think.

11:16AM  13          THE COURT:  I don't know the answer to that.  I mean, if

11:16AM  14  he's really only phase two.

11:16AM  15          MR. LANGAN:  Kennelly is New Orleans, if that's the

11:16AM  16  issue.

11:16AM  17          THE COURT:  Kennelly is New Orleans.

11:16AM  18              What else have you got today?

11:16AM  19          MR. LANGAN:  Your Honor, Mr. David Rich, May 31, June 1,

11:16AM  20  we were -- we have an appeal from him and his counsel to do it

11:16AM  21  June 1 and June 2 instead, so we're talking about a one-day move.

11:16AM  22          THE COURT:  All right.  So when would he start?

11:16AM  23          MR. LANGAN:  June 1 and June 2, instead of May 31 and

11:16AM  24  June 1.

11:16AM  25          THE COURT:  Alan doesn't like that.

11:16AM 1          MR. YORK:  Judge, Alan York for Halliburton.

11:16AM 2              I understand, honestly, the need for scheduling

11:16AM 3      these witnesses; but, at this point, that's the time that we're

11:17AM 4      starting to travel to London, and Mr. Rich is one that Mr. Godwin

11:17AM 5      is taking, scheduled for the 31st and the 1st.  We leave on the

11:17AM 6      2nd in order to be there for the dry run on the 3rd in London.

11:17AM 7              So while we would love to be accommodating, I mean,

11:17AM 8      these reschedules for the month of June when we're already

11:17AM 9      scheduling travel --

11:17AM 10         THE COURT:  Andy, do you think we can go earlier in May?

11:17AM 11     I know where we are, but --

11:17AM 12         MR. LANGAN:  I have no idea about that, Your Honor.

11:17AM 13         THE COURT:  Of course, that's next week, isn't it?  Look

11:17AM 14     at me.  That's next week.

11:17AM 15         MR. LANGAN:  Maybe Mr. Godwin can do his questions on

11:17AM 16     the 1st.  I mean, there has got to be a way to work around this,

11:17AM 17     keeping in mind our principle that it's the witness'

11:17AM 18     availability.

11:17AM 19         THE COURT:  I understand that.  I'm just trying to

11:17AM 20     figure out logistically.

11:17AM 21             Don, are you going to be in New Orleans on the 1st?

11:17AM 22     You were planning on it, right?

11:17AM 23         MR. GODWIN:  Yes, Your Honor, I'll be here the 1st.  I'm

11:18AM 24     going to leave on the 2nd to go to London.

11:18AM 25         THE COURT:  Does the PSC have the same problem; or, is

11:18AM  1   somebody taking Mr. Rich's deposition here in New Orleans while

11:18AM  2   others go to London?

11:18AM  3           MR. STERBCOW:  Your Honor, we're okay.  We'll have

11:18AM  4   somebody here while others go to London for that first week.

11:18AM  5           THE COURT:  Would you have any objection to Mr. Godwin

11:18AM  6   going first on Mr. Rich?

11:18AM  7           MR. GODWIN:  Or sometime during the day on the 1st,

11:18AM  8   Judge, would be fine by me.  If I could even follow the PSC, that

11:18AM  9   would be fine, even.

11:18AM 10           MR. STERBCOW:  That's fine.

11:18AM 11           THE COURT:  He doesn't have to go first; just, at some

11:18AM 12   point, let Don get his questions in on the first day of the

11:18AM 13   deposition.

11:18AM 14           MR. STERBCOW:  No problem.

11:18AM 15           MR. GODWIN:  That's fine, Judge.

11:18AM 16           MR. LANGAN:  Thanks, Counsel.  Thank you, Your Honor.

11:18AM 17   That's a big help.

11:18AM 18           Let me just flip through my notes here, Your Honor.

11:18AM 19   I think that's -- oh, it's not a scheduling thing, but, before I

11:18AM 20   forget, I have been asked to ask Your Honor for an agenda item

11:19AM 21   for next Thursday afternoon, and it has to do with the insurance

11:19AM 22   coverage cases.  Maybe Mr. Miller can talk about this, as well.

11:19AM 23           I understand there is a need by both the carriers,

11:19AM 24   Transocean and BP for some assistance from Your Honor on a couple

11:19AM 25   remaining issues about a CMO.  So there are going to be

11:19AM 1   submissions in advance; but, if Your Honor would be willing to

11:19AM 2   hear that --

11:19AM 3            THE COURT:  Sure.

11:19AM 4            MR. LANGAN:  -- as part of next Thursday's conference,

11:19AM 5   that would be appreciated.

11:19AM 6            THE COURT:  Consider it done.

11:19AM 7            MR. LANGAN:  Thank you.

11:19AM 8            THE COURT:  Let me know what the issues are.

11:19AM 9            MR. LANGAN:  There will be an advance submission.

11:19AM 10           If you just bear with me, I'll check my notes.

11:19AM 11           THE COURT:  That's okay.  Yes, I've got some notes here

11:19AM 12  for you, as well.

11:19AM 13           MR. LANGAN:  That's all for me right now, Your Honor.

11:19AM 14           THE COURT:  How about Mr. Sneddon; do you all still want

11:19AM 15  Mr. Sneddon?

11:19AM 16           MR. LANGAN:  I have asked that question.  I have not

11:19AM 17  determined any need.  So at this point --

11:20AM 18           THE COURT:  Sign off.

11:20AM 19           MR. LANGAN:  Yes.

11:20AM 20           THE COURT:  All right.

11:20AM 21           MR. LANGAN:  Right.  We don't know.  Okay.

11:20AM 22           We don't see -- we're not aware of any need.

11:20AM 23           THE COURT:  Take Mr. Sneddon off your list.

11:20AM 24           Andy, I think you're done.

11:20AM 25           MR. LANGAN:  Unless you want me to cover Mr. Lindner.

11:20AM 1          THE COURT:  Let's go ahead.  Lindner.

11:20AM 2          MR. LANGAN:  Page 12, your Item 16, Witness 130.

11:20AM 3          THE COURT:  Thank you, I see him.

11:20AM 4          MR. LANGAN:  So, Your Honor, we did go back to

11:20AM 5   Mr. Buzbee's office, presented the idea, what about the 11th and

11:20AM 6   12th.  Counsel --

11:20AM 7          THE COURT:  Of July, yes.

11:20AM 8          MR. LANGAN:  Correct.  Counsel's problem is they are

11:20AM 9   tendering another witness from their office on the 11th and 12th,

11:20AM 10  and there is, like, one guy trying to do both.

11:20AM 11         He did say Lindner could be produced on July 14 and

11:20AM 12  15, instead of 13 and 14, if we as a group thought that helped.

11:21AM 13         THE COURT:  I think that helps.  Don't you all think it

11:21AM 14  helps?

11:21AM 15         MR. UNDERHILL:  Yes.

11:21AM 16         MR. LANGAN:  So we can make that move to July 14 and 15,

11:21AM 17  if Your Honor --

11:21AM 18         THE COURT:  Let's do it, and let's confirm it.  14 and

11:21AM 19  15 for Leo Lindner, L-I-N-D-N-E-R.

11:21AM 20         Thank Mr. Buzbee for us.  Great.  That's no longer

11:21AM 21  tentative.

11:21AM 22         MR. LANGAN:  Thank you, Your Honor.

11:21AM 23         THE COURT:  Thanks.  I appreciate it, Andy.

11:21AM 24         All right.  We're going to turn our attention to

11:21AM 25  Halliburton and John Wright, with Boots & Coots.

86

11:21AM 1          MR. GODWIN:  Yes, Your Honor.

11:21AM 2          THE COURT:  Who came up with that name?

11:21AM 3          MR. GODWIN:  Boots & Coots.  Those were men that used to

11:21AM 4   work for Red Adair, Your Honor, years ago.  They left him, and

11:21AM 5   when they did, they formed their own company, as you probably

11:21AM 6   know.

11:21AM 7          THE COURT:  Yes.

11:22AM 8          MR. GODWIN:  Mr. John Wright is represented by

11:22AM 9   Mr. Kurt Arbuckle in Houston, and Mr. Arbuckle tells us that he

11:22AM 10  is unwilling to schedule a deposition at this point until we work

11:22AM 11  out Mr. Wright's fee, and Mr. Wright's daily fee is $8,000 a day.

11:22AM 12          He wants to know what our positions -- whoever is

11:22AM 13  making the decision, the decision is about that before we get --

11:22AM 14  before we schedule it, and I said we would pass it along to the

11:22AM 15  Court.

11:22AM 16         THE COURT:  Well, thank you.

11:22AM 17         MR. GODWIN:  Well, you said you had an easy week.

11:22AM 18         THE COURT:  Is that his normal fee?

11:22AM 19         MR. GODWIN:  He says it is, Your Honor.  He said that's

11:22AM 20  what he was paid by BP when he did the work for them.  That's

11:22AM 21  what Mr. Arbuckle said, that BP paid him $8,000 a day for the

11:22AM 22  work that he did.  Whether it's accurate or not, I don't know.

11:22AM 23  That's just what we were told.

11:22AM 24          He was not divulging anything about what was said

11:22AM 25  between BP and Mr. Wright other than, that's the fee that we

11:23AM 1    charged on this, and that's the fee that we expect to be paid if
11:23AM 2    he's going to give a deposition.
11:23AM 3              THE COURT:  Does that include travel expenses?
11:23AM 4              MR. GODWIN:  I wouldn't think it does, Your Honor.  But
11:23AM 5    that was --
11:23AM 6              THE COURT:  Well, Don, remind me again what his
11:23AM 7    involvement is.
11:23AM 8              MR. GODWIN:  Yes, Your Honor.
11:23AM 9              Mr. Wright was engaged by BP, perhaps for a number
11:23AM 10   of things, but, we believe, to come in and offer an opinion
11:23AM 11   regarding what he thought about the well and the blowout and the
11:23AM 12   root causes and the things that happened.  He opined in his
11:23AM 13   report on the negative test.  He opined on the flow collar.  He
11:23AM 14   opined on the flow path.
11:23AM 15             He's a very, very important witness and someone
11:23AM 16   that did a lot of work for BP, no doubt about that.  We and
11:23AM 17   others want to take his deposition and -- but he did write an
11:24AM 18   extensive report and did a lot of work on it, and so we want to
11:24AM 19   know, you know, what his thoughts are, who he spoke with, what
11:24AM 20   did he do to come up with the findings that he did.
11:24AM 21             THE COURT:  Okay.
11:24AM 22             MR. GODWIN:  He was, quite candidly, quite critical of a
11:24AM 23   number of things that were done there on the well insofar as the
11:24AM 24   negative test and the underbalancing of the well, things of that
11:24AM 25   nature.

11:24AM  1        THE COURT:  We've got to decide whether the group wants

11:24AM  2    to pay what he says is his normal hourly rate in order to depose

11:24AM  3    him; and, if not, what are our other options.

11:24AM  4        MR. LANGAN:  Your Honor, Andy Langan for BP.

11:24AM  5            Just so you know, Mr. Arbuckle also approached us.

11:24AM  6    He sent me an e-mail and basically said what Mr. Godwin said, it

11:24AM  7    was 8,000 a day.

11:24AM  8            I believe I asked one of my colleagues to respond

11:24AM  9    to him saying that it's up to the Court.  There is going to be a

11:25AM 10    standard of reasonableness.  He may have to demonstrate that.

11:25AM 11    That's the extent of the conversations we had.  It sounds

11:25AM 12    perfectly consistent.

11:25AM 13        MR. GODWIN:  Judge, and, again, I don't know anything

11:25AM 14    about the value of someone like Mr. Wright; but, my understanding

11:25AM 15    is he was the gentleman that was on the relief wells that was the

11:25AM 16    person that was brought in to shut off the flow, and considered

11:25AM 17    probably maybe the only person, or certainly one of a very few

11:25AM 18    people in the world, that has that capacity.

11:25AM 19            So in terms of $8,000 a day for someone who's

11:25AM 20    thought of at that level, it may not be a number that would

11:25AM 21    offend one's imagination when you consider what he does and he's

11:25AM 22    one of the very few people in the world that can do it.

11:25AM 23        THE COURT:  How does the PSC feel about this?

11:25AM 24        MR. ROY:  We're in.

11:25AM 25        THE COURT:  Let's contact Mr. Arbuckle --

11:25AM  1          MR. GODWIN:  Yes, Your Honor.

11:26AM  2          THE COURT:  -- and ask him for dates that are convenient

11:26AM  3  to the group at $8,000 a day.  Seems to me we can slot him in on

11:26AM  4  a day when you all are not otherwise breaking your neck.  Not

11:26AM  5  many of those days left, so look at the calendar and pick a

11:26AM  6  couple.

11:26AM  7          MR. GODWIN:  He's currently, Judge, on the calendar for

11:26AM  8  June 9 and 10.  He has not agreed that he would do it those

11:26AM  9  dates, but may we go to Mr. Arbuckle and tell him that we have

11:26AM 10  him down, and that everybody here has worked out two dates of

11:26AM 11  June 9 and 10; and, if they work for Mr. Wright and Mr. Arbuckle,

11:26AM 12  then we could go forward on those dates, if it still works for

11:26AM 13  Your Honor and everybody here.

11:26AM 14          THE COURT:  Perfect.  Perfect.  We'll put it down

11:26AM 15  tentatively for June 9 and 10, subject to confirmation.

11:26AM 16          MR. GODWIN:  Yes, and we'll take care of that today,

11:26AM 17  Judge.

11:26AM 18          THE COURT:  Great.  Thank you.

11:27AM 19          MR. GODWIN:  Thank you, Your Honor.

11:27AM 20          THE COURT:  Do we have a document production issue with

11:27AM 21  him, or do we have everything we need for him?

11:27AM 22          MR. GODWIN:  We don't know what he's got yet, Judge,

11:27AM 23  because we haven't gotten anything.

11:27AM 24              My guess is when we tell him he'll get 8,000 a day,

11:27AM 25  that he's going to turn over whatever he has.  Mr. Arbuckle did

11:27AM  1    say --

11:27AM  2              THE COURT:  Yes.

11:27AM  3              MR. GODWIN:  -- that he would need to visit with BP's

11:27AM  4    lawyers to make sure there are no confidentiality issues --

11:27AM  5              THE COURT:  Okay.

11:27AM  6              MR. GODWIN:  -- because of the work that he did.

11:27AM  7              THE COURT:  June 9 and 10 is not far away, so it seems

11:27AM  8    to me that the group should agree that Mr. Wright will produce,

11:27AM  9    as soon as possible, and, in any event, prior to his deposition,

11:27AM 10    his entire file on his involvement in this investigation, but for

11:27AM 11    those documents that he considers to be privileged, if any.

11:28AM 12              MR. GODWIN:  Right.

11:28AM 13              THE COURT:  I can't see how they would be, but, okay,

11:28AM 14    I'm not going to prejudge it.  If it's on the 9th and the 10th,

11:28AM 15    that he needs to start gathering them now and produce them as

11:28AM 16    soon as possible.

11:28AM 17              MR. GODWIN:  We'll convey that message today, Judge, and

11:28AM 18    report back to you and everybody else on the e-mail distribution

11:28AM 19    list, and see if we can, one, get him committed to those dates,

11:28AM 20    and if he can provide us documents.

11:28AM 21              What I might suggest, Your Honor, if he says that,

11:28AM 22    for whatever reason, say he can't do the documents by the 9th and

11:28AM 23    10th, I would propose we take it down for those dates and do it

11:28AM 24    in July when we can do it --

11:28AM 25              THE COURT:  Oh, yes, with all your free time in July.

91

11:28AM 1          MR. GODWIN:  -- because the documents are key.

11:28AM 2          THE COURT:  At $8,000 a day and a discrete set of

11:28AM 3    documents, I expect that he's going to be able to produce those

11:28AM 4    to you.

11:28AM 5          MR. GODWIN:  I'll tell him that, Judge.

11:28AM 6          THE COURT:  Would you, please.

11:28AM 7          MR. GODWIN:  Yes, since you've had a good week.

11:29AM 8          MR. DUFFY:  Judge, Tony Fitch.

11:29AM 9          On that, just to be on the safe side, I would like

11:29AM 10    to see a Subpoena Duces Tecum issued to him, if Mr. Godwin would

11:29AM 11    do so, returnable a few days beforehand.

11:29AM 12          THE COURT:  I think that's right.  Not a few days

11:29AM 13    beforehand.  I mean, if they say they can do it on the 9th and

11:29AM 14    the 10th, let's get it out.

11:29AM 15          MR. GODWIN:  It will go out by Monday, Judge, if we get

11:29AM 16    them to agree to those two dates, and it will itemize all the

11:29AM 17    things that we want.

11:29AM 18          THE COURT:  Exactly.

11:29AM 19          Corey, I haven't said good morning, and you've been

11:29AM 20    standing there.

11:29AM 21          MR. MAZE:  Good morning.

11:29AM 22          THE COURT:  How are you doing?

11:29AM 23          MR. MAZE:  I'm well.

11:29AM 24          THE COURT:  We wanted to talk to Kerry.  How did you do

11:29AM 25    with confirming with Mr. Arnold the dates that we picked for

11:29AM 1   James Ingram and Paul Meinhart?

11:29AM 2          MR. YORK:  Judge, that was actually on our task list.

11:30AM 3   For both Mr. Ingram and Mr. Meinhart, as well as the six other

11:30AM 4   Kurt Arnold represented deponents, dates have been confirmed,

11:30AM 5   deposition notices were filed with the Court -- were served

11:30AM 6   yesterday.

11:30AM 7          THE COURT:  So let's look at June 27, 28, and June 28,

11:30AM 8   29, and make sure that we don't have Ingram and Meinhart down

11:30AM 9   as --

11:30AM 10          THE CLERK:  July.

11:30AM 11          THE COURT:  I'm sorry, July.

11:30AM 12          -- July -- I'm sorry, Corey -- make sure that they

11:30AM 13   are not down as tentative.  Those are confirmed.

11:30AM 14          MR. MAZE:  They are.

11:30AM 15          THE COURT:  Good.

11:30AM 16          Eddy Redd.

11:30AM 17          MR. MILLER:  We continue to work on it, Your Honor.

11:30AM 18   We're dealing with his boss at his new company now.

11:30AM 19          THE COURT:  How about Troy Hadaway?

11:30AM 20          MR. MILLER:  July 12 and 13, I think.

11:30AM 21          THE COURT:  July 12 and 13.  That's Hadaway,

11:31AM 22   H-A-D-A-W-A-Y, first name Troy.

11:31AM 23          Guys, now we come up to the multiple requests for

11:31AM 24   additional deponents prior to July 31st.  So we've got to have a

11:31AM 25   frank discussion about what our June and July calendars look

11:31AM 1    like.

11:31AM 2                    Andy.

11:31AM 3              MR. LANGAN:  Your Honor, even before today's addition, I

11:31AM 4    just wanted to point out that, by our calculation, there are five

11:31AM 5    days in June with either six, seven or eight depositions, and

11:31AM 6    three days in July, so far, that have six or more.

11:31AM 7              THE COURT:  Correct.

11:32AM 8              MR. LANGAN:  So, anyway -- obviously, today has added to

11:32AM 9    that, so I think we're nearing capacity.

11:32AM 10             THE COURT:  We are nearing capacity.  So here I am, and

11:32AM 11   I've got 31 deposition requests in addition to the people that we

11:32AM 12   scheduled today.  We're coming to the end of our scheduling of

11:32AM 13   the people we have been targeting, so that's a good thing; but,

11:32AM 14   we've got 31 people, and we do not have time in June and July to

11:32AM 15   take 31 more witnesses.

11:32AM 16                  So what I'm going to suggest to you guys is go back

11:32AM 17   to your list and give me your rankings.  Tell me who your number

11:32AM 18   one, your number two, and your number three are.  We don't need

11:32AM 19   new descriptions.  We've got all of your descriptions.  Just send

11:32AM 20   me an e-mail of the people I want, here is the ranking.

11:32AM 21                  We can do it any number of ways.  I mean, I can

11:32AM 22   look at it and I can decide -- well, I guess there is a

11:33AM 23   complicating factor.  We don't know the availability of these

11:33AM 24   witnesses.  That's number one.

11:33AM 25                  So I guess the first thing you guys should do is

11:33AM 1  talk to your number one witnesses and see if they are available

11:33AM 2  on dates where we are not six tracking.

11:33AM 3           Alan.

11:33AM 4           MR. YORK:  Just for one point of clarification,

11:33AM 5  Your Honor.  On Halliburton's requests, I do want to make clear,

11:33AM 6  we only had one request for a pre-July 31 witness, and that was

11:33AM 7  Galina Skripnikova.

11:33AM 8           THE COURT:  Spell that.

11:33AM 9           MR. YORK:  S-K-R-I-P-N-I-K-O-V-A.

11:33AM 10          THE COURT:  Thank you.

11:33AM 11          MR. YORK:  I had to write the e-mail yesterday.  That's

11:33AM 12 the only reason I know.

11:33AM 13          Everybody else that we listed we said could be

11:33AM 14 post-July 31.

11:33AM 15          THE COURT:  Yes.  Both you and Carmelite, for Cameron,

11:34AM 16 were very nice about that.  We've got a long list to get through,

11:34AM 17 but we'll turn our attention to that later.

11:34AM 18          Kerry.

11:34AM 19          MR. MILLER:  Yes, Your Honor.  One question for

11:34AM 20 clarification purposes when we do our priority rankings.  We got

11:34AM 21 Mike's e-mail today, this morning, where he lists the 31 I think

11:34AM 22 you're talking about.

11:34AM 23          THE COURT:  You're going to tell me we left off five

11:34AM 24 that you wanted, right?

11:34AM 25          MR. MILLER:  No, it's actually 35, not 31.

95

11:34AM 1          There was one who appears in your order of last

11:34AM 2 week as an additional request who didn't make it on this report.

11:34AM 3 I think there was some confusion as to the witness' name.  It's

11:34AM 4 the first one, Mark Alberti.  On page 7 of your report from last

11:34AM 5 week, there is someone by the name of Martin Albertin, also of

11:34AM 6 BP.

11:34AM 7          MR. LANGAN:  I believe they are two different people.

11:34AM 8          THE COURT:  I think they are two different people.

11:34AM 9          MR. MILLER:  They have similar names and similar job

11:35AM 10 functions.

11:35AM 11          MR. LANGAN:  Your Honor, Andy Langan.

11:35AM 12          I had the same reaction as Mr. Miller, and he still

11:35AM 13 could be right that they are one in the same; but, my best

11:35AM 14 information right now is that they are two different ones.  I'll

11:35AM 15 run that to ground and send an e-mail.

11:35AM 16          MR. MILLER:  I asked the question because I suspect

11:35AM 17 Albertin might be high up on my list based upon what I know.

11:35AM 18          MR. LANGAN:  We just scheduled him.

11:35AM 19          THE COURT:  We just scheduled him, so he's done.

11:35AM 20          MR. MILLER:  Oh, okay.

11:35AM 21          THE COURT:  Albertin is scheduled.

11:35AM 22          MR. LANGAN:  So that's Mr. Miller's top choice.  It's

11:35AM 23 now been taken care of.

11:35AM 24          MR. MILLER:  I didn't say top of the list.  I said he

11:35AM 25 was high up.

11:35AM 1          So we take Mike's list and we rank them, is what

11:35AM 2   you want?

11:35AM 3          THE COURT:  You just send me an e-mail.  We're going to

11:35AM 4   work off of Mike's list, and you send me an e-mail saying, of the

11:35AM 5   people we put on the list, here are the order that we would like

11:35AM 6   them.

11:35AM 7          Because, clearly, we cannot take 35 additional

11:35AM 8   depositions in June and July.  Just can't happen.

11:36AM 9          MR. MILLER:  One more point of clarification, then, on

11:36AM 10  Mike's list.  Number 10, Sherrie Douglass.

11:36AM 11         THE COURT:  Sherrie Douglass.

11:36AM 12         MR. MILLER:  Transocean joins in Halliburton's request

11:36AM 13  for Ms. Douglas' deposition.

11:36AM 14         THE COURT:  Okay, thank you.

11:36AM 15         I would like that from you by close of business on

11:36AM 16  Monday, guys, so that we can look at it and consider.  Then, I

11:36AM 17  would like any suggestions on how you would propose I handle it.

11:36AM 18  I've got some ideas, but let's hear any bright ideas you guys

11:36AM 19  might have.

11:36AM 20         MR. LANGAN:  Your Honor, I just want to point out, and I

11:36AM 21  know I'm kind of standing alone here, but, as Your Honor sorts

11:36AM 22  through this, as I put in my e-mail yesterday, it would be

11:36AM 23  greatly appreciated if we keep in mind what the history has been.

11:36AM 24         When this is all said and done, I think now we'll

11:36AM 25  have produced about 70 witnesses.  So when we're talking about

11:36AM 1   adding incrementally, I think it's only fair that it not be three

11:36AM 2   BP and one of everybody -- I mean, there has got to be some

11:37AM 3   equity here --

11:37AM 4              THE COURT:  Some parity.

11:37AM 5              MR. LANGAN:  -- and I think -- we've already given at

11:37AM 6   the office.

11:37AM 7              So, anyway, 70 scheduled so far.

11:37AM 8              THE COURT:  Okay.

11:37AM 9              MR. UNDERHILL:  Mike Underhill, US.

11:37AM 10             Your Honor, to follow up what Andy says, I hear

11:37AM 11  what he's saying, but Andy submitted a list of the segment two

11:37AM 12  witnesses.  There is a little bit of speaking out of both sides

11:37AM 13  of the mouth because, while Andy is correct in knowing -- I'm

11:37AM 14  sure he's done the math right on BP witnesses that have been

11:37AM 15  produced, BP has absolutely no problem tying the US government,

11:37AM 16  and important people like Coast Guard people that actually are in

11:37AM 17  the business of saving lives, no problem with tying them up with

11:37AM 18  a hundred or more witnesses.

11:37AM 19             So his point is taken, but I also make the same

11:37AM 20  point on the other side.  So we've got to have some -- if Andy

11:37AM 21  wants equity, I'm all for equity, but it needs to work both ways.

11:37AM 22  I think they need to understand that these are people that do not

11:37AM 23  simply sit in offices making money for somebody.  They work at a

11:37AM 24  salary, like a lot of us do, for less than other folks do, to try

11:38AM 25  to actually do something good for the people of the country.  So

11:38AM 1    that's my point.

11:38AM 2              THE COURT:  Okay.  I'm sympathetic to that.

11:38AM 3              MR. LANGAN:  Your Honor, Andy Langan.

11:38AM 4              I consider myself a patriot, and I admire the

11:38AM 5    service that Mr. Underhill and others provide; but, the list that

11:38AM 6    he's talking about for Source Control and quantification was a

11:38AM 7    list compiled by us and others and is like the start of a

11:38AM 8    process.

11:38AM 9              THE COURT:  You footnoted it.

11:38AM 10             MR. LANGAN:  It's a start of a process.

11:38AM 11             I mean, we're happy to talk to Mr. Underhill about

11:38AM 12   priorities and whittling it down, just like we did the last one.

11:38AM 13   We don't want anyone to drown because somebody else is in a

11:38AM 14   deposition.

11:38AM 15             THE COURT:  No, I'm with you.  I'm with you.

11:38AM 16             MR. MILLER:  One more point on Mike's list, Your Honor.

11:38AM 17   Two of the witnesses that I think BP has sought, Keplinger,

11:38AM 18   Number 18, and Trahan, Number 32, were aboard the

11:38AM 19   DEEPWATER HORIZON, have personal injury counsel, I think, and

11:38AM 20   filed claims in the limitation.

11:39AM 21             So just, as you look at those witnesses and

11:39AM 22   prioritize them, you may want to look and see who their counsel

11:39AM 23   is --

11:39AM 24             THE COURT:  Right.

11:39AM 25             MR. MILLER:  -- given what we've done with Buzbee and

11:39AM 1  Arnold and those kind of folks.

11:39AM 2          THE COURT:  Right.  Thank you for noting that for us.

11:39AM 3          MR. HAYCRAFT:  I think those two people just somehow got

11:39AM 4  left off.  They are key eyewitnesses, one of whom testified at

11:39AM 5  MBI.  It's a mystery to me why they haven't already been

11:39AM 6  scheduled.

11:39AM 7          THE COURT:  Oh, sweet mystery.

11:39AM 8          I am open to any bright ideas as to how we're going

11:39AM 9  to do this.  My current thought is that I'm going to sit down,

11:39AM 10 I'm going to look at the requesting parties, I'm going to look at

11:39AM 11 the description of who the person is, I'm going to try to be

11:39AM 12 fair, give everybody a choice; but, the problem is, even if we

11:39AM 13 pare this list down, we don't know whether these people are

11:40AM 14 available, and we have very few available dates.

11:40AM 15         So what I'm also going to do is go through the

11:40AM 16 calendar and tell you guys, this is the cut.  If you can get them

11:40AM 17 scheduled on available dates, let's put them in; if we can't,

11:40AM 18 well, we tried.  That will be the end of that.  Okay.

11:40AM 19         All right.  London depositions.

11:40AM 20         Andy, thank you for sending the protocol out for

11:40AM 21 London again.  I appreciate that.  You might want to kind of send

11:40AM 22 it out again.  You know how these people -- kind of like what we

11:40AM 23 heard today, that people had not gotten their credentials to go

11:40AM 24 into Michoud.  It's an easy thing to forget.  Please, everybody,

11:40AM 25 let's not have any hold-ups because of that kind of thing.

11:40AM  1          Has anyone thought of any other issues that we need

11:41AM  2   to discuss to make sure that we're in gear for London?

11:41AM  3          Then, last, but not least, I wanted to set a time

11:41AM  4   for the test run.  Andy, have you thought about that?

11:41AM  5          MR. LANGAN:  I'll just pick a number out.  2 o'clock

11:41AM  6   London time.

11:41AM  7          THE COURT:  Do the math for me.

11:41AM  8          MR. LANGAN:  It sort of depends on daylight savings

11:41AM  9   time.  It's five or six hours different.

11:41AM 10          MR. MILLER:  8 o'clock our time.

11:41AM 11          THE COURT:  8 o'clock our time.  Mike will be here.

11:41AM 12          THE CLERK:  That's fine with me.

11:41AM 13          THE COURT:  Do you all want a court reporter?

11:41AM 14          MR. LANGAN:  I think the idea was to get Worldwide

11:41AM 15   involved in that.

11:41AM 16          MR. STERBCOW:  I'm already setting that up, Judge.

11:41AM 17   He'll be there.

11:41AM 18          THE COURT:  I meant our court reporter.

11:41AM 19          MR. STERBCOW:  Oh, your court reporter.  Well, we'll

11:41AM 20   have somebody -- however you want to handle it.

11:41AM 21          I mean, the court reporter -- the number one court

11:41AM 22   reporter who is going to handle most of the London depositions

11:41AM 23   will have already been there a few days getting his whole deal

11:42AM 24   set up by the 3rd.

11:42AM 25          THE COURT:  We had a note today inquiring as to whether

11:42AM 1    there would be dial-in numbers to these depositions.

11:42AM 2              MR. LANGAN:  We have referred Mr. --

11:42AM 3              MR. HAYCRAFT:  McAloon.

11:42AM 4              MR. LANGAN:  -- McAloon --

11:42AM 5              THE COURT:  Skip McAloon.

11:42AM 6              MR. LANGAN:  -- to the reporter.

11:42AM 7              THE COURT:  Because if there is, we might want to make

11:42AM 8    sure that Mike has that information, and he can dial in if need

11:42AM 9    be while I'm over there.

11:42AM 10             MR. LANGAN:  So, for now, we'll say 2 o'clock London

11:42AM 11   time, which sounds like 8 o'clock central.

11:42AM 12             THE COURT:  We'll check that to make sure your math is

11:42AM 13   correct.

11:42AM 14             MR. LANGAN:  We'll have a Worldwide representative here,

11:42AM 15   as well, on both ends; is that -- it's probably a good idea.

11:42AM 16             THE COURT:  I think that would be helpful.  I think that

11:42AM 17   would be helpful.

11:42AM 18             What we'll do is we'll conduct it from my office,

11:42AM 19   rather than from the courtroom, which is where I anticipate

11:42AM 20   participating with you guys.  So we'll put him or her in there

11:43AM 21   with Mike, and we'll do the test run.  Wonderful.

11:43AM 22             Priority requests for additional time.  We send out

11:43AM 23   these lists, and we get no response, so we're going to have

11:43AM 24   another auction.

11:43AM 25             Starting with Fred Sabins, he is May 24 and 25.

11:43AM 1   Shockingly, that's next week.  I have --

11:43AM 2          MR. MILLER:  Your Honor, before the auction begins,

11:43AM 3   could I mention something?

11:43AM 4          THE COURT:  Come up to the podium, Kerry.

11:43AM 5          MR. MILLER:  I don't know if Your Honor is aware, but

11:43AM 6   there was a news release this morning about a settlement between

11:43AM 7   BP and MOEX.

11:43AM 8          THE COURT:  Really?

11:43AM 9          MR. MILLER:  Yes.

11:43AM 10         THE COURT:  I'm unaware.

11:43AM 11         MR. MILLER:  It was on BP's web site.  It's reported in

11:44AM 12  the *Wall Street Journal*.  Many media sources are reporting that

11:44AM 13  information.

11:44AM 14         THE COURT:  You don't call, you don't write.

11:44AM 15         MR. FITCH:  I was saving it for a special moment.

11:44AM 16         MR. LANGAN:  Your Honor, I can forward you a copy of the

11:44AM 17  BP release.

11:44AM 18         THE COURT:  Here I am reading the report on the

11:44AM 19  Caspian Sea.

11:44AM 20         MR. MILLER:  My point, Your Honor, is not to go back to

11:44AM 21  the Caspian Sea and compare the interest value between that

11:44AM 22  report and this hot settlement news.  It is to suggest, maybe,

11:44AM 23  that in your last week's report, you set forth the time

11:44AM 24  allocations for the various defendants.  In those time

11:44AM 25  allocations, Anadarko and MOEX are given 75 minutes, as are

11:44AM  1    Halliburton and Transocean.  I think Halliburton and Transocean,

11:44AM  2    in terms of BP witnesses, certainly have the most requests for

11:44AM  3    additional time in the mix.  There aren't that many, but they

11:44AM  4    have some.

11:44AM  5            It would seem to me, Your Honor, if you read BP's

11:45AM  6    press release, there is some statement in it which basically

11:45AM  7    says, we are happy that MOEX has joined us, and it goes on to

11:45AM  8    say, in prosecute -- not in prosecuting, but in defending against

11:45AM  9    Transocean and Halliburton.

11:45AM 10            So there appears to be some alignment of interests

11:45AM 11    between those companies against other defendants in the case, and

11:45AM 12    the ones that are highlighted are Transocean and Halliburton.

11:45AM 13    Much is made in the BP report about the Coast Guard report and

11:45AM 14    how MOEX is now joining -- endorses that report, so on and so

11:45AM 15    forth.  In both, in both.

11:45AM 16            It would seem to me, when you look at the breakdown

11:45AM 17    of time, you may be able to solve some of these issues by carving

11:45AM 18    out some of MOEX's time.  I suggest they go to 37 and a half

11:45AM 19    instead of 75, and Halliburton and Transocean get 15 minutes,

11:45AM 20    Cameron gets 7.5.

11:45AM 21            THE COURT:  Well, I think that's a good one.  You know

11:46AM 22    what I forgot to ask --

11:46AM 23            MR. FITCH:  Judge, I would like to be heard.

