UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179 <br><br> SECTION: J |
| This Document Relates To: All Cases ……………………………………………... | : : | JUDGE BARBIER <br> MAGISTRATE JUDGE SHUSHAN |

**EX PARTE MOTION FOR LEAVE TO FILE BP DEFENDANTS' REPLY IN SUPPORT OF BP'S MOTION FOR A STAY OF PROCEEDINGS BETWEEN BP AND ANADARKO AND MOEX**

BP America Inc., BP America Production Company, BP Exploration & Production Inc., and BP p.l.c. respectfully submit this Motion for Leave to File a Reply in support of its Motion for a Stay of Proceedings Between BP and Anadarko and MOEX (Dkt. 2169, 2352, 2353). BP submits that this reply will be helpful to the Court in resolving this issue.

DATE: May 25, 2011

By: /s/ Martin R. Boles

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
312-862-2000 (Tel)
312-862-2200 (Fax)

and

-2-

        Martin R. Boles
        (martin.boles@kirkland.com)
        Kirkland & Ellis LLP
        333 South Hope Street, Suite 2900
        Los Angeles, CA 90071
        213-680-8400 (Tel)
        213-680-8500 (Fax)

        and

        Robert C. "Mike" Brock
        Covington & Burling LLP
        1201 Pennsylvania Avenue, NW
        Washington, DC 20004-2401
        202-662-5985

*Attorneys for BP America Inc., BP America Production Company, BP Exploration & Production Inc., and BP p.l.c.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 25th day of May, 2011.

　　　　/s/ Martin R. Boles