UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179 SECTION: J |
| This Document Relates To: All Cases …………………………………………….... | : : | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

## **ORDER**

Considering BP Defendants' motion for leave to file a reply memorandum,

IT IS ORDERED that the BP Defendants shall be granted leave to file their Reply in Support of BP's Motion for a Stay of the Proceedings Between BP and Anadarko and MOEX.

New Orleans, Louisiana, this _____ day of May, 2011.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE