UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179 SECTION: J |
| This Document Relates To: All Cases …………………………………………….. | : : | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

## DECLARATION OF MARTIN R. BOLES IN SUPPORT OF BP'S REPLY IN SUPPORT OF ITS MOTION FOR A STAY OF PROCEEDINGS BETWEEN BP AND ANADARKO AND MOEX

I, Martin R. Boles, declare as follows:

1. I am over twenty-one years of age and make this Declaration based on my own personal knowledge.

2. I am a partner of the law firm of Kirkland & Ellis LLP, and am one of the attorneys representing BP in the above-captioned action.

3. I am submitting this Declaration in support of BP's Reply in support of its Motion for a Stay of Proceedings between BP and Anadarko and MOEX.

4. Attached hereto as Exhibit F is a true and correct copy of the Ratification and Joinder of Operating Agreement -- Macondo Prospect, signed on behalf of BP Exploration & Production Inc., Anadarko E&P Company LP, Anadarko Petroleum Corporation, and MOEX Offshore 2007 LLC, and produced by Anadarko in the above-captioned case with bates numbers ANA-MDL-000030610 through ANA-MDL-000030612.

//

//

-2-

      I make this Declaration under penalty of perjury pursuant to 28 U.S.C. § 1746, and I state that the facts set forth herein are true.

Dated: May 25, 2011

                                                             *[signature]*