# EXHIBIT F

## RATIFICATION AND JOINDER OF OPERATING AGREEMENT
## MACONDO PROSPECT

WHEREAS, BP Exploration & Production Inc. ("BP"), as Operator, and MOEX Offshore 2007 LLC ("MOEX"), as Non-Operator, are parties to that certain Operating Agreement dated October 1, 2009 (the "Operating Agreement"), covering an offshore Gulf of Mexico block ("Block") and lease ("Lease") described on Exhibit "A", attached hereto and made a part hereof; and

WHEREAS, BP, Anadarko E&P Company LP ("AEP"), and Anadarko Petroleum Corporation ("APC") executed that certain Lease Exchange Agreement dated October 1, 2009, covering the Block and Lease (the "LEA Agreement"); and

WHEREAS, pursuant to such LEA Agreement, AEP and APC have been assigned, and BP, AEP, and APC have executed, certain Assignments of Record Title Interest (the "Assignments") dated effective October 1, 2009, ("Effective Time"), covering the Lease; and

WHEREAS, said LEA Agreement and Assignments stipulated that the record title interest so assigned to AEP and APC in the Lease would be subject to the Operating Agreement; and

WHEREAS, BP, AEP, and APC desire to eliminate any ambiguity as to the applicability of the Operating Agreement governing the Lease.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, AEP and APC do hereby ratify, confirm, and adopt and join the Operating Agreement effective as of the Effective Time, subject to the following working interest ownership percentages of the Lease by BP, MOEX, AEP, and APC:

| | |
|---|---|
| BP EXPLORATION & PRODUCTION INC. | 65.00% |
| MOEX OFFSHORE 2007 LLC | 10.00% |
| ANADARKO E&P COMPANY LP | 22.50% |
| ANADARKO PETROLEUM CORPORATION | 2.50% |

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

4/21/2010 - ORIG TO GILL DERRICK - LAND ADMIN

1 of 3

Ratification and Joinder of Operating Agreement
Macondo Prospect
BP / MOEX / AEP/ APC

**EXECUTION PAGE FOR THE RATIFICATION AND JOINDER OF OPERATING AGREEMENT DATED October 1, 2009, BY AND BETWEEN BP EXPLORATION & PRODUCTION INC., ANADARKO E&P COMPANY LP AND ANADARKO PETROLEUM CORPORATION**

Executed this 17th day of Dec, 2009, but effective as of the Effective Time.

**BP EXPLORATION & PRODUCTION INC.**

_____
Signature

Kemper Howe
Printed Name

Attorney-in-Fact
Title

**ANADARKO E&P COMPANY LP**

_____
Signature

Steve Wallace
Printed Name

Attorney-in-Fact
Title

**ANADARKO PETROLEUM CORPORATION**

_____
Signature

Steve Wallace
Printed Name

Agent and Attorney-in-Fact
Title

**MOEX Offshore 2007 LLC**

_____
Signature

Naoki Ishii
Printed Name

President
Title

2 of 3

Ratification and Joinder of Operating Agreement
Macondo Prospect
BP / MOEX / AEP/ APC

Exhibit "A"

Attached to and made a part of that certain Ratification and Joinder of Operating Agreement dated October 1, 2009, by and between BP Exploration & Production Inc., Anadarko E&P Company LP and Anadarko Petroleum Corporation

| OCS-G | Area/Block | Lease Date | Acres | Royalty |
|---|---|---|---|---|
| 32306 | Mississippi Canyon/252 | 6/1/2008 | 5760 | 18.75% |

3 of 3

Ratification and Joinder of Operating Agreement
Macondo Prospect
BP / MOEX / AEP/ APC