UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179 SECTION: J |
| This Document Relates To: All Cases …………………………………………………... | : : | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

## ORDER

CONSIDERING BP's Motion Under the Federal Arbitration Act for a Stay of Proceedings between BP and Anadarko;

IT IS ORDERED that the motion is GRANTED;

IT IS FURTHER ORDERED that all claims filed by Anadarko E&P Company LP and Anadarko Petroleum Corp. (collectively, "Anadarko") against BP America Production Company, BP Exploration & Production Inc., and/or BP p.l.c. are hereby stayed pending arbitration;

IT IS FURTHER ORDERED that all discovery by Anadarko against BP America Inc., BP America Production Company, BP Exploration & Production Inc., and/or BP p.l.c. (collectively, "BP") that does not relate to (a) Anadarko's defenses to the claims pending against it in the above-captioned case, or (b) Anadarko's claims against parties other than BP in the above-captioned case, is hereby stayed pending arbitration;

THUS DONE AND SIGNED, this ____ day of _____, 2011, at New Orleans, Louisiana.

_____
**HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE**