**MINUTE ENTRY**
**SHUSHAN, M.J.**
**MAY 26, 2011**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                    MDL NO. 2179
     "Deepwater Horizon" in the Gulf
     of Mexico, on April 20, 2010        SECTION J

Applies to: B4 Bundle                              JUDGE BARBIER
                                                   MAGISTRATE JUDGE SHUSHAN

**[Regarding Bundle B4 Claims Against Emergency Responder Defendants]**

APPEARANCES:    Lloyd Frischhertz, Ray Pelleteri, Bill Riviere, Robert McCleskey, Gary
                     Hemphill, Mike Lyle and Ted Tsekerides

There was a telephone conference on the Bundle B4 Claims.  There was discussion on: (a) whether the claims should be treated as part of Phase One for the February 27, 2012 trial; (b) how they would be included in Phase One; (c) discovery required by the Emergency Responder Defendants and the Bundle B4 claimants; and (d) the parties' participation in current discovery in the MDL.

IT IS ORDERED as follows:

1.    **Wednesday, June 8, 2011**, is the deadline for Emergency Responder Defendants to file a joint motion to dismiss the Bundle B4 claims.  The memorandum in support of the motion shall be limited to 50 pages.

2.    **Friday, July 15, 2011**, is the deadline for the Bundle B4 claimants to file a joint opposition to the joint motion to dismiss.  It shall be limited to 50 pages.

MJSTAR  00:20

3.     **Friday, July 29, 2011**, is the deadline for the Emergency Responder Defendants'

reply.  It shall be limited to 25 pages.  There shall be no sur-replies or any other

briefing on the joint motion to dismiss.

4.     On **Wednesday, August 24, 2011, at 9:30 a.m.**, there will be oral argument on the

joint motion to dismiss before District Judge Barbier.

5.     If the joint motion to dismiss is denied, there shall be a further telephone conference.

**SALLY SHUSHAN**
**United States Magistrate Judge**

cc: District Judge Carl Barbier