OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

Date: May 25, 2011

In re: oil spill by the oil rig deepwater Horizon in the gulf of Mexico
vs.

Case No. 10-MD-2179 Section J

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (\_\_\_\_ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) Mitsui Oil Exploration Co., Ltd.
   (address) Hibiya Central Bldg., 2-9 Nishi Shimbashi 1-chrome Minato-ku, Tokyo 105-0003 Japan

2. (name) _____
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for _____
Address 1100 Poydras Street Suite 3700
New Orleans, LA 70163

\_\_ Fee
\_\_ Process
X  Dktd
\_\_ CtRmDep
\_\_ Doc. No.