UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ART CATERING, INC.** | **CIVIL ACTION NO.: 11-cv-01136** |
| **VERSUS** | **SECTION: J** |
| **DAVID B. GORNEY, JIMMY M. PODARAS, MARSH USA, INC., AND XYZ INSURANCE COMPANY** | **MAGISTRATE: 1** |

**************************************

## MOTION TO REMAND

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Art Catering, Inc, and files this *Motion to Remand* pursuant to 28 U.S.C. § 1447, all as more fully set forth in the attached Memorandum in support of this motion.

WHEREFORE, Plaintiff, Art Catering, Inc, respectfully requests that this Honorable Court remand this matter to the 25th Judicial District Court for the Parish of Plaquemines, State of Louisiana and award plaintiff all costs and attorneys' fees associated with the defense of this improvident removal pursuant to 28 U.S.C. § 1447(c).

**BRUNO & BRUNO, L.L.P.**

BY: /s/ Stephen P. Bruno
Stephen P. Bruno, No. 1272
855 Baronne Street
New Orleans, LA 70113
504-525-1335