## A F F I D A V I T

STATE OF LOUISIANA

PARISH OF Orleans

BEFORE ME, the undersigned Notary, personally came and appeared:

### BRENDA HINGLE

who, after being duly sworn, did depose and state:

1.

Whose business address is 132 Jarrell Drive, Belle Chasse, Louisiana 70037.

2.

That she is President and CEO of ART Catering, Inc., (hereafter "ART").   That she did enter into a business relationship with David Gorney and Jimmy Podaras, both employees at Marsh USA, Inc., (hereafter "Marsh"), and appointed them to act as insurance agents and brokers for Art so that they could obtain insurance coverage sufficient to meet the insurance requirements demanded by its customers including Transocean, Ltd.

3.

That agents of Marsh and ART convened approximately 3 to 4 times at ART's business headquarters located at 132 Jarrell Drive, Belle Chasse, Louisiana 70037, to discuss the placement of insurance coverage.

4.

That David Gorney (hereafter "Gorney") was present at every meeting held between ART and Marsh regarding the placement of coverage and that during this time he was acting in his official capacity as an agent of Marsh.

5.

That Gorney personally worked with Jimmy M. Podaras when proposing insurance coverage options to ART.

6.

That she personally informed Gorney that ART sought the highest insurance coverage required by its customers, and that Gorney both received and

reviewed documentation regarding ART's contracts with its customers including Transocean in order to determine the highest limit for the underlying and excess coverage required.

7.

That Gorney personally quoted the premium for insurance coverage including coverage required by Transocean.

8.

That Gorney personally calculated any changes in premiums that ART would encounter as a result of switching insurance coverage from its former insurance broker to Marsh.

9.

That Gorney personally spent time with her to explain the administrative review requirements to place insurance policies procured through Marsh.

10.

That Gorney personally sent a runner from his New Orleans office to Art's business headquarters in Plaquemines Parish to deliver the insurance policy at issue.

11.

That due to Gorney's intimate involvement in the transaction, he either knew or should have known that ART's need for coverage was underinsured by one million dollars ($1,000,000).

That the foregoing is true and correct and based on her personal knowledge.

Brenda Hingle

Sworn to and subscribed before me

this 25th day of May, 2011

NOTARY PUBLIC

Stephen P. Bruno
Notary Public, ID# 18963
855 Barrone Street
New Orleans, LA 70113
Statewide Jurisdiction