## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

**ART CATERING, INC.**                    **CIVIL ACTION NO.: 11-cv-01136**

**VERSUS**                                **SECTION: J**

**DAVID B. GORNEY, JIMMY M.**             **MAGISTRATE: 1**
**PODARAS, MARSH USA, INC., AND**
**XYZ INSURANCE COMPANY**

*************************************

## ORDER

    **IT IS ORDERED** that Plaintiff Art Catering, Inc.'s Motion to Remand this matter to the 25th Judicial District for the Parish of Plaquemines, State of Louisiana  is hereby GRANTED.

    Additionally, Plaintiff Art Catering, Inc. is awarded all costs and attorneys' fees associated with the defense of this removal pursuant to 28 U.S.C. § 1447(c).

    New Orleans, Louisiana, this _____ day of May 26, 2011.

_____
DISTRICT JUDGE