UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ART CATERING, INC. | CIVIL ACTION NO.: 11-cv-01136 |
| VERSUS | SECTION: J |
| DAVID B. GORNEY, JIMMY M. PODARAS, MARSH USA, INC., AND XYZ INSURANCE COMPANY | MAGISTRATE: 1 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE**, that Plaintiff's attorney **STEPHEN P. BRUNO** will bring for submission the attached Motion on June 22, 2011 at 9:30 a.m. or as soon thereafter as may be heard before the Honorable Carl J. Barbier, United States District Judge, United States District Court, Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana 70130.

Respectfully submitted,

**BRUNO & BRUNO, L.L.P.**

/s/ Stephen P. Bruno
STEPHEN P. BRUNO, NO. 1272
855 Baronne Street
New Orleans, LA 70113
Telephone: 504-525-1335