**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| **IN RE:** | **OIL SPILL BY THE OIL RIG** | ) | MDL No. 2179 |
| | **DEEPWATER HORIZON IN** | | |
| | **THE GULF OF MEXICO ON** | ) | JUDGE BARBIER |
| | **APRIL 20, 2010** | | |
| | | ) | |

Applies to:    **EDLA/2:11-cv-11-1207-Section J/1**,

### UNOPPOSED MOTION FOR LEAVE TO DISMISS ALL CLAIMS AGAINST THIRD PARTY DEFENDANT BP EXPLORATION & PRODUCTION, INC. WITHOUT PREJUDICE PURSUANT TO FRCP 41

COMES NOW, the undersigned as counsel for record for Third Party Plaintiff W. Allen Cox, Jr., pursuant to Federal Rules of Civil Procedure Rule 41(c) as well as the application of 28 U.S.C. Sec. 1407, and moves this Court for Leave to dismiss all claims against Third Party Defendant BP Exploration & Production, Inc. without prejudice, and in support shows the Court as follows:

1. Third Party Defendant BP Exploration & Production, Inc. CONSENTS to voluntary dismissal of Cox's claims; therefore, no hearing is necessary and an Order dismissing all claims is due to be a granted.

2. This case was transferred from the Southern District of Alabama, case action caption *Whitney National Bank v. W. Allen Cox, Jr.*, ALS/1:11-cv-00190 (JG), on or about May 23, 2011 via Transfer Order from the United States Judicial Panel on Multidistrict Litigation.

3. Third Party Plaintiff W. Allen Cox, Jr. desires to voluntarily dismiss without prejudice all claims against Third Party Defendant BP Exploration & Production, Inc. in the above styled action. No responsive pleadings have been filed by BP Exploration & Production, Inc., no evidence has been introduced at hearing or trial, and no discovery has been embarked upon, issued, or even discussed. There has been no active engagement in the defense of the suit and this case has been pending in the above styled Court for only a few days. Cox desires to proceed through the BP claims process rather than through formal litigation.

4. A Notice of Voluntary Dismissal has already been filed in the Southern District of

Alabama, *Whitney National Bank v. W. Allen Cox, Jr.*, ALS/1:11-cv-00190 (JG), from which this action was transferred.

WHEREFORE, premises considered, Third Party Plaintiff W. Allen Cox, Jr. requests leave of this Court to voluntarily dismiss all claims against Third Party Defendant BP Exploration & Production, Inc. because of the reasons above and because BP consents to dismissal of all claims.

Respectfully submitted,

 /s/ Jennifer L. Evans_____
JAMES B. PITTMAN, JR.
JENNIFER L. EVANS (AL178162)

2102 U.S. Hwy. 98
Post Office Box 2525
Daphne, AL 36526
Tel: (251) 626-7704
Fax: (251) 626-8202
Email: james@jbplaw.com
Email: jennifer@jbplaw.com

**CERTIFICATE OF SERVICE**

I certify that I have on this 26th day of May, 2011, served a copy of the foregoing by Electronic Notification, Facsimile and/or U.S. Mail postage prepaid and properly addressed to the following:

Jeffrey J. Hartley, Esq.
Annie J. Dike, Esq.
Helmsing, Leach, Herlong, Newman & Rouse, P.C.
Post Office Box 2767
Mobile, AL  36652

John M. Johnson
William H. Brooks
Marchello D. Gray
Lightfoot, Franklin & White, LLC
400 North 20th Street
Birmingham, AL 35203

 /s/ Jennifer L. Evans_____
JAMES B. PITTMAN, JR.
JENNIFER L. EVANS (AL178162)