UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 | ) ) ) ) | MDL No. 2179<br><br>JUDGE BARBIER |

Applies to:   **EDLA/2:11-cv-11-1207-Section J/1**,

## ORDER

This matter having come before the Court on Third Party Plaintiff W. Allen Cox, Jr.'s Motion pursuant to Federal Rules of Civil Procedure Rule 41(c) as well as the application of 28 U.S.C. Sec. 1407 for Leave to dismiss all claims against Third Party Defendant BP Exploration & Production, Inc. without prejudice; and,

Third Party Defendant BP Exploration & Production, Inc. having CONSENTED to said voluntary dismissal of Cox's claims; and,

Cox having established to the satisfaction of the Court that no responsive pleadings have been filed by BP Exploration & Production, Inc., no evidence has been introduced at hearing or trial, no discovery has been embarked upon, and there has been no active engagement in the defense of this suit;

It is therefore ORDERED, ADJUDGED, and DECREED that leave of Court is GRANTED and Third Party Plaintiff W. Allen Cox, Jr.'s Notice of Voluntary Dismissal of all claims without prejudice against Third Party Defendant BP Exploration & Production, Inc. is hereby GRANTED.

Done this the _____ day of _____, 2011.

_____
DISTRICT JUDGE