UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL BY HE OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO.: 2179 SECTION J JUDGE BARBIER MAG. SHUSHAN |

THIS DOCUMENT RELATES TO 11-cv-01136

## MOTION TO REMAND

      **NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Art Catering, Inc, and files this *Motion to Remand* pursuant to 28 U.S.C. § 1447, all as more fully set forth in the attached Memorandum in support of this motion.

    WHEREFORE, Plaintiff, Art Catering, Inc, respectfully requests that this Honorable Court remand this matter to the 25th Judicial District Court for the Parish of Plaquemines, State of Louisiana and award plaintiff all costs and attorneys' fees associated with the defense of this improvident removal pursuant to 28 U.S.C. § 1447(c).

                                      **BRUNO & BRUNO, L.L.P.**

                                      BY: /s/ Stephen P. Bruno_____
                                      Stephen P. Bruno, No. 1272
                                      855 Baronne Street
                                      New Orleans, LA 70113
                                      504-525-1335

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that on May 19, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

**/s/ Stephen P. Bruno**