## UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:** | **OIL SPILL BY HE OIL RIG** | **MDL NO.: 2179** |
| | **"DEEPWATER HORIZON" in the** | **SECTION J** |
| | **GULF OF MEXICO, on** | **JUDGE BARBIER** |
| | **APRIL 20, 2010** | **MAG. SHUSHAN** |

**THIS DOCUMENT RELATES TO 11-cv-01136**

### ORDER

**IT IS ORDERED** that Plaintiff Art Catering, Inc.'s Motion to Remand this matter to the 25th

Judicial District for the Parish of Plaquemines, State of Louisiana  is hereby GRANTED.

Additionally, Plaintiff Art Catering, Inc. is awarded all costs and attorneys' fees associated

with the defense of this removal pursuant to 28 U.S.C. § 1447(c).

New Orleans, Louisiana, this _____day of May 26, 2011.

_____
DISTRICT JUDGE