UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * *

### CLAIMANTS' / PLAINTIFFS' RULE 41(a)(2) MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, Plaintiffs / Claimants, by and through undersigned counsel, and file their *Rule 41(a)(2) Motion to Dismiss with Prejudice*, and, in support thereof, would show the Court as follows:

1. Claimants / Plaintiffs filed their *Direct Filing Short Forms* on or before April 20, 2011. As stated in the *Direct Filing Short Form*, Claimants / Plaintiffs were asserting a claim in *Complaint* and *Petition of Triton Asset Leasing Gmbh, et al.*, No. 10-2771; adopted and incorporated the Master Answer [Rec. Doc. 244] to the *Complaint* and *Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join, and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in in MDL 2179 (10 md 2179).

2. As instructed by the Court, Claimants / Plaintiffs *Direct Filing Short Forms* were filed in CA No. 10-8888, by prior order of the Court [Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc.

982 in MDL 2179], the filing of the *Direct Filing Short Forms* in C.A. No. 10-8888 were deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179.

3. Since the filing of Plaintiffs' Direct Filing Short Forms, Plaintiffs have settled their claims through the Gulf Coast Claims Facility and no counterclaims against these particular Plaintiffs / Claimants have been filed. As such, the following Plaintiffs / Claimants would respectfully request the Court, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, to dismiss all their claims in all collective actions set forth above in this cause :

| **Document No.** | **Cause No.** | **Plaintiff/Claimant** |
|---|---|---|
| 1. 40911 | CA-10-8888 | Manish Sthanki/Gopal, Inc. d/b/a Best Western Bayou Inn |
| 2. 32658 | CA-10-8888 | Chintu Patel/Carewell Hospitality, LLC d/b/a Red Carpet |
| 3. 40865 | CA-10-8888 | Sundeep Patel/S.K.A.V., LLC d/b/a Best Western |
| 4. 42794 | CA-10-8888 | Poonam Vakharia/Skylight, Inc. d/b/a Salsarita's Fresh Cantina |
| 5. 60048 | CA-10-8888 | Richard Nguyen |
| 6. 60042 | CA-10-8888 | Richard Nguyen |
| 7. 32774 | CA-10-8888 | Bennie Orman/O'Diddles |
| 8. 25016 | CA-10-8888 | Ernest Ladner/AFC, Inc. |
| 9. 52307 | CA-10-8888 | Karen Korn |
| 10. 32669 | CA-10-8888 | Gita Patel/Arbuda Enterprises, Inc. |
| 11. 40909 | CA-10-8888 | Mukesh Sopariwala/Shree Laxmi, Inc. d/b/a Subway 12942 |
| 12. 40864 | CA-10-8888 | Sundeep Patel/SKN Properties, LLC d/b/a Holiday Inn Express |

| | | | |
|---|---|---|---|
| 13. 98 | CA-10-8888 | Jagdish Bhagvan/Jai Bhagvan, LLC | |
| 14. 40792 | CA-10-8888 | Vikas Patel/A & V, LLC | |
| 15. 24804 | CA-10-8888 | Madhusudan Desai/Exit 50 Hotels Corp d/b/a Carpet Inn and d/b/a Scottish Inn | |
| 16. 24791 | CA-10-8888 | Albert Courcelle/Split the Pie Restaurants, Inc. | |
| 17. 25022 | CA-10-8888 | David Lindsey/MMC Industries, Inc. d/b/a Mobile Marble Company | |
| 18. 32929 | CA-10-8888 | Minesh Patel/Hari Om Hospitality, Inc. | |
| 19. 32944 | CA-10-8888 | Minesh Patel/Laxmi Vishnu Hospitality, Inc. | |
| 20. 32819 | CA-10-8888 | Minesh Patel/Keshav Hospitality, Inc. | |
| 21. 52316 | CA-10-8888 | Marie Porter/Planet Beach of Biloxi, LLC | |
| 22. 40896 | CA-10-8888 | Fred Schwan/Mississippi Coast Supply Company, Inc. | |
| 23. 24838 | CA-10-8888 | Douglas A. Gregory/Morrison Terrebonne Lumber Center, LLC | |
| 24. 32694 | CA-10-8888 | Dipak Patel/Umiya Subs, Inc. | |
| 25. 24821 | CA-10-8888 | Jimmy Fayard/Gulf Hills Golf Club, Inc. | |
| 26. 52443 | CA-10-8888 | Duc Nguyen | |
| 27. 32689 | CA-10-8888 | Dipak Patel/Jiya, LLC | |
| 28. 32681 | CA-10-8888 | Dipak Patel/Natraj, LLC | |
| 29. 32680 | CA-10-8888 | Dipak Patel/Sharda Foods, Inc. | |
| 30. 32696 | CA-10-8888 | Dipak Patel/Krupa Enterprises, Inc. | |
| 31. 32671 | CA-10-8888 | Gita Patel/Lisa Enterprises, Inc. | |
| 32. 24978 | CA-10-8888 | William Humphreys, Sr./Humphreys H&H Lure Company | |

| | | | |
|---|---|---|---|
| 33. 52283 | CA-10-8888 | Dhiren Dholakia | |
| 34. 55639 | CA-10-8888 | Peter Duong | |
| 35. 55630 | CA-10-8888 | Peter Duong | |
| 36. 40863 | CA-10-8888 | Shani Patel/Jaanki, LLC d/b/a Budget Inn & Suites | |
| 37. 32656 | CA-10-8888 | Dhansukhlal Patel/Om Shri Hari, Inc. d/b/a Economy Inn | |
| 38. 32657 | CA-10-8888 | Dhansukhlal Patel/Ganesh Motel, Inc. d/b/a Payless Motel | |

WHEREFORE, all of the above listed Plaintiffs / Claimants request that their Motion to Dismiss with Prejudice be granted or terms that the Court considers proper together with any and all other relief in favor of the Plaintiffs / Claimants deemed appropriate by this Honorable Court.

Respectfully submitted, this the 26th day of May, 2011.

Claimants / Plaintiffs

By: *s/ W. Corban Gunn*
W. Corban Gunn (MSB No.101752)

Clyde H. Gunn, III, (MSB #5074)
Christopher C. Van Cleave, (MSB #10796)
W. Corban Gunn, (MSB #101752)
David N. Harris, Jr., (MSB #100790)
CORBAN, GUNN & VAN CLEAVE, PLLC
P.O. Drawer 1916
Biloxi, Mississippi 39533
Telephone:  (228) 432-7826
Facsimile:  (228) 456-0998
Corban@cgvclaw.com

**CERTIFICATE OF SERVICE**

I, W. Corban Gunn, Esq., hereby certify that I have this day served via E-Mail, a true and correct copy of the above and foregoing Plaintiffs' *Motion to Dismiss* to All Counsel of Record.

This the 26th day of May 2011.

By: *s/ W. Corban Gunn*
W. Corban Gunn (MSB No.101752)