UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the
Gulf of Mexico, on
April 20, 2010

MDL No. 2179

Section: J

This Document Relates to:

Judge Barbier
Mag. Judge Shushan

2:10-cv-08888-CJB-SS, Document 34742

### ORDER ON MOTION TO WITHDRAW

Pursuant to a Motion to Withdraw filed on May 26, 2011, it is hereby ordered that counsel Alex Peet is permitted to withdraw from representation of Peter Ehrlich, who will now proceed *pro se*.

Date: _____          _____
                                  United States Magistrate Judge Sally Shushan