UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section: J |
| This Document Relates to:<br><br>2:10-cv-08888-CJB-SS, Document 42690 | Judge Barbier<br>Mag. Judge Shushan |

## MOTION TO WITHDRAW

1. Undersigned counsel hereby moves to withdraw from representation of Peter Ehrlich.

2. Peter Ehrlich hired undersigned counsel on or about November 19, 2010.

3. On April 7, 2011, Peter Ehrlich notified undersigned counsel that he no longer desired representation.

4. Mr. Ehrlich has informed undersigned counsel that he intends to proceed *pro se* and that communications from the Court should be directed to his home address: 1749 Grape St., Denver CO 80220.

4. Accordingly, undersigned counsel hereby requests that this honorable Court grant his motion to withdraw.

RESPECTFULLY SUBMITTED on this the 26th day of May, 2011.

                        PLAINTIFF PETER EHRLICH

By:   */s/Alex Peet*
        Alex Peet (FSB # 47606)
        LOVELACE LAW FIRM, P.A.
        12870 U.S. Highway, 98 West, Suite 200
        Miramar Beach, FL 32550
        Telephone: (850) 837-6020
        Facsimile: (850) 837-4093
        dml@lovelacelaw.com

## **CERTIFICATE OF SERVICE**

The undersigned counsel does hereby certify that he has this day served the above and foregoing document upon all counsel via the Court's ECF system and Lexis Nexis File and Serve.

ON THIS the 26th day of May, 2011.

                                        */s/Alex Peet*
                                        Alex Peet (FSB #47606)