## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**In re: Oil Spill by the Oil Rig**
**"Deepwater Horizon" in the**
**Gulf of Mexico, on**
**April 20, 2010**

**MDL No. 2179**

**Section: J**

**This Document Relates to:**

**2:10-cv-08888-CJB-SS, Document 42690**

**Judge Barbier**
**Mag. Judge Shushan**

## ORDER ON MOTION TO WITHDRAW

Pursuant to a Motion to Withdraw filed on May 26, 2011, it is hereby ordered

that counsel Alex Peet is permitted to withdraw from representation of Peter Ehrlich, who

will now proceed *pro se*.

Date: _____

_____

United States Magistrate Judge Sally Shushan