UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section: J |
| This Document Relates to:<br><br>2:10-cv-08888-CJB-SS, Document 42463 | Judge Barbier<br>Mag. Judge Shushan |

## MOTION TO WITHDRAW

1. Undersigned counsel hereby moves to withdraw from representation of JoAnn Ehrlich.

2. JoAnn Ehrlich hired undersigned counsel on or about November 19, 2010.

3. On April 7, 2011, Peter Ehrlich, husband of JoAnn Ehrlich, notified undersigned counsel that he and JoAnn Ehrlich no longer desired representation.

4. Peter Ehrlich has informed undersigned counsel that he and JoAnn Ehrlich intend to proceed *pro se* and that communications from the Court should be directed to their home address: 1749 Grape St., Denver CO 80220.

4. Accordingly, undersigned counsel hereby requests that this honorable Court grant his motion to withdraw.

RESPECTFULLY SUBMITTED on this the 26th day of May, 2011.

                                                   PLAINTIFF JOANN EHRLICH

                                 BY:    /s/Alex Peet
                                                    Alex Peet (FSB #47606)
                                                    LOVELACE LAW FIRM, P.A.
                                                    12870 U.S. Highway 98 West, Suite 200
                                                    Miramar Beach, FL 32550
                                                    Telephone: (850) 837-6020
                                                    Facsimile: (850) 837-4093
                                                    dml@lovelacelaw.com

## CERTIFICATE OF SERVICE

The undersigned counsel does hereby certify that he has this day served the above and foregoing document upon all counsel via the Court's ECF system and Lexis Nexis File and Serve.

ON THIS the 26th day of May, 2011.

/s/Alex Peet
Alex Peet (FSB #47606)