UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig          MDL No. 2179
     "Deepwater Horizon" in the
     Gulf of Mexico, on
     April 20, 2010          Section: J

This Document Relates to:          Judge Barbier
         Mag. Judge Shushan

2:10-cv-08888-CJB-SS, Document 42463

## ORDER ON MOTION TO WITHDRAW

Pursuant to a Motion to Withdraw filed on May 26, 2011, it is hereby ordered that counsel Alex Peet is permitted to withdraw from representation of JoAnn Ehrlich, who will now proceed *pro se*.

Date: _____          _____
         United States Magistrate Judge Sally Shushan