UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG<br>      "DEEPWATER HORIZON" in the<br>      GULF OF MEXICO, on<br>      APRIL 20, 2010 | §<br>§<br>§<br>§<br>§ | MDL-2179<br><br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO:<br><br>    *10-cv-3059 and 11-cv-0516* | §<br>§<br>§ | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

******************************************************************************

## ORDER REGARING JOINT MOTION TO STAY CERTAIN CLAIMS

This matter coming before the Court on the Joint Motion of the Plaintiff, the State of Louisiana through James D. "Buddy" Caldwell, Louisiana Attorney General and Governor Bobby Jindal, Governor of the State of Louisiana ("Louisiana"), and Defendants BP Exploration & Production, Inc., BP Corporation North America, Inc., BP America, Inc., BP America Production Company and BP *p.l.c.*, by and through their respective representatives, and the Court finding it to be well-taken:

**IT IS HEREBY ORDERED** that the State of Louisiana's claims that involve matters related to the subject matter of, or encompassed within, the Memorandum of Understanding described in the Joint Motion to Stay Certain Claims in this matter are hereby stayed until further notice.

New Orleans, Louisiana this 26th day of May, 2011.

_____
United States District Judge