UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | |
| "DEEPWATER HORIZON" in the | * | MDL No. 2179 |
| GULF OF MEXICO, on APRIL 20, 2010 | * | |
| | * | |
| This Document Relates to: | * | SECTION "J" |
| | * | |
| All Cases in Pleading Bundle B3 and | * | JUDGE BARBIER |
| Case No. 2:10-cv-2771 | * | MAGISTRATE JUDGE SHUSHAN |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**STIPULATED ORDER GOVERNING CLEAN-UP RESPONDER DEFENDANTS'
RESPONSES TO CROSS-CLAIMS/COUNTERCLAIMS**

By stipulation of Plaintiffs, by and through Plaintiffs' Liaison Counsel, Coordinating Counsel for the States, and Defense Liaison Counsel, and to facilitate the efficient and effective management and prosecution of the coordinated actions herein:

IT IS ORDERED that the March 24, 2011 Stipulated Order (Rec. Doc. 1730) is amended to clarify that as to the 14(c) Third-Party Defendants Marine Spill Response Corporation, Airborne Support, Inc., Airborne Support International, Inc., Lynden, Inc., Lynden Air Cargo LLC, Dynamic Aviation Group, Inc., International Air Response, Inc., Lane Aviation, National Response Corporation, O'Brien's Response Management, Inc., Tiger Safety, LLC, DRC Emergency Services, LLC, and Nalco Company (collectively, the "Clean-Up Responder Defendants"), any motions to dismiss and/or answers that have already been filed by any of the Clean-Up Responder Defendants in response to the B3 Bundle Master Complaint are hereby deemed to also respond to any cross-claims/counterclaims that have already been filed or may be filed by Limitation Petitioners in the Limitation Action or by any 14(c) Third-Party Defendants

1

against any of the Clean-Up Responder Defendants.  In the event the pending motions to dismiss are not granted in their entirety, Clean-Up Responder Defendants' rights to separately respond at a later date to any remaining cross-claims/counterclaims are expressly preserved.

    New Orleans, Louisiana, this __26th__ day of May, 2011.

                                                              _____

                                                              United States District Judge