UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:   Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MASTER DOCKET MDL NO. 10-MD-2179 |
| **This Document Relates to No. 11-1136** | * * | |
| ART CATERING, INC. | * * | CIVIL ACTION NO. 11-1136 |
| VERSUS | * * | SECTION "J" |
| DAVID B. GORNEY, JIMMY M. PODARAS, MARSH USA, INC. AND XYZ INSURANCE COMPANY | * * * * | JUDGE BARBIER  MAGISTRATE (1) MAG. JUDGE SHUSHAN |

## O R D E R

Considering the foregoing motion,

**IT IS ORDERED** by the Court that defendant, David B. Gorney, be, and he is hereby, granted an additional twenty-one (21) days from the time a responsive pleading would otherwise be due within which to answer, object or otherwise respond to plaintiff ART Catering, Inc.'s Petition for Breach of Contract.

New Orleans, Louisiana this 26th day of May, 2011.

_____
United States District Judge