UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO.  2179<br><br>SECTION J |
| THIS PLEADING RELATES TO:<br><br>2:10-CV-02771 | JUDGE BARBIER<br>MAG. JUDGE SALLY SUSHAN |

**O R D E R**

    Considering the foregoing Ex Parte Motion to Substitute Corrected Memorandum in Response to The St. Joe Company's *Amicus Curiae* Memorandum filed by the Transocean Defendants, to which is attached a corrected Memorandum in Response to The St. Joe Company's *Amicus Curiae* Memorandum, Ex. 1;

    **IT IS ORDRED** that the Transocean Defendants' Memorandum in Response to The St. Joe Company's *Amicus Curiae* Memorandum attached hereto is substituted for the previously-filed Memorandum , Rec. Doc. No. 2186.

    New Orleans, Louisiana this 26th day of May, 2011.

_____
United States District Judge

1