UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**In re: Oil Spill by the Oil Rig**　　　　　　　　**MDL NO. 2179**
　　**"Deepwater Horizon" in the Gulf**
　　**of Mexico, on April 20, 2010**　　　　　　　**SECTION J**

**Applies to:** *All Cases*　　　　　　　　　　　　**JUDGE BARBIER**
　　　　　　　　　　　　　　　　　　　　　　　　**MAGISTRATE JUDGE SHUSHAN**

### ORDER

**[Regarding Invocation of the Fifth Amendment]**

In the interest of promoting an orderly and efficient procedure for depositions involving witnesses who intend to invoke their Fifth Amendment privilege under the United States Constitution:

IT IS HEREBY ORDERED, that the following procedure will be implemented:

Any deposition witness invoking the Fifth Amendment privilege under the United States Constitution will be allowed to make a brief statement for no more than five (5) minutes at the commencement of the deposition asserting such right as well as stating the basis for the same.

After the initial statement is made for the record, the witness shall thereafter assert the privilege by making a limited statement of: "I invoke the 5th Amendment," "same answer;" or some other abbreviated response indicating the invocation of the Fifth Amendment.

It is understood that the limited statement is made in the interest of efficiency and to expedite the discovery process.

It is further understood that the use of the more limited statement accords the witness the full protection of the Fifth Amendment privilege, including all protections, rights, and privileges asserted in the initial statement.

New Orleans, Louisiana, this 26th day of May, 2011.

**SALLY SHUSHAN**
**United States Magistrate Judge**