UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : | MDL No. 2179 SECTION: J |
| | : | |
| This Document Relates To: All Cases | : | JUDGE BARBIER |
| …………………………………………………... | : | MAGISTRATE JUDGE SHUSHAN |

**<u>ORDER</u>**

Considering BP Defendants' motion for leave to file a reply memorandum,

IT IS ORDERED that the BP Defendants shall be granted leave to file their Reply in Support of BP's Motion for a Stay of the Proceedings Between BP and Anadarko and MOEX.

New Orleans, Louisiana, this __26th__ day of May, 2011.

_____
United States District Judge