UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010<br><br>This Document Relates To:<br>2:10-cv-04536-CJBSS<br>(*United States v. BP Exploration & Production Inc., et al.*) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### STIPULATED ORDER REGARDING TRANSOCEAN'S PLEADING DEADLINES CONCERNING BPXP'S CROSS-CLAIM ANDTHIRD PARTY COMPLAINT AGAINST TRANSOCEAN

By stipulation of Counsel for Defendant/Third-Party Plaintiff BP Exploration & Production Inc. ("BPXP") and Counsel for Transocean Offshore Deepwater Drilling, Inc. ("TODDI"), Transocean Deepwater Inc. ("TDI"), Transocean Holdings, LLC ("TH"), and Triton Asset Leasing GmBH ("Triton") (collectively the "Transocean Defendants"), and to facilitate the efficient and effective management and prosecution of the coordinated actions herein:

It is ORDERED that:

1. The Transocean Defendants shall file an answer or other responsive pleading to BPXP's Cross-Complaint and Third Party Complaint Against Transocean (Rec. Doc. 2075 in Civil Action No. 10-MDL-2179) on or before May 31, 2011.

2. In accordance with the May 6, 2011 Special Appearance By Transocean Ltd. and Transocean Inc. and Agreed Stipulation for Standstill of Jurisdictional Discovery (Rec. Doc. 2274 in Civil Action No. 10-MDL-2179), neither Transocean Ltd. nor Transocean Inc., who were named by BPXP as third-party defendants in BPXP's Cross-Complaint and Third Party Complaint Against Transocean, shall be required to file answers or other responsive pleadings to

2

BPXP's Cross-Complaint and Third Party Complaint Against Transocean (Rec. Doc. 2075 in Civil Action No. 10-MDL-2179).

New Orleans, Louisiana this 26th day of May, 2011.

_____
United States District Judge