## CONFERENCE ATTENDANCE RECORD

DATE: 5-26-11                    TIME: 1:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

DISCOVERY STATUS    CONFERENCE

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Vince Morgan | MOEX OFFSHORE 2007 |
| John Esluy | Transocean |
| Shaun Clarke | Bob Kaluza |
| Denise Scofield | MI |
| J.B. Tarter | M-I |
| ROBERT CUNNINGHAM | PSC |
| Andy Langan | BP |
| Ryan Babiuch | BP |
| Bill Stradley | MDL 2185 - Scientia IND INV. |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Deb Kuchler | Anadarko |
| John D. Shugrue | Anadarko |
| Brian Kavanaugh | BP |
| David Goodwin | BP |
| Allan Moore | BP |
| Will Baldwin | WFT |
| Ted Tsekerides | O'Brien + NRC |
| Mike Lyle | " |
| Corey Mya | Alabama |
| Carmelite Bertant | Cameron |
| Marty McLeod | TO Underwriters |
| Kyle Moran | TO Underwriters |
| Steve O'Rourke | USA |
| Mike Underhill | DOJ |
| Don Godwin | Halliburton |
| Alan York | " |
| Jenny Martinez | " |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
| --- | --- |
| Stefanie Major | Halliburton |
| Alan Weigel | MSRC |
| Steve Herman | Plaintiffs |
| Jim Roy | " |
| DAVID POTE | LA |
| MICHAEL SAMPLE | MSRC |
| David Cannon | MDEX |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Tim Duffy

Mitchell Lansden

Ben Goodhue

Michael Monico

Walter Lancaster

Sarah Himmelhoch