IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the ) | | MDL No.: 10- 2179 |
| OIL RIG "DEEPWATER HORIZON" ) | | |
| in the GULF OF MEXICO, on ) | | Section: J |
| April 20, 2010 ) | | |
| ) | | Judge Barbier |
| ) | | |
| This Pleading Relates to: ) | | Mag. Judge Shushan |
| ) | | |
| Marine Horizons, Inc., et al. Plaintiffs ) | | |
| ) | | |
| vs. BP, PLC et al Defendants, ) | | |
| ) | | |
| No.: 10-2657. ) | | |

**CORRECTED MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiffs Marine Horizons, Inc., ("Marine Horizons") Robert Stephen Gams, and Jesse Carbullido, individually and as representative of a class of similarly situated persons, move this Honorable Court, pursuant to Rule 15(a)(2), for leave to amend their complaint filed in the United States District Court for the Southern District of Alabama on May 4, 2010 as amended on June 28, 2010 and transferred to this Court on August 10, 2010.

1. Counsel for Plaintiff certifies he has contacted counsel for the BP Defendants who do not object to the amendment.

2. The proposed "Second Amended Complaint" is submitted herewith. It incorporates the "First Amended Master Answer to Complaint and Petition of Triton Asset Leasing Gmbh, et al for Exoneration from or Limitation of Liability (Rule 9(h), First Amended Master Claim in Limitation [No. 10-2771] (Rule 9(h), and First Amended Master Complaint,

Cross-Claim, and Third-Party Complaint for Private Economic Losses in Accordance with PTO No. 11 [CMO No. 1] Section IIII (B1) ["B1 Bundle"]" (the "First Amended Master Complaint") by reference and adds a class claim for breach of contract.  A proposed order is also submitted herewith.

  2. The breach of contract claim arises from BP America Production Company's recent refusal to pay amounts due Plaintiff Marine Horizons, Inc. under the terms of a "Master Vessel Charter Agreement."  Plaintiff Marine Horizons, Inc. entered into two "Master Vessel Charter Agreements" with BP America Production Company after the original class action complaint was filed.  Plaintiff alleges BP America Production Company's breach of the agreement did not become final until May 16, 2011.  Thus, Plaintiff could not have previously asserted the claims asserted in the attached Second Amended Complaint.  Plaintiffs file this Motion for Leave to Amend in these actions in accordance to Pretrial Order No. 20 and 25.

  3. Rule 15(a)(2) states "[] The court should freely give leave when justice so requires."  "In the context of motions to amend pleadings, 'discretion' may be misleading, because Fed. R. Civ. P. 15(a) 'evinces a bias in favor of granting leave to amend.'  Indeed, 'unless there is a substantial reason,' such as undue delay, bad faith, dilatory motive, or undue prejudice to the opposing party, 'the discretion of the district court is not broad enough to permit denial.'"  *Martin's Herend Imports v Diamond & Gem*, 195 F.3d 765, 770 (5th Cir. 1999) (internal citations omitted).  Given the circumstances of this proposed amendment there are no reasonable grounds to oppose amendment.

  5. Plaintiff respectfully submits this motion is due to be GRANTED, and requests that the Court order the amended complaint submitted herewith be filed without further action by Plaintiffs.

Respectfully submitted,

/s/ Lange Clark
Lange Clark

Law Office of Lange Clark, P.C.
301 19th Street North
Suite 550
Birmingham, Alabama 35203
Telephone: 205-939-3933
langeclark@mindsping.com

## Certificate of Service

I hereby certify that the above and foregoing Motion for Leave to Amend has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 26th day of May 2011.

/s/ Lange Clark
Lange Clark