MINUTE ENTRY
BARBIER, J.
May 26, 2011
JS-10: 38 minutes.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG : MDL NO. 2179
    "DEEPWATER HORIZON" in the :
    GULF OF MEXICO, on :
    APRIL 20, 2010 : SECTION: J
     :
     :
     : JUDGE BARBIER
     : MAG. JUDGE SHUSHAN

| COURTROOM DEPUTY: | COURT REPORTER: |
|---|---|
| EILEEN STENSRUD | CATHY PEPPER |

THURSDAY, MAY 26, 2011  8:30 A.M.
JUDGE CARL J. BARBIER PRESIDING

### STATUS CONFERENCE

Plaintiffs' Liaison Counsel, Defense Liaison Counsel, and Government Coordinating Counsel introduced themselves to the Court. The matters listed below were discussed:

The Court briefly mentioned recently issued Orders.

BP Counsel Andy Langan reported on the status of recent conditional transfer orders and number of active cases within the MDL.

Plaintiff Counsel Steve Herman reported on the status of short-form joinders. The Clerk's Office continues to enter short-forms on the docket. The parties are discussing a method of handling the dismissal of short-form joinders as claimants settle with the GCCF.

BP Counsel Andy Langan reported that approximately 41 cases are pending in

1

various state courts, although BP has removed several of these to federal court. Additionally, the Texas MDL Panel has not yet issued an Order as to whether a Texas MDL will be created.

BP Counsel Andy Langan reported on the status of MDL 2185 before Judge Ellison in the Southern District of Texas. MDL 2185 Plaintiffs' Counsel Bill Stradley reported on the status of the coordination efforts between MDL 2179 and MDL 2185.

BP Counsel Andy Langan provided an update on the continued progress of written and deposition discovery.

BP Counsel Rob Gasaway and Cameron Counsel David Beck reported that the parties' testing of the blowout preventer, which began on time and will be completed in June 2011. Magistrate Judge Shushan continues to work with the parties as issues arise.

Department of Justice Attorney Mike Underhill reported on the status of the testing of the cement.

Plaintiff Counsel Steve Herman reported that he and BP Counsel Andy Langan continue to work on a proposed case management order for the Vessels of Opportunity cases.

The Court reported that Magistrate Judge Wilkinson will coordinate the FLSA cases and miscellaneous contract cases related to and within the MDL.

BP Counsel Andy Langan and Elizabeth Peterson, counsel for Louisiana, submitted to the Court a Joint Motion to Stay Certain Claims (Rec. Doc. 2196). IT IS ORDERED that the Motion is GRANTED.

The Court stated that it would not entertain oral argument on BP's Motion to Stay Proceedings Between BP and Anadarko and MOEX (Rec. Doc. 2169) and will decide the Motion on the briefs.

BP Counsel reported the parties have submitted competing case management orders with respect to the insurance-coverage cases to Magistrate Judge Shushan.

The parties have met and conferred with each other and with the Court regarding the trial plan for the February 2012. Further briefing is due to the Court by June 6, 2011, and parties also plan to submit a proposed order on the trial plan soon

thereafter.

The Court will issue a Stipulated Order reached by BP and Transocean regarding deadlines concerning BP's Cross-Claim and Third-Party Complaint against Transocean.

Responder Defendant Counsel Ted Tsekerides submitted an uncontested Motion for Deeming Order (Rec. Doc. 2406). IT IS ORDERED that the Motion is GRANTED.

The next status conference will be held on FRIDAY, JULY 8, 2011 at 9:30 a.m.

The Court thanked counsel for their continued cooperation, both with each other and the Court.

Court adjourned at 9:18 a.m.

ATTORNEYS: See attached list.