# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–May 26, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Jeff Keiser | 504-210-7325 | PSC |
| John Shuegrue | 312-207.2459 | Anadarko |
| (illegible) | 713.276.7625 | MOEX |
| David A Baswell | 251-928-2970 | plaintiffs |
| Robert K. Reeves | 832-636-1000 | Anadarko |
| Brian Barr | 850-572-2164 | PSC |
| Josh Whitley | 843-696-9094 | PSC |
| Mitchell Brent | 212-784-6422 | ~~BS~~ Plaintiffs |
| Rhon Jones | 334-2692343 | PSC |
| Parker Miller | 334-269-2343 | " |
| Chris Checkels | 504-899-2123 | Jr Doe Company |
| (illegible) | 214 922 7100 | |
| Tom Egger | 713 224-8380 | |
| David Salhans | 202-373-6283 | Anadarko |
| David Goodwin | 415-591-0000 | BP |
| Brett Powers | 337-494-0599 | TR |
| Larry (illegible) | 512 456 6075 | Cameron |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–May 26, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Ryan Babiuch | 512-862-2000 | BP |
| CARLA BURKE | 214.521.3605 | PSC |
| Randall Levine | 202-873-6541 | Anadarko |
| Glenn Goodier | 504-582-8174 | WEATHERFORD |
| Lance Sannino | 504-582-8828 | Weatherford |
| Harry Cavalin | 225-344-3735 | BP |
| Mike Palmintier | 225 408 5228 | PSC |
| (illegible) | 504-441-9260 | nullity |
| Steve O'Rourke | 202 514 2779 | USA |
| Paul Thibodeaux | 504 913 2170 | Transocean |
| GREGORY BUPPERT | 202.772.3225 | DEFENDERS OF WILDLIFE |
| Alan Weigel | 212-885-5350 | MSRC |
| CHRIS HANNAN | 504-566-8617 | UNDERWRITERS |
| Andy Dupre | 985-855-2553 | DRC |
| MEREL ALVAREZ | 599-3385 | Cheppel |
| Joel Waltzer | 340 6300 | Wisner |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–May 26, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Tony Diaz | 601 607 3456 | Miss South Stanford |
| Kyle Moran | 228-679-1305 | TO Underwriters |
| Matt Lundy | 337-439-0707 | PSC |
| Rob Gasaway | 202-879-5107 | BP |
| J. Espino | 214-521-3605 | PSC |
| Don Jackson | 713-667-6766 | Dril-Quip |
| Jonathan M. Alvedo | 617-951-8360 | Anadarko Defendants |
| Will Baldwin | 504-581-8315 | WFT |
| John deRouelles | 225 344-3731 | T |
| John Alston | 225 819 2350 | none |
| Chris Boutwell | 334-201-4809 | T |
| William Large | 214-206-7881 | PSC |
| Lee Ann Stevenson | 212-446-4917 | BP |
| Kevin Schell | 713 8405105 | M-I LLC |
| Paul Sterbcow | 504 581 1500 | PSC |
| Ada deMaly | 504-568-1931 | |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–May 26, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Jeff Clark | (202) 879-5960 | BP |
| Kathryn Kronhold | 202 333 3810 | BP |
| Debra Broussard | 713 201 0401 | APC |
| Billie Leeth | 804 744 6899 | PSC |
| Scott Summy | 214-384-1913 | PSC |
| Robert Cunningham | 251 471 6191 | PSC |
| William Bowen | 251-431-6191 | PSC |
| Mike Espy | 601 613-1617 | PSC |
| Hugh Tanner | 713-850-5180 | M-I |
| Robin Greenwald | 212-558-5802 | PSC |
| Margaret Cafiyar | 251-317-9009 | PSC |
| Jerry Meunier | 522-2304 | Plaintiffs |
| John Andey | 9525 5535 | Plaintiffs |
| Aaron Ahlquist | 561-4892 | TT |
| Bill Manley | 713 951 5600 | H |
| H. Carter Marshall | 504-593-4220 | IAR |
| Austin Moore | 202 662 5535 | BP |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–May 26, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Corey Maze | 334 850 2865 | Alabama |
| Winfield Sinclair | 334-353-9110 | Alabama |
| Adam Bergfelder | 720-938-0313 | Alabama |
| Joel Gross | 202-942-5705 | BP |
| Kerry Miller | 525 8100 | Plaintiff? |
| Charlie Tebbutt | 541-344-3505 | Center for Biological Diversity – Plaintiff |
| Brian Colomb | 337 233 3033 | Plaintiffs |
| Annika K. Martin | 917 287 2470 | Plaintiffs |
| John Beckworth | 713-333-9102 | TO and Certain Insurers |
| Sabrina Canfield | 503 940 7294 | media |
| Meredith Dunham | 610-517 8845 | PSC |
| Abby Van Deerlin | 504 581 4445 | Johnson Bros. |
| Laurin Jacobsen | 504 595 6191 | Delacroix Corp. |
| Ervin A. Gonzalez | 305 476-7400 | PSC |
| Michael Sample | 703 887 2269 | MSKC |
| Henry Dart | 985-809-8093 | St of LA |
| Luan Tran | 213 612 3737 | Plaintiffs |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–May 26, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| J. B. Tarter | 713-890-5745 | M-I |
| Walter J. Leger Jr | 504-588-9043 | PSC |
| David Beck | 713-951-6209 | Cameron |
| Stephen [illegible] | 281-392-[illegible] | BP |
| Frank Petosa | 954/318-0268 | PSC |
| [illegible] Cairns | 415-805-2100 | PSC |
| Tom Thornhill | 985-641-5010 | PSC |
| Jessica Drake | 5042363414 | PSC |
| Becky Mowbray | 504-826-3417 | Times Picayune |
| W. Li Petersen | 6045245777 | State of LA |
| Stephen B Murray | 504-525-8100 | PL's |
| Sean T Brady | 504-561-0735 | DRC |
| David Cannon | 415-393-2192 | MOEX |
| Phil Cossich | 504 394-9000 | PSC |
| Megan [illegible] | 214-922-9555 | [illegible] |
| Michelle Parker | 504-525-5535 | [illegible] |
| Bill Stradley | 713-654-1122 | MDL2185 See TTS |
| Andrew Lennon | 9857836789 | TT |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–May 26, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Don Godwin | (214) 939-4400 | Halliburton |
| Alan York | (214) 939-4400 | " |
| Jenny Martinez | " | " |
| Gavin Hill | " | " |
| Stefanie Major | " | " |
| Jeff Breit | 757-615 8382 | PSC |
| Jayne Conroy | 212 784 6402 | " |
| George Crilly | 504-884-9289 | TO underwaters |
| Allen Moskowitz | 212/333-3810 | BP |
| Karen Gave | 281 366-4294 | BP |
| Robert Hirde | 504 656-4130 | BP |
| O T-Aynna | 225 664 4193 | PSC |
| Skip McAlee | 561-0400 | Dynamic |
| Josh Charlie | 701-8142 | WFT |
| Tom Heiden | 312 876 6364 | NALCO |
| Bryan Sill | | NALCO |
| Wendy Bloom | 312 862 2343 | BP |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–May 26, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| David Franco | 261-6562 | Plaintiff |
| Ben Mayeaux | 337-237-7000 | Airborne Support |
| Clay Garside | 504 754-4400 | " |
| Julia LeMense | 917-456-7350 | " |
| Mark Saylor | 504-595-3371 | |
| Gary Mason | (202) 756-8990 | MAP |
| Scott R Rhine | 910 772-9860 | " |
| Caleb Didriksen | 504 586 1600 | " |
| Daniel McCowey | 337-291-2431 | " |
| Lauren Adcock | 501-269-7979 | PSC |
| Erika Hyder | | PSC |
| Frank Rainer | 985-2926808 | " |
| Mikal Watts | 210-447-0500 | PSC |
| Justin Hill | " " | " |
| Leslie Long | 228-863-6000 | Plaintiff |
| Mary Rac Alexah | 312-876-7672 | Nalco |

