MINUTE ENTRY
MAY 26, 2011
BARBIER, J.
JS-10: 3.5 hrs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

COURTROOM DEPUTY:                      COURT REPORTER:
EILEEN STENSRUD                        CATHY PEPPER


THURSDAY, MAY 26, 2011   9:30 A.M.
JUDGE CARL J. BARBIER PRESIDING

**HEARING ON MOTIONS TO DISMISS
IN BUNDLE B-1, BUNDLE B-3 AND BUNDLE D-1**

Motions were argued and ORDERED taken under advisement.

PRESENT: See attached list