UNITED STATES DISTRICT OF COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL § | | MDL No. 2179 |
| RIG "DEEPWATER HORIZON" § | | |
| IN THE GULF OF MEXICO, § | | SECTION: J |
| ON APRIL 20, 2010 § | | |
| § | | JUDGE BARBIER |
| § | | MAG. JUDGE SHUSHAN |

THIS DOCUMENT RELATES TO ALL CASES

### UNITED STATES' UNOPPOSED MOTION FOR
### ENTRY OF ORDER PROTECTING THE CONFIDENTIALITY OF
### SETTLEMENT COMMUNICATIONS

As this Court is no doubt aware, various parties to this MDL have already engaged in successful settlement negotiations to resolve portions of the claims pending before this Court. Such voluntary settlements of dispute serve the interests of the public by reducing the burdens of litigation and allowing faster resolution of the remaining claims in the action. For these reasons, "'[p]ublic policy requires the courts to encourage the voluntary settlement of civil controversies.'" *State Farm Fire & Cas. Co. v. Hood*, Civ. Action No. 2:07-cv-188 (DCB) (MTP), 2010 WL 3522445, at *2 (S.D. Miss. 2010) (quoting *Burlington Indus. v. Exxon Corp.*, 65 F.R.D. 26, 45 (D. Md.1974)).

Attached to this motion is a proposed order designed to facilitate and encourage settlement efforts by providing that communications exchanged in the course of settlement discussions are confidential and not subject to discovery or production under open records laws. Such an order will allow the parties to freely exchange information and remove the disincentive to recognize litigation risks during settlement discussions.

The order would protect any settlement communications that have been held since April 20, 2010 if they relate to claims or defenses arising out of the explosion, fire, and oil spill that

commenced at the *Deepwater Horizon* on April 20, 2010. The order specifically provides that these communications cannot be shared with anyone not a party to the settlement communications without the express permission of the parties to the settlement communications and also provides that the United States and the States that are a party to this action will not produce such communications in response to requests made under open records laws. *See GTE Sylvania, Inc. v. Consumers Union of U.S., Inc.*, 445 U.S. 375, 387 (1980) (finding that a federal agency may withhold documents under the Freedom of Information Act when enjoined to do so by a U.S. District Court).

The proposed order makes clear that information otherwise publicly available will not become confidential by reason of its use during settlement communications. In addition, the proposed order allows the United States or a State that is a party to this action to comply with existing policies and requirements regarding public notice and comment for settlements. Further, the proposed order would allow parties to use settlement communications during disputes about the terms of any settlement.

The United States shared this proposed order with all Liaison Counsel and the State Coordinating Counsel and no party has objected to the order. Accordingly, the United States

seeks entry of the proposed order.

|  |  |
|---|---|
|  | Respectfully submitted, |
| IGNACIA S. MORENO<br>Assistant Attorney General<br>Environment & Natural Resources<br>  Division | TONY WEST<br>Assistant Attorney General<br>Civil Division |
| JAMES NICOLL<br>  Senior Counsel<br>NANCY FLICKINGER<br>  Senior Attorney<br>SARAH HIMMELHOCH<br>  Senior Litigation Counsel<br>DEANNA CHANG<br>  Trial Attorney | PETER F. FROST<br>Director, Torts Branch, Civil Division<br>Admiralty and Aviation<br>STEPHEN G. FLYNN<br>Assistant Director<br>MICHELLE DELEMARRE<br>Trial Attorney |
| SCOTT CERNICH<br>  Trial Attorney<br>A. NATHANIEL CHAKERES<br>  Trial Attorney<br>JUDY HARVEY<br>  Trial Attorney<br>MATT LEOPOLD<br>  Trial Attorney | SHARON SHUTLER<br>Trial Attorney<br>JESSICA SULLIVAN<br>Trial Attorney<br>JESSICA MCCLELLAN<br>Trial Attorney<br>DAVID PFEFFER<br>Trial Attorney<br>MALINDA LAWRENCE<br>Trial Attorney<br>Torts Branch, Civil Division<br>P.O. Box 14271<br>Washington, D.C. 20044-4271<br>Telephone: 202-616-4000<br>Facsimile: 202-616-4002 |
| /s/ Sarah D. Himmelhoch<br>STEVEN O'ROURKE<br>SARAH D. HIMMELHOCH<br>Senior Attorneys<br>Environmental Enforcement Section<br>U.S. Department of Justice<br>P.O. Box 7611<br>Washington, D.C. 20044<br>Telephone: 202-514-2779<br>Facsimile: 202-514-2583<br>E-mail: steve.o'rourke@usdoj.gov | R. MICHAEL UNDERHILL, T.A.<br>Attorney in Charge, West Coast Office<br>Torts Branch, Civil Division<br>U.S. Department of Justice<br>7-5395 Federal Bldg., Box 36028<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3463<br>Telephone: 415-436-6648<br>Facsimile: 415-436-6632<br>E-mail: mike.underhill@usdoj.gov |

JIM LETTEN
United States Attorney
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Ste. B-210
New Orleans, LA 70130

Attorneys for the UNITED STATES OF AMERICA

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of May 2011.

                                                  /s/ Sarah D. Himmelhoch