UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: DEEPWATER HORIZON** | * | **CIVIL ACTION** |
| | * | **NO. 10-CV-1156** <br> **C/W 10-CV-1196** |
| | * | **SECTION "J"** |
| | * | **DIVISION "1"** |
| | * | **JUDGE CARL J. BARBIER** |
| | * | **MAGISTRATE SHUSHAN** |
| | * | **Applies to 10-CV-1674** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

The Court has considered Plaintiff's Motion to Remand, all responsive briefing, and/or the arguments of counsel and is of the opinion that Plaintiff's motion is meritorious. It is therefore **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Motion to Remand is in all things granted and this case shall be remanded to the Civil District Court for the Parish of Orleans, State of Louisiana for further proceedings.

**SIGNED** this _____ day of _____, 2010

_____
HONORABLE CARL J. BARBIER
U.S. DISTRICT JUDGE