UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: DEEPWATER HORIZON | * | CIVIL ACTION |
| | * | NO. 10-CV-1156<br>C/W 10-CV-1196 |
| | * | SECTION "J" |
| | * | DIVISION "1" |
| | * | JUDGE CARL J. BARBIER |
| | * | MAGISTRATE SHUSHAN |
| | * | Applies to 10-CV-1674 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF HEARING

Please take notice that Plaintiff, Elton Johnson, will bring the attached Motion to Remand for hearing before Honorable Carl Barbier at the United States District Court for the Eastern District of Louisiana at 500 Poydras Street, Room C268, New Orleans, Louisiana 70130 at 9:30 a.m. on the 18th day of August, 2010.

Respectfully submitted,

**ARNOLD & ITKIN LLP**

*/s/ Robert P. Wynne*

_____

Robert P. Wynne
Louisiana State Bar No. 30123
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone: (713) 222-3800
Facsimile: (713) 222-3850

**ATTORNEYS FOR PLAINTIFF**

## Certificate of Service

I certify that on July 13, 2010, I served a copy of the foregoing pleading on all counsel of record to this proceeding by hand delivery, facsimile, electronic mail, ECF filing, or by depositing the same in the United States mail, properly addressed, and first-class postage pre-paid.

*/s/ Robert P. Wynne*

_____

Robert P. Wynne