UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2179 SECTION: "J" |
| THIS DOCUMENT RELATES TO: Civil Action No. 2:10-CV-1196 | | JUDGE CARL J. BARBIER MAG. JUDGE SALLY SHUSHAN |

### FINAL MOTION OF DISMISSAL WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes plaintiffs **MICHELLE M. JONES**, individually and as personal representative of the decedent Gordon Lewis Jones on behalf of his surviving beneficiaries including Michelle M. Jones, the children of Gordon Lewis Jones and Michelle M. Jones (Stafford Hess Jones and Maxwell Gordon Jones); **KEITH D. JONES** and **EILLEEN K. "MISSY" JONES**, and on suggesting to the Court that all matters and claims filed by any party against any party including but not limited to **BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, BP PLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., CAMERON INTERNATIONAL CORPORATION F/K/A COOPER-CAMERON CORPORATION, WEATHERFORD US L.P., ANADARKO PETROLEUM CORPORATION, ANADARKO E&P COMPANY LP, MOEX OFFSHORE 2007 LLC, MOEX USA CORPORATION, MITSUI OIL EXPLORATION CO., LTD., and M-I L.L.C.,**.

in this controversy have all been amicably settled and fully compromised, and move that same be dismissed, with full prejudice, each party bears their own costs.

Respectfully submitted,

JOHN W. deGRAVELLES (#04808)
RANDOLPH W. HUNTER (#7084)
J. NEALE deGRAVELLES (#29143)
deGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGE, L.L.P
618 Main Street
Baton Rouge, Louisiana 70801-1910
Telephone: 225-344-3735
Facsimile: 225-336-1146
jdegravelles@fphf-law.com
rhunter@dphf-law.com
ndegravelles@dphf-law.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 27th day of May, 2011, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Don K Haycraft, James P. Roy and Stephen J. Herman by operation of the court's electronic fling system and to all counsel of record through the Lexis Nexis File & Serve..

JOHN W. deGRAVELLES