UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

ORDER

[Working Group[1] Conference on Thursday, May 26, 2011]

This order reflects the action taken at the Working Group Conference on Thursday, May 26, 2011.

1.  **Deposition Issue.**

At one of the depositions, the PSC asked a BP employee whether anyone at BP, other than a lawyer for BP, suggested that the employee ought to have private counsel. The attorney for the BP employee instructed the witness not to answer the question. The Court determined that the question was permissible. Follow-up questions as to the identification of the person who communicated with the BP employee and what was said were also permissible. The PSC was cautioned that the line of questioning should be kept brief.

2.  **Fifth Amendment Witnesses**.

There was discussion concerning the order proposed by Anadarko. The matter was submitted. An order was issued on May 27, 2011 (Rec. doc. 2555).

3.  **Insurance Coverage**.

There was discussion concerning the competing proposals from BP and the Transocean

---

[1] The discovery "Working Group" shall be comprised of: one or two representatives of the PSC; one representative from each of the defendants; and coordinating counsel for the United States and coordinating counsel for the States. (Rec. Doc. 1099).

insurers.  The matter was submitted.

**4.**     **Issues Concerning Discovery from the U.S.**

The U.S. reported that the order regarding settlement communications would be presented to Judge Barbier on May 26, 2011.  It is working with the parties on issues concerning preservation of samples.  This will be on the agenda for June 17, 2011.  The U.S. also reported on discussions with BP an extension of its June 20, 2011 deadline to respond to discovery.

**5.**     **States Responses to Defendants' Discovery**.

There was no objection to the proposal by the States concerning their responses to State-related discovery.  Corey Maze circulated the proposal in an email dated, May 25, 2011.  If the States do not receive any objection to the proposal by **Tuesday, May 31, 2011**, the proposal shall be put in the form of an *ex parte* motion and order with the statement that it is unopposed.

**6.**     **June and July Depositions.**

    Albertin, Martin (N.O.)       July 12 and 13

    The dates are confirmed.

    Alberty, Mark

    Mr. Alberty is retired from BP.  BP is working to secure dates from him.

    Mr. Saucier (N.O.)       July 27 and 28

    Eric Neal (N.O.)       July 21 and 22

    Robert Neal (N.O.)       July 19 and 20

Mr. Saucier, Eric Neal and Robert Neal are MMS employees.  The dates for their depositions are confirmed.

Wright, John (Boots & Coots)

The PSC, Halliburton and BP will confer on a stipulation regarding the report prepared by Mr. Wright. A deposition of Mr. Wright in Houston may be an option.

O'Bryan, Pat (BP)(N.O.)     July 14 and 15

BP reported that the deposition was rescheduled from July 7 and 8.

Redd, Eddy

Transocean has not been able to communicate with Mr. Redd. It will provide his email address to the PSC.

Lindner, Leo             July 14 and 15

BP confirmed the deposition dates for Mr. Lindner

Morel, Brian             July 19 and 20

Mark Hafle              July 21 and 22

The PSC confirmed the dates for Mr. Morel and Mr. Hafle.

Rodriguez, Angel         July 29

This deposition is confirmed.

Yilmez, Barbara          July 20

This deposition is confirmed.

7. **Rescheduling of Depositions**.

In the absence of a medical excuse or family emergency the Court will not permit scheduled depositions to be rescheduled and all depositions required for the completion of expert reports for Phase One of the February 2012 trial shall be taken by **July 31, 2012.**

**8.     Additional Depositions To Be Scheduled Before July 31, 2011.**

The parties shall use their best efforts to schedule the following witnesses before July 31, 2011.  Some of the depositions will be limited to one day.  If the parties obtain dates for any of these depositions before June 17, 2011, please e-mail the undersigned, Mike O'Keefe, Liaison Counsel and Coordinating Counsel so they can be put on the calendar.

