UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | CIVIL ACTION |
| | MDL 2179 |
| Member Cases: 10-1864, 11-823, and 11-996 | SECTION: J(2) |

### ORDER

**IT IS ORDERED** that these three member cases, Sevin v. BP America, Inc. (10-1864), Southeast Recovery Group, L.L.C. v. BP America, Inc. (11-823), and Mones v. BP America, Inc, et al. (11-996) are hereby **REASSIGNED** and **REFERRED** to United States Magistrate Judge Joseph C. Wilkinson, Jr. (Division 2) for the purpose of pretrial case management, including issuing a scheduling order, overseeing discovery, and any other preliminary matters.

Parties are directed to use Magistrate Judge Wilkinson's information in the caption of future pleadings.

New Orleans, Louisiana this 27th day of May, 2011.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

REALLOTTED TO
**MAG. 2**
MAY 27 2011