## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VALENTINO MONES d/b/a TINO MONES SEAFOOD | No. 2:11-cv-0996 |
| | SECTION: "J" |
| *VERSUS* | HONORABLE CARL BATBIER |
| BP AMERICA, INC. and the ST. BERNARD PARISH GOVERNMENT through Craig P. Taffaro, Jr., its duly elected | MAG: (2) MAG. JOSEPH WILKINSON, JR |

### MOTION TO REMAND TO STATE COURT

Plaintiff, Valentino Mones d/b/a Tino Mones Seafood, appearing herein through his undersigned counsel, respectfully moves this Honorable Court to remand this case to the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana, from which it was improperly removed. The ground for removal is that there is a valid claim against the Parish of St. Bernard through its Parish President, which destroys the subject matter jurisdiction of this Honorable Court, all as more fully shown in the annexed memorandum in support of this motion to remand.

Respectfully submitted,

THE LAW OFFICES OF FRANK D. IPPOLITO

s/ Frank D. Ippolito
FRANK D. IPPOLITO, T.A. (#23611)
Attorney for Plaintiff
700 W. Judge Perez Drive, Suite 101, Chalmette, LA 70043
2201 Williams Blvd., Kenner, LA 70062
Mailing: Post Office Box 428
Chalmette, Louisiana  70044-0428
Telephone:  (504) 276-5500, (504) 467-7226
Facsimile: (504) 276-5530, (504) 467-7732

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON May 27, 2011, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system. I also certify that I have served this filing by electronic mail and by United States Postal Service to all counsel of record who are not registered to receive electronic services by operation of the Court's electronic filing system.

/s/ Frank D. Ippolito