Ph(281)366-0716
Fx(281)366-7094
coilrd@bp.com

---

**From:** Potocek, Richard W
**Sent:** Sunday, June 13, 2010 4:04 PM
**To:** Coil, Randy D.
**Subject:** Mr. Tino Munez

Randy,

I reached out to Tino and had a discussion with him. I explained the valuation of our land deals and the relevant size of his land in comparison and of course he is not very excited about it. I was offering him $2K/month for his land site (not including any dock or slip as he was not sure we are using that). Given that his site is about ½ an acre, that is the equivalent of $4K/mo/acre. This is the upper end of what we generally pay for land.

He of course has a much more skewed outlook and claims we are paying $3K/day for a similar site up the road with a Dean Melerine. I am not aware of any other contracts we have on Delacroix, but I am inquiring to find anything we might have. Regardless, he is going to check with some other people and get back to me, but his indication was that he is not interested at anything near this level.

When I hear back from him, I will get back in touch with you.

Thanks.


*Richard W. Potocek*
General Manager

Group Real Estate - M&A
BP America, Inc.
4101 Winfield Road
Cantera 3 MC3E
Warrenville, IL 60555

- Ofc:   630-821-2379
- Mobile: 630-881-5499
- Fax:   630-821-2177
- Email: richard.potocek@bp.com

http://grouprealestate.bpweb.bp.com/



EXHIBIT 1