UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VALENTINO MONES d/b/a TINO MONES SEAFOOD | No. 2:11-cv-0996 |
| | SECTION: "J" |
| *VERSUS* | HONORABLE CARL BATBIER |
| BP AMERICA, INC. and the ST. BERNARD PARISH GOVERNMENT through Craig P. Taffaro, Jr., its duly elected | MAG: (2) MAG. JOSEPH WILKINSON, JR. |

**NOTICE OF HEARING**

TO: OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHANNON S. HOTLZMAN, ESQ.          WILLIAM McGOEY, ESQ.
EMMA J. HINNIGAN                    8201 W. JUDGE PEREZ DRIVE
LISKOW & LEWIS                      CHALMETTE, LA 70043
701 POYDRAS STREET                  Attorney for St. Bernard
ONE SHELL SQUARE                    Parish Government
NEW ORLEANS, LA 70139-5099
Attorneys for BP America, Inc.

PLEASE TAKE NOTICE that upon the pleadings and proceedings heretofore had, and upon the annexed written motion to remand this case to the 34th Judicial District Court for the Parish of St. Bernard, undersigned counsel will bring the said motion to remand on for hearing before Honorable Carl Barbier, United States District Judge, in the Courtroom of Section "J" of the United States District Court for the Eastern District of Louisiana, on June 22, 2011 at 9:30 o'clock A.M., or as soon thereafter as counsel may be heard.

Respectfully submitted,

THE LAW OFFICES OF FRANK D. IPPOLITO

s/ Frank D. Ippolito
FRANK D. IPPOLITO, T.A. (#23611)
Attorney for Plaintiff
700 W. Judge Perez Drive, Suite 101, Chalmette, LA 70043
2201 Williams Blvd., Kenner, LA 70062
Mailing: Post Office Box 428
Chalmette, Louisiana 70044-0428
Telephone: (504) 276-5500, (504) 467-7226
Facsimile: (504) 276-5530, (504) 467-7732