UNITED STATES EASTERN DISTRICT COURT

STATE OF LOUISIANA

NO. 2:11-CV-0996

SECTION J (Barbier)

MAG. 2 (Wilkinson)

**VALENTINO MONES**
**D/B/A TINO MONES SEAFOOD**

**VERSUS**

**BP AMERICA, INC. AND ST. BERNARD PARISH GOVERNMENT THROUGH CRAIG P TAFFARO, JR., ITS DULY ELECTED PARISH PRESIDENT**

RESPONSE MEMORANDUM TO PLAINTIFF'S MOTION TO REMAND CONSENTING TO REMAND

Defendant, St. Bernard Parish Government, files this memorandum to convey to the court that it consents to plaintiff's motion to remand, as St. Bernard Parish Government contends that this dispute should be litigated in state court. Accordingly, St. Bernard Parish Government objects to the removal that BP America Inc. filed. Nothing contained herein should be construed as an admission of liability.

/s/ William M. McGoey, LSBA #14205
8201 W. Judge Perez Drive
Chalmette, Louisiana 70043
Telephone: (504) 278-4349
Facsimile: (504) 278-4493
Attorney for St. Bernard Parish Government

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded via the court's ECF notification system.

_____
WILLIAM MCGOEY