# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, on APRIL 20, 2010 | * | |
| | * | |
| | * | JUDGE BARBIER |
| Relates to:   All B1 Bundle Cases | * | |
| | * | |
| (Also relates to: No. 10-2771) | * | MAG. JUDGE SHUSHAN |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR LEAVE TO FILE
## SUPPLEMENTAL POST-ARGUMENT BRIEF

NOW INTO COURT, through Liaison Counsel, come Plaintiffs, who respectfully seek leave to file a Supplemental Post-Argument Brief, for the reasons that follow:

I.

During oral argument on the Motions to Dismiss the Claims in the Amended B1 Bundle Master Complaint, the Court asked Plaintiffs a specific question about the meaning of a phrase in 33 U.S.C. §2751, in the context of displacement.

II.

While Plaintiffs believe that they addressed the issue generally, Plaintiffs, out of an abundance of caution, want to be sure that they have responded to the Court's precise question.

III.

Plaintiffs' proposed Brief is concise, succinct, and narrowly-focused in response to the Court's specific question.

**WHEREFORE** Plaintiffs respectfully pray that leave to file their proposed Supplemental Post-Argument Brief be granted.

This 31st day of May, 2011.

Respectfully submitted,

|  |  |
|---|---|
| /s/   Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No. 11511 |
| **HERMAN HERMAN KATZ & COTLAR LLP** | **DOMENGEAUX WRIGHT ROY & EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: **sherman@hhkc.com** | E-Mail: **jimr@wrightroy.com** |
| *Plaintiffs Liaison Counsel* | *Plaintiffs Liaison Counsel* |

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that the above and foregoing Motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 31st day of May, 2011.

/s/   James Parkerson Roy and Stephen J. Herman