UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 |
| | * | JUDGE BARBIER |
| Relates to:   All B1 Bundle Cases | * * | |
| (Also relates to: No. 10-2771) | * * | MAG. JUDGE SHUSHAN |

*******************************************

**NOTICE OF SUBMISSION**

Subject to the provisions of PRE-TRIAL ORDER NO. 15, Plaintiffs tentatively submit their Motion for Leave to File a Supplemental Post-Argument Brief for hearing at 9:30 a.m. on June 22, 2011.

Respectfully submitted,

|  |  |
|---|---|
| /s/    Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No. 11511 |
| **HERMAN HERMAN KATZ & COTLAR LLP** | **DOMENGEAUX WRIGHT ROY & EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: **sherman@hhkc.com** | E-Mail: **jimr@wrightroy.com** |
| *Plaintiffs Liaison Counsel* | *Plaintiffs Liaison Counsel* |