UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: OIL SPILL** by the **OIL RIG** "**DEEPWATER HORIZON**" IN THE GULF OF MEXICO, on APRIL 20, 2010 | * * * * | **MDL NO. 2179** |
| | * | **JUDGE BARBIER** |
| Relates to:  All B1 Bundle Cases | * * | |
| (Also relates to: No. 10-2771) | * * | **MAG. JUDGE SHUSHAN** |

******************************************

## ORDER

**CONSIDERING** the Motion for Leave to the File Supplemental Post-Argument Brief:

**IT IS ORDERED** that leave is hereby granted, and the Plaintiffs' Supplemental Post-Argument Brief be filed into the record.

**SIGNED** this ___ day of _____, 2011.

_____
**Hon. Carl J. Barbier**
**U.S. District Court Judge**