U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    MAY 2 4) 2011

LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 11-30368

MD 10-2179-J

In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

Brian Ackerson

       Plaintiff

v.

TRITON ASSET LEASING GMBH, as managing owner and/or operator of the Modu Deepwater Horizon, in a cause for Exoneration from or Limitation of Liability; TRANSOCEAN HOLDINGS, L.L.C., as managing owner and/or operator of the Modu Deepwater Horizon, in a cause for Exoneration from or Limitation of Liability; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED, as managing owner and/or operator of the Modu Deepwater Horizon, in a cause for Exoneration from or Limitation of Liability; TRANSOCEAN DEEPWATER, INCORPORATED, as managing owner and/or operator of the Modu Deepwater Horizon, in a cause for Exoneration from or Limitation of Liability,

       Petitioners - Appellees

v.

BP Expoloration & Production, Incorporated; Et Al

       Defendants

v.

THE ST. JOE COMPANY,

       Movant - Appellant

```
___ Fee _____
___ Process _____
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____
```

11-30368

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

Before JOLLY, GARZA, and STEWART, Circuit Judges.

PER CURIAM:

IT IS ORDERED that appellees' opposed motion to dismiss the appeal for lack of jurisdiction is GRANTED.

IT IS FURTHER ORDERED that appellees' opposed motion to expedite the ruling on the motion to dismiss is DENIED AS MOOT.

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
         Deputy
New Orleans, Louisiana        2 5 MAY 2011

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

May 25, 2011

Ms. Loretta Whyte  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

    No. 11-30368,  In Re: Deepwater Horizon  
        USDC No. 2:10-MD-2179  
        USDC No. 2:10-CV-2771

Enclosed is a copy of the judgment issued as the mandate.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: Dawn D. Victoriano  
                    Dawn D. Victoriano, Deputy Clerk  
                    504-310-7717

cc w/encl:  
    Mr. William A Brewer III  
    Ms. Rachel Giesber Clingman  
    Mr. Michael Joseph Collins  
    Mr. John M Elsley  
    Mr. Everett R. Fineran  
    Mr. James M. Garner  
    Mr. Robert W. Gifford  
    Mr. Daniel O. Goforth  
    Ms. Dana Livingston  
    Mr. Innes A Mackillop  
    Mr. Evans Martin McLeod  
    Mr. Joseph Nicholas Mole  
    Mr. Frank Anthony Piccolo I  
    Mr. James Stephen Renard  
    Mr. Roger Dale Townsend  
    Mr. Campbell E. Wallace

*Mandate Issued - MDT-1*