UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding PSC's Request for Discovery of Caspian Sea Incident] (Rec. doc. 2535)**

The PSC requests discovery from BP concerning its analysis of a September 17, 2008 well control incident in the Caspian Sea. Rec. doc. 2535. BP submitted a response, dated May 24, 2011, which has not yet been filed in the record. For the reasons orally assigned at the May 20, 2011 discovery status conference (Rec. docs. 2536),

IT IS ORDERED that the PSC's request for discovery from BP concerning its analysis of the September 17, 2008 well control incident in the Caspian Sea (Rec. doc. 2535) is DENIED.

New Orleans, Louisiana, this 31st day of May, 2011.

SALLY SHUSHAN
**United States Magistrate Judge**