UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 <br><br> Section: J |
| This Document Relates to: <br><br> 2:10-cv-08888-CJB-SS, Document 34742 | Judge Barbier <br> Mag. Judge Shushan |

### ORDER ON MOTION TO WITHDRAW

Pursuant to a Motion to Withdraw filed on May 26, 2011, it is hereby ordered that counsel Alex Peet is permitted to withdraw from representation of Peter Ehrlich, who will now proceed *pro se*.

New Orleans, Louisiana this 27th day of May, 2011.

_____
United States District Judge