UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig　　　　　　　　MDL No. 2179
　　　"Deepwater Horizon" in the
　　　Gulf of Mexico, on
　　　April 20, 2010　　　　　　　　　　　　Section: J

This Document Relates to:　　　　　　　　Judge Barbier
　　　　　　　　　　　　　　　　　　　　Mag. Judge Shushan
2:10-cv-08888-CJB-SS, Document 42690

## ORDER ON MOTION TO WITHDRAW

Pursuant to a Motion to Withdraw filed on May 26, 2011, it is hereby ordered that counsel Alex Peet is permitted to withdraw from representation of Peter Ehrlich, who will now proceed *pro se*.

New Orleans, Louisiana this 27th day of May, 2011.

_____
United States District Judge