UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: "J" |
| THIS DOCUMENT RELATES TO:<br>Civil Action No. 2:10-CV-1196<br>Michelle M. Jones, et al vs. B.P.<br>Exploration & Production, Inc., et al | ) ) ) ) | <br>JUDGE CARL J. BARBIER<br><br>MAG. JUDGE SALLY SHUSHAN |

## ORDER

Considering the above and foregoing Final Motion of Dismissal;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all matters in this controversy filed by **MICHELLE M. JONES**, individually and as personal representative of the decedent Gordon Lewis Jones on behalf of his surviving beneficiaries including Michelle M. Jones, the children of Gordon Lewis Jones and Michelle M. Jones (Stafford Hess Jones and Maxwell Gordon Jones); **KEITH D. JONES** and **EILLEEN K. "MISSY" JONES** against any party including but not limited to **BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, BP PLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC, TRITON ASSET LEASING GMBH, HALLIBURTON ENERGY SERVICES, INC., CAMERON INTERNATIONAL CORPORATION F/K/A COOPER-CAMERON CORPORATION, WEATHERFORD US L.P., ANADARKO PETROLEUM CORPORATION, ANADARKO E&P COMPANY LP, MOEX OFFSHORE 2007 LLC, MOEX USA CORPORATION, MITSUI OIL**

- 2 -

**EXPLORATION CO., LTD.,** and **M-I L.L.C.,**. be and the same are hereby dismissed and discontinued, with full prejudice, each party to bear their own costs.

**SIGNED IN NEW ORLEANS, LOUISIANA**, this \_\_\_\_\_ day of _____, 2011.

_____
**HONORABLE CARL J. BARBIER**
**UNITED STATES DISTRICT COURT JUDGE**