## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:   OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

THIS DOCUMENT RELATES TO:
02:10-CV-1196

MDL NUMBER 2179 SECTION: J

JUDGE BARBIER

MAGISTRATE JUDGE SHUSHAN

*************************************************************************************************

## NOTICE OF SUBMISSION

Pursuant to Fed. R. Civ. Proc. LR 7.2E, please take notice that plaintiffs, **MICHELLE M. JONES**, individually and as personal representative of the decedent Gordon Lewis Jones on behalf of his surviving beneficiaries including Michelle M. Jones, the children of Gordon Lewis Jones and Michelle M. Jones (Stafford Hess Jones and Maxwell Gordon Jones); **KEITH D. JONES** and **EILEEN K. "MISSY" JONES**, file their Final Motion of Dismissal with Prejudice and is hereby set for submission on the 22nd day of June, 2011, before Judge Barbier , United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana.

Respectfully submitted:

_s/John W. deGravelles_

**JOHN W. deGRAVELLES** (#04808)
RANDOLPH W. HUNTER (#7084)
J. NEALE deGRAVELLES (#29143)
deGravelles, Palmintier, Holthaus & Frugé, L.L.P.
618 Main Street
Baton Rouge, Louisiana  70801-1910
Telephone:  225/344-3735
Facsimile:  225/336-1146
jdegravelles@dphf-law.com
rhunter@dphf-law.com
ndegravelles@dphf-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of May, 2011, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Don K. Haycraft, James P. Roy and Stephen J. Herman by operation of the court's electronic filing system and to all counsel of record through the Lexis Nexis File & Serve.


_____*s/John W. deGravelles*_____
**JOHN W. deGRAVELLES**