# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| *All cases in Pleading Bundles B1 and B3*; | * | MAGISTRATE NO. 1 |
| 10-2771 | * | MAGISTRATE SHUSHAN |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## *EX PARTE* MOTION FOR LEAVE TO FILE
## SUPPLEMENTAL MEMORANDUM

**NOW INTO COURT**, come Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP (collectively "Anadarko") and respectfully request leave to file the attached Supplemental Memorandum in Support of Motions to Dismiss the Amended Master Complaints for Pleading Bundles B1 and B3, attached as Exhibit A. The Supplemental Memorandum is necessary to respond to erroneous arguments raised by Plaintiffs' counsel for the first time during oral argument on May 26, 2011.

**WHEREFORE**, Anadarko prays that this Honorable Court grant the requested leave to file the attached Supplemental Memorandum.

DATED: May 31, 2011                Respectfully submitted,

                                   BINGHAM McCUTCHEN LLP

                                   /s/ *Ky E. Kirby*
                                   Ky E. Kirby
                                   ky.kirby@bingham.com
                                   David B. Salmons
                                   david.salmons@bingham.com

Michael B. Wigmore
michael.wigmore@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-069

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing Motion to Dismiss to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on May 31, 2011.

                                                                                       /s/ *Ky E. Kirby*
                                                                                         Ky E. Kirby