UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico on April 20, 2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| *All cases in Pleading Bundles B1 and B3*; | * | |
| No. 10-2771 | * | |
| | * | MAGISTRATE NO. 1 |
| | * | MAGISTRATE SHUSHAN |
| *  *  *  *  *  *  *  *  *  *  *  * | | |

**MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM**

Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP (collectively "Anadarko") respectfully submit this Memorandum in Support of their Motion for Leave to File Supplemental Memorandum:

MAY IT PLEASE THE COURT:

During the May 26, 2011 oral argument on the Motions to Dismiss the Claims in the Amended Master Complaints for Pleading Bundles B1 and B3, Plaintiffs' counsel asserted three erroneous arguments that had never previously been asserted in this case: (1) that the Operating Agreement contains provisions giving Anadarko control over BP's operations; (2) that recent deposition evidence shows Anadarko employees were monitoring well conditions; and (3) that the Operating Agreement created a "joint venture" by which Anadarko could be held vicariously liable for BP's negligence.

Because Plaintiffs never briefed these fallacious contentions prior to oral argument, and Anadarko was not able to respond to Plaintiffs' arguments at the hearing, Anadarko respectfully requests leave to address them in the proposed Supplemental Memorandum attached hereto as Exhibit A.

Respectfully submitted,

DATED: May 31, 2011

BINGHAM McCUTCHEN LLP

/s/ *Ky E. Kirby*
Ky E. Kirby
ky.kirby@bingham.com
David B. Salmons
david.salmons@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com

3

1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on May 31, 2011.

_____/s/ *Ky E. Kirby*_____
Ky E. Kirby