UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | : | MDL No. 2179 |
| "Deepwater Horizon" | : | |
| in the Gulf of Mexico, | : | SECTION: J |
| on April 20, 2010 | : | |
| | : | |
| This Document Relates to: | : | JUDGE BARBIER |
| U.S. v. BP Exploration & Production, et al. | : | MAGISTRATE SHUSHAN |
| No. 2:10-cv-04536 | : | |

**PLAINTIFF UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THE LIABILITY OF THE ANADARKO DEFENDANTS**

Plaintiff United States hereby moves pursuant to Fed. R. Civ. P. 56 for partial summary judgment as to the liability of the Defendants Anadarko E&P Company LP ("A E&P") and Anadarko Petroleum Corporation ("APC") (collectively the "Anadarko Defendants") on the grounds that each are liable under the Oil Pollution Act ("OPA"), Section 1002(a), 33 U.S.C. § 2702(a), based on their status as lessees at the time of a discharge of oil into the Gulf of Mexico from the Macondo Well, and under Section 311(b)(7) of the Clean Water Act ("CWA"), 33 U.S.C. § 1321(b)(7), based on their status as operators under the CWA.

As demonstrated in the attached Statement of Undisputed Material Facts ("SMF") and memorandum in support of this Motion, there is no genuine dispute as to the material facts that render the Anadarko Defendants liable under OPA and the Clean Water Act.  APC and A E&P were lessees at the time of the discharge following the blowout that occurred on April 20, 2010. As lessees, these defendants are responsible parties as defined in OPA Section 1001(32)(C), 33 U.S.C. § 2701(32)(C), and as responsible parties they are liable under OPA.  OPA Section 1002(a), 33 U.S.C. § 2702(a).  A E&P's retroactive assignment of its 22.5% interest, approved

by the Mineral Management Service on April 28, 2010, does not vitiate A E&P's liability for the discharge resulting from the April 20, 2010 well blowout.

APC and A E&P are also liable as operators as a matter of law under the CWA by virtue of the mandate set forth in OCSLA that they "maintain all operations within [the] lease area . . . in compliance with regulations intended to protect persons, property, and the environment on the outer Continental Shelf. . . ."  43 U.S.C § 1348(b).

Therefore, for the reasons stated herein and in the accompanying statement of undisputed facts and memorandum in support, the United States' motion for summary judgment seeking to hold the Anadarko Defendants liable under OPA and the Clean Water Act should be granted.

A proposed order accompanies this request.


Respectfully Submitted:

| | |
|---|---|
| IGNACIA S. MORENO | TONY WEST |
| Assistant Attorney General | Assistant Attorney General |
| Environment & Natural Resources Division | Civil Division |
| | |
| JAMES NICOLL | PETER F. FROST |
| Senior Counsel | Director, Torts Branch, Civil Division |
| NANCY FLICKINGER |    Admiralty and Aviation |
| Senior Attorney | STEPHEN G. FLYNN |
| SARAH HIMMELHOCH | Assistant Director |
| Senior Litigation Counsel | MICHELLE DELEMARRE |
| DEANNA CHANG | SHARON SHUTLER |
| SCOTT CERNICH | JESSICA SULLIVAN |
| A. NATHANIEL CHAKERES | JESSICA MCCLELLAN |
| JUDY HARVEY | DAVID PFEFFER |
| MATT LEOPOLD | Trial Attorneys |
| Trial Attorneys | |
| | |
| /s/ Steven O'Rourke | /s/ R. Michael Underhill |
| STEVEN O'ROURKE | R. MICHAEL UNDERHILL, T.A. |
| Senior Attorney | Attorney in Charge, West Coast Office |
| Environmental Enforcement Section | Torts Branch, Civil Division |

U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779
Facsimile: 202-514-2583
E-mail: steve.o'rourke@usdoj.gov

JIM LETTEN
United States Attorney
Sharon Smith
Assistant United States Attorney
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Ste. B-210
New Orleans, LA 70130

Attorneys for the UNITED STATES OF AMERICA

U.S. Department of Justice
7-5395 Federal Bldg, Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463
Telephone: 415-436-6648
Facsimile: 415-436-6632
E-mail: mike.underhill@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff United States' Motion for Partial Summary Judgment as to the Liability of the Anadarko Defendants, Statement of Undisputed Material Facts, Combined Memorandum of Law in Support of the Motion for Partial Summary Judgment and in Opposition to Defendant Anadarko E&P Company LP's Motion to Dismiss, and Exhibits thereto have been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31th day of May 2011.

*/s/ Steven O'Rourke*
Steven O'Rourke