UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : : | MDL No. 2179  SECTION: J |
| This Document Relates to: U.S. v. BP Exploration & Production, et al. No. 2:10-cv-04536 | : : : : | JUDGE BARBIER MAGISTRATE SHUSHAN |

**ORDER**

CONSIDERING THE MOTION of Plaintiff United States for partial summary judgment as to the liability of Defendant Anadarko Exploration and Production Company LP ("A E&P") and Defendant Anadarko Petroleum Corporation ("APC"),

IT IS HEREBY ORDERED that motion be and is hereby GRANTED, and that the Defendants APC and A E&P are each liable to the United States as an operator under the Clean Water Act, 33 U.S.C. § 1321(b)(7), and as a responsible party under the Oil Pollution Act, 33 U.S.C. § 2702(a).

New Orleans, Louisiana, this ___ day of _____, 20__

_____
UNITED STATES DISTRICT JUDGE

.