**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  **Oil Spill by the Oil Rig** | : | **MDL No. 2179** |
| **"Deepwater Horizon"** | : | |
| **in the Gulf of Mexico,** | : | **SECTION: J** |
| **on April 20, 2010** | : | |
| | : | |
| **This Document Relates to:** | : | **JUDGE BARBIER** |
| ***U.S. v. BP Exploration & Production, et al.*** | : | **MAGISTRATE SHUSHAN** |
| **No. 2:10-cv-04536** | : | |

**STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF**
**PLAINTIFF UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGEMENT**

Plaintiff United States submits this statement of undisputed material facts in support of its

Motion for Partial Summary Judgment as to the Liability of Defendants Anadarko Petroleum

Corporation ("APC") and Anadarko E&P Company LP ("A E&P") pursuant to Fed. R. Civ. P.

56 and Local Rule 56.1 (February 2011).

1.  BP Exploration & Production Inc. ("BP") acquired Lease OCS-G 32306 for Block 252,

    Mississippi Canyon, OCS Official Protraction Diagram, NH 16-10 ("Lease"), effective

    June 1, 2008.  *See* Answer of APC to Compl. of U.S. ¶¶ 24, 25; A E&P Memorandum of

    Law ("A E&P Mem.") in Support of Motion of Defendant Anadarko E&P Company LP

    to Dismiss the Complaint of the United States Pursuant to Federal Rule of Civil

    Procedure 12(b)(6) [doc. 1861], Ex. 2; Plaintiff United States' Combined Memorandum

    of Law ("United States' Memorandum"), Ex. 1 (Declaration of Ann H. Glazner) ¶ 3 and

    Ex. 2 (Lease).

2.  BP assigned a 22.5% Record Title Interest in the Lease to A E&P.  BP executed the

    assignment on or about December 17, 2009, A E&P submitted the assignment to MMS

    on February 12, 2010, and MMS approved the assignment on February 23, 2010.  *See*

Answer of APC to Compl. of U.S. ¶¶ 29, 30; A E&P Mem., Ex. 4; and United States' Memorandum, Ex. 1 (Declaration of Ann H. Glazner) ¶ 4 and Ex. 3 (Assignment of Record Title Interest Conveying 22.5% Interest in MC 252 to Anadarko A E&P).

3. Upon approval by MMS, BP's assignment to A E&P was made effective October 1, 2009. *See* Answer of APC to Compl. of U.S., ¶ 29; A E&P Mem., Ex. 4; and United States' Memorandum, Ex. 1 (Declaration of Ann H. Glazner) ¶ 4 and Ex. 3 (Assignment of Record Title Interest Conveying 22.5% Interest in MC 252 to A E&P).

4. BP assigned a 2.5% Record Title Interest in the Lease to APC.  BP executed the assignment on or about December 17, 2009, APC submitted the assignment to MMS on or about February 12, 2010, and MMS approved the assignment on February 23, 2010. *See* Answer of APC to Compl. of U.S. ¶¶ 29, 31; United States' Memorandum, Ex. 1 (Declaration of Ann H. Glazner) ¶ 5 and Ex. 4 (Assignment of Record Title Interest Conveying 2.5% Interest in MC 252 to APC).

5. Upon approval by MMS, BP's assignment to APC was made effective as of October 1, 2009.  *See* Answer of APC to Compl. of U.S., ¶¶ 29, 31; United States' Memorandum, Ex. 1 (Declaration of Ann H. Glazner) ¶ 5.

6. On or about December 17, 2009, APC, A E&P and BP executed a Lease Exchange Agreement.  *See* Answer of APC to Compl. of U.S. ¶ 29; A E&P Mem., Ex. 3.

7. A E&P assigned its 22.5% Record Title Interest in the Lease to APC.  A E&P submitted the assignment to MMS on or about April 20, 2010, and MMS approved the assignment on April 28, 2010.  *See* A E&P Mem., Ex. 5; United States' Memorandum, Ex. 1, (Declaration of Ann H. Glazner) ¶ 8.

