# EXHIBIT 1

In Support of

Plaintiff United States' Combined Memorandum of Law: (1) In Opposition to Defendant Anadarko E&P Company LP's Motion to Dismiss [Doc. 1861] and (2) In Support of United States' Motion for Partial Summary Judgment as to the Liability of the Anadarko Defendants

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL NO. 2179 |
| | : | SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| 2:10-CV-02771 | : : | MAGISTRATE JUDGE SHUSHAN |

..................................................................................................................................

## DECLARATION OF ANN H. GLAZNER

I, Ann H. Glazner, hereby declare and state as follows:

1. I am employed as Unit Supervisor of the Adjudication Unit in the Office of Leasing and Environment, Leasing Activities Section for the Bureau of Ocean Energy Management, Regulation and Enforcement (BOEMRE) (formerly known as the Minerals Management Service), Gulf of Mexico Region. I make and submit this declaration based on my personal knowledge of the information available to me from the files maintained by my office in this matter.

2. The Gulf of Mexico Region Adjudication Unit within BOEMRE adjudicates leases and assignments of record title, and processes the designation of operator forms for leases in the Gulf of Mexico. As part of my official duties as the Unit Supervisor of the Gulf of Mexico Region Adjudication Unit, I oversee the adjudicating and processing of these records. These records are maintained in the ordinary course of my agency's business. I have first-hand

knowledge regarding the documents indentified below and marked as Exhibits 2 through 7 to Plaintiff United States' Combined Memorandum of Law ("United States' Memorandum").

3. Exhibit 2 to the United States' Memorandum is a complete copy of the Oil and Gas Lease of Submerged Lands under the Outer Continental Shelf Lands Act, OCS-G 32306, Block 252, Mississippi Canyon, entered into by the United States and BP Exploration & Production Inc., effective June 1, 2008.

4. Exhibit 3 to the United States' Memorandum is a true copy of the Assignment of Record Title Interest in OCS-G 32306, Block 252, Mississippi Canyon, whereby BP Exploration & Production Inc. conveyed a 22.5% interest to Anadarko E&P Company LP, approved February 23, 2010.

5. Exhibit 4 to the United States' Memorandum is a true copy of the Assignment of Record Title Interest in OCS-G 32306, Block 252, Mississippi Canyon, whereby BP Exploration & Production Inc. conveyed a 2.5% interest to Anadarko Petroleum Corporation, approved February 23, 2010.

6. Exhibit 5 to the United States' Memorandum is a true copy of the Designation of Operator for OCS-G 32306, Block 252, Mississippi Canyon, whereby Anadarko E&P Company LP designated BP Exploration & Production Inc. as its operator and local agent with full authority to act on its behalf in complying with the terms of the lease and applicable regulations.

7. Exhibit 6 to the United States' Memorandum is a true copy of the Designation of Operator for OCS-G 32306, Block 252, Mississippi Canyon, whereby Anadarko Petroleum Corporation designated BP Exploration & Production Inc. as its operator and local agent with full authority to act on its behalf in complying with the terms of the lease and applicable regulations.

8. Exhibit 7 to the United States' Memorandum is a true copy of the Assignment of Record Title Interest in OCS-G 32306, Block 252, Mississippi Canyon, whereby Anadarko E&P Company LP conveyed its 22.5% interest to Anadarko Petroleum Corporation, approved April 28, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __31st__ day of May, 2011, in New Orleans, Louisiana.

_____
Ann H. Glazner