**EXHIBIT 7**

In Support of

Plaintiff United States' Combined Memorandum of Law: (1) In Opposition to Defendant Anadarko E&P Company LP's Motion to Dismiss [Doc. 1861] and (2) In Support of United States' Motion for Partial Summary Judgment as to the Liability of the Anadarko Defendants

```
                                                                          Date   28-APR-2010
                                        Serial Register Page
                                                                          Page   2
OCS-G32306
Current Status PRIMRY             Central Gulf of Mexico          Sale#  206     Sale Date MAR 19, 2008



28-APR-2010    ✓Record title interest is now held as follows, effective 04/01/2010:

               Anadarko Petroleum Corporation                                     25.00000 %
               BP Exploration & Production Inc.                                    65.00000 %
               MOEX Offshore 2007 LLC                                             10.00000 %
```

OCS-G32306

* * * * * *          UNCLASSIFIED          * * * * * *



Anadarko
E&P Company LP



RECEIVED
APR 21 2010
ADJUDICATION UNIT
MS 5421

April 20, 2010

<u>VIA UPS</u>

Ms. Ann Glazner
U. S. Department of the Interior
Minerals Management Service
1201 Elmwood Park Boulevard
New Orleans, Louisiana 70123-2394

Attention: Adjudication Unit-Mail Stop-5421

Re: Assignment of Record Title Interest-MMS-150
OCS-G 32306, Mississippi Canyon 252

Dear Ms. Glazner:

Enclosed for your further handling and approval, Anadarko E&P Company LP (00148) submits
the following:

| MMS Form Number | Form Title | Description | Area/Block Affected |
|---|---|---|---|
| Form MMS-150 (2-originals) | Assignment of Record Title Interest in Federal OCS Oil and Gas Lease | Anadarko E&P Company LP (00148) assigns Anadarko Petroleum Corporation (00981) 22.50% Record Title | Mississippi Canyon Block 252, OCS-G 32306 |

The filing fee for the above referenced Assignment of Record Title Interest was paid through
pay.gov tracking ID 250N46A6 / Agency ID: 74112440647.   Enclosed are two copies of the
receipt for your convenience.

If you have any questions, you may contact the undersigned at 832-636-3002.

Thank you for your consideration.

Sincerely,

Vera Wells
GOM-Land

Enclosures

ANADARKO E&P COMPANY LP • P.O. BOX 1330 • HOUSTON, TEXAS 77251-1330

U. S. Department of the Interior
Minerals Management Service

OMB Control Number: 1010-0006
OMB Approval Expires:  05/31/2010

OCS-G 32306

APR 2 1 2010

ADJUDICATION UNIT
MS 5421

ASSIGNMENT OF RECORD TITLE INTEREST IN
FEDERAL OCS OIL AND GAS LEASE

Lease No.
June 1, 2008
Lease Effective Date

New Lease No. (MMS Use Only)

---

## Part A: Assignment

**Legal description of land/area being assigned:**

All of Block 252, Mississippi Canyon

**Assignor(s) does hereby sell, assign, transfer and convey unto Assignee(s) the following undivided right, title and interest:**

**Insert name and Company number of each Assignor and Assignee.**

| Assignor(s): | Percentage Interest Conveyed |
| --- | --- |
| Anadarko E&P Company LP (00148) | 22.50% |

| Assignee(s): | Percentage Interest Received |
| --- | --- |
| Anadarko Petroleum Corporation (00981) | 22.50% |

The approval of this assignment is restricted to record title interest only.

☐ Exhibit "A," which sets forth other provisions between Assignor(s) and Assignee(s), is attached to and made a part of this assignment.

This Assignment of Record Title Interest has been filed as of the date stamped on this document and hereby approved by the Minerals Management Service on the date below.

