**EXHIBIT 8.A**

In Support of

Plaintiff United States' Combined Memorandum of Law: (1) In Opposition to Defendant Anadarko E&P Company LP's Motion to Dismiss [Doc. 1861] and (2) In Support of United States' Motion for Partial Summary Judgment as to the Liability of the Anadarko Defendants

**RATIFICATION AND JOINDER OF OPERATING AGREEMENT**
**MACONDO PROSPECT**

WHEREAS, BP Exploration & Production Inc. ("BP"), as Operator, and MOEX Offshore 2007 LLC ("MOEX"), as Non-Operator, are parties to that certain Operating Agreement dated October 1, 2009 (the "Operating Agreement"), covering an offshore Gulf of Mexico block ("Block") and lease ("Lease") described on Exhibit "A", attached hereto and made a part hereof; and

WHEREAS, BP, Anadarko E&P Company LP ("AEP"), and Anadarko Petroleum Corporation ("APC") executed that certain Lease Exchange Agreement dated October 1, 2009, covering the Block and Lease (the "LEA Agreement"); and

WHEREAS, pursuant to such LEA Agreement, AEP and APC have been assigned, and BP, AEP, and APC have executed, certain Assignments of Record Title Interest (the "Assignments") dated effective October 1, 2009, ("Effective Time"), covering the Lease; and

WHEREAS, said LEA Agreement and Assignments stipulated that the record title interest so assigned to AEP and APC in the Lease would be subject to the Operating Agreement; and

WHEREAS, BP, AEP, and APC desire to eliminate any ambiguity as to the applicability of the Operating Agreement governing the Lease.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, AEP and APC do hereby ratify, confirm, and adopt and join the Operating Agreement effective as of the Effective Time, subject to the following working interest ownership percentages of the Lease by BP, MOEX, AEP, and APC:

| | |
|---|---|
| BP EXPLORATION & PRODUCTION INC. | 65.00% |
| MOEX OFFSHORE 2007 LLC | 10.00% |
| ANADARKO E&P COMPANY LP | 22.50% |
| ANADARKO PETROLEUM CORPORATION | 2.50% |

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

4/21/2010 - ORIG TO GILL DERRICK - LAND ADMIN

EXHIBIT # 1243
WIT:

**EXECUTION PAGE FOR THE RATIFICATION AND JOINDER OF OPERATING AGREEMENT DATED October 1, 2009, BY AND BETWEEN BP EXPLORATION & PRODUCTION INC., ANADARKO E&P COMPANY LP AND ANADARKO PETROLEUM CORPORATION**

Executed this 17th day of Dec., 2009, but effective as of the Effective Time.

**BP EXPLORATION & PRODUCTION INC.**

[signature]
Signature

Kemper Howe
Printed Name

Attorney-in-Fact
Title

**ANADARKO E&P COMPANY LP**

[signature] NLH
Signature

Steve Wallace
Printed Name

Attorney-in-Fact
Title

**ANADARKO PETROLEUM CORPORATION**

[signature] NLH
Signature

Steve Wallace
Printed Name

Agent and Attorney-in-Fact
Title

**MOEX Offshore 2007 LLC**

[signature]
Signature

Naoki Ishii
Printed Name

President
Title

2 of 3

Ratification and Joinder of Operating Agreement
Macondo Prospect
BP / MOEX / AEP/ APC

ANA-MDL-000030611

Exhibit "A"

Attached to and made a part of that certain Ratification and Joinder of Operating Agreement dated October 1, 2009, by and between BP Exploration & Production Inc., Anadarko E&P Company LP and Anadarko Petroleum Corporation

| OCS-G | Area/Block | Lease Date | Acres | Royalty |
|---|---|---|---|---|
| 32306 | Mississippi Canyon/252 | 6/1/2008 | 5760 | 18.75% |

3 of 3

Ratification and Joinder of Operating Agreement
Macondo Prospect
BP / MOEX / AEP/ APC

ANA-MDL-000030612

# MACONDO PROSPECT
# OFFSHORE DEEPWATER
# OPERATING AGREEMENT

370266

CONFIDENTIAL

APC-HEC1-000001601

ACCESS RESTRICTED

# TABLE OF CONTENTS

## Operating Agreement
## Outer Continental Shelf – Gulf of Mexico

ARTICLE 1 – CONTRACT APPLICATION .......... 1
1.1 Application in General .......... 1
1.2 Application to the Contract Area .......... 1

