**EXHIBIT 8.N**


In Support of


Plaintiff United States' Combined Memorandum of Law: (1) In Opposition to Defendant Anadarko E&P Company LP's Motion to Dismiss [Doc. 1861] and (2) In Support of United States' Motion for Partial Summary Judgment as to the Liability of the Anadarko Defendants

The *Insert Prospect Name* Parties represent and warrant that they hold full ownership rights in and to the _____ Well Data. The _____ Well Data is proprietary to the _____ Parties and the _____ Parties maintain all trade secret and copyright interests in such data. Except as provided herein, the _____ Parties retain the exclusive right to Disclose or Transfer the _____ Well Data to other parties at any time and under whatever terms and conditions they consider acceptable, subject to the terms of the joint operating agreement between the _____ Parties.

3.3    The _____ Parties' Obligation of Confidentiality and Restriction on Disclosure and Transfer
       The _____ Parties agree to treat the _____ Well Data, and any copies and reproductions thereof, as confidential, agree to use the _____ Well Data only for their internal business purposes and the internal business purposes of their Affiliates, and agree not to Disclose or Transfer the _____ Well Data, except as specifically permitted under this Agreement and shall exercise the same degree of care to safeguard the _____ Well Data as they would for their own Confidential Information of a similar nature.

3.4    Exceptions to the _____ Parties' Obligation of Confidentiality and Restriction on Disclosure and Transfer

A. The _____ Parties, or each of them, may Disclose or Transfer the _____ Well Data to their Affiliate(s) provided that such Affiliate(s) agrees to the obligations of confidentiality and restrictions on Disclosure or Transfer set forth in this Agreement.

B. The _____ Parties, or each of them, may Disclose the _____ Well Data, including providing copies of such _____ Well Data, to a Consultant retained by such Party ("the Disclosing *Insert Prospect Name* Party") to evaluate, reprocess, or interpret the _____ Well Data, provided that before any such Disclosure occurs, the Consultant must agree in writing that:  (1) any evaluation, reprocessing, or interpretation of the _____ Well Data is for the sole benefit of the Disclosing _____ Party, or its Affiliate, making the Disclosure, (2) the _____ Well Data will be maintained in accordance with Section 3.3 above and will not be Disclosed to any third party without the prior written permission of the _____ Parties, and (3) upon completion of its work, all copies of the _____ Well Data will be returned to the Disclosing _____ Party, or its Affiliate, making the Disclosure.

C. The _____ Parties' obligation of confidentiality and restriction on disclosure does not apply to the extent any portion of the _____ Well Data: (1) comes legally into the possession of the _____ Parties, or any of them, or the possession of an Affiliate, independent of this Agreement, or is legally divulged to the _____ Parties, or any of them, or an Affiliate, by a third party without limitation on disclosure, or (2) becomes part of the public domain through no fault or neglect of the _____ Parties, or any of them, or an Affiliate, or (3) must be disclosed to third parties under requirement of law, including, but not limited to, the regulations of the MMS.  In the event the _____ Parties are required by any rule, law or court order to disclose _____ Well Data, the _____ Parties shall immediately notify the _____ Parties and make good faith efforts to cooperate in the _____ Parties' efforts to obtain any injunctive or protective orders that the _____ Parties may unilaterally deem desirable or necessary.

3.5    Responsibility for Unauthorized Disclosure or Transfer
       The _____ Parties shall be responsible for ensuring that all persons to whom it Discloses or

Page 5 of 16

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001824

Transfers the _____ Well Data keep such Well Data confidential and not Disclose or Transfer such Well Data to any unauthorized person, and comply with the use restrictions set forth in this Agreement. No _____ Party shall be liable for any breach of this Agreement by any other _____ Party, and the _____ Parties agree to hold all such non-breaching _____ Party harmless for any breach of this Agreement by a breaching _____ Party.

