# EXHIBIT 10

In Support of

Plaintiff United States' Combined Memorandum of Law: (1) In Opposition to Defendant Anadarko E&P Company LP's Motion to Dismiss [Doc. 1861] and (2) In Support of United States' Motion for Partial Summary Judgment as to the Liability of the Anadarko Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL NO. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| 2:10-CV-02771 | : | MAGISTRATE JUDGE SHUSHAN |

DECLARATION OF DAVID J. TROCQUET

I, David J. Trocquet, hereby declare and state as follows:

1. I am employed as District Manager for the New Orleans District for the Bureau of Ocean Energy Management, Regulation and Enforcement (BOEMRE) (formerly known as the Minerals Management Service), Gulf of Mexico Region. I make and submit this declaration based on my personal knowledge of the information available to me from the files maintained by my office in this matter.

2. The New Orleans District within BOEMRE is responsible for permitting and inspection activities related to offshore operations, including drilling, workover, completion, well abandonment, and production operations in a defined portion of the Central Gulf of Mexico Outer Continental Shelf, which includes Mississippi Canyon, Block 252. As part of my official duties as the District Manager for the New Orleans District, I oversee the processing of Well Activity Reports submitted by designated operators that detail the significant well development events that took place during a specified time period.

3. BP Exploration & Production Inc., as the designated operator for the Oil and Gas Lease of Submerged Lands under the Outer Continental Shelf Lands Act, OCS-G 32306, Block 252, Mississippi Canyon, submitted Well Activity Reports to my office for the time period between October 6, 2009 and May 8, 2010. These records are maintained in the ordinary course of my agency's business. Exhibits 11, 12, and 13 to the Plaintiff United States' Combined Memorandum of Law are a subset of the Well Activity Reports submitted by BP Exploration & Production Inc. indicating that an exploratory well (Macondo Well) was constructed on Mississippi Canyon, Block 252 and that casings, cement, and other components of the Macondo Well were installed prior to April 20, 2010. These Exhibits are true copies of the documents that were reviewed by my office.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___31___ day of May, 2011, in New Orleans, Louisiana.

_____
David J. Trocquet