**EXHIBIT 11**

In Support of

Plaintiff United States' Combined Memorandum of Law: (1) In Opposition to Defendant Anadarko E&P Company LP's Motion to Dismiss [Doc. 1861] and (2) In Support of United States' Motion for Partial Summary Judgment as to the Liability of the Anadarko Defendants

U.S. Department of the Interior
Minerals Management Service (MMS)

OMB Control Number 1010-0141
OMB Approval Expires 08/31/2008

## Form MMS-133 - Electronic Version
## Well Activity Report (WAR)

**Base API Number** 608174116900   **WAR Start Date** 06-OCT-2009   **WAR End Date** 10-OCT-2009

**Accept Date** 29-OCT-2009   **Operation Start Date** 06-OCT-2009   **Operation End Date**

**Operator** 02481 BP Exploration & Production Inc.

**Acceptance Comments**

### GENERAL INFORMATION

| Lease | Area | Block | Water Depth | RKB Elevation |
|---|---|---|---|---|
| G32306 | MC | 252 | 4992 | 89 |

| Rig Name | | Rig Type | Rig Water Depth | Rig Drilling Depth |
|---|---|---|---|---|
| T.O. MARIANAS | | Semisubmersible | 7000 | 25000 |

### APPROVED WELLBORE(S) INFORMATION
### CURRENT WELLBORE INFORMATION

| | -- WELL -- | | | -- BOTTOM LOCATION -- | | | -- LAST BOP TEST -- | | |
|---|---|---|---|---|---|---|---|---|---|
| Wellbore | Name | ST | BP | Lease | Area | Block | Date | Low | High |
| 608174116900 | 001 | 00 | 00 | G32306 | MC | 252 | | | |

| Operation Status | Spud Date | TD Date | MD | TVD | MW | KOP |
|---|---|---|---|---|---|---|
| Drilling | 07-OCT-2009 | | 8001 | 8001 | 12 | |

### OPERATION WELLBORE(S) INFORMATION
### PREVIOUS WELLBORE(S) INFORMATION

### SIGNIFICANT WELL EVENTS

**Significant Events Narrative**

**Operation Narrative**

10/06/09 - Arrived on location.  Jetted in 36" DP to 5335'.  □
□
10/07/09 - Drilled to 6355'.  □
□
10/08/09 - Ran & cemented 28" casing.□
□
10/09/09 - Drilled cement & new hole to 6990'.  □
□
10/10/09 - Drilled to 8001'.  Circulated & POOH.

**Correction Narrative**

29-OCT-2009 15:40:58 PM

Page:   1   of   2

U.S. Department of the Interior
Minerals Management Service (MMS)

OMB Control Number 1010-0141
OMB Approval Expires 08/31/2008

## Form MMS-133 - Electronic Version
## Well Activity Report (WAR)

**Base API Number** 608174116900   **WAR Start Date** 06-OCT-2009   **WAR End Date** 10-OCT-2009

**Accept Date** 29-OCT-2009   **Operation Start Date** 06-OCT-2009   **Operation End Date**

**Operator** 02481 BP Exploration & Production Inc.

### WELL DESIGN INFORMATION

**Wellbore** 00   **Interval Number** 1   **Type** Casing   **Name** Conductor

| Section Number | Casing Size (in) | Casing Weight (lb/ft) | Casing Grade | Bottom Depth (ft) MD | TVD | Liner Top MD (ft) | Hole Size (in) | Cement Vol (cu ft) |
|---|---|---|---|---|---|---|---|---|
| 1 | 28 | 218 | X-52 | 6231 | 6231 | 0 | 32.5 | 4414 |

**TEST INFORMATION**
**Casing Shoe Test (ppg)**          **Casing/Liner Test (psi)**

### ATTACHMENTS

**File Type**          **File Description**

### CONTACTS

**Name**              Heather Powell
**Company**           BP Exploration & Production Inc.
**Phone Number**      281-504-0984
**E-mail Address**    heather.powell@bp.com
**Contact Description** Regulatory
                      Scherie Douglas
                      BP Exploration & Production Inc.
                      281-366-6843
                      scherie.douglas@bp.com
                      Regulatory

PAPERWORK REDUCTION ACT OF 1995 (PRA) STATEMENT:  The PRA (44 U.S.C. 3501 et seq. Requires us to inform you that we collect this information to obtain knowledge of equipment and procedures to be used in drilling operations.  MMS uses the information to evaluate and approve or disapprove the adequacy of the equipment and/or procedures to safely perform the proposed drilling operation.  Responses are mandatory (43 U.S.C. 1334). Proprietary data are covered under 30 CFR 250.196.  An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB Control Number.  Public reporting burden for this form is estimated to average 2½ hours per response, including the time for reviewing instructions, gathering and maintaining data, and completing and reviewing the form.  Direct comments regarding the burden estimate or any other aspect of this form to the Information Collection Clearance Officer, Mail Stop 4230, Minerals Management Service, 1849 C Street, N.W., Washington, DC 20240.