**EXHIBIT 12**

In Support of

Plaintiff United States' Combined Memorandum of Law: (1) In Opposition to Defendant Anadarko E&P Company LP's Motion to Dismiss [Doc. 1861] and (2) In Support of United States' Motion for Partial Summary Judgment as to the Liability of the Anadarko Defendants

U.S. Department of the Interior  
Minerals Management Service (MMS)  
OMB Control Number 1010-0141  
OMB Approval Expires 11/30/2011

Case 2:10-md-02179-CJB-DPC   Document 2587-28   Filed 05/31/11   Page 2 of 4

## Form MMS-133 - Electronic Version
## Well Activity Report (WAR)

**Base API Number** 608174116900  **WAR Start Date** 28-FEB-2010  **WAR End Date** 06-MAR-2010
**Accept Date** 11-MAR-2010  **Operation Start Date** 06-FEB-2010  **Operation End Date**
**Operator** 02481 BP Exploration & Production Inc.
**Acceptance Comments**

### GENERAL INFORMATION

| Lease | Area | Block | Water Depth | RKB Elevation |
|---|---|---|---|---|
| G32306 | MC | 252 | 4992 | 89 |

| Rig Name | | Rig Type | Rig Water Depth | Rig Drilling Depth |
|---|---|---|---|---|
| T.O. DEEPWATER HORIZON | | Semisubmersible | 10000 | 35000 |

### APPROVED WELLBORE(S) INFORMATION
### CURRENT WELLBORE INFORMATION

| | -- WELL -- | | | -- BOTTOM LOCATION -- | | | -- LAST BOP TEST -- | | |
|---|---|---|---|---|---|---|---|---|---|
| **Wellbore** | **Name** | **ST** | **BP** | **Lease** | **Area** | **Block** | **Date** | **Low** | **High** |
| 608174116900 | 001 | 00 | 00 | G32306 | MC | 252 | 25-FEB-2010 | 250 | 10000 |

| Operation Status | Spud Date | TD Date | MD | TVD | MW | KOP |
|---|---|---|---|---|---|---|
| Drilling | 07-OCT-2009 | | 12350 | 12350 | 11.3 | |

### OPERATION WELLBORE(S) INFORMATION
### PREVIOUS WELLBORE(S) INFORMATION

### SIGNIFICANT WELL EVENTS

**Significant Events Narrative**

**Operation Narrative**
02/28/10 - RIH with 16" casing. ☐

03/01/10 - Finished running 16" casing & cemented same.  Tested casing to 3600 psi. ☐

03/02/10 - Drilled cement to 11586'. ☐

03/03/10 - Circulated and cut MW in riser from 11.3 ppg to 11.1 ppg.  Finished drilling out 16" shoe. ☐

03/04/10 - CBU.  Spot LCM pill.  Monitored well.  Function tested subsea BOPs. ☐

03/05/10 - Mixed & pumped 1095 cu. ft. premium cement and squeezed same.☐

03/06/10 - Drilled cement from 11145' to 11595'.  Circulated.

**Correction Narrative**

U.S. Department of the Interior  
Minerals Management Service (MMS)  
Case 2:10-md-02179-CJB-DPC   Document 2587-28   Filed 05/31/11   Page 3 of 4  
OMB Control Number 1010-0141  
OMB Approval Expires 11/30/2011

Form MMS-133 - Electronic Version  
Well Activity Report (WAR)

**Base API Number** 608174116900  **WAR Start Date** 28-FEB-2010  **WAR End Date** 06-MAR-2010  
**Accept Date** 11-MAR-2010  **Operation Start Date** 06-FEB-2010  **Operation End Date**  
**Operator** 02481 BP Exploration & Production Inc.

## WELL DESIGN INFORMATION

**Wellbore** 00  **Interval Number** 1  **Type** Casing  **Name** Conductor

| Section Number | Casing Size (in) | Casing Weight (lb/ft) | Casing Grade | Bottom Depth (ft) MD | Bottom Depth (ft) TVD | Liner Top MD (ft) | Hole Size (in) | Cement Vol (cu ft) |
|---|---|---|---|---|---|---|---|---|
| 1 | 28 | 218 | X-52 | 6231 | 6231 | 0 | 32.5 | 4414 |

**TEST INFORMATION**  
**Casing Shoe Test (ppg)**     **Casing/Liner Test (psi)**

**Wellbore** 00  **Interval Number** 2  **Type** Casing  **Name** Conductor

| Section Number | Casing Size (in) | Casing Weight (lb/ft) | Casing Grade | Bottom Depth (ft) MD | Bottom Depth (ft) TVD | Liner Top MD (ft) | Hole Size (in) | Cement Vol (cu ft) |
|---|---|---|---|---|---|---|---|---|
| 1 | 22 | 277.01 | X-80 | 5075 | 5073 | 0 | 26 | 6302 |
| 2 | 22 | 224.5 | X-80 | 7952 | 7952 | 5243 | 26 | 6302 |

**TEST INFORMATION**  
**Casing Shoe Test (ppg)**     **Casing/Liner Test (psi)** 3400

**Wellbore** 00  **Interval Number** 3  **Type** Liner  **Name** Intermediate

| Section Number | Casing Size (in) | Casing Weight (lb/ft) | Casing Grade | Bottom Depth (ft) MD | Bottom Depth (ft) TVD | Liner Top MD (ft) | Hole Size (in) | Cement Vol (cu ft) |
|---|---|---|---|---|---|---|---|---|
| 1 | 18 | 117 | P-110 | 8983 | 8983 | 7503 | 22 | 993 |

**TEST INFORMATION**  
**Casing Shoe Test (ppg)** 11.8    **Casing/Liner Test (psi)** 3050

## ATTACHMENTS

| File Type | File Description |
|---|---|

## CONTACTS

| | |
|---|---|
| **Name** | Heather Powell |
| **Company** | BP Exploration & Production Inc. |
| **Phone Number** | 281-504-0984 |
| **E-mail Address** | heather.powell@bp.com |
| **Contact Description** | Regulatory |
| | Scherie Douglas |
| | BP Exploration & Production Inc. |
| | 281-366-6843 |
| | scherie.douglas@bp.com |
| | Regulatory |

11-MAR-2010 10:39:09 AM                                         Page:   2   of   3

U.S. Department of the Interior                                          OMB Control Number 1010-0141
Minerals Management Service (MMS)                                        OMB Approval Expires 11/30/2011

Case 2:10-md-02179-CJB-DPC   Document 2587-28   Filed 05/31/11   Page 4 of 4

# Form MMS-133 - Electronic Version
# Well Activity Report (WAR)

PAPERWORK REDUCTION ACT OF 1995 (PRA) STATEMENT:  The PRA (44 U.S.C. 3501 et seq. Requires us to inform you that we collect this information to obtain knowledge of equipment and procedures to be used in drilling operations.  MMS uses the information to evaluate and approve or disapprove the adequacy of the equipment and/or procedures to safely perform the proposed drilling operation.  Responses are mandatory (43 U.S.C. 1334). Proprietary data are covered under 30 CFR 250.196.  An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB Control Number.  Public reporting burden for this form is estimated to average 2½ hours per response, including the time for reviewing instructions, gathering and maintaining data, and completing and reviewing the form.  Direct comments regarding the burden estimate or any other aspect of this form to the Information Collection Clearance Officer, Mail Stop 4230, Minerals Management Service, 1849 C Street, N.W., Washington, DC 20240.