# EXHIBIT 13

In Support of

Plaintiff United States' Combined Memorandum of Law: (1) In Opposition to Defendant Anadarko E&P Company LP's Motion to Dismiss [Doc. 1861] and (2) In Support of United States' Motion for Partial Summary Judgment as to the Liability of the Anadarko Defendants

## Form MMS-133 - Electronic Version
## Well Activity Report (WAR)

**Base API Number** 608174116900   **WAR Start Date** 21-MAR-2010   **WAR End Date** 27-MAR-2010
**Accept Date** 05-APR-2010   **Operation Start Date** 06-FEB-2010   **Operation End Date**
**Operator** 02481 BP Exploration & Production Inc.
**Acceptance Comments**

### GENERAL INFORMATION

| Lease | Area | Block | Water Depth | RKB Elevation |
|---|---|---|---|---|
| G32306 | MC | 252 | 4992 | 89 |

| Rig Name | | Rig Type | Rig Water Depth | Rig Drilling Depth |
|---|---|---|---|---|
| T.O. DEEPWATER HORIZON | | Semisubmersible | 10000 | 35000 |

### APPROVED WELLBORE(S) INFORMATION
### CURRENT WELLBORE INFORMATION

| | -- WELL -- | | | -- BOTTOM LOCATION -- | | | -- LAST BOP TEST -- | | |
|---|---|---|---|---|---|---|---|---|---|
| Wellbore | Name | ST | BP | Lease | Area | Block | Date | Low | High |
| 608174116901 | 001 | 00 | 01 | G32306 | MC | 252 | 27-MAR-2010 | 250 | 6500 |

| Operation Status | Spud Date | TD Date | MD | TVD | MW | KOP |
|---|---|---|---|---|---|---|
| Drilling | 18-MAR-2010 | | 15123 | 15112 | 13.6 | 11700 |

### OPERATION WELLBORE(S) INFORMATION

| | -- WELL -- | | | -- BOTTOM LOCATION -- | | | -- LAST BOP TEST -- | | |
|---|---|---|---|---|---|---|---|---|---|
| Wellbore | Name | ST | BP | Lease | Area | Block | Date | Low | High |
| 608174116900 | 001 | 00 | 00 | G32306 | MC | 252 | 15-MAR-2010 | 250 | 10000 |

| Operation Status | Spud Date | TD Date | MD | TVD | MW | KOP |
|---|---|---|---|---|---|---|
| Sidetracked | 07-OCT-2009 | 08-MAR-2010 | 13305 | 13304 | 12.3 | |

### PREVIOUS WELLBORE(S) INFORMATION
### SIGNIFICANT WELL EVENTS

**Significant Events Narrative**

**Operation Narrative**
03/21/10 - Cemented 13-5/8" casing.  Tested casing.

03/22/10 - Drilled float collar & shoe to 13162'.

03/23/10 - Drilled to 14859'.

03/24/10 - Drilled to 15113'.  C&CM.  Began running 11-7/8" liner.

03/25/10 - Finished running liner.  Cemented same.

03/26/10 - Tested casing.

03/27/10 - Tested BOPs.  Drilled cement, shoe & 10' new formation to 15123'.  Performed LOT.

**Correction Narrative**

U.S. Department of the Interior       OMB Control Number 1010-0141
Minerals Management Service (MMS)      OMB Approval Expires 11/30/2011

Case 2:10-md-02179-CJB-DPC   Document 2587-29   Filed 05/31/11   Page 3 of 5

Form MMS-133 - Electronic Version
Well Activity Report (WAR)

**Base API Number** 608174116900  **WAR Start Date** 21-MAR-2010  **WAR End Date** 27-MAR-2010
**Accept Date** 05-APR-2010  **Operation Start Date** 06-FEB-2010  **Operation End Date**
**Operator** 02481 BP Exploration & Production Inc.

