# EXHIBIT 15

In Support of

Plaintiff United States' Combined Memorandum of Law: (1) In Opposition to Defendant Anadarko E&P Company LP's Motion to Dismiss [Doc. 1861] and (2) In Support of United States' Motion for Partial Summary Judgment as to the Liability of the Anadarko Defendants

NASA EARTH OBSERVATORY

| Home | Images | Global Maps | Features | News & Notes |



## Oil Slick in the Gulf of Mexico

Share

**More in this Event (view all)**

download large image (627 KB, JPEG)                                 acquired May 24, 2010

Sunlight illuminated the lingering oil slick off the Mississippi Delta on May 24, 2010. The Moderate Resolution Imaging Spectroradiometer (MODIS) on NASA's Terra satellite captured this image the same day.

Oil smoothes the ocean surface, making the Sun's reflection brighter in some places, and reducing the scattering of sunlight in other places. As a result, the oil slick is brighter than the surrounding water in some places (image center) and darker than the surrounding water in others (image lower right). The tip of the Mississippi Delta is surrounded by muddy water that appears light tan. Bright white ribbons of oil streak across this sediment-laden water.

Tendrils of oil extend to the north and east of the main body of the slick. A small, dark plume along the edge of the slick, not far from the original location of the Deepwater Horizon rig, indicates a possible controlled burn of oil on the ocean surface.

To the west of the bird's-foot part of the delta, dark patches in the water may also be oil, but detecting a manmade oil slick in coastal areas can be even more complicated than detecting it in the open ocean.

When oil slicks are visible in satellite images, it is because they have changed how the water reflects light, either by making the Sun's reflection brighter or by dampening the scattering of sunlight, which makes the oily area darker. In coastal areas, however, similar changes in reflectivity can occur from differences in salinity (fresh versus salt water) and from naturally produced oils from plants.

### Related Resources

Gulf of Mexico Oil Spill Response, the official site of the Deepwater Horizon unified command.
Current information about the extent of the oil slick is available from the Office of Response and Restoration at the National Oceanic and Atmosphere Administration.
Information about the impact of the oil slick on wildlife is provided by the U.S. Fish and Wildlife Service.

NASA image by Jeff Schmaltz, MODIS Rapid Response Team. Caption by Michon Scott.

Instrument:
Terra - MODIS

