# EXHIBIT 17

In Support of

Plaintiff United States' Combined Memorandum of Law: (1) In Opposition to Defendant Anadarko E&P Company LP's Motion to Dismiss [Doc. 1861] and (2) In Support of United States' Motion for Partial Summary Judgment as to the Liability of the Anadarko Defendants

Prints, Framed Prints, Canvas Prints - National Geographic







Prints, Framed Prints, Canvas Prints - National Geographic



http://gallery.pictopia.com/natgeo/gallery/109971/photo/natgeo:9190413/?o=12[5/28/2011 5:18:35 PM]