# EXHIBIT 18

In Support of

Plaintiff United States' Combined Memorandum of Law: (1) In Opposition to Defendant Anadarko E&P Company LP's Motion to Dismiss [Doc. 1861] and (2) In Support of United States' Motion for Partial Summary Judgment as to the Liability of the Anadarko Defendants

```
 1

 2              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 3
     IN RE:   OIL SPILL      MDL NO. 2179
 4   BY THE OIL RIG
     "DEEPWATER HORIZON"     SECTION:   J
 5   IN THE GULF OF
     MEXICO, ON APRIL        JUDGE BARBIER
 6   20, 2010                MAG. JUDGE SHUSHAN

 7

 8
```



```
14

15

16

17           Videotaped Deposition of ALAN
     O'DONNELL, taken in the Pan American Life
18   Center, 11th Floor, 601 Poydras Street, New
     Orleans, Louisiana 70130, on May 5, 2011.
19
     APPEARANCES:
20

21   LIEFF, CABRASER HEIMANN & BERNSTEIN
     By:  Steven E. Fineman, Esquire and
22   Annika K. Martin, Esquire
     250 Hudson Street, 8th Floor
23   New York, NY 10013-1413
              (Attorneys for Plaintiffs
24            Steering Committee)

25
```

                    **GAUDET KAISER, L.L.C.**
                    Board-Certified Court Reporters

1  refer to as Macondo?
2       A.   Well, in -- in a sorts they
3  were.  The prospect was evaluated,
4  generated and evaluated within my shop in
5  conjunction with the exploration team.  We
6  did make the recommendation to drill that
7  well.  So yes, and it -- it was similar to
8  my responsibilities in other areas of the
9  eastern Gulf.
10      Q.   Okay.
11      A.   It was pursuant to my overall
12 responsibility in that area.
13      Q.   Okay.  I'm going to come back to
14 that in a little bit -- little bit.
15      A.   Okay.
16      Q.   Do you know what Anadarko E&P
17 is?
18      A.   Specifically I don't know all of
19 the subsidiaries of Anadarko and what their
20 functions are.  I know -- I work for
21 Anadarko Drilling Corporation, so I know
22 there are other subsidiaries that the
23 company owns.
24      Q.   Okay.  As far as you know, have
25 you ever acted on behalf of Anadarko E&P?

```
1           A.    Not specifically.  I know that I
2      have signed AFEs before under Anadarko E&P,
3      but I can't tell you exactly which ones.
4           Q.    Okay.  Do you know who at
5      Anadarko I should ask about what Anadarko
6      E&P is in relationship between Anadarko E&P
7      and Anadarko Petroleum?
8           A.    You could probably ask the land
9      department.
10          Q.    The land department, that would
11     be somebody like Nick Huch?
12          A.    Yes.
13          Q.    Okay.
14          MS. WILMS:
15                I think Jim Bryan is.
16          THE WITNESS:
17                Or Jim.
18          MR. FINEMAN:
19                Or Jim Bryan.  Okay.
20          MS. WILMS:
21                He's our 30(b)(6) witness
22     on that topic, also land.
23     BY MR. FINEMAN:
24          Q.    Okay.  Mr. O'Donnell, did you
25     become aware at some time shortly after or
```

**GAUDET, KAISER, L.L.C.**
Board-Certified Court Reporters