**EXHIBIT 19**

In Support of

Plaintiff United States' Combined Memorandum of Law: (1) In Opposition to Defendant Anadarko E&P Company LP's Motion to Dismiss [Doc. 1861] and (2) In Support of United States' Motion for Partial Summary Judgment as to the Liability of the Anadarko Defendants

# [PENDING MOTION TO FILE EXHIBIT #19 UNDER SEAL]

      The United States has moved to attach the excerpts from deposition testimony as a sealed appendix per Paragraphs 4 and 8 of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandate that until a fourteen-day time period after receipt of an official deposition transcript has passed, the deposition testimony shall be treated as "highly confidential."