**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | : | **MDL No. 2179** |
| "Deepwater Horizon" | : | |
| in the Gulf of Mexico, | : | **SECTION: J** |
| on April 20, 2010 | : | |
| | : | |
| **This Document Relates to:** | : | **JUDGE BARBIER** |
| *U.S. v. BP, Exploration & Prod., et al.* | : | **MAGISTRATE SHUSHAN** |
| **2:10-cv-04536** | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### *EX PARTE* MOTION TO FILE UNDER SEAL AN EXHIBIT TO THE UNITED STATES' COMBINED MEMORANDUM OF LAW:  (1) IN OPPOSITION TO DEFENDANT ANADARKO E&P COMPANY LP'S MOTION TO DISMISS [Doc. 1861] AND (2) IN SUPPORT OF UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THE LIABLITY OF THE ANADARKO DEFENDANTS

The United States hereby submits this *ex parte* motion to file under seal "Exhibit 19" to the Plaintiff United States' Combined Memorandum of Law: (1) In Opposition to Defendant Anadarko E&P Company LP's Motion to Dismiss [Doc. 1861]; and (2) In Support of United States' Motion for Partial Summary Judgment as to the Liability of the Anadarko Defendants ("United States' Memorandum").[1]

Pursuant to Paragraph 4.C of MDL No. 2179 Pre-Trial Order #13 (Order Protecting Confidentiality), counsel has fourteen (14) days upon receipt of a deposition transcript to designate some or all of that witness' deposition transcript to be Confidential or Highly Confidential.  Until the 14-day period has elapsed, the deposition testimony shall be treated as "Highly Confidential."  *Id.*  As "Highly Confidential," it must be filed under seal as an appendix to the instrument that refers to it.  *Id.* ¶ 8.B.

---

[1] The exhibit which the United States' moves to attach under seal specifically relates to the United States' opposition to A E&P's motion to dismiss.

In support of its opposition to A E&P's motion to dismiss, the United States wishes to attach the following excerpts from the deposition testimony of Mr. Jim Bryan:  Bryan Dep. (May 6, 2011) 125:8-126:1; 128:13-129:10; and 134:3-134:19.  In his testimony, Mr. Bryan, Anadarko's 30(b)(6) corporate designee for the agreements among BP, Anadarko E&P Company LP ("A E&P"), and Anadarko Petroleum Corporation ("APC"), testifies as to the relationship between A E&P and APC with respect to the Macondo Well.

Mr. Bryan was deposed on May 6, 2011, and his official testimony was received by the United States on May 24, 2011.  As of the time of filing of the United States' Memorandum, the 14-day period provided for in Pre-Trial Order #13 regarding Mr. Bryan's deposition testimony has not concluded, and so it must be treated as "Highly Confidential" and filed under seal.

Because Mr. Bryan's deposition testimony is currently designated as "Highly Confidential," the United States respectfully requests that the Court grant its motion to file under seal portions of his deposition testimony as an exhibit.

A proposed order accompanies this request.


Respectfully submitted,

*/s/ Steven O'Rourke*
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779
Facsimile: 202-514-2583
E-mail: steve.o'rourke@usdoj.gov

*/s/ R. Michael Underhill*
R. MICHAEL UNDERHILL, T.A.
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463
Telephone: 415-436-6648
Facsimile: 415-436-6632
E-mail: mike.underhill@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has been served on all counsel by electronically uploading the same to Lexis-Nexis File & Serve in accordance with Pretrial Order #12, and the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2719, on this 31st day of May, 2011.


*/s/ Steven O'Rourke*
Steven O'Rourke