UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : : | MDL No. 2179<br>SECTION: J |
| This Document Relates to:<br>*U.S. v. BP Exploration & Production, et al.*<br>No. 2:10-cv-04536 | : : : : | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

## ORDER

CONSIDERING THE *EX PARTE* MOTION of the United States to File Under Seal an Exhibit to the United States' Combined Memorandum of Law: (1) In Opposition to Defendant Anadarko E&P's Motion to Dismiss [Doc. 1861] and (2) In Support of United States' Motion for Partial Summary Judgment as to the Liability of the Anadarko Defendants ("United States' Memorandum"),

IT IS HEREBY ORDERED that the motion be and hereby is GRANTED, and that the following portions of Mr. Bryan's deposition transcript be filed under seal as Exhibit 19 to the United States' Memorandum:  Bryan Dep. (May 6, 2011) 125:8-126:1; 128:13-129:10; and 134:3-134:19.

New Orleans, Louisiana, this ___ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE