# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : : | MDL No. 2179  SECTION: J |
| This Document Relates to: | : | JUDGE BARBIER |
| U.S. v. BP Exploration & Production, et al. No. 2:10-cv-04536 | : : | MAGISTRATE SHUSHAN |

## NOTICE OF SUBMISSION

To: Counsel

**PLEASE TAKE NOTICE** that subject to Pre-trial Orders Nos. 11 and 25, in which the Court stated that it will set the date of all hearings on Motions in this case, Plaintiff United States' *Ex Parte* Motion to File Under Seal an Exhibit to the United States' Combined Memorandum of Law: (1) In Opposition to Defendant Anadarko E&P Company LP's Motion to Dismiss [Doc. 1861] and (2) In Support of United States Motion for Partial Summary Judgment as to the Liability of the Anadarko Defendants is tentatively noticed for submission on June 1, 2011.

Respectfully Submitted,

| | |
|---|---|
| IGNACIA S. MORENO | TONY WEST |
| Assistant Attorney General | Assistant Attorney General |
| Environment & Natural Resources Division | Civil Division |
| | |
| JAMES NICOLL | PETER F. FROST |
| Senior Counsel | Director, Torts Branch, Civil Division |
| NANCY FLICKINGER | Admiralty and Aviation |
| Senior Attorney | STEPHEN G. FLYNN |
| SARAH HIMMELHOCH | Assistant Director |
| Senior Litigation Counsel | MICHELLE DELEMARRE |
| DEANNA CHANG | SHARON SHUTLER |
| SCOTT CERNICH | JESSICA SULLIVAN |
| A. NATHANIEL CHAKERES | JESSICA MCCLELLAN |

1

| | |
|---|---|
| JUDY HARVEY<br>MATT LEOPOLD<br>Trial Attorneys | DAVID PFEFFER<br>Trial Attorneys |

/s/ Steven O'Rourke  /s/ R. Michael Underhill
STEVEN O'ROURKE  R. MICHAEL UNDERHILL, T.A.
Senior Attorney  Attorney in Charge, West Coast Office
Environmental Enforcement Section  Torts Branch, Civil Division
U.S. Department of Justice  U.S. Department of Justice
P.O. Box 7611  7-5395 Federal Bldg, Box 36028
Washington, D.C. 20044  450 Golden Gate Avenue
Telephone: 202-514-2779  San Francisco, CA 94102-3463
Facsimile: 202-514-2583  Telephone: 415-436-6648
E-mail: steve.o'rourke@usdoj.gov  Facsimile: 415-436-6632
  E-mail: mike.underhill@usdoj.gov

JIM LETTEN
United States Attorney
SHARON SMITH
Assistant United States Attorney
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Ste. B-210
New Orleans, LA 70130

Attorneys for the UNITED STATES OF AMERICA