<u>UNITED STATES DISTRICT COURT</u>

<u>EASTERN DISTRICT OF LOUISIANA</u>

| | | | |
|---|---|---|---|
| **In re:** | Oil Spill by the Oil Rig | * | MDL No. 2179 |
| | "*Deepwater Horizon*" | * | |
| | in the Gulf of Mexico, | * | |
| | on April 20, 2010 | * | SECTION: J |
| | | * | |
| | Applies to: | * | JUDGE BARBIER |
| | *All Cases* | * | |
| | | | MAGISTRATE JUDGE SHUSHAN |
| * * * * * * * * * * * * * | | | |

**MOTION TO SUBSTITUTE COUNSEL OF RECORD
FOR MOEX OFFSHORE 2007 LLC**

**NOW COMES** MOEX Offshore 2007 LLC ("MOEX Offshore"), through its current undersigned counsel, who suggest that from this point forward, MOEX Offshore will be represented by John F. Pritchard as trial attorney, accompanied by Edward Flanders and Christopher McNevin, all of Pillsbury Winthrop Shaw Pittman LLP, who the undersigned suggest be substituted as counsel of record for and in the stead of James J. Dragna, David M. Balabanian, Krystal Bowen, David Cannon, Ky E. Kirby and Warren Anthony Fitch of Bingham McCutchen LLP. The undersigned accordingly move this Court to withdraw James J. Dragna, David M. Balabanian, Krystal Bowen, David Cannon, Ky E. Kirby and Warren Anthony Fitch of Bingham McCutchen LLP as counsel of record for MOEX Offshore and substitute in their place:

> John F. Pritchard (T.A.)
>     john.pritchard@pillsburylaw.com
> Edward Flanders
>     edward.flanders@pillsburylaw.com
> PILLSBURY WINTHROP SHAW PITTMAN LLP
> 1540 Broadway
> New York, NY 10036-4039
> Telephone (212) 858-1000

Facsimile (212) 858-1500
Christopher McNevin
    chrismcnevin@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone (213) 488-7507
Fax (213) 629-1033

Dated: May 31, 2011

Respectfully submitted,

/s/ David M. Balabanian_____
David M. Balabanian
david.balabanian@bingham.com
Krystal Bowen
krystal.bowen@bingham.com
David Cannon
david.cannon@bingham.com
BINGHAM MCCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone (415) 393-2170
Facsimile (415) 393-2286

James J. Dragna
jim.dragna@bingham.com
BINGHAM MCCUTCHEN LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Telephone (213) 680-6436

Ky E. Kirby
ky.kirby@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
BINGHAM MCCUTCHEN LLP
2020 K Street, N.W.
Washington, D.C. 20006-1806
Telephone (202) 373-6000

**ATTORNEYS FOR
MOEX OFFSHORE 2007 LLC**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on May 31, 2011.

                _____/s/_ David M. Balabanian_____