# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:** | **Oil Spill by the Oil Rig** *   | **MDL No. 2179** |
| | ***"Deepwater Horizon"*** * | |
| | **in the Gulf of Mexico,** * | |
| | **on April 20, 2010** * | **SECTION:  J** |
| | * | |
| | **Applies to:** * | **JUDGE BARBIER** |
| | *All Cases* * | |
| | | **MAGISTRATE JUDGE SHUSHAN** |
| * * * * * * * * * * * * * * * | | |

# [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that James J. Dragna, David M. Balabanian, Krystal Bowen, David Cannon, Ky E. Kirby and Warren Anthony Fitch of Bingham McCutchen LLP be **WITHDRAWN** as counsel of record for MOEX Offshore 2007 LLC, and the following attorneys are hereby substituted and enrolled as counsel of record for MOEX Offshore 2007 LLC going forward herein:

> John F. Pritchard (T.A.)
>     john.pritchard@pillsburylaw.com
> Edward Flanders
>     edward.flanders@pillsburylaw.com
> PILLSBURY WINTHROP SHAW PITTMAN LLP
> 1540 Broadway
> New York, NY 10036-4039
> Telephone (212) 858-1000
> Facsimile (212) 858-1500
>
> - and -

4

5

>Christopher McNevin
>chrismcnevin@pillsburylaw.com
>PILLSBURY WINTHROP SHAW PITTMAN LLP
>725 South Figueroa Street, Suite 2800
>Los Angeles, CA 90017-5406
>Telephone (213) 488-7507
>Fax (213) 629-1033

New Orleans, Louisiana this ___ day of _____, 2011.

_____
**HON. CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on May 31, 2011.

                                                                   _____/s/ David M. Balabanian_____