UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:** Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "*Deepwater Horizon*" | * | |
| in the Gulf of Mexico, | * | SECTION:  J |
| on April 20, 2010 | * | |
| | * | JUDGE BARBIER |
| Applies to: | * | |
| *All Cases* | * | MAGISTRATE JUDGE SHUSHAN |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO SUBSTITUTE COUNSEL OF RECORD
## FOR MOEX USA CORPORATION

**NOW COMES** MOEX USA Corporation ("MOEX USA"), through its current undersigned counsel, who suggest that from this point forward, MOEX USA will be represented by Jack McKay of Pillsbury Winthrop Shaw Pittman LLP as trial attorney, who the undersigned suggest be substituted as counsel of record for and in the stead of James J. Dragna, David M. Balabanian, Krystal Bowen, David Cannon, Ky E. Kirby and Warren Anthony Fitch of Bingham McCutchen LLP.  The undersigned accordingly move this Court to withdraw James J. Dragna, David M. Balabanian, Krystal Bowen, David Cannon, Ky E. Kirby and Warren Anthony Fitch of Bingham McCutchen LLP as counsel of record for MOEX USA and substitute in their place:

> Jack McKay (T.A.)
>     jack.mckay@pillsburylaw.com
> PILLSBURY WINTHROP SHAW PITTMAN LLP
> 2300 N Street, N.W.
> Washington, D.C. 20037-1122
> Telephone (202) 663-8439
> Facsimile (202) 663-8007

Dated:  May 31, 2011

        Respectfully submitted,

        /s/  David M. Balabanian
        David M. Balabanian
        david.balabanian@bingham.com
        Krystal Bowen
        krystal.bowen@bingham.com
        David Cannon
        david.cannon@bingham.com
        BINGHAM MCCUTCHEN LLP
        Three Embarcadero Center
        San Francisco, CA 94111-4067
        Telephone (415) 393-2170
        Facsimile (415) 393-2286

        James J. Dragna
        jim.dragna@bingham.com
        BINGHAM MCCUTCHEN LLP
        355 South Grand Avenue, Suite 4400
        Los Angeles, CA 90071-3106
        Telephone (213) 680-6436

        Ky E. Kirby
        ky.kirby@bingham.com
        Warren Anthony Fitch
        tony.fitch@bingham.com
        BINGHAM MCCUTCHEN LLP
        2020 K Street, N.W.
        Washington, D.C. 20006-1806
        Telephone (202) 373-6000

        **ATTORNEYS FOR**
        **MOEX USA CORPORATION**

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on May 31, 2011.

                  _____/s/  David M. Balabanian_____