**UNITED STATES DISTRICT COURT**

<u>**EASTERN DISTRICT OF LOUISIANA**</u>

| | | |
|---|---|---|
| **In re:**    **Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
|             "*Deepwater Horizon*" | * | |
|             in the Gulf of Mexico, | * | **SECTION:  J** |
|             on April 20, 2010 | * | |
| | * | **JUDGE BARBIER** |
| **Applies to:** | * | |
| *All Cases* | * | **MAGISTRATE JUDGE SHUSHAN** |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**[PROPOSED] ORDER**

       **IT IS HEREBY ORDERED** that James J. Dragna, David M. Balabanian, Krystal Bowen, David Cannon, Ky E. Kirby and Warren Anthony Fitch of Bingham McCutchen LLP be **WITHDRAWN** as counsel of record for MOEX USA Corporation, and the following attorney is hereby substituted and enrolled as counsel of record for MOEX USA Corporation going forward herein:

> Jack McKay (T.A.)
>      jack.mckay@pillsburylaw.com
> PILLSBURY WINTHROP SHAW PITTMAN LLP
> 2300 N Street, N.W.
> Washington, D.C. 20037-1122
> Telephone (202) 663-8439
> Facsimile (202) 663-8007

New Orleans, Louisiana this __ day of _____, 2011.

 

                                                             _____
                                                             **HON. CARL J. BARBIER**
                                                             **UNITED STATES DISTRICT JUDGE**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on May 31, 2011.



          /s/ David M. Balabanian