UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: OIL SPILL BY THE OIL RIG
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO, ON APRIL 20, 2010         MDL NO. 2179

                                          SECTION "J"

                                          JUDGE BARBIER
                                          MAG. JUDGE SHUSHAN

THIS DOCUMENT IS RELATED TO:
*Crawford v. BP, P.L.C., et al*, No. 10-1540

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM ON BEHALF OF PLAINTIFF DOUG CRAWFORD

NOW INTO COURT, through undersigned counsel, comes plaintiff herein, Doug Crawford, who, for the reasons more fully set forth in the memorandum filed herewith, respectfully moves the Court for leave to file the supplemental memorandum which is attached to the Order submitted, and who further represents to the Court that opposing counsel have no objection to this motion.

                Respectfully submitted,

                GAINSBURGH, BENJAMIN, DAVID, MEUNIER
                & WARSHAUER, L.L.C.

                BY:    s/Gerald E. Meunier
                        **GERALD E. MEUNIER, #9471**
                        **IRVING J. WARSHAUER, #13252**
                        **STEVAN C. DITTMAN, #16888**
                        **MICHAEL J. ECUYER, #23050**
                        **JUSTIN I. WOODS, #24713**
                        2800 Energy Centre, 1100 Poydras Street
                        New Orleans, Louisiana 70163

Telephone: 504/522-2304
Facsimile: 504/528-9973
gmeunier@gainsben.com
iwarshauer@gainsben.com
sdittman@gainsben.com
mecuyer@gainsben.com
jwoods@gainsben.com

**LAWRENCE C. GUNN, JR.**
Mississippi Bar Roll No. 5075
Post Office Box 1588
Hattiesburg, Mississippi 39403-1588
Telephone: 601/544-6771
Facsimile: 601/544-6773
larry@lcgunn.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471