UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: OIL SPILL BY THE OIL RIG
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO, ON APRIL 20, 2010        MDL NO. 2179

                                         SECTION "J"

                                         JUDGE BARBIER
                                         MAG. JUDGE SHUSHAN

THIS DOCUMENT IS RELATED TO:
*Crawford v. BP, P.L.C., et al*, No. 10-1540

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE
TO FILE SUPPLEMENTAL MEMORANDUM ON BEHALF
<u>OF PLAINTIFF DOUG CRAWFORD</u>**

**MAY IT PLEASE THE COURT:**

Some confusion may have arisen in the record as to whether the silence of the plaintiff Doug Crawford in response to certain FRCP 12(b) motions filed by defendants Halliburton, Cameron and Anadarko/MOEX, should be taken as a stance of non-opposition to these motions. In order to confirm and clarify for the record the position of the plaintiff, i.e., that the oppositions to the FRCP 12(b) motions of these defendants which were filed by the Plaintiff Steering Committee (PSC) for all plaintiffs, are considered by the plaintiff Crawford to be oppositions filed on his behalf, it is respectfully requested that a memorandum on behalf of Mr. Crawford to this effect be allowed to be filed into the record at this time.

The memorandum in question, which plaintiff seeks leave to file, is attached to the Order submitted with this motion.

Respectfully submitted,

GAINSBURGH, BENJAMIN, DAVID, MEUNIER
& WARSHAUER, L.L.C.


BY:     s/Gerald E. Meunier
        **GERALD E. MEUNIER, #9471**
        **IRVING J. WARSHAUER, #13252**
        **STEVAN C. DITTMAN, #16888**
        **MICHAEL J. ECUYER, #23050**
        **JUSTIN I. WOODS, #24713**
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:     504/522-2304
        Facsimile:     504/528-9973
        gmeunier@gainsben.com
        iwarshauer@gainsben.com
        sdittman@gainsben.com
        mecuyer@gainsben.com
        jwoods@gainsben.com


        **LAWRENCE C. GUNN, JR.**
        Mississippi Bar Roll No. 5075
        Post Office Box 1588
        Hattiesburg, Mississippi 39403-1588
        Telephone:     601/544-6771
        Facsimile:     601/544-6773
        larry@lcgunn.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471