UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: OIL SPILL BY THE OIL RIG
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO, ON APRIL 20, 2010          MDL NO. 2179

                                           SECTION "J"

                                           JUDGE BARBIER
                                           MAG. JUDGE SHUSHAN

THIS DOCUMENT IS RELATED TO:
*Crawford v. BP, P.L.C., et al*, No. 10-1540

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion,

IT IS ORDERED that the plaintiff Doug Crawford is hereby granted leave to file the memorandum attached hereto.

THIS DONE the ___ day of _____, 2011, New Orleans, Louisiana.

_____
HONORABLE CARL J. BARBIER