UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: OIL SPILL BY THE OIL RIG
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO, ON APRIL 20, 2010        MDL NO. 2179

                                          SECTION "J"

                                          JUDGE BARBIER
                                          MAG. JUDGE SHUSHAN

THIS DOCUMENT IS RELATED TO:
*Crawford v. BP, P.L.C., et al*, No. 10-1540

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

MEMORANDUM ON BEHALF OF DOUG CRAWFORD IN
REPLY TO FRCP 12(b0 MOTIONS BY DEFENDANTS HALLIBURTON,
CAMERON AND ANADARKO/MOEX

**MAY IT PLEASE THE COURT:**

The defendants Halliburton, Cameron and Anadarko/MOEX previously filed motions pursuant to FRCP 12(b) for the dismissal of all or certain claims set forth in an original complaint filed on behalf of the plaintiff Doug Crawford (*See* Orig. Compl. of Crawford, Doc. 1). These same defendants also filed FRCP 12(b) motions to dismiss essentially the same claims contained in one or more of the Master Complaints filed by the Court-appointed Plaintiffs' Steering Committee (PSC) on behalf of all plaintiffs. Plaintiff assumed that, in response to defendants' motions, he was entitled to rely upon the PSC memorandum in opposition to these same defendants' FRCP 12(b) motions addressing the claims in the Master Complaints. These opposition memoranda present what the plaintiff Doug Crawford would present in opposition to the same arguments for the dismissal of claims made by defendants in their FRCP 12(b) motion practice. Doug Crawford has pled no theories of liability or damages that are unique to him;

rather, all of the theories and claims set forth in his original complaint are found in the Master Complaint for personal injury filed on behalf of all plaintiffs by the PSC, and likewise are the same theories and claims challenged by the defendants in their motions.

At least one of the defendant-movants has suggested in support of dismissal that the PSC is not authorized to file memoranda in opposition to 12(b) motions on behalf of individual plaintiffs whose individual complaints are the subject of such motion practice. Plaintiff strongly disagrees; this is precisely what a Court-appointed PSC should be expected to do.

Accordingly, to clarify the record as to the position of the plaintiff Crawford, **Mr. Crawford hereby expressly adopts and incorporates all of the prior opposition memoranda filed on behalf of plaintiffs by the PSC in response to FRCP 12(b) motions to dismiss brought by the defendants Halliburton, Cameron and Anadarko/MOEX**. Plaintiff Doug Crawford further confirms his position that he has been entitled to rely upon the opposition memoranda of the PSC in this regard, and that the PSC was authorized by virtue of the Court's appointment of common benefit counsel to present these briefs on his behalf in opposition to the defendants' motions.

    Respectfully submitted,

    GAINSBURGH, BENJAMIN, DAVID, MEUNIER
    & WARSHAUER, L.L.C.

    BY: s/Gerald E. Meunier
      **GERALD E. MEUNIER, #9471**
      **IRVING J. WARSHAUER, #13252**
      **STEVAN C. DITTMAN, #16888**
      **MICHAEL J. ECUYER, #23050**
      **JUSTIN I. WOODS, #24713**
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone: 504/522-2304
      Facsimile: 504/528-9973

gmeunier@gainsben.com
iwarshauer@gainsben.com
sdittman@gainsben.com
mecuyer@gainsben.com
jwoods@gainsben.com

**LAWRENCE C. GUNN, JR.**
Mississippi Bar Roll No. 5075
Post Office Box 1588
Hattiesburg, Mississippi 39403-1588
Telephone:    601/544-6771
Facsimile:     601/544-6773
larry@lcgunn.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471