OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 6-1-11

Paul A Hebert

vs.

BP America Inc et al

Case No. 2:11-cv-01200   Section J(1)

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) BP, plc
   (address) 28100 Torch Parkway Warrenville IL 60555-3938 through the LA Long Arm Statute LSA-RS 13:3201 pursuant to Section 3204 Title 13
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for Paul A Hebert
Address 500 St Louis Ste 200 New Orleans LA 70130