**CT Corporation**

350 North St. Paul Street •
Suite 2900
Dallas, TX 75201

214 932 3601 tel
www.ctlegalsolutions.com

May 24, 2011

Scott R. Bickford
Martzell & Bickford
338 Lafayette Street,
New Orleans, LA  70130

Re:  Plaquemines Port, Harbor and Terminal District, Pltf. vs. BP PLC, et al. including M-1 L.L.C., etc., Dfts.

Case No.  11-CV-00916CJBSS

Dear Sir/Madam:

We are herewith returning the Summons, Proof of Service Form, Complaint, Cover Sheet, Attachment which we received regarding the above captioned matter.

M-1, LLC withdrew to do business in the State of TX on 05/05/2003. When an entity withdraws, the designation of the registered agent is revoked. Service can no longer be taken on behalf of this entity.

Very truly yours,


A Garcia
Process Specialist

Log# 518569711

FedEx Tracking# 794794504071

cc:  United States District Court, Eastern District
     Clerk of Court,
     C151 U. S. Courthouse,
     500 Camp Street,
     New Orleans, LA  70130