**CT Corporation**

350 North St. Paul Street
Suite 2900
Dallas, TX 75201

214 932 3601 tel
www.ctlegalsolutions.com

May 24, 2011

Scott R. Bickford
Martzell & Bickford
338 Lafayette Street,
New Orleans, LA 70130

Re: Plaquemines Port, Harbor and Terminal District, Pltf. vs. BP PLC, et al. including M-1 L.L.C., etc., Dfts.

Case No. 11-CV-00917CJBSS

Dear Sir/Madam:

We are herewith returning the Summons, Proof of Service Form, Complaint, Cover Sheet, Attachment which we received regarding the above captioned matter.

M-1, LLC withdrew to do business in the State of TX on 05/05/2003. When an entity withdraws, the designation of the registered agent is revoked. Service can no longer be taken on behalf of this entity.

Very truly yours,


A Garcia
Process Specialist

Log# 518569678

FedEx Tracking# 794794486734

cc: United States District Court, Eastern District
    Clerk of Court,
    C151 U. S. Courthouse,
    500 Camp Street,
    New Orleans, LA 70130