U. S. DISTRICT COURT
Eastern District of Louisiana

FILED   MAY 2 7 2011

LORETTA G. WHYTE
Clerk

UNITED   STATES   DISTRICT   COURT
EASTERN   DISTRICT   OF   LOUISIANA.

VELMA   JEAN   RICHARDS,   Plaintiff,

v.

Civil   Action   No.
11-   1096,   J (1)

BRITISH   PETROLEUM-BP,   et   al.

CAMERON   INTERNATIONAL,   et   al.,

HALLIBURTON,   et   al.,

GULF   COAST   CLAIMS   FACILITY,   et   al.,

TRANSOCEAN,   et   al.,   Defendants.

May   24,   2011

CLAIMS OF THEFT OF INTELLECTUAL

PROPERTY.

NATURE   OF   SUIT-

COPYRIGHT#160358157

Patent   Pending#61408961.

TENDERED FOR FILING

MAY 2 7 2011

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

____ Fee _____
____ Process _____
_X_ Dktd _____
_X_ CtRmDep _____
Doc. No. _____

INDIVIDUAL  WITH  DISABILITIES

EDUCATION  ACT(IDEA)

MOTION  TO  AMEND  CLAIM.

Plaintiff  is  asking  court  permission  to

add  missing  5  pages  to  claim.

 Starting  at  number  4  on  page  8  of

 claim.

Plaintiff  further  ask  court  to  include

Copyright#160358157.  In  Nature  of

suit   Copyright.

Thank  You,

*Velma Jean Richards*

VELMA  JEAN  RICHARDS,  pro  se

305  West  72nd.  STREET

APT.  11C

845- 337- 9254

NEW  YORK,  NY.  10023

Velma Jean Richards, Plaintiff,

v.

British Petroleum- BP, et al.,

Cameron International, et al.,

Transocean, et. al.,

Halliburton, et. al.,

Gulf Coast Claims Facility, et al., Defendants.

4. Court of Claims- Penalties for Cultural Heritage Resource Crimes.
 -Protecting American Indian Intellectual Property.
 The Relation between Intellectual Property Rights and Human Rights Law- Cultural
Survival.
 -Cobell v. Salazar, US District Court.

Plaintiff alleges my family in America, Ancestry is prior to 1778- preponderance
of the evidence (oral tradition, family surnames are Firth, Smith, Williams, and
Richards). I will supply the Court with Ancestral file #.
An Example:
The singer Wayne Newton is a descendant of Pocahontas.

5. Illicit Cultural Property.
 -IDENTITY THEFT:
 -A search for legal protections of Intangible Indigenous Cultural Property.
 - Straight Stealing: Toward an Indigenous System.
 -Goarding a Reluctant Dinosaur:
Mutual Recognition agreement as a Policy.
 -Response to the Misappropriation of foreign Traditional knowledge in the United
States alleges., i.e. Dutch and English.

6. United States District Court in the Eastern District State of Louisiana.

US law and the US Constitution.
 -Legal Protection of Cultural Property- International Bureau of Permanent Court
Arbitration.
 -Art and Culture Law.
 -Guide to Art and Cultural Property Law.
 -Dead on Arrival? A comparison of the UNIDROIT Convention on Stolen or Illegally
Exported Cultural objects and US Property Law; Brian Bengs. see attached hard
copy.

7. Illicit Cultural Property- April 11, 2011  -An Amicable End to Nazi- era
spoliation claim.
 -In 2010 the Museum of Fine Arts contacted the successors of the Oppenheimers
and a settlement was recently reached. Some museum do unilaterally do the right
thing.
 -Plaintiff's Memorandum of law in Opposition to Defendants Motion to Dismiss.

-Claim of Theft of Intellectual Property.

The Proprietary Remedy, Constructive Trust and Tracing. They may be a trust of any property recognized by law.
        Tracing: Court leaves the door open for the recognition of property transferred back to claimant and impose a Constructive Trust.
 -Foskett v. McKeown (2001) AC 102.
 -Kong v. Reid (1994) 1AC 324 (1994) 1 NZLR 1 (PC).
 -Macmillian v. Bishopsgate Investment Trust plc (no. 3).
-Taylor v. Plumer (1815) 3M& 562
 -The court of appeals in " Re Diplock " (1981) 1 ch 465 saw " Sinclair v. Brougham " (1914) AC 398.
 -" Chase Manhattan Bank v. Israel- BrItish Bank (London) Ltd " (1981) ch 105 and Westdeutsche Landesbank Girozentrale v. Islington London Borough Council " (1996) AC 669- Theft or Fraud.
 -Shalson v. Russo (2003) EWHC 1637; (2005) ch 281 (Re Holidays Estates).
The Proprietary Remedy by Tracing - attribute  inherent value in original Trust.

8. Coast Claims Facility(GCCF)
#1551644.
Claim- Theft of Intellectual Property by Defendants.
 -Patent Pending#61408961.
 -Century News 1A0D8651l NACHRICHTEN l CA15662P1018 l Aktie Apr/ 03:07.

9. I KNOW WHY THE GAGED BIRD SINGS.
 Claim- Theft of Intellectual Property by Defendants.
 -Patent Pending#61408961.
 -GCCF- claim#1151644.

10. CALT: Ag  Law & Taxation case annotations.
-Huber et ux., v. New Jersey Department of Environment Protection no.10- 388 (U.S. Sup Ct. March 21,2011) (petition for writ of certiorari denied on Plaintiff's claim).
 -Allen Family Food Inc. v. Capital
Carbonic Corporation CA NIOC-10- 313 JRS CCLD (March 31,2011).
 -Gentile v. Rosette, C.A. 20213- VCN September 10, 2010.
 -Beard Research Inc. Kates, C.A. 1316- VCP (April 23, 2010.

11. Armory v. Delamirie (Eng.1722),
P. 100.
 -except the original owner.
 - " chain of thievery".
 -Holding: but rightful owner.
Measure of damages.
 -Burden is on Defendants and damages work as deterrent to wrongdoers.
 -true owner prevails
 -subjugation
 -Bailment
 -bear the risk, when buys from thief.
Solomon R. Guggenheim Found v. Lubell (p.165),  -67)Facts  -68)Holding
 - " Demand and Refuse "
 -Burden of possessor

-forces buyer to really check provenance.
-doctrine of laches as remedy.
Church of Cyprus v. Goldberg (p.166)
 - Plaintiff show due diligence.
-statute of Limitation for thief (p.166).
 - Repatriation Act.
-206 F. 3d 172 United States Court of Appeals, Second Circuit.
-case note: California.adopts an actual Discovery accrual rule for claims to recover stolen art.

12. The Arbitration proceeding are typically brought in front of the National Arbitration Forum or the World Intellectual Property Organization. see email hard copy.
 -Claim- Theft of Intellectual Property.
 -GCCF claim#1151644.
 -Patent Pending#61408961.

13. In Plaintiff claim of Theft of Intellectual Property. see ART PROPOSALS#1-#7.
 -GCCF claim#1151644.
 -Patent Pending#61408961.

14. Real Property Rights and Personal Property Rights.
 -Civil Law Property
Intellectual Property/La Propriete Intellectuelle 15.
 -325 F. 3d 1035 US.COURT OF
APPEALS.

15. UNITED STATES DISTRICT, EASTERN DISTRICT LOUISIANA.
Velma Jean Richards, Plaintiff,  v.    British Petroleum- BP, et al., Cameron International, et al., Transocean, et al., Halliburton, et al., Defendants.

Claim - Theft of Intellectual Property.
-GCCF- claim#1151644.
 -Patent Pending#61408961.

16. Native American Issues- The Cultural Property and Archaeology Law.
 -United States District Court.
 -The Intersection between Native American Law and Intellectual Property- timely and informative piece.
 -The Indian Arts and Craft Act (1935), Protection of Tribal names(i.e. Oil Containment -valve, Vinegar Solution, OIL RETRIEVING SYSTEM)  -Oil Containment-valve, was Plaintiff ART Proposal#2, to stop BP's, oil spill in the Gulf of Mexico, starting May 29, 2010.
 - Vinegar Solution- a composition of matter is a Homogeneous mixture that eats microbes. It is yeast and acetobacter(acetic acid). It is anti- microbe. That's how it clean-up oil in the Gulf of Mexico.
 -Plaintiff, Patent and Trade Marks, Brands- OIL RETRIEVING SYSTEM.
 - Trade related Intellectual Property Rights- TRIPS.
 -World Trade Organization- WTO.
 - Intellectual Property Rights-
IPR's.

The Exercise of " Professional Judgment".
 -United State District Court.
 -Environment Tort- The changing face of Toxic Torts. see hard copy.
 -Plaintiff alleges this is the
straight-out stealing of an American Intellectual Property.
17. LeBoeuf Lamb- appeared in New York Law Journal, Feb. 2, 2007. 5227 REV2 03-
01- 2007.
The Chronicles of Higher Education- March 29, 2011.
 -US District Court the Southern District of Florida. Supreme Court Filing
no._____ In the Supreme Court of the United States.
Aisha Goodison, Petition   v.   Madonna et al, Respondents, on writ of
certiorari. To the US Court of Appeals the Eleventh Circuit.
 -Chronicles- The Great Wall
Of China. Plaintiff is hurt by this, and the hacking into her Blackberry.


18. Court of Claims- Penalties for Cultural Heritage Resource Crimes.
 -Protecting American Indian Intellectual Property. The Relation between
Intellectual Property Rights and Human Rights- Cultural Survival.
 -Cobell  v.  Salazar, US District Court.


19. Piracy and Brand Awareness. In Depth from an Intellectual Property Law
practitioners point of view.
- Penn State Law- course
descriptions- To study Civil Law and European Union Law, implies an approach,
understanding.
 Law- As the European Court of Justice said in the 1960's. European Union Law
Constitution.


20. Common Law- In 1937, the new Federal Rules of Civil Procedure, combined law
and equity.
 -April 5, 2011 - New Jersey Federal District Court. Trial Practice/ABA Section
of Litigation.
 -April 13, 2011- US District Court Southern District of New York. Intellect. The
New York Law Journal Decision Archive.
The lifting of Corporate veil (piercing corporate veil?) Disregard of Legal
Entity Theory.


21.The Cultural Property of the Member States 3". This system in part...
 -Protecting Cultural objects in a Internal Border. Free European Community: The
European Community...
 -ART and Cultural Property Law- United States.
 -ART and Cultural Property Law - Europe.
 -ART and Cultural Property Law- International.
 -Organization related to Lost or Stolen ART or Cultural Property Law.
 -The Protection of Cultural Heritage and International Commerce- Kurt Siehr. "
The acquisition of title to property by Theft is Forbidden ".


Additional Case Law for Claim of Theft of Intellectual Property:

Lugosi  v.  Universal Pictures(1979) 25 CAL.3d 813 Lugosi.


US. Constitution,

Article1, Section 8, cl.

Trade Marks
The Lanham Act of 1948, 2:15 U.S.C. sec. 1051-1127...

19 C.F.R. Part 133 (1995)
(18 U.S.C. sec. 2320)

Canon 11A of the Code
of Ethics for Arbitrators in Commercial Dispute (jointly adopted by the American
Arbitration Association and American Bar Association). US v. Stayton.

Justice Department Public Integrity Section.

( see, e.g. Goodwin v. Wertheimer, 99 NY 149 153; Cohen  v.   M. Keizer, Inc. 246
AD 277).

Plaintiff further alleges-                    Claims of Theft of Intellectual
Property, seeking to recover Plaintiff ART- OIL RETRIVING SYSTEM, worth an
estimated. One trillion (1,000,000,000,000,000) US dollars- triple damages.
Plaintiff alleges the Defendants have integrated her ART- invention into the
worldwide, Oil Industry. Plaintiff demanded its return on several occasions from
Defendants BP, who was in control of property. Defendants had a duty to use
reasonable diligence to determine its true owner. There is no justification for
undermining the clarity and predictability of this rule by carving out an
exception, where the chattel to be returned is a valuable piece of ART. Plaintiff
kept track of ART through the use of "emails" and telephone communications. This
indicates the Individuals, Plaintiff communicated
with about Plaintiff ART. The Defendants allegedly used Plaintiff ART for new
technology, that both stop the oil spill and cleaned it, up in the Gulf of
Mexico.
 Plaintiff looked at the images on the media screen and immediately knew, that
was Plaintiff ART. Plaintiff ask Defendant BP to cease desist from using
Plaintiff ART.
 Plaintiff made request in a email to Mr. Feinberg. Plaintiff also contacted BP.
Headquarter.
Ask the US. Justice Department to appoint non- bias jurist to Jury Trial.
Plaintiff alleges Defendants are dismantling the Judicial System of US by tort
reform, as they have done with The International Cultural Property. see United
Kingdom Cambridge Journal.

Plaintiff alleges, she has no prior connection, what so ever, to any Defendants,
for them to have came up with all Plaintiff ART proposal that she sent them is
ridiculous. Especially after the integrated Oil Industry majors were working
together from April 20, 2010 to stop the source and spill in the Gulf. Defendant
had came-up with a Cofferdome that failed the week before Plaintiff sent ART
proposal to Defendants. Plaintiff ask the court to conduct Lie Detector Test for
all Defendants in the claim- Theft of  Intellectual Property. A good faith
property owner, wouldn't have any objections to this reasoned court request(lie
detector test). Defendants as the responsible party should compensate the
victims, not try to bride our government. These Defendants ensured that whatever
was made from Plaintiff ART, the bulk would come back to Defendants. Plaintiff

VELMA JEAN RICHARDS, Plaintiff,

v.

BRITISH PETROLEUM, BP, et al.,

Cameron International, et al.,

Transocean, et.al., Halliburton, et al.,

Gulf Coast Claims Facility, et al., Defendants.

# 11-1096
# SECT. J MAG. 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA.

CLAIMS OF THEFT OF INTELLECTUAL
  PROPERTY.

1. My name is Velma Jean Richards. I'm a native Alabamian. I was born at Maxwell
Air Force Base Hospital in Montgomery, Alabama on July 3, 1954, while my father
was in the Korean War. I'm a Disable American. I live at 305 West 72nd Street,
apartment 11C, New York, New York 10023.

2. I first called and started (ART) form on May 29, 2010. I informed BP-Horizon
at the time per telephone conversation of my proposal to stop leak. I was sent a
link to my email address from BP-Horizon, which stated.  Velma Richards, thank
you for your inquiry. We appreciate your concern and willingness to help. Please
complete the form located at http://www.horizonedocs.com/artform.php with as much
detail as possible.
This will allow us to quickly and accurately collect your information so that we
can forward it to the appropriate technical reviewer. Once your information has
been analyzed,  we will contact you with the result of the review.  We are
currently implementing tactics to both control the source of the leak and the
resulting spill.
I linked onto an Alternate Response Technology (ART) form, that I filled out and
submitted. see attached hard copy.

2. May 29, 2010. The first (ART) form proposal (Source) I stated, to plug the
leak, like you would a tire - using natural material such as algae, coral, plants
and material from the Gulf of Mexico or a combination.

3. June 2, 2010. The second (ART) form proposal (Source)- I stated, try putting a
giant plunger (like bathroom plunger) on the well, one that adhered to the sides
of the well and the center plunger i.e plugged can retrieve the oil. Leave center
part hollow to put a containment valve.

4. June 3, 2010. The third (ART) form proposal (Spill)- I stated, clean up spill
try a vinegar solution(one part vinegar to six part water) vinegar is ph
balancing. In some instances, two part vinegar to five part water and so on,
depending on what is needed to break oil up.(Please note: Vinegar Solution is a

TENDERED FOR FILING

APR 20 2011

U.S. DISTRICT COURT

1 of 13

Homogeneous mixture that eats microbes. It is yeast and acetobacter(acetic acid). It is anti- microbe. That's what clean-up the oil in Gulf of Mexico(Seas). Vinegar is a sour wine, and has a drying effect, if too much is used. I think, the dolphin received too much vinegar(sour wine), causing stillborn calf to be drunk. My proposal was a vinegar solution that's environment friendly to nature, which I've stated. This is a composition of matter- Intellectual property as well as.

5. June 4, 2010. The fourth (ART) form proposal (Spill)- I stated, BP image. America is a spiritual country- try using terms that are spiritual to inspire confidence and respect for the American people. Example: The legacy of the southern states in America is a genteel society, whom appreciates good manners and good taste. In our common backgrounds we both share this spirit. Let us move forward as Good Samaritian.

6. June 6, 2010. I observed media pictures of my (ART) proposal #2, a giant plunger device, which was used by BP to contain the oil flow source. I telephone BP, that same day regarding my proposal that they were now using. I was told, someone would get in touch with me, regarding my proposal. Before my proposal, BP had put a cofferdome, that floated away from the wellsite.

7. On June 12, 2010, I received four email from BP- horizonsupport@oegllc.com  in response to my June 6, 2010, telephone inquiry to BP. The emails all stated the following. Velma richards, we appreciate you submitting your a Alternative Response Technology (ART) proposal to the Horizon Support Team. This note is to inform you that we do have your information on record and will be processing it as soon as possible. You will be informed of the disposition of your recommendation following technical review. Thank you! Horizon Support Team. see attachment hard copy .

8. June 13, 2010. The fifth (ART) proposal- Suggestions for oil spill in the Gulf of Mexico. Emailed to BP. horizonsupport@oegllc.com
- Ask the United States of America, if they have a large tanker, that BP can use from Norfolk, Virginia- the largest naval fleet base in the world.
- Borrow larger tanker from competition that's near, the Gulf.
- The riser pipe, needed to be cut with giant scissors first to get rid of zigzagged edges and then second smooth with diamond blade. This would give a snug containment cap fit with any new cap.
- Present plans to American government and it's people- not as a older experience brother, but as a shared interested part in making things in the Gulf and surrounding States- whole again. Example- we can all learn from each other.
- Contain the oil, immediately clean up the Gulf and the States. This is a positive image for BP.  see attached hard copy.

9. June 15, 2010. The sixth (ART) proposal- How to temporarily stop BP- Horizon oil well in Gulf and resuming the flow at will. Oil flow at will. Emailed to BP. horizonsupport@oegllc.com
- I've already fill out and sent you a (ART) form and suggestions by email. Previously to use a giant plunger i. e. Plugged that adhered to the sides of the well to retrieve oil.

2 of 13

- To temporarily stop oil flow, try a hinged that made of plastic for cork, brass (or some other metal) and a rubber seal. Should be able to close and open at will. Try this on top of containment cap. see attached hard copy.

10. I have received replies from BP-Horizon, regarding Submission on June 12, 18, 19, 21, 22, 2010. see attached hard copy.

11. On Friday June 18, 2010, I spoke to someone in Mr. Feinberg office: if you are the attorney designated for the BP oil spill by President O'bama. I was informed "yes". I explained to some degree my situation. I was told you will review my email communication to BP- Horizon and advise me about legality. I sent a total of (8)eight emails to your email address.
I'm looking for a intellectual property attorney, case involving British Petroleum-Horizon Deepwater Unified. Emailed to KFEINBERG@FEINBERGROZEN.COM. see attached hard copy.

12. July 18, 2010. The seventh (ART) proposal was email to KFEINBERG@FEINBERG.com
Mr. Feinberg,
- How BP- Horizon can complete the oil retrieving system from the seas. Mr. Feinberg, I understand how busy you are. I trust in the final analysis you will help me, on how to proceed legally with my Intellectual property involving BP-Horizon. Anyone that knows me understands, I try to do things in the complete. ART proposal seven is a smooth transition from Containment, Corking, and Siphoning to Ships. If they try on the side of Cork- drill a hole into. Siphon oil from the side to, complete the OIL RETRIEVING SYSTEM FROM THE SEAS. see attached hard copy.

