UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | CIVIL ACTION<br><br>MDL 2179<br><br>SECTION: J(1) |

### ORDER

**IT IS ORDERED** that Plaintiff Steering Committee's **Motion for Leave to File Supplemental Post-Argument Briefs (Rec. Doc. 2575)** and Defendant Anadarko Petroleum Corporation and Anadarko E&P Company LP's **Motion for Leave to File Supplemental Memorandum (Rec. Doc. 2586)** are hereby **DENIED.**

Parties should not file any additional or supplemental briefs regarding the B1, B3, and D1 Pleading Bundles unless specifically requested by the Court.

New Orleans, Louisiana this 1st day of June, 2011.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE