IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the ) | | MDL No. 2179 |
| OIL RIG "DEEPWATER HORIZON" ) | | |
| in the GULF OF MEXICO, on ) | | Section: J |
| April 20, 2010 ) | | |
| ) | | Judge Barbier |
| ) | | |
| ) | | Mag. Judge Shushan |
| This Pleading Applies to: ) | | |
| ) | | |
| All Cases in Pleading Bundle B-1, ) | | |
| No: 10-2771, ) | | |
| ) | | |
| and ) | | |
| ) | | |
| Marine Horizons, Inc., et al. Plaintiffs, vs. ) | | |
| BP, PLC et al Defendants, ) | | |
| No.: 10-2657. ) | | |

**ORDER GRANTING**
**CORRECTED MOTION FOR LEAVE TO AMENDED CLASS ACTION COMPLAINT**

Considering the above and foregoing and that there is no objection to the filing of this Second Amended Class Action Complaint.

IT IS ORDERED that plaintiffs Marine Horizons, Inc., Robert Stephen Gams, and Jesse Carbullido, be allowed to file this Second Amended Class Action Complaint as prayed for herein.

New Orleans, Louisiana this  1st  day of   June  , 2011.

_____
United States Magistrate Judge