UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 |
| | | * | SECTION: J |
| | | * | |
| | | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES: | | * | MAG. JUDGE SHUSHAN |
| | | * | |
| IN RE: TRITON ASSET LEASING GmbH Case No. 2:10-cv-02771-CJB-SS | | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF
MOTION FOR LEAVE TO FILE LIMITATION
SHORT FORM JOINDERS BEYOND THE APRIL 20, 2011 DEADLINE**

Come now Blue Reef Watersports Center, LLC, Phuoc Khanh Lam, Amber Gene, Inc., JMF Ventures Orange Beach, LLC, Clint M. Imsand, Michael C. Miller, Tidewater, LLC, Brandon N. Tillman, Woerner Investments, LLC, Thomas A. Myers, Thomas H. Smith, as parent and legal guardian of Thomas W. Smith, a minor, Trawler Becky Lynn, Inc., Charles J. Crawford and Fish Mobile, Inc. ("Movants") and file this Memorandum in Support of Motion For Leave To File Limitation Short Form Joinders Beyond the April 20, 2011 Deadline as follows:

1.  Movants contacted counsel prior to the Court-established deadline seeking assistance in filing claims consistent with this Court's order.

2.  Because of the enormous number of claimants seeking to file claims, through inadvertence Movants were omitted from the more than 1,200 claims filed by undersigned counsel.

3.  No prejudice will result from the acceptance of the proposed Short Form Joinders, all of which are attached hereto as Exhibit 1 to the Motion For Leave To File Limitation Short Form Joinders Beyond the April 20, 2011 Deadline. No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

4.  Supplemental Admiralty Rule 14(f) gives the Court discretion to permit the late filing of claims in a limitation proceeding. Where no prejudice could be suffered by plaintiffs in the limitation proceeding, the acceptance of late filed claims should be allowed where equitable reasons are shown. *Texas Gulf Sulphur Co. v. Blue Stack Towing Co.*, 313 F.3d 359, 362 (5th Cir. 1963) ("so long as rights of the parties are not adversely affected, the court will freely grant permission to file late claims."); *In re Gladiator Marine, Inc.*, No. 98-2037, 1999 WL 378121 (E.D. La. June 7, 1999); citing *Golnoy Barge Co. v. M/T Shinoussa*, 980 F.2d 349, 351 (5th Cir. 1993).

5.  Although a Motion for Default has been filed, the Limiting Parties have agreed to delay the entry of default, allowing some time for "the dust to settle." Limitation has not been determined, and there is no prejudice to the Limiting Parties or the other Defendants.

For these reasons, Movants request that the Court grant Movants leave to file the Short Form Joinders attached as Exhibit 1 to the Motion For Leave To File Limitation Short Form Joinders Beyond the April 20, 2011 Deadline and that the Court deem said Short Form Joinders as timely filed.

_____
STEVEN L. NICHOLAS
Cunningham Bounds, LLC
Post Office Box 66705
1601 Dauphin Street
Mobile, Alabama 36660
251-471-6191
251-479-1031 (fax)
sln@cunninghambounds.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 1, 2011, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through Lexis Nexis to all counsel of record.

_____
STEVEN L. NICHOLAS