UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL No. 2179 SECTION: J |
| | | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES: | | * * | MAG. JUDGE SHUSHAN |
| IN RE: TRITON ASSET LEASING GmbH Case No. 2:10-cv-02771-CJB-SS | | * * * | |

**************************************************************************

### ORDER

Considering the Motion For Leave To File Limitation Short Form Joinders Beyond the April 20, 2011 Deadline and Supporting Memorandum:

It is ORDERED that Movants Blue Reef Watersports Center, LLC, Phuoc Khanh Lam, Amber Gene, Inc., JMF Ventures Orange Beach, LLC, Clint M. Imsand, Michael C. Miller, Tidewater, LLC, Brandon N. Tillman, Woerner Investments, LLC, Thomas A. Myers, Thomas H. Smith, as parent and legal guardian of Thomas W. Smith, a minor, Trawler Becky Lynn, Inc., Charles J. Crawford and Fish Mobile, Inc. are hereby granted leave to file the Short Form Joinders

-2-

attached to their motion as Exhibit 1 into the record of Civil Action No. 10-8888, which shall be considered timely filed claims in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pre-Trial Orders Nos. 24 and 25.

Signed this _____ day of June, 2011.

_____<br>
Honorable Carl J. Barbier<br>
U. S. District Court Judge