OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 6-1-11

Guy Adams, et al

vs.

The State of Louisiana, et al

Case No. 11-1051 Section ___

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Mitsui Oil Exploration Company, Ltd. Through the Louisiana Long-Arm Statute
   (address) 9 Greenway Plaza, Suite 1220, Houston, TX 77046
2. (name) Moex Offshore 2007, LLC Through the Louisiana Long-Arm Statute
   (address) 9 Greenway Plaza, Suite 1220, Houston, TX 77046
3. (name) Pameton Corporation Through the Louisiana Long-Arm Statute
   (address) 700 Gotham Parkway, Carlstadt, NJ 07072
4. (name) JMN Specialties, Inc Through their Agent for Service
   (address) 1100 Victory Drive, Westwego, LA 70094
5. The State of Louisiana Through the Secretary Scott A. Angelle LA Dept. of Natural Resources 617 N. 3rd Street Baton Rouge, LA 70802

Very truly yours,

_____
"Signature"

Attorney for PLAINTIFFS
Address FRANK J. D'AMICO, JR., APLC
4731 CANAL ST.
NEW ORLEANS, LA 70119