OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: __6-1-11__

__Guy Adams, et al__

vs.

__The State of Louisiana, et al__

Case No. __11-1051__ Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __Transocean, Ltd Through CT Corporation System__
   (address) __4 Greenway Plaza, Houston, TX 77046-0401__
2. (name) __Transocean Offshore Deepwater Drilling, Inc. Through the Louisiana Long-Arm Statute__
   (address) __4 Greenway Plaza, Houston, TX 77046-0401__
3. (name) __Transocean Deepwater Inc. Through the Louisiana Long Arm Statute__
   (address) __4 Greenway Plaza, Houston, TX 77046-0401__
4. (name) __Transocean Holdings, LLC Through the Louisiana Long Arm Statute__
   (address) __4 Greenway Plaza, Houston, TX 77046-0401__

Very truly yours,
_____
"Signature"
Attorney for __Plaintiffs__
         __Frank J. D'Amico, Jr., APLC__
Address __4731 Canal St.__
         __New Orleans, LA 70119__