OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 6-1-2011

Guy Adams, et al

vs.

The State of Louisiana, et al

Case No. 11-1051 Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Halliburton Energy Services, Inc. Through CT Corporation System
   (address) 5615 Corporate Blvd., 400B, Baton Rouge, LA 70808
2. (name) Cameron International Corporation Through CT Corporation System
   (address) 5615 Corporate Blvd., 400B, Baton Rouge, LA 70808
3. (name) Anadarko Petroleum Corporation Through CT Corporation System
   (address) 5615 Corporate Blvd., 400B, Baton Rouge, LA 70808
4. (name) Nalco Company Through CT Corporation System
   (address) 5615 Corporate Blvd., 400B, Baton Rouge, LA 70808

Very truly yours,

[Signature]

Attorney for PLAINTIFFS
              FRANK J. D'AMICO, JR., APLC
Address       4731 CANAL ST.
              NEW ORLEANS, LA 70119