UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| Of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| Applies to: *See Attachment "A"*. | * | JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * *

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD FOR MOEX USA CORPORATION

NOW INTO COURT, through undersigned counsel, comes Defendant, MOEX USA Corporation ("MOEX USA"), and moves this Court for an order withdrawing Deborah D. Kuchler, Janika D. Polk, and Robert E. Guidry, with the law firm of Kuchler, Polk, Schell, Weiner & Richeson, L.L.C., and James J. Dragna, Warren Anthony Fitch, Michael Wigmore, David Salmons, Randy Levine, David Balabanian, Krystal Bowen, David Cannon, and Ky E. Kirby of Bingham McCutchen L.L.P., and substituting Jack McKay of Pillsbury Winthrop Shaw Pittman, L.L.P., as trial attorney and counsel of record in their stead.

WHEREFORE, the undersigned counsel, both individually and on behalf of their respective law firms, request this Court to allow the withdrawal of Deborah D. Kuchler, Janika D. Polk, and Robert E. Guidry, with the law firm of Kuchler, Polk, Schell, Weiner &Richeson, L.L.C., and James J. Dragna, Warren Anthony Fitch, Michael Wigmore, David Salmons, Randy Levine, David Balabanian, Krystal Bowen, David Cannon, and Ky E. Kirby of Bingham McCutchen L.L.P, and substitution of Jack McKay of Pillsbury Winthrop Shaw Pittman, L.L.P., as trial attorney and counsel of record for Defendant, MOEX USA in this action.

Respectfully submitted,

/s/Jack McKay
Jack McKay (T.A.)
Jack.mckay@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037-1122
Telephone (202) 663-8439
Facsimile (202) 663-8007


/s/Deborah D. Kuchler
Deborah D. Kuchler, T.A. (La. Bar #17013)
Janika D. Polk, (La. Bar #27608)
Robert E. Guidry (La. Bar #28064)
KUCHLER, POLK, SCHELL, WEINER
&RICHESON, L.L.C.
1615 Poydras Street, Suite 1300
New Orleans, Louisiana 70112
Telephone (504) 592-0691
Telefax:  (504) 592-0696


/s/David M. Balabanian
David M. Balabanian
david.balabanian@bingham.com
Krystal Bowen
krystal.bowen@bingham.com
David Cannon
david.cannon@bingham.com
BINGHAM MCCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone (415) 393-2170
Facsimile (415) 393-2286

/s/James J. Dragna
James J. Dragna
jim.dragna@bingham.com
BINGHAM MCCUTCHEN LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Telephone (213) 680-6436

/s/Ky E. Kirby_____
Ky E. Kirby
ky.kirby@bingham.com
Warren Anthony Fitch
kony.fitch@bingham.com
BINGHAM MCCUTCHEN LLP
2020 K Street, N.W.
Washington, D.C. 20006-1806
Telephone (202) 373-6000

ATTORNEY FORMOEX USA CORPORATION

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of June, 2011, a copy of the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system. I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

_____/s/ Deborah D. Kuchler_____