**MOEX USA CORP**

| CAPTION | CASE NUMBER |
|---|---|
| Copeland (Gilbert), et al. v. BP, PLC, et al. | 2011 CA-001694S |
| Carlisle v. BP P.L.C. et al | 2:10-cv 04188 |
| Murphy v. BP P.L.C. | 2:2010-cv-03085 |
| Ware v. BP P.L.C. et al | 2:10-cv-03115 |
| Stricker et al v. BP P.L.C. et al | 2:10-cv-03095 |
| Barber's Seafood, Inc. v. BP, P.L.C., et al | 2:2010-cv-03098 |
| Raffield Fisheries, Inc. et al v. BP, P.L.C., et al | 2:2010-cv-03102 |
| Woods Fisheries, Inc. v. BP, P.L.C. et al | 2:2010-cv-03104 |
| McCarthy v. BP PLC et al | 2:10-cv-03114 |
| Triton Asset Leasing GmbH et al v. U.S. Dept of Justice, et al | 2:10-cv-02771 |
| Jones  et al v. Transocean Ltd. et al. | 2:10-cv-01196 |
| State of Louisiana v. Triton Asset Leasing, GmbH et al | 2:10-cv-03059 |
| Kleppinger v. Transocean Offshore Deepwater Drilling Inc. | 2:10-cv-03168 |
| Kleppinger v. Transocean Offshore Deepwater Drilling Inc. | 2:10-cv-03168 |
| Levy v. Transocean Ltd et al | 2:10-cv-01245 |
| Karl W. Rhodes v. Transocean, Ltd. | 2:10-cv-01502 |
| State of Alabama v. Transocean, Ltd. et al | 2:10-cv-04183 |
| Pearson v. BP Exploration & Production, Inc., et al. | 2:11-cv-0863 |
| Black v. BP Exploration & Production, Inc., et al. | 2:11-cv-0867 |
| Murphy (Daniel) v. BP Exploration & Production, Inc. | 2:11-cv-0874 |
| Ippolito v. BP Exploration & Production, Inc. | 2:11-cv-0873 |
| City of New Orleans v. BP Exploration & Production, Inc. | 2:11-cv-0890 |
| Town of Grand Isle, et al. v. BP Exploration & Production, Inc., et al. | 2:11-cv-0893 |
| Jefferson (Parish) et al v. BP Exploration & Production, et al. | 2:11-cv-0895 |
| Plaquemines Parish v. BP PLC, et. a. | 2:11-cv-00916 |
| Plaquemines Port, Harbor and Terminal District v. BP PLC, et al | 2:11-cv-0917 |
| Quality Preheat & Pressure Washers, Inc. v. BP Exploration & Production, Inc., et al | 2:11-cv-00920 |
| Service One, LLC v. BP Exploration & Production, Inc., et al | 2:11-cv-00921 |
| Sellno et al v. BP Exploration & Production, Inc., et al | 2:11-cv-00925 |
| Alexander et al v. BP Exploration & Production, Inc. et al | 2:11-cv-00951 |
| Carnival Cruise Line v. BP Exploration and Production, Inc. et al | 2:11-cv-00952 |
| State of Louisiana v. BP Exploration & Production et al. | 110-cv-01106 |
| Brown et al v. BP Exploration & Production et al | 2011-23355 |
| Barron et al v. BP Exploration & Production et al | 2011-23351 |
| Grupo Turistico Tamaulipas S.A. de C.V v. BP, P.L.C. et al | 11-cv-1055 |
| State of Louisiana Office of the Attorney General v. BP Exploration | 2:11-cv-00516 |
| Levy (Darleen) et al. v. BP Exploration & Production, Inc. et al | 2:11-cv-00715 |
| State of Louisiana (Jefferson Parish) v. BP Exploration & Production | 2:11-cv-01113 |

| | |
|---|---|
| State of Louisiana (Lafourche Parish) v. BP Exploration & | 2:10-cv-01757 |
| State of Louisiana (Iberia Parish) v. BP Exploration & Production | 2:10-cv-02996 |
| State of Louisiana (St. Mary's Parish) v. BP Exploration & | 2:10-cv-02997 |
| State of Louisiana (St. Tammany Parish) v. BP Exploration & | 2:10-cv-01760 |
| State of Louisiana (Terrebonne Parish) v. BP Exploration & | 2:10-cv-01759 |
| Lynch v. Transocean, Ltd. et al. | 2:11-cv-01160 |