**MOEX OFFSHORE 2007**

| CAPTION | CASE NUMBER |
|---|---|
| Vision Bank v. 145, LLC and James Dalton, Third Party Plaintiffs v. | 1:10-cv-00521 |
| Ocean Reef Developers II LLC et al v. BP, PLC | 5:11-cv-00110 |
| Miami Beach Hospitality Management, LLC et al v. BP, PLC | 11-cv-1052 |
| Copeland (Gilbert), et al. v. BP, PLC, et al. | 2011 CA-001694S |
| Scott Carswell, et al. v. Pendleton, et al. | 2:11-cv-0260 |
| Papa Rod, Inc. et al. v BP, PLC, et al. | 2:10-cv-03250 |
| Ferguson et al v. BP, PLC et al | 2:10-cv-03251 |
| Ford et al v. BP, P.L.C. et al | 2:10-cv-03252 |
| Moore (Sarah) et al v. BP, PLC | 2:10-cv-03253 |
| Mobile Fixture & Equipment Company, Inc. v. BP, PLC et al | 2:10-cv-03262 |
| Wright (Glynis) et al. v. BP, PLC | 2:10-cv-03263 |
| Litchfield Company LLC et al v. BP PLC et al | 2:10-cv-03277 |
| Dai "Mike" Tran v. BP America, et al. | 2:10-cv-03279 |
| Peter Tran v. BP America, et al. | 2:10-cv-03280 |
| Cajun Maid, LLC et al v. BP, PLC et al | 2:10-cv- 02675 |
| T & D Fishery, LLC et al v. BP, PLC et al | 2:10-cv-013320 |
| Kunstler et al v. Transocean Ltd. et al | 2:10-cv-01345 |
| Schmalz et al v. Transocean Ltd. | 2:10-cv-01452 |
| James Kirk Mitchell et al v. BP, PLC et al | 2:10-cv-01472 |
| Bartol John Taliancich et al v. BP, P.L.C. | 2:10-cv-01489 |
| Charles C. Elmer et al v. BP, P.L.C. et al | 2:10-cv-01515 |
| Karl W. Rhodes v. Transocean, Ltd. | 2:10-cv-01502 |
| Doug Crawford et al v. BP, PLC et al | 2:10-cv-01540 |
| Brondum et al v. BP P.L.C., et al | 2:10-cv-01613 |
| Dinet v. BP P.L.C., et al. | 2:10-cv-01615 |
| Phillips v. BP America et al | 2:10-cv-01620 |
| Danzig v. BP, PLC et al | 2:10-cv-01726 |
| Nguyen (Kha Van) et al v. BP America, et al | 2:10-cv-01741 |
| J&M Boat Rentals, LLC v. BP, PLC, et al | 2:10-cv-01747 |
| Fruge et al v. BP, P.L.C., et al | 2:10-cv-01752 |
| Boettner v. BP P.L.C., et al | 2:10-cv-01764 |
| Decatur Hotels, L.L.C. et al v. BP, P.L.C., et al | 2:10-cv-01767 |
| Copeland's of New Orleans, Inc. et al v. BP, plc et al | 2:10-cv-01926 |
| Harmon et al v. BP, plc | 2:10-cv-01931 |
| Revenue Properties v. BP, P.L.C. et al | 2:10-cv-01947 |
| Inter-Tour Louisiane, Inc. et al v. Transocean Ltd. et al | 2:10-cv-02103 |
| Le (Tam Ve) et al v. BP PLC et al | 2:10-cv-02114 |
| Abadie et al v. BP, P.L.C. et al | 2:10-cv-02116 |

