UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, OF APRIL 20, 2010 | § § § § | MDL NO. 2179 |
| | | SECTION: J |
| This Document applies only to: 2:11-CV-04536 | § § § § § | JUDGE BARBIER |
| | | MAGISTRATE JUDGE SHUSHAN |

**TRANSOCEAN'S FIRST AMENDED ANSWER TO BP EXPLORATION & PRODUCTION, INC.'S CROSS-CLAIM AND THIRD PARTY COMPLAINT [Dkt. 2075]**
**AND**
**TRANSOCEAN'S FIRST AMENDED RULE 13 CROSS CLAIMS/COUNTERCLAIMS AND RULE 14 THIRD-PARTY COMPLAINT**

Cross-Defendants and Third-Party Defendants, Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc., (hereinafter collectively referred to as "Transocean") hereby: realleges, reavers, and incorporates *in extenso* each and every affirmative answer and response to the allegations of BPXP's Cross-Claim and Third Party Complaint [Rec. Doc. 2574, pp. 1-16 of 52]; realleges, reavers, and incorporates *in extenso* each and every allegation of Transocean's original Rule 13 Cross-Claims/Counter-Claims and Rule 14 Third-Party Complaint [Rec. Doc. 2574, pp. 16-52 of 52]; and does hereby amend Transocean's original Rule 13 Cross-Claims/Counter-Claims and Rule 14 Third-Party Complaint as follows:[1]

1.

To amend Paragraph 24 to read:

"24.

---

[1] This filing, as well as Transocean's original responsive pleading to BPXP's Cross-Claim and Third Party Complaint, is timely pursuant the Court's May 26, 2011 Order granting an extension of Transocean's deadline to file responsive pleadings to BPXP's Cross-Claim and Third Party Complaint until May 31, 2011. [Rec. Doc. 2557].

Venue is proper in this District pursuant to 28 U.S.C. § 1391."

**WHEREFORE**, Transocean realleges and reavers each and every allegation of Transocean's original Rule 13 Cross-Claims/Counter-Claims and Rule 14 Third-Party Complaint [Rec. Doc. 2574, pp. 16-52, of 52] as if the same were incorporated here verbatim and *in extenso*.[2]

Respectfully submitted,

| | |
|---|---|
| By: /s/ Steven L. Roberts | By: /s/ Kerry J. Miller |
| Steven L. Roberts (Texas, No. 17019300) | Kerry J. Miller (Louisiana, No. 24562) |
| Rachel Giesber Clingman (Texas, No. 00784125) | Frilot, L.L.C. |
| Kent C. Sullivan (Texas, No. 19487300) | 1100 Poydras Street, Suite 3700 |
| Teri L. Donaldson (Florida, No. 784310) | New Orleans, Louisiana 70163 |
| Sutherland Asbill & Brennan LLP | Telephone: (504) 599-8169 |
| 1001 Fannin Street, Suite 3700 | Facsimile: (504) 599-8154 |
| Houston, Texas 77002 | Email: kmiller@frilot.com |
| Telephone: (713) 470-6100 -and- | |
| Facsimile: (713) 654-1301 | |
| Email: steven.roberts@sutherland.com, | By: /s/ Edwin G. Preis Jr. |
| rachel.clingman@sutherland.com, | Edwin G. Preis, Jr. (Louisiana, No. 10703) |
| kent.sullivan@sutherland.com, | Edward F. Kohnke, IV (Louisiana, No. 07824) |
| teri.donaldson@sutherland.com | Preis & Roy PLC |
| | 102 Versailles Boulevard, Suite 400 |
| | Lafayette, Louisiana 70501 |
| | Telephone: (337) 237-6062 |
| | Facsimile: (337) 237-9129 |
| | |
| | -and- |
| | |
| | 601Poydras Street, Suite 1700 |
| | New Orleans, Louisiana 70130 |
| | Telephone: (504) 581-6062 |
| | Facsimile: (504) 522-9129 |
| | Email: egp@preisroy.com, |
| | efk@preisroy.com |

Of Counsel:

John M. Elsley (Texas, No. 0591950)

---

[2] Transocean further realleges and reavers, each and every affirmative answer and response to the allegations of BPXP's Cross-Claim and Third Party Complaint. [Rec. Doc. 2574, pp. 1-16 of 52].

Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

Daniel O. Goforth (Texas, No. 08064000)
Goforth GerenEasterling LLP
4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 054933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com, allen.katz@mto.com

*Counsel for Transocean*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on June 2, 2011.

/s/ Kerry J. Miller