UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J<br><br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## ORDER

Considering the Motion of the Claimants / Plaintiffs to Dismiss with Prejudice Pursuant to *Rule 41(a)(2)*:

**IT IS HEREBY ORDERED** that all claims of the following Claimants / Plaintiffs are dismissed with Prejudice.

| | **Document No.** | **Cause No.** | **Plaintiff/Claimant** |
|---|---|---|---|
| 1. | 40911 | CA-10-8888 | Manish Sthanki/Gopal, Inc. d/b/a Best Western Bayou Inn |
| 2. | 32658 | CA-10-8888 | Chintu Patel/Carewell Hospitality, LLC d/b/a Red Carpet |
| 3. | 40865 | CA-10-8888 | Sundeep Patel/S.K.A.V., LLC d/b/a Best Western |
| 4. | 42794 | CA-10-8888 | Poonam Vakharia/Skylight, Inc. d/b/a Salsarita's Fresh Cantina |
| 5. | 60048 | CA-10-8888 | Richard Nguyen |
| 6. | 60042 | CA-10-8888 | Richard Nguyen |
| 7. | 32774 | CA-10-8888 | Bennie Orman/O'Diddles |

| # | ID | Case | Name |
|---|---|---|---|
| 8. | 25016 | CA-10-8888 | Ernest Ladner/AFC, Inc. |
| 9. | 52307 | CA-10-8888 | Karen Korn |
| 10. | 32669 | CA-10-8888 | Gita Patel/Arbuda Enterprises, Inc. |
| 11. | 40909 | CA-10-8888 | Mukesh Sopariwala/Shree Laxmi, Inc. d/b/a Subway 12942 |
| 12. | 40864 | CA-10-8888 | Sundeep Patel/SKN Properties, LLC d/b/a Holiday Inn Express |
| 13. | 98 | CA-10-8888 | Jagdish Bhagvan/ Jai Bhagvan, LLC |
| 14. | 40792 | CA-10-8888 | Vikas Patel/A & V, LLC |
| 15. | 24804 | CA-10-8888 | Madhusudan Desai/Exit 50 Hotels Corp d/b/a Carpet Inn and d/b/a Scottish Inn |
| 16. | 24791 | CA-10-8888 | Albert Courcelle/Split the Pie Restaurants, Inc. |
| 17. | 25022 | CA-10-8888 | David Lindsey/MMC Industries, Inc. d/b/a Mobile Marble Company |
| 18. | 32929 | CA-10-8888 | Minesh Patel/Hari Om Hospitality, Inc. |
| 19. | 32944 | CA-10-8888 | Minesh Patel/Laxmi Vishnu Hospitality, Inc. |
| 20. | 32819 | CA-10-8888 | Minesh Patel/Keshav Hospitality, Inc. |
| 21. | 52316 | CA-10-8888 | Marie Porter/Planet Beach of Biloxi, LLC |
| 22. | 40896 | CA-10-8888 | Fred Schwan/Mississippi Coast Supply Company, Inc. |
| 23. | 24838 | CA-10-8888 | Douglas A. Gregory/Morrison Terrebonne Lumber Center, LLC |
| 24. | 32694 | CA-10-8888 | Dipak Patel/Umiya Subs, Inc. |
| 25. | 24821 | CA-10-8888 | Jimmy Fayard/Gulf Hills Golf Club, Inc. |
| 26. | 52443 | CA-10-8888 | Duc Nguyen |
| 27. | 32689 | CA-10-8888 | Dipak Patel/Jiya, LLC |

| | | | |
|---|---|---|---|
| 28. | 32681 | CA-10-8888 | Dipak Patel/Natraj, LLC |
| 29. | 32680 | CA-10-8888 | Dipak Patel/Sharda Foods, Inc. |
| 30. | 32696 | CA-10-8888 | Dipak Patel/Krupa Enterprises, Inc. |
| 31. | 32671 | CA-10-8888 | Gita Patel/Lisa Enterprises, Inc. |
| 32. | 24978 | CA-10-8888 | William Humphreys, Sr./Humphreys H&H Lure Company |
| 33. | 52283 | CA-10-8888 | Dhiren Dholakia |
| 34. | 55639 | CA-10-8888 | Peter Duong |
| 35. | 55630 | CA-10-8888 | Peter Duong |
| 36. | 40863 | CA-10-8888 | Shani Patel/Jaanki, LLC d/b/a Budget Inn & Suites |
| 37. | 32656 | CA-10-8888 | Dhansukhlal Patel/Om Shri Hari, Inc. d/b/a Economy Inn |
| 38. | 32657 | CA-10-8888 | Dhansukhlal Patel/Ganesh Motel, Inc. d/b/a Payless Motel |

New Orleans, Louisiana this 1st day of June, 2011.

_____
United States District Judge