**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| Of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| Applies to: *See Attachment "A"*. | * | JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |
| *   *   *   *   *   *   *   *   *   *   *   * | * | |

# O R D E R

THIS CAUSE, having come before the Court this day upon Motion by counsel for Defendant, MOEX Offshore 2007, LLC, to allow certain counsel to withdraw from representing MOEX Offshore 2007, LLC, and other counsel to substitute in their stead and the Court having reviewed the Motion, does hereby order as follows:

IT IS ORDERED that Deborah D. Kuchler, Janika D. Polk, and Robert E. Guidry with the law firm of Kuchler, Polk, Schell, Weiner &Richeson, L.L.C., James J. Dragna, Warren Anthony Fitch, Michael Wigmore, David Salmons, Randy Levine, David Balabanian, Krystal Bowen, David Cannon, and Ky E. Kirby of Bingham McCutchen L.L.P., are allowed to withdraw as counsel for Defendant, MOEX Offshore 2007, LLC, and substituting John F. Pritchard of Pillsbury Winthrop Shaw Pittman, L.L.P., as trial attorney and counsel of record, and Edward Flanders and Christopher McNevin of Pillsbury Winthrop Shaw Pittman, L.L.P., also as counsel of record in their stead.

New Orleans, Louisiana this 2nd day of June, 2011.

_____
United States District Judge