UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| GUY J. ADAMS, individually and on behalf of others similarly situated, Plaintiffs, | * * * * | | |
| v. | * * | CIVIL ACTION NO.: | 2:11-cv-01051-CJB-SS |
| THE STATE OF LOUISIANA, through the LOUISIANA DEPARTMENT OF NATURAL RESOURCES; BP EXPLORATION & PRODUCTION, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP, P.L.C.; BP AMERICA, INC.; TRANSOCEAN, LTD.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN HOLDINGS, LLC; HALIBURTON ENERGY SERVICES, INC.; CAMERON INTERNATIONAL CORPORATION; ANADARKO PETROLEUM CORPORATION; MITSUI OIL EXPLORATION COMPANY, LTD.; MOEX OFFSHORE 2007, LLC; NALCO COMPANY, PENETON COMPANY, and JMN SPECIALITIES, INC. Defendants. | * * * * * * * * * * * * * * * * * * * * * * * * | SECTION: DIVISION: JUDGE: MAGISTRATE: | J 1 CARL J. BARBIER SALLY SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **NOTICE OF HEARING**

PLEASE TAKE NOTICE that Plaintiff Guy Adams, individually and on behalf of others similarly situated, will bring his Motion to Remand this case to the Twenty-Fifth Judicial Court for the Parish of Plaquemines, State of Louisiana for hearing before the Honorable Carl J.

Barbier on July 6, 2011 at 9:30 a.m. or as soon thereafter as counsel may be heard.

                                                Respectfully submitted,

                                                _/s/ Frank J. D'Amico, Jr._____
                                                Frank J. D'Amico, Jr. (La Bar No. 17519)
                                                THE LAW OFFICES OF FRANK J. D'AMICO, JR.
                                                4731 Canal Street
                                                New Orleans, LA 70119
                                                Telephone: (504) 525-7272
                                                Fax: (504) 525-9522

                                                *Counsel for Plaintiffs and the Class*

                                                CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing Notice of Hearing has been filed through the ECF system and served on all counsel of record through same, or through electron mail, facsimile, and/or U. S. Mail.

     New Orleans, Louisiana this 2nd day of June, 2011.

                                                _/s/ Frank J. D'Amico, Jr._____
                                                Frank J. D'Amico, Jr. (La Bar No. 17519)