UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| GUY J. ADAMS, individually and on behalf of others similarly situated, | * * | | |
| Plaintiffs, | * * | | |
| v. | * * | CIVIL ACTION NO.: | 2:11-cv-01051-CJB-SS |
| THE STATE OF LOUISIANA, through the LOUISIANA | * * | SECTION: | J |
| DEPARTMENT OF NATURAL RESOURCES; BP EXPLORATION | * * | DIVISION: | 1 |
| & PRODUCTION, INC.; BP PRODUCTS NORTH AMERICA, | * * | JUDGE: | CARL J. BARBIER |
| INC.; BP, P.L.C.; BP AMERICA, INC.; TRANSOCEAN, LTD.; | * * | MAGISTRATE: | SALLY SHUSHAN |
| TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN HOLDINGS, LLC; HALIBURTON ENERGY SERVICES, INC.; CAMERON INTERNATIONAL CORPORATION; ANADARKO PETROLEUM CORPORATION; MITSUI OIL EXPLORATION COMPANY, LTD.; MOEX OFFSHORE 2007, LLC; NALCO COMPANY, PENETON COMPANY, and JMN SPECIALITIES, INC. | * * * * * * * * * * * * * * * | | |
| Defendants. | * * | | |

*******************************

[PROPOSED] ORDER GRANTING
MOTION TO REMAND

BEFORE THE COURT is the Motion to Remand case to the Twenty-Fifth Judicial Court for the Parish of Plaquemines, State of Louisiana that has been filed by Plaintiff Guy Adams. Finding the motion to be based upon good cause, it is **GRANTED**.  This case is hereby

remanded to the Twenty-Fifth Judicial Court for the Parish of Plaquemines, State of Louisiana.

New Orleans, Louisiana this _____ day of _____, 2011.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE