UNITED STATES POSTAGE

PITNEY BOWES

$006.43⁰

02 1P
0002898155   MAY 16 2011
MAILED FROM ZIP CODE 70726

7009 0820 0000 7802 2696

BP PLC
501 Westlake Park Blvd.
Houston, TX 77079

REECH LAW FIRM
812 North Range Avenue
Denham Springs, LA 70726

7009 0820 0000 7802 2696

# U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
### (Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 1.28 | |
| Certified Fee | 2.85 | |
| Return Receipt Fee (Endorsement Required) | 2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 6.43 | |

Sent To  BP, PLC
Street, Apt. No.;
or PO Box No. 501 Westlake Park Blvd.
City, State, ZIP+4 Houston, TX 77079

PS Form 3800, August 2006                    See Reverse for Instructions

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee |
|  | B. Received by ( *Printed Name* )  Rene O.<br>C. Date of Delivery  5-24-11 |
| 1. Article Addressed to:<br><br>BP, PLC<br>501 Westlake Park Blvd.<br>Houston, TX 77079 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
|  | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
|  | 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7009 0820 0000 7802 2696 |

PS Form 3811, February 2004          Domestic Return Receipt                    102595-02-M-0540