UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010, | * * * * * * | MDL NO. 2179 |
| This Document Relates To: | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| *Adams v. State of Louisiana et al.*, 11-cv-01051 | * * * * | |

## MOTION TO REMAND FOR LACK OF SUBJECT MATTER JURISDICTION ON GROUNDS OF ELEVENTH AMENDMENT IMMUNITY

NOW INTO COURT, comes the State of Louisiana, through James D. "Buddy" Caldwell, Attorney General of the State of Louisiana, who respectfully submits this memorandum on behalf of the Louisiana Department of Natural Resources ("the State"), who appears for the sole purpose of requesting that this Honorable Court sever and remand the claims against the State in the above-captioned proceeding to the 25th Judicial District Court for the Parish of Plaquemines, Louisiana, for the reasons set forth below and as more fully described in the accompanying memorandum.

1.

On April 20, 2010, Guy J. Adams, individually and on behalf of other similarly situated Plaintiffs, filed the instant lawsuit against multiple Defendants, including the State, seeking class

certification for damages caused by the blowout, fire, and explosion of the *Deepwater Horizon*, and the resulting oil spill and activities associated therewith.

2.

On May 4, 2011, Defendant Cameron International Corporation ("Cameron") filed a Notice of Removal, removing the case to the United States District Court for the Eastern District of Louisiana

3.

The State appears in this matter for the sole purpose of objecting to the jurisdiction of this Honorable Court on the grounds of the State of Louisiana's Eleventh Amendment right to sovereign immunity against suits in federal court. The filing of this motion, or any other motion, does not waive the State's sovereign immunity defenses provided in the Eleventh Amendment to the United States Constitution, and the State specifically reserves all other claims, rights, and defenses under federal and state law.

4.

The State has not waived its sovereign immunity in this matter by any actions and has not done so by any legislative enactment.

5.

On the basis of Eleventh Amendment immunity alone, not having waived its sovereign immunity, the claims against the State should be remanded because the State is entitled to sovereign immunity from suit in federal court.

WHEREFORE, premises considered and for the reasons more fully set forth in the accompanying Memorandum, Mover, THE STATE OF LOUISIANA through the LOUISIANA

DEPARTMENT OF NATURAL RESOURCES, prays that the claims against the State in this matter be severed and remanded to the 25th Judicial District Court.

        Dated this 3rd day of June, 2011

        Respectfully Submitted,

        **JAMES D. "BUDDY" CALDWELL**
        **ATTORNEY GENERAL**

BY:   /s/ Megan K. Terrell
        **Megan K. Terrell (La. Bar Roll #28991)**
        **Whitney Higginbotham Greene (La. #32482)**
        **David A. Peterson (La. Bar Roll # 22591**)
        Assistant Attorneys General
        Louisiana Department of Justice
        Post Office Box 94005
        Baton Rouge, Louisiana 70804-9005
        TEL: (225) 326-6085
        FAX: (225) 326-6099

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Memorandum In Support of the State of Louisiana's Motion to Remand has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of June, 2011.

    /s/ Megan K. Terrell
Megan K. Terrell (#29443)

terrellm@ag.state.la.us