**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| | * | |
| IN RE:  OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" | * | |
| in the GULF OF MEXICO, | * | |
| on APRIL 20, 2010, | * | |
| | | * |
| | * | |
| | * | JUDGE BARBIER |
| **This Document Relates To:** | * | |
| | * | MAG. JUDGE SHUSHAN |
| ***Adams v. State of Louisiana et al.,*** | * | |
| **11-cv-01051** | * | |
| | * | |
| | * | |

_____

## ORDER

_____

Considering the reasons set forth in the Motion to Remand and the supporting information in the accompanying Memorandum in Support of the Motion to Remand submitted by the DEFENDANT, the STATE OF LOUISIANA, on behalf of the LOUISIANA DEPARTMENT OF NATURAL RESOURCES (collectively, "the STATE"):

**IT IS HEREBY ORDERED, ADUJDGED, and DECREED** that the STATE'S Motion to Remand be and is hereby GRANTED.

Dated this _____ day of _____, 2011.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA