UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010, | * * * * * * | MDL NO. 2179 |
| This Document Relates To: | * * | JUDGE BARBIER |
| *Adams v. State of Louisiana et al.*, 11-cv-01051 | * * * * | MAG. JUDGE SHUSHAN |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE**, that the undersigned will bring the attached Motion for Remand for hearing before the Honorable Carl J. Barbier, on the 6th day of June, 2011 at 9:30, or as soon thereafter as counsel can be heard.

Dated this 3rd day of June 2011.

        Respectfully Submitted,

        **JAMES D. "BUDDY" CALDWELL**
        **ATTORNEY GENERAL**

- 1 -

BY:   /s/ Megan K. Terrell
**Megan K. Terrell (La.  #28991)**
**Whitney Higginbotham Greene (La.  #32482)**
**David A. Peterson (La. # 22591**)
Assistant Attorneys General
Louisiana Department of Justice
Post Office Box 94005
Baton Rouge, Louisiana 70804-9005
TEL: (225) 326-6085
FAX: (225) 326-6099

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum In Support of the State of Louisiana's Motion to Remand has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of June, 2011.

　/s/ Megan K. Terrell
Megan K. Terrell (#29443)

terrellm@ag.state.la.us