UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>This document relates to:<br><br>2:10-cv-04182;<br>2:10-cv-04183 | § § § § § § § § § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>**Judge Carl J. Barbier**<br>**Magistrate Judge Sally Shushan** |

## ORDER

Considering the Defendant M-I L.L.C.'s Motion to Dismiss the State of Alabama's First Amended Complaint for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) and failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6):

**IT IS HEREBY ORDERED** that all claims asserted against Defendant M-I L.L.C. are dismissed.

New Orleans, Louisiana, this _____ day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE

DB1/ 67418416.1