UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| *All cases in Pleading Bundles B1 and B3*; | * | |
| 10-2771; 10-3815; 10-1540; 10-1502 | * | MAGISTRATE NO. 1 |
| | * | MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * | | |

### *EX PARTE* MOTION FOR LEAVE TO FILE SUR-REPLY TO MOTION OF BP EXPLORATION & PRODUCTION, INC., BP AMERICA, INC., BP AMERICA PRODUCTION COMPANY, AND BP PLC FOR A STAY OF PROCEEDINGS

**NOW INTO COURT**, come Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP (collectively, "Anadarko") and respectfully request leave to file the attached Sur-Reply to the Motion of BP Exploration & Production, Inc., BP America Production Company, and BP plc for a Stay of Proceedings. For the reasons set forth in the attached Memorandum of Law, Anadarko submits that the proposed Sur-Reply will be helpful to the Court in resolving this issue.

**WHEREFORE**, Anadarko prays that this Honorable Court grant the requested leave to file the attached Sur-Reply.

DATED: June 3, 2011                    Respectfully submitted,

                                        BINGHAM McCUTCHEN LLP

                                      /s/ *Ky E. Kirby*_____
                                      Ky E. Kirby
                                      ky.kirby@bingham.com
                                      David B. Salmons
                                      david.salmons@bingham.com
                                      Michael B. Wigmore

michael.wigmore@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-069

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing Motion to Dismiss to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on June 3, 2011.

                                                                             /s/ *Ky E. Kirby*  
                                                                               Ky E. Kirby