**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION "J"** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | * | |
| ***All cases in Pleading Bundles B1 and B3***; | * | |
| **10-2771; 10-3815; 10-1540; 10-1502** | * | **MAGISTRATE NO. 1** |
| | * | **MAGISTRATE SHUSHAN** |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION FOR LEAVE TO FILE
SUR-REPLY TO MOTION OF BP EXPLORATION & PRODUCTION, INC., BP
AMERICA, INC., BP AMERICA PRODUCTION COMPANY, AND BP PLC
FOR A STAY OF PROCEEDINGS**

Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP (collectively "Anadarko") respectfully submit this Memorandum in Support of their *Ex Parte* Motion for Leave to File Sur-Reply to the Motion of BP Exploration & Production Inc., BP America, Inc., BP America Production Company, and BP plc for a Stay of Proceedings, and in support thereof state as follows.

MAY IT PLEASE THE COURT:

At 11:39PM central time on May 25, 2011, the night before the Court's scheduled status conference, BP filed its Motion for Leave to File Reply in Support of Motion for Stay of Proceedings. (Rec. Doc. 2538). On May 27, 2011, the Court granted BP's Motion for Leave and entered BP's Reply. (Rec. Doc. 2556). Anadarko submits that the Court would benefit from a Sur-Reply responding to the arguments asserted in BP's Reply for three reasons.

First, after Anadarko filed its Opposition to BP's Motion to Stay (Rec. Doc. 2353) BP filed an Opposition to Transocean's Motion for Protective Order (Rec. Doc. 2470), in which BP takes legal positions directly contradicting the arguments in BP's Motion for Stay. Second, since

Anadarko filed its Opposition, and following the May 26, 2011 status conference, BP has actively deposed Anadarko on subjects and in a manner that avails BP of the federal forum and waives any arbitration rights under the Operating Agreement, as explained in Anadarko's proposed Sur-Reply.  Third, equitable considerations favor granting the requested leave.  BP filed its own Reply without leave of the Court late the night before the May 26, 2011 status conference, and Anadarko was therefore unable to address BP's new arguments during that conference.  Furthermore, BP sought and was granted leave to file a Sur-Reply in Opposition to Anadarko and MOEX's Motion to Compel Discovery Responses.  (Rec. Doc. 2310).

    **WHEREFORE**, Anadarko prays that this Honorable Court grant the requested leave to file the attached Sur-Reply in further Opposition to BP's Motion for Stay of Proceedings.


                                    Respectfully submitted,

DATED: June 3, 2011                 BINGHAM McCUTCHEN LLP

                                    /s/ *Ky E. Kirby*_____
                                    Ky E. Kirby
                                    ky.kirby@bingham.com
                                    David B. Salmons
                                    david.salmons@bingham.com
                                    Michael B. Wigmore
                                    michael.wigmore@bingham.com
                                    Warren Anthony Fitch
                                    tony.fitch@bingham.com
                                    Randall M. Levine
                                    randall.levine@bingham.com
                                    2020 K Street, NW
                                    Washington, DC 20006-1806
                                    Telephone (202) 373-6000
                                    Facsimile (202) 373-6001

                                    James J. Dragna
                                    jim.dragna@bingham.com
                                    Bingham McCutchen LLP
                                    355 South Grand Avenue

Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on June 3, 2011.


_____/s/ *Ky E. Kirby*_____
Ky E. Kirby