UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| *All cases in Pleading Bundles B1 and B3*; | * | |
| 10-2771; 10-3815; 10-1540; 10-1502 | * | MAGISTRATE NO. 1 |
| | * | MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * | | |

### NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that subject to Pre-trial Orders Nos. 11 and 25, in which the Court directed that the Court will set the date of all hearings on Motions in this case, the *Ex Parte* Motion Of Defendants Anadarko Petroleum Corporation And Anadarko E&P Company LP For Leave To File Sur-Reply To Motion of BP Exploration & Production, Inc., BP America Production Company, And BP PLC For A Stay Of Proceedings is tentatively noticed for submission at 9:30 a.m. on June 29, 2011.

DATED: June 3, 2011 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BINGHAM McCUTCHEN, LLP

　　　　　　　　　　　　　　　　　　　　/s/ *Ky E. Kirby*_____

　　　　　　　　　　　　　　　　　　　　Ky E. Kirby
　　　　　　　　　　　　　　　　　　　　ky.kirby@bingham.com
　　　　　　　　　　　　　　　　　　　　Michael B. Wigmore
　　　　　　　　　　　　　　　　　　　　michael.wigmore@bingham.com
　　　　　　　　　　　　　　　　　　　　Sandra P. Franco
　　　　　　　　　　　　　　　　　　　　s.franco@bingham.com
　　　　　　　　　　　　　　　　　　　　Randall M. Levine
　　　　　　　　　　　　　　　　　　　　randall.levine@bingham.com
　　　　　　　　　　　　　　　　　　　　2020 K Street, NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20006-1806
　　　　　　　　　　　　　　　　　　　　Telephone (202) 373-6000
　　　　　　　　　　　　　　　　　　　　Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on June 3, 2011.



/s/ *Ky E. Kirby*
Ky E. Kirby