UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | SECTION "J" |
| | * | JUDGE BARBIER |
| **This Document Relates to:** | * | |
| *All cases in Pleading Bundles B1 and B3*; | * | |
| **10-2771; 10-3815; 10-1540; 10-1502** | * | MAGISTRATE NO. 1 |
| | * | MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the *Ex Parte* Motion of Anadarko Petroleum Corporation and Anadarko E&P Company, LP ("Anadarko") for leave to file a Sur-Reply in further Opposition to BP's Motion for a Stay of the Proceedings Between BP and Anadarko and MOEX, and good cause being shown,

IT IS ORDERED, that the requested leave is hereby GRANTED.

New Orleans, Louisiana, this _____ day of June, 2011.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE