UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | |
| "DEEP WATER HORIZON" IN THE GULF | * | MDL NO. 2179 |
| OF MEXICO, ON APRIL 20, 2011 | * | |
| | * | SECTION: J |
| THIS DOCUMENT RELATED TO: | * | |
| 2011-cv-1195 | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

*********************************************

**PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING COMPLAINT**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Dudley Foussell, Casey Billiot, Mary Ann Billiot, Gary Dardar, Jerry Dardar, Kirk Dardar, Lanny Dardar, Dale Simoneaux, David Verdin, Clifton Hendon, Sterling Billiot, Ryan Broussard, Tony Sevin, Maggie Ratley, Theo Chaisson, Jeff Verdin, Jose Hernandez, Adam Guidry, Anthony Dardar, Lynn Trahan, Sr., Delphine Verdin, Annalee Hernandez, Agnes Hernandez Guidry, Cleveland Verdin, Michelle Naquin, Carl Verdin, Dale Levron, Donald Dardar, Sr., Timothy Dardar, Seth Naquin, Gerard Verdin, Hilton Chaisson, Dale Chaisson, Andrew Chaisson, Lawrence Chaisson, Gilbert Dardar, Gayle Dardar, Henry Naquin III, and Michael Soudelier (collectively and/or individually "Plaintiffs"), who file this First Supplemental and Amending Complaint against Lawson Environmental Services, LLC ("Lawson"), DRC Emergency Services, LLC ("DRC"), BP America Production Company ("BPA"), and BP Exploration and Production, Inc. ("BPE") (collectively and/or individually "defendants"), as follows:

**I.**

All averments, allegations and representations made in Plaintiffs' Initial Complaint are incorporated herein, as if fully plead, *in extenso* and *in globo*.

1

**II.**

Paragraph I of the initial Complaint is hereby supplemented and amended to add, as an additional Plaintiff, Walton Dardar, a Louisiana citizen, domiciled in this judicial district, who at all times relevant hereto was a commercial and/or recreational fisherman and boat owner.

**III.**

Paragraph I of the initial Complaint is hereby supplemented and amended to delete, as a Plaintiff, Henry Naquin, III and Hilton Chaisson, both of whom wish to dismiss their claims in this litigation, having opted to accept the settlement offered by GCCF, in lieu of further prosecution of their respective claims asserted herein.

**IV.**

All other named Plaintiffs remain as such.

RESPECTFULLY SUBMITTED,

_____/s/ John O. Pieksen, Jr._____
JOHN O. PIEKSEN, JR. (#21023)
**JOHN PIEKSEN & ASSOCIATES, LLC**
**829 BARONNE ST., NEW ORLEANS, LA 70113**
**Wk: (504) 581-9322; Fax: (504) 324-4844**
jpieksen@cox.net
**Attorney for All Plaintiffs**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiffs' First Supplemental and Amending Complaint has been served upon All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of June, 2011.

_____s/ John O. Pieksen, Jr._____