UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on | : | SECTION:  J |
| APRIL 20, 2010 | : | |
| | : | JUDGE BARBIER |
| **THIS DOCUMENT RELATES TO** | : | MAG. JUDGE SHUSHAN |
| **Pleading Bundle C and No. 10-2771** | : | |
| | : | |

. . .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. . .

**MOTION OF DEFENDANT CAMERON
INTERNATIONAL CORPORATION TO DISMISS
THE LOCAL GOVERNMENT MASTER COMPLAINT**

Pursuant to FED. R. CIV. P. 12(b)(6), Defendant Cameron International Corporation ("Cameron") respectfully moves to dismiss the claims asserted against Cameron in the Local Government Entity/ Master Voluntary Answer to Complaint and Petition of Triton Asset Leasing GMBH, et al. for Exoneration from or Limitation of Liability (Rule 9(h); Master Voluntary Claim in Limitation (Rule 9(h); and Voluntary Master Complaint, Cross-Claim and Third-Party Complaint (Document 1510), for the reasons set forth in the accompanying Memorandum in Support.

Respectfully submitted,

David J. Beck, T.A.
    dbeck@brsfirm.com
Joe W. Redden, Jr.
    jredden@brsfirm.com
David W. Jones
    djones@brsfirm.com
Geoffrey Gannaway
    ggannaway@brsfirm.com

BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney, Suite 4500
Houston, TX  77010-2010
713-951-3700
713-951-3720 (fax)

/s/ Phillip A. Wittmann
Phillip A. Wittmann, 13625
    pwittman@stonepigman.com
Carmelite M. Bertaut, 3054
    cbertaut@stonepigman.com
Keith B. Hall, 24444
    khall@stonepigman.com
Jared Davidson, 32419
    jdavidson@stonepigman.com

STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
504-581-3200
504-581-3361 (fax)

**ATTORNEYS FOR CAMERON
INTERNATIONAL CORPORATION**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Motion of Defendant Cameron International Corporation to Dismiss the Local Government Master Complaint has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of June, 2011.

/s/ Phillip A. Wittmann

1058732v.1