UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 |
| | * | SECTION "J" |
| THIS PLEADING APPLIES TO ALL CLAIMS AND CASES IN PLEADING BUNDLE C, INCLUDING ALL COMPLAINTS IN THE C BUNDLE NAMING WEATHERFORD AS DEFENDANT | * * * * * * * * | JUDGE: BARBIER MAGISTRATE: SHUSHAN |
| This Pleading also applies to 10-CV-2771, 10-CV-04182, 10-CV-04183, 11-CV-0516, 10-CV-03059, 10-CV-1758, 10-CV-1757, 10-CV-1759, 10-CV-1760, 10-CV-2087, 10-CV-2731, 10-CV-2996, 10-CV-2997 | * * * * * | |

\*   \*   \*   \*   \*   \*   \*

<u>**WEATHERFORD U.S., L.P.'S MOTION TO DISMISS
THE LOCAL GOVERNMENT ENTITY'S VOLUNTARY MASTER COMPLAINT,
CROSS-CLAIM, AND THIRD-PARTY COMPLAINT (BUNDLE C) AND THE FIRST
AMENDED COMPLAINTS OF THE STATES OF ALABAMA AND LOUISIANA**</u>

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Weatherford U.S., L.P. ("Weatherford"), who, in accordance with the Stipulated Order Regarding Pleading Deadlines Concerning the Local Government Entity Master Complaint, Complaints by the States of Alabama and Louisiana and Individual Civil Actions Filed by Local Government Entities

{N2303156.3}

1

(Rec. Doc. 2273), moves pursuant to Rule 12(b)(6) and Rule 12(c) of the Federal Rules of Civil Procedure to dismiss the Local Government Entity's Voluntary Master Complaint, Cross-Claim, and Third-Party Complaint (Bundle C) (Rec. Doc. 1510) and the First Amended Complaints of the States of Alabama (Rec. Doc. 1872) and Louisiana (Rec. Doc. 2031) (collectively, the "Government Plaintiffs") on the basis that:

(1) The Oil Pollution Act of 1990, 33 U.S.C. § 2701, *et seq.* ("OPA"), provides the exclusive remedy for the damages sought therein, and the Government Plaintiffs cannot avoid OPA's claims presentment requirement by attempting to re-characterize their OPA damage claims as damage claims against Weatherford under the General Maritime Law and/or state law; and

(2) To the extent that the Government Plaintiffs' claims are not displaced by OPA, the Government Plaintiffs have failed to state claims upon which relief can be granted under either the General Maritime Law or Louisiana law, as made applicable by the Outer Continental Shelf Lands Act. 43 U.S.C. §1333(a)(2)(A).

In support of this Motion to Dismiss, Weatherford respectfully submits the accompanying Memorandum in Support detailing the grounds for dismissal and for judgment on the pleadings.

**WHEREFORE**, Defendant, Weatherford U.S., L.P., prays for an order dismissing the Local Government Entity's Voluntary Master Complaint, Cross-Claim, and Third-Party Complaint (Bundle C) and the First Amended Complaints of the States of Alabama and Louisiana pursuant to Rule 12(b)(6) and Rule 12(c) of the Federal Rules of Civil Procedure.

This 3rd day of June, 2011.

Respectfully submitted:

*/s/ Glenn G. Goodier*
GLENN G. GOODIER (#06130)
RICHARD D. BERTRAM (#17881)
LANCE M. SANNINO (#29409)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
201 St. Charles Avenue. 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:    (504) 582-8174
Facsimile:    (504) 589-8174

MICHAEL G. LEMOINE, T.A. (#8308)
GARY J. RUSSO (#10828)
DOUGLAS C. LONGMAN, JR. (#8719)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
600 Jefferson Street, Suite 1600
Lafayette, Louisiana 70501-5100
Telephone:    (337) 262-9024

*Counsel for Weatherford U.S., L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2011, the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, on November 1, 2010.

*/s/ Glenn G. Goodier*

{N2303156.3}