UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION "J" |
| **THIS PLEADING APPLIES TO ALL CLAIMS AND CASES IN PLEADING BUNDLE C, INCLUDING ALL COMPLAINTS IN THE C BUNDLE NAMING WEATHERFORD AS DEFENDANT** | * * * * * * * | JUDGE: BARBIER MAGISTRATE: SHUSHAN |
| **This Pleading also applies to 10-CV-2771, 10-CV-04182, 10-CV-04183, 11-CV-0516, 10-CV-03059, 10-CV-1758, 10-CV-1757, 10-CV-1759, 10-CV-1760, 10-CV-2087, 10-CV-2731, 10-CV-2996, 10-CV-2997** | * * * * | |

\*   \*   \*   \*   \*   \*   \*

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Defendant, Weatherford U.S., L.P.'s ("Weatherford"), Motion to Dismiss the Local Government Entity's Voluntary Master Complaint, Cross-Claim and Third-Party Complaint and the First Amended Complaints of the States of Alabama and Louisiana is hereby set for submission on the 30th day of June, 2011, at 9:30 a.m., before the Honorable Carl Barbier, United States District Judge, United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana.

{N2303156.3}

1

Respectfully submitted:

/s/ *Glenn G. Goodier*
GLENN G. GOODIER (#06130)
RICHARD D. BERTRAM (#17881)
LANCE M. SANNINO (#29409)
Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, L.L.P.
201 St. Charles Avenue. 48th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8174
Facsimile: (504) 589-8174

MICHAEL G. LEMOINE, T.A. (#8308)
GARY J. RUSSO (#10828)
DOUGLAS C. LONGMAN, JR. (#8719)
Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, L.L.P.
600 Jefferson Street, Suite 1600
Lafayette, , Louisiana 70501-5100
Telephone: (337) 262-9024

*Counsel for Weatherford U.S., L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2011, the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, on November 1, 2010.

/s/ *Glenn G. Goodier*