UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG          :     MDL NO. 2179
    "DEEPWATER HORIZON" in the     :
    GULF OF MEXICO, on                     :     SECTION:  J
    APRIL 20, 2010                              :
                           :     JUDGE BARBIER
**THIS DOCUMENT RELATES TO**     :     MAG. JUDGE SHUSHAN
**10-4183**                                       :
                           :

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### MOTION OF DEFENDANT CAMERON INTERNATIONAL CORPORATION TO DISMISS FIRST AMENDED COMPLAINT

Pursuant to FED. R. CIV. P. 12(b)(6), Defendant Cameron International Corporation ("Cameron") respectfully moves to dismiss the causes of action asserted against it in the State of Alabama's First Amended Complaint (Doc. 1872), for the reasons set forth in the accompanying Memorandum in Support.

Respectfully submitted,

David J. Beck, T.A.
   dbeck@brsfirm.com
Joe W. Redden, Jr.
   jredden@brsfirm.com
David W. Jones
   djones@brsfirm.com
Geoffrey Gannaway
   ggannaway@brsfirm.com

BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney, Suite 4500
Houston, TX  77010-2010
713-951-3700
713-951-3720 (fax)

*/s/ Phillip A. Wittmann*
Phillip A. Wittmann, 13625
   pwittman@stonepigman.com
Carmelite M. Bertaut, 3054
   cbertaut@stonepigman.com
Keith B. Hall, 24444
   khall@stonepigman.com
Jared Davidson, 32419
   jdavidson@stonepigman.com

STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
504-581-3200
504-581-3361 (fax)

**ATTORNEYS FOR CAMERON INTERNATIONAL CORPORATION**

1058742v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion of Defendant Cameron International Corporation to Dismiss First Amended Complaint has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of June, 2011.

*/s/ Phillip A. Wittmann*

1058742v.1