UNITED STATES DISTRICT OF COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 § § § § § | § § § § § § § § § § § § § | MDL No. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |
| Applies to: *Pleading Bundle C* | | |
| No. 10-2771 No. 11-0516 No. 10-3059 No. 10-4182 No. 10-4183 | | |

**HALLIBURTON ENERGY SERVICES, INC.'S,
MOTION TO DISMISS PLAINTIFFS' MASTER COMPLAINT ["BUNDLE C"], THE
STATE OF ALABAMA'S FIRST AMENDED COMPLAINT, AND THE STATE OF
LOUISIANA'S FIRST AMENDED COMPLAINT**

Defendant Halliburton Energy Services, Inc. ("HESI"), respectfully moves this Court to dismiss all claims against it in the Voluntary Master Complaint, Cross-Claim, and Third-Party Complaint for Local Governmental Entities (the "Master Complaint") (Dkt. No. 1510), the State of Alabama's First Amended Complaint ("AL Complaint") (Dkt. No. 1872) and the State of Louisiana's First Amended Complaint ("LA Complaint") (Dkt. No. 2031), pursuant to Federal Rule of Civil Procedure 12. In support of this Motion, HESI submits the accompanying Memorandum in Support and states as follows:

1.  The Supreme Court's Clean Water Act jurisprudence demonstrates that an affected State's law cannot apply to an alleged source of pollution outside that State's borders. *See* HESI's Memorandum at Section IV.A.1.

2.  The Outer Continental Shelf Lands Act ("OCSLA") provides that federal law governs claims on the outer continental shelf and OCSLA's adjacent state law provision, 43

1

U.S.C. § 1333(a)(2)(A), does not call for the application of state law in this case. *See* HESI's Memorandum at Section IV.A.2.

3. Plaintiffs' claims, if any, arise exclusively under this Court's admiralty jurisdiction, which calls for the application of substantive maritime law to all of Plaintiffs' claims. *See* HESI's Memorandum at Section IV.A.3.

4. The Oil Pollution Act of 1990, 33 U.S.C. §§ 2701, *et seq.* ("OPA")*,* provides the exclusive federal remedy for the categories of oil spill-related damages asserted by Plaintiffs and, as such, displaces and/or preempts Plaintiffs' maritime law claims arising from the oil spill. *See* HESI's Memorandum at Section IV.A.4.

5. Because Plaintiffs' claims are governed by OPA, this Court lacks subject matter jurisdiction to the extent that Plaintiffs have failed to present their claims through the OPA-mandated presentment claims process. Therefore, dismissal is proper. *See* HESI's Memorandum at Section IV.A.5.

6. Plaintiffs' sole remedy for their alleged damages, if any, lies against a "responsible party" designated under OPA - not against HESI. Accordingly, this Court should dismiss Plaintiffs' claims against HESI. *See* HESI's Memorandum at Section IV.A.6.

7. To the extent Plaintiffs failed to allege physical damage to a proprietary interest, Plaintiffs' claims are barred by the economic loss rule. *See* HESI's Memorandum at Section IV.B.1.

8. The State of Louisiana's nuisance claims should be dismissed because general maritime law does not recognize such a cause of action. *See* HESI's Memorandum at Section IV.B.2.

D 1670440 v1-24010/0002 PLEADINGS

9. Plaintiffs fail to state a cognizable claim against HESI for fraudulent concealment. Specifically, Plaintiffs do not allege on what basis HESI had a duty to disclose information regarding cement testing and to whom it owed such a duty. Accordingly, dismissal is proper. *See* HESI's Memorandum at Section IV.C.1.

10. In the event state law applies, (which it does not) the Local Government Plaintiffs and the State of Alabama fail to state a cause of action for nuisance under state law. *See* HESI's Memorandum at Section IV.C.2.

11. Further, even if state law applies pursuant to OCSLA's adjacent state law provision, Louisiana law would bar Plaintiffs' economic damages claims to the extent they are not based on alleged physical harm to a proprietary interest. *See* HESI's Memorandum at IV.C.3.

12. Even if this Court somehow finds that Alabama law is applicable to this case, the The State of Alabama fails to state a claim for civil penalties against HESI pursuant to the Alabama Hazardous Waste Disposal Act because its allegations in support of this claim focus solely on the discharge of chemical dispersants, but the State of Alabama does not allege that HESI had any involvement in such discharges. *See* HESI's Memorandum at Section IV.C.4.

13. Finally, Local Government Plaintiffs and that State of Alabama cannot, as a matter of law, recover punitive damages from HESI. *See* HESI's Memorandum at Section IV.D.

WHEREFORE, for the reasons more fully set forth in the attached Memorandum in Support, Halliburton Energy Services, Inc. respectfully prays that this Court dismiss Plaintiffs' claims against it in their entirety and for such other relief, general or specific, at law or in equity, to which this Defendant may be properly entitled.

Dated: June 3, 2011.

                **Respectfully Submitted,**

                **GODWIN RONQUILLO PC**

                **By:** /s/ *Donald E. Godwin, T.A.*
Donald E. Godwin, T.A.
DGodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
BBowman@GodwinRonquillo.com
Jenny L. Martinez
JMartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
FHartley@GodwinRonquillo.com
Gavin Hill
GHill@GodwinRonquillo.com
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
Telephone: 214.939.4400
Facsimile: 214.760.7332

and

R. Alan York
State Bar No. 22167500
AYork@GodwinRonquillo.com
Jerry C. von Sternberg
State Bar No. 20618150
JVonSternberg@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Motion to Dismiss has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 on this 3rd day of June, 2011.

                                             /s/ Donald E. Godwin  
                                               Donald E. Godwin

D 1670440 v1-24010/0002 PLEADINGS