# EXHIBIT C

*An Official Website of the United States Government*

Follow us: | Join Mailing List | About Us | Contact Us | Site Map

Home › News › Press Releases?page=38 › BP offers full support to Transocean after drilling rig fire

## BP offers full support to Transocean after drilling rig fire

April 21, 2010 | 7:14:00 AM EDT

0 tweets — BP today offered its full support to drilling contractor Transocean Ltd. and its employees after fire caused Transocean's semisubmersible drilling rig *Deepwater Horizon* to be evacuated overnight, saying it stood ready to assist in any way in responding to the incident.

tweet — Group Chief Executive Tony Hayward said: "Our concern and thoughts are with the rig personnel and their families. We are also very focused on providing every possible assistance in the effort to deal with the consequences of the incident."

BP, which operates the licence on which Transocean's rig was drilling an exploration well, said it was working closely with Transocean and the U.S. Coast Guard, which is leading the emergency response, and had been offering its help – including logistical support.

Transocean reported the fire earlier today on the rig, located approximately 41 miles offshore Louisiana on Mississippi Canyon block 252, saying that a "substantial majority" of the 126 personnel on board were safe, but some crew members remained unaccounted for. A number of personnel were reported to be injured.

Enquiries to BP press office +44 20 7496 4076

– ENDS –

| Home | Task Force | Assistance | Health & Safety | Fish & Wildlife | Environment | News |
|---|---|---|---|---|---|---|
| | About Task Force | File a Claim | Boating | Birds | Air | Press Releases |
| | Joint Info Center | Other Assistance | Drinking Water | Fish | Beaches | Response Updates |
| | Education Resources | Small Business | Health Matters | Turtles | Coral | Transcripts & Docs |
| | Federal Partners | | Mental Health | Other Wildlife | Waste | Events |
| | Recovery Plan | | Seafood Safety | Fish & Wildlife Reports | Water | Features |
| | Investigation | | Workers and Volunteers | | | FOIA Library |
| | Response | | | | | Maps & Data |
| | State and Local | | | | | Multimedia |

Follow us:

Cambodian | Croatian | Español | Français | Korean | Kreyòl ayisyen | Lao | Russian | Thai | Vietnamese

Site Map | Site Notices & Plug-Ins

Page 1 of 1