UNITED STATES DISTRICT OF COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 § § § § § | § § | MDL No. 2179 SECTION:  J JUDGE BARBIER |
| Applies to: *Pleading Bundle C* | § § | MAG. JUDGE SHUSHAN |
| No. 10-2771 No. 11-0516 No. 10-3059 No. 10-4182 No. 10-4183 | § § § § § § | |

### HALLIBURTON ENERGY SERVICES, INC.'S
### NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Defendant Halliburton Energy Services, Inc.'s Motion to Dismiss Plaintiffs' Master Complaint ["Bundle C"], the State of Alabama's First Amended Complaint, and the State of Louisiana's First Amended Complaint pursuant to Federal Rule of Civil Procedure 12, is hereby set for submission on the 22nd day of June, 2011 at 9:30 AM, before the Honorable Carl Barbier, United States District Judge, United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana.

**Respectfully Submitted,**

**GODWIN RONQUILLO PC**

**By:** /s/ Donald E. Godwin
Donald E. Godwin, T.A.
dgodwin@godwinronquillo.com
Bruce W. Bowman, Jr.
bbowman@godwinronquillo.com
Jenny L. Martinez
jmartinez@godwinronquillo.com
Floyd R. Hartley, Jr.
fhartley@godwinronquillo.com
Gavin Hill
ghill@godwinronquillo.com
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
Telephone: 214.939.4400
Facsimile: 214.760.7332

and

R. Alan York
ayork@godwinronquillo.com
Jerry C. von Sternberg
jvonsternberg@godwinronquillo.com
Misty Hataway-Coné
mcone@godwinronquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  713.595.8300
Facsimile:  713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

## **CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing Notice of Submission has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 11 on this 3rd day of June, 2011.

                 /s/  Donald E. Godwin
                Donald E. Godwin