UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : MDL No. 2179 : : |
| | : SECTION: J |
| THIS DOCUMENT RELATES TO: | : |
| 2:10-CV-04182 | : JUDGE BARBIER |
| 2:10-CV-04183 | : |
| 11-CV-0516 | : MAGISTRATE SHUSHAN |
| 10-CV-03059 | : |

### BP DEFENDANTS' MOTION TO DISMISS
### PURSUANT TO FED. R. CIV. P. 12(b)(1) & 12(b)(6) THE FIRST
### AMENDED COMPLAINTS OF THE STATES OF ALABAMA AND LOUISIANA

BP Exploration & Production Inc., BP Corporation North America Inc., BP America Inc. BP America Production Company, and BP p.l.c.[1] respectfully move to dismiss the First Amended Complaints of the States of Alabama and Louisiana. For the reasons more fully set forth in the attached Memorandum in Support, the Complaints fail to state valid claims and/or this Court lacks jurisdiction and therefore the claims should be dismissed in their entirety pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(1).

---

[1] The BP defendants named in Alabama's First Amended Complaint are BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. BP America Production Company was not named as a defendant in Alabama's original complaint, and Alabama has not yet served or requested a waiver of service from BP American Production Company. Accordingly, the BP entities currently moving to dismiss Alabama's First Amended Complaint are BP Exploration & Production Inc. and BP p.l.c. The BP defendants named in Louisiana's First Amended Complaint are BP Exploration & Production Inc., BP Corporation North America Inc., BP America Inc., BP America Production Company, and BP p.l.c. Louisiana has not yet served BP p.l.c. Accordingly, the BP entities currently moving to dismiss Louisiana's First Amended Complaint are BP Exploration & Production Inc., BP Corporation North America Inc., BP America Inc., and BP America Production Company.

1

Dated: June 3, 2011					Respectfully submitted,

                                                /s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Andrew B. Bloomer, P.C.
Catherine L. Fitzpatrick
Elizabeth A. Larsen
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert R. Gasaway
Jeffrey B. Clark
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

***Attorneys for BP***

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of June, 2011.

                                              /s/ Don K. Haycraft
                                              Don K. Haycraft