# EXHIBIT 1

**Chart of Arguments for BP's Motion to Dismiss Pursuant
to Federal Rules of Civil Procedure 12(b)(1) and (12)(b)(6)
First Amended Complaints of the States of Alabama and Louisiana**

| Argument | Counts to which Argument Applies |
|---|---|
| I.A, B (OCSLA/OPA) | Ala. Counts III, IV<br>La. Counts II, III, IV, VI, XI, XII, XIII, XIV, XV, XXII, XXIII, XXIV |
| I.C (CWA Preemption) | Ala. Counts III, IV<br>La. Counts II, III, IV, VI, XI, XII, XIII, XIV, XV, XXII, XXIII, XXIV |
| I.D (OPA Savings Clauses) | [relates to Arguments I.A., I.B, and I.C] |
| I.E (OPA Displacement of Maritime Claims) | Ala. Count I<br>La. Counts VII, VIII, IX |
| II.A (OPA Presentment) | Ala. Count II (as to damages and removal costs)<br>La. Count V |
| II.B (OPA Declaratory Judgment) | Ala. Count II (as to declaratory judgment)<br>La. Count I |
| III.A.1 (LOSPRA mirrors OPA) | La. Counts II, VI |
| III.A.2 (LEQA) | La. Counts III, IV |
| III.A.3 (LEQA) | La. Count III |
| III.A.4 (LEQA) | La. Count III |
| III.A.5 (LEQA) | La. Count IV |
| III.B.1 (Alabama penalty statutes) | Ala. Counts III.H, I, J, K, L, M[1] |
| III.B.2 (AWPCA) | Ala. Counts III. H, I, J |
| III.B.3 (ASWDA) | Ala. Counts III.H, M |
| III.B.4 (AHWMA) | Ala Counts III.H, L |
| III.C.1 (civil law) | La. Counts XI, XII, XIII, XIV, XV, XXII, XXIII, XXIV |
| III.C.2 (nuisance) | La. Count XII |
| III.C.3 (trespass) | La. Count XIII |
| III.C.4 (strict liability) | La. Count XIV |
| III.C.5 (ultrahazardous activity) | La. Count XV |
| III.C.6 (fraudulent concealment/negligent misrepresentation) | La. Count XXII |
| III.C.7 (unjust enrichment) | La. Count XXIII |
| III.C.8 (punitive damages) | La. Count XXIV |

---

[1]   Alabama's First Amended Complaint has two counts labeled III.M.  The arguments in Sections III.B.1 and III.B.3 are directed to the claim for Civil Penalties under the Solid Waste Disposal Act.

2

**Arguments in BP's Motion to Dismiss the Complaints of Alabama and Louisiana**
**(continued)**

| III.D.1 (private nuisance) | Ala. Count III.B |
|---|---|
| III.D.2 (fraudulent suppression of material facts) | Ala. Count III.G |
| III.D.3 (wantonness) | Ala. Count III.N |
| III.D.4 (punitive damages) | Ala. Count IV |