**EXHIBIT 1**

**MEMORANDUM OF LAW IN SUPPORT OF MOTION OF DEFENDANTS ANADARKO PETROLEUM CORPORATION AND ANADARKO E&P COMPANY LP TO DISMISS THE STATE OF ALABAMA'S FIRST AMENDED COMPLAINT AND THE STATE OF LOUISIANA'S FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) ["PLEADING BUNDLE C"]**

**Bureau of Ocean Energy Management, Regulation and Enforcement**

Home
Search
Site Map

Your search returned 1 entries.
Current page number: 1

**OCS-** G32306

| **Current Status** PRIMRY | | Central Gulf of Mexico | | **Sale#** 206 | **Sale Date** 3/19/2008 | |
|---|---|---|---|---|---|---|
| | **Bonus Bid** | **Initial Acreage** | **Current Acreage** | **Per Acre Amt.** | **Royalty Rate** | **Rental** |
| | 34003428.000 | 5760.000000 | 5760.000000 | 5903.37 | 18.7500000 | 9.50 |

**Original Lessee(s):**

BP Exploration & Production Inc.

**Description:**

All of Block 252, Mississippi Canyon, as shown on OCS Official Protraction Diagram, NH16-10.

| | |
|---|---|
| 06/01/2008 | Date of lease: 06/01/2008. Expected expiration date: 05/31/2018 |
| 02/23/2010 | MOEX Offshore 2007 LLC designates BP Exploration & Production Inc. as operator. ALL OF BLOCK 252, Mississippi Canyon. |
| 02/23/2010 | Record title interest is now held as follows, effective 10/1/2009: |

| | |
|---|---:|
| MOEX Offshore 2007 LLC | 10.00000 % |
| BP Exploration & Production Inc. | 90.00000 % |

| | |
|---|---|
| 02/23/2010 | Anadarko E&P Company LP designates BP Exploration & Production Inc. as operator. ALL OF BLOCK 252, Mississippi Canyon. |
| 02/23/2010 | Record title interest is now held as follows, effective 10/1/2009: |

| | |
|---|---:|
| Anadarko E&P Company LP | 22.50000 % |
| MOEX Offshore 2007 LLC | 10.00000 % |
| BP Exploration & Production Inc. | 67.50000 % |

| | |
|---|---|
| 02/23/2010 | Anadarko Petroleum Corporation designates BP Exploration & Production Inc. as operator. ALL OF BLOCK 252, Mississippi Canyon . |
| 02/23/2010 | Record title interest is now held as follows, effective 10/1/2009: |

| | |
|---|---:|
| BP Exploration & Production Inc. | 65.00000 % |
| Anadarko Petroleum Corporation | 2.50000 % |
| Anadarko E&P Company LP | 22.50000 % |
| MOEX Offshore 2007 LLC | 10.00000 % |

| | |
|---|---|
| 04/28/2010 | Record title interest is now held as follows, effective 4/1/2010: |

| | |
|---|---:|
| Anadarko Petroleum Corporation | 25.00000 % |
| MOEX Offshore 2007 LLC | 10.00000 % |
| BP Exploration & Production Inc. | 65.00000 % |

| | |
|---|---|
| 08/04/2010 | Placed on continuous production on 04/20/2010. |
| 11/16/2010 | Held by prior production, production ceased on 07/15/2010. |

Back to The Serial Register Page Online Query

| **DOI.GOV** | **USA.GOV** | **Accessibility** | **Disclaimers** | **FOIA** | **Inspector General** | **Privacy** | **PAY.GOV** |

**Last Updated:** 6/3/2011