# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico on April 20, 2010** | * | **SECTION "J"** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | * | |
| **2:10-CV-4182;** | * | **MAGISTRATE NO. 1** |
| **2:10-CV-4183.** | * | **MAGISTRATE SHUSHAN** |
| | * | |

* * * * * * * * * * * *

## NOTICE OF SUBMISSION

TO:   Counsel

**PLEASE TAKE NOTICE** that subject to Pre-trial Orders Nos. 11 and 25, in which the Court directed that the Court will set the date of all hearings on Motions in this case, the Motion of Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP to The State of Alabama's First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) ["Pleading Bundle C"] is tentatively noticed for submission on Tuesday, August 2, 2011, at 9:30 a.m.


DATED:  June 3, 2011                    Respectfully submitted,

                                        BINGHAM McCUTCHEN, LLP

                                        /s/ *James J. Dragna*
                                        James J. Dragna
                                        jim.dragna@bingham.com
                                        Bingham McCutchen LLP
                                        355 South Grand Avenue
                                        Suite 4400
                                        Los Angeles, California 90071-3106
                                        Telephone (213) 680-6436
                                        Facsimile (213) 680-8636

                                        Ky E. Kirby
                                        ky.kirby@bingham.com

Michael B. Wigmore
michael.wigmore@bingham.com
Sandra P. Franco
s.franco@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on June 3, 2011.

                                                 /s/ *James J. Dragna*  
                                                 JAMES J. DRAGNA