UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico on April 20, 2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| 2:10-CV-4182; | * | MAGISTRATE NO. 1 |
| 2:10-CV-4183. | * | MAGISTRATE SHUSHAN |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Considering the Motion of Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP to dismiss The State of Alabama's First Amended Complaint ["Pleading Bundle C"] for failure to state a claim upon which relief can be granted:

**IT IS HEREBY ORDERED** that all claims against Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP are dismissed.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE