**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico on April 20, 2010** | * | **SECTION "J"** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | * | |
| | * | **MAGISTRATE NO. 1** |
| **2:10-CV-3059;** | * | **MAGISTRATE SHUSHAN** |
| **2:11-CV-516.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**MOTION OF DEFENDANTS ANADARKO PETROLEUM CORPORATION AND
ANADARKO E&P COMPANY LP TO DISMISS THE
STATE OF LOUISIANA'S FIRST AMENDED COMPLAINT
PURSUANT TO FED. R. CIV. P. 12(B)(6) ["PLEADING BUNDLE C"]**

**NOW INTO COURT**, come Defendants Anadarko Petroleum Corporation and

Anadarko E&P Company LP, pursuant to Federal Rule of Civil Procedure 12(b)(6), and move

this Honorable Court to dismiss the State of Louisiana's First Amended Complaint ["Pleading

Bundle C"] for failure to state a claim upon which relief can be granted, for reasons more fully

explained in the accompanying memorandum in support.

**WHEREFORE**, Defendants Anadarko Petroleum Corporation and Anadarko E&P

Company LP pray that this Court dismiss all claims asserted against them in The State of

Louisiana's First Amended Complaint for failure to state a claim upon which relief can be

granted.

DATED: June 3, 2011                Respectfully submitted,

                                   BINGHAM McCUTCHEN, LLP

                                   /s/ *James J. Dragna*
                                   James J. Dragna
                                   jim.dragna@bingham.com
                                   Bingham McCutchen LLP
                                   355 South Grand Avenue

Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

Ky E. Kirby
ky.kirby@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
Sandra P. Franco
s.franco@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on June 3, 2011.

_____/s/ *James J. Dragna*_____
James J. Dragna