# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179  SECTION "J"  JUDGE BARBIER |
| This Document Relates to: Case No. 2:10-cv-04182 Case No. 2:10-cv-04183 | * * * | |
| | * * | MAGISTRATE NO. 1 MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * | | |

## MOTION OF DEFENDANT MOEX OFFSHORE 2007 LLC TO DISMISS THE FIRST AMENDED COMPLAINT OF THE STATE OF ALABAMA PURSUANT TO FED. R. CIV. P. 12(b)(6)

**NOW INTO COURT** comes Defendant MOEX Offshore 2007 LLC, pursuant to Federal Rule of Civil Procedure 12(b)(6), and moves this Honorable Court to dismiss the First Amended Complaint of the State of Alabama for failure to state a claim upon which relief can be granted, for reasons more fully set forth in the Consolidated Memorandum of Law in Support of Motion of Defendant MOEX Offshore 2007 LLC to Dismiss the First Amended Complaints of the State of Louisiana and the State of Alabama Pursuant to Fed. R. Civ. P. 12(b)(6), filed concurrently herewith.

**WHEREFORE**, Defendant MOEX Offshore 2007 LLC prays that this Court dismiss all claims asserted against it in the First Amended Complaint of the State of Alabama for failure to state a claim upon which relief can be granted.

Dated:  June 3, 2011

        Respectfully submitted,

        /s/     John F. Pritchard
        John F. Pritchard
        john.pritchard@pillsburylaw.com
        Edward Flanders
        edward.flanders@pillsburylaw.com
        PILLSBURY WINTHROP SHAW PITTMAN LLP
        1540 Broadway
        New York, NY 10036-4039
        Telephone (212) 858-1000
        Facsimile (212) 858-1500

        Christopher McNevin
        chrismcnevin@pillsburylaw.com
        PILLSBURY WINTHROP SHAW PITTMAN LLP
        725 South Figueroa Street, Suite 2800
        Los Angeles, CA 90017-5406
        Telephone (213) 488-7507
        Fax (213) 629-1033

        **ATTORNEYS FOR MOEX OFFSHORE 2007 LLC**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on June 3, 2011.

        /s/  John F. Pritchard