# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico on April 20, 2010** | * | **SECTION "J"** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | * | |
| **Case No. 2:10-cv-04182** | * | |
| **Case No. 2:10-cv-04183** | * | |
| | * | **MAGISTRATE NO. 1** |
| | * | **MAGISTRATE SHUSHAN** |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

TO:   Counsel

**PLEASE TAKE NOTICE** that subject to Pre-trial Orders Nos. 11 and 25, in which the Court directed that the Court will set the date of all hearings on Motions in this case, the Motion of Defendant MOEX Offshore 2007 LLC to Dismiss the First Amended Complaint of the State of Alabama pursuant to Fed. R. Civ. P. 12(b)(6) is tentatively noticed for submission on Tuesday, August 2, 2011, at 9:30 a.m.

Dated:  June 3, 2011

        Respectfully submitted,

        /s/     John F. Pritchard
        John F. Pritchard
        john.pritchard@pillsburylaw.com
        Edward Flanders
        edward.flanders@pillsburylaw.com
        PILLSBURY WINTHROP SHAW PITTMAN LLP
        1540 Broadway
        New York, NY 10036-4039
        Telephone (212) 858-1000
        Facsimile (212) 858-1500

Christopher McNevin
chrismcnevin@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone (213) 488-7507
Fax (213) 629-1033

**ATTORNEYS FOR MOEX OFFSHORE 2007 LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on June 3, 2011.

_____/s/  John F. Pritchard_____