# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig * | MDL No. 2179 | |
| "Deepwater Horizon" in the Gulf * | | |
| of Mexico on April 20, 2010 * | SECTION "J" | |
| * | JUDGE BARBIER | |
| This Document Relates to: * | | |
| Case No. 2:10-cv-04182 * | | |
| Case No. 2:10-cv-04183 * | | |
| * | MAGISTRATE NO. 1 | |
| * | MAGISTRATE SHUSHAN | |
| * * * * * * * * * * * * | | |

## REQUEST FOR ORAL ARGUMENT

Defendant MOEX Offshore 2007 LLC respectfully requests oral argument on its Motion to Dismiss the First Amended Complaint of the State of Alabama. Defendant believes that oral argument may assist the Court in evaluating the legal issues raised by the Motion.

Dated: June 3, 2011          Respectfully submitted,

/s/ John F. Pritchard
John F. Pritchard
john.pritchard@pillsburylaw.com
Edward Flanders
edward.flanders@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, NY 10036-4039
Telephone (212) 858-1000
Facsimile (212) 858-1500

Christopher McNevin
chrismcnevin@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone (213) 488-7507
Fax (213) 629-1033

**ATTORNEYS FOR MOEX OFFSHORE 2007 LLC**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on June 3, 2011.

          __/s/  John F. Pritchard_____