UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION "J"<br>JUDGE BARBIER |
| This Document Relates to:<br>Case No. 2:11-cv-00516<br>Case No. 2:10-cv-03059 | * * * * * | MAGISTRATE NO. 1<br>MAGISTRATE SHUSHAN |

* * * * * * * * * * * *

## ORDER

Considering the Motion of Defendant MOEX USA Corporation to dismiss all claims against it in the State of Louisiana's First Amended Complaint for failure to state a claim upon which relief can be granted:

**IT IS HEREBY ORDERED** that all claims against Defendant MOEX USA Corporation in the State of Louisiana's First Amended Complaint are dismissed.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE