UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION "J"<br>JUDGE BARBIER |
| This Document Relates to:<br>Case No. 2:10-cv-04182<br>Case No. 2:10-cv-04183 | * * * | |
| | * * | MAGISTRATE NO. 1<br>MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

**MOTION OF DEFENDANT MOEX USA CORPORATION TO DISMISS THE FIRST AMENDED COMPLAINT OF THE STATE OF ALABAMA PURSUANT TO FED. R. CIV. P. 12(b)(6)**

**NOW INTO COURT** comes Defendant MOEX USA Corporation, pursuant to Federal Rule of Civil Procedure 12(b)(6), and moves this Honorable Court to dismiss the First Amended Complaint of the State of Alabama for failure to state a claim upon which relief can be granted, for reasons more fully set forth in the Consolidated Memorandum of Law in Support of Motion of Defendant MOEX USA Corporation to Dismiss the First Amended Complaints of the State of Louisiana and the State of Alabama Pursuant to Fed. R. Civ. P. 12(b)(6), filed concurrently herewith.

**WHEREFORE**, Defendant MOEX USA Corporation prays that this Court dismiss all claims asserted against it in the First Amended Complaint of the State of Alabama for failure to state a claim upon which relief can be granted.

Dated:   June 3, 2011

                    Respectfully submitted,

                    /s/    Jack McKay
                    Jack McKay
                    jack.mckay@pillsburylaw.com
                    PILLSBURY WINTHROP SHAW PITTMAN LLP
                    2300 N Street, N.W.
                    Washington, D.C. 20037-1122
                    Telephone (202) 663-8439
                    Facsimile (202) 663-8007

                    **ATTORNEYS FOR MOEX USA CORPORATION**

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on June 3, 2011.

                                                                   _____/s/  Jack McKay_____