**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico on April 20, 2010** | * | **SECTION "J"** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | * | |
| **Case No. 2:10-cv-04182** | * | |
| **Case No. 2:10-cv-04183** | * | |
| | * | **MAGISTRATE NO. 1** |
| | * | **MAGISTRATE SHUSHAN** |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

<u>**NOTICE OF SUBMISSION**</u>

TO:     Counsel

    **PLEASE TAKE NOTICE** that subject to Pre-trial Orders Nos. 11 and 25, in which the Court directed that the Court will set the date of all hearings on Motions in this case, the Motion of Defendant MOEX USA Corporation to Dismiss the First Amended Complaint of the State of Alabama pursuant to Fed. R. Civ. P. 12(b)(6) is tentatively noticed for submission on Tuesday, August 2, 2011, at 9:30 a.m.

Dated:  June 3, 2011

                Respectfully submitted,

                /s/     Jack McKay
                Jack McKay
                jack.mckay@pillsburylaw.com
                PILLSBURY WINTHROP SHAW PITTMAN LLP
                2300 N Street, N.W.
                Washington, D.C. 20037-1122
                Telephone (202) 663-8439
                Facsimile (202) 663-8007

                **ATTORNEYS FOR MOEX USA CORPORATION**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on June 3, 2011.

_____/s/   Jack McKay_____