UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico on April 20, 2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| Case No. 2:10-cv-04182 | * | |
| Case No. 2:10-cv-04183 | * | |
| | * | MAGISTRATE NO. 1 |
| | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * *

## ORDER

Considering the Motion of Defendant MOEX USA Corporation to dismiss all claims against it in the State of Alabama's First Amended Complaint for failure to state a claim upon which relief can be granted:

**IT IS HEREBY ORDERED** that all claims against Defendant MOEX USA Corporation in the State of Alabama's First Amended Complaint are dismissed.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE