UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico on April 20, 2010** | * | **SECTION "J"** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | * | |
| **Case No. 2:10-cv-04182** | * | |
| **Case No. 2:10-cv-04183** | * | |
| | * | **MAGISTRATE NO. 1** |
| | * | **MAGISTRATE SHUSHAN** |

* * * * * * * * * * * *

## ORDER GRANTING REQUEST FOR ORAL ARGUMENT

Considering Defendant MOEX USA Corporation's Request for Oral Argument:

**IT IS HEREBY ORDERED** that the Court will hear oral argument on Defendant MOEX USA Corporation's Motion to Dismiss the First Amended Complaint of the State of Alabama.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE