From:"Alex Roberts" <aroberts@brsfirm.com>
To:
<Mike_OKeefe@laed.uscourts.gov>, <Sally_Shushan@laed.uscourts.gov>
Cc:
"Richard L. Gorman" <rgorman@cgptexas.com>, "David Jones" <DJONES@brsfirm.com>, "Mark Cohen" <mcohen@cgptexas.com>, "Whitby, Mel" <Mel.Whitby@c-a-m.com>, <Neil.Thompson@dnv.com>, <Phillip.Nidd@dnv.com>, <sinerivali1@comcast.net>, <kmiller@frilot.com>
Date:
06/03/2011 06:14 PM
Subject:
FW: DWH  -  MDL 2179  - DNV's position on the need for technical assistance -  01699

Dear Mr. O'Keefe:

Cameron responds only to clarify one point in Mr. Gorman's email below with respect to the scope of the work to be performed by DNV in connection with the SEMs.

On the 6/3/11 daily telephone conference, Gary Kenney confirmed that DNV would only be opening and venting the SEMs and removing/replacing batteries, activities that we noted on the call are done routinely by Transocean on its rigs.  Indeed, opening, venting, and battery removal/replacement is precisely what is outlined on pages 20-21 of the Test Protocols under Section XI "Remove SEMs / SEM Covers to Check PLCs and Batteries."

Mr. Gorman's email below suggests that DNV represented to Transocean that work far more complex than what was described by Mr. Kenney on this morning's call will be performed in connection with the SEM disassembly.

Have a good weekend.

Best regards,

Alex Roberts

Alex B. Roberts
Beck, Redden & Secrest, LLP
1221 McKinney Suite 4500
Houston, Texas 77010
(713) 951-3700 (phone)
(713) 951-3720 (fax)