IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG            MDL NO. 2179
DEEPWATER HORIZON IN THE
GULF OF MEXICO, ON APRIL 20, 2010
                                            SECTION: J

THIS DOCUMENT RELATES TO:                   JUDGE BARBIER
No. 10-2771                                 MAGISTRATE JUDGE SHUSHAN

## RESPONSE OF DEFENDANT DRIL-QUIP, INC. ON TRIAL PLAN ISSUES

Dril-Quip, Inc. ("Dril-Quip") respectfully submits this response addressing specified trial plan issues as requested by the Court in its Order: Requested Briefing on Trial Plan Issues [Doc. 2402]:

Because it substantially agrees with the positions taken therein as to all four questions, Dril-Quip endorses and adopts the Brief of Defendant Cameron International Corporation on Trial Plan Issues [Doc. 2667] filed this day, June 6, 2011.

Date: June 06, 2011

            Respectfully submitted,

            **WARE, JACKSON, LEE & CHAMBERS, LLP**

            BY: /s/ C. Dennis Barrow, Jr._____
             Don Jackson
             Texas Bar No. 10476000
             Fed ID No. 6915
             C. Dennis Barrow, Jr.
             Texas Bar No. 00796169
             Fed ID No. 20624
             2929 Allen Parkway, 42nd Floor
             Houston, TX 77019
             Phone : (713) 659-6400
             Fax    : (713) 659-6262
             Counsel for Defendant, Dril-Quip, Inc.

2

## CERTIFICATE OF SERVICE

     I certify that the above and foregoing document will be served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of June, 2011.

     /s/ C. Dennis Barrow, Jr._____
     C. Dennis Barrow, Jr.