UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>CIVIL ACTION NO. 10-2771 |
| This document relates to:<br><br>*2:10-cv-03168* | § § § § § § § § § | **Judge Carl J. Barbier**<br>**Magistrate Judge Sally Shushan** |

## M-I L.L.C.'S REQUEST FOR ORAL ARGUMENT

Defendant M-I L.L.C., pursuant to Local Rule 78.1 respectfully requests oral argument on its Motion to Dismiss Plaintiffs' Sixth Amended Complaint under Federal Rule of Civil Procedure and 12(b)(6).

June 7, 2011

                                            Respectfully submitted,

**OF COUNSEL:**
MORGAN, LEWIS & BOCKIUS LLP

Derek E. Leon
dleon@morganlewis.com
Texas Bar No. 24002463
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone:    (305) 415-3000
Facsimile:    (305) 415-3001

Denise Scofield
dscofield@morganlewis.com
Texas Bar No. 00784934
1000 Louisiana, Suite 4000
Houston, Texas  77002
Telephone:    (713) 890-5000
Facsimile:    (713) 890-5001

**ATTORNEYS FOR DEFENDANT M-I L.L.C.**

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Hugh E. Tanner
    Hugh E. Tanner
    htanner@morganlewis.com
    Texas Bar No. 19637400
    1000 Louisiana, Suite 4000
    Houston, Texas  77002
    Telephone:    (713) 890-5000
    Facsimile:    (713) 890-5001

**ATTORNEYS FOR DEFENDANT M-I L.L.C.**

DB1/67443588.1

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing ***M-I L.L.C.'S Request for Oral Argument*** has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of June, 2011.

                                        */s/ Hugh E. Tanner*
                                          Hugh E. Tanner