# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | * | SECTION "J" |
| This Document Relates to: | * | JUDGE BARBIER |
| 11-274 and 11-275 | * * | MAGISTRATE NO. 1 |
| | * | MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * | | |

### DEFENDANT ANADARKO'S EX PARTE MOTION TO JOIN IN AND ADOPT THE BP PARTIES' MOTION TO DISMISS TRANSOCEAN'S COMPLAINT IN INTERVENTION

**NOW INTO COURT**, come Defendants, Anadarko E&P Company, LP, and Anadarko Petroleum Corporation (collectively, "Anadarko"), and respectfully file this Ex Parte Motion to Join and Adopt, as if copied herein *in extenso*, BP Parties' Motion to Dismiss Transocean's Complaint in Intervention (Rec. Doc. 2249), as well as the accompanying memorandum in support (Rec. Doc. 2249-1).

**WHEREFORE**, Anadarko prays that this Honorable Court permit them to join in and adopt the BP Parties' Motion and seeks the same relief requested therein; specifically, that the Court (a) dismiss with prejudice Transocean's insurance claims (Transocean Compl., ¶¶ 23(B)-(D)) under Rules 12(b)(1), 12(b)(6), and/or 12(b)(7) of the Federal Rules of Civil Procedure, and (b) sever Transocean's sole non-insurance claim (Transocean Compl., ¶ 23(A)) from Case Nos. 11-274 and 11-275.

Respectfully submitted,

/s/ Robert E. Guidry
Deborah D. Kuchler, T.A. (La. Bar No. 17013)
Monique M. Weiner (La. Bar No. 23233)
Robert E. Guidry (La. Bar No. 28064)
Kuchler Polk Schell Weiner & Richeson, LLC
1615 Poydras Street, Suite 1300
New Orleans, Louisiana  70112
Telephone:  (504) 592-0691
Telecopier:  (504) 592-0696
Email:  dkuchler@kuchlerpolk.com
            mweiner@kuchlerpolk.com
            rguidry@kuchlerpolk.com

John D. Shugrue
Yisroel I. Hiller
Reed Smith LLP
10 South Wacker Drive
Chicago, IL  60606
Telephone:  (312) 207-1000
Email:  jshugrue@reedsmith.com
yhiller@reedsmith.com

COUNSEL FOR ANADARKO PETROLEUM
CORPORATION AND ANADARKO E&P COMPANY
L.P.

- 3 -

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, pursuant to Pre-trial Order No. 12, I have caused the foregoing Motion to Join in and Adopt the BP Parties' Motion to Dismiss Transocean's Complaint in Intervention to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on June 7, 2011.

s/ Robert E. Guidry
Robert E. Guidry