UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | SECTION "J" |
| | * | JUDGE BARBIER |
| **This Document Relates to:** | * | |
| **11-274 and 11-275** | * | MAGISTRATE NO. 1 |
| | * | MAGISTRATE SHUSHAN |
| | * | |
| | * | |
| * * * * * * * * * * * * | | |

## ORDER

Considering the Motion of Defendants Anadarko Petroleum Corporation and Anadarko E&P Company to Join in and Adopt the BP Parties' Motion to Dismiss Transocean's Complaint in Intervention, the Court finds that the Motion to Join and Adopt has merit, and is supported by law, therefore:

**IT IS HEREBY ORDERED** that the Motion to Join and Adopt is Granted.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE