AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| BRANDON BOULLION and JAN BOULLION <br><br> *Plaintiff* <br> v. <br> ANADARKO PETROLEUM CORPORATION, et al <br><br> *Defendant* | MDL 10-2179 J(1) <br><br> Civil Action No. 2:11-cv-923 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Moex Offshore 2007 LLC
through its agent for service of process
The Corporation Trust Company
1209 Orange St.
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Robert V. Reech
Reech Law Firm, LLC
812 N. Range Ave.
Denham Springs, LA 70726

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 13 2011

Loretta G. Whyte
*Name of clerk of court*

*Deputy clerk's signature*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:11-cv-923

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Moex Offshore 2007, LLC Through its agent for service The Corporation Trust Company**
was received by me on *(date)* **5-13-11**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: **Pursuant to Louisiana Long Arm La R.S. 13:3201 Service executed**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **6/6/11**

*Server's signature*

**Courtney G. Daugherty**
*Printed name and title*

**812 N. Range Ave. Denham Springs, LA 70726**
*Server's address*

Additional information regarding attempted service, etc: