UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRANDON BOULLION, ET AL** | * | CIVIL ACTION: |
| | * | **2:11-cv-923** |
| **Plaintiffs** | * | |
| | * | **MDL 10-2179 J (1)** |
| **VERSUS** | * | |
| | * | **JUDGE: BARBIER** |
| **ANADARKO PETROLEUM CORPORATION,** | * | |
| **ET AL** | * | **MAGISTRATE:** |
| **Defendants** | * | **SHUSHAN** |

### AFFIDAVIT OF SERVICE OF PROCESS--LONG ARM SERVICE

STATE OF LOUISIANA

PARISH OF LIVINGSTON

Before me, the undersigned Notary Public, personally came and appeared:

COURTNEY S. DAUGHERTY

who first being duly sworn, deposed, and said: That affiant is Paralegal to ROBB REECH; that affiant received a true copy of the attached Citation and Petition on May 13, 2011 and mailed the same, by certified mail, to the defendant, Moex Offshore 2007, LLC through its agent for service of process, The Corporation Trust Company at 1209 Orange St., Wilmington, DE 19801, on May 16, 2011; that the same was delivered to the defendant on May 24, 2011; as more fully appears from the attached post office return receipt for certified mail number 7009 0820 0000 7802 2689.

_____
COURTNEY S. DAUGHERTY

Sworn to and subscribed before me on the 6th day of JUNE, 2011.

_____
ROBERT V. REECH, LSBA # 23268
NOTARY PUBLIC