

Moex Offshore 2007 LLC
Through its agent for service of process
The Corporation Trust Company
1209 Orange St.
Wilmington, DE 19801

REECH LAW FIRM
812 North Range Avenue
Denham Springs, LA 70726

7009 0820 0000 7802 2689

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 1.28 | |
| Certified Fee | 2.85 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 2.30 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 6.43 | |

Sent To  Corporation Trust Comp.
         Moex Offshore 2007 LLC
Street, Apt. No.;
or PO Box No.  1209 Orange St.
City, State, ZIP+4  Wilmington, DE 19801

PS Form 3800, August 2006                See Reverse for Instructions

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent / ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery MAY 2 4 2011 |
| 1. Article Addressed to:<br><br>MOEX Offshore 2007 LLC<br>Thru Agent for service<br>The Corporation Trust Co.<br>1209 Orange St.<br>Wilmington, DE 19801 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7009 0820 0000 7802 2689 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |