# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG * | |
| "DEEP WATER HORIZON" IN THE GULF * | MDL NO. 2179 |
| OF MEXICO, ON APRIL 20, 2011 * | |
| * | SECTION: J |
| THIS DOCUMENT RELATED TO: * | |
| 2011-cv-1195 * | JUDGE BARBIER |
| * | MAG. JUDGE SHUSHAN |

**********************************************

## *EX PARTE* MOTION FOR PARTIAL DISMISSAL OF PLAINTIFFS DALE CHAISSON, LAWRENCE CHAISSON AND ANDREW CHAISSON, WITH INCORPORATED MEMORANDUM IN SUPPORT

NOW INTO COURT, through undersigned counsel, come Plaintiffs Dale Chaisson, Andrew Chaisson, and Lawrence Chaisson, only, (collectively and/or individually "Chaisson Plaintiffs"), who file this *Ex Parte* Motion for Partial Dismissal ("Motion"), and respectfully request that this Court dismiss only Dale Chaisson, Andrew Chaisson and Lawrence Chaisson from this litigation, with prejudice, so that they can pursue resolution of their individual claims related to the Oil Spill with GCCF. This Motion pertains solely to the Chaisson Plaintiffs; all other Plaintiffs, and all claims previously asserted herein, remain viable and survive this Motion.

RESPECTFULLY SUBMITTED,

_____/s/ John O. Pieksen, Jr._____
JOHN O. PIEKSEN, JR. (#21023)
**JOHN PIEKSEN & ASSOCIATES, LLC**
**829 BARONNE ST., NEW ORLEANS, LA 70113**
**Wk: (504) 581-9322; Fax: (504) 324-4844**
jpieksen@cox.net
**Attorney for All Plaintiffs**

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *EX PARTE* MOTION FOR PARTIAL DISMISSAL OF PLAINTIFFS DALE CHAISSON, LAWRENCE CHAISSON AND ANDREW CHAISSON, has been served upon All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of June, 2011.

　　　　　　　　　　　　　　　　　　_____s/ John O. Pieksen, Jr._____