AO 440 (Rev. 12/09) Summons in a Civil Action



# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| Phillip Michael Lynch | ) |
| | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No.  MDL 10-2179 J(1) |
| Transocean, Ltd., et al | ) |
| | )  Ref: 11-1160 |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Moex USA Corporation
9 Greenway Plaza, Ste. 1220, *HOUSTON, TX 77046*
Through the Louisiana Long Arm Statute, LSA-R.S. 13:3201
pursuant to Section 3204 of Title 13

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Paul M. Sterbcow
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Ste. 2615
New Orleans, LA 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __May 18 2011__

Deputy clerk's signature

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  MOEX USA CORPORATION

was received by me on *(date)*  5/18/11 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*  CERTIFIED MAIL
RETURN RECEIPT REQUESTED

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  6/6/11

_____
*Server's signature*

PAUL M STERBCOW, ATTORNEY
*Printed name and title*
LEWIS, KULLMAN,
STERBCOW & ABRAMSON
601 POYDRAS ST. SUITE 2615
NEW ORLEANS, LA 70130
*Server's address*

Additional information regarding attempted service, etc:



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1 04 |
| Certified Fee | 2 85 |
| Return Receipt Fee (Endorsement Required) | 2 30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.19 |

Postmark Here — NEW ORLEANS LA 70130 LAFAYETTE SQ — MAY 20 2011 — USPS

Sent To MOEX USA CORP
Street, Apt. No.; or PO Box No. 9 GREENWAY PLAZA #1220
City, State, ZIP+4 HOUSTON, TX 77046

7009 1680 0000 9792 4309

PS Form 3800, August 2006       See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MOEX USA CORP
9 GREENWAY PLAZA
#1220
HOUSTON, TX 77046

Lynch

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery 5/24/11

D. Is delivery address different from item 1?  ☑ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7009 1680 0000 9792 4309

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540