AO 440 (Rev. 12/09) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Phillip Michael Lynch <br> *Plaintiff* <br> v. <br> Transocean, Ltd., et al <br> *Defendant* | Civil Action No. MDL 10-2179 J(1) <br><br> Ref: 11-1160 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BP, PLC
North American Headquarters
28100 Torch Parkway
Warrenville, IL 60555-3938
through the Louisiana Long Arm Statute, LSA-R.S. 13:3201,
pursuant to Section 3204 of Title 13

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Paul M. Sterbcow
Lewis, Kullman, Sterbcow & Abramson
601 Poydras St., Ste. 2615
New Orleans, LA 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

*Stephanie Kall*
Deputy clerk's signature

Date: May 18 2011

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* PAUL M. STERBCOW, ATTORNEY   BP, PLC

was received by me on *(date)* 5/18/11 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: CERTIFIED MAIL, RETURNED RECEIPT REQUESTED

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 6/6/11

*Server's signature*

PAUL M. STERBCOW, ATTORNEY
*Printed name and title*

STERBCOW & ABRAMSON
1 POYDRAS ST. SUITE 2615
NEW ORLEANS, LA 70130
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 1.04 |
| Certified Fee | | 2.85 |
| Return Receipt Fee (Endorsement Required) | | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.19 |

Postmark: NEW ORLEANS LA 70130 LAFAYETTE SQUARE — MAY 20 2011 — USPS

Sent To: BP PLC, N.A. Headquarters
Street, Apt. No.; or PO Box No.: 28100 Torch Parkway
City, State, ZIP+4: Warrenville, IL 60555

7009 1680 0000 9792 4361

PS Form 3800, August 2006 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BP PLC
North American Headquarters
28100 Torch Parkway
Warrenville, IL 60555

Lynch

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Neil Faustich*   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): N Faustich

C. Date of Delivery: 5/23/11

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7009 1680 0000 9792 4361

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540