```
1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
2

3    ********************************************************************

4    IN RE:  OIL SPILL BY THE
     OIL RIG DEEPWATER HORIZON
5    IN THE GULF OF MEXICO ON
     APRIL 20, 2010
6
                                   CIVIL ACTION NO. 10-MDL-2179 "J"
7                                  NEW ORLEANS, LOUISIANA
                                   THURSDAY, MAY 26, 2011, 8:30 A.M.
8

9    THIS DOCUMENT RELATES TO
     ALL ACTIONS
10
     ********************************************************************
11
             TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
12         HEARD BEFORE THE HONORABLE CARL J. BARBIER
                  UNITED STATES DISTRICT JUDGE
13

14   APPEARANCES:

15   FOR THE PLAINTIFFS'
     LIAISON COUNSEL:          DOMENGEAUX WRIGHT ROY & EDWARDS
16                             BY:  JAMES P. ROY, ESQUIRE
                                    WILLIAM F. LARGE, ESQUIRE
17                             P. O. BOX 3668
                               556 JEFFERSON STREET
18                             LAFAYETTE, LA  70502

19
                               HERMAN HERMAN KATZ & COTLAR
20                             BY:  STEPHEN J. HERMAN, ESQUIRE
                               820 O'KEEFE AVENUE
21                             NEW ORLEANS, LA  70113

22

23   FOR THE PLAINTIFFS:       BREIT DRESCHER IMPREVENTO & WALKER
                               BY:  JEFFREY A. BREIT, ESQUIRE
24                             1000 DOMINION TOWER,
                               999 WATERSIDE DRIVE
25                             NORFOLK, VA  23510
```

```
1   APPEARANCES CONTINUED:

2

3                           LEVIN PAPANTONIO THOMAS MITCHELL
                            RAFFERTY & PROCTOR
4                           BY:  BRIAN H. BARR, ESQUIRE
                            316 SOUTH BAYLEN STREET, SUITE 600
5                           PENSACOLA, FL  32502

6

7                           CUNNINGHAM BOUNDS
                            BY:  ROBERT T. CUNNINGHAM, ESQUIRE
                            1601 DAUPHIN STREET
8                           MOBILE, AL  36604

9

10                          LEWIS, KULLMAN, STERBCOW & ABRAMSON
                            BY:  PAUL M. STERBCOW, ESQUIRE
                            PAN AMERICAN LIFE BUILDING
11                          601 POYDRAS STREET, SUITE 2615
                            NEW ORLEANS, LA  70130

12

13                          BARON & BUDD
                            BY:  SCOTT SUMMY, ESQUIRE
14                               CARLA M. BURKE, ESQUIRE
                            3102 OAK LAWN AVENUE, SUITE 1100
15                          DALLAS, TX  75219

16

17                          LIEFF CABRASER HEIMANN & BERNSTEIN
                            BY:  ELIZABETH J. CABRASER, ESQUIRE
                            275 BATTERY STREET, 29TH FLOOR
18                          SAN FRANCISCO, CA  94111

19

20                          WATTS, GUERRA, CRAFT
                            BY:  MIKAL C. WATTS, ESQUIRE
21                          4 DOMINION DRIVE
                            BUILDING 3, SUITE 100
                            SAN ANTONIO, TX  78257

22

23                          WEITZ & LUXENBERG
                            BY:  ROBIN L. GREENWALD, ESQUIRE
24                          700 BROADWAY
                            NEW YORK CITY, NY  10003

25
```

```
 1   APPEARANCES CONTINUED:

 2
                        COLSON, HICKS, EIDSON, COLSON, MATTHEWS,
 3                      MARTÍNEZ, GONZALES, KALBAC & KANE
                        BY:  ERVIN A. GONZALEZ, ESQUIRE
 4                      255 ALHAMBRA CIRCLE, PENTHOUSE
                        CORAL GABLES, FL  33134
 5

 6                      FAYARD & HONEYCUTT
                        BY:  CALVIN C. FAYARD, JR., ESQUIRE
 7                      519 FLORIDA AVENUE SW
                        DENHAM SPRINGS, LA  70726
 8

 9                      COSSICH, SUMICH, PARSIOLA & TAYLOR
                        BY:  PHILIP F. COSSICH, JR., ESQUIRE
10                      8397 HIGHWAY 23, SUITE 100
                        BELLE CHASSE, LA  70037
11

12                      DEGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE
                        BY:  MICHAEL C. PALMINTIER, ESQUIRE
13                           JOHN W. DEGRAVELLES, ESQUIRE
                        618 MAIN STREET
14                      BATON ROUGE, LA  70801

15
                        GAINSBURGH BENJAMIN DAVID
16                      MEUNIER AND WARSHAUER
                        BY:  GERALD E. MEUNIER, ESQUIRE
17                      2800 ENERGY CENTRE
                        1100 POYDRAS STREET, SUITE 2800
18                      NEW ORLEANS, LA  70163

19
                        LEGER & SHAW
20                      BY:  WALTER J. LEGER, JR., ESQUIRE
                        600 CARONDELET STREET, 9TH FLOOR
21                      NEW ORLEANS, LA  70130

22
                        BEASLEY, ALLEN, CROW, METHVIN,
23                      PORTIS & MILES
                        BY:  RHON E. JONES, ESQUIRE
24                      POST OFFICE BOX 4160
                        MONTGOMERY, AL  36013
25
```

```
 1   APPEARANCES CONTINUED:

 2

 3                               MORGAN & MORGAN
                                 BY:  ALPHONSO M. ESPY, ESQUIRE
 4                                    FRANK M. PETOSA, ESQUIRE
                                 188 EAST CAPITOL STREET, SUITE 777
 5                               JACKSON, MS   39201

 6

                                 GAINSBURGH BENJAMIN DAVID
 7                               MEUNIER & WARSHAUER
                                 BY:  GERALD E. MEUNIER, ESQUIRE
 8                               ENERGY CENTRE
                                 1100 POYDRAS STREET, SUITE 2800
 9                               NEW ORLEANS, LA 70163

10   FOR THE SIERRA CLUB
     AND GULF RESTORATION
11   NETWORK:                    WALTZER & WIYGUL
                                 BY:  JOEL R. WALTZER, ESQUIRE
12                               3715 WESTBANK EXPRESSWAY, SUITE 13
                                 HARVEY, LA   70058
13

14   FOR THE FEDERAL
     GOVERNMENT INTERESTS:       U.S. DEPARTMENT OF JUSTICE
15                               TORTS BRANCH, CIVIL DIVISION
                                 BY:  R. MICHAEL UNDERHILL, ESQUIRE
16                                    SARAH HIMMELHOCH, ESQUIRE
                                 450 GOLDEN GATE AVENUE
17                               7TH FLOOR, ROOM 5395
                                 SAN FRANCISCO, CA   94102
18

19   FOR THE UNITED STATES
     OF AMERICA:                 ENVIRONMENTAL ENFORCEMENT SECTION
20                               U.S. DEPARTMENT OF JUSTICE
                                 BY:  STEVEN O'ROURKE, ESQUIRE
21                               P.O. BOX 7611
                                 WASHINGTON, DC  20044
22

23   FOR STATE INTERESTS:        ALABAMA ATTORNEY GENERAL'S OFFICE
                                 BY:  LUTHER STRANGE, ESQUIRE
24                                    COREY L. MAZE, ESQUIRE
                                 500 DEXTER AVENUE
25                               MONTGOMERY, AL  36130
```

```
1   APPEARANCES CONTINUED:

2


3   FOR THE STATE OF
    LOUISIANA:                  HENRY DART
4                               ATTORNEYS AT LAW
                                510 NORTH JEFFERSON STREET
5                               COVINGTON, LA  70433


6


7   FOR TRANSOCEAN HOLDINGS
    LLC, TRANSOCEAN
8   OFFSHORE DEEPWATER
    DRILLING INC., AND
9   TRANSOCEAN DEEPWATER
    INC.:                       FRILOT
10                              BY:  KERRY J. MILLER, ESQUIRE
                                     PAUL C. THIBODEAUX, ESQUIRE
11                              ENERGY CENTRE, 36TH FLOOR
                                1100 POYDRAS STREET
12                              NEW ORLEANS, LA  70163


13


14  FOR BP AMERICA INC.,
    BP AMERICA PRODUCTION
15  COMPANY, BP COMPANY
    NORTH AMERICA INC.,
16  BP CORPORATION NORTH
    AMERICA INC.,
17  BP EXPLORATION &
    PRODUCTION INC.,
18  BP HOLDINGS NORTH
    AMERICA LIMITED,
19  BP PRODUCTS NORTH
    AMERICA INC.:               LISKOW & LEWIS
20                              BY:  R. KEITH JARRETT, ESQUIRE
                                ONE SHELL SQUARE
21                              701 POYDRAS STREET
                                SUITE 5000
22                              NEW ORLEANS, LA  70139


23
                                KIRKLAND & ELLIS
24                              BY:  J. ANDREW LANGAN, ESQUIRE
                                     RYAN S. BABIUCH, ESQUIRE
25                              300 N. LASALLE
                                CHICAGO, IL  60654
```

```
 1   APPEARANCES CONTINUED:

 2
                             KIRKLAND & ELLIS
 3                           BY:  ROBERT R. GASAWAY, ESQUIRE
                             655 FIFTEENTH STREET, N.W.
 4                           WASHINGTON, DC  20005

 5
                             COVINGTON & BURLING
 6                           BY:  DAVID B. GOODWIN, ESQUIRE
                             ONE FRONT STREET
 7                           SAN FRANCISCO, CA  04111

 8

 9   FOR CAMERON INTERNATIONAL
     CORPORATION:            STONE PIGMAN WALTHER WITTMANN
10                           BY:  PHILLIP A. WITTMANN, ESQUIRE
                             546 CARONDELET STREET
11                           NEW ORLEANS, LA 70130

12
                             BECK REDDEN & SECREST
13                           BY:  DAVID J. BECK, ESQUIRE
                             ONE HOUSTON CENTER
14                           1221 MCKINNEY STREET, SUITE 4500
                             HOUSTON, TX  77010
15

16   FOR HALLIBURTON
     ENERGY SERVICES, INC.:  GODWIN RONQUILLO
17                           BY:  DONALD E. GODWIN, ESQUIRE
                                  JENNY L. MARTINEZ, ESQUIRE
18                                STEFANIE K. MAJOR, ESQUIRE
                             1201 ELM STREET, SUITE 1700
19                           DALLAS, TX  75270

20
                             GODWIN RONQUILLO
21                           BY:  R. ALAN YORK, ESQUIRE
                                  GAVIN HILL, ESQUIRE
22                           1331 LAMAR, SUITE 1665
                             HOUSTON, TX  77010
23

24

25
```

```
1   APPEARANCES CONTINUED:

2


3   FOR ANADARKO
    PETROLEUM CORPORATION,
4   ANADARKO E&P COMPANY LP,
    MOEX USA CORPORATION,
5   AND MOEX OFFSHORE 2007
    LLC:                        KUCHLER POLK SCHELL
6                               WEINER & RICHESON
                                BY:  DEBORAH D. KUCHLER, ESQUIRE
7                               1615 POYDRAS STREET, SUITE 1300
                                NEW ORLEANS, LA  70112
8

9                               BINGHAM MCCUTCHEN
                                BY:  WARREN A. FITCH, ESQUIRE
10                                   DAVID B. SALMONS, ESQUIRE
                                2020 K STREET, NW
11                              WASHINGTON, DC  20006

12
                                BINGHAM MCCUTCHEN
13                              BY:  JAMES J. DRAGNA, ESQUIRE
                                355 SOUTH GRAND AVENUE, SUITE 4400
14                              LOS ANGELES, CA  90071

15

16  FOR M-I L.L.C.:             MORGAN, LEWIS & BOCKIUS
                                BY:  HUGH E. TANNER, ESQUIRE
17                                   DENISE SCOFIELD, ESQUIRE
                                     JAMES B. TARTER, ESQUIRE
18                              1000 LOUISIANA STREET, SUITE 4000
                                HOUSTON, TX  77002
19

20  FOR MARINE SPILL
    RESPONSE CORPORATION:       BLANK ROME
21                              BY:  ALAN M. WEIGEL, ESQUIRE
                                THE CHRYSLER BUILDING
22                              405 LEXINGTON AVENUE
                                NEW YORK, NY  10174
23

24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR O'BRIEN'S RESPONSE
     MANAGEMENT, INC.,
 4   SEACOR HOLDINGS, INC.,
     SEACOR OFFSHORE LLC,
 5   SEACOR MARINE, LLC,
     SEACOR WORLDWIDE, INC.,
 6   SEACOR MARINE, INC.,
     SEACOR MARINE
 7   INTERNATIONAL, INC.,
     AND SIEMENS FINANCIAL,
 8   INC.:                   WEIL GOTSHAL & MANGES
                             BY:  MICHAEL J. LYLE, ESQUIRE
 9                           1300 I ST., NW, SUITE 900
                             WASHINGTON, DC  20005
10

11                           WEIL GOTSHAL & MANGES
                             BY:  THEODORE E. TSEKERIDES, ESQUIRE
12                           767 FIFTH AVENUE
                             NEW YORK, NY  10153
13

14   FOR DRIL-QUIP,
     INC.:                   WARE, JACKSON, LEE & CHAMBERS
15                           BY:  DON JACKSON, ESQUIRE
                             2929 ALLEN PARKWAY, 42ND FLOOR
16                           HOUSTON, TX  77019

17

18   FOR NALCO CO.:          LATHAM & WATKINS
                             BY:  MARY ROSE ALEXANDER, ESQUIRE
19                           233 SOUTH WACKER DRIVE, SUITE 5800
                             CHICAGO, IL  60606
20

21   FOR WEATHERFORD U.S.,
     L.P.:                   JONES WALKER
22                           BY:  GLENN G. GOODIER, ESQUIRE
                                  WILLIAM C. BALDWIN, ESQUIRE
23                           PLACE ST. CHARLES
                             201 ST. CHARLES AVENUE
24                           NEW ORLEANS, LA  70170

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR AIRBORNE SUPPORT
     INTERNATIONAL, INC.:      LABORDE & NEUNER
 4                             BY:  BEN L. MAYEAUX, ESQUIRE
                               ONE PETROLEUM CENTER
 5                             1001 W. PINHOOK RD., SUITE 200
                               LAFAYETTE, LA 70505
 6

 7   DYNAMIC AVIATION
     GROUP, INC:               GEIGER LABORDE & LAPEROUSE
 8                             BY:  LEO R. McALOON, III, ESQUIRE
                               ONE SHELL SQUARE
 9                             701 POYDRAS STREET, SUITE 4800
                               NEW ORLEANS, LA  70139
10

11
     FOR MDL 2185:             METHOFF LAW FIRM
12                             BY:  WILLIAM STRADLEY, ESQUIRE
                               3450 ONE ALLEN CENTER
13                             500 DALLAS STREET
                               HOUSTON, TX  77002
14

15
     SPECIAL MASTER:           PROFESSOR FRANCIS E. MCGOVERN
16                             DUKE UNIVERSITY SCHOOL OF LAW
                               CORNER OF SCIENCE & DRIVES
17                             BOX 90362
                               DURHAM, NC 27708
18

19   ALSO PRESENT:             MAGISTRATE JUDGE SALLY SHUSHAN

20
                               CHRISTOPHER HANNAN, ESQUIRE
21                             CLAY GARSIDE, ESQUIRE
                               BRIAN COLOMB, ESQUIRE
22                             STEPHEN CANNON, ESQUIRE

23                             WILLIAM BONNER, ESQUIRE
                               MATTHEW E. LUNDY, ESQUIRE
24                             THOMAS HEIDEN, ESQUIRE

25                             [SEE SIGN-IN SHEETS IN THE RECORD]
```

```
1   APPEARANCES CONTINUED:

2

3   OFFICIAL COURT REPORTER:        CATHY PEPPER, CRR, RMR, CCR
                                    CERTIFIED REALTIME REPORTER
4                                   500 POYDRAS STREET, ROOM HB406
                                    NEW ORLEANS, LA   70130
5                                   (504) 589-7779
                                    Cathy_Pepper@laed.uscourts.gov
6
    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
7   PRODUCED BY COMPUTER.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                          **I N D E X**

2

3    AGENDA ITEMS                                          PAGE

4

5    ADDITIONAL PRETRIAL ORDERS............................  13

6    CONDITIONAL TRANSFER ORDERS..........................  17

7    SHORT FORM JOINDERS..................................  17

8    STATUS OF STATE FILED LITIGATION.....................  18

9    STATUS OF RELATED MDL 2185 IN TEXAS..................  20

10   STATUS OF ONGOING WRITTEN AND DEPOSITION DISCOVERY.....  21

11   BOP TESTING.........................................  23

12   CEMENT TESTING......................................  25

13   VESSELS OF OPPORTUNITY..............................  27

14   MOTION TO STAY JOINTLY FILED BY THE STATE OF LOUISIANA  32

15   AND BP, RECORD DOCUMENT NUMBER 2196..................

16   GRANT THE JOINT MOTION TO STAY FILED ON BEHALF OF THE  34

17   STATE OF LOUISIANA AND BP, RECORD DOCUMENT NUMBER 2196.

18   BP'S MOTION TO STAY PROCEEDINGS BETWEEN BP AND        34

19   ANADARKO AND MOEX, WHICH IS RECORD DOCUMENT 2169.......

20   INSURANCE COVERAGE CASES.............................  36

21   TRIAL PLAN..........................................  37

22   LIMITATION TRIAL....................................  38

23   STIPULATED ORDER REGARDING TRANSOCEAN'S PLEADING      39

24   DEADLINES CONCERNING BP'S CROSSCLAIM AND THIRD-PARTY

25   COMPLAINT AGAINST TRANSOCEAN.........................

1    I WILL GRANT STIPULATED ORDER REGARDING TRANSOCEAN'S        39

2    PLEADING DEADLINES CONCERNING BP'S CROSSCLAIM AND

3    THIRD-PARTY COMPLAINT AGAINST TRANSOCEAN...............

4    PROPOSED ORDER......................................... 40

5    RECORD DOCUMENT NUMBER 2046............................ 40

6    ALLOW THAT ALL ANSWERS OR MOTIONS TO DISMISS THAT        40

7    THOSE CLEAN-UP RESPONDER DEFENDANTS ALREADY FILED

8    WOULD BE DEEMED RESPONSES TO ANY CROSSCLAIMS OR

9    COUNTERCLAIMS THAT SOMEBODY HAS FILED OR WILL FILE.....

10   I WILL GRANT THAT MOTION AND SIGN THAT ORDER........... 40

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                  **P-R-O-C-E-E-D-I-N-G-S**

2                   THURSDAY, MAY 26, 2011

3               M O R N I N G    S E S S I O N

4                  (COURT CALLED TO ORDER)

5

6

7          THE DEPUTY CLERK:  All rise.  Court is in session.

8          THE COURT:  Good morning, everyone.  Please be seated.

9          VOICES:  Good morning, Your Honor.

10         THE COURT:  We have a big agenda today, not so much in

11    the status conference, but talking primarily about the oral

12    arguments on a number of motions to dismiss, Rule 12 motions,

13    which the Court will entertain immediately following this status

14    conference.

