UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION "J"** |
| | * | **JUDGE BARBIER** |
| *This Document Relates to All Cases* | * | |
| | * | **MAGISTRATE NO. 1** |
| | * | **MAGISTRATE SHUSHAN** |
| | * | |
| * * * * * * * * * * * * | | |

**SPECIAL APPEARANCE BY MITSUI OIL EXPLORATION COMPANY, LTD AND
AGREED STIPULATION FOR STAY OF JURISDICTIONAL DISCOVERY**

Mitsui Oil Exploration Company, LTD ("MOECO") hereby makes a special limited appearance before this Court with full reservation of rights and by so appearing does not waive formal service of process with respect to any Complaint in this MDL and does not waive personal jurisdiction or any other defense.

The Plaintiffs' Steering Committee ("PSC") and MOECO stipulate and agree that if, and when, MOECO is properly served with process in these matters, it would be in the interest of judicial economy and the best allocation of resources if discovery and briefing on the issue of personal jurisdiction with respect to MOECO be deferred until after the conclusion of the scheduled February 2012 Limitation/Liability Trial.

On April 20, 2011, Triton Asset Leasing GmBH, Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc. and Transocean Deepwater, Inc. (collectively "Transocean") filed cross-claim/counterclaims against MOECO [MDL Docket No. 2068]. Transocean on the one hand and MOECO on the other stipulate and agree that deferral of discovery and briefing of

the issues of personal jurisdiction with respect to MOECO would be in the interests of judicial economy and prudent allocation of resources.

On April 20, 2011, Halliburton Energy Services, Inc. ("HESI") filed cross-claim/counterclaims against MOECO [MDL Docket No. 2068; Lim. Docket No. 435]. HESI on the one hand and MOECO on the other stipulate and agree that deferral of discovery and briefing of the issues of personal jurisdiction with respect to MOECO would be in the interests of judicial economy and prudent allocation of resources.

On April 20, 2011, Cameron International Corp. ("Cameron") filed cross-claim/counterclaims against MOECO [Lim. Docket No. 412]. Cameron on the one hand and MOECO on the other stipulate and agree that deferral of discovery and briefing of the issues of personal jurisdiction with respect to MOECO would be in the interests of judicial economy and prudent allocation of resources.

WHEREFORE, in the interests of judicial economy and the expeditious resolution of the underlying issues in MDL-2179, the PSC, Transocean, MOECO, HESI, and Cameron hereby stipulate and agree that:

1. MOECO shall not by this filing be deemed to have waived or accepted service of process in any of the MDL cases in which it has been named.

2. All jurisdictional discovery and briefing regarding MOECO is stayed until the conclusion of the 2012 Limitation/Liability Trial, or further order of this Court.

3. Except to the extent this stipulation extends discovery deadlines with respect to the matters set forth herein, the stay of jurisdictional discovery is without prejudice to the PSC's rights to conduct discovery as set forth in prior stipulations or Orders.

4. This Stipulation shall have no effect on either requests for or objections to discovery from MOEX which may relate, in whole or in part, to the Court's jurisdiction over and/or liability of MOECO, if any.

The foregoing is stipulated and agreed to by:

/s/ Stephen L. Herman
Stephen L. Herman
La. Bar No. 2319
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: (504) 581-4892
Fax No: (504) 569-6024
E-Mail: Sherman@hhkc.com

*Co-Liaison Counsel for Plaintiffs*

/s/ Kerry J. Miller
Kerry J. Miller
La. Bar. No. 24562
FRILOT LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8000
Fax No. (504) 599-8100
E-Mail: kmiller@frilot.com

*Attorney for Transocean Ltd. and Transocean Inc.*

/s/ Jack McKay
Jack McKay
jack.mckay@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N. Street, N.W.
Washington, DC 20037-1122
Telephone (202) 663-8439
Facsimile (202) 663-8007

*Attorney for Mitsui Oil Exploration Company, LTD*

/s/ R. Alan York
R. Alan York
State Bar No. 22167500
AYork@GodwinRonquillo.com
GODWIN RONQUILLO PC
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

*Attorney for Halliburton Energy Services, Inc.*

/S/ DAVID J. BECK, T.A.
David J. Beck, T.A.
dbeck@brsfirm.com
BECK, REDDEN & SEACREST, LLP
One Houston Center
1221 Mckinney, Suite 4500
Houston, TX 77010-2010
713-951-3700

713-951-3720 (fax)

*Attorney for Cameron International Corporation*

        **IT IS SO ORDERED** this \_\_\_\_ day of _____, 2011, in New Orleans, Louisiana.

        _____
        CARL J. BARBIER
        UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on June 8, 2011.

_____/s/  Jack McKay_____ _____