UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br><br>10-3895, 10-3896, 10-3897, 10-4168, 10-4169 and 11-0058 and All Cases in Pleading Bundle B4 | CIVIL ACTION<br><br>MDL NUMBER: 2179<br><br>SECTION: "J" - (1)<br><br>JUDGE:<br>CARL J. BARBIER<br><br>MAGISTRATE:<br>SALLY SHUSHAN |

**JOINT MOTION OF EMERGENCY RESPONDER DEFENDANTS
TO DISMISS PURSUANT TO RULES 12(B)(6) AND 12(C)**

NOW COME Island Ventures II, LLC, Nautical Solutions, LLC, Seacor Holdings, Inc., Seacor Offshore, LLC, Seacor Marine, LLC, Seacor Worldwide, Inc., Siemans Financial, Inc., Monica Ann LLC, JNB Operating L.L.C. and Gulf Offshore Logistics, L.L.C. and move this Court to dismiss this matter pursuant to Rules 12(b)(6) and 12(c), for the reasons more fully set forth in the attached memorandum.

PD.5203548.1

RESPECTFULLY SUBMITTED,

**PHELPS DUNBAR LLP**

BY: */s/ Gary A. Hemphill*
GARY A. HEMPHILL, T.A. (#6768)
HUGH RAMSAY STRAUB (#12525)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

MICHAEL J. LYLE (DC Bar #475078, IL Bar #6199227)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, NW, Suite 900
Washington, DC 20005
Telephone:  (202) 682-7157
Facsimile:  (202) 857-0940

THEODORE E. TSEKERIDES (NY Bar #2609642)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY   10153
Telephone: (212) 310-8218
Facsimile: (212) 310-8007

*Attorneys for Seacor Holdings, Inc., Seacor Offshore LLC, Seacor Marine LLC, Seacor Worldwide, Inc., and Siemens Financial, Inc.*

**PHELPS DUNBAR LLP**

BY:   */s/ Robert P. McCleskey*
      Robert P. McCleskey, Jr. (Bar #9151)
      Raymond T. Waid (Bar #31351)
      Canal Place | 365 Canal Street, Suite 2000
      New Orleans, Louisiana 70130-6534
      Telephone: 504-566-1311
      Telecopier: 504-568-9130
      Email: mccleskb@phelps.com
           raymond.waid@phelps.com

ATTORNEYS FOR ISLAND VENTURES II,
LLC AND NAUTICAL SOLUTIONS, LLC


**PHELPS DUNBAR LLP**

BY:   [signature]
  William J. Riviere, T.A. (Bar No. 20593)
  Phelps Dunbar, LLP
  Canal Place | 365 Canal Street, Suite 2000
  New Orleans, Louisiana 70130-6534
  Telephone: 504-566-1311
  Telecopier: 504-568-9130
  Email: riviereb@phelps.com

ATTORNEYS FOR MONICA ANN, L.L.C., JNB
OPERATING, L.L.C. AND GULF OFFSHORE
LOGISTICS, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Motion of Emergency Responder Defendants to Dismiss Pursuant to Rules 12(b)(6) & 12(c) has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of June, 2011.

*/s/ Gary A. Hemphill*
GARY A. HEMPHILL
HUGH RAMSAY STRAUB