EXHIBIT A - LIST OF CLAIMANTS IN EMERGENCY RESPONDER DEFENDANTS' LIMITATION ACTIONS - BY CATEGORY

| Type of Claimant | Rec. Doc. # in Each Limitation Action | | | | | |
|---|---|---|---|---|---|---|
| | 10-3897 SEACOR WASHINGTON | 10-3896 SEACOR VANGUARD | 10-3895 SEACOR LEE | 11-58 MONICA ANN | 10-4168 JOE GRIFFIN | 10-4169 MR. SIDNEY |
| **ECONOMIC LOSS - RESTAURANT (20)** | | | | | | |
| 208 Bourbon, LLC, dba La-Bayou | 58 | 52 | 56 | 59 | 50 | 56 |
| 307 Chartres, LLC dba Fleur-de-Lis | 58 | 52 | 56 | 59 | 50 | 56 |
| 407 Bourbon, LLC dba Big Easy of Bourbon | 58 | 52 | 56 | 59 | 50 | 56 |
| 409 Decatur, LLC dba Big Easy of Conti | 58 | 52 | 56 | 59 | 50 | 56 |
| 426 Bourbon, LLC, dba Pier 424 | 58 | 52 | 56 | 59 | 50 | 56 |
| 441 Royal, LLC dba Royal House | 58 | 52 | 56 | 59 | 50 | 56 |
| 501-A Bourbon LLC, dba Big Easy of St. Louis | 58 | 52 | 56 | 59 | 50 | 56 |
| 501-B Bourbon, dba Cajun Cabin | 58 | 52 | 56 | 59 | 50 | 56 |
| 541 Decatur, LLC dba Riverfront Restaurant | 58 | 52 | 56 | 59 | 50 | 56 |
| 617 Decatur, LLC dba Big Easy of Wilinson | 58 | 52 | 56 | 59 | 50 | 56 |
| 5131 Lapalco, LLC dba Boudreaux's Roadhouse | 58 | 52 | 56 | 59 | 50 | 56 |
| E.S. & A., Inc. d/b/a Daiquiris Paradise | 58 | 52 | 56 | 59 | 50 | 56 |
| Canal Management Group, Inc. dba Big Easy of Canal | 58 | 52 | 56 | 59 | 50 | 56 |
| Pierre Maspero's LLC dba Original Pierre Maspero's | 58 | 52 | 56 | 59 | 50 | 56 |
| Chartres House, LLC dba Chartres House Café | 58 | 52 | 56 | 59 | 50 | 56 |
| Trattoria Paesano, Inc. dba Dauquiri Paradise Island | 58 | 52 | 56 | 59 | 50 | 56 |
| Sids Seafood | 38 | 36 | 36 | 39 | 36 | 36 |
| BM Perry, II, LTD. and Bradley Perry | 14 | 14 | 14 | 17 | 14 | 14 |
| Impastato's Restaurant and Joseph Impastato | 13 | 13 | 12 | 16 | 13 | 13 |
| Gilligan's Seafood | 55 | 56 | 54 | 53 | 52 | 53 |
| **CASINO EMPLOYEES, BARTENDERS, AND SERVERS OF THE HOSPITALITY INDUSTRY (15)** | | | | | | |
| Jaslove, Julie | 52 | 58 | 50 | 57 | 57 | 49 |
| Maginnis, Lauren | 53 | 57 | 49 | 58 | 55 | 50 |
| Alexander, Carl | 40 | 48 | 47 | 51 | 48 | 48 |
| Keppen, Stephen | 43 | 44 | 43 | 47 | 44 | 44 |
| Bonnet, Stephanie | 42 | 45 | 44 | 48 | 45 | 45 |
| Bensel, Billy | 41 | 46 | 45 | 49 | 46 | 46 |
| Nguyen, Phuoc | 44 | 43 | 42 | 46 | 43 | 43 |
| Pena, Natalie | 45 | 42 | 41 | 45 | 42 | 42 |
| Tran, Mike | 46 | 41 | 40 | 44 | 41 | 41 |

