UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br><br>10-3895, 10-3896, 10-3897, 10-4168, 10-4169 and 11-0058 and All Cases in Pleading Bundle B4 | CIVIL ACTION<br><br>MDL NUMBER: 2179<br><br>SECTION: "J" - (1)<br><br>JUDGE:<br>CARL J. BARBIER<br><br>MAGISTRATE:<br>SALLY SHUSHAN |

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the above and foregoing Joint Motion of Emergency Responders (Pleading Bundle B4) to Dismiss Pursuant to Rules 12(b)(6) and 12(c) will be brought on for hearing before the Court at 9:30 o'clock A.M. on Wednesday, August 24, 2011, before Judge Carl J. Barbier.

PD.5183309.1

RESPECTFULLY SUBMITTED,

**PHELPS DUNBAR LLP**

BY:    */s/ Gary A. Hemphill*
       GARY A. HEMPHILL, T.A. (#6768)
       HUGH RAMSAY STRAUB (#12525)
       Canal Place
       365 Canal Street • Suite 2000
       New Orleans, Louisiana 70130-6534
       Telephone: (504) 566-1311
       Telecopier: (504) 568-9130
       Attorneys for Petitioners-in-Limitation,
       Seacor Holdings, Inc., Seacor Offshore
       LLC, Seacor Marine LLC, Siemans
       Financial, Inc., and Seacor Worldwide, Inc.


MICHAEL J. LYLE (DC Bar #475078, IL Bar #6199227)
**WEIL, GOTSHAL & MANGES LLP**
1300 Eye Street, NW, Suite 900
Washington, DC 20005
Telephone:  (202) 682-7157
Facsimile:  (202) 857-0940


THEODORE E. TSEKERIDES (NY Bar #2609642)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY   10153
Telephone: (212) 310-8218
Facsimile: (212) 310-8007

**PHELPS DUNBAR LLP**

BY:  */s/ Robert P. McCleskey*
Robert P. McCleskey, Jr. (Bar #9151)
Raymond T. Waid (Bar #31351)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: mccleskb@phelps.com
raymond.waid@phelps.com

ATTORNEYS FOR ISLAND VENTURES II, LLC AND NAUTICAL SOLUTIONS, LLC

**PHELPS DUNBAR LLP**

BY:  _[signature]_
William J. Riviere, T.A. (Bar No. 20593)
Phelps Dunbar, LLP
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: riviereb@phelps.com

ATTORNEYS FOR MONICA ANN, L.L.C., JNB OPERATING, L.L.C. AND GULF OFFSHORE LOGISTICS, L.L.C.

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Submission has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of June, 2011.

*/s/ Gary A. Hemphill*
GARY A. HEMPHILL
HUGH RAMSAY STRAUB