# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| This document relates to: All Cases in Pleading Bundle B(3); Nos. 10-CV-1920, 10-CV-2078, 10-CV-3263, 10-CV-4205, 10-CV4201, 10-CV-4194, 10-CV-4193, 10-CV-4200, 10-CV-4213, 11-CV-0365, 11-CV-0772, 11-CV-0863, 11-CV-0867, 11-CV-0881, 11-CV-0946, 11-CV-0951, 11-CV-1051. | SECTION "J" <br><br> JUDGE CARL J. BARBIER <br><br> MAG. JUDGE SALLY SHUSHAN |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** of the appearance of Garrett S. Long and Johanna M. Spellman of Latham & Watkins LLP as additional counsel for Defendant Nalco Company.

Dated: June 9, 2011

Respectfully submitted,

By: /s/ Mary Rose Alexander
Mary Rose Alexander
mary.rose.alexander@lw.com
Thomas J. Heiden
thomas.heiden@lw.com
Garrett S. Long
garrett.long@lw.com
Johanna M. Spellman
johanna.spellman@lw.com
LATHAM & WATKINS LLP
233 South Wacker Drive
Suite 5800
Chicago, Illinois 60606
Phone: (312) 876-7700

2

Facsimile: (312) 993-9767

*Attorneys for Nalco Company*

2

Facsimile: (312) 993-9767

*Attorneys for Nalco Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing NOTICE OF APPEARANCE has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of June, 2011.

Dated:  June 9, 2011　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Mary Rose Alexander
　　　　　　　　　　　　　　　　　　　　　　Mary Rose Alexander
　　　　　　　　　　　　　　　　　　　　　　mary.rose.alexander@lw.com
　　　　　　　　　　　　　　　　　　　　　　Thomas J. Heiden
　　　　　　　　　　　　　　　　　　　　　　thomas.heiden@lw.com
　　　　　　　　　　　　　　　　　　　　　　Garrett S. Long
　　　　　　　　　　　　　　　　　　　　　　garrett.long@lw.com
　　　　　　　　　　　　　　　　　　　　　　Johanna M. Spellman
　　　　　　　　　　　　　　　　　　　　　　johanna.spellman@lw.com
　　　　　　　　　　　　　　　　　　　　　　LATHAM & WATKINS LLP
　　　　　　　　　　　　　　　　　　　　　　233 South Wacker Drive
　　　　　　　　　　　　　　　　　　　　　　Suite 5800
　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　　　　Phone: (312) 876-7700
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (312) 993-9767

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Nalco Company*