UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br>SECTION J |
| Applies to: *All cases in Pleading Bundles B1 and B3*; 10-2771; 10-3815; 10-1540; 10-1502, | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding DNV Objections to Rule 30(b)(6) subpoena]**

On June 8, 2011, counsel for Cameron wrote to the Court and requested resolution of the objections of DNV to the Rule 30(b)(6) subpoena which was served on it. A dial-in telephone conference will be held on **Monday, June 13, 2011.** The parties shall be notified of the time by email from the Court.

IT IS ORDERED that by close of business on **Friday, June 10, 2011**, all parties, who wish to be heard, shall submit in letter form their position on DNV's response to the subpoena duces tecum.

New Orleans, Louisiana, this 9th day of June, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**SALLY SHUSHAN**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**