UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section: J |
| This Document Relates to:<br><br>2:10-cv-08888-CJB-SS, Document 40878 | Judge Barbier<br>Mag. Judge Shushan |

## MOTION TO DISMISS WITHOUT PREJUDICE

1. Plaintiff Christopher Ignas hereby moves to dismiss his claim against all Defendants in the above-referenced litigation, without prejudice.

2. Plaintiff Christopher Ignas filed a short form – Document 40878- in the above-referenced litigation on April 1, 2011.

3. Plaintiff Christopher Ignas no longer wishes to pursue his claim against the Defendants in the above-referenced litigation.

4. Pursuant to Pre-Trial Order No. 34, Plaintiff Christopher Ignas is seeking leave of the Court to dismiss his claims without prejudice.

5. Accordingly, Plaintiff hereby requests that this honorable Court grant this motion to dismiss as to Plaintiff Christopher Ignas only, without prejudice.

RESPECTFULLY SUBMITTED on this the 9th day of June, 2011.

PLAINTIFF CHRISTOPHER IGNAS

BY:  /s/Alex Peet
Alex Peet (FSB #47606)
LOVELACE LAW FIRM, P.A.
12870 U.S. Highway 98 West, Suite 200

Miramar Beach, FL 32550  
Telephone: (850) 837-6020  
Facsimile: (850) 837-4093  
dml@lovelacelaw.com

## CERTIFICATE OF SERVICE

The undersigned counsel does hereby certify that he has this day served the above and foregoing document upon all counsel via the Court's ECF system and Lexis Nexis File and Serve.

ON THIS the 9th day of June, 2011.

/s/Alex Peet  
Alex Peet (FSB #47606)