UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig　　　　　　　　MDL No. 2179
　　　"Deepwater Horizon" in the
　　　Gulf of Mexico, on
　　　April 20, 2010　　　　　　　　　　　　Section: J

This Document Relates to:　　　　　　　　　Judge Barbier
　　　　　　　　　　　　　　　　　　　　　Mag. Judge Shushan
2:10-cv-08888-CJB-SS, Document 40878

## ORDER ON MOTION TO DISMISS

Pursuant to a Motion to Dismiss Without Prejudice filed on or about June 9, 2011, it is hereby ordered that a lawsuit filed by Christopher Ignas – Document No. 40878 - on or about April 1, 2011, is dismissed without prejudice from Case No. 2:10-cv-08888.

Date: _____　　　　　_____
　　　　　　　　　　　　　　　　United States Magistrate Judge Sally Shushan