UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   OIL SPILL by the OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | SECTION J |
| APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES: | * | MAG. JUDGE SHUSHAN |
| | * | |
| IN RE: TRITON ASSET LEASING GmbH | * | |
| Case No. 2:10-cv-02771-CJB-SS | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE A LIMITATION
SHORT FORM JOINDER BEYOND THE APRIL 20, 2011 DEADLINE**

NOW INTO COURT, through undersigned counsel, comes Kimberli K. Ridgeway ("Movant") who moves this Court for leave to file late a Short Form Joinder in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., As Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, and as grounds therefore shows the Court as follows:

1. This Court established a deadline for the filing of claims in the Transocean limitation proceeding for April 20, 2011.

2. Movant contacted counsel after the Court-established deadline seeking assistance in filing claims for injuries and damages she incurred as a result of the Deepwater Horizon explosion and resulting oil spill.

3. Because Movant was unaware of the Court-established deadline, she did not timely file in the Transocean limitaiton proceeding.

4. No prejudice will result from the acceptance of the proposed Short Form Joinder, which is attached hereto as Exhibit 1. No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

For these reasons, Movant requests that the Court grant Movant's leave to file the Short Form Joinder attached hereto as Exhibit 1 and that the Court deem said Short Form Joinder as timely filed.

Respectfully submitted:

*/s/ Franklin G. Shaw*
Franklin G. Shaw, Bar No. 1594
LEGER & SHAW
512 E. Boston Street
Covington, LA 70433
Telephone: (985) 809-6625
Facsimile: (985) 809-6626
Email: fshaw@legershaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 09, 2011, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

*/s/ Franklin G. Shaw*
FRANKLIN G. SHAW