UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG | * | MDL No. 2179 |
| | "DEEPWATER HORIZON" in the | * | |
| | GULF OF MEXICO, on | * | SECTION J |
| | APRIL 20, 2010 | * | |
| | | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES: | | * | MAG. JUDGE SHUSHAN |
| | | * | |
| IN RE: TRITON ASSET LEASING GmbH | | * | |
| Case No. 2:10-cv-02771-CJB-SS | | * | |
| | | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

TO: Counsel

PLEASE TAKE NOTICE that the Motion for Leave to File a Limitation Short Form Joinder Beyond the April 20, 2011 Deadline has been filed. In accordance with Pre-trial Order 15, the date for hearing has been tentatively set for Wednesday July 6, 2011 at 9:30 a.m..

                        */s/ Franklin G. Shaw*
                        Franklin G. Shaw, Bar No. 1594
                        LEGER & SHAW
                        512 E. Boston Street
                        Covington, LA 70433
                        Telephone: (985) 809-6625
                        Facsimile: (985) 809-6626
                        Email: fshaw@legershaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 09, 2011, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

*/s/ Franklin G. Shaw*
FRANKLIN G. SHAW
