UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ) | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the Gulf | ) | |
| OF MEXICO, ON APRIL 20, 2010 | ) | SECTION: "J" |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| Case No. 2:10-cv-04226 | ) | JUDGE CARL J. BARBIER |
| Oleander Benton, et al v. | ) | |
| Transocean Ltd., et al | ) | MAG. JUDGE SALLY SHUSHAN |

<u>FINAL MOTION OF DISMISSAL WITH PREJUDICE</u>

NOW INTO COURT, through undersigned counsel, comes plaintiff **GREGORY LUKE MECHE**, and on suggesting to the Court that all matters and claims filed by any party against any party including but not limited to **TRANSOCEAN LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, L.L.C., CAMERON INTERNATIONAL CORPORATION A/K/A CAMERON SYSTEMS CORPORATION, HALLIBURTON ENERGY SERVICES, INC., BP EXPLORATION & PRODUCTION, INC., BP PLC. and M-I L.L.C.,** in this controversy have all been amicably settled and fully compromised, and move that same be dismissed, with full prejudice, each party bears their own costs.

Respectfully submitted,

ANTHONY G. BUZBEE
NICHOLAS SIMON
THE BUZBEE LAW FIRM
JPMorgan Chase Tower
600 Travis, Suite 7300
Houston, TX 77002
Telephone:  713-223-5393
nsimon@txattorneys.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __9__ day of __June__, 2011, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Don K Haycraft, James P. Roy and Stephen J. Herman by operation of the court's electronic fling system and to all counsel of record through the Lexis Nexis File & Serve..

_____
ANTHONY G. BUZBEE