UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf OF MEXICO, ON APRIL 20, 2010 | ) MDL NO. 2179 ) ) SECTION: "J" ) |
| THIS DOCUMENT RELATES TO: Case No. 2:11-CV-00364 Morgan, et al vs. Transocean Ltd., et al | ) ) ) JUDGE CARL J. BARBIER ) ) MAG. JUDGE SALLY SHUSHAN |

### FINAL MOTION OF DISMISSAL WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes plaintiff **LEO LINDNER**, and on suggesting to the Court that all matters and claims filed by any party against any party including but not limited to **TRANSOCEAN LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, L.L.C., CAMERON INTERNATIONAL CORPORATION A/K/A CAMERON SYSTEMS CORPORATION, HALLIBURTON ENERGY SERVICES, INC., BP EXPLORATION & PRODUCTION, INC., BP PLC.** and **M-I L.L.C.**, in this controversy have all been amicably settled and fully compromised, and move that same be dismissed, with full prejudice, each party bears their own costs.

Respectfully submitted,

_____
ANTHONY G. BUZBEE
NICHOLAS SIMON
THE BUZBEE LAW FIRM
JPMorgan Chase Tower
600 Travis, Suite 7300
Houston, TX 77002
Telephone: 713-223-5393
nsimon@txattorneys.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this ___9___ day of ___June___, **2011**, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Don K Haycraft, James P. Roy and Stephen J. Herman by operation of the court's electronic fling system and to all counsel of record through the Lexis Nexis File & Serve..

_____
ANTHONY G. BUZBEE