UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: "J" |
| THIS DOCUMENT RELATES TO:<br>Case No. 2:11-CV-00364<br>Morgan, et al vs.<br>Transocean Ltd., et al | ) ) ) ) | JUDGE CARL J. BARBIER<br><br>MAG. JUDGE SALLY SHUSHAN |

### ORDER

Considering the above and foregoing Final Motion of Dismissal;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all matters in this controversy filed by **LEO LINDNER** against any party including but not limited to **TRANSOCEAN LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, L.L.C., CAMERON INTERNATIONAL CORPORATION A/K/A CAMERON SYSTEMS CORPORATION, HALLIBURTON ENERGY SERVICES, INC., BP EXPLORATION & PRODUCTION, INC., BP PLC. and M-I L.L.C.,.** be and the same are hereby dismissed and discontinued, with full prejudice, each party to bear their own costs.

**SIGNED IN NEW ORLEANS, LOUISIANA,** this _____ day of _____, 2011.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT COURT JUDGE

- 1 -