

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010  *<br>*<br>*<br>*<br>This Document Relates to:  *<br>*<br>11-274 and 11-275  *<br>*<br>* * * * * * * * * * * * * * * * * * | MDL NO. 2179<br><br>SECTION J<br>MAG. (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**MOEX OFFSHORE 2007 LLC'S MOTION TO JOIN IN AND ADOPT THE BP PARTIES' MOTION TO DISMISS THE TRANSOCEAN PARTIES' COMPLAINT IN INTERVENTION**

MOEX Offshore 2007 LLC ("MOEX") files its Motion to Join in and Adopt the BP Parties' Motion to Dismiss the Transocean Parties' Complaint in Intervention (Doc. 2249), as well as the accompanying memorandum in support of that motion (Doc. 2249-1).

MOEX adopts and incorporates by reference the arguments and authorities set forth in the BP Parties' memorandum, and for those same reasons, MOEX seeks the relief requested in the BP Parties' Motion to Dismiss the Transocean Parties' Complaint in Intervention, including dismissal of the Transocean Parties' insurance claims (Transocean Parties' Complaint in Intervention at ¶¶ 23(B)-(D)) pursuant to FED. R. CIV. P. 12(b)(1), 12(b)(6) and/or 12(b)(7) as well as severance of the Transocean Parties' sole non-insurance (Transocean Parties' Complaint in Intervention at ¶23(A)) claim from Case Nos. 11-274 and 11-275.

Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP


/s/     *Vincent E. Morgan*
     Vincent E. Morgan
     Texas Bar No. 24027529
     Southern District of Texas ID 30181
     Amy P. Mohan
     Texas Bar No. 24051070
     Dawn M. Jenkins
     Texas Bar No. 24074484
     909 Fannin, Suite 2000
     Houston, Texas  77010
     Telephone:     713.276.7600
     Facsimile:     713.276.7676
     vince.morgan@pillsburylaw.com
     amy.mohan@pillsburylaw.com
     dawn.jenkins@pillsburylaw.com

     Peter M. Gillon
     District of Columbia Bar No. 384995
     Geoffrey J. Greeves, T.A.
     District of Columbia Bar No. 463035
     James P. Bobotek
     District of Columbia Bar No. 458375
     2300 N Street, NW
     Washington, DC 20037-1122
     Telephone:     202.663.8000
     Facsimile:     202.663.8007
     peter.gillon@pillsburylaw.com
     geoffrey.greeves@pillsburylaw.com
     james.bobotek@pillsburylaw.com


**Counsel for MOEX Offshore 2007 LLC**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that pursuant to Pretrial Order No. 12, I have caused the foregoing **MOTION TO JOIN IN AND ADOPT THE BP PARTIES' MOTION TO DISMISS THE TRANSOCEAN PARTIES' COMPLAINT IN INTERVENTION** to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on June 9, 2011.

/s/     *Dawn M. Jenkins*
           Dawn M. Jenkins