UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates to: *10- 1757, 10-1758, 10-1759, 10-1760, 10-2087, 10-2731, 10-2996, 10-2997, 10-4185, 10-4239, 10-4240, 10-4241* | JUDGE BARBIER |
| | MAG. JUDGE SHUSHAN |

**STIPULATED ORDER GOVERNING BP'S REPLY BRIEF DEADLINE REGARDING MOTION TO DISMISS CERTAIN BUNDLE C CLAIMS**

By stipulation of the Plaintiffs' Steering Committee and Defendants BP Exploration & Production Inc. BP Corporation North America Inc., and BP America Inc., and BP p.l.c. (the BP Defendants):

IT IS ORDERED that the BP Defendants shall have until June 14, 2011, to file a reply brief regarding their Motion to Dismiss the Claims of Certain Governmental Entities in Pleading Bundle C (Record Doc. No. 1786).

New Orleans, Louisiana, this __10th__ day of June, 2011.

_____
United States District Judge