UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:   Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010<br><br>This Document Relates to:<br>*10-1757, 10-1758, 10-1759, 10-1760, 10-2087, 10-2731, 10-2996, 10-2997, 10-4185, 10-4239, 10-4240, 10-4241* | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

**STIPULATED ORDER GOVERNING DEFENDANTS' DEADLINE FOR REPLY BRIEFS IN SUPPORT OF MOTIONS TO DISMISS CERTAIN BUNDLE C CLAIMS**

By stipulation of the Plaintiffs' Steering Committee and Defendants' Liaison Counsel:

IT IS ORDERED that Defendants shall have until June 14, 2011, to file any Reply Briefs in support of their pending Motions to Dismiss the claims of certain governmental entities in cases 10-1757, 10-1758, 10-1759, 10-1760, 10-2087, 10-2731, 10-2996, 10-2997, 10-4185, 10-4239, 10-4240 and 10-4241.

New Orleans, Louisiana, this  10th  day of June, 2011.

_____
United States District Judge