UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | CIVIL ACTION |
| | MDL 2179 |
| Member Cases: 10-1864, 11-823, and 11-996 | SECTION: J(2) |

## ORDER

Previously, the Court ordered that these cases be reassigned and referred to United States Magistrate Judge Joseph C. Wilkinson, Jr. (Division 2) for the purpose of pretrial case management.

The Court is aware that the parties are scheduled to have a status conference before Magistrate Judge Wilkinson today. In light of the undersigned's MDL docket and 2012 trial plan, the parties and their counsel are encouraged to consent to trial before Magistrate Judge Wilkinson.

New Orleans, Louisiana this 13th day of June, 2011.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE