MINUTE ENTRY
WILKINSON, M.J.
JUNE 13, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION |
| VERSUS | MDL 2179 |
| Member Case: Roxanne Sevin v. BP America, Inc.; 10-1864 | SECTION "J" (2) |

A preliminary conference was conducted in this case on this date. Participating via telephone were: Jerri Gaines Smitko (via telephone), representing plaintiffs; Wade Webster, Christina Henk, Shannon Holtzman and Andy Langan, representing defendants.

During the conference, counsel orally consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). A written form of consent is currently being circulated among the parties. A scheduling order setting pretrial, trial and other deadlines will be entered upon receipt of a fully executed consent form.

Defendants must file their answer or responsive motion no later than **June 20, 2011**.

All parties agreed that initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) will be waived in this case.

**CLERK TO NOTIFY:**  JOSEPH C. WILKINSON, JR.
**HON. CARL J. BARBIER**  UNITED STATES MAGISTRATE JUDGE

MJSTAR:  0 : 15