UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) ) | MDL. NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**ORDER**

Considering the Motion of the Claimants / Plaintiffs to Dismiss with Prejudice Pursuant to *Rule 41(a)(2)*:

**IT IS HEREBY ORDERED** that all claims of the following Claimants / Plaintiffs are dismissed with Prejudice.

| | **Document No**. | **Cause No.** | **Plaintiff/Claimant** |
|---|---|---|---|
| 1. | 49835 | CA-10-8888 | Forrest Daniell & Associates, P.C. |
| 2. | 48557 | CA-10-8888 | Joseph & Sharon Remski |
| 3. | 48606 | CA-10-8888 | James & Angela Perry |
| 4. | 51604 | CA-10-8888 | Ronald Nelson Cantrell |
| 5. | 52661 | CA-10-8888 | RWT Strategies, LLC |
| 6. | 48238 | CA-10-8888 | James & Joan Loock |
| 7. | 48300 | CA-10-8888 | John Dennis Cobb |
| 8. | 48522 | CA-10-8888 | Calvin Spurlin & Vasile Dragu |
| 9. | 52700 | CA-10-8888 | Walter & Theo Barron |
| 10. | 52665 | CA-10-8888 | Sanibel 1503, LLC |

1

| 11. | 48645 | CA-10-8888 | Adrian & Daniela Purza |
| 12. | 48295 | CA-10-8888 | Robert Ross Craig |

New Orleans, Louisiana, this the ___ day of _____, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE