MINUTE ENTRY
WILKINSON, M.J.
JUNE 13, 2011

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION |
| VERSUS | MDL 2179 |
| Member Case:   Southeast Recovery Group, LLC v. BP America, Inc.; 11-823 | SECTION "J" (2) |

A preliminary conference was conducted in this case on this date. Participating in person were: Angel Byrum, representing plaintiff; Christina Henk, Shannon Holtzman, Katherine Roth and Andy Langan, representing defendants. Also participating via telephone was Jed Mestayer, who stated that he represents Rotorcraft Leasing Co., L.L.C., which is considering filing a motion to intervene as plaintiff in this matter. During the conference, all current parties consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). A scheduling order setting pretrial, trial and other deadlines will be separately entered.

MJSTAR:  0 : 20

Defendants must file their answer or responsive motion and Rotorcraft must file its motion to intervene, if any, no later than **July 13, 2011**. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) must be exchanged no later than **August 15, 2011**.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**

**AND**

**JED M. MESTAYER**
**LABORDE & NEUNER**
**ONE PETROLEUM CENTER**
**P. O. DRAWER 52828**
**1001 W. PINHOOK RD., SUITE 200**
**LAFAYETTE, LA 70505**