# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL No. 2179 <br><br> SECTION: J |
| | | * | JUDGE BARBIER |
| | *This Document Relates To:* <br> 10-cv-02645 | * * | MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE

Pursuant to FRCP 41(a)(2) and Pre-Trial Order No. 34, Plaintiff Prickett Properties, LLC, by and through undersigned counsel, moves to voluntarily dismiss <u>without prejudice</u> its claims (asserted in 10-cv-02645) against all defendants named in the complaint that was filed on or about April 20, 2010 in the United States District Court, for the Southern District of Alabama, and transferred to this Court pursuant to the Judicial Panel for Multi-District Litigation's Transfer Order dated August 10, 2010.

As grounds, Plaintiff states that it does not wish to presently pursue litigation in this matter.

Respectfully Submitted,

*[signature]*

STEVEN L. NICHOLAS
Cunningham Bounds, LLC
Post Office Box 66705
1601 Dauphin Street
Mobile, Alabama 36660
251-471-6191
251- 479-1031 (fax)
sln@cunninghambounds.com

GEORGE R. IRVINE, III
Stone, Granade & Crosby, PC
7133 Stone Drive
Daphne, Alabama 36526
251-626-6696
251-626-2617 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2011, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through Lexis Nexis to all counsel of record.

*[signature]*

STEVEN L. NICHOLAS