UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL No. 2179<br><br>SECTION: J |
| | | * | JUDGE BARBIER |
| | *This Document Relates To:*<br>10-cv-02645 | * * | MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The Court having considered Plaintiff's Motion To Voluntarily Dismiss Without Prejudice:

It is ORDERED that Plaintiff Prickett Properties, LLC's Motion is hereby GRANTED and its Complaint is dismissed without prejudice.

Signed this _____ day of June, 2011.

                                            Honorable Carl J. Barbier
                                            U. S. District Court Judge