UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL No. 2179 <br><br> SECTION: J |
| | *This Document Relates To:* <br> 10-cv-02655 | * * * | JUDGE BARBIER <br> MAG. JUDGE SHUSHAN |

**************************************************************************

## ORDER

The Court having considered Plaintiffs' Motion To Voluntarily Dismiss Without Prejudice:

It is ORDERED that Plaintiffs Original Oyster House, Inc.; Original Oyster House II, Inc.; Gumbo Properties, LLC; Superb Food, Inc.; and Premium Properties, Inc.'s Motion is hereby GRANTED and their Complaint is dismissed without prejudice.

Signed this _____ day of June, 2011.

                                                                                     Honorable Carl J. Barbier
                                                                                     U. S. District Court Judge