UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179<br>SECTION: J |
| THIS PLEADING APPLIES TO:<br>*All Cases in Pleading Bundle B3* | *<br>* | JUDGE BARBIER |
| (Also Applies to: No. 10-2771) | *<br>*<br>* | MAGISTRATE SHUSHAN<br>MAG. DIV. 1 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF APPEARANCE**

COMES NOW, the undersigned attorneys John E. Galloway and Cherrell R. Simms who file their Notice of Appearance as counsel on behalf of Tiger Rentals, Ltd, The Modern Group GP-SUB, Inc. and The Modern Group, LTD. It is respectfully requested that all future pleadings, documents, and correspondence be served upon the undersigned in connection with this action.

In accordance with Paragraph No. 12 of this Court's Pre-Trial Order No. 1, the undersigned counsel are currently members in good standing and admitted to practice in the United States District Court for the Eastern District of Louisiana. No person has instituted disciplinary suspension procedures against any of them.

1

Respectfully submitted,

*/s/ Cherrell R. Simms*

**JOHN E. GALLOWAY (#5892)**
**CHERRELL R. SIMMS (#28227)**
**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH**
701 Poydras Street, Suite 4040
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456

*Counsel for Defendants, Tiger Rentals, Ltd., The Modern Group GP-SUB, Inc., and The Modern Group, Ltd.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing Notice of Appearance has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 12, and that he foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of June, 2011.

*/s/ Cherrell R. Simms*

**CHERRELL R. SIMMS**