UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding *In Camera* Review of William Castell Documents]**

The deposition of William Castell is set for London on Wednesday, June 22, and Thursday, June 23. In connection with the custodian document production, BP has identified documents on a privilege log which it contends are protected from disclosure. The documents were submitted for *in camera* inspection. BP also submitted a letter memorandum, dated June 13, 2011, and a declaration by William Castell, also dated June 13, 2011. The Court finds that the documents are protected from disclosure by the attorney-client privilege.

IT IS ORDERED that: (1) the objection of BP to the production of documents prepared by William Castell and withheld from production on the ground of the attorney-client privilege is sustained; (2) any appeal from this order shall be filed with District Judge Barbier by **noon on Friday, June 17, 2011**; and (3) the documents submitted for *in camera* inspection, BP's letter memorandum of June 13, 2011, and the declaration of William Castell of June 13, 2011, shall be filed under seal with access limited to the Court.

New Orleans, Louisiana, this 14th day of June, 2011.

SALLY SHUSHAN
United States Magistrate Judge