UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION "J" |
| (This Pleading Applies Only To Case No. 10-cv-01156 Roshto) | JUDGE BARBIER<br>MAG. SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**EX PARTE MOTION AND INCORPORATED MEMORANDUM
OF DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS**

**NOW INTO COURT**, through undersigned counsel, comes plaintiffs **NATALIE ROSHTO, a claimant in limitation, acting (1) individually, (2) in her capacity as Personal Representative (as the term is used in the Death on the High Seas Act, 46 U.S.C. § 761 (DOSHA), and/or the Jones Act, 46 U.S.C. 30104) of the decedent Shane Roshto, (3) in her capacity as administratrix of the estate of Shane Roshto, and (4) in her capacity as parent and guardian of Blaine M. Roshto, the minor child of herself and the decedent Shane Roshto (referred to collectively herein as "Plaintiff")** and on suggesting to this Honorable Court that she has settled and compromised all claims arising out of the death of Shane Roshto and suggesting to this Honorable Court that the Chancery Court of Amite County, Mississippi,

which has jurisdiction over the estate of Shane Roshto by order has approved the settlement in full for claims arising out of the injury and death of Shane Roshto aboard the DEEPWATER HORIZON on or about April 20, 2010, and including, but not limited to, the minor settlement of the legal minor child of Shane Roshto, Blaine Roshto.  Plaintiff moves that all matters and claims arising out of the injury and death of Shane Roshto against any party including, but not limited to, **TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., BP PLC, BP PRODUCTS NORTH AMERICA, INC., BP EXPLORATION AND PRODUCTION, INC., HALLIBURTON ENERGY SERVICES, INC., SPERRY DRILLING SERVICES, WEATHERFORD US L.P., WEATHERFORD INTERNATIONAL, LTD.,  CAMERON INTERNATIONAL CORPORATION D/B/A CAMERON SYSTEMS CORPORATION, ANADARKO PETROLEUM CORPORATION, ANADARKO E&P COMPANY LP, MOEX OFFSHORE 2007 LLC, MOEX USA CORPORATION, MITSUI OIL EXPLORATION CO., LTD., TRITON ASSET LEASING GMBH, TRITON HUNGARY ASSET MANAGEMENT LIMITED LIABILITY COMPANY, TRITON HUNGARY ASSET MANAGEMENT KFT, TRANSOCEAN HOLDINGS, LLC., and M-I L.L.C.,** in this

controversy have all been amicably settled and fully compromised, and move that same be dismissed, with full prejudice, each party bears their own costs.

                Respectfully submitted,

                **MARTZELL & BICKFORD**

                /s/ Scott R. Bickford
                **SCOTT R. BICKFORD T. A., (#1165)**
                **LAWRENCE J. CENTOLA, III  (#27402)**
                **NEIL F. NAZARETH (#28969)**
                338 Lafayette Street
                New Orleans, LA  70130
                504/581-9065 (Telephone)
                504/581-7635 (FAX)
                usdcedla@mbfirm.com

                Ronnie G. Penton (#10462)
                Law Offices of Ronnie G. Penton
                209 Hoppen Place
                Bogalusa, LA 70427
                (985) 732-5651
                (985) 735-5579
                rgp@rgplaw.com
                **COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 14, 2011, this pleading was filed with the CM/ECF system and was sent via US Mail, facsimile, email or through the CM/ECF system to all known counsel.

                /s/ Scott R. Bickford
                **SCOTT R. BICKFORD**

F:\Clients\ROSHTO, SHANE\Pleadings EDLA\Dismissal.wpd