UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION "J" |
| (This Pleading Applies Only To Case No. 10-cv-01156 Roshto) | JUDGE BARBIER<br>MAG. SHUSHAN |

*****************************************************************************

## ORDER

Considering the above and foregoing Final Motion of Dismissal;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that all matters in this controversy filed by **NATALIE ROSHTO, NATALIE ROSHTO, acting (1) individually, (2) in her capacity as Personal Representative (as the term is used in the Death on the High Seas Act, 46 U.S.C. § 761 (DOSHA), and/or the Jones Act, 46 U.S.C. 30104) of the decedent Shane Roshto, (3) in her capacity as administratrix of the estate of Shane Roshto, and (4) in her capacity as parent and guardian of Blaine M. Roshto, the minor child of herself and the decedent Shane Roshto,** against any party including, but not limited to, **TRANSOCEAN, LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., BP PLC, BP PRODUCTS NORTH AMERICA, INC., BP**

EXPLORATION AND PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, HALLIBURTON ENERGY SERVICES, INC., SPERRY DRILLING SERVICES, WEATHERFORD US L.P., WEATHERFORD INTERNATIONAL LTD., CAMERON INTERNATIONAL CORPORATION D/B/A CAMERON SYSTEMS CORPORATION, ANADARKO PETROLEUM CORPORATION, ANADARKO E&P COMPANY LP, MOEX OFFSHORE 2007 LLC, MOEX USA CORPORATION, MITSUI OIL EXPLORATION CO., LTD., TRITON ASSET LEASING GMBH, TRITON HUNGARY ASSET MANAGEMENT LIMITED LIABILITY COMPANY, TRITON HUNGARY ASSET MANAGEMENT KFT, **TRANSOCEAN HOLDINGS, LLC., and M-I L.L.C.,** be and the same are hereby dismissed and discontinued, with full prejudice, each party to bear their own costs.

**SIGNED IN NEW ORLEANS, LOUISIANA,** this _____ day of _____, 2011.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT COURT JUDGE

F:\Clients\ROSHTO, SHANE\Pleadings EDLA\Dismissal Order.wpd