MINUTE ENTRY
WILKINSON, M.J.
JUNE 13, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE OIL SPILL BY THE OIL RIG                 CIVIL ACTION
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010

VERSUS                                                               MDL 2179

Member Case:     Valentino Mones d/b/a Tino Mones         SECTION "J" (2)
                           Seafood v. BP America, Inc.; 11-996

       A preliminary conference was conducted in this case on this date. Participating were: Wanda Edwards (via telephone) for the Plaintiffs' Liaison Committee and Frank Ippolito, representing plaintiff; Shannon Holtzman, Katherine Roth, Andy Langan, Christina Henk and William McGoey, representing defendants.

       During the conference, all parties consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). A scheduling order setting pretrial, trial and other deadlines will be separately entered.

       Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) must be exchanged no later than 30 days after entry of my ruling on the pending motion to remand, Record Doc. No.

MJSTAR: 0 : 20

2571, which will be determined without oral argument on my **July 6, 2011** motion docket, and only if remand is denied. Written opposition to the motion to remand, Record Doc. No. 2571, must be filed no later than **June 28, 2011**.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**