UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | ) | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the GULF | ) | |
| OF MEXICO ON APRIL 20, 2010 | ) | SECTION: "J" |
| | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| CIVIL ACTION NO.: | ) | JUDGE CARL J. BARBIER |
| | ) | |
| IN RE:  The Complaint and Petition of | ) | MAG. SALLY SHUSHAN |
| Triton Asset Leasing GmbH, et al | ) | |
| Civil Action No. 10-2771 | ) | |

## FINAL MOTION OF DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Claimants in Limitation, ABEC Realty, Inc., ABEC Resorts, Inc., Becnel/Kelly Club, Palms Restaurant, LLC, Palms Spa, LLC, Sandestin Investment, LLC, Sandestin Real Estate of NW Florida, LLC, Sunrise Beach Services, LLC, and The Club at Silvershells, Inc., and on suggesting to the Court that all matters and claims filed by any party against any party including but not limited to TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., and TRANSOCEAN HOLDINGS, LLC in this controversy have all been amicably settled and fully compromised, and move that same be dismissed, with full prejudice, each party bears their own costs.

Respectfully submitted,

BY: /s/J.R. Whaley
J.R. WHALEY  (LA Bar #25930)
**NEBLETT, BEARD & ARSENAULT**
2220 Bonaventure Court
P.O. Box 1190
Alexandria, LA 71309
Telephone: (318) 487-9874
Fax: (318) 561-2524
Email: jrwhaley@nbalawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2011, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Don K. Haycraft, James P. Roy and Stephen J. Herman by operation of the Court's electronic filing system and to all counsel of record through the Lexis Nexis File & Serve.



/s/J.R. Whaley