**CT Corporation**

5615 Corporate Blvd.
Suite 400 B
Baton Rouge, LA 70808

225 922 4490 tel
www.ctlegalsolutions.com

Filed

June 02, 2011

Ryan E. Beasley Sr.
Law Office of Ryan E. Beasley Sr.
2439 Manhattan Blvd., Suite 302,
Harvey, LA  70058

Re:  Qui Lam, et al., Pltfs. vs. BP America Production Company, et al., Dfts. // To: N/A

Case No.  2:11-cv-1274    JL1)

Dear Sir/Madam:

C T Corporation System received the enclosed Letter, Notice and Request for Waiver, Waiver Form(s), Reply Envelope w/Postage, Complaint.

Neither the document(s) nor the envelope indicates the name of the entity for which the document(s) is intended. Our company is agent for thousands of companies and cannot determine the party to which the document(s) is to be forwarded unless the document(s) is directed to a particular entity.

Accordingly, we are returning the document for further disposition.

Very truly yours,


Lisa Uttech
Fulfillment Specialist

Log# 518607935

FedEx Tracking# 794825488659

cc:  United States District Court, Eastern District
     Clerk of Court,
     C151 U. S. Courthouse,
     500 Camp Street,
     New Orleans, LA  70130