FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 JUN 14 PM 3: 24

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN J. ALTIER

VERSUS

WORLEY CATASTROPHE
RESPONSE, LLC ET AL.

CIVIL ACTION

NO. 11-241
          c/w 11-242

SECTION "J" (2)

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), all parties to the above-captioned civil proceeding hereby waive their right to proceed before a United States District Judge and consent to have a full-time United States Magistrate Judge conduct any and all further proceedings in the case, including but not limited to, the trial of the case and entry of final judgment.

The parties acknowledge they have been advised that they may, without adverse substantive consequences, withhold consent.

6/13/11

DATE _____ PLAINTIFF(S) _____       DEFENDANT(S) FOR BP
                                                 Thomas J. McGoey II

J.P. Hughes, Jr.                          Jennifer L. Anderson
                                          Jennifer L. Anderson
                                          for Defendant, Worley Catastrophe
                                          Response, LLC

_____ Fee _____
_____ Process _____
__x__ Dktd _____
_____ CtRmDep _____
_____ Doc. No. _____

## ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that the above-captioned matter be referred to a United States Magistrate Judge of this court for all further proceedings and the entry of judgment in accordance with Title 28 U.S.C. §636(c) and the foregoing consent of the parties.

New Orleans, Louisiana, this _14th_ day of _June_, 2011.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF FILING PARTY

I certify that the signatures affixed hereon represent the consent of all parties to the suit.

_____