UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEP WATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2011 | * * * * | MDL NO. 2179 |
| | * | SECTION: J |
| THIS DOCUMENT RELATED TO: 2011-cv-1195 | * * * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

*********************************************

## ORDER

**CONSIDERING THE FOREGOING** *Ex Parte* Motion for Partial Dismissal ("Motion") filed herein by Plaintiffs Dale Chaisson, Andrew Chaisson and Lawrence Chaisson, only:

**IT IS ORDERED** that Plaintiffs Dale Chaisson, Andrew Chaisson and Lawrence Chaisson, only, are hereby **DISMISSED** from this litigation, with prejudice;

**IT IS FURTHER ORDERED** that all remaining Plaintiffs, and all claims asserted herein, remain viable and survive this Order.

New Orleans, Louisiana this 14th day of June, 2011.

_____
United States District Judge

1