UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: "J" |
| THIS DOCUMENT RELATES TO:<br>     CIVIL ACTION NO.: | JUDGE CARL J. BARBIER |
| IN RE:  The Complaint and Petition of Triton Asset Leasing GmbH, et al<br>Civil Action No. 10-2771 | MAG. SALLY SHUSHAN |

**ORDER**

Considering the foregoing motion,

IT IS HEREBY ORDERED that all matters and claims filed by ABEC Realty, Inc., ABEC Resorts, inc., Becnel/Kelly Club, Palms Restaurant, LLC, Palms Spa, LLC, Sandestin Investments, LLC, Sandestin Real Estate of NW Florida, LLC, Sunrise Beach Services, LLC and The Club at Silvershells, Inc., against any party including but not limited Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., and Transocean Holdings, LLC are dismissed, with full prejudice, each party bearing their own costs.

New Orleans, Louisiana this 15th day of June, 2011.

_____
United States District Judge