**MINUTE ENTRY**
**SHUSHAN, M.J.**
**JUNE 14, 2011**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig | **MDL NO. 2179** |
|     "Deepwater Horizon" in the Gulf | |
|     of Mexico, on April 20, 2010 | **SECTION J** |
| | |
| Applies to: *All Cases* | **JUDGE BARBIER** |
| | **MAGISTRATE JUDGE SHUSHAN** |

A telephone conference was held this date.

Participating:           Phil Wittmann, Carmelite Bertaut, David Jones, Heather Kenneally, David Spiegel, Chuck Wallace, Don Haycraft, Richard Gorman, Mark Cohen, Ruth Colvin, Drew Gilbert, Scott Bickford, David Baay, Misty Hataway-Cone, Carolyn Raines, and Paul Collier.

There were discussions concerning DNV's production of documents. The Rule 30(b)(6) deposition for DNV shall be rescheduled from Tuesday and Wednesday, June 21 and 22, to Tuesday and Wednesday, July 5 and 6, 2011. There will be a further telephone conference on **Wednesday, June 15, 2011, at 3:00 p.m.**

                                     **SALLY SHUSHAN**
                                     **United States Magistrate Judge**

MJSTAR 00:20