UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) | MDL NO. 2179 |
| | ) | |
| This Document Relates To: | ) ) | SECTION: J |
| *Cases in Pleading Bundles A, B1, B3, and C As Enumerated At Attachment1.* | ) ) ) ) ) ) | JUDGE BARBIER MAGISTRATE SHUSHAN |

## NOTICE OF SUBMISSION

TO:   Counsel

**PLEASE TAKE NOTICE** that subject to Pre-trial Orders Nos. 11 and 25, in which the Court directed that the Court will set the date of all hearings on Motions in this case, the Motion of Defendant MOEX Offshore 2007 Corporation to Dismiss Or, in the Alternative, Bifurcate Alter Ego Claims is tentatively noticed for submission on Wednesday, July 6, 2011 at 9:00 a.m. CDT, but will be taken up earlier, at the conference set for June 17, 2011.

Dated:  June 15, 2011

                                                Respectfully submitted,

                                                s/ _John F. Pritchard_ \_\_\_
                                                John F. Pritchard
                                                john.pritchard@pillsburylaw.com
                                                Edward Flanders
                                                edward.flanders@pillsburylaw.com
                                                PILLSBURY WINTHROP SHAW PITTMAN LLP
                                                1540 Broadway
                                                New York, NY 10036-4039
                                                Telephone (212) 858-1000
                                                Facsimile (212) 858-1500

Christopher McNevin
chrismcnevin@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone (213) 488-7507
Fax (213) 629-1033

ATTORNEYS FOR MOEX OFFSHORE 2007 LLC

# Attachment 1

| CAPTION | CASE NUMBER |
|---|---|
| Vision Bank v. 145, LLC and James Dalton, Third Party Plaintiffs v. | 1:10-cv-00521 |
| Papa Rod, Inc. et al. v BP, PLC, et al. | 2:10-cv-03250 |
| Ferguson et al v. BP, PLC et al | 2:10-cv-03251 |
| Ford et al v. BP, P.L.C. et al | 2:10-cv-03252 |
| Moore (Sarah) et al v. BP, PLC | 2:10-cv-03253 |
| Wright (Glynis) et al. v. BP, PLC | 2:10-cv-03263 |
| Dai "Mike" Tran v. BP America et al. | 2:10-cv-03279 |
| Peter Tran v. BP America, et al. | 2:10-cv-03280 |
| Cajun Maid, LLC et al v. BP, PLC et al | 2:10-cv-02675 |
| T & D Fishery, LLC et al v. BP, PLC et al | 2:10-cv-01332 |
| James Kirk Mitchell et al v. BP, PLC et al | 2:10-cv-01472 |
| Karl W. Rhodes v. Transocean, Ltd. | 2:10-cv-01502 |
| Doug Crawford et al v. BP, PLC et al | 2:10-cv-01540 |
| Brondum et al v. BP P.L.C., et al | 2:10-cv-01613 |
| Dinet v. BP P.L.C., et al. | 2:10-cv-01615 |
| Danzig v. BP, PLC et al | 2:10-cv-01726 |
| Nguyen (Kha Van) et al v. BP America, et al | 2:10-cv-01741 |
| J&M Boat Rentals, LLC v. BP, PLC, et al | 2:10-cv-01747 |
| Fruge et al v. BP, P.L.C., et al | 2:10-cv-01752 |
| Harmon et al v. BP, plc | 2:10-cv-01931 |
| Inter-Tour Louisiane, Inc. et al v. Transocean Ltd. et al | 2:10-cv-02103 |
| Le (Tam Ve) et al v. BP PLC et al | 2:10-cv-02114 |
| Sea Eagle Fisheries, Inc. et al v. BP, PLC et al | 2:10-cv-02661 |
| Ocean Reef Realty Inc. v. Transocean Holdings Inc. et al | 2:10-cv-02663 |
| Destin et al v. BP, PLC et al | 2:10-cv-02668 |
| Avocato v. BP P.L.C. et al | 2:10-cv-02770 |
| Triton Asset Leasing GmbH et al v. U.S. Dept of Justice, et al | 2:10-cv-02771 |
| CJK Fab & Consulting v. BP, P.L.C., et al | 2:10-cv-02839 |
| Susan Davis et al v. BP P.L.C. et al | 2:10-cv-02984 |
| Professional Bars, Inc. d/b/a Brass Monkey v. BP P.L.C. et al | 2:10-cv-02985 |
| Vacation Key West, Inc. v. BP P.L.C. et al | 2:10-cv-02986 |
| Carden Simcox et al v. BP, PLC et al | 2:10-cv-02999 |

