UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>This Document Relates To:<br><br>*Cases in Pleading Bundles A, B1, B3, and C As Enumerated at Attachment 1.* | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

Considering the Motion of Defendant MOEX Offshore 2007 LLC Corporation to dismiss all alter ego claims asserted in Pleading Bundles A, B1, B3, and C, as enumerated at Attachment 1, for lack of ripeness:

**IT IS HEREBY ORDERED** that all alter ego claims asserted against Defendant MOEX Offshore 2007 LLC in Pleading Bundles A, B1, B3, and C, as enumerated at Attachment 1 are dismissed.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

**Attachment 1**

| CAPTION | CASE NUMBER |
|---|---|
| Vision Bank v. 145, LLC and James Dalton, Third Party Plaintiffs v. | 1:10-cv-00521 |
| Papa Rod, Inc. et al. v BP, PLC, et al. | 2:10-cv-03250 |
| Ferguson et al v. BP, PLC et al | 2:10-cv-03251 |
| Ford et al v. BP, P.L.C. et al | 2:10-cv-03252 |
| Moore (Sarah) et al v. BP, PLC | 2:10-cv-03253 |
| Wright (Glynis) et al. v. BP, PLC | 2:10-cv-03263 |
| Dai "Mike" Tran v. BP America et al. | 2:10-cv-03279 |
| Peter Tran v. BP America, et al. | 2:10-cv-03280 |
| Cajun Maid, LLC et al v. BP, PLC et al | 2:10-cv-02675 |
| T & D Fishery, LLC et al v. BP, PLC et al | 2:10-cv-01332 |
| James Kirk Mitchell et al v. BP, PLC et al | 2:10-cv-01472 |
| Karl W. Rhodes v. Transocean, Ltd. | 2:10-cv-01502 |
| Doug Crawford et al v. BP, PLC et al | 2:10-cv-01540 |
| Brondum et al v. BP P.L.C., et al | 2:10-cv-01613 |
| Dinet v. BP P.L.C., et al. | 2:10-cv-01615 |
| Danzig v. BP, PLC et al | 2:10-cv-01726 |
| Nguyen (Kha Van) et al v. BP America, et al | 2:10-cv-01741 |
| J&M Boat Rentals, LLC v. BP, PLC, et al | 2:10-cv-01747 |
| Fruge et al v. BP, P.L.C., et al | 2:10-cv-01752 |
| Harmon et al v. BP, plc | 2:10-cv-01931 |
| Inter-Tour Louisiane, Inc. et al v. Transocean Ltd. et al | 2:10-cv-02103 |
| Le (Tam Ve) et al v. BP PLC et al | 2:10-cv-02114 |
| Sea Eagle Fisheries, Inc. et al v. BP, PLC et al | 2:10-cv-02661 |
| Ocean Reef Realty Inc. v. Transocean Holdings Inc. et al | 2:10-cv-02663 |
| Destin et al v. BP, PLC et al | 2:10-cv-02668 |
| Avocato v. BP P.L.C. et al | 2:10-cv-02770 |
| Triton Asset Leasing GmbH et al v. U.S. Dept of Justice, et al | 2:10-cv-02771 |
| CJK Fab & Consulting v. BP, P.L.C., et al | 2:10-cv-02839 |
| Susan Davis et al v. BP P.L.C. et al | 2:10-cv-02984 |
| Professional Bars, Inc. d/b/a Brass Monkey v. BP P.L.C. et al | 2:10-cv-02985 |
| Vacation Key West, Inc. v. BP P.L.C. et al | 2:10-cv-02986 |
| Carden Simcox et al v. BP, PLC et al | 2:10-cv-02999 |

