# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG  DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010  <br><br>This Document Relates To: *Cases in Pleading Bundles A, B1, B3, and C As Enumerated At Attachment 1.* | ) ) ) ) ) ) ) ) ) ) ) ) |  MDL NO. 2179  <br><br>SECTION: J  <br><br>JUDGE BARBIER  <br><br>MAGISTRATE JUDGE SHUSHAN |

## REQUEST FOR ORAL ARGUMENT

Defendant MOEX Offshore 2007 LLC respectfully requests oral argument on its Motion to Dismiss Or, in the Alternative, Bifurcate Alter Ego Claims. Defendant believes that oral argument may assist the Court in evaluating the legal issues raised by the Motion.

Dated:  June 15, 2011              Respectfully submitted,

/s/   John F. Pritchard_____
John F. Pritchard
john.pritchard@pillsburylaw.com
Edward Flanders
edward.flanders@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, NY 10036-4039
Telephone (212) 858-1000
Facsimile (212) 858-1500

Christopher McNevin
chrismcnevin@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone (213) 488-7507
Fax (213) 629-1033

**ATTORNEYS FOR MOEX OFFSHORE 2007 LLC**

# Attachment 1

| CAPTION | CASE NUMBER |
|---|---|
| Vision Bank v. 145, LLC and James Dalton, Third Party Plaintiffs v. | 2:10-cv-00521 |
| Papa Rod, Inc. et al. v BP, PLC, et al. | 2:10-cv-03250 |
| Ferguson et al v. BP, PLC et al | 2:10-cv-03251 |
| Ford et al v. BP, P.L.C. et al | 2:10-cv-03252 |
| Moore (Sarah) et al v. BP, PLC | 2:10-cv-03253 |
| Wright (Glynis) et al. v. BP, PLC | 2:10-cv-03263 |
| Dai "Mike" Tran v. BP America et al. | 2:10-cv-03279 |
| Peter Tran v. BP America, et al. | 2:10-cv-03280 |
| Cajun Maid, LLC et al v. BP, PLC et al | 2:10-cv-02675 |
| T & D Fishery, LLC et al v. BP, PLC et al | 2:10-cv-01332 |
| James Kirk Mitchell et al v. BP, PLC et al | 2:10-cv-01472 |
| Karl W. Rhodes v. Transocean, Ltd. | 2:10-cv-01502 |
| Doug Crawford et al v. BP, PLC et al | 2:10-cv-01540 |
| Brondum et al v. BP P.L.C., et al | 2:10-cv-01613 |
| Dinet v. BP P.L.C., et al. | 2:10-cv-01615 |
| Danzig v. BP, PLC et al | 2:10-cv-01726 |
| Nguyen (Kha Van) et al v. BP America, et al | 2:10-cv-01741 |
| J&M Boat Rentals, LLC v. BP, PLC, et al | 2:10-cv-01747 |
| Fruge et al v. BP, P.L.C., et al | 2:10-cv-01752 |
| Harmon et al v. BP, plc | 2:10-cv-01931 |
| Inter-Tour Louisiane, Inc. et al v. Transocean Ltd. et al | 2:10-cv-02103 |
| Le (Tam Ve) et al v. BP PLC et al | 2:10-cv-02114 |
| Sea Eagle Fisheries, Inc. et al v. BP, PLC et al | 2:10-cv-02661 |
| Ocean Reef Realty Inc. v. Transocean Holdings Inc. et al | 2:10-cv-02663 |
| Destin et al v. BP, PLC et al | 2:10-cv-02668 |
| Avocato v. BP P.L.C. et al | 2:10-cv-02770 |
| Triton Asset Leasing GmbH et al v. U.S. Dept of Justice, et al | 2:10-cv-02771 |
| CJK Fab & Consulting v. BP, P.L.C., et al | 2:10-cv-02839 |
| Susan Davis et al v. BP P.L.C. et al | 2:10-cv-02984 |
| Professional Bars, Inc. d/b/a Brass Monkey v. BP P.L.C. et al | 2:10-cv-02985 |
| Vacation Key West, Inc. v. BP P.L.C. et al | 2:10-cv-02986 |
| Carden Simcox et al v. BP, PLC et al | 2:10-cv-02999 |

