UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>This Document relates to:<br><br>All Cases | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### ORDER

Considering Transocean's Motion for Leave to File Reply Brief Regarding Clean Water Act and Right to Jury Trial,

**IT IS HEREBY ORDERED** that Transocean's Motion for Leave to File Reply Brief Regarding Clean Water Act and Right to Jury Trial is granted and that Transocean may file the Reply attached to the above-referenced Motion.

NEW ORLEANS, LOUISIANA, this _____ day of June, 2011.

_____
THE HONORABLE CARL BARBIER
UNITED STATES DISTRICT JUDGE

56816:10041615