UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>This Document Relates To:<br><br>*Cases in Pleading Bundles A, B1, B3, and C As Enumerated At Attachment 1.* | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**MOTION OF DEFENDANT MOEX USA CORPORATION TO DISMISS OR, IN THE ALTERNATIVE, BIFURCATE ALTER EGO CLAIMS**

**NOW INTO COURT** comes Defendant MOEX USA Corporation and moves this Honorable Court to dismiss all alter ego claims asserted in Pleading Bundles A, B1, B3, and C, as enumerated at Attachment 1, for lack of ripeness or, in the alternative, bifurcate same for discovery and trial for reasons more fully set forth in the Consolidated Memorandum of Law in Support of Motion of Defendant MOEX USA Corporation to Dismiss or, in the Alternative, Bifurcate Alter Ego Claims, filed concurrently herewith.

**WHEREFORE**, Defendant MOEX USA Corporation prays that this Court dismiss all alter ego claims asserted against it in Pleading Bundles A, B1, B3, and C, as enumerated at Attachment 1, for lack of ripeness or, in the alternative, that it bifurcate the same for later discovery and trial.

Dated: June 15, 2011

Respectfully submitted,

s/ Jack McKay_____
Jack McKay
jack.mckay@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037-1122
Telephone (202) 663-8439
Facsimile (202) 663-8007

COUNSEL FOR MOEX USA CORPORATION

2

# Attachment 1

| CAPTION | CASE NUMBER |
| --- | --- |
| Carlisle v. BP P.L.C. et al | 2:10-cv 04188 |
| Murphy v. BP P.L.C. | 2:10-cv-03085 |
| Ware v. BP P.L.C. et al | 2:10-cv-03115 |
| Barber's Seafood, Inc. v. BP, P.L.C., et al | 2:10-cv-03098 |
| Raffield Fisheries, Inc. et al v. BP, P.L.C., et al | 2:10-cv-03102 |
| Woods Fisheries, Inc. v. BP, P.L.C. et al | 2:10-cv-03104 |
| McCarthy v. BP PLC et al | 2:10-cv-03114 |
| Triton Asset Leasing GmbH et al v. U.S. Dept of Justice, et al | 2:10-cv-02771 |
| Jones et al v. Transocean Ltd. et al. | 2:10-cv-01196 |
| State of Louisiana v. Triton Asset Leasing, GmbH et al | 2:10-cv-03059 |
| Karl W. Rhodes v. Transocean, Ltd. | 2:10-cv-01502 |
| State of Alabama v. Transocean, Ltd. et al | 2:10-cv-04183 |
| Plaquemines Parish v. BP PLC, et. a. | 2:11-cv-00916 |
| Plaquemines Port, Harbor and Terminal District v. BP PLC, et al | 2:11-cv-00917 |
| State of Louisiana v. BP Exploration & Production et al. | 2:11-cv-01106 |
| Grupo Turistico Tamaulipas S.A. de C.V v. BP, P.L.C. et al | 2:11-cv-01055 |
| State of Louisiana Office of the Attorney General v. BP Exploration | 2:11-cv-00516 |
| Lynch v. Transocean, Ltd. et al. | 2:11-cv-01188 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on June 15, 2011.

                                              s/ _Jack McKay_
                                              Jack McKay