UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>This Document Relates To:<br><br>*Cases in Pleading Bundles A, B1, B3, and C As Enumerated At Attachment 1.* | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## **ORDER**

Considering the Motion of Defendant MOEX USA Corporation to dismiss all alter ego claims asserted in Pleading Bundles A, B1, B3, and C, as enumerated at Attachment 1, for lack of ripeness:

**IT IS HEREBY ORDERED** that all alter ego claims asserted against Defendant MOEX USA Corporation in Pleading Bundles A, B1, B3, and C, as enumerated at Attachment 1, are dismissed.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

# Attachment 1

| CAPTION | CASE NUMBER |
| --- | --- |
| Carlisle v. BP P.L.C. et al | 2:10-cv 04188 |
| Murphy v. BP P.L.C. | 2:10-cv-03085 |
| Ware v. BP P.L.C. et al | 2:10-cv-03115 |
| Barber's Seafood, Inc. v. BP, P.L.C., et al | 2:10-cv-03098 |
| Raffield Fisheries, Inc. et al v. BP, P.L.C., et al | 2:10-cv-03102 |
| Woods Fisheries, Inc. v. BP, P.L.C. et al | 2:10-cv-03104 |
| McCarthy v. BP PLC et al | 2:10-cv-03114 |
| Triton Asset Leasing GmbH et al v. U.S. Dept of Justice, et al | 2:10-cv-02771 |
| Jones et al v. Transocean Ltd. et al. | 2:10-cv-01196 |
| State of Louisiana v. Triton Asset Leasing, GmbH et al | 2:10-cv-03059 |
| Karl W. Rhodes v. Transocean, Ltd. | 2:10-cv-01502 |
| State of Alabama v. Transocean, Ltd. et al | 2:10-cv-04183 |
| Plaquemines Parish v. BP PLC, et. a. | 2:11-cv-00916 |
| Plaquemines Port, Harbor and Terminal District v. BP PLC, et al | 2:11-cv-00917 |
| State of Louisiana v. BP Exploration & Production et al. | 2:11-cv-01106 |
| Grupo Turistico Tamaulipas S.A. de C.V v. BP, P.L.C. et al | 2:11-cv-01055 |
| State of Louisiana Office of the Attorney General v. BP Exploration | 2:11-cv-00516 |
| Lynch v. Transocean, Ltd. et al. | 2:11-cv-01188 |