UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>This Document Relates To:<br><br>*Cases in Pleading Bundles A, B1, B3, And C, As Enumerated At Attachment 1* | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## REQUEST FOR ORAL ARGUMENT

Defendant MOEX USA Corporation respectfully requests oral argument on its Motion to Dismiss or, in the Alternative, Bifurcate Alter Ego Claims. Defendant believes that oral argument may assist the Court in evaluating the legal issues raised by the Motion.

Dated: June 15, 2011

                                                Respectfully submitted,

                                                /s/   Jack McKay
                                                Jack McKay
                                                jack.mckay@pillsburylaw.com
                                                PILLSBURY WINTHROP SHAW PITTMAN LLP
                                                2300 N Street, N.W.
                                                Washington, D.C. 20037-1122
                                                Telephone (202) 663-8439
                                                Facsimile (202) 663-8007


                                                **COUNSEL FOR MOEX USA CORPORATION**

## Attachment 1

| CAPTION | CASE NUMBER |
| --- | --- |
| Carlisle v. BP P.L.C. et al | 2:10-cv 04188 |
| Murphy v. BP P.L.C. | 2:10-cv-03085 |
| Ware v. BP P.L.C. et al | 2:10-cv-03115 |
| Barber's Seafood, Inc. v. BP, P.L.C., et al | 2:10-cv-03098 |
| Raffield Fisheries, Inc. et al v. BP, P.L.C., et al | 2:10-cv-03102 |
| Woods Fisheries, Inc. v. BP, P.L.C. et al | 2:10-cv-03104 |
| McCarthy v. BP PLC et al | 2:10-cv-03114 |
| Triton Asset Leasing GmbH et al v. U.S. Dept of Justice, et al | 2:10-cv-02771 |
| Jones et al v. Transocean Ltd. et al. | 2:10-cv-01196 |
| State of Louisiana v. Triton Asset Leasing, GmbH et al | 2:10-cv-03059 |
| Karl W. Rhodes v. Transocean, Ltd. | 2:10-cv-01502 |
| State of Alabama v. Transocean, Ltd. et al | 2:10-cv-04183 |
| Plaquemines Parish v. BP PLC, et. a. | 2:11-cv-00916 |
| Plaquemines Port, Harbor and Terminal District v. BP PLC, et al | 2:11-cv-00917 |
| State of Louisiana v. BP Exploration & Production et al. | 2:11-cv-01106 |
| Grupo Turistico Tamaulipas S.A. de C.V v. BP, P.L.C. et al | 2:11-cv-01055 |
| State of Louisiana Office of the Attorney General v. BP Exploration | 2:11-cv-00516 |
| Lynch v. Transocean, Ltd. et al. | 2:11-cv-01188 |

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on June 15, 2011.

                                                              s/ Jack McKay
                                                              Jack McKay