UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>This Document Relates To:<br><br>*Cases in Pleading Bundles A, B1, B3, and C, as enumerated at Attachment 1* | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## ORDER GRANTING REQUEST FOR ORAL ARGUMENT

Considering Defendant MOEX USA Corporation's Request for Oral Argument:

**IT IS HEREBY ORDERED** that the Court will hear oral argument on Defendant MOEX USA Corporation's Motion to Dismiss or, in the Alternative, Bifurcate Alter Ego Claims.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

# Attachment 1

| CAPTION | CASE NUMBER |
| --- | --- |
| Carlisle v. BP P.L.C. et al | 2:10-cv 04188 |
| Murphy v. BP P.L.C. | 2:10-cv-03085 |
| Ware v. BP P.L.C. et al | 2:10-cv-03115 |
| Barber's Seafood, Inc. v. BP, P.L.C., et al | 2:10-cv-03098 |
| Raffield Fisheries, Inc. et al v. BP, P.L.C., et al | 2:10-cv-03102 |
| Woods Fisheries, Inc. v. BP, P.L.C. et al | 2:10-cv-03104 |
| McCarthy v. BP PLC et al | 2:10-cv-03114 |
| Triton Asset Leasing GmbH et al v. U.S. Dept of Justice, et al | 2:10-cv-02771 |
| Jones et al v. Transocean Ltd. et al. | 2:10-cv-01196 |
| State of Louisiana v. Triton Asset Leasing, GmbH et al | 2:10-cv-03059 |
| Karl W. Rhodes v. Transocean, Ltd. | 2:10-cv-01502 |
| State of Alabama v. Transocean, Ltd. et al | 2:10-cv-04183 |
| Plaquemines Parish v. BP PLC, et. a. | 2:11-cv-00916 |
| Plaquemines Port, Harbor and Terminal District v. BP PLC, et al | 2:11-cv-00917 |
| State of Louisiana v. BP Exploration & Production et al. | 2:11-cv-01106 |
| Grupo Turistico Tamaulipas S.A. de C.V v. BP, P.L.C. et al | 2:11-cv-01055 |
| State of Louisiana Office of the Attorney General v. BP Exploration | 2:11-cv-00516 |
| Lynch v. Transocean, Ltd. et al. | 2:11-cv-01188 |