UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig            MDL NO. 2179
     "Deepwater Horizon" in the Gulf
     of Mexico, on April 20, 2010          SECTION J

Applies to: *All Cases*                    JUDGE BARBIER
                                           MAGISTRATE JUDGE SHUSHAN

**ORDER**

**[Regarding Discovery Directed to the States]**

The defendants' served written discovery on the States. The States requested an extension of the deadline to respond to the discovery and certain limitations on their responses. Pursuant to the order of May 27, 2011, the defendants had until May 31, 2011 to object to the States' proposed order. Rec. doc. 2567 at 2. On June 14, 2011, the States requested entry of the order.

IT IS ORDERED that the States of Alabama and Louisiana shall have until June 20, 2011 to respond to the various defendants' written discovery requests (requests for production of documents, interrogatories, and requests for admissions). Each State may file a consolidated response to the various requests and may adopt the responses filed by the Plaintiffs Steering Committee on June 13, 2011.

IT IS FURTHER ORDERED that the States' production shall presently be limited to documents, materials, and information relating to the loss of well control at the Macondo well and the ensuing fire and explosion on the MODU Deepwater Horizon on April 20, 2010, the sinking of the vessel on April 22, 2010, and the initiation of the release of oil from the Macondo well during those times, which are at issue in Phase One of the February 2012 trial.

IT IS FURTHER ORDER that this is without prejudice to the right of the States to raise the issue of whether the Offices of the States' Attorneys General are subject to Phase One document production, and if so, under what parameters.

New Orleans, Louisiana, this 15th day of June, 2011.

**SALLY SHUSHAN**
**United States Magistrate Judge**