UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHAD ROGERS, SR., CHAD ROGERS, JR., CURTIS SILVER, JR., AND MICHAEL WISEMAN, JR. | CIVIL ACTION NO. 2:11-cv-01295 |
| | SECTION: CJB-SS |
| VERSUS | JUDGE: Carl J. Barbier |
| BP AMERICA PRODUCTION COMPANY AND DRC EMERGENCY SERVICES, L.L.C. | MAG.: Sally Shushan |

**MOTION TO REMAND**

NOW INTO COURT, through undersigned counsel, come plaintiffs, Chad Rogers, Sr., Chad Rogers, Jr., Curtis Silver, Jr., and Michael Wiseman, Jr., who move to remand the above matter to the 19th Judicial District Court for the Parish of East Baton Rouge, the court in which this matter was pending at the time of removal, upon the following grounds:

(1) This Court is without jurisdiction over all matters alleged in plaintiffs' Petition for Damages;

(2) The cause of action herein was improperly removed in violation of the requirements of 28 U.S.C. §1446(b); and

(3) Plaintiffs allege that the removal in this case is without basis in fact or law and that plaintiffs are entitled to have this case remanded to the 19th Judicial District Court for the Parish of East Baton Rouge.

WHEREFORE, plaintiffs pray that this case be remanded to the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, in accordance with the requirements of 28 U.S.C. §1447 for further proceedings and further prays for an order awarding plaintiffs costs and fees incurred as a result of this removal proceeding, including attorney's fees.

**WILLIS & BUCKLEY**

/s/ Jennifer N. Willis
JENNIFER N. WILLIS (Bar No. 14877)
3723 Canal Street
New Orleans, Louisiana  70119
Telephone:  (504) 488-6301
Facsimile:  (504) 488-6302

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 15, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/ Jennifer N. Willis