UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHAD ROGERS, SR., CHAD ROGERS, JR., CURTIS SILVER, JR., AND MICHAEL WISEMAN, JR.** | **CIVIL ACTION NO. 2:11-cv-01295** |
| | **SECTION: CJB-SS** |
| **VERSUS** | **JUDGE: Carl J. Barbier** |
| **BP AMERICA PRODUCTION COMPANY AND DRC EMERGENCY SERVICES, L.L.C.** | **MAG.: Sally Shushan** |

## O R D E R

Considering the foregoing Motion to Remand:

IT IS HEREBY ORDERED that the captioned matter be remanded to the 19th Judicial District Court for the Parish of East Baton Rouge.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
JUDGE, United States District Court