UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHAD ROGERS, SR., CHAD ROGERS, JR., CURTIS SILVER, JR., AND MICHAEL WISEMAN, JR. | CIVIL ACTION NO. 2:11-cv-01185 |
| | SECTION: CJB-SS |
| VERSUS | JUDGE: Carl J. Barbier |
| BP AMERICA PRODUCTION COMPANY AND DRC EMERGENCY SERVICES, L.L.C. | MAG.: Sally Shushan |

## O R D E R

Considering the foregoing Motion to Remand:

    IT IS HEREBY ORDERED that the captioned matter be remanded to the Civil District Court for the Parish of Orleans.

    New Orleans, Louisiana, this _____ day of _____, 2011.

                                                                                                 _____
                                                                                     JUDGE, United States District Court