UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHAD ROGERS, SR., CHAD ROGERS, JR., CURTIS SILVER, JR., AND MICHAEL WISEMAN, JR. | CIVIL ACTION NO. 2:11-cv-01185 |
| | SECTION: CJB-SS |
| VERSUS | JUDGE: Carl J. Barbier |
| BP AMERICA PRODUCTION COMPANY AND DRC EMERGENCY SERVICES, L.L.C. | MAG.: Sally Shushan |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the foregoing Motion to Remand will be brought on for hearing before the Honorable Judge Carl J. Barbier, on the __6th__ day of __July__, 2011, at __9:30__ o'clock _a._ m., or as soon thereafter as counsel may be heard.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
JUDGE, Section "J"

11