UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NORMAN BOUISSE, HARVEY CHERAMIE, JR., JERRY PARRIA, CHAD ROGERS, SR., CURTIS SILVER, JR., CURTIS SILVER, SR., PERCY VEGAS, AND TERRY VEGAS | CIVIL ACTION NO. 2:11-cv-01159<br><br>SECTION: CJB-SS<br><br>JUDGE: Carl J. Barbier |
| VERSUS | MAG.: Sally Shushan |
| BP AMERICA PRODUCTION COMPANY AND DANOS AND CUROLE STAFFING, L.L.C. | |

## O R D E R

Considering the foregoing Motion to Remand:

    IT IS HEREBY ORDERED that the captioned matter be remanded to the Civil District Court for the Parish of Orleans.

    New Orleans, Louisiana, this _____ day of _____, 2011.

                                                                                              JUDGE, United States District Court