# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NORMAN BOUISSE, HARVEY CHERAMIE, JR., JERRY PARRIA, CHAD ROGERS, SR., CURTIS SILVER, JR., CURTIS SILVER, SR., PERCY VEGAS, AND TERRY VEGAS | CIVIL ACTION NO. 2:11-cv-01159<br><br>SECTION: CJB-SS<br><br>JUDGE: Carl J. Barbier |
| VERSUS | MAG.: Sally Shushan |
| BP AMERICA PRODUCTION COMPANY AND DANOS AND CUROLE STAFFING, L.L.C. | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the foregoing Motion to Remand will be brought on for hearing before the Honorable Judge Carl J. Barbier, on the _6th_ day of _July_, 2011, at _9:30_ o'clock _a._ m., or as soon thereafter as counsel may be heard.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
JUDGE, Section "J"

10