UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION |
| | MDL 2179 |
| Member Case: <u>Valentino Mones d/b/a Tino Mones Seafood v. BP America, Inc.</u>; 11-996 | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

### SCHEDULING ORDER

All parties have consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). Record Doc. No. 2747. Accordingly, the case will now proceed as follows.

Pleadings have been completed. Jurisdiction and venue are established.

All pretrial motions, including motions *in limine* regarding the admissibility of expert testimony, must be filed and served in sufficient time to permit notice of submission no later than **January 4, 2012**. Any motions filed in violation of this order are deemed waived unless good cause is shown. All other motions *in limine* may be filed up to the time of trial or as otherwise ordered by the court.

Counsel must complete all disclosure of information as follows:

Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) must be exchanged no later than 30 days <u>after</u> the ruling on the pending motion to remand, Record Doc. No. 2571, and only if remand is denied.

Depositions for trial use must be taken and all discovery must be completed no later than **December 12, 2011**.

Amendments to pleadings, third-party actions, cross-claims, and counterclaims must be filed no later than **July 13, 2011**.

Counsel adding new parties subsequent to mailing of this Notice must serve on each new party a copy of this Minute Entry. Responsive pleadings, when required, must be filed within the applicable delays.

Written reports of experts, as defined by Federal Rule of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs must be obtained and delivered to counsel for Defendant as soon as possible, but in no event later than **October 12, 2011**.

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants must be obtained and delivered to counsel for Plaintiff as soon as possible, but in no event later than **November 14, 2011**.

Counsel for the parties must file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and all exhibits which may or will be used at trial no later than **November 14, 2011**.

The court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

Settlement possibilities were discussed.  A settlement conference with the court may be scheduled upon joint request of all parties.

This case does not involve extensive documentary evidence, depositions or other discovery.  No special discovery limitations beyond those established in the Federal Rules or Local Rules of this court are established.

**All parties have consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c)**.  Accordingly,

**The Final Pretrial Conference will be held January 12, 2012 at 3:00 p.m. before the Magistrate Judge**.  Counsel must be prepared in accordance with the final Pretrial Notice attached.

**Trial commences on JANUARY 30, 2012 at 8:30 a.m. before the Magistrate Judge with a jury**.  Attorneys must report for trial not later than 30 minutes

before this time. The starting time on the first day of a jury trial may be delayed or moved up because of jury pooling. **Trial is estimated to last three (3) days**.

Deadlines, cut-off dates, or other limits in this order may only be extended by the court upon timely motion filed in compliance with the Local Rules and upon a showing of good cause. Continuances will not normally be granted. If, however, a continuance is granted, deadlines and cut off dates will be automatically extended, unless otherwise ordered by the court.

New Orleans, Louisiana, this ___15th___ day of June, 2011.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE