UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION |
| | MDL 2179 |
| Member Case: Southeast Recovery Group, LLC v. BP America, Inc.; 11-823 | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

### SCHEDULING ORDER

All parties have consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). Record Doc. No. 2746. Accordingly, the case will now proceed as follows.

Pleadings have not yet been completed. Defendant must file its answer and Rotorcraft Leasing Co., L.L.C., must file its motion to intervene, if any, no later than **July 13, 2011**. Jurisdiction and venue are established.

All pretrial motions, including motions *in limine* regarding the admissibility of expert testimony, must be filed and served in sufficient time to permit notice of submission no later than **April 18, 2012**. Any motions filed in violation of this order are deemed waived unless good cause is shown. All other motions *in limine* may be filed up to the time of trial or as otherwise ordered by the court.

Counsel must complete all disclosure of information as follows:

Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) must be exchanged no later than **August 15, 2011**.

Depositions for trial use must be taken and all discovery must be completed no later than **March 26, 2012**.

Amendments to pleadings, third-party actions, cross-claims, and counterclaims must be filed no later than **August 15, 2011**.

Counsel adding new parties subsequent to mailing of this Notice must serve on each new party a copy of this Minute Entry. Responsive pleadings, when required, must be filed within the applicable delays.

Written reports of experts, as defined by Federal Rule of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs must be obtained and delivered to counsel for Defendant as soon as possible, but in no event later than **January 26, 2012**.

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants must be obtained and delivered to counsel for Plaintiff as soon as possible, but in no event later than **February 27, 2012**.

Counsel for the parties must file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and all exhibits which may or will be used at trial no later than **February 27, 2012**.

The court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

Settlement possibilities were discussed.

This case does not involve extensive documentary evidence, depositions or other discovery. No special discovery limitations beyond those established in the Federal Rules or Local Rules of this court are established.

**All parties have consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c)**. Accordingly,

**The Final Pretrial Conference will be held April 26, 2012 at 2:00 p.m. before the Magistrate Judge**. Counsel must be prepared in accordance with the final Pretrial Notice attached.

**Trial commences on MAY 14, 2012 at 10:00 a.m. before the Magistrate Judge without a jury**. Attorneys must report for trial no later than 30 minutes before this time. **Trial is estimated to last five (5) days**.

Deadlines, cut-off dates, or other limits in this order may only be extended by the court upon timely motion filed in compliance with the Local Rules and upon a showing of good cause. Continuances will not normally be granted. If, however, a

continuance is granted, deadlines and cut off dates will be automatically extended, unless otherwise ordered by the court.

                New Orleans, Louisiana, this \_\_\_15th\_\_\_ day of June, 2011.

                                    JOSEPH C. WILKINSON, JR.
                                    UNITED STATES MAGISTRATE JUDGE