UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL No. 2179  SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| 2:10-CV-02771 | : : | MAGISTRATE JUDGE SHUSHAN |

..............................................................................................................................................

**CONSENT MOTION TO ENTER STIPULATED ORDER
TO FILE REPLY BRIEF IN SUPPORT OF THE
UNITED STATES' MOTION TO DISMISS [DOC. # 2732]**

THE UNITED STATES OF AMERICA hereby brings this consent motion to enter a stipulated order to permit the United States to file a reply brief in support of the United States' Motion To Dismiss the Rule 14(c) Third-Party Complaint and Cross-Claim of Triton Asset Leasing GmbH, Transocean Holding LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. ("Third-Party Plaintiffs/Cross-Claimants"), including the Rule 14(c) tender to Plaintiffs [Doc. # 2404]. The Motion to Dismiss was filed on May 18, 2011, and Third-Party Plaintiffs/Cross-Claimants responded on June 12, 2011 [Doc. # 2732].

Pursuant to agreement of Third-Party Plaintiffs/Cross-Claimants, the United States respectfully requests that it be permitted to file a reply memorandum on or before July 5, 2011. A stipulated order is attached.

2

Dated: June 16, 2011

Respectfully submitted,

| | |
|---|---|
| IGNACIA S. MORENO | TONY WEST |
| Assistant Attorney General | Assistant Attorney General |
| Environment & Natural Resources Division | Civil Division |
| | |
| JAMES NICOLL | PETER F. FROST |
| Senior Counsel | Director, Torts Branch, Civil Division |
| NANCY FLICKINGER | Aviation & Admiralty Litigation |
| Senior Attorney | |
| SARAH HIMMELHOCH | STEPHEN G. FLYNN |
| Senior Attorney | Assistant Director |
| DEANNA CHANG | MICHELLE T. DELEMARRE |
| SCOTT CERNICH | SHARON K. SHUTLER |
| A. NATHANIEL CHAKERES | JILL DAHLMANN ROSA |
| JUDY HARVEY | JESSICA SULLIVAN |
| MATT LEOPOLD | JESSICA L. MCCLELLAN |
| Trial Attorneys | MALINDA LAWRENCE |
| | DAVID J. PFEFFER |
| /s/ Steven O'Rourke | Trial Attorneys |
| STEVEN O'ROURKE | U.S. Department of Justice |
| Senior Attorney | Torts Branch, Civil Division |
| U.S. Department of Justice | PO Box 14271 |
| Environmental Enforcement Section | Washington, DC 20044 |
| PO Box 7611 | (202) 616-4100 |
| Washington, DC 20044 | |
| (202) 514-2779 | /s/ R. Michael Underhill |
| steve.o'rourke@usdoj.gov | R. MICHAEL UNDERHILL, T.A. |
| | Attorney in Charge, West Coast Office |
| | Torts Branch, Civil Division |
| | 7-5395 Federal Bldg., Box 36028 |
| | 450 Golden Gate Ave. |
| | San Francisco, CA 94102-3463 |
| | (415) 436-6648 |
| | (415) 436-6632 fax |
| | mike.underhill@usdoj.gov |

JAMES LETTEN
United States Attorney

SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras St., Suite B-210
New Orleans, LA 70130

Attorneys for the UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16th day of June, 2011.

/s/ Jill Dahlmann Rosa
U.S. Department of Justice