UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig  MDL NO. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010  SECTION J

Applies to: *All Cases*  JUDGE BARBIER
 MAGISTRATE JUDGE SHUSHAN

## ORDER

### [AGENDA WORKING GROUP CONFERENCE - JUNE 17, 2011]

1. June and July Depositions.

2. Additional Depositions To Be Scheduled Before July 31, 2011.

3. Rescheduling of Depositions.

4. London Depositions.

5. Post July 31, 2011 Depositions for Phase One.

6. Allocation of Examination Time.

7. Requests for Additional Time for Depositions.

8. Cameron's Request for Additions to BP 30(b)(6).

9. DNV/Blow-Out Preventer Matters.

10. Group Limit on Written Discovery, Including Interrogatories.

11. BP/MOEX Settlement.

12. Short Form Claimants Issues.

13. Issues Concerning Discovery from the U.S.

14. MOEX Motion regarding "alter ego."

15. Texas State MDL.

16. Resolution of Small Issues.

17. Conference Schedule.

New Orleans, Louisiana, this 16th day of June, 2011.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**