UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ART CATERING, INC.** | * | **CIVIL ACTION NO.: 11-cv-01136** |
| | * | |
| | * | |
| **VERSUS** | * | **SECTION: J** |
| | * | |
| | * | |
| **DAVID B. GORNEY, JIMMY M.** | * | **MAGISTRATE: 1** |
| **PODARAS, MARSH USA, INC., AND** | * | |
| **XYZ INSURANCE COMPANY** | * | |
| | * | |
| | * | |

*************** *********************************************************

**EXPARTE MOTION FOR LEAVE TO FILE REPLY TO OPPOSITION TO MOTION FOR REMAND**

    NOW INTO COURT, through undersigned counsel, comes Plaintiff, ART Catering, Inc., who respectfully moves this Court for an Order of Leave allowing Plaintiff to file its Reply Memorandum to Defendant's Opposition to Plaintiff's Motion to Remand. The filing of this Reply Memorandum will further assist the Court in rendering a decision on this matter.

    WHEREFORE, Plaintiff respectfully requests that this Court grant it leave to file its Reply to Opposition to Motion for Remand.

    **BRUNO & BRUNO, L.L.P.**

    **BY:** /s/ Stephen P. Bruno
    Stephen P. Bruno, No. 1272
    855 Baronne Street
    New Orleans, LA 70113
    504-525-1335