# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

ART CATERING, INC.               *        CIVIL ACTION NO.: 11-cv-01136
                                 *
                                 *
VERSUS                           *        SECTION: J
                                 *
                          *
DAVID B. GORNEY, JIMMY M.        *        MAGISTRATE: 1
PODARAS, MARSH USA, INC., AND    *
XYZ INSURANCE COMPANY            *
                                 *
                                 *
*************** *********************************************************

## ORDER

**IT IS ORDERED** that Plaintiff ART Catering, Inc.'s Exparte Motion for Leave to File Reply to Opposition to Motion for Remand this matter to the 25th Judicial District for the Parish of Plaquemines, State of Louisiana is hereby GRANTED.

New Orleans, Louisiana, this _____ day of June, 2011

_____
DISTRICT JUDGE