UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[REVISED ALLOCATION OF EXAMINATION TIME
FOR REMAINING PHASE ONE FACT WITNESS DEPOSITIONS**[1]**]**

| | Current for Two Day Deposition | Revised Allocation |
|---|---|---|
| Plaintiffs | 5 hours | 4 hours and 50 minutes |
| United States | 2 hours | 1 hour and 50 minutes |
| States | 2 hours | 1 hour and 50 minutes |
| Halliburton | 75 minutes | 1 hour and 10 minutes |
| Transocean | 75 minutes | 1 hour and 10 minutes |
| Cameron | 45 minutes | 1 hour and 10 minutes |
| BP | 30 minutes | 1 hour and 10 minutes |
| Anadardko/MOEX | 75 minutes | |
| Anadarkao | | 45 minutes |
| MOEX | | 20 minutes |
| Weatherford | 45 minutes | 30 minutes |
| M-I Swaco | 15 minutes | 15 minutes |
| Drill Quip | 0 minutes | 0 minutes |
| | _____ | _____ |
| | 15 hours | 15 hours |

---

[1] This is the default allocation. Times may be adjusted on a witness by witness basis for good cause shown.

|  | Current for One Day Deposition | Revised Allocation |
|---|---|---|
| Plaintiffs | 2 hours and 30 minutes | 2 hours and 25 minutes |
| United States | 60 minutes | 55 minutes |
| States | 60 minutes | 55 minutes |
| Halliburton | 37.5 minutes | 35 minutes |
| Transocean | 37.5 minutes | 35 minutes |
| Cameron | 22.5 minutes | 35 minutes |
| BP | 15 minutes | 35 minutes |
| Anadardko/MOEX | 37.5 minutes | |
| Anadarkao | | 22 minutes |
| MOEX | | 10 minutes |
| Weatherford | 22.5 minutes | 15 minutes |
| M-I Swaco | 7.5 minutes | 8 minutes |
| Drill Quip | 0 minutes | 0 minutes |
| | _____ | _____ |
| | 7 hours and 30 minutes | 7 hours and 30 mintues |

New Orleans, Louisiana, this 16th day of June, 2011.

_____
**SALLY SHUSHAN**
**U.S. Magistrate Judge**