**Siegert, Renee M.**

| | |
|---|---|
| **From:** | Fitch, Warren Anthony [Tony.Fitch@bingham.com] |
| **Sent:** | Monday, June 06, 2011 7:29 PM |
| **To:** | 'Ruth Colvin'; Bertaut, Carmelite |
| **Cc:** | 'Richard Gorman'; 'David Jones'; Wittmann, Phillip A.; 'David Beck'; 'Mark Cohen'; Kirby, Ky E. |
| **Subject:** | RE: Request for meet and confer: June 7 at 4:00 pm |

Mu understanding is that the many subpoenas issued in this cased by various parties are done on behalf of the parties in general -- and usually at the directiive of the MJ, as was the case here. Thus, I think that any and every party has a right to participate in any meet and confers involving issues about which they are concerned.


Warren Anthony Fitch
*Partner*
T 202.373.6695
F 202.373.6001
tony.fitch@bingham.com

BINGHAM
Bingham McCutchen LLP
2020 K Street NW
Washington, DC 20006-1806


The information in this transmittal (including attachments, if any) is privileged and confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.


**From:** Ruth Colvin [mailto:rcolvin@cgptexas.com]
**Sent:** Monday, June 06, 2011 4:47 PM
**To:** 'Bertaut, Carmelite'
**Cc:** 'Richard Gorman'; Fitch, Warren Anthony; 'David Jones'; 'Wittmann, Phillip A.'; 'David Beck'; 'Ruth Colvin'; 'Mark Cohen'
**Subject:** RE: Request for meet and confer: June 7 at 4:00 pm

Carmelite,

Good day.

Thank you for your email. Unfortunately, I am unclear what about DNV's objections to the technically deficient (unsigned) subpoena you wish to discuss. In any event, a meeting tomorrow is premature, as DNV has served only its objections to the subpoena (as required by FRCP 45(c)(2)(B) ) and not its responses, which are due next week.

To the extent DNV's responses require discussion after the time to respond has passed, please be advised that to our knowledge, Anadarko via its counsel is the only issuer of this subpoena, and so we will discuss DNV's responses to the subpoena with same, if necessary. DNV will not discuss its responses piecemeal with the various parties to the underlying litigation. According to the subpoena, Anadarko, and only Anadarko, is the issuing party. There is no reference to the subpoena being issued by proxy or as agent for others.

Regards,

Richard / Ruth

Ruth A. Colvin
Cohen, Gorman & Putnam, L.L.P.
1010 Lamar Street, Suite 1000
Houston, Texas 77002-6314

Office Phone: 713-224-0628
Fax:   713 224-7487
Email: rcolvin@cgptexas.com
Mobile Phone: 940-452-3703

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIALITY STATEMENT
This communication, all related responses and all attachments are intended only for the use of the proposed addressee, and contain information that is PRIVILEGED and CONFIDENTIAL, protected by the ATTORNEY-CLIENT PRIVILEGE and/or as ATTORNEY WORK PRODUCT.  If you are not the intended recipient of this communication, you are notified that the release of this information to any person or entity is strictly prohibited.  If this communication was sent to you in error, please disregard it, delete all electronic copies of the message, responses and attachments, destroy any hard copies of the message, responses and attachments that were printed or created, and notify Ruth A. Colvin at (713) 224-0628 or the above email address that you received the message in error.  Thank you.

---

**From:** Bertaut, Carmelite [mailto:CBertaut@stonepigman.com]
**Sent:** Monday, June 06, 2011 2:42 PM
**To:** 'Ruth Colvin'
**Cc:** 'Mark Cohen (mcohen@cgptexas.com)'; 'Fitch, Warren Anthony'; 'David Jones'; Wittmann, Phillip A.; 'David Beck'
**Subject:** Request for meet and confer: June 7 at 4:00 pm
**Importance:** High

Ruth,
    I am directing my email to you because I understand from Tony Fitch that Mark Cohen is out of the office until the 14th.  We are also copying Mark however on this email.
    I am writing to request a meet and confer with you **tomorrow at 4:00 Central** concerning DNV's responses to the Anadarko subpoena duces tecum that was issued by Anadarko in conjunction with the Rule 30b6 deposition in the MDL proceeding.
    For your information, Anadarko prepared and served the papers relating to the Rule 30b6 deposition notice of DNV as an accommodation for the MDL, at the Court's suggestion, but the preparation and service was with the input of all parties to the MDL.  Hence, Cameron has standing to discuss DNV's objections to the Rule 30b6 subpoena.
    Please confirm your availability.  By copy to all counsel listed, I also welcome their participation in the meet and confer.
    Thanks,


Carmelite M. Bertaut
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street

6/8/2011

New Orleans, Louisiana  70130
Phone:  504-593-0898
Fax:  504-596-0898
Email:  cbertaut@stonepigman.com
Website:  www.stonepigman.com

IRS Circular 230 Notice:  To ensure compliance with requirements imposed by the IRS, please be informed that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.  For more information about this notice, please visit http://www.stonepigman.com/news/showNews.html?id=73.

---

This communication is from a law firm and may be privileged and confidential. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication.

---

Confidentiality Notice: The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone.

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.

6/8/2011