From:
"Marty McLeod (1212)" <MCLEODM@phelps.com>
To:
"'Sally_Shushan@laed.uscourts.gov'" <Sally_Shushan@laed.uscourts.gov>
Cc:
"Moore, Allan" <abmoore@cov.com>, "Kyle Moran (6305)" <MoranK@phelps.com>, 'John Elsley' <John.Elsley@roystonlaw.com>, "'Morgan, Vince'" <vince.morgan@pillsburylaw.com>, "'Gillon, Peter M.'" <peter.gillon@pillsburylaw.com>, "'JShugrue@ReedSmith.com'" <JShugrue@ReedSmith.com>, "'vphilpot@maloneymartinllp.com'" <vphilpot@maloneymartinllp.com>, "'rziek@sbcglobal.net'" <rziek@sbcglobal.net>, "'dday@ddaylaw.com'" <dday@ddaylaw.com>, "'mmaloney@maloneymartinllp.com'" <mmaloney@maloneymartinllp.com>, "'DRosenfield@ReedSmith.com'" <DRosenfield@ReedSmith.com>, "Richard Dicharry (1232)" <DICHARRR@phelps.com>, "George Gilly (1289)" <GILLYG@phelps.com>, "Tucker, Seth" <stucker@cov.com>, "Wenk, Christopher" <cwenk@cov.com>, "Mike_Okeefe@laed.uscourts.gov" <Mike_Okeefe@laed.uscourts.gov>, 'Liaison 2179 Email Distribution' <DefenseLiaison2179@liskow.com>, 'Don K Haycraft' <dkhaycraft@liskow.com>, 'Nader Boulos' <nboulos@kirkland.com>, 'Kerry Miller' <kmiller@fpkc.com>, 'Steve Herman' <SHERMAN@hhkc.com>, "'Roberts, Steven'" <Steven.Roberts@sutherland.com>, 'James Roy' <JIMR@wrightroy.com>
Date:
06/09/2011 06:31 PM
Subject:
RE: MDL No. 2179 -- Insurance Actions (Nos. 11-274 and 11-275) -- Agreed Case Management Order

Dear Judge Shushan,

We understood from Your Honor's May 31, 2011, order that Judge Barbier would select the hearing date, and not the parties. We respectfully disagree with opposing counsel's position that, based upon the facts and circumstances of this case and the nature of BP's motion for judgment on the pleadings, it would be appropriate for Transocean Excess Insurers to agree in advance on opposing counsel's request for a September hearing date. In the agreed CMO, briefing will likely not be complete until the end of August. We expect the Court will choose to set the hearing date on a date and time when appropriate that would enable sufficient opportunity for the Court to study same. Of course, Transocean's Excess Insurers are completely agreeable with whichever date the Court ultimately deems appropriate.

In addition, as we understand from Your Honor's May 31, 2011, order, the proposed CMO was to be submitted in PDF, and so we enclose the CMO in PDF format.

Finally, by this email, I am forwarding the proposed CMO to the appropriate MDL liaison counsel that were not included on opposing counsel's prior email.

Thanks and regards.

-- Marty
504 584-9212

**From:** Goodwin, David [mailto:DGoodwin@cov.com]
**Sent:** Thursday, June 09, 2011 5:06 PM
**To:** 'Sally_Shushan@laed.uscourts.gov'
**Cc:** Moore, Allan; Marty McLeod (1212); Kyle Moran (6305); 'John Elsley'; 'Morgan, Vince'; 'Gillon, Peter M.'; 'JShugrue@ReedSmith.com'; 'vphilpot@maloneymartinllp.com'; 'rziek@sbcglobal.net'; 'dday@ddaylaw.com'; 'mmaloney@maloneymartinllp.com'; 'DRosenfield@ReedSmith.com'; Richard Dicharry (1232); George Gilly (1289); Tucker, Seth; Wenk, Christopher; Mike_Okeefe@laed.uscourts.gov
**Subject:** MDL No. 2179 -- Insurance Actions (Nos. 11-274 and 11-275) -- Agreed Case Management Order

Dear Judge Shushan:

Pursuant to the Court's Order of May 31 (docket no. 2593), I attach a proposed Agreed Case Management Order for the Insurance Actions (Nos. 11-274 and 11-275), which the parties jointly request the Court to enter. This proposed order has a signature line for Judge Barbier in keeping with prior practice for such orders, but we understand that it might be signed and issued by Your Honor, insofar as the parties have agreed to submit these issues to Your Honor for resolution.

For the hearing date on BP's anticipated Rule 12(c) motion for judgment on the pleadings (currently left blank, as the Court's May 31 Order directed, in Section V.A.4), BP respectfully requests a September 2011 date, if Judge Barbier can accommodate us then. See Order (docket no. 2593), at 5 ("The date for the hearing on the motion for judgment on the pleadings shall be blank as the undersigned will secure a date from Judge Barbier"). Ranger, the primary insurer in these cases, has stated that it does not oppose a September hearing date. The Excess Insurers have stated that they would like to see BP's motion before agreeing to a hearing date, but BP respectfully submits that a party should not need to see a motion for judgment on the pleadings in order for the hearing on the motion to be set; these cases have been pending for over a year; and September seems an appropriate month.

We appreciate the Court's attention to this matter.

Respectfully submitted,

David Goodwin

Counsel for BP

**David B. Goodwin** | <u>Covington & Burling LLP</u> | One Front Street | San Francisco CA 94111-5356
Phone: +1 415.591.7074 | Mobile: + 1 415.533.4611 | Fax: +1 415.955.6574 |
Email: <u>dgoodwin@cov.com</u>