```
           Lacy,%20Kevin%20Rough%20Draft%20060211%20pt%202[1].txt
   8    binder.
   9         A.     (Complying) you.
  10         Q.     I put before you a document that
  11    we're going to mark as our next exhibit which
  12    is 2952?
  13         MS. KARIS:
  14              I believe for the record
  15    Cameron's time is up.
  16         MR. NICHOLS:
  17              I still have not seen a court
  18    order #36789Z I will handled it to you.  I
  19    can help you out there SNE man man are you
  20    disputing that Cameron has for than
  21    45 minutes plus 15 minutes that were seeded
  22    to you on the spot.
  23         MR. NICHOLS:
  24              I have been operating -- let's
  25    go off the record.
                      UNEDITED ROUGH DRAFT
                                                       199

   1         THE VIDEOGRAPHER:
   2              Off the record.  The time is now
   3    3:12.
   4         THE VIDEOGRAPHER:
   5              Back on the record.  The time is
   6    now 3:13.
   7         MS. KARIS:
   8              I would like to state for the
   9    record that we is rated the issue of time
  10    allocation day from in these depositions I
  11    think it's inappropriate for Cameron's
  12    counsel to carbon monoxide here and contend
                           Page 167
```

Lacy,%20Kevin%20Rough%20Draft%20060211%20pt%202[1].txt

13  that he doesn't know there is an order
14  limiting his time to 45 minutes. It's one
15  thing say that you got time from others but
16  to dispute that you if have 45 and I provide
17  you with an order that you have an obligation
18  to be aware of is inappropriate.
19           MR. NICHOLS:
20               Are you done?
21           MS. KARIS:
22               I am.
23           MR. NICHOLS:
24               Let's go on with the deposition.
25           MR. NICHOLS:
                    UNEDITED ROUGH DRAFT
                                              200

1                I would like to state that I've
2   been sitting through a number of depositions
3   and I believe that more time is wasted in
4   talking about time than we ever save BIZ
5   enforcing time limits.
6   EXAMINATION BY MR. NICHOLS:
7        Q.   Exhibit 2952 is our next exhibit
8   and this is a document that was provided in
9   NAFtive format by BP so it doesn't Virginia
10  Bates number. It's PowerPoint is that what
11  it appears to be to you?
12       A.   Yes, it is.
13       Q.   Your name is wrist listed within
14  the document, do you recognize this
15  PowerPoint?
16       A.   I'm looking for a date. Which
17  would help me with the.

Page 168