UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | CIVIL ACTION |
| | MDL 2179 |
| Applies to All Cases. | SECTION: J(1) |

### ORDER

**IT IS ORDERED** that the MDL 2179 Status Conference currently scheduled for Friday, August 12, 2011, at 9:30 a.m. is hereby **RESET** for Friday, August 12, 2011, **at 8:30 a.m.**

New Orleans, Louisiana this 16th day of June, 2011.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE