UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL NO. 2179<br>SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| 2:10-CV-02771 | : : | MAGISTRATE JUDGE SHUSHAN |

..............................................................................................................................

**STIPULATED ORDER**

At the suggestion and stipulation of the United States, and with agreement of counsel for Transocean, and considering the consent motion to enter a stipulated order permitting the United States to file a reply brief in support of the United States' Motion To Dismiss the Rule 14(c) Third-Party Complaint and Cross-Claim of Triton Asset Leasing GmbH, Transocean Holding LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. ("Third-Party Plaintiffs/Cross-Claimants"), including the Rule 14(c) tender to Plaintiffs [Doc. # 2404], it is hereby ORDERED that the United States' reply memorandum shall be filed on or before July 5, 2011.

New Orleans, Louisiana this 16th day of June, 2011.

_____
United States District Judge