UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ART CATERING, INC. | * | CIVIL ACTION NO.: 11-cv-01136 |
| VERSUS | * | SECTION: J |
| DAVID B. GORNEY, JIMMY M. PODARAS, MARSH USA, INC., AND XYZ INSURANCE COMPANY | * | MAGISTRATE: 1 |

************************************************************************

## ORDER

IT IS ORDERED that Plaintiff ART Catering, Inc.øs Exparte Motion for Leave to File Reply to Opposition to Motion for Remand this matter to the 25th Judicial District for the Parish of Plaquemines, State of Louisiana is hereby GRANTED.

New Orleans, Louisiana this 16th day of June, 2011.

_____
United States District Judge