UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG<br>"DEEPWATER HORIZON" in the<br>GULF OF MEXICO on<br>APRIL 20, 2010<br><br>This document relates to:<br><br>2:10-cv-04182;<br>2:10-cv-04183 | § § § § § § § § § § § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>Judge Carl J. Barbier<br>Magistrate Judge Sally Shushan |

## M-I L.L.C.'S REQUEST FOR ORAL ARGUMENT

Defendant M-I L.L.C., pursuant to Local Rule 78.1, respectfully requests oral argument on its Motion to Dismiss the State of Alabama's First Amended Complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

June 16, 2011

Respectfully submitted,

| | |
|---|---|
| **OF COUNSEL:**<br>MORGAN, LEWIS & BOCKIUS LLP | MORGAN, LEWIS & BOCKIUS LLP |
| Derek E. Leon<br>dleon@morganlewis.com<br>Texas Bar No. 24002463<br>5300 Wachovia Financial Center<br>200 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 415-3000<br>Facsimile: (305) 415-3001 | By: /s/ *Hugh E. Tanner*<br>Hugh E. Tanner<br>htanner@morganlewis.com<br>Texas Bar No. 19637400<br>1000 Louisiana, Suite 4000<br>Houston, Texas 77002<br>Telephone: (713) 890-5000<br>Facsimile: (713) 890-5001 |
| Denise Scofield<br>dscofield@morganlewis.com<br>Texas Bar No. 00784934<br>1000 Louisiana, Suite 4000<br>Houston, Texas 77002<br>Telephone: (713) 890-5000<br>Facsimile: (713) 890-5001 | **ATTORNEYS FOR DEFENDANT**<br>**M-I L.L.C.** |
| **ATTORNEYS FOR DEFENDANT**<br>**M-I L.L.C.** | |

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *M-I L.L.C.'S Request for Oral Argument* has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16th day of June, 2011.

                                              */s/ Hugh E. Tanner*
                                                Hugh E. Tanner