UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CASABLANCA FISH MARKET, INC., a Florida Corporation, individually and on behalf of others similarly situated | MDL NO. 2179 |
| | SECTION J |
| Plaintiffs, | |
| v. | |
| | JUDGE BARBIER |
| | MAG. JUDGE SHUSHAN |
| BP, PLC, BP AMERICA, INC., BP PRODUCTS NORTH AMERICA, INC., TRANSOCEAN, LTD, (TRANSOCEAN ENTITY), TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., (TRANSOCEAN ENTITY), TRANSOCEAN DEEPWATER, INC, (TRANSOCEAN ENTITY), CAMERON INTERNATIONAL CORPORATION and, HALIBURTON ENERGY SERVICES, INC., | CIVIL ACTION NO.: 2:10-cv-03106 |
| Defendants | |

_____

**PLAINTIFF CASABLANCA FISH MARKET, INC.'S
MOTION TO EXTEND TIME TO SERVE DEFENDANTS**

COMES NOW, by and through undersigned counsel, comes, Claimants, CASABLANCA FISH MARKET, INC., individually and on behalf of others similarly situated, hereby files this Motion to Extend Time to Serve Complaint on Defendants, BP, PLC, TRANSOCEAN, LTD and TRANSOCEAN DEEPWATER DRILLING, INC. and as grounds state:

1.      That on May 25, 2010, Plaintiffs filed its Complaint against, among others, BP, PLC, TRANSOCEAN, LTD and TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.

2.      That Plaintiff has made good faith diligent attempts for service on BP, PLC, TRANSOCEAN OFFSHORE DEEPWATER, INC. and TRANSOCEAN, LTD at several addresses. However, the Plaintiffs have not been able to successfully serve the aforementioned

1

Defendants.  Moreover, the Plaintiffs were notified that an unrelated company with a similar name, Trans Ocean, Ltd, had been mistakenly served with the Complaint.

3. As such, good cause exists for the extension of time within which to serve the aforementioned Defendants.

4. That Plaintiff respectfully requests that this Honorable Court enter an Order granting the extension of time of 120 days within which to serve the Complaint on BP, PLC, TRANSOCEAN OFFSHORE DEEPWATER, INC. and TRANSOCEAN, LTD.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16th day of June, 2011.

Respectfully submitted,

 /s/ Raquel Y. Lao_____
Raquel Y. Lao, Esquire
Florida Bar No. 0051002
FRIEDMAN, RODMAN & FRANK, P.A.
Attorneys for Casablanca Fish Market, Inc.
3636 West Flagler Street
Miami, Florida 33135
Telephone: (305) 448-8585
Facsimile: (305) 448-9818
Email: raquellao@gmail.com