UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CASABLANCA FISH MARKET, INC., a Florida Corporation, individually and on behalf of others similarly situated | MDL NO. 2179 |
| | SECTION J |
| Plaintiffs, | |
| v. | |
| | JUDGE BARBIER |
| BP, PLC, BP AMERICA, INC., BP PRODUCTS NORTH AMERICA, INC., TRANSOCEAN, LTD, (TRANSOCEAN ENTITY), TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., (TRANSOCEAN ENTITY), TRANSOCEAN DEEPWATER, INC, (TRANSOCEAN ENTITY), CAMERON INTERNATIONAL CORPORATION and, HALIBURTON ENERGY SERVICES, INC., | MAG. JUDGE SHUSHAN |
| | CIVIL ACTION NO.: 2:10-cv-03106 |
| Defendants | |

## ORDER

THIS CAUSE, having come before the Court this day upon Plaintiffs, CASABLANCA FISH MARKET, INC.'s Motion for Extension of Time to Serve Defendants, and the Court having been advised of the premises, does hereby order as follows:

IT IS ORDERED, the Plaintiffs' Motion is GRANTED.  The Plaintiffs shall have an additional 120 days to serve the Complaint on the Defendants.

DONE AND ORDERED in Chambers at New Orleans, Louisiana, this _____ day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE