**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| **In re:** | **Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf Of Mexico, on April 20, 2010** | * | **MDL No. 2179** |
| | | * | **SECTION: J** |
| | **Applies to: 2:10-cv-02771** | * | **JUDGE BARBIER** |
| | | * | **MAGISTRATE JUDGE SHUSHAN** |

* * * * * * * * * * * * * * *

**MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD FOR MOEX USA CORPORATION**

**NOW INTO COURT,** through undersigned counsel, comes Defendant, MOEX USA CORPORATION ("MOEX USA"), and moves this Court for an order withdrawing Jack McKay of Pillsbury Winthrop Shaw Pittman LLP, with respect to the claims filed by and against Cameron International Corporation (the "Claims") in civil case number 2:10-cv-02771 (the "Action"), and substituting Robert S. Stassi of Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, LLC as trial attorney and counsel of record in his stead with respect to the Claims in the Action.

WHEREFORE, the undersigned counsel, both individually and on behalf of their respective law firms, request this Court to allow the withdrawal of Jack McKay of Pillsbury Winthrop Shaw Pittman LLP as counsel for Defendant MOEX USA with respect to the Claims in the Action and the substitution of Robert S. Stassi of Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, LLC as trial attorney and counsel of record, in his stead with respect to the Claims in the Action.

Respectfully submitted,

/s/ Robert S. Stassi
Robert S. Stassi (T.A.) (La. Bar #25259)
oilspill.mdl.docket@carverdarden.com
CARVER, DARDEN, KORETZKY, TESSIER, FINN, BLOSSMAN & AREAUX, LLC
Energy Centre, 1100 Poydras Street, Suite 3100
New Orleans, Louisiana 70163
Telephone: (504) 585-3800
Facsimile: (504) 585-3801

/s/Jack McKay
Jack McKay (T.A.)
Jack.mckay@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N. Street, N.W.
Washington, D.C. 20037-1122
Telephone (202) 663-8439
Facsimile (202) 663-8007

**ATTORNEYS FOR MOEX USA CORPORATION**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of June, 2011, a copy of the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system. I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

/s/Jack McKay