**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re:    **Oil Spill by the Oil Rig**        \*    **MDL No. 2179**
           **"*Deepwater Horizon*" in the Gulf**    \*
           **Of Mexico, on April 20, 2010**      \*    **SECTION:  J**
                                             \*
           **Applies to:**                     \*
           **2:10-cv-02771**                \*    **JUDGE BARBIER**
                                          \*    **MAGISTRATE JUDGE SHUSHAN**

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**ORDER**

      **THIS CAUSE,** having come before the Court this day upon Motion by counsel for

Defendant, MOEX USA Corporation, to allow certain counsel to withdraw from representing

MOEX USA Corporation with respect to the claims filed by and against Cameron International

Corporation (the "Claims") in civil action number 2:10-cv-02771 (the "Action"), and other

counsel to substitute in his stead with respect to such Claims in the Action, and the Court

having reviewed the Motion, does hereby order as follows:

      IT IS ORDERED, that Jack McKay of Pillsbury Winthrop Shaw Pittman LLP is

allowed to withdraw as counsel for MOEX USA Corporation with respect to the Claims in the

Action and to substitute Robert S. Stassi of Carver, Darden, Koretzky, Tessier, Finn, Blossman

& Areaux, LLC as trial attorney and counsel of record in his stead with respect to the Claims in

the Action.

      New Orleans, Louisiana, this _____ day of June, 2011.

                _____
                       UNITED STATES DISTRICT JUDGE