## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In re: | Oil Spill by the Oil Rig | * | MDL No. 2179 |
| | *"Deepwater Horizon"* in the Gulf | * | |
| | Of Mexico, on April 20, 2010 | * | SECTION:  J |
| | | * | |
| | Applies to: | * | |
| | 2:10-cv-02771 | * | JUDGE BARBIER |
| | | * | MAGISTRATE JUDGE SHUSHAN |

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *

### MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD
### FOR MOEX OFFSHORE 2007 LLC

NOW INTO COURT, through undersigned counsel, comes Defendant, MOEX

Offshore 2007 LLC ("MOEX Offshore"), and moves this Court for an order withdrawing John

F. Pritchard, Edward Flanders, and Christopher McNevin of Pillsbury Winthrop Shaw Pittman

LLP, with respect to the claims filed by and against Cameron International Corporation (the

"Claims") in civil case number 2:10-cv-02771 (the "Action"), and substituting Philip D.

Nizialek of Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, LLC, as trial

attorney and counsel of record, and M. Hampton Carver, William T. Finn, and Timothy J.

Jacquet of Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, LLC, also as counsel

of record, in their stead with respect to the Claims in the Action.

WHEREFORE, the undersigned counsel, both individually and on behalf of their

respective law firms, request this Court to allow the withdrawal of John F. Pritchard, Edward

Flanders, and Christopher McNevin of Pillsbury Winthrop Shaw Pittman LLP as counsel for

Defendant MOEX Offshore with respect to the Claims in the Action, and the substitution of

Philip D. Nizialek of Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, LLC, as

trial attorney and counsel of record, and M. Hampton Carver, William T. Finn, and Timothy J.

Jacquet of Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, LLC, also as counsel

of record, in their stead with respect to the Claims in the Action.

Respectfully submitted,

/s/Philip D. Nizialek
Philip D. Nizialek (T.A.) (La. Bar #24180)
oilspill.mdl.docket@carverdarden.com
M. Hampton Carver (La. Bar #3947)
oilspill.mdl.docket@carverdarden.com
William T. Finn (La. Bar #1359)
oilspill.mdl.docket@carverdarden.com
Timothy J. Jacquet (La. Bar #21642)
oilspill.mdl.docket@carverdarden.com
CARVER, DARDEN, KORETZKY,
TESSIER, FINN, BLOSSMAN &
AREAUX, LLC
Energy Centre, 1100 Poydras Street,
Suite 3100
New Orleans, Louisiana 70163
Telephone: (504) 585-3800
Facsimile: (504) 585-3801

/s/John F. Pritchard
John F. Pritchard (T.A.)
john.pritchard@pillsburylaw.com
PILLSBURY WINTHROP SHAW
PITTMAN LLP
1540 Broadway
New York, New York 10036-4039
Telephone (212) 858-1620
Facsimile (212) 858-1500

/s/ Christopher McNevin
Christopher McNevin
chrismcnevin@pillsburylaw.com
PILLSBURY WINTHROP SHAW
PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-5406
Telephone (213) 48-7507
Facsimile (213) 629-1033

/s/ Edward Flanders_____
Edward Flanders
edward.flanders@pillsburylaw.com
PILLSBURY WINTHROP SHAW
PITTMAN LLP
1540 Broadway
New York, New York 10036-4039
Telephone (212) 858-1638
Facsimile (212) 858-1500

**ATTORNEYS FOR**
**MOEX OFFSHORE 2007 LLC**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of June, 2011, a copy of the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.  I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

/s/John F. Pritchard