# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf Of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br>SECTION: J |
| Applies to:<br>2:10-cv-02771 | * * * | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**THIS CAUSE,** having come before the Court this day upon Motion by counsel for Defendant, MOEX Offshore 2007 LLC, to allow certain counsel to withdraw from representing MOEX Offshore 2007 LLC with respect to the claims filed by and against Cameron International Corporation (the "Claims") in civil action number 2:10-cv-02771 (the "Action"), and other counsel to substitute in their stead with respect to such Claims in the Action, and the Court having reviewed the Motion, does hereby order as follows:

IT IS ORDERED, that John F. Pritchard, Edward Flanders, and Christopher McNevin of Pillsbury Winthrop Shaw Pittman LLP, are allowed to withdraw as counsel of record for MOEX Offshore 2007 LLC with respect to the Claims in the Action, and Philip D. Nizialek of Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, LLC, as trial attorney and counsel of record, and M. Hampton Carver, William T. Finn, and Timothy J. Jacquet of Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, LLC, also as counsel of record, are substituted in their stead with respect to the Claims in the Action.

New Orleans, Louisiana, this _____ day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE