**Richard Gorman**

| | |
|---|---|
| From: | Richard Gorman <rgorman@cgptexas.com> |
| Sent: | Friday, June 10, 2011 10:01 AM |
| To: | rgorman@cgptexas.com |
| Subject: | FW: CORRECTION...RE: 1010 Lamar Building Access and Parking - Saturday and Sunday June 11 and 12 |
| Importance: | High |

The request has been submitted for air conditioning on Saturday and Sunday from 8 to 5 each day.

PARKING: The building has arranged for us to have the parking garage open from 8 to 5 each day at no charge to either the guests or us. Guests are to park on level one (street level). The guests need to know to come through the double doors in the garage to get to the building, turn right and come to the double glass doors.

BUILDING ACCESS: The building's double glass doors are open on Saturday from 8 to 1. If a guest arrives *after* 1:00 on Saturday or anytime on Sunday, they will need to do one of two things:

1. Arriving at the locked double glass doors in the building, the guard will see them and allow access to the building at which time the guest will need to tell the guard they are coming to Cohen, Gorman & Putnam regarding the oil spill and the guard will swipe his card to allow the elevator to come up. (The building management is instructing the security guard that the code words "oil spill" and "Cohen, Gorman & Putnam" will allow a person access to the building and elevator.)

2. Arriving at the locked double glass doors and the guard is on rounds, the guest will need to call Ruth on her cell (1-940-452-3703) so that she can come down and get them.

I think that covers it. If not, please let me know.

*Patsy A. Furey*
Office Manager

Cohen, Gorman & Putnam, L.L.P.
1010 Lamar Street, Suite 1000
Houston, Texas 77002
Telephone: (713) 224-0628
Facsimile: (713) 224-7487

1