From:
"York, R. Alan" <AYork@GodwinRonquillo.com>
To:
<Sally_Shushan@laed.uscourts.gov>, <Kat_Shea@laed.uscourts.gov>, <Mike_OKeefe@laed.uscourts.gov>
Cc:
<SHERMAN@hhkc.com>, <jimr@wrightroy.com>, "Robert Cunningham" <RTC@cunninghambounds.com>, <mike.underhill@usdoj.gov>, <lstrange@ago.state.al.us>, <cmaze@ago.state.al.us>, "dsc2179 distribution list" <dsc2179@liskow.com>
Date:
06/10/2011 09:38 AM
Subject:
Objections to Additional Halliburton Witnesses as Phase One Deponents

Judge Shushan:

In compliance with your May 27 memorandum regarding additional phase one deponents, Halliburton provides the following objections to other parties' requests for additional Halliburton witnesses as phase one deponents.

## Objections to Additional Halliburton Post-July 31 Depositions

**Richard Dubois**: Halliburton has no objection to the addition of Richard Dubois to the Phase One deponent list, and has provided a proposed deposition date of July 19.

**Halliburton 30b6 designee on Sperry contractual issues**: Halliburton has no objection to this Phase One deposition and has provided a proposed deposition date of July 29.

**Melissa Bergman**: BP seeks to depose Melissa Bergman about HSE training materials, including stop work authority, and an email she authored stating that Halliburton was remotely monitoring the realtime data during the incident. Bergman's job duties include conducting training with Halliburton's HSE group, and she reports directly to Tim Probert, the Chief HSE Officer. ***Bergman's involvement with HSE involving process safety issues began post-incident, with the implementation of Halliburton's new HSE plan in 2011. Any information Bergman possesses regarding HSE process safety training materials therefore post-dates the incident and is not relevant to Phase One of the trial. Bergman does not have any personal knowledge regarding the Macondo incident.*** Further, upon inquiry, Ms. Bergman has informed regarding the email referenced in BP's deposition request, that she was merely reporting information told to her by another person. She has no personal knowledge of the monitoring of real time data before, during, or after the Incident. For this reason, Bergman should not be included on the Phase One deponent list.

**Karl Blanchard**: BP seeks to depose Karl Blanchard because he is Halliburton's Vice President in charge of the Cementing Service Line and is Richard Vargo's direct supervisor, and also because he "would have information related to cement training and guidance materials, including on the design and testing of cement slurries." ***However, Blanchard was not Vice President of the Cementing Service Line at the time of the***

*Incident, nor did he have anything to do with Macondo.* Tommy Roth served in this Vice President role during the relevant time period, and his deposition is set for June 27-28. For his reason, Blanchard should not be included on the Phase One deponent list.

**Jim Prestidge**: BP seeks to depose Jim Prestidge because he is the Vice President of HSE and he was identified in a deposition as having information regarding the practices and standards governing Halliburton's provision of services to customers, including any process safety standards. Prestidge reports directly to Tim Probert, the Chief HSE Officer. *Prestidge's involvement with HSE began post-Incident, with the implementation of Halliburton's new HSE plan in 2011. Therefore, any information he possesses in his role as Vice President of HSE, including the practices, standards and process safety standards sought by BP, post-dates the Incident and is not relevant to Phase One of the trial.* Prestidge therefore should not be included on the Phase One deponent list.

**Simon Turton or Anthony Badalamenti**: BP (and Transocean as to Badalamenti) seeks to depose either Simon Turton or Anthony Badalamenti because it "believe[s] they have information regarding Halliburton's post-incident cement testing and investigation." Tim Quirk, the Area Lab Manager for the Gulf of Mexico, was deposed on March 21-22. During his deposition, Quirk testified about post-Incident cement testing and investigation. Tommy Roth and Ronnie Faul will be deposed on June 27-28 and June 29-30, respectively. Both Roth and Faul are likely to provide additional information regarding post-Incident cement testing and investigation, making the testimony of Simon Turton and/or Anthony Badalamenti unnecessary for Phase One. For these reasons, neither Turton nor Badalamenti should be included on the Phase One deponent list.

**Jim Brown**: BP seeks to depose Jim Brown, Halliburton's President--Western Hemisphere. BP claims that Brown would purportedly know if any guidance was issued to Halliburton's engineers after the *Deepwater Horizon* incident. BP also notes that Brown sent a letter to employees on 10/28/10 sharing Halliburton's post-Incident investigation, and BP vaguely claims he "may have information concerning Halliburton's investigation" as a result. Jim Brown is a senior executive and Halliburton's President of Operations in the Western Hemisphere. He was not personally involved in any Halliburton internal investigation. Further, Brown did not have involvement in or responsibility for the Macondo well during Phase One events. He therefore has no first-hand knowledge of any facts that are relevant to Phase One. For these reasons, Brown should not be included on the Phase One deponent list.

**James Bement**: BP seeks the deposition of James Bement, the Vice President of Sperry, because BP thinks he has knowledge of Sperry performance issues and non-productive time on the *Deepwater Horizon*. John Gisclair was deposed as Halliburton's primary 30(b)(6) designee for Sperry issues on March 14-15, and an additional 30(b)(6) designee, Skip Clark, is tentatively scheduled to testify regarding contractual issues between BP and Sperry. Such contractual issues would include the topics sought by BP. In his personal capacity, Bement knows nothing about issues related to the

blowout, thus he lacks any information relevant to Phase One.  For these reasons, Bement should not be included on the Phase One deponent list.

Thank you.

Alan York


**R. Alan York**
Board Certified - Civil Appellate Law
Texas Board of Legal Specialization


1331 Lamar, Suite 1665
Houston, Texas 77010
713.595.8301 Direct   (800.662.8393 Toll Free)
713.595.8333 Fax