# BINGHAM

James J. Dragna
Direct Phone: 213.680.6436
Direct Fax:    213.830.8636
jim.dragna@bingham.com

June 14, 2011

**Via E-mail (Sally_Shushan@laed.uscourts.gov)**

The Hon. Sally Shushan
United States Magistrate Judge
United States District Court for the
    Eastern District of Louisiana
Hale Boggs Federal Building
United States Courthouse
500 Poydras Street
New Orleans LA 70130

Re:   **MDL No. 2179 -- Allocation of Deposition Examination Time**

Dear Judge Shushan:

We have reviewed Mr. Langan's submission of this date regarding a variety of issues, including deposition time allocated between Anadarko and MOEX. We note for the record that of the 16 depositions (spanning 27 deposition days) that have been taken both in New Orleans and the U.K. since June 2, 2011, when Pillsbury became counsel of record for MOEX, MOEX's counsel has attended only 3 depositions (for a total of 6 days). Of the two depositions where it has conducted examination, MOEX's counsel used only 10 minutes at the Rainey deposition and 14 minutes at the Wardlaw deposition. The actual time used by MOEX--which is perhaps most probative of its need--is entirely consistent with Anadarko's proposal for the allocation of time.

We wanted Your Honor to be aware of the above facts as you review BP's argument that MOEX must have 1/2 of the deposition examination time that was originally allocated to Anadarko and MOEX on a joint basis. While it is difficult to understand what important interests BP contends MOEX may have to protect that might require 1/2 the total deposition time (particularly given BP's refusal to produce the settlement agreement upon which it so heavily relies), it seems that those interests cannot be that significant given that MOEX has chosen not to attend the vast majority of the depositions since the settlement.

Boston
Frankfurt
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Washington

Bingham McCutchen LLP
Suite 4400
355 South Grand Avenue
Los Angeles, CA
90071-3106

T +1.213.680.6400
F +1.213.680.6499
bingham.com

A/74326425.1/3320167-0000350535

The Hon. Sally Shushan
June 14, 2011
Page 2

While there may be an isolated deposition that may warrant the allocation of additional time beyond that proposed by Anadarko (for example the Ishii deposition), there is absolutely no justification for a blanket award of 1/2 of the time that was initially jointly allocated to Anadarko and MOEX.

Sincerely yours,

James J. Dragna
Ky E. Kirby
Bingham McCutchen LLP


Deborah D. Kuchler
Kuchler Polk Schell Weiner & Richeson, L.L.C.


cc: Defendants' Liaison Counsel
Plaintiffs' Liaison Counsel