

Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway | New York, NY 10036-4039 | tel 212.858.1000 | fax 212.858.1500

John F. Pritchard
Partner
tel 212.858.1620
john.pritchard@pillsburylaw.com

June 16, 2011

By E-mail: Sally_Shushan@laed.uscourts.gov

Hon. Sally Shushan
U.S. Magistrate Judge
U.S. District Court
Eastern District of Louisiana
500 Poydras Street, Room B345
New Orleans, LA 70130

   Re: *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*; MDL No. 2179

Dear Magistrate Judge Shushan:

My firm is successor counsel for defendants MOEX Offshore 2007 LLC ("MOEX Offshore") and MOEX USA Corporation ("MOEX USA") in the above-referenced proceeding. I write in response to your Honor's June 14, 2011 request that we provide your Honor "with an explanation of MOEX's need for examination time going forward and how much time it requires relative to the other defendants."[1]

By way of background, I understand that, in accordance with Pre-Trial Order Nos. 17 and 27, a total of seventy-five minutes for each deposition were allocated to MOEX Offshore, MOEX USA and Anadarko to be used jointly in defending claims asserted against them and prosecuting claims asserted by them.

In response to Your Honor's request, MOEX Offshore and MOEX USA absolutely need to have time to examine witnesses at depositions. The May 20, 2011 agreement in which MOEX Offshore and MOEX USA settled their disputes (the "Settlement")

---

[1] We received this request by email shortly after 11:00 a.m. on June 14, 2011 from your Honor's law clerk, Michael O'Keefe.

June 16, 2011
Page 2

with BP Exploration & Production, Inc. and BP Corporation North America Inc. (together, "BP") does not bind any litigant that is not a party to it. In particular, the Settlement does not resolve the claims of any plaintiff, or any defendant other than BP, against MOEX Offshore or MOEX USA. MOEX Offshore and MOEX USA are still required to defend themselves against the allegations of the plaintiffs and the other defendants. Moreover, BP's agreement to indemnify MOEX Offshore and MOEX USA does not cover claims for punitive damages or civil, criminal or administrative fines and penalties, a point that was confirmed in BP's May 20, 2011 Form 6-K filing with the U.S. Securities and Exchange Commission (attached hereto as Exhibit A). I note that Anadarko does not dispute this. According to Jim Dragna's June 12 Letter, "Anadarko certainly agrees that *MOEX* should have deposition time when it needs that time to protect its interests." June 12 Letter at 3.

Accordingly, MOEX Offshore and MOEX USA respectfully urge that, at a minimum, together they need 20 minutes (of the 75 minutes that previously were allocated jointly to MOEX Offshore, MOEX USA and Anadarko) to examine a deponent on the issues that affect claims against them, and that they be permitted to cede or assign their time at their discretion when some or all of that time is unused, just as any other litigant is permitted to do.

Furthermore, as correctly noted in Andy Langan's June 14, 2011 letter, notwithstanding the Settlement, MOEX Offshore and MOEX USA continue to have cross-claims against other defendants, which have been assigned to BP. Therefore, MOEX Offshore and MOEX USA respectfully submit that, in fairness, the remaining 17.5 minutes of the 37.5 minutes to which MOEX Offshore and MOEX USA were previously entitled (assuming that the Court allocates 20 minutes to MOEX Offshore and MOEX USA as requested above) should be allocated to BP as the assignee of MOEX Offshore's and MOEX USA's claims, as well as the indemnitor of many of the claims asserted against MOEX Offshore and MOEX USA.

Respectfully,

John F. Pritchard