# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois 60654

| | | |
|---|---|---|
| Timothy A. Duffy, P.C.<br>To Call Writer Directly:<br>(312) 862-2445<br>tim.duffy@kirkland.com | (312) 862-2000<br><br>www.kirkland.com | Facsimile:<br>(312) 862-2200 |

June 15, 2011

**VIA E-MAIL**

Honorable Sally Shushan
United States Magistrate Judge
Eastern District of Louisiana
500 Poydras Street, Room B-345
New Orleans, LA 70130

        Re:    In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010, MDL 2179""

Dear Judge Shushan:

      As the Court is aware, PTO #11/CMO #1 provides that "the parties will be allowed to propound up to fifty (50) interrogatories to each Defendant without leave of Court." PTO #`11/CMO #1 at 10 (Oct. 19, 2010). To date, the parties have generally conducted their discovery with the understanding that the Court's order allows for the service of 50 interrogatories by, and on, each group of affiliated defendant parties as a whole.

      Common sense prevailed on this issue until Anadarko decided it was entitled to serve 50 interrogatories on BP on behalf of Anadarko Petroleum Corporation and another 50 interrogatories on behalf of Anadarko E&P Company LP. Anadarko claims that since the Federal Rules of Civil Procedure and the Court's Order used the word "party," each legal entity named in the litigation gets to serve 50 interrogatories.

      Under Anadarko's "logic," there would be no practical limit on the number of interrogatories. Not only could each Anadarko entity serve 50 interrogatories on BP; each could serve 50 interrogatories on each BP entity. Two Anadarko entities and four BP entities would be entitled to generate 800 interrogatories. Add the other defendant entities (not to mention the plaintiffs), and the limit imposed by the Court would quickly recede into the stratosphere.

      BP has no issue with any party seeking leave for additional interrogatories where good cause can be shown, and, indeed, prior to Anadarko's shenanigans, BP has not refused to respond to any interrogatories on the grounds the limits have been exceeded (though it would have good cause to do so given some of the multi-part interrogatories with which it has been served).

## KIRKLAND & ELLIS LLP

Honorable Sally Shushan
June 15, 2011
Page 2

      BP respectfully requests that the Court instruct the parties that the interrogatory limit applies to each defendant group so that the parties can spend their time resolving genuine discovery disputes.

                              Very truly yours,

                              /s/ Timothy A. Duffy, P.C.

cc:    Richard C. Godfrey, P.C.
        J. Andrew Langan, P.C.
        Don K. Haycraft
        Sarah D. Himmelhoch
        Corey Maze
        Bill Large
        Anthony Irpino
        MDL 2179 Defense Liaison Counsel