# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois 60654

Timothy A. Duffy, P.C.
To Call Writer Directly:
(312) 862-2445
tim.duffy@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

June 16, 2011

**VIA E-MAIL**

Honorable Sally Shushan
United States Magistrate Judge
Eastern District of Louisiana
500 Poydras Street, Room B-345
New Orleans, LA 70130

      Re:    In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010, MDL 2179""

Dear Judge Shushan:

    I write in response to Mr. Dragna's letter of this same date simply to clarify the record as to how BP has responded to Anadarko's interrogatories. The short version is that BP responded to 25 Anadarko interrogatories, but then objected when responses came due to the next 41 on the ground that the limit was 50 and that it made little sense to guess at which 25 Anadarko wished to pose.

- On January 7, 2011, APC served BP with 25 interrogatories.

- On February 22, 2011, BP responded to APC's 25 interrogatories without any objection regarding the number of interrogatories posed.

- On April 4, 2011, APC served BP with an additional five interrogatories, and AE&P served BP with one interrogatory. (That's 31 total so far.)

- On April 28, 2011, APC served BP with three more interrogatories (for a total of 34).

- On April 29, 2011, APC served BP with seven more interrogatories, and AE&P served BP with an additional 25 interrogatories (for a grand total of 66).

Hong Kong    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Shanghai    Washington, D.C.

## KIRKLAND & ELLIS LLP

Honorable Sally Shushan
June 16, 2011
Page 2

- At a meet-and-confer on May 20, 2011, counsel for BP raised the issue of the 50-interrogatory limit with counsel for Anadarko. Anadarko said they would consider the issue and get back to us.

- By agreement with Anadarko, BP's first substantive responses to the all but the first 25 interrogatories were due on May 27, 2011. Not having received a response from Anadarko as to which 25 of the pending 41 interrogatories they wished BP to respond to, BP had little choice but to object to all of them on the grounds that they exceeded fifty. Surely Anadarko would not want BP to answer 25 of BP's choosing, or even the "next" 25, thus foreclosing Anadarko's ability to specify which they wanted to pose.

- It was not until June 9, 2011 that Anadarko formally responded to BP on the issue of the 50-interrogatory limit, thus prompting my letter of June 15th.

BP is prepared to provide answers to another 25 interrogatories once this issue is resolved. It is not prepared to work up answers to more than 50 interrogatories absent good cause shown, and it is not prepared to guess which 25 of the 41 remaining interrogatories Anadarko would have it answer.

As for the remainder of Mr. Dragna's letter, nothing in it justifies resolving this issue with a common-sense ruling that Anadarko entities and BP entities (and any other group of affiliated defendants) counts as "one" for purposes of the limit. I stand by my assertion that hiding behind the notion that the Andarko entities are someone separate for these purposes constitutes "shenanigans" – just as it would if the four BP entities were each to serve 50 interrogatories on each of the Anadarko entities.

Very truly yours,

/s/ Timothy A. Duffy, P.C.

cc:   Richard C. Godfrey, P.C.
      J. Andrew Langan, P.C.
      Don K. Haycraft
      Sarah D. Himmelhoch
      Corey Maze
      Bill Large
      Anthony Irpino
      MDL 2179 Defense Liaison Counsel