Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway | New York, NY 10036-4039 | tel 212.858.1000 | fax 212.858.1500

John F. Pritchard
tel 212.858.1620
john.pritchard@pillsburylaw.com

June 9, 2011

Via Email and Regular Mail

James J. Dragna, Esq.
Bingham McCutchen LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA  90071-3106

    Re:    *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*; MDL No. 2179

Dear Jim:

As previously indicated, defendants MOEX Offshore 2007 LLC ("MOEX Offshore") and MOEX USA Corporation ("MOEX USA") did not agree to cede deposition minutes to co-defendants Anadarko E&P Company LP and Anadarko Petroleum Corporation (collectively "Anadarko") for purposes of the Hayward deposition. MOEX Offshore and MOEX USA have not agreed to cede any deposition minutes to Anadarko for any other deposition in the above-referenced proceeding.

Very truly yours,


John F. Pritchard

cc:  Martin R. Boles, Esq.