# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois 60654

J. Andrew Langan, P.C.
To Call Writer Directly:
(312) 862-2064
alangan@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

June 9, 2011

**Via E-mail**

Stephen J. Herman
Herman Herman Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA 70113-1116

James P. Roy
Domengeaux Wright Roy & Edwards
556 Jefferson Street
P.O. Box 3668
Lafayette, LA 70502

R. Michael Underhill
U.S. Department of Justice
P.O. Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463

Luther Strange
Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130

> **RE:** *Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010, MDL 2179*

Dear Steve, James, Mike, and Luther:

I write to provide the following certification in advance of deposition of Sir William Castell scheduled for June 22-23:

> Sir William Castell is a non-executive director of BP plc and is not an employee of any BP entity, does not maintain files within a BP office, does not have BP email address and does not have a BP-owned computer. Accordingly, Pretrial Order No. 17, Section M.4., is not applicable to his deposition. Nevertheless, BP coordinated with Sir William Castell's individual counsel to collect both electronic and paper documents related to his role as a non-executive director of BP Plc in order that the agreed search criteria might be applied to his documents and resulting responsive non-privileged materials produced. BP plc writes to advise the parties that, to the best of its present knowledge, for all materials, including both electronic and paper documents, provided by Sir William Castell's individual counsel, Defendant BP plc has produced the responsive, non-privileged paper and electronic documents from Sir William Castell's files in accordance with the criteria set forth in BP Defendant's February 16, 2011 submission to

Hong Kong    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Shanghai



## KIRKLAND & ELLIS LLP

June 9, 2011
Page 2

>Magistrate Judge Shushan and the February 18, 2011 hearing before Magistrate Judge Shushan.
>
>Please feel free to call me if you have any questions.
>
>>Sincerely,
>>
>>*J. Andrew Langan, P.C.*

cc: Paul Sterbcow
    Bill Large
    Anthony Irpino
    MDL 2179 Defense Liaison Counsel