**From:** Andrew Langan [mailto:alangan@kirkland.com]
**Sent:** Friday, June 10, 2011 3:12 PM
**Subject:** MDL 2179 -- Document Production re Sir William Castell

Dear Judge Shushan:

One of BP's UK deponents is its outside director, Sir William Castell, with the deposition set for June 22-23. BP has arranged for a production of Sir William Castell's relevant files which it completed earlier this week.

There are a handful of documents that BP believes are subject to applicable privileges and in addition to the normal logging of such documents, BP requests the opportunity to submit these to Your Honor for an in camera review, along with a short in camera submission of the basis for the privilege assertion. In addition, if your Honor is willing, we request an opportunity to explain to the Court (in chambers, in camera) the basis for this privilege claim. We suggest next Tuesday, June 14 in the morning as a possible date for this in camera review session, if convenient for the Court (we have MDL 2179 sessions with MJ Wilkinson in New Orleans on June 13).

Thank you for your consideration.

Respectfully submitted,
Andy Langan

```
CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information
intended
solely for the addressee.  Please do not read, copy, or disseminate it
unless
you are the addressee.  If you have received it in error, please call
us
(collect) immediately at (504) 581-4892 and ask to speak with the
message
sender.  Also, we would appreciate your forwarding the message back to
us and
deleting it from your system.  Thank you.
```

