**From**: Sally_Shushan@laed.uscourts.gov [mailto:Sally_Shushan@laed.uscourts.gov]
**Sent**: Friday, June 10, 2011 02:47 PM
**To**: Andrew Langan <alangan@kirkland.com>
**Cc**: mike_o'keefe@laed.uscourts.gov <mike_o'keefe@laed.uscourts.gov>; Jim R; Steve Herman; robert cunningham <RTC@cunninghambounds.com>; Paul M. Sterbcow <sterbcow@lksalaw.com>; Mike Underhill; Corey Maze <CMaze@ago.state.al.us>; Defense Committee MDL 2179 <dsc2179@liskow.com>; liaison2179@liskow.com <liaison2179@liskow.com>
**Subject**: Re: MDL 2179 -- Document Production re Sir William Castell

Andy: I assume the document log has gone to all counsel. Please send the documents with the log to me for review. I'll check the calendar and get back to you about Tuesday. Thanks.


Sally Shushan
504 589 7620 work
504 881 9861 cell

On Jun 10, 2011, at 8:12 PM, "Andrew Langan" <alangan@kirkland.com> wrote:

Dear Judge Shushan:

One of BP's UK deponents is its outside director, Sir William Castell, with the deposition set for June 22-23. BP has arranged for a production of Sir William Castell's relevant files which it completed earlier this week.

There are a handful of documents that BP believes are subject to applicable privileges and in addition to the normal logging of such documents, BP requests the opportunity to submit these to Your Honor for an in camera review, along with a short in camera submission of the basis for the privilege assertion. In addition, if your Honor is willing, we request an opportunity to explain to the Court (in chambers, in camera) the basis for this privilege claim. We suggest next Tuesday, June 14 in the morning as a possible date for this in camera review session, if convenient for the Court (we have MDL 2179 sessions with MJ Wilkinson in New Orleans on June 13).

Thank you for your consideration.

Respectfully submitted,


Andy Langan


**J. Andrew Langan, P.C.| Kirkland & Ellis LLP**
300 NORTH LASALLE STREET
CHICAGO, IL 60654-3406
(312) 862-2064 **DIRECT** | (312) 862-2200 **FAX**
andrew.langan@kirkland.com



***********************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
***********************************************************