Privilege Log of BP America Inc., BP America Production Co. and BP Exploration & Production Inc.
In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,
MDL NO. 2179 (E.D. La.)
June 13, 2011

| Document Type | Date | From/Author | To/Recipient | CC | BCC | Privilege Reason | Privilege Description | Withheld or R |
|---|---|---|---|---|---|---|---|---|
| pers | 6/25/2010 | Castell, Sir William | | | | Attorney/Client | Draft of statement to non-executive directors of BP PLC prepared with the assistance and legal advice of Rupert Bondy* and David Jackson*. | Privileged Withh |
| pers | 6/25/2010 | Castell, Sir William | | | | Attorney/Client | Notes regarding process for discussing Deepwater Horizon incident with non-executive directors reflecting legal advice of Rupert Bondy* and David Jackson*. | Privileged Withh |
| pers | 6/26/2010 - 6/27/2010 | Castell, Sir William | | | | Attorney/Client | Notes regarding conversations with non-executive directors regarding Deepwater Horizon incident taken to provide information to Rupert Bondy* and David Jackson* to solicit legal advice; notes in preparation for conversation with Chairman of the Board reflecting legal advice of Rupert Bondy*. | Privileged Withh |
| pers | 6/27/2010 | Castell, Sir William | | | | Attorney/Client | Draft talking points for conversation with Chairman of the Board reflecting legal advice of Rupert Bondy* and David Jackson*. | Privileged Withh |
| pers | 6/27/2010 | Castell, Sir William | | | | Attorney/Client | Finalized talking points for conversation with Chairman of the Board reflecting legal advice of Rupert Bondy* and David Jackson*. | Privileged Withh |
| pers | 6/27/2010 | Castell, Sir William | | | | Attorney/Client | Final script for conversation with Chairman of the Board reflecting legal advice of Rupert Bondy* and David Jackson*. | Privileged Withh |



Jun 13 2011
10:45AM



EXHIBIT