**From:** Devin Reid [mailto:dcreid@Liskow.com]
**Sent:** Monday, June 13, 2011 11:26 PM
**To:** dsc2179 distribution list; Jim R; L Strange; Mike Underhill; Steve Herman
**Cc:** Don K Haycraft; Gary Chyi; Alexander Pilmer; Mark Nomellini; Brian Kavanaugh; Michael Gulliford; Kelly Scalise
**Subject:** BP's Twenty-Second Privilege Log

Dear Counsel,

Attached please find BP's Twenty-Second Privilege Log as filed via LNFS this evening, together with the attached spreadsheet.

Best regards,

**Devin C. Reid**

(504) 556-4151 Direct
(504) 556-4108 Fax


New Orleans | Lafayette | Houston

One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139
www.liskow.com


**Liskow & Lewis, A Professional Law Corporation.** This communication is solely for the person to whom it is addressed. It contains legally privileged and confidential information. If you are not the intended recipient, you may not forward, disclose, copy, print, or save the message or its attachments. If you have received this message in error, please notify me immediately, and please delete this message.



EXHIBIT