UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL NO. 2179<br><br>JUDGE BARBIER |
| THIS DOCUMENT RELATES TO:<br>2:11-CV-1274 | * * * * | SECTION J<br><br>MAGISTRATE JUDGE SHUSHAN |
| | * * | MAG. DIV. 1 |
| * * * * * * * * * * * * * * * * * * * * | * | |

## NOTICE OF APPEARANCE

COMES NOW, the undersigned attorneys Harold J. Flanagan, Stephen M. Pesce, Sean P. Brady, Brandon C. Briscoe, and Andy J. Dupre of Flanagan Partners LLP who file their Notice of Appearance as counsel on behalf of Danos & Curole Staffing, LLC, improperly named as Danos & Curole Marine Contractors, LLC.  It is respectfully requested that all future pleadings, documents, and correspondence be served upon the undersigned in connection with this action.

In accordance with Paragraph No. 12 of this Court's Pre-Trial Order No. 1, the undersigned counsel are currently members in good standing and admitted to practice in the United States District Court for the Eastern District of Louisiana.  No person has instituted disciplinary suspension procedures against any of them.

Respectfully submitted,

/s/      Andy J. Dupre
Harold J. Flanagan (Bar No. 24091)
Stephen M. Pesce (Bar No. 29380)
Sean P. Brady (Bar No. 30410)
Brandon C. Briscoe (Bar No. 29542)
Andy Dupre (Bar No. 32437)
**FLANAGAN PARTNERS LLP**
201 St. Charles Avenue, Suite 2405
New Orleans, Louisiana 70170
Telephone:  504-569-0235
Facsimile:  504-592-0251
hflanagan@flanaganpartners.com
spesce@flanaganpartners.com
sbrady@flanaganpartners.com
adupre@flanaganpartners.com

*Attorneys for Danos & Curole Staffing, LLC, improperly named as Danos & Curole Marine Contractors, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that he foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of June, 2011.

/s/      Andy J. Dupre