UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, OF APRIL 20, 2010 | §<br>§<br>§<br>§<br>§<br>§<br>§ | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| APPLIES TO: ALL CASES | | |

### *EX PARTE* MOTION TO FILE UNDER SEAL AN EXHIBIT TO TRANSOCEAN'S MOTION TO APPEAL THE MAGISTRATE'S ORDER REGARDING *IN CAMERA* REVIEW OF WILLIAM CASTELL DOCUMENTS [REC. DOC. 2737]

Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc. and Triton Asset Leasing GmbH (collectively "Transocean") submit this *ex parte* motion to file under seal Exhibit "8" to Transocean's Motion to Appeal the Magistrate's Order Regarding *In Camera* Review of William Castell Documents [Rec. Doc. 2737].

Pursuant to Paragraph 4.B of Pre-Trial Order No. 13 ("PTO No. 13"), a Producing Party may designate all or any part of a document produced Confidential "by marking the appropriate legend ("CONFIDENTIAL" of "HIGHLY CONFIDENTIAL")on the face of the document and each page so designated.

Documents designated "CONFIDENTIAL" must be filed under seal as an appendix to the filing that refers to the Confidential Information. PTO No. 13 ¶ 8.B.

In support of its motion to appeal Magistrate Shushan's Order Regarding *In Camera* Review of William Castell Documents, Transocean wishes to attach an August 17, 2010 E-mail produced by BP, and authored by Sir William Castell, that demonstrates Sir William's importance as a witness, and that Transocean has been prejudiced by BP's denial of a meaningful

opportunity to assess and question the privilege asserted BP in withholding other documents related to Sir William.

Because the E-mail is designated "Confidential," Transocean respectfully requests that the Court grant its motion to file under seal the E-mail as Exhibit "8" to Transocean's Motion to Appeal.

A proposed Order accompanies this request.

Respectfully submitted,

By: /s/ Steven L. Roberts
Steven L. Roberts (Texas, No. 17019300)
Rachel Giesber Clingman (Texas, No. 00784125)
Kent C. Sullivan (Texas, No. 19487300)
Teri L. Donaldson (Florida, No. 784310)
Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 470-6100
Facsimile: (713) 654-1301
Email: steven.roberts@sutherland.com,
rachel.clingman@sutherland.com,
kent.sullivan@sutherland.com,
teri.donaldson@sutherland.com

By: /s/ Kerry J. Miller
Kerry J. Miller (Louisiana, No. 24562)
Frilot, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8169
Facsimile: (504) 599-8154
Email: kmiller@frilot.com
-and-

By: /s/ Edwin G. Preis, Jr.
Edwin G. Preis, Jr. (Louisiana, No. 10703)
Edward F. Kohnke, IV (Louisiana, No. 07824)
Preis & Roy PLC
102 Versailles Boulevard, Suite 400
Lafayette, Louisiana 70501
Telephone: (337) 237-6062
Facsimile: (337) 237-9129

-and-

601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129
Email: egp@preisroy.com, efk@preisroy.com

Of Counsel:

Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 054933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Office:  (213) 683-9100
Facsimile:  (213) 683-5180, (213) 683-4018
E-Mail:  brad.brian@mto.com, allen.katz@mto.com

Daniel O. Goforth (Texas, No. 08064000)
Goforth Geren Easterling LLP
4900 Woodway, Suite 750
Houston, TX 77056
Office:  (713) 650-0022
Facsimile:  (713) 650-1669
E-Mail:  dangoforth@goforthlaw.com

John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
Office:  (713) 224-8380
Facsimile:  (713) 225-9945
E-Mail:  john.elsley@roystonlaw.com

*Counsel for Transocean*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2011, I electronically filed the foregoing with the Court's CM/ECF system and/or by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

/s/ Kerry J.  Miller