UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, OF APRIL 20, 2010 | § § § § § § § | MDL NO. 2179 SECTION: J JUDGE CARL J. BARBIER |
| APPLIES TO: ALL CASES | | MAGISTRATE JUDGE SHUSHAN |

## ORDER

CONSIDERING THE *EX PARTE* MOTION of Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc. and Triton Asset Leasing GmbH (collectively "Transocean") to File Under Seal an Exhibit to Transocean's Motion to Appeal the Magistrate's Order Regarding *In Camera* Review of William Castell Documents [Rec. Doc. 2737],

IT IS HEREBY ORDERED that the motion be and hereby is Granted, and that the August 17, 2010 E-Mail of Sir William Castell shall be filed under seal as Exhibit "8" to Transocean's Motion to Appeal.

New Orleans, Louisiana, this ___ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE