UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | Section "J" |
| SHORT-FORM JOINDERS | * | JUDGE BARBIER |
| | * | |
| This Document Relates to: | * | |
| SHORT-FORM JOINDERS | * | MAGISTRATE NO. 1 |
| FOR CASE #: 2:10-cv-08888-CJB-SS | * | MAGISTRATE SHUSHAN |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMOVE INCORRECTLY FILED DOCUMENT: DOCKET ITEM NO. 104669**

<u>Notice of Motion and Motion</u>

PLEASE TAKE NOTICE that Plaintiff Barkley Truitt respectfully submits this Motion to Remove Incorrectly Filed Document filed as Docket No. 104669 in Civil Action No. 10-8888. When electronically filing Docket Item No. 104669, Plaintiff's counsel intended to send Plaintiff's completed Short Form Joinder approved by the Court in pre-trial order no. 25. Instead, Plaintiff's counsel inadvertently sent an unrelated document, consisting of an intake form and a representation agreement, which include sensitive information about Mr. Truitt, including his date of birth and social security number.

After discovering the error, Plaintiff's counsel immediately called this court, which put a temporary seal on this document. The originally filed document is completely irrelevant to the underlying filing and is solely for the use of Plaintiff's counsel for administrative purposes. Additionally, the mistakenly filed document contains sensitive information about Mr. Truitt that should not be publicly available. For the foregoing reasons, Plaintiff respectfully requests that

the incorrectly filed document filed as Docket No. 104669 be removed from the CM/ECF system and case file in order to protect Mr. Truitt's sensitive information.

Date:   June 13, 2011

Respectfully Submitted,

*[signature]*

David S. Ratner, Esq.
MORELLI RATNER PC
950 Third Avenue
New York, New York 10022
(212) 751 – 9800 (telephone)
(212) 751 – 0046 (facsimile)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 **SHORT-FORM JOINDERS** This Document Relates to: **SHORT-FORM JOINDERS FOR CASE #: 2:10-cv-08888-CJB-SS** | * * * * * * * * * * | MDL No. 2179 Section "J" JUDGE BARBIER MAGISTRATE NO. 1 MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**

Plaintiff Barkley Truitt's Motion to Remove Incorrectly Filed Document was presented to this Court. Upon consideration of this motion, the Court finds there is good cause to grant Plaintiff's request to permanently remove Docket No. 104669 from the record.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Remove Incorrectly Filed Document is GRANTED and Docket No. 104669 is permanently deleted from the court records.

Dated: _____, 2011

_____
The Honorable Carl Barbier
United States District Judge