# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG  "DEEPWATER HORIZON" in the  GULF OF MEXICO on  APRIL 20, 2010<br><br>This document relates to:<br><br>2:10-cv-02771 | §§§§§§§§§§§§§§ MDL No. 2179<br><br>SECTION: J<br><br>Judge Carl J. Barbier<br>Magistrate Judge Sally Shushan |

## NOTICE OF SUBMISSION

TO:   Counsel

**PLEASE TAKE NOTICE** that subject to Pre-trial Orders Nos. 11 and 25, in which the Court directed that the Court will set the date of all hearings on Motions in this case, the Motion of M-I L.L.C. to Dismiss Carnival Corporation's Cross-Claim and/or Third Party Complaint is tentatively noticed for submission on August 17, 2011, at 9:30 a.m.

DB1/ 67522056.1

                                Respectfully submitted,

| | |
|---|---|
| **OF COUNSEL:** <br> MORGAN, LEWIS & BOCKIUS LLP | MORGAN, LEWIS & BOCKIUS LLP |
| Derek E. Leon <br> dleon@morganlewis.com <br> Texas Bar No. 24002463 <br> 5300 Wachovia Financial Center <br> 200 South Biscayne Boulevard <br> Miami, Florida  33131 <br> Telephone:    (305) 415-3000 <br> Facsimile:     (305) 415-3001 | By: */s/ Hugh E. Tanner* <br>     Hugh E. Tanner <br>     htanner@morganlewis.com <br>     Texas Bar No. 19637400 <br>     1000 Louisiana, Suite 4000 <br>     Houston, Texas  77002 <br>     Telephone:    (713) 890-5000 <br>     Facsimile:     (713) 890-5001 |
| Denise Scofield <br> dscofield@morganlewis.com <br> Texas Bar No. 00784934 <br> 1000 Louisiana, Suite 4000 <br> Houston, Texas  77002 <br> Telephone:    (713) 890-5000 <br> Facsimile:     (713) 890-5001 | **ATTORNEYS FOR DEFENDANT** <br> **M-I L.L.C.** |
| **ATTORNEYS FOR DEFENDANT** <br> **M-I L.L.C.** | |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing M-I L.L.C.'s Notice of Submission has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of June, 2011.

                                                               */s/ Hugh E. Tanner*
                                                                Hugh E. Tanner