UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| | * | MAGISTRATE NO. 1 |
| All Cases | * | MAGISTRATE SHUSHAN |
| | * | |

* * * * * * * * * * * *

### *EX PARTE* MOTION OF ANADARKO TO JOIN IN AND ADOPT TRANSOCEAN'S MOTION TO APPEAL THE MAGISTRATE'S ORDER REGARDING IN CAMERA REVIEW OF W ILLIAM CASTELL DOCUMENTS [REC. DOC. 2737]

**NOW INTO COURT**, come Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP (collectively "Anadarko") and respectfully file this *Ex Parte* Motion to Join and Adopt, as if copied herein *in extenso*, Transocean's Motion to Appeal the Magistrate's Order Regarding *In Camera* Review of William Castell Documents [Rec. Doc. 2737] and its accompanying memorandum in support. [Rec. Docs. 2810; 2810-1]. Anadarko agrees that it and other parties to the MDL were denied the right to properly assess BP's privilege log and its claims of attorney-client privilege with respect to certain withheld documents, and that BP's attempts to obtain *ex parte* approval of its assertions of privilege are improper and warrant reconsideration and reversal of the Order.

**WHEREFORE**, Anadarko prays that this Honorable Court permit Anadarko's joinder in and adoption of Transocean's Motion to Appeal the Magistrate's Order Regarding *In Camera* Review of William Castell Documents [Rec. Doc. 2737], reverse the Magistrate's Order sustaining BP's objection to the production of documents prepared by Sir William Castell on the

basis of *in camera* inspection and *ex parte* communications with the Court, and grant Anadarko and the other parties to the MDL the opportunity to meaningfully assess BP's claims of privilege regarding certain documents prepared by Sir William Castell.

DATED: June 17, 2011

Respectfully submitted,

BINGHAM McCUTCHEN LLP

/s/ *Ky E. Kirby*_____
Ky E. Kirby
ky.kirby@bingham.com
David B. Salmons
david.salmons@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)

rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-069

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing Motion to Dismiss to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on June 17, 2011.

>  /s/ *Ky E. Kirby*
>  Ky E. Kirby