UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 <br><br> SECTION "J" (1) <br><br> JUDGE BARBIER <br><br> MAGISTRATE SHUSHAN |
| APPLIES TO:  11-274 and 11-275 | |

**BP PARTIES' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF THEIR MOTION TO DISMISS TRANSOCEAN'S COMPLAINT IN INTERVENTION**

BP Exploration & Production, Inc., BP America Production Company, BP Corporation North America, Inc., BP Company North America, Inc., BP Products North America, Inc., BP America, Inc., BP Holdings North America Limited, and BP plc ("BP Parties") respectfully submit this Motion For Leave To File Reply In Support Of Their Motion To Dismiss Transocean's Complaint In Intervention (docket # 2249) in Case Nos. 11-274 and 11-275.  The BP Parties submit that the attached reply will be helpful to the Court in its consideration of the motion.

Respectfully submitted,

| | |
|---|---|
| | /s/ David B. Goodwin |
| Allan B. Moore | David B. Goodwin |
| Seth A. Tucker | M. Alexia dePottere-Smith |
| Christopher J. Wenk | Covington & Burling LLP |
| Covington & Burling LLP | One Front Street, 35th Floor |
| 1201 Pennsylvania Avenue, NW | San Francisco, CA  94111 |
| Washington, DC  20004-2401 | Tel:  (415) 591-6000 |
| Tel:  (202) 662-6000 | Fax:  (415) 591-6091 |
| Fax:  (202) 778-5575 | E-mail:  dgoodwin@cov.com |
| E-mail:  abmoore@cov.com | E-mail:  adepottere@cov.com |
| E-mail:  stucker@cov.com | |
| E-mail:  cwenk@cov.com | |

*Counsel for BP Exploration & Production Inc., BP America Production Company, BP Corporation North America Inc., BP Company North America Inc., BP Products North America Inc., BP America Inc., BP Holdings North America Limited, and BP plc*

Dated:  June 17, 2011

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of June, 2011.

/s/ Christopher J. Wenk
Christopher J. Wenk