# CONFERENCE ATTENDANCE RECORD

DATE: 6-17-11  TIME: 9:30

CASE NAME: In Re: Deepwater Horizon

DOCKET NUMBER & SECTION: MDL 2179

(STATUS)   PRELIMINARY   PRE-TRIAL   SETTLEMENT

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Bill Large | PSC |
| Jeff Breit | PSC |
| Leigh Ann Schell | Anadarko |
| Soren Gisleson | PSC |
| Tony Fitch | Anadarko |
| Phil Nizialek | MOEX |
| Anthony Irpino | PSC |
| Carmelite Bertaut | Cameron |
| Phil Wittmann | Cameron |

# CONFERENCE ATTENDANCE RECORD

DATE:_____   TIME:_____

CASE NAME:_____

DOCKET NUMBER & SECTION:_____

STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

# ☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Will B. Irwin | WFT |
| Allan Kanner | Louisiana |
| Misty Hathaway Coné | HESI |
| Carolyn Raines | HESI |
| Andy Langan | BP |
|  |  |
|  |  |
|  |  |

Alan York

Joe Alexander

Ruth Colvin

Denise Scofield

Sylvia Simson

Tim Duffy

Ben Goodhue

Steve O'Rourke

Billy Bonner

Andy Dupree

Wendy Bishop

John Galloway

Korey Maze

Mike Underhill

Andrew Bloomer

Sarah Hilmmelhoth

Alan Weigle