**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:** Oil Spill by the Oil Rig *"Deepwater Horizon"* in the Gulf Of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br>SECTION: J |
| Applies to:<br>2:10-cv-02771 | * * * | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

    **THIS CAUSE,** having come before the Court this day upon Motion by counsel for Defendant, MOEX USA Corporation, to allow certain counsel to withdraw from representing MOEX USA Corporation with respect to the claims filed by and against Cameron International Corporation (the "Claims") in civil action number 2:10-cv-02771 (the "Action"), and other counsel to substitute in his stead with respect to such Claims in the Action, and the Court having reviewed the Motion, does hereby order as follows:

    IT IS ORDERED, that Jack McKay of Pillsbury Winthrop Shaw Pittman LLP is allowed to withdraw as counsel for MOEX USA Corporation with respect to the Claims in the Action and to substitute Robert S. Stassi of Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, LLC as trial attorney and counsel of record in his stead with respect to the Claims in the Action.

    New Orleans, Louisiana this 17th day of June, 2011.

_____
United States District Judge