**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| This Document Relates to: | * | |
| | * | JUDGE BARBIER |
| Civil Action Nos. 10-2771; 10-4536 | * | MAGISTRATE SHUSHAN |
| | * | |
| * * * * * * * * | | |

**ANADARKO'S MEMORANDUM IN OPPOSITION**
**TO TRANSOCEAN'S MOTION FOR LEAVE TO FILE REPLY BRIEF**
**REGARDING CLEAN WATER ACT AND RIGHT TO JURY TRIAL**

On June 15, 2011, Transocean filed a Motion for Leave to File a Reply Brief Regarding Clean Water Act and Right to Jury Trial (Rec. Doc. 2759) with a proposed brief attached. The Court should deny Transocean's Motion for Leave, because Transocean's proposed reply is based entirely on a misreading of Anadarko's arguments in its Jury Trial Brief and an erroneous understanding of the law, as demonstrated more fully in proposed memorandum attached to Anadarko's *Ex Parte* Motion for Leave to File Supplemental Memorandum in Response to Transocean's Reply Brief Regarding Clean Water Act and Right to Jury Trial, filed contemporaneously herewith. A proper reading of Anadarko's Memorandum Regarding Bench Trial, Jury Trial, and Consolidation Issues [Rec. Doc. 2674] shows that Anadarko and Transocean appear to agree in all relevant respects as to the proposed content of the February 2012 trial, and thus Transocean's proposed reply brief will not aid the Court in its consideration of the jury right and trial structure issues in this case.

To the extent the Court grants Transocean's Motion for Leave, Anadarko respectfully requests that the Court grant Anadarko's *Ex Parte* Motion for Leave to File Supplemental Memorandum in Response to Transocean's Reply Brief Regarding Clean Water Act and Right to

Jury Trial, filed contemporaneously herewith, and enter Anadarko's proposed Supplemental

Memorandum in Response to Transocean's Reply Brief Regarding Clean Water Act and Right to

Jury Trial attached to that Motion.

Respectfully submitted,

DATED: June 17, 2011           BINGHAM McCUTCHEN, LLP


/s/*Ky E. Kirby*_____
Ky E. Kirby
ky.kirby@bingham.com
David B. Salmons
david.salmons@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300

2

New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on June 17, 2011.

_____ /s/ *Ky E. Kirby* _____
Ky E. Kirby