UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179  SECTION: J |
| This Document Relates to: | * * | |
| Civil Action Nos. 10-2771; 10-4536 | * * * | JUDGE BARBIER MAGISTRATE SHUSHAN |

*   *   *   *   *   *   *   *

### EX PARTE MOTION OF ANADARKO
### FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM
### IN RESPONSE TO TRANSOCEAN'S REPLY BRIEF
### REGARDING CLEAN WATER ACT AND RIGHT TO JURY TRIAL

COME NOW the defendants Anadarko Petroleum Corporation and Anadarko E&P Company, LP (together "Anadarko") and respectfully move the Court for leave to file the attached proposed memorandum, but only to the extent the Court grants Transocean's pending Motion for Leave to File.

On June 15, 2011, Transocean filed a Motion for Leave to File a Reply Brief Regarding Clean Water Act and Right to Jury Trial (Rec. Doc. 2759) with a proposed brief attached.  For the reasons set forth in Anadarko's Memorandum in Opposition to Transocean's Motion for Leave to File Reply Brief Regarding Clean Water Act and Right to Jury Trial, filed contemporaneously herewith, and as more fully set forth in the attached Proposed Supplemental Memorandum, the Court should deny Transocean's Motion for Leave to File.  To the extent the Court grants Transocean's Motion for Leave, Anadarko respectfully moves the Court for leave to enter the attached proposed memorandum responding to Transocean's erroneous arguments as well.  Anadarko submits that its proposed Supplemental Memorandum responding to

A/74339967.2

Transocean's arguments will assist the Court in considering the jury right and trial structure issues in this case.

                                                         Respectfully submitted,

DATED: June 17, 2011         BINGHAM McCUTCHEN, LLP

                                                        /s/*Ky E. Kirby*_____
Ky E. Kirby
ky.kirby@bingham.com
David B. Salmons
david.salmons@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com

A/74339967.2                    2

3

1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

A/74339967.2         3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on June 17, 2011.

>    _____/s/ *Ky E. Kirby*_____
>    Ky E. Kirby