UNITED STATES DISTRICT COURT
For the
Eastern District of Louisiana

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § | MDL NO. 2179 CIVIL ACTION NO. 10-2771 |
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GMBH, ET AL. IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § | SECTION: J |
| THIS DOCUMENT RELATES TO: 2:10-CV-02771 | § § § | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

**WAIVER OF THE SERVICE OF SUMMONS**

To:      Kerry J. Miller
         *(Name of the plaintiff's attorney or unrepresented plaintiff)*

   I have received your request to waive service of a summons in this action along with a copy of the third-party complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

   I, or the entity I represent, agree to save the expense of serving a summons and third-party complaint in this case as to Petitioners' Rule 14(c) Third Party Complaint filed into this court action on February 18, 2011 (document entry number 1320).

   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

   I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 as provided by the Court in re Oil Spill by the OIL RIG "Deepwater Horizon" in the GULF of MEXICO on April 20, 2010, MDL 2179. If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   2/18/2011

_____
Signature of the attorney or unrepresented party
W. Christian Van Kleef
*Printed name*
Ware, Jackson, Lee and Chambers, L.L.P.
2929 Allen Parkway, 42nd Floor
Houston, TX 77019-7101

     Dril-Quip, Inc
*Printed name of party waiving service of summons*

*Address*
christianvankleef@warejackson.com

*E-mail address*
(713) 659-6400

*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

   Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the Untied States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

   "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

   If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

   If you waiver service, then you must, within the time specified on the waiver form, serve and answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

340024.1