UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § § | MDL No. 2179 <br><br> SECTION: J |
| This document relates to: <br><br> 2:10-cv-02771 | § § § § § § § § | Judge Carl J. Barbier <br> Magistrate Judge Sally Shushan |

**M-I L.L.C.'S MOTION TO DISMISS CROSS-CLAIM**
**OF HALLIBURTON ENERGY SERVICES INC.**

Defendant M-I L.L.C. ("M-I") respectfully moves this Court to dismiss Cross-Claim of Halliburton Energy Services Inc. under Federal Rule of Civil Procedure 12(b)(6).

A motion to dismiss must be granted "when the allegations in a complaint, however true, could not raise a claim of entitlement to relief." *Cuvillier v. Taylor*, 503 F.3d 397, 401 (5th Cir. 2007) (internal quotation omitted).

For these reasons, and as set forth more fully in the attached Memorandum of Law in Support of Defendant M-I L.L.C.'s Motion to Dismiss, M-I respectfully requests that this Court dismiss all such claims alleged against it.

June 17, 2011

                                                                                                  Respectfully submitted,

| | |
|---|---|
| **OF COUNSEL:**<br>MORGAN, LEWIS & BOCKIUS LLP<br><br>Derek E. Leon<br>dleon@morganlewis.com<br>Texas Bar No. 24002463<br>5300 Wachovia Financial Center<br>200 South Biscayne Boulevard<br>Miami, Florida  33131<br>Telephone:     (305) 415-3000<br>Facsimile:      (305) 415-3001<br><br>Denise Scofield<br>dscofield@morganlewis.com<br>Texas Bar No. 00784934<br>1000 Louisiana, Suite 4000<br>Houston, Texas  77002<br>Telephone:     (713) 890-5000<br>Facsimile:      (713) 890-5001<br><br>**ATTORNEYS FOR DEFENDANT**<br>**M-I L.L.C.** | MORGAN, LEWIS & BOCKIUS LLP<br><br>By: */s/ Hugh E. Tanner*<br>      Hugh E. Tanner<br>      htanner@morganlewis.com<br>      Texas Bar No. 19637400<br>      1000 Louisiana, Suite 4000<br>      Houston, Texas  77002<br>      Telephone:     (713) 890-5000<br>      Facsimile:      (713) 890-5001<br><br>**ATTORNEYS FOR DEFENDANT**<br>**M-I L.L.C.** |

DB1/ 67521928.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing M-I L.L.C.'s Motion to Dismiss HESI's Cross-Claim has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of June, 2011.

                                              */s/ Hugh E. Tanner*
                                              Hugh E. Tanner