UNITED STATES DISTRICT OF COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL § | | MDL No. 2179 |
| RIG "DEEPWATER HORIZON" § | | |
| IN THE GULF OF MEXICO, § | | SECTION: J |
| ON APRIL 20, 2010 § | | |
| § | | JUDGE BARBIER |
| § | | MAG. JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

WHEREFORE, on October 29, 2010, the Court ordered Halliburton Energy Services, Inc. (HESI) to transfer the following items (collectively called the Cementing Components) to the custody of the Joint Investigation Team (JIT) and the Office of the Inspector General for the United States Department of the Interior:

1) the physical samples from the Deepwater Horizon project listed on the document titled "Attachment "C" to Halliburton's Energy Service, Inc.'s Response to U. S. Chemical Safety & Hazard Investigation Board's Subpoena Hal-1SUBDOC8," which was attached to the JIT's subpoena as Attachment A;

2) 1 quart of ZoneSeal – 2000 from the same lot used in the cementing job completed on the Deepwater Horizon project on April 19, 2010; and

3) 2 gallons and one quart of the SCR-100 from the same lot used in the cementing job completed on the Deepwater Horizon project on April 19, 2010;

WHEREFORE, the Court further ordered on October 29, 2010 that no destructive testing on the Cementing Components will be conducted without further order of the Court.

CONSIDERING the Consent Motion of the United States of America, appearing on behalf of the Joint Investigation of the United States Coast Guard and the Bureau of Ocean

Energy Management, Regulation and Enforcement (JIT), seeking an order permitting the JIT, to conduct testing of the Cementing Components in accordance with certain protocols as set forth in its motion and otherwise relieving the United States from any contrary obligations as may be set forth in Paragraph 14 of the Court's Pretrial Order No. 1, as amended,

    IT IS ORDERED that the JIT be and is hereby permitted to conduct the testing in accordance with the protocols set forth in Attachment 1 to this order.

    IT IS SO ORDERED this _____ day of June, 2011, at New Orleans, Louisiana.

    _____
    THE HONORABLE CARL J. BARBIER
    UNITED STATES DISTRICT JUDGE