## Deepwater Horizon Rig Cement Sample Analytic Testing

## Overview

- **X-ray powder diffraction (XRD)** is a direct means of mineral identification and quantitative analysis, where each crystalline phase produces a unique diffraction pattern independent of the other phases and, in a mixture, the intensity of that pattern is proportional to the phase concentration.

- **Scanning electron microscopy (SEM)** is used to image microstructure, identify and quantify phases, and allow a visual assessment of the specimen phase texture (crystal size, form, and distribution).

- **Thermal gravimetric analysis (TGA)** measures the mass loss of a sample as a function of temperature and is useful in the identification of secondary products that may have formed due to exposure to humidity.

## Specific Tasks

**Sampling**:

*Equipment needed at the storage facility:*
- 1 clean bucket, approximately 5 gal. capacity,
- 1 clean bucket, approximately 1 gal. capacity,
- 2 polyethylene containers with screw caps with capacity for 100 g cement,
- sample splitter and pans.
- 2 Plastic bags at least 3 mil in thickness and 13 gal in capacity
- 10 double zip-lock type freezer bags of 1 gal capacity

A representative sample for the physical tests will be obtained following ASTM C702-98 (2003)[1] and placed in a double plastic bag (13 gal), and placed in a bucket.  From this material, two duplicate samples of approximately 100 g each will be collected by either riffle splitter or a cone-and-quartering technique. Each 100 g sample will be placed in a polyethylene bottle, sealed, and then placed in a double zip-lock bag, sealed and labeled for subsequent transport to the laboratory.   The bottles should be placed in the 1 gal. capacity bucket for shipment to the laboratory.

The remaining material will be placed in a double plastic bag (13 gal), sealed and placed in a 5 gal. bucket.

## Secure Storage:
1. Of all containers at the cement laboratory
2. Samples during shipment

---

[1] ASTM C702-98 (2003), "Standard Practice for Reducing Samples of Aggregate to Testing size", Vol. 04.02

3.  At analytical laboratory

## **Analytical Procedures**

*Cement Sample Requirements*:  From test requirement estimates, and an adequate reserve, a total of 200 g cement will be required for conducting the following tests twice: XRD (25 g), SEM and TGA (20 g). Riffle splitting and recombination prior to splitting into sub-samples will serve to homogenize each 100 g sample.

*XRD:  2 samples x 2 treatments, x 3 analyses for 12 tests*

Each specimen is run in triplicate and the results of the triplicate analyses for the bulk and selective extraction constitutes a result.

*SEM:  2 samples for 2 tests*

*TGA: 2 samples x 3 replicates for 6 tests*