## Himmelhoch, Sarah (ENRD)

| | |
|---|---|
| **From:** | Himmelhoch, Sarah (ENRD) |
| **Sent:** | Tuesday, May 24, 2011 9:21 AM |
| **To:** | 'deepwater.horizon@usdoj.gov'; 'Herman, Stephen J.'; 'Roy, James Parkerson'; 'Beck, David J.'; 'Centralized Mailbox'; 'Godwin, Donald E.'; 'Haycraft, Don K.'; 'Kirby, Ky E.'; 'Kuchler, Deborah D.'; 'Langan, Andrew'; 'Lyle, Michael J.'; 'Miller, Kerry J.'; 'Wittman, Phillip A.'; 'Alabama -- Tambling, R.'; 'Florida -- Kent, Russell'; 'Louisiana -- Peterson, Lillie'; 'Louisiana -- Terrell, Megan'; 'Mississippi -- Wood, M.'; 'Texas -- Canaday, Nicholas ' |
| **Cc:** | Cernich, Scott (ENRD); Chakeres, Aristide (ENRD); Chang, Deanna (ENRD); Delemarre, Michelle (CIV); Flickinger, Nancy (ENRD); Flynn, Stephen (CIV); Frost, Peter (CIV); Harvey, Judy (ENRD); Himmelhoch, Sarah (ENRD); Lawrence, Malinda R. (CIV); Leopold, Matt (ENRD); Liu, Emily (CIV); Mariani, Tom (ENRD); McClellan, Jessica L. (CIV); Nasberg, Lisa (ENRD); O'Rourke, Steve (ENRD); Pfeffer, David J. (CIV); Shutler, Sharon (CIV); Sullivan, Jessica (CIV); Thode, Anna (ENRD); Underhill, Mike (CIV) |
| **Subject:** | Deepwater Horizon:  Cement Testing Protocols |
| **Attachments:** | Deepwater Horizon Rig Cement Sample Analytic Testing.pdf; CEMENT_TESTING.PDF |

| Tracking: | Recipient | Delivery | Read |
|---|---|---|---|
| | 'deepwater.horizon@usdoj.gov' | | |
| | 'Herman, Stephen J.' | | |
| | 'Roy, James Parkerson' | | |
| | 'Beck, David J.' | | |
| | 'Centralized Mailbox' | | |
| | 'Godwin, Donald E.' | | |
| | 'Haycraft, Don K.' | | |
| | 'Kirby, Ky E.' | | |
| | 'Kuchler, Deborah D.' | | |
| | 'Langan, Andrew' | | |
| | 'Lyle, Michael J.' | | |
| | 'Miller, Kerry J.' | | |
| | 'Wittman, Phillip A.' | | |
| | 'Alabama -- Tambling, R.' | | |
| | 'Florida -- Kent, Russell' | | |
| | 'Louisiana -- Peterson, Lillie' | | |
| | 'Louisiana -- Terrell, Megan' | | |
| | 'Mississippi -- Wood, M.' | | |
| | 'Texas -- Canaday, Nicholas ' | | |
| | Cernich, Scott (ENRD) | Delivered: 5/24/2011 9:21 AM | Read: 5/24/2011 9:29 AM |
| | Chakeres, Aristide (ENRD) | Delivered: 5/24/2011 9:21 AM | |
| | Chang, Deanna (ENRD) | Delivered: 5/24/2011 9:21 AM | Read: 5/24/2011 10:44 AM |
| | Delemarre, Michelle (CIV) | Delivered: 5/24/2011 9:22 AM | Read: 5/24/2011 9:38 AM |
| | Flickinger, Nancy (ENRD) | Delivered: 5/24/2011 9:21 AM | Read: 5/24/2011 10:12 AM |
| | Flynn, Stephen (CIV) | Delivered: 5/24/2011 9:22 AM | |
| | Frost, Peter (CIV) | Delivered: 5/24/2011 9:22 AM | |
| | Harvey, Judy (ENRD) | Delivered: 5/24/2011 9:21 AM | Read: 5/24/2011 9:41 AM |
| | Himmelhoch, Sarah (ENRD) | Delivered: 5/24/2011 9:21 AM | Read: 5/24/2011 9:22 AM |
| | Lawrence, Malinda R. (CIV) | Delivered: 5/24/2011 9:22 AM | Read: 5/24/2011 9:37 AM |
| | Leopold, Matt (ENRD) | Delivered: 5/24/2011 9:21 AM | Read: 5/24/2011 3:32 PM |
| | Liu, Emily (CIV) | Delivered: 5/24/2011 9:22 AM | Read: 5/24/2011 9:22 AM |
| | Mariani, Tom (ENRD) | Delivered: 5/24/2011 9:21 AM | Read: 5/24/2011 9:27 AM |
| | McClellan, Jessica L. (CIV) | Delivered: 5/24/2011 9:22 AM | Read: 5/24/2011 9:43 AM |

