# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Robert R. Gasaway
To Call Writer Directly:
(202) 879-5175
robert.gasaway@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

May 27, 2011

**BY ELECTRONIC MAIL**

Sarah D. Himmelhoch, Esq.
Senior Litigation Counsel
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044

Re:    *Deepwater Horizon*:  Cement Testing Protocols

Dear Sarah:

I write in response to your May 24, 2011 email correspondence enclosing a proposed cement testing protocol to be submitted to the Joint Investigation Team.  Thank you for the opportunity to comment on the proposed protocol.

BP continues to believe and advocate that the JIT should adopt the entirety of the testing protocol set forth in our November 5, 2010 submission.  Nonetheless, we also wanted to comment on particular aspects of the proposed protocol that we believe are especially misguided.  Specifically, we focus below on Section 8 of the proposed protocol for the unset and set foam stability testing.  BP believes that these testing protocols must be corrected in order for the JIT's testing to be relevant to the inquiry as to whether the Halliburton-designed foam slurry used on the Macondo Well was stable.

*First*, it is imperative that the JIT does not condition the slurry at 180°F for any period of time before foaming.  If the JIT were to condition the slurry at 180°F before foaming, as the proposed protocol suggests, the JIT's testing would merely duplicate Halliburton's testing and would have no practical bearing on the actual conditions under which the slurry was foamed at the *Deepwater Horizon*.

As the JIT knows, the Halliburton slurry contained SA-541, a thickening agent that activates at 150°F according to Halliburton literature.  (*See* Attachment A.)  One problem with Halliburton's cement design was that it was inappropriately thin for foaming, and the addition of SA-541 does not correct that problem.  This is confirmed by the Halliburton literature, which states that SA-541 "has little effect on surface-mixing viscosity."

## KIRKLAND & ELLIS LLP

Sarah D. Himmelhoch, Esq.
May 27, 2011
Page 2

      Significantly, cement is mixed on a rig is mixed at ambient conditions and is foamed with nitrogen immediately—it is not conditioned at high temperature before foaming.[1]  Because the SA-541 thickening agent requires temperatures significantly hotter than ambient conditions to activate (150°F), it is inappropriate to rely upon the SA-541 additive to thicken a cement slurry mixed on a rig prior to foaming.[2]

      In its report for The National Commission on the Deepwater Horizon Oil Spill and Offshore Drilling, the experts at Chevron's laboratory stated that "API RP10B-4 and ISO 10426-4 are silent on the matter of slurry conditioning."  It is well understood that slurry conditioning must be tailored to reflect the conditions at the work site.  As described in BP's submission (summarized below), the test cement slurry should be conditioned and foamed at 110°F in order to approximate rig temperatures as indicated by available data.  If necessary, the slurry might even be conditioned and foamed at 135°F, which is the bottom hole circulating temperature (although, in practice, the slurry did not reach this temperature until four-and-a-half hours after foaming when it was pumped to the bottom of the well).[3]

      Consistent with the advocated conditioning temperatures, the Chevron laboratory used three types of conditioning for the foam stability testing:  no conditioning of the slurry before foaming; conditioning at 110°F; and conditioning at 135°F before foaming.  Following this conditioning, the JIT can apply an appropriate temperature schedule to cure the foamed cement at higher temperatures if desired.[4]  The API provides that the foamed cement can be cured at

---

[1]    Halliburton's laboratory manager, Mr. Quirk, testified that he was not aware that the slurry was conditioned for any period of time before foaming on the rig.  Tim Quirk 3/21/2011 Tr. at 341:23-342:17 ("Q. Now, on the rig is the unfoamed slurry conditioned at temperature for any period of time?  A. Is the unfoamed slurry conditioned at temperature for any — not that I'm aware of….  Q. Would it surprise you [if that occurred]?  A. Based on my experience, yes, it would surprise me.  Q. Have you heard of that ever occurring?  A. No.").

[2]    Mr. Quirk testified that SA-541 increases the stability of the foam cement as temperature increases.  Tim Quirk 3/22/2011 Tr. at 433:20-435:9 ("Q. And SA-541 thickens as temperature increases?  A. That's correct.  Q. So between the effect of general thinning as temperature increases and plus this additive of SA-541 that thickens as temperature increases, for this particular slurry, do you know whether it becomes more stable or less stable as temperature increases?  A. I think it becomes more — more stable to a certain degree.").

[3]    Even Mr. Quirk expected conditioning the slurry at no greater temperature than 135°F, the bottom hole circulating temperature.  Tim Quirk 3/22/2011 Tr. at 431:25-432:11 ("Q. [D]o you remember the temperature at which the slurry was conditioned before it was foamed?  A. It — I would expect it to be 135 degrees.  Q. [W]hy would you expect it to be 135 degrees?  A. Because that's a circulating temperature on a — on the lab request.").

[4]    For example, the temperature schedule suggested by Anadarko would be acceptable for curing the foamed cement:  after conditioning at 110°F or 135°F; foam the cement; ramp the temperature to 165°F in 4 hours; then ramp to 185°F in another 4 hours; then ramp to 195°F in another 4 hours, and finally ramp to the final curing temperature of 210°F in another 4 hours.

## KIRKLAND & ELLIS LLP

Sarah D. Himmelhoch, Esq.
May 27, 2011
Page 3


temperature using a curing mold made of sealed PVC pipe.[5]  In sum, there is no valid reason to condition the test slurry at 180°F for any period of time before foaming.

At the very least, if the JIT has somehow been convinced to test slurry conditioned at 180°F, then, we submit, the JIT should also conduct alternative tests at alternative conditioning temperatures in order to better reflect real world conditions and afford all parties a fair opportunity to analyze the testing results.  The government is in a unique position in this litigation as the sole recipient of actual samples from the rig and lot samples from Halliburton.  Even if the government were to find itself disagreeing with BP, BP's experts, the Presidential Commission, the experts at Chevron, and the lab manager for Halliburton's foam laboratory, the government should still perform the stability tests under a variety of conditions.

*Second*, BP would also urge the JIT to run a few foam stability tests at 60% foam quality.  Based on information provided by Halliburton regarding the nitrogen injection rate, injection temperature and injection pressure of the foamed cement actually created on the Deepwater Horizon rig, that foamed cement had a very high gas content at formation—in excess of 60% gas by volume.[6]  It is well-known that foam stability generally decreases as the percentage of gas by volume increases.  If the foam cement generated by Halliburton on the rig were unstable, it would experience nitrogen break out immediately.  Merely displacing the cement downhole does not create sufficient shear stress to entrain the gas back into the cement.  In sum, testing at a gas content of 60% gas by volume would provide useful information as to whether or not the foam cement actually generated on the rig was stable.[7]

---

[5]  API RP 10B-4 at 9.3.3.

[6]  The April 18, 2010 OptiCem report reports that 583 standard cubic feet (scf) of Nitrogen would need to be added to each barrel of cement to form the foamed slurry. (April 18, 2010 OptiCem Report at 3.3.)  Using the ideal gas law ($P_1V_1/T_1 = P_2V_2/T_2$), it can be calculated that Nitrogen was mixed at a rate of 9.40 cubic feet per barrel at the injection conditions of roughly 1,100 psi and 110°F during the injection period.  Using known conversion factors, this equates to 1.56 barrels of Nitrogen per barrel of cement.  The foam quality under formation conditions is about 61%.

[7]  Although it can be argued that API 10B-4 permits foam stability testing at the foam quality required to match the intended density at atmospheric conditions, API 10B-4 was not drafted with the intent that it be blindly applied to deepwater intervals.  Indeed, it is currently undergoing revision to address the testing of foam cement for high temperature, high pressure applications.  Importantly, the aim of the JIT's testing should not be solely to determine if Halliburton's testing can be repeated or whether it can be argued to comply with any particular standard.  Rather, at least one aim of the testing should be to determine if the slurry was capable of performing as expected under the conditions it was pumped at the Macondo well on April 19, 2010.

## KIRKLAND & ELLIS LLP

Sarah D. Himmelhoch, Esq.
May 27, 2011
Page 4


BP's November 5, 2010 submission sets forth the reasons why the foam cement stability testing should be conducted at both surface and bottom hole conditions. Specifically, BP urges testing the stability of the foamed cement under two conditions:

- 60% Foam Quality @ 110°F

- 18.5% Foam Quality @ 135°F

The first test reflects the conditions at which foam is formed at the rig. According to information provided by Halliburton, the field conditions are a surface temperature of approximately 80°F and an injection temperature of approximately 110°F.[8] Halliburton also provides information on the foam quality of the slurry when generated under the foam creation conditions on the rig.[9] BP proposes that the slurry be conditioned and tested under these conditions because if the cement slurry is unstable when foamed on the rig, it will not become stable as it travels down the well.

The second test reflects the prevailing conditions at the bottom of the well. According to Halliburton, the bottom hole circulating temperature of the Macondo well was 135°F.[10] Halliburton's cement program also shows that 18.6% foam quality cement slurry is necessary to achieve the desired density of 14.44 pounds per gallon at under "bottom hole" pressure conditions.[11] BP proposes that the slurry be conditioned and tested under these conditions that reflect the initial conditions for the cement after it is placed downhole. If the slurry is unstable at placement conditions, then it will break apart before the well warms it up to the temperature at the bottom of the well.

It is important to note that at the deposition this week of Fred Sabins, CSI's designated witness on its laboratory testing reports and underlying testing protocols, *no challenge* was made to CSI's testing protocols by Halliburton or any other party. In particular, Appendix K to the IIT's report drafted by CSI states as to temperature that "[a] large matrix of foam stability tests

---

[8]  9 7/8" X 7" Production Casing Design Report dated April 18, 2010 (the "April 18, 2010 OptiCem Report") at 1.9; 9.875" X 7" Foamed Production Casing Post Job Report dated April 20, 2010 (the "April 20, 2010 Post-Job Report") at 14.

[9]  *See* footnote 6.

[10]  April 18, 2010 OptiCem Report at 1.9.

[11]  April 18, 2010 OptiCem Report at 5.8. The equations in API RP 10B-4 (ISO 10426-4) at 4.2.1.2. and 4.2.1.3. calculate foam quality by assuming that the gas does not have weight. That assumption is incorrect at the downhole pressure where the foam cement was intended to be placed. The foam quality calculation in Halliburton's OptiCem report, which includes the weight of the gas under the downhole pressure, gives a more accurate foam quality value.

## KIRKLAND & ELLIS LLP

Sarah D. Himmelhoch, Esq.
May 27, 2011
Page 5

were conducted at both slurry injection temperature of 110°F and the CSI estimated BHCT of 140°F." CSI further states as to foam quality that "[f]or the foam stability testing, the slurry was foamed and the stability tests were conducted at foam qualities ranging from 5% to 60%. 60% foam quality is important because that is the foam quality needed … in order to achieve 14.5 lb/gal slurry at bottom-hole conditions. Another key foam quality is 18.5%; this is the foam quality at bottom-hole conditions." No challenge was made to CSI's testing protocol or on its designation of these important conditions of foam temperature and foam quality because they are correct and representative of field conditions.

As discussed above, the conditioning should not be done at a non-representative temperature that activates the thickening agent. Under actual field conditions, the foamed cement does not reach 180°F for many hours (for example, it takes eleven hours to reach 185°F under Anadarko's proposed temperature schedule). Accordingly, any testing that initially conditions that slurry at elevated temperatures before foaming is not representative of the field conditions, and the results of that testing will not provide relevant information on whether the foam cement designed and pumped by Halliburton at the Macondo well was stable.

As the proposed protocol is currently drafted, BP would strenuously object to the relevance of the results of the JIT's testing. As currently proposed, this testing would (at most) merely confirm the accuracy of Halliburton's misguided, unrealistic cement testing—testing that is largely irrelevant because not representative of field conditions. The conditions of Halliburton's foam stability testing have already been rejected by two independent laboratories (Chevron laboratory and CSI Technologies), both of which are experienced with foam cements. Indeed, Halliburton's own manager of the Broussard laboratory, which is responsible for foam cement testing for the Gulf of Mexico, indicated his belief that the conditioning temperature was inappropriate.[12]

Further, as the JIT knows, BP has requested but has not received from Halliburton any of the off-the-shelf cementing components for testing (of course, the actual rig samples and same-lot samples are in the possession of the government). As such, the BP Incident Investigation Team's testing of Halliburton's cement design was performed on a "simulated" slurry. At a minimum, the JIT should develop foam stability evidence under both Halliburton's incorrect conditions, and using the conditioning temperatures and foam qualities described above that are representative of the conditions under which the foam was generated and used at the Macondo well.

---

[12]   *See* footnote 3.

## KIRKLAND & ELLIS LLP

Sarah D. Himmelhoch, Esq.
May 27, 2011
Page 6


      BP continues to appreciate its on going dialogue with the United States government, and we especially appreciate this opportunity to make recommendations regarding the JIT's proposed cement testing.  Please do not hesitate to contact me if you have any questions.

                Sincerely,

                /s/ Robert R. Gasaway

                Robert R. Gasaway

Attachment


cc:    M. Underhill
        S. O'Rourke
        J. McClellan
        J. Sullivan

# ATTACHMENT A

**Overview**

## SA-541™ Control Agent

**A suspending aid and free-water control agent**

When slurries containing Halliburton's SA-541 suspending aid are heated to temperatures greater than 150°F (65.5°C), the material yields to suspend downhole solids.

Our SA-541 suspending aid counteracts the thermal thinning of cement slurries and enables them to be mixed more easily. The control agent has little effect on surface-mixing viscosity.

SA-541 control agent has a shelf-life of up to 24 months and is not classified as hazardous waste by the Environmental Protection Agency.

**SA-541 control agent - Product Specifications**

| | | | |
|---|---|---|---|
| **Part No. (50-lb bag)** | 516.01068 (100009911 SAP) | **Bulk Density** | 36 lb/ft$^3$ |
| **Form** | Off-white to yellow solid powder | **pH** | 10.1 |
| **Specific Gravity** | 1.400 | **Flash Point** | >200°F (>93°F) |

Comments? Questions? Need More Information?

**Related Information**

**Frequently Requested**

Data Sheets (3)

Copyright © 2011 Halliburton. All Rights Reserved. | Terms of Use | Privacy Policy | Site Map

