## Himmelhoch, Sarah (ENRD)

| | |
|---|---|
| **From:** | Himmelhoch, Sarah (ENRD) |
| **Sent:** | Tuesday, May 31, 2011 2:53 PM |
| **To:** | 'Joseph Eisert' |
| **Cc:** | Andrew Langan; Barbara Harding; McClellan, Jessica L. (CIV); Sullivan, Jessica (CIV); Underhill, Mike (CIV); Philip Chen; Robert Gasaway; Cernich, Scott (ENRD) |
| **Subject:** | RE: Cement Testing |

| **Tracking:** | **Recipient** | **Delivery** | **Read** |
|---|---|---|---|
| | 'Joseph Eisert' | | |
| | Andrew Langan | | |
| | Barbara Harding | | |
| | McClellan, Jessica L. (CIV) | Delivered: 5/31/2011 2:53 PM | Read: 5/31/2011 2:55 PM |
| | Sullivan, Jessica (CIV) | Delivered: 5/31/2011 2:53 PM | Read: 6/1/2011 8:29 AM |
| | Underhill, Mike (CIV) | Delivered: 5/31/2011 2:53 PM | |
| | Philip Chen | | |
| | Robert Gasaway | | |
| | Cernich, Scott (ENRD) | Delivered: 5/31/2011 2:53 PM | Read: 5/31/2011 2:56 PM |

Thank you. We will incorporate one of the two proposed changes. As to BP's request relating to high gas testing, this would apply not to the sample taken from the rig but to the representative slurry. BP is, of course, free to prepare its own representative slurry and run the high gas testing it suggests.

---

**From:** Joseph Eisert [mailto:jeisert@kirkland.com]
**Sent:** Friday, May 27, 2011 11:44 PM
**To:** Himmelhoch, Sarah (ENRD)
**Cc:** Andrew Langan; Barbara Harding; McClellan, Jessica L. (CIV); Sullivan, Jessica (CIV); Underhill, Mike (CIV); Philip Chen; Robert Gasaway; Cernich, Scott (ENRD)
**Subject:** RE: Cement Testing

Sarah, Please see the attached letter from Rob Gasaway.


Joseph A. Eisert | Kirkland & Ellis LLP
655 Fifteenth Street, N.W. • Suite 1200 | WASHINGTON, DC 20005 | (202) 879-5136 DIRECT | (202) 879-5200 FAX |
jeisert@kirkland.com

| | | |
|---|---|---|
| **"Himmelhoch, Sarah (ENRD)"** <Sarah.Himmelhoch@usdoj.gov> | To | "Robert Gasaway" <rgasaway@kirkland.com>, "Underhill, Mike (CIV)" <Mike.Underhill@usdoj.gov> |
| 05/26/2011 06:05 PM | cc | "Andrew Langan" <alangan@kirkland.com>, "Barbara Harding" <bharding@kirkland.com>, "Philip Chen" <pchen@kirkland.com>, "Joseph Eisert" <jeisert@kirkland.com>, "Cernich, Scott (ENRD)" <Scott.Cernich@usdoj.gov>, "McClellan, Jessica L. (CIV)" <Jessica.L.McClellan@usdoj.gov>, "Sullivan, Jessica (CIV)" <Jessica.Sullivan@usdoj.gov> |
| | Subject | RE: Cement Testing |

```
Rob --

That's fine, we will await your response tomorrow.
```

1

```
-----Original Message-----
From: Robert Gasaway [mailto:rgasaway@kirkland.com]
Sent: Thursday, May 26, 2011 5:31 PM
To: Underhill, Mike (CIV)
Cc: Himmelhoch, Sarah (ENRD); Andrew Langan; Barbara Harding; Philip Chen; Joseph Eisert;
Cernich, Scott (ENRD); McClellan, Jessica L. (CIV); Sullivan, Jessica (CIV)
Subject: Re: Cement Testing
```

Dear Mike,

Thank you for responding from court.

Dear Jessica, Jessica, and Scott,

Please feel free to call me if you would like to discuss (202.250.9405).

Otherwise, may be assume you are OK with this timing?  Please let us know.

Regards,

ROB

```
----- Original Message -----
From: "Underhill, Mike (CIV)" [Mike.Underhill@usdoj.gov]
Sent: 05/26/2011 04:09 PM AST
To: Robert Gasaway
Cc: "Himmelhoch, Sarah (ENRD)" <Sarah.Himmelhoch@usdoj.gov>; Andrew Langan; Barbara
Harding; Philip Chen; Joseph Eisert; "Cernich, Scott (ENRD)" <Scott.Cernich@usdoj.gov>;
"McClellan, Jessica L. (CIV)" <Jessica.L.McClellan@usdoj.gov>; "Sullivan, Jessica (CIV)"
<Jessica.Sullivan@usdoj.gov>
Subject: Re: Cement Testing
```

Rob: could you make sure that Scott Cernich, Jessica Sullivan, and Jessica McClellan are looped in on any of these issues?

Someone will try and get back to you (I'm still in court then air; Sarah's in court too by phone).

```
----- Original Message -----
From: Robert Gasaway [mailto:rgasaway@kirkland.com]
Sent: Thursday, May 26, 2011 03:53 PM
To: Underhill, Mike (CIV)
Cc: Himmelhoch, Sarah (ENRD); Andrew Langan <alangan@kirkland.com>; Barbara Harding
<bharding@kirkland.com>; Philip Chen <pchen@kirkland.com>; Joseph Eisert
<jeisert@kirkland.com>
Subject: Cement Testing
```

Dear Mike and Sarah,

Might BP have until COB tomorrow to respond to the
USA's request for comment on the draft cement testing
protocol?

Your accommodation in this respect would be much
appreciated.

Regards,

2

ROB


***********************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
***********************************************************

***********************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
***********************************************************


***********************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
***********************************************************