# Himmelhoch, Sarah (ENRD)

| | |
|---|---|
| **From:** | Himmelhoch, Sarah (ENRD) |
| **Sent:** | Tuesday, May 31, 2011 1:47 PM |
| **To:** | 'Kirby, Ky E.'; Horizon, Deepwater; Herman, Stephen J.; Roy, James Parkerson; Beck, David J.; Centralized Mailbox; Godwin, Donald E.; Haycraft, Don K.; Kuchler, Deborah D.; Langan, Andrew; Lyle, Michael J.; Miller, Kerry J.; Wittman, Phillip A.; Alabama -- Tambling, R.; Florida -- Kent, Russell; Louisiana -- Peterson, Lillie; Louisiana -- Terrell, Megan; Mississippi -- Wood, M.; Texas -- Canaday, Nicholas |
| **Cc:** | Cernich, Scott (ENRD); Chakeres, Aristide (ENRD); Chang, Deanna (ENRD); Delemarre, Michelle (CIV); Flickinger, Nancy (ENRD); Flynn, Stephen (CIV); Frost, Peter (CIV); Harvey, Judy (ENRD); Lawrence, Malinda R. (CIV); Leopold, Matt (ENRD); Liu, Emily (CIV); Mariani, Tom (ENRD); McClellan, Jessica L. (CIV); Nasberg, Lisa (ENRD); O'Rourke, Steve (ENRD); Pfeffer, David J. (CIV); Shutler, Sharon (CIV); Sullivan, Jessica (CIV); Thode, Anna (ENRD); Underhill, Mike (CIV); Pierce, Sheila M. |
| **Subject:** | RE: Deepwater Horizon:  Cement Testing Protocols |

| **Tracking:** | **Recipient** | **Delivery** | **Read** |
|---|---|---|---|
| | 'Kirby, Ky E.' | | |
| | Horizon, Deepwater | Delivered: 5/31/2011 1:47 PM | |
| | Herman, Stephen J. | | |
| | Roy, James Parkerson | | |
| | Beck, David J. | | |
| | Centralized Mailbox | | |
| | Godwin, Donald E. | | |
| | Haycraft, Don K. | | |
| | Kuchler, Deborah D. | | |
| | Langan, Andrew | | |
| | Lyle, Michael J. | | |
| | Miller, Kerry J. | | |
| | Wittman, Phillip A. | | |
| | Alabama -- Tambling, R. | | |
| | Florida -- Kent, Russell | | |
| | Louisiana -- Peterson, Lillie | | |
| | Louisiana -- Terrell, Megan | | |
| | Mississippi -- Wood, M. | | |
| | Texas -- Canaday, Nicholas | | |
| | Cernich, Scott (ENRD) | Delivered: 5/31/2011 1:47 PM | Read: 5/31/2011 1:49 PM |
| | Chakeres, Aristide (ENRD) | Delivered: 5/31/2011 1:47 PM | Read: 5/31/2011 1:52 PM |
| | Chang, Deanna (ENRD) | Delivered: 5/31/2011 1:47 PM | Read: 5/31/2011 1:53 PM |
| | Delemarre, Michelle (CIV) | Delivered: 5/31/2011 1:47 PM | Read: 5/31/2011 1:50 PM |
| | Flickinger, Nancy (ENRD) | Delivered: 5/31/2011 1:47 PM | |
| | Flynn, Stephen (CIV) | Delivered: 5/31/2011 1:47 PM | |
| | Frost, Peter (CIV) | Delivered: 5/31/2011 1:47 PM | |
| | Harvey, Judy (ENRD) | Delivered: 5/31/2011 1:47 PM | Read: 5/31/2011 7:33 PM |
| | Lawrence, Malinda R. (CIV) | Delivered: 5/31/2011 1:47 PM | Read: 5/31/2011 1:48 PM |
| | Leopold, Matt (ENRD) | Delivered: 5/31/2011 1:47 PM | |
| | Liu, Emily (CIV) | Delivered: 5/31/2011 1:47 PM | |
| | Mariani, Tom (ENRD) | Delivered: 5/31/2011 1:47 PM | |
| | McClellan, Jessica L. (CIV) | Delivered: 5/31/2011 1:47 PM | Read: 5/31/2011 1:52 PM |
| | Nasberg, Lisa (ENRD) | Delivered: 5/31/2011 1:47 PM | |
| | O'Rourke, Steve (ENRD) | Delivered: 5/31/2011 1:47 PM | |

| Recipient | Delivery | Read |
|---|---|---|
| Pfeffer, David J. (CIV) | Delivered: 5/31/2011 1:47 PM | Read: 5/31/2011 1:48 PM |
| Shutler, Sharon (CIV) | Delivered: 5/31/2011 1:47 PM | Read: 5/31/2011 3:08 PM |
| Sullivan, Jessica (CIV) | Delivered: 5/31/2011 1:47 PM | Read: 5/31/2011 1:50 PM |
| Thode, Anna (ENRD) | Delivered: 5/31/2011 1:47 PM | Read: 5/31/2011 3:01 PM |
| Underhill, Mike (CIV) | Delivered: 5/31/2011 1:47 PM | Read: 5/31/2011 1:57 PM |
| Pierce, Sheila M. | | |

Thank you. We will incorporate both of your comments into the revised protocol, which we will be providing shortly.

---

**From:** Kirby, Ky E. [mailto:Ky.Kirby@bingham.com]
**Sent:** Thursday, May 26, 2011 2:59 PM
**To:** Himmelhoch, Sarah (ENRD); Horizon, Deepwater; Herman, Stephen J.; Roy, James Parkerson; Beck, David J.; Centralized Mailbox; Godwin, Donald E.; Haycraft, Don K.; Kuchler, Deborah D.; Langan, Andrew; Lyle, Michael J.; Miller, Kerry J.; Wittman, Phillip A.; Alabama -- Tambling, R.; Florida -- Kent, Russell; Louisiana -- Peterson, Lillie; Louisiana -- Terrell, Megan; Mississippi -- Wood, M.; Texas -- Canaday, Nicholas
**Cc:** Cernich, Scott (ENRD); Chakeres, Aristide (ENRD); Chang, Deanna (ENRD); Delemarre, Michelle (CIV); Flickinger, Nancy (ENRD); Flynn, Stephen (CIV); Frost, Peter (CIV); Harvey, Judy (ENRD); Lawrence, Malinda R. (CIV); Leopold, Matt (ENRD); Liu, Emily (CIV); Mariani, Tom (ENRD); McClellan, Jessica L. (CIV); Nasberg, Lisa (ENRD); O'Rourke, Steve (ENRD); Pfeffer, David J. (CIV); Shutler, Sharon (CIV); Sullivan, Jessica (CIV); Thode, Anna (ENRD); Underhill, Mike (CIV); Pierce, Sheila M.
**Subject:** RE: Deepwater Horizon: Cement Testing Protocols

Sarah, on behalf of Anadarko we have two important comments regarding the proposed tests which, if accommodated, can obviate our objection.

First, with respect to rheology, we believe that a 600 RPM reading is <u>essential</u> to give a complete picture of all the characteristics of the cement slurry, especially at Reynolds numbers over 2,000, and to determine the pumping pressures and ECD. We understand that taking a 600 RPM reading is a small matter, takes less than a minute to run and can be done during the recording of the other readings.

With respect to the UCA Procedure: To better simulate well conditions in mid-April 2010, we suggest the following: We would like the Base Slurry + 0.09 gps SCR-100 to follow the Pre-condition of 3 hours at 135ºF, then Ramp to 165ºF in 4 hours, then Ramp to 185ºF in 4 hours, then Ramp to 195º F in 4 hours, then to 210ºF in 4 hours. We believe this will give a more realistic formation heating rate than the 4 hour Ramp to 210ºF.

Please advise whether you are amenable to revision of the protocol.

Regards,

Ky Kirby

---

**From:** Himmelhoch, Sarah (ENRD) [mailto:Sarah.Himmelhoch@usdoj.gov]
**Sent:** Tuesday, May 24, 2011 9:21 AM
**To:** deepwater.horizon@usdoj.gov; Herman, Stephen J.; Roy, James Parkerson; Beck, David J.; Centralized Mailbox; Godwin, Donald E.; Haycraft, Don K.; Kirby, Ky E.; Kuchler, Deborah D.; Langan, Andrew; Lyle, Michael J.; Miller, Kerry J.; Wittman, Phillip A.; Alabama -- Tambling, R.; Florida -- Kent, Russell; Louisiana -- Peterson, Lillie; Louisiana -- Terrell, Megan; Mississippi -- Wood, M.; Texas -- Canaday, Nicholas
**Cc:** Cernich, Scott (ENRD); Chakeres, Aristide (ENRD); Chang, Deanna (ENRD); Delemarre, Michelle (CIV); Flickinger, Nancy (ENRD); Flynn, Stephen (CIV); Frost, Peter (CIV); Harvey, Judy (ENRD); Himmelhoch, Sarah (ENRD); Lawrence, Malinda R. (CIV); Leopold, Matt (ENRD); Liu, Emily (CIV); Mariani, Tom (ENRD); McClellan, Jessica L. (CIV); Nasberg, Lisa (ENRD); O'Rourke, Steve (ENRD); Pfeffer, David J. (CIV); Shutler, Sharon (CIV); Sullivan, Jessica (CIV); Thode, Anna

(ENRD); Underhill, Mike (CIV)
**Subject:** Deepwater Horizon: Cement Testing Protocols

Counsel –

Attached are the proposed testing protocols that were circulated to the JIT earlier this week.  Please advise if you have any objections on or before Thursday, May 26, 2011, at 6 pm.

Thank you for your attention to this important matter.

Sarah D. Himmelhoch
Senior Litigation Counsel for E-Discover
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
202-514-0180 (phone)

```
From: Murphy, Silvia
Sent: Friday, May 20, 2011 3:27 PM
To: 'DGodwin@GodwinRonquillo.com'; 'efk@preisroy.com'; 'twagner@wp-lalaw.com'; 'ajr@frvf-
law.com'; 'atc@frvf-law.com'; 'sgordon@geslawfirm.com'; 'Brad.Eastman@c-a-m.com';
'DJONES@brsfirm.com'; 'lkaplan@skv.com'; 'Linsin@BlankRome.com'; 'gattrep@smith.com';
'RJH@preisroy.com'; 'mclements@frilot.com'; 'mlemoine@joneswalker.com';
'dlongman@joneswalker.com'; 'donjackson@warejackson.com'; 'dkuchler@kuchlerpolk.com';
'ky.kirby@bingham.com'; 'jim.dragna@bingham.com'; 'kyle@semmlaw.com'; 'pfanninglaw@aim.com';
'srb@mbfirm.com'; 'sbickford@mbfirm.com'; 'rsimmons@hmhlp.com'; 'shaun@gergerclarke.com';
'htanner@morganlewis.com'; 'dscofield@morganlewis.com'; 'dane@gergerclarke.com';
'LWilgus@BlankRome.com'; 'Warde-C@BlankRome.com'; 'hpeterson@fdnlaw.com';
'pnugent@fdnlaw.com'; 'Bowman, Bruce'
Cc: 'Jeff.R.Bray@uscg.mil'
Subject: JIT cement testing

Ladies and Gentlemen,

Attached are the final protocols for the Joint Investigation Team's cement testing.  These
protocols were developed after careful consideration of all input we received from the
parties in interest.  We anticipate that these protocols will be presented to the MDL Court
to the extent necessary to comply with orders dealing with testing of potential evidence.

Please let me know if you have any questions.

Silvia
_____
Silvia Murphy, Attorney-Advisor
Division of Mineral Resources
Office of the Solicitor
U.S. Department of the Interior
(202) 219-3031

NOTICE:  This e-mail (including any attachments) is intended for the use of the individual or
entity to which it is addressed.  It may contain information that is privileged,
confidential, or otherwise protected by applicable law.  If you are not the intended
recipient or the employee or agent responsible for delivery of this e-mail to the intended
recipient, you are hereby notified that any dissemination, distribution, copying, or use of
```

```
this e-mail or its contents is strictly prohibited.  If you received this e-mail in error,
please notify the sender immediately and destroy all copies.
```

Confidentiality Notice: The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone.

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.