# Himmelhoch, Sarah (ENRD)

| | |
|---|---|
| **From:** | Robert Gasaway [rgasaway@kirkland.com] |
| **Sent:** | Wednesday, June 01, 2011 10:06 AM |
| **To:** | Himmelhoch, Sarah (ENRD); Cernich, Scott (ENRD); O'Rourke, Steve (ENRD); Underhill, Mike (CIV) |
| **Cc:** | Andrew Langan; Barbara Harding; Philip Chen; Joseph Eisert |
| **Subject:** | Re: Deepwater Horizon: Cement Testing |

Dear Sarah:

Thank you again for your quick responses and working this issue with us.

In light of the fact the JIT has a limited amount of actual "rig" samples and "same lot" samples for use in testing, what we are really asking is whether you would be willing to perform the critical "high gas content" testing BP advocates using "off-the-shelf" Halliburton cement and additives.

It is BP's understanding that the government did obtain sufficient quantities of "off-the-shelf" Halliburton cement and additives to conduct such testing. In contrast, as you and Scott probably the know, Halliburton has not provided BP with any "off-the-shelf" cement and additives for use in testing. Hence, BP's testing has been conducted using the "simulated" slurry created by CSI that is referenced below.

Accordingly, BP would respectfully ask that the JIT, as part of this testing protocol, run some foam stability tests using cement slurry with "high gas content" that has been created from Halliburton "off-the-shelf" materials.

If the government were in position to agree to this request, and if this testing is were to be included in the proposed testing protocol submitted to the Court, then BP could affirmatively agree to the Court's approval of that cement testing protocol.

Please let me know if this might work for you.

Regards,

ROB



----- Original Message -----
From: "Himmelhoch, Sarah (ENRD)" [Sarah.Himmelhoch@usdoj.gov]
Sent: 05/31/2011 09:50 PM AST
To: Robert Gasaway; "Cernich, Scott (ENRD)" <Scott.Cernich@usdoj.gov>; "O'Rourke, Steve (ENRD)" <Steve.O'Rourke@usdoj.gov>; "Underhill, Mike (CIV)" <Mike.Underhill@usdoj.gov>
Subject: Deepwater Horizon: Cement Testing


Rob,

When I referred to the "sample taken from the rig," I was referring to the actual dry blend sample taken from the Deepwater Horizon before the April 2010 cement job, which would be destroyed in the process of lab testing ("Rig Sample"). You are asking us to choose BP's proposed 60% gas content testing over the JIT's choice of tests for use on a very limited

1

amount of sample—approx. 1.5 gallons of Rig Sample--when there is no industry standard by which very high gas contents are tested for stability and such testing is not contemplated by, or provided for in, API RP 10B-4.  The only tests on the Rig Sample are the foam stability tests found in Section 11 of the proposed cement testing protocol (where it's noted that there may not be enough Rig Sample to conduct more than the first four tests). As noted below, the JIT has agreed to revise the protocols to condition the slurry for foam stability tests at 135ºF, including for the Rig Sample tests in Section 11. We are aware of BP's testing with CSI, but as you know that testing was not performed on a representative slurry, because " [t]he Halliburton additives were not available for use in this project. Alternative additives sold as being similar in form and function [sic] the Halliburton additives were used to simulate the HES composition."  CSI Report, p. 2.  In addition, the CSI SIM slurry was designed "to be more viscous than" Halliburton base slurry.  CSI Report, p. 8.  If BP wishes to conduct the proposed 60% gas content testing on a representative slurry, it should seek to obtain Halliburton additives to conduct such testing.

Because the court has expressed a strong preference to complete this testing as soon as possible, the US will propose this protocol to the Court this week.

Sent Using U.S. DOJ/ENRD BES Server

*************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
*************************************************************