# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Robert R. Gasaway
To Call Writer Directly:
(202) 879-5175
robert.gasaway@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

June 8, 2011

**BY ELECTRONIC MAIL**

Sarah D. Himmelhoch, Esq.
Senior Litigation Counsel
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044

Re:   High Gas Content Cement Testing
      Cement Resin Samples from the DAMON B. BANKSTON

Dear Sarah:

Thank you for your email inquiry on Friday June 3, 2011, regarding BP's proposal for "high gas content" testing of cement samples.

To clarify, in light of the limited quantity of rig samples provided by Halliburton, and the government's proposed protocol, we understand the government is not willing to run the high gas content testing that BP advocates on the rig samples provided to the government by Halliburton.

While BP disagrees with this approach, we will not object to the government's proposed testing protocol — so long as the government agrees at least to run high gas content testing on slurry made with Halliburton's representative, off-the-shelf product.

Although you suggested in prior correspondence that perhaps it may make sense for BP to subpoena representative product from Halliburton, and then for BP to test that product, we believe that BP testing on BP-subpoenaed product would clearly be an indirect and unnecessary approach to performing such testing. We would respectfully submit that the government has a responsibility to perform these tests given the protocols you are suggesting. Naturally, we would be pleased to further confer regarding these points, as you may wish.

Relatedly, we wanted to remind your team that last fall, BP informed the Marine Board of Investigation and the Department of Justice that BP had samples of cement resin that may or may not be related to the April 20, 2010 Macondo well incident. *See* Attachment A letter at 10. Specifically, the DAMON B. BANKSTON had cement resin in its tanks at the time of the

Chicago    Hong Kong    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Shanghai

# KIRKLAND & ELLIS LLP

Sarah D. Himmelhoch, Esq.
June 8, 2011
Page 2

DEEPWATER HORIZON incident, and BP collected and retained certain amounts of this cement resin before the DAMON B. BANKSTON was cleaned for return to service. BP offered samples of this cement resin to the MBI.

Today, BP currently retains twelve 5-gallon buckets of Silica Blend and twelve 5-gallon buckets of Joppa Premium cement resin at its Port Fourchon facility. Although it is unclear if any of this cement resin is the same as or similar to the resin used on the Macondo well around the time of the incident, BP again offers samples of this cement resin to the government.

Please do not hesitate to contact me if you have any questions regarding the above, or if you would like to obtain samples of this cement resin.

Sincerely,

Robert R. Gasaway

Attachment

cc: M. Underhill
S. O'Rourke
J. McClellan
J. Sullivan

# ATTACHMENT A

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois 60654

Richard C. Godfrey, P.C.
To Call Writer Directly:
(312) 862-2391
richard.godfrey@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

November 10, 2010

**Via Hand Delivery**

**CONFIDENTIAL**

Captain Hung M. Nguyen
United States Coast Guard
Co-Chair Joint Investigation
c/o Mineral Management Service
U.S. Department of the Interior
1201 Elmwood Park Blvd.
New Orleans, LA 70123

J. David Dykes
Chief of the Office of Safety Management and
Co-Chair Joint Investigation
Mineral Management Service
U.S. Department of the Interior
1201 Elmwood Park Blvd.
New Orleans, LA 70123

Re:   DEEPWATER HORIZON -- Initial and Supplemental Responses to
      Marine Board of Investigation Subpoenas

Gentlemen:

Pursuant to subpoenas issued by the Marine Board of Investigation in the above-referenced matter, dated May 17, June 1, July 1, September 2, and October 21, 2010,[1] BP hereby provides the enclosed two (2) discs, which contain responsive, non-privileged materials Bates-stamped BP-HZN-MBI00193588 through BP-HZN-MBI00195190; and BP-HZN-MBI00195611 through BP-HZN-MBI00205218.

As discussed herein at pages 8-10, BP is also voluntarily providing information regarding certain physical evidence in BP's possession, and, in addition, is offering to produce categories of documents that the Board has not subpoenaed.

BP reserves the right to modify or supplement its response, which is made based on the current status of its knowledge, understanding, belief, and search for documents. The investigation of facts and information relating to these requests is continuing, and, therefore, this response is not intended as an admission or a representation that additional documents and data do not exist. BP will continue to search for responsive documents and data in the places that such materials are reasonably likely to be located.

---

[1] BP appreciates the Marine Board of Investigation's extension to respond to the October 21 subpoena until November 10, granted by the Board to Mr. A. T. Chenault of Fowler Rodriguez Valdes-Fauli on October 28, 2010.

Hong Kong    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Shanghai    Washington, D.C.

Details regarding BP's response, the physical evidence, and offers of production are discussed below:

## October 21, 2010 Subpoena

Bullet No. 1: BP hereby includes responsive, non-privileged documents relating to the training of Messrs. Kaluza, Vidrine, R. Sepulvado, Guide, Sims, and O'Bryan, Bates-stamped BP-HZN-MBI00204380 through BP-HZN-MBI00204404.

The GoM Exploration and Appraisal Communication Plan, September 2009 Rev. 3 (previously produced to the Marine Board of Investigation at Bates range BP-HZN-MBI00193521 through BP-HZN-MBI00193548), sets forth the persons to be informed and involved with different categories of decisions, including decisions related to emergencies such as "fire on rig," "hydrocarbon release," or a "major spill." BP-HZN-MBI00193540. At the time of incident, BP did not have what Bullet No. 1 characterizes as a "BP Command Center Duty Officer." Finally, while BP personnel assisted in the response activities after the fire began aboard the DEEPWATER HORIZON, BP personnel did not direct such activities. Therefore, there are no training records for BP personnel who "directed" the response activities up to the time of the rig sinking.

Bullet No. 2: BP hereby includes responsive, non-privileged documents relating to the results of the testing for hydrocarbons in annular fluid, Bates-stamped BP-HZN-MBI00204405 through BP-HZN-MBI00204410.

As part of post-incident recovery operations, the 9-7/8" casing was cut at 9,150 feet on October 11, 2010 in anticipation of it being retrieved from the well. The next day, mud was circulated in the well, displacing the annular mud up to the rig. The mud being returned to the rig was monitored and samples were collected. An analysis of these returns showed no presence of hydrocarbons. That is, the drilling mud in the annulus that was circulated out of the well and recovered on the DDII on October 12, 2010 had a density of 13 to 14 ppg. *See* BP-HZN-MBI00204407 through BP-HZN-MBI00204408.

Bullet No. 3: BP hereby includes responsive, non-privileged manifests relating to the Weatherford pallet identified in the shipping attachment provided by the Marine Board of Investigation, Bates-stamped BP-HZN-MBI00204411 through BP-HZN-MBI00204418 and BP-HZN-MBI00205210 through BP-HZN-MBI00205218.

Bullet No. 4: Responsive, non-privileged documents relating to the Emergency Evacuation Plan and United States Coast Guard approval have been previously produced to the Marine Board of Investigation and can be found at Bates ranges BP-HZN-MBI00002514 through BP-HZN-MBI00002549. For the most recent plan, Coast Guard approval was not sought or required because Coast Guard policy did not require subsequent approval for minor changes to an already approved plan.

Bullet No. 5: BP hereby includes responsive, non-privileged documents relating to the BP Aviation Coordinator's April 19, 2010 work related to the DEEPWATER HORIZON, Bates-stamped BP-HZN-MBI00204419 through BP-HZN-MBI00204429. Additional responsive, non-

privileged documents have been previously produced to the Marine Board of Investigation and can be found at the following Bates ranges:

| Beginning Bates | Ending Bates |
| --- | --- |
| BP-HZN-MBI00128874 | BP-HZN-MBI00128874 |
| BP-HZN-MBI00128878 | BP-HZN-MBI00128879 |
| BP-HZN-MBI00128917 | BP-HZN-MBI00128919 |
| BP-HZN-MBI00128920 | BP-HZN-MBI00128922 |
| BP-HZN-MBI00128926 | BP-HZN-MBI00128927 |
| BP-HZN-MBI00128930 | BP-HZN-MBI00128931 |
| BP-HZN-MBI00128939 | BP-HZN-MBI00128940 |
| BP-HZN-MBI00128968 | BP-HZN-MBI00128971 |

BP continues to collect and process the electronic materials held by the Aviation Coordinator and will produce any additional responsive documents as they become available.

Bullet No. 6: Respectfully, BP did not ever create or employ a "Macondo/DEEPWATER HORIZON Strategic Performance Unit." The Strategic Performance Unit closest to operations pertaining to the Macondo well is the Gulf of Mexico Strategic Performance Unit.

Bullet Nos. 7 & 8: BP hereby includes responsive, non-privileged documents relating to the financial file pertaining to the Macondo well, which is maintained by the GoM SPU Finance group, Bates-stamped BP-HZN-MBI00204430 through BP-HZN-MBI00205002. Certain of these documents (or close variations) have already been produced to the Marine Board of Investigation at the following Bates ranges:

| Beginning Bates | Ending Bates |
| --- | --- |
| BP-HZN-MBI00060349 | BP-HZN-MBI00060351 |
| BP-HZN-MBI00117263 | BP-HZN-MBI00117266 |
| BP-HZN-MBI00173275 | BP-HZN-MBI00173277 |
| BP-HZN-MBI00173278 | BP-HZN-MBI00173278 |
| BP-HZN-MBI00173278 | BP-HZN-MBI00173278 |
| BP-HZN-MBI00173279 | BP-HZN-MBI00173279 |
| BP-HZN-MBI00173289 | BP-HZN-MBI00173289 |
| BP-HZN-MBI00173290 | BP-HZN-MBI00173303 |
| BP-HZN-MBI00173305 | BP-HZN-MBI00173308 |
| BP-HZN-MBI00173309 | BP-HZN-MBI00173328 |
| BP-HZN-MBI00173329 | BP-HZN-MBI00173339 |
| BP-HZN-MBI00173340 | BP-HZN-MBI00173341 |
| BP-HZN-MBI00173374 | BP-HZN-MBI00173374 |
| BP-HZN-MBI00173413 | BP-HZN-MBI00173425 |
| BP-HZN-MBI00173449 | BP-HZN-MBI00173604 |
| BP-HZN-MBI00173449 | BP-HZN-MBI00173604 |
| BP-HZN-MBI00174436 | BP-HZN-MBI00174446 |

| BP-HZN-MBI00175247 | BP-HZN-MBI00175248 |
| BP-HZN-MBI00176117 | BP-HZN-MBI00176119 |
| BP-HZN-MBI00176127 | BP-HZN-MBI00176127 |
| BP-HZN-MBI00176135 | BP-HZN-MBI00176138 |
| BP-HZN-MBI00176142 | BP-HZN-MBI00176145 |
| BP-HZN-MBI00176207 | BP-HZN-MBI00176209 |
| BP-HZN-MBI00176225 | BP-HZN-MBI00176226 |
| BP-HZN-MBI00177168 | BP-HZN-MBI00177180 |
| BP-HZN-MBI00177370 | BP-HZN-MBI00177370 |
| BP-HZN-MBI00177436 | BP-HZN-MBI00177437 |
| BP-HZN-MBI00177438 | BP-HZN-MBI00177440 |
| BP-HZN-MBI00177441 | BP-HZN-MBI00177456 |
| BP-HZN-MBI00177481 | BP-HZN-MBI00177483 |
| BP-HZN-MBI00177501 | BP-HZN-MBI00177506 |
| BP-HZN-MBI00177528 | BP-HZN-MBI00177528 |
| BP-HZN-MBI00177532 | BP-HZN-MBI00177537 |
| BP-HZN-MBI00177837 | BP-HZN-MBI00177842 |
| BP-HZN-MBI00178101 | BP-HZN-MBI00178111 |
| BP-HZN-MBI00178329 | BP-HZN-MBI00178329 |
| BP-HZN-MBI00180627 | BP-HZN-MBI00180627 |
| BP-HZN-MBI00180653 | BP-HZN-MBI00180710 |
| BP-HZN-MBI00180718 | BP-HZN-MBI00180718 |
| BP-HZN-MBI00180781 | BP-HZN-MBI00180781 |
| BP-HZN-MBI00182241 | BP-HZN-MBI00182249 |
| BP-HZN-MBI00182429 | BP-HZN-MBI00182429 |
| BP-HZN-MBI00182581 | BP-HZN-MBI00182581 |
| BP-HZN-MBI00183273 | BP-HZN-MBI00183340 |
| BP-HZN-MBI00184165 | BP-HZN-MBI00184166 |
| BP-HZN-MBI00184400 | BP-HZN-MBI00184402 |
| BP-HZN-MBI00187850 | BP-HZN-MBI00187850 |
| BP-HZN-MBI00189258 | BP-HZN-MBI00189258 |
| BP-HZN-MBI00190117 | BP-HZN-MBI00190117 |

As discussed in Bullet No. 6, there is no such entity as the "Macondo/DEEPWATER HORIZON Strategic Performance Unit." Thus, there are no "Financial Outlook Reports for the Macondo/DEEPWATER HORIZON Strategic Performance Unit." Additionally, after a diligent search, no documents titled as a "Financial Outlook Report" relating to the Macondo well have been located.

Bullet No. 9: Regularly prepared reports relating to the Macondo well have been previously produced to the Marine Board of Investigation at the following Bates ranges:

| Beginning Bates | Ending Bates |
| --- | --- |
| BP-HZN-MBI00013557 | BP-HZN-MBI00014440 |
| BP-HZN-MBI00101154 | BP-HZN-MBI00101154 |

| | |
|---|---|
| BP-HZN-MBI00136786 | BP-HZN-MBI00136950 |
| BP-HZN-MBI00140814 | BP-HZN-MBI00140814 |
| BP-HZN-MBI00143376 | BP-HZN-MBI00143589 |
| BP-HZN-MBI00171870 | BP-HZN-MBI00172014 |
| BP-HZN-MBI00176096 | BP-HZN-MBI00176096 |
| BP-HZN-MBI00180764 | BP-HZN-MBI00180764 |
| BP-HZN-MBI00180781 | BP-HZN-MBI00180781 |
| BP-HZN-MBI00182069 | BP-HZN-MBI00182069 |
| BP-HZN-MBI00182429 | BP-HZN-MBI00182429 |
| BP-HZN-MBI00182452 | BP-HZN-MBI00182452 |
| BP-HZN-MBI00182581 | BP-HZN-MBI00182581 |
| BP-HZN-MBI00182642 | BP-HZN-MBI00182642 |
| BP-HZN-MBI00182666 | BP-HZN-MBI00182666 |
| BP-HZN-MBI00183027 | BP-HZN-MBI00183027 |
| BP-HZN-MBI00183106 | BP-HZN-MBI00183106 |
| BP-HZN-MBI00183132 | BP-HZN-MBI00183132 |
| BP-HZN-MBI00183157 | BP-HZN-MBI00183157 |
| BP-HZN-MBI00183158 | BP-HZN-MBI00183158 |
| BP-HZN-MBI00184070 | BP-HZN-MBI00184070 |
| BP-HZN-MBI00184175 | BP-HZN-MBI00184175 |
| BP-HZN-MBI00184545 | BP-HZN-MBI00184545 |
| BP-HZN-MBI00185000 | BP-HZN-MBI00185000 |
| BP-HZN-MBI00185002 | BP-HZN-MBI00185002 |
| BP-HZN-MBI00188924 | BP-HZN-MBI00188924 |
| BP-HZN-MBI00188980 | BP-HZN-MBI00188980 |
| BP-HZN-MBI00189019 | BP-HZN-MBI00189019 |
| BP-HZN-MBI00189255 | BP-HZN-MBI00189255 |

These reports consist of daily drilling reports, daily operations reports, and weekly management reports for the Macondo well. As discussed in Bullet No. 6, there is no "Macondo/DEEPWATER HORIZON Strategic Performance Unit."

Bullet No. 10: BP hereby includes responsive, non-privileged documents relating to the weekly meetings regarding cost accounting for the Macondo well, Bates-stamped BP-HZN-MBI00205003 through BP-HZN-MBI00205041. Additional responsive, non-privileged documents have been previously produced to the Marine Board of Investigation and can be found at the following Bates ranges:

| Beginning Bates | Ending Bates |
|---|---|
| BP-HZN-MBI00077804 | BP-HZN-MBI00077806 |
| BP-HZN-MBI00077808 | BP-HZN-MBI00077809 |
| BP-HZN-MBI00097673 | BP-HZN-MBI00097673 |
| BP-HZN-MBI00101039 | BP-HZN-MBI00101039 |
| BP-HZN-MBI00101051 | BP-HZN-MBI00101051 |
| BP-HZN-MBI00107133 | BP-HZN-MBI00107134 |

| | |
|---|---|
| BP-HZN-MBI00107351 | BP-HZN-MBI00107351 |
| BP-HZN-MBI00108165 | BP-HZN-MBI00108165 |
| BP-HZN-MBI00114519 | BP-HZN-MBI00114519 |
| BP-HZN-MBI00114520 | BP-HZN-MBI00114520 |
| BP-HZN-MBI00117220 | BP-HZN-MBI00117220 |
| BP-HZN-MBI00117510 | BP-HZN-MBI00117510 |
| BP-HZN-MBI00117513 | BP-HZN-MBI00117513 |
| BP-HZN-MBI00126762 | BP-HZN-MBI00126762 |
| BP-HZN-MBI00173644 | BP-HZN-MBI00173644 |
| BP-HZN-MBI00180281 | BP-HZN-MBI00180281 |
| BP-HZN-MBI00180724 | BP-HZN-MBI00180724 |
| BP-HZN-MBI00180757 | BP-HZN-MBI00180757 |
| BP-HZN-MBI00180846 | BP-HZN-MBI00180846 |
| BP-HZN-MBI00180937 | BP-HZN-MBI00180937 |
| BP-HZN-MBI00180943 | BP-HZN-MBI00180943 |
| BP-HZN-MBI00182066 | BP-HZN-MBI00182066 |
| BP-HZN-MBI00182119 | BP-HZN-MBI00182119 |
| BP-HZN-MBI00182356 | BP-HZN-MBI00182356 |
| BP-HZN-MBI00183125 | BP-HZN-MBI00183125 |
| BP-HZN-MBI00183133 | BP-HZN-MBI00183133 |
| BP-HZN-MBI00183183 | BP-HZN-MBI00183183 |
| BP-HZN-MBI00183541 | BP-HZN-MBI00183541 |
| BP-HZN-MBI00184073 | BP-HZN-MBI00184073 |
| BP-HZN-MBI00184434 | BP-HZN-MBI00184434 |
| BP-HZN-MBI00184561 | BP-HZN-MBI00184561 |
| BP-HZN-MBI00184612 | BP-HZN-MBI00184612 |
| BP-HZN-MBI00184882 | BP-HZN-MBI00184882 |
| BP-HZN-MBI00184910 | BP-HZN-MBI00184910 |
| BP-HZN-MBI00185100 | BP-HZN-MBI00185100 |
| BP-HZN-MBI00187873 | BP-HZN-MBI00187873 |
| BP-HZN-MBI00188970 | BP-HZN-MBI00188970 |
| BP-HZN-MBI00188983 | BP-HZN-MBI00188983 |
| BP-HZN-MBI00189023 | BP-HZN-MBI00189023 |
| BP-HZN-MBI00189252 | BP-HZN-MBI00189252 |
| BP-HZN-MBI00189264 | BP-HZN-MBI00189264 |
| BP-HZN-MBI00189267 | BP-HZN-MBI00189267 |
| BP-HZN-MBI00189328 | BP-HZN-MBI00189328 |
| BP-HZN-MBI00189331 | BP-HZN-MBI00189331 |
| BP-HZN-MBI00189371 | BP-HZN-MBI00189371 |
| BP-HZN-MBI00189377 | BP-HZN-MBI00189377 |
| BP-HZN-MBI00190091 | BP-HZN-MBI00190091 |
| BP-HZN-MBI00195584 | BP-HZN-MBI00195584 |
| BP-HZN-MBI00196237 | BP-HZN-MBI00196237 |
| BP-HZN-MBI00198562 | BP-HZN-MBI00198562 |

Bullet No. 11: BP requested documents responsive to this request from CSI Technologies, which had custody of such documents. BP hereby includes responsive, non-privileged documents identified by CSI Technologies as relating to CSI Technologies' cement slurry work for the Internal Investigation Team, Bates-stamped BP-HZN-MBI00205042 through BP-HZN-MBI00205209. BP continues to process hard copy documents collected from CSI Technologies and will produce any responsive documents as soon as they become available.

## Supplemental Subpoena Responses

### May 17, 2010 Subpoena

Bullet No. 2: Pursuant to the November 4, 2010 email communication concerning this request from Ms. Silvia Murphy, Attorney-Advisor, U.S. Department of the Interior, to Mr. Antonio J. Rodriguez of Fowler Rodriguez Valdes-Fauli, as well as discussions on November 8, 2010 with Mr. Jason Mathews, Petroleum Engineer, BOEM-ORP, BP understands that the Board is interested in receiving any additional Remotely Operated Vehicle ("ROV") video footage of the wellhead on April 21 and 22, 2010 that shows the blowout preventer ("BOP") intervention efforts made prior to the sinking of the DEEPWATER HORIZON rig.

BP hereby responds that hard copy media containing ROV footage on April 21 and 22, 2010, including footage of the BOP intervention efforts, has been previously produced to the Board on July 2 and July 9, 2010, at Bates ranges BP-HZN-MBI00167770; BP-HZN-MBI00167714; BP-HZN-MBI00167715; BP-HZN-MBI00167817; and BP-HZN-MBI00168122. To date, BP has not identified any additional ROV footage in the remaining approximately 3,500 pieces of ROV hard copy media that covers the dates requested by the Board. To the extent BP identifies such footage, BP will supplement its production.

### June 1, 2010 Subpoena

Bullet No. 4: BP hereby supplements its prior productions made to the Board on June 25, July 2, and July 14, 2010, with additional, non-privileged notes relating to the cementing and casing activities at MC 252#1 prior to April 21, 2010, Bates-stamped at BP-HZN-MBI00199736 through BP-HZN-MBI00199763.

Bullet Nos. 5 & 6: BP hereby supplements its prior productions made to the Board on June 25, July 2, and July 15, 2010, with additional, non-privileged email communications sent or received by Messrs. Hafle, Sims, O'Bryan, and Morel that resulted from the search criteria detailed in BP's June 25, 2010 correspondence, Bates-stamped at BP-HZN-MBI00195611 through BP-HZN-MBI00199735. Since performing the original searches for documents responsive to Bullet Nos. 5 & 6, BP has collected data from additional custodians that contained certain email communications sent or received by Messrs. Hafle, Sims, O'Bryan, and Morel during the relevant time periods.

As outlined in the June 1, 2010 subpoena and BP's June 25, 2010 correspondence, the e-mails responsive to Bullet No. 5 of the June 1, 2010 subpoena cover the time period from March 1, 2010 through April 20, 2010. Pursuant to a later email request on June 29, 2010 from LCDR Jeff R. Bray, Attorney, Joint Investigation Team to Mr. Antonio J. Rodriguez, Fowler Rodriguez Valdes-Fauli, the e-mails responsive to Bullet No. 6 of the June 1, 2010 subpoena cover the time period from January 1, 2010 through April 20, 2010.

### July 1, 2010 Subpoena

<u>Bullet No. 2</u>: BP hereby supplements its prior production made to the Board on July 17, 2010, with additional, non-privileged ROV dive logs for ROV operations associated with the MC 252#1 Macondo well intervention, Bates-stamped at BP-HZN-MBI00193666 through BP-HZN-MBI00195190 and BP-HZN-MBI00200254 through BP-HZN-MBI00204379.

### September 2, 2010 Subpoena

<u>Bullet No. 3</u>: BP hereby supplements its prior production made to the Board on September 16, 2010, with additional, non-privileged documents provided or made available to BP's co-owners in the Macondo well, Anadarko Petroleum Corporation, Anadarko E&P Company, LP, and MOEX Offshore 2007 LLC. As clarified in a September 9, 2010 email from Ms. Silvia Murphy, Attorney-Advisor, U.S. Department of the Interior, the time frame for these documents is "from when the first AFE was signed" by the respective co-owners "up to and including April 20, 2010." These documents are Bates-stamped at BP-HZN-MBI00193588 through BP-HZN-MBI00193665.

### Additional Categories of Documents Not Subpoenaed by the Board

Respectfully, BP hereby produces and offers to produce certain other categories of documents that the Board has not subpoenaed, but that the Board may deem relevant to its investigation. BP will await the Board's guidance as to whether it seeks production of the supplemental materials covered by Supplemental Categories 2-3 below:

<u>Supplemental Category No. 1</u>: BP hereby produces the Persons on Board ("POB") lists for the time period when the DEEPWATER HORIZON rig was on site at MC 252#1 through April 20, 2010, Bates-stamped at BP-HZN-MBI00199764 through BP-HZN-MBI00200253.

<u>Supplemental Category No. 2</u>: BP has responded to requests for documents and information from Congress and certain other investigative bodies, including the National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling ("Presidential Commission"), the National Academy of Engineering/National Research Council Committee ("NAE/NRC"), and the U.S. Chemical Safety and Hazard Investigation Board ("CSB"). Although there was overlap between these requests in a number of areas, each of the requests was formulated differently, resulting in slightly different responsive productions. Accordingly, some, but not all, of the materials produced to other investigative bodies have been subpoenaed by, and also produced to, the Board.

8

Enclosed herein as Exhibit A is an index of documents and data provided by BP to Congress through November 9, 2010. Enclosed herein as Exhibit B is an index of documents and data provided through November 9, 2010 by BP to the Presidential Commission, the NAE/NRC, and the CSB that have not already been produced to Congress or the Board. BP offers to provide documents to the Board from any of these indices, upon request.

Supplemental Category No. 3:   In the June 1, 2010 subpoena under Bullet No. 5, the Board requested "[a]ll email records from March 1, 2010, through April 20, 2010 to or from the following BP personnel to anyone onboard the DEEPWATER HORIZON: Mr. Mark Hafle, Mr. David Sims, Mr. Pat O'Bryan, and/or Mr. Brian Morel." In the same subpoena, under Bullet No. 6, the Board requested "[a]ll email records from any time to or from Mr. Mark Hafle, Mr. David Sims, Mr. Pat O'Bryan, and/or Mr. Brian Morel that contain any of the following terms: Deepwater Horizon, Horizon, Macondo, MC 252, Transocean, VK 914, Rig visit, Nile." Pursuant to discussions between Mr. Antonio J. Rodriguez, Fowler Rodriguez Valdes-Fauli, and LCDR Jeff R. Bray, Attorney, Joint Investigation Team, on June 11, 2010, the search terms for Bullet No. 6 were revised to include: Deepwater Horizon, Horizon within 20 words of Transocean or Deepwater or Rig, DWH, Macondo, MC NEAR2 252, MC252, MC-252, Transocean, VK 914, Rig visit, and Nile.

Accordingly, as detailed in its June 25, 2010 correspondence to the Board, BP performed searches for email communications through April 20, 2010 based on the above-described criteria, and made an initial production of responsive, non-privileged email communications to the Board on June 25. Then, pursuant to a June 29, 2010 email communication from LCDR Bray to Mr. Rodriguez, the Board clarified further that for Bullet No. 6 the responsive time period was January 1, 2010 through April 20, 2010. BP made supplemental productions to the Board of non-privileged email communications responsive to Bullet Nos. 5 & 6 on July 2 and July 15, 2010 and also encloses a third supplemental production with today's correspondence, as addressed above under "June 1, 2010 Subpoena."

BP now hereby offers to produce any and all non-privileged email communications sent to or from Messrs. Hafle, Sims, O'Bryan, and/or Morel from March 1, 2010 through April 20, 2010, that did not fall within the search parameters set forth by the Board as described above for Bullet Nos. 5 & 6.

### Additional Categories of Physical Evidence in BP's Possession

Following up on prior discussions between Mr. Rob Gasaway, Kirkland & Ellis LLP, LCDR Jeff R. Bray, Attorney, Joint Investigation Team, Ms. Silvia Murphy, Attorney-Advisor, U.S. Department of the Interior, and Mr. Mike Underhill, U.S. Department of Justice, BP brings to the Board's attention the following physical evidence not subject to subpoena that is in BP's possession and custody:

Physical Evidence Category No. 1:   *Mud.*   As the U.S. Coast Guard is aware, the DAMON B. BANKSTON had mud in its tanks at the time of the DEEPWATER HORIZON incident. The U.S. Coast Guard took samples of this mud from the BANKSTON shortly after the incident, and before the Joint Investigation was convened. BP retained certain amounts of this mud from the BANKSTON tanks, which remain in BP's possession at its Port Fourchon facility.

9

In addition, investigators that were part of the Internal Investigation Team led by Mr. Mark Bly collected samples of this mud (which we understand and believe to be the same mud that the U.S. Coast Guard took samples of) from the BANKSTON, which are now in BP's possession at its offices in Houston, Texas. Should the Board deem it helpful, BP again offers any additional mud samples the Board may want from the mud collected from the BANKSTON.

Physical Evidence Category No. 2:   *Cement resin.*  In addition to the mud, the DAMON B. BANKSTON also had cement resin in its tanks at the time of the DEEPWATER HORIZON incident. As discussed on an October 8, 2010 teleconference between Mr. Gasaway and Mr. Underhill, and on an October 14, 2010 teleconference between Mr. Gasaway and LCDR Bray and Ms. Murphy, certain amounts of this cement resin were retained by BP before the BANKSTON was cleaned for return to service.

BP currently has twelve 5-gallon buckets of Silica Blend and twelve 5-gallon buckets of Joppa Premium cement resin in its possession at the Port Fourchon facility, and BP offers samples of this cement resin to the Board for its investigation.

*******

If LCDR Bray or Ms. Murphy wish to discuss further the enclosed production, the supplemental categories of documents offered herein, or the categories of physical evidence described above, they may contact me.

Respectfully,

*Richard C. Godfrey /ael*
Richard C. Godfrey, P.C.

RCG/erl

cc:   LCDR Bray, U.S. Coast Guard
      Silvia Murphy, U.S. Department of the Interior

Enclosures