## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This document relates to:<br><br>2:10-cv-04536 | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | MDL No. 2179<br><br>SECTION: J<br><br>Judge Carl J. Barbier<br>Magistrate Judge Sally Shushan |

## MEMORANDUM OF LAW SUPPORTING M-I L.L.C.'s
## MOTION TO DISMISS TRANSOCEAN'S THIRD PARTY CLAIM

**OF COUNSEL:**
MORGAN, LEWIS & BOCKIUS LLP

Derek E. Leon
dleon@morganlewis.com
Texas Bar No. 24002463
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 415-3000
Facsimile: (305) 415-3001

Denise Scofield
dscofield@morganlewis.com
Texas Bar No. 00784934
1000 Louisiana, Suite 4000
Houston, Texas 77002
Telephone: (713) 890-5000
Facsimile: (713) 890-5001

**ATTORNEYS FOR DEFENDANT**
**M-I L.L.C.**

June 20, 2011

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Hugh E. Tanner*
 Hugh E. Tanner
 htanner@morganlewis.com
 Texas Bar No. 19637400
 1000 Louisiana, Suite 4000
 Houston, Texas 77002
 Telephone: (713) 890-5000
 Facsimile: (713) 890-5001

**ATTORNEYS FOR DEFENDANT**
**M-I L.L.C.**

## INTRODUCTION AND SUMMARY OF ARGUMENT

In its Rule 14 Third Party Complaint, Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. (collectively "Transocean") bring a claim against M-I L.L.C. ("M-I") for "Breach of Warranty of Workmanlike Performance."  Compl. ¶¶ 46-47 (Doc. 2574 related to a Complaint by the United States of America).  Because Transocean never contracted with M-I to provide any services, this contract-based claim for breach of workmanlike performance fails as a matter of law.

## ARGUMENT

Under Federal Rule of Civil Procedure 12(b)(6), the Court should dismiss a claim that "fail[s] to state a claim upon which relief can be granted."  *See Cuvillier v. Taylor*, 503 F.3d 397, 401 n.3 (5th Cir. 2007) (internal quotation marks omitted).

Transocean alleges that M-I breached a maritime law warranty of workmanlike performance.  Compl. ¶ 47.  This maritime law warranty arises from contractual relationships. As the Fifth Circuit has stated, the warranty of workmanlike performance is "implied in all maritime *contracts*."  *Universal Am. Barge Corp. v. J-Chem, Inc.*, 946 F.2d 1131, 1141 (5th Cir. 1991) (emphasis added).  Other circuits follow this rule as well.  *See*, *e.g.*, *N. Ins. Co. of N.Y. v. Point Judith Marine, LLC*, 579 F.3d 61, 67 (1st Cir. 2009) (quoting *Parks v. United States*, 784 F.2d 20, 26 (1st Cir. 1986)); *Vierling v. Celebrity Cruises, Inc.*, 339 F.3d 1309, 1315-16 (11th Cir. 2003); *Jo Ann B., Inc. v. Carter Mach. Co.*, 172 F.3d 44 (Table), 1998 WL 957456, at *3 (4th Cir. 1998); *Knight v. Alaska Trawl Fisheries, Inc.*, 154 F.3d 1042, 1044 (9th Cir. 1998); *DeCarli v. Crusoe's Rivertown Motors, Inc.*, 68 F.3d 474 (Table), 1995 WL 620964, at *4 (6th Cir. 1995).

Transocean fails to state a claim for which relief can be granted because it fails to allege that it had a contract with M-I to provide services.  Because the contract M-I operated under was

with BP, not Transocean, Transocean cannot bring a claim based on breach of workmanlike performance.  Furthermore, to the extent it is relevant, Transocean has also not pleaded that it was the third-party beneficiary of any contract between BP and M-I.  Thus, Transocean cannot state a claim against M-I for failure to perform work in a workmanlike manner.

## **CONCLUSION**

For the foregoing reasons, M-I respectfully requests that this Court dismiss Transocean's Third Party Claim to the extent discussed above under Federal Rule of Civil Procedure 12(b)(6).

Respectfully submitted,

**OF COUNSEL:**                                         MORGAN, LEWIS & BOCKIUS LLP
MORGAN, LEWIS & BOCKIUS LLP

Derek E. Leon                                          By:  */s/ Hugh E. Tanner*
dleon@morganlewis.com                                       Hugh E. Tanner
Texas Bar No. 24002463                                      htanner@morganlewis.com
5300 Wachovia Financial Center                              Texas Bar No. 19637400
200 South Biscayne Boulevard                                1000 Louisiana, Suite 4000
Miami, Florida 33131                                        Houston, Texas 77002
Telephone:  (305) 415-3000                                  Telephone:  (713) 890-5000
Facsimile:  (305) 415-3001                                  Facsimile:  (713) 890-5001

Denise Scofield
dscofield@morganlewis.com                              **ATTORNEYS FOR DEFENDANT**
Texas Bar No. 00784934                                 **M-I L.L.C.**
1000 Louisiana, Suite 4000
Houston, Texas 77002
Telephone:  (713) 890-5000
Facsimile:  (713) 890-5001

**ATTORNEYS FOR DEFENDANT**
**M-I L.L.C.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Memorandum of Law in Support of M-I L.L.C.'s Motion to Dismiss Transocean's Third Party Claim has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of June, 2011.

 /s/ *Hugh E. Tanner*
Hugh E. Tanner