UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                           MDL NO. 2179
   "Deepwater Horizon" in the Gulf
   of Mexico, on April 20, 2010                       SECTION J

*Applies to all cases*                                    MAGISTRATE JUDGE SHUSHAN

### ORDER

**[Regarding Issue of Preservation of the BOP]**

DNV will complete the testing of the BOP by Wednesday, June 22, 2011. It has raised the issue of the disposition of the BOP after the completion of the testing. It reports that: (1) the temporary building covering the BOP will have to come down before a threat of a hurricane; and (2) the BOP will not be reassembled. Cameron reports that: (1) there are recommended procedures for preserving the BOP components; (2) the extent of the procedures depend on whether the preservation is short term (about six months) or long term (two to five years); and (3) with long term preservation there are continuing maintenance costs in addition to the initial preservation costs.

Because of the hurricane issue there is only a limited time to address the matter. Accordingly, the parties are required to respond to the following questions by the close of business on **Thursday, June 23, 2011.**

1. Do you want to preserve the BOP and why do you want to preserve it?

2. If you answer yes to question no. 1, how long do you want to preserve it?

3. If you answer yes to question no. 1, are you prepared to pay all of the cost of preserving it, including any maintenance required for long term preservation.

4. Do you have any objection to the BOP being released to Transocean as the owner of the BOP?

5. Do you request that District Judge Barbier view the BOP at Michoud before the

February 2012, and if so, why?

6. Do you intend to use a model of the BOP at the February 2012 trial?

IT IS ORDERED that: (1) the parties shall provide the Court with answers to the foregoing questions by the close of business on **Thursday, June 23, 2011**; and (2) the answers shall be provided in letter form by email.

New Orleans, Louisiana, this 17th day of June, 2011.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**