UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION: J |
| This document relates to:<br><br>2:10-cv-02771 | § § § § § § § § | Judge Carl J. Barbier<br>Magistrate Judge Sally Shushan |

## M-I L.L.C.'S MOTION TO DISMISS MOEX OFFSHORE 2007 LLC'S CROSS-CLAIM

Defendant M-I L.L.C. ("M-I") respectfully moves this Court to dismiss MOEX Offshore 2007 LLC's ("MOEX") Cross-Claim (Rec. Doc. 420 in 2:10-cv-02771) under Federal Rule of Civil Procedure 12(b)(6).

A motion to dismiss must be granted "when the allegations in a complaint, however true, could not raise a claim of entitlement to relief." *Cuvillier v. Taylor*, 503 F.3d 397, 401 (5th Cir. 2007) (internal quotation omitted).

For these reasons, and as set forth more fully in the attached Memorandum of Law in Support of Defendant M-I L.L.C.'s Motion to Dismiss, M-I respectfully requests that this Court dismiss all such claims alleged against it.

June 20, 2011

                                        Respectfully submitted,

DB1/ 67523242.1

| | |
|---|---|
| **OF COUNSEL:**<br>MORGAN, LEWIS & BOCKIUS LLP | MORGAN, LEWIS & BOCKIUS LLP |
| Derek E. Leon<br>dleon@morganlewis.com<br>Texas Bar No. 24002463<br>5300 Wachovia Financial Center<br>200 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 415-3000<br>Facsimile: (305) 415-3001 | By: */s/ Hugh E. Tanner*<br>    Hugh E. Tanner<br>    htanner@morganlewis.com<br>    Texas Bar No. 19637400<br>    1000 Louisiana, Suite 4000<br>    Houston, Texas 77002<br>    Telephone: (713) 890-5000<br>    Facsimile: (713) 890-5001 |
| Denise Scofield<br>dscofield@morganlewis.com<br>Texas Bar No. 00784934<br>1000 Louisiana, Suite 4000<br>Houston, Texas 77002<br>Telephone: (713) 890-5000<br>Facsimile: (713) 890-5001 | **ATTORNEYS FOR DEFENDANT<br>M-I L.L.C.** |
| **ATTORNEYS FOR DEFENDANT<br>M-I L.L.C.** | |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing M-I L.L.C.'s Motion to Dismiss Cross-Claim of Moex Offshore 2007 LLC has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of June, 2011.

*/s/ Hugh E. Tanner*
Hugh E. Tanner