UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § | MDL No. 2179<br><br>SECTION: J |
| | § § | Judge Carl J. Barbier |
| This document relates to: | § § | Magistrate Judge Sally Shushan |
| 2:10-cv-02771 | § § § § § § § | |

## ORDER

Considering the Defendant M-I L.L.C.'s Motion to Dismiss Cross-Claim of MOEX Offshore 2007 LLC for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6):

**IT IS HEREBY ORDERED** that all claims asserted against Defendant M-I L.L.C. are dismissed.

New Orleans, Louisiana, this _____ day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE