**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § § | MDL No. 2179 SECTION: J |
| | § | Judge Carl J. Barbier |
| This document relates to: | § | Magistrate Judge Sally Shushan |
| | § | |
| 2:10-cv-02771 | § § § § § § § § | |

## M-I L.L.C.'S REQUEST FOR ORAL ARGUMENT

Defendant M-I L.L.C., pursuant to Local Rule 78.1, respectfully requests oral argument

on its Motion to Dismiss Cross-Claim of MOEX Offshore 2007 LLC  under Federal Rule of

Civil Procedure 12(b)(6).

June 20, 2011

Respectfully submitted,

**OF COUNSEL:**
MORGAN, LEWIS & BOCKIUS LLP

Derek E. Leon
dleon@morganlewis.com
Texas Bar No. 24002463
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone:     (305) 415-3000
Facsimile:     (305) 415-3001

Denise Scofield
dscofield@morganlewis.com
Texas Bar No. 00784934
1000 Louisiana, Suite 4000
Houston, Texas  77002
Telephone:     (713) 890-5000
Facsimile:     (713) 890-5001

**ATTORNEYS FOR DEFENDANT
M-I L.L.C.**

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ *Hugh E. Tanner*
     Hugh E. Tanner
     htanner@morganlewis.com
     Texas Bar No. 19637400
     1000 Louisiana, Suite 4000
     Houston, Texas  77002
     Telephone:     (713) 890-5000
     Facsimile:     (713) 890-5001

**ATTORNEYS FOR DEFENDANT
M-I L.L.C.**

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing M-I L.L.C.'S Request for Oral Argument has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of June, 2011.

*/s/ Hugh E. Tanner*
Hugh E. Tanner

DB1/ 67523284.1