UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 2179 |
|  | : |  |
| IN RE: OIL SPILL by the OIL RIG | : |  |
| "DEEPWATER HORIZON" in the | : |  |
| GULF OF MEXICO, on | : | SECTION: J |
| APRIL 20, 2010 | : |  |
|  | : |  |
|  | : |  |
|  | : | JUDGE BARBIER |
|  | : | MAG. JUDGE SHUSHAN |
|  | : |  |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**THIS DOCUMENT RELATES TO CASE NO. 10-2087**

### RESPONSES TO VARIOUS DEFENDANTS' (CORRECTED) FIRST JOINT DISCOVERY REQUESTS TO PLAINTIFFS

**NOW INTO COURT,** through undersigned counsel, comes through undersigned counsel, comes the State of Louisiana by and through John F. Rowley, the St. Bernard Parish District Attorney, who, in response to Various Defendants' (Corrected) First Joint Discovery Requests to Plaintiffs propounded on May 16, 2011 (LexisNexis File and Serve No. 37613322), adopts and incorporates herein as if copied *in extenso* the objections,

165683.1

response, and reservation of right by the Plaintiffs' Steering Committee to the aforesaid discovery.

Respectfully submitted,

/s/ Peter J Butler, Jr.
Peter J Butler, Jr. (Bar #18522)
Richard G. Passler (Bar #21006)
**BREAZEALE, SACHSE & WILSON, L.L.P.**
909 Poydras Street, Suite 1500
New Orleans, Louisiana 70112
Telephone: (504) 584-5454
Facsimile: (504) 584-5452

***Appointed Counsel by District Attorney for the Parish of St. Bernard, State of Louisiana***

John F. Rowley (Bar #02245)
1101 W. St. Bernard Highway
P. O. Box 947
Chalmette, Louisiana 70044-0947
Telephone: (504) 271-1811
Facsimile: (504) 279-2874

***District Attorney for the Parish of St. Bernard***

### CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ Peter J Butler, Jr.