# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 2179 |
|  | : |  |
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : | |
|  | : | |
|  | : | SECTION: J |
|  | : | |
|  | : | |
|  | : | |
|  | : | JUDGE BARBIER |
|  | : | MAG. JUDGE SHUSHAN |
|  | : | |

..................................................................

**THIS DOCUMENT RELATES TO CASE NO. 10-2087**

### RESPONSES TO BP EXPLORATION & PRODUCTION INC.'S FIRST SET OF DISCOVERY REQUESTS TO THE STATES OF ALABAMA AND LOUISIANA, THE MEXICAN STATES OF QUINTANA ROO, TAMAULIPAS, AND VERACRUZ, AND LOCAL GOVERNMENTAL ENTITIES

**NOW INTO COURT,** through undersigned counsel, comes through undersigned counsel, comes the State of Louisiana by and through John F. Rowley, the St. Bernard Parish District Attorney, who, in response to BP Exploration & Production Inc.'s First Set of Discovery Requests to the States of Alabama and Louisiana, the Mexican States of Quintana Roo, Tamaulipas, and Veracruz, and Local Governmental Entities propounded

165682.1

by BP Exploration & Production Inc. on April 29, 2011 (LexisNexis File and Serve No. 37333520), adopts and incorporates herein as if copied *in extenso* the objections, response, and reservation of right by the Plaintiffs' Steering Committee to the aforesaid discovery.

        Respectfully submitted,

        /s/ Peter J Butler, Jr.
        Peter J Butler, Jr. (Bar #18522)
        Richard G. Passler (Bar #21006)
        **BREAZEALE, SACHSE & WILSON, L.L.P.**
        909 Poydras Street, Suite 1500
        New Orleans, Louisiana 70112
        Telephone: (504) 584-5454
        Facsimile: (504) 584-5452

        ***Appointed Counsel by District Attorney for the Parish of St. Bernard, State of Louisiana***


        John F. Rowley (Bar #02245)
        1101 W. St. Bernard Highway
        P. O. Box 947
        Chalmette, Louisiana 70044-0947
        Telephone: (504) 271-1811
        Facsimile: (504) 279-2874

        ***District Attorney for the Parish of St. Bernard***

## CERTIFICATE OF SERVICE

  I hereby certify that on June 20, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

        /s/ Peter J Butler, Jr.