UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN Re: OIL SPILL BY THE OIL RIG | * | |
|    "DEEPWATER HORIZON" IN THE | * | MDL NO.: 2179 |
|    GULF OF MEXICO, ON | * | |
|    APRIL 20, 2010 | * | SECTION "J" / DIVISION "1" |
| | * | |
| | * | JUDGE: CARL J. BARBIER |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
|    10-CV-9999 | * | MAGISTRATE JUDGE: |
| | * | SALLY SHUSHAN |

*********************************************

**OBJECTIONS AND RESPONSES TO REQUESTS FOR ADMISSIONS AND OBJECTIONS AND RESPONSES TO VARIOUS DEFENDANTS' DISCOVERY REQUESTS TO PLAINTIFFS
OF THE
NORTH LAFOURCHE CONSERVATION, LEVEE AND DRAINAGE DISTRICT**

    **NOW INTO COURT,** through undersigned Counsel, comes the North Lafourche Conservation, Levee and Drainage District, for purpose of objecting to and responding to Requests for Admissions and objecting to and responding to Various Defendants' Discovery Requests to Plaintiffs.

    Pursuant to the Order of Magistrate Judge Sally Shushan filed May 17, 2011 (Doc. No. 2396), Paragraph 6.d., Plaintiff hereby adopts and incorporates the Objections, Responses, Limitations and

-1-

Reservations to Defendants' Requests for Admissions and to Various Defendants' Discovery Requests to Plaintiff, which were filed by the Plaintiff's Steering Committee on June 11, 2011, June 13, 2011, and June 16, 2011.

Respectfully submitted:

/s/ Walter J. Leger, Jr.
**WALTER J. LEGER,JR,** (LA Bar No. 8278)
FRANKLIN G. SHAW (LA Bar No. 1594)
CHRISTINE SEVIN (LA Bar No. 32683)
**LEGER & SHAW**
600 Carondelet Street, Ninth Floor
New Orleans, Louisiana 70130
Phone: 504-588-9043

**ATTORNEYS FOR**
**NORTH LAFOURCHE CONSERVATION,**
**LEVEE AND DRAINAGE DISTRICT**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12,, on this 20th day of June, 2011.

/s/Walter J. Leger, Jr.
WALTER J. LEGER, JR.