UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico on April 20, 2010** | * | |
| | * | **SECTION: J** |
| | * | |
| **This Document Relates to:** | * | |
| **Case No. 2:11-CV-04536** | * | **JUDGE BARBIER** |
| **(United States v. BP Exploration &** | * | |
| **Production Inc., et al.)** | * | **MAGISTRATE JUDGE SHUSHAN** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### MOTION OF DEFENDANT MOEX OFFSHORE 2007 LLC TO DISMISS TRANSOCEAN'S FIRST AMENDED RULE 13 CROSS-CLAIMS/COUNTERCLAIMS AND RULE 14 THIRD-PARTY COMPLAINT

**NOW INTO COURT** comes Defendant MOEX Offshore 2007 LLC, pursuant to Federal Rule of Civil Procedure 12(b)(6), and moves this Honorable Court to dismiss Transocean's First Amended Rule 13 Cross-Claims/Counterclaims and Rule 14 Third-Party Complaint for failure to state a claim upon which relief can be granted, for reasons more fully set forth in the Memorandum of Law in Support of Motion of Defendant MOEX Offshore 2007 LLC to Dismiss Transocean's First Amended Rule 13 Cross-Claims/Counterclaims and Rule 14 Third-Party Complaint, filed concurrently herewith.

**WHEREFORE**, Defendant MOEX Offshore 2007 LLC prays that this Court dismiss all claims asserted against it in Transocean's First Amended Rule 13 Cross-Claims/Counterclaims and Rule 14 Third-Party Complaint for failure to state a claim upon which relief can be granted.

Dated:  June 20, 2011

        Respectfully submitted,

        s/  John F. Pritchard_____

        John F. Pritchard
        Edward Flanders
        PILLSBURY WINTHROP SHAW PITTMAN LLP
        1540 Broadway
        New York, NY 10036-4039
        Tel. (212) 858-1000
        Fax (212) 858-1500
        john.pritchard@pillsburylaw.com
        edward.flanders@pillsburylaw.com

        Christopher McNevin
        PILLSBURY WINTHROP SHAW PITTMAN LLP
        725 South Figueroa Street, Suite 2800
        Los Angeles, CA 90017-5406
        Telephone (213) 488-7507
        Fax (213) 629-1033
        chrismcnevin@pillsburylaw.com

        **ATTORNEYS FOR MOEX OFFSHORE 2007 LLC**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on June 20, 2011.

                                                s/ John F. Pritchard
                                                  John F. Pritchard