UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG<br>"DEEPWATER HORIZON" in the<br>GULF OF MEXICO on<br>APRIL 20, 2010<br><br>This document relates to:<br><br>2:10-cv-02179 | § § § § § § § § § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>Judge Carl J. Barbier<br>Magistrate Judge Sally Shushan |

## ORDER

Considering the Defendant M-I L.L.C.'s Motion to Dismiss Cross-Claim of MOEX Offshore 2007 LLC for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6):

**IT IS HEREBY ORDERED** that all claims asserted against Defendant M-I L.L.C. are dismissed.

New Orleans, Louisiana, this _____ day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE

DB1/ 67523428.1