UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| *Applies to all cases* | MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding Testing of the BOP at Michoud]**

On April 19, 2011, District Judge Barbier issued an order regarding a BOP Testing Protocol. Rec. doc. 2016. On May 23, 2011, the deadline for Det Norske Veritas ("DNV") to complete the testing protocol was extended to Monday, June 20, 2011. Rec. doc. 2416. DNV made a further request for an extension of the deadline.

IT IS ORDERED that: (1) the deadline for DNV to complete the testing protocol is extended to **Wednesday, June 22, 2011 at 11:55 p.m.**; and (2) DNV's contract for demobilization and, if required, BOP preservation work, may commence or continue after June 22, 2011.

New Orleans, Louisiana, this 20th day of June, 2011.

SALLY SHUSHAN
**United States Magistrate Judge**