UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico on April 20, 2010 | * | |
| | * | SECTION: J |
| | * | |
| This Document Relates to: | * | |
| Case No. 2:11-CV-04536 | * | JUDGE BARBIER |
| | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |
| | * | |
| *  *  *  *  *  *  *  *  *  *  *  * | | |

**MOTION OF DEFENDANT MOEX USA CORPORATION TO
DISMISS TRANSOCEAN'S FIRST AMENDED RULE 13
CROSS-CLAIMS/COUNTERCLAIMS AND RULE 14 THIRD-PARTY COMPLAINT**

**NOW INTO COURT** comes Defendant MOEX USA Corporation, pursuant to Federal Rule of Civil Procedure 12(b)(6), and moves this Honorable Court to dismiss Transocean's First Amended Rule 13 Cross-Claims/Counterclaims and Rule 14 Third-Party Complaint for failure to state a claim upon which relief can be granted, for reasons more fully set forth in the Memorandum of Law in Support of Motion of Defendant MOEX USA Corporation to Dismiss Transocean's First Amended Rule 13 Cross-Claims/Counterclaims and Rule 14 Third-Party Complaint, filed concurrently herewith.

**WHEREFORE**, Defendant MOEX USA Corporation prays that this Court dismiss all claims asserted against it in Transocean's First Amended Rule 13 Cross-Claims/Counterclaims and Rule 14 Third-Party Complaint for failure to state a claim upon which relief can be granted.

Dated: June 20, 2011

                Respectfully submitted,

                /s/     Jack McKay
                Jack McKay
                jack.mckay@pillsburylaw.com
                PILLSBURY WINTHROP SHAW PITTMAN LLP
                2300 N Street, N.W.
                Washington, D.C. 20037-1122
                Telephone (202) 663-8439
                Facsimile (202) 663-8007

                **ATTORNEYS FOR MOEX USA CORPORATION**

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on June 20, 2011.

_____/s/ Jack McKay_____