11:46AM 24            THE COURT:  Hold on, hold on.  I forgot to ask

11:46AM 25    Ms. Pepper if she needs a break.  Ms. Pepper?

11:46AM 1          THE COURT REPORTER:  Oh, I'm fine, thank you.

11:46AM 2          THE COURT:  Go ahead.

11:46AM 3          MR. FITCH:  Judge, obviously, this is an evolving

11:46AM 4   situation.  You need to keep in mind that these two parties, not

11:46AM 5   one party, these two parties have already had only one party's

11:46AM 6   share of deposition time, so we've already taken that cut.

11:46AM 7          It remains to be seen how this is going to work out

11:46AM 8   with MOEX.  There may well be new counsel, for example.  We

11:46AM 9   don't -- no one knows right now exactly how is this going to

11:46AM 10  evolve or what precisely the terms of that settlement

11:46AM 11  agreement -- what precisely the effect of the terms of that

11:46AM 12  settlement agreement will have on various aspects of this case,

11:46AM 13  but it is clear that MOEX is not out of this case.

11:46AM 14         They have settled with BP.  They have not settled

11:46AM 15  with Transocean.  They have not settled with the government,

11:46AM 16  especially the government.  They have not settled with the

11:47AM 17  plaintiffs.

11:47AM 18         So it is premature, at best, to be talking about

11:47AM 19  that, especially for two parties who have one party's worth of

11:47AM 20  time.

11:47AM 21         In addition, we have been -- we have been the

11:47AM 22  last -- essentially, the last examiner each time with an hour and

11:47AM 23  15 minutes.  As everyone can acknowledge and attest, we have

11:47AM 24  frequently ceded time to others because we really --

11:47AM 25         THE COURT:  Yes.

11:47AM 1          MR. FITCH:  -- at the depositions --

11:47AM 2          THE COURT:  You have, but --

11:47AM 3          MR. FITCH:  -- in addition to here.

11:47AM 4          THE COURT:  -- I've got to start giving everybody some

11:47AM 5    haircuts, since I'm not getting volunteers.

11:47AM 6          MR. FITCH:  Sure.  I think we all understand haircuts

11:47AM 7    will happen, but those haircuts should not be of the kind that

11:47AM 8    Mr. Miller is suggesting, because there is no place for that, at

11:47AM 9    least not yet.

11:47AM 10         THE COURT:  He wants to give you a buzz cut.

11:47AM 11         MR. MILLER:  It's the summertime, Your Honor.  It's very

11:47AM 12   nice in the summer, cool.

11:47AM 13         MS. BERTAUT:  Your Honor, Cameron would like to be heard

11:47AM 14   on this.  Since Mr. Miller has invoked the agreement that the

11:48AM 15   Court referenced in last week's order, we have some comments.

11:48AM 16         THE COURT:  Let's have it.

11:48AM 17         MS. BERTAUT:  Your Honor, I don't attend the depositions

11:48AM 18   for the most part.  As you may recall, when the Court asked for

11:48AM 19   the agreed-upon allocation of time among the defendants, there

11:48AM 20   was stunning silence.

11:48AM 21         THE COURT:  I do recall.

11:48AM 22         MS. BERTAUT:  You do recall.  The fact of the matter is,

11:48AM 23   having gone back after last week's conference and talking with

11:48AM 24   the folks for Cameron who do the depositions, there is no

11:48AM 25   agreement involving Cameron wherein Cameron gets 45 minutes along

11:48AM 1    this line of questions -- of break-up or allocation.  In fact,

11:48AM 2    Cameron operated under the assumption that on those witnesses --

11:48AM 3    and there have been very few, Judge, with all due respect -- that

11:48AM 4    Cameron has had any questions of any witness, they understood

11:48AM 5    they had 75 minutes.

11:48AM 6              So the point of fact is that Cameron disputes that

11:48AM 7    there was an agreement that gave Cameron 45 minutes along the

11:49AM 8    split-up.

11:49AM 9              So whether the time comes from elsewhere, I don't

11:49AM 10   know, but I will tell you -- we have been -- you know, we have

11:49AM 11   raised this with co-counsel.  My understanding is, not having

11:49AM 12   been in these depositions, but it has generally worked.  I

11:49AM 13   suspect it's because we usually are not treading on other

11:49AM 14   people's times.  When the witnesses are, indeed, critical, the

11:49AM 15   parties have worked it out.

11:49AM 16             So my point is just this is not the agreement that

11:49AM 17   Cameron operated under, and we need to have the record corrected

11:49AM 18   in that regard.

11:49AM 19             THE COURT:  Carmelite, what do you think the agreement

11:49AM 20   was?

11:49AM 21             MS. BERTAUT:  Well, my understanding is that Cameron

11:49AM 22   operated under the assumption it had 75 minutes.  When you look

11:49AM 23   at this and you -- the clear disparity -- how these numbers came

11:49AM 24   up, I don't know, Judge, and I don't know what the other

11:49AM 25   allocations were.

11:49AM 1            I do know, I think, that the defense never went

11:49AM 2    over six hours.  So, on those occasions when Cameron did operate

11:50AM 3    on a 75-minute schedule, either others ceded, didn't have

11:50AM 4    questions; but, to my knowledge -- that's my understanding.

11:50AM 5            Now, there are many people in this room that have a

11:50AM 6    greater attendance record at depositions, and they may have a

11:50AM 7    different view, but that's my current understanding.

11:50AM 8            THE COURT:  Okay.

11:50AM 9            MR. GODWIN:  Judge, may I be heard briefly?

11:50AM 10           THE COURT:  You certainly may.

11:50AM 11           MR. GODWIN:  Thank you, Judge.

11:50AM 12           THE COURT:  I just read the press release, by the way.

11:50AM 13           MR. HAYCRAFT:  2:30 this morning.

11:50AM 14           THE COURT:  I wasn't up.

11:50AM 15           MR. HAYCRAFT:  Nor was I.

11:50AM 16           THE COURT:  Go ahead, Don.  I'm sorry.

11:50AM 17           MR. GODWIN:  Thank you, Your Honor.  One issue.

11:50AM 18           First, Judge, I responded to what Carmelite is

11:50AM 19   saying.  I have been in depositions every day.  Now, while that

11:50AM 20   has not been all the depositions, because we've had double and

11:50AM 21   triple tracking, in every deposition I've been in, most of them,

11:50AM 22   Cameron has never asked a question.  If they have, they've never

11:50AM 23   gone more than just a few minutes.  There have been a couple of

11:50AM 24   times they have given me a little time, and for that I've been

11:50AM 25   most appreciative.

11:51AM 1            But I will say that Transocean has always used all

11:51AM 2      their time, I've used all of Halliburton's time, Anadarko/MOEX

11:51AM 3      has usually used all their time.  Those of us that have been most

11:51AM 4      affected by the plaintiffs' pleadings and by the crossclaims of

11:51AM 5      BP of fraud, gross negligence and things like that, we've all had

11:51AM 6      to take all the time we could to defend ourselves and represent

11:51AM 7      our clients.

11:51AM 8            So, in terms of allocating the time, I support what

11:51AM 9      Kerry said a hundred percent regarding the amount of time, if

11:51AM 10     any, you give us from the MOEX allocated time.

11:51AM 11           I'll tell you, Deb and Tony, they've been nothing

11:51AM 12     but perfect professionals all the way through.  Every time we've

11:51AM 13     visited with them, they've always been responsive when I needed

11:51AM 14     some time.  Deb or Ky, who is not here, have always been very

11:51AM 15     helpful.

11:51AM 16           But I will say to you that Kerry's comments are

11:51AM 17     well taken, and that is, is that Anadarko/MOEX has 75 minutes.

11:52AM 18     Now, it looks like MOEX is out, for having paid a large sum of

11:52AM 19     money and getting an indemnity back, so we think it would be fair

11:52AM 20     that we get their 37 and a half minutes to be split 15/15 with

11:52AM 21     Transocean and seven and a half with Cameron.

11:52AM 22           I would also point out, Your Honor, even with

11:52AM 23     regard to Anadarko, who is left in, they've not been sued by

11:52AM 24     anybody for gross negligence.  They are passive owners.  While

11:52AM 25     they've got an important stake in the litigation, and we respect

11:52AM  1  that, they don't have the same claims to defend that we and

11:52AM  2  Transocean do.

11:52AM  3          So I would urge the Court to take half the

11:52AM  4  Anadarko/MOEX time, divide it up among Cameron and among

11:52AM  5  Transocean and Halliburton in a manner that you think is fair;

11:52AM  6  but, I support that which has been offered by Kerry.

11:52AM  7          THE COURT:  Thank you, Don.

11:52AM  8          MR. GODWIN:  Thank you, Your Honor.

11:52AM  9          THE COURT:  Deb?

11:52AM 10          MS. KUCHLER:  Deb Kuchler.

11:52AM 11          Judge, the way the agreement came about, David Beck

11:53AM 12  was on the phone before depositions began when we worked out this

11:53AM 13  arrangement.  He agreed to -- actually, my recollection was

11:53AM 14  Cameron only got 30 minutes; but, Alan says 45, so we went with

11:53AM 15  that.

11:53AM 16          But the agreement was that when a witness was

11:53AM 17  specifically going to address BOP, then the rest of us would give

11:53AM 18  up some of our time to them, and we have, and that's why we

11:53AM 19  haven't had an issue.

11:53AM 20          On the vast majority of witnesses, as Don

11:53AM 21  mentioned, Cameron hasn't asked any questions at all, or very

11:53AM 22  few.  But David was on the line when we made that agreement, it

11:53AM 23  has worked, and it's not something that was done without his

11:53AM 24  presence or participation.

11:53AM 25          I do think that Dril-Quip and M-I Swaco came to the

11:53AM 1    party late, so the agreement was already in place and they got

11:53AM 2    stuck with what they got, but I don't hear them complaining

11:53AM 3    today.

11:53AM 4         I just wanted to clarify that, and I'll let Tony

11:53AM 5    Fitch address the division of labor.  As he says, this is all

11:53AM 6    very new.  We read it this morning, also.

11:53AM 7         THE COURT:  You mean you weren't involved?

11:54AM 8         MS. KUCHLER:  It's above my pay grade, Judge.  We don't

11:54AM 9    know how it's going to fall out, but it very well may be separate

11:54AM 10   counsel is brought in, and we certainly don't want either client

11:54AM 11   penalized when we don't know where the dust is settling.

11:54AM 12        For Fred Sabins' deposition next week, for example,

11:54AM 13   that's a very important deposition, at least from the perspective

11:54AM 14   of Anadarko which remains in the same position it's always been

11:54AM 15   in.  So we would ask that no time be taken from us for next

11:54AM 16   week's depositions until we can see how this shakes out.

11:54AM 17        We've used our time well.  We have been effective

11:54AM 18   in our questioning.  So I don't think anybody can argue that we

11:54AM 19   have squandered what time we have had.

11:54AM 20        MS. BERTAUT:  Judge, if I can, I can help on the

11:54AM 21   Fred Sabins deposition.

11:54AM 22        THE COURT:  Let's go.

11:54AM 23        MS. BERTAUT:  That limited time that everybody wants to

11:54AM 24   give Cameron, I'll hold back 10 minutes, and everything else is

11:54AM 25   up.  So when y'all figure out what time you're going to give

11:54AM  1  Cameron for --

11:54AM  2          THE COURT:  Right now, the consensus seems to be that

11:54AM  3  you've got 45 minutes uncontested.  So we're going to put

11:55AM  4  35 minutes of your time toward Mr. Sabins, for which Mr. Kerry

11:55AM  5  Miller is appreciative.  So that's 35 out of 75 minutes.  So

11:55AM  6  thank you, Carmelite, we appreciate it.

11:55AM  7               Now, who else wants to volunteer?

11:55AM  8          MR. GODWIN:  What about Halliburton in that time

11:55AM  9  giveaway program, Your Honor?  Mr. Sabins is more critical of

11:55AM 10  Halliburton than he is any other party in this litigation,

11:55AM 11  certainly more so than --

11:55AM 12          THE COURT:  We don't have you down as requesting

11:55AM 13  additional time, Don.

11:55AM 14          MR. GODWIN:  Well, I asked for 45 more minutes.

11:55AM 15          THE COURT:  For Sabins?

11:55AM 16          MR. GODWIN:  I did, Your Honor.

11:55AM 17          THE COURT:  I believe you.  We just don't have you down.

11:55AM 18          MR. GODWIN:  I'm trying to work it out with the

11:55AM 19  plaintiffs.  I can't say that we've gotten anything worked out;

11:55AM 20  but, if I could get some additional time, it would be helpful to

11:56AM 21  me.

11:56AM 22          MR. YORK:  The states can give Halliburton 20 minutes.

11:56AM 23          THE COURT:  Halliburton, 20 minutes.

11:56AM 24          MR. GODWIN:  Thank you very much.

11:56AM 25          MR. MILLER:  I'll trade you, Don.

11:56AM 1          THE COURT:  So you've got 20 from the states.

11:56AM 2          MR. GODWIN:  If I need to, Judge, I'll try to work it

11:56AM 3  out with the other parties and with the plaintiffs and see if I

11:56AM 4  can do something there.  Leave me with the 20 from Alabama, and

11:56AM 5  then I'll work it out with Paul and Jim and the others.

11:56AM 6          THE COURT:  Perfect.

11:56AM 7              Now, we're still looking for 40 minutes for Kerry.

11:56AM 8  No, he's got 35.  We just gave him 35 from Cameron.  Pay

11:56AM 9  attention, Michael.

11:56AM 10             Did we just get 35 minutes from Cameron?

11:56AM 11         MS. BERTAUT:  Right.

11:56AM 12         THE COURT:  So by my time math, and maybe Mr. Sterbcow

11:56AM 13  can help me on the math, 35 from 75 minutes requested equals?

11:56AM 14         MR. STERBCOW:  40.

11:57AM 15         THE COURT:  Anybody else want to volunteer some minutes

11:57AM 16  to Kerry?

11:57AM 17             Kerry, we'll get a ruling out to you, hopefully

11:57AM 18  today, about whether we can scrounge up more than 35 additional

11:57AM 19  minutes for you.

11:57AM 20         MR. MILLER:  I appreciate it.

11:57AM 21         THE COURT:  Next up --

11:57AM 22         MR. LANGAN:  Your Honor, I'm sorry, can I just interject

11:57AM 23  on the issue of allocation of time generally?

11:57AM 24         THE COURT:  Sure.

11:57AM 25         MR. LANGAN:  Just this.  I understand what Mr. Miller is

11:57AM 1   saying, and Mr. Godwin, about what effect this agreement between
11:57AM 2   LISTEN one of our working interest owners and ours might have.
11:57AM 3             I think it's too soon to rush to judgment about how
11:57AM 4   that all is going to play out.  I would urge the Court, we should
11:57AM 5   review the time allocations in a broader context sometime soon, I
11:57AM 6   think, but I wouldn't want the result of this morning's press
11:57AM 7   release to mean that we throw out the window the allocation of
11:57AM 8   time that's worked pretty well for a number of months here.
11:58AM 9             Frankly, my first reaction was we get their time,
11:58AM 10  but --
11:58AM 11            THE COURT:  You know what bothers me --
11:58AM 12            MR. LANGAN:  So I would like to be heard on that.
11:58AM 13            THE COURT:  -- is at the conference, you all pop this on
11:58AM 14  me.
11:58AM 15            MR. MILLER:  Well, Your Honor, I brought it up for the
11:58AM 16  purpose of making life easier --
11:58AM 17            THE COURT:  No, no, absolutely.
11:58AM 18            MR. MILLER:  -- on the call for additional time
11:58AM 19  requests.
11:58AM 20            THE COURT:  Absolutely, Kerry.  Everybody understands
11:58AM 21  that.
11:58AM 22            MR. MILLER:  If you read the press release, you saw how
11:58AM 23  they are now partnered against Transocean and Halliburton.
11:58AM 24            THE COURT:  I know.
11:58AM 25            MR. MILLER:  "We welcome our partner in the pursuit of

11:58AM  1    justice."

11:58AM  2            MR. LANGAN:  We would sort of just like to be heard on

11:58AM  3    this in due course and not have any kind of emotional reaction

11:58AM  4    like we're hearing from the corner there.

11:58AM  5            THE COURT:  Fair enough.

11:58AM  6            Hey, Jim, how are you today?

11:58AM  7        MR. ROY:  Good morning, Your Honor, Jim Roy.

11:58AM  8            Andy mentioned the word "review," and it triggered

11:58AM  9    my coming up here.  I think that this is a very appropriate time

11:58AM 10    to suggest that the Court consider issuing an order for the

11:58AM 11    immediate production of any settlement agreements, indemnity

11:58AM 12    agreements, hold harmless agreements that are reflective of this

11:59AM 13    press release that just came out.

11:59AM 14            Certainly, we can propound discovery.  I'm sure

11:59AM 15    we're not the only ones to have thought of it.  But I think it

11:59AM 16    directly impacts this issue that we're talking about.

11:59AM 17        THE COURT:  I think Andy will accept your verbal request

11:59AM 18    and respond to it.

11:59AM 19        MR. LANGAN:  This is not unanticipated --

11:59AM 20        THE COURT:  No, I'm sure it's not.

11:59AM 21        MR. LANGAN:  -- but I don't have a position about it.

11:59AM 22        THE COURT:  I understand.

11:59AM 23        MR. LANGAN:  I'm sure there are confidentiality

11:59AM 24    provisions in the agreement.  I know that's the case.  The

11:59AM 25    essential terms are in the press release.  So, I mean, it isn't

11:59AM  1   like a big secret.

11:59AM  2              So we'll take Mr. Roy's request under advisement.

11:59AM  3         THE COURT:  Good.  Thank you, Andy.

11:59AM  4         MS. KUCHLER:  Judge, just to be clear, Tony Fitch and I

11:59AM  5   are not in a position to be able to speak one way or the other on

11:59AM  6   MOEX's position.  We simply don't have answers to these

11:59AM  7   questions.

11:59AM  8              So we would like for those kinds of issues, which

11:59AM  9   don't need to be addressed today, to be delayed until we can get

12:00PM 10   directive from our clients as to whether new counsel will be

12:00PM 11   coming in or what our instructions are.

12:00PM 12         THE COURT:  On that point, Deb, and this is certainly

12:00PM 13   not your problem, but please communicate to them that new counsel

12:00PM 14   doesn't mean new dates.  New counsel doesn't mean continuances.

12:00PM 15   New counsel is going to come in, and they are going to walk with

12:00PM 16   the rest of us, and maybe run with the rest of us.

12:00PM 17         MS. KUCHLER:  Yes, ma'am.

12:00PM 18         THE COURT:  So please make sure that everybody

12:00PM 19   understands that; that I'm delighted that you all have worked

12:00PM 20   things out, congratulations, but --

12:00PM 21         MS. KUCHLER:  Message heard and will be delivered.

12:00PM 22         MR. FITCH:  That's understood, Judge.

12:00PM 23         THE COURT:  Who wants to move on to -- did court staff

12:00PM 24   look at me like they need a break?  Why don't we take a

12:00PM 25   five-minute break.  That will give me an opportunity to think

12:01PM  1  about what haircuts I can give you guys.

12:01PM  2         Okay.  Five-minute break, guys.  We'll see you back

12:01PM  3  in a few.

12:01PM  4         (WHEREUPON, at this point in the proceedings, a brief

12:14PM  5  recess was taken.)

12:14PM  6         THE COURT:  Let's go back on, and let's back up and talk

12:14PM  7  about Mr. Sabins.  I guess the question is can Weatherford or M-I

12:14PM  8  donate any time?  And they don't have to, but have they

12:14PM  9  considered donating any time to either Halliburton or to

12:14PM 10  Transocean?

12:14PM 11         MR. BALDWIN:  Will Baldwin.

12:14PM 12         Weatherford is not prepared to cede any time at

12:14PM 13  this time.

12:14PM 14         THE COURT:  Not prepared.  Thank you.

12:14PM 15         So we'll take care of just a ruling on those

12:15PM 16  requests -- Transocean's request.  Don, you're going to try to

12:15PM 17  work things out otherwise, right?

12:15PM 18         MR. GODWIN:  Yes, Your Honor, I will.  Thank you.

12:15PM 19         THE COURT:  Good.

12:15PM 20         On David Rich, we have Transocean requesting.

12:15PM 21  We've got 15 minutes donated by the PSC, 15 minutes by the

12:15PM 22  United States.  We need 40 minutes.  Anybody want to kick in?

12:15PM 23         Okay.  We'll look at it and give you all a haircut.

12:15PM 24         On Mr. Thierens, we've got the US donating

12:15PM 25  15 minutes.  Thank you, United States.

12:15PM  1          That leaves 60 minutes that we're looking for,

12:15PM  2  right?  Does anyone want to volunteer on that one?

12:16PM  3          MR. BALDWIN:  You can have some Weatherford time on

12:16PM  4  that.

12:16PM  5          MR. MILLER:  That's Harry Thierens, Your Honor?

12:16PM  6          THE COURT:  Yes, Mr. Thierens.

12:16PM  7          How much Weatherford time may we have?

12:16PM  8          MR. BALDWIN:  15 minutes.

12:16PM  9          THE COURT:  Thank you, Weatherford.  I appreciate it.

12:16PM 10          MR. BALDWIN:  Maybe more.

12:16PM 11          THE COURT:  Great.  Maybe more, right?  We'll put you

12:16PM 12  down for 15.

12:16PM 13          Anybody else?  All right.

12:16PM 14          John Wright.  We've covered John Wright.  Thank

12:16PM 15  you, donors.  That's PSC and United States.

12:16PM 16          David Brown, we have a request from Halliburton and

12:16PM 17  Transocean.  We've got ten minutes from the United States.  Any

12:16PM 18  other takers?  Everybody is feeling generous, right?

12:16PM 19          Vincent Tabler, we have 15 minutes from the US.

12:16PM 20  Does anybody else want to cede time to BP?

12:16PM 21          MR. STERBCOW:  Judge, we fell behind a little bit.

12:16PM 22          MR. WILLIAMS:  We can do Brown.  We can give you some

12:17PM 23  time on Brown.

12:17PM 24          MR. STERBCOW:  The auction is going too fast.

12:17PM 25          THE COURT:  The auction has been going on for weeks.

12:17PM 1          MR. STERBCOW:  We can give up some time on Brown.

12:17PM 2          THE COURT:  By the way, Judge Barbier must have been

12:17PM 3    listening in because I have an instant message from him telling

12:17PM 4    me not to use government time arranging for cocktail parties.

12:17PM 5          MR. UNDERHILL:  Unless he's invited.  I think he was

12:17PM 6    offended he wasn't invited.

12:17PM 7          THE COURT:  Well, notice we didn't mention his name.

12:17PM 8    So, let's make sure we plan our cocktail party.

12:17PM 9          MS. KUCHLER:  Off the record next time.

12:17PM 10         THE COURT:  Exactly, we'll go off the record and plan

12:17PM 11   it.

12:17PM 12         MR. HAYCRAFT:  David Brown.  He's the other CSI guy.

12:17PM 13         MR. STERBCOW:  Oh, oh.  We can give time on that.

12:17PM 14         THE COURT:  Would you like to tell me how much time?

12:18PM 15         MR. STERBCOW:  20 minutes.

12:18PM 16         THE COURT:  20 minutes?  Thank you.

12:18PM 17              Anybody else on that?  Okay.

12:18PM 18              Next up was Vincent Tabler.  He was a cementer on

12:18PM 19   the rig at the time.  We have US has given us 15 minutes.

12:18PM 20   Anybody else want to honor BP's request?

12:18PM 21         MR. STERBCOW:  Yes, we will.  20.

12:18PM 22         THE COURT:  20.  PSC, 20.  Anybody else?  Okay.

12:18PM 23              That's it for the priority; but, remember, guys, we

12:18PM 24   still have people coming in later June that are on the list with

12:18PM 25   requests for additional time, so the auction is ongoing.  I will

12:18PM 1    go ahead and look at these and give everybody a haircut, but

12:19PM 2    please look forward.

12:19PM 3                Now, I just wanted to mention that we've got the

12:19PM 4    master list for Source Control and quantification, and it's got

12:19PM 5    over 400 witnesses on it.  So we're going to start the process of

12:19PM 6    reviewing the master list and figuring out priorities, so start

12:19PM 7    thinking ahead on that.

12:19PM 8                We also want to start -- and, Kerry, this comes

12:19PM 9    over to you -- would you ask Susie to start circulating an

12:19PM 10   August, September and October calendar, because we're going to

12:19PM 11   start on nonpriority phase one scheduling and phase two

12:19PM 12   scheduling.

12:19PM 13               I guess we'll take phase two in the same way we

12:19PM 14   took phase one.  We'll take witnesses who are necessary for

12:19PM 15   expert reports first.  So I guess you'd want to start looking at

12:19PM 16   that on that master list of just 400 people, who are the

12:20PM 17   witnesses that you all believe you need for phase two expert

12:20PM 18   reports.

12:20PM 19               MR. UNDERHILL:  Could I add something, Your Honor, just

12:20PM 20   very quickly?

12:20PM 21               THE COURT:  Yes, sure.

12:20PM 22               MR. UNDERHILL:  Mike Underhill for the US.

12:20PM 23               On that subject, some of our folks had a

12:20PM 24   suggestion -- this is something long term to look at -- that to

12:20PM 25   the extent that we can come up with more or less of a stipulated

12:20PM  1    timeline for events on the response issues, it might save time

12:20PM  2    and witnesses if we can come up with that.

12:20PM  3            THE COURT:  You're talking about the chronological.

12:20PM  4            MR. UNDERHILL:  There is a fairly detailed

12:20PM  5    administrative record that was kept in the Unified Command and

12:20PM  6    National Incident Command about what was done on any given time,

12:20PM  7    and that may cut through a lot of witnesses.

12:20PM  8            We're trying to come up with creative ideas.

12:21PM  9            THE COURT:  Would you send a copy of that to me?

12:21PM 10            MR. UNDERHILL:  I can sure try.  I'll try.  I'm not sure

12:21PM 11    it's fully disclosable yet.  It might be part of a report.  But I

12:21PM 12    think we can come up with that, eventually.  I know, eventually,

12:21PM 13    we will.

12:21PM 14            THE COURT:  I think that would be helpful to us in our

12:21PM 15    planning and in our consideration of what we're going to do with

12:21PM 16    phase two, which is something that we're going to leave to

12:21PM 17    Judge Barbier, but we've got to think ahead.

12:21PM 18            MR. UNDERHILL:  We're just trying to come up with some

12:21PM 19    creative ideas that the parties can agree to and the Court can

12:21PM 20    agree to, to streamline some of this process and avoid a lot of

12:21PM 21    the arguments.

12:21PM 22            THE COURT:  I think that's great, and I want to look

12:21PM 23    forward.  I agree with that.

12:21PM 24            MR. FITCH:  Judge, you just made reference to leaving --

12:21PM 25    that we're leaving, of course, to Judge Barbier some of the phase

12:21PM  1  two issues, those kinds of issues.

12:21PM  2            I should inform you that a draft of a possible case

12:21PM  3  management order for the trial, following up on the conference

12:22PM  4  two weeks ago, has been prepared.  BP has made substantial

12:22PM  5  remarks on the draft, often disagreeing with the draft, and there

12:22PM  6  have been some other comments.  So that process is underway.

12:22PM  7            My understanding is that there is no terrible rush

12:22PM  8  for him.  I felt after two weeks I should mention this to the

12:22PM  9  Court.

12:22PM 10       THE COURT:  Well, that's right.  I don't think there is

12:22PM 11  any terrible rush; but, once we have everything scheduled that

12:22PM 12  we're working on now, I'm figuring that we will probably start

12:22PM 13  some phase two scheduling --

12:22PM 14       MR. FITCH:  Oh, certainly.

12:22PM 15       THE COURT:  -- in September.  I mean, that's kind of

12:22PM 16  where I'm looking forward, after the Labor Day break.

12:22PM 17            So we need to start looking at prioritizing; but,

12:22PM 18  no, I want you all to think through the proposed Case Management

12:22PM 19  Order.  You took Deb's work and built on it, right?

12:23PM 20       MR. FITCH:  I'm sorry?

12:23PM 21       THE COURT:  You took Deb's work and built on it?

12:23PM 22       MS. KUCHLER:  No, the Bingham team did the vast majority

12:23PM 23  of that work.

12:23PM 24       MR. FITCH:  I actually, for better or worse, did that

12:23PM 25  drafting.  There may be competing proposals submitted to the

12:23PM  1   Court ultimately, quite frankly.

12:23PM  2           THE COURT:  Well, I'm glad you're still working on it.

12:23PM  3   I think you should keep working on it.  I'm not ready to turn my

12:23PM  4   attention to it yet; but, we've got to be ahead of Judge Barbier,

12:23PM  5   is the way I figure it.

12:23PM  6           MR. FITCH:  Oh, I understand that.  I was discussing on

12:23PM  7   that separate issue.

12:23PM  8               Whenever the Court wants it, the parties will be

12:23PM  9   able to go ahead and get it in --

12:23PM 10           THE COURT:  Great.

12:23PM 11           MR. FITCH:  -- so we're trying to resolve as many

12:23PM 12   differences as possible, but they are not all going to go away,

12:23PM 13   probably.

12:23PM 14           THE COURT:  Exactly.  Well, that's great.  I'll be

12:23PM 15   interested to see what you guys come up with.

12:23PM 16               All right.  We had the issue of stipulation with

12:24PM 17   regard to Mitsui with regard to jurisdiction.  Is that still an

12:24PM 18   issue post-settlement?

12:24PM 19           MR. FITCH:  Tony Fitch, again.

12:24PM 20               That's a fair question, and I think we had best

12:24PM 21   table that for a week.

12:24PM 22           THE COURT:  Since I've known about the settlement for

12:24PM 23   exactly a half hour now, you know, it seems to me I should think

12:24PM 24   about that, right?  It's going to take the weekend for that to

12:24PM 25   sink in for me.

12:24PM  1            MR. FITCH:  Again, this is a situation where MOEX has

12:24PM  2    settled with BP, but it is still a defendant in the case --

12:24PM  3            THE COURT:  I understand.

12:24PM  4            MR. FITCH:  -- these folks have claims against them and

12:24PM  5    so on.  So I think that will remain on track, but we best table

12:24PM  6    it for a week.

12:24PM  7            THE COURT:  Yes, I agree with you.

12:24PM  8            Looking forward -- well, let me give you a couple

12:24PM  9    of comments that I got from Judge Barbier.  He's looking forward

12:24PM 10    to the February trial.  I don't mean that facetiously, he's

12:25PM 11    looking forward to it.

12:25PM 12            He wanted to make some comments about what he

12:25PM 13    envisions.  First of all, he thinks it's going to be a paperless

12:25PM 14    trial.  I assume you all think it's going to be a paperless

12:25PM 15    trial, but he wanted to put that out for you.  He doesn't need

12:25PM 16    binders of paper documents.  He would like everything submitted

12:25PM 17    to him PDF.  If he needs a transcript, he certainly can ask for

12:25PM 18    it.

12:25PM 19            Certainly, during the course of the trial, he

12:25PM 20    doesn't need paper documents handed to him.  He is perfectly

12:25PM 21    happy to put them in electronically.

12:25PM 22            Depositions, he would like that the depositions be

12:25PM 23    submitted to him already excerpted, if at all possible, I mean,

12:25PM 24    so a 600-page deposition hopefully will not end up being a

12:25PM 25    600-page deposition.  I sort of told him how nice it was to read

12:25PM   1   those two 600-page depositions last week, and that brought that

12:26PM   2   topic up.

12:26PM   3           Then, with regard to documents that are introduced

12:26PM   4   into evidence, it's kind of this kind of thing, guys.  You know,

12:26PM   5   all of us want to make a record; but, instead of putting an

12:26PM   6   entire report in, if you are just highlighting a report, certain

12:26PM   7   pages and certain highlights, then that's what goes into the

12:26PM   8   record, it seems to us.  If you all disagree with that, let's

12:26PM   9   talk about it, but I wanted to put that on the radar screen.

12:26PM  10           You've got hundreds of reports in the case.  I

12:26PM  11   don't think they all need to come into evidence.  I think just

12:26PM  12   those portions that you believe are pertinent and that you're

12:26PM  13   going to direct his attention to are what should be used during

12:26PM  14   trial and which will go in the record.  So I thought I would

12:26PM  15   mention that.

12:26PM  16           Looking forward on the schedule, next Thursday

12:27PM  17   you've got three hours of oral argument with Judge Barbier

12:27PM  18   starting at 8:30.  I assume he's going to give you a break.  Do

12:27PM  19   you all want to start over here at 1:30?  Does that give you

12:27PM  20   sufficient time?

12:27PM  21           MR. LANGAN:  Yes, Your Honor, I think so.  I think --

12:27PM  22           It's Andy Langan for BP.

12:27PM  23           -- I think there is a status at 8:30, oral argument

12:27PM  24   follows that; but, I still think your 1:30 idea will work.

12:27PM  25           THE COURT:  Okay, 1:30 next week.

125

12:27PM 1                  Then on Friday, June 10th, I don't have a

12:27PM 2     conference set because I'm going to be over in London.  Is

12:27PM 3     everybody okay with that?

12:27PM 4                  All right.  Now, what other stuff do we need to

12:27PM 5     talk about?

12:27PM 6                  Alan.

12:27PM 7          MR. YORK:  Alan York for Halliburton.

12:27PM 8                  Judge, this is not something that Halliburton is

12:28PM 9     raising as an issue upon which action is necessary from the

12:28PM 10    Court, but it is something that we think needs to be brought to

12:28PM 11    everyone's attention.

12:28PM 12                 On May 11th, Mr. Gagliano's deposition was taken in

12:28PM 13    which he took the Fifth.  Seven days later, evidently Transocean

12:28PM 14    filed a court pleading that referenced Mr. Gagliano having taken

12:28PM 15    the Fifth in his deposition, which was immediately picked up by

12:28PM 16    the news media and reported.

12:28PM 17                 We just wanted to take this opportunity going

12:28PM 18    forward to sort of remind everyone that, under the Court's

12:28PM 19    confidentiality order, everything in the deposition is deemed to

12:28PM 20    be highly confidential for 14 days, until the parties have a

12:28PM 21    right to go back and specifically declare the confidentiality

12:28PM 22    issues.  Probably not so much an issue with this deposition, but,

12:28PM 23    going forward, it could become an issue.  We just wanted to raise

12:28PM 24    it to the Court's attention.

12:28PM 25                 THE COURT:  Okay, thank you.

12:29PM   1          MR. MILLER:  Your Honor, on that point, I had to search

12:29PM   2     high and low for that, too.

12:29PM   3                Kerry Miller for Transocean.

12:29PM   4          I was surprised when I saw that news release.  I

12:29PM   5     tracked it down.  Apparently, what happened was when we send to

12:29PM   6     you our request for additional time, the e-mail that we send to

12:29PM   7     you for additional time, one of the additional time requests

12:29PM   8     mentioned a Halliburton witness, and in the paragraph explaining

12:29PM   9     why we wanted additional time, we mentioned that this guy worked

12:29PM  10     under Mr. Gagliano or did the same thing, something or another.

12:29PM  11                When that e-mail got posted on PACER, that's what

12:29PM  12     the news picked up, because no brief had ever been reported.  So

12:29PM  13     I don't know if it's our continuing practice to post the

12:29PM  14     additional time e-mails into the public record; but, that's where

12:29PM  15     the issue came up.

12:29PM  16                So it was not filed into the public record.  It was

12:29PM  17     an e-mail on our issues for additional time.  Apparently, the

12:30PM  18     news media is looking at everything that's filed.

12:30PM  19          MR. HAYCRAFT:  Yes.

12:30PM  20          THE COURT:  We're walking a thin line between making a

12:30PM  21     record and working informally together to get things done.  Our

12:30PM  22     minute entries reveal information that you provide to us with

12:30PM  23     regard to who this witness is and why you need additional time.

12:30PM  24     So it's not even filing the e-mail into the record, it's also our

12:30PM  25     minute entry.

12:30PM 1          I welcome any suggestions.  Thank you.

12:30PM 2          MR. UNDERHILL:  Your Honor, just a quick process

12:30PM 3  question.

12:30PM 4          THE COURT:  Sure, sure, sure.

12:30PM 5          MR. UNDERHILL:  On the subject of preparing for trial

12:30PM 6  and depositions, I think a lot of us have been thinking the same

12:30PM 7  thing, if you're dealing with Judge Barbier -- I don't know who

12:30PM 8  is going to give us the instructions how to do it -- it would

12:31PM 9  help us, I think the parties, on the deposition transcripts, I

12:31PM 10 mean, usually what we do is we color code them.  You know,

12:31PM 11 party X does yellow, party Y does blue, whatever.  If we can set

12:31PM 12 that process out because we don't want to be starting this

12:31PM 13 process in November or December.

12:31PM 14         THE COURT:  Oh, I totally agree.

12:31PM 15         MR. UNDERHILL:  So if we can find out, perhaps, who

12:31PM 16 marks up first, and then it goes to somebody else.  If we can

12:31PM 17 start that process ahead, it might help us all get ahead of the

12:31PM 18 curve.

12:31PM 19         THE COURT:  Well, I think it varies per witness.  Why

12:31PM 20 don't we make PSC propose something and circulate it as far as

12:31PM 21 taking the first crack at deposition cuts and how we're going to

12:31PM 22 approach it.

12:31PM 23         The one thing I would caution you all about is

12:31PM 24 this.  We did a summary jury trial last fall, and they

12:31PM 25 highlighted testimony for us in green.  We couldn't read through

12:31PM 1    the green, okay.

12:31PM 2            So when you do it, and you pick a color, pick a

12:32PM 3    light color that you can read through.  This was a dark green,

12:32PM 4    and I broke my glasses trying to read, by taking off my glasses

12:32PM 5    and figuring out what it was.  So you might want to look at what

12:32PM 6    the results of your color picks are.

12:32PM 7            MR. HERMAN:  We'll work on something and circulate it to

12:32PM 8    everyone, Your Honor.

12:32PM 9            THE COURT:  I think that's a good point that we do need

12:32PM 10   to start planning toward that; who is the witness, and who goes

12:32PM 11   first.

12:32PM 12            What else?

12:32PM 13           MS. BERTAUT:  Your Honor, Cameron has an issue that

12:32PM 14   we've talked with BP about, and it's about the scope of the

12:32PM 15   30(b)(6) deposition for BP.  We don't necessarily have to argue

12:32PM 16   it right now, but we would like to submit maybe early next week.

12:32PM 17            In a nutshell, it has to do with the BP 30(b)(6)

12:32PM 18   deposition notice was finalized on March 23rd.  On April 20th, BP

12:33PM 19   filed crossclaims against Cameron and, we believe, broadened the

12:33PM 20   allegations that are at issue in the litigation, principally in

12:33PM 21   two ways.

12:33PM 22            One is the BP crossclaim makes issues concerning

12:33PM 23   alleged allegations of improper maintenance by Cameron of the

12:33PM 24   BOP.  Up until this point in time, up until the crossclaim, the

12:33PM 25   allegations from PSC had focused on design issues and the

12:33PM 1    condition that existed as of the time of delivery.

12:33PM 2             The second broadening of the allegations has to do

12:33PM 3    with BP's awareness of design matters.  Again, until BP

12:33PM 4    third-partied Cameron, BP's awareness of these issues was not a

12:33PM 5    factor in Cameron's defense.

12:33PM 6             We've talked to BP.  We've looked at the 30(b)(6).

12:33PM 7    In all honesty, we all think that, as elastic and as broad as

12:34PM 8    those 30-something topics are, we don't think they necessarily

12:34PM 9    reach to these issues.

12:34PM 10            We were hopeful that maybe we could work something

12:34PM 11   out on the theory that the witnesses that BP is scheduling with

12:34PM 12   respect to BOP could, in fact, include these topics.  I

12:34PM 13   understand that's not to be; and, so we would just like an

12:34PM 14   opportunity, for the record, to submit something for your

12:34PM 15   consideration.

12:34PM 16        THE COURT:  Right.  Our first BOP witness is coming up

12:34PM 17   pretty soon, right?

12:34PM 18        MS. BERTAUT:  It's in July, Your Honor.  It's just been

12:34PM 19   scheduled today, yes.

12:34PM 20        MR. LANGAN:  Can I be heard on this?

12:34PM 21        THE COURT:  Sure, sure, Andy.  I just want to make sure

12:34PM 22   I'm talking --

12:34PM 23        MS. BERTAUT:  Right.  It's in July, Your Honor.

12:34PM 24        THE COURT:  It's Mike Byrd.

12:34PM 25        MR. LANGAN:  Yes.

12:34PM 1          Your Honor, we vigorously oppose this.  This is not

12:34PM 2    a can of worms that anybody wants to open.

12:34PM 3          You'll recall the history of the 30(b)(6) notices.

12:34PM 4    We started with about 125 of them, and, over the course of

12:34PM 5    60 days or so, or 30 days, we narrowed them.  Your Honor gave all

12:35PM 6    the parties directions about how to narrow them.  A lot of blood,

12:35PM 7    sweat and tears went into that.

12:35PM 8          April 20th saw a lot of crossclaims brought by a

12:35PM 9    lot of different parties, not just BP versus Cameron.  So the

12:35PM 10   question really is, is the fact that crossclaims were made on

12:35PM 11   April 20th going to be open season on reopening all the 30(b)(6)

12:35PM 12   negotiations?

12:35PM 13         I would respectfully suggest that Cameron can get

12:35PM 14   the information they need by questioning Mr. Byrd in his capacity

12:35PM 15   as a fact witness, by serving, perhaps, a couple of contention

12:35PM 16   interrogatories on us, but I urge that we not reopen the 30(b)(6)

12:35PM 17   process because of the crossclaim that was served on them,

12:35PM 18   because maybe we've got some 30(b)(6) adjustments we would like

12:35PM 19   to make against Halliburton who sued us, or Anadarko who sued us,

12:35PM 20   and on and on it goes.  There will be no end to it.

12:35PM 21         THE COURT:  What I would like, Carmelite, is a focused

12:35PM 22   submission telling me what your proposed areas of designation

12:36PM 23   are, so I can take a look at what you're proposing.

12:36PM 24         MS. BERTAUT:  That's fine, Your Honor.

12:36PM 25         For the record, Your Honor, we did address this

12:36PM  1   with BP because we were hopeful we could work this out.  There

12:36PM  2   are contention interrogatories we have served, but we will do

12:36PM  3   that.

12:36PM  4              Can we have until the close of business on Tuesday?

12:36PM  5        THE COURT:  Sure.

12:36PM  6        MS. BERTAUT:  Is that okay?

12:36PM  7        THE COURT:  Why don't you also get me the contention

12:36PM  8   interrogatories while you're at it.

12:36PM  9        MS. BERTAUT:  Thank you.

12:36PM 10        THE COURT:  I'll take a look at those.

12:36PM 11              Okay.  Anything else?

12:36PM 12              Mr. Roy.

12:36PM 13        MR. ROY:  Your Honor, in speaking with Tim, we would

12:36PM 14   like the opportunity to jointly meet you after this to discuss

12:36PM 15   these two Caspian Sea reports, to discuss some specifics that we

12:36PM 16   have just sped read, and maybe --

12:36PM 17        THE COURT:  What if I told you I had lunch plans?

12:37PM 18        MR. ROY:  Well, then I guess we won't do it, but --

12:37PM 19        MR. UNDERHILL:  Invite him to lunch.

12:37PM 20        MR. ROY:  Whenever, but we think it may be beneficial to

12:37PM 21   have such a discussion.

12:37PM 22        THE COURT:  Good.  Why don't you guys, meaning no more

12:37PM 23   than the four plus Tim, come on back, and we'll see what's on

12:37PM 24   your mind.

12:37PM 25        MR. ROY:  Thank you.

12:37PM 1          THE COURT:  Kerry, what have you got?

12:37PM 2          MR. MILLER:  One thing, Your Honor.

12:37PM 3              The May 27th production deadline that I think

12:37PM 4     that's in place, I think we're all working hard to meet that

12:37PM 5     deadline; but, in terms of priority, at least from Transocean's

12:37PM 6     standpoint, we're prioritizing the custodial file productions for

12:37PM 7     the depositions.

12:37PM 8              I'm optimistic we'll meet the deadline for

12:37PM 9     everything; but, in the event that we don't, I just wanted to let

12:37PM 10    the Court know we're working very hard, but our document team did

12:37PM 11    ask me to confirm with the Court the priorities of the custodial

12:37PM 12    file production.  If there is a wave that has to come after the

12:38PM 13    27th, we'll make sure that that doesn't impact the depositions.

12:38PM 14         MR. LANGAN:  Off with his head, Your Honor.

12:38PM 15         THE COURT:  That's definitely not an A report.

12:38PM 16             Andy.

12:38PM 17         MR. LANGAN:  Obviously, we share Mr. Miller's -- we're

12:38PM 18    trying.  We're trying.

12:38PM 19         THE COURT:  Does everybody agree that custodial files

12:38PM 20    take priority over all else at this point?

12:38PM 21         MS. BERTAUT:  Yes.

12:38PM 22         MR. HERMAN:  Steve Herman for the plaintiffs.

12:38PM 23             Just a brief report.  I think Your Honor had

12:38PM 24    indicated in an e-mail that it would be helpful, particularly

12:38PM 25    when we're sending the Court information, to know whether the

12:38PM 1   confidentiality designations have been removed.

12:38PM 2          What we're working on, Mr. Irpino advises me, with

12:38PM 3   BP, and we think we're close to, is working on having a log

12:38PM 4   that's constantly updated that we can make available to the

12:38PM 5   Court, perhaps even file in the record, so there will be a

12:38PM 6   running available log for everyone.  Thank you.

12:38PM 7          THE COURT:  Great.  Thank you.  Thank you.  That's good.

12:39PM 8          Yes.  Kerry, the answer is yes, custodial files

12:39PM 9   take priority above all else.

12:39PM 10         MR. MILLER:  Well, either you were going to take my head

12:39PM 11  off or the document production was, so I figured you would be

12:39PM 12  nicer.

12:39PM 13         THE COURT:  Well, tell them that doesn't get them off

12:39PM 14  the hook.

12:39PM 15         MR. MILLER:  I know.  I'll deliver the message.  I'm

12:39PM 16  sure I have three messages already, what did she say, what did

12:39PM 17  these say.

12:39PM 18         THE COURT:  Exactly.

12:39PM 19         I think that's going to wrap this up.  Let me see

12:39PM 20  the four guys, five guys back in my office.

12:39PM 21         Thanks very much.  Everybody have a good weekend.

12:39PM 22         VOICES:  Thank you, Your Honor.

23          (WHEREUPON, at 12:39 p.m., the proceedings were

24   concluded.)

25                        *    *    *

1                          REPORTER'S CERTIFICATE

2

3       I, Cathy Pepper, Certified Realtime Reporter, Registered

4  Merit Reporter, Certified Court Reporter of the State of

5  Louisiana, Official Court Reporter for the United States District

6  Court, Eastern District of Louisiana, do hereby certify that the

7  foregoing is a true and correct transcript, to the best of my

8  ability and understanding, from the record of the proceedings in

9  the above-entitled and numbered matter.

10

11

12                         s/Cathy Pepper
                          _____

13                         Cathy Pepper, CRR, RMR, CCR
                          Certified Realtime Reporter
14                         Official Court Reporter
                          United States District Court
15                         Cathy_Pepper@laed.uscourts.gov

16

17

18

19

20

21

22

23

24

25

## $

**$8,000** [5] - 86:11, 86:21, 88:19, 89:3, 91:2

## 1

**1** [7] - 21:17, 34:23, 45:21, 81:19, 81:21, 81:23, 81:24
**10** [10] - 24:16, 26:16, 27:11, 33:14, 89:8, 89:11, 89:15, 90:7, 96:10, 110:24
**10-day** [1] - 25:3
**10-MDL-2179** [1] - 1:6
**100** [1] - 8:25
**1000** [1] - 5:12
**101** [3] - 2:7, 9:1, 9:2
**1010** [1] - 5:12
**10TH** [1] - 9:22
**10th** [13] - 13:17, 28:2, 30:6, 32:22, 33:2, 38:7, 38:9, 38:23, 39:2, 90:14, 90:23, 91:14, 125:1
**11** [1] - 7:5
**110** [1] - 9:3
**1100** [1] - 3:7
**116** [3] - 9:4, 9:5, 9:6
**117** [3] - 9:7, 9:8, 9:9
**118** [1] - 9:10
**119** [2] - 9:11, 9:12
**11th** [3] - 85:5, 85:9, 125:12
**12** [8] - 42:24, 77:11, 77:14, 77:15, 77:20, 85:2, 92:20, 92:21
**1201** [1] - 4:12
**121** [1] - 9:13
**122** [1] - 9:14
**1221** [1] - 4:8
**123** [3] - 9:16, 9:17, 9:18
**124** [2] - 9:19, 9:20
**125** [3] - 9:22, 9:23, 130:4
**127** [1] - 9:24
**128** [1] - 9:25
**12:39** [1] - 133:23
**12th** [4] - 13:19, 28:3, 85:6, 85:9
**13** [7] - 75:25, 76:5, 76:13, 77:20, 85:12, 92:20, 92:21
**130** [1] - 85:2
**130,000** [1] - 54:8

## 2 (col 2 header is 1300 etc.)

**1300** [1] - 4:21
**131** [1] - 10:1
**132** [1] - 10:2
**133** [1] - 10:3
**1331** [1] - 4:15
**134** [1] - 10:4
**13th** [1] - 76:16
**14** [6] - 76:1, 85:11, 85:12, 85:16, 85:18, 125:20
**15** [16] - 39:1, 57:20, 75:25, 77:11, 85:12, 85:16, 85:19, 103:19, 104:23, 116:21, 116:25, 117:8, 117:12, 117:19, 118:19
**15/15** [1] - 108:20
**150** [1] - 15:5
**16** [4] - 28:19, 80:14, 80:18, 85:2
**1615** [1] - 4:21
**1665** [1] - 4:15
**16th** [3] - 30:13, 30:14, 39:13
**1700** [1] - 4:12
**17th** [3] - 30:18, 30:25, 39:21
**18** [4] - 7:6, 45:17, 65:19, 98:18
**18th** [7] - 31:7, 31:14, 33:8, 33:12, 33:20, 34:4
**19** [1] - 65:19
**19th** [3] - 24:6, 27:18, 34:1
**1:30** [5] - 10:4, 49:25, 124:19, 124:24, 124:25
**1st** [5] - 82:5, 82:16, 82:21, 82:23, 83:7

## 2

**2** [11] - 38:14, 50:15, 50:16, 50:17, 50:18, 50:19, 54:12, 81:21, 81:23, 100:5, 101:10
**20** [13] - 1:5, 1:7, 11:2, 66:1, 111:22, 111:23, 112:1, 112:4, 118:15, 118:16, 118:21, 118:22
**20005** [1] - 3:24
**20006** [1] - 4:25
**2007** [1] - 4:19
**201** [2] - 5:5, 5:19
**2010** [1] - 1:5

**2011** [3] - 1:7, 10:4, 11:2
**2020** [1] - 4:24
**20th** [5] - 52:12, 79:13, 128:18, 130:8, 130:11
**21** [8] - 65:5, 65:17, 65:18, 65:19, 66:1, 78:4, 78:11, 79:22
**2179** [1] - 74:24
**2185** [1] - 5:21
**21st** [5] - 24:8, 26:7, 26:16, 34:20, 75:19
**22** [11] - 65:5, 65:9, 65:10, 65:17, 65:18, 65:19, 76:13, 78:4, 78:11, 79:22
**22nd** [11] - 24:21, 25:6, 25:12, 26:1, 26:5, 26:20, 28:25, 29:2, 35:9, 35:12, 65:11
**23** [1] - 7:7
**2300** [1] - 5:15
**23rd** [2] - 24:18, 128:18
**24** [3] - 34:23, 46:4, 101:25
**24/7** [1] - 50:24
**25** [3] - 32:21, 65:5, 101:25
**25th** [6] - 27:5, 37:24, 37:25, 38:6, 38:24, 41:1
**26** [2] - 10:4, 76:13
**2615** [1] - 1:25
**26th** [1] - 57:3
**27** [5] - 79:16, 79:19, 80:15, 80:19, 92:7
**27,000** [1] - 12:15
**27th** [5] - 35:12, 36:8, 36:10, 132:3, 132:13
**27TH** [1] - 10:2
**28** [4] - 79:16, 79:19, 92:7
**29** [4] - 80:25, 81:1, 81:6, 92:8
**2929** [1] - 5:8
**2990** [1] - 2:11
**29th** [1] - 12:8
**2:00** [1] - 51:3
**2:30** [1] - 107:13
**2C** [2] - 37:19, 37:20
**2nd** [3] - 36:18, 82:6, 82:24

## 3

**3** [1] - 37:17

**30** [3] - 77:2, 109:14, 130:5
**30(B)(6** [2] - 7:25, 9:25
**30(b)(6)** [9] - 75:17, 76:11, 81:2, 128:15, 128:17, 130:3, 130:11, 130:16, 130:18
**30(b)(6)** [1] - 129:6
**30-something** [1] - 129:8
**300** [1] - 3:21
**31** [16] - 59:17, 60:16, 61:7, 61:8, 61:12, 61:18, 81:19, 81:23, 93:11, 93:14, 93:15, 94:6, 94:14, 94:21, 94:25
**31st** [2] - 82:5, 92:24
**31ST...........................
................** [1] - 8:19
**32** [1] - 98:18
**3450** [1] - 5:22
**35** [10] - 76:21, 94:25, 96:7, 111:4, 111:5, 112:8, 112:10, 112:13, 112:18
**3500** [1] - 17:5
**36130** [1] - 2:20
**365** [1] - 21:1
**3668** [2] - 1:17, 2:4
**36TH** [1] - 3:6
**37** [2] - 103:18, 108:20
**3:30** [1] - 12:16
**3rd** [3] - 27:15, 82:6, 100:24

## 4

**4,000** [1] - 32:15
**4/19/11** [1] - 32:11
**40** [3] - 112:7, 112:14, 116:22
**400** [4] - 70:24, 70:25, 119:5, 119:16
**42ND** [1] - 5:8
**435** [1] - 2:7
**45** [5] - 105:25, 106:7, 109:14, 111:3, 111:14
**450** [1] - 2:15
**4500** [1] - 4:8
**46TH** [1] - 5:19
**4th** [3] - 32:18, 38:4, 38:9

## 5

**5** [1] - 21:18
**5,000** [1] - 32:15
**500** [3] - 2:20, 5:22, 6:4
**5000** [1] - 3:16
**504** [1] - 6:5
**51** [1] - 7:8
**5395** [1] - 2:16
**546** [1] - 4:4
**55** [1] - 7:9
**556** [2] - 1:18, 2:4
**57** [1] - 7:10
**58** [1] - 7:11
**589-7779** [1] - 6:5
**5th** [1] - 27:9

## 6

**60** [2] - 117:1, 130:5
**600-page** [3] - 123:24, 123:25, 124:1
**601** [2] - 1:25, 5:15
**60654** [1] - 3:21
**62** [1] - 7:12
**63** [1] - 7:13
**64** [1] - 7:17
**65** [3] - 7:19, 7:21, 7:22
**655** [1] - 3:24
**66** [1] - 7:23
**67** [1] - 7:24
**6th** [5] - 27:18, 27:20, 27:24, 29:4, 29:8

## 7

**7** [1] - 95:4
**7.5** [1] - 103:20
**70** [2] - 96:25, 97:7
**701** [1] - 3:16
**70112** [1] - 4:22
**70113** [1] - 1:21
**70130** [5] - 1:25, 2:11, 4:5, 5:16, 6:4
**70139** [1] - 3:17
**70163** [1] - 3:7
**70170** [2] - 5:5, 5:19
**70360** [1] - 2:8
**70502** [2] - 1:18, 2:5
**72** [1] - 65:23
**75** [10] - 7:25, 8:1, 8:2, 102:25, 103:19, 106:5, 106:22, 108:17, 111:5, 112:13

**75-minute** [1] - 107:3
**75270** [1] - 4:12
**77** [2] - 8:3, 8:4
**77002** [2] - 5:12, 5:23
**77010** [2] - 4:8, 4:15
**77019** [1] - 5:9
**79** [3] - 8:5, 8:6, 8:7
**7TH** [1] - 2:16

**8**

**8** [3] - 100:10, 100:11, 101:11
**8,000** [3] - 17:4, 88:7, 89:24
**80** [1] - 8:8
**800** [1] - 13:21
**81** [1] - 8:9
**820** [1] - 1:21
**83** [1] - 8:10
**84** [2] - 8:12, 8:13
**85** [1] - 8:14
**8:30** [2] - 124:18, 124:23
**8:30........................** [1] - 9:21

**9**

**9** [7] - 24:25, 25:15, 29:3, 89:8, 89:11, 89:15, 90:7
**900** [1] - 13:22
**92** [4] - 8:15, 8:16, 8:17, 8:18
**94102** [1] - 2:16
**95** [2] - 8:20, 17:22
**96** [1] - 8:21
**98** [2] - 8:22, 8:23
**99** [2] - 8:24, 17:22
**9:30** [1] - 1:7
**9th** [6] - 28:16, 29:20, 29:21, 90:14, 90:22, 91:13

**A**

**A-L-B-E-R-T-I-N** [1] - 77:9
**A.M** [1] - 1:7
**ability** [1] - 134:8
**able** [17] - 16:24, 19:14, 21:5, 25:1, 31:2, 36:19, 38:20, 45:10, 46:15, 47:25, 49:18, 59:2, 64:15, 91:3, 103:17, 115:5, 122:9

**aboard** [1] - 98:18
**above-entitled** [1] - 134:9
**ABRAMSON** [1] - 1:23
**Abroad** [1] - 11:19
**absence** [1] - 21:21
**absolutely** [6] - 45:3, 50:5, 80:10, 97:15, 113:17, 113:20
**accept** [2] - 69:4, 114:17
**access** [1] - 14:4
**accidents** [1] - 72:3
**accommodate** [1] - 21:14
**accommodating** [1] - 82:7
**accomplish** [1] - 43:20
**accomplished** [1] - 19:4
**according** [3] - 23:14, 31:24, 36:23
**account** [1] - 48:8
**accurate** [1] - 86:22
**accurately** [1] - 15:9
**achieve** [1] - 22:21
**achieved** [1] - 19:17
**acknowledge** [2] - 35:22, 104:23
**action** [2] - 15:3, 125:9
**ACTION** [1] - 1:6
**ACTIONS** [1] - 1:9
**activities** [1] - 38:14
**ACTIVITY** [1] - 7:14
**activity** [1] - 63:23
**actual** [3] - 17:16, 39:17, 40:19
**Adair** [1] - 86:4
**adaptation** [1] - 28:9
**adapted** [1] - 28:9
**add** [5] - 35:13, 44:10, 61:14, 80:16, 119:19
**added** [1] - 93:8
**adding** [1] - 97:1
**addition** [6] - 14:5, 75:25, 93:3, 93:11, 104:21, 105:3
**ADDITIONAL** [2] - 8:18, 9:1
**additional** [22] - 17:11, 17:25, 39:6, 42:20, 63:14, 92:24, 95:2, 96:7, 101:22, 103:3, 111:13, 111:20, 112:18, 113:18, 118:25, 126:6, 126:7, 126:9, 126:14, 126:17,

126:23
**address** [8] - 13:8, 16:9, 71:10, 74:10, 74:17, 109:17, 110:5, 130:25
**addressed** [3] - 21:20, 26:6, 115:9
**adds** [1] - 50:4
**adjustments** [1] - 130:18
**administrative** [1] - 120:5
**admire** [1] - 98:4
**admissibility** [1] - 59:5
**admissible** [1] - 74:22
**admitted** [2] - 45:1, 59:22
**admittedly** [1] - 71:25
**admonition** [1] - 80:10
**advance** [5] - 14:25, 30:17, 45:25, 84:1, 84:9
**advice** [2] - 37:16, 53:12
**advise** [1] - 73:18
**advisement** [1] - 115:2
**advises** [1] - 133:2
**affair** [1] - 64:17
**affected** [1] - 108:4
**affidavit** [1] - 67:24
**aftermath** [1] - 71:1
**AFTERNOON** [1] - 8:10
**afternoon** [10] - 21:17, 21:18, 27:24, 45:8, 48:7, 48:11, 49:16, 49:24, 67:5, 83:21
**AGENDA** [2] - 7:3, 8:10
**agenda** [1] - 83:20
**aggressive** [2] - 26:12, 43:14
**agility** [1] - 43:13
**ago** [3] - 20:6, 86:4, 121:4
**agree** [15] - 12:5, 15:19, 18:1, 49:5, 52:23, 53:21, 57:16, 90:8, 91:16, 120:19, 120:20, 120:23, 123:7, 127:14, 132:19
**agreed** [6] - 17:19, 67:17, 67:20, 89:8, 105:19, 109:13
**agreed-upon** [1] - 105:19
**agreement** [17] -

13:16, 29:13, 30:19, 53:19, 104:11, 104:12, 105:14, 105:25, 106:7, 106:16, 106:19, 109:11, 109:16, 109:22, 110:1, 113:1, 114:24
**agreements** [3] - 114:11, 114:12
**agrees** [1] - 75:12
**ahead** [19] - 20:13, 20:21, 22:16, 47:2, 50:8, 56:5, 56:20, 58:14, 73:21, 85:1, 104:2, 107:16, 119:1, 119:7, 120:17, 122:4, 122:9, 127:17
**air** [1] - 80:8
**AL** [1] - 2:20
**Alabama** [1] - 112:4
**ALABAMA** [1] - 2:18
**ALAN** [1] - 4:14
**Alan** [8] - 16:16, 17:18, 81:25, 82:1, 94:3, 109:14, 125:6, 125:7
**Alberti** [1] - 95:4
**ALBERTI..................**
**.....................** [1] -
8:20
**Albertin** [5] - 77:9, 77:12, 95:5, 95:17, 95:21
**ALBERTIN.................**
**.......................** [1]
- 8:3
**Alden** [2] - 11:14, 74:9
**ALDEN** [1] - 5:24
**alerted** [2] - 21:18, 21:20
**alignment** [1] - 103:10
**ALL** [1] - 1:9
**allegation** [1] - 16:10
**allegations** [6] - 46:14, 46:23, 128:20, 128:23, 128:25, 129:2
**alleged** [1] - 128:23
**ALLEN** [2] - 5:8, 5:22
**allocated** [1] - 108:10
**allocating** [1] - 108:8
**allocation** [4] - 105:19, 106:1, 112:23, 113:7
**allocations** [4] - 102:24, 102:25, 106:25, 113:5
**allow** [2] - 26:22,

70:15
**allowed** [1] - 30:3
**almost** [2] - 16:4, 35:14
**alone** [1] - 96:21
**ALSO** [1] - 5:24
**amended** [1] - 14:7
**Amendment** [1] - 66:7
**AMENDMENT...** [1] - 7:23
**AMERICA** [6] - 3:9, 3:9, 3:10, 3:11, 3:13, 3:14
**America** [1] - 79:14
**AMERICAN** [2] - 1:24, 5:15
**amount** [1] - 108:9
**ANADARKO** [2] - 4:17, 4:18
**Anadarko** [6] - 12:2, 63:25, 102:25, 108:23, 110:14, 130:19
**Anadarko/MOEX** [3] - 108:2, 108:17, 109:4
**analysis** [2] - 22:4, 69:23
**anathema** [1] - 80:11
**AND** [8] - 3:4, 4:19, 7:13, 7:14, 7:19, 8:15, 9:11, 9:12
**ANDREW** [1] - 3:19
**Andy** [28] - 53:3, 53:6, 57:23, 66:23, 67:8, 73:15, 75:16, 76:7, 78:23, 82:10, 84:24, 85:23, 88:4, 93:2, 95:11, 97:10, 97:11, 97:13, 97:20, 98:3, 99:20, 100:4, 114:8, 114:17, 115:3, 124:22, 129:21, 132:16
**ANIMALS** [1] - 7:18
**animals** [1] - 64:5
**annular** [4] - 34:19, 34:22, 35:1, 38:18
**annulars** [3] - 34:10, 34:16, 35:7
**answer** [13] - 15:2, 23:21, 27:2, 52:1, 53:23, 53:24, 62:6, 64:19, 75:10, 76:2, 77:17, 81:13, 133:8
**answered** [1] - 23:15
**answers** [1] - 115:6
**ANTHONY** [1] - 2:10
**anticipate** [2] - 16:4, 101:19
**anticipates** [2] -

26:18, 28:2
**anticipating** [1] - 48:24
**anticipation** [1] - 59:3
**anyway** [7] - 24:15, 35:25, 36:16, 40:21, 50:6, 93:8, 97:7
**apart** [1] - 37:7
**apologies** [1] - 22:11
**apologize** [1] - 62:1
**appeal** [10] - 62:18, 72:20, 72:21, 72:22, 73:2, 73:10, 73:11, 73:18, 75:11, 81:20
**appearance** [1] - 49:18
**APPEARANCES** [6] - 1:14, 2:1, 3:1, 4:1, 5:1, 6:1
**applicable** [1] - 71:20
**application** [1] - 43:14
**apply** [4] - 37:6, 54:1, 70:19
**appreciate** [11] - 12:2, 15:23, 18:7, 32:7, 42:18, 44:13, 85:23, 99:21, 111:6, 112:20, 117:9
**appreciated** [2] - 84:5, 96:23
**appreciative** [2] - 107:25, 111:5
**approach** [4] - 70:4, 80:11, 127:22
**approached** [1] - 88:5
**approaches** [2] - 51:25, 70:17
**appropriate** [4] - 15:4, 45:22, 64:6, 114:9
**approved** [4] - 27:17, 32:12, 34:13, 43:20
**April** [15] - 12:8, 25:6, 25:12, 27:18, 32:21, 35:9, 35:12, 37:25, 38:24, 41:1, 52:12, 79:13, 128:18, 130:8, 130:11
**APRIL** [1] - 1:5
**arbitrary** [2] - 71:17, 71:23
**Arbuckle** [8] - 86:9, 86:21, 88:5, 88:25, 89:9, 89:11, 89:25
**ARE** [3] - 7:15, 7:18, 9:19
**areas** [1] - 130:22
**arguably** [1] - 14:20
**argue** [2] - 110:18, 128:15
**argument** [10] - 57:2,

57:6, 57:18, 62:22, 68:11, 69:8, 72:8, 72:15, 124:17, 124:23
**ARGUMENT** [2] - 7:10, 9:20
**arguments** [1] - 120:21
**Arnold** [3] - 91:25, 92:4, 99:1
**arrange** [1] - 39:24
**arrangement** [1] - 109:13
**arranging** [1] - 118:4
**arrive** [3] - 28:18, 29:21, 30:18
**arrives** [8] - 26:14, 28:18, 28:19, 28:22, 28:23, 29:17, 29:22, 30:14
**AS** [1] - 7:14
**ASAP** [1] - 50:24
**aside** [1] - 35:14
**ASKED** [1] - 7:8
**aspect** [1] - 70:14
**aspects** [1] - 104:12
**assemble** [1] - 25:6
**assembly** [4] - 26:17, 32:14, 33:19, 36:25
**asserted** [1] - 59:4
**assignment** [1] - 66:9
**assist** [2] - 18:22, 25:15
**assistance** [4] - 19:15, 30:3, 42:6, 83:24
**assistant** [1] - 50:8
**assisted** [1] - 30:2
**assume** [3] - 19:23, 123:14, 124:18
**assumption** [2] - 106:2, 106:22
**assure** [2] - 57:25, 80:9
**AT** [1] - 9:21
**ate** [1] - 67:7
**attached** [2] - 24:12, 39:23
**attempt** [1] - 53:15
**attempted** [1] - 13:15
**attempting** [1] - 67:15
**attend** [4] - 29:7, 29:11, 50:12, 105:17
**attendance** [3] - 45:20, 45:22, 107:6
**attention** [11] - 19:14, 21:17, 27:4, 64:9, 85:24, 94:17, 112:9, 122:4, 124:13, 125:11, 125:24
**attest** [1] - 104:23

**ATTORNEY** [1] - 2:18
**auction** [5] - 101:24, 102:2, 117:24, 117:25, 118:25
**August** [1] - 119:10
**AUGUST** [1] - 9:12
**authentic** [1] - 60:13
**authenticity** [3] - 58:15, 58:17, 59:22
**availability** [4] - 26:6, 49:11, 82:18, 93:23
**available** [14] - 24:9, 25:12, 29:3, 33:25, 58:11, 75:25, 76:5, 77:12, 94:1, 99:14, 99:17, 133:4, 133:6
**AVENUE** [5] - 1:21, 2:15, 2:20, 5:5, 5:19
**avoid** [1] - 120:20
**awake** [1] - 42:23
**award** [1] - 66:10
**aware** [4] - 14:9, 45:4, 84:22, 102:5
**awareness** [2] - 129:3, 129:4
**Azerbaijani** [1] - 71:14

## B

**B-Y-R-D** [1] - 75:24
**BABIUCH** [1] - 3:20
**backtrack** [2] - 16:13, 28:24
**backup** [1] - 78:4
**bailiwick** [1] - 57:25
**balanced** [1] - 53:16
**Baldwin** [1] - 116:11
**BALDWIN** [5] - 5:4, 116:11, 117:3, 117:8, 117:10
**Bank** [1] - 65:22
**Barbier** [6] - 54:16, 57:2, 57:4, 62:19, 63:9, 63:16, 72:20, 72:23, 75:12, 118:2, 120:17, 120:25, 122:4, 123:9, 124:17, 127:7
**BARBIER** [2] - 7:10, 9:21
**BARBIER.................
.........** [1] - 9:16
**barking** [2] - 68:20, 68:21
**BARROW** [1] - 5:8
**based** [6] - 17:6, 19:25, 52:4, 68:17, 68:19, 95:17
**basis** [2] - 59:2, 70:14

**bear** [1] - 84:10
**beat** [1] - 67:15
**became** [1] - 25:23
**Beck** [6] - 11:16, 20:20, 44:3, 48:16, 49:13, 109:11
**BECK** [12] - 4:6, 4:7, 11:16, 44:3, 44:16, 44:19, 45:9, 45:13, 47:22, 49:13, 50:18, 51:10
**become** [3] - 33:10, 69:12, 125:23
**beep** [1] - 11:9
**BEFORE** [1] - 1:12
**beforehand** [2] - 91:11, 91:13
**beg** [1] - 65:10
**began** [1] - 109:12
**begin** [2] - 24:22, 25:10
**beginning** [3] - 34:8, 51:13, 78:3
**begins** [1] - 102:2
**behalf** [3] - 13:6, 56:7, 56:14
**behind** [1] - 117:21
**beneficial** [1] - 131:20
**Bertaut** [2] - 45:14, 46:13
**BERTAUT** [25] - 4:4, 20:23, 21:3, 21:9, 21:15, 21:24, 22:11, 47:24, 48:22, 49:8, 50:14, 105:13, 105:17, 105:22, 106:21, 110:20, 110:23, 112:11, 128:13, 129:18, 129:23, 130:24, 131:6, 131:9, 132:21
**best** [12] - 19:11, 29:13, 43:14, 45:24, 46:5, 68:10, 70:5, 95:13, 104:18, 122:20, 123:5, 134:7
**bet** [2] - 16:1, 79:11
**better** [6] - 18:18, 18:20, 23:3, 58:23, 77:21, 121:24
**between** [13] - 20:3, 31:23, 42:5, 44:24, 48:1, 59:13, 77:11, 86:25, 102:6, 102:21, 103:11, 113:1, 126:20
**beyond** [2] - 16:3, 21:6
**big** [6] - 25:23, 53:5, 54:9, 55:7, 83:17,

115:1
**Big** [1] - 23:17
**bigger** [3] - 22:23, 34:7, 79:23
**biggest** [2] - 20:24, 23:7
**binders** [1] - 123:16
**Bingham** [1] - 121:22
**BINGHAM** [1] - 4:23
**bit** [11] - 14:15, 21:2, 44:22, 56:9, 56:11, 57:20, 58:3, 58:21, 69:4, 97:12, 117:21
**blah** [5] - 60:22
**blood** [2] - 29:24, 130:6
**blow** [1] - 28:6
**blowout** [7] - 31:16, 32:16, 34:24, 37:15, 39:7, 39:11, 87:11
**blue** [1] - 127:11
**blush** [1] - 34:21
**body** [2] - 33:4, 33:16
**book** [1] - 65:10
**Boots** [2] - 85:25, 86:3
**BOP** [12] - 7:6, 18:10, 41:8, 41:19, 76:9, 76:10, 76:11, 76:14, 109:17, 128:24, 129:12, 129:16
**boss** [1] - 92:18
**BOTH** [1] - 7:13
**bothers** [1] - 113:11
**bottom** [1] - 46:16
**BOX** [2] - 1:17, 2:4
**boxes** [2] - 17:8, 17:12
**BP** [64] - 3:9, 3:9, 3:10, 3:11, 3:12, 3:13, 3:14, 32:12, 34:13, 46:18, 51:19, 52:2, 52:7, 52:17, 52:20, 52:24, 53:3, 54:3, 54:6, 55:5, 59:6, 62:8, 63:14, 64:14, 68:3, 68:6, 70:15, 74:14, 83:24, 86:20, 86:21, 86:25, 87:9, 87:16, 88:4, 95:6, 97:2, 97:14, 97:15, 98:17, 102:7, 102:17, 103:2, 103:13, 104:14, 108:5, 117:20, 121:4, 123:2, 124:22, 128:14, 128:15, 128:17, 128:18, 128:22, 129:3, 129:6, 129:11, 130:9, 131:1, 133:3

**BP's** [12] - 52:6, 52:24, 53:17, 59:8, 70:4, 75:5, 90:3, 102:11, 103:5, 118:20, 129:3, 129:4

**BP**.............. [1] - 9:25

**BRANCH** [1] - 2:14

**break** [9] - 51:16, 51:17, 103:25, 106:1, 115:24, 115:25, 116:2, 121:16, 124:18

**break-up** [1] - 106:1

**breakdown** [1] - 103:16

**breaking** [1] - 89:4

**brief** [3] - 116:4, 126:12, 132:23

**briefly** [5] - 13:9, 44:4, 74:10, 75:4, 107:9

**bright** [4] - 77:8, 78:8, 96:18, 99:8

**bring** [4] - 15:13, 19:13, 47:21, 59:9

**bringing** [1] - 64:9

**brings** [1] - 76:20

**broad** [2] - 14:15, 129:7

**broadened** [1] - 128:19

**broadening** [1] - 129:2

**broader** [4] - 76:3, 76:6, 76:23, 113:5

**Brock** [12] - 59:11, 59:16, 59:17, 60:2, 60:3, 60:11, 60:15, 60:17, 60:21, 60:24, 60:25, 61:7

**Brock's** [1] - 59:21

**broke** [1] - 128:4

**brought** [7] - 21:16, 88:16, 110:10, 113:15, 124:1, 125:10, 130:8

**Brown** [9] - 16:21, 16:25, 17:3, 17:22, 117:16, 117:22, 117:23, 118:1, 118:12

**Brown's** [2] - 17:8, 17:13

**BROWN**....................

.................... [1] - 9:8

**bubbling** [1] - 63:19

**bug** [1] - 72:12

**build** [1] - 41:25

**BUILDING** [1] - 1:24

**built** [2] - 121:19,

121:21

**bullet** [1] - 32:10

**bundle** [2] - 50:23, 58:2

**burden** [5] - 33:10, 45:18, 68:12, 69:5, 72:9

**burn** [1] - 29:23

**burning** [1] - 42:20

**business** [5] - 49:16, 71:18, 96:15, 97:17, 131:4

**busy** [3] - 18:19, 67:2, 79:20

**Buzbee** [2] - 85:20, 98:25

**Buzbee's** [1] - 85:5

**buzz** [1] - 105:10

**BY** [27] - 1:4, 1:17, 1:20, 1:24, 2:3, 2:7, 2:10, 2:14, 2:18, 3:6, 3:15, 3:19, 3:23, 4:4, 4:7, 4:11, 4:14, 4:20, 4:24, 5:4, 5:8, 5:11, 5:14, 5:18, 5:21, 6:6, 6:7

**Byrd** [3] - 75:24, 129:24, 130:14

**BYRD**.......................

.................... [1] - 8:2

# C

**CA** [1] - 2:16

**caffeine** [1] - 58:11

**calculation** [1] - 93:4

**calendar** [7] - 77:2, 79:9, 79:23, 89:5, 89:7, 99:16, 119:10

**CALENDAR**...............

. [1] - 9:12

**calendars** [1] - 92:25

**CALLED** [1] - 11:4

**camera** [4] - 15:16, 68:16, 69:3, 73:19

**CAMERON** [1] - 4:3

**Cameron** [105] - 11:16, 19:5, 21:18, 21:19, 21:20, 21:21, 22:1, 22:9, 23:12, 23:24, 24:6, 24:8, 24:17, 24:18, 25:2, 25:5, 25:8, 25:12, 25:17, 26:5, 26:15, 26:20, 27:6, 27:7, 27:11, 27:15, 27:16, 27:21, 27:25, 28:2, 28:3, 28:16, 29:5, 29:6,

29:10, 30:19, 31:4, 32:12, 32:18, 32:19, 32:22, 32:24, 33:9, 33:10, 33:14, 33:18, 33:25, 34:13, 34:20, 35:6, 35:22, 36:11, 36:16, 36:23, 37:25, 38:4, 38:9, 38:11, 38:13, 38:20, 39:4, 39:22, 39:24, 40:4, 40:13, 40:20, 42:18, 43:12, 44:25, 45:16, 46:18, 47:9, 48:2, 76:19, 94:15, 103:20, 105:13, 105:24, 105:25, 106:2, 106:4, 106:6, 106:7, 106:17, 106:21, 107:2, 107:22, 108:21, 109:4, 109:14, 109:21, 110:24, 111:1, 112:8, 112:10, 128:13, 128:19, 128:23, 129:4, 130:9, 130:13

**Cameron's** [11] - 19:10, 29:1, 29:13, 31:11, 32:20, 38:6, 41:20, 42:19, 47:5, 47:13, 129:5

**CANAL** [2] - 2:10, 2:11

**candid** [1] - 78:7

**candidly** [2] - 45:1, 87:22

**cannot** [2] - 38:18, 96:7

**cap** [4] - 34:9, 36:19, 41:9, 41:22

**capacity** [4] - 88:18, 93:9, 93:10, 130:14

**caps** [1] - 36:9

**captain's** [1] - 29:24

**capture** [1] - 16:24

**captured** [2] - 17:4, 39:23

**carcasses** [1] - 64:5

**CARCASSES** [1] - 7:17

**care** [5] - 55:15, 64:12, 89:16, 95:23, 116:15

**careful** [1] - 53:12

**cares** [1] - 41:16

**CARMELITE** [1] - 4:4

**Carmelite** [12] - 13:4, 20:17, 21:11, 47:4, 47:17, 50:16, 51:8, 94:15, 106:19, 107:18, 111:6, 130:21

**Carmelite's** [1] - 61:9

**CARONDELET** [1] - 4:4

**carriers** [1] - 83:23

**carrying** [2] - 69:15, 69:16

**carve** [1] - 55:12

**carve-out** [1] - 55:12

**carving** [1] - 103:17

**CASE** [1] - 9:13

**case** [21] - 42:12, 46:19, 54:19, 59:25, 68:14, 69:14, 69:15, 69:16, 70:12, 74:17, 74:19, 74:24, 75:2, 75:7, 103:11, 104:12, 104:13, 114:24, 121:2, 123:2, 124:10

**Case** [1] - 121:18

**cases** [2] - 50:4, 83:22

**CASES**......................

.... [1] - 8:11

**casing** [2] - 33:4, 33:16

**CASPIAN** [3] - 7:12, 7:24, 10:1

**Caspian** [9] - 62:4, 62:6, 67:18, 69:11, 70:13, 71:11, 102:19, 102:21, 131:15

**cat** [2] - 58:14, 58:17

**catastrophe** [4] - 69:23, 71:11, 71:13, 71:16

**catastrophes** [1] - 69:20

**categories** [1] - 16:20

**category** [2] - 14:13, 43:15

**CATHY** [1] - 6:3

**Cathy** [2] - 134:3, 134:13

**Cathy_Pepper@laed .uscourts.gov** [1] - 134:15

**cathy_Pepper@laed. uscourts.gov** [1] - 6:5

**caught** [1] - 14:2

**causes** [2] - 69:21, 87:12

**caution** [2] - 76:15, 127:23

**caveat** [2] - 60:24, 65:5

**cc** [1] - 17:9

**CCR** [2] - 6:3, 134:13

**cede** [2] - 116:12,

117:20

**ceded** [2] - 104:24, 107:3

**cement** [2] - 14:14, 14:18

**cementer** [1] - 118:18

**CENTER** [3] - 4:7, 5:15, 5:22

**central** [1] - 101:11

**CENTRE** [1] - 3:6

**certain** [3] - 14:14, 124:6, 124:7

**certainly** [18] - 44:20, 45:6, 46:25, 51:12, 51:25, 52:22, 68:7, 74:18, 88:17, 103:2, 107:10, 110:10, 111:11, 114:14, 115:12, 121:14, 123:17, 123:19

**CERTIFICATE** [1] - 134:1

**CERTIFIED** [1] - 6:3

**Certified** [3] - 134:3, 134:4, 134:13

**certified** [1] - 25:13

**certify** [1] - 134:6

**challenge** [1] - 73:12

**CHAMBERS** [1] - 5:7

**chance** [3] - 41:6, 49:21, 65:6

**change** [2] - 51:18, 79:8

**CHANGE** [1] - 7:8

**changed** [2] - 52:15, 78:1

**changes** [4] - 25:4, 26:23, 78:14, 80:11

**changing** [1] - 79:7

**characteristics** [1] - 43:15

**charge** [1] - 17:15

**charged** [1] - 87:1

**CHARLES** [3] - 5:4, 5:5, 5:19

**chasing** [2] - 39:9, 42:12

**chat** [1] - 23:4

**check** [2] - 84:10, 101:12

**CHICAGO** [1] - 3:21

**children's** [1] - 37:5

**choice** [2] - 95:22, 99:12

**chop** [1] - 41:14

**CHRISTOVICH** [1] - 5:14

**chronological** [1] - 120:3

**circles** [1] - 40:22

**circulate** [2] - 127:20, 128:7
**circulating** [1] - 119:9
**cite** [1] - 35:5
**City** [1] - 70:3
**CIVIL** [2] - 1:6, 2:14
**claim** [2] - 52:12, 54:2
**claims** [9] - 54:9, 54:11, 55:9, 55:10, 63:24, 98:20, 109:1, 123:4
**CLAIMS** [1] - 7:15
**clarification** [2] - 94:4, 94:20, 96:9
**clarify** [2] - 23:3, 110:4
**clawback** [1] - 74:1
**CLEAN** [1] - 7:9
**Clean** [3] - 55:25, 56:8, 56:14
**CLEAN-UP** [1] - 7:9
**Clean-Up** [3] - 55:25, 56:8, 56:14
**clear** [7] - 23:25, 64:25, 80:10, 94:5, 104:13, 106:23, 115:4
**clearance** [1] - 29:18
**clearances** [1] - 29:22
**clearly** [2] - 69:5, 96:7
**CLERK** [6] - 11:7, 61:9, 61:16, 73:23, 92:10, 100:12
**client** [3] - 45:19, 69:17, 110:10
**clients** [3] - 15:21, 108:7, 115:10
**close** [4] - 51:1, 96:15, 131:4, 133:3
**closer** [1] - 52:2
**CMO** [1] - 83:25
**co** [1] - 106:11
**co-counsel** [1] - 106:11
**Coast** [2] - 97:16, 103:13
**cocktail** [2] - 118:4, 118:8
**code** [1] - 127:10
**COHEN** [40] - 5:10, 5:11, 18:11, 18:15, 18:17, 18:19, 18:21, 19:25, 20:19, 20:22, 20:24, 22:13, 22:19, 23:7, 23:19, 28:14, 29:21, 32:7, 32:10, 35:16, 37:20, 37:22, 37:24, 39:18, 42:1, 42:10, 43:7, 43:25, 48:8, 48:15, 48:18, 49:4, 49:7, 50:7,

50:20, 51:1, 51:4, 51:6, 51:11, 51:15
**Cohen** [13] - 18:11, 21:25, 44:4, 44:11, 44:21, 44:23, 44:25, 45:1, 46:3, 46:11, 46:14, 47:14, 49:9
**collar** [1] - 87:13
**colleagues** [2] - 79:25, 88:8
**collected** [1] - 13:20
**collecting** [1] - 17:15
**color** [4] - 127:10, 128:2, 128:3, 128:6
**COLVIN** [1] - 5:11
**coming** [8] - 28:21, 66:3, 66:7, 93:12, 114:9, 115:11, 118:24, 129:16
**Command** [2] - 120:5, 120:6
**commencement** [1] - 37:25
**comment** [4] - 53:7, 56:3, 68:2, 71:6
**COMMENTS** [1] - 9:16
**comments** [9] - 51:19, 52:4, 63:14, 71:10, 105:15, 108:16, 121:6, 123:9, 123:12
**committed** [1] - 90:19
**COMMITTEE** [1] - 1:23
**common** [1] - 63:10
**commonality** [1] - 69:19
**communicate** [2] - 15:3, 115:13
**communicated** [1] - 12:11
**communication** [3] - 20:3, 52:9, 64:11
**communications** [2] - 16:22, 63:13
**companies** [2] - 33:23, 103:11
**COMPANY** [2] - 3:10, 4:18
**company** [9] - 13:13, 43:11, 69:22, 70:2, 70:17, 71:24, 72:2, 86:5, 92:18
**compare** [1] - 102:21
**competing** [1] - 121:25
**compiled** [1] - 98:7
**complaining** [1] - 110:2
**complaint** [1] - 52:18
**complete** [3] - 19:15, 24:25, 35:7

**completing** [1] - 25:15
**complicated** [3] - 22:21, 31:18, 42:11
**complicating** [1] - 93:23
**components** [12] - 37:14, 38:11, 39:7, 39:11, 39:19, 40:7, 40:14, 40:19, 41:8, 41:11, 41:14
**compress** [1] - 37:11
**compromise** [1] - 54:13
**computer** [1] - 17:16
**COMPUTER** [1] - 6:7
**conceded** [2] - 31:4, 50:7
**concern** [2] - 47:19, 69:16
**concerned** [8] - 29:25, 30:9, 47:20, 56:19, 57:4, 64:7, 69:11, 70:9
**concerning** [3] - 37:16, 38:10, 128:22
**concerns** [4] - 20:16, 64:1, 64:3, 69:14
**concluded** [1] - 133:24
**condition** [1] - 129:1
**conduct** [1] - 101:18
**CONFERENCE** [3] - 1:11, 9:22, 10:4
**conference** [13] - 20:13, 22:8, 48:6, 49:15, 49:20, 49:24, 49:25, 78:18, 84:4, 105:23, 113:13, 121:3, 125:2
**confidential** [5] - 14:20, 14:23, 63:11, 67:21, 125:20
**CONFIDENTIALITY** [1] - 10:3
**confidentiality** [5] - 90:4, 114:23, 125:19, 125:21, 133:1
**confirm** [5] - 15:9, 39:3, 66:3, 85:18, 132:11
**confirmation** [3] - 65:12, 66:5, 89:15
**confirmed** [2] - 92:4, 92:13
**confirming** [1] - 91:25
**conflict** [2] - 13:18, 49:1
**confronting** [2] - 44:9, 68:11

**confusion** [1] - 95:3
**congratulations** [1] - 115:20
**connect** [1] - 27:25
**CONRAD** [1] - 2:7
**consensus** [1] - 111:2
**consider** [6] - 78:18, 84:6, 88:21, 96:16, 98:4, 114:10
**considerable** [1] - 45:18
**consideration** [3] - 21:13, 120:15, 129:15
**considered** [2] - 88:16, 116:9
**considers** [1] - 90:11
**consistent** [4] - 29:12, 52:6, 52:19, 88:12
**consistently** [1] - 20:8
**constantly** [1] - 133:4
**consult** [5] - 54:12, 54:13, 54:14, 54:20
**contact** [2] - 44:24, 88:25
**contain** [1] - 14:20
**contention** [3] - 130:15, 131:2, 131:7
**contest** [1] - 59:22
**contested** [1] - 58:25
**context** [1] - 113:5
**continuances** [2] - 78:12, 115:14
**continue** [3] - 43:8, 68:7, 92:17
**CONTINUED** [5] - 2:1, 3:1, 4:1, 5:1, 6:1
**continues** [2] - 28:12, 39:6
**continuing** [2] - 70:6, 126:13
**contract** [3] - 24:13, 43:20, 46:17
**contracts** [2] - 14:22, 15:1
**Control** [6] - 23:8, 24:7, 80:17, 81:9, 98:6, 119:4
**CONTROL** [2] - 7:7, 9:11
**control** [6] - 24:9, 24:22, 25:1, 26:6, 27:17, 28:6
**controversial** [1] - 64:14
**convenient** [1] - 89:2
**conversation** [3] - 17:20, 20:7, 48:14
**conversations** [1] - 88:11

**convey** [1] - 90:17
**cool** [1] - 105:12
**cooperate** [4] - 23:11, 24:3, 25:8, 35:11
**cooperation** [4] - 19:11, 23:14, 26:8, 43:10
**cooperative** [1] - 26:12
**coordinate** [1] - 57:19
**coordinated** [1] - 58:4
**coordinating** [1] - 74:18
**Coots** [2] - 85:25, 86:3
**copies** [4] - 32:19, 38:1, 38:5, 74:5
**copy** [10] - 11:20, 12:24, 25:8, 35:2, 45:7, 53:17, 74:6, 102:16, 120:9
**core** [1] - 32:3
**Corey** [2] - 91:19, 92:12
**COREY** [1] - 2:18
**corner** [1] - 114:4
**CORPORATE** [1] - 2:7
**corporate** [4] - 59:6, 69:25
**CORPORATION** [4] - 3:11, 4:3, 4:17, 4:18
**correct** [15] - 15:22, 18:25, 22:13, 22:25, 31:20, 43:24, 55:9, 56:23, 62:12, 73:9, 85:8, 93:7, 97:13, 101:13, 134:7
**corrected** [1] - 106:17
**correspondence** [4] - 31:23, 46:12, 47:25, 50:23
**cost** [10] - 20:25, 32:2, 34:4, 34:7, 36:19, 37:8, 40:22, 43:3, 45:18
**costs** [2] - 43:4, 50:11
**COTLAR** [1] - 1:20
**Counsel** [2] - 83:16, 85:6
**counsel** [18] - 12:9, 20:9, 25:8, 65:2, 65:5, 65:21, 77:18, 78:2, 81:20, 98:19, 98:22, 104:8, 106:11, 110:10, 115:10, 115:13, 115:14, 115:15
**COUNSEL** [2] - 1:16, 7:19
**counsel's** [1] - 85:8
**counterproductive** [1]

- 19:12
**country** [1] - 97:25
**Country** [1] - 23:17
**couple** [12] - 11:9,
14:8, 20:5, 75:21,
78:25, 79:15, 81:2,
83:24, 89:6, 107:23,
123:8, 130:15
**course** [11] - 20:19,
23:10, 23:24, 30:23,
33:12, 74:17, 82:13,
114:3, 120:25,
123:19, 130:4
**Court** [52] - 18:17,
18:22, 19:20, 21:20,
22:15, 24:4, 27:18,
28:24, 32:12, 34:13,
35:10, 41:6, 43:9,
44:19, 44:21, 45:2,
46:13, 46:16, 48:3,
48:10, 49:9, 49:14,
49:23, 50:24, 52:22,
57:25, 62:2, 68:19,
68:23, 72:9, 86:15,
88:9, 92:5, 105:15,
105:18, 109:3,
113:4, 114:10,
120:19, 121:9,
122:1, 122:8,
125:10, 132:10,
132:11, 132:25,
133:5, 134:4, 134:5,
134:6, 134:14,
134:14
**COURT** [351] - 1:1,
6:3, 11:4, 11:8,
11:12, 11:17, 12:5,
13:3, 15:11, 16:1,
16:11, 16:13, 16:15,
17:18, 18:4, 18:9,
18:13, 18:16, 18:18,
18:20, 19:21, 20:12,
20:20, 21:7, 21:10,
21:23, 22:6, 22:12,
22:16, 23:2, 28:13,
29:20, 32:6, 32:9,
37:21, 42:5, 42:9,
43:6, 43:24, 44:2,
44:5, 44:13, 44:18,
45:3, 45:12, 46:24,
47:23, 48:4, 48:12,
48:16, 48:19, 49:5,
49:12, 49:25, 50:8,
50:16, 50:19, 50:25,
51:2, 51:5, 51:7,
51:12, 51:16, 53:1,
53:4, 53:6, 53:17,
53:22, 53:24, 54:5,
54:10, 54:24, 55:14,
55:17, 55:22, 55:24,

56:9, 56:15, 56:20,
56:24, 57:1, 57:4,
57:11, 57:13, 58:5,
58:7, 58:10, 58:12,
58:18, 59:14, 59:17,
59:21, 60:7, 60:11,
60:19, 61:6, 61:10,
61:12, 61:14, 61:19,
61:22, 62:3, 62:10,
62:13, 62:25, 63:3,
63:6, 64:10, 64:18,
64:21, 64:24, 65:8,
65:10, 65:14, 65:25,
66:4, 66:11, 66:15,
66:20, 66:23, 67:1,
67:8, 67:11, 67:13,
67:18, 68:1, 69:7,
69:9, 70:20, 72:18,
73:5, 73:8, 73:10,
73:14, 73:17, 74:7,
74:12, 74:20, 75:1,
75:10, 75:16, 75:23,
76:4, 76:6, 76:10,
76:13, 76:15, 76:22,
76:24, 77:6, 77:8,
77:13, 77:15, 77:20,
77:22, 78:10, 78:17,
78:23, 79:1, 79:3,
79:5, 79:7, 79:11,
79:20, 80:1, 80:8,
80:21, 80:23, 81:4,
81:6, 81:13, 81:17,
81:22, 81:25, 82:10,
82:13, 82:19, 82:25,
83:5, 83:11, 84:3,
84:6, 84:8, 84:11,
84:14, 84:18, 84:20,
84:23, 85:1, 85:3,
85:7, 85:13, 85:18,
85:23, 86:2, 86:7,
86:16, 86:18, 87:3,
87:6, 87:21, 88:1,
88:23, 88:25, 89:2,
89:14, 89:18, 89:20,
90:2, 90:5, 90:7,
90:13, 90:25, 91:2,
91:6, 91:12, 91:18,
91:22, 91:24, 92:7,
92:11, 92:15, 92:19,
92:21, 93:7, 93:10,
94:8, 94:10, 94:15,
94:23, 95:8, 95:19,
95:21, 96:3, 96:11,
96:14, 97:4, 97:8,
98:2, 98:9, 98:15,
98:24, 99:2, 99:7,
100:7, 100:11,
100:13, 100:18,
100:25, 101:5,
101:7, 101:12,
101:16, 102:4,

102:8, 102:10,
102:14, 102:18,
103:21, 103:24,
104:1, 104:2,
104:25, 105:2,
105:4, 105:10,
105:16, 105:21,
106:19, 107:8,
107:10, 107:12,
107:14, 107:16,
109:7, 109:9, 110:7,
110:22, 111:2,
111:12, 111:15,
111:17, 111:23,
112:1, 112:6,
112:12, 112:15,
112:21, 112:24,
113:11, 113:13,
113:17, 113:20,
113:24, 114:5,
114:17, 114:20,
114:22, 115:3,
115:12, 115:18,
115:23, 116:6,
116:14, 116:19,
117:6, 117:9,
117:11, 117:25,
118:2, 118:7,
118:10, 118:14,
118:16, 118:22,
119:21, 120:3,
120:9, 120:14,
120:22, 121:10,
121:15, 121:21,
122:2, 122:10,
122:14, 122:22,
123:3, 123:7,
124:25, 125:25,
126:20, 127:4,
127:14, 127:19,
128:9, 129:16,
129:21, 129:24,
130:21, 131:5,
131:7, 131:10,
131:17, 131:22,
132:1, 132:15,
132:19, 133:7,
133:13, 133:18
**court** [15] - 20:2,
21:25, 43:20, 49:18,
52:5, 57:14, 58:8,
100:13, 100:18,
100:19, 100:21,
115:23, 125:14
**Court's** [6] - 19:13,
21:17, 23:10, 80:19,
125:18, 125:24
**court-approved** [1] -
43:20
**courtroom** [1] -
101:19

**cover** [8] - 47:7, 57:6,
57:17, 60:6, 75:23,
76:6, 76:8, 84:25
**coverage** [1] - 83:22
**COVERAGE** [1] - 8:11
**covered** [1] - 117:14
**covering** [3] - 57:8,
57:15, 57:20
**crack** [1] - 127:21
**create** [1] - 31:1
**creative** [2] - 120:8,
120:19
**credentials** [1] - 99:23
**crippling** [1] - 28:6
**critical** [4] - 58:24,
87:22, 106:14, 111:9
**criticize** [1] - 46:9
**cross** [1] - 60:2
**cross-examining** [1] -
60:2
**crossclaim** [3] -
128:22, 128:24,
130:17
**crossclaims** [4] -
108:4, 128:19,
130:8, 130:10
**CRR** [2] - 6:3, 134:13
**crucial** [1] - 69:16
**CSB** [1] - 25:23
**CSI** [13] - 5:17, 11:24,
12:2, 12:8, 12:15,
13:7, 14:14, 14:21,
15:7, 15:19, 17:10,
17:25, 118:12
**CSI's** [2] - 14:21,
17:17
**CSI** .............. [1] - 7:5
**current** [2] - 99:9,
107:7
**curve** [1] - 127:18
**custodial** [4] - 132:6,
132:11, 132:19,
133:8
**custom** [2] - 27:25,
28:1
**customer** [1] - 26:12
**customer-oriented** [1]
- 26:12
**customers** [6] - 14:16,
14:17, 14:21, 14:22,
14:23, 14:25
**cut** [5] - 55:24, 99:16,
104:6, 105:10, 120:7
**cuts** [2] - 72:6, 127:21

## D

**daily** [2] - 23:12, 86:11
**DALLAS** [2] - 4:12,

5:22
**damage** [1] - 63:24
**DAMAGE**.................
............... [1] - 7:16
**damaged** [1] - 40:7
**dark** [1] - 128:3
**data** [7] - 14:20, 14:23,
17:15, 39:21, 39:22,
39:23, 62:15
**date** [10] - 20:25,
24:24, 27:17, 28:4,
66:3, 67:2, 79:8,
80:5, 80:10, 80:23
**DATES** [1] - 7:20
**dates** [20] - 65:2, 65:7,
66:1, 78:4, 78:9,
79:7, 79:9, 89:2,
89:9, 89:10, 89:12,
90:19, 90:23, 91:16,
91:25, 92:4, 94:2,
94:19, 99:17, 115:14
**DAVID** [4] - 4:7, 8:9,
9:5, 9:8
**David** [43] - 11:16,
11:17, 19:23, 19:25,
20:1, 20:2, 20:10,
20:12, 20:17, 20:20,
22:9, 22:14, 39:14,
40:10, 43:18, 44:3,
44:5, 45:4, 45:10,
46:15, 46:22, 47:7,
47:8, 47:17, 47:23,
48:1, 48:16, 48:23,
49:13, 49:19, 50:10,
50:21, 81:19,
109:11, 109:22,
116:20, 117:16,
118:12
**David's** [1] - 21:14
**DAVIS** [1] - 2:19
**daylight** [1] - 100:8
**days** [40] - 20:6,
24:16, 24:25, 26:16,
27:6, 27:11, 27:21,
29:12, 29:14, 30:18,
32:2, 32:3, 32:25,
34:2, 34:20, 35:13,
36:18, 36:19, 37:8,
37:10, 38:8, 39:1,
42:3, 42:8, 45:25,
46:4, 65:15, 77:11,
79:20, 89:5, 91:11,
91:12, 93:5, 93:6,
100:23, 125:13,
125:20, 130:5
**DC** [2] - 3:24, 4:25
**dead** [2] - 60:11, 67:15
**deadline** [4] - 66:10,
132:3, 132:5, 132:8

**DEADLINE**................
..........[1] - 10:2
**deal** [9] - 12:4, 43:2, 53:5, 54:9, 55:7, 57:15, 68:7, 100:23
**dealing** [4] - 42:19, 69:1, 92:18, 127:7
**death** [1] - 72:6
**Deb** [10] - 11:23, 11:25, 12:1, 15:17, 66:6, 108:11, 108:14, 109:9, 109:10, 115:12
**Deb's** [3] - 14:1, 121:19, 121:21
**DEBORAH** [1] - 4:20
**December** [1] - 127:13
**decide** [6] - 50:1, 73:2, 73:10, 73:17, 88:1, 93:22
**decides** [1] - 75:11
**decision** [4] - 22:8, 68:16, 86:13
**declare** [1] - 125:21
**deemed** [1] - 125:19
**deeming** [3] - 56:2, 56:3, 56:18
**DEEPWATER** [9] - 1:4, 3:4, 3:5, 32:16, 34:24, 62:10, 71:1, 71:12, 98:19
**defend** [2] - 108:6, 109:1
**defendant** [1] - 123:2
**defendants** [12] - 51:23, 51:24, 52:25, 54:4, 54:8, 57:16, 57:17, 58:1, 58:2, 102:24, 103:11, 105:19
**Defendants** [1] - 55:25
**DEFENDANTS**............
................[1] - 7:9
**defending** [1] - 103:8
**defense** [2] - 107:1, 129:5
**defenses** [1] - 69:17
**definite** [1] - 65:20
**definitely** [2] - 48:4, 132:15
**delay** [1] - 42:5
**delayed** [1] - 115:9
**delighted** [1] - 115:19
**deliver** [1] - 133:15
**delivered** [1] - 115:21
**delivery** [3] - 27:16, 28:4, 129:1
**demands** [2] - 46:2, 46:6

**demonstrate** [1] - 88:10
**denied** [2] - 52:13, 52:14
**DENNIS** [1] - 5:8
**dep** [1] - 78:7
**DEPARTMENT** [1] - 2:13
**deponent** [1] - 77:16
**DEPONENTS** [1] - 8:18
**deponents** [2] - 92:4, 92:24
**depose** [3] - 59:10, 76:19, 88:2
**deposed** [2] - 60:8
**DEPOSITION** [2] - 9:24, 9:25
**deposition** [33] - 16:22, 17:25, 59:12, 62:1, 65:3, 67:23, 68:23, 78:19, 83:1, 83:13, 86:10, 87:2, 87:17, 90:9, 92:5, 93:11, 96:13, 98:14, 104:6, 107:21, 110:12, 110:13, 110:21, 123:24, 123:25, 125:12, 125:15, 125:19, 125:22, 127:9, 127:21, 128:15, 128:18
**DEPOSITION**..........
[1] - 7:20
**depositions** [21] - 81:9, 93:5, 96:8, 99:19, 100:22, 101:1, 105:1, 105:17, 105:24, 106:12, 107:6, 107:19, 107:20, 109:12, 110:16, 123:22, 124:1, 127:6, 132:7, 132:13
**DEPOSITIONS**..........
.........................[1] - 8:24
**DEPOSITIONS**..........
.......................... [1] - 9:18
**DEPUTY** [1] - 11:7
**derivative** [3] - 11:14, 74:10, 74:16
**described** [3] - 24:7, 24:23, 34:12
**description** [2] - 14:19, 99:11
**descriptions** [2] - 93:19

**design** [4] - 32:14, 33:19, 128:25, 129:3
**designate** [1] - 72:22
**designation** [1] - 130:22
**designations** [2] - 76:11, 133:1
**DESIGNATIONS**........
............................[1] - 10:3
**designees** [1] - 75:17
**DESIGNEES**............
.........................[1] - 7:25
**destroy** [1] - 41:18
**DET** [1] - 5:10
**detail** [5] - 22:10, 22:24, 34:12, 42:18, 42:20
**detailed** [3] - 19:19, 21:2, 120:4
**determination** [1] - 16:7
**determine** [2] - 14:22, 49:17
**determined** [5] - 15:6, 45:23, 79:24, 84:17
**devising** [1] - 42:6
**DEXTER** [1] - 2:20
**dial** [3] - 50:9, 101:1, 101:8
**dial-in** [2] - 50:9, 101:1
**difference** [1] - 50:2
**differences** [1] - 122:12
**different** [13] - 13:13, 31:17, 32:4, 42:2, 51:25, 69:4, 72:5, 95:7, 95:8, 95:14, 100:9, 107:7, 130:9
**difficult** [4] - 34:3, 40:8, 41:5, 65:23
**difficulty** [1] - 56:16
**digital** [1] - 74:5
**direct** [1] - 124:13
**directions** [1] - 130:6
**directive** [1] - 115:10
**directly** [2] - 65:6, 114:16
**director** [1] - 13:13
**disadvantage** [2] - 22:2, 44:22
**disagree** [3] - 64:3, 68:22, 124:8
**disagreeing** [1] - 121:5
**disagreement** [1] - 59:7
**disagrees** [1] - 60:4
**disassemble** [2] -

34:18, 37:4
**disassembly** [2] - 34:22, 35:1
**disclosable** [1] - 120:11
**discovered** [1] - 40:10
**discovery** [10] - 68:9, 71:19, 71:22, 72:25, 74:16, 74:18, 74:21, 75:13, 81:11, 114:14
**DISCOVERY** [1] - 1:11
**discrete** [1] - 91:2
**discuss** [6] - 11:22, 19:18, 22:10, 100:2, 131:14, 131:15
**discussing** [2] - 17:20, 122:6
**discussion** [4] - 25:17, 31:22, 92:25, 131:21
**disparity** [1] - 106:23
**disposed** [2] - 19:20, 19:21
**dispute** [2] - 12:25, 63:21
**disputes** [1] - 106:6
**disseminated** [1] - 75:13
**distribution** [1] - 90:18
**DISTRICT** [2] - 1:1, 1:1
**District** [3] - 134:5, 134:6, 134:14
**divide** [1] - 109:4
**dividing** [1] - 58:2
**DIVISION** [1] - 2:14
**division** [1] - 110:5
**divulging** [1] - 86:24
**DNV** [43] - 7:6, 18:10, 18:12, 24:21, 24:25, 25:1, 25:4, 25:11, 25:12, 26:18, 27:5, 27:15, 29:6, 29:7, 29:8, 29:10, 29:11, 32:18, 33:2, 33:8, 33:15, 33:22, 35:2, 35:4, 35:6, 35:17, 36:10, 36:19, 37:10, 38:4, 38:9, 39:2, 39:3, 39:5, 40:24, 41:17, 44:25, 45:24, 46:14, 46:17, 47:2, 48:1
**DNV's** [2] - 21:12, 43:18
**DO** [1] - 8:10
**document** [15] - 11:23, 13:19, 16:19, 35:3, 35:5, 59:5, 67:16, 68:15, 69:5,

69:7, 74:1, 74:19, 89:20, 132:10, 133:11
**DOCUMENT** [2] - 1:9, 7:5
**documentation** [1] - 17:25
**DOCUMENTS** [1] - 9:19
**documents** [35] - 12:12, 12:14, 12:22, 13:21, 13:24, 14:7, 14:10, 14:11, 15:5, 15:11, 15:14, 15:24, 16:7, 17:16, 17:17, 17:23, 18:2, 32:13, 33:18, 45:14, 69:13, 70:14, 70:16, 71:4, 71:14, 72:7, 72:10, 90:11, 90:20, 90:22, 91:1, 91:3, 123:16, 123:20, 124:3
**dog** [1] - 67:7
**DOMENGEAUX** [2] - 1:16, 2:3
**DON** [1] - 3:15
**Don** [10] - 61:22, 82:21, 83:12, 87:6, 107:16, 109:7, 109:20, 111:13, 111:25, 116:16
**DON'T** [1] - 9:22
**DONALD** [1] - 4:11
**donate** [1] - 116:8
**donated** [1] - 116:21
**donating** [2] - 116:9, 116:24
**done** [23] - 13:2, 17:13, 25:18, 31:21, 44:11, 46:3, 47:19, 55:16, 55:17, 56:24, 66:14, 68:6, 70:16, 84:6, 84:24, 87:23, 95:19, 96:24, 97:14, 98:25, 109:23, 120:6, 126:21
**donors** [1] - 117:15
**donuts** [1] - 34:19
**door** [1] - 62:18
**double** [1] - 107:20
**doubt** [3] - 19:4, 68:4, 87:16
**Douglas'** [1] - 96:13
**Douglass** [2] - 96:10, 96:11
**DOUGLASS**.............
......................... [1] - 8:21
**down** [28] - 13:4, 57:14, 61:8, 62:16,

62:21, 65:11, 65:25, 66:2, 66:4, 67:4, 71:15, 78:6, 78:11, 79:1, 80:13, 81:4, 89:10, 89:14, 90:23, 92:8, 92:13, 98:12, 99:9, 99:13, 111:12, 111:17, 117:12, 126:5
**draft** [4] - 21:7, 121:2, 121:5
**drafting** [1] - 121:25
**drafts** [1] - 13:22
**dragging** [1] - 47:15
**drawing** [1] - 71:23
**drawings** [2] - 32:13, 33:18, 36:25
**drawn** [1] - 64:17
**drawn-out** [1] - 64:17
**Dril** [1] - 109:25
**DRIL** [1] - 5:7
**Dril-Quip** [1] - 109:25
**DRIL-QUIP** [1] - 5:7
**drilling** [2] - 62:11, 72:2
**DRILLING** [1] - 3:4
**drink** [1] - 66:19
**drinks** [2] - 66:16, 66:19
**drive** [1] - 77:2
**DRIVE** [1] - 2:7
**driving** [1] - 42:16
**drown** [1] - 98:13
**dry** [1] - 82:6
**Duces** [1] - 91:10
**due** [4] - 28:1, 33:12, 106:3, 114:3
**DUFFY** [10] - 3:20, 62:8, 62:12, 62:24, 68:3, 71:9, 74:2, 74:4, 75:8, 91:8
**Duffy** [5] - 62:8, 64:23, 64:24, 68:2, 68:3
**duplicate** [1] - 17:11
**DURING** [1] - 7:14
**during** [8] - 25:14, 29:1, 45:1, 52:4, 63:22, 83:7, 123:19, 124:13
**dust** [1] - 110:11
**DWH** [1] - 39:7

### E

**E&P** [1] - 4:18
**e-mail** [23] - 17:8, 19:3, 33:14, 38:13, 44:20, 50:9, 50:23, 73:24, 74:4, 88:6,

90:18, 93:20, 94:11, 94:21, 95:15, 96:3, 96:4, 96:22, 126:6, 126:11, 126:17, 126:24, 132:24
**e-mailed** [2] - 20:5, 50:22
**e-mails** [12] - 13:22, 17:2, 17:3, 17:4, 17:7, 17:11, 17:12, 17:14, 38:15, 50:21, 126:14
**early** [7] - 24:23, 48:7, 48:11, 48:24, 49:16, 54:16, 128:16
**easier** [1] - 113:16
**easily** [1] - 69:6
**Eastern** [1] - 134:6
**EASTERN** [1] - 1:1
**easy** [3] - 41:13, 86:17, 99:24
**Eddy** [1] - 92:16
**EDDY** [1] - 8:16
**editorializing** [1] - 53:10
**EDWARDS** [2] - 1:16, 2:3
**effect** [2] - 104:11, 113:1
**effective** [1] - 110:17
**effectively** [2] - 42:24, 43:4
**efficacious** [1] - 36:15
**effort** [1] - 37:14
**efforts** [3] - 15:23, 29:13, 45:24
**eight** [1] - 93:5
**either** [14] - 12:6, 25:19, 36:22, 49:12, 52:13, 54:10, 65:20, 66:25, 75:25, 93:5, 107:3, 110:10, 116:9, 133:10
**elastic** [1] - 129:7
**elastomeric** [3] - 37:14, 38:11, 41:8
**elastomerics** [2] - 39:23, 41:19
**electronic** [1] - 25:14
**electronically** [1] - 123:21
**elements** [3] - 34:19, 38:18, 39:3
**eliminate** [2] - 25:16, 52:7
**ELLIS** [2] - 3:18, 3:23
**ELM** [1] - 4:12
**elsewhere** [1] - 106:9
**emergency** [3] - 19:23, 45:11, 46:25

**emotional** [1] - 114:3
**employee** [1] - 13:12
**employees'** [1] - 17:12
**end** [10] - 24:10, 33:5, 33:17, 49:16, 59:13, 79:12, 93:12, 99:18, 123:24, 130:20
**endorses** [1] - 103:14
**ends** [1] - 101:15
**enduring** [1] - 70:6
**energy** [1] - 29:23
**ENERGY** [2] - 3:6, 4:10
**engaged** [2] - 72:2, 87:9
**engineeringspeak** [1] - 23:5
**English** [1] - 54:1
**entered** [2] - 56:19, 63:9
**enterprise** [1] - 43:16
**entire** [5] - 31:25, 34:11, 90:10, 124:6
**entirely** [1] - 43:19
**entitled** [1] - 134:9
**entries** [1] - 126:22
**entry** [2] - 63:16, 126:25
**envelope** [1] - 67:22
**environmental** [1] - 63:24
**ENVIRONMENTAL** [1] - 7:16
**envisions** [1] - 123:13
**equals** [1] - 112:13
**equipment** [13] - 19:6, 23:9, 24:17, 26:23, 27:13, 28:7, 31:11, 34:15, 34:18, 46:6, 46:7, 46:10
**equity** [3] - 97:3, 97:21
**erected** [1] - 25:9
**ERIC** [1] - 8:6
**Eric** [1] - 79:21
**err** [1] - 76:15
**especially** [2] - 104:16, 104:19
**ESQUIRE** [35] - 1:17, 1:20, 1:24, 2:3, 2:7, 2:10, 2:14, 2:15, 2:18, 2:19, 2:19, 3:6, 3:15, 3:19, 3:19, 3:20, 3:20, 3:23, 4:4, 4:7, 4:11, 4:11, 4:14, 4:20, 4:21, 4:24, 5:4, 5:8, 5:11, 5:11, 5:14, 5:18, 5:21, 5:24, 5:25
**essence** [1] - 30:20
**essential** [1] - 114:25

**essentially** [8] - 24:22, 28:19, 30:16, 33:8, 35:18, 36:11, 46:18, 104:22
**estimated** [1] - 54:8
**etcetera** [8] - 20:8, 25:4, 27:4, 27:13, 32:12, 33:6, 37:11, 39:25
**evening** [1] - 21:8
**event** [5] - 22:16, 55:13, 71:1, 90:9, 132:9
**events** [1] - 120:1
**eventually** [12] - 25:17, 28:18, 29:4, 30:6, 31:20, 41:23, 41:24, 42:1, 120:12
**evidence** [5] - 41:18, 59:1, 74:22, 124:4, 124:11
**EVIDENCE........... [1] - 9:19
**evidentiary** [1] - 68:17
**evidently** [1] - 125:13
**evolution** [1] - 41:9
**evolve** [1] - 104:10
**evolving** [1] - 104:3
**exactly** [9] - 35:10, 36:2, 37:5, 91:18, 104:9, 118:10, 122:14, 122:23, 133:18
**examination** [2] - 34:17, 70:4
**examiner** [1] - 104:22
**examining** [1] - 60:2
**example** [8] - 32:4, 34:9, 40:21, 41:4, 70:3, 104:8, 110:12
**examples** [3] - 19:19, 21:1, 43:8
**Excel** [1] - 13:22
**excellent** [2] - 30:4, 62:23
**except** [1] - 36:14
**exceptions** [1] - 14:8
**excerpted** [1] - 123:23
**excuse** [2] - 25:21, 43:5
**excused** [1] - 51:11
**executed** [1] - 45:16
**exercise** [1] - 37:7
**exhaustive** [1] - 17:16
**exist** [2] - 36:24
**existed** [1] - 129:1
**expect** [7] - 43:10, 43:11, 43:13, 64:16, 74:14, 87:1, 91:3
**expeditions** [1] -

71:25
**expense** [1] - 45:18
**expenses** [1] - 87:3
**experience** [2] - 19:8, 20:1
**experienced** [1] - 25:13
**expert** [10] - 60:1, 60:12, 60:14, 60:20, 67:22, 67:24, 68:11, 68:20, 68:22, 72:14, 73:8, 119:15, 119:17
**expert's** [1] - 69:1
**experts** [1] - 60:1
**explain** [3] - 37:3, 40:16, 60:19
**explaining** [2] - 23:2, 126:8
**explains** [1] - 28:5
**exploded** [1] - 36:25
**EXPLORATION** [1] - 3:12
**explore** [2] - 39:21, 59:2
**exposed** [1] - 60:2
**exposure** [1] - 55:9
**expressed** [1] - 64:1
**extensive** [1] - 87:18
**extent** [9] - 17:10, 18:22, 18:25, 19:16, 38:17, 50:22, 74:18, 88:11, 119:25
**extra** [1] - 42:3
**extremely** [1] - 58:24
**eyewitnesses** [1] - 99:4

### F

**fabulous** [1] - 58:5
**face** [1] - 50:4
**facetiously** [1] - 123:10
**facing** [2] - 44:12, 47:1
**fact** [12] - 36:17, 36:24, 46:2, 47:18, 73:20, 76:20, 105:22, 106:1, 106:6, 129:12, 130:10, 130:15
**factor** [2] - 93:23, 129:5
**factual** [2] - 21:25, 67:24
**fair** [10] - 18:5, 20:10, 41:12, 53:15, 97:1, 99:12, 108:19, 109:5, 114:5, 122:20

**fairly** [2] - 58:4, 120:4
**fall** [4] - 24:24, 57:24, 110:9, 127:24
**family** [1] - 19:23
**FAQ** [1] - 52:20
**far** [7] - 30:17, 50:25, 56:19, 90:7, 93:6, 97:7, 127:20
**fast** [2] - 58:10, 117:24
**faster** [1] - 36:22
**fear** [1] - 19:14
**February** [2] - 54:16, 123:10
**fed** [1] - 52:14
**FEDERAL** [1] - 2:13
**fee** [5] - 86:11, 86:18, 86:25, 87:1
**fell** [1] - 117:21
**fellow's** [1] - 65:22
**felt** [1] - 121:8
**few** [16] - 24:25, 34:2, 34:6, 45:13, 68:25, 88:17, 88:22, 91:11, 91:12, 99:14, 100:23, 106:3, 107:23, 109:22, 116:3
**fewer** [1] - 64:22
**field** [3] - 37:8, 42:25, 71:15
**FIFTEENTH** [1] - 3:24
**FIFTH** [1] - 7:23
**Fifth** [3] - 66:7, 125:13, 125:15
**figure** [4] - 42:4, 82:20, 110:25, 122:5
**figured** [1] - 133:11
**figuring** [3] - 119:6, 121:12, 128:5
**file** [9] - 52:11, 56:21, 73:18, 73:21, 73:23, 90:10, 132:6, 132:12, 133:5
**filed** [8] - 44:21, 75:12, 92:5, 98:20, 125:14, 126:16, 126:18, 128:19
**files** [3] - 17:16, 132:19, 133:8
**filing** [1] - 126:24
**final** [3] - 55:1, 55:2, 55:4
**finalized** [1] - 128:18
**finally** [7] - 14:2, 15:5, 27:24, 30:3, 31:4, 36:10, 39:10
**findings** [1] - 87:20
**fine** [25] - 17:23, 18:15, 25:20, 30:12, 43:11, 48:13, 49:4,

49:7, 50:18, 54:4, 54:15, 54:20, 55:13, 72:17, 73:16, 73:17, 74:7, 81:7, 83:8, 83:9, 83:10, 83:15, 100:12, 104:1, 130:24
**finishing** [1] - 63:7
**FIRM** [2] - 2:9, 5:21
**firm** [3] - 13:19, 13:23, 43:15
**first** [39] - 11:21, 12:3, 13:8, 17:3, 23:7, 31:1, 34:10, 34:21, 37:6, 39:19, 44:19, 52:1, 53:19, 53:22, 53:23, 53:24, 62:5, 71:10, 71:11, 75:18, 76:24, 79:10, 79:17, 83:4, 83:6, 83:11, 83:12, 92:22, 93:25, 95:4, 107:18, 113:9, 119:15, 123:13, 127:16, 127:21, 128:11, 129:16
**fishing** [1] - 71:25
**FISHMAN** [1] - 5:17
**Fitch** [5] - 69:10, 91:8, 110:5, 115:4, 122:19
**FITCH** [18] - 4:24, 69:10, 102:15, 103:23, 104:3, 105:1, 105:3, 105:6, 115:22, 120:24, 121:14, 121:20, 121:24, 122:6, 122:11, 122:19, 123:1, 123:4
**Fitch's** [1] - 71:10
**fitted** [2] - 32:15, 39:4
**five** [15] - 19:2, 21:1, 27:17, 36:18, 36:19, 37:8, 37:10, 37:12, 76:12, 93:4, 94:23, 100:9, 115:25, 116:2, 133:20
**five-day** [1] - 37:12
**five-minute** [2] - 115:25, 116:2
**flavor** [2] - 44:9, 44:12
**flexibility** [1] - 77:10
**flip** [1] - 83:18
**float** [1] - 61:24
**FLOOR** [4] - 2:16, 3:6, 5:8, 5:19
**flow** [3] - 87:13, 87:14, 88:16
**focus** [2] - 16:25, 17:23
**focused** [3] - 16:20,

128:25, 130:21
**focusing** [1] - 57:22
**folks** [7] - 33:23, 75:9, 97:24, 99:1, 105:24, 119:23, 123:4
**follow** [6] - 16:18, 18:2, 40:23, 65:1, 83:8, 97:10
**FOLLOW** [1] - 7:19
**follow-up** [2] - 16:18, 40:23
**followed** [1] - 36:12
**following** [5] - 33:3, 33:15, 37:24, 80:11, 121:3
**follows** [1] - 124:24
**foot** [1] - 47:15
**footnoted** [1] - 98:9
**FOR** [23] - 1:16, 2:13, 2:18, 3:3, 3:9, 4:3, 4:10, 4:17, 5:3, 5:7, 5:10, 5:14, 5:17, 5:21, 7:19, 7:20, 8:10, 8:18, 8:25, 9:1, 9:11, 9:13, 9:25
**foreclose** [1] - 70:13
**foregoing** [1] - 134:7
**FORENSIC** [1] - 7:6
**forensic** [1] - 18:10
**forget** [3] - 61:19, 83:20, 99:24
**forgive** [1] - 22:24
**forgot** [2] - 103:22, 103:24
**form** [2] - 30:25, 31:1
**formal** [1] - 59:6
**formed** [1] - 86:5
**former** [1] - 12:9
**formulating** [1] - 60:14
**forth** [6] - 31:24, 32:2, 34:23, 35:1, 102:23, 103:15
**forward** [26] - 19:19, 22:7, 22:14, 24:5, 26:1, 26:22, 30:24, 31:6, 31:8, 31:21, 32:17, 33:11, 34:11, 41:1, 42:16, 89:12, 102:16, 119:2, 120:23, 121:16, 123:8, 123:9, 123:11, 124:16, 125:18, 125:23
**four** [13] - 19:2, 21:1, 42:7, 57:16, 57:17, 73:4, 73:13, 74:3, 75:9, 79:13, 80:25, 131:23, 133:20
**four-and-a-half** [1] -

19:2
**FRANCISCO** [1] - 2:16
**frank** [2] - 70:3, 92:25
**frankly** [6] - 50:1, 55:8, 58:3, 60:23, 80:2, 122:1
**Frankly** [1] - 113:9
**fraud** [1] - 108:5
**FRED** [2] - 9:2, 9:3
**Fred** [3] - 101:25, 110:12, 110:21
**free** [2] - 53:12, 90:25
**FREQUENTLY** [1] - 7:8
**frequently** [2] - 51:18, 104:24
**FRIDAY** [3] - 1:7, 9:22, 11:2
**Friday** [4] - 30:11, 66:14, 66:20, 125:1
**FRILOT** [1] - 3:5
**FROM** [1] - 9:16
**frustrating** [1] - 37:8
**FTP** [2] - 12:15, 14:4
**fulfill** [1] - 29:13
**full** [7] - 20:15, 53:7, 53:12, 54:25, 55:6, 55:8, 55:14
**fullness** [1] - 12:19
**fully** [3] - 22:18, 47:6, 120:11
**functions** [1] - 95:10
**furnished** [1] - 42:20
**furnishing** [1] - 42:18
**future** [2] - 52:14, 64:8

# G

**Gagliano** [2] - 125:14, 126:10
**Gagliano's** [1] - 125:12
**Galina** [1] - 94:7
**GARY** [1] - 5:25
**Gary** [5] - 18:23, 20:24, 26:7, 38:13, 39:13
**gas** [3] - 62:6, 62:11, 62:15
**Gasaway** [1] - 11:9
**GASAWAY** [1] - 3:23
**GATE** [1] - 2:15
**gathered** [1] - 63:22
**GATHERED** [1] - 7:13
**gathering** [1] - 90:15
**gauge** [1] - 28:1
**GCCF** [2] - 52:11, 54:17, 55:3
**gear** [1] - 100:2

**GENERAL'S** [1] - 2:18
**generally** [4] - 33:9, 71:20, 106:12, 112:23
**generic** [1] - 31:15
**generous** [1] - 117:18
**gentleman** [1] - 88:15
**geographically** [1] - 69:19
**geography** [1] - 71:17
**Gilmore** [4] - 33:5, 33:17, 33:20, 34:4
**giveaway** [1] - 111:9
**given** [9] - 30:17, 57:7, 65:7, 97:5, 98:25, 102:25, 107:24, 118:19, 120:6
**glad** [3] - 11:20, 62:19, 122:2
**glasses** [2] - 128:4
**global** [2] - 70:4
**GODWIN** [4] - 4:10, 4:11, 4:14, 61:11, 61:13, 61:17, 61:21, 61:24, 82:23, 83:7, 83:15, 86:1, 86:3, 86:8, 86:17, 86:19, 87:4, 87:8, 87:22, 88:13, 89:1, 89:7, 89:16, 89:19, 89:22, 90:3, 90:6, 90:12, 90:17, 91:1, 91:5, 91:7, 91:15, 107:9, 107:11, 107:17, 109:8, 111:8, 111:14, 111:16, 111:18, 111:24, 112:2, 116:18
**Godwin** [6] - 82:4, 82:15, 83:5, 88:6, 91:10, 113:1
**GOLDEN** [1] - 2:15
**goodness** [1] - 63:4
**GORMAN** [1] - 5:10
**GOVERNMENT** [1] - 2:13
**government** [5] - 71:15, 97:15, 104:15, 104:16, 118:4
**grade** [1] - 110:8
**great** [11] - 44:18, 48:4, 64:21, 66:4, 85:20, 89:18, 117:11, 120:22, 122:10, 122:14, 133:7
**greater** [1] - 107:6
**greatly** [1] - 96:23
**Greece** [1] - 80:14

**green** [3] - 127:25, 128:1, 128:3
**gross** [2] - 108:5, 108:24
**ground** [1] - 95:15
**group** [9] - 23:13, 35:22, 36:7, 70:8, 73:3, 85:12, 88:1, 89:3, 90:8
**GROUP** [1] - 2:6
**grudging** [1] - 19:11
**Guard** [2] - 97:16, 103:13
**guess** [15] - 16:6, 36:4, 51:24, 52:8, 56:4, 66:16, 72:19, 78:20, 89:24, 93:22, 93:25, 116:7, 119:13, 119:15, 131:18
**guidance** [2] - 41:20, 41:23
**GUIDRY** [1] - 4:21
**Guidry** [1] - 11:10
**GULF** [2] - 1:5, 7:18
**Gulf** [3] - 64:5, 71:19, 71:21
**gun** [1] - 47:19
**guy** [5] - 60:4, 85:10, 118:12, 126:9
**guys** [22] - 50:13, 57:1, 62:17, 65:14, 65:15, 68:20, 78:17, 92:23, 93:16, 93:25, 96:16, 96:18, 99:16, 101:20, 116:1, 116:2, 118:23, 122:15, 124:4, 131:22, 133:20

## H

**Hadaway** [2] - 92:19, 92:21
**HADAWAY** [1] - 92:22
**HADAWAY................. .........................** [1] - 8:17
**Hafle** [3] - 65:2, 65:6, 78:5
**HAFLE** [1] - 7:19
**Hafle's** [1] - 65:4
**HAFLE........................ .........................** [1] - 7:21
**haircut** [2] - 116:23, 119:1
**haircuts** [4] - 105:5, 105:6, 105:7, 116:1

**half** [7] - 17:20, 19:2, 103:18, 108:20, 108:21, 109:3, 122:23
**Halliburton** [20] - 16:17, 82:1, 85:25, 103:1, 103:9, 103:12, 103:19, 109:5, 111:8, 111:10, 111:22, 111:23, 113:23, 116:9, 117:16, 125:7, 125:8, 126:8, 130:19
**HALLIBURTON** [1] - 4:10
**Halliburton's** [3] - 94:5, 96:12, 108:2
**hand** [6] - 29:14, 44:25, 47:12, 48:2, 69:6, 74:5
**handed** [1] - 123:20
**handheld** [1] - 13:4
**handle** [4] - 63:22, 96:17, 100:20, 100:22
**HANDLE** [1] - 7:13
**handling** [1] - 64:5
**HANDLING** [1] - 7:17
**hands** [1] - 15:7
**hands-on** [1] - 15:7
**happy** [6] - 23:4, 46:24, 51:9, 98:11, 103:7, 123:21
**hard** [14] - 12:13, 12:23, 17:16, 22:22, 41:10, 61:15, 61:16, 61:22, 63:20, 63:25, 64:6, 67:15, 132:4, 132:10
**hardware** [5] - 24:19, 27:22, 28:14, 31:8, 37:4
**harm** [2] - 68:18, 69:1
**harmless** [1] - 114:12
**Harry** [1] - 117:5
**HAS** [1] - 8:10
**hasten** [1] - 25:16
**HAVE** [1] - 9:22
**HAYCRAFT** [10] - 3:15, 57:3, 66:25, 79:18, 99:3, 101:3, 107:13, 107:15, 118:12, 126:19
**HAYGOOD** [1] - 5:17
**Hayward** [1] - 70:6
**HB406** [1] - 6:4
**head** [4] - 66:20, 78:20, 132:14, 133:10

**heading** [1] - 22:19
**heads** [2] - 28:22, 64:10
**heads-up** [2] - 28:22, 64:10
**headway** [1] - 36:8
**hear** [23] - 18:13, 18:22, 19:20, 19:21, 22:25, 28:21, 29:3, 44:15, 44:17, 44:18, 45:4, 45:9, 46:22, 47:2, 47:17, 49:9, 50:9, 62:17, 71:3, 84:2, 96:18, 97:10, 110:2
**heard** [13] - 11:9, 41:7, 48:13, 61:3, 77:22, 99:23, 103:23, 105:13, 107:9, 113:12, 114:2, 115:21, 129:20
**HEARD** [1] - 1:12
**hearing** [5] - 49:23, 52:4, 56:10, 56:12, 114:4
**heavy** [1] - 59:12
**hell** [1] - 67:3
**hello** [1] - 56:5
**help** [10] - 36:12, 36:13, 41:18, 43:21, 44:1, 83:17, 110:20, 112:13, 127:9, 127:17
**helped** [1] - 85:12
**helpful** [7] - 32:6, 101:16, 101:17, 108:15, 111:20, 120:14, 132:4
**helps** [2] - 85:13, 85:14
**hereby** [1] - 134:6
**Herman** [10] - 51:19, 51:21, 53:21, 58:18, 58:20, 67:13, 67:14, 68:13, 73:6, 132:22
**HERMAN** [27] - 1:20, 1:20, 51:21, 53:19, 54:6, 54:22, 55:7, 55:13, 55:18, 55:20, 55:23, 58:19, 59:15, 59:19, 67:14, 67:19, 68:13, 69:8, 73:4, 73:6, 73:9, 73:25, 74:3, 74:8, 128:7, 132:22
**hi** [3] - 11:17, 56:7, 63:3
**high** [10] - 29:24, 32:14, 32:15, 32:20, 32:24, 33:4, 33:16,

95:17, 95:25, 126:2
**highlight** [1] - 57:21
**highlighted** [2] - 103:12, 127:25
**highlighting** [1] - 124:6
**highlights** [1] - 124:7
**highly** [2] - 67:20, 125:20
**hightail** [1] - 67:4
**HIMMELHOCH** [5] - 2:15, 63:2, 63:5, 63:9, 64:13
**history** [3] - 70:1, 96:23, 130:3
**hold** [8] - 44:5, 65:14, 99:25, 103:24, 110:24, 114:12
**hold-ups** [1] - 99:25
**HOLDINGS** [2] - 3:3, 3:13
**hole** [1] - 62:17
**home** [3] - 18:6, 66:23, 66:24
**homework** [1] - 67:7
**honestly** [1] - 82:2
**honesty** [1] - 129:7
**Honor** [138] - 11:11, 11:16, 16:16, 18:11, 18:15, 18:21, 20:19, 20:23, 21:3, 22:3, 23:6, 42:8, 43:8, 44:3, 44:16, 44:23, 45:9, 45:14, 46:21, 47:22, 47:24, 48:22, 49:8, 49:13, 50:14, 50:20, 51:22, 52:5, 53:2, 53:9, 54:15, 55:19, 56:13, 56:17, 56:25, 57:10, 58:19, 59:25, 60:23, 61:17, 61:25, 62:8, 63:2, 64:20, 65:4, 65:18, 67:10, 67:19, 68:3, 68:10, 68:14, 71:9, 71:18, 71:19, 72:4, 72:7, 74:2, 74:9, 75:15, 75:20, 76:2, 77:10, 77:21, 77:24, 78:1, 78:2, 78:14, 78:24, 80:9, 81:7, 81:19, 82:12, 82:23, 83:3, 83:16, 83:18, 83:20, 83:24, 84:1, 84:13, 85:4, 85:17, 85:22, 86:1, 86:4, 86:19, 87:4, 87:8, 88:4, 89:1, 89:13, 89:19, 90:21, 92:17, 93:3, 94:5, 94:19,

95:11, 96:20, 96:21, 97:10, 98:3, 98:16, 102:2, 102:5, 102:16, 102:20, 103:5, 105:11, 105:13, 105:17, 107:17, 108:22, 109:8, 111:9, 111:16, 112:22, 113:15, 114:7, 116:18, 117:5, 119:19, 124:21, 126:1, 127:2, 128:8, 128:13, 129:18, 129:23, 130:1, 130:5, 130:24, 130:25, 131:13, 132:2, 132:14, 132:23, 133:22
**honor** [1] - 118:20
**Honor's** [1] - 52:4
**HONORABLE** [1] - 1:12
**hook** [1] - 133:14
**hope** [3] - 47:1, 64:3, 76:16
**hopeful** [2] - 129:10, 131:1
**hopefully** [5] - 45:8, 48:20, 64:11, 112:17, 123:24
**horizon** [1] - 63:19
**HORIZON** [7] - 1:4, 32:16, 34:24, 62:10, 71:1, 71:12, 98:19
**horse** [1] - 67:15
**hose** [1] - 28:3
**hoses** [2] - 27:25, 28:1
**hospital** [1] - 45:11
**hot** [2] - 67:3, 102:22
**hotly** [1] - 58:25
**HOUMA** [1] - 2:8
**hour** [3] - 17:20, 104:22, 122:23
**hourly** [1] - 88:2
**hours** [9] - 42:22, 42:24, 46:4, 65:23, 68:25, 100:9, 107:2, 124:17
**HOURS** [1] - 9:20
**HOUSTON** [6] - 4:7, 4:8, 4:15, 5:9, 5:12, 5:23
**Houston** [1] - 86:9
**HOW** [2] - 7:13, 7:17
**human** [2] - 13:12, 28:23
**hundred** [2] - 97:18, 108:9
**hundreds** [1] - 124:10

## I

**I-N-G-L-I-S** [2] - 78:22, 78:23
**i.e** [2] - 32:15, 35:22
**idea** [7] - 16:21, 17:21, 82:12, 85:5, 100:14, 101:15, 124:24
**ideas** [6] - 78:8, 96:18, 99:8, 120:8, 120:19
**identification** [2] - 33:3, 33:16
**identified** [2] - 33:3, 33:15
**identifies** [1] - 20:24
**identify** [2] - 39:6, 41:10
**II** [3] - 7:7, 23:8, 24:7
**IL** [1] - 3:21
**image** [1] - 41:21
**imagination** [1] - 88:21
**immediate** [1] - 114:11
**immediately** [4] - 13:15, 23:16, 39:2, 125:15
**impact** [1] - 132:13
**impacts** [1] - 114:16
**important** [9] - 36:1, 40:23, 46:19, 52:16, 80:17, 87:15, 97:16, 108:25, 110:13
**impression** [1] - 22:6
**improper** [2] - 131:14, 128:23
**improved** [1] - 28:4
**improvement** [1] - 70:7
**IN** [4] - 1:4, 1:5, 7:18, 7:20
**inaccurate** [1] - 71:12
**INC** [10] - 3:4, 3:5, 3:9, 3:10, 3:11, 3:12, 3:14, 4:10, 5:7, 5:14
**incident** [3] - 69:12, 69:23, 70:3
**Incident** [1] - 120:6
**incidents** [1] - 72:3
**include** [3] - 74:15, 87:3, 129:12
**included** [1] - 13:21
**includes** [4] - 13:21, 14:13, 14:16, 20:20
**including** [2] - 48:10, 70:19
**inclusive** [1] - 17:17
**inconsistent** [1] - 51:23

**incrementally** [1] - 97:1
**indeed** [1] - 106:14
**indemnity** [2] - 108:19, 114:11
**indicated** [1] - 132:24
**indication** [1] - 44:20
**individual** [2] - 17:7, 73:5
**individuals** [1] - 14:14
**indulgence** [1] - 49:23
**inform** [2] - 70:16, 121:2
**informally** [1] - 126:21
**information** [26] - 14:21, 15:1, 22:1, 23:22, 32:13, 32:19, 32:24, 33:19, 33:24, 35:7, 38:10, 38:19, 38:21, 39:6, 40:9, 45:17, 50:9, 63:11, 64:7, 72:25, 95:14, 101:8, 102:13, 126:22, 130:14, 132:25
**Inglis** [3] - 77:23, 78:6, 80:22
**INGLIS........................** **................... [1] -** 8:4
**Ingram** [3] - 92:1, 92:3, 92:8
**INGRAM** [1] - 8:15
**initial** [3] - 17:23, 29:5, 38:8
**injection** [3] - 62:6, 62:11, 62:15
**injury** [3] - 55:9, 71:12, 98:19
**input** [1] - 16:23
**inquiring** [1] - 100:25
**inside** [1] - 37:15
**insofar** [1] - 87:23
**inspection** [1] - 34:17
**instance** [1] - 41:17
**instant** [1] - 118:3
**instantly** [1] - 34:1
**instead** [6] - 23:1, 81:21, 81:23, 85:12, 103:19, 124:5
**instructions** [6] - 26:9, 34:22, 34:25, 36:13, 115:11, 127:8
**insurance** [1] - 83:21
**INSURANCE** [1] - 8:11
**intellectual** [1] - 37:7
**intelligence** [1] - 43:14
**intelligently** [1] - 48:20

**intend** [3] - 24:22, 30:8, 47:4
**intends** [1] - 21:25
**interest** [3] - 63:10, 102:21, 113:2
**interested** [2] - 19:5, 122:15
**interesting** [3] - 30:1, 37:7, 74:20
**interests** [1] - 103:10
**INTERESTS** [2] - 2:13, 2:18
**interim** [1] - 38:20
**interject** [1] - 112:22
**INTERNATIONAL** [1] - 4:3
**interrogatories** [3] - 130:16, 131:2, 131:8
**INTO** [1] - 9:19
**introduced** [1] - 124:3
**INTRODUCED** [1] - 9:19
**invent** [1] - 42:1
**INVESTIGATING** [1] - 7:15
**investigating** [1] - 63:23
**investigation** [2] - 62:21, 90:10
**investigations** [2] - 69:24, 70:16
**investigative** [1] - 70:22
**investigator** [3] - 18:23, 42:15, 60:8
**invite** [1] - 131:19
**invited** [2] - 118:5, 118:6
**invocation** [1] - 66:7
**INVOCATION** [1] - 7:23
**invoked** [1] - 105:14
**involved** [8] - 30:20, 33:23, 41:3, 41:7, 65:22, 71:1, 100:15, 110:7
**involvement** [3] - 17:21, 87:7, 90:10
**involving** [3] - 15:21, 22:9, 105:25
**Irpino** [2] - 73:7, 133:2
**IRPINO** [2] - 2:9, 2:10
**IS** [1] - 10:4
**ISSUE** [1] - 7:5
**issue** [48] - 11:22, 11:23, 12:22, 13:8, 15:13, 15:14, 15:15, 18:3, 18:9, 28:13, 38:13, 41:12, 47:6, 47:20, 53:8, 57:16,

58:12, 58:24, 63:19, 64:12, 68:9, 68:10, 69:3, 69:4, 69:11, 69:20, 74:11, 76:3, 76:6, 76:18, 76:20, 76:22, 76:23, 81:16, 89:20, 107:17, 109:19, 112:23, 114:16, 122:7, 122:16, 122:18, 125:9, 125:22, 125:23, 126:15, 128:13, 128:20
**issued** [1] - 91:10
**issues** [33] - 19:23, 21:22, 31:24, 44:9, 44:12, 47:7, 59:20, 60:1, 63:7, 64:4, 64:9, 65:22, 69:18, 69:25, 70:1, 70:11, 72:1, 75:21, 83:25, 84:8, 90:4, 100:1, 103:17, 115:8, 120:1, 121:1, 125:22, 126:17, 128:22, 128:25, 129:4, 129:9
**ISSUES** [1] - 7:17
**issuing** [1] - 114:10
**item** [2] - 27:17, 83:20
**Item** [1] - 85:2
**ITEM** [1] - 8:10
**itemize** [1] - 91:16
**ITEMS** [1] - 7:3
**itself** [3] - 31:9, 41:8, 70:2

## J

**J-A-S-S-A-L** [1] - 75:18
**JACKSON** [1] - 5:7
**James** [1] - 92:1
**JAMES** [3] - 1:17, 2:19, 8:15
**jargon** [1] - 23:23
**Jassal** [1] - 75:18
**JASSAL........................** **.................... [1] -** 8:1
**JEFFERSON** [2] - 1:18, 2:4
**JENNY** [1] - 4:11
**Jim** [3] - 112:5, 114:6, 114:7
**JIT** [4] - 23:12, 25:19, 25:22, 35:20
**job** [2] - 64:21, 95:9
**John** [6] - 11:14, 74:9,

85:25, 86:8, 117:14
**JOHN** [3] - 5:24, 8:14, 9:7
**joined** [2] - 51:24, 103:7
**joining** [1] - 103:14
**joins** [1] - 96:12
**jointly** [2] - 47:19, 131:14
**Jones** [10] - 12:9, 21:5, 21:21, 31:23, 39:13, 44:24, 46:15, 48:1, 49:9, 49:19
**JONES** [1] - 5:3
**Jones'** [3] - 19:23, 48:23, 49:11
**Journal** [1] - 102:12
**joy** [1] - 27:13
**JR** [1] - 5:8
**judge** [12] - 69:10, 82:1, 88:13, 91:8, 92:2, 103:23, 107:9, 109:11, 115:4, 117:21, 120:24, 125:8
**JUDGE** [4] - 1:12, 7:10, 9:16, 9:21
**Judge** [43] - 12:7, 18:22, 21:15, 32:8, 51:10, 54:16, 57:2, 57:4, 61:21, 61:24, 62:19, 63:5, 63:9, 63:16, 66:14, 72:20, 72:23, 75:12, 83:8, 83:15, 89:7, 89:17, 89:22, 90:17, 91:5, 91:15, 100:16, 104:3, 106:3, 106:24, 107:11, 107:18, 110:8, 110:20, 112:2, 115:22, 118:2, 120:17, 120:25, 122:4, 123:9, 124:17, 127:7
**judgment** [1] - 113:3
**July** [45] - 59:13, 59:17, 60:16, 61:7, 61:8, 61:12, 61:18, 65:2, 65:5, 67:2, 75:19, 75:25, 76:1, 76:5, 77:11, 77:14, 77:15, 78:3, 78:4, 78:11, 78:21, 79:16, 79:19, 79:22, 85:7, 85:11, 85:16, 90:24, 90:25, 92:10, 92:11, 92:12, 92:20, 92:21, 92:24, 92:25, 93:6, 93:14, 94:6, 94:14,

96:8, 129:18, 129:23
**JULY** [2] - 7:20, 8:19
**June** [25] - 80:14, 80:15, 80:18, 80:19, 81:1, 81:6, 81:19, 81:21, 81:23, 81:24, 82:8, 89:8, 89:11, 89:15, 90:7, 92:7, 92:25, 93:5, 93:14, 96:8, 118:24, 125:1
**JUNE** [1] - 9:22
**June/July** [1] - 77:1
**jurisdiction** [2] - 75:1, 122:17
**JURISDICTION.........
........................**
. [1] - 9:15
**jury** [1] - 127:24
**justice** [1] - 114:1
**JUSTICE** [1] - 2:13

**K**

**Kat** [1] - 61:16
**KATZ** [1] - 1:20
**KEARNEY** [1] - 5:14
**keep** [7] - 30:7, 67:20, 69:21, 73:25, 96:23, 104:4, 122:3
**keeping** [2] - 50:11, 82:17
**Kennelly** [4] - 80:13, 80:18, 81:15, 81:17
**KENNELLY** [1] - 80:13
**KENNELLY...............
........................ [1] -** 8:8
**KENNEY** [10] - 5:25, 23:6, 23:18, 35:15, 37:19, 37:23, 39:17, 41:25, 42:7, 44:11
**Kenney** [2] - 18:23, 22:25, 23:1, 23:2, 23:14, 26:7, 28:5, 30:2, 30:6, 31:1, 31:25, 35:17, 35:19, 36:7, 36:23, 37:21, 38:13, 40:6, 42:15, 44:2, 44:7, 51:13, 51:14
**Keplinger** [1] - 98:17
**KEPLINGER................
..........................**
[1] - 8:22
**kept** [1] - 120:5
**KERRY** [1] - 3:6
**Kerry** [14] - 91:24, 94:18, 102:4, 108:9, 109:6, 111:4, 112:7,

112:16, 112:17, 113:20, 119:8, 126:3, 132:1, 133:8
**Kerry's** [1] - 108:16
**KEVIN** [2] - 5:14, 8:8
**Kevin** [3] - 11:11, 11:12, 80:13
**key** [6] - 28:9, 39:15, 42:14, 42:15, 91:1, 99:4
**kick** [1] - 116:22
**kids** [1] - 11:21
**kind** [13] - 57:4, 72:18, 79:15, 96:21, 99:1, 99:21, 99:22, 99:25, 105:7, 114:3, 121:15, 124:4
**kindly** [1] - 39:24
**kinds** [2] - 115:8, 121:1
**Kingdom** [1] - 78:21
**KIRKLAND** [2] - 3:18, 3:23
**knowing** [1] - 97:13
**knowledge** [2] - 62:12, 107:4
**knowledgeable** [1] - 20:11
**known** [1] - 122:22
**knows** [4] - 19:23, 44:19, 44:23, 104:9
**Kuchler** [1] - 11:23, 12:1, 109:10
**KUCHLER** [21] - 4:19, 4:20, 12:1, 12:7, 15:23, 16:9, 16:12, 16:14, 66:9, 66:13, 66:18, 66:22, 67:6, 81:8, 109:10, 110:8, 115:4, 115:17, 115:21, 118:9, 121:22
**KULLMAN** [1] - 1:23
**Kurt** [2] - 86:9, 92:4
**Ky** [1] - 108:14

**L**

**L-I-N-D-N-E-R** [1] - 85:19
**L.P** [1] - 5:3
**LA** [14] - 1:18, 1:21, 1:25, 2:5, 2:8, 2:11, 3:7, 3:17, 4:5, 4:22, 5:5, 5:16, 5:19, 6:4
**Labor** [1] - 121:16
**labor** [1] - 110:5
**lacks** [1] - 25:2
**LAFAYETTE** [2] -

1:18, 2:5
**lag** [2] - 25:3, 31:25
**LAMAR** [2] - 4:15, 5:12
**LANGAN** [102] - 3:19, 53:2, 53:5, 53:9, 53:21, 53:23, 54:3, 54:15, 55:11, 55:16, 55:19, 57:10, 57:12, 57:24, 58:6, 58:16, 61:20, 67:10, 67:12, 73:12, 73:16, 75:19, 76:2, 76:5, 76:9, 76:11, 76:14, 76:18, 76:23, 77:4, 77:7, 77:10, 77:24, 78:13, 78:22, 78:24, 79:2, 79:4, 79:6, 79:8, 79:12, 79:19, 79:21, 79:24, 80:2, 80:6, 80:9, 80:22, 81:1, 81:5, 81:12, 81:15, 81:19, 81:23, 82:12, 82:15, 83:16, 84:4, 84:7, 84:9, 84:13, 84:16, 84:19, 84:21, 84:25, 85:2, 85:4, 85:8, 85:16, 85:22, 88:4, 93:3, 93:8, 95:7, 95:11, 95:18, 95:22, 96:20, 97:5, 98:3, 98:10, 100:5, 100:8, 100:14, 101:2, 101:4, 101:6, 101:10, 101:14, 102:16, 122:22, 112:25, 113:12, 114:2, 114:19, 114:21, 114:23, 124:21, 129:20, 129:25, 132:14, 132:17
**Langan** [5] - 53:3, 88:4, 95:11, 98:3, 124:22
**language** [6] - 52:2, 52:19, 52:24, 53:7, 53:17, 64:14
**LARGE** [1] - 2:3
**large** [2] - 52:11, 108:18
**LASALLE** [1] - 3:21
**last** [17] - 15:18, 43:23, 45:15, 52:4, 65:23, 66:10, 95:1, 95:4, 98:12, 100:3, 102:23, 104:22, 105:15, 105:23, 124:1, 127:24
**late** [6] - 48:7, 48:10,

61:25, 62:1, 67:4, 110:1
**LAW** [3] - 2:6, 2:9, 5:21
**lawyer** [4] - 13:17, 23:2, 29:22, 30:7
**lawyers** [3] - 20:6, 31:3, 90:4
**lawyerspeak** [1] - 23:4
**lead** [4] - 18:23, 42:15, 72:25, 74:21
**leading** [1] - 70:3
**least** [10] - 19:25, 47:14, 49:22, 58:22, 58:24, 65:24, 100:3, 105:9, 110:13, 132:5
**leave** [9] - 17:18, 30:12, 49:8, 50:12, 52:24, 82:5, 82:24, 112:4, 120:16
**leaves** [1] - 117:1
**leaving** [2] - 120:24, 120:25
**LEE** [1] - 5:7
**left** [8] - 11:18, 40:24, 77:1, 86:4, 89:5, 94:23, 99:4, 108:23
**leg** [1] - 19:22
**legal** [2] - 14:21, 53:12
**lens** [1] - 35:20
**Leo** [1] - 85:19
**less** [6] - 29:12, 29:14, 45:16, 46:4, 97:24, 119:25
**letter** [4] - 26:16, 32:20, 33:9, 38:6
**letters** [1] - 50:21
**level** [5] - 19:10, 22:4, 22:22, 43:9, 88:20
**LEWIS** [2] - 1:23, 3:14
**LIAISON** [1] - 1:16
**life** [1] - 113:16
**LIFE** [2] - 1:24, 5:15
**light** [2] - 23:11, 128:3
**likelihood** [1] - 57:8
**likely** [2] - 72:25, 74:21
**limit** [3] - 71:17, 73:4, 74:4
**limitation** [1] - 98:20
**limited** [3] - 69:18, 71:19, 110:23
**LIMITED** [1] - 3:13
**Lindner** [4] - 84:25, 85:1, 85:11, 85:19
**LINDNER..................
.......................... [1] -** 8:13
**line** [7] - 46:16, 63:1, 63:2, 71:23, 106:1,

109:22, 126:20
**LISKOW** [1] - 3:14
**LIST** [1] - 9:11
**list** [30] - 24:12, 39:5, 61:7, 61:12, 61:14, 70:24, 73:14, 76:19, 76:25, 79:6, 84:23, 90:19, 92:2, 93:17, 94:16, 95:17, 95:24, 96:1, 96:4, 96:5, 96:10, 97:11, 98:5, 98:7, 98:16, 99:13, 118:24, 119:4, 119:6, 119:16
**listed** [4] - 27:17, 40:16, 57:5, 94:13
**listen** [1] - 50:3
**LISTEN** [1] - 113:2
**listening** [2] - 32:8, 118:3
**listings** [1] - 34:24
**lists** [3] - 40:17, 94:21, 101:23
**literally** [1] - 42:3
**litigation** [9] - 20:8, 30:21, 33:23, 43:18, 47:9, 75:13, 108:25, 111:10, 128:20
**live** [1] - 37:23
**lives** [1] - 97:17
**LLC** [2] - 3:3, 4:19
**location** [4] - 18:24, 23:13, 27:10, 29:12
**lock** [1] - 42:14
**log** [3] - 15:11, 133:3, 133:6
**logistically** [1] - 82:20
**logistics** [1] - 14:2
**LONDON** [1] - 8:24
**London** [12] - 82:4, 82:6, 82:24, 83:2, 83:4, 99:19, 99:21, 100:2, 100:6, 100:22, 101:10, 125:2
**look** [39] - 15:15, 17:11, 18:2, 19:10, 30:7, 39:11, 51:2, 51:7, 51:9, 55:11, 57:15, 67:2, 68:20, 72:8, 72:9, 72:18, 73:1, 77:1, 82:13, 89:5, 92:7, 92:25, 93:22, 96:16, 98:21, 98:22, 99:10, 103:16, 106:22, 115:24, 116:23, 119:1, 119:2, 119:24, 120:22, 128:5, 130:23,

131:10
**looked** [1] - 129:6
**looking** [14] - 40:18, 50:4, 75:24, 77:6, 112:7, 117:1, 119:15, 121:16, 121:17, 123:8, 123:9, 123:11, 124:16, 126:18
**looks** [1] - 108:18
**Lori** [7] - 12:2, 12:3, 12:5, 12:11, 13:6, 16:18, 18:6
**LORI** [1] - 5:18
**Lori's** [1] - 17:21
**lose** [3] - 42:12, 42:13
**losing** [1] - 22:23
**loss** [2] - 22:20, 37:12
**lost** [2] - 28:10, 71:15
**Louisiana** [2] - 134:5, 134:6
**LOUISIANA** [2] - 1:1, 1:7
**love** [1] - 82:7
**low** [1] - 126:2
**lower** [2] - 34:17, 34:22
**LP** [1] - 4:18
**lunch** [3] - 43:3, 131:17, 131:19
**LYNDEN** [1] - 5:14

**M**

**ma'am** [5] - 22:19, 28:14, 48:8, 51:4, 115:17
**Macondo** [1] - 70:19
**MAGISTRATE** [1] - 1:12
**mail** [26] - 17:8, 19:3, 33:14, 35:22, 35:23, 36:5, 38:13, 44:20, 50:9, 50:23, 73:24, 74:4, 88:6, 90:18, 93:20, 94:11, 94:21, 95:15, 96:3, 96:4, 96:22, 126:6, 126:11, 126:17, 126:24, 132:24
**mailed** [2] - 20:5, 50:22
**mails** [12] - 13:22, 17:2, 17:3, 17:4, 17:7, 17:11, 17:12, 17:14, 38:15, 50:21, 126:14
**maintenance** [2] - 34:25, 128:23

**major** [1] - 69:14
**majority** [2] - 109:20, 121:22
**man** [10] - 23:15, 23:16, 23:25, 26:1, 26:2, 29:2, 29:18, 31:8, 37:2, 42:15
**managed** [1] - 37:10
**management** [1] - 121:3
**MANAGEMENT** [1] - 9:13
**Management** [1] - 121:18
**manner** [2] - 26:12, 109:5
**manpower** [1] - 23:9
**manual** [5] - 34:25, 39:16, 39:20, 40:4, 40:13
**manufacture** [4] - 32:14, 33:19, 46:8, 46:10
**manufacturer** [2] - 19:6, 34:15
**marathon** [1] - 17:20
**March** [2] - 79:13, 128:18
**marginal** [1] - 68:11
**marine** [2] - 34:17, 34:22
**MARK** [4] - 3:19, 5:11, 7:7, 8:20
**Mark** [5] - 18:11, 18:14, 23:8, 24:7, 95:4
**marks** [1] - 127:16
**Martin** [1] - 95:5
**MARTINEZ** [1] - 4:11
**master** [3] - 119:4, 119:6, 119:16
**MASTER** [1] - 9:11
**material** [3] - 24:12, 38:1, 38:5
**MATERIALS** [1] - 7:13
**materials** [2] - 45:17, 63:22
**math** [5] - 97:14, 100:7, 101:12, 112:12, 112:13
**matter** [6] - 41:15, 46:2, 59:4, 73:20, 105:22, 134:9
**matters** [2] - 18:25, 129:3
**maxed** [1] - 42:25
**maximum** [1] - 19:16
**MAY** [4] - 1:7, 10:2, 10:4, 11:2
**MAZE** [6] - 2:18,

65:17, 80:25, 91:21, 91:23, 92:14
**MBI** [1] - 99:5
**McAloon** [2] - 101:3, 101:4, 101:5
**MCCUTCHEN** [1] - 4:23
**McKay** [1] - 61:17
**MCKINNEY** [1] - 4:8
**MDL** [1] - 5:21
**Meade** [2] - 11:14, 74:9
**MEADE** [7] - 5:24, 11:14, 74:9, 74:13, 74:23, 75:3, 75:15
**mean** [26] - 53:9, 53:13, 61:1, 61:2, 62:14, 75:2, 78:15, 78:17, 81:13, 82:7, 82:16, 91:13, 93:21, 97:2, 98:11, 100:21, 110:7, 113:7, 114:25, 115:14, 121:15, 123:10, 123:23, 127:10
**meaning** [1] - 131:22
**meaningfully** [1] - 21:5
**means** [1] - 61:1
**meant** [4] - 61:1, 74:24, 76:23, 100:18
**MECHANICAL** [1] - 6:6
**mechanically** [1] - 41:10
**mechanism** [1] - 41:10
**media** [3] - 102:12, 125:16, 126:18
**MEDIA......................
....................** [1] - 9:23
**meet** [3] - 131:14, 132:4, 132:8
**meeting** [1] - 48:25
**Meinhart** [3] - 92:1, 92:3, 92:8
**MEINHART...............
........** [1] - 8:15
**member** [1] - 23:13
**MEMBERS** [1] - 1:23
**memorized** [2] - 37:21, 76:7
**men** [1] - 86:3
**mention** [7] - 35:25, 75:4, 102:3, 118:7, 119:3, 121:8, 124:15
**mentioned** [6] - 19:3, 32:21, 109:21, 114:8, 126:8, 126:9

**Merit** [1] - 134:4
**message** [5] - 26:7, 90:17, 115:21, 118:3, 133:15
**messages** [1] - 133:16
**METHOFF** [1] - 5:21
**MEXICO** [1] - 1:5
**Mexico** [2] - 71:19, 71:21
**MI** [2] - 109:25, 116:7
**MICHAEL** [2] - 2:14
**Michael** [1] - 112:9
**Michoud** [5] - 24:10, 25:5, 26:19, 27:10, 99:24
**mid** [1] - 40:15
**might** [19] - 17:12, 19:22, 21:18, 35:13, 48:9, 55:12, 58:21, 65:15, 68:14, 90:21, 95:17, 96:19, 99:21, 101:7, 113:2, 120:1, 120:11, 127:17, 128:5
**Mike** [10] - 61:15, 64:21, 75:24, 79:18, 97:9, 100:11, 101:8, 101:21, 119:22, 129:24
**MIKE** [1] - 8:2
**Mike's** [5] - 94:21, 96:1, 96:4, 96:10, 98:16
**MILLER** [33] - 3:6, 58:11, 79:23, 92:17, 92:20, 94:19, 94:25, 95:9, 95:16, 95:20, 95:24, 96:9, 96:12, 98:16, 98:25, 100:10, 102:2, 102:5, 102:9, 102:11, 102:20, 105:11, 111:25, 112:20, 113:15, 113:18, 113:22, 113:25, 117:5, 126:1, 132:2, 133:10, 133:15
**Miller** [7] - 83:22, 95:12, 105:8, 105:14, 111:5, 112:25, 126:3
**Miller's** [2] - 95:22, 132:17
**Mince** [2] - 12:2, 13:6
**MINCE** [6] - 5:18, 13:6, 15:22, 16:4, 17:2, 18:8
**mind** [11] - 35:10, 50:11, 52:15, 56:20,

66:18, 74:11, 74:12, 82:17, 96:23, 104:4, 131:24
**minute** [6] - 22:22, 59:14, 115:25, 116:2, 126:22, 126:25
**minutes** [34] - 102:25, 103:19, 104:23, 105:25, 106:5, 106:7, 106:22, 107:23, 108:17, 108:20, 109:14, 110:24, 111:3, 111:4, 111:5, 111:14, 111:22, 111:23, 112:7, 112:10, 112:13, 112:15, 112:19, 116:21, 116:22, 116:25, 117:1, 117:8, 117:17, 117:19, 118:15, 118:16, 118:19
**mirror** [2] - 41:21, 52:5
**miss** [1] - 56:2
**missing** [1] - 50:23
**mission** [1] - 43:20
**misunderstanding** [1] - 22:5
**MITSUI** [1] - 9:14
**Mitsui** [1] - 122:17
**mix** [1] - 103:3
**MMS** [1] - 79:13
**modest** [1] - 67:16
**modifications** [1] - 31:17
**MOEX** [12] - 4:18, 4:19, 12:2, 102:7, 102:25, 103:7, 103:14, 104:8, 104:13, 108:10, 108:18, 123:1
**MOEX's** [2] - 103:18, 115:6
**moment** [5] - 18:4, 41:7, 43:5, 70:10, 102:15
**Monday** [23] - 18:23, 20:12, 20:18, 21:6, 22:9, 28:19, 28:21, 29:15, 29:17, 29:20, 29:21, 30:13, 38:14, 45:4, 46:15, 47:18, 48:5, 48:7, 48:25, 49:24, 51:3, 91:15, 96:16
**money** [3] - 46:19, 97:23, 108:19
**monitoring** [1] - 20:6

**MONTGOMERY** [1] - 2:20
**month** [2] - 45:15, 82:8
**months** [2] - 29:19, 113:8
**Morel** [4] - 65:2, 65:13, 65:19, 78:5
**MOREL** [1] - 7:19
**Morel's** [1] - 65:21
**MOREL**......................
........................ [1] - 7:22
**morning** [25] - 11:9, 11:12, 11:13, 12:1, 12:21, 13:6, 18:11, 29:15, 30:5, 43:2, 44:22, 45:10, 48:7, 48:10, 48:24, 49:3, 61:25, 65:7, 91:19, 91:21, 94:21, 102:6, 107:13, 110:6, 114:7
**morning's** [1] - 113:6
**most** [9] - 20:11, 20:25, 74:19, 100:22, 103:2, 105:18, 107:21, 107:25, 108:3
**mother** [1] - 42:13
**mouth** [1] - 97:13
**move** [5] - 50:14, 81:10, 81:21, 85:16, 115:23
**Moving** [1] - 62:4
**moving** [2] - 18:9, 37:13
**MR** [377] - 7:19, 7:21, 7:22, 8:1, 8:4, 8:5, 8:6, 8:7, 8:9, 8:12, 8:13, 9:4, 9:6, 11:11, 11:13, 11:14, 11:16, 16:16, 17:19, 18:11, 18:15, 18:17, 18:19, 18:21, 19:25, 20:19, 20:22, 20:24, 22:13, 22:19, 23:6, 23:7, 23:18, 23:19, 28:14, 29:21, 32:7, 32:10, 35:15, 35:16, 37:19, 37:20, 37:22, 37:23, 37:24, 39:17, 39:18, 41:25, 42:1, 42:7, 42:10, 43:7, 43:25, 44:3, 44:11, 44:16, 44:19, 45:9, 45:13, 47:22, 48:8, 48:15, 48:18, 49:4, 49:7, 49:13, 50:7, 50:18, 50:20, 51:1, 51:4, 51:6, 51:10, 51:11,

51:15, 51:21, 53:2, 53:9, 53:19, 53:21, 53:23, 54:3, 54:6, 54:15, 54:22, 55:7, 55:11, 55:13, 55:16, 55:18, 55:19, 55:20, 55:23, 57:3, 57:10, 57:12, 57:24, 58:6, 58:11, 58:16, 58:19, 59:15, 59:19, 59:25, 60:10, 60:18, 60:23, 61:11, 61:13, 61:17, 61:20, 61:21, 61:24, 62:8, 62:12, 62:24, 63:4, 64:19, 64:22, 65:4, 65:9, 65:13, 65:16, 65:17, 65:18, 66:2, 66:25, 67:10, 67:12, 67:19, 68:3, 68:13, 69:8, 69:10, 71:9, 73:3, 73:4, 73:6, 73:9, 73:12, 73:16, 73:25, 74:2, 74:3, 74:4, 74:8, 74:13, 74:23, 75:8, 75:15, 75:19, 76:2, 76:5, 76:9, 76:11, 76:14, 76:18, 76:23, 77:4, 77:7, 77:10, 77:14, 77:18, 77:19, 77:21, 77:24, 78:13, 78:22, 78:24, 79:2, 79:4, 79:6, 79:8, 79:12, 79:17, 79:18, 79:19, 79:21, 79:23, 79:24, 80:2, 80:4, 80:6, 80:9, 80:22, 80:25, 81:1, 81:5, 81:7, 81:12, 81:15, 81:19, 81:23, 82:1, 82:12, 82:15, 82:23, 83:3, 83:7, 83:10, 83:14, 83:15, 83:16, 84:4, 84:7, 84:9, 84:13, 84:16, 84:19, 84:21, 84:25, 85:2, 85:4, 85:8, 85:15, 85:16, 85:22, 86:1, 86:3, 86:8, 86:17, 86:19, 87:4, 87:8, 87:22, 88:4, 88:13, 88:24, 89:1, 89:7, 89:16, 89:19, 89:22, 90:3, 90:6, 90:12, 90:17, 91:1, 91:5, 91:7, 91:8, 91:15, 91:21, 91:23, 92:2, 92:14, 92:17, 92:20, 93:3, 93:8, 94:4, 94:9, 94:11, 94:19, 94:25, 95:7, 95:9,

95:11, 95:16, 95:18, 95:20, 95:22, 95:24, 96:9, 96:12, 96:20, 97:5, 97:9, 98:3, 98:10, 98:16, 98:25, 99:3, 100:5, 100:8, 100:10, 100:14, 100:16, 100:19, 101:2, 101:3, 101:4, 101:6, 101:10, 101:14, 102:2, 102:5, 102:9, 102:11, 102:15, 102:16, 102:20, 103:23, 104:3, 105:1, 105:3, 105:6, 105:11, 107:9, 107:11, 107:13, 107:15, 107:17, 108:8, 111:8, 111:14, 111:16, 111:18, 111:22, 111:24, 111:25, 112:2, 112:14, 112:20, 112:22, 112:25, 113:12, 113:15, 113:18, 113:22, 113:25, 114:2, 114:7, 114:19, 114:21, 114:23, 115:22, 116:11, 116:18, 117:3, 117:5, 117:8, 117:10, 117:21, 117:22, 117:24, 118:1, 118:5, 118:12, 118:13, 118:15, 118:21, 119:19, 120:4, 120:10, 120:18, 120:24, 121:14, 121:20, 121:24, 122:6, 122:11, 122:19, 123:1, 123:4, 124:21, 125:7, 126:1, 126:19, 127:2, 127:5, 127:15, 128:7, 129:20, 129:25, 131:13, 131:18, 131:19, 131:20, 131:25, 132:2, 132:14, 132:17, 132:22, 133:10, 133:15
**MS** [57] - 12:1, 12:7, 13:6, 15:22, 15:23, 16:4, 16:9, 16:12, 16:14, 17:2, 18:8, 20:23, 21:3, 21:9, 21:15, 21:24, 22:11,

47:24, 48:22, 49:8, 50:14, 56:7, 56:13, 56:17, 56:23, 56:25, 63:2, 63:5, 63:9, 64:13, 66:9, 66:13, 66:18, 66:22, 67:6, 81:8, 105:13, 105:17, 105:22, 106:21, 109:10, 110:8, 110:20, 110:23, 112:11, 115:4, 115:17, 115:21, 118:9, 121:22, 128:13, 129:18, 129:23, 130:24, 131:6, 131:9, 132:21
**MULTIPLE** [1] - 8:18
**multiple** [3] - 22:21, 42:16, 92:23
**multiplicity** [1] - 74:5
**multitrack** [1] - 42:11
**Murphy** [1] - 54:19
**must** [3] - 39:15, 39:16, 118:2
**mystery** [2] - 99:5, 99:7

# N

**N.W** [1] - 3:24
**name** [10] - 23:17, 33:4, 33:17, 73:5, 79:17, 86:2, 92:22, 95:3, 95:5, 118:7
**named** [1] - 52:18
**names** [1] - 95:9
**narrow** [4] - 12:9, 69:12, 70:14, 130:6
**narrowed** [3] - 17:5, 17:6, 130:5
**NASA** [2] - 25:5, 29:24
**National** [1] - 120:6
**nature** [3] - 46:25, 69:24, 87:25
**NAUTILUS** [1] - 26:13
**Neal** [4] - 79:21, 79:24, 80:5, 80:6
**NEAL** [2] - 79:21, 80:1
**NEAL**......................
.................. [1] - 8:7
**NEAL**......................
.................. [1] - 8:6
**near** [2] - 52:14, 64:8
**nearing** [2] - 93:9, 93:10
**necessarily** [5] - 37:9, 51:23, 80:18, 128:15, 129:8

**necessary** [5] - 16:9, 45:24, 47:10, 119:14, 125:9
**neck** [1] - 89:4
**need** [54] - 12:3, 12:24, 18:3, 18:13, 19:15, 21:11, 21:16, 24:7, 27:3, 30:8, 30:9, 30:22, 31:16, 36:12, 42:19, 43:21, 43:25, 48:12, 49:22, 58:21, 59:17, 60:15, 60:19, 66:19, 66:20, 67:1, 70:25, 72:20, 79:23, 82:2, 83:23, 84:17, 84:22, 89:21, 90:3, 93:18, 97:22, 100:1, 101:8, 104:4, 106:17, 112:2, 115:9, 115:24, 116:22, 119:17, 121:17, 123:15, 123:20, 124:11, 125:4, 126:23, 128:9, 130:14
**needed** [4] - 28:7, 29:1, 41:2, 108:13
**needing** [1] - 38:2
**needs** [9] - 30:19, 32:24, 38:11, 51:13, 90:15, 97:21, 103:25, 123:17, 125:10
**negative** [2] - 87:13, 87:24
**negligence** [2] - 108:5, 108:24
**negotiate** [1] - 13:15
**negotiated** [5] - 12:8, 14:13, 24:2, 32:11, 34:13
**negotiations** [1] - 130:12
**never** [7] - 30:12, 36:16, 36:17, 68:12, 107:1, 107:22
**nevertheless** [3] - 19:8, 24:2, 43:19
**New** [5] - 75:19, 81:15, 81:17, 82:21, 83:1
**new** [11] - 56:1, 79:9, 92:18, 93:19, 104:8, 110:6, 115:10, 115:13, 115:14, 115:15
**NEW** [12] - 1:7, 1:21, 1:25, 2:11, 3:7, 3:17, 4:5, 4:22, 5:5, 5:16, 5:19, 6:4
**news** [6] - 102:6,

102:22, 125:16, 126:4, 126:12, 126:18
**NEWS** [1] - 9:23
**NEXT** [4] - 7:10, 8:10, 9:20, 10:4
**next** [34] - 24:21, 27:20, 28:21, 30:5, 31:4, 35:4, 35:18, 54:12, 55:25, 57:1, 57:2, 58:12, 62:18, 66:14, 67:1, 67:6, 67:7, 75:16, 75:24, 77:9, 81:10, 82:13, 82:14, 83:21, 84:4, 102:1, 110:12, 110:15, 112:21, 118:9, 118:18, 124:16, 124:25, 128:16
**nice** [4] - 11:19, 94:16, 105:12, 123:25
**nicer** [1] - 133:12
**night** [1] - 43:2
**nine** [3] - 32:2, 32:3, 37:10
**NO** [1] - 1:6
**nobody** [2] - 49:6, 51:16
**NOMELLINI** [1] - 3:19
**non** [3] - 17:11, 17:14, 40:6
**non-duplicate** [1] - 17:11
**none** [1] - 65:20
**nonmetallic** [2] - 40:7, 41:11
**nonpriority** [1] - 119:11
**nonresponsiveness** [1] - 15:20
**nonwaiver** [1] - 30:19
**noon** [1] - 12:17
**normal** [2] - 86:18, 88:2
**NORSKE** [1] - 5:10
**NORTH** [4] - 3:10, 3:11, 3:13, 3:14
**note** [7] - 11:18, 24:18, 25:8, 36:1, 43:22, 64:22, 100:25
**noted** [5] - 26:15, 32:20, 33:14, 38:5, 39:5
**notes** [3] - 83:18, 84:10, 84:11
**nothing** [12] - 16:4, 16:5, 32:16, 33:7, 38:2, 39:1, 41:4, 44:11, 50:5, 108:11

**notice** [7] - 15:2, 21:19, 22:14, 29:12, 29:14, 118:7, 128:18
**notices** [3] - 52:20, 92:5, 130:3
**notified** [1] - 14:25
**noting** [1] - 99:2
**notwithstanding** [1] - 13:14
**November** [1] - 127:13
**NOW** [1] - 7:14
**number** [20] - 33:3, 33:5, 33:6, 33:17, 45:23, 57:5, 59:18, 87:9, 87:23, 88:20, 93:17, 93:18, 93:21, 93:24, 94:1, 96:10, 100:5, 100:21, 113:8
**Number** [1] - 98:18
**numbered** [1] - 134:9
**numbers** [27] - 32:25, 33:16, 38:2, 38:11, 38:12, 38:18, 38:20, 38:22, 38:23, 39:4, 39:9, 39:10, 39:12, 39:16, 39:17, 39:19, 39:20, 40:2, 40:4, 40:5, 40:8, 40:11, 40:12, 40:13, 101:1, 106:23
**nutshell** [1] - 128:17
**NW** [1] - 4:24

## O

**o'clock** [12] - 21:17, 21:18, 50:15, 50:16, 50:17, 50:18, 50:19, 100:5, 100:10, 100:11, 101:10, 101:11
**O'KEEFE** [1] - 1:21
**object** [3] - 21:3, 26:2, 30:23
**objected** [2] - 25:23, 52:21
**objecting** [2] - 31:5, 33:9
**objection** [4] - 29:3, 30:16, 73:8, 83:5
**objections** [3] - 42:19, 56:18, 63:16
**obligations** [1] - 14:22
**obliged** [1] - 41:17
**obtained** [2] - 38:18, 38:19
**obviously** [5] - 24:12, 38:25, 93:8, 104:3, 132:17

**occasions** [1] - 107:2
**occur** [1] - 20:3
**occurred** [1] - 16:21
**OCTOBER** [1] - 9:12
**October** [1] - 119:10
**OEM** [1] - 40:18
**OF** [8] - 1:1, 1:5, 1:11, 2:13, 7:17, 7:23, 9:20, 9:25
**offend** [1] - 88:21
**offended** [1] - 118:6
**offer** [2] - 78:9, 87:10
**offered** [3] - 16:22, 70:5, 109:6
**OFFICE** [1] - 2:18
**office** [7] - 14:1, 17:17, 85:5, 85:9, 97:6, 101:18, 133:20
**offices** [1] - 97:23
**Official** [2] - 134:5, 134:14
**OFFICIAL** [1] - 6:3
**OFFSHORE** [2] - 3:4, 4:19
**often** [1] - 121:5
**OIL** [2] - 1:4, 1:4
**oil** [3] - 68:5, 71:13, 71:15
**Oil** [1] - 54:19
**oilfield** [2] - 26:12, 41:13
**old** [1] - 79:6
**ON** [1] - 1:5
**once** [7] - 14:4, 14:24, 20:3, 42:10, 60:24, 61:3, 121:11
**one** [76] - 16:18, 20:1, 23:18, 23:19, 23:20, 28:10, 31:4, 31:10, 32:10, 32:25, 34:10, 37:4, 38:14, 39:14, 41:6, 44:25, 45:23, 53:20, 54:12, 57:8, 58:22, 58:24, 59:1, 59:11, 59:15, 59:18, 63:19, 64:14, 64:25, 67:22, 73:12, 76:16, 77:13, 77:16, 77:24, 80:18, 81:3, 81:4, 81:21, 82:4, 85:10, 88:8, 88:17, 88:22, 90:19, 93:18, 93:24, 94:1, 94:4, 94:6, 94:19, 95:1, 95:4, 95:13, 96:9, 97:2, 98:12, 98:16, 99:4, 100:21, 103:21, 104:5, 104:9, 104:19, 107:17, 113:2, 115:5, 117:2,

119:11, 119:14, 126:7, 127:23, 128:22, 132:2
**ONE** [4] - 2:10, 3:15, 4:7, 5:22
**one's** [1] - 88:21
**one-day** [2] - 77:16, 81:21
**ones** [4] - 77:8, 95:14, 103:12, 114:15
**ongoing** [2] - 18:24, 118:25
**open** [7] - 49:9, 62:20, 65:9, 80:21, 99:8, 130:2, 130:11
**operate** [2] - 25:13, 107:2
**operated** [3] - 106:2, 106:17, 106:22
**operation** [5] - 25:18, 25:23, 25:24, 34:12, 37:14
**operations** [3] - 34:11, 34:25, 70:7
**operator** [1] - 26:2
**opined** [3] - 87:12, 87:13, 87:14
**opinion** [2] - 15:7, 87:10
**opportunity** [8] - 19:10, 22:8, 53:11, 61:4, 115:25, 125:17, 129:14, 131:14
**oppose** [1] - 130:1
**opposed** [2] - 49:24, 52:25
**opposition** [3] - 56:2, 56:3, 56:22
**optimistic** [2] - 52:12, 132:8
**options** [1] - 88:3
**ORAL** [2] - 7:10, 9:20
**oral** [5] - 57:1, 57:6, 57:18, 124:17, 124:23
**Order** [1] - 121:19
**ORDER** [2] - 9:13, 11:4
**order** [19] - 23:10, 27:25, 42:7, 56:2, 56:3, 56:19, 56:21, 63:11, 63:14, 71:11, 82:6, 88:2, 95:1, 96:5, 105:15, 114:10, 121:3, 125:19
**ordered** [2] - 24:3, 35:10
**orders** [1] - 63:10

**oriented** [1] - 26:12
**original** [3] - 19:6, 28:25, 34:15
**ORLEANS** [12] - 1:7, 1:21, 1:25, 2:11, 3:7, 3:17, 4:5, 4:22, 5:5, 5:16, 5:19, 6:4
**Orleans** [5] - 75:19, 81:15, 81:17, 82:21, 83:1
**otherwise** [5] - 18:6, 26:3, 44:1, 89:4, 116:17
**ourselves** [1] - 108:6
**outline** [1] - 14:9
**outlined** [1] - 29:7
**outset** [1] - 23:24
**outsourced** [1] - 40:20
**outstanding** [1] - 76:25
**overall** [1] - 22:19
**overcome** [1] - 68:12
**overlap** [1] - 58:3
**overseas** [1] - 80:14
**overturns** [1] - 16:7
**overview** [1] - 44:8
**own** [7] - 31:11, 40:12, 40:16, 41:25, 42:6, 69:16, 86:5
**owners** [2] - 108:24, 113:2

## P

**p.m** [2] - 51:3, 133:23
**P.M...** [1] - 10:4
**PACER** [1] - 126:11
**package** [2] - 34:17, 34:23
**packers** [3] - 38:12, 38:15, 39:3
**pads** [2] - 38:12, 38:16
**page** [5] - 35:1, 45:21, 54:12, 85:2, 95:4
**PAGE** [1] - 7:3
**pages** [4] - 12:15, 34:23, 35:5, 124:7
**paid** [5] - 52:13, 86:20, 86:21, 87:1, 108:18
**PAN** [2] - 1:24, 5:15
**panel** [2] - 28:1, 32:15
**paper** [3] - 74:6, 123:16, 123:20
**PAPERLESS** [1] - 9:17
**paperless** [2] - 123:13, 123:14
**paperwork** [1] - 40:25

**paragraph** [3] - 53:22, 55:2, 126:8
**paragraphs** [1] - 55:5
**pardon** [2] - 56:13, 56:17
**pare** [1] - 99:13
**parity** [1] - 97:4
**PARKWAY** [1] - 5:8
**part** [33] - 19:6, 20:8, 24:19, 29:2, 31:11, 32:25, 33:3, 33:5, 33:15, 33:17, 37:13, 37:15, 38:2, 38:11, 39:4, 39:9, 39:10, 39:16, 39:17, 39:19, 39:20, 40:4, 40:5, 40:7, 40:13, 41:17, 52:3, 52:11, 75:13, 84:4, 105:18, 120:11
**participants** [2] - 11:8, 18:13
**participate** [4] - 20:18, 21:5, 35:21, 67:9
**participated** [1] - 23:12
**participating** [1] - 101:20
**participation** [1] - 109:24
**particular** [3] - 31:16, 62:16, 74:15
**particularly** [1] - 132:24
**partied** [1] - 129:4
**PARTIES** [1] - 7:15
**parties** [23] - 19:5, 23:11, 30:20, 52:18, 52:23, 63:15, 63:21, 63:23, 64:7, 70:11, 99:10, 104:4, 104:5, 104:19, 106:15, 112:3, 118:4, 120:19, 122:8, 125:20, 127:9, 130:6, 130:9
**partner** [1] - 113:25
**partnered** [1] - 113:23
**parts** [5] - 38:3, 40:5, 40:16, 40:17, 71:24
**party** [7] - 57:8, 104:5, 110:1, 111:10, 118:8, 127:11
**party's** [2] - 104:5, 104:19
**pass** [2] - 13:4, 86:14
**passive** [2] - 36:4, 108:24
**past** [2] - 43:12, 61:3
**patentable** [1] - 42:2
**path** [1] - 87:14

**pathways** [2] - 22:21, 36:22
**patience** [1] - 32:7
**patriot** [1] - 98:4
**Patton** [1] - 79:14
**Paul** [8] - 59:19, 59:24, 66:5, 73:2, 77:13, 81:6, 92:1, 112:5
**PAUL** [2] - 1:24, 8:15
**pay** [1] - 88:2, 110:8, 112:8
**paying** [2] - 27:3, 66:19
**PDF** [1] - 123:17
**peek** [1] - 71:8
**penalized** [1] - 110:11
**people** [42] - 11:9, 15:7, 26:9, 26:10, 27:23, 29:1, 29:9, 30:17, 31:3, 35:21, 36:1, 40:17, 40:24, 45:21, 48:9, 52:10, 52:11, 70:24, 70:25, 72:12, 76:19, 79:1, 88:18, 88:22, 93:11, 93:13, 93:14, 93:20, 95:7, 95:8, 96:5, 97:16, 97:22, 97:25, 99:3, 99:13, 99:22, 99:23, 107:5, 118:24, 119:16
**people's** [1] - 106:14
**Pepper** [8] - 45:7, 57:14, 58:9, 103:25, 134:3, 134:12, 134:13
**PEPPER** [1] - 6:3
**per** [2] - 39:4, 58:2, 127:19
**perceived** [1] - 22:17
**percent** [2] - 17:22, 108:9
**peremptory** [1] - 73:12
**perfect** [4] - 89:14, 108:12, 112:6
**perfectly** [3] - 78:7, 88:12, 123:20
**perhaps** [9] - 40:19, 41:13, 57:14, 59:6, 78:18, 87:9, 127:15, 130:15, 133:5
**period** [2] - 17:5, 27:11
**permission** [1] - 80:20
**person** [16] - 20:14, 21:21, 48:9, 48:12, 48:13, 49:6, 49:10, 49:11, 50:1, 50:10,

50:12, 72:22, 88:16, 88:17, 99:11
**personal** [3] - 55:9, 78:2, 98:19
**personally** [1] - 49:1
**personnel** [2] - 15:19, 29:7, 45:22
**perspective** [5] - 21:12, 46:17, 46:20, 74:11, 110:13
**pertain** [1] - 53:25
**pertinent** [1] - 124:12
**PETER** [1] - 2:19
**PETROLEUM** [1] - 4:17
**PETU** [4] - 25:14, 25:18, 25:25, 26:2
**phase** [15] - 28:7, 37:13, 37:16, 43:16, 80:18, 81:10, 81:14, 119:11, 119:13, 119:14, 119:17, 120:16, 120:25, 121:13
**PHELPS** [1] - 5:17
**phone** [8] - 11:8, 18:13, 40:11, 56:5, 65:23, 67:9, 72:12, 109:12
**photographed** [1] - 38:17
**pick** [8] - 66:20, 67:2, 77:11, 80:23, 89:5, 100:5, 128:2
**picked** [3] - 91:25, 125:15, 126:12
**picks** [1] - 128:6
**picture** [1] - 22:23
**piece** [3] - 28:6, 37:4, 74:16
**pieces** [2] - 41:15, 46:7
**PIGMAN** [1] - 4:3
**pitched** [1] - 19:5
**PLACE** [2] - 2:10, 5:4
**place** [5] - 47:13, 63:12, 105:8, 110:1, 132:4
**plaintiff's** [1] - 69:15
**plaintiffs** [11] - 11:15, 51:21, 58:20, 67:14, 68:13, 74:10, 74:16, 104:17, 111:19, 112:3, 132:22
**PLAINTIFFS'** [2] - 1:16, 1:23
**plaintiffs'** [1] - 108:4
**plan** [5] - 35:17, 38:15, 81:8, 118:8, 118:10
**plan-of-the-day** [1] -

38:15
**planned** [1] - 38:14
**planning** [4] - 36:6, 82:22, 120:15, 128:10
**plans** [1] - 131:17
**plate** [1] - 70:21
**play** [1] - 113:4
**pleading** [1] - 125:14
**pleadings** [1] - 108:4
**pleasure** [1] - 75:4
**pledge** [1] - 78:13
**plenty** [1] - 58:11
**plus** [2] - 76:13, 131:23
**Pod** [2] - 23:8, 24:7
**POD** [1] - 7:7
**pod** [4] - 24:9, 25:1, 26:6, 27:17
**podium** [3] - 75:20, 78:24, 102:4
**pods** [1] - 24:23
**point** [41] - 20:1, 21:16, 21:21, 26:11, 31:22, 31:24, 40:1, 40:22, 41:13, 43:9, 45:15, 47:6, 47:8, 49:22, 65:5, 72:4, 72:19, 75:20, 80:17, 82:3, 83:12, 84:17, 86:10, 93:4, 94:4, 96:9, 96:20, 97:19, 97:20, 98:1, 98:16, 102:20, 106:6, 106:16, 108:22, 115:12, 116:4, 126:1, 128:9, 128:24, 132:20
**pointed** [4] - 25:17, 25:18, 25:24, 43:22
**pointing** [1] - 31:19
**points** [5] - 26:15, 31:14, 40:6, 45:13, 77:25
**police** [1] - 68:10
**POLK** [1] - 4:19
**polled** [1] - 33:23
**pop** [1] - 113:13
**popped** [2] - 11:10, 11:22
**popular** [2] - 78:4, 79:21
**portable** [1] - 25:14
**portions** [1] - 124:12
**position** [10] - 20:7, 30:21, 43:18, 59:6, 75:5, 75:8, 110:14, 114:21, 115:5, 115:6
**positions** [1] - 86:12
**possibility** [1] - 26:8

**possible** [13] - 15:12, 15:24, 19:16, 25:4, 38:19, 50:14, 64:8, 65:15, 90:9, 90:16, 121:2, 122:12, 123:23
**POSSIBLE** [1] - 9:13
**possibly** [3] - 49:23, 65:15, 80:19
**post** [4] - 16:22, 94:14, 122:18, 126:13
**post-deposition** [1] - 16:22
**post-July** [1] - 94:14
**post-settlement** [1] - 122:18
**posted** [1] - 126:11
**potentially** [1] - 13:20
**PowerPoint** [2] - 14:12, 15:20
**PowerPoints** [2] - 13:23, 16:6
**POYDRAS** [6] - 1:25, 3:7, 3:16, 4:21, 5:15, 6:4
**practicable** [1] - 24:24
**practical** [1] - 46:1
**practice** [1] - 126:13
**pre** [2] - 79:13, 94:6
**pre-April** [1] - 79:13
**pre-July** [1] - 94:6
**precisely** [2] - 104:10, 104:11
**prefer** [1] - 22:25
**preference** [1] - 65:8
**prejudge** [1] - 90:14
**prejudice** [1] - 68:24
**prejudiced** [1] - 30:21
**premature** [1] - 104:18
**preparation** [2] - 24:16, 26:17
**prepare** [3] - 15:25, 25:3, 66:6
**prepared** [6] - 19:18, 47:6, 48:20, 116:12, 116:14, 121:4
**preparing** [1] - 127:5
**prerogative** [1] - 75:5
**presence** [1] - 109:24
**PRESENT** [1] - 5:24
**present** [5] - 20:7, 26:2, 35:21, 46:13, 47:5
**presentation** [3] - 45:2, 47:14, 53:16
**presentations** [4] - 14:12, 14:14, 14:16, 15:20
**presented** [1] - 85:5

**presently** [1] - 24:24
**preserving** [1] - 64:2
**press** [6] - 103:6, 107:12, 113:6, 113:22, 114:13, 114:25
**pressure** [8] - 29:24, 32:14, 32:15, 32:20, 32:24, 33:4, 33:16, 37:6
**presumably** [1] - 59:23
**pretty** [4] - 34:21, 51:1, 113:8, 129:17
**preventer** [6] - 31:16, 32:16, 34:24, 37:15, 39:7, 39:11
**preview** [1] - 47:5
**previous** [2] - 52:20
**previously** [1] - 25:18
**principal** [2] - 28:10, 44:24
**principally** [1] - 128:20
**principle** [1] - 82:17
**PRIOR** [1] - 8:18
**priorities** [4] - 70:6, 98:12, 119:6, 132:11
**prioritize** [2] - 57:7, 98:22
**prioritizing** [1] - 121:17, 132:6
**priority** [6] - 94:20, 101:22, 118:23, 132:5, 132:20, 133:9
**PRIORITY** [1] - 9:1
**privilege** [6] - 12:21, 14:11, 15:11, 63:10, 69:3
**privileged** [4] - 14:10, 68:15, 74:1, 90:11
**privy** [1] - 47:25
**proactive** [1] - 23:23
**problem** [28] - 18:21, 19:22, 20:25, 21:12, 22:12, 23:7, 25:23, 32:9, 40:21, 41:5, 43:7, 46:24, 47:23, 54:22, 54:25, 60:24, 62:3, 78:15, 82:25, 83:14, 85:8, 97:15, 97:17, 99:12, 115:13
**problems** [2] - 22:17, 34:7
**procedure** [1] - 36:13
**procedures** [1] - 34:14
**proceed** [1] - 75:22
**proceedings** [3] - 116:4, 133:23, 134:8
**PROCEEDINGS** [3] -

1:11, 6:6, 11:1
**process** [37] - 19:3, 19:7, 19:9, 21:1, 23:24, 26:25, 30:20, 31:2, 32:23, 33:21, 34:5, 34:8, 35:13, 36:20, 37:8, 38:8, 38:17, 40:24, 41:18, 42:11, 42:16, 69:14, 69:18, 69:20, 69:23, 70:11, 70:17, 98:8, 98:10, 119:5, 120:20, 121:6, 127:2, 127:12, 127:13, 127:17, 130:17
**processes** [1] - 70:22
**produce** [6] - 15:14, 18:1, 46:7, 90:8, 90:15, 91:3
**PRODUCED** [1] - 6:7
**produced** [13] - 12:15, 12:19, 14:5, 15:18, 16:2, 16:5, 16:6, 16:23, 63:11, 71:21, 85:11, 96:25, 97:15
**producing** [2] - 46:9, 72:7
**production** [18] - 11:23, 12:10, 12:16, 13:10, 13:18, 13:24, 14:3, 14:6, 14:8, 14:25, 15:17, 16:19, 71:4, 89:20, 114:11, 132:3, 132:12, 133:11
**PRODUCTION** [4] - 3:9, 3:12, 7:5, 10:2
**productions** [1] - 132:6
**productive** [1] - 42:23
**PRODUCTS** [1] - 3:14
**professionals** [1] - 108:12
**program** [1] - 111:9
**progress** [2] - 29:17, 39:1
**progressing** [1] - 63:18
**project** [3] - 22:20, 22:21, 43:4
**promise** [1] - 48:21
**promptly** [2] - 34:1, 46:9
**proper** [1] - 46:20
**properly** [3] - 12:25, 13:12, 16:10
**proposal** [3] - 52:6, 67:16
**proposals** [2] - 59:11,

121:25
**propose** [4] - 79:8, 90:23, 96:17, 127:20
**proposed** [8] - 35:7, 52:3, 56:2, 56:21, 66:6, 121:18, 130:22
**PROPOSED** [1] - 7:23
**proposing** [1] - 130:23
**propound** [2] - 71:3, 114:14
**prosecute** [1] - 103:8
**prosecuting** [1] - 103:8
**protocol** [17] - 18:10, 24:3, 24:6, 24:13, 24:23, 32:11, 34:12, 35:8, 36:3, 37:17, 37:18, 45:16, 45:21, 46:5, 47:12, 47:18, 99:20
**PROTOCOL** [1] - 7:6
**protocols** [2] - 19:15, 28:25
**provide** [19] - 11:20, 14:11, 27:16, 32:19, 32:21, 32:23, 38:1, 38:5, 38:10, 38:21, 38:24, 39:21, 39:24, 39:25, 40:8, 90:20, 98:5, 126:22
**provided** [3] - 25:9, 39:4, 44:8
**providing** [2] - 40:2, 47:17
**provisions** [1] - 114:24
**PSC** [15] - 7:19, 54:18, 58:1, 65:1, 75:11, 78:15, 82:25, 83:8, 88:23, 116:21, 117:15, 118:22, 127:20, 128:25
**PSC's** [1] - 68:6
**psi** [1] - 32:15
**public** [4] - 53:13, 71:14, 126:14, 126:16
**pull** [2] - 26:13, 48:1
**purpose** [1] - 113:16
**purposes** [1] - 94:20
**pursuit** [1] - 113:25
**push** [1] - 37:6
**put** [32] - 21:25, 22:14, 27:12, 46:17, 46:20, 51:12, 53:25, 54:3, 54:11, 55:22, 61:6, 65:11, 65:25, 66:2, 66:4, 67:21, 74:14, 76:19, 77:21, 78:5,

78:11, 79:9, 89:14, 96:5, 96:22, 99:17, 101:20, 111:3, 117:11, 123:15, 123:21, 124:9
**PUTNAM** [1] - 5:10
**puts** [1] - 15:9
**putting** [2] - 55:2, 124:5
**puzzles** [1] - 37:5

# Q

**qualified** [3] - 25:13, 29:1, 29:6
**quantification** [2] - 98:6, 119:4
**QUANTIFICATION....** . [1] - 9:11
**questioning** [2] - 110:18, 130:14
**questions** [11] - 23:16, 26:25, 51:19, 64:19, 82:15, 83:12, 106:1, 106:4, 107:4, 109:21, 115:7
**QUESTIONS..............** .... [1] - 7:8
**quibble** [1] - 52:8
**quick** [1] - 127:2
**quickly** [4] - 26:14, 51:6, 69:12, 119:20
**Quip** [1] - 109:25
**QUIP** [1] - 5:7
**quite** [7] - 19:19, 29:24, 37:8, 72:5, 87:22, 122:1
**quote** [10] - 24:10, 33:5, 33:11, 33:14, 33:15, 33:17, 34:14, 39:25
**quote/unquote** [1] - 42:1

# R

**rabbit** [1] - 62:17
**radar** [1] - 124:9
**raise** [5] - 12:18, 69:25, 70:12, 76:22, 125:23
**raised** [4] - 11:23, 47:8, 60:1, 106:11
**raises** [1] - 76:22
**raising** [2] - 19:24, 125:9
**rams** [2] - 38:16, 39:4
**rank** [1] - 96:1

**ranking** [1] - 93:20
**rankings** [2] - 93:17, 94:20
**rate** [1] - 88:2
**rather** [2] - 74:2, 101:19
**ratted** [1] - 77:19
**RE** [1] - 1:4
**reach** [4] - 23:22, 45:10, 49:18, 129:9
**reached** [1] - 13:16
**reaction** [3] - 95:12, 113:9, 114:3
**read** [17] - 36:5, 47:4, 47:16, 48:19, 53:11, 58:13, 62:4, 71:14, 103:5, 107:12, 113:22, 123:25, 127:25, 128:3, 128:4, 131:16
**reader** [1] - 70:17
**reading** [2] - 25:8, 102:18
**ready** [2] - 44:15, 122:3
**real** [2] - 37:11, 64:1
**realize** [2] - 52:16, 75:4
**really** [26] - 16:5, 34:2, 40:3, 44:24, 49:10, 50:3, 52:10, 52:17, 54:9, 55:7, 57:17, 59:9, 59:10, 65:18, 66:20, 67:1, 68:18, 68:24, 69:1, 70:20, 81:14, 102:8, 104:24, 130:10
**REALTIME** [1] - 6:3
**Realtime** [2] - 134:3, 134:13
**reason** [2] - 90:22, 94:12
**reasonableness** [1] - 88:10
**reasons** [2] - 28:10, 39:14
**reassemble** [2] - 25:3, 27:12
**reassembly** [1] - 24:16
**receipt** [1] - 38:20
**receive** [2] - 13:15, 56:1
**received** [5] - 12:12, 33:9, 44:20, 45:16, 56:18
**receiving** [1] - 43:9
**receptacle** [1] - 24:18, 24:20, 25:2, 27:6, 31:10, 31:12,

31:14, 31:15, 31:17, 31:20
**receptacles** [2] - 28:1, 31:10
**recess** [1] - 116:5
**recipient** [1] - 17:9
**recirculate** [1] - 63:15
**recognizing** [1] - 17:21
**recollection** [1] - 109:13
**recommends** [1] - 34:16
**record** [24] - 21:4, 21:16, 22:13, 45:5, 61:20, 68:17, 73:19, 75:12, 106:17, 107:6, 118:9, 118:10, 120:5, 124:5, 124:8, 124:14, 126:14, 126:16, 126:21, 126:24, 129:14, 130:25, 133:5, 134:8
**RECORDED** [1] - 6:6
**recovered** [1] - 39:7
**Red** [1] - 86:4
**Redd** [1] - 92:16
**REDD......................** 
...................... [1] - 8:16
**REDDEN** [1] - 4:6
**refer** [1] - 35:23
**reference** [2] - 52:7, 120:24
**referenced** [2] - 105:15, 125:14
**references** [1] - 35:2
**referred** [1] - 101:2
**referring** [1] - 38:15
**reflective** [1] - 114:12
**reflects** [1] - 48:2
**REGARD** [2] - 9:14
**regard** [6] - 106:18, 108:23, 122:17, 124:3, 126:23
**regarding** [5] - 14:3, 14:14, 14:17, 87:11, 108:9
**region** [1] - 64:6
**REGION..........** [1] - 7:18
**Registered** [1] - 134:3
**regret** [1] - 19:13
**regulator** [4] - 32:24, 33:4, 33:17, 33:20
**regulators** [3] - 32:14, 32:20, 32:25
**reiterating** [1] - 42:17
**relate** [1] - 70:11

**RELATED** [2] - 7:15, 7:17
**related** [6] - 63:24, 64:4, 80:2, 80:3, 80:4
**RELATES** [1] - 1:9
**RELATIVE** [1] - 7:6
**relative** [2] - 15:17, 18:10
**release** [20] - 35:17, 53:7, 53:9, 53:12, 53:13, 53:14, 54:25, 55:1, 55:3, 55:4, 55:10, 102:6, 102:17, 103:6, 107:12, 113:7, 113:22, 114:13, 114:25, 126:4
**relevance** [2] - 67:25, 68:5
**relevant** [5] - 38:17, 72:24, 72:25, 74:19, 74:21
**reliable** [2] - 59:3, 60:5
**relief** [1] - 88:15
**rely** [2] - 60:2, 60:12
**relying** [1] - 60:22
**remain** [1] - 123:5
**remaining** [2] - 15:24, 83:25
**remains** [2] - 104:7, 110:14
**remarks** [1] - 121:5
**remember** [4] - 57:13, 58:8, 66:15, 118:23
**remind** [4] - 28:24, 76:7, 87:6, 125:18
**removal** [1] - 34:9
**remove** [7] - 34:16, 36:19, 37:14, 41:8, 41:10, 41:14, 41:22
**removed** [1] - 133:1
**removing** [1] - 36:8
**reopen** [1] - 130:16
**reopening** [1] - 130:11
**repeated** [1] - 70:5
**repeatedly** [1] - 70:2
**repeating** [1] - 42:17
**replace** [1] - 41:16
**replies** [1] - 27:25
**replumbing** [2] - 31:18, 31:21
**report** [25] - 16:23, 25:2, 58:5, 60:3, 60:14, 65:7, 72:14, 72:22, 73:1, 87:13, 87:18, 90:18, 95:2, 95:4, 102:18, 102:22, 102:23,

103:13, 103:14, 120:11, 124:6, 132:15, 132:23
**reported** [4] - 37:25, 102:11, 125:16, 126:12
**Reporter** [6] - 134:3, 134:4, 134:5, 134:13, 134:14
**reporter** [9] - 57:14, 58:8, 58:9, 100:13, 100:18, 100:19, 100:21, 100:22, 101:6
**REPORTER** [4] - 6:3, 6:3, 58:10, 104:1
**REPORTER'S** [1] - 134:1
**reporting** [1] - 36:7, 102:12
**reports** [13] - 13:22, 62:5, 62:14, 70:10, 70:22, 71:6, 72:21, 72:24, 73:24, 119:15, 119:18, 124:10, 131:15
**REPORTS..................** 
...................... [1] - 10:1
**represent** [1] - 108:6
**representative** [1] - 101:14
**represented** [2] - 86:8, 92:4
**representing** [1] - 11:16
**reproduced** [1] - 75:6
**reprogram** [1] - 37:11
**request** [30] - 25:7, 27:21, 28:17, 29:5, 29:11, 29:13, 32:13, 33:1, 33:10, 33:24, 34:14, 36:17, 37:15, 38:25, 41:2, 45:22, 49:17, 49:23, 70:21, 71:3, 80:16, 94:6, 95:2, 96:12, 114:17, 115:2, 116:16, 117:16, 118:20, 126:6
**requested** [6] - 24:10, 24:12, 29:6, 32:19, 38:12, 112:13
**requesting** [4] - 42:5, 99:10, 111:12, 116:20
**requests** [23] - 25:5, 25:11, 25:12, 27:16, 33:10, 42:17, 43:2, 43:3, 45:17, 45:20, 45:25, 46:2, 76:21,

92:23, 93:11, 94:5, 101:22, 103:2, 113:19, 116:16, 118:25, 126:7
**REQUESTS** [2] - 8:18, 9:1
**require** [4] - 15:1, 35:6, 47:13, 76:3
**required** [5] - 25:10, 25:15, 34:16, 34:18, 48:17
**requires** [3] - 24:25, 34:16, 46:5
**reschedules** [1] - 82:8
**reserve** [1] - 61:6
**reserved** [2] - 17:24, 55:10
**reserving** [1] - 47:16
**reshuffle** [1] - 31:25
**resolve** [2] - 63:21, 122:11
**resources** [2] - 13:12, 72:17
**respect** [2] - 14:23, 17:14, 45:20, 46:6, 46:11, 51:25, 63:13, 74:23, 74:24, 106:3, 108:25, 129:12
**respectfully** [2] - 68:6, 130:13
**respond** [8] - 28:16, 33:11, 39:3, 46:5, 46:9, 46:22, 88:8, 114:18
**responded** [7] - 24:21, 28:17, 36:16, 36:17, 45:18, 107:18
**Responder** [1] - 55:25
**RESPONDER** [1] - 7:9
**Responders** [2] - 56:8, 56:14
**responding** [1] - 44:22
**responds** [1] - 24:8
**response** [12] - 27:18, 27:19, 29:10, 33:13, 36:14, 38:25, 46:13, 47:13, 59:8, 63:22, 101:23, 120:1
**RESPONSE** [1] - 7:14
**responses** [1] - 48:2
**responsibility** [1] - 71:18
**responsive** [6] - 13:20, 14:7, 15:6, 15:10, 16:8, 108:13
**rest** [4] - 15:17, 109:17, 115:16
**restarting** [1] - 26:25
**result** [1] - 113:6

**resulted** [2] - 13:24, 17:4
**results** [1] - 128:6
**retained** [1] - 13:19
**return** [1] - 48:9
**returnable** [1] - 91:11
**reveal** [1] - 126:22
**revealed** [1] - 58:24
**revenue** [1] - 71:15
**review** [11] - 13:19, 15:9, 15:19, 17:7, 21:5, 48:4, 72:14, 72:22, 73:10, 113:5, 114:8
**reviewed** [3] - 13:24, 60:21, 71:7
**reviewing** [2] - 14:21, 119:6
**revise** [1] - 55:20, 55:22
**Rich** [2] - 81:19, 116:20
**rich** [2] - 82:4, 83:6
**rich's** [1] - 83:1
**RICH...........................**
................... [1] - 8:9
**RICH...........................**
................... [1] - 9:5
**RICHESON** [1] - 4:20
**rig** [1] - 118:19
**RIG** [1] - 1:4
**rights** [1] - 17:24
**rise** [1] - 11:7
**riser** [9] - 24:18, 24:19, 25:2, 25:9, 26:10, 26:13, 27:5, 34:17, 34:23
**RMR** [2] - 6:3, 134:13
**road** [1] - 62:21
**ROBERT** [3] - 3:23, 4:21, 8:7
**Robert** [2] - 79:24, 80:6
**role** [1] - 43:18
**rolling** [1] - 24:5
**RONQUILLO** [2] - 4:10, 4:14
**room** [1] - 107:5
**ROOM** [2] - 2:16, 6:4
**root** [1] - 87:12
**rose** [1] - 29:24
**rough** [2] - 21:7, 45:7
**round** [1] - 81:9
**ROY** [9] - 1:16, 1:17, 2:3, 88:24, 114:7, 131:13, 131:18, 131:20, 131:25
**Roy** [3] - 73:6, 114:7, 131:12

**Roy's** [1] - 115:2
**rubber** [1] - 41:11
**ruled** [1] - 73:21
**ruling** [11] - 47:16,
54:16, 72:20, 73:1,
73:2, 73:11, 73:18,
73:22, 112:17,
116:15
**run** [6] - 62:21, 82:6,
95:15, 100:4,
101:21, 115:16
**RUN**...........................
......... [1] - 8:25
**running** [3] - 40:22,
62:16, 133:6
**rush** [3] - 113:3,
121:7, 121:11
**RUTH** [1] - 5:11
**RYAN** [1] - 3:20

**S**

**S-K-R-I-P-N-I-K-O-V-
A** [1] - 94:9
**s/Cathy** [1] - 134:12
**sabin's** [1] - 17:8
**Sabins** [11] - 16:20,
16:25, 17:3, 17:15,
17:22, 101:25,
110:21, 111:4,
111:9, 111:15, 116:7
**Sabins'** [2] - 17:13,
110:12
**SABINS**....................
...................... [2] -
9:2, 9:3
**SABINS**....................
...................... [1] -
9:4
**safe** [1] - 91:9
**safety** [10] - 69:14,
69:18, 69:20, 69:23,
70:5, 70:7, 70:11,
70:17, 71:21, 71:25
**salary** [1] - 97:24
**SALLY** [1] - 1:12
**SAMPLES** [1] - 7:13
**samples** [2] - 63:22,
64:2
**SAN** [1] - 2:16
**SARAH** [1] - 2:15
**Sarah** [2] - 63:1, 63:3
**satisfied** [2] - 18:4,
44:7
**Saucier** [1] - 79:16
**SAUCIER** [2] - 79:16,
79:19
**SAUCIER**..................
...................... [1] -

8:5
**save** [2] - 68:1, 120:1
**saving** [2] - 97:17,
102:15
**savings** [1] - 100:8
**saw** [4] - 35:20,
113:22, 126:4, 130:8
**scene** [2] - 23:17, 24:1
**schedule** [15] - 20:13,
26:22, 42:24, 47:13,
48:6, 48:23, 49:15,
49:20, 59:13, 76:25,
86:10, 86:14, 107:3,
124:16
**scheduled** [14] -
25:10, 79:14, 80:15,
82:5, 93:12, 95:18,
95:19, 95:21, 97:7,
99:6, 99:17, 121:11,
129:19
**scheduling** [11] -
25:4, 75:21, 78:25,
82:2, 82:9, 83:19,
93:12, 119:11,
119:12, 121:13,
129:11
**SCHELL** [1] - 4:19
**scope** [7] - 12:9,
13:16, 14:8, 14:13,
14:19, 68:9, 128:14
**SCOPE** [1] - 9:25
**scrambling** [1] - 29:23
**screen** [1] - 124:9
**scrounge** [1] - 112:18
**Sea** [9] - 62:4, 62:6,
67:18, 69:11, 70:13,
71:11, 102:19,
102:21, 131:15
**SEA** [1] - 10:1
**SEA**..........................
............... [2] - 7:12,
7:24
**seal** [3] - 73:19, 73:21,
73:23
**seals** [3] - 38:12,
38:16, 39:3
**search** [3] - 17:6,
17:16, 126:1
**season** [1] - 130:11
**second** [9] - 15:7,
27:1, 27:2, 27:21,
44:6, 54:6, 76:3,
80:5, 129:2
**secondly** [1] - 45:24
**SECREST** [1] - 4:6
**secret** [1] - 115:1
**Section** [1] - 37:17
**SECURE** [1] - 7:20
**secure** [1] - 65:2
**security** [2] - 29:18,

29:22
**see** [38] - 19:10, 22:22,
22:23, 28:4, 30:13,
30:14, 39:11, 45:7,
46:12, 48:1, 53:18,
57:7, 62:16, 62:20,
65:1, 68:18, 68:24,
69:1, 72:20, 72:21,
75:5, 75:25, 76:24,
77:1, 78:15, 84:22,
85:3, 90:13, 90:19,
91:10, 94:1, 98:22,
110:16, 112:3,
116:2, 112:15,
131:23, 133:19
**seeing** [1] - 60:15
**seek** [1] - 75:6
**seem** [4] - 26:25,
42:18, 103:5, 103:16
**seersucker** [1] - 67:3
**segment** [1] - 97:11
**segments** [1] - 71:24
**segregated** [2] -
67:20, 73:25
**seismic** [1] - 62:15
**select** [1] - 77:3
**send** [11] - 15:13,
26:10, 93:19, 95:15,
96:3, 96:4, 99:21,
101:22, 120:9,
126:5, 126:6
**sender** [1] - 17:9
**sending** [3] - 35:19,
99:20, 132:25
**sends** [2] - 35:20,
35:25
**sense** [3] - 14:15,
23:4, 49:20
**sensible** [1] - 34:21
**sensitive** [1] - 41:12
**sent** [5] - 15:8, 31:11,
40:22, 50:21, 88:6
**separate** [2] - 110:9,
122:7
**September** [2] -
119:10, 121:15
**SEPTEMBER** [1] -
9:12
**serial** [8] - 38:2, 38:12,
38:22, 38:23, 40:2,
40:11, 40:12
**serious** [2] - 18:21,
66:21
**served** [9] - 12:7, 13:1,
13:11, 13:12, 16:10,
92:5, 130:17, 131:2
**service** [3] - 13:14,
29:14, 98:5
**SERVICES** [1] - 4:10
**serving** [1] - 130:15

**set** [8] - 34:23, 35:1,
91:2, 100:3, 100:24,
102:23, 125:2,
127:11
**SET**...... [1] - 9:22
**setting** [1] - 100:16
**settled** [6] - 24:4,
104:14, 104:15,
104:16, 123:2
**settlement** [10] - 55:3,
63:13, 64:11, 102:6,
102:22, 104:10,
104:12, 114:11,
122:18, 122:22
**settling** [1] - 110:11
**seven** [8] - 29:12,
29:14, 30:18, 45:25,
46:4, 93:5, 108:21,
125:13
**several** [2] - 29:5,
51:24
**shakes** [1] - 110:16
**share** [3] - 21:10,
104:6, 132:17
**Shea** [1] - 61:16
**shear** [3] - 32:15,
33:4, 33:17
**SHELL** [1] - 3:15
**Sherrie** [2] - 96:10,
96:11
**SHERRIE** [1] - 8:21
**ship** [5] - 25:3, 25:5,
26:13, 26:23, 27:12
**shipment** [2] - 24:9,
28:3
**shipped** [2] - 27:5,
27:7
**shockingly** [1] - 102:1
**shorter** [1] - 21:2
**show** [3] - 45:14,
67:22, 72:9
**showing** [1] - 67:24
**shuffle** [1] - 37:11
**SHUSHAN** [1] - 1:12
**shut** [3] - 62:24,
71:15, 88:16
**side** [4] - 47:6, 76:15,
91:9, 97:20
**sides** [1] - 97:12
**sign** [1] - 84:18
**signatures** [1] - 31:5
**signed** [2] - 16:12,
30:25
**signing** [1] - 55:3
**silence** [2] - 32:17,
105:20
**similar** [1] - 76:21,
95:9
**similarities** [1] - 62:20
**simply** [3] - 50:21,

97:23, 115:6
**SIMPSON** [6] - 5:25,
56:7, 56:13, 56:17,
56:23, 56:25
**Simpson** [2] - 56:7,
56:14
**simultaneously** [1] -
25:7
**sink** [1] - 122:25
**sit** [3] - 36:3, 97:23,
99:9
**site** [6] - 12:15, 14:4,
25:6, 29:7, 29:15,
102:11
**situation** [8] - 21:14,
29:8, 47:1, 49:19,
69:2, 78:1, 104:4,
123:1
**six** [9] - 38:8, 42:23,
76:12, 92:3, 93:5,
93:6, 94:2, 100:9,
107:2
**six-day** [1] - 42:23
**skin** [1] - 58:14
**skins** [1] - 58:17
**skip** [1] - 101:5
**Skripnikova** [1] - 94:7
**slight** [1] - 35:14
**slightly** [1] - 28:24
**slot** [1] - 89:3
**slowly** [1] - 56:15
**SMYCZEK** [1] - 2:19
**Sneddon** [3] - 84:14,
84:15, 84:23
**SNEDDON**................
...................... [1] -
8:12
**solve** [1] - 103:17
**someone** [5] - 16:7,
87:15, 88:14, 88:19,
95:5
**sometime** [2] - 83:7,
113:5
**sometimes** [2] -
22:22, 50:21
**son** [1] - 45:11
**soon** [11] - 15:2,
15:12, 15:24, 26:22,
31:13, 81:12, 90:9,
90:16, 113:3, 113:5,
129:17
**soonest** [1] - 39:24
**sorry** [19] - 22:6,
25:22, 29:8, 30:13,
35:12, 35:16, 39:18,
57:11, 61:25, 62:14,
66:14, 73:19, 74:13,
92:11, 92:12,
107:16, 112:22,
121:20

**sort** [11] - 33:24, 39:14, 43:7, 43:14, 49:23, 72:6, 100:8, 114:2, 123:25, 125:18
**sorted** [3] - 24:4, 29:23, 29:25
**sorts** [1] - 96:21
**sought** [1] - 98:17
**sound** [1] - 16:1
**sounds** [9] - 15:18, 29:16, 34:21, 55:18, 67:6, 74:18, 88:11, 101:11
**SOURCE** [1] - 9:11
**Source** [4] - 80:17, 81:9, 98:6, 119:4
**sources** [1] - 102:12
**SPEAKER** [1] - 80:5
**speaking** [2] - 97:12, 131:13
**special** [3] - 34:15, 41:2, 102:15
**specific** [4] - 19:19, 35:5, 46:23, 62:15
**specifically** [4] - 20:3, 45:21, 109:17, 125:21
**specification** [1] - 40:25
**specifications** [6] - 37:16, 38:1, 38:5, 38:25, 40:2, 40:25
**specificity** [1] - 46:16
**specifics** [2] - 46:11, 131:15
**specified** [1] - 28:25
**sped** [1] - 131:16
**speed** [1] - 58:8
**spell** [1] - 94:8
**spelled** [1] - 80:1
**spend** [2] - 42:17, 72:11
**spent** [2] - 29:18, 40:1
**spill** [1] - 71:13
**SPILL** [1] - 1:4
**split** [2] - 106:8, 108:20
**split-up** [1] - 106:8
**spreadsheets** [1] - 13:22
**squandered** [1] - 110:19
**SQUARE** [1] - 3:15
**ST** [3] - 5:4, 5:5, 5:19
**stack** [2] - 34:24, 37:9
**stacked** [1] - 42:11
**staff** [1] - 115:23
**stage** [1] - 19:18
**stake** [1] - 108:25

**Stand** [2] - 23:8, 24:7
**stand** [23] - 24:9, 24:20, 25:1, 25:5, 25:9, 26:1, 26:6, 26:17, 26:18, 27:10, 27:17, 28:6, 28:15, 28:17, 28:18, 28:20, 30:14, 30:24, 31:9, 31:10, 31:16, 32:1, 63:7
**STAND...................... ..** [1] - 7:7
**standard** [2] - 66:7, 88:10
**STANDARD** [1] - 7:23
**standing** [2] - 91:20, 96:21
**standpoint** [2] - 52:9, 132:6
**start** [22] - 23:10, 24:24, 25:22, 70:25, 76:16, 79:9, 81:22, 90:15, 98:7, 98:10, 105:4, 119:5, 119:6, 119:8, 119:9, 119:11, 119:15, 121:12, 121:17, 124:19, 127:17, 128:10
**started** [2] - 69:13, 130:4
**STARTING** [1] - 9:21
**starting** [4] - 82:4, 101:25, 124:18, 127:12
**starts** [1] - 31:7
**state** [1] - 56:21
**State** [1] - 134:4
**STATE** [1] - 2:18
**statement** [3] - 18:5, 53:13, 103:6
**statements** [1] - 41:4
**States** [7] - 79:13, 116:22, 116:25, 117:15, 117:17, 134:5, 134:14
**STATES** [2] - 1:1, 1:12
**states** [2] - 111:22, 112:1
**status** [3] - 13:9, 27:16, 124:23
**STATUS** [1] - 1:11
**stay** [4] - 12:3, 12:6, 30:8, 42:23
**STEERING** [1] - 1:23
**STENOGRAPHY** [1] - 6:6
**step** [3] - 22:23, 55:24, 76:25
**STEPHEN** [1] - 1:20

**Sterbcow** [4] - 58:22, 73:6, 78:20, 112:12
**STERBCOW** [29] - 1:23, 1:24, 59:25, 60:10, 60:18, 60:23, 65:4, 65:9, 65:13, 65:16, 65:18, 66:2, 73:3, 77:14, 77:18, 77:21, 81:7, 83:3, 83:10, 83:14, 100:16, 100:19, 112:14, 117:21, 117:24, 118:1, 118:13, 118:15, 118:21
**Steve** [8] - 51:21, 58:20, 60:5, 67:14, 68:13, 72:19, 73:24, 132:22
**Stick** [3] - 66:16, 66:19, 67:4
**still** [23] - 12:12, 18:1, 27:22, 28:14, 28:15, 36:9, 40:25, 42:23, 68:22, 78:3, 79:24, 80:7, 80:8, 84:14, 89:12, 95:12, 112:7, 118:24, 122:2, 122:17, 123:2, 124:24
**stipulate** [2] - 58:14, 58:16
**stipulated** [2] - 60:13, 119:25
**STIPULATION** [1] - 9:14
**stipulation** [3] - 59:4, 60:20, 122:16
**STONE** [1] - 4:3
**stopped** [1] - 25:24
**storing** [1] - 64:2
**STRADLEY** [1] - 5:21
**STRANDED** [1] - 7:18
**stranded** [1] - 64:5
**stray** [1] - 19:1
**streamline** [1] - 120:20
**Street** [1] - 102:12
**STREET** [16] - 1:18, 1:25, 2:4, 2:11, 3:7, 3:16, 3:24, 4:4, 4:8, 4:12, 4:21, 4:24, 5:12, 5:15, 5:22, 6:4
**strike** [1] - 73:14
**striking** [1] - 52:25
**struggle** [1] - 41:3
**stuck** [1] - 110:2
**stuff** [7] - 41:25, 49:10, 67:21, 76:9, 76:10, 79:2, 125:4

**stunning** [1] - 105:20
**subject** [8] - 22:19, 49:15, 65:11, 66:5, 71:22, 89:15, 119:23, 127:5
**submission** [2] - 72:15, 84:9, 130:22
**submissions** [1] - 84:1
**submit** [4] - 63:16, 69:3, 128:16, 129:14
**submitted** [5] - 68:16, 97:11, 121:25, 123:16, 123:23
**subpoena** [9] - 12:7, 12:13, 12:24, 13:8, 13:11, 13:17, 15:6, 16:10, 16:12
**Subpoena** [1] - 91:10
**subsequent** [1] - 17:24
**subsequently** [2] - 17:5, 17:11
**substantial** [1] - 121:4
**substantially** [1] - 46:4
**substantive** [1] - 16:22
**success** [1] - 36:22
**sued** [4] - 46:18, 108:23, 130:19
**sufficient** [1] - 124:20
**suggest** [10] - 55:1, 58:11, 66:15, 67:8, 90:21, 93:16, 102:22, 103:18, 114:10, 130:13
**suggested** [2] - 48:7, 58:19
**suggesting** [1] - 105:8
**suggestion** [3] - 36:15, 49:14, 119:24
**suggestions** [2] - 96:17, 127:1
**SUITE** [10] - 1:25, 2:7, 2:11, 3:16, 4:8, 4:12, 4:15, 4:21, 5:12, 5:15
**suits** [1] - 67:3
**sum** [1] - 108:18
**summaries** [1] - 18:25
**summary** [1] - 127:24
**summer** [1] - 105:12
**summertime** [1] - 105:11
**super** [1] - 16:14
**supplementary** [1] - 51:8
**supplied** [1] - 36:23
**supply** [1] - 25:2

**supplying** [1] - 38:3
**support** [2] - 108:8, 109:6
**supposed** [3] - 23:11, 65:1, 66:6
**surgery** [1] - 45:11
**surprised** [1] - 126:4
**Susie** [1] - 119:9
**suspect** [4] - 15:15, 40:24, 95:16, 106:13
**Swaco** [1] - 109:25
**SWANSON** [1] - 5:18
**sweat** [1] - 130:7
**sweet** [1] - 99:7
**Swizzle** [3] - 66:16, 66:19, 67:4
**Sylvia** [2] - 56:7, 56:14
**SYLVIA** [1] - 5:25
**sympathetic** [5] - 30:23, 43:19, 70:20, 98:2

## T

**table** [2] - 122:21, 123:5
**Tabler** [2] - 117:19, 118:18
**TABLER...................
................... [2] -
9:9, 9:10
**tackle** [1] - 22:16
**tackling** [1] - 70:25
**tail** [1] - 42:13
**takers** [1] - 117:18
**tangential** [1] - 68:5
**targeting** [1] - 93:13
**task** [1] - 92:2
**team** [3] - 80:10, 121:22, 132:10
**tear** [2] - 41:15, 41:19
**tears** [1] - 130:7
**tech** [1] - 31:3
**technical** [6] - 18:25, 21:22, 23:13, 35:21, 49:10, 59:19
**technically** [1] - 29:6
**technician** [6] - 25:13, 29:11, 30:2, 30:6, 30:25, 31:14
**technicians** [2] - 20:4, 33:22
**TECHNOLOGY** [1] - 5:17
**Technology** [1] - 13:7
**Tecum** [1] - 91:10
**Ted** [1] - 56:4
**Teflon** [1] - 38:16
**telephone** [3] - 17:20,

37:3, 49:6
**ten** [1] - 117:17
**Ten** [1] - 11:18
**tendering** [1] - 85:9
**tentative** [3] - 65:11,
85:21, 92:13
**tentatively** [2] - 78:11,
89:15
**term** [1] - 119:24
**terminology** [1] - 56:1
**terms** [15] - 13:16,
17:6, 17:19, 42:16,
42:25, 65:13, 71:20,
72:7, 88:19, 103:2,
104:10, 104:11,
108:8, 114:25, 132:5
**terrible** [2] - 121:7,
121:11
**terrific** [1] - 23:15
**test** [33] - 19:15, 24:6,
24:9, 24:20, 24:23,
25:1, 25:5, 25:6,
25:9, 25:14, 25:25,
26:6, 26:17, 26:18,
27:10, 27:17, 28:15,
28:17, 28:18, 29:7,
30:14, 30:24, 31:9,
31:16, 32:1, 32:11,
35:8, 87:13, 87:24,
100:4, 101:21
**TEST** [2] - 7:7, 8:25
**Test** [2] - 23:8, 24:7
**testified** [1] - 99:4
**testimony** [3] - 22:1,
59:21, 127:25
**testing** [6] - 14:15,
14:18, 18:10, 26:22,
34:18, 47:10
**TESTING**......... [1] -
7:6
**tests** [3] - 24:22,
25:10, 25:15
**Texas** [1] - 70:3
**TEXAS** [1] - 5:9
**THAT** [2] - 7:18, 9:19
**THE** [368] - 1:4, 1:5,
1:12, 1:16, 2:13,
7:14, 7:17, 7:18,
7:23, 8:11, 8:25,
9:13, 9:25, 11:7,
11:8, 11:12, 11:17,
12:5, 13:3, 15:11,
16:1, 16:11, 16:13,
16:15, 17:18, 18:4,
18:9, 18:13, 18:16,
18:18, 18:20, 19:21,
20:12, 20:20, 21:7,
21:10, 21:23, 22:6,
22:12, 22:16, 23:2,
28:13, 29:20, 32:6,

32:9, 37:21, 42:5,
42:9, 43:6, 43:24,
44:2, 44:5, 44:13,
44:18, 45:3, 45:12,
46:24, 47:23, 48:4,
48:12, 48:16, 48:19,
49:5, 49:12, 49:25,
50:8, 50:16, 50:19,
50:25, 51:2, 51:5,
51:7, 51:12, 51:16,
53:1, 53:4, 53:6,
53:17, 53:22, 53:24,
54:5, 54:10, 54:24,
55:14, 55:17, 55:22,
55:24, 56:9, 56:15,
56:20, 56:24, 57:1,
57:4, 57:11, 57:13,
58:5, 58:7, 58:10,
58:12, 58:18, 59:14,
59:17, 59:21, 60:7,
60:11, 60:19, 61:6,
61:9, 61:10, 61:12,
61:14, 61:16, 61:19,
61:22, 62:3, 62:10,
62:13, 62:25, 63:3,
63:6, 64:10, 64:18,
64:21, 64:24, 65:8,
65:10, 65:14, 65:25,
66:4, 66:11, 66:15,
66:20, 66:23, 67:1,
67:8, 67:11, 67:13,
67:18, 68:1, 69:7,
69:9, 70:20, 72:18,
73:5, 73:8, 73:10,
73:14, 73:17, 73:23,
74:7, 74:12, 74:20,
75:1, 75:10, 75:16,
75:23, 76:4, 76:6,
76:10, 76:13, 76:15,
76:22, 76:24, 77:6,
77:8, 77:13, 77:15,
77:20, 77:22, 78:10,
78:17, 78:23, 79:1,
79:3, 79:5, 79:7,
79:11, 79:20, 80:1,
80:8, 80:21, 80:23,
81:4, 81:6, 81:13,
81:17, 81:22, 81:25,
82:10, 82:13, 82:19,
82:25, 83:5, 83:11,
84:3, 84:6, 84:8,
84:11, 84:14, 84:18,
84:20, 84:23, 85:1,
85:3, 85:7, 85:13,
85:18, 85:23, 86:2,
86:7, 86:16, 86:18,
87:3, 87:6, 87:21,
88:1, 88:23, 88:25,
89:2, 89:14, 89:18,
89:20, 90:2, 90:5,
90:7, 90:13, 90:25,

91:2, 91:6, 91:12,
91:18, 91:22, 91:24,
92:7, 92:10, 92:11,
92:15, 92:19, 92:21,
93:7, 93:10, 94:8,
94:10, 94:15, 94:23,
95:8, 95:19, 95:21,
96:3, 96:11, 96:14,
97:4, 97:8, 98:2,
98:9, 98:15, 98:24,
99:2, 99:7, 100:7,
100:11, 100:12,
100:13, 100:18,
100:25, 101:5,
101:7, 101:12,
101:16, 102:4,
102:8, 102:10,
102:14, 102:18,
103:21, 103:24,
104:1, 104:2,
104:25, 105:2,
105:4, 105:10,
105:16, 105:21,
106:19, 107:8,
107:10, 107:12,
107:14, 107:16,
109:7, 109:9, 110:7,
110:22, 111:2,
111:12, 111:15,
111:17, 111:23,
112:1, 112:6,
112:12, 112:15,
112:21, 112:24,
113:11, 113:13,
113:17, 113:20,
113:24, 114:5,
114:17, 114:20,
114:22, 115:3,
115:12, 115:18,
115:23, 116:6,
116:14, 116:19,
117:6, 117:9,
117:11, 117:25,
118:2, 118:7,
118:10, 118:14,
118:16, 118:22,
119:21, 120:3,
120:9, 120:14,
120:22, 121:10,
121:15, 121:21,
122:2, 122:10,
122:14, 122:22,
123:3, 123:7,
124:25, 125:25,
126:20, 127:4,
127:14, 127:19,
128:9, 129:16,
129:21, 129:24,
130:21, 131:5,
131:7, 131:10,
131:17, 131:22,

132:1, 132:15,
132:19, 133:7,
133:13, 133:18
**THEIR** [2] - 7:15, 7:20
**theme** [1] - 69:15
**themselves** [5] -
39:20, 39:23, 40:5,
40:19, 52:8
**theory** [1] - 129:11
**they've** [1] - 26:7,
39:10, 52:13, 52:14,
64:1, 64:16, 107:22,
108:11, 108:13,
108:23, 108:25
**Thierens** [3] - 116:24,
117:5, 117:6
**THIERENS**.................
..........................[1] -
9:6
**thin** [1] - 126:20
**thinking** [2] - 119:7,
127:6
**thinks** [1] - 123:13
**third** [1] - 129:4
**third-partied** [1] -
129:4
**THIS** [1] - 1:9
**thorough** [1] - 70:4
**thoughts** [3] - 77:4,
77:6, 87:19
**thousand** [1] - 72:6
**three** [16] - 27:6,
27:20, 32:23, 38:7,
42:7, 57:8, 57:16,
57:17, 59:11, 63:9,
65:7, 93:6, 93:18,
97:1, 124:17, 133:16
**THREE** [1] - 1:4
**throw** [1] - 113:7
**Thursday** [3] - 30:10,
83:21, 124:16
**THURSDAY** [3] - 8:10,
9:20, 10:4
**Thursday's** [1] - 84:4
**Tim** [5] - 62:8, 68:3,
71:6, 131:13, 131:23
**TIME** [1] - 8:25
**TIME**................. [1] -
9:1
**timeline** [1] - 120:1
**TIMOTHY** [1] - 3:20
**Tips** [1] - 11:18
**TO** [12] - 1:9, 7:6, 7:8,
7:13, 7:15, 7:17,
7:20, 8:10, 8:18,
9:14, 11:4
**today** [29] - 12:17,
14:6, 16:3, 16:5,
16:6, 18:23, 20:16,
21:20, 22:7, 47:2,

47:15, 47:21, 49:16,
66:10, 74:13, 76:24,
81:18, 89:16, 90:17,
93:8, 93:12, 94:21,
99:23, 100:25,
110:3, 112:18,
114:6, 115:9, 129:19
**today's** [1] - 93:3
**together** [6] - 12:14,
13:1, 27:12, 48:1,
48:5, 126:21
**Tony** [6] - 69:10, 91:8,
108:11, 110:4,
115:4, 122:19
**took** [9] - 31:3, 42:3,
51:25, 59:8, 80:22,
119:14, 121:19,
121:21, 125:13
**tools** [2] - 34:14,
34:18
**top** [7] - 34:9, 36:9,
36:19, 41:9, 41:22,
95:22, 95:24
**topic** [2] - 76:13,
124:2
**topics** [8] - 57:5, 57:9,
57:20, 76:8, 81:2,
129:8, 129:12
**TORTS** [1] - 2:14
**totally** [2] - 25:25,
127:14
**tough** [1] - 57:20
**toward** [2] - 111:4,
128:10
**trace** [2] - 27:15, 38:8
**traces** [3] - 27:15,
32:18, 38:4
**track** [4] - 54:16,
54:21, 78:8, 123:5
**tracked** [1] - 126:5
**tracking** [2] - 94:2,
107:21
**tracks** [1] - 42:16
**trade** [1] - 111:25
**traffic** [1] - 74:4
**Trahan** [1] - 98:18
**TRAHAN**...................
..........................[1]
- 8:23
**TRANSCRIPT** [2] -
1:11, 6:6
**transcript** [13] - 21:8,
45:7, 58:13, 58:15,
58:17, 58:25, 59:7,
59:21, 60:1, 60:13,
60:21, 123:17, 134:7
**TRANSCRIPT**............
............[1] - 7:11
**transcripts** [1] - 127:9
**TRANSCRIPTS**.........

...................... [1] - 9:24

**transmissions** [1] - 74:5

**Transocean** [32] - 25:1, 25:7, 26:9, 26:10, 26:11, 27:7, 31:12, 36:11, 36:14, 38:19, 51:20, 51:24, 54:7, 83:24, 96:12, 103:1, 103:9, 103:12, 103:19, 104:15, 108:1, 108:21, 109:2, 109:5, 113:23, 116:10, 116:20, 117:17, 125:13, 126:3

**TRANSOCEAN** [3] - 3:3, 3:3, 3:5

**Transocean's** [2] - 116:16, 132:5

**transport** [1] - 26:17

**transportation** [1] - 24:16

**travel** [3] - 82:4, 82:9, 87:3

**Traveling** [1] - 11:19

**treading** [1] - 106:13

**treat** [1] - 26:25

**tree** [2] - 68:20, 68:21

**tremendous** [1] - 33:10

**trepidation** [1] - 80:12

**trial** [10] - 78:2, 78:13, 121:3, 123:10, 123:14, 123:15, 123:19, 124:14, 127:5, 127:24

**TRIAL.........** [1] - 9:13

**TRIAL.....................
..............** [1] - 9:17

**trials** [1] - 78:12

**tricks** [1] - 37:3

**tried** [5] - 12:22, 41:9, 52:5, 54:15, 99:18

**triggered** [1] - 114:8

**trip** [1] - 80:14

**triple** [1] - 107:21

**trouble** [2] - 56:10, 56:12

**TROY** [1] - 8:17

**Troy** [2] - 92:19, 92:22

**true** [3] - 35:4, 54:21, 134:7

**truth** [1] - 59:4

**try** [14] - 13:1, 21:7, 33:11, 37:11, 39:6, 45:6, 46:5, 57:19, 97:24, 99:11, 112:2,

116:16, 120:10

**trying** [18] - 37:3, 41:7, 42:14, 49:3, 54:21, 57:14, 60:5, 68:1, 70:12, 82:19, 85:10, 111:18, 120:8, 120:18, 122:11, 128:4, 132:18

**Tuesday** [4] - 12:21, 30:5, 30:25, 131:4

**Tully** [1] - 11:11

**TULLY** [3] - 5:14, 11:11, 11:13

**turn** [4] - 85:24, 89:25, 94:17, 122:3

**Turner** [1] - 54:19

**turns** [1] - 31:13

**twenty** [1] - 32:25

**twenty-one** [1] - 32:25

**two** [47] - 14:10, 14:11, 15:11, 15:14, 17:20, 29:19, 31:10, 34:20, 36:21, 51:23, 55:4, 57:8, 62:4, 62:14, 63:9, 65:15, 69:12, 70:14, 71:6, 73:24, 77:21, 79:8, 81:14, 89:10, 91:16, 93:18, 95:7, 95:8, 95:14, 97:11, 98:17, 99:3, 104:4, 104:5, 104:19, 119:11, 119:13, 119:17, 120:16, 121:1, 121:4, 121:8, 121:13, 124:1, 128:21, 131:15

**two-and-a-half-hour** [1] - 17:20

**TX** [5] - 4:8, 4:12, 4:15, 5:12, 5:23

**tying** [2] - 97:15, 97:17

**type** [1] - 79:14

**typical** [3] - 26:11, 26:24, 41:3

# U

**U.S** [2] - 2:13, 5:3

**UK** [3] - 78:7, 78:8, 81:9

**ultimately** [5] - 13:15, 16:23, 18:1, 70:19, 122:1

**unanticipated** [1] - 114:19

**unaware** [2] - 12:13, 102:10

**unbeknownst** [1] -

35:19

**uncertain** [1] - 12:19

**uncontested** [1] - 111:3

**under** [11] - 47:19, 55:10, 73:19, 73:21, 73:23, 106:2, 106:17, 106:22, 115:2, 125:18, 126:10

**underbalancing** [1] - 87:24

**underestimates** [2] - 57:10, 57:12

**Underhill** [9] - 62:25, 77:18, 79:4, 79:15, 79:25, 97:9, 98:5, 98:11, 119:22

**UNDERHILL** [18] - 2:14, 63:4, 64:19, 64:22, 77:19, 80:4, 85:15, 97:9, 118:5, 119:19, 119:22, 120:4, 120:10, 120:18, 127:2, 127:5, 127:15, 131:19

**understandably** [1] - 46:1

**understood** [10] - 21:6, 22:3, 24:1, 24:2, 25:25, 48:18, 73:9, 74:23, 106:4, 115:22

**underway** [2] - 47:18, 121:6

**undue** [1] - 69:5

**UNIDENTIFIED** [1] - 80:5

**Unified** [1] - 120:5

**unit** [5] - 25:14, 28:18, 71:18, 71:20, 71:21

**UNITED** [2] - 1:1, 1:12

**United** [8] - 78:21, 79:13, 116:22, 116:25, 117:15, 117:17, 134:5, 134:24

**universe** [2] - 14:6, 15:18

**unless** [5] - 45:23, 60:19, 67:23, 84:25, 118:5

**unwilling** [1] - 86:10

**Up** [3] - 55:25, 56:8, 56:14

**up** [89] - 11:21, 11:22, 14:2, 14:6, 16:18, 18:2, 18:5, 18:9, 19:22, 28:22, 32:1,

33:1, 40:23, 47:21, 48:3, 50:12, 52:14, 53:6, 55:22, 55:25, 56:6, 56:9, 56:11, 57:1, 58:18, 59:24, 61:18, 62:18, 62:20, 62:24, 63:7, 63:19, 64:10, 65:1, 68:12, 68:20, 68:21, 69:9, 72:9, 74:14, 75:16, 75:18, 75:24, 76:20, 77:9, 78:5, 80:8, 86:2, 87:20, 88:9, 92:23, 95:17, 95:25, 97:10, 97:17, 100:16, 100:24, 102:4, 106:1, 106:8, 106:24, 107:14, 109:4, 109:18, 110:25, 112:18, 112:21, 113:15, 114:9, 116:6, 118:1, 118:18, 119:25, 120:2, 120:8, 120:12, 120:18, 121:3, 122:15, 123:24, 124:2, 125:15, 126:12, 126:15, 127:16, 128:24, 129:16, 133:19

**UP** [2] - 7:9, 7:19

**updated** [1] - 133:4

**ups** [1] - 99:25

**urge** [3] - 109:3, 113:4, 130:16

**US** [8] - 63:11, 79:2, 97:9, 97:15, 116:24, 117:19, 118:19, 119:22

**USA** [1] - 4:18

# V

**valid** [3] - 40:12, 40:13, 40:17

**value** [2] - 88:14, 102:21

**varies** [1] - 127:19

**various** [5] - 13:22, 35:1, 63:23, 102:24, 104:12

**VARIOUS** [1] - 7:14

**vast** [3] - 22:20, 109:20, 121:22

**vendor** [2] - 28:2, 28:3

**verbal** [1] - 114:17

**VERITAS** [1] - 5:10

**versus** [6] - 18:23, 54:13, 54:19, 55:1,

68:11, 130:9

**via** [2] - 12:15, 25:7

**video** [1] - 78:18

**view** [5] - 25:3, 25:4, 36:25, 43:17, 107:7

**vigorously** [1] - 130:1

**Vincent** [2] - 117:19, 118:18

**VINCENT** [2] - 9:9, 9:10

**violated** [1] - 66:25

**visit** [1] - 90:3

**visited** [1] - 108:13

**vital** [1] - 28:6

**voicemail** [1] - 26:7

**VOICES** [1] - 133:22

**volume** [1] - 13:23

**voluminous** [1] - 13:23

**volunteer** [3] - 111:7, 112:15, 117:2

**volunteers** [1] - 105:5

# W

**wait** [4] - 20:12, 45:4, 46:22, 50:9

**waiting** [4] - 42:13, 45:9, 52:11, 63:14

**walk** [1] - 115:15

**WALKER** [1] - 5:3

**Walker** [1] - 12:9

**walking** [1] - 126:20

**Wall** [1] - 102:12

**WALMSLEY** [1] - 5:18

**WALTHER** [1] - 4:3

**wants** [19] - 11:19, 18:22, 20:18, 45:14, 46:3, 50:16, 51:16, 57:21, 66:23, 73:1, 86:12, 88:1, 97:21, 105:10, 110:23, 111:7, 115:23, 122:8, 130:2

**WARE** [1] - 5:7

**warning** [2] - 28:20, 30:18

**WARREN** [1] - 4:24

**WASHINGTON** [2] - 3:24, 4:25

**waste** [4] - 68:6, 68:7, 68:21, 68:25

**wasted** [1] - 33:21

**wasting** [1] - 68:23

**water** [3] - 68:5, 69:15, 69:16

**wave** [1] - 132:12

**ways** [3] - 93:21, 97:21, 128:21

**WE'RE** [1] - 7:17
**wear** [2] - 38:12, 38:16
**wearing** [1] - 67:3
**Weatherbee** [1] - 59:10
**WEATHERBEE/ BROCK** [1] - 7:11
**Weatherbee/Brock** [1] - 58:13
**Weatherford** [5] - 116:7, 116:12, 117:3, 117:7, 117:9
**WEATHERFORD** [1] - 5:3
**web** [1] - 102:11
**Wednesday** [3] - 14:1, 28:21, 31:7
**week** [30] - 25:15, 30:10, 34:2, 39:22, 57:2, 61:15, 61:22, 64:12, 66:3, 66:10, 67:1, 67:6, 67:7, 80:15, 80:19, 80:21, 82:13, 82:14, 83:4, 86:17, 91:7, 95:2, 95:5, 102:1, 110:12, 122:21, 123:6, 124:1, 124:25, 128:16
**week's** [4] - 102:23, 105:15, 105:23, 110:16
**WEEK**............ [1] - 7:10
**weekend** [7] - 15:25, 20:17, 47:3, 47:5, 48:5, 122:24, 133:21
**weeks** [8] - 19:2, 29:5, 32:23, 38:7, 117:25, 121:4, 121:8
**weigh** [1] - 68:9
**WEINER** [1] - 4:20
**welcome** [2] - 113:25, 127:1
**wells** [2] - 72:2, 88:15
**wherein** [1] - 105:25
**WHEREUPON** [2] - 116:4, 133:23
**whittling** [1] - 98:12
**whole** [4] - 12:4, 24:3, 28:7, 100:23
**wide** [3] - 69:25
**Wild** [1] - 13:13
**WILLIAM** [3] - 2:3, 5:4, 5:21
**WILLIAMS** [3] - 2:6, 2:7, 117:22
**willing** [3] - 46:22, 58:16, 84:1
**WILLIS** [1] - 5:18

**win** [1] - 66:9
**window** [1] - 113:7
**winner** [1] - 64:25
**wisely** [1] - 71:19
**wished** [1] - 61:7
**wished-for** [1] - 61:7
**wishes** [1] - 43:9
**WITH** [8] - 7:5, 7:10, 7:19, 8:10, 9:14, 9:20
**withheld** [2] - 12:21, 15:12
**witness** [14] - 21:24, 76:20, 80:17, 85:9, 87:15, 94:6, 106:4, 109:16, 126:8, 126:23, 127:19, 128:10, 129:16, 130:15
**Witness** [1] - 85:2
**witness'** [2] - 82:17, 95:3
**witnesses** [25] - 59:6, 70:25, 77:2, 79:2, 79:14, 82:3, 93:15, 93:24, 94:1, 96:25, 97:12, 97:14, 97:18, 98:17, 98:21, 103:2, 106:2, 106:14, 109:20, 119:5, 119:14, 119:17, 120:2, 120:7, 129:11
**WITTMANN** [1] - 4:3
**wonderful** [4] - 43:15, 54:5, 101:21
**wondering** [3] - 16:24, 58:13, 80:15
**wooden** [1] - 37:5
**word** [2] - 43:23, 114:8
**words** [7] - 27:1, 27:10, 36:3, 38:22, 61:1, 64:23, 64:24
**works** [2] - 50:24, 89:12
**World** [1] - 65:22
**world** [11] - 35:19, 35:20, 36:11, 40:18, 70:7, 70:19, 71:24, 72:3, 72:17, 88:18, 88:22
**worldwide** [1] - 70:22
**Worldwide** [2] - 100:14, 101:14
**worms** [1] - 130:2
**worse** [1] - 121:24
**worth** [1] - 104:19
**wrap** [1] - 133:19
**WRIGHT** [2] - 1:16, 2:3

**Wright** [7] - 85:25, 86:8, 88:14, 89:11, 90:8, 117:14
**wright** [2] - 86:25, 87:9
**Wright's** [2] - 86:11
**WRIGHT**....................
........................ [2] - 8:14, 9:7
**write** [4] - 78:6, 87:17, 94:11, 102:14
**writing** [1] - 24:8
**written** [1] - 22:14

## Y

**y'all** [1] - 110:25
**years** [1] - 86:4
**yellow** [2] - 48:2, 127:11
**yesterday** [12] - 12:11, 12:16, 13:25, 14:3, 14:5, 21:17, 21:18, 22:3, 44:21, 92:6, 94:11, 96:22
**YORK** [11] - 4:14, 16:16, 17:19, 79:17, 82:1, 92:2, 94:4, 94:9, 94:11, 111:22, 125:7
**York** [3] - 16:16, 82:1, 125:7
**yourself** [1] - 68:1