# AT&T TeleConference Services
## Special Services Center
### 800 932-1100    E-mail: teleconference@att.com

## Conference Participant List

| | |
|---|---|
| **To:** | KAT SHEA |
| **E-mail Address:** | kat_shea@laed.uscourts.gov |
| **Conference ID #:** | 205095 |
| **Company Name:** | US COURTS |
| **Host's Name:** | CARL BARBIER |
| **Name of Conference:** | OIL SPILL STATUS CONFERENCE |
| **Date of Conference:** | THURSDAY, MAY 26, 2011 8:30 AM CENTRAL |

| # | NAME | AFFILIATION OR INTEREST IN CASE |
|---|---|---|
| 1. | BARBIER, JUDGE CARL - HOST | |
| 2. | ANGLAN, RACHEL | BINGHAM MCCUTCHEN |
| 3. | CHEANEY, SHIRLEY | DEEP SEA HORIZON |
| 4. | CHOCHELES, CHRIS | SHERGARNER LAW FIRM |
| 5. | COON, BRENT | PLAINTIFF |
| 6. | CRAWFORD, LACY | PLAINTIFF |
| 7. | DEAN, KEVIN | PLAINTIFF ATTORNEY |
| 8. | DREES, ANGELA | ATTORNEY FOR PLAINTIFF |
| 9. | DUFFY, TIM | BP |
| 10. | ENNIS, MEGAN | LAMBERT & NELSON |
| 11. | FALKENSTEIN, DAVE | PSC |
| 12. | FENNELL, SANDRA | ROCK CREEK PARTNERS |
| 13. | FERRELL, DONALD | PLAINTIFF |
| 14. | GIFFORD, ROBERT | BICKEL & BREWER |
| 15. | GOLDBERG, KEVIN | ATTORNEY FOR PLAINTIFF |
| 16. | GRABILL, JEREMY | WEIL GOTSHAL |
| 17. | GSTEIGER, YVONNE | FLORIDA DEPARTMENT OF FINANCE |
| 18. | HALS, TOM | REUTERS REPORTER |
| 19. | HARVEY, JUDY | DEPARTMENT OF JUSTICE |
| 20. | HARVEY, PATRICK | BINGHAM MCCUTCHEN |
| 21. | HEALY, GEORGE | PLAINTIFF |
| 22. | HENK, CHRISTINA | KIRKLAND & ELLIS |
| 23. | HERBST, MOIRA | REUTERS |
| 24. | HOPKINS, ANDREA | GILBERT LLP |
| 25. | JACKSON, BILL | STATE OF LOUISIANA |
| 26. | JOHNSTON, JIM | MOBILE COUNTY AL |
| 27. | KANNER, ALLAN | PLAINTIFF ATTORNEY |
| 28. | KATZ, ALLEN | ATTORNEY |

*In order to expedite the assembly of your call, some names may have been spelled phonetically.*

Please feel free to contact us at 1-800-932-1100 if you have any questions or if we can be of further assistance.
Thank you for using AT&T Executive TeleConference Service.

## AT&T TeleConference Services
### Special Services Center
### 800 932-1100   E-mail: teleconference@att.com
## Conference Participant List

| # | Name | Organization |
|---|------|--------------|
| 29. | KENNEALY, HEATHER | U S COAST GUARD |
| 30. | KENNY, ROBERT | US EPA |
| 31. | KENT, RUSS | FLORIDA ATTORNEY GENERAL |
| 32. | KING, SUSAN | BRUNINI LAW FIRM |
| 33. | KLINEFELTER, MARY | FRILOT |
| 34. | KUNZELMAN, MICHAEL | ASSOCIATED PRESS |
| 35. | LANSEEN, JILL | MARK HASLE |
| 36. | LEBLANC, WILLIAM | SCHEXNAYDRE |
| 37. | LEE, CATHERINE | TAMMY TRAN LAW FIRM |
| 38. | LEGNER, KYNA | CONSULTANT WITH TRANS OCEAN |
| 39. | MCALL, SARAH | MIKE HINGLE ASSOCIATES |
| 40. | MCLIN, JAESA | PLAINTIFF ATTORNEY |
| 41. | MENARD, JILL | PLAINTIFF |
| 42. | MURRILL, LIZ | STATE OF LOUISIANA GOVERNOR'S OFFICE |
| 43. | NACRES, PHILLIP | BINGHAM MCCUTCHEN |
| 44. | NGEYEN, TOM | US DISTRICT COURT |
| 45. | PAGANO, SUSANNE | BNA |
| 46. | PEARMAN, NATHAN | ATTORNEY FOR PLAINTIFF |
| 47. | PETERS, JOE | SIMON PROPERTY GROUP |
| 48. | PLAUCHE, GEORGE | STATE OF LOUISIANA |
| 49. | PRICE, LINDA | PILLSBURY |
| 50. | REES, SAMUEL | BLUE FOX |
| 51. | REESE, SAM | BLUE FOX |
| 52. | RICHARDS, SCOTT | PRIVATE CITIZEN |
| 53. | RITTER, CHRIS | KIRKLAND |
| 54. | RIVIERE, WILLIAM | MV MONICA ANN |
| 55. | SAVIN, ANDREW | PLAINTIFF |
| 56. | SAWYER, SHANNON | LAW STUDENT |
| 57. | SCHADE, MICHELLE | LAW FIRM |
| 58. | SCHLEMMER, CAROL | SUTHERLAND |
| 59. | SEARCEY, DIONNE | WALL STREET JOURNAL |
| 60. | SEGARAS, TRIP | DIAZ LAW FIRM |
| 61. | SERNA, ENRIQUE | PLAINTIFF |
| 62. | SHUSHAN, SALLY | COURT |
| 63. | SIMS, THOMAS | PLAINTIFF |
| 64. | SPELLMAN, JOANNE | PLAINTIFF |
| 65. | STEINBERG, MATTHEW | MTO |
| 66. | TANNER, ALLAN | STATE OF LOUISIANA |
| 67. | TAYLOR, IAN | LEWIS, KULLMAN, STERBCOW, ABRAMSON |
| 68. | THODE, ANNA | US DEPARTMENT OF JUSTICE |
| 69. | TIERNEY, KATE | US EPA |

*In order to expedite the assembly of your call, some names may have been spelled phonetically.*

Please feel free to contact us at 1-800-932-1100 if you have any questions or if we can be of further assistance.
Thank you for using AT&T Executive TeleConference Service.

**at&t**

## AT&T TeleConference Services
### Special Services Center
### 800 932-1100   E-mail: teleconference@att.com
### Conference Participant List

| | | |
|---|---|---|
| 70. | TUCKER, KIM | FLORIDA ATTORNEY GENERAL'S OFFICE |
| 71. | WILANSKY, DAVID | MAGNETAR CAPITAL |
| 72. | WOODS, MARY JO | MISSISSIPPI ATTORNEY GENERAL |
| 73. | ZELAYA, CARLOS | PLAINTIFF |

*In order to expedite the assembly of your call, some names may have been spelled phonetically.*

*Please feel free to contact us at 1-800-932-1100 if you have any questions or if we can be of further assistance.*
*Thank you for using AT&T Executive TeleConference Service.*