| | **Name (Employer)** | | **Requesting Party** | **Dates** |
|---|---|---|---|---|
| 1. | Burns, Tim (BP) | One day | PSC | |
| 2. | Chevron 30(b)(6)/Gardner, Craig | Two days | BP | |
| 3. | Daigle, Keith (BP) | Two days | PSC | |
| 4. | Daly, Mike (BP) | Two days | Transocean | |
| 5. | Dubois, Richard (Halliburton) | One day | BP | |
| 6. | Fleece, Trent (BP) | One day | U.S. | |
| 7. | Jackson, Curtis (BP) | One day | PSC | |
| 8. | Sannon, Bill (Transocean) | Two days | BP | |
| 9. | Skripnikova, Galina (BP) | Two days | Halliburton | |

**9.     London Depositions.**

The Court will be present for the first week of the depositions in London (June 6 through June 10).  The Court's presence at the depositions will not change the deposition protocols (PTOs 17 and 27).  There will be a dry run on **Friday, June 3, 2011**, at 2:00 p.m. U.K. time - 8:00 a.m New Orleans time.  Counsel shall carefully review counsel for BP's description of the procedures for registering to gain access to the London Kirkland & Ellis office.

All parties with witnesses being deposed in the U.K. (Or outside the U.S.) shall take every

reasonable measure to ensure that custodial production for the London depositions is completed in accord with the 14-day custodial file production and that "stragglers" are kept to the barest possible minimum.

10.     **Priority Requests for Additional Time**.

Anadarko, the United Stats, the PSC and the States have ceded time. A ruling will be issued on some requests before June 2, 2011.

11.     **BP/MOEX Settlement**.

The PSC requested production of the settlement and indemnity agreements. If BP objects by **Tuesday, May 31, 2011**, the parties shall meet-and-confer. If the dispute cannot be resolved, the PSC shall submit a letter brief by **Monday, June 6, 2011.** The parties opposing production shall submit a joint opposition by **Friday, June 10, 2011.**

12.     **Trial Preparation.**

At the February 27, 2012 trial, excerpts of depositions will be presented rather than the entire deposition. The PSC is working on a proposed sequence for designation of deposition excerpts and color coding scheme. This will not be on the agenda for June 17, 2011. The PSC shall report when it is ready.

13.     **Cameron's Request for Additions to BP 30(b)(6)**.

Cameron raised an issue concerning the Rule 30(b)(6) notice for BP in light of BP's cross-claim against Cameron. BP opposed any change to the Rule 30(b)(6) notice. Cameron will be permitted to add three topics to the BP Rule 30(b)(6) notice. However, the topics found in the letter of May 24, 2011 are too broad. Cameron shall narrow these topics and submit them to BP and the Court by **Tuesday, May 31, 2011.**

**14.    Other**.

The States reported on calls received from Short Form Claimants who are concerned about their ability to communicate with the GCCF. BP reported that GCCF understood that not all persons filing Short Form Claims were represented by counsel and it is working on the issue.

Halliburton reported a need for a brief extension to produce documents. There was no opposition.

**15.    Conference Schedule**.

**Parties are not required to have counsel present in the courtroom for these conferences. Counsel are encouraged to participate by telephone if it is more convenient and less expensive for them to do so.** The undersigned may schedule a conference in the future where telephone attendance only is permitted.

Friday, June 3, 2011 8:00 a.m. (N.O. time)(2:00 p.m. U.K. time)    London dry run.

**There will be no conference after the dry run.**

| | |
|---|---|
| Friday, June 10, 2011 | No conference |
| Friday, June 17, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, June 24, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, July 1, 2011, at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, July 8, 2011 | After Judge Barbier's status conference - WGC followed by meeting of LCC. |
| Friday, July 15, 2011, at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, July 22, 2011, at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, July 29, 2011, at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, July 29, 2011, at 9:30 a.m. | WGC followed by meeting of LCC. |

| | |
|---|---|
| Friday, August 5, 2011, at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, August 12, 2011 | After Judge Barbier's status conference - WGC followed by meeting of LCC. |
| Friday, August 19, 2011, at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, August 26, 2011, at 9:30 a.m. | WGC followed by meeting of LCC. |

Labor Day Break - August 31 through September 6, 2011.

New Orleans, Louisiana, this 27th day of May, 2011.

**SALLY SHUSHAN**
**United States Magistrate Judge**