8. As of April 20, 2010, MMS had not approved the A E&P reassignment of its interest in the Lease, and A E&P held 22.5% of the Lease. *See* A E&P Mem., Ex. 5; United States' Memorandum, Ex. 1 (Declaration of Ann H. Glazner) ¶ 8.

9. MMS approved the reassignment of A E &P's interest in the Lease on April 28, 2010, and A E&P's assignment to APC was made effective April 1, 2010. *See* A E&P Mem., Ex. 5; United States' Memorandum, Ex. 1 (Declaration of Ann H. Glazner) ¶ 8.

10. Pursuant to the Lease, an exploratory well was constructed on Mississippi Canyon Block 252 (the "Macondo Well"). *See* United States' Memorandum, Ex. 9 (Report to the President, January 2011, National Commission on the BP  Deepwater Horizon Oil Spill and Offshore Drilling ("Report") *available at* http://www.oilspillcommission.gov/final-report), at 90-94, and Ex. 10 (Declaration of David J. Trocquet) ¶ 3.

11. Pursuant to the Lease, the wellhead, casings, tubulars, and other components of the Macondo Well were installed in the wellbore prior to April 20, 2010. *See* United States' Memorandum Ex. 9 (Report), at 90-94, and Ex. 10 (Declaration of David J. Trocquet) ¶ 3.

12. On April 20, 2010, there was a blowout of the Macondo Well, and fires and explosions on the drilling rig Deepwater Horizon. *See* Answer of APC to Compl. of U.S. ¶ 13; United States' Memorandum,  Ex. 9 (Report), at vi-viii.

13. Oil was discharged from the Macondo Well into the Gulf of Mexico as a result of the blowout of the Macondo Well on April 20, 2010.  The discharge of oil continued for several months thereafter.  *See* Answer of APC to Compl. of U.S. ¶¶ 61, 63; United States' Memorandum, Ex. 9 (Report), at 131-36, 139-71; NASA Satellites' View of Gulf

Oil Spill Over Time *available at* http://www.nasa.gov/topics/earth/features/oil-spill-video.html.[1]

14. The oil caused a film or sheen or discoloration on the surface of the water.  *See* United States' Memorandum, Ex. 9 (Report), at 131-36, 139-171 (discussing "sheen" and "slick" visible in the days following the blowout of the Macondo Well on April 20, 2010); NASA Satellites' View of Gulf Oil Spill Over Time *available at* http://www.nasa.gov/topics/earth/features/oil-spill-video.html; United States' Memorandum, Ex. 14 (NASA's Satellite Image of the Gulf of Mexico on April 25, 2010, *available at* http://earthobservatory.nasa.gov/NaturalHazards/view.php?id=43768).

15. The Macondo Well is located on the Outer Continental Shelf approximately 50 miles from the Mississippi River delta.  Oil was discharged from the Macondo Well into the waters of the Gulf of Mexico within 200 nautical miles of the United States' coastline. Oil discharged from the Macondo Well spread to waters of the Gulf of Mexico within 3 miles of the coastline of the United States and onto adjoining shorelines.  *See* Answer of APC to Compl. of U.S. ¶¶ 61, 63; United States' Memorandum, Ex. 9 (Report), at viii, 197-98; United States' Memorandum, Ex. 14 (NASA's Satellite Image of the Gulf of Mexico on April 25, 2010, *available at* http://earthobservatory.nasa.gov/NaturalHazards/view.php?id=43768); United States' Memorandum, Ex. 15, NASA satellite image of the Gulf of Mexico oil spill on May 24, 2010,  *available at* http://earthobservatory.nasa.gov/NaturalHazards/view.php?id=44070;

---

[1] The video itself is not being attached as an exhibit but can be viewed online at the web address indicated above.  If the Court would like a copy of the video, the United States will prepare it and submit it as a supplemental exhibit.

United States' Memorandum, Ex. 16 (NASA satellite image of the Gulf of Mexico oil

spill on June 25, 2010, *available at*

http://earthobservatory.nasa.gov/NaturalHazards/view.php?id=44452); United States'

Memorandum, Ex. 17 (National Geographic Images of the Gulf of Mexico Oil Spill,

*available at* http://ngm.nationalgeographic.com/2010/10/gulf-oil-spill/gulf-spill-

photography)

16. Anadarko E&P Company LP is a limited liability company incorporated in the State of

Delaware.  *See* Answer of APC to Compl. of U.S. ¶ 16.

17.  Anadarko Petroleum Corp. is a corporation incorporated in the State of Delaware. *See*

Answer of APC to Compl. of U.S. ¶ 17.

### Admissibility of Exhibits

A court may take judicial notice "at any stage of the proceeding" of a fact that is "not

subject to reasonable dispute in that it is either (1) generally known within the territorial

jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to

sources whose accuracy cannot reasonably be questioned,"  Fed. R. Evid. 201(b) & (f).  *See also*

*Kitty Hawk Aircargo, Inc. v. Chao*, 418 F.3d 453, 457 & n.9 (5th Cir. 2005) (information

available, *inter alia*, "on [an] agency's website" was "capable of accurate and ready

determination by resort to a source whose accuracy on the matter cannot reasonably be

questioned"); *Terrebonne v. Blackburn*, 646 F.2d 997, 1000 n.4 (5th Cir. 1981) ("Absent some

reason for mistrust, courts have not hesitated to take judicial notice of agency records and

reports."); *In re Katrina Canal Breaches Consol. Litig.*, 533 F. Supp. 2d 615, 632 (E.D. La.

2008) (explaining that courts may take judicial notice of information published on government

websites and compiling cases discussing same); *Hamilton v. Paulson*, 542 F. Supp. 2d 37, 52

n.15 (D.D.C. 2008) ("[D]ue to the fact that the document is located on the website for the United States [agency], it is 'capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned,' and therefore subject to judicial notice by the Court" under Fed. R. Evid. 201. (quoting Fed. R. Evid. 201(b)).

Respectfully submitted,

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources
   Division

JAMES NICOLL
  Senior Counsel
NANCY FLICKINGER
  Senior Attorney
SARAH HIMMELHOCH
  Senior Litigation Counsel
DEANNA CHANG
  Trial Attorney
SCOTT CERNICH
  Trial Attorney
A. NATHANIEL CHAKERES
  Trial Attorney
JUDY HARVEY
  Trial Attorney
MATT LEOPOLD
  Trial Attorney

TONY WEST
Assistant Attorney General
Civil Division

PETER F. FROST
Director, Torts Branch, Civil Division
Admiralty and Aviation
STEPHEN G. FLYNN
Assistant Director
MICHELLE DELEMARRE
Trial Attorney
SHARON SHUTLER
Trial Attorney
JESSICA SULLIVAN
Trial Attorney
JESSICA MCCLELLAN
Trial Attorney
DAVID PFEFFER
Trial Attorney
MALINDA LAWRENCE
Trial Attorney
Torts Branch, Civil Division
P.O. Box 14271
Washington, D.C. 20044-4271
Telephone: 202-616-4000
Facsimile: 202-616-4002

6

*/s/ Steven O'Rourke*
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779
Facsimile: 202-514-2583
E-mail: steve.o'rourke@usdoj.gov

*/s/ R. Michael Underhill*
R. MICHAEL UNDERHILL, T.A.
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463
Telephone: 415-436-6648
Facsimile: 415-436-6632
E-mail: mike.underhill@usdoj.gov

JIM LETTEN
United States Attorney
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Ste. B-210
New Orleans, LA 70130

Attorneys for the UNITED STATES OF AMERICA