By _____
Authorized Official for MMS

Acting Supervisor, Adjudication Unit
Title

APR 2 8 2010
Approval Date

---

### For MMS Use only – Do Not Type Below This Line

Paperwork Reduction Act of 1995 (PRA) Statement:  The PRA (44 U.S.C. 3501 et seq.) requires us to inform you that we collect this information to use in the adjudication process involved in leasing and lease operations.  The MMS uses the information to track ownership of leases in the Federal OCS.  Responses are mandatory (43 U.S.C. 1334).  Proprietary data are covered under 30 CFR 250.197.  An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB Control Number.  Public reporting burden of this form is estimated to average 30 minutes per response, including the time for reviewing instructions, gathering and maintaining data, and completing and reviewing the form.  Direct comments regarding the burden estimate or any other aspect of this form to the Information Collection Clearance Officer, Mail Stop 4230, Minerals Management Service, 1849 C Street, NW, Washington, DC 20240.

MMS FORM MMS-150  (July 19, 2007 – Supersedes all previous editions of form MMS-150 which may not be used)    Page 1 of 2

**Part B – Certification and Acceptance**

1. Assignor(s) certifies it is the owner of the record title interest in the above-described lease that is hereby assigned to the Assignee(s) specified above.

2. DEBARMENT COMPLIANCE: Assignee shall comply with the Department of the Interior's nonprocurement debarment and suspension regulations as required by Subpart B of 2 CFR Part 1400 and shall communicate the requirement to comply with these regulations to persons with whom it does business related to this record title interest assignment by including this term in its contracts and transactions.

3. EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION COMPLIANCE CERTIFICATION: Assignor(s) and Assignee(s) certify that they are in full compliance with Equal Opportunity Executive Order 11246, as amended, and the implementing regulations at 41 CFR 60-01 – Obligations of Contractors and Subcontractors; and 41 CFR 60-2 – Affirmative Action Programs. These requirements are for the purpose of preventing discrimination against persons on the basis of race, color, religion, sex, or national origin. These regulations have specific performance requirements.

4. Assignee's execution of this assignment constitutes acceptance of all applicable terms, conditions, stipulations and restrictions pertaining to the lease described herein. Applicable terms and conditions include, but are not limited to, an obligation to conduct all operations on the leasehold in accordance with the terms and conditions of the lease, to condition all wells for proper abandonment, to restore the leased lands upon completion of any operations as described in the lease, and to furnish and maintain bond(s) pursuant to regulations at 30 CFR 256. This assignment is subject to the Outer Continental Shelf Lands Act of August 7, 1953, 67 Stat. 462; 43 U.S.C. 1331 et seq., as amended (the "Act"), and Assignee(s) is subject to, and shall fully comply with, all applicable regulations now or to be issued under the Act. Notwithstanding any agreement between the Assignor(s) and Assignee(s), the parties' liability to the Minerals Management Service is governed by 30 CFR 256.

This Assignment of Record Title Interest will be made effective between the parties hereto as of __April 1, 2010_____, upon approval by the Minerals Management Service, United States Department of the Interior.

This instrument may be executed in any number of counterparts, each of which will be deemed an original instrument, but all of which together shall constitute but one and the same instrument provided, however, this instrument and any other counterpart hereof, will not be binding unless and until executed by all of the parties, and will not be accepted by the Minerals Management Service unless all counterparts are filed simultaneously.

I certify that the statements made herein by the undersigned are true, complete and correct to the best of my knowledge and belief and are made in good faith.

Title 18 U.S.C. Sec. 1001 makes it a crime for any person knowingly and willfully to make to any Department or agency of the United States any false, fictitious or fraudulent statements or representations as to any matter within its jurisdiction.

**ASSIGNOR**                                                    **ASSIGNOR**

Anadarko E&P Company LP (00148)

By: _____  *nrh*              By: _____
Name: Jim W. Bryan                                    Name:
Title: Agent and Attorney-in-Fact                     Title:

_____
Execution Date  *April 15, 2010*                      Execution Date

**ASSIGNEE**                                                    **ASSIGNEE**

Anadarko Petroleum Corporation (00981)

By: _____  *nrh*              By: _____
Name: Jim W. Bryan                                    Name:
Title: Agent and Attorney-in-Fact                     Title:

_____
Execution Date  *April 15, 2010*                      Execution Date

Attach Notary Acknowledgement (not mandatory)