ARTICLE 2 – DEFINITIONS .......... 2
2.1 Additional Testing, Logging, or Sidewall Coring .......... 2
2.2 Affiliate .......... 2
2.3 Agreement .......... 2
2.4 Annual Operating Plan .......... 2
2.5 Appraisal Operation .......... 2
2.6 Appraisal Well .......... 3
2.7 Authorization for Expenditure (AFE) .......... 3
2.8 Complete Recoupment .......... 3
2.9 Confidential Data .......... 3
2.10 Contract Area .......... 3
2.11 Costs .......... 3
2.12 Deepen or Deepening .......... 4
2.13 Deeper Drilling .......... 4
2.14 Deepest Producible Reservoir .......... 4
2.15 Define AFE .......... 4
2.16 Define Stage .......... 4
2.17 Development Operation .......... 4
2.18 Development Phase .......... 4
2.19 Development Plan .......... 4
2.20 Development System .......... 5
2.21 Development Well .......... 5
2.22 Disproportionate Spending .......... 5
2.23 Election, Elect, Elects, Elected, Electing .......... 5
2.24 Enhanced Recovery Project Team AFE .......... 5
2.25 Execution AFE .......... 5
2.26 Execution Stage .......... 5
2.27 Exploratory Operation .......... 5
2.28 Exploratory Well .......... 6
2.29 Export Pipelines .......... 6
2.30 Facilities .......... 6
2.31 Feasibility AFE .......... 6
2.32 Feasibility Stage .......... 6
2.33 Feasibility Team .......... 7
2.34 Force Majeure .......... 7
2.35 HSE .......... 7
2.36 Hydrocarbon Recoupment .......... 7
2.37 Hydrocarbons .......... 7
2.38 Joint Account .......... 7

CONFIDENTIAL

APC-HEC1-000001602

ACCESS RESTRICTED

2.39 Lease ........................................ 7
2.40 MMS ........................................ 8
2.41 News Release ........................................ 8
2.42 Non-Consent Operation ........................................ 8
2.43 Non-Operating Party ........................................ 8
2.44 Non-Participating Party ........................................ 8
2.45 Non-Participating Interest Share ........................................ 8
2.46 Objective Depth ........................................ 8
2.47 OCS ........................................ 9
2.48 Offsite Host Facilities ........................................ 9
2.49 Operator ........................................ 9
2.50 Overinvested Party ........................................ 9
2.51 Participating Interest Share ........................................ 9
2.52 Participating Party ........................................ 9
2.53 Post-Production Project Team AFE ........................................ 10
2.54 Producible Reservoir ........................................ 10
2.55 Producible Well ........................................ 10
2.56 Production System ........................................ 10
2.57 Production Testing ........................................ 11
2.58 Project Team ........................................ 11
2.59 Recompletion ........................................ 11
2.60 Selection AFE ........................................ 11
2.61 Selection Stage ........................................ 11
2.62 Sidetracking ........................................ 12
2.63 Transfer of Interest ........................................ 12
2.64 Underinvested Party ........................................ 12
2.65 Underinvestment ........................................ 12
2.66 Vote ........................................ 12
2.67 Well Plan ........................................ 12
2.68 Working Interest ........................................ 13
2.69 Workover ........................................ 13

ARTICLE 3 – EXHIBITS ........................................ 13
3.1 Exhibits ........................................ 13

ARTICLE 4 – SELECTION OF OPERATOR ........................................ 14
4.1 Designation of the Operator ........................................ 14
4.2 Substitute Operator ........................................ 15
4.2.1 Substitute Operator if Operator is a Non-Participating Party ........................................ 15
4.2.2 Substitute Operator if Operator Fails to Commence Drilling Operations ........................................ 15
4.2.3 Circumstances Under Which the Operator Must Conduct a Non-Consent Operation ........................................ 16
4.2.4 Operator's Conduct of a Non-Consent Operation in Which it is a Non-Participating Party ........................................ 16
4.2.5 Appointment of a Substitute Operator ........................................ 17
4.2.6 Redesignation of Operator ........................................ 17
4.3 Resignation of Operator ........................................ 17
4.4 Removal of Operator ........................................ 17
4.4.1 Removal Upon Assignment ........................................ 17

CONFIDENTIAL

ACCESS RESTRICTED

4.4.2 Removal for Cause by Vote ....... 18
4.4.3 Timing of Vote to Remove Operator ....... 18
**4.5 Selection of Successor Operator ....... 19**
**4.6 Effective Date of Resignation or Removal ....... 19**
**4.7 Delivery of Property ....... 19**

**ARTICLE 5 – RIGHTS AND DUTIES OF OPERATOR ....... 20**
**5.1 Exclusive Right to Operate ....... 20**
**5.2 Workmanlike Conduct ....... 21**
**5.3 Drilling Operations ....... 21**
**5.4 Liens and Encumbrances ....... 21**
**5.5 Records ....... 22**
**5.6 Reports to Government Agencies ....... 22**
**5.7 Information to Participating Parties ....... 22**
**5.8 Completed Well Information ....... 24**
**5.9 Information to Non-Participating Parties ....... 24**
**5.10 Health, Safety, and Environment: ....... 25**

**ARTICLE 6 – EXPENDITURES AND ANNUAL OPERATING PLAN ....... 25**
**6.1 Basis of Charges to the Parties ....... 25**
**6.2 AFEs ....... 25**
6.2.1 AFE Overrun Notice ....... 26
6.2.2 Supplemental AFEs ....... 26
6.2.2.1 Permitted Over-expenditures on Well Operations ....... 27
6.2.2.2 Permitted Over-expenditures on the Feasibility AFE, a Post-Production Project Team AFE, or an Enhanced Recovery Project Team AFE ....... 28
6.2.2.4 Permitted Over-expenditures on an Execution AFE ....... 28
6.2.2.5 Permitted Over-expenditures on All Other AFEs ....... 28
6.2.3 Further Operations During a Force Majeure ....... 28
6.2.4 Long Lead Well Operation AFEs ....... 29
6.2.4.1 Approval of a Long Lead Well Operation AFE ....... 29
**6.3 Security Rights ....... 30**
6.4.1 Effect and Content of Annual Operating Plan ....... 30
6.4.1.1 Capital Budget ....... 30
6.4.1.2 Expense Budget ....... 31
6.4.1.3 Operator Forecasts and Informational Items ....... 31
6.4.2 Submission of Draft Annual Operating Plan ....... 32
6.4.3 Review of Draft Annual Operating Plan ....... 32

**ARTICLE 7 – CONFIDENTIALITY OF DATA ....... 33**
**7.1 Confidentiality Obligation ....... 33**
7.1.1 Exceptions to Confidentiality ....... 33
7.1.2 Permitted Disclosures ....... 33
7.1.2.1 Operator's Permitted Disclosures ....... 33
7.1.2.2 All Parties' Permitted Disclosures ....... 34
7.1.3 Limited Releases to Offshore Scout Association ....... 35
7.1.4 Continuing Confidentiality Obligation ....... 35
**7.2 Ownership of Confidential Data ....... 36**
7.2.1 Trades of Confidential Data ....... 36
7.2.2 Ownership of Non-Consent Data ....... 36

CONFIDENTIAL

APC-HEC1-000001604

ACCESS RESTRICTED

7.3 Access to the Lease and Rig ....................36
7.4 Development of Proprietary Information and/or Technology ....................37

ARTICLE 8 – APPROVALS AND NOTICES ....................37
8.1 Classes of Matters ....................37
8.1.1 Voting and Electing Interest ....................37
8.2 Voting and Election Procedures ....................37
8.2.1 Approval by Vote ....................38
8.2.2 Approval by Election ....................38
8.3 Second Opportunity to Participate ....................39
8.4 Participation by Fewer Than All Parties ....................39
8.5 Approval by Unanimous Agreement ....................40
8.6 Response Time for Notices ....................40
8.6.1 Well Proposals, Recompletions, and Workovers ....................40
8.6.2 Execution AFE ....................41
8.6.3 Other AFE Related Operations ....................41
8.6.4 Other Proposals ....................41
8.6.5 Failure to Vote or Make an Election ....................42
8.6.6 Suspensions of Operations and Suspensions of Production ....................42
8.6.7 Standby Charges ....................42
8.7 Giving and Receiving Notices and Responses ....................43
8.8 Content of Notices ....................43
8.9 Designation of Representatives ....................43
8.10 Meetings ....................44
8.11 Obligations of Well Participation ....................44

ARTICLE 9 – NEWS RELEASES ....................44
9.1 Proposal of News Releases ....................44
9.1.1 Operator's News Release ....................44
9.1.2 Non-Operating Party's News Release ....................45
9.2 Emergency New Releases ....................46
9.3 Mandatory News Releases ....................46

ARTICLE 10 – EXPLORATORY OPERATIONS ....................47
10.1 Proposal of Exploratory Wells ....................47
10.1.1 Revision of Well Plan ....................47
10.1.2 Automatic Revision of the Well Plan ....................48
10.1.3 Timely Operations ....................48
10.1.4 AFE Overruns and Substitute Well ....................50
10.2 Exploratory Operations at Objective Depth ....................51
10.2.1 Response to Operator's Proposal ....................52
10.2.2 Response to Highest Priority Proposal ....................53
10.2.3 Response on Next Highest Priority Proposal ....................54
10.2.4 Non-Participating Parties in Exploratory Operations at Objective Depth ....................54
10.2.5 Participation in a Sidetrack or Deepening by a Non-Participating Party in an Exploratory Well at Initial Objective Depth ....................54
10.3 Permanent Plugging and Abandonment and Cost Allocation ....................55
10.4 Conclusion of Exploratory Operations ....................56

CONFIDENTIAL

APC-HEC1-000001605

ACCESS RESTRICTED

ARTICLE 11 – APPRAISAL OPERATIONS ........ 56

11.1 Proposal of Appraisal Wells ........ 56
- 11.1.1 Revision of Well Plan ........ 57
- 11.1.2 Automatic Revision of the Well Plan ........ 57
- 11.1.3 Timely Operations ........ 57
- 11.1.4 AFE Overruns and Substitute Well ........ 59

11.2 Appraisal Operations at Objective Depth ........ 60
- 11.2.1 Response to Operator's Proposal ........ 61
- 11.2.2 Response to Highest Priority Proposal ........ 62
- 11.2.3 Response on Next Highest Priority Proposal ........ 62
- 11.2.4 Non-Participating Parties in Appraisal Operations at Objective Depth ..63
- 11.2.5 Participation in a Sidetrack or Deepening by a Non-Participating Party in an Appraisal Well at Initial Objective Depth ........ 63

11.3 Appraisal Well Proposals That Include Drilling Below the Deepest Producible Reservoir ........ 64

11.4 Permanent Plugging and Abandonment and Cost Allocation ........ 64

11.5 Conclusion of Appraisal Operations ........ 65

11.6 Operations Before the Approval of the Development Plan ........ 66

ARTICLE 12 – DEVELOPMENT PHASES ........ 66

12.1 Phased Development ........ 66

12.2 Feasibility Team Proposal ........ 66
- 12.2.1 Feasibility AFE Approval ........ 68
- 12.2.2 Feasibility Team and Feasibility Stage Conclusion ........ 68

12.3 Commencement of the Selection Stage ........ 68
- 12.3.1 Proposal of a Project Team ........ 68
- 12.3.2 Selection AFE Approval ........ 71

12.4 Proposal of a Development Plan ........ 71
- 12.4.1 Content of the Development Plan ........ 71

12.5 Development Plan Approval ........ 75
- 12.5.1 Approval of Operator's Development Plan Submitted During its Exclusive Period ........ 75
- 12.5.2 Approval of a Development Plan After the Conclusion of the Operator's Exclusive Period ........ 75
- 12.5.3 Approval of a Development Plan if One is Not Approved by Vote ........ 76
- 12.5.4 Approved Development Plan ........ 76

12.6 Long Lead Development System AFEs ........ 77

12.7 Define Stage and Execution Stage ........ 78
- 12.7.1 Execution AFE ........ 78
- 12.7.2 Approval of an Execution AFE and Commencement of the Execution Stage ........ 78
- 12.7.3 Minor Modifications to Development Plans ........ 79
- 12.7.4 Major Modifications to Development Plans ........ 79
- 12.7.5 Major Modifications to Development Plans Prior to the Approval of the Execution AFE ........ 80
- 12.7.6 Major Modifications to Development Plans After the Approval of the Execution AFE ........ 81
- 12.7.7 Approval of Major Modifications ........ 81
- 12.7.8 Termination of a Development Plan ........ 82
  - 12.7.8.1 Termination Prior to Execution AFE Approval ........ 82
  - 12.7.8.2 Termination After Execution AFE Approval ........ 82

CONFIDENTIAL

APC-HEC1-000001606

ACCESS RESTRICTED

    12.7.9 Timely Operations for Development Systems ....82
**12.8 Post-Production Project Team AFEs ....83**
**12.9 Subsequent Development Phases ....84**
12.9.1 Proposal of a Subsequent Development Phase ....84
12.9.2 Execution AFE in a Subsequent Development Phase ....84
**12.10 Access to Existing Facilities ....84**
**12.11 Enhanced Recovery and/or Pressure Maintenance Program Proposals ....85**

**ARTICLE 13 – DEVELOPMENT OPERATIONS ....85**
**13.1 Proposal of Development Wells and Development Operations ....85**
13.1.1 Proposal of Development Wells Included in a Development Plan ....86
13.1.1.1 Revision of Well Plan ....86
13.1.1.2 Automatic Revision of the Well Plan ....86
13.1.2 Proposal of Development Operations Not Included in a Development Plan ....87
13.1.3 Timely Operations ....87
13.1.4 AFE Overruns and Substitute Well ....89
**13.2 Development Operations at Objective Depth ....90**
13.2.1 Response to Operator's Proposal ....91
13.2.2 Response to Highest Priority Proposal ....92
13.2.3 Response on Next Highest Priority Proposal ....92
13.2.4 Non-Participating Parties in Development Operations at Objective Depth ....92
13.2.5 Participation in a Sidetrack or Deepening by a Non-Participating Party in a Development Well at Initial Objective Depth ....93
**13.3 Development Well Proposals That Include Drilling Below the Deepest Producible Reservoir ....93**
13.3.1 Multiple Completion Alternatives Above and Below the Deepest Producible Reservoir ....94
13.3.2 Completion Attempts At or Above the Deepest Producible Reservoir ..96
**13.4 Recompletions and Workovers ....96**
**13.5 Permanent Plugging and Abandonment and Cost Allocation ....97**

**ARTICLE 14 – FACILITIES AND GATHERING SYSTEMS ....98**
**14.1 Facilities as a Part of Development Plan ....98**
**14.2 Use of Offsite Host Facilities ....98**
**14.3 Use of Development Systems ....99**
**14.4 Processing Priorities ....99**
**14.5 Approval of Additional Facilities ....100**
**14.6 Expansion or Modification of Existing Production System ....100**
**14.7 Additions, Expansion, or Modification of Production System or Facilities for Health, Safety, or Environmental Reasons ....101**

**ARTICLE 15 – DISPOSITION OF HYDROCARBON PRODUCTION ....101**
**15.1 Duty to Take in Kind ....101**
**15.2 Facilities to Take in Kind ....101**
**15.3 Failure to Take Oil or Condensate in Kind ....102**
**15.4 Gas Balancing Provision ....102**
**15.5 Expenses of Delivery in Kind ....102**

CONFIDENTIAL 

ACCESS RESTRICTED

**ARTICLE 16 – NON-CONSENT OPERATIONS** .......... **103**
**16.1 Conduct of Non-Consent Operations** .......... **103**
16.1.1 Costs .......... 103
16.1.2 Multiple Completions .......... 104
**16.2 Acreage Forfeiture Provisions** .......... **104**
16.2.1 First Exploratory Well .......... 104
16.2.2 Execution AFE .......... 106
**16.3 Costs and Liabilities of Prior Operations** .......... **106**
**16.4 Non-Consent Operations to Maintain Contract Area** .......... **106**
16.4.1 Acreage Forfeiture in the Entire Contract Area .......... 107
16.4.2 Acreage Forfeiture in a Portion of a Contract Area .......... 107
16.4.3 Limitations on Acreage Forfeiture .......... 109
**16.5 Percentage Hydrocarbon Recoupment for Non-Consent Operations** .......... **109**
16.5.1 Non-Consent Exploratory Operations down to Objective Depth in the First Exploratory Well .......... 109
16.5.1.1 Non-Consent Exploratory Operations at Objective Depth ... 110
16.5.2 Non-Consent Appraisal Operations .......... 110
16.5.3 Non-Consent Proprietary Geophysical Operations, Feasibility AFEs, Selection AFEs, Define AFEs, Long Lead Development System AFEs, Post-Production Project Team AFEs, or Enhanced Recovery Project Team AFEs .......... 110
16.5.4 Non-Consent Development Operations .......... 111
16.5.5 Non-Consent Subsequent Development System and Additional Facilities .......... 111
16.5.6 Additional Hydrocarbon Recoupment .......... 111
16.5.7 Hydrocarbon Recoupment From Production .......... 111
16.5.7.1 Non-Consent Exploratory Operations, Non-Consent Appraisal Operations, and Non-Consent Development Operations That Discover or Extend a Producible Reservoir111
16.5.7.2 Non-Consent Development Operations in an Existing Producible Reservoir .......... 112
16.5.7.3 Non-Consent Subsequent Development Systems .......... 113
**16.6 Restoration of Interests to Non-Participating Party** .......... **113**
16.6.1 Dry Hole Reversion .......... 114
16.6.2 Sidetracking or Deepening a Non-Consent Well .......... 114
**16.7 Operations From a Subsequent Non-Consent Development System** .......... **115**
**16.8 Allocation of Development System Costs to Non-Consent Operations** ..... **115**
16.8.1 Investment Charges .......... 115
16.8.2 Payments .......... 117
16.8.3 Operating and Maintenance Charges .......... 117
**16.9 Settlement of Underinvestments** .......... **117**
16.9.1 Cash Settlement of Underinvestment .......... 119

**ARTICLE 17 – WITHDRAWAL FROM AGREEMENT** .......... **119**
**17.1 Right to Withdraw** .......... **119**
**17.2 Response to Withdrawal Notice** .......... **120**
17.2.1 Unanimous Withdrawal .......... 120
17.2.2 No Additional Withdrawing Parties .......... 120
17.2.3 Acceptance of the Withdrawing Parties' Interests .......... 120
17.2.4 Effects of Withdrawal .......... 121
**17.3 Limitation Upon and Conditions of Withdrawal** .......... **121**

CONFIDENTIAL APC-HEC1-000001608

ACCESS RESTRICTED

17.3.1 Prior Expenses .......... 121
17.3.2 Confidentiality .......... 122
17.3.3 Emergencies and Force Majeure .......... 123

**ARTICLE 18 – ABANDONMENT AND SALVAGE .......... 123**

**18.1 Abandonment of Wells .......... 123**
**18.2 Abandonment of Equipment .......... 124**
**18.3 Disposal of Surplus Materiel .......... 125**
**18.4 Abandonment Operations Required by Governmental Authority .......... 125**

**ARTICLE 19 – RENTALS, ROYALTIES, AND MINIMUM ROYALTIES .......... 126**

**19.1 Burdens on Hydrocarbon Production .......... 126**
19.1.1 Subsequently Created Lease Burdens .......... 126
**19.2 Payment of Rentals and Royalties .......... 126**
19.2.1 Non-Participation in Payments .......... 127
19.2.2 Royalty Payments .......... 127

**ARTICLE 20 – TAXES .......... 128**

**20.1 Internal Revenue Provision .......... 128**
**20.2 Other Taxes and Assessments .......... 128**
20.2.1 Property Taxes .......... 129
20.2.2 Production and Severance Taxes .......... 129

**ARTICLE 21 – INSURANCE AND BONDS .......... 129**

**21.1 Insurance .......... 129**
**21.2 Bonds .......... 129**

**ARTICLE 22 – LIABILITY, CLAIMS, AND LAWSUITS .......... 130**

**22.1 Individual Obligations .......... 130**
**22.2 Notice of Claim or Lawsuit .......... 130**
**22.3 Settlements .......... 130**
**22.4 Defense of Claims and Lawsuits .......... 130**
**22.5 Liability for Damages .......... 131**
**22.6 Indemnification for Non-Consent Operations .......... 131**
**22.7 Damage to Reservoir and Loss of Reserves .......... 132**
**22.8 Non-Essential Personnel .......... 132**
**22.9 Dispute Resolution Procedure .......... 133**

**ARTICLE 23 – CONTRIBUTIONS .......... 133**

**23.1 Contributions from Third Parties .......... 133**
**23.2 Methods of Obtaining Contributions .......... 134**
**23.3 Counteroffers .......... 134**
**23.4 Approval of Contributions .......... 134**
**23.5 Cash Contributions .......... 135**
**23.6 Acreage Contributions .......... 135**
23.6.1 Two or More Parties Own One Hundred Percent of the Acreage Contribution .......... 135
23.6.2 Two or More Parties Own Less Than One Hundred Percent of the Acreage Contribution .......... 135

CONFIDENTIAL

ACCESS RESTRICTED

**ARTICLE 24 – TRANSFER OF INTEREST AND PREFERENTIAL RIGHT TO PURCHASE** ........ 136

**24.1 Transfer of Interest** ........ 136
- 24.1.1 Exceptions to Transfer Notice ........ 136
- 24.1.2 Effective Date of Transfer of Interest ........ 137
- 24.1.3 Minimum Transfer of Interest ........ 137
- 24.1.4 Form of Transfer of Interest ........ 137
- 24.1.5 Warranty ........ 138

**24.2 Preferential Right to Purchase** ........ 138
- 24.2.1 Notice of Proposed Transfer of Interest ........ 138
- 24.2.2 Exercise of Preferential Right to Purchase ........ 138
- 24.2.3 Transfer of Interest Not Affected by the Preferential Right to Purchase ........ 139
- 24.2.4 Completion of Transfer of Interest ........ 140

**ARTICLE 25 – FORCE MAJEURE** ........ 140

**25.1 Force Majeure** ........ 140

**ARTICLE 26 – ADMINISTRATIVE PROVISIONS** ........ 140

**26.1 Term** ........ 140

**26.2 Waiver** ........ 141

**26.3 Waiver of Right to Partition** ........ 141

**26.4 Compliance With Laws and Regulations** ........ 141
- 26.4.1 Applicable Law ........ 142
- 26.4.2 Severance of Invalid Provisions ........ 142
- 26.4.3 Fair and Equal Employment ........ 142

**26.5 Construction and Interpretation of this Agreement** ........ 142
- 26.5.1 Headings for Convenience ........ 142
- 26.5.2 Article References ........ 143
- 26.5.3 Gender and Number ........ 143
- 26.5.4 Joint Preparation ........ 143
- 26.5.5 Integrated Agreement ........ 143
- 26.5.6 Binding Effect ........ 143
- 26.5.7 Further Assurances ........ 144
- 26.5.8 Duplicate Counterpart Execution ........ 144
- 26.5.9 Currency ........ 144
- 26.5.10 Future References ........ 144

**26.6 Restricted Bidding** ........ 144

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

CONFIDENTIAL

APC-HEC1-000001610

ACCESS RESTRICTED

# OPERATING AGREEMENT
# OUTER CONTINENTAL SHELF – GULF OF MEXICO

This Agreement, effective as of October 1, 2009 (the "Effective Date"), is between BP Exploration & Production Inc. ("BP") and MOEX Offshore 2007 LLC ("MOEX"), the signers of this Agreement, each referred to individually as a "Party" and collectively as the "Parties."

Whereas the Parties own one or more Leases, identified in Exhibit "A" *(Description of Leases)*, and desire to explore, appraise, develop, and operate the Leases for the production of Hydrocarbons;

Now, therefore, in consideration of the premises and mutual promises in this Agreement, the Parties agree to explore, appraise, develop, and operate the Contract Area under the following provisions:

## ARTICLE 1 – CONTRACT APPLICATION

### 1.1 Application in General

This Agreement governs the rights and obligations of the Parties relating, without limitation, to the exploration, appraisal, development, operation, production, treatment, gathering, and storage of Hydrocarbons. This Agreement does not apply to the fabrication or installation of Export Pipelines.

### 1.2 Application to the Contract Area

This Agreement applies to the entire Contract Area. Unless otherwise provided in this Agreement, all the rights and obligations in and under the Leases comprising the Contract Area, all property and rights acquired pursuant to this Agreement, and all Hydrocarbons are owned by the Parties according to their respective Working Interest or Participating Interest, as applicable.

CONFIDENTIAL

APC-HEC1-000001611

ACCESS RESTRICTED

## ARTICLE 2 – DEFINITIONS

**2.1 Additional Testing, Logging, or Sidewall Coring**

Testing (excluding Production Testing), logging, or sidewall coring that is in addition to that approved by virtue of a previously approved well or subsequent operation.

**2.2 Affiliate**

A corporation, company, limited liability company, partnership, or other legal entity that:

(a) is owned or controlled by a Party,

(b) is owned or controlled by another corporation, company, limited liability company, partnership, or other legal entity that is owned or controlled by a Party,

(c) owns or controls a Party, or

(d) is owned or controlled by a corporation, company, limited liability company, partnership, or other legal entity that owns or controls a Party.

For the purposes of this definition, ownership or control means the ownership, directly or indirectly, of fifty percent (50%) or more of the shares, voting rights, or interest in a corporation, company, limited liability company, partnership, or other legal entity.

**2.3 Agreement**

This operating agreement, together with its attached Exhibits.

**2.4 Annual Operating Plan**

The operational plan and estimate of Costs for activities and operations, as described in Article 6.4 *(Annual Operating Plan).*

**2.5 Appraisal Operation**

An operation (including, but not limited to, an operation after an Appraisal Well has reached its Objective Depth but before the attempted completion of the well) conducted under Article 11 (*Appraisal Operations*).

CONFIDENTIAL APC-HEC1-000001612

ACCESS RESTRICTED

**2.6 Appraisal Well**

A well proposed and drilled as an Appraisal Operation [including, but not limited to, a substitute well for an Appraisal Well abandoned under Article 11.1.4 *(AFE Overruns and Substitute Well)*].

**2.7 Authorization for Expenditure (AFE)**

A written description and Cost estimate of a proposed activity or operation accompanying a proposal for that activity or operation.

**2.8 Complete Recoupment**

The point in time when the Participating Parties have been reimbursed, through Hydrocarbon Recoupment, through Disproportionate Spending, or through a lump sum cash settlement, an amount equal to the Non-Participating Party's Non-Participating Interest Share of the Costs of the Non-Consent Operation multiplied by the applicable percentage provided in Article 16 *(Non-Consent Operations)*.

**2.9 Confidential Data**

All proprietary geophysical, geological, geochemical, drilling, or engineering data acquired or derived from operations conducted under this Agreement and all analyses, compilations, maps, models, interpretations, and other documents that reflect or incorporate that data. The term also includes, but is not limited to:

(a) the provisions of this Agreement, subject to Exhibit "I"; and

(b) commercial, contractual, and financial information acquired or derived from activities or operations conducted under this Agreement;

however, the term does not include the fact that the Operator has let a contract for an activity or operation to be conducted under this Agreement. The term excludes "Confidential Information" as that term is defined in Exhibit "G."

**2.10 Contract Area**

The OCS Leases, or portions thereof, listed on Exhibit "A."

**2.11 Costs**

The monetary amount of all expenditures (or indebtedness) incurred by the Operator and the Participating Parties in the conduct of activities and operations, determined under this Agreement.

CONFIDENTIAL

APC-HEC1-000001613

ACCESS RESTRICTED

**2.12 Deepen or Deepening**

An operation to drill an existing well (including sidetracking a well) deeper than the stratigraphic equivalent of the Objective Depth of any prior operation conducted in the well.

**2.13 Deeper Drilling**

The drilling of an Appraisal Well or Development Well below the Deepest Producible Reservoir in existence when the well is proposed.

**2.14 Deepest Producible Reservoir**

The deepest Producible Reservoir in existence when a drilling or Deeper Drilling proposal is made.

**2.15 Define AFE**

The AFE for the Define Stage.

**2.16 Define Stage**

The stage of a Development Phase during which the Operator, with the assistance of the Project Team, if applicable, will (a) commence the implementation of a Development Plan, (b) complete enough of the detailed design of the Development System to enable contractors to formulate their bids on the components of the Development System, and (c) submit an Execution AFE to the Parties for their review and approval.

**2.17 Development Operation**

*An operation (including, but not limited to, a Recompletion, a Workover, the attempted completion of an Exploratory Well or an Appraisal Well, or an operation after a Development Well has reached its Objective Depth) conducted under Article 13* (Development Operations)

or under Article 11.6 *(Operations Before the Approval of the Development Plan)*.

**2.18 Development Phase**

The proposals, activities, and operations associated with determining the feasibility of development and the design, fabrication or acquisition, and installation of a Development System.

**2.19 Development Plan**

The plan for a Development Phase, as described in Article 12 *(Development Phases)*.

CONFIDENTIAL

APC-HEC1-000001614

ACCESS RESTRICTED

**2.20 Development System**

A Production System and its associated Facilities.

**2.21 Development Well**

A well proposed and drilled as a Development Operation [including, but not limited to, a substitute well for a Development Well abandoned under Article 13.1.4 *(AFE Overruns and Substitute Well)*].

**2.22 Disproportionate Spending**

The payment of the Costs of an activity or operation by a Participating Party in excess of its Participating Interest Share of the Costs of that activity or operation in order to settle an Underinvestment previously incurred by that Participating Party.

**2.23 Election, Elect, Elects, Elected, Electing**

A response or deemed response by a Party to a proposal requiring approval under Article 8.2.2 *(Approval by Election)*, or the act by a Party of responding to a proposal requiring approval under Article 8.2.2 *(Approval by Election)*.

**2.24 Enhanced Recovery Project Team AFE**

The AFE that is to accompany a proposal for the formation of a Project Team whose sole scope of work is the design of an enhanced recovery and/or pressure maintenance program.

**2.25 Execution AFE**

A collection of AFEs, which, according to the submitting Party's estimates, will cover all of the Costs of the Execution Stage (which do not include the Costs of Development Wells), and which shall be deemed by the Parties to have been submitted as one AFE.

**2.26 Execution Stage**

The final stage of a Development Phase during which the Operator, with the assistance of the Project Team, if applicable, will complete the implementation of the Development Plan, implement the Execution AFE, and commence the first production of Hydrocarbons for that particular Development Phase.

**2.27 Exploratory Operation**

An operation (including, but not limited to, an operation after an Exploratory Well has reached its Objective Depth but before the attempted completion of the well,

CONFIDENTIAL

APC-HEC1-000001615

ACCESS RESTRICTED