3.6    Paleo. Samples and Preparation
The _____ Parties agree to make reasonably available to the _____ Parties raw cutting samples for all depths collected in the respective borehole(s) corresponding to the _____ Well Data. Raw cuttings should be in quantities sufficient to conduct standard preparations for foraminifera and nannofossil analyses. In the event that the quantity of raw cuttings are insufficient to conduct standard paleo analyses, the _____ Parties are each entitled to borrow the previously prepared foraminifera wash and nannofossil slides used for the _____ Parties paleontological analyses. After the _____ Parties have completed the biostratigraphic analyses, the _____ Parties each agree to return all previously prepared foraminifera wash and nannofossil slide materials that were borrowed. Any unused, unprocessed raw materials provided to any of the _____ Parties will be returned after sample preparation is complete. Materials and residues resulting from sample processing (foram wash, nanno slurries, etc.) will become the property of the _____ Parties. All such furnished material shall be deemed to constitute a part of the _____ Well Data for all purposes.

3.7    Summary Reports
The _____ Parties agree to provide original paleontologic data in digital format, where possible, and to make reasonably available to the _____ Parties paleontological and biostratigraphic interpretations equivalent to or more detailed than what is provided to the MMS. The interpretations provided by the _____ Parties will be in the form of a summary of foraminiferal and nannofossil species events or "tops" and paleoenvironmental interpretations. All such furnished material shall be deemed to constitute a part of the _____ Well Data for all purposes.

3.8    Conventional Core
The _____ Parties agree to make reasonably available to the _____ Parties all conventional core data taken from all depths in the wellbore(s) which is part of the _____ Well Data. The _____ Parties shall be allowed to look at the conventional core photographs, as well as, physically inspect the conventional core at _____ Labs. The _____ Parties, individually, shall be allowed up to three physical inspection(s) of the conventional core within a period of one year from the date on which the last Party has executed this Agreement. Any costs associated with viewing the conventional core shall be at the sole cost of the viewing company. The _____ Parties shall also be allowed access to thin section samples made from conventional core and rotary cores, as well as petrographic (point count) data derived from the thin sections, and scanning electron microscopy (SEM) and X-Ray diffraction (XRD) data.

(Optional)
3.8    Data Being Withheld From *Prospect Name/Prospect Name* Trade
It is understood and agreed to between the _____ Parties and the _____ Parties that the Conventional Core data and the Palynostratigraphic Analysis from the _____ Well will not

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001825

be made a part of this data exchange.

ARTICLE 4
General Provisions

4.1     Waiver of Representations and Warranties
THE _____ WELL DATA AND THE _____ WELL DATA ARE PROVIDED "AS IS"
AND EACH PARTY RECEIVING SUCH DATA ACKNOWLEDGES THAT IT IS
ACCEPTING THE DATA "AS IS." SUBJECT TO ARTICLES 2.2 AND 3.2 CONTAINED
HEREIN, THE RESPECTIVE OWNERS OF SUCH DATA MAKE NO REPRESENTATION
OR WARRANTY, EXPRESS OR IMPLIED, OF ANY KIND OR DESCRIPTION IN RESPECT
THERETO AND SUCH DATA IS DELIVERED HEREUNDER WITH THE EXPLICIT
UNDERSTANDING AND AGREEMENT THAT ANY ACTION A PARTY MAY TAKE
BASED ON SUCH DATA RECEIVED SHALL BE AT THE PARTY'S OWN RISK AND
RESPONSIBILITY AND SUCH PARTY SHALL HAVE NO CLAIM AGAINST THE OWNER
OF SUCH DATA AS A CONSEQUENCE THEREOF.

4.2     Grant of Well Data under Articles 2 and 3
The well data to be granted pursuant to Articles 2 and 3 is of equal value. The Parties will
identify the data to be granted, to the extent that it is not already identified in this Agreement
before forty-five (45) days after the date of the first delivery of data, and the Parties will
complete the grant of well data so that all Parties have received all data to be granted subject to
this agreement prior to the earlier of (1) one hundred and eighty (180) days after the date of the
first delivery of data, or (2) the due date, including any extensions thereof, for any Parties' tax
return for the year in which data is first delivered.

4.3     Delivery of Well Data
Except for [set forth reciprocal data not now available by both Parties], within _____ (___)
days from the date on which the last Party hereto has executed this Agreement, the _Insert
Prospect Name_ Operator shall deliver to each of the _____ Parties the _____ Well Data,
and the _Insert Prospect Name_ Operator shall deliver to each of the _____ Parties the
_____ Well Data.  The contacts for purposes of arranging for delivery and receipt of the well
data are set forth below:

(INSERT PROSPECT NAME) PARTIES:          (INSERTPROSPECT NAME) PARTIES:

Each of the following items:

[set forth reciprocal data not now available by both Parties]

shall be delivered within _____ (___) days of the day on which the _____ Operator notifies
the _____ Operator in writing that it is in possession of these items in the quantities
required in this Section 4.3.

Page 7 of 16

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001826

#### 4.4   Term

This Agreement shall remain in effect in perpetuity, however, the confidentiality obligations and disclosure restrictions of this Agreement, as to each referenced set of well data, are effective for a period of _____ (__) years from the Effective Date of this Agreement, or until the Confidential Information becomes publicly available through the MMS, whichever event occurs first. Following expiration of such confidentiality obligations and disclosure restrictions each Party may keep and use the well data received from the other Party hereunder without such obligations or restrictions.

#### 4.5   Assignment

Each Party may Transfer this Agreement to an Affiliate. Except as otherwise provided herein, this Agreement may not be Transferred.

#### 4.6   Headings for Convenience

Except for the definition headings contained in Article 1, all paragraph headings used in this Agreement are for convenience only and in no way define, limit, or describe the scope or intent of this Agreement or any part thereof; nor do the paragraph headings have any legal effect other than to aid in the reasonable interpretation of this Agreement.

#### 4.7   Entire Agreement

This Agreement supersedes and replaces all oral or written communication between the Parties regarding their exchange and use of the _____ Well Data and the _____ Well Data.

#### 4.8   Selection of Law

This Agreement will be construed under the laws of the State of Texas, without regard to choice of law rules of any jurisdiction.

#### 4.9   Drafting of Agreement and Construction

The Parties each declare that they have contributed to the drafting of this Agreement or have had it reviewed by its counsel before signing it. Each agrees that this Agreement has been purposefully drawn and correctly reflects the understanding of the Parties regarding the subject transaction. In the event of a dispute between the Parties concerning the application or construction of this Agreement, the Parties agree that this Agreement will be construed fairly and reasonably and neither more strongly in favor or against any Party.

#### 4.10   Waiver

A.      The rights of each Party may be exercised from time to time, by the Parties individually or jointly, and singularly or in combination with other rights.

B.      No waiver of any breach of a term, provision or condition of this Agreement by one Party shall be deemed to have been made by another Party hereto unless such waiver is in writing and signed by an authorized representative of such other Party. The failure of a Party to insist upon the strict performance of any term, provision or condition of this Agreement shall not be construed as a waiver or relinquishment in the future of the same or any other term, provision or condition.

#### 4.11   Relationship of the Parties

This Agreement is not intended to be nor shall it be construed as a joint venture, association, partnership

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001827

or other form of a business organization or agency relationship between the Parties.

4.12     Severability

If any term or other provision of this Agreement is determined by any court or other governmental agency of competent jurisdiction to be invalid, illegal or unenforceable, all other conditions and provisions of this Agreement will nevertheless remain in full force and effect.

4.13     Equitable Relief

The Parties agree that the respective owners of the _____ Well Data and the _____ Well Data may be irreparably injured by a breach of this Agreement by a Party, and that the respective owners of such data will be entitled to seek equitable relief, including injunctive relief and specific performance, in the event of any breach of the provisions of this Agreement by a Party receiving such data.  Such remedies will not be deemed to be the exclusive remedies for a breach of this Agreement, but will be in addition to all other remedies available to each respective owner of such data at law or equity.

Each Party waives the right to claim or recover incidental, consequential, indirect and punitive damages against all other Parties.

4.14     Counterparts

This Agreement may be executed by signing the original or a counterpart thereof.  If this Agreement is executed in counterparts, all counterparts taken together will have the same effect as if all the Parties had signed the same instrument.

4.15     Successors and Assigns

This Agreement shall be binding upon and inure to the benefit of the Parties, their Affiliates, and their successors and permitted assigns.

This Agreement is executed by each Party on the dates indicated below, but is effective for all purposes as of the Effective Date.

(INSERT PROSPECT NAME) PARTIES                  (INSERT PROSPECT NAME) PARTIES

COMPANY NAME                                    COMPANY NAME

By: _____                     By: _____

Title: _____                  Title: _____

Page 9 of 16

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001828

Date: _____          Date: _____

COMPANY NAME                          COMPANY NAME

By: _____            By: _____

Title: _____         Title: _____

Date: _____          Date: _____

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001829

Exhibit "A"

**Attached to and made a part of that certain Well Data Trade and Confidentiality Agreement between** _____ **and** _____ **and** _____ **and** _____ **, dated effective** _____ **, 2005.**

**(Insert Prospect Name) Well Data**

*Insert Prospect Name* **Well Data includes all data obtained from the (1)** *Insert Protraction Area Name* *Insert Block #* **#1** _____ **Prospect,** *INSERT API #* **, OCSG-** _____ **1, unless specifically excluded on this Exhibit "A". The data set forth below may not be a complete list of the** *Insert Prospect Name* **Well Data**

Data Summary

| Type | Format | File name | Depth Range |
|------|--------|-----------|-------------|
| | | LOGS | |
| LWD Digits | LAS | | |
| Prints | PDS | | |
| Wireline | | | |

Page 11 of 16

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001830

| Mud Digits | LAS | | |
| Image | EMF/CGM | | |
| MDT | PDF | | |
| SURVEYS | | | |
| Directional Survey | TXT | | |
| SP/Checkshot | | | |
| REPORTS | | | |
| Show Reports | PDF | | |
| Drilling Reports | PDF | | |
| PALEO | DIGITAL | | |
| DATA | | | |
| Geochemical Data | | | |

Data Summary
Insert Protraction Area Name Block # #1 _____ Prospect
Insert API #
OCSG-_____ 1

| Type | Format | File name | Depth Range |
| --- | --- | --- | --- |
| LOGS | | | |
| LWD Digits | LAS | | |
| Images | PDS | | |
| Wireline | LAS | | |

Page 12 of 16

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001831

| | | | |
|---|---|---|---|
| Images | PDF | | |
| .ud Digits | LAS | | |
| Image | EMF/CGM | | |
| MDT | PDF PDS | | |
| **SURVEYS** | | | |
| Directional Survey | TXT | | |
| SP/Checkshot | | | |
| **REPORTS** | | | |
| Show Reports | PDF | | |
| Drilling Reports | PDF | | |
| Side Wall Core Reports | | | All Days |
| PALEO | , | | |
| **DATA** | | | |
| Geochemical Data | | | |

The following data will be excluded from Exhibit "A":
_____Well Core Data
Palynostratigraphic Analysis


**** END OF EXHIBIT "A" ****

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001832

Exhibit "B"

# Attached to and made a part of that certain Well Data Trade and Confidentiality Agreement between

_____

and _____ and

_____ and _____,

dated effective _____, 2005.

(Insert Prospect Name) Well Data

*Insert Prospect Name* **Well Data includes all data obtained from the *Insert Protraction Area Name Insert Block #* #1 OCS-G** _____, **unless specifically excluded on this Exhibit "B". The data set forth below may not be a complete list of the *Insert Prospect Name* Well Data**

| Data Type | | | ST01 | | ST02 | |
|---|---|---|---|---|---|---|
| Drilling Reports, Directional Surveys, Mudlogging Reports, Geologic reports, Mud reports | | | | | | |
| ARC, iSONIC, APWD, DIR End of Well Report- Schlumberger | ' to | ' MD | ' to | ' MD | ' to | ' MD |
| Lithology, Gas Chromatograph End of Well Report-Sperry Sun | ' to | ' MD | ' to | ' MD | ' to | ' MD |

Page 14 of 16

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001833

| Combo, Pressure, Show logs | | | | | | |
|---|---|---|---|---|---|---|
| R, AIT, DEN, NEUT, CMR, DSI, OBMI, MDT | ' to | ' MD | N/A | | ' to | ' MD |
| Final Paleo Biostratigraphic Summary (Nanno and Foram) Reports | ' to BP00 ' to BP02 | ' MD ' MD | ' to | ' MD | ' to | ' MD |
| Mud Gas Isotube Analysis-isotech Headspace Gas Analysis-Baseline MDT oil and Gas Data | ' to | ' MD | ' to | ' MD | ' to | ' MD |
| analysis | ' to | ' MD | N/A | | | ' MD |
| ____ Labs - cuttings & SWC | ____' to ____' cuttings from BP00, ' to ' MD SWC's from BP02 | | N/A | | N/A | |
| Walk-away VSP raw data Walk-away VSP processed image | N/A | | N/A | | ' to | ' MD |

Geochemical and Fluid Analysis Further Defined:
Original Hole
1)
2)
3)
5)
6)
7)

BP01

BP02
1)
2)
3)
4)
5)

Page 15 of 16

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001834

6)
7)

ST01
1)
2)

ST02
1)
2)
3)
4)

Baseline reports of MDT fluid geochemistry
1)
2)
3)
4)
5)

Isotech Data disk
1)
2)

Pencor and ADS oil and water reports
BP02
1)
2)
3)

ST02

The following data will be excluded from Exhibit "B":
_____Well Core Data
Palynostratigraphic Analysis

****END OF EXHIBIT "B" ****

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001835

EXHIBIT "K"

## HEALTH, SAFETY AND ENVIRONMENT ("HSE")

Attached to and made a part of that certain Operating Agreement dated October 1, 2009 by and between BP Exploration & Production Inc., as Operator, and MOEX Offshore 2007 LLC, as Non-Operator

## Health, Safety and Environmental Management Systems

1. Plan Requirements for Operator: Operator shall have an effective Health, Safety & Environmental Management Plan or Plans, in accordance with API RP75, or an equivalent standard, including Operator's internal policies, for all operations conducted under the Operating Agreement to which this Exhibit is attached.

2. Overview of Plan for Non-Operators: Upon the written request of any Non-Operator, the Operator will present to the Non-Operators, at a meeting called in accordance with the Operating Agreement, a sufficient overview of its Health, Safety and Environmental Management systems to evidence compliance with Paragraph 1 herein.

3. Operator's HSE Performance as an Agenda Item: Upon written request, Operator's HSE performance shall be an agenda item for all meetings of the Parties where past HSE statistical performance as well as ongoing and future HSE improvement initiatives are presented and discussed.

## Health, Safety and Environmental Reporting

4. Operator's Obligation to Notify Non-Operators: The Operator shall notify the Non-Operators in a timely manner after any of the following incidents occur:
   (a)   well blow-out,
   (b)   a fatality associated with operators operations
   (c)   multiple serious injuries
   (d)   significant adverse reaction from authorities, media, NGO's or the general public
   (e)   cost of accidental damage exceeding US $500,000
   (f)   oil spill of more than five (5) barrels
   (g)   release of more than ten tones of a classified chemical such notification will be followed by a written report.

5. HSE Audits: Upon request of the Non-Operators, the Operator shall provide the copies of any HSE audits conducted of the drilling operations on the subject well.

6. Maintenance and Non-Operator's Review of HSE Statistics: HSE statistics for activities and operations conducted under the Operating Agreement will be maintained and be reported to Non-Operators on a monthly bais in a format to be mutually agreed to by the Parties.  HSE statistics are defined as: Recordable Injuries, Lost Time Injuries, Lost Time Injury Frequency, Reportable Spills, Fines or Incidents of Non-compliance [all as defined by the Occupational Safety and

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001836

Health Administration (OSHA), Minerals Management Service (MMS), or United States Coast Guard (USGC), whichever is applicable]. In addition to opportunities to review data through audits, Operator will, upon request, furnish HSE performance information upon the completion of the well and be amenable to a timely meeting with Non-Operators specifically to review and discuss HSE performance applicable to this Operating Agreement.

## Health, Safety  and Environmental Inspections

Non-Operator's Right of Access: For purposes of conducting health, safety and environmental inspection, the Non-Operators shall have the right of access to activities and operations and shall have access to Operator's HSE files as provided for in this Operating Agreement. The notable exceptions are a) may implicate privacy issues, b) is covered by an enforceable legal privilege, or c) can otherwise be protected under laws and legal principles involving confidentiality or secrecy. Operator will cooperate fully in these health, safety and environmental inspections.

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001837

EXHIBIT "L"

GEOPHYSICAL OPERATIONS

Attached to and made a part of that certain Operating Agreement dated October 1, 2009 by and between BP Exploration & Production Inc., as Operator, and MOEX Offshore 2007 LLC, as Non-Operator

1.0 **Proprietary Geophysical Operations**:   For purposes of this Exhibit L, Proprietary Geophysical Operations means the acquisition and initial processing of a geophysical survey which (1) exclusively covers all or a portion of the Contract Area, (2) is conducted solely on behalf of and for the benefit of the Participating Parties in accordance with Section 1.5 of this Exhibit "L", and (3) is not a group-shoot or speculative geophysical survey, shallow hazard survey or velocity survey (or similar wellbore geophysical operation).   Any Party may propose Proprietary Geophysical Operations at any time during the term of this Agreement.   Such a proposal (i) shall include the timing, location, acquisition parameters, processing parameters, and Costs of such operations and (ii) requires approval by Election. The Costs in the proposal shall include all tape copy, film, and reproduction costs to be allocated to each Participating Party, as well as mobilization, acquisition, and processing costs to be shared by the Participating Parties.   Proprietary Geophysical Operations are independent operations and are not Exploratory, Appraisal or Development Operations; however, they may be conducted simultaneously with Exploratory, Appraisal or Development Operations.

1.1 **Response to Proposal**:   Any other Party may, within five (5) days (exclusive of Saturdays, Sundays and federal holidays) of its receipt of a proposal for Proprietary Geophysical Operations, submit a separate proposal for Proprietary Geophysical Operations (along with the associated AFE and the plan for the operation).   If no other proposal is submitted, the Parties shall make an Election on the lone proposal submitted.   If an additional proposal is submitted, then the Operator shall call a meeting of the Parties which shall be held within five (5) days of the conclusion of the five (5) day period for the submission of other proposals.

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001838

At such meeting the Parties shall approve by Vote on which proposal the Parties shall make their Election.

1.2 **Non-Participating Parties in Proprietary Geophysical Operations**: If a Non-Participating Party in Proprietary Geophysical Operations makes a revised Election or Vote to become a Participating Party in the Proprietary Geophysical Operations in which it originally Elected or Voted not to participate, such Non-Participating Party is an Underinvested Party subject to Article 16.5.3 *(Proprietary Geophysical Operations, Project Team AFE, Pre-Development AFEs, or Final Design AFE)*, and the Operator shall deliver the data, information and results from the Proprietary Geophysical Operations in which the Underinvested Party originally Elected or Voted not to participate to the Underinvested Party within fifteen (15) of it's the Operator's receipt of such notice.

1.3 **Conduct of Proprietary Geophysical Operations**: The Operator shall provide the Participating Parties with copies of all field data and support documentation as appropriate for all seismic data collected from the Proprietary Geophysical Operations.   The Operator shall obtain all licenses and permits from all governmental agencies necessary to conduct Proprietary Geophysical Operations. The Participating Parties in Proprietary Geophysical Operations own the geophysical data derived from such Proprietary Geophysical Operations; provided, however that such ownership is limited to the field tapes, i.e., raw data and initial processed data, and does not include any re-processed or interpreted data.

1.4 **Disclosure of Data Outside the Contract Area**:   In the event any geophysical data is acquired pursuant to this Article 10.5 which covers lands outside the Contract Area, a Participating Party in such data shall not be obligated to obtain permission from the other Participating Parties to disclose such data covering lands outside the Contract Area to third parties.

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001839

**1.5**   **Timely Operations for Geophysical Surveys:**   Actual Proprietary Geophysical Operations shall be commenced within one hundred and eighty (180) days from the conclusion of the period for approval of Proprietary Geophysical Operations.   In all events, including the occurrence of a Force Majeure, if the Operator does not commence actual Proprietary Geophysical Operations within six (6) months from the conclusion of the period for approval of Proprietary Geophysical Operations, the proposal of the Proprietary Geophysical Operations and its approval will be deemed withdrawn.   If a proposal for Proprietary Geophysical Operations is deemed withdrawn, any Costs incurred in the preparation for or in furtherance of such Proprietary Geophysical Operations will be chargeable to the Participating Parties.

**2.0**   **Group-Shoot And Speculative Seismic Surveys:**   The Operator shall coordinate the acquisition of and participation in any new group-shoot or speculative seismic surveys covering one or more of the Leases.   For such seismic data acquisitions, the acquiring Parties shall unanimously agree upon the Cost shares of the total licensing fee (rather than basing their shares on their Working Interest).

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001840