## WELL DESIGN INFORMATION

**Wellbore** 01  **Interval Number** 1  **Type** Casing  **Name** Conductor

| Section Number | Casing Size (in) | Casing Weight (lb/ft) | Casing Grade | Bottom Depth (ft) MD | TVD | Liner Top MD (ft) | Hole Size (in) | Cement Vol (cu ft) |
|---|---|---|---|---|---|---|---|---|
| 1 | 28 | 218 | X-52 | 6231 | 6231 | 0 | 32.5 | 4414 |

**TEST INFORMATION**
**Casing Shoe Test (ppg)**        **Casing/Liner Test (psi)**

**Wellbore** 01  **Interval Number** 2  **Type** Casing  **Name** Conductor

| Section Number | Casing Size (in) | Casing Weight (lb/ft) | Casing Grade | Bottom Depth (ft) MD | TVD | Liner Top MD (ft) | Hole Size (in) | Cement Vol (cu ft) |
|---|---|---|---|---|---|---|---|---|
| 1 | 22 | 277.01 | X-80 | 5075 | 5073 | 0 | 26 | 6302 |
| 2 | 22 | 224.5 | X-80 | 7952 | 7952 | 5243 | 26 | 6302 |

**TEST INFORMATION**
**Casing Shoe Test (ppg)**        **Casing/Liner Test (psi)** 3400

**Wellbore** 01  **Interval Number** 3  **Type** Liner  **Name** Intermediate

| Section Number | Casing Size (in) | Casing Weight (lb/ft) | Casing Grade | Bottom Depth (ft) MD | TVD | Liner Top MD (ft) | Hole Size (in) | Cement Vol (cu ft) |
|---|---|---|---|---|---|---|---|---|
| 1 | 18 | 117 | P-110 | 8983 | 8983 | 7503 | 22 | 993 |

**TEST INFORMATION**
**Casing Shoe Test (ppg)** 11.8       **Casing/Liner Test (psi)** 3050

**Wellbore** 01  **Interval Number** 4  **Type** Casing  **Name** Intermediate

| Section Number | Casing Size (in) | Casing Weight (lb/ft) | Casing Grade | Bottom Depth (ft) MD | TVD | Liner Top MD (ft) | Hole Size (in) | Cement Vol (cu ft) |
|---|---|---|---|---|---|---|---|---|
| 1 | 16 | 97 | P-110 | 11585 | 11585 | 0 | 20 | 1120 |

**TEST INFORMATION**
**Casing Shoe Test (ppg)** 13       **Casing/Liner Test (psi)** 3600

**Wellbore** 01  **Interval Number** 5  **Type** Liner  **Name** Intermediate

| Section Number | Casing Size (in) | Casing Weight (lb/ft) | Casing Grade | Bottom Depth (ft) MD | TVD | Liner Top MD (ft) | Hole Size (in) | Cement Vol (cu ft) |
|---|---|---|---|---|---|---|---|---|
| 1 | 13.625 | 88.2 | Q-125 | 13145 | 13145 | 11153 | 16 | 677 |

**TEST INFORMATION**
**Casing Shoe Test (ppg)** 14.7       **Casing/Liner Test (psi)** 2400

**Wellbore** 01  **Interval Number** 6  **Type** Liner  **Name** Intermediate

| Section Number | Casing Size (in) | Casing Weight (lb/ft) | Casing Grade | Bottom Depth (ft) MD | TVD | Liner Top MD (ft) | Hole Size (in) | Cement Vol (cu ft) |
|---|---|---|---|---|---|---|---|---|
| 1 | 11.875 | 71.8 | Q-125 | 15113 | 15102 | 12803 | 14.5 | 696 |

**TEST INFORMATION**
**Casing Shoe Test (ppg)** 14.7       **Casing/Liner Test (psi)** 1800

**Wellbore** 00  **Interval Number** 1  **Type** Casing  **Name** Conductor

| Section Number | Casing Size (in) | Casing Weight (lb/ft) | Casing Grade | Bottom Depth (ft) MD | TVD | Liner Top MD (ft) | Hole Size (in) | Cement Vol (cu ft) |
|---|---|---|---|---|---|---|---|---|

```
U.S. Department of the Interior                                OMB Control Number 1010-0141
Minerals Management Service (MMS)                              OMB Approval Expires 11/30/2011
```

## Form MMS-133 - Electronic Version
## Well Activity Report (WAR)

**Base API Number** 608174116900   **WAR Start Date** 21-MAR-2010   **WAR End Date** 27-MAR-2010
**Accept Date** 05-APR-2010   **Operation Start Date** 06-FEB-2010   **Operation End Date**
**Operator** 02481 BP Exploration & Production Inc.

| Section Number | Casing Size (in) | Casing Weight (lb/ft) | Casing Grade | Bottom Depth (ft) MD | Bottom Depth (ft) TVD | Liner Top MD (ft) | Hole Size (in) | Cement Vol (cu ft) |
|---|---|---|---|---|---|---|---|---|
| 1 | 28 | 218 | X-52 | 6231 | 6231 | 0 | 32.5 | 4414 |

**TEST INFORMATION**
**Casing Shoe Test (ppg)**                **Casing/Liner Test (psi)**

**Wellbore** 00   **Interval Number** 2   **Type** Casing   **Name** Conductor

| Section Number | Casing Size (in) | Casing Weight (lb/ft) | Casing Grade | Bottom Depth (ft) MD | Bottom Depth (ft) TVD | Liner Top MD (ft) | Hole Size (in) | Cement Vol (cu ft) |
|---|---|---|---|---|---|---|---|---|
| 1 | 22 | 277.01 | X-80 | 5075 | 5073 | 0 | 26 | 6302 |
| 2 | 22 | 224.5 | X-80 | 7952 | 7952 | 5243 | 26 | 6302 |

**TEST INFORMATION**
**Casing Shoe Test (ppg)**                **Casing/Liner Test (psi)**  3400

**Wellbore** 00   **Interval Number** 3   **Type** Liner   **Name** Intermediate

| Section Number | Casing Size (in) | Casing Weight (lb/ft) | Casing Grade | Bottom Depth (ft) MD | Bottom Depth (ft) TVD | Liner Top MD (ft) | Hole Size (in) | Cement Vol (cu ft) |
|---|---|---|---|---|---|---|---|---|
| 1 | 18 | 117 | P-110 | 8983 | 8983 | 7503 | 22 | 993 |

**TEST INFORMATION**
**Casing Shoe Test (ppg)** 11.8             **Casing/Liner Test (psi)**  3050

### ATTACHMENTS

**File Type**          **File Description**

### CONTACTS

**Name**                Heather Powell
**Company**             BP Exploration & Production Inc.
**Phone Number**        281-504-0984
**E-mail Address**      heather.powell@bp.com
**Contact Description** Regulatory
                        Scherie Douglas
                        BP Exploration & Production Inc.
                        281-366-6843
                        scherie.douglas@bp.com
                        Regulatory

05-APR-2010 08:23:27 AM                                          Page:    3   of    4

U.S. Department of the Interior                      OMB Control Number 1010-0141
Minerals Management Service (MMS)                    OMB Approval Expires 11/30/2011

Case 2:10-md-02179-CJB-DPC   Document 2587-29   Filed 05/31/11   Page 5 of 5

## Form MMS-133 - Electronic Version
## Well Activity Report (WAR)

PAPERWORK REDUCTION ACT OF 1995 (PRA) STATEMENT:  The PRA (44 U.S.C. 3501 et seq. Requires us to inform you that we collect this information to obtain knowledge of equipment and procedures to be used in drilling operations.  MMS uses the information to evaluate and approve or disapprove the adequacy of the equipment and/or procedures to safely perform the proposed drilling operation.  Responses are mandatory (43 U.S.C. 1334). Proprietary data are covered under 30 CFR 250.196.  An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB Control Number.  Public reporting burden for this form is estimated to average 2½ hours per response, including the time for reviewing instructions, gathering and maintaining data, and completing and reviewing the form.  Direct comments regarding the burden estimate or any other aspect of this form to the Information Collection Clearance Officer, Mail Stop 4230, Minerals Management Service, 1849 C Street, N.W., Washington, DC 20240.