13. July 28, 2010. Emailed to KFEINBERG@FEINBERGROZEN.COM
- Want to go over, some figures with you, for BP- Horizon claim.
- I trust you, on how to proceed, to get a offer from the other major oil companies. If you can't arbitrate and mediate with BP- Horizon.
- Ask BP- Horizon to cease and desist from using my ideas- intellectual property. see attached hard copy.

14. On numerous occasion I called Mr. Feinberg Office in Washington, DC..  Mary Anna Tabol, who works at Mr. Feinberg office, and I spoke to her, numerous times. Ms. Tabol told me that Mr. Feinberg gets all his emails and we have your claim. I also spoke to several other people at Mr. Feinberg office from June 18, 2010 up to and after August 20, 2010. I emailed, KFEINBERG@FEINBERGROSEN.COM - June 18, 20, 2010. July 15, 18, 21, 28, 2010. August 4, 7, 2010. and October 29, 2010. see attached hard copy.

15. July 12, 2010. Emailed Americanvoices@mail.house.gov. Congresswoman Nancy Pelosi office, about my submission to BP for Intellectual Property claim.
Privacy Act Statement- Submissions
- A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record. see attached hard copy.

16. August 20, 2010. I received a email from Mr. Feinberg office- Ms. Tabol, instructions to file my claim with the Gulf Coast Claims Facility(GCCF). This was

3 of 13

the first time I was instructed to file my claim this way, thru GCCF by Mr. Feinberg office, after months of communication with them. see attached hard copy.

16. Around the time of August 2010, at first Mr. Feinberg stated in public, that he was Independent from BP and was appointed by the government to administer, BP Deepwater Disaster Compensation Fund. Subsequently, the beginning of this year 2011, Mr. Feinberg has admitted that he works for BP statutory obligations (adverse possession) my case law for claim sent to them on August 23, 25, 2010. see attached hard copy.

17. I sent Mr. Feinberg, my information regarding my intellectual property. Mr. Feinberg should have disclosed to me, he worked for BP on June 18, 2010, when I first contacted his office.

18. August 23, 25, 2010. I filed with GCCF- claim #1151644, by email. I filed a claim for Intellectual Property (Personal Property) Lost Profit, Royalties. In my GCCF claim, I selected Final Payment Claim. I included Emergency Advanced Payment with case law, I submitted with my claim to GCCF. see attached hard copy.

19. November 1, 2010. My GCCF Info. Claimant Status Claimant ID- 1151644 Claim status- claim form and documents received.
Explanation- see specific status for each claim.
Claim Status

| Claim ID | Claim Type |
| --- | --- |
| 16624 | Real Property |
| 16625 | Personal Property |
| 16931 | Personal Property |
| 16625 | Personal Property |

see attached hard copy.

20. November 1, 2010. I filed a Provisional Patent Application with United States Patent and Trademark Office. My Specification where included on January 18, 2011, for a Patent Pending #61408961, from USPTO. I was advised by USPTO, I have six months from January 18, 2011 for a foreign application. I was told, submit your drawing to complete your non- provisional Utility Patent within one year of due date January 18, 2012, to keep Patent Pending status.
see attached hard copy.

21. Letter dated January 26, 2011. From Gulf Coast Claims Facility(GCCF) Re: Receipt of Full Review Final Payment Claim Form Claimant Identification Number:01151644. GCCF- consulting expert economists and scientists.  see attached hard copy.

22. Monday February 07, 2011, my reply to GCCF.
- OIL RETRIVING SYSTEM FROM THE SEAS, ENVIRONMENT FRIENDLY, INTERNATIONAL(DEVICE)- This is my plan/ Intellectual Property is a RIG as well as.
-Ask the economist the price for a floating offshore RiG and also Anti- microbial mixture for oil clean-up in the seas and surrounding area.
-I claim and specify that this Machine, Trademark and Process differs from previous Patent and Technology Device/Intellectual Property. see attached hard copy.

23. January 31, 2011. The 2010- Letter. My email to GCCF, March 16, 2011. Please note GCCF didn't provide me with a statement from 2010. Any other income that I have, not involving British Petroleum- (BP) is my business. Please forward statements from my Intellectual Property Income. Re: Compensatory, Royalties, Lost Profits, Interests, Punitive Damages and any other income due me.  see attached hard copy.

24. March 15, 2011. My GCCF Claim Info.
Claimant Status
Claim Information
Emergency Advance Payment
Claim Status
Claim ID- 16624
Claim Type- Real Property
Claim Status- Final Payment Claim
Explanation- The Claimant Submitted a Final Payment Claim.
Claim ID- 9015347
Claim Type- Full Review Final Claim
Claim Status- Received
see attached hard copy.

24. March 17, 2011. My email to GCCF, for Full Review Payment Claims- Documents supporting future damages. BP is keeping (PDF) files on me and refuses to let me see them.
-chap11. pdf 53KB
-download. pdf 575KB
-final claim. pdf 103KB
-GCCF letter 1pdf 35KB
-JEL Draft 73_ with abstra... 183KB
-New York. pdf 4MB
-pb060. pdf 602KB
-summary. pdf 35KB
-view letter. pdf 157KB

Mr. Feinberg is a Special Master- These are his duties of calculation and analysis. I have received no financial statement from British Petroleum- BP.

This is as per your documents:
Claimants who submit a Full Review Final Claim Form (may) submit documents that support any amount claimed as future damages as a result of the Spill, including documents demonstrating the manner in which such future damages have been calculated, the period of time for which they are claimed, and any expert reports or other analysis on which the calculation is based. see attached hard copy.

25. April 12, 2011. My GCCF Info.
Claimant Information
Claim Status
Claim ID- 16624
Claim Type- Real Property
Claim Status- Final Payment Claim
Explanation- The claimant submitted a Final Payment Claim.

5 of 13

Claim ID- 9015347
Claim Type- Final Payment Offer
Claim Status- Full Review Final Claim Under Review.
see attached hard copy.

Plaintiff alleges the Defendants Tacit Plans- are for the Historical and
Systematic Theft of Intellectual Property Globally.

United Kingdom- Cambridge Journals.

1. Trade Marks and Brands.

2. International Journal of Cultural.
 Property.

3. The Export Licensing Rules in the United Kingdom and the Waverly  Criteria.

4. The Native American Graves Protection and Repatriation Act.

5. Cultural Heritage or Cultural Property?

6. The UNIDROIT Draft Convention on the International Protection of Cultural
Property.

7. The Trade in Cypriot Antiquities in London.

8. Snettisham Revisited.

9. Chronicles- September 1991- March 1992.
10. Scheduling Monuments: The Rose Theatre Case.

11. Guggenheim v. Lubell.

12. The God that Won.

13. Not a Question of Art: Regina v. Gibson Regina v. Sylveire.

14. Movables and Immovables as Viewed by the law.

15. Maois Claim Head.

16. Report 1: Canada's Proposed Archaeological Heritage Protection Act.

17. Report 2: New Treasure Trove Law in the Netherlands.

18. Report 3: The Native American Graves Protection and Repatriation Act.

19. Free Movement of 9ultural Goods and the European Community: Part 2.

20.Treasure Trove in the Netherlands: Article 13 of Book 5 of the New Dutch Civil
Code.

6 of 13

21. Commission: Proposal for a Council Regulation (EEC) on the Export of Cultural Goods.

1. United States Department of Justice Office Programs Bureau of Justice Statistics. www.ojp.usdoj.gov/bjs/abstract/ipto2.htm
Intellectual Property Theft 2002 By Mark Motivans, Ph.D BJS Statistician This case received national media attention(see e.g.

2. Negligent Handling:
 -Negligent advice about Business Opportunities (for the Plaintiff).
 -Negligent handling of a corporate squeeze out/Intellectual Property (for the Plaintiff).
 -Citadel v. Teza Technologies October 2009.
 -Intentional spoliation of evidence.
 -U.S. District Court, District of Colorado: The Dutch and English Companies in suit alleging that companies wrongfully used Plaintiff's confidential information to obtain extremely valuable oil and gas development rights.
 -The negligent spoliation of evidence interferes with a criminal Defendants Constitutional rights.
3. Waverly Criteria:
 -It is so closely connected with our history and national life that its departure would be a misfortune?
 -It is of outstanding aesthetic importance?
 -It is of outstanding significance for the study of some particular branch of art, learning or history?
 -The worst Oil spill, in American History.
 -The inventor of Oil Retrieving System- patent pending # that contained the oil flow is a native Alabamian from the Gulf Coast area. My father took me fishing as a child to Pensacola, Fla. I have fun memories of those experience. This is somehow lost in translation of the Oil Disaster, to the American people in the Gulf by Defendants.

The American Government is the way, the ART, Plaintiff submitted to British Petroleum can be retained in the country.
Illicit Cultural Property.
 -Seventh Circuit Rules Terrorist Victims Attachment Request Against Iran Was Overbroad.
 -Illicit Cultural Property- Export Problems- spoilation, September 26, 2007.

Sent via BlackBerry by AT&T

Velma Jean Richards, Plaintiff,

v.

British Petroleum- BP, et al.,

Cameron International, et al.,

Transocean, et. al.,

Halliburton, et. al.,

Gulf Coast Claims Facility, et al., Defendants.

4. Court of Claims- Penalties for Cultural Heritage Resource Crimes.
 -Protecting American Indian Intellectual Property.
 The Relation between Intellectual Property Rights and Human Rights Law- Cultural
Survival.
 -Cobell v. Salazar, US District Court.

Plaintiff alleges my family in America, Ancestry is prior to 1778- preponderance
of the evidence (oral tradition, family surnames are Firth, Smith, Williams, and
Richards). I will supply the Court with Ancestral file #.
An Example:
The singer Wayne Newton is a descendant of Pocahontas.

5. Illicit Cultural Property.
 -IDENTITY THEFT:
 -A search for legal protections of Intangible Indigenous Cultural Property.
 - Straight Stealing: Toward an Indigenous System.
 -Goarding a Reluctant Dinosaur:
Mutual Recognition agreement as a Policy.
 -Response to the Misappropriation of foreign Traditional knowledge in the United
States alleges., i.e. Dutch and English.

6. United States District Court in the Eastern District State of Louisiana.

US law and the US Constitution.
 -Legal Protection of Cultural Property- International Bureau of Permanent Court
Arbitration.
 -Art and Culture Law.
 -Guide to Art and Cultural Property Law.
 -Dead on Arrival? A comparison of the UNIDROIT Convention on Stolen or Illegally
Exported Cultural objects and US Property Law; Brian Bengs. see attached hard
copy.

7. Illicit Cultural Property- April 11, 2011  -An Amicable End to Nazi- era
spoliation claim.
 -In 2010 the Museum of Fine Arts contacted the successors of the Oppenheimers
and a settlement was recently reached. Some museum do unilaterally do the right
thing.
 -Plaintiff's Memorandum of law in Opposition to Defendants Motion to Dismiss.

-Claim of Theft of Intellectual Property.

The Proprietary Remedy, Constructive Trust and Tracing. They may be a trust of any property recognized by law.
       Tracing: Court leaves the door open for the recognition of property transferred back to claimant and impose a Constructive Trust.
 -Foskett v. McKeown (2001) AC 102.
 -Kong v. Reid (1994) 1AC 324 (1994) 1 NZLR 1 (PC).
 -Macmillian v. Bishopsgate Investment Trust plc (no. 3).
-Taylor v. Plumer (1815) 3M& 562
 -The court of appeals in " Re Diplock " (1981) 1 ch 465 saw " Sinclair v. Brougham " (1914) AC 398.
 -" Chase Manhattan Bank v. Israel- BrItish Bank (London) Ltd " (1981) ch 105 and Westdeutsche Landesbank Girozentrale v. Islington London Borough Council " (1996) AC 669- Theft or Fraud.
 -Shalson v. Russo (2003) EWHC 1637; (2005) ch 281 (Re Holidays Estates).
The Proprietary Remedy by Tracing - attribute  inherent value in original Trust.

8. Coast Claims Facility(GCCF)
#1551644.
Claim- Theft of Intellectual Property by Defendants.
 -Patent Pending#61408961.
 -Century News 1A0D86511 NACHRICHTEN 1 CA15662P1018 1 Aktie Apr/ 03:07.

9. I KNOW WHY THE GAGED BIRD SINGS.
 Claim- Theft of Intellectual Property by Defendants.
 -Patent Pending#61408961.
 -GCCF- claim#1151644.

10. CALT: Ag  Law & Taxation case annotations.
-Huber et ux., v. New Jersey Department of Environment Protection no.10- 388 (U.S. Sup Ct. March 21,2011) (petition for writ of certiorari denied on Plaintiff's claim).
 -Allen Family Food Inc. v. Capital
Carbonic Corporation CA NIOC-10- 313 JRS CCLD (March 31,2011).
 -Gentile v. Rosette, C.A. 20213- VCN September 10, 2010.
 -Beard Research Inc. Kates, C.A. 1316- VCP (April 23, 2010.

11. Armory v. Delamirie (Eng.1722),
P. 100.
 -except the original owner.
 - " chain of thievery".
 -Holding: but rightful owner.
Measure of damages.
 -Burden is on Defendants and damages work as deterrent to wrongdoers.
 -true owner prevails
 -subjugation
 -Bailment
 -bear the risk, when buys from thief.
Solomon R. Guggenheim Found v. Lubell (p.165),  -67)Facts  -68)Holding
 - " Demand and Refuse "
 -Burden of possessor

-forces buyer to really check provenance.
-doctrine of laches as remedy.
Church of Cyprus v. Goldberg (p.166)
 - Plaintiff show due diligence.
 -statute of Limitation for thief (p.166).
 - Repatriation Act.
 -206 F. 3d 172 United States Court of Appeals, Second Circuit.
 -case note: California adopts an actual Discovery accrual rule for claims to
recover stolen art.


12. The Arbitration proceeding are typically brought in front of the National
Arbitration Forum or the World Intellectual Property Organization. see email hard
copy.
 -Claim- Theft of Intellectual Property.
 -GCCF claim#1151644.
 -Patent Pending#61408961.


13. In Plaintiff claim of Theft of Intellectual Property. see ART PROPOSALS#1-
#7.
 -GCCF claim#1151644.
 -Patent Pending#61408961.


14. Real Property Rights and Personal Property Rights.
 -Civil Law Property
Intellectual Property/La Propriete Intellectuelle 15.
 -325 F. 3d 1035 US.COURT OF
APPEALS.


15. UNITED STATES DISTRICT, EASTERN DISTRICT LOUISIANA.
Velma Jean Richards, Plaintiff,  v.    British Petroleum- BP, et al., Cameron
International, et al., Transocean, et al., Halliburton, et al., Defendants.


Claim - Theft of Intellectual Property.
-GCCF- claim#1151644.
 -Patent Pending#61408961.


16. Native American Issues- The Cultural Property and Archaeology Law.
 -United States District Court.
 -The Intersection between Native American Law and Intellectual Property- timely
and informative piece.
 -The Indian Arts and Craft Act (1935), Protection of Tribal names(i.e. Oil
Containment -valve, Vinegar Solution, OIL RETRIEVING SYSTEM)  -Oil Containment-
valve, was Plaintiff ART Proposal#2, to stop BP's, oil spill in the Gulf of
Mexico, starting May 29, 2010.
 - Vinegar Solution- a composition of matter is a Homogeneous mixture that eats
microbes. It is yeast and acetobacter(acetic acid). It is anti- microbe. That's
how it clean-up oil in the Gulf of Mexico.
 -Plaintiff, Patent and Trade Marks, Brands- OIL RETRIEVING SYSTEM.
 - Trade related Intellectual Property Rights- TRIPS.
 -World Trade Organization- WTO.
 - Intellectual Property Rights-
IPR's.

The Exercise of " Professional Judgment".
-United State District Court.
-Environment Tort- The changing face of Toxic Torts. see hard copy.
-Plaintiff alleges this is the
straight-out stealing of an American Intellectual Property.
17. LeBoeuf Lamb- appeared in New York Law Journal, Feb. 2, 2007. 5227 REV2 03-
01- 2007.
The Chronicles of Higher Education- March 29, 2011.
-US District Court the Southern District of Florida. Supreme Court Filing
no._____ In the Supreme Court of the United States.
Aisha Goodison, Petition   v.   Madonna et al, Respondents, on writ of
certiorari. To the US Court of Appeals the Eleventh Circuit.
-Chronicles- The Great Wall
Of China. Plaintiff is hurt by this, and the hacking into her Blackberry.

18. Court of Claims- Penalties for Cultural Heritage Resource Crimes.
-Protecting American Indian Intellectual Property. The Relation between
Intellectual Property Rights and Human Rights- Cultural Survival.
-Cobell  v.  Salazar, US District Court.

19. Piracy and Brand Awareness. In Depth from an Intellectual Property Law
practitioners point of view.
- Penn State Law- course
descriptions- To study Civil Law and European Union Law, implies an approach,
understanding.
Law- As the European Court of Justice said in the 1960's. European Union Law
Constitution.

20. Common Law- In 1937, the new Federal Rules of Civil Procedure, combined law
and equity.
-April 5, 2011 - New Jersey Federal District Court. Trial Practice/ABA Section
of Litigation.
-April 13, 2011- US District Court Southern District of New York. Intellect. The
New York Law Journal Decision Archive.
The lifting of Corporate veil (piercing corporate veil?) Disregard of Legal
Entity Theory.

21.The Cultural Property of the Member States 3". This system in part...
-Protecting Cultural objects in a Internal Border. Free European Community: The
European Community...
-ART and Cultural Property Law- United States.
-ART and Cultural Property Law - Europe.
-ART and Cultural Property Law- International.
-Organization related to Lost or Stolen ART or Cultural Property Law.
-The Protection of Cultural Heritage and International Commerce- Kurt Siehr. "
The acquisition of title to property by Theft is Forbidden ".

Additional Case Law for Claim of Theft of Intellectual Property:

Lugosi   v.   Universal Pictures(1979) 25 CAL.3d 813 Lugosi.

US. Constitution,

11 of 13

Article1, Section 8, cl.

Trade Marks
The Lanham Act of 1948, 2:15 U.S.C. sec. 1051-1127...

19 C.F.R. Part 133 (1995)
(18 U.S.C. sec. 2320)

Canon 11A of the Code
of Ethics for Arbitrators in Commercial Dispute (jointly adopted by the American
Arbitration Association and American Bar Association). US v. Stayton.

Justice Department Public Integrity Section.

( see, e.g. Goodwin v. Wertheimer, 99 NY 149 153; Cohen  v.   M. Keizer, Inc. 246
AD 277).

Plaintiff further alleges-                 Claims of Theft of Intellectual
Property, seeking to recover Plaintiff ART- OIL RETRIVING SYSTEM, worth an
estimated. One trillion (1,000,000,000,000,000) US dollars- triple damages.
Plaintiff alleges the Defendants have integrated her ART- invention into the
worldwide, Oil Industry. Plaintiff demanded its return on several occasions from
Defendants BP, who was in control of property. Defendants had a duty to use
reasonable diligence to determine its true owner. There is no justification for
undermining the clarity and predictability of this rule by carving out an
exception, where the chattel to be returned is a valuable piece of ART. Plaintiff
kept track of ART through the use of "emails" and telephone communications. This
indicates the Individuals, Plaintiff communicated
with about Plaintiff ART. The Defendants allegedly used Plaintiff ART for new
technology, that both stop the oil spill and cleaned it, up in the Gulf of
Mexico.
 Plaintiff looked at the images on the media screen and immediately knew, that
was Plaintiff ART. Plaintiff ask Defendant BP to cease desist from using
Plaintiff ART.
 Plaintiff made request in a email to Mr. Feinberg. Plaintiff also contacted BP.
Headquarter.
Ask the US. Justice Department to appoint non- bias jurist to Jury Trial.
Plaintiff alleges Defendants are dismantling the Judicial System of US by tort
reform, as they have done with The International Cultural Property. see United
Kingdom Cambridge Journal.

Plaintiff alleges, she has no prior connection, what so ever, to any Defendants,
for them to have came up with all Plaintiff ART proposal that she sent them is
ridiculous. Especially after the integrated Oil Industry majors were working
together from April 20, 2010 to stop the source and spill in the Gulf. Defendant
had came-up with a Cofferdome that failed the week before Plaintiff sent ART
proposal to Defendants. Plaintiff ask the court to conduct Lie Detector Test for
all Defendants in the claim- Theft of  Intellectual Property. A good faith
property owner, wouldn't have any objections to this reasoned court request(lie
detector test). Defendants as the responsible party should compensate the
victims, not try to bride our government. These Defendants ensured that whatever
was made from Plaintiff ART, the bulk would come back to Defendants. Plaintiff

12 of 13

alleges the negotiator receiving the highest share of Plaintiff ART. Defendant
perpetuate a high stake- high risk business- Theft of Intellectual Property
Rights.
 The Insurance for invention is up to one BIllion(1,000,000,000)US Dollars.
Plaintiff ART has been in the possession of BP since May 29, 2010, who integrated
it with the OIL Industry.
Case in Point:
BP- Oil well operators.
Transocean- Oil drillers and operates the RIG.
Cameron International- builders of Equipments, i.e., blowout preventers.
Haliburton- cement, and clean- up oil spill.
They are all alleged in Plaintiff- Theft of Intellectual Property. Defendants
have exhibited the new technology that stop the Disaster in the Gulf. Plaintiff -
OIL RETRIEVING SYSTEM, patent pending#61408961. Plaintiff alleges Defendants each
stole parts of Plaintiff ART- invention.

Plaintiff went thru the official Arbitration- GCCF process with the expectation
of a swift inexpensive and effective substitute for Judicial dispute resolution.
April 20, 2011, will be a year since the BP disaster incident accrued. May 29,
2011 will be a year, since Plaintiff submission of ART Intellectual Property to
British Petroleum(BP). GCCF- BP have increased the cost and undermined
Arbitration/Mediation, contrary to the purpose of an inexpensive Court
litigation. Plaintiff ask the court to make Defendants pay attorney fee also.
Their adverse possession reasoning has cause Plaintiff to petition the court for
redress. Defendant could have just paid me to end controversy.
 Case law has long protected the rights of the owner whose property has been
stolen to recover that property, even if in the possession of a good faith
purchaser for value. Plaintiff ask the COURT  to grant Summary Judgment and any
other relief Plaintiff is due.

The United States Patent and Trademark Office has granted a reasonable
opportunity for individual or foreign governments to receive notice of a foreign
application for a patent, and to take action, before their rights are
extinguished. Plaintiff can't unreasonably delay making demand upon the person(s)
in possession of property. Where a Demand is necessary to entitle a person to
commence an action. The shifting of the burden onto a wronged owner is
inappropriate. The burden of investigating the provenance of Plaintiff ART. The
burden of proving that Plaintiff ART was not stolen property rest with the
Defendants.

Plaintiff is a Disable American. Plaintiff will amend claims, if Court ask me to.
Plaintiff is a Pro Se, litigant until Plaintiff finds attorney, that is the right
fit. Please transfer, if needed to Court Of Claims et cetera

Velma Jean Richards
V.Rich@att.blackberry.net
305 West 72nd Street
New York, NY. 10023
845-337-9254

*Velma Jean Richards*

TENDERED FOR FILING

MAY - 2 2011

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

13 of 13
8

Velma Jean Richards, Plaintiff,
v.
British Petroleum, BP, et. al.,
Cameron International, et. al.,
Transocean, et. al.,
Halliburton, et. al.,
Gulf Coast Facility, et. al., Defendants,

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA.

CLAIMS OF THEFT OF INTELLECTUAL
PROPERTY.

AFFIDAVIT, are in date sequence (chain).

Velma Jean Richards
305 West 72nd St.
Apt. 11C
New York, NY. 10023

TENDERED FOR FILING

MAY - 2 2011

U.S. DISTRICT COURT
Eastern District of Louisiana

1 of 76 pgs

Velma Jean Richards, Plaintiff,

v.

British Petroleum, BP, et. al.,

Cameron International, et. al.,

Transocean, et. al., Gulf Coast Facility, et. al., Defendants,

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA.

CLAIMS OF THEFT OF INTELLECTUAL
PROPERTY.

AFFIDAVIT, are in date sequence (chain).

TENDERED FOR FILING

APR 20 2011

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

2 of 76

**New York NY 72nd and Broadway**

| | |
|---|---|
| From: | v.rich@att.blackberry.net |
| Sent: | Monday, March 28, 2011 9:15 PM |
| To: | usa0812@fedex.com |
| Subject: | Fw: Horizon Call Center |

------Original Message------
From: Horizon Support
To: v.rich@att.blackberry.net
ReplyTo: Horizonsupport@oegllc.com
Subject: Horizon Call Center
Sent: May 29, 2010 4:51 PM

Velma Richards,

Thank you for your inquiry. We appreciate your concern and willingness to help. Please complete the form located at http://www.horizonedocs.com/artform.php with as much detail as possible.

This will allow us to quickly and accurately collect your information so that we can forward it to the appropriate technical reviewer. Once your information has been analyzed, we will contact you with the result of the review. Please note we are receiving thousands of potential solutions from the public and it may take some time for us to get back with you. We are currently implementing multiple tactics to both control the source of the leak and the resulting spill. Once you fill in this form, you do not need to contact us again.

Thank you!

The Horizon Support Team

Sent via BlackBerry by AT&T

1

3 of 76

## New York NY 72nd and Broadway

**From:**    v.rich@att.blackberry.net
**Sent:**    Monday, March 28, 2011 9:25 PM
**To:**     usa0812@fedex.com
**Subject:**   Fw: Horizon Response Center


------Original Message------
From: Horizon Support
To: v.rich@att.blackberry.net
ReplyTo: Horizonsupport@oegllc.com
Subject: Horizon Response Center
Sent: Jun 12, 2010 4:18 PM

Velma Richards, We appreciate you submitting your Alternative Response Technology (ART) proposal to the Horizon Support Team. This note is to inform you that we do have your information on record and will be processing it as soon as possible. You will be informed of the disposition of your recommendation following technical review. Thank you! Horizon Support Team Sent via BlackBerry by AT&T

4 of 96

# New York NY 72nd and Broadway

**From:** v.rich@att.blackberry.net
**Sent:** Monday, March 28, 2011 9:25 PM
**To:** usa0812@fedex.com
**Subject:** Fw: Horizon Response Center

**Flag Status:** Flagged


------Original Message------
From: Horizon Support
To: v.rich@att.blackberry.net
ReplyTo: Horizonsupport@oegllc.com
Subject: Horizon Response Center
Sent: Jun 12, 2010 7:42 PM

velma richards, We appreciate you submitting your Alternative Response Technology (ART)
proposal to the Horizon Support Team. This note is to inform you that we do have your
information on record and will be processing it as soon as possible. You will be informed of
the disposition of your recommendation following technical review. Thank you! Horizon Support
Team Sent via BlackBerry by AT&T

5 of 96

## New York NY 72nd and Broadway

**From:**           v.rich@att.blackberry.net
**Sent:**           Monday, March 28, 2011 9:25 PM
**To:**              usa0812@fedex.com
**Subject:**        Fw: Horizon Response Center


```
------Original Message------
From: Horizon Support
To: v.rich@att.blackberry.net
ReplyTo: Horizonsupport@oegllc.com
Subject: Horizon Response Center
Sent: Jun 12, 2010 7:09 PM
```

velma richards, We appreciate you submitting your Alternative Response Technology (ART) proposal to the Horizon Support Team. This note is to inform you that we do have your information on record and will be processing it as soon as possible. You will be informed of the disposition of your recommendation following technical review. Thank you! Horizon Support Team Sent via BlackBerry by AT&T

6 of 76

## New York NY 72nd and Broadway

**From:**          v.rich@att.blackberry.net
**Sent:**          Monday, March 28, 2011 9:25 PM
**To:**            usa0812@fedex.com
**Subject:**       Fw: Horizon Response Center


------Original Message------
From: Horizon Support
To: v.rich@att.blackberry.net
ReplyTo: Horizonsupport@oegllc.com
Subject: Horizon Response Center
Sent: Jun 12, 2010 7:33 PM

velma richards, We appreciate you submitting your Alternative Response Technology (ART)
proposal to the Horizon Support Team. This note is to inform you that we do have your
information on record and will be processing it as soon as possible. You will be informed of
the disposition of your recommendation following technical review. Thank you! Horizon Support
Team Sent via BlackBerry by AT&T

7 of 76

**New York NY 72nd and Broadway**

| | |
|---|---|
| **From:** | v.rich@att.blackberry.net |
| **Sent:** | Monday, March 28, 2011 9:25 PM |
| **To:** | usa0812@fedex.com |
| **Subject:** | Fw: Suggestions for oil spill in the Gulf of Mexico. |

```
------Original Message------
To: horizonsupport@oegllc.com
Subject: Suggestions for oil spill in the Gulf of Mexico.
Sent: Jun 13, 2010 10:06 AM
```

1. Ask the United States of America, if they have a large tanker, that BP can use from Norfolk, Virginia - the largest navel fleet base in the world.
2. Borrow larger tanker from competition that's near, the Gulf.
3. The riser pipe, needed to be cut with giant scissors first to get rid of zigzagged edges and then second smooth with diamond blade. This would give a snug containment cap fit with any new cap.
4. Present plans to American government and it's people-not as a older experience brother, but as a shared interested part in making things in the Gulf and the surrounding States - whole again. Example-we can all learn from each other.
5. Contain the oil, immediately clean up the Gulf and the States. This is a positive image for BP .

Sent via BlackBerry by AT&T

8 of 76

**New York NY 72nd and Broadway**

From:           v.rich@att.blackberry.net
Sent:           Monday, March 28, 2011 9:25 PM
To:             usa0812@fedex.com
Subject:        Fw: How to temporarily stop BP oil well in the Gulf and resuming the flow at will.


------Original Message------
To: horizonsupport@oegllc.com
Subject: How to temporarily stop BP oil well in the Gulf and resuming the flow at will.
Sent: Jun 15, 2010 3:03 PM

1.I've already fill out and sent you a (ART) form and suggestions by email.
Previously to use a giant plunger i.e. plugged that adhered to the sides of the well to
retrieve oil.
2. To temporarily stop oil flow, try a hinged that made of plastic for cork, brass (or some
other metal) and a rubber seal. Should be able to close and open at will. Try this on top of
containment cap.
3. A concerned spiritual person.

Sent via BlackBerry by AT&T

9 of 76

**New York NY 72nd and Broadway**

| | |
|---|---|
| From: | v.rich@att.blackberry.net |
| Sent: | Monday, March 28, 2011 9:16 PM |
| To: | usa0812@fedex.com |
| Subject: | Fw: Horizon Call Center - your recent submission |

------Original Message------
From: Horizon Support
To: v.rich@att.blackberry.net
ReplyTo: Horizonsupport@oegllc.com
Subject: Horizon Call Center - your recent submission
Sent: Jun 18, 2010 5:59 PM

Dear velma richards,
Thank you so much for taking the time to think about and submit your proposed solution
regarding the Horizon incident. Your submission has been reviewed for its technical merits.
A similar approach has already been considered or planned for possible implementation.  All
of us on the Horizon Support Team appreciate your thoughts and efforts.

Sincerely yours,
Horizon Support Team


Sent via BlackBerry by AT&T

10 of 76

**New York NY 72nd and Broadway**

| | |
|---|---|
| **From:** | v.rich@att.blackberry.net |
| **Sent:** | Monday, March 28, 2011 9:21 PM |
| **To:** | usa0812@fedex.com |
| **Subject:** | Fw: An Important Message from Horizon Support |


------Original Message------
From: horizon.support@oegllc.com
To: v.rich@att.blackberry.net
Subject: An Important Message from Horizon Support
Sent: Jun 19, 2010 1:05 PM

Dear Velma Richards,

Thank you for your submission to the Alternative Response Technology (ART) process for the Deepwater Horizon MC252 incident. Your submission has been reviewed for its technical merits.

It has been determined that your idea falls into one of the following ART categories: Already Considered/Planned, Not Feasible, or Not Possible, and therefore will not be advanced for further evaluation.  To date, we have received over 80,000 submissions with each submission receiving individual consideration and priority based on merit and need.

BP and Horizon Deepwater Unified Command appreciate your contribution and interest in responding to this incident.


Michael J. Cortez
Technical Manager
Alternative Response Technology Team
Deepwater Horizon Call Center - Houston, TX


Sent via BlackBerry by AT&T

11 of 76

**New York NY 72nd and Broadway**

| | |
|---|---|
| **From:** | v.rich@att.blackberry.net |
| **Sent:** | Monday, March 28, 2011 9:26 PM |
| **To:** | usa0812@fedex.com |
| **Subject:** | Fw: Horizon Call Center - your recent submission |


------Original Message------
From: Horizon Support
To: v.rich@att.blackberry.net
ReplyTo: Horizonsupport@oegllc.com
Subject: Horizon Call Center - your recent submission
Sent: Jun 21, 2010 10:58 AM

Dear velma richards,
Thank you so much for taking the time to think about and submit your proposed solution
regarding the Horizon incident. Your submission has been reviewed for its technical merits.
A similar approach has already been considered or planned for possible implementation.  All
of us on the Horizon Support Team appreciate your thoughts and efforts.


Sincerely yours,
Horizon Support Team


Sent via BlackBerry by AT&T

12 of 76

**New York NY 72nd and Broadway**

From:           v.rich@att.blackberry.net
Sent:           Monday, March 28, 2011 9:26 PM
To:             usa0812@fedex.com
Subject:        Fw: Horizon Call Center - your recent submission


------Original Message------
From: Horizon Support
To: v.rich@att.blackberry.net
ReplyTo: Horizonsupport@oegllc.com
Subject: Horizon Call Center - your recent submission
Sent: Jun 22, 2010 2:38 PM

Dear velma richards,
Thank you so much for taking the time to think about and submit your proposed solution
regarding the Horizon incident. Your submission has been reviewed for its technical merits.
A similar approach has already been considered or planned for possible implementation.  All
of us on the Horizon Support Team appreciate your thoughts and efforts.

Sincerely yours,
Horizon Support Team


Sent via BlackBerry by AT&T

13 of 26

## New York NY 72nd and Broadway

**From:**            v.rich@att.blackberry.net
**Sent:**             Monday, March 28, 2011 9:39 PM
**To:**                usa0812@fedex.com
**Subject:**         Fw: GCCF Claimant Information


------Original Message------
From: Mary Anna Tabol
To: v.rich@att.blackberry.net
Subject: GCCF Claimant Information
Sent: Aug 20, 2010 12:07 PM

The independent Gulf Coast Claims Facility (GCCF) will be fully operational beginning on
Monday, August 23rd.

In response to your inquiries regarding the claims process, attached please find information
pertaining to the GCCF, as well as a list of addresses for claims site offices throughout the
Gulf region.
You may obtain additional information by doing one of the following:

(1) Visit one of the GCCF Claims Site Offices. You may obtain a list of the Claims Site
Offices near you by visiting www.GulfCoastClaimsFacility.com or by
calling:
Toll Free Number: 1-800-916-4893. TTY: 1-866-682-1758.
(2) Call our Toll Free helpline. The Toll Free Number is listed above.
(3) Email us your questions. You may email us at: info@gccf-claims.com.


Sent via BlackBerry by AT&T

14 of 96

**New York NY 72nd and Broadway**

| | |
|---|---|
| **From:** | v.rich@att.blackberry.net |
| **Sent:** | Monday, March 28, 2011 9:40 PM |
| **To:** | usa0812@fedex.com |
| **Subject:** | Fw: VELMA JEAN RICHARDS-Claims#1151644 v.rich@att.blackberry.net Plaintiff. EXHIBIT A.    VS.    BRITISH PETROLEUM-HORIZON, IP- info@gccf-claims.com Defendants. |

------Original Message------
To: info@gccf-claims.com
Subject: Fw: VELMA JEAN RICHARDS-Claims#1151644 v.rich@att.blackberry.net Plaintiff. EXHIBIT
A.        VS.        BRITISH PETROLEUM-HORIZON, IP- info@gccf-claims.com Defendants.
Sent: Aug 25, 2010 2:43 AM

------Original Message------
To: info@gccf-claims.com
Subject: VELMA JEAN RICHARDS- v.rich@att.blackberry.net Plaintiff. EXHIBIT A.        VS.
BRITISH PETROLEUM-HORIZON, IP- info@gccf-claims.com Defendants.
Sent: Aug 23, 2010 12:44 AM

My name is Velma Jean Richards and the email address is V.Rich@att.blackberry.net. I first
called and started (ART) form on May 29,2010. I informed BP-Horizon at the time per telephone
conversation of my proposal to stop leak. I was sent a link to my email address from BP-
Horizon. I linked onto an Alternate Response Technology (ART) form, that I fill out and
submitted. The first (ART)form proposal(Source) I stated, to plug the leak, like you would a
tire - using natural material such as algae,coral,plants and material from the Gulf of Mexico
or a combination. The second (ART) form proposal (Source)- I stated, try putting a giant
plunger (like bathroom plunger) on the well, one that adhered to the sides of the well and
the center plunger i.e plugged can retrieve the oil. Leave center part hollow to put a
containment valve. The third (ART) form proposal (Spill)- I stated, clean up spill try a
vinegar solution(one part vinegar to six part water) vinegar is ph balancing. In some
instances, two part vinegar to five part water and so on, depending on what is needed to
break oil up. The fourth(ART) form proposal (Spill)- I stated, BP image. America is a
spiritual country- try using terms that are spiritual to inspire confidence and respect for
the American people. Example ;  The legacy of the southern states in America is a genteel
society, whom appreciates good manners and good taste. In our common backgrounds we both
share this spirit. Let us move forward as Good Samaritian. I did these (ART) forms proposal
starting May 29, 2010 all within a few days of my initial contact  with BP- Horizon. I
subsequently emailed two additional . The fifth proposal- Suggestions for oil spill in the
Gulf of Mexico, dated June 13, 2010- see attached with email. The sixth proposal- How to
temporarily stop BP-Horizon oil well in Gulf and resuming the flow at will, dated June 15,
2010- see attached with email also. I have received replies from BP-Horizon on June
12,18,19,21,22, 2010. The seventh proposal- A smooth transition from Containment, Corking,
and Siphoning to ships. If they try on the side of Cork- drill a hole into. Siphon oil from
the side, to complete the OIL RETRIEVING SYSTEM FROM THE SEAS.

Velma Jean Richards
305 West 72nd Street Apt. 11C
New York, NY 10023
SS#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

Sent via BlackBerry by AT&T

15 of 76

**New York NY 72nd and Broadway**

| | |
|---|---|
| **From:** | v.rich@att.blackberry.net |
| **Sent:** | Monday, March 28, 2011 9:40 PM |
| **To:** | usa0812@fedex.com |
| **Subject:** | Fw: VELMA JEAN RICHARDS-Claims#1151644 v.rich@att.blackberry.net Plaintiff. EXHIBIT B.      VS.      BRITISH PETROLEUM- HORIZON, IP- info@gccf-claims.com Defendants. |

------Original Message------
To: info@gccf-claims.com
Subject: Fw: VELMA JEAN RICHARDS-Claims#1151644 v.rich@att.blackberry.net Plaintiff. EXHIBIT
B.      VS.      BRITISH PETROLEUM- HORIZON, IP- info@gccf-claims.com Defendants.
Sent: Aug 25, 2010 2:16 AM


------Original Message------
To: info@gccf-claims.com
Subject: VELMA JEAN RICHARDS- v.rich@att.blackberry.net Plaintiff. EXHIBIT B.      VS.
BRITISH PETROLEUM- HORIZON, IP- info@gccf-claims.com Defendants.
Sent: Aug 23, 2010 12:47 AM

ART- Proposal#1 was a response to plugging the well, on May 29, 2010- the same way,reservoir
had been- Earthen, before it was unearth by BP-Horizon . I personally spoke to them on the
telephone about plugging. The way nature had sealed it. We know that after, a while cement
leaks- look to other abandoned oil well, to see this.
ART- Proposal#2 could have stopped well from leaking the first week of June 6, 2010, with
Containment Cap-giant plunger(like bathroom plunger), i.e. plugged. Cap was compromised with
zigzagged(jagged) edges, Before, that BP-Horizon had numerous efforts to seal well that
failed. The Texas disaster and then Gulf of Mexico disaster where no changes to their
motives. They should have retrieved the failed blowout preventer (evidence) first to see what
cause the disaster before going forward.  They let oil spill into the Gulf of Mexico for
months. Starting April 20,2010, continuing May, June, until July 15, 2010,.
ART- Proposal#3 Vinegar Solution-needs to be individually evaluated, depending on the
location of the oil. Although vinegar is PH balancing. Too much in one location has a drying
effect, it not nice to fool Mother Nature.
ART- Proposal#4 BP- image of spiritual was to inspire confidence and respect for the American
people. The 3rd. week of July, 2010. BP blatantly made media fodder about where the idea came
from. I've already been through the mill.  If you are a Believer- God has the power to scorch
Earth. I shared my ideas hoping also, what happen to me doesn't, take place again, to a good
spirits, that genuinely helps the world. International intellectual property is also fine.
Profit is a result of positive contributions to the world, uniquely so-with good spirits,
stand the test of time.  Making the people whole again is a step forward in BP-Horizon
recovery.
ART- Proposal#5 Suggestions: The United States has a lot of naval bases already in the
Pacific, particular Hawaii- that can be converted into a OIL RETRIEVING SYSTEM FROM THE
SEAS,That's environmentally friendly" or some other location. Having been to Hawaii, I know
it is sacred. They should get permission from the people first and keep it "environmentally
friendly". A percentage of Profit from the venture should be given back to Hawaii.
ART- Proposal#6 The Containment Cap, I never meant to be only Temporarily - it referred to
the flow of oil. The Containment Cap stopped the oil from flowing July 15,2010 into the Gulf
of Mexico. Although they banded some pipes, I believe causing some seepage. I think its to
understand a snug suction seal needs to unobstructed. The problem is placing caps over
unfinished debris.  My ideas for Containment Cap Worked. The relief well, has been being
drilled since around May 9 or 12, 2010(approx.) and still drilling August 7, 2010.

16 of 76

ART- Proposal#7 OIL RETRIEVING SYSTEM FROM THE SEAS- ENVIRONMENTALLY FRIENDLY.

Velma Jean Richards
305 West 72nd Street Apt. 11C
New York, NY 10023
SS#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


Sent via BlackBerry by AT&T

17 of 76

**New York NY 72nd and Broadway**

**From:**            v.rich@att.blackberry.net
**Sent:**            Monday, March 28, 2011 9:41 PM
**To:**              usa0812@fedex.com
**Subject:**         Fw: VELMA JEAN RICHARDS-Claims#1151644 v.rich@att.blackberry.net Plaintiff.  VS.
                     BRITISH PETROLEUM- HORIZON, IP- info@gccf-claims.com Defendants.


------Original Message------
To: info@gccf-claims.com
Subject: Fw: VELMA JEAN RICHARDS-Claims#1151644 v.rich@att.blackberry.net Plaintiff.  VS.
BRITISH PETROLEUM- HORIZON, IP- info@gccf-claims.com Defendants.
Sent: Aug 30, 2010 12:44 PM


------Original Message------
To: info@gccf-claims.com
Subject: VELMA JEAN RICHARDS- v.rich@att.blackberry.net Plaintiff.  VS.            BRITISH
PETROLEUM- HORIZON, IP- info@gccf-claims.com Defendants.
Sent: Aug 23, 2010 12:42 AM


1. Claims for intellectual property(patent), Lost Profit and Reasonable Royalties valuation
list. Exhibit A and Exhibit B.

2. My determined value is 500,000,000 million USD.

3. Accounting for Damages Intellectual Property.
United States of America, case law- IP owners concepts.
(a) Intellectual Property(patent) 35 USC 284.
(b) Calculation of Lost Profit- Panduit Corp. v.  Stahlin Bros. Fibre Works 575 F 2d 1152
(6th Cir. 1978).
(c) Calculation of Reasonable Royalty- Georgia- Pacific Corp. v.  United States Plywood Corp,
318F Supp. 1116, 1120 (SDNY 1970) modied and aff'd 1977) certi denied 404 US. 870, 92 SCt.
105 (1971).
United Kingdom, case law- IP owner's concepts.
(a) Intellectual Property(Patent). My argument is extra capacity would have been available by
subcontracting or by acquiring extra machinery and personnel. Exhibit A and B.
(b) Lost Profit- Gerber Garment Technology. v. Lectra Systems Ltd.
Causation Test
- Was the loss of profit claimed by claimant caused by the infringement?
Exhibit A.
- Was the lost, a foreseeable consequence of the infringement?
Exhibit B.
(c) Calculation of Reasonable Royalties.
In 1998, Celanese International Corp.  and others  v. BP  Chemical Limited and others-
Account of profits is a statue of Limitation law- I request claims for Emergency Advance
payment/Claims for final payment.
Exhibits A and B.

Velma Jean Richards
305 West 72nd Street Apt. 11C
New York, NY 10023
SS#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

18 of 96

**New York NY 72nd and Broadway**

**From:** v.rich@att.blackberry.net
**Sent:** Monday, March 28, 2011 9:45 PM
**To:** usa0812@fedex.com
**Subject:** Fw: The October 2, 2010 version of the ACTA text | Knowledge Ecology International


```
------Original Message------
To: info@gccf-claims.com
Subject: The October 2, 2010 version of the ACTA text | Knowledge Ecology International
Sent: Oct 26, 2010 9:41 AM

Statute of Limitation case law for Intellectual Property, Lost Property and Reasonable
Royalties. My May 29, 2010 claims #1151644
http://keionline.org/node/962


Sent via BlackBerry by AT&T
```

19 of 76

## New York NY 72nd and Broadway

**From:**                         v.rich@att.blackberry.net
**Sent:**                         Monday, March 28, 2011 9:45 PM
**To:**                           usa0812@fedex.com
**Subject:**                      Fw: NPR.org » Tests Signaled Cement Troubles Before BP Blowout


------Original Message------
To: info@gccf-claims.com
Subject: NPR.org » Tests Signaled Cement Troubles Before BP Blowout
Sent: Oct 28, 2010 4:15 PM

In Exhibit B.
Velma Jean Richards  v.  BP-Horizon, paragraph one Art-Proposal, sentences 3rd. The way
nature had sealed it.  4th. We know that after awhile cement leaks- look to other abandoned
oil well, to see this.
http://m.npr.org/news/front/130891238


Sent via BlackBerry by AT&T

20 of 76

**New York NY 72nd and Broadway**

**From:**          v.rich@att.blackberry.net
**Sent:**          Monday, March 28, 2011 9:45 PM
**To:**            usa0812@fedex.com
**Subject:**       Fw: Experts: BP ignored warning signs on doomed well. Claim#1151644. Attn: Legal
                   Department- see EXHIBITS A and B.


------Original Message------
To: info@gccf-claims.com
Subject: Experts: BP ignored warning signs on doomed well. Claim#1151644. Attn: Legal
Department- see EXHIBITS A and B.
Sent: Nov 17, 2010 4:35 PM


http://cng.usatoday.mlogic3g.com/Money/2196038/full/


Sent via BlackBerry by AT&T

1

71 of 76

**New York NY 72nd and Broadway**

| | |
|---|---|
| **From:** | v.rich@att.blackberry.net |
| **Sent:** | Monday, March 28, 2011 9:45 PM |
| **To:** | usa0812@fedex.com |
| **Subject:** | Fw: After BP oil spill, thousands of ideas poured in for cleanup. Claim#1151644. Attn: Legal Department- see EXHIBITS A and B. |

```
------Original Message------
To: info@gccf-claims.com
Subject: After BP oil spill, thousands of ideas poured in for cleanup. Claim#1151644. Attn:
Legal Department- see EXHIBITS A and B.
Sent: Nov 17, 2010 4:38 PM


http://cng.usatoday.mlogic3g.com/Money/2189678/full/


Sent via BlackBerry by AT&T
```

22 of 76

**New York NY 72nd and Broadway**

| | |
|---|---|
| **From:** | v.rich@att.blackberry.net |
| **Sent:** | Monday, March 28, 2011 9:45 PM |
| **To:** | usa0812@fedex.com |
| **Subject:** | Fw: BP and Russia's Rosneft in share swap, Arctic pact | Reuters.com |

```
------Original Message------
To: info@gccf-claims.com
Subject: BP and Russia's Rosneft in share swap, Arctic pact | Reuters.com
Sent: Jan 15, 2011 12:50 PM

BP is seen filling a skills and technology gap for Rosneft as it seek to develop the Arctic
region.
Cc: Congressman Edward Markey.
Cc: Congressman Michael Burgess.
Claim#1151644


http://us.mobile.reuters.com/article/topNews/idUSTRE70D5S420110115?ca=cng


Sent via BlackBerry by AT&T
```

1

23 of 76



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 61/408,961 | 01/18/2011 | | 110 | | | |

CONFIRMATION NO. 1071

**FILING RECEIPT**

Velma Jean Richards
305 West 72nd Street 11C
New York, NY 10023

OC000000046594887

Date Mailed: 03/16/2011

Receipt is acknowledged of this provisional patent application. It will not be examined for patentability and will become abandoned not later than twelve months after its filing date. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Applicant(s)**

Velma Jean Richards, New York, NY;

**Power of Attorney:** None

**If Required, Foreign Filing License Granted:** 03/16/2011

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 61/408,961**

**Projected Publication Date:** None, application is not eligible for pre-grant publication

**Non-Publication Request:** No

**Early Publication Request:** No

**\*\* SMALL ENTITY \*\***

**Title**

OIL RETRIEVING SYSTEM(DEVICE)

# PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international

page 1 of 3

24 of 76

patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4158).

## LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and

25 of 76

Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

26 of 76

# CCF  Gulf Coast Claims Facility

www.GulfCoastClaimsFacility.com



ICF0491404426

VELMA JEAN RICHARDS
305 WEST 72ND STREET, APT. 11C
NEW YORK, NY 10023-2671

January 26, 2011

Re:   Receipt of Full Review Final Payment Claim Form
      Claimant Identification Number:  01151644

Dear VELMA JEAN RICHARDS:

Your Final Payment Claim Form has been received by the Gulf Coast Claims Facility ("GCCF") for review and payment determination. The Claimant Identification Number referenced above will be your Claimant identifier throughout the review and payment process.

The GCCF is currently developing a formula for calculations of future damages to be used in assessing Final Payment Claims. In order to develop fair and appropriate calculations of future damages, the GCCF is consulting with expert economists and scientists.  In the next few weeks, the GCCF will make a final determination regarding its methodology for the calculation of future damages.  During this period of consultation and evaluation, the GCCF will not be issuing any Final Payment Offers. After the determination of a final methodology for the calculation of future damages, the GCCF will begin issuing Final Payment Offers.  We expect these Final Payment Offers to begin in mid-February.  Final Payment Claims will be reviewed, on a rolling basis, in the order in which the Final Payment Claims were received by the Facility.  If the GCCF determines that your claim requires additional information or documentation you will be contacted and notified of the specific missing documentation that you must provide.  You can track the progress of your claim online by checking the claim status portion of the GCCF website at www.GulfCoastClaimsFacility.com or by calling us at our toll-free number below.

If you have any questions, you may contact the GCCF by telephone toll free at 1-800-916-4893 (you will be prompted for multilingual telephone assistance), by email at info@gccf-claims.com or by visiting our website at www.GulfCoastClaimsFacility.com.  For TTY assistance call 1-866-682-1758.  Please be sure to provide your Claimant Identification Number, as well as your full name, your address and the last four digits of your Social Security Number or Taxpayer ID in all correspondence with the GCCF.

Sincerely,
Administrator
Gulf Coast Claims Facility

# CCF   Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com



ICF0511936028

VELMA JEAN RICHARDS
305 WEST 72ND STREET, APT. 11C
NEW YORK, NY 10023-2671

January 31, 2011

**Re:**   **GCCF Claimant Identification Number: 01151644**

Dear Claimant:

You submitted an Interim Payment or Final Payment Claim Form to the Gulf Coast Claims Facility ("GCCF") relating to the Deepwater Horizon Incident on April 20, 2010 and resulting oil spill in the Gulf of Mexico (the "Spill"). In order for the GCCF to accurately determine your total damages for all of 2010, if you have not already done so, you must submit documents reflecting your gross earnings as an Individual Claimant or your total revenues and expenses as a Business Claimant from May 1, 2010, through December 31, 2010, or documents proving that you did not receive income or earn revenue for any part of that period. Incomplete records will delay the review of your claim, will affect the damages calculation, and may cause your claim to be denied. You should make sure that you have submitted to the GCCF complete information for all of 2010. **If you have not already done so, send complete information for all of 2010 to us now. Your file will be evaluated and your payment calculated based upon the most recent information submitted by you to the GCCF.**

If you are an Individual Claimant, you should receive your 2010 W-2 forms and/or 1099 forms from your employer(s) by January 31, 2011. You should send us copies of those documents as soon as possible to show your complete 2010 financial information needed for the review of your claim for lost earnings. If you receive 2010 W-2 forms or 1099 forms from multiple employers, you must send copies of all of them to us.

You may submit documents to us by mail, by online upload to www.GulfCoastClaimsFacility.com, by fax at 1-866-682-1772, by email at info@gccf-claims.com, or by visiting one of our Site Offices. **Make sure that you write your Claimant Identification Number on each document you submit**, so that we can properly attach your documents to your claim. You should submit this information to us immediately upon receipt of this letter to ensure the prompt processing of your claim.

If you have questions, contact us toll free at 1-800-916-4893 (you will be prompted for multilingual telephone assistance), email at info@gccf-claims.com or visit our website, www.GulfCoastClaimsFacility.com. For TTY assistance call 1-866-682-1758. Be sure to provide your Claimant Identification Number, your full name and your current address in all correspondence with the GCCF.

Sincerely,
Administrator
Gulf Coast Claims Facility

---

28 of 76

**New York NY 72nd and Broadway**

| | |
|---|---|
| **From:** | v.rich@att.blackberry.net |
| **Sent:** | Monday, March 28, 2011 9:46 PM |
| **To:** | usa0812@fedex.com |
| **Subject:** | Fw: Receipt of Full Review Final Payment Claim Form and additional Information. |

------Original Message------
To: info@gccf-claims.com
Subject: Receipt of Full Review Final Payment Claim Form and additional Information.
Sent: Feb 2, 2011 12:45 PM

Mr. Feinberg,

When I did the online Gulf Coast Claims Facility form on August 23, 2010, the format would only allow me to choose Final Payment Claims. Although in the case law I sent with my claim, i.e. Exhibits stated (c) Calculation of Reasonable Royalties. In 1998 Celanese International Corp. and others- Account of profits- is a statute of limitation clause- I request claims for Emergency Advance Payment/ Claims for Final Payment. I first filed for Final Payment Claim on August 23, 2010, it is now the first of February 2011.

What is the Statute of Limitation for filing my claim in United State District Court in Louisiana for my claims?

Please note: Submissions- The third (ART) form proposal.
Spill- vinegar solution is a Homogeneous mixture that eats microbes. It is yeast and acetobacter(acetic acid). It is anti -microbial. That's what clean-up the oil in Gulf of Mexico (Seas). Please inform Scientists.

OIL RETRIVING SYSTEM FROM THE SEAS, ENVIRONMENT FRIENDLY, INTERNATIONAL(DEVICE)- This is my plan/ Intellectual Property a RiG as well as.
Ask the Economist the price for a floating offshore Rig and also Anti- microbial mixture for oil clean-up in the seas and surrounding area.
I claim and specify that this Machine, Trademark and Process differs from previous Patent and Technology Device/Intellectual Property.

The most powerful oil companies are involved in all stages of the oil industry and are vertically integrated.
1.Exxon Mobil
2.Total SA
3.Royal Dutch Shell
4.BP
5.Chevron
6.Conoco Phillips
7.Saudi Aramco- Saudi Arabia
8.Gazprom- Russia
9.National Iranian Oil Company- Iran
10.Petroleos De Venezuela SA- Venezuela
11.Petrobras- Brazil
12.Petronas- Malaysia


Sent via BlackBerry by AT&T

29 of 76

**New York NY 72nd and Broadway**

**From:** v.rich@att.blackberry.net
**Sent:** Monday, March 28, 2011 9:46 PM
**To:** usa0812@fedex.com
**Subject:** Fw: Final Payment Methodology.


------Original Message------
To: info@gccf-claims.com
Subject: Final Payment Methodology.
Sent: Feb 3, 2011 8:29 PM

Please send me Methodology and Reports by E-MAIL.
Claim#1151644.

1. Attachment A.
2. Attachment C.
3. Attachment D.
4. Attachment E.

Thank You,
v.rich@blackberry.net

Sent via BlackBerry by AT&T

1

30 of 76

**New York NY 72nd and Broadway**

| | |
|---|---|
| **From:** | v.rich@att.blackberry.net |
| **Sent:** | Monday, March 28, 2011 9:46 PM |
| **To:** | usa0812@fedex.com |
| **Subject:** | Fw: Submitting Documents. Claim#1151644, the same email address you have received all other correspondence identify me.  v.rich@att.blackberry.net |

------Original Message------
To: info@gccf-claims.com
Subject: Submitting Documents. Claim#1151644, the same email address you have received all other correspondence identify me.  v.rich@att.blackberry.net
Sent: Feb 7, 2011 5:47 PM

Mr. Feinberg,

It has been well documented that you and British Petroleum BP- are not separated. I have let you known that I'm a Disable American and also my social security number. Any information you need, regarding gross earnings or documents proving that- did not receive income or earn revenue for any part of that period, please contact the government, they have it.

Be advised that I have asked assistance from Members of Congress, on my Intellectual Property, Infringement and the International Bureau of the World Intellectual Property Organization. A market assessment, and forecast of what my Intellectual Property might be able to generate given the circumstances. A competitive analysis(not one percent) of final value indication.

31 of 76

**New York NY 72nd and Broadway**

| | |
|---|---|
| From: | v.rich@att.blackberry.net |
| Sent: | Monday, March 28, 2011 9:46 PM |
| To: | usa0812@fedex.com |
| Subject: | Fw: Receipt of Full Review Final Payment Claim Form and additional Information. Claim# 1151644. |

------Original Message------
To: info@gccf-claims.com
Subject: Receipt of Full Review Final Payment Claim Form and additional Information. Claim#1151644.
Sent: Feb 7, 2011 6:02 PM

Mr. Feinberg,

When I did the online Gulf Coast Claims Facility form on August 23, 2010, the format would only allow me to choose Final Payment Claims. Although in the case law I sent with my claim, i.e. Exhibits stated (c) Calculation of Reasonable Royalties. In 1998 Celanese International Corp. and others- Account of profits- is a statute of limitation clause- I request claims for Emergency Advance Payment/ Claims for Final Payment. I first filed for Final Payment Claim on August 23, 2010, it is now the first of February 2011.

What is the Statute of Limitation for filing my claim in United State District Court in Louisiana for my claims?

Please note: Submissions- The third (ART) form proposal.
Spill- vinegar solution is a Homogeneous mixture that eats microbes. It is yeast and acetobacter(acetic acid). It is anti -microbial. That's what clean-up the oil in Gulf of Mexico (Seas). Please inform Scientists.

OIL RETRIVING SYSTEM FROM THE SEAS, ENVIRONMENT FRIENDLY, INTERNATIONAL(DEVICE)- This is my plan/ Intellectual Property a RiG as well as.
Ask the Economist the price for a floating offshore Rig and also Anti- microbial mixture for oil clean-up in the seas and surrounding area.
I claim and specify that this Machine, Trademark and Process differs from previous Patent and Technology Device/Intellectual Property.

The most powerful oil companies are involved in all stages of the oil industry and are vertically integrated.
1.Exxon Mobil
2.Total SA
3.Royal Dutch Shell
4.BP
5.Chevron
6.Conoco Phillips
7.Saudi Aramco- Saudi Arabia
8.Gazprom- Russia
9.National Iranian Oil Company- Iran
10.Petroleos De Venezuela SA- Venezuela
11.Petrobras- Brazil
12.Petronas- Malaysia

Sent via BlackBerry by AT&T

32 of 76

**New York NY 72nd and Broadway**

| | |
|---|---|
| **From:** | v.rich@att.blackberry.net |
| **Sent:** | Monday, March 28, 2011 9:46 PM |
| **To:** | usa0812@fedex.com |
| **Subject:** | Fw: Submitting Documents |

------Original Message------
From: GCCFInfo
To: 'v.rich@att.blackberry.net'
Subject: RE: Submitting Documents
Sent: Feb 7, 2011 4:47 PM

To Whom It May Concern:   Thank you for your email.  The GCCF requires claimants to submit documentation in order to substantiate their claim.  For a list of required documentation, please click on the following link: http://gulfcoastclaimsfacility.com/requirements.pdf. Please note, claimants must submit this information for evaluation by email (as an attachment), by fax, or by mail to the number and addresses listed below.   In addition, if there is something we can assist you with regarding your claim specifically, please reply with the following information for verification purposes:   Full name on claim form; GCCF Claimant Identification Number; Last four (4) digits of SSN/EIN/TIN on claim form; and Address which the claim was filed under.   Please do not hesitate to contact us should you require additional information or assistance.   Sincerely, Administrator Gulf Coast Claims Facility P.O. Box 9658 Dublin, OH 43017-4958 Website: www.GulfCoastClaimsFacility.com Email: info@GCCF-Claims.com Toll-Free: 1-800-916-4893 TTY: 1-866-682-1758 Fax: 1-866-682-1772 [ENM]
     -----Original Message----- From: v.rich@att.blackberry.net [mailto:v.rich@att.blackberry.net] Sent: Sunday, February 06, 2011 12:32 PM To: GCCFInfo Subject: Submitting Documents   Mr. Feinberg,   It has been well documented that you and British Petroleum BP- are not separated. I have let you known that I'm a Disable American and also my social security number. Any information you need, regarding gross earnings or documents proving that- did not receive income or earn revenue for any part of that period, please contact the government, they have it.   Be advised that I have asked assistance from Members of Congress, on my Intellectual Property, Infringement and the International Bureau of the World Intellectual Property Organization. A market assessment, and forecast of what my Intellectual Property might be able to generate given the circumstances. A competitive analysis(not one percent) of final value indication.

http://us.foxnews.mobi/quickPage.html?page=26048&content=47942518&pageNum=-1   Sent via BlackBerry by AT&T _____   This communication (including any attachments) is intended for the use of the intended recipient(s) only and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.
Sent via BlackBerry by AT&T

33 of 96

## New York NY 72nd and Broadway

| | |
|---|---|
| **From:** | v.rich@att.blackberry.net |
| **Sent:** | Monday, March 28, 2011 9:46 PM |
| **To:** | usa0812@fedex.com |
| **Subject:** | Fw: Submitting Documents. Claim#1151644, the same email address you have received all other correspondence identify me.  v.rich@att.blackberry.net |

```
------Original Message------
To: info@gccf-claims.com
Subject: Submitting Documents. Claim#1151644, the same email address you have received all
other correspondence identify me.  v.rich@att.blackberry.net
Sent: Feb 7, 2011 5:47 PM

Mr. Feinberg,

It has been well documented that you and British Petroleum BP- are not separated. I have let
you known that I'm a Disable American and also my social security number. Any information you
need, regarding gross earnings or documents proving that- did not receive income or earn
revenue for any part of that period, please contact the government, they have it.

Be advised that I have asked assistance from Members of Congress, on my Intellectual
Property, Infringement and the International Bureau of the World Intellectual Property
Organization. A market assessment, and forecast of what my Intellectual Property might be
able to generate given the circumstances. A competitive analysis(not one percent) of final
value indication.
```

34 of 76

**New York NY 72nd and Broadway**

| | |
|---|---|
| **From:** | v.rich@att.blackberry.net |
| **Sent:** | Monday, March 28, 2011 9:47 PM |
| **To:** | usa0812@fedex.com |
| **Subject:** | Fw: More Sophisticated Rigs Drill  Deeper Still for Oil - NYTimes.com claim#1151644 INFRINGEMENT |

```
------Original Message------
To: info@gccf-claims.com
Subject: More Sophisticated Rigs Drill  Deeper Still for Oil - NYTimes.com claim#1151644
INFRINGEMENT
Sent: Feb 7, 2011 10:43 PM


http://www.nytimes.com/2010/08/30/business/energy-
environment/30deep.html?pagewanted=1&_r=1&emc=eta1


Sent via BlackBerry by AT&T
```

35 of 78

**New York NY 72nd and Broadway**

| | |
|---|---|
| From: | v.rich@att.blackberry.net |
| Sent: | Monday, March 28, 2011 9:46 PM |
| To: | usa0812@fedex.com |
| Subject: | Fw: Receipt of Full Review Final Payment Claim Form and additionalInformation. Claim# 1151644. |

------Original Message------
From: GCCFInfo
To: 'v.rich@att.blackberry.net'
Subject: RE: Receipt of Full Review Final Payment Claim Form and additionalInformation. Claim#1151644.
Sent: Feb 7, 2011 9:11 PM

Dear Sir or Madam:

Thank you for your email.  We will review your Full Review Final Claim.  The GCCF does not provide legal advice.

Please do not hesitate to contact us should you require additional information or assistance.

Sincerely,

Administrator
Gulf Coast Claims Facility
P.O. Box 9658
Dublin, OH 43017-4958
Website: www.GulfCoastClaimsFacility.com
Email: info@GCCF-Claims.com
Toll-Free: 1-800-916-4893
TTY: 1-866-682-1758
Fax: 1-866-682-1772
[BLE]

-----Original Message-----
From: v.rich@att.blackberry.net [mailto:v.rich@att.blackberry.net]
Sent: Monday, February 07, 2011 6:03 PM
To: GCCFInfo
Subject: Receipt of Full Review Final Payment Claim Form and additional Information. Claim#1151644.

Mr. Feinberg,

When I did the online Gulf Coast Claims Facility form on August 23, 2010, the format would only allow me to choose Final Payment Claims. Although in the case law I sent with my claim, i.e. Exhibits stated (c) Calculation of Reasonable Royalties. In 1998 Celanese International Corp. and others- Account of profits- is a statute of limitation clause- I request claims for Emergency Advance Payment/ Claims for Final Payment. I first filed for Final Payment Claim on August 23, 2010, it is now the first of February 2011.

What is the Statute of Limitation for filing my claim in United State District Court in Louisiana for my claims?

Please note: Submissions- The third (ART) form proposal.

1

36 of 76

**New York NY 72nd and Broadway**

| | |
|---|---|
| **From:** | v.rich@att.blackberry.net |
| **Sent:** | Wednesday, March 16, 2011 6:36 PM |
| **To:** | GCCFInfo |
| **Subject:** | Re: March 9, 2011.The 2010- Letter, Correspondence. ClaimStatus.Claim#1151644 |

Please note GCCF didn't provide me with a statement from 2010. Any other income that I have, not involving British Petroleum- BP is my business. Please forward statements from my Intellectual Property income. Re: Compensatory, Royalties, Lost Profits, Interests, Punitive Damages and another income due me.

Sent via BlackBerry by AT&T

---

**From:** GCCFInfo <Info@GCCF-Claims.com>
**Date:** Wed, 16 Mar 2011 19:16:50 +0000
**To:** 'v.rich@att.blackberry.net'<v.rich@att.blackberry.net>
**Subject:** RE: March 9, 2010- Letter, Correspondence. Claim Status.Claim#1151644

*Notice to Claimants: You have the right to consult with an attorney of your choosing before accepting any settlement or signing a release of legal rights.*

Dear Claimant:

Thank you for contacting the GCCF with your request. We will re-send you a copy of this correspondence, the "2010 Letter." Please note, the letter was mailed to you on January 31, 2011 and became available for your viewing on our website on 3/9/2011.

If you would like to see the letter immediately, a copy of the letter is also available on our homepage, in the box titled "Important Announcement for Claimants Who Filed an Interim or Final Claim." The letter requests any and all income information from 2010.

If this email relates to a determination of your claim, please be advised that if you disagree with the Gulf Coast Claims Facility's (the "GCCF") determination of your claim, you have the right to submit the claim to the National Pollution Funds Center ("NPFC"), the Coast Guard office responsible for evaluating and approving claims under the Oil Pollution Act of 1990 ("OPA"), or as an alternative you have the right to file a claim in court, including in the multidistrict litigation pending before the United States District Court for the Eastern District of Louisiana, titled, *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* (MDL No. 2179). The multidistrict litigation is a consolidated grouping of federal lawsuits arising out of the oil discharges due to the Deepwater Horizon Incident on April 20, 2010 (the "Oil Spill"). General information on the procedure for filing a claim with the NPFC may be obtained from the Director of the National Pollution Funds Center, NPFC MS 7100, U.S. Coast Guard, 4200 Wilson Blvd., Suite 1000, Arlington, VA 20598-7100, (800) 280-7118, or from the NPFC website at www.uscg.mil/npfc/claims. Information regarding the multidistrict litigation may be obtained from the court's website at www.laed.uscourts.gov. A claim for physical injury is not a claim under OPA and therefore cannot be submitted to the NPFC.

The GCCF is the official way for Individuals and Businesses to file claims for costs and damages incurred as a result of the oil discharges due to the Oil Spill. The GCCF and its Claims Administrator, Kenneth R. Feinberg, act for and on behalf of BP Exploration & Production, Inc. ("BP") in fulfilling BP's statutory obligations as a "responsible party" under OPA.

Sincerely,
Administrator

37 of 76

**New York NY 72nd and Broadway**

| | |
|---|---|
| **From:** | v.rich@att.blackberry.net |
| **Sent:** | Monday, March 28, 2011 9:37 PM |
| **To:** | usa0812@fedex.com |
| **Subject:** | Fw: March 9, 2011.The 2010- Letter, Correspondence.ClaimStatus.Claim#1151644   [1099] |

Sent via BlackBerry by AT&T

---

**From:** GCCFInfo <Info@GCCF-Claims.com>
**Date:** Thu, 17 Mar 2011 15:33:22 +0000
**To:** 'v.rich@att.blackberry.net'<v.rich@att.blackberry.net>
**Subject:** RE: March 9, 2011.The 2010- Letter, Correspondence. ClaimStatus.Claim#1151644 [1099]

*Notice to Claimants: You have the right to consult with an attorney of your choosing before accepting any settlement or signing a release of legal rights.*

Dear Claimant:

Thank you for contacting the GCCF. We will be happy to mail a replacement Form 1099 to you. In order for us to do so, please first verify for us your full name and address on your claim form and the last four digits of your SSN/EIN/TIN. After you provide your verification information, you should receive your replacement Form 1099 within 2 weeks.

If this email relates to a determination of your claim, please be advised that if you disagree with the Gulf Coast Claims Facility's (the "GCCF") determination of your claim, you have the right to submit the claim to the National Pollution Funds Center ("NPFC"), the Coast Guard office responsible for evaluating and approving claims under the Oil Pollution Act of 1990 ("OPA"), or as an alternative you have the right to file a claim in court, including in the multidistrict litigation pending before the United States District Court for the Eastern District of Louisiana, titled, *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* (MDL No. 2179). The multidistrict litigation is a consolidated grouping of federal lawsuits arising out of the oil discharges due to the Deepwater Horizon Incident on April 20, 2010 (the "Oil Spill"). General information on the procedure for filing a claim with the NPFC may be obtained from the Director of the National Pollution Funds Center, NPFC MS 7100, U.S. Coast Guard, 4200 Wilson Blvd., Suite 1000, Arlington, VA 20598-7100, (800) 280-7118, or from the NPFC website at www.uscg.mil/npfc/claims. Information regarding the multidistrict litigation may be obtained from the court's website at www.laed.uscourts.gov. A claim for physical injury is not a claim under OPA and therefore cannot be submitted to the NPFC.

The GCCF is the official way for Individuals and Businesses to file claims for costs and damages incurred as a result of the oil discharges due to the Oil Spill. The GCCF and its Claims Administrator, Kenneth R. Feinberg, act for and on behalf of BP Exploration & Production, Inc. ("BP") in fulfilling BP's statutory obligations as a "responsible party" under OPA.

Sincerely,
Administrator
Gulf Coast Claims Facility
P.O. Box 9658
Dublin, OH 43017-4958
Website: www.GulfCoastClaimsFacility.com
Email: info@GCCF-Claims.com
Toll-Free: 1-800-916-4893

38 of 76

**New York NY 72nd and Broadway**

| | |
|---|---|
| **From:** | v.rich@att.blackberry.net |
| **Sent:** | Monday, March 28, 2011 9:37 PM |
| **To:** | usa0812@fedex.com |
| **Subject:** | Fw: Submitting Documents |

Sent via BlackBerry by AT&T

-----Original Message-----
From: GCCFInfo <Info@GCCF-Claims.com>
Date: Thu, 17 Mar 2011 18:44:11
To: 'v.rich@att.blackberry.net'<v.rich@att.blackberry.net>
Subject: RE: Submitting Documents

Notice to Claimants:  You have the right to consult with an attorney of your choosing before accepting any settlement or signing a release of legal rights.

Dear Claimant:

Thank you for your email.  Please disregard the email that was sent earlier this morning.  We mistakenly sent an email to you requesting verification information in order to send a Form 1099 to you.  Form 1099s are issued only to claimants who have received a payment from the GCCF.

The GCCF cannot contact governmental agencies on your behalf to obtain documents.  If you would like to submit documentation to support your claim please review the list contained in the following link (http://gulfcoastclaimsfacility.com/requirements.pdf).  It contains a list documents that can be used to substantiate your claim. However, you are free to submit any documentation that you believe will support your claim.

We have also received a second email from you requesting a list documents to be sent to you. Please clarify, as it is not clear what documentation you are requesting.  If you would like a copy of your claim form we can mail that to you.  If you would like to view copies of letters sent to you, you can view them online.  To do so, go to our website listed below, enter your claimant ID & the last four digits of your social security number. Click on the blue "Click here to view Claimant's status related letters from the GCCF, along with information provided for certain denial letters" link located under the "Claimant Correspondence" heading.  There are .pdf files of those letters available for viewing.  If the documents you were referring to were supporting documents please resend them or supply the GCCF with tracking information so we can locate the documents.

If this email relates to a determination of your claim, please be advised that if you disagree with the Gulf Coast Claims Facility's (the "GCCF") determination of your claim, you have the right to submit the claim to the National Pollution Funds Center ("NPFC"), the Coast Guard office responsible for evaluating and approving claims under the Oil Pollution Act of 1990 ("OPA"), or as an alternative you have the right to file a claim in court, including in the multidistrict litigation pending before the United States District Court for the Eastern District of Louisiana, titled, In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 (MDL No. 2179).  The multidistrict litigation is a consolidated grouping of federal lawsuits arising out of the oil discharges due to the Deepwater Horizon Incident on April 20, 2010 (the "Oil Spill").  General information on the procedure for filing a claim with the NPFC may be obtained from the Director of the National Pollution Funds Center, NPFC MS 7100, U.S. Coast Guard, 4200 Wilson Blvd., Suite 1000, Arlington, VA 20598-7100, (800) 280-7118, or from the NPFC website at www.uscg.mil/npfc/claims.

39 of 7?

**New York NY 72nd and Broadway**

| | |
|---|---|
| **From:** | v.rich@att.blackberry.net |
| **Sent:** | Monday, March 28, 2011 9:37 PM |
| **To:** | usa0812@fedex.com |
| **Subject:** | Fw: SPECIFICATION. United States Patent Pending#61408961 and British Petroleum BP-Claim#1151644. |

Sent via BlackBerry by AT&T

-----Original Message-----
From: v.rich@att.blackberry.net
Date: Fri, 18 Mar 2011 01:13:56
To: <info@gccf-claims.com>
Reply-To: v.rich@att.blackberry.net
Subject: SPECIFICATION. United States Patent Pending#61408961 and British Petroleum BP-Claim#1151644.

SPECIFICATION


Title of the Invention: OIL RETRIEVING SYSTEM FROM THE SEAS, ENVIRONMENT FRIENDLY, INTERNATIONAL (DEVICE).

Background of Invention- SUBMISSION TO BRITISH PETROLEUM(BP)- HORIZON for GULF of MEXICO OIL SPILL and SOURCE. Starting MAY 29, 2010.

Brief summary of invention:
1. SOURCE- plug the leak like you would a tire(how nature had earthen the oil reservoir) 2. SOURCE- containment(plunger type and valve) 3. SPILL- solution(vinegar) that's Ph balancing.
4. IMAGE- forward thinking for America.
5. Suggestions for oil spill in the Gulf of Mexico.(large tanker, snug containment cap fit and seal).
6. How to temporarily stop BP oil well in the Gulf and resuming the flow at will.(meaning oil flow at will with a hinge and seal) 7. OIL RETRIEVING SYSTEM FROM THE SEAS.
(A) CONTAINMENT (plunger plug)
(B) CORKING (hinge attached to close)
(C) SIPHONING TO SHIP (on side of cork-make a pipeline, use until well is dry)
(D) REMOVE OIL RETRIEVING DEVICE(reusable)
(E)  PLUG THE SITE LIKE NATURE DID, RETURNING IT TO THE ENVIRONMENT.
(F) SPILL- vinegar solution( to clean-up oil in seas and surrounding) two part vinegar to five part water and so on.
(G) IMAGE- A forward plan: OIL RETRIEVING SYSTEM FROM THE SEAS, ENVIRONMENT FRIENDLY, INTERNATIONAL (DEVICE) More detailed description of invention is recorded @ manufacture BP-Horizon 1. E-MAILED horizonedocs.com/artform.php  starting MAY 29, 2010 - subsequently within a few days initially.
2. E-MAILED horizonsupport@oegllc.com JUNE 13, 2010 and JUNE 15, 2010.
3. E-MAILS from BP- Horizon regarding SUBMISSION - JUNE 12,18,19,21,22, 2010.h 4. E-MAILED KFEINBERG@FEINBERGROSEN.COM - JUNE 18, 20, 2010. JULY 15,18,21,28, 2010. AUGUST 4,7, 2010. OCTOBER 29, 2010.
4. E-MAILED, JULY 23,25, 2010, info@gccf-claims.com CLAIMS#1151644.
5. info@gccf-claims.com and see also @ this address Velma Jean Richards, Plaintiff. VS. British Petroleum(BP)- Horizon, Defendants.

40 of 76

6. E-MAILED, JULY 12, 2010 <u>Americanvoices@mail.house.gov</u>. Congresswoman Nancy Pelosi office.

I claim and specify that this Machine, Trademark and Process differs from previous Patent and Technology Device/ Intellectual Property.

EXCERPTS for the CLAIM:
The NEW YORK TIMES, published on JUNE 15, 2010 OIL EXECUTIVES BREAK RANKS IN TESTIMONY, by John M. Broder Congressional Hearing- The House Energy and Environment Subcommittee- Chairman Representative Edward J. Markey of Massachusetts, convened the hearing.  The 5 companies BP, Shell, Chevron, Conoco Phillips, Exxon Mobil- submitted virtually identical plans to government regulators and to the committee. The 500 page document prepared by a private contractor, refers to measure to protect walruses and gives a phone number for a marine biologist who died five years ago. Until now, the other major oil companies had provided technical assistance to BP.  Mr. Markey and other lawmaker forced them to admit that their spill response plan were outdated and woefully inadequate.

On JULY 22, 2010- The NEW YORK TIMES published by Jad Mouawad. 4 OIL FIRMS COMMIT 1BILLION FOR GULF RAPID- RESPONSE PLAN. Representative Edward J. Markey, democrat of Massachusetts, one of the industry's most vocal critics, described the plan as 'BP current apparatus with a fresh coat of paint'.  See SUBMISSION to BP -Horizon, starting MAY 29, 2010, E-MAILED to them.

Request Freedom of Information Act and Privacy Act to apply here. A non-publication request for now.

Sent via BlackBerry by AT&T

41 of 76

**New York NY 72nd and Broadway**

| | |
|---|---|
| **From:** | v.rich@att.blackberry.net |
| **Sent:** | Monday, March 28, 2011 9:37 PM |
| **To:** | usa0812@fedex.com |
| **Subject:** | Fw: March 9, 2011.The 2010- Letter, Correspondence. ClaimStatus.Claim#1151644 |

Sent via BlackBerry by AT&T

---

**From:** v.rich@att.blackberry.net
**Date:** Wed, 16 Mar 2011 22:36:08 +0000
**To:** GCCFInfo<Info@GCCF-Claims.com>
**ReplyTo:** v.rich@att.blackberry.net
**Subject:** Re: March 9, 2011.The 2010- Letter, Correspondence. ClaimStatus.Claim#1151644

Please note GCCF didn't provide me with a statement from 2010. Any other income that I have, not involving British Petroleum- BP is my business. Please forward statements from my Intellectual Property income. Re: Compensatory, Royalties, Lost Profits, Interests, Punitive Damages and another income due me.

Sent via BlackBerry by AT&T

---

**From:** GCCFInfo <Info@GCCF-Claims.com>
**Date:** Wed, 16 Mar 2011 19:16:50 +0000
**To:** 'v.rich@att.blackberry.net'<v.rich@att.blackberry.net>
**Subject:** RE: March 9, 2010- Letter, Correspondence. Claim Status.Claim#1151644

*Notice to Claimants:  You have the right to consult with an attorney of your choosing before accepting any settlement or signing a release of legal rights.*

Dear Claimant:

Thank you for contacting the GCCF with your request.  We will re-send you a copy of this correspondence, the "2010 Letter."  Please note, the letter was mailed to you on January 31, 2011 and became available for your viewing on our website on 3/9/2011.

If you would like to see the letter immediately, a copy of the letter is also available on our homepage, in the box titled "Important Announcement for Claimants Who Filed an Interim or Final Claim."  The letter requests any and all income information from 2010.

If this email relates to a determination of your claim, please be advised that if you disagree with the Gulf Coast Claims Facility's (the "GCCF") determination of your claim, you have the right to submit the claim to the National Pollution Funds Center ("NPFC"), the Coast Guard office responsible for evaluating and approving claims under the Oil Pollution Act of 1990 ("OPA"), or as an alternative you have the right to file a claim in court, including in the multidistrict litigation pending before the United States District Court for the Eastern District of Louisiana, titled, *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* (MDL No. 2179).  The multidistrict litigation is a consolidated grouping of federal lawsuits arising out of the oil discharges due to the Deepwater Horizon Incident on April 20, 2010 (the "Oil Spill").  General information on the procedure for filing a claim with the NPFC may be obtained from the Director of the National Pollution Funds Center, NPFC MS 7100, U.S. Coast Guard, 4200 Wilson Blvd., Suite 1000, Arlington, VA 20598-7100, (800) 280-7118, or from the NPFC website at www.uscg.mil/npfc/claims.  Information

42 of 78

**New York NY 72nd and Broadway**

**From:** v.rich@att.blackberry.net
**Sent:** Monday, March 28, 2011 9:37 PM
**To:** usa0812@fedex.com
**Subject:** Fw: British Petroleum- BP is keeping Privacy Files on American.


Sent via BlackBerry by AT&T

-----Original Message-----
From: v.rich@att.blackberry.net
Date: Thu, 17 Mar 2011 01:19:48
To: <americanvoices@mail.house.gov>
Reply-To: v.rich@att.blackberry.net
Subject: British Petroleum- BP is keeping Privacy Files on American.

BP is keeping the following files on me and refuses to let me see them.
-chap11.pdf 53KB
-download. pdf 575KB
-final claim. pdf 103KB
-GCCF letter 1pdf 35KB
-JEL Draft 73_ with abstra... 183KB
-New York. pdf 4MB
-pb060. pdf 602KB
-summary. pdf 35KB
-view letter. pdf 157KB

Why is BP asking American citizens for earning unrelated to BP.


Sent via BlackBerry by AT&T

43 of 76

## New York NY 72nd and Broadway

| | |
|---|---|
| **From:** | v.rich@att.blackberry.net |
| **Sent:** | Monday, March 28, 2011 9:37 PM |
| **To:** | usa0812@fedex.com |
| **Subject:** | Fw: For Full Review Payment Claims- Documents supporting future damages. Claim# 1151644 |

Sent via BlackBerry by AT&T

-----Original Message-----
From: v.rich@att.blackberry.net
Date: Thu, 17 Mar 2011 21:06:13
To: <info@gccf-claims.com>
Reply-To: v.rich@att.blackberry.net
Subject: For Full Review Payment Claims- Documents supporting future damages. Claim#1151644

Mr. Feinberg is a Special Master-  These are his duties of calculation and analysis. I have received no financial statement from British Petroleum BP.


This is as per your documents:
Claimants who submit a Full Review Final Payment Claim Form( may) submit documents that support any amount claimed as future damages as a result of the Spill, including documents demonstrating the manner in which such future damages have been calculated, the period of time for which they are claimed, and any expert reports or other analysis on which the calculation is based.

I'm pursuing The freedom of Information Act regarding all pdf I have requested from you.

Please review my claim sent to you on August 25, 2010

Sent via BlackBerry by AT&T

44 of 76

**New York NY 72nd and Broadway**

| | |
|---|---|
| From: | v.rich@att.blackberry.net |
| Sent: | Monday, March 28, 2011 9:37 PM |
| To: | usa0812@fedex.com |
| Subject: | Fw: SPECIFICATION. United States Patent Pending#61408961 and British Petroleum BP-Claim#1151644. |


Sent via BlackBerry by AT&T

-----Original Message-----
From: v.rich@att.blackberry.net
Date: Fri, 18 Mar 2011 01:13:56
To: <info@gccf-claims.com>
Reply-To: v.rich@att.blackberry.net
Subject: SPECIFICATION. United States Patent Pending#61408961 and British Petroleum BP-Claim#1151644.

SPECIFICATION



Title of the Invention: OIL RETRIEVING SYSTEM FROM THE SEAS, ENVIRONMENT FRIENDLY, INTERNATIONAL (DEVICE).

Background of Invention- SUBMISSION TO BRITISH PETROLEUM(BP)- HORIZON for GULF of MEXICO OIL SPILL and SOURCE. Starting MAY 29, 2010.

Brief summary of invention:
1. SOURCE- plug the leak like you would a tire(how nature had earthen the oil reservoir) 2. SOURCE- containment(plunger type and valve) 3. SPILL- solution(vinegar) that's Ph balancing.
4. IMAGE- forward thinking for America.
5. Suggestions for oil spill in the Gulf of Mexico.(large tanker, snug containment cap fit and seal).
6. How to temporarily stop BP oil well in the Gulf and resuming the flow at will.(meaning oil flow at will with a hinge and seal) 7. OIL RETRIEVING SYSTEM FROM THE SEAS.
(A) CONTAINMENT (plunger plug)
(B) CORKING (hinge attached to close)
(C) SIPHONING TO SHIP (on side of cork-make a pipeline, use until well is dry)
(D) REMOVE OIL RETRIEVING DEVICE(reusable)
(E)  PLUG THE SITE LIKE NATURE DID, RETURNING IT TO THE ENVIRONMENT.
(F) SPILL- vinegar solution( to clean-up oil in seas and surrounding) two part vinegar to five part water and so on.
(G) IMAGE- A forward plan: OIL RETRIEVING SYSTEM FROM THE SEAS, ENVIRONMENT FRIENDLY, INTERNATIONAL (DEVICE) More detailed description of invention is recorded @ manufacture BP-Horizon 1. E-MAILED horizonedocs.com/artform.php  starting MAY 29, 2010 - subsequently within a few days initially.
2. E-MAILED horizonsupport@oegllc.com JUNE 13, 2010 and JUNE 15, 2010.
3. E-MAILS from BP- Horizon regarding SUBMISSION - JUNE 12,18,19,21,22, 2010.h 4. E-MAILED KFEINBERG@FEINBERGROSEN.COM - JUNE 18, 20, 2010. JULY 15,18,21,28, 2010. AUGUST 4,7, 2010. OCTOBER 29, 2010.
4. E-MAILED, JULY 23,25, 2010, info@gccf-claims.com CLAIMS#1151644.
5. info@gccf-claims.com and see also @ this address Velma Jean Richards, Plaintiff. VS. British Petroleum(BP)- Horizon, Defendants.

45 of 76

6. E-MAILED, JULY 12, 2010 <u>Americanvoices@mail.house.gov</u>. Congresswoman Nancy Pelosi office.

I claim and specify that this Machine, Trademark and Process differs from previous Patent and Technology Device/ Intellectual Property.

EXCERPTS for the CLAIM:
The NEW YORK TIMES, published on JUNE 15, 2010 OIL EXECUTIVES BREAK RANKS IN TESTIMONY, by John M. Broder Congressional Hearing- The House Energy and Environment Subcommittee- Chairman Representative Edward J. Markey of Massachusetts, convened the hearing.  The 5 companies BP, Shell, Chevron, Conoco Phillips, Exxon Mobil- submitted virtually identical plans to government regulators and to the committee. The 500 page document prepared by a private contractor, refers to measure to protect walruses and gives a phone number for a marine biologist who died five years ago. Until now, the other major oil companies had provided technical assistance to BP.  Mr. Markey and other lawmaker forced them to admit that their spill response plan were outdated and woefully inadequate.

On JULY 22, 2010- The NEW YORK TIMES published by Jad Mouawad. 4 OIL FIRMS COMMIT 1BILLION FOR GULF RAPID- RESPONSE PLAN. Representative Edward J. Markey, democrat of Massachusetts, one of the industry's most vocal critics, described the plan as 'BP current apparatus with a fresh coat of paint'.  See SUBMISSION to BP -Horizon, starting MAY 29, 2010, E-MAILED to them.

Request Freedom of Information Act and Privacy Act to apply here. A non-publication request for now.

Sent via BlackBerry by AT&T

46 of 76

**bp**



**Jayne Piana**
Attorney
Global Patents and Technology Law

BP America Inc.
BP Legal
501 Westlake Park Blvd.
Houston, TX 77079

Via Email

April 11, 2011

Ms. Velma Jean Richards
v.rich@att.blackberry.net

Direct: 281-504-2892
Email: Jayne.Piana@bp.com

Dear Ms Richards,

I am writing to respond to your request that BP "cease and desist" in light of your pending patent application directed to an oil retrieving system (application number 61/408,961), as you discussed with my colleague, John Wood, on March 29.

Because your patent application is a provisional application, it is confidential and we are not able to access it. Thus, I am not able to assess what you are specifically claiming as your invention or whether it is likely to be granted by the United States Patent and Trademark Office. As I am sure you are aware, there is no infringement of a patent application before the patent has been granted by the United States Patent and Trademark Office.

Our records reflect that you also submitted proposals to the Horizon Support database on May 29, June 2, June 3, and June 4. Your May 29 and June 2 proposals were directed at stopping the oil at its source – plugging the well using natural material from the Gulf of Mexico and plugging the well using a "giant plunger" with a containment valve, respectively. Your June 3 proposal was directed at using a vinegar/water solution to clean up oil from the spill and your June 4 proposal suggested some ideas for BP's communications with the American people.

BP is very appreciative of the many thousands of people across the globe who offered their ideas for stopping the flow of oil into the Gulf and for containing the oil. People from over 100 different countries suggested over 100,000 ideas for stopping the flow of oil in the Gulf of Mexico or containing the spill. Many

47 of 76

Ms Velma Richards
April 11, 2011
Page 2 of 2

of the ideas received were duplicate suggestions, including many that duplicated or were similar to our own internal ideas and developments. Each idea was reviewed by technical and operations personnel to determine its feasibility.

While we truly appreciate you taking the time and effort to submit your suggestions, BP did not implement any of your proposals. In addition, as explained above, there is no infringement of a patent application before the patent has been granted by the United States Patent and Trademark Office. Accordingly, on the basis of the information available to us, we do not believe that there is any legal basis for any claim you made during your call to my colleague.

We wish you all the best with the development of your invention and your patent application.

I would appreciate it if you would address any further correspondence on this matter to me.

Yours sincerely,

Jayne Piana
Attorney
Global Patents and Technology Law – Exploration & Production

cc:  John Wood

2488443 v.1

48 of 76

# Dead on Arrival? A Comparison of the Unidroit Convention on Stolen or Illegally Exported Cultural Objects and U.S. Property Law

*Brian Bengs*[*]

I.      Introduction................................................... 504
II.     History of Cultural Property Regulation ........................... 509
III.    Cultural Property in the United States System .................... 516
        A.   Replevin................................................ 517
        B.   National Stolen Property Act............................ 520
        C.   Convention on Cultural Property Implementation Act.... 523
IV.     Probable Effects of the Unidroit Convention on
        United States Property Law...................................... 525
        A.   Restitution of Stolen Cultural Objects Under
             Chapter II of the Unidroit Convention ...................... 527
        B.   Return of Illegally Exported Cultural Objects
             Under Chapter III of the Unidroit Convention.............. 532
V.      Conclusion.................................................... 535

[*] J.D., University of Iowa College of Law, 1996. I would like to thank my wife, Jennifer, for her encouragement and comments during the writing of this Article. Thank you also to everyone who offered advice and guidance about the subject.

**New York NY 72nd and Broadway**

From:          v.rich@att.blackberry.net
Sent:          Monday, March 28, 2011 9:23 PM
To:            usa0812@fedex.com
Subject:       Fw: Horizon Response Center


------Original Message------
To: KFEINBERG@FEINBERGROZEN.COM
Subject: Fw: Horizon Response Center
Sent: Jun 18, 2010 7:01 PM


------Original Message------
From: Horizon Support
To: v.rich@att.blackberry.net
ReplyTo: Horizonsupport@oegllc.com
Subject: Horizon Response Center
Sent: Jun 12, 2010 4:18 PM

Velma Richards, We appreciate you submitting your Alternative Response Technology (ART) proposal to the Horizon Support Team. This note is to inform you that we do have your information on record and will be processing it as soon as possible. You will be informed of the disposition of your recommendation following technical review. Thank you! Horizon Support Team Sent via BlackBerry by AT&T

50 of 76

**New York NY 72nd and Broadway**

| | |
|---|---|
| From: | v.rich@att.blackberry.net |
| Sent: | Monday, March 28, 2011 9:23 PM |
| To: | usa0812@fedex.com |
| Subject: | Fw: Horizon Call Center - your recent submission |


------Original Message------
To: KFEINBERG@FEINBERGROZEN.COM
Subject: Fw: Horizon Call Center - your recent submission
Sent: Jun 18, 2010 7:59 PM


------Original Message------
From: Horizon Support
To: v.rich@att.blackberry.net
ReplyTo: Horizonsupport@oegllc.com
Subject: Horizon Call Center - your recent submission
Sent: Jun 18, 2010 5:59 PM

Dear velma richards,
Thank you so much for taking the time to think about and submit your proposed solution
regarding the Horizon incident. Your submission has been reviewed for its technical merits.
A similar approach has already been considered or planned for possible implementation.  All
of us on the Horizon Support Team appreciate your thoughts and efforts.

Sincerely yours,
Horizon Support Team


Sent via BlackBerry by AT&T

1

51 of 96

**New York NY 72nd and Broadway**

| | |
|---|---|
| **From:** | v.rich@att.blackberry.net |
| **Sent:** | Monday, March 28, 2011 9:23 PM |
| **To:** | usa0812@fedex.com |
| **Subject:** | Fw: Horizon Response Center |

------Original Message------
To: KFEINBERG@FEINBERGROZEN.COM
Subject: Fw: Horizon Response Center
Sent: Jun 18, 2010 7:04 PM

------Original Message------
From: Horizon Support
To: v.rich@att.blackberry.net
ReplyTo: Horizonsupport@oegllc.com
Subject: Horizon Response Center
Sent: Jun 12, 2010 7:09 PM

velma richards, We appreciate you submitting your Alternative Response Technology (ART)
proposal to the Horizon Support Team. This note is to inform you that we do have your
information on record and will be processing it as soon as possible. You will be informed of
the disposition of your recommendation following technical review. Thank you! Horizon Support
Team Sent via BlackBerry by AT&T

52 of 76

**lew York NY 72nd and Broadway**

| | |
|---|---|
| rom: | v.rich@att.blackberry.net |
| ent: | Monday, March 28, 2011 9:23 PM |
| o: | usa0812@fedex.com |
| ubject: | Fw: Horizon Response Center |

-----Original Message------
o: KFEINBERG@FEINBERGROZEN.COM
ubject: Fw: Horizon Response Center
ent: Jun 18, 2010 7:06 PM


-----Original Message------
rom: Horizon Support
o: v.rich@att.blackberry.net
ReplyTo: Horizonsupport@oegllc.com
ubject: Horizon Response Center
ent: Jun 12, 2010 7:33 PM

velma richards, We appreciate you submitting your Alternative Response Technology (ART)
proposal to the Horizon Support Team. This note is to inform you that we do have your
.nformation on record and will be processing it as soon as possible. You will be informed of
the disposition of your recommendation following technical review. Thank you! Horizon Support
Team Sent via BlackBerry by AT&T

53 of 76

**New York NY 72nd and Broadway**

From:              v.rich@att.blackberry.net
Sent:              Monday, March 28, 2011 9:23 PM
To:                usa0812@fedex.com
Subject:           Fw: Horizon Response Center


------Original Message------
To: KFEINBERG@FEINBERGROZEN.COM
Subject: Fw: Horizon Response Center
Sent: Jun 18, 2010 7:07 PM


------Original Message------
From: Horizon Support
To: v.rich@att.blackberry.net
ReplyTo: Horizonsupport@oegllc.com
Subject: Horizon Response Center
Sent: Jun 12, 2010 7:42 PM

velma richards, We appreciate you submitting your Alternative Response Technology (ART)
proposal to the Horizon Support Team. This note is to inform you that we do have your
information on record and will be processing it as soon as possible. You will be informed of
the disposition of your recommendation following technical review. Thank you! Horizon Support
Team Sent via BlackBerry by AT&T

54 of 76

**New York NY 72nd and Broadway**

| | |
|---|---|
| **From:** | v.rich@att.blackberry.net |
| **Sent:** | Monday, March 28, 2011 9:52 PM |
| **To:** | usa0812@fedex.com |
| **Subject:** | Fw: Suggestions for oil spill in the Gulf of Mexico. |

Sent via BlackBerry by AT&T

-----Original Message-----
From: v.rich@att.blackberry.net
Date: Tue, 29 Mar 2011 01:23:10
To: <usa0xwe@fedex.com>
Reply-To: v.rich@att.blackberry.net
Subject: Fw: Suggestions for oil spill in the Gulf of Mexico.


------Original Message------
To: KFEINBERG@FEINBERGROZEN.COM
Subject: Fw: Suggestions for oil spill in the Gulf of Mexico.
Sent: Jun 18, 2010 7:10 PM



------Original Message------
To: horizonsupport@oegllc.com
Subject: Suggestions for oil spill in the Gulf of Mexico.
Sent: Jun 13, 2010 10:06 AM

1. Ask the United States of America, if they have a large tanker, that BP can use from Norfolk, Virginia - the largest navel fleet base in the world.
2. Borrow larger tanker from competition that's near, the Gulf.
3. The riser pipe, needed to be cut with giant scissors first to get rid of zigzagged edges and then second smooth with diamond blade. This would give a snug containment cap fit with any new cap.
4. Present plans to American government and it's people-not as a older experience brother, but as a shared interested part in making things in the Gulf and the surrounding States - whole again. Example-we can all learn from each other.
5. Contain the oil, immediately clean up the Gulf and the States. This is a positive image for BP .

Sent via BlackBerry by AT&T

SS of 76

**New York NY 72nd and Broadway**

| From: | v.rich@att.blackberry.net |
|---|---|
| Sent: | Monday, March 28, 2011 9:23 PM |
| To: | usa0812@fedex.com |
| Subject: | Fw: How to temporarily stop BP oil well in the Gulf and resuming the flow at will. |

------Original Message------
To: KFEINBERG@FEINBERGROZEN.COM
Subject: Fw: How to temporarily stop BP oil well in the Gulf and resuming the flow at will.
Sent: Jun 18, 2010 7:11 PM

------Original Message------
To: horizonsupport@oegllc.com
Subject: How to temporarily stop BP oil well in the Gulf and resuming the flow at will.
Sent: Jun 15, 2010 3:03 PM

1.I've already fill out and sent you a (ART) form and suggestions by email.
Previously to use a giant plunger i.e. plugged that adhered to the sides of the well to retrieve oil.
2. To temporarily stop oil flow, try a hinged that made of plastic for cork, brass (or some other metal) and a rubber seal. Should be able to close and open at will. Try this on top of containment cap.
3. A concerned spiritual person.

Sent via BlackBerry by AT&T

5b of 7b

**New York NY 72nd and Broadway**

| | |
|---|---|
| **From:** | v.rich@att.blackberry.net |
| **Sent:** | Monday, March 28, 2011 9:24 PM |
| **To:** | usa0812@fedex.com |
| **Subject:** | Fw: An Important Message from Horizon Support |

------Original Message------
To: KFEINBERG@FEINBERGROZEN.COM
Subject: Fw: An Important Message from Horizon Support
Sent: Jun 20, 2010 9:20 AM


------Original Message------
From: horizon.support@oegllc.com
To: v.rich@att.blackberry.net
Subject: An Important Message from Horizon Support
Sent: Jun 19, 2010 1:05 PM

Dear Velma Richards,

Thank you for your submission to the Alternative Response Technology (ART) process for the Deepwater Horizon MC252 incident. Your submission has been reviewed for its technical merits.

It has been determined that your idea falls into one of the following ART categories: Already Considered/Planned, Not Feasible, or Not Possible, and therefore will not be advanced for further evaluation. To date, we have received over 80,000 submissions with each submission receiving individual consideration and priority based on merit and need.

BP and Horizon Deepwater Unified Command appreciate your contribution and interest in responding to this incident.


Michael J. Cortez
Technical Manager
Alternative Response Technology Team
Deepwater Horizon Call Center – Houston, TX


Sent via BlackBerry by AT&T

51 of 76

## New York NY 72nd and Broadway

| | |
|---|---|
| **From:** | v.rich@att.blackberry.net |
| **Sent:** | Monday, March 28, 2011 9:38 PM |
| **To:** | usa0812@fedex.com |
| **Subject:** | Fw: I'm looking for a intellectual property attorney,case involving British Petroleum-Horizon Deepwater Unified. |

------Original Message------
To: KFEINBERG@FEINBERGROZEN.COM
Subject: I'm looking for a intellectual property attorney,case involving British Petroleum-Horizon Deepwater Unified.
Sent: Jun 20, 2010 9:43 AM

My name is Velma Richards and the email address is V.Rich@att.blackberry.net. On Friday June 18, 2010 I spoke to someone in your office re: if you are the attorney designated for the BP oil spill by President O'Bama. I was informed "yes". I explained to some degree my situation. I was told you would review my email communication BP- Horizon and advise me about legality. I sent a total of (8)eight emails to your email address. I want to inform you that (4) of emails dated June 12, 2010 - Horizon Response Center are a result of a telephone Inquiry I made to BP on June 6,2010, regarding my (4) Alternate Response Technology(ART) form-proposal. I first called and started (ART)-form on May 29,2010. I informed  BP Horizon at that time, per conversation of my proposal to stop leak. They asked my name,email and other general information. They emailed me with their email address, and I was a link onto an (ART) form,that I fill out and submitted. The first (ART) form proposal (SOURCE)- I stated to plug the leak, like you would a tire - using natural material such as algae ,coral, plants and material from the Gulf of Mexico or a combination to plug leak. The second (ART) form proposal (SOURCE)- I stated,try putting a giant plunger (like bathroom plunger) on the well. One that adhereds to the sides of the well and the center plunger i.e. plugger can retrieve the oil. Leave center part hollow to put a containment valve. The third (ART) form proposal (SPILL)- I  stated, clean up spill, try a vinegar solution(one part vinegar to six part water). Vinegar is ph balancing. In some instances, you might have to increase vinegar; two part to five part water and so on, depending on what is needed to break oil up. The fourth (ART)form proposal (SPILL)- I stated, BP image. America is a spiritual country- try using terms that are spiritual to inspire confidence and respect for the American people. Example; The legacy of the southern states in America is a genteel society,whom appreciates good manner and good taste. In our common backgrounds we both share this spirit. Let us move forward as Good Samaritan. I did these (ART) forms  proposal starting May 29,2010 all within a few days of my initial contact with BP Horizon. I subsequently emailed Horizonsupport@oegllc.com . Emails I sent to you dated June 13,2010 and on June 15,2010. I have received reply from BP Horizon on June 12,2010, June18,2010 and June 19,2010. Emailed to you also. I was motivated to help by my passion of spirituality.  I'm a native Alabamian that was born at Maxwell Air Force Base in Montgomery,Al. I grew up in Birmingham,Al in the heart of the civil rights era. I was  a New York City Police Officer-disable from injuries I received.

I understand you are a Master in the legal profession. I have a limited understanding of this ability to set price amount and to make whole again. I have faith in your ability.  If necessary to direct me to someone to help. Can you also retrieve the (4) Alternate Response Technology forms, I originally sent to BP Horizon Center to review,my (ART) proposals. BP Horizon acknowledge the (4)ART submitting form - emails from them dated June 12,2010.

Thank you,
Velma Richards

1

58 of 76

**New York NY 72nd and Broadway**

| | |
|---|---|
| **From:** | v.rich@att.blackberry.net |
| **Sent:** | Monday, March 28, 2011 9:38 PM |
| **To:** | usa0812@fedex.com |
| **Subject:** | Fw: BP-Horizon Compromised the Containment Caps |

```
------Original Message------
To: KFEINBERG@FEINBERGROZEN.com
Subject: BP-Horizon Compromised the Containment Caps
Sent: Jul 15, 2010 10:05 AM

1. The original cap was placed over zigzagged(jagged)edges, therefore not given a snug seal.
2. The new cap was placed over banded pipes, at bottom that caused this cap to leak also. I
think it's  to understand a snug suction seal needs to unobstructed.
3. The jagged edges and banded pipes go against the design of anything.
 4. My ideas for Containment Cap work, BP-Horizon own dry run test have shown that. The
problem is placing them over unfinished debris that's not sealing.
5. I sent the House of Representative-American Voices my information as well.
Attached email is what I sent them.

Sent via BlackBerry by AT&T
```

59 of 76

**New York NY 72nd and Broadway**

| | |
|---|---|
| **From:** | v.rich@att.blackberry.net |
| **Sent:** | Monday, March 28, 2011 9:39 PM |
| **To:** | usa0812@fedex.com |
| **Subject:** | Fw: Mr. Feinberg-How BP-Horizon can complete the oil retrieving system from the seas. |

```
------Original Message------
To: KFEINBERG@FEINBERGROZEN.com
Subject: Mr. Feinberg-How BP-Horizon can complete the oil retrieving system from the seas.
Sent: Jul 18, 2010 12:10 PM

Mr. Feinberg, I understand how busy you are. I trust in the final analysis you will help me
,on how to proceed legally with my intellectual property involving BP-Horizon. Anyone that
knows me, understand I try to do things in the complete.
1. ART proposal seven is a smooth transition from containment, corking, and siphoning to
ships. If they try on the side of cork-drill a hole into. Siphon oil from the side. BP-
Horizon are expert at drilling holes. I'm looking forward to their dry run.


Sent via BlackBerry by AT&T
```

6D of 7

**New York NY 72nd and Broadway**

| | |
|---|---|
| **From:** | v.rich@att.blackberry.net |
| **Sent:** | Monday, March 28, 2011 9:39 PM |
| **To:** | usa0812@fedex.com |
| **Subject:** | Fw: Want to go over, some figures with you, for BP-Horizon claim. |


------Original Message------
To: KFEINBERG@FEINBERGROZEN.com
Subject: Want to go over, some figures with you, for BP-Horizon claim.
Sent: Jul 28, 2010 9:49 AM


Hi Mr.Feinberg,

1. I think BP-Horizon will owe United States government 20Billion for the 53Thousand barrel
of oil a day at43hundred dollars( approx.) ,that they spill into the Gulf of Mexico.
2. I know, this is you forte- Mr. Special Master.  I want 500Million for my proposals,
especially #2,3,6,7- Ideas are Intellectual property(patents). Its for a Holy cause, that I
experimented on myself. They can use the patents -OIL RETRIEVING SYSTEM to sell to other
companies as well.
3. I trust you, on how to proceed ,to get a offer from the other major oil companies. If you
can't arbitrate and mediate with BP-Horizon.
4. Ask BP-Horizon to cease and desist from using my ideas- intellectual property.

Sent via BlackBerry by AT&T

6 of 7

## New York NY 72nd and Broadway

**From:**            v.rich@att.blackberry.net
**Sent:**            Monday, March 28, 2011 9:39 PM
**To:**              usa0812@fedex.com
**Subject:**         Fw: ART- Proposal#3 Vinegar Solution.


```
------Original Message------
To: KFEINBERG@FEINBERGROZEN.com
Subject: ART- Proposal#3 Vinegar Solution.
Sent: Aug 4, 2010 10:56 AM
```

I first discovered this solution forty years ago to help a relative that had a problem. Over
the years numerous other people as well. If too much vinegar is used, it can have a drying
effect. I can't go into further details, because it stems from something else I want to do.
All my life I've tried to give back,because my GRANDMOTHERS' gave me so much. She restored my
life from a very serious childhood accident at age three. She literally spent all her monies,
so that I could become a productive member of society.
I once gave this picture to someone to explain my life, at the bottom of my silhouette was
the word HOPE-Health Opportunity for People Everywhere-acronym. I'm hoping you understand.

Sent via BlackBerry by AT&T

**New York NY 72nd and Broadway**

| | |
|---|---|
| **From:** | v.rich@att.blackberry.net |
| **Sent:** | Monday, March 28, 2011 9:39 PM |
| **To:** | usa0812@fedex.com |
| **Subject:** | Fw: BP- Horizon backward and forward. |

------Original Message------
To: KFEINBERG@FEINBERGROZEN.com
Subject: BP- Horizon backward and forward.
Sent: Aug 7, 2010 6:41 PM

ART- Proposal#1 was a response to plugging the well, on May 29, 2010- the same way,reservoir had been- Earthen, before it was unearth by BP-Horizon . I personally spoke to them on the telephone about plugging. The way nature had sealed it. We know that after, a while cement leaks- look to other abandoned oil well, to see this.
ART- Proposal#2 could have stopped well from leaking the first week of June 6, 2010, with Containment Cap-giant plunger(like bathroom plunger), i.e. plugged. Cap was compromised with zigzagged(jagged) edges. Before, that BP-Horizon had numerous efforts to seal well that failed. The Texas disaster and then Gulf of Mexico disaster where no changes to their motives. They should have retrieved the failed blowout preventer (evidence) first to see what cause the disaster before going forward.  They let oil spill into the Gulf of Mexico for months. Starting April 20,2010, continuing May, June, until July 15, 2010,.
ART- Proposal#3 Vinegar Solution-needs to be individually evaluated, depending on the location of the oil. Although vinegar is PH balancing. Too much in one location has a drying effect, it not niece to fool Mother Nature.
ART- Proposal#4 BP- image of spiritual was to inspire confidence and respect for the American people. The 3rd. week of July, 2010. BP blatantly made media fodder about where the idea came from. I've already been through the mill.  If you are a Believer- God has the power to scorch Earth. I shared my ideas hoping also, what happen to me doesn't, take place again, to a good spirits, that genuinely helps the world. International intellectual property is also fine. Profit is a result of positive contributions to the world, uniquely so-with good spirits, stand the test of time.  Making the people whole again is a step forward in BP-Horizon recovery.
ART- Proposal#5 Suggestions: The United States has a lot of naval bases already in the Pacific, particular Hawaii- that can be converted into a OIL RETRIEVING SYSTEM- " that's environmentally friendly" or some other location. Having been to Hawaii, I know it is sacred. They should get permission from the people first and keep it "environmentally friendly". A percentage of Profit from the venture should be given back to Hawaii.
ART- Proposal#6 The Containment Cap, I never meant to be only Temporarily - it referred to the flow of oil. The Containment Cap stopped the oil from flowing July 15,2010 into the Gulf of Mexico. Although they banded some pipes, I believe causing some seepage. The relief well, has been being drilled since around May 9 or 12, 2010(approx.) and still drilling August 7, 2010.
ART- Proposal#7 OIL RETRIEVING SYSTEM - ENVIRONMENTALLY FRIENDLY.

P.S. MY GRANDMOTHER once told me, after I had learned my ABC's, as a child, to now learn them backward.

Sent via BlackBerry by AT&T

63 of 76

**New York NY 72nd and Broadway**

| | |
|---|---|
| **From:** | v.rich@att.blackberry.net |
| **Sent:** | Monday, March 28, 2011 9:39 PM |
| **To:** | usa0812@fedex.com |
| **Subject:** | Fw: GCCF Claimant Information |

------Original Message------
From: Mary Anna Tabol
To: v.rich@att.blackberry.net
Subject: GCCF Claimant Information
Sent: Aug 20, 2010 12:07 PM

The independent Gulf Coast Claims Facility (GCCF) will be fully operational beginning on Monday, August 23rd.

In response to your inquiries regarding the claims process, attached please find information pertaining to the GCCF, as well as a list of addresses for claims site offices throughout the Gulf region.
You may obtain additional information by doing one of the following:

(1) Visit one of the GCCF Claims Site Offices. You may obtain a list of the Claims Site Offices near you by visiting www.GulfCoastClaimsFacility.com or by calling:
Toll Free Number: 1-800-916-4893. TTY: 1-866-682-1758.
(2) Call our Toll Free helpline. The Toll Free Number is listed above.
(3) Email us your questions. You may email us at: info@gccf-claims.com.


Sent via BlackBerry by AT&T

69 of 70

## New York NY 72nd and Broadway

**From:**              v.rich@att.blackberry.net
**Sent:**              Monday, March 28, 2011 9:38 PM
**To:**                usa0812@fedex.com
**Subject:**           Fw: Suggestions for oil spill in the Gulf of Mexico.


------Original Message------
To: Americanvoices@mail.house.gov
Subject: Fw: Suggestions for oil spill in the Gulf of Mexico.
Sent: Jul 12, 2010 10:43 AM


------Original Message------
To: horizonsupport@oegllc.com
Subject: Suggestions for oil spill in the Gulf of Mexico.
Sent: Jun 13, 2010 10:06 AM

1. Ask the United States of America, if they have a large tanker, that BP can use from
Norfolk, Virginia - the largest navel fleet base in the world.
2. Borrow larger tanker from competition that's near, the Gulf.
3. The riser pipe, needed to be cut with giant scissors first to get rid of zigzagged edges
and then second smooth with diamond blade. This would give a snug containment cap fit with
any new cap.
4. Present plans to American government and it's people-not as a older experience brother,
but as a shared interested part in making things in the Gulf and the surrounding States -
whole again. Example-we can all learn from each other.
5. Contain the oil, immediately clean up the Gulf and the States. This is a positive image
for BP .

Sent via BlackBerry by AT&T

1

65 of 76

## New York NY 72nd and Broadway

**From:**          v.rich@att.blackberry.net
**Sent:**          Monday, March 28, 2011 9:38 PM
**To:**            usa0812@fedex.com
**Subject:**       Fw: How to temporarily stop BP oil well in the Gulf and resuming the flow at will.


------Original Message------
To: Americanvoices@mail.house.gov
Subject: Fw: How to temporarily stop BP oil well in the Gulf and resuming the flow at will.
Sent: Jul 12, 2010 10:39 AM


------Original Message------
To: horizonsupport@oegllc.com
Subject: How to temporarily stop BP oil well in the Gulf and resuming the flow at will.
Sent: Jun 15, 2010 3:03 PM

1.I've already fill out and sent you a (ART) form and suggestions by email.
Previously to use a giant plunger i.e. plugged that adhered to the sides of the well to
retrieve oil.
2. To temporarily stop oil flow, try a hinged that made of plastic for cork, brass (or some
other metal) and a rubber seal. Should be able to close and open at will. Try this on top of
containment cap.
3. A concerned spiritual person.

Sent via BlackBerry by AT&T

bb of 76

**New York NY 72nd and Broadway**

| | |
|---|---|
| **From:** | v.rich@att.blackberry.net |
| **Sent:** | Monday, March 28, 2011 9:39 PM |
| **To:** | usa0812@fedex.com |
| **Subject:** | Fw: British Petroleum(BP) Horizon Unified -Claims. Ms. Pelosi- promise to "drain the swamp". Ben Franklin- Those who sacrifice liberty for security deserve neither. |

```
------Original Message------
To: Americanvoices@mail.house.gov
Subject: British Petroleum(BP) Horizon Unified -Claims. Ms. Pelosi- promise to "drain the
swamp". Ben Franklin- Those who sacrifice liberty for security deserve neither.
Sent: Aug 20, 2010 4:30 PM
```

My name is Velma Jean Richards and the email address is V.Rich@att.blackberry.net. I first called and started (ART) form on May 29,2010. I informed BP-Horizon at the time per telephone conversation of my proposal to stop leak. I was sent a link to my email address from BP-Horizon. I linked onto an Alternate Response Technology (ART) form, that I fill out and submitted. The first (ART)form proposal(Source) I stated, to plug the leak, like you would a tire - using natural material such as algae,coral,plants and material from the Gulf of Mexico or a combination. The second (ART) form proposal (Source)- I stated, try putting a giant plunger (like bathroom plunger) on the well, one that adhereds to the sides of the well and the center plunger i.e plugged can retrieve the oil. Leave center part hollow to put a containment valve. The third (ART) form proposal (Spill)- I stated, clean up spill try a vinegar solution(one part vinegar to six part water) vinegar is ph balancing. In some instances, two part vinegar to five part water and so on, depending on what is needed to break oil up. The fourth(ART) form proposal (Spill)- I stated, BP image. America is a spiritual country- try using terms that are spiritual to inspire confidence and respect for the American people. Example ;  The legacy of the southern states in America is a genteel society, whom appreciates good manners and good taste. In our common backgrounds we both share this spirit. Let us move forward as Good Samaritian. I did these (ART) forms proposal starting May 29, 2010 all within a few days of my initial contact  with BP- Horizon. I subsequently emailed two additional . The fifth proposal- Suggestions for oil spill in the Gulf of Mexico, dated June 13, 2010- see attached with email. The sixth proposal- How to temporarily stop BP-Horizon oil well in Gulf and resuming the flow at will, dated June 15, 2010- see attached with email also. I have received replies from BP-Horizon on June 12,18,19,21,22, 2010. I'm a native Alabamian that was born at Maxwell Air Force Base in Montgomery,AL. I grew up in Birmingham, AL.  I was a New York City Police Officer from 1983-1997, disable from injuries I received. From those injuries I receive disability. I can no longer perform duties as a police officer. I was motivated to help by my passion of spirituality (Holy Spirit). The injuries I sustained in Police Department left me extremely sick and Doctor's told me -their was nothing they could do for me. I became spiritual to find ways to cure myself from within.  I would meditate for six hour a day to get relief from the pain I had. I have neurofibromatosis- that causes non cancerous tumors to grow throughout the body.  I've had one on my hand removed surgically,but they grow back and I have had several others that I'm holistic curing. I believe I have an idea to Holistic cure diseases. I would like to use monies from my ideas I sent BP- Horizon on Alternate Response Technology (ART) to help other people cure their diseases as well. I want to open a Holistic Center for curing diseases. I'm only asking for the monies my six ideas - intellectual property(patent) are worth. I'm no less of a human being for my disabilities. I've been spiritually engaged for the betterment of humankind, that's why I was touched by the incident in the Gulf of Mexico. To help my country and the global world.

Sincerely,

61 of 76

V.Rich@att.blackberry.net
P.S. My birth name is Velma Jean Richard- born July 3, 1954. In numerology my numbers are 22-9-5-11

Sent via BlackBerry by AT&T

68 of 76

**New York NY 72nd and Broadway**

| | |
|---|---|
| **From:** | v.rich@att.blackberry.net |
| **Sent:** | Monday, March 28, 2011 9:45 PM |
| **To:** | usa0812@fedex.com |
| **Subject:** | Fw: BP and Russia's Rosneft in share swap, Arctic pact | Reuters.com |

```
------Original Message------
To: Americanvoices@mail.house.gov
Subject: BP and Russia's Rosneft in share swap, Arctic pact | Reuters.com
Sent: Jan 17, 2011 11:07 AM
```

To: Congress
cc: Congressman Edward Markey.
cc: Congressman Michael Burgess.

I'm requesting your assistance.
I have a claim #1151644 against British Petroleum BP- Horizon at Gulf Coast Claim Facility.
The submissions for Intellectual Property and Infringement.
I also have a application#61408961, at the United States Patent and Trademark Office. Please
examine my submission to BP- Horizon, related to technology of Oil RETRIVING SYSTEM FROM THE
SEAS, ENVIRONMENT FRIENDLY, INTERNATIONAL (DEVICE).

Privacy Act :
A record in the system of records may be disclosed, as routine use, to a Member of Congress
submitting a request involving an individual, to whom the record pertains,  when the
individual has requested assistance from the Member with respect to the subject matter of the
record.

I'm a Disable American requesting your assistance, with the International Bureau of the World
Intellectual Property Organization, pursuant to the Patent Cooperation Treaty as well as.
Please see attached e-mail.

BP is seen filling a skill and technology gap for, Rosneft as it seek to develop the Arctic
region.

Please make a market assessment, and forecast of what my Intellectual Property might be able
to generate given the circumstances. A competitive analysis(not one percent) of final value
indication.

http://us.mobile.reuters.com/article/topNews/idUSTRE70D5S420110115?ca=cng

Thank You,
Velma Jean Richards


Sent via BlackBerry by AT&T

69 of 76

**New York NY 72nd and Broadway**

| | |
|---|---|
| **From:** | v.rich@att.blackberry.net |
| **Sent:** | Monday, March 28, 2011 9:39 PM |
| **To:** | usa0812@fedex.com |
| **Subject:** | Fw: BP- Horizon backward and forward. Ms. Pelosi- promise to "drain the swamp". Ben Franklin- Those who sacrifice liberty for security deserve neither. |

------Original Message------
To: Americanvoices@mail.house.gov
Subject: Fw: BP- Horizon backward and forward. Ms. Pelosi- promise to "drain the swamp". Ben
Franklin- Those who sacrifice liberty for security deserve neither.
Sent: Aug 20, 2010 4:47 PM


------Original Message------
To: KFEINBERG@FEINBERGROZEN.com
Subject: BP- Horizon backward and forward.
Sent: Aug 7, 2010 6:41 PM

ART- Proposal#1 was a response to plugging the well, on May 29, 2010- the same way,reservoir
had been- Earthen, before it was unearth by BP-Horizon . I personally spoke to them on the
telephone about plugging. The way nature had sealed it. We know that after, a while cement
leaks- look to other abandoned oil well, to see this.
ART- Proposal#2 could have stopped well from leaking the first week of June 6, 2010, with
Containment Cap-giant plunger(like bathroom plunger), i.e. plugged. Cap was compromised with
zigzagged(jagged) edges. Before, that BP-Horizon had numerous efforts to seal well that
failed. The Texas disaster and then Gulf of Mexico disaster where no changes to their
motives. They should have retrieved the failed blowout preventer (evidence) first to see what
cause the disaster before going forward.  They let oil spill into the Gulf of Mexico for
months. Starting April 20,2010, continuing May, June, until July 15, 2010,.
ART- Proposal#3 Vinegar Solution-needs to be individually evaluated, depending on the
location of the oil. Although vinegar is PH balancing. Too much in one location has a drying
effect, it not niece to fool Mother Nature.
ART- Proposal#4 BP- image of spiritual was to inspire confidence and respect for the American
people. The 3rd. week of July, 2010. BP blatantly made media fodder about where the idea came
from. I've already been through the mill.  If you are a Believer- God has the power to scorch
Earth. I shared my ideas hoping also, what happen to me doesn't, take place again, to a good
spirits, that genuinely helps the world. International intellectual property is also fine.
Profit is a result of positive contributions to the world, uniquely so-with good spirits,
stand the test of time.  Making the people whole again is a step forward in BP-Horizon
recovery.
ART- Proposal#5 Suggestions: The United States has a lot of naval bases already in the
Pacific, particular Hawaii- that can be converted into a OIL RETRIEVING SYSTEM- " that's
environmentally friendly" or some other location. Having been to Hawaii, I know it is sacred.
They should get permission from the people first and keep it "environmentally friendly". A
percentage of Profit from the venture should be given back to Hawaii.
ART- Proposal#6 The Containment Cap, I never meant to be only Temporarily - it referred to
the flow of oil. The Containment Cap stopped the oil from flowing July 15,2010 into the Gulf
of Mexico. Although they banded some pipes, I believe causing some seepage. The relief well,
has been being drilled since around May 9 or 12, 2010(approx.) and still drilling August 7,
2010.
ART- Proposal#7 OIL RETRIEVING SYSTEM - ENVIRONMENTALLY FRIENDLY.

70 of 76

**New York NY 72nd and Broadway**

| | |
|---|---|
| **From:** | v.rich@att.blackberry.net |
| **Sent:** | Monday, March 28, 2011 9:38 PM |
| **To:** | usa0812@fedex.com |
| **Subject:** | Fw: British Petroleum(BP) Horizon Unified -Claims |

```
------Original Message------
To: Americanvoices@mail.house.gov
Subject: British Petroleum(BP) Horizon Unified -Claims
Sent: Jul 12, 2010 10:45 AM
```

My name is Velma Jean Richards and the email address is V.Rich@att.blackberry.net. I first
called and started (ART) form on May 29,2010. I informed BP-Horizon at the time per telephone
conversation of my proposal to stop leak. I was sent a link to my email address from BP-
Horizon. I linked onto an Alternate Response Technology (ART) form, that I fill out and
submitted. The first (ART)form proposal(Source) I stated, to plug the leak, like you would a
tire - using natural material such as algae,coral,plants and material from the Gulf of Mexico
or a combination. The second (ART) form proposal (Source)- I stated, try putting a giant
plunger (like bathroom plunger) on the well, one that adhereds to the sides of the well and
the center plunger i.e plugged can retrieve the oil. Leave center part hollow to put a
containment valve. The third (ART) form proposal (Spill)- I stated, clean up spill try a
vinegar solution(one part vinegar to six part water) vinegar is ph balancing. In some
instances, two part vinegar to five part water and so on, depending on what is needed to
break oil up. The fourth(ART) form proposal (Spill)- I stated, BP image. America is a
spiritual country- try using terms that are spiritual to inspire confidence and respect for
the American people. Example ;  The legacy of the southern states in America is a genteel
society, whom appreciates good manners and good taste. In our common backgrounds we both
share this spirit. Let us move forward as Good Samaritian. I did these (ART) forms proposal
starting May 29, 2010 all within a few days of my initial contact  with BP- Horizon. I
subsequently emailed two additional . The fifth proposal- Suggestions for oil spill in the
Gulf of Mexico, dated June 13, 2010- see attached with email. The sixth proposal- How to
temporarily stop BP-Horizon oil well in Gulf and resuming the flow at will, dated June 15,
2010- see attached with email also. I have received replies from BP-Horizon on June
12,18,19,21,22, 2010. I'm a native Alabamian that was born at Maxwell Air Force Base in
Montgomery,AL. I grew up in Birmingham, AL.  I was a New York City Police Officer from 1983-
1997, disable from injuries I received. From those injuries I receive disability. I can no
longer perform duties as a police officer. I was motivated to help by my passion of
spirituality (Holy Spirit). The injuries I sustained in Police Department left me extremely
sick and Doctor's told me -their was nothing they could do for me. I became spiritual to find
ways to cure myself from within.  I would meditate for six hour a day to get relief from the
pain I had. I have neurofibromatosis- that causes non cancerous tumors to grow throughout the
body.  I've had one on my hand removed surgically,but they grow back and I have had several
others that I'm holistic curing. I believe I have an idea to Holistic cure diseases. I would
like to use monies from my ideas I sent BP- Horizon on Alternate Response Technology (ART) to
help other people cure their diseases as well. I want to open a Holistic Center for curing
diseases.  I'm only asking for the monies my six ideas - intellectual property(patent) are
worth. I'm no less of a human being for my disabilities. I've been spiritually engaged for
the betterment of humankind, that's why I was touched by the incident in the Gulf of Mexico.
To help my country and the global world.

Sincerely,
V.Rich@att.blackberry.net

71 of 76

**New York NY 72nd and Broadway**

| | |
|---|---|
| **From:** | v.rich@att.blackberry.net |
| **Sent:** | Monday, March 28, 2011 9:39 PM |
| **To:** | usa0812@fedex.com |
| **Subject:** | Fw: BP- Horizon backward and forward. Ms. Pelosi- promise to "drain the swamp". Ben Franklin- Those who sacrifice liberty for security deserve neither. |

------Original Message------
To: Americanvoices@mail.house.gov
Subject: Fw: BP- Horizon backward and forward. Ms. Pelosi- promise to "drain the swamp". Ben Franklin- Those who sacrifice liberty for security deserve neither.
Sent: Aug 20, 2010 4:47 PM

------Original Message------
To: KFEINBERG@FEINBERGROZEN.com
Subject: BP- Horizon backward and forward.
Sent: Aug 7, 2010 6:41 PM

ART- Proposal#1 was a response to plugging the well, on May 29, 2010- the same way,reservoir had been- Earthen, before it was unearth by BP-Horizon . I personally spoke to them on the telephone about plugging. The way nature had sealed it. We know that after, a while cement leaks- look to other abandoned oil well, to see this.
ART- Proposal#2 could have stopped well from leaking the first week of June 6, 2010, with Containment Cap-giant plunger(like bathroom plunger), i.e. plugged. Cap was compromised with zigzagged(jagged) edges. Before, that BP-Horizon had numerous efforts to seal well that failed. The Texas disaster and then Gulf of Mexico disaster where no changes to their motives. They should have retrieved the failed blowout preventer (evidence) first to see what cause the disaster before going forward.  They let oil spill into the Gulf of Mexico for months. Starting April 20,2010, continuing May, June, until July 15, 2010,.
ART- Proposal#3 Vinegar Solution-needs to be individually evaluated, depending on the location of the oil. Although vinegar is PH balancing. Too much in one location has a drying effect, it not niece to fool Mother Nature.
ART- Proposal#4 BP- image of spiritual was to inspire confidence and respect for the American people. The 3rd. week of July, 2010. BP blatantly made media fodder about where the idea came from. I've already been through the mill.  If you are a Believer- God has the power to scorch Earth. I shared my ideas hoping also, what happen to me doesn't, take place again, to a good spirits, that genuinely helps the world. International intellectual property is also fine. Profit is a result of positive contributions to the world, uniquely so-with good spirits, stand the test of time.  Making the people whole again is a step forward in BP-Horizon recovery.
ART- Proposal#5 Suggestions: The United States has a lot of naval bases already in the Pacific, particular Hawaii- that can be converted into a OIL RETRIEVING SYSTEM- " that's environmentally friendly" or some other location. Having been to Hawaii, I know it is sacred. They should get permission from the people first and keep it "environmentally friendly". A percentage of Profit from the venture should be given back to Hawaii.
ART- Proposal#6 The Containment Cap, I never meant to be only Temporarily - it referred to the flow of oil. The Containment Cap stopped the oil from flowing July 15,2010 into the Gulf of Mexico. Although they banded some pipes, I believe causing some seepage. The relief well, has been being drilled since around May 9 or 12, 2010(approx.) and still drilling August 7, 2010.
ART- Proposal#7 OIL RETRIEVING SYSTEM - ENVIRONMENTALLY FRIENDLY.

92 of 98

Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

AO 240  (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana

*Velma Jean Richards*
British Petroleum et al  Halliburton et al
CAMERON INTERNAL v. etc. Gulf Coast Claim
Transocean et al        Facility et al

*Plaintiff*

*Defendant*

Civil Action No.

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name.  I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.*  If I am employed, my employer's name and address are:

My gross pay or wages are:  $ _*26,000 per year*_ , and my take-home pay or wages are:  $ _____ per ,

(specify pay period)  *1,800 monthly*

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☒ No |
| (b) Rent payments, interest, or dividends | ☒ Yes | ☐ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability, or worker's compensation payments | ☒ Yes | ☐ No |
| (e) Gifts, or inheritances | ☐ Yes | ☒ No |
| (f) Any other sources | ☐ Yes | ☒ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

will pay at settlement or IOU - of
Disable American

## TENDERED FOR FILING

APR 20 2011

U.S. DISTRICT COURT

*74 of 76*

AO 240  (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4.  Amount of money that I have in cash or in a checking or savings account: $ _____ .
*will pay at settlement or IOU if demanded*

5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:
*will pay at settlement or IOU if demanded*

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:
*will pay at Settlement or IOU if demanded*

7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
*will pay at Settlement or IOU if demanded*

8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
*Will pay at Settlement or IOU if demanded*

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:  4 - 19 - 2011

_____
Velma Jean Richards
*Applicant's signature*

_____
Velma Richards
*Printed name*

76 of 76

Please note: This is a true copy of claim and affidavit the way Plaintiff wants.

13 pages of claim
76 pages of affidavit

Velma Jean Richards
Pro Se, Plaintiff

TENDERED FOR FILING

MAY 27 2011

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Express Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; Oct. 2008. All rights reserved.

**EMS**

When used internationally affix customs declarations (PS Form 2976, or 2976A).

USPS packaging products have been awarded Cradle to Cradle Certification for their ecologically-intelligent design. For more information go to mbdc.com/usps

Please recycle.

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE

Flat Rate
Mailing Envelope
For Domestic and International Use
Visit us at usps.com

Addressee Copy
Label 11-B, March 2004

Post Office To Addressee

EXPRESS MAIL
UNITED STATES POSTAL SERVICE

EG797286824US

ORIGIN (POSTAL SERVICE USE ONLY)
PO ZIP Code 10023
Date Accepted 5/20/14
Time Accepted 12:29 PM
Flat Rate ☐ or Weight 2

DELIVERY (POSTAL USE ONLY)

CUSTOMER USE ONLY

FROM: (PLEASE PRINT) PHONE 845-337-1754
Velma Solid
325 Wynand St
Nyack (5th fl) 10023

TO: (PLEASE PRINT) PHONE 504 589-7715
US District Court
Eastern District
500 Poydras St
New Orleans, LA 70130

Postage $ 18.30
Total Postage & Fees $ 18.30

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811

PRESS HARD. YOU ARE MAKING 3 COPIES.