| Sea Eagle Fisheries, Inc. et al v. BP, PLC et al | 2:10-cv-02661 |
|---|---|
| Ocean Reef Realty Inc. v. Transocean Holdings Inc. et al | 2:10-cv-02663 |
| Destin et al v. BP, PLC et al | 2:10-cv-02668 |
| Sevel et al v. BP, PLC et al | 2:10-cv-02677 |
| Loupe v. BP, P.L.C., et al | 2:10-cv-02764 |
| Avocato v. BP P.L.C. et al | 2:10-cv-02770 |
| Triton Asset Leasing GmbH et al v. U.S. Dept of Justice, et al | 2:10-cv-02771 |
| Winnie's Artsy Cafe (Mahony's Po-Boy Shop) v. BP, P.L.C., et al | 2:10-cv-02820 |
| CJK Fab & Consulting v. BP, P.L.C., et al | 2:10-cv-02839 |
| Susan Davis et al v. BP P.L.C. et al | 2:10-cv-02984 |
| Professional Bars, Inc. d/b/a Brass Monkey v. BP P.L.C. et al | 2:10-cv-02985 |
| Vacation Key West, Inc. v. BP P.L.C. et al | 2:10-cv-02986 |
| Carden Simcox et al v. BP, PLC et al | 2:10-cv-02999 |
| State of Louisiana v. Triton Asset Leasing, GmbH et al | 2:10-cv-03059 |
| Bones & Campbell Enterprises, Inc. v. BP p.l.c. et al | 2:10-cv-03068 |
| Narcosis,Inc. v. BP, PLC et al | 2:10-cv-03077 |
| East Shore Land Development, LLC d/b/a Blue Wave Motel Suites | 2:10-cv-03078 |
| Gold Fingers Jewelers & Gift Shop et al v. BP, PLC et al | 2:10-cv-03079 |
| Gionis et al v. BP, PLC et al | 2:10-cv-03080 |
| J.J.S. Properties, Inc. d/b/a Post Corner Pizza Restaurant v. BP, PLC | 2:10-cv-03082 |
| Coratella et al v. BP, PLC et al | 2:10-cv-03083 |
| Fred Cochran et al v. BP PLC et al | 2:10-cv-03105 |
| Starchaser, Inc. et al. v. BP, PLC, et al | 2:10-cv-03107 |
| Shepardson, d/b/a Lower Keys Charters et al v. BP P.L.C. et al. | 2:10-cv-03112 |
| McCarthy v. BP PLC et al | 2:10-cv-03114 |
| Ware v. BP P.L.C. et al | 2:10-cv-03115 |
| Leagre v. BP, PLC et al | 2:10-cv-03186 |
| Seta v. BP, PLC | 2:10-cv-03187 |
| Daniel Barker et al v. BP, PLC | 2:10-cv-03267 |
| Nguyen (Kimberly) and Do Nguyen d/b/a Shrimp Guy, et al. v. BP | 2:10-cv-03269 |
| Balius et al v. BP, plc et al | 2:10-cv-03271 |
| Wilson (Bobby) et al v. BP, P.L.C. | 2:10-cv-03272 |
| Divine Fish House Inc et al v. BP, P.L.C. et al | 2:10-cv-03276 |
| PGKR Enterprises v. BP, P.L.C. | 2:10-cv-03278 |
| Roberts v. BP, PLC et al | 2:10-cv-03815 |
| Smiling Fish Cafe, Inc. et al v. BP, PLC et al | 2:2010-cv003089 |
| Schorr et al v. BP, PLC et al | 2:2010-cv-02989 |
| Ivy St. Romain et al. v. BP PLC, et al. | 2:2010-cv-02995 |
| Galaris et al v. BP, PLC et al | 2:2010-cv-03081 |
| Murphy v. BP P.L.C. | 2:2010-cv-03085 |

| Emerald Coast Property Group et al v. BBP, PLC et al | 2:2010-cv-03091 |
|---|---|
| West et al v. BP PLC | 2:2010-cv-03097 |
| Barber's Seafood, Inc. v. BP, plc et al | 2:2010-cv-03098 |
| Adams et al v. BP P.L.C. et al | 2:2010-cv-03100 |
| Le Discount Seafood, Inc. et al v. BP, PLC et al | 2:2010-cv-03102 |
| Raffield Fisheries, Inc. et al v. BP, plc et al | 2:2010-cv-03102 |
| Hao Van Le d/b/a Bluewater Seafood et al v. BP, PLC et al | 2:2010-cv-03103 |
| Woods Fisheries, Inc. v. BP, plc et al | 2:2010-cv-03104 |
| Brandt et al v. BP, P.L.C. et al | 2:2010-cv-03275 |
| Richard, d/b/a Richard's Seafood Patio et al v. BP, PLC et al | 2:20-cv-01438 |
| State of Alabama v. Transocean, Ltd. et al | 2:10-cv-04183 |
| City of Greenville et al v. BP, PLC et al | 2:10-cv-04185 |
| Carlisle v. BP P.L.C. et al | 2:10-cv 04188 |
| Jones (Chase) et al v. BP PLC et al | 2:10-cv-04189 |
| Worldwide Interiors, LLC v. BP, PLC et al | 2:10-cv-04191 |
| The Fish Market Restaurant, Inc. et al v. BP, PLC et al | 2:10-cv-04192 |
| Hill v. BP, PLC et al | 2:10-cv-04193 |
| Monroe et al v. BP, PLC et al | 2:10-cv-04194 |
| Hudley v. BP, PLC, et al | 2:10-cv-04200 |
| Petitjean v. BP PLC et al | 2:10-cv-04201 |
| Capt Ander Inc. v. BP PLC et al | 2:2010-cv-4205 |
| Tracy Acree Construction, Inc. et al v. BP, P.L.C. et al | 2:10-cv-04207 |
| Contender Boats v. Anadarko et al | 2:10-cv-04208 |
| Gulf Manufacturing Company v.BP, PLC et al | 2:10-cv-04209 |
| Cooley v. BP, plc et al | 2:2010-cv-04212 |
| Trehern et al v. BP, plc et al | 2:10-cv-004213 |
| Triad Seafood, Inc. et al v. BP, P.L.C. et al | 2:10-cv-04359 |
| JRKW Enterprises, LLC d/b/a Huck Finn's Cafe v. BP P.L.C., et al. | 2:10-cv-02846 |
| Stricker et al v. BP P.L.C. et al | 2:10-cv-03095 |
| Wetzel et al v. Transocean Ltd. et al | 2:2010-cv-01222 |
| Shemper, et al. v. BP plc, et al. | 2:10-cv-00138 |
| Wunstell et al v. BP PLC et al | 2:10-cv-02543 |
| Floyd, Floyd, Pearce of Beaumont, et al. v. BP, PLC, et al | 2:10-cv-03116 |
| Ireland v. BP PLC et al | 2:10-cv-04202 |
| Hudson v. BP PLC et al | 2:10-cv-04203 |
| United State of America v. BP Exploration & Production Inc. et al | 2:10-cv-04536 |
| Plaquemines Parish School Board v. Anadarko E&P Co. LP et al | 2:11-cv-00348 |
| Jones et al v. Transocean Ltd. et al. | 2:10-cv-01196 |
| State of Louisiana Office of the Attorney General v. BP Exploration | 2:11-cv-00516 |
| Kleppinger v. Transocean Offshore Deepwater Drilling Inc. | 2:10-cv-03168 |

| | |
|---|---|
| Kleppinger v. Transocean Offshore Deepwater Drilling Inc. | 2:10-cv-03168 |
| QMCD, LP et al. v. BP Exploration & Production | 2:11-cv-00552 |
| Certain Underwriters at Lloyd's v. BP, P.L.C., et al | 11-cv-02751 |
| Synovus Bank v. Plash Island Resort LLC et al | 2:11-cv-00551 |
| Levy v. Transocean Ltd et al | 2:10-cv-01245 |
| Johnson Bros. Corp. v. BP, PLC, et al. | 2:11-cv-00781 |
| Marlin Oilfield Divers, Inc. v. BP, PLC, et al. | 2:11-cv-00855 |
| Pearson v. BP Exploration & Production, Inc., et al. | 2:11-cv-0863 |
| Black v. BP Exploration & Production, Inc., et al. | 2:11-cv-0867 |
| Murphy (Daniel) v. BP Exploration & Production, Inc. | 2:11-cv-0874 |
| Ippolito v. BP Exploration & Production, Inc. | 2:11-cv-0873 |
| Slavich, et al. v. BP, PLC | 2:11-cv-0878 |
| Naquin v. BP Exploration & Production, et al. | 2:11-cv-0885 |
| City of New Orleans v. BP Exploration & Production, Inc. | 2:11-cv-0890 |
| Town of Grand Isle, et al. v. BP Exploration & Production, Inc., et al. | 2:11-cv-0893 |
| Jefferson (Parish) et al v. BP Exploration & Production, et al. | 2:11-cv-0895 |
| Plaquemines Parish v. BP PLC, et. al | 2:11-cv-00916 |
| Plaquemines Port, Harbor and Terminal District v. BP PLC, et al | 2:11-cv-0917 |
| Quality Preheat & Pressure Washers, Inc. v. BP Exploration & Production, Inc., et al | 2:11-cv-00920 |
| Service One, LLC v. BP Exploration & Production, Inc., et al | 2:11-cv-00921 |
| Boullion et al v. Anadarko Petroleum Corporation et al | 2:11-cv-00923 |
| Sellno et al v. BP Exploration & Production, Inc., et al | 2:11-cv-00925 |
| Porto Aegean, Inc. et al v. BP PLC et al | 2:11-cv-00937 |
| Mohawk Traveler Transportation, LLC | 2:11-cv-00950 |
| Alexander et al v. BP Exploration & Production, Inc. et al | 2:11-cv-00951 |
| Carnival Cruise Line v. BP Exploration and Production, Inc. et al | 2:11-cv-00952 |
| Levy (Darleen) et al. v. BP Exploration & Production, Inc. et al | 2:11-cv-00715 |
| State of Louisiana (St. Charles Parish) v. BP Exploration & | 110cv01106 |
| Adams (Guy) v. Anadarko Petroleum Corp, et al | 2:11-cv-1051 |
| Gonzalez v. BP, PLC, et al. | 11-cv-0805 |
| Grupo Turistico Tamaulipas S.A. de C.V v. BP, P.L.C. et al | 11-cv-1055 |
| Trung M. Le, et al. v. BP Exploration & Production, et al. | 11-cv-1008 |
| State of Louisiana (Lafourche Parish) v. BP Exploration & | 2:10-cv-01757 |
| State of Louisiana (St. Tammany Parish) v. BP Exploration & | 2:10-cv-01760 |
| State of Louisiana (Iberia Parish) v. BP Exploration & Production | 2:10-cv-02996 |
| State of Louisiana (St. Mary's Parish) v. BP Exploration & | 2:10-cv-02997 |
| State of Louisiana (Terrebonne Parish) v. BP Exploration & | 2:10-cv-01759 |
| State of Louisiana (Jefferson Parish) v. BP Exploration & Production | 2:11-cv-01113 |
| Ferrara et al. v. BP, PLC, et al. | 2:11-cv-1157 |
| Lynch v. Transocean, Ltd. et al. | 2:11-cv-01160 |
| Washington v. BP, PLC et al. | 58-060 |

| | |
|---|---|
| Brown et al v. BP Exploration & Production et al | 2011-23355 |
| Barron et al v. BP Exploration & Production et al | 2011-23351 |
| Luu et al v. BP Exploration and Production, Inc. | 4:11-cv-01660 |