15              So we're going to try to move this status

16    conference along this morning.  I don't think we have too many or

17    any real controversial issues, but we'll see.  We'll work our way

18    through it.

19              The Court, since the last status conference, has

20    issued, of course, a couple of additional pretrial orders, which

21    are listed up there, 35 and 36.

22              At this time, before we go through the rest of the

23    agenda, I'm going to ask liaison and steering committee members

24    if you would identify yourselves, please.

25         MR. ROY:  Jim Roy, plaintiff liaison counsel.

 1            MR. HERMAN:   Steve Herman, plaintiff liaison counsel.

 2            MR. FAYARD:   Calvin Fayard, Your Honor, good morning,

 3    for the Plaintiffs' Steering Committee.

 4            THE COURT:   Good morning.

 5            MR. BREIT:   Jeffrey Breit, Plaintiffs' Steering

 6    Committee.

 7            MR. STRANGE:   Luther Strange, Your Honor, Alabama

 8    coordinating counsel for the States.

 9            MR. UNDERHILL:   Mike Underhill on behalf of the

10    United States, Your Honor.

11            MR. BARR:   Brian Barr for the PSC.

12            MR. SUMMY:   Scott Summy, PSC.

13            MS. CABRASER:   Elizabeth Cabraser for the Plaintiffs'

14    Steering Committee.

15            MR. STERBCOW:   Paul Sterbcow, PSC.

16            MR. COSSICH:   Phil Cossich, Plaintiffs' Steering

17    Committee.

18            MR. GONZALEZ:   Good morning, Your Honor.

19    Ervin Gonzalez, Plaintiffs' Steering Committee.

20            MR. GOODIER:   Glenn Goodier, Weatherford.

21            MR. LUNDY:   Matt Lundy, PSC.

22            MR. JONES:   Rhon Jones, PSC.

23            MR. CUNNINGHAM:   Robert Cunningham, PSC.

24            MR. ESPY:   PSC, Mike Espy.

25            MR. PALMINTIER:   Michael Palmintier for the PSC.

```
 1          MS. GREENWALD:  Good morning, Your Honor.
 2   Robin Greenwald for the PSC.
 3          THE COURT:  Are you fully recovered from your leg
 4   injury?
 5          MS. GREENWALD:  I run every morning, so yes.
 6          THE COURT:  When I first saw you, I think you were on
 7   crutches.
 8              I'm sorry, go ahead.
 9          MS. GREENWALD:  Thank you.
10          MR. O'ROURKE:  Steve O'Rourke for the United States.
11          THE COURT:  All right.
12          MR. LANGAN:  Your Honor, Andy Langan for BP.
13              Also, Mr. Haycraft sends his regrets.  He had a
14   family graduation out of town.
15          THE COURT:  Yes, he called me.  His son is graduating
16   from college, and he's out of town, so I excused him from
17   attending here.
18          MR. BECK:  David Beck, Your Honor, for Cameron.
19          MR. TSEKERIDES:  Ted Tsekerides, Your Honor, for the
20   responder defendants.
21          MR. LYLE:  Michael Lyle, Your Honor, for the responder
22   defendants.
23          MR. DRAGNA:  Jim Dragna, Your Honor, for Anadarko.
24          MS. KUCHLER:  Deb Kuchler, Anadarko.
25          MR. YORK:  Alan York, Halliburton.
```

 1          MR. GODWIN:  Don Godwin, Halliburton.

 2          MS. MARTINEZ:  Good morning, Jenny Martinez for

 3  Halliburton.

 4          MR. WITTMANN:  Phil Wittmann for Cameron.

 5          MR. FITCH:  Tony Fitch, Judge, for Anadarko.

 6          THE COURT:  Wait, wait, wait.  You spoke over each

 7  other.

 8          MR. FITCH:  Good morning, Judge.  Tony Fitch for

 9  Anadarko.

10          MR. WEIGEL:  Alan Weigel for Marine Spill Response

11  Corporation.

12          MR. CANNON:  Stephen Cannon for MOEX.

13          MR. JACKSON:  Don Jackson for Dril-Quip.

14          MR. GOODWIN:  David Goodwin for BP.

15          MR. WITTMANN:  I'm done, Judge.

16          MR. GASAWAY:  Robert Gasaway for BP.

17          MR. MILLER:  Kerry Miller for Transocean, Your Honor.

18          MR. HEIDEN:  Good morning, Judge, Tom Heiden for NALCO.

19          MR. TANNER:  Good morning, Your Honor.  Hugh Tanner,

20  M-I.

21          MS. SCOFIELD:  Denise Scofield, M-I.

22          MR. TARTER:  J.B. Tarter, M-I.

23          THE COURT:  All right.  Cathy, in case you missed it

24  because they spoke over each other, Mr. Wittmann just didn't want

25  to introduce himself a second time, but he's with Cameron.

1              All right.  Report on the conditional transfer

2    orders since the last get-together.

3              MR. LANGAN:  Your Honor, Andy Langan for BP.

4              Since our April 26 status, the Panel has issued

5    five more conditional transfer orders, transferring 11 more cases

6    to this MDL 2179.  There are 22 conditional transfer orders that

7    have been issued to date, which means there are about 494 cases

8    that are now pending, of which 433 are active.

9              There are a couple of disputed motions before the

10   Panel that need to be decided.  I believe the Panel next meets on

11   July 28th, and I don't expect any resolution of disputed issues

12   before the Panel's next meeting on July 28th.

13             THE COURT:  All right.  Very well.  Thank you.

14             Again, of course, for the benefit of the public,

15   I'll just point out, as I did last time we were here, that the

16   number of total cases is a little bit deceptive because the vast

17   majority of claimants have elected to employ the short form

18   joinder form, which means they don't get assigned a separate case

19   number; but, they, nonetheless, are identified with separate

20   record document numbers in the 10-8888, I think, is the so-called

21   dummy civil action number.

22             I know our Clerk's office is still working on that;

23   but, anyway, we'll talk about that in a minute.  In fact, that's

24   next on the agenda, I believe, short form joinders.  Does anyone

25   want to report on that?

```
 1          MR. HERMAN:  Good morning, Your Honor, Steve Herman for
 2   the plaintiffs.
 3              My understanding, the latest from the Clerk's
 4   Office is that they have about 95,000 short forms actually
 5   docketed in.  They are still working their way through a few
 6   thousand more.
 7              Then, I understand that there is approximately
 8   20 to 30,000 claims filed in the limitation that are not, at
 9   least as of yet, filed into the dummy address for 8888, and we're
10   going to work our way through that with defense counsel and the
11   Clerk's office.
12          THE COURT:  None of us know the exact number, but it's
13   something probably north of 120 or 130,000?
14          MR. HERMAN:  That's our best estimate from the Clerk's
15   office at this time.
16          THE COURT:  State filed litigation, status of that.
17          MR. LANGAN:  Andy Langan for BP, Your Honor.
18              When we filed our report on Monday, we thought
19   there were approximately 41 cases pending in state court.  BP has
20   recently removed several more cases that were filed in the State
21   of Delaware, personal injury cases that were filed by Texas
22   counsel.  We'll be seeking to tag those and have them transferred
23   here, as well, by the Panel.
24              Just one other thing.  I know I've mentioned this
25   in prior statuses.  We still await the Texas state court MDL
```

1  Panel's ruling on BP's motion for intrastate consolidation and
2  coordination of a number of Texas cases.
3          THE COURT:  So those cases in Texas are temporarily, at
4  least, stayed, right?
5          MR. LANGAN:  They are, Your Honor.
6          THE COURT:  Obviously, my biggest concern with the state
7  court cases is to make sure we continue to try to coordinate
8  discovery as best we can.
9          MR. LANGAN:  Yes.
10         THE COURT:  What's the status of that?
11         MR. LANGAN:  Well, Your Honor, I think it's the same as
12  it was in April and earlier.  The primary focus earlier was
13  Texas.  We did initiate cross-noticing of depositions; but, then,
14  when those cases were stayed by the Texas Panel, we kind of
15  tabled that process for now because we didn't think it would be
16  appropriate to cross-notice depositions in a case that's been
17  stayed.
18         Our goal will be along the term to work with
19  Special Master McGovern to make sure that there is no duplication
20  and no overlap.
21         THE COURT:  Again, I don't recall that I've had any
22  contact directly with any of the state court judges since our
23  last meeting.  Prior to that, I did have.
24         The first thing I did, I sent letters to all the
25  state court judges that I was aware of who had BP-related cases,

1  just to introduce myself, introduce Professor McGovern as our

2  special master.  I did thereafter speak to several of them,

3  either I called them or they called me, about particular issues.

4         The ones that I spoke to seemed very cooperative

5  and happy to work with us in any way they can to facilitate what

6  our goal is here.

7         Again, you all will know of any problems before I

8  will; so, if you encounter any kind of problems that you think

9  would benefit from either my attention or Professor McGovern's,

10 of course, alert us as soon as you can.

11         MR. LANGAN:  We will, Your Honor.  Thank you.

12         THE COURT:  Does anybody else want to speak to any

13 issues relating to pending state court litigation?

14         All right.  The status of the related MDL 2185 in

15 Texas.

16         MR. LANGAN:  Yes, Your Honor.  These cases here in 2179

17 do remain much farther advanced than 2185.  As we noted in our

18 written report, there are motions to dismiss that are being

19 briefed in the ERISA, derivative and securities cases there.

20 Discovery from BP continues to be made available to the 2185

21 plaintiffs, document production.  They continue to be invited to

22 depositions and participate in depositions in this case.

23         The only other thing I would note is I believe

24 that, following a recent status conference in April before

25 Judge Ellison, the parties are discussing a scheduling order in

1    that case.  I don't think any scheduling order has been entered

2    yet, but I know that was something that Judge Ellison and the

3    parties were talking about.

4            THE COURT:  All right.  Thank you.  Anybody else, 2185?

5            MR. STRADLEY:  Judge, I just wanted to say that what

6    counsel has said --

7            THE COURT:  Identify yourself for the record.

8            MR. STRADLEY:  I'm Bill Stradley, 2185 private security

9    plaintiffs from Houston, the Mithoff law firm.

10           Everything counsel has just related is correct.  We

11   are proceeding with all dispatch as far as 2185 is concerned.  We

12   are attending every deposition and completely participating in

13   the 2179.

14           THE COURT:  Good.  That's the idea.  Great.  I'm glad

15   it's working it out.

16           MR. STRADLEY:  Yes, sir, it is.

17           THE COURT:  Thank you.  Anybody else?

18           The status of ongoing written and deposition

19   discovery.

20           MR. LANGAN:  Your Honor, Andy Langan for BP.

21           Obviously, document production is extensive and

22   continues.  My client's produced more than two million pages of

23   documents so far.

24           The deposition schedule is intense, multitrack, and

25   exhausting.  There are as many as five, six or even eight

1    depositions a day scheduled on days in June and July.  So the

2    parties are working hard.

3            THE COURT:  I understand that.  I get regular reports

4    from Judge Shushan, and I know she's working hard, too, as are

5    each of you who are involved in the ongoing discovery.

6                I, again, want to emphasize that I appreciate that.

7    I certainly know that it is demanding and exhausting, but I think

8    it's what we all need to do to keep this case on track.

9                I understand recently you all ran out of rooms at

10   the Pan Am building and needed to come and borrow one of our

11   courtrooms.

12           MR. LANGAN:  That was on the schedule.  I think one of

13   the courtrooms ended up not being needed, but that has been a

14   backup, yes.

15           THE COURT:  We do have two or three vacant courtrooms in

16   this building, so, anytime you need that, we can make that

17   available.

18           MR. LANGAN:  Thank you.

19                We believe, as of yesterday, we've completed about

20   75 depositions, and there are 90 more scheduled between now and

21   July 31st.

22           THE COURT:  When are the London depositions scheduled?

23   Is that starting next week or the week after?

24           MR. LANGAN:  No, the first one is scheduled for Monday,

25   June 6th, and continuing into shortly after Independence Day.

1          THE COURT:  So four or five weeks.

2          MR. LANGAN:  Correct.  Concurrently with depositions

3    here in New Orleans, as well.

4          THE COURT:  Right.  I've assigned Judge Shushan to go

5    across the pond with you all and be there not for the entire four

6    or five weeks but for the first, I think, week or so, just to

7    make sure things are going smoothly.  You all actually requested

8    that, and I agreed it was a good idea.

9          MR. LANGAN:  Your Honor, we appreciate that, and we

10   appreciate her willingness to do it and your permission.  Thank

11   you.

12         THE COURT:  Thank you.

13              Anybody else need to speak to any issues relating

14   to ongoing discovery depositions?

15              There is a motion -- wait a minute, BOP testing.

16   I'm getting off track here.  BOP testing status.

17         MR. GASAWAY:  Good morning, Your Honor.  Rob Gasaway for

18   BP.

19              Very briefly, Your Honor, we are entering the last

20   lap of the BOP testing, and I think the watch words are extended

21   effort and closer coordination.

22              As you know, Judge Shushan has been very active in

23   helping the parties.  We've extended testing hours.  We're going

24   to be working through the Memorial Day weekend.  She found five

25   more testing days in June without prejudicing the deposition

1    schedule, and she's also offered to engage in an extended process

2    of making sure that the informational provision that Cameron,

3    especially, as the OEM, offered is done efficiently and in a way

4    that is at least agreeable to DNV and Cameron.  So we'll be going

5    forward with that, as well.

6          THE COURT:  All right.  Very well.  I know there was

7    some issues recently that Judge Shushan had dealt with.  I've

8    actually read some of the transcripts relating to those issues.

9          Mr. Beck, did you want to speak to this at all?

10         MR. BECK:  Your Honor, as the Court knows, Judge Shushan

11   has been dealing with this BOP testing issue.  DNV filed

12   something last week requesting additional time in addition to the

13   June 15th deadline that Your Honor had set for the completion of

14   the BOP testing.  Cameron's concern is that we're being asked to

15   do certain things that, basically, DNV is requesting, and they

16   are under contract with BP, who is an adversary of ours.

17         We raised certain issues.  Judge Shushan held a

18   hearing last Friday, and it carried over until Monday.  There

19   have been some decisions that she's made.  There is another

20   conference call this morning at 10:30.  We're hopeful that we'll

21   be able to work through all of these issues and get on with it.

22         THE COURT:  Very well.  I know that she has worked

23   closely with you all on that.  Again, her goal, and it's really

24   my goal, is that we just need to keep this on track because we

25   just don't have any time to lose in terms of getting this testing

1  completed so that it doesn't interfere with the expert witness

2  discovery and depositions that will be coming up shortly, too.

3  So I appreciate your efforts on that.

4          All right.  Cement testing.

5      MR. UNDERHILL:  Mike Underhill on behalf of the

6  United States, Your Honor.

7          Unless we receive an objection by close of business

8  today, and we anticipate none, we will get an order for the

9  testing to go forward with everybody has signed off on the

10  forensic protocol.

11      THE COURT:  Can you give us some idea of the timeline

12  here in terms of how long this will take?

13      MR. UNDERHILL:  I think the last time we were --

14      THE COURT:  This is not going to be months like the BOP

15  testing?

16      MR. UNDERHILL:  It's going to be no more than six

17  months, Your Honor.

18      THE COURT:  That will work perfectly.

19      MR. UNDERHILL:  That's a joke.  It's a joke.

20      THE COURT:  A bad joke.

21      MR. UNDERHILL:  Every once in a while, you fall on your

22  face.

23          I think last time I told you we were hoping by

24  June 15th.  I think that's still a target.  Frankly, what we're

25  trying to do is no later than whenever the BOP testing is done.

1   This is not as complex as the BOP, so that's what we're shooting

2   for.

3               Let's put it this way, nothing that would hold up

4   expert reports is what we're shooting for.

5          THE COURT:  All right.  Very well.

6          MR. UNDERHILL:  Thank you.

7          THE COURT:  Does anybody want to speak to that?

8   Mr. Godwin, do have anything to add to that?

9          MR. GODWIN:  Nothing, Your Honor.  That's our

10  understanding, as well.

11         THE COURT:  Thank you.

12         MR. GODWIN:  Thank you, Judge.

13         THE COURT:  Also, I've just been asked to remind

14  everyone, I know pretty much you all have been coming up to the

15  podium, but we've got a message that some people who are

16  listening on the phone -- remember, we have people listening, but

17  they can't speak, but they --

18               How did they contact you, Eileen?

19         THE DEPUTY CLERK:  I got an e-mail.

20         THE COURT:  Did you get a note from them or an e-mail

21  from them?  This just occurred.

22               Eileen gave me a note that some people on the phone

23  are not able to hear with real well, could you please remind

24  everyone to speak loudly at the mic.

25               Is there any way we can turn the volume up or

1    anything?

2         THE DEPUTY CLERK:  No, it's just that they need to speak

3    directly into the mic.

4         THE COURT:  So just speak up loudly and clearly at the

5    podium, if you would, please.  Thank you.

6              The VoO cases, Vessels of Opportunity.

7         MR. HERMAN:  Steve Herman for the plaintiffs.  Good

8    morning, again, Your Honor.

9              We're working through this issue with BP.  I think,

10   in a nutshell, BP wants somewhat of a limited mediation process.

11   I think the plaintiffs would prefer either trying to have a

12   global, for lack of a better word, mediation process, or bring to

13   Your Honor, if the Court will entertain it, a motion for partial

14   summary judgment that might clarify some of the threshold issues.

15             So that's kind of where we are now, but we're still

16   trying to work through it with BP.  If we can't work through it,

17   we'll come to the Court to get some further guidance.

18        THE COURT:  Someone was here last time.

19        MR. HERMAN:  Mr. Carrigee, I believe.

20        THE COURT:  Someone who represents some of the VoO

21   plaintiffs was here.  Was that Dave Carrigee?

22        MR. HERMAN:  I think that's Mr. Carrigee.

23        THE COURT:  Is he here?  I don't see him.  Mr. Carrigee,

24   no.

25             I think we have 20-something of these cases now,

1  but he mentioned something about there could be 100 or 200 of

2  them out there.

3          MR. HERMAN:  Well, the issue is, Your Honor, that there

4  is, I don't know, 20 or 30 cases filed by attorneys such as

5  Mr. Carrigee and others where they are really just asserting

6  charter disputes, disputes over the VoO charter.

7          THE COURT:  Simple contract cases.

8          MR. HERMAN:  Correct.

9          There are probably three or four hundred cases that

10  are part of either the B1 and/or B3 bundles where the VoO

11  volunteers have charter disputes; but, then they also have either

12  loss of profits from the spill, because they couldn't fish or

13  whatever, and/or they have medical monitoring cases, and all of

14  those have been joined together.

15          What we foresee -- I don't think BP disagrees with

16  this -- is that whatever process we enter into, it would include

17  at least the charter dispute part of the rest of the VoO cases

18  that already have filed short form joinders or whatever.

19          THE COURT:  To the extent there are common legal issues,

20  which I suppose there are -- I guess, was this pretty much one

21  form contract or charter agreement?

22          MR. LANGAN:  Andy Langan for BP.

23          There was a master charter agreement.  There may be

24  variations around the edges, but they are similar, that is for

25  sure.

1      THE COURT:  To the extent there are common legal issues,

2  obviously, it would make sense to tee those up at the appropriate

3  time, hopefully sooner rather than later, and we can try to

4  resolve that.

5          Then, obviously, there will be individual factual

6  issues, I guess, about whether they were paid or not paid and

7  entitled to additional payments or what.

8      MR. LANGAN:  Your Honor, we're open to that.  I mean,

9  that's fine.  Whether it's a magistrate judge or Your Honor or

10  whatever, that's fine.  There might be some very limited

11  discovery that would be required to tee up the legal issues.

12      THE COURT:  Maybe you all can come up with some -- it

13  could be in the form of short form interrogatories or just a

14  questionnaire of some form that they could be asked to fill out

15  to give information that's needed to assess these cases.

16          I think I may have indicated this to you all

17  already, but what I intend to do with that -- I have not spoken

18  to any magistrate judge to assist in those, but I probably will

19  in terms of maybe trying to mediate those cases --

20      MR. LANGAN:  Right.

21      THE COURT:  -- one by one, in groups, or whatever way we

22  can do it.  I have somebody in mind, but I'm not going to mention

23  since I haven't asked him if he's willing to do it yet --

24      MR. LANGAN:  Fair enough.

25      THE COURT:  -- but we'll talk about that shortly.

1        MR. LANGAN:  Your Honor, my only other -- well, our only

2   other thought was that if we are going to tee up legal issues,

3   our thought was why don't we select, both sides, a couple of

4   focus plaintiffs or test cases --

5        THE COURT:  Prototype cases --

6        MR. LANGAN:  -- prototype cases --

7        THE COURT:  -- right.

8        MR. LANGAN:  -- that will present the legal issue,

9   rather than trying to do this --

10       THE COURT:  I agree with that.  That makes perfect

11  sense.

12       MR. LANGAN:  Select some, each side, have some focus

13  discovery on them, and then have the legal issues teed up and/or

14  mediation right after that, something.  That was our thought.

15       THE COURT:  So you all are still talking and will --

16       MR. LANGAN:  We are.

17       THE COURT:  Are you involving Mr. Carrigee or somebody?

18  You must be in touch with them, I'm sure, right?

19       MR. HERMAN:  Steve Herman for the plaintiffs.

20            Yes, Your Honor, we've tried to include in

21  discussions, meetings, calls and e-mails Mr. Carrigee and

22  everybody else that we know about who has VoO cases that weren't

23  already in the loop.  They have been invited and, I think, are

24  participating.

25       THE COURT:  Does anybody else need to speak on any

1   issues relating to Vessels of Opportunity?

2              Sort of a related issue, not directly related, and

3   it's not on the agenda, but at the last status conference we also

4   had another category of cases which -- really, two separate

5   categories of cases.  One category involves the Fair Labor

6   Standard Act collective action cases.  We've got several of

7   those.

8              I believe this happened since the last time we were

9   together.  There was one pending case in Houston before

10  Judge Gray in the Southern District of Texas.  He severed out --

11  I don't remember -- I think he severed and transferred to me the

12  collective action case that's related to the cases that I already

13  have, since ours were the first to file here.  So I have those.

14             I've already spoken to Magistrate Judge

15  Jay Wilkinson, who is willing and able to help on those.  So the

16  idea would be I would defer those to him, instead of

17  Judge Shushan, because I think she has enough on her plate now.

18  He will work with the parties to try to oversee any discovery

19  that's necessary, any preliminary matters, maybe mediate them, if

20  that's appropriate, and just try to move those, put a case

21  management order in place.

22             There may be a couple of those that are inside and

23  a couple of those that are technically outside the MDL at the

24  present time; but, to me, that is not a significant issue.  We

25  just need to get them on their own case management track here.

```
 1                    Sort of related to that, there are also a number of
 2   what I refer to as just miscellaneous contract cases.  We've
 3   talked about two or three of them over the last few months.
 4                    MR. LANGAN:  Yes, Your Honor.
 5                    THE COURT:  I've asked him to look at those, too, and
 6   try to do the same thing with those contract cases.
 7                    MR. LANGAN:  It makes perfect sense to us, Your Honor.
 8   Thank you.
 9                    THE COURT:  Thank you.
10                    All right.  Number 9 on the agenda is a motion to
11   stay jointly filed by the State of Louisiana and BP,
12   Record Document Number 2196.
13                    MR. LANGAN:  Your Honor, Andy Langan for BP.
14                    Yes, our client has a memorandum of understanding
15   with the State relating to things like seafood testing and
16   tourism and the like.  As a result of that, the parties have
17   agreed that portions of the State of Louisiana lawsuit against BP
18   can be stayed, in accordance with the terms of the memorandum of
19   understanding.
20                    I believe we filed that on the 29th of April.  I'm
21   not aware of any opposition.  We just don't want it to slip
22   through the cracks.  We would like that to be entered, if
23   Your Honor pleases.
24                    THE COURT:  All right.  Yes, ma'am.
25                    MS. PETERSON:  Your Honor, good morning.
```

Elizabeth Peterson for the State.

Basically, a ditto. The MOU was entered in November of last year, and it's an approximately three-year time frame for seafood testing.

THE COURT: Does this deal with natural resource damages?

MS. PETERSON: There is a component of it that may go toward natural resource damages, the human component for tourism, loss of tourism. There is also increased public services associated with seafood testing and advertising and PR. So it's implemented through the Department of Wildlife and Fisheries and the Lieutenant Governor, but through the culture, recreation and tourism.

But all of the damages associated with the loss of tourism and increased public services, they fall under OPA, but also as part of natural resource damages.

THE COURT: So the idea is it's just too early to start assessing those damages and injuries, is what I'm hearing, right?

MS. PETERSON: Yes, Your Honor, that's part of it.

In addition, just the MOU, because it's a three-year time frame, the parties wanted to work together to actually mitigate the damages, the ultimate damages that will come out later. So, to allow the process to work, the defendants wanted us to seek a stay during the time frame.

THE COURT: Thank you very much, Ms. Peterson.

1      MS. PETERSON:  Thank you.

2      THE COURT:  Anyone else here to speak on this?

3          All right.  I'm going to grant the joint motion to

4  stay filed on behalf of the State of Louisiana and BP,

5  Record Document Number 2196.

6          I suppose you all submitted an order, Mr. Langan.

7      MR. LANGAN:  I believe there is, but we can check,

8  Your Honor.  If there's not, we will --

9      THE COURT:  Check into that.  Talk to Kat about that,

10  and we'll get it done.

11      MR. LANGAN:  Very well, Your Honor.

12      THE COURT:  Number 10 on the agenda, there is another

13  motion to stay which is not by consent.  This is BP's Motion to

14  Stay Proceedings between BP and Anadarko and MOEX, which is

15  Record Document 2169.  I do not plan to take up oral argument

16  today, mainly because the issue -- well, the final brief was

17  filed last night, I believe.

18      MR. LANGAN:  That is correct.

19      THE COURT:  Frankly, I have not read it, so I'm not

20  prepared to entertain oral argument.  Why don't you briefly just

21  state what that is for the benefit --

22      MR. LANGAN:  Yes, Your Honor.  BP and Anadarko were

23  parties to a joint operating agreement which had, among its many

24  provisions, a provision that said any disputes or controversies

25  of any kind whatsoever would be subject to mandatory arbitration.

1          We've initiated arbitration against Anadarko;

2     therefore, it's our position that the dispute between BP and

3     Anadarko ought to be subject to that arbitration provision.

4     Therefore, the claims in this litigation relating directly to

5     that should be stayed.

6          THE COURT:  Again, we're just talking about the

7     crossclaims between BP and Anadarko.  Now, MOEX is now out of

8     that battle, right --

9          MR. LANGAN:  That is correct, Your Honor.

10          THE COURT:  -- because of your settlement with MOEX?

11          MR. LANGAN:  Right.  It's really Anadarko's claim

12     against BP.  We have not brought any claim against Anadarko.

13          THE COURT:  That's right, Anadarko's claim against you.

14          Anadarko, I'll let them just make a brief

15     statement.  Again, we're not arguing the motion here.

16          MR. DRAGNA:  Jim Dragna, Your Honor, on behalf of

17     Anadarko.

18          Yes, we do oppose the motion.  We have not yet

19     reviewed the reply brief from BP.  As the Court is aware, our

20     position is that the agreement is not clear as to whether

21     arbitration is required; in fact, it's the opposite.  We don't

22     believe arbitration is appropriate in this circumstance.

23          We briefed that.  We'll take a look at the reply,

24     Your Honor, and decide whether additional briefing needs to be

25     made on that topic; but, we're not prepared at this point to take

1    a position on the reply.

2              THE COURT:  Thank you very much.

3                    Is there a related issue that has been addressed?

4    When BP's motion to stay was originally filed, it was combined;

5    it was a motion to stay the claim between -- Anadarko's claim

6    against BP, and it was also a motion to basically stay discovery.

7                    There was an issue of whether Anadarko was entitled

8    to discovery from BP, regardless of whether its claim against BP

9    would be stayed, because Anadarko is still a defendant in the

10   case as to everyone else.  Judge Shushan dealt with that.  There

11   has been no appeal from her order, so Anadarko's discovery is

12   going forward, so I'll deal with the rest of this.

13             MR. DRAGNA:  That's correct.  Thank you, Your Honor.

14             THE COURT:  Thank you.

15                    Insurance coverage cases.

16             MR. LANGAN:  Andy Langan for BP, Your Honor.

17                    The parties have been discussing competing versions

18   of the case management order.  By agreement, they've agreed to

19   have Judge Shushan take up some of these details on the case

20   management order.  Submissions have been made, and I believe it's

21   on her agenda for today's conference.

22             THE COURT:  Great.  You all are meeting with her today,

23   this afternoon, what, following oral argument?  Is she giving you

24   time for lunch today?

25             MR. LANGAN:  She set it for 1:30, but I'm sure she has

1   some flexibility, knowing Judge Shushan.

2           THE COURT:  I think that will work.

3           MR. LANGAN:  Okay.

4           THE COURT:  Does anybody else want to speak on the

5   insurance cases, any issues relating to that?

6               Trial plan.  I don't know if anybody wants to speak

7   on this.  We have talked about this in past conferences, and

8   we've also had liaison counsel meetings.  Liaison counsel have

9   met at least a couple of times with Judge Shushan, with

10  Professor McGovern and with myself.  I requested additional

11  briefing on certain issues.  I think the briefing is due by

12  June 6th.

13              Mr. Langan, do you want to say anything about this,

14  the status of this?

15          MR. LANGAN:  Your Honor, I think there are two

16  deliverables.  One is the briefing that you talked about on

17  June 6th.  You've issued an order outlining issues that are to be

18  briefed in terms of what's triable before the Court, as opposed

19  to a jury, and some issues about consolidation of the

20  United States' case.

21              In addition, the parties are discussing among

22  themselves an order that would outline the phasing of the

23  admiralty limitation action in the liability trial.  They are

24  discussing among themselves, and maybe there will be an

25  agreement, maybe there won't, and that will be presented to

1    Your Honor, I'm sure, before the next status, with whatever the

2    parties' positions are.

3            THE COURT:  Very well.  Thank you.

4            MR. LANGAN:  Thank you.

5            THE COURT:  Mr. Herman or anyone else?  Does anybody

6    want to speak to this?

7            All right.  I think we actually already talked

8    about the short forms, right?  We had talked about that.  Somehow

9    it got out of order there.  We also talked about the dismissal of

10   claims issue relating to the short forms.

11           The limitation trial, of course, is still scheduled

12   for February 27, 2012.  As we've just mentioned, we have -- the

13   parties, at my request, Judge Shushan, Professor McGovern and

14   myself, we have all spent a lot of time thinking and planning and

15   trying to plan what this trial will look like starting in

16   February.

17           Again, we don't have that set out in writing yet;

18   but, at my last meeting with counsel, I indicated that my

19   intention is that this would have to be a phased trial.  We

20   haven't exactly laid out yet how many phases or what would be

21   contained in each phase, other than the first phase would likely

22   include any evidence and issues relating to what occurred leading

23   up to and causing the casualty which occurred on April 20th,

24   2010, which then resulted in the capsizing and sinking of the

25   *Deepwater Horizon* two days later, on April 22nd.

1          Again, I don't think I've issued this in writing,

2    but I've indicated to the parties I thought that would probably

3    be the first trial up to that point -- the first phase of the

4    trial, I mean.  Then we'll have to decide what's in the second

5    phase and going forward and how much time there will be between

6    phases and those sorts of issues.  So we're continuing to work on

7    those.

8          There is a motion that I think is not contested

9    that's not on the agenda that's been filed and given to me, and

10   someone asked that we try to deal with this today.  It's a

11   stipulated order regarding Transocean's pleading deadlines

12   concerning BP's crossclaim and third-party complaint against

13   Transocean.

14         Mr. Miller, is that your motion?

15         MR. MILLER:  Kerry Miller for Transocean.

16         Yes, it is.  We've reached an agreement with BP

17   with respect to one of the response dates.  We'll file our

18   responses at the end of the month.  It's been submitted to Kat.

19         THE COURT:  So the new date would be May 31st?

20         MR. MILLER:  Yes, Your Honor.

21         THE COURT:  No one is opposed to this?

22         MR. LANGAN:  That's fine with BP, Your Honor.

23         THE COURT:  I will grant that.  Kat, if you'll just

24   electronically send me the order today, I'll sign it.

25         Anything else?  Does anybody have anything else in

1   response to the -- oh, yes, sir.

2          MR. TSEKERIDES:  Ted Tsekerides, Your Honor, for

3   O'Brien's and NRC.  They are two of the clean-up responder

4   defendants.

5          THE COURT:  Right.

6          MR. TSEKERIDES:  On behalf of the clean-up responder

7   defendants, we submitted a proposed order last week -- it's at

8   Record Document Number 2046, the proposed order can be found at

9   2046-1 -- which would essentially allow that all answers or

10  motions to dismiss that those clean-up responder defendants

11  already filed would be deemed responses to any crossclaims or

12  counterclaims that somebody has filed or will file.

13          There has been no opposition, and that was a

14  procedure that Judge Shushan set up, so we would ask that that be

15  entered.

16          THE COURT:  That's Record Document 2406.

17          MR. TSEKERIDES:  Correct, and 2406-1.

18          THE COURT:  Another so-called deeming order.

19          MR. TSEKERIDES:  Correct.

20          THE COURT:  Anyone opposed to this?  All right.  I will

21  grant that motion and sign that order.

22          MR. TSEKERIDES:  Thank you, Your Honor.

23          THE COURT:  Thank you.

24          Any other matters that anyone would like to raise

25  right now?  If not, again, I want to thank counsel for their

1    continued cooperation in this matter.  Again, as was pointed out,

2    I know everyone is under a lot of pressure and a lot of stress to

3    get this discovery completed and on a very tight schedule; but,

4    again, I think it's necessary for us to keep this whole entire

5    case on track.

6              We will take about a 10-minute recess right now, so

7    we'll come back at about 9:30.  It's almost 9:20 now.  I'll come

8    back at 9:30 and begin hearing oral arguments on the various

9    motions to dismiss, which only relate to the B1 bundle, the

10   B3 bundle and the D1 bundle.  Those are the motions to dismiss

11   we'll hear.

12             We'll stand in recess for 10 minutes.

13         THE DEPUTY CLERK:  All rise.

14         (WHEREUPON, at 9:20 a.m., the proceedings were

15   concluded.)

16
                      REPORTER'S CERTIFICATE
17

18      I, Cathy Pepper, Certified Realtime Reporter, Registered
     Merit Reporter, Certified Court Reporter of the State of
19   Louisiana, Official Court Reporter for the United States District
     Court, Eastern District of Louisiana, do hereby certify that the
20   foregoing is a true and correct transcript, to the best of my
     ability and understanding, from the record of the proceedings in
21   the above-entitled and numbered matter.

22
                              s/Cathy Pepper
23                            Cathy Pepper, CRR, RMR, CCR
                              Certified Realtime Reporter
24                            Official Court Reporter
                              United States District Court
25                            Cathy_Pepper@laed.uscourts.gov

**0**

04111 [1] - 6:7

**1**

10 [2] - 34:12, 41:12
10-8888 [1] - 17:20
10-MDL-2179 [1] - 1:6
10-minute [1] - 41:6
100 [3] - 2:21, 3:10, 28:1
1000 [2] - 1:24, 7:18
10003 [1] - 2:24
10153 [1] - 8:12
10174 [1] - 7:22
10:30 [1] - 24:20
11 [1] - 17:5
1100 [4] - 2:14, 3:17, 4:8, 5:11
12 [1] - 13:12
120 [1] - 18:13
1201 [1] - 6:18
1221 [1] - 6:14
13 [2] - 4:12, 11:5
130,000 [1] - 18:13
1300 [2] - 7:7, 8:9
1331 [1] - 6:22
15th [2] - 24:13, 25:24
1601 [1] - 2:7
1615 [1] - 7:7
1665 [1] - 6:22
17 [2] - 11:6, 11:7
1700 [1] - 6:18
18 [1] - 11:8
188 [1] - 4:4
1:30 [1] - 36:25

**2**

20 [4] - 1:5, 11:9, 18:8, 28:4
20-something [1] - 27:25
200 [2] - 9:5, 28:1
20005 [2] - 6:4, 8:9
20006 [1] - 7:11
20044 [1] - 4:21
2007 [1] - 7:5
201 [1] - 8:23
2010 [2] - 1:5, 38:24
2011 [2] - 1:7, 13:2
2012 [1] - 38:12
2020 [1] - 7:10
2046 [1] - 40:8
2046-1 [1] - 40:9

2046...................... [1] - 12:5
20th [1] - 38:23
21 [1] - 11:10
2169 [1] - 34:15
2169...... [1] - 11:19
2179 [3] - 17:6, 20:16, 21:13
2185 [8] - 9:11, 11:9, 20:14, 20:17, 20:20, 21:4, 21:8, 21:11
2196 [3] - 11:17, 32:12, 34:5
2196.................... [1] - 11:15
22 [1] - 17:6
22nd [1] - 38:25
23 [2] - 3:10, 11:11
233 [1] - 8:19
23510 [1] - 1:25
2406 [1] - 40:16
2406-1 [1] - 40:17
25 [1] - 11:12
255 [1] - 3:4
26 [3] - 1:7, 13:2, 17:4
2615 [1] - 2:11
27 [2] - 11:13, 38:12
275 [1] - 2:17
27708 [1] - 9:17
2800 [3] - 3:17, 3:17, 4:8
28th [2] - 17:11, 17:12
2929 [1] - 8:15
29TH [1] - 2:17
29th [1] - 32:20

**3**

3 [1] - 2:21
30 [1] - 28:4
30,000 [1] - 18:8
300 [1] - 5:25
3102 [1] - 2:14
316 [1] - 2:4
31st [2] - 22:21, 39:19
32 [1] - 11:14
32502 [1] - 2:5
33134 [1] - 3:4
34 [2] - 11:16, 11:18
3450 [1] - 9:12
35 [1] - 13:21
355 [1] - 7:13
36 [2] - 11:20, 13:21
36013 [1] - 3:24
36130 [1] - 4:25
36604 [1] - 2:8
3668 [1] - 1:17
36TH [1] - 5:11
37 [1] - 11:21

3715 [1] - 4:12
38 [1] - 11:22
39 [2] - 11:23, 12:1
39201 [1] - 4:5

**4**

4 [1] - 2:20
40 [4] - 12:4, 12:5, 12:6, 12:10
4000 [1] - 7:18
405 [1] - 7:22
41 [1] - 18:19
4160 [1] - 3:24
42ND [1] - 8:15
433 [1] - 17:8
4400 [1] - 7:13
450 [1] - 4:16
4500 [1] - 6:14
4800 [1] - 9:9
494 [1] - 17:7

**5**

500 [3] - 4:24, 9:13, 10:4
5000 [1] - 5:21
504 [1] - 10:5
510 [1] - 5:4
519 [1] - 3:7
5395 [1] - 4:17
546 [1] - 6:10
556 [1] - 1:17
5800 [1] - 8:19
589-7779 [1] - 10:5

**6**

600 [2] - 2:4, 3:20
601 [1] - 2:11
60606 [1] - 8:19
60654 [1] - 5:25
618 [1] - 3:13
655 [1] - 6:3
6th [3] - 22:25, 37:12, 37:17

**7**

700 [1] - 2:24
70037 [1] - 3:10
70058 [1] - 4:12
701 [2] - 5:21, 9:9
70112 [1] - 7:7
70113 [1] - 1:7
70130 [4] - 2:11, 3:21, 6:11, 10:4

70139 [2] - 5:22, 9:9
70163 [3] - 3:18, 4:9, 5:12
70170 [1] - 8:24
70433 [1] - 5:5
70502 [1] - 1:18
70505 [1] - 9:5
70726 [1] - 3:7
70801 [1] - 3:14
75 [1] - 22:20
75219 [1] - 2:15
75270 [1] - 6:19
7611 [1] - 4:21
767 [1] - 8:12
77002 [2] - 7:18, 9:13
77010 [2] - 6:14, 6:22
77019 [1] - 8:16
777 [1] - 4:4
78257 [1] - 2:21
7TH [1] - 4:17

**8**

820 [1] - 1:20
8397 [1] - 3:10
8888 [1] - 18:9
8:30 [1] - 1:7

**9**

9 [1] - 32:10
90 [1] - 22:20
900 [1] - 8:9
90071 [1] - 7:14
90362 [1] - 9:17
94102 [1] - 4:17
94111 [1] - 2:18
95,000 [1] - 18:4
999 [1] - 1:24
9:20 [2] - 41:7, 41:14
9:30 [2] - 41:7, 41:8
9TH [1] - 3:20

**A**

A.M [1] - 1:7
a.m [1] - 41:14
ability [1] - 41:20
able [3] - 24:21, 26:23, 31:15
above-entitled [1] - 41:21
ABRAMSON [1] - 2:9
accordance [1] - 32:18
Act [1] - 31:6
ACTION [1] - 1:6

action [4] - 17:21, 31:6, 31:12, 37:23
ACTIONS [1] - 1:9
active [2] - 17:8, 23:22
add [1] - 26:8
addition [3] - 24:12, 33:20, 37:21
additional [5] - 13:20, 24:12, 29:7, 35:24, 37:10
ADDITIONAL [1] - 11:5
address [1] - 18:9
addressed [1] - 36:3
admiralty [1] - 37:23
advanced [1] - 20:17
adversary [1] - 24:16
advertising [1] - 33:10
afternoon [1] - 36:23
AGAINST [2] - 11:25, 12:3
AGENDA [1] - 11:3
agenda [8] - 13:10, 13:23, 17:24, 31:3, 32:10, 34:12, 36:21, 39:9
agree [1] - 30:10
agreeable [1] - 24:4
agreed [3] - 23:8, 32:17, 36:18
agreement [7] - 28:21, 28:23, 34:23, 35:20, 36:18, 37:25, 39:16
ahead [1] - 15:8
AIRBORNE [1] - 9:3
AL [3] - 2:8, 3:24, 4:25
Alabama [1] - 14:7
ALABAMA [1] - 4:23
ALAN [2] - 6:21, 7:21
Alan [2] - 15:25, 16:10
alert [1] - 20:10
ALEXANDER [1] - 8:18
ALHAMBRA [1] - 3:4
ALL [2] - 1:9, 12:6
ALLEN [3] - 3:22, 8:15, 9:12
allow [2] - 33:23, 40:9
ALLOW [1] - 12:6
almost [1] - 41:7
ALPHONSO [1] - 4:3
ALREADY [1] - 12:7
ALSO [1] - 9:19
AMERICA [7] - 4:19, 5:14, 5:14, 5:15, 5:16, 5:18, 5:19
AMERICAN [1] - 2:10
Anadarko [14] - 15:23, 15:24, 16:5, 16:9,

34:14, 34:22, 35:1, 35:3, 35:7, 35:12, 35:14, 35:17, 36:7, 36:9
**ANADARKO** [3] - 7:3, 7:4, 11:19
**Anadarko's** [4] - 35:11, 35:13, 36:5, 36:11
**AND** [13] - 3:16, 4:10, 5:8, 7:5, 8:7, 11:10, 11:15, 11:17, 11:18, 11:19, 11:24, 12:2, 12:10
**ANDREW** [1] - 5:24
**Andy** [7] - 15:12, 17:3, 18:17, 21:20, 28:22, 32:13, 36:16
**ANGELES** [1] - 7:14
**ANSWERS** [1] - 12:6
**answers** [1] - 40:9
**anticipate** [1] - 25:8
**ANTONIO** [1] - 2:21
**ANY** [1] - 12:8
**anytime** [1] - 22:16
**anyway** [1] - 17:23
**appeal** [1] - 36:11
**APPEARANCES** [10] - 1:14, 2:1, 3:1, 4:1, 5:1, 6:1, 7:1, 8:1, 9:1, 10:11
**appreciate** [4] - 22:6, 23:9, 23:10, 25:3
**appropriate** [4] - 19:16, 29:2, 31:20, 35:22
**April** [6] - 17:4, 19:12, 20:24, 32:20, 38:23, 38:25
**APRIL** [1] - 1:5
**arbitration** [5] - 34:25, 35:1, 35:3, 35:21, 35:22
**arguing** [1] - 35:15
**argument** [3] - 34:15, 34:20, 36:23
**arguments** [2] - 13:12, 41:8
**asserting** [1] - 28:5
**assess** [1] - 29:15
**assessing** [1] - 33:18
**assigned** [2] - 17:18, 23:4
**assist** [1] - 29:18
**associated** [2] - 33:10, 33:14
**AT** [1] - 5:4
**attending** [2] - 15:17, 21:12
**attention** [1] - 20:9

**ATTORNEY** [1] - 4:23
**ATTORNEYS** [1] - 5:4
**attorneys** [1] - 28:4
**available** [2] - 20:20, 22:17
**AVENUE** [9] - 1:20, 2:14, 3:7, 4:16, 4:24, 7:13, 7:22, 8:12, 8:23
**AVIATION** [1] - 9:7
**await** [1] - 18:25
**aware** [2] - 19:25, 32:21, 35:19

## B

**B1** [2] - 28:10, 41:9
**B3** [2] - 28:10, 41:10
**BABIUCH** [1] - 5:24
**backup** [1] - 22:14
**bad** [1] - 25:20
**BALDWIN** [1] - 8:22
**BARBIER** [1] - 1:12
**BARON** [1] - 2:13
**BARR** [2] - 2:4, 14:11
**Barr** [1] - 14:11
**BATON** [1] - 3:14
**BATTERY** [1] - 2:17
**battle** [1] - 35:8
**BAYLEN** [1] - 2:4
**BE** [1] - 12:8
**BEASLEY** [1] - 3:22
**Beck** [2] - 15:18, 24:9
**BECK** [4] - 6:12, 6:13, 15:18, 24:10
**BEFORE** [1] - 1:12
**begin** [1] - 41:8
**behalf** [5] - 14:9, 25:5, 34:4, 35:16, 40:6
**BEHALF** [1] - 11:16
**BELLE** [1] - 3:10
**BEN** [1] - 9:4
**benefit** [3] - 17:14, 20:9, 34:21
**BENJAMIN** [2] - 3:15, 4:6
**BERNSTEIN** [1] - 2:16
**best** [3] - 18:14, 19:8, 41:20
**better** [1] - 27:12
**BETWEEN** [1] - 11:18
**between** [6] - 22:20, 34:14, 35:2, 35:7, 36:5, 39:5
**big** [1] - 13:10
**biggest** [1] - 19:6
**Bill** [1] - 21:8
**BINGHAM** [2] - 7:9, 7:12

**bit** [1] - 17:16
**BLANK** [1] - 7:20
**BOCKIUS** [1] - 7:16
**BONNER** [1] - 9:23
**BOP** [9] - 11:11, 23:15, 23:16, 23:20, 24:11, 24:14, 25:14, 25:25, 26:1
**borrow** [1] - 22:10
**BOUNDS** [1] - 2:6
**BOX** [4] - 1:17, 3:24, 4:21, 9:17
**BP** [42] - 5:14, 5:14, 5:15, 5:16, 5:17, 5:18, 5:19, 11:15, 11:17, 11:18, 15:12, 16:14, 16:16, 17:3, 18:17, 18:19, 19:25, 20:20, 21:20, 23:18, 24:16, 27:9, 27:10, 27:16, 28:15, 28:22, 32:11, 32:13, 32:17, 34:4, 34:14, 34:22, 35:2, 35:7, 35:12, 35:19, 36:6, 36:8, 36:16, 39:16, 39:22
**BP's** [4] - 19:1, 34:13, 36:4, 39:12
**BP'S** [3] - 11:18, 11:24, 12:2
**BP-related** [1] - 19:25
**BRANCH** [1] - 4:15
**Breit** [1] - 14:5
**BREIT** [3] - 1:23, 1:23, 14:5
**Brian** [1] - 14:11
**BRIAN** [2] - 2:4, 9:21
**brief** [3] - 34:16, 35:14, 35:19
**briefed** [3] - 20:19, 35:23, 37:18
**briefing** [4] - 35:24, 37:11, 37:16
**briefly** [2] - 23:19, 34:20
**bring** [1] - 27:12
**BROADWAY** [1] - 2:24
**brought** [1] - 35:12
**BUDD** [1] - 2:13
**building** [2] - 22:10, 22:16
**BUILDING** [3] - 2:10, 2:21, 7:21
**bundle** [3] - 41:9, 41:10
**bundles** [1] - 28:10
**BURKE** [1] - 2:14
**BURLING** [1] - 6:5
**business** [1] - 25:7
**BY** [49] - 1:4, 1:16,

1:20, 1:23, 2:4, 2:7, 2:10, 2:13, 2:17, 2:20, 2:23, 3:3, 3:6, 3:9, 3:12, 3:16, 3:20, 3:23, 4:3, 4:7, 4:11, 4:15, 4:20, 4:23, 5:10, 5:20, 5:24, 6:3, 6:6, 6:10, 6:13, 6:17, 6:21, 7:6, 7:9, 7:13, 7:16, 7:21, 8:8, 8:11, 8:15, 8:18, 8:22, 9:4, 9:8, 9:12, 10:6, 10:7, 11:14

## C

**CA** [4] - 2:18, 4:17, 6:7, 7:14
**Cabraser** [1] - 14:13
**CABRASER** [3] - 2:16, 2:17, 14:13
**CALLED** [1] - 13:4
**CALVIN** [1] - 3:6
**Calvin** [1] - 14:2
**Cameron** [5] - 15:18, 16:4, 16:25, 24:2, 24:4
**CAMERON** [1] - 6:9
**Cameron's** [1] - 24:14
**CANNON** [2] - 9:22, 16:12
**Cannon** [1] - 16:12
**CAPITOL** [1] - 4:4
**capsizing** [1] - 38:24
**CARL** [1] - 1:12
**CARLA** [1] - 2:14
**CARONDELET** [2] - 3:20, 6:10
**carried** [1] - 24:18
**Carrigee** [7] - 27:19, 27:21, 27:22, 27:23, 28:5, 30:17, 30:21
**case** [15] - 16:23, 17:18, 19:16, 20:22, 21:1, 22:8, 31:9, 31:12, 31:20, 31:25, 36:10, 36:18, 36:19, 37:20, 41:5
**cases** [34] - 17:5, 17:7, 17:16, 18:19, 18:20, 18:21, 19:2, 19:3, 19:7, 19:14, 19:25, 20:16, 20:19, 27:6, 27:25, 28:4, 28:7, 28:9, 28:13, 28:17, 29:15, 29:19, 30:4, 30:5, 30:6, 30:22, 31:4, 31:5, 31:6, 31:12, 32:2, 32:6,

36:15, 37:5
**CASES....................
........** [1] - 11:20
**casualty** [1] - 38:23
**categories** [1] - 31:5
**category** [2] - 31:4, 31:5
**Cathy** [3] - 16:23, 41:18, 41:23
**CATHY** [1] - 10:3
**cathy_Pepper@laed.uscourts.gov** [1] - 10:5
**Cathy_Pepper@laed.uscourts.gov** [1] - 41:25
**causing** [1] - 38:23
**CCR** [2] - 10:3, 41:23
**cement** [1] - 25:4
**CEMENT** [1] - 11:12
**CENTER** [3] - 6:13, 9:4, 9:12
**CENTRE** [3] - 3:17, 4:8, 5:11
**certain** [3] - 24:15, 24:17, 37:11
**certainly** [1] - 22:7
**CERTIFICATE** [1] - 41:16
**CERTIFIED** [1] - 10:3
**Certified** [3] - 41:18, 41:18, 41:23
**certify** [1] - 41:19
**CHAMBERS** [1] - 8:14
**CHARLES** [2] - 8:23, 8:23
**charter** [6] - 28:6, 28:11, 28:17, 28:21, 28:23
**CHASSE** [1] - 3:10
**check** [2] - 34:7, 34:9
**CHICAGO** [2] - 5:25, 8:19
**CHRISTOPHER** [1] - 9:20
**CHRYSLER** [1] - 7:21
**CIRCLE** [1] - 3:4
**circumstance** [1] - 35:22
**CITY** [1] - 2:24
**civil** [1] - 17:21
**CIVIL** [2] - 1:6, 4:15
**claim** [6] - 35:11, 35:12, 35:13, 36:5, 36:8
**claimants** [1] - 17:17
**claims** [3] - 18:8, 35:4, 38:10
**clarify** [1] - 27:14

**CLAY** [1] - 9:21
**CLEAN** [1] - 12:7
**clean** [3] - 40:3, 40:6, 40:10
**CLEAN-UP** [1] - 12:7
**clean-up** [3] - 40:3, 40:6, 40:10
**clear** [1] - 35:20
**clearly** [1] - 27:4
**CLERK** [4] - 13:7, 26:19, 27:2, 41:13
**Clerk's** [4] - 17:22, 18:3, 18:11, 18:14
**client** [1] - 32:14
**client's** [1] - 21:22
**close** [1] - 25:7
**closely** [1] - 24:23
**closer** [1] - 23:21
**CLUB** [1] - 4:10
**CO** [1] - 8:18
**collective** [2] - 31:6, 31:12
**college** [1] - 15:16
**COLOMB** [1] - 9:21
**COLSON** [2] - 3:2
**combined** [2] - 36:4
**coming** [2] - 25:2, 26:14
**committee** [1] - 13:23
**Committee** [5] - 14:3, 14:6, 14:14, 14:17, 14:19
**common** [2] - 28:19, 29:1
**COMPANY** [3] - 5:15, 7:4
**competing** [1] - 36:17
**complaint** [1] - 39:12
**COMPLAINT** [2] - 11:25, 12:3
**completed** [3] - 22:19, 25:1, 41:3
**completely** [1] - 21:12
**completion** [1] - 24:13
**complex** [1] - 26:1
**component** [2] - 33:7, 33:8
**COMPUTER** [1] - 10:7
**concern** [2] - 19:6, 24:14
**concerned** [1] - 21:11
**CONCERNING** [2] - 11:24, 12:2
**concerning** [1] - 39:12
**concluded** [1] - 41:15
**concurrently** [1] - 23:2
**CONDITIONAL** [1] - 11:6

**conditional** [3] - 17:1, 17:5, 17:6
**CONFERENCE** [1] - 1:11
**conference** [8] - 13:11, 13:14, 13:16, 13:19, 20:24, 24:20, 31:3, 36:21
**conferences** [1] - 37:7
**consent** [1] - 34:13
**consolidation** [2] - 19:1, 37:19
**contact** [2] - 19:22, 26:18
**contained** [1] - 38:21
**contested** [1] - 39:8
**continue** [2] - 19:7, 20:21
**CONTINUED** [9] - 2:1, 3:1, 4:1, 5:1, 6:1, 7:1, 8:1, 9:1, 10:1
**continued** [1] - 41:1
**continues** [2] - 20:20, 21:22
**continuing** [2] - 22:25, 39:6
**contract** [5] - 24:16, 28:7, 28:21, 32:2, 32:6
**controversial** [1] - 13:17
**controversies** [1] - 34:24
**cooperation** [1] - 41:1
**cooperative** [1] - 20:4
**coordinate** [1] - 19:7
**coordinating** [1] - 14:8
**coordination** [2] - 19:2, 23:21
**CORAL** [1] - 3:4
**COREY** [1] - 4:24
**CORNER** [1] - 9:16
**Corporation** [1] - 16:11
**CORPORATION** [5] - 5:16, 6:9, 7:3, 7:4, 7:20
**correct** [9] - 21:10, 23:2, 28:8, 34:18, 35:9, 36:13, 40:17, 40:19, 41:20
**Cossich** [1] - 14:16
**COSSICH** [3] - 3:9, 3:9, 14:16
**COTLAR** [1] - 1:19
**counsel** [11] - 13:25, 14:1, 14:8, 18:10, 18:22, 21:6, 21:10, 37:8, 38:18, 40:25

**COUNSEL** [1] - 1:15
**COUNTERCLAIMS** [1] - 12:9
**counterclaims** [1] - 40:12
**couple** [6] - 13:20, 17:9, 30:3, 31:22, 31:23, 37:9
**course** [4] - 13:20, 17:14, 20:10, 38:11
**COURT** [85] - 1:1, 10:3, 13:4, 13:8, 13:10, 14:4, 15:3, 15:6, 15:11, 15:15, 16:6, 16:23, 17:13, 18:12, 18:16, 19:3, 19:6, 19:10, 19:21, 20:12, 21:4, 21:7, 21:14, 21:17, 22:3, 22:15, 22:22, 23:1, 23:4, 23:12, 24:6, 24:22, 25:11, 25:14, 25:18, 25:20, 26:5, 26:7, 26:11, 26:13, 26:20, 27:4, 27:18, 27:20, 27:23, 28:7, 28:19, 29:1, 29:12, 29:21, 29:25, 30:5, 30:7, 30:10, 30:15, 30:17, 30:25, 32:5, 32:9, 32:24, 33:5, 33:17, 33:25, 34:2, 34:9, 34:12, 34:19, 35:6, 35:10, 35:13, 36:2, 36:14, 36:22, 37:2, 37:4, 38:3, 38:5, 39:19, 39:21, 39:23, 40:5, 40:16, 40:18, 40:20, 40:23
**court** [7] - 13:7, 18:19, 18:25, 19:7, 19:22, 19:25, 20:13
**Court** [12] - 13:13, 13:19, 24:10, 27:13, 27:17, 35:19, 37:18, 41:18, 41:19, 41:19, 41:24, 41:24
**courtrooms** [3] - 22:11, 22:13, 22:15
**COVERAGE** [1] - 11:20
**coverage** [1] - 36:15
**COVINGTON** [2] - 5:5, 6:5
**cracks** [1] - 32:22
**CRAFT** [1] - 2:19
**cross** [2] - 19:13, 19:16
**cross-notice** [1] - 19:16

**cross-noticing** [1] - 19:13
**crossclaim** [1] - 39:12
**CROSSCLAIM** [2] - 11:24, 12:2
**crossclaims** [2] - 35:7, 40:11
**CROSSCLAIMS** [1] - 12:8
**CROW** [1] - 3:22
**CRR** [2] - 10:3, 41:23
**crutches** [1] - 15:7
**culture** [1] - 33:12
**CUNNINGHAM** [3] - 2:6, 2:7, 14:23
**Cunningham** [1] - 14:23

**D**

**D1** [1] - 41:10
**DALLAS** [3] - 2:15, 6:19, 9:13
**damages** [7] - 33:6, 33:8, 33:14, 33:16, 33:18, 33:22
**DART** [1] - 5:3
**date** [2] - 17:7, 39:19
**dates** [1] - 39:17
**DAUPHIN** [1] - 2:7
**Dave** [1] - 27:21
**David** [2] - 15:18, 16:14
**DAVID** [5] - 3:15, 4:6, 6:6, 6:13, 7:10
**days** [3] - 22:1, 23:25, 38:25
**DC** [4] - 4:21, 6:4, 7:11, 8:9
**deadline** [1] - 24:13
**deadlines** [1] - 39:11
**DEADLINES** [2] - 11:24, 12:2
**deal** [3] - 33:5, 36:12, 39:10
**dealing** [1] - 24:11
**dealt** [2] - 24:7, 36:10
**Deb** [1] - 15:24
**DEBORAH** [1] - 7:6
**deceptive** [1] - 17:16
**decide** [2] - 35:24, 39:4
**decided** [1] - 17:10
**decisions** [1] - 24:19
**deemed** [1] - 40:11
**DEEMED** [1] - 12:8
**deeming** [1] - 40:18
**DEEPWATER** [3] - 1:4, 5:8, 5:9

**Deepwater** [1] - 38:25
**defendant** [1] - 36:9
**DEFENDANTS** [1] - 12:7
**defendants** [6] - 15:20, 15:22, 33:23, 40:4, 40:7, 40:10
**defense** [1] - 18:10
**defer** [1] - 31:16
**DEGRAVELLES** [2] - 3:12, 3:13
**Delaware** [1] - 18:21
**deliverables** [1] - 37:16
**demanding** [1] - 22:7
**DENHAM** [1] - 3:7
**DENISE** [1] - 7:17
**Denise** [1] - 16:21
**DEPARTMENT** [2] - 4:14, 4:20
**Department** [1] - 33:11
**DEPOSITION** [1] - 11:10
**deposition** [4] - 21:12, 21:18, 21:24, 23:25
**depositions** [10] - 19:13, 19:16, 20:22, 22:1, 22:20, 22:22, 23:2, 23:14, 25:2
**DEPUTY** [4] - 13:7, 26:19, 27:2, 41:13
**derivative** [1] - 20:19
**details** [1] - 36:19
**DEXTER** [1] - 4:24
**directly** [4] - 19:22, 27:3, 31:2, 35:4
**disagrees** [1] - 28:15
**discovery** [13] - 19:8, 20:20, 21:19, 22:5, 23:14, 25:2, 29:11, 30:13, 31:18, 36:6, 36:8, 36:11, 41:3
**DISCOVERY....** [1] - 11:10
**discussing** [4] - 20:25, 36:17, 37:21, 37:24
**discussions** [1] - 30:21
**DISMISS** [1] - 12:6
**dismiss** [5] - 13:12, 20:18, 40:10, 41:9, 41:10
**dismissal** [1] - 38:9
**dispatch** [1] - 21:11
**dispute** [2] - 28:17, 35:2
**disputed** [2] - 17:9, 17:11

**disputes** [4] - 28:6, 28:11, 34:24
**District** [4] - 31:10, 41:19, 41:19, 41:24
**DISTRICT** [3] - 1:1, 1:1, 1:12
**ditto** [1] - 33:2
**DIVISION** [1] - 4:15
**DNV** [3] - 24:4, 24:11, 24:15
**docketed** [1] - 18:5
**DOCUMENT** [5] - 1:9, 11:15, 11:17, 11:19, 12:5
**document** [3] - 17:20, 20:21, 21:21
**Document** [5] - 32:12, 34:5, 34:15, 40:8, 40:16
**documents** [1] - 21:23
**DOMENGEAUX** [1] - 1:15
**DOMINION** [2] - 1:24, 2:20
**Don** [1] - 16:1
**don** [1] - 16:13
**DON** [1] - 8:15
**DONALD** [1] - 6:17
**done** [4] - 16:15, 24:3, 25:25, 34:10
**Dragna** [2] - 15:23, 35:16
**DRAGNA** [4] - 7:13, 15:23, 35:16, 36:13
**DRESCHER** [1] - 1:23
**DRIL** [1] - 8:14
**Dril** [1] - 16:13
**DRIL-QUIP** [1] - 8:14
**Dril-Quip** [1] - 16:13
**DRILLING** [1] - 5:8
**DRIVE** [3] - 1:24, 2:20, 8:19
**DRIVES** [1] - 9:16
**due** [1] - 37:11
**DUKE** [1] - 9:16
**dummy** [2] - 17:21, 18:9
**duplication** [1] - 19:19
**DURHAM** [1] - 9:17
**during** [1] - 33:24
**DYNAMIC** [1] - 9:7

**E**

**E&P** [1] - 7:4
**e-mail** [2] - 26:19, 26:20
**e-mails** [1] - 30:21
**early** [1] - 33:17

**EAST** [1] - 4:4
**EASTERN** [1] - 1:1
**Eastern** [1] - 41:19
**edges** [1] - 28:24
**EDWARDS** [1] - 1:15
**efficiently** [1] - 24:3
**effort** [1] - 23:21
**efforts** [1] - 25:3
**EIDSON** [1] - 3:2
**eight** [1] - 21:25
**Eileen** [2] - 26:18, 26:22
**either** [5] - 20:3, 20:9, 27:11, 28:10, 28:11
**elected** [1] - 17:17
**electronically** [1] - 39:24
**ELIZABETH** [1] - 2:17
**Elizabeth** [2] - 14:13, 33:1
**ELLIS** [2] - 5:23, 6:2
**Ellison** [2] - 20:25, 21:2
**ELM** [1] - 6:18
**emphasize** [1] - 22:6
**employ** [1] - 17:17
**encounter** [1] - 20:8
**end** [1] - 39:18
**ended** [1] - 22:13
**ENERGY** [4] - 3:17, 4:8, 5:11, 6:16
**ENFORCEMENT** [1] - 4:19
**engage** [1] - 24:1
**enter** [1] - 28:16
**entered** [4] - 21:1, 32:22, 33:2, 40:15
**entering** [1] - 23:19
**entertain** [3] - 13:13, 27:13, 34:20
**entire** [2] - 23:5, 41:4
**entitled** [3] - 29:7, 36:7, 41:21
**ENVIRONMENTAL** [1] - 4:19
**ERISA** [1] - 20:19
**Ervin** [1] - 14:19
**ERVIN** [1] - 3:3
**especially** [1] - 24:3
**ESPY** [2] - 4:3, 14:24
**Espy** [1] - 14:24
**ESQUIRE** [67] - 1:16, 1:16, 1:20, 1:23, 2:4, 2:7, 2:10, 2:13, 2:14, 2:17, 2:20, 2:23, 3:3, 3:6, 3:9, 3:12, 3:13, 3:16, 3:20, 3:23, 4:3, 4:4, 4:7, 4:11, 4:15, 4:16, 4:20, 4:23,

4:24, 5:10, 5:10, 5:20, 5:24, 5:24, 6:3, 6:6, 6:10, 6:13, 6:17, 6:17, 6:18, 6:21, 6:21, 7:6, 7:9, 7:10, 7:13, 7:16, 7:17, 7:17, 7:21, 8:8, 8:11, 8:15, 8:18, 8:22, 8:22, 9:4, 9:8, 9:12, 9:20, 9:21, 9:21, 9:22, 9:23, 9:23, 9:24
**essentially** [1] - 40:9
**estimate** [1] - 18:14
**evidence** [1] - 38:22
**exact** [1] - 18:12
**exactly** [1] - 38:20
**excused** [1] - 15:16
**exhausting** [2] - 21:25, 22:7
**expect** [1] - 17:11
**expert** [2] - 25:1, 26:4
**EXPLORATION** [1] - 5:17
**EXPRESSWAY** [1] - 4:12
**extended** [3] - 23:20, 23:23, 24:1
**extensive** [1] - 21:21
**extent** [2] - 28:19, 29:1

**F**

**face** [1] - 25:22
**facilitate** [1] - 20:5
**fact** [2] - 17:23, 35:21
**factual** [1] - 29:5
**Fair** [1] - 31:5
**fair** [1] - 29:24
**fall** [2] - 25:21, 33:15
**family** [1] - 15:14
**far** [2] - 21:11, 21:23
**FAYARD** [3] - 3:6, 3:6, 14:2
**Fayard** [1] - 14:2
**February** [2] - 38:12, 38:16
**FEDERAL** [1] - 4:14
**few** [2] - 18:5, 32:3
**FIFTEENTH** [1] - 6:3
**FIFTH** [1] - 8:12
**file** [3] - 31:13, 39:17, 40:12
**FILE....** [1] - 12:9
**FILED** [5] - 11:8, 11:14, 11:16, 12:7, 12:9
**filed** [17] - 18:8, 18:9,

18:16, 18:18, 18:20, 18:21, 24:11, 28:4, 28:18, 32:11, 32:20, 34:4, 34:17, 36:4, 39:9, 40:11, 40:12
**fill** [1] - 29:14
**final** [1] - 34:16
**FINANCIAL** [1] - 4:7
**fine** [2] - 29:9, 29:10, 39:22
**firm** [1] - 21:9
**FIRM** [1] - 9:11
**first** [8] - 15:6, 19:24, 22:24, 23:6, 31:13, 38:21, 39:3
**fish** [1] - 28:12
**Fisheries** [1] - 33:11
**FITCH** [3] - 7:9, 16:5, 16:8
**Fitch** [2] - 16:5, 16:8
**five** [7] - 17:5, 21:25, 23:1, 23:6, 23:24
**FL** [2] - 2:5, 3:4
**flexibility** [1] - 37:1
**FLOOR** [5] - 2:17, 3:20, 4:17, 5:11, 8:15
**FLORIDA** [1] - 3:7
**focus** [3] - 19:12, 30:4, 30:12
**following** [3] - 13:13, 10:24, 36:23
**FOR** [20] - 1:15, 1:23, 4:10, 4:14, 4:19, 4:23, 5:3, 5:7, 5:14, 6:9, 6:16, 7:3, 7:16, 7:20, 8:3, 8:14, 8:18, 8:21, 9:3, 9:11
**foregoing** [1] - 41:20
**forensic** [1] - 25:10
**foresee** [1] - 28:15
**form** [8] - 17:17, 17:18, 17:24, 28:18, 28:21, 29:13, 29:14
**FORM** [1] - 11:7
**forms** [3] - 18:4, 38:8, 38:10
**forward** [4] - 24:5, 25:9, 36:12, 39:5
**four** [3] - 23:1, 23:5, 28:9
**frame** [1] - 33:4, 33:21, 33:24
**FRANCIS** [1] - 9:15
**FRANCISCO** [3] - 2:18, 4:17, 6:7
**FRANK** [1] - 4:4
**frankly** [2] - 25:24, 34:19
**Friday** [1] - 24:18

**FRILOT** [1] - 5:9
**FRONT** [1] - 6:6
**FRUGE** [1] - 3:12
**fully** [1] - 15:3

**G**

**GABLES** [1] - 3:4
**GAINSBURGH** [2] - 3:15, 4:6
**GARSIDE** [1] - 9:21
**Gasaway** [2] - 16:16, 23:17
**GASAWAY** [3] - 6:3, 16:16, 23:17
**GATE** [1] - 4:16
**GAVIN** [1] - 6:21
**GEIGER** [1] - 9:7
**GENERAL'S** [1] - 4:23
**GERALD** [2] - 3:16, 4:7
**get-together** [1] - 17:2
**given** [1] - 39:9
**glad** [1] - 21:14
**Glenn** [1] - 14:20
**GLENN** [1] - 8:22
**global** [1] - 27:12
**goal** [4] - 19:18, 20:6, 24:23, 24:24
**GODWIN** [6] - 6:16, 6:17, 6:20, 16:1, 26:9, 26:12
**Godwin** [2] - 16:1, 26:8
**GOLDEN** [1] - 4:16
**GONZALES** [1] - 3:3
**Gonzalez** [1] - 14:19
**GONZALEZ** [2] - 3:3, 14:18
**GOODIER** [2] - 8:22, 14:20
**Goodier** [1] - 14:20
**GOODWIN** [2] - 6:6, 16:14
**Goodwin** [1] - 16:14
**GOTSHAL** [2] - 8:8, 8:11
**GOVERNMENT** [1] - 4:14
**Governor** [1] - 33:12
**graduating** [1] - 15:15
**graduation** [1] - 15:14
**GRAND** [1] - 7:13
**grant** [3] - 34:3, 39:23, 40:21
**GRANT** [3] - 11:16, 12:1, 12:10
**Gray** [1] - 31:10
**great** [2] - 21:14,

5

36:22
**Greenwald** [1] - 15:2
**GREENWALD** [4] -
  2:23, 15:1, 15:5,
  15:9
**GROUP** [1] - 9:7
**groups** [1] - 29:21
**GUERRA** [1] - 2:19
**guess** [2] - 28:20, 29:6
**guidance** [1] - 27:17
**GULF** [2] - 1:5, 4:10

## H

**HALLIBURTON** [1] -
  6:16
**Halliburton** [3] -
  15:25, 16:1, 16:3
**HANNAN** [1] - 9:20
**happy** [1] - 20:5
**hard** [2] - 22:2, 22:4
**HARVEY** [1] - 4:12
**HAS** [1] - 12:9
**Haycraft** [1] - 15:13
**HB406** [1] - 10:4
**hear** [2] - 26:23, 41:11
**HEARD** [1] - 1:12
**hearing** [3] - 24:18,
  33:18, 41:8
**HEIDEN** [2] - 9:24,
  16:18
**Heiden** [1] - 16:18
**HEIMANN** [1] - 2:16
**held** [1] - 24:17
**help** [1] - 31:15
**helping** [1] - 23:23
**HENRY** [1] - 5:3
**hereby** [1] - 41:19
**HERMAN** [12] - 1:19,
  1:20, 14:1, 18:1,
  18:14, 27:7, 27:19,
  27:22, 28:3, 28:8,
  30:19
**Herman** [5] - 14:1,
  18:1, 27:7, 30:19,
  38:5
**HICKS** [1] - 3:2
**HIGHWAY** [1] - 3:10
**HILL** [1] - 6:21
**HIMMELHOCH** [1] -
  4:16
**himself** [1] - 16:25
**hold** [1] - 26:3
**HOLDINGS** [3] - 5:7,
  5:18, 8:4
**HOLTHAUS** [1] - 3:12
**HONEYCUTT** [1] - 3:6
**Honor** [56] - 13:9,
  14:2, 14:7, 14:10,

14:18, 15:1, 15:12,
15:18, 15:19, 15:21,
15:23, 16:17, 16:19,
17:3, 18:1, 18:17,
19:5, 19:11, 20:11,
20:16, 21:20, 23:9,
23:17, 23:19, 24:10,
24:13, 25:6, 25:17,
26:9, 27:8, 27:13,
28:3, 29:8, 29:9,
30:1, 30:20, 32:4,
32:7, 32:13, 32:23,
32:25, 33:19, 34:8,
34:11, 34:22, 35:9,
35:16, 35:24, 36:13,
36:16, 37:15, 38:1,
39:20, 39:22, 40:2,
40:22
**HONORABLE** [1] -
  1:12
**hopeful** [1] - 24:20
**hopefully** [1] - 29:3
**hoping** [1] - 25:23
**Horizon** [1] - 38:25
**HORIZON** [1] - 1:4
**hours** [1] - 23:23
**HOUSTON** [6] - 6:13,
  6:14, 6:22, 7:18,
  8:16, 9:13
**Houston** [2] - 21:9,
  31:9
**Hugh** [1] - 16:19
**HUGH** [1] - 7:16
**human** [1] - 33:8
**hundred** [1] - 28:9

## I

**idea** [5] - 21:14, 23:8,
  25:11, 31:16, 33:17
**identified** [1] - 17:19
**identify** [2] - 13:24,
  21:7
**Ill** [1] - 9:8
**IL** [2] - 5:25, 8:19
**immediately** [1] -
  13:13
**implemented** [1] -
  33:11
**IMPREVENTO** [1] -
  1:23
**IN** [5] - 1:4, 1:5, 9:25,
  11:9
**INC** [17] - 5:8, 5:9,
  5:14, 5:15, 5:16,
  5:17, 5:19, 6:16, 8:3,
  8:4, 8:5, 8:6, 8:7,
  8:8, 8:14, 9:3, 9:7
**include** [3] - 28:16,

30:20, 38:22
**increased** [2] - 33:9,
  33:15
**Independence** [1] -
  22:25
**indicated** [3] - 29:16,
  38:18, 39:2
**individual** [1] - 29:5
**information** [1] -
  29:15
**informational** [1] -
  24:2
**initiate** [1] - 19:13
**initiated** [1] - 35:1
**injuries** [1] - 33:18
**injury** [2] - 15:4, 18:21
**inside** [1] - 31:22
**instead** [1] - 31:16
**INSURANCE** [1] -
  11:20
**insurance** [2] - 36:15,
  37:5
**intend** [1] - 29:17
**intense** [1] - 21:24
**intention** [1] - 38:19
**INTERESTS** [2] - 4:14,
  4:23
**interfere** [1] - 25:1
**INTERNATIONAL** [3] -
  6:9, 8:7, 9:3
**interrogatories** [1] -
  29:13
**intrastate** [1] - 19:1
**introduce** [3] - 16:25,
  20:1
**invited** [2] - 20:21,
  30:23
**involved** [1] - 22:5
**involves** [1] - 31:5
**involving** [1] - 30:17
**IS** [1] - 11:19
**issue** [10] - 24:11,
  27:9, 28:3, 30:8,
  31:2, 31:24, 34:16,
  36:3, 36:7, 38:10
**issued** [5] - 13:20,
  17:4, 17:7, 37:17,
  39:1
**issues** [23] - 13:17,
  17:11, 20:3, 20:13,
  23:13, 24:7, 24:8,
  24:17, 24:21, 27:14,
  28:19, 29:1, 29:6,
  29:11, 30:2, 30:13,
  31:1, 37:5, 37:11,
  37:17, 37:19, 38:22,
  39:6
**ITEMS** [1] - 11:3

## J

**J.B** [1] - 16:22
**JACKSON** [4] - 4:5,
  8:14, 8:15, 16:13
**Jackson** [1] - 16:13
**JAMES** [3] - 1:16,
  7:13, 7:17
**JARRETT** [1] - 5:20
**Jay** [1] - 31:15
**JEFFERSON** [2] -
  1:17, 5:4
**Jeffrey** [1] - 14:5
**JEFFREY** [1] - 1:23
**JENNY** [1] - 6:17
**Jenny** [1] - 16:2
**Jim** [3] - 13:25, 15:23,
  35:16
**JOEL** [1] - 4:11
**JOHN** [1] - 3:13
**joinder** [1] - 17:18
**joinders** [2] - 17:24,
  28:18
**JOINDERS..............
  ..................** [1] -
  11:7
**joined** [1] - 28:14
**joint** [2] - 34:3, 34:23
**JOINT** [1] - 11:16
**jointly** [1] - 32:11
**JOINTLY** [1] - 11:14
**joke** [2] - 25:19, 25:20
**JONES** [3] - 3:23,
  8:21, 14:22
**Jones** [1] - 14:22
**JR** [3] - 3:6, 3:9, 3:20
**Judge** [2] - 16:5,
  16:8, 16:15, 16:18,
  20:25, 21:2, 21:5,
  22:4, 23:4, 23:22,
  24:7, 24:10, 24:17,
  26:12, 31:10, 31:14,
  31:17, 36:10, 36:19,
  37:1, 37:9, 38:13,
  40:14
**JUDGE** [2] - 1:12, 9:19
**judge** [2] - 29:9, 29:18
**judges** [1] - 19:22,
  19:25
**judgment** [1] - 27:14
**July** [4] - 17:11, 17:12,
  22:1, 22:21
**June** [7] - 22:1, 22:25,
  23:25, 24:13, 25:24,
  37:12, 37:17
**jury** [1] - 37:19
**JUSTICE** [2] - 4:14,
  4:20

## K

**KALBAC** [1] - 3:3
**KANE** [1] - 3:3
**Kat** [3] - 34:9, 39:18,
  39:23
**KATZ** [1] - 1:19
**keep** [3] - 22:8, 24:24,
  41:4
**KEITH** [1] - 5:20
**Kerry** [2] - 16:17,
  39:15
**KERRY** [1] - 5:10
**kind** [4] - 19:14, 20:8,
  27:15, 34:25
**KIRKLAND** [2] - 5:23,
  6:2
**knowing** [1] - 37:1
**knows** [1] - 24:10
**Kuchler** [1] - 15:24
**KUCHLER** [3] - 7:5,
  7:6, 15:24
**KULLMAN** [1] - 2:9

## L

**L.L.C** [1] - 7:16
**L.P** [1] - 8:21
**LA** [19] - 1:18, 1:21,
  2:11, 3:7, 3:10, 3:14,
  3:18, 3:21, 4:9, 4:12,
  5:5, 5:12, 5:22, 6:11,
  7:7, 8:24, 9:5, 9:9,
  10:4
**Labor** [1] - 31:5
**LABORDE** [2] - 9:3,
  9:7
**lack** [1] - 27:12
**LAFAYETTE** [2] -
  1:18, 9:5
**laid** [1] - 38:20
**LAMAR** [1] - 6:22
**LANGAN** [39] - 5:24,
  15:12, 17:3, 18:17,
  19:5, 19:9, 19:11,
  20:11, 20:16, 21:20,
  22:12, 22:18, 22:24,
  23:2, 23:9, 28:22,
  29:8, 29:20, 29:24,
  30:1, 30:6, 30:8,
  30:12, 30:16, 32:4,
  32:7, 32:13, 34:7,
  34:11, 34:18, 34:22,
  35:9, 35:11, 36:16,
  36:25, 37:3, 37:15,
  38:4, 39:22
**Langan** [1] - 15:12,
  17:3, 18:17, 21:20,

28:22, 32:13, 34:6, 36:16, 37:13
lap [1] - 23:20
LAPEROUSE [1] - 9:7
LARGE [1] - 1:16
LASALLE [1] - 5:25
last [17] - 13:19, 17:2, 17:15, 19:23, 23:19, 24:12, 24:18, 25:13, 25:23, 27:18, 31:3, 31:8, 32:3, 33:3, 34:17, 38:18, 40:7
latest [1] - 18:3
LATHAM [1] - 8:18
LAW [3] - 5:4, 9:11, 9:16
law [1] - 21:9
LAWN [1] - 2:14
lawsuit [1] - 32:17
leading [1] - 38:22
least [5] - 18:9, 19:4, 24:4, 28:17, 37:9
LEE [1] - 8:14
leg [1] - 15:3
legal [6] - 28:19, 29:1, 29:11, 30:2, 30:8, 30:13
LEGER [2] - 3:19, 3:20
LEO [1] - 9:8
letters [1] - 19:24
LEVIN [1] - 2:3
LEWIS [3] - 2:9, 5:19, 7:16
LEXINGTON [1] - 7:22
liability [1] - 37:23
liaison [5] - 13:23, 13:25, 14:1, 37:8
LIAISON [1] - 13:23
LIEFF [1] - 2:16
Lieutenant [1] - 33:12
LIFE [1] - 2:10
likely [1] - 38:21
limitation [3] - 18:8, 37:23, 38:11
LIMITATION [1] - 11:22
limited [2] - 27:10, 29:10
LIMITED [1] - 5:18
LISKOW [1] - 5:19
listed [1] - 13:21
listening [1] - 26:16
litigation [3] - 18:16, 20:13, 35:4
LITIGATION.............
........ [1] - 11:8
LLC [4] - 5:7, 7:5, 8:4, 8:5
London [1] - 22:22

look [3] - 32:5, 35:23, 38:15
loop [1] - 30:23
LOS [1] - 7:14
lose [1] - 24:25
loss [3] - 28:12, 33:9, 33:14
loudly [2] - 26:24, 27:4
LOUISIANA [6] - 1:1, 1:7, 5:3, 7:18, 11:14, 11:17
Louisiana [5] - 32:11, 32:17, 34:4, 41:19, 41:19
LP [1] - 7:4
lunch [1] - 36:24
Lundy [1] - 14:21
LUNDY [2] - 9:23, 14:21
Luther [1] - 14:7
LUTHER [1] - 4:23
LUXENBERG [1] - 2:23
LYLE [2] - 8:8, 15:21
Lyle [1] - 15:21

## M

M-I [3] - 16:20, 16:21, 16:22
ma'am [1] - 32:24
Magistrate [1] - 31:14
magistrate [2] - 29:9, 29:18
MAGISTRATE [1] - 9:19
mail [2] - 26:19, 26:20
mails [1] - 30:21
MAIN [1] - 3:13
MAJOR [1] - 6:18
majority [1] - 17:17
MANAGEMENT [1] - 8:3
management [4] - 31:21, 31:25, 36:18, 36:20
mandatory [1] - 34:25
MANGES [2] - 8:8, 8:11
Marine [1] - 16:10
MARINE [4] - 7:20, 8:5, 8:6, 8:6
MARTINEZ [2] - 6:17, 16:2
Martinez [1] - 16:2
MARTÍNEZ [1] - 3:3
MARY [1] - 8:18
Master [1] - 19:19

MASTER [1] - 9:15
master [2] - 20:2, 28:23
Matt [1] - 14:21
matter [2] - 41:1, 41:21
matters [2] - 31:19, 40:24
MATTHEW [1] - 9:23
MATTHEWS [1] - 3:2
MAY [2] - 1:7, 13:2
MAYEAUX [1] - 9:4
MAZE [1] - 4:24
McALOON [1] - 9:8
MCCUTCHEN [2] - 7:9, 7:12
MCGOVERN [1] - 9:15
McGovern [4] - 19:19, 20:1, 37:10, 38:13
McGovern's [1] - 20:9
MCKINNEY [1] - 6:14
MDL [6] - 9:11, 11:9, 17:6, 18:25, 20:14, 31:23
mean [2] - 29:8, 39:4
means [2] - 17:7, 17:18
MECHANICAL [1] - 10:6
mediate [2] - 29:19, 31:19
mediation [2] - 27:10, 27:12, 30:14
medical [1] - 28:13
meeting [4] - 17:12, 19:23, 36:22, 38:18
meetings [2] - 30:21, 37:8
meets [1] - 17:10
members [1] - 13:23
memorandum [2] - 32:14, 32:18
Memorial [1] - 23:24
mention [1] - 29:22
mentioned [3] - 18:24, 28:1, 38:12
Merit [1] - 41:18
message [1] - 26:15
met [1] - 37:9
METHOFF [1] - 9:11
METHVIN [1] - 3:22
MEUNIER [4] - 3:16, 3:16, 4:7, 4:7
MEXICO [1] - 1:5
MI [1] - 7:16
mic [2] - 26:24, 27:3
Michael [2] - 14:25, 15:21
MICHAEL [3] - 3:12,

4:15, 8:8
might [2] - 27:14, 29:10
MIKAL [1] - 2:20
Mike [3] - 14:9, 14:24, 25:5
MILES [1] - 3:23
MILLER [4] - 5:10, 16:17, 39:15, 39:20
Miller [3] - 16:17, 39:14, 39:15
million [1] - 21:22
mind [1] - 29:22
minute [2] - 17:23, 23:15
minutes [1] - 41:12
miscellaneous [1] - 32:2
missed [1] - 16:23
MITCHELL [1] - 2:3
Mithoff [1] - 21:9
mitigate [1] - 33:22
MOBILE [1] - 2:8
MOEX [7] - 7:4, 7:5, 11:19, 16:12, 34:14, 35:7, 35:10
Monday [2] - 18:18, 22:24, 24:18
monitoring [1] - 28:13
MONTGOMERY [2] - 3:24, 4:25
month [1] - 39:18
months [3] - 25:14, 25:17, 32:3
MORGAN [3] - 4:3, 7:16
morning [17] - 13:8, 13:9, 13:16, 14:2, 14:4, 14:18, 15:1, 15:5, 16:2, 16:8, 16:18, 16:19, 18:1, 23:17, 24:20, 27:8, 32:25
MOTION [4] - 11:14, 11:16, 11:18, 12:10
Motion [1] - 34:13
motion [14] - 19:1, 23:15, 27:13, 32:10, 34:3, 34:13, 35:15, 35:18, 36:4, 36:5, 36:6, 39:8, 39:14, 40:21
motions [7] - 13:12, 17:9, 20:18, 40:10, 41:9, 41:10
MOTIONS [1] - 12:6
MOU [2] - 33:2, 33:20
move [2] - 13:15, 31:20
MR [102] - 13:25, 14:1,

14:2, 14:5, 14:7, 14:9, 14:11, 14:12, 14:15, 14:16, 14:18, 14:20, 14:21, 14:22, 14:23, 14:24, 15:10, 15:12, 15:18, 15:19, 15:21, 15:23, 15:25, 16:4, 16:5, 16:8, 16:10, 16:12, 16:13, 16:14, 16:15, 16:16, 16:17, 16:18, 16:19, 16:22, 17:3, 18:1, 18:14, 18:17, 19:5, 19:9, 19:11, 20:11, 20:16, 21:5, 21:8, 21:16, 21:20, 22:12, 22:18, 22:24, 23:2, 23:9, 23:17, 24:10, 25:5, 25:13, 25:16, 25:19, 25:21, 26:6, 26:9, 26:12, 27:7, 27:19, 27:22, 28:3, 28:8, 28:22, 29:8, 29:20, 29:24, 30:1, 30:6, 30:8, 30:12, 30:16, 30:19, 32:4, 32:7, 32:13, 34:7, 34:11, 34:18, 34:22, 35:9, 35:11, 35:16, 36:13, 36:16, 36:25, 37:15, 38:4, 39:15, 39:20, 39:22, 40:2, 40:6, 40:17, 40:19, 40:22
MS [12] - 4:5, 14:13, 15:1, 15:5, 15:9, 15:24, 16:2, 16:21, 32:25, 33:7, 33:19, 34:1
multitrack [1] - 21:24
must [1] - 30:18

## N

N.W [1] - 6:3
NALCO [2] - 8:18, 16:18
natural [3] - 33:5, 33:8, 33:16
NC [1] - 9:17
necessary [2] - 31:19, 41:4
need [8] - 17:10, 22:8, 22:16, 23:13, 24:24, 27:2, 30:25, 31:25
needed [2] - 22:10, 22:13, 29:15
needs [1] - 35:24
NETWORK [1] - 4:11
NEUNER [1] - 9:3

new [1] - 39:19
NEW [16] - 1:7, 1:21,
  2:11, 2:24, 3:18,
  3:21, 4:9, 5:12, 5:22,
  6:11, 7:7, 7:22, 8:12,
  8:24, 9:9, 10:4
New [1] - 23:3
next [5] - 17:10, 17:12,
  17:24, 22:23, 38:1
night [1] - 34:17
NO [1] - 1:6
none [2] - 18:12, 25:8
nonetheless [1] -
  17:19
NORFOLK [1] - 1:25
NORTH [5] - 5:4, 5:15,
  5:16, 5:18, 5:19
north [1] - 18:13
note [3] - 20:23,
  26:20, 26:22
noted [1] - 20:17
nothing [2] - 26:3,
  26:9
notice [1] - 19:16
noticing [1] - 19:13
November [1] - 33:3
NRC [1] - 40:3
Number [5] - 32:10,
  32:12, 34:5, 34:12,
  40:8
NUMBER [3] - 11:15,
  11:17, 12:5
number [7] - 12:10,
  17:16, 17:19, 17:21,
  18:12, 19:2, 32:1
numbered [1] - 41:21
numbers [1] - 17:20
nutshell [1] - 26:3
NW [2] - 7:10, 8:9
NY [3] - 2:24, 7:22,
  8:12

O

O'Brien's [1] - 40:3
O'BRIEN'S [1] - 8:3
O'KEEFE [1] - 1:20
O'Rourke [1] - 15:10
O'ROURKE [2] - 4:20,
  15:10
OAK [1] - 2:14
objection [1] - 25:7
obviously [4] - 19:6,
  21:21, 29:2, 29:6
occurred [3] - 26:21,
  38:22, 38:23
OEM [1] - 24:3
OF [16] - 1:1, 1:5,
  1:11, 4:14, 4:19,

4:20, 5:3, 9:16, 9:16,
  11:8, 11:9, 11:10,
  11:13, 11:14, 11:16,
  11:17
offered [2] - 24:1, 24:3
office [3] - 17:22,
  18:11, 18:15
OFFICE [2] - 3:24,
  4:23
Office [1] - 18:4
OFFICIAL [1] - 10:3
Official [2] - 41:19,
  41:24
OFFSHORE [3] - 5:8,
  7:5, 8:4
OIL [2] - 1:4, 1:4
ON [2] - 1:5, 11:16
once [1] - 25:21
one [12] - 18:24,
  22:10, 22:12, 22:24,
  28:20, 29:21, 31:5,
  31:9, 37:16, 39:17,
  39:21
ONE [6] - 5:20, 6:6,
  6:13, 9:4, 9:8, 9:12
ones [1] - 20:4
ONGOING [1] - 11:10
ongoing [3] - 21:18,
  22:5, 23:14
OPA [1] - 33:15
open [1] - 29:8
operating [1] - 34:23
Opportunity [2] -
  27:6, 31:1
OPPORTUNITY.........
  ....................... [1] -
  11:13
oppose [1] - 35:18
opposed [3] - 37:18,
  39:21, 40:20
opposite [1] - 35:21
opposition [2] - 32:21,
  40:13
OR [3] - 12:6, 12:8,
  12:9
oral [5] - 13:11, 34:15,
  34:20, 36:23, 41:8
ORDER [3] - 11:23,
  12:1, 13:4
order [17] - 20:25,
  21:1, 25:8, 31:21,
  34:6, 36:11, 36:18,
  36:20, 37:17, 37:22,
  38:9, 39:11, 39:24,
  40:7, 40:8, 40:18,
  40:21
ORDER.......... [1] -
  12:10
ORDER......................
  .................. [1] - 12:4

orders [4] - 13:20,
  17:2, 17:5, 17:6
ORDERS.................
  ......... [1] - 11:6
ORDERS.................
  ......... [1] - 11:5
originally [1] - 36:4
Orleans [1] - 23:3
ORLEANS [13] - 1:7,
  1:21, 2:11, 3:18,
  3:21, 4:9, 5:12, 5:22,
  6:11, 7:7, 8:24, 9:9,
  10:4
ought [1] - 35:3
outline [1] - 37:22
outlining [1] - 37:17
outside [1] - 31:23
overlap [1] - 19:20
oversee [1] - 31:18
own [1] - 31:25

P

P.O [1] - 4:21
PAGE [1] - 11:3
pages [1] - 21:22
paid [2] - 29:6
PALMINTIER [3] -
  3:12, 3:12, 14:25
Palmintier [1] - 14:25
PAN [1] - 2:10
Pan [1] - 22:10
Panel [5] - 17:4,
  17:10, 18:23, 19:14
Panel's [2] - 17:12,
  19:1
PAPANTONIO [1] -
  2:3
PARKWAY [1] - 8:15
PARSIOLA [1] - 3:9
part [4] - 28:10, 28:17,
  33:16, 33:19
partial [1] - 27:13
participate [1] - 20:22
participating [2] -
  21:12, 30:24
particular [1] - 20:3
parties [12] - 20:25,
  21:3, 22:2, 23:23,
  31:18, 32:16, 33:21,
  34:23, 36:17, 37:21,
  38:13, 39:2
parties' [1] - 38:2
party [1] - 39:12
PARTY [2] - 11:24,
  12:3
past [1] - 37:7
PAUL [2] - 2:10, 5:10
Paul [1] - 14:15

payments [1] - 29:7
pending [4] - 17:8,
  18:19, 20:13, 31:9
PENSACOLA [1] - 2:5
PENTHOUSE [1] - 3:4
people [3] - 26:15,
  26:16, 26:22
PEPPER [1] - 10:3
Pepper [3] - 41:18,
  41:22, 41:23
perfect [2] - 30:10,
  32:7
perfectly [1] - 25:18
permission [1] - 23:10
personal [1] - 18:21
PETERSON [4] -
  32:25, 33:7, 33:19,
  34:1
Peterson [2] - 33:1,
  33:25
PETOSA [1] - 4:4
PETROLEUM [2] - 7:3,
  9:4
phase [4] - 38:21,
  39:3, 39:5
phased [1] - 38:19
phases [2] - 38:20,
  39:6
phasing [1] - 37:22
Phil [2] - 14:16, 16:4
PHILIP [1] - 3:9
PHILLIP [1] - 6:10
phone [2] - 26:16,
  26:22
PIGMAN [1] - 6:9
PINHOOK [1] - 9:5
place [1] - 31:21
PLACE [1] - 8:23
plaintiff [2] - 13:25,
  14:1
PLAINTIFFS [1] - 1:23
plaintiffs [8] - 18:2,
  20:21, 21:9, 27:7,
  27:11, 27:21, 30:4,
  30:19
Plaintiffs' [5] - 14:3,
  14:5, 14:13, 14:16,
  14:19
PLAINTIFFS' [1] -
  1:15
plan [3] - 34:15, 37:6,
  38:15
PLAN.........................
  .................... [1] -
  11:21
planning [1] - 38:14
plate [1] - 31:17
PLEADING [2] - 11:23,
  12:2
pleading [1] - 39:11

pleases [1] - 32:23
podium [2] - 26:15,
  27:5
point [3] - 17:15,
  35:25, 39:3
pointed [1] - 41:1
POLK [1] - 7:5
pond [1] - 23:5
portions [1] - 32:17
PORTIS [1] - 3:23
position [3] - 35:2,
  35:20, 36:1
positions [1] - 38:2
POST [1] - 3:24
POYDRAS [8] - 2:11,
  3:17, 4:8, 5:11, 5:21,
  7:7, 9:9, 10:4
PR [1] - 33:10
prefer [1] - 27:11
prejudicing [1] - 23:25
preliminary [1] - 31:19
prepared [2] - 34:20,
  35:25
PRESENT [1] - 9:19
present [2] - 30:8,
  31:24
presented [1] - 37:25
pressure [1] - 41:2
PRETRIAL [1] - 11:5
pretrial [1] - 13:20
pretty [2] - 26:14,
  28:20
primarily [1] - 13:11
primary [1] - 19:12
private [1] - 21:8
problems [2] - 20:7,
  20:8
procedure [1] - 40:14
proceeding [1] - 21:11
PROCEEDINGS [4] -
  1:11, 10:6, 11:18,
  13:1
Proceedings [1] -
  34:14
proceedings [2] -
  41:14, 41:20
process [6] - 19:15,
  24:1, 27:10, 27:12,
  28:16, 33:23
PROCTOR [1] - 2:3
produced [1] - 21:22
PRODUCED [1] - 10:7
PRODUCTION [2] -
  5:14, 5:17
production [2] -
  20:21, 21:21
PRODUCTS [1] - 5:19
PROFESSOR [1] -
  9:15

**Professor** [4] - 20:1, 20:9, 37:10, 38:13
**profits** [1] - 28:12
**proposed** [2] - 40:7, 40:8
**PROPOSED** [1] - 12:4
**protocol** [1] - 25:10
**prototype** [2] - 30:5, 30:6
**provision** [3] - 24:2, 34:24, 35:3
**provisions** [1] - 34:24
**PSC** [9] - 14:11, 14:12, 14:15, 14:21, 14:22, 14:23, 14:24, 14:25, 15:2
**public** [3] - 17:14, 33:9, 33:15
**put** [2] - 26:3, 31:20

## Q

**questionnaire** [1] - 29:14
**Quip** [1] - 16:13
**QUIP** [1] - 8:14

## R

**RAFFERTY** [1] - 2:3
**raise** [1] - 40:24
**raised** [1] - 24:17
**ran** [1] - 22:9
**rather** [2] - 29:3, 30:9
**RD** [1] - 9:5
**RE** [1] - 1:4
**reached** [1] - 39:16
**read** [2] - 24:8, 34:19
**real** [2] - 13:17, 26:23
**really** [4] - 24:23, 28:5, 31:4, 35:11
**Realtime** [2] - 41:18, 41:23
**REALTIME** [1] - 10:3
**receive** [1] - 25:7
**recent** [1] - 20:24
**recently** [3] - 18:20, 22:9, 24:7
**recess** [2] - 41:6, 41:12
**record** [3] - 17:20, 21:7, 41:20
**RECORD** [5] - 9:25, 11:15, 11:17, 11:19, 12:5
**Record** [5] - 32:12, 34:5, 34:15, 40:8, 40:16

**RECORDED** [1] - 10:6
**recovered** [1] - 15:3
**recreation** [1] - 33:12
**REDDEN** [1] - 6:12
**refer** [1] - 32:2
**regarding** [1] - 39:11
**REGARDING** [2] - 11:23, 12:1
**regardless** [1] - 36:8
**Registered** [1] - 41:18
**regrets** [1] - 15:13
**regular** [1] - 22:3
**relate** [1] - 41:9
**related** [8] - 19:25, 20:14, 21:10, 31:2, 31:12, 32:1, 36:3
**RELATED** [1] - 11:9
**RELATES** [1] - 1:9
**relating** [9] - 20:13, 23:13, 24:8, 31:1, 32:15, 35:4, 37:5, 38:10, 38:22
**remain** [1] - 20:17
**remember** [2] - 26:16, 31:11
**remind** [2] - 26:13, 26:23
**removed** [1] - 18:20
**reply** [3] - 35:19, 35:23, 36:1
**report** [4] - 17:1, 17:25, 18:18, 20:18
**REPORTER** [2] - 10:3, 10:3
**Reporter** [6] - 41:18, 41:18, 41:19, 41:23, 41:24
**REPORTER'S** [1] - 41:16
**reports** [2] - 22:3, 26:4
**represents** [1] - 27:20
**request** [1] - 38:13
**requested** [2] - 23:7, 37:10
**requesting** [2] - 24:12, 24:15
**required** [2] - 29:11, 35:21
**resolution** [1] - 17:11
**resolve** [1] - 29:4
**resource** [3] - 33:5, 33:8, 33:16
**respect** [1] - 39:17
**responder** [5] - 15:20, 15:21, 40:3, 40:6, 40:10
**RESPONDER** [1] - 12:7
**RESPONSE** [2] - 7:20, 8:3

**response** [2] - 39:17, 40:1
**Response** [1] - 16:10
**RESPONSES** [1] - 12:8
**responses** [2] - 39:18, 40:11
**rest** [3] - 13:22, 28:17, 36:12
**RESTORATION** [1] - 4:10
**result** [1] - 32:16
**resulted** [1] - 38:24
**reviewed** [1] - 35:19
**Rhon** [1] - 14:22
**RHON** [1] - 3:23
**RICHESON** [1] - 7:6
**RIG** [1] - 1:4
**rise** [2] - 13:7, 41:13
**RMR** [2] - 10:3, 41:23
**Rob** [1] - 23:17
**ROBERT** [2] - 2:7, 6:3
**Robert** [2] - 14:23, 16:16
**ROBIN** [1] - 2:23
**Robin** [1] - 15:2
**ROME** [1] - 7:20
**RONQUILLO** [2] - 6:16, 6:20
**ROOM** [2] - 4:17, 10:4
**rooms** [1] - 22:9
**ROSE** [1] - 8:18
**ROUGE** [1] - 3:14
**Roy** [1] - 13:25
**ROY** [3] - 1:15, 1:16, 13:25
**Rule** [1] - 13:12
**ruling** [1] - 19:1
**run** [1] - 15:5
**RYAN** [1] - 5:24

## S

**s/Cathy** [1] - 41:22
**SALLY** [1] - 9:19
**SALMONS** [1] - 7:10
**SAN** [4] - 2:18, 2:21, 4:17, 6:7
**SARAH** [1] - 4:16
**saw** [1] - 15:6
**schedule** [4] - 21:24, 22:12, 24:1, 41:3
**scheduled** [5] - 22:1, 22:20, 22:22, 22:24, 38:11
**scheduling** [2] - 20:25, 21:1
**SCHELL** [1] - 7:5
**SCHOOL** [1] - 9:16

**SCIENCE** [1] - 9:16
**Scofield** [1] - 16:21
**SCOFIELD** [2] - 7:17, 16:21
**Scott** [1] - 14:12
**SCOTT** [1] - 2:13
**SEACOR** [6] - 8:4, 8:4, 8:5, 8:5, 8:6, 8:6
**seafood** [3] - 32:15, 33:4, 33:10
**seated** [1] - 13:8
**second** [2] - 16:25, 39:4
**SECREST** [1] - 6:12
**SECTION** [1] - 4:19
**securities** [1] - 20:19
**security** [1] - 21:8
**see** [2] - 13:17, 27:23
**SEE** [1] - 9:25
**seek** [1] - 33:24
**seeking** [1] - 18:22
**select** [2] - 30:3, 30:12
**send** [1] - 39:24
**sends** [1] - 15:13
**sense** [3] - 29:2, 30:11, 32:7
**sent** [1] - 19:24
**separate** [3] - 17:18, 17:19, 31:4
**SERVICES** [1] - 6:16
**services** [2] - 33:9, 33:15
**session** [1] - 13:7
**set** [4] - 24:13, 36:25, 38:17, 40:14
**settlement** [1] - 35:10
**several** [3] - 18:20, 20:2, 31:6
**severed** [2] - 31:10, 31:11
**SHAW** [1] - 3:19
**SHEETS** [1] - 9:25
**SHELL** [2] - 5:20, 9:8
**shooting** [2] - 26:1, 26:4
**short** [7] - 17:17, 17:24, 18:4, 28:18, 29:13, 38:8, 38:10
**SHORT** [1] - 11:7
**shortly** [3] - 22:25, 25:2, 29:25
**SHUSHAN** [1] - 9:19
**Shushan** [13] - 22:4, 23:4, 23:22, 24:7, 24:10, 24:17, 31:17, 36:10, 36:19, 37:1, 37:9, 38:13, 40:14
**side** [1] - 30:12
**sides** [1] - 30:3

**SIEMENS** [1] - 8:7
**SIERRA** [1] - 4:10
**sign** [2] - 39:24, 40:21
**SIGN** [2] - 9:25, 12:10
**SIGN-IN** [1] - 9:25
**signed** [1] - 25:9
**significant** [1] - 31:24
**similar** [1] - 28:24
**simple** [1] - 28:7
**sinking** [1] - 38:24
**six** [2] - 21:25, 25:16
**slip** [1] - 32:21
**smoothly** [1] - 23:7
**so-called** [2] - 17:20, 40:18
**SOMEBODY** [1] - 12:9
**someone** [3] - 27:18, 27:20, 39:10
**somewhat** [1] - 27:10
**son** [1] - 15:15
**soon** [1] - 20:10
**sooner** [1] - 29:3
**sorry** [1] - 15:8
**sort** [2] - 31:2, 32:1
**sorts** [1] - 39:6
**SOUTH** [3] - 2:4, 7:13, 8:19
**Southern** [1] - 31:10
**SPECIAL** [1] - 9:15
**Special** [1] - 19:19
**special** [1] - 20:2
**spent** [1] - 38:14
**Spill** [1] - 16:10
**spill** [1] - 28:12
**SPILL** [2] - 1:4, 7:20
**spoken** [2] - 29:17, 31:14
**SPRINGS** [1] - 3:7
**SQUARE** [2] - 5:20, 9:8
**ST** [3] - 8:9, 8:23, 8:23
**stand** [1] - 41:12
**Standard** [1] - 31:6
**start** [1] - 33:17
**starting** [2] - 22:23, 38:15
**state** [8] - 18:16, 18:19, 18:25, 19:6, 19:22, 19:25, 20:13, 34:21
**STATE** [5] - 4:23, 5:3, 11:8, 11:14, 11:17
**State** [7] - 18:20, 32:11, 32:15, 32:17, 33:1, 34:4, 41:18
**statement** [1] - 35:15
**States** [6] - 14:8, 14:10, 15:10, 25:6, 41:19, 41:24

**STATES** [3] - 1:1, 1:12, 4:19
**States'** [1] - 37:20
**STATUS** [4] - 1:11, 11:8, 11:9, 11:10
**status** [14] - 13:11, 13:13, 13:15, 13:19, 17:4, 18:16, 19:10, 20:14, 20:24, 21:18, 23:16, 31:3, 37:14, 38:1
**statuses** [1] - 18:25
**STAY** [3] - 11:14, 11:16, 11:18
**stay** [7] - 32:11, 33:24, 34:4, 34:13, 36:4, 36:5, 36:6
**Stay** [1] - 34:14
**stayed** [6] - 19:4, 19:14, 19:17, 32:18, 35:5, 36:9
**steering** [1] - 13:23
**Steering** [5] - 14:3, 14:5, 14:14, 14:16, 14:19
**STEFANIE** [1] - 6:18
**STENOGRAPHY** [1] - 10:6
**STEPHEN** [2] - 1:20, 9:22
**Stephen** [1] - 16:12
**Sterbcow** [1] - 14:15
**STERBCOW** [3] - 2:9, 2:10, 14:15
**Steve** [5] - 14:1, 15:10, 18:1, 27:7, 30:19
**STEVEN** [1] - 4:20
**still** [8] - 17:22, 18:5, 18:25, 25:24, 27:15, 30:15, 36:9, 38:11
**stipulated** [1] - 39:11
**STIPULATED** [2] - 11:23, 12:1
**STONE** [1] - 6:9
**STRADLEY** [4] - 9:12, 21:5, 21:8, 21:16
**Stradley** [1] - 21:8
**STRANGE** [2] - 4:23, 14:7
**Strange** [1] - 14:7
**STREET** [24] - 1:17, 2:4, 2:7, 2:11, 2:17, 3:13, 3:17, 3:20, 4:4, 4:8, 5:4, 5:11, 5:21, 6:3, 6:6, 6:10, 6:14, 6:18, 7:7, 7:10, 7:18, 9:9, 9:13, 10:4
**stress** [1] - 41:2
**subject** [2] - 34:25, 35:3

**submissions** [1] - 36:20
**submitted** [3] - 34:6, 39:18, 40:7
**SUITE** [20] - 2:4, 2:11, 2:14, 2:21, 3:10, 3:17, 4:4, 4:8, 4:12, 5:21, 6:14, 6:18, 6:22, 7:7, 7:13, 7:18, 8:9, 8:19, 9:5, 9:9
**SUMICH** [1] - 3:9
**summary** [1] - 27:14
**SUMMY** [2] - 2:13, 14:12
**Summy** [1] - 14:12
**SUPPORT** [1] - 9:3
**suppose** [2] - 28:20, 34:6
**SW** [1] - 3:7

## T

**tabled** [1] - 19:15
**tag** [1] - 18:22
**Tanner** [1] - 16:19
**TANNER** [2] - 7:16, 16:19
**target** [1] - 25:24
**TARTER** [2] - 7:17, 16:22
**Tarter** [1] - 16:22
**TAYLOR** [1] - 3:9
**technically** [1] - 31:23
**Ted** [2] - 15:19, 40:2
**tee** [3] - 29:2, 29:11, 30:2
**teed** [1] - 30:13
**temporarily** [1] - 19:3
**term** [1] - 19:18
**terms** [5] - 24:25, 25:12, 29:19, 32:18, 37:18
**test** [1] - 30:4
**testing** [15] - 23:15, 23:16, 23:20, 23:23, 23:25, 24:11, 24:14, 24:25, 25:4, 25:9, 25:15, 25:25, 32:15, 33:4, 33:10
**TESTING**...................
....................... [1] - 11:12
**TESTING**...................
....................... [1] - 11:11
**Texas** [8] - 18:21, 18:25, 19:2, 19:3, 19:13, 19:14, 20:15, 31:10

**TEXAS**.................. [1] - 11:9
**THAT** [5] - 12:6, 12:9, 12:10
**THE** [100] - 1:4, 1:5, 1:12, 1:15, 1:23, 4:10, 4:14, 4:19, 5:3, 7:21, 9:25, 11:14, 11:16, 13:7, 13:8, 13:10, 14:4, 15:3, 15:6, 15:11, 15:15, 16:6, 16:23, 17:13, 18:12, 18:16, 19:3, 19:6, 19:10, 19:21, 20:12, 21:4, 21:7, 21:14, 21:17, 22:3, 22:15, 22:22, 23:1, 23:4, 23:12, 24:6, 24:22, 25:11, 25:14, 25:18, 25:20, 26:5, 26:7, 26:11, 26:13, 26:19, 26:20, 27:2, 27:4, 27:18, 27:20, 27:23, 28:7, 28:19, 29:1, 29:12, 29:21, 29:25, 30:5, 30:7, 30:10, 30:15, 30:17, 30:25, 32:5, 32:9, 32:24, 33:5, 33:17, 33:25, 34:2, 34:9, 34:12, 34:19, 35:6, 35:10, 35:13, 36:2, 36:14, 36:22, 37:2, 37:4, 38:3, 38:5, 39:19, 39:21, 39:23, 40:5, 40:16, 40:18, 40:20, 40:23, 41:13
**themselves** [2] - 37:22, 37:24
**THEODORE** [1] - 8:11
**thereafter** [1] - 20:2
**therefore** [2] - 35:2, 35:4
**they've** [1] - 36:18
**THIBODEAUX** [1] - 5:10
**thinking** [1] - 38:14
**THIRD** [2] - 11:24, 12:3
**third** [1] - 39:12
**THIRD-PARTY** [2] - 11:24, 12:3
**third-party** [1] - 39:12
**THIS** [1] - 1:9
**THOMAS** [2] - 2:3, 9:24
**THOSE** [1] - 12:7
**thousand** [1] - 18:6
**three** [5] - 22:15, 28:9, 32:3, 33:3, 33:21

**three-year** [2] - 33:3, 33:21
**threshold** [1] - 27:14
**THURSDAY** [2] - 1:7, 13:2
**tight** [1] - 41:3
**timeline** [1] - 25:11
**TO** [7] - 1:9, 11:14, 11:16, 11:18, 12:6, 12:8, 13:4
**today** [7] - 13:10, 25:8, 34:16, 36:22, 36:24, 39:10, 39:24
**today's** [1] - 36:21
**together** [4] - 17:2, 28:14, 31:9, 33:21
**Tom** [1] - 16:18
**Tony** [2] - 16:5, 16:8
**topic** [1] - 35:25
**TORTS** [1] - 4:15
**total** [1] - 17:16
**touch** [1] - 30:18
**tourism** [5] - 32:16, 33:8, 33:9, 33:13, 33:15
**toward** [1] - 33:8
**TOWER** [1] - 1:24
**town** [2] - 15:14, 15:16
**track** [5] - 22:8, 23:16, 24:24, 31:25, 41:5
**TRANSCRIPT** [2] - 1:11, 10:6
**transcript** [1] - 41:20
**transcripts** [1] - 24:8
**TRANSFER** [1] - 11:6
**transfer** [3] - 17:1, 17:5, 17:6
**transferred** [2] - 18:22, 31:11
**transferring** [1] - 17:5
**TRANSOCEAN** [3] - 5:7, 5:7, 5:9
**Transocean** [3] - 16:17, 39:13, 39:15
**TRANSOCEAN'S** [2] - 11:23, 12:1
**Transocean's** [1] - 39:11
**TRANSOCEAN**...........
....: [1] - 12:3
**TRANSOCEAN**...........
................. [1] - 11:25
**triable** [1] - 37:18
**TRIAL** [1] - 11:21
**trial** [7] - 37:6, 37:23, 38:11, 38:15, 38:19, 39:3, 39:4
**TRIAL**.......................
............. [1] - 11:22

**tried** [1] - 30:20
**true** [1] - 41:20
**try** [7] - 13:15, 19:7, 29:3, 31:18, 31:20, 32:6, 39:10
**trying** [6] - 25:25, 27:11, 27:16, 29:19, 30:9, 38:15
**TSEKERIDES** [7] - 8:11, 15:19, 40:2, 40:6, 40:17, 40:19, 40:22
**Tsekerides** [2] - 15:19, 40:2
**turn** [1] - 26:25
**two** [7] - 21:22, 22:15, 31:4, 32:3, 37:15, 38:25, 40:3
**TX** [8] - 2:15, 2:21, 6:14, 6:19, 6:22, 7:18, 8:16, 9:13

## U

**U.S** [3] - 4:14, 4:20, 8:21
**ultimate** [1] - 33:22
**under** [3] - 24:16, 33:15, 41:2
**Underhill** [2] - 14:9, 25:5
**UNDERHILL** [8] - 4:15, 14:9, 25:5, 25:13, 25:16, 25:19, 25:21, 26:6
**UNITED** [3] - 1:1, 1:12, 4:19
**United** [6] - 14:10, 15:10, 25:6, 37:20, 41:19, 41:24
**UNIVERSITY** [1] - 9:16
**unless** [1] - 25:7
**UP** [1] - 12:7
**up** [20] - 13:21, 22:13, 25:2, 26:3, 26:14, 26:25, 27:4, 29:2, 29:11, 29:12, 30:2, 30:13, 34:15, 36:19, 38:23, 39:3, 40:3, 40:6, 40:10, 40:14
**USA** [1] - 7:4

## V

**VA** [1] - 1:25
**vacant** [1] - 22:15
**variations** [1] - 28:24
**various** [1] - 41:8
**vast** [1] - 17:16

versions [1] - 36:17
VESSELS [1] - 11:13
Vessels [2] - 27:6,
  31:1
VOICES [1] - 13:9
volume [1] - 26:25
volunteers [1] - 28:11
VoO [6] - 27:6, 27:20,
  28:6, 28:10, 28:17,
  30:22

## W

WACKER [1] - 8:19
Wait [1] - 16:6
wait [3] - 16:6, 23:15
WALKER [2] - 1:23,
  8:21
WALTER [1] - 3:20
WALTHER [1] - 6:9
WALTZER [2] - 4:11,
  4:11
wants [2] - 27:10, 37:6
WARE [1] - 8:14
WARREN [1] - 7:9
WARSHAUER [2] -
  3:16, 4:7
WASHINGTON [4] -
  4:21, 6:4, 7:11, 8:9
watch [1] - 23:20
WATERSIDE [1] - 1:24
WATKINS [1] - 8:18
WATTS [2] - 2:19,
  2:20
Weatherford [1] -
  14:20
WEATHERFORD [1] -
  8:21
week [5] - 22:23, 23:6,
  24:12, 40:7
weekend [1] - 23:24
weeks [2] - 23:1, 23:6
Weigel [1] - 16:10
WEIGEL [2] - 7:21,
  16:10
WEIL [2] - 8:8, 8:11
WEINER [1] - 7:6
WEITZ [1] - 2:23
WESTBANK [1] - 4:12
whatsoever [1] -
  34:25
WHEREUPON [1] -
  41:14
WHICH [1] - 11:19
whole [1] - 41:4
Wildlife [1] - 33:11
Wilkinson [1] - 31:15
WILL [3] - 12:1, 12:9,
  12:10

WILLIAM [4] - 1:16,
  8:22, 9:12, 9:23
willing [2] - 29:23,
  31:15
willingness [1] - 23:10
witness [1] - 25:1
Wittmann [2] - 16:4,
  16:24
WITTMANN [4] - 6:9,
  6:10, 16:4, 16:15
WIYGUL [1] - 4:11
word [1] - 27:12
words [1] - 23:20
WORLDWIDE [1] - 8:5
WOULD [1] - 12:8
WRIGHT [1] - 1:15
writing [2] - 38:17,
  39:1
written [2] - 20:18,
  21:18
WRITTEN [1] - 11:10

## Y

year [3] - 33:3, 33:21
yesterday [1] - 22:19
York [1] - 15:25
YORK [5] - 2:24, 6:21,
  7:22, 8:12, 15:25
yourself [1] - 21:7
yourselves [1] - 13:24