EXHIBIT A - LIST OF CLAIMANTS IN EMERGENCY RESPONDER DEFENDANTS' LIMITATION ACTIONS - BY CATEGORY

| Type of Claimant | Rec. Doc. # in Each Limitation Action | | | | | |
|---|---|---|---|---|---|---|
| | 10-3897 SEACOR WASHINGTON | 10-3896 SEACOR VANGUARD | 10-3895 SEACOR LEE | 11-58 MONICA ANN | 10-4168 JOE GRIFFIN | 10-4169 MR. SIDNEY |
| Ng, Kakit | 47 | 40 | 39 | 43 | 40 | 40 |
| Lebreton, Jean | 48 | 34 | 34 | 37 | 34 | 34 |
| Flick, Richard | 49 | 32 | 32 | 35 | 32 | 32 |
| Giardina, Charlotte | 50 | 29 | 29 | 32 | 29 | 29 |
| Serpas, Steven | 20 | 20 | 20 | 23 | 20 | 20 |
| Wilcox, Michael | 15 | 15 | 15 | 18 | 15 | 15 |
| **PROPERTY OWNER / RENTAL BUSINESS (7)** | | | | | | |
| Crawford Realty Group and Stephen Crawford | 34 | 39 | 38 | 42 | 39 | 39 |
| Davis, Harry | 35 | 33 | 33 | 36 | 33 | 33 |
| Earl Gros and E.J.'s Get-A-Way | 29 | 28 | 28 | 31 | 28 | 28 |
| Rodrigue Investments and Cary Rodrigue | 23 | 22 | 22 | 25 | 22 | 22 |
| MI Casita, LLC and Henry Morel | 24 | 23 | 23 | 26 | 23 | 23 |
| Reel World, LLC and Craig Rodrigue | 22 | 21 | 21 | 24 | 21 | 21 |
| Stafford, Lynwood | 18 | 18 | 18 | 21 | 18 | 18 |
| **ECONOMIC LOSS - MARINA, BAIT AND FISHING TACKLE, RETAIL, AND WATER SPORTS (6)** | | | | | | |
| Sprouts Landscaping, Inc. and Wanda Tiblier | 16 | 16 | 16 | 19 | 16 | 16 |
| Destin Watersports | 54 | 55 | 51 | 54 | 54 | 52 |
| Harbor Watersports | 56 | 54 | 52 | 52 | 51 | 54 |
| Bait Inc | 36 | 38 | 48 | 41 | 38 | 38 |
| Bayou Bienvenue Marina d/b/a Dixon Bros | 37 | 37 | 37 | 40 | 37 | 37 |
| Health Food Hut | 51 | - | 53 | 55 | 56 | 51 |
| **ECONOMIC LOSS - CONTRACTOR, DIVER, AIR CONDITIONER AND HEATING MECHANIC, AND CARPENTER (5)** | | | | | | |
| Alvarado, Sergio | 31 | 47 | 46 | 50 | 47 | 47 |
| Nuworx Contractors and John Herrin | 28 | 27 | 27 | 30 | 27 | 27 |
| Serrano, Victor | 19 | 19 | 19 | 22 | 19 | 19 |
| Milonas, Arthur | 11 | 10 | 10 | 14 | 11 | 11 |
| Heymann, Matthew | 27 | 26 | 26 | 29 | 26 | 26 |

EXHIBIT A - LIST OF CLAIMANTS IN EMERGENCY RESPONDER DEFENDANTS' LIMITATION ACTIONS - BY CATEGORY

| Type of Claimant | Rec. Doc. # in Each Limitation Action | | | | | |
|---|---|---|---|---|---|---|
| | 10-3897 SEACOR WASHINGTON | 10-3896 SEACOR VANGUARD | 10-3895 SEACOR LEE | 11-58 MONICA ANN | 10-4168 JOE GRIFFIN | 10-4169 MR. SIDNEY |
| **REAL ESTATE OWNERS NOT SPECIFICALLY RENTALS (4)** | | | | | | |
| Frilot, Larry | - | 31 | 31 | 34 | 31 | 31 |
| Gaubert, Greg | 32 | 30 | 30 | 33 | 30 | 30 |
| Leferve, Eugene | 26 | 25 | 25 | 28 | 25 | 25 |
| Tiblier, Sidney | 17 | 17 | 17 | 20 | 17 | 17 |
| **NON-EMPLOYEE PERSONAL INJURY (2)** | | | | | | |
| Abdel, Aiman | 39 | 35 | 35 | 38 | 35 | 35 |
| Lopez, Rafael | 25 | 24 | 24 | 27 | 24 | 24 |
| **ECONOMIC LOSS - RETAIL BUSINESS (2)** | | | | | | |
| HWY 190 Skaters, LLC and Bradley Perry | 12 | 12 | 13 | 15 | 12 | 12 |
| Paradise Distribution, LTD and Bradley Perry | 9 | 9 | 9 | 11 | 8 | 8 |
| **ECONOMIC LOSS - FISHERMAN / OYSTER LEASEHOLDER (1)** | | | | | | |
| Robin, Terry | 59 | 60 | 57 | 60 | 58 | 57 |
| **ECONOMIC LOSS - NON-PROFIT FUNDRAISING CORPORATION (1)** | | | | | | |
| Rummel Alumni Association | 7 | 8 | 7 | 10 | 7 | 7 |
| **ECONOMIC LOSS - RENTAL / VACATION PROPERTY OWNER (1)** | | | | | | |
| Perry, Bradley | 8 | 7 | 8 | 12 | 9 | 9 |
| **ECONOMIC LOSS - DEEPWATER EMPLOYEE (1)** | | | | | | |
| Jukes, Harry, Jr. | 10 | 11 | 11 | 13 | 10 | 10 |
| | | | | | | |
| | | | | | | |