| CAPTION | CASE NUMBER |
|---|---|
| State of Louisiana v. Triton Asset Leasing, GmbH et al | 2:10-cv-03059 |
| Shepardson, d/b/a Lower Keys Charters et al v. BP P.L.C. et al. | 2:10-cv-03112 |
| McCarthy v. BP PLC et al | 2:10-cv-03114 |
| Ware v. BP P.L.C. et al | 2:10-cv-03115 |
| Daniel Barker et al v. BP, PLC | 2:10-cv-03267 |
| Nguyen (Kimberly) and Do Nguyen d/b/a Shrimp Guy, et al. v. BP | 2:10-cv-03269 |
| Wilson (Bobby) et al v. BP, P.L.C. | 2:10-cv-03272 |
| Roberts v. BP, PLC et al | 2:10-cv-03815 |
| Smiling Fish Cafe, Inc. et al v. BP, PLC et al | 2:10-cv003089 |
| Schorr et al v. BP, PLC et al | 2:10-cv-02989 |
| Murphy v. BP P.L.C. | 2:10-cv-03085 |
| Barber's Seafood, Inc. v. BP, plc et al | 2:10-cv-03098 |
| Adams et al v. BP P.L.C. et al | 2:10-cv-03100 |
| Le Discount Seafood, Inc. et al v. BP, PLC et al | 2:10-cv-03102 |
| Raffield Fisheries, Inc. et al v. BP, plc et al | 2:10-cv-03102 |
| Hao Van Le d/b/a Bluewater Seafood et al v. BP, PLC et al | 2:10-cv-03103 |
| Woods Fisheries, Inc. v. BP, plc et al | 2:10-cv-03104 |
| Richard, d/b/a Richard's Seafood Patio et al v. BP, PLC et al | 2:10-cv-01438 |
| State of Alabama v. Transocean, Ltd. et al | 2:10-cv-04183 |
| City of Greenville et al v. BP, PLC et al | 2:10-cv-04185 |
| Carlisle v. BP P.L.C. et al | 2:10-cv 04188 |
| Worldwide Interiors, LLC v. BP, PLC et al | 2:10-cv-04191 |
| The Fish Market Restaurant, Inc. et al v. BP, PLC et al | 2:10-cv-04192 |
| Hill v. BP, PLC et al | 2:10-cv-04193 |
| Monroe et al v. BP, PLC et al | 2:10-cv-04194 |
| Hudley v. BP, PLC, et al | 2:10-cv-04200 |
| Capt Ander Inc. v. BP PLC et al | 2:10-cv-4205 |
| Contender Boats v. Anadarko et al | 2:10-cv-04208 |
| Trehern et al v. BP, plc et al | 2:10-cv-04213 |
| JRKW Enterprises, LLC d/b/a Huck Finn's Cafe v. BP P.L.C., et al. | 2:10-cv-02846 |
| Stricker et al v. BP P.L.C. et al | 2:10-cv-03095 |
| Wetzel et al v. Transocean Ltd. et al | 2:10-cv-01222 |

5

| CAPTION | CASE NUMBER |
|---|---|
| Shemper, et al. v. BP plc, et al. | 2:10-cv-00138 |
| Wunstell et al v. BP PLC et al | 2:10-cv-02543 |
| Floyd, Floyd, Pearce of Beaumont, et al. v. BP, PLC, et al | 2:10-cv-03116 |
| Ireland v. BP PLC et al | 2:10-cv-04202 |
| Hudson v. BP PLC et al | 2:10-cv-04203 |
| United State of America v. BP Exploration & Production Inc. et al | 2:10-cv-04536 |
| Plaquemines Parish School Board v. Anadarko E&P Co. LP et al | 2:11-cv-00348 |
| Jones et al v. Transocean Ltd. et al. | 2:10-cv-01196 |
| State of Louisiana Office of the Attorney General v. BP Exploration | 2:11-cv-00516 |
| Kleppinger v. Transocean Offshore Deepwater Drilling Inc. | 2:10-cv-03168 |
| QMCD, LP et al. v. BP Exploration & Production | 2:11-cv-00552 |
| Certain Underwriters at Lloyd's v. BP, P.L.C., et al | 2:11-cv-02751 |
| Synovus Bank v. Plash Island Resort LLC et al | 2:11-cv-00551 |
| Plaquemines Parish v. BP PLC, et. al | 2:11-cv-00916 |
| Plaquemines Port, Harbor and Terminal District v. BP PLC, et al | 2:11-cv-00917 |
| State of Louisiana (St. Charles Parish) v. BP Exploration & | 2:11-cv-01106 |
| Gonzalez v. BP, PLC, et al. | 2:11-cv-00805 |
| Grupo Turistico Tamaulipas S.A. de C.V v. BP, P.L.C. et al | 2:11-cv-01055 |
| Trung M. Le, et al. v. BP Exploration & Production, et al. | 2:11-cv-01008 |
| State of Louisiana (Jefferson Parish) v. BP Exploration & Production | 2:11-cv-01113 |
| Ferrara et al. v. BP, PLC, et al. | 2:11-cv-01157 |
| Lynch v. Transocean, Ltd. et al. | 2:11-cv-01160 |
| Luu et al v. BP Exploration and Production, Inc. | 2:11-cv-01188 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on June 15, 2011.

                                                                 s/ John F. Pritchard
                                                                 John F. Pritchard