| CAPTION | CASE NUMBER |
|---|---|
| State of Louisiana v. Triton Asset Leasing, GmbH et al | 2:10-cv-03059 |
| Shepardson, d/b/a Lower Keys Charters et al v. BP P.L.C. et al. | 2:10-cv-03112 |
| McCarthy v. BP PLC et al | 2:10-cv-03114 |
| Ware v. BP P.L.C. et al | 2:10-cv-03115 |
| Daniel Barker et al v. BP, PLC | 2:10-cv-03267 |
| Nguyen (Kimberly) and Do Nguyen d/b/a Shrimp Guy, et al. v. BP | 2:10-cv-03269 |
| Wilson (Bobby) et al v. BP, P.L.C. | 2:10-cv-03272 |
| Roberts v. BP, PLC et al | 2:10-cv-03815 |
| Smiling Fish Cafe, Inc. et al v. BP, PLC et al | 2:10-cv003089 |
| Schorr et al v. BP, PLC et al | 2:10-cv-02989 |
| Murphy v. BP P.L.C. | 2:10-cv-03085 |
| Barber's Seafood, Inc. v. BP, plc et al | 2:10-cv-03098 |
| Adams et al v. BP P.L.C. et al | 2:10-cv-03100 |
| Le Discount Seafood, Inc. et al v. BP, PLC et al | 2:10-cv-03102 |
| Raffield Fisheries, Inc. et al v. BP, plc et al | 2:10-cv-03102 |
| Hao Van Le d/b/a Bluewater Seafood et al v. BP, PLC et al | 2:10-cv-03103 |
| Woods Fisheries, Inc. v. BP, plc et al | 2:10-cv-03104 |
| Richard, d/b/a Richard's Seafood Patio et al v. BP, PLC et al | 2:10-cv-01438 |
| State of Alabama v. Transocean, Ltd. et al | 2:10-cv-04183 |
| City of Greenville et al v. BP, PLC et al | 2:10-cv-04185 |
| Carlisle v. BP P.L.C. et al | 2:10-cv 04188 |
| Worldwide Interiors, LLC v. BP, PLC et al | 2:10-cv-04191 |
| The Fish Market Restaurant, Inc. et al v. BP, PLC et al | 2:10-cv-04192 |
| Hill v. BP, PLC et al | 2:10-cv-04193 |
| Monroe et al v. BP, PLC et al | 2:10-cv-04194 |
| Hudley v. BP, PLC, et al | 2:10-cv-04200 |
| Capt Ander Inc. v. BP PLC et al | 2:10-cv-4205 |
| Contender Boats v. Anadarko et al | 2:10-cv-04208 |
| Trehern et al v. BP, plc et al | 2:10-cv-04213 |
| JRKW Enterprises, LLC d/b/a Huck Finn's Cafe v. BP P.L.C., et al. | 2:10-cv-02846 |
| Stricker et al v. BP P.L.C. et al | 2:10-cv-03095 |
| Wetzel et al v. Transocean Ltd. et al | 2:10-cv-01222 |

| CAPTION | CASE NUMBER |
|---|---|
| Shemper, et al. v. BP plc, et al. | 2:10-cv-00138 |
| Wunstell et al v. BP PLC et al | 2:10-cv-02543 |
| Floyd, Floyd, Pearce of Beaumont, et al. v. BP, PLC, et al | 2:10-cv-03116 |
| Ireland v. BP PLC et al | 2:10-cv-04202 |
| Hudson v. BP PLC et al | 2:10-cv-04203 |
| United State of America v. BP Exploration & Production Inc. et al | 2:10-cv-04536 |
| Plaquemines Parish School Board v. Anadarko E&P Co. LP et al | 2:11-cv-00348 |
| Jones et al v. Transocean Ltd. et al. | 2:10-cv-01196 |
| State of Louisiana Office of the Attorney General v. BP Exploration | 2:11-cv-00516 |
| Kleppinger v. Transocean Offshore Deepwater Drilling Inc. | 2:10-cv-03168 |
| QMCD, LP et al. v. BP Exploration & Production | 2:11-cv-00552 |
| Certain Underwriters at Lloyd's v. BP, P.L.C., et al | 2:11-cv-02751 |
| Synovus Bank v. Plash Island Resort LLC et al | 2:11-cv-00551 |
| Plaquemines Parish v. BP PLC, et. al | 2:11-cv-00916 |
| Plaquemines Port, Harbor and Terminal District v. BP PLC, et al | 2:11-cv-00917 |
| State of Louisiana (St. Charles Parish) v. BP Exploration & | 2:11-cv-01106 |
| Gonzalez v. BP, PLC, et al. | 2:11-cv-00805 |
| Grupo Turistico Tamaulipas S.A. de C.V v. BP, P.L.C. et al | 2:11-cv-01055 |
| Trung M. Le, et al. v. BP Exploration & Production, et al. | 2:11-cv-01008 |
| State of Louisiana (Jefferson Parish) v. BP Exploration & Production | 2:11-cv-01113 |
| Ferrara et al. v. BP, PLC, et al. | 2:11-cv-01157 |
| Lynch v. Transocean, Ltd. et al. | 2:11-cv-01160 |
| Luu et al v. BP Exploration and Production, Inc. | 2:11-cv-01188 |