| CAPTION | CASE NUMBER |
| --- | --- |
| State of Louisiana v. Triton Asset Leasing, GmbH et al | 2:10-cv-03059 |
| Shepardson, d/b/a Lower Keys Charters et al v. BP P.L.C. et al. | 2:10-cv-03112 |
| McCarthy v. BP PLC et al | 2:10-cv-03114 |
| Ware v. BP P.L.C. et al | 2:10-cv-03115 |
| Daniel Barker et al v. BP, PLC | 2:10-cv-03267 |
| Nguyen (Kimberly) and Do Nguyen d/b/a Shrimp Guy, et al. v. BP | 2:10-cv-03269 |
| Wilson (Bobby) et al v. BP, P.L.C. | 2:10-cv-03272 |
| Roberts v. BP, PLC et al | 2:10-cv-03815 |
| Smiling Fish Cafe, Inc. et al v. BP, PLC et al | 2:10-cv-03089 |
| Schorr et al v. BP, PLC et al | 2:10-cv-02989 |
| Murphy v. BP P.L.C. | 2:10-cv-03085 |
| Barber's Seafood, Inc. v. BP, plc et al | 2:10-cv-03098 |
| Adams et al v. BP P.L.C. et al | 2:10-cv-03100 |
| Le Discount Seafood, Inc. et al v. BP, PLC et al | 2:10-cv-03102 |
| Raffield Fisheries, Inc. et al v. BP, plc et al | 2:10-cv-03102 |
| Hao Van Le d/b/a Bluewater Seafood et al v. BP, PLC et al | 2:10-cv-03103 |
| Woods Fisheries, Inc. v. BP, plc et al | 2:10-cv-03104 |
| Richard, d/b/a Richard's Seafood Patio et al v. BP, PLC et al | 2:10-cv-01438 |
| State of Alabama v. Transocean, Ltd. et al | 2:10-cv-04183 |
| City of Greenville et al v. BP, PLC et al | 2:10-cv-04185 |
| Carlisle v. BP P.L.C. et al | 2:10-cv 04188 |
| Worldwide Interiors, LLC v. BP, PLC et al | 2:10-cv-04191 |
| The Fish Market Restaurant, Inc. et al v. BP, PLC et al | 2:10-cv-04192 |
| Hill v. BP, PLC et al | 2:10-cv-04193 |
| Monroe et al v. BP, PLC et al | 2:10-cv-04194 |
| Hudley v. BP, PLC, et al | 2:10-cv-04200 |
| Capt Ander Inc. v. BP PLC et al | 2:10-cv-04205 |
| Contender Boats v. Anadarko et al | 2:10-cv-04208 |
| Trehern et al v. BP, plc et al | 2:10-cv-04213 |
| JRKW Enterprises, LLC d/b/a Huck Finn's Cafe v. BP P.L.C., et al. | 2:10-cv-02846 |
| Stricker et al v. BP P.L.C. et al | 2:10-cv-03095 |
| Wetzel et al v. Transocean Ltd. et al | 2:10-cv-01222 |

| CAPTION | CASE NUMBER |
|---|---|
| Shemper, et al. v. BP plc, et al. | 2:10-cv-00138 |
| Wunstell et al v. BP PLC et al | 2:10-cv-02543 |
| Floyd, Floyd, Pearce of Beaumont, et al. v. BP, PLC, et al | 2:10-cv-03116 |
| Ireland v. BP PLC et al | 2:10-cv-04202 |
| Hudson v. BP PLC et al | 2:10-cv-04203 |
| United State of America v. BP Exploration & Production Inc. et al | 2:10-cv-04536 |
| Plaquemines Parish School Board v. Anadarko E&P Co. LP et al | 2:11-cv-00348 |
| Jones et al v. Transocean Ltd. et al. | 2:10-cv-01196 |
| State of Louisiana Office of the Attorney General v. BP Exploration | 2:11-cv-00516 |
| Kleppinger v. Transocean Offshore Deepwater Drilling Inc. | 2:10-cv-03168 |
| QMCD, LP et al. v. BP Exploration & Production | 2:11-cv-00552 |
| Certain Underwriters at Lloyd's v. BP, P.L.C., et al | 2:11-cv-02751 |
| Synovus Bank v. Plash Island Resort LLC et al | 2:11-cv-00551 |
| Plaquemines Parish v. BP PLC, et. al | 2:11-cv-00916 |
| Plaquemines Port, Harbor and Terminal District v. BP PLC, et al | 2:11-cv-00917 |
| State of Louisiana (St. Charles Parish) v. BP Exploration & | 2:11-cv-01106 |
| Gonzalez v. BP, PLC, et al. | 2:11-cv-00805 |
| Grupo Turistico Tamaulipas S.A. de C.V v. BP, P.L.C. et al | 2:11-cv-01055 |
| Trung M. Le, et al. v. BP Exploration & Production, et al. | 2:11-cv-01008 |
| State of Louisiana (Jefferson Parish) v. BP Exploration & Production | 2:11-cv-01113 |
| Ferrara et al. v. BP, PLC, et al. | 2:11-cv-01157 |
| Lynch v. Transocean, Ltd. et al. | 2:11-cv-01160 |
| Luu et al v. BP Exploration and Production, Inc. | 2:11-cv-01188 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on June 15, 2011.



_____/s/ John F. Pritchard_____
John F. Pritchard