| Recipient | Delivery | Read |
|-----------|----------|------|
| Nasberg, Lisa (ENRD) | Delivered: 5/24/2011 9:21 AM | |
| O'Rourke, Steve (ENRD) | Delivered: 5/24/2011 9:21 AM | |
| Pfeffer, David J. (CIV) | Delivered: 5/24/2011 9:22 AM | Read: 5/24/2011 9:40 AM |
| Shutler, Sharon (CIV) | Delivered: 5/24/2011 9:22 AM | |
| Sullivan, Jessica (CIV) | Delivered: 5/24/2011 9:22 AM | Read: 5/24/2011 9:34 AM |
| Thode, Anna (ENRD) | Delivered: 5/24/2011 9:21 AM | Read: 5/24/2011 10:05 AM |
| Underhill, Mike (CIV) | Delivered: 5/24/2011 9:22 AM | |
| Horizon, Deepwater | Delivered: 5/24/2011 9:22 AM | |

Counsel –

Attached are the proposed testing protocols that were circulated to the JIT earlier this week.  Please advise if you have any objections on or before Thursday, May 26, 2011, at 6 pm.

Thank you for your attention to this important matter.

Sarah D. Himmelhoch
Senior Litigation Counsel for E-Discover
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
202-514-0180 (phone)

From: Murphy, Silvia
Sent: Friday, May 20, 2011 3:27 PM
To: 'DGodwin@GodwinRonquillo.com'; 'efk@preisroy.com'; 'twagner@wp-lalaw.com'; 'ajr@frvf-law.com'; 'atc@frvf-law.com'; 'sgordon@geslawfirm.com'; 'Brad.Eastman@c-a-m.com'; 'DJONES@brsfirm.com'; 'lkaplan@skv.com'; 'Linsin@BlankRome.com'; 'gattrep@smith.com'; 'RJH@preisroy.com'; 'mclements@frilot.com'; 'mlemoine@joneswalker.com'; 'dlongman@joneswalker.com'; 'donjackson@warejackson.com'; 'dkuchler@kuchlerpolk.com'; 'ky.kirby@bingham.com'; 'jim.dragna@bingham.com'; 'kyle@semmlaw.com'; 'pfanninglaw@aim.com'; 'srb@mbfirm.com'; 'sbickford@mbfirm.com'; 'rsimmons@hmhlp.com'; 'shaun@gergerclarke.com'; 'htanner@morganlewis.com'; 'dscofield@morganlewis.com'; 'dane@gergerclarke.com'; 'LWilgus@BlankRome.com'; 'Warde-C@BlankRome.com'; 'hpeterson@fdnlaw.com'; 'pnugent@fdnlaw.com'; 'Bowman, Bruce'
Cc: 'Jeff.R.Bray@uscg.mil'
Subject: JIT cement testing

Ladies and Gentlemen,

Attached are the final protocols for the Joint Investigation Team's cement testing.  These protocols were developed after careful consideration of all input we received from the parties in interest.  We anticipate that these protocols will be presented to the MDL Court to the extent necessary to comply with orders dealing with testing of potential evidence.

Please let me know if you have any questions.

Silvia

_____
Silvia Murphy, Attorney-Advisor

Division of Mineral Resources
Office of the Solicitor
U.S. Department of the Interior
(202) 219-3031

NOTICE:  This e-mail (including any attachments) is intended for the use of the individual or
entity to which it is addressed.  It may contain information that is privileged,
confidential, or otherwise protected by applicable law.  If you are not the intended
recipient or the employee or agent responsible for delivery of this e-mail to the intended
recipient, you are hereby notified that any dissemination, distribution, copying, or use of
this e-mail or its contents is strictly prohibited.  If you received this e-mail in error,
please notify the sender immediately and destroy all copies.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

Silvia Murphy
Joint Investigation Team
Bureau of Ocean Energy Management, Regulation & Enforcement
Gulf of Mexico Region


April 12, 2011


Mrs. Silvia Murphy

We have received and reviewed the list of cement tests the JIT has recommend for further evaluation of the Deepwater Horizon incident.  Within this document we have outlined the testing protocol for these specific tests.  It is our intention to follow these procedures and deliver to the JIT the results of this testing protocol.

Upon approval of the protocol herein, we will deliver the results in a timely and professional manner.  We will clearly show all the data in the final report without conclusions or opinions.

Please let me know if the JIT has any questions or comments regarding the testing protocol.



Greg Garrison, Ph.D.
President
Oilfield Testing & Consulting, LLC



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

## Table of Contents

SECTION 1. SLURRY PREP AND MIXING     3
SECTION 2. FLUID CONDITIONING     4
SECTION 3. RHEOLOGICAL PROPERTIES   5
SECTION 4. FREE FLUID & BP SETTLING TESTS     7
SECTION 5: THICKENING TIME   8
SECTION 6: FLUID LOSS     9
SECTION 7: COMPRESSIVE STRENGTH     10
SECTION 8: FOAM STABILITY TESTS  11
SECTION 9: COMPATIBILITY     12
SECTION 10: ANALYTICAL EVALUATION   12
SECTION 11: FOAM SLURRY STABILITY     13



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

# SECTION 1. SLURRY PREP AND MIXING

All slurries will be prepared as described in API RP 10B-2 Clause 5, unless directed otherwise and noted in this Section.

- Both the cement and the water temperature will be tested before beginning. If the samples are not in the range of 71-75°F, then they will be cooled in a standard refrigerator, with the cement being double-bagged to prevent moisture entrainment.
- The cement and the water will be weighed in a clean dry container to an accuracy of 0.01 grams. The water will be weighed immediately before use to prevent loss due to de-hydration.
- The mixer will have a blade assembly with ≤ 10% wear on the blade and no obvious deformation.
- The dry cement will be added to the water at a uniform rate in ≤ 15 seconds while the mixer maintains a speed of 4,000 rpm (±200 rpm).
- The mix will be monitored for a clear vortex, and mixability will be noted.
- The slurry will then mixed at 12,000 rpm (± 500 rpm) for 35 seconds, and an average speed under load for all slurries will be documented.

Special mixing procedures for foamed cement:

The foamed cement tests will be prepared as described below according to API RP 10B-4 Clause 7, except as specifically noted in this document. The foam is to be achieved using a multi-blade assembly with a retro-fitted slurry cup that has a threaded cap, an o-ring, and a removable plug with a vent hole.  The base slurry shall be prepared as described above, then the appropriate weight of slurry and surfactant will be placed in the cup which is then sealed.  The mixer is to be turned to 12,000 rpm or the highest achievable rpm (and recorded) for 15 seconds.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

# SECTION 2. FLUID CONDITIONING

Fluids will be conditioned in two different manners given by API RP 10B-2, Clause 12.4 (b,c).   First, the fluid may be conditioned at atmospheric pressure; Alternatively, the fluid may be conditioned in a pressurized vessel.

*In both procedures*, the consistometer cups will be at room temperature when slurry is added to them. The slurry will be mixed according to Section 1 mixing procedure, and then will immediately be poured into the consistometer cup for test initiation. The test will be increased to conditions in the individual manners described below, then allowed to stir for the designated conditioning time, as set by the client. Once the conditioning time is completed, every effort will be made to prevent the slurry from remaining static for any period of time and will be vigorously stirred with a spatula for 5 seconds immediately before removing the slurry from the vessel.  At that time, the slurry will then be prepared for prompt use.

<u>Atmospheric Conditioning</u>

The consistometer will be pre-heated to the designated test temperature or BHCT (below 190°F).  After adding the slurry to the vessel, the temperature will be monitored until it reaches the designated temperature. At that time, a timer will be started to run for the designated conditioning time.

<u>Pressurized Conditioning</u>

The slurry will be heated to the desired temperature and pressure and/or according to the thickening time test schedule for the cement application. The time will be closely monitored, and slurries treated promptly at the end of the designated period. When the conditioning is completed, slurries greater than 190°F will be cooled down as rapidly as possible to 190°F.  The slurry will be immediately and safely removed, and excess oil invaded from the consistometer will be blotted from the top of the slurry just before the paddle is removed.

*In this series of tests*, the pressurized method shall be used for all fluid loss tests, free fluid tests, BP settling tests, UCA tests, and Crush Strength Tests. Specifically, the former three tests will be conditioned at 135°F and 14,458 psi for a period of 30 minutes, using ramp times of 83 and 230 minutes. The latter two tests will be stirred for 3 hours at 135°F before transferring to the appropriate vessels. Atmospheric conditioning will be utilized for rheology (135°F) and foam stability tests (180°F).



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

# SECTION 3. RHEOLOGICAL PROPERTIES

The slurries noted below will be prepared as described in Section 1 and be tested for rheology and gel strength (10 second & 10 minute) according to API RP 10B-2 Clause 12.4 except as specifically noted in this document.  An atmospheric viscometer shall be used with a standard rotor/bob/spring combination of R1/B1/F1. Measurements will be made at rotational speeds of 3, 6, 30, 60, 100, 200, & 300 rpm.  A heating assembly shall be used to maintain the temperature ±5°F during testing and to pre-heat the cup.

After atmospheric conditioning as described in Section 2, for 30 minutes at the temperatures noted in the table below, the slurry will be vigorously stirred for 5 seconds and immediately poured into a viscometer cup.

<u>Procedure</u>

The viscometer will initially be rotating at 3 rpm as the cup is raised. Each reading will be stabilized for 10 seconds before recording the dial reading.  The temperature will be taken before the first reading and after the final reading (before performing gel strength tests).  Readings shall be taken first in ascending order followed by descending order and the ratio of the readings ascending to descending shall be calculated, as well as the average of the two readings and the difference between the two readings (if the difference is ≥ 5 degrees, this shall be noted).

Gel strength at 3 rpm shall be measured immediately after taking the last temperature.  If increasing gelation has been noticed during the viscometer readings (ratios <1 i.e. descending values greater than ascending values), then the slurry in the cup will be mixed at 300 rpm for 1 min to disperse the gel. The setting will then be changed to 3 rpm, and the viscometer turned off for 10 seconds.  Immediately upon turning the viscometer back on, the maximum dial reading shall be recorded as the "10 second gel strength." Shut the viscometer back off for 10 minutes and repeat the process for the "10 minute gel strength." Record a 3rd , final temperature.

| # | COMPOSITION | Pre-condition | Gel Str. |
|---|---|---|---|
| Rh1 | Base Slurry + 0.08 gps SCR-100 | 30 min @ 80°F | 10s, 10m |
| Rh2 | Base Slurry + 0.08 gps SCR-100 | 30 min @ 135°F | 10s, 10m |
| Rh3 | Base Slurry + 0.09 gps SCR-100 | 30 min @ 80°F | 10s, 10m |
| Rh4 | Base Slurry + 0.09 gps SCR-100 | 30 min @ 135°F | 10s, 10m |



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

The following rheologies will be performed at 135°F, as described above with the exception of gel strengths as part of the compatibility regimen. Slurries CR1-4 will be mixed and conditioned several times to perform the ratio tests, but the individual ratio fluids will be performed as part of the original conditioning.  For example CR2 and CR3 will each be pre-conditioned at one time in order to perform the ratio tests, CR5-9, whereas CR5-9 will not be individually pre-conditioned.  This procedure for determining compatibilities is further described in API RP 10B-2 Clause 16.

| # | COMPOSITION | Ratio |
|------|---------------------------------|---------|
| CR1 | Base Slurry + 0.09 gps SCR-100 | 100% |
| CR2 | Spacer | 100% |
| CR3 | Base Oil | 100% |
| CR4 | Drilling Fluid | 100% |
| CR5 | Spacer CR2 : Base Oil CR3 | 95 : 5 |
| CR6 | CR5 | 75 : 25 |
| CR7 | CR5 | 50 : 50 |
| CR8 | CR5 | 25 : 75 |
| CR9 | CR5 | 5 : 95 |
| CR10 | Spacer CR2 : Slurry CR1 | 95 : 5 |
| CR11 | CR10 | 75 : 25 |
| CR12 | CR10 | 50 : 50 |
| CR13 | CR10 | 25 : 75 |
| CR14 | CR10 | 5 : 95 |
| CR15 | Base Oil CR3 : Slurry CR1 | 95 : 5 |
| CR16 | CR15 | 75 : 25 |
| CR17 | CR15 | 50 : 50 |
| CR18 | CR15 | 25 : 75 |
| CR19 | CR15 | 5 : 95 |
| CR20 | Drilling Fluid CR4 : Slurry CR1 | 95 : 5 |
| CR21 | CR20 | 75 : 25 |
| CR22 | CR20 | 50 : 50 |
| CR23 | CR20 | 25 : 75 |
| CR24 | CR20 | 5 : 95 |



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

# SECTION 4. FREE FLUID & BP SETTLING TESTS

The slurries noted in the first table from the previous section (Section 3, Rh1-4) will be re-mixed and re-conditioned (pressurized) as described in previous sections. They will be tested for free fluid (with heated static period) and for sedimentation in a BP settling tube according to API RP 10B-2 Clause 15.4 and 15.6 except as specifically noted in this document.

Free Fluid at ≤190°F

A clear, graduated, glass, ASTM Class B, 250 ml cylinder shall be used with parafilm to reduce evaporation.  The cylinder dimensions and exact slurry volume shall be documented for each test.  A circulating water bath pre-heated to 135°F will be used for the two hour static period. The four fluids will be tested at both zero degree (vertical) and 45 degree angles with vibration minimized.  At the end of two hours (from the moment of entering the cylinder), the clear or colored fluid on top of the cement slurry (free fluid) shall be measured to a precision of ± 0.2ml.  The free fluid shall be documented as a percent of the original volume.

Sedimentation

Immediately after mixing and before conditioning, the slurry shall be tested for density with a pressurized mud balance. A BP Settling tube, greased inside and at joints, shall be utilized for the sedimentation test.  The tube shall be filled to within ¾" from the top and then puddled (tamped) before completely filling the tube.  A curing chamber heated to 210°F shall be used instead of a water bath.  Each of the four samples shall be cured for 24 hours, before removing from the chamber.   Cool the chamber to 190°F, remove the sample, and cool it to 80°F ±10°F using a water bath.   The procedure for marking and measuring the density using Archimedes principle, described in API RP 10B-2 Clause 15.6 shall be used to find the density of each section with a scale of precision 0.001g.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

# SECTION 5: THICKENING TIME

All samples will be tested for thickening time according to API RP 10B-2 Clause 9, unless directed otherwise and noted in this Section.

.
- The slurry cup will be assembled before filling with the exception of the plug nut.  Grease will be applied to the threaded areas. While tapping on the side of the cup, the slurry will be poured into the cup until it flows out of the hole. Cement will be wiped from the threads and capped. The cup will be checked to ensure the paddle turns freely
- Each test will be initiated within 5 min ± 15 sec of mixing, with the exact time being recorded.

Test schedules:

| # | Composition | Test Temp (°F) | Test Pressure (psi) | Ramp Time (min) |
|------|------------------------------------------|------|--------|-----|
| TT1 | Base Slurry + 0.08 gps SCR-100 | 135 | 14,458 | 83 |
| TT2 | Base Slurry + 0.08 gps SCR-100 | 135 | 14,458 | 230 |
| TT3 | Base Slurry + 0.09 gps SCR-100 | 135 | 14,458 | 83 |
| TT4 | Base Slurry + 0.09 gps SCR-100 | 135 | 14,458 | 230 |
| CT1 | Slurry TT3 : Spacer at 95:5 ratio | 135 | 14,458 | 83 |
| CT2 | Slurry TT3 : Spacer at 75:25 ratio | 135 | 14,458 | 83 |
| CT3 | Slurry TT3 : Base Oil at 95:5 ratio | 135 | 14,458 | 83 |
| CT4 | Slurry TT3 : Base Oil at 75:25 ratio | 135 | 14,458 | 83 |



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

# SECTION 6: FLUID LOSS

The slurries noted below will be prepared as described in Section 1 and be tested for fluid loss according to API RP 10B-2 Clause 10 except as specifically noted in this document.  A stirred fluid loss apparatus will be used to condition and perform all fluid loss tests.  Pre-conditioning will be performed for 30 min @ 135°F.

| # | COMPOSITION | Ramp time |
|---|-------------|-----------|
| FL1 | Base Slurry + 0.08 gps SCR-100 | 83 min |
| FL2 | Base Slurry + 0.08 gps SCR-100 | 230 min |
| FL3 | Base Slurry + 0.09 gps SCR-100 | 83 min |
| FL4 | Base Slurry + 0.09 gps SCR-100 | 230 min |
| CL1 | Slurry FL3 : Spacer at 95:5 ratio | 83 min |
| CL2 | Slurry FL3 : Spacer at 75:25 ratio | 83 min |
| CL3 | Slurry FL3 : Base Oil at 95:5 ratio | 83 min |
| CL4 | Slurry FL3 : Base Oil at 75:25 ratio | 83 min |



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

# SECTION 7: COMPRESSIVE STRENGTH

UCA Procedure

The slurries noted below will be prepared as described in Section 1 and be tested for compressive strength according to API RP 10B-2 Clause 8, except as specifically noted in this document. The UCA cell will be pre-heated to 135°F before accepting slurry. The test shall be initiated within 5 minutes of pre-conditioning. Each test shall be 48 hours, including ramp time, calculated from the initiation of temperature and pressure on the UCA cell. Pressure shall be maintained at 3000 psi throughout the UCA test. Pre-conditioning will be performed according to the table below.

| # | COMPOSITION | Pre-condition | Ramp |
|---|---|---|---|
| UCA1 | Base Slurry + 0.08 gps SCR-100 | 3 hours @ 135°F | 4 hour to 210°F |
| UCA2 | Base Slurry + 0.09 gps SCR-100 | 3 hours @ 135°F | 4 hour to 210°F |
| CU1 | Slurry UCA2 : Spacer at 95:5 ratio | 30 min @ 135°F | 83 min to 210°F |
| CU2 | Slurry UCA2 : Spacer at 75:25 ratio | 30 min @ 135°F | 83 min to 210°F |
| CU3 | Slurry UCA2 : Base Oil at 95:5 ratio | 30 min @ 135°F | 83 min to 210°F |
| CU4 | Slurry UCA2 : Base Oil at 75:25 ratio | 30 min @ 135°F | 83 min to 210°F |

Crush Test Procedure

The slurries noted below will be prepared as described in Section 1 and be tested for compressive strength according to API RP 10B-2 Clause 7, except as specifically noted in this document.   The slurry will be conditioned for 3 hours at 135°F and transferred to a pre-heated water bath at 180°F for 48 hours.

| # | COMPOSITION | Pre-condition | Water Bath |
|---|---|---|---|
| ACS1 | Base Slurry + 0.08 gps SCR-100 | 3 hours @ 135°F | 180°F |
| ACS2 | Base Slurry + 0.09 gps SCR-100 | 3 hours @ 135°F | 180°F |



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

# SECTION 8: FOAM STABILITY TESTS

The tests noted below will be prepared as described below and be tested for foam stability according to API RP 10B-4 Clauses 5 and 9, except as specifically noted in this document. The stability will be assessed using visual inspection (e.g. FF, settling, bubble conc.), as well as three density measurement methods, also described below. Foam stability tests are to be performed on a 14.5 ppg and a 13.6 ppg slurry prepared at atmospheric conditions to achieve approximately 13% and 18.5% gas, respectively.  The base slurry shall be prepared and conditioned as described in Sections 1-2 for 90 minutes and 3 hours. The foam is to be achieved using a multi-blade assembly with a retro-fitted slurry cup that has a threaded cap, an o-ring, and a removable plug with a vent hole.

<u>Density measurement of slurry sampled from the blender</u>

The volume and weight of the slurry in the container will determine the density.

<u>Density measurement via graduated cylinder</u>

The volume and weight of the slurry sampled from graduated cylinder after a 2-hour quiescent period according to API RP10B-4/ISO 10426-4 Clause 9.3.1.

<u>Density measurement by Archimedes' Principle</u>

The density of samples cured in PVC molds at 180°F according to API RP10B-4/ISO 10426-4 Clause 9.3.3.

| #    | COMPOSITION                                 | Cond. 180°F | ppg  | %gas |
|------|---------------------------------------------|-------------|------|------|
| FM1  | Base Slurry + 0.08 gps SCR-100              | 1.5 hr      | 14.5 | 13   |
| FM2  | Base Slurry + 0.08 gps SCR-100              | 3.0 hr      | 14.5 | 13   |
| FM3  | Base Slurry + 0.09 gps SCR-100              | 1.5 hr      | 14.5 | 13   |
| FM4  | Base Slurry + 0.09 gps SCR-100              | 3.0 hr      | 14.5 | 13   |
| FM5  | Base Slurry + 0.08 gps SCR-100              | 1.5 hr      | 13.6 | 18.5 |
| FM6  | Base Slurry + 0.08 gps SCR-100              | 3.0 hr      | 13.6 | 18.5 |
| FM7  | Base Slurry + 0.09 gps SCR-100              | 1.5 hr      | 13.6 | 18.5 |
| FM8  | Base Slurry + 0.09 gps SCR-100              | 3.0 hr      | 13.6 | 18.5 |
| CFM1 | Base Slurry + 0.08 gps SCR-100 +10% Oil     | 3.0 hr      | 14.5 | 13   |
| CFM2 | Base Slurry + 0.08 gps SCR-100 + 20% Oil    | 3.0 hr      | 14.5 | 13   |
| CFM3 | Base Slurry + 0.09 gps SCR-100 +10% Oil     | 3.0 hr      | 14.5 | 13   |
| CFM4 | Base Slurry + 0.09 gps SCR-100 + 20% Oil    | 3.0 hr      | 14.5 | 13   |



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

## SECTION 9: COMPATIBILITY

Each section of this document has described the testing to be done to determine compatibility.  The section numbers are as follows:

- Section 3 – Rheology of tests CR1-CR24
- Section 5 – Thickening Time of tests CT1-CT4
- Section 6 – Fluid Loss of tests CL1-CL4
- Section 7 – UCA Compressive Strength of tests CU1-CU4
- Section 8 – Foam Stability of CFM1-CFM4

## SECTION 10: ANALYTICAL EVALUATION

A water analysis on both the rig water and the lab water shall be performed to determine hardness, chlorides, sulfates, and tannin/lignen content.



15730 Park Row, Ste 400
Houston, TX 77084
Main: 281-579-1055
Fax: 281-579-1975
www.oftesting.com

# SECTION 11: FOAM SLURRY STABILITY

The samples from the Macondo well will be tested only after all of the above tests have been completed and evaluated.  This testing will be a repeat of foam stability tests FM1-FM8 in Section 8 of this document.  If insufficient material is available for all eight tests, then test MAC1-MAC4 will be given priority.

| # | COMPOSITION | Cond. 180°F | ppg | %gas |
|---|---|---|---|---|
| MAC1 | Base Slurry + 0.08 gps SCR-100 | 1.5 hr | 14.5 | 13 |
| MAC2 | Base Slurry + 0.08 gps SCR-100 | 3.0 hr | 14.5 | 13 |
| MAC3 | Base Slurry + 0.09 gps SCR-100 | 1.5 hr | 14.5 | 13 |
| MAC4 | Base Slurry + 0.09 gps SCR-100 | 3.0 hr | 14.5 | 13 |
| MAC5 | Base Slurry + 0.08 gps SCR-100 | 1.5 hr | 13.6 | 18.5 |
| MAC6 | Base Slurry + 0.08 gps SCR-100 | 3.0 hr | 13.6 | 18.5 |
| MAC7 | Base Slurry + 0.09 gps SCR-100 | 1.5 hr | 13.6 | 18.5 |
| MAC8 | Base Slurry + 0.09 gps SCR-100 | 3.0 hr | 13.6 | 18.5 |

**Deepwater Horizon Rig Cement Sample Analytic Testing**

## Overview

- **X-ray powder diffraction (XRD)** is a direct means of mineral identification and quantitative analysis, where each crystalline phase produces a unique diffraction pattern independent of the other phases and, in a mixture, the intensity of that pattern is proportional to the phase concentration.

- **Scanning electron microscopy (SEM)** is used to image microstructure, identify and quantify phases, and allow a visual assessment of the specimen phase texture (crystal size, form, and distribution).

- **Thermal gravimetric analysis (TGA)** measures the mass loss of a sample as a function of temperature and is useful in the identification of secondary products that may have formed due to exposure to humidity.

## Specific Tasks

**Sampling**:

*Equipment needed at the storage facility:*
- 1 clean bucket, approximately 5 gal. capacity,
- 1 clean bucket, approximately 1 gal. capacity,
- 2 polyethylene containers with screw caps with capacity for 100 g cement,
- sample splitter and pans.
- 2 Plastic bags at least 3 mil in thickness and 13 gal in capacity
- 10 double zip-lock type freezer bags of 1 gal capacity

A representative sample for the physical tests will be obtained following ASTM C702-98 (2003)[1] and placed in a double plastic bag (13 gal), and placed in a bucket. From this material, two duplicate samples of approximately 100 g each will be collected by either riffle splitter or a cone-and-quartering technique. Each 100 g sample will be placed in a polyethylene bottle, sealed, and then placed in a double zip-lock bag, sealed and labeled for subsequent transport to the laboratory. The bottles should be placed in the 1 gal. capacity bucket for shipment to the laboratory.

The remaining material will be placed in a double plastic bag (13 gal), sealed and placed in a 5 gal. bucket.

## Secure Storage:
1. Of all containers at the storage facility
2. Samples during shipment

---

[1] ASTM C702-98 (2003), "Standard Practice for Reducing Samples of Aggregate to Testing size", Vol. 04.02

3. At laboratory

## **Analytical Procedures**

*Cement Sample Requirements*:  From test requirement estimates, and an adequate reserve, a total of 200 g cement will be required for conducting the following tests twice: XRD (25 g), SEM and TGA (20 g). Riffle splitting and recombination prior to splitting into sub-samples will serve to homogenize each 100 g sample.

*XRD*:  *2 samples x 2 treatments, x 3 analyses for 12 tests*

Each specimen is run in triplicate and the results of the triplicate analyses for the bulk and selective extraction constitutes a result.

*SEM*:  *2 samples for 2 tests*

*TGA*: *2 samples x 3 replicates for 6 tests*