UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| Applies to: *All Cases.* | * | JUDGE BARBIER |
| | * | MAGISTRATE JUDGE SHUSHAN |

*   *   *   *   *   *   *   *   *   *   *   *

## ORDER

Before the Court is Transocean Deepwater Drilling Inc., Transocean Holdings LLC, and Transocean Deepwater Inc, and Triton Asset Leasing GmbH's (collectively "Transocean") **Motion to Appeal Magistrate Judge Shushan's Order Regarding In Camera Review of William Castell Documents (Rec. Doc. 2810)**. Anadarko Petroleum Corporation and Anadarko E&P Company LP (collectively "Anadarko") move to join in and adopt Transocean's Motion to Appeal (Rec. Doc. 2816), advancing Transocean's arguments. The Court **GRANTS** Andarko's **Motion for Joinder (Rec. Doc. 2816).**

On June 14, 2011, Magistrate Judge Shushan issued an Order sustaining BP's objection to the production of six documents prepared by Sir William Castell on the basis of attorney-client privilege and ordering that the documents submitted by BP for in camera in inspection be filed under seal. Transocean and Anadarko have appealed from Magistrate Judge Shushan's Order, claiming that BP failed to timely produce a proper privilege log, and thus they were denied the right to properly assess BP's claim of attorney-client privilege. Transocean and Anadarko request the opportunity to meaningfully assess BP's claims of privilege.

1

The Court has reviewed the six documents at issue in camera and concludes that they are subject to the attorney-client privilege. Accordingly, **IT IS ORDERED** that Transocean's **Motion to Appeal Magistrate Judge Shushan's Order Regarding In Camera Review of William Castell Documents (Rec. Doc. 2810)** is hereby **DENIED** and Magistrate Judge Shushan's Order is **AFFIRMED.**

However, the Court refers this matter back to Magistrate Judge Shushan to determine whether further action should be taken regarding BP's alleged failure to adhere to the Federal Rules of Civil Procedure and MDL protocols with respect to production of a privilege log.[1]

New Orleans, Louisiana, this 20th day of June, 2011.

*(signature)*
THE HONORABLE CARL J. BARBIER
U.S. DISTRICT COURT JUDGE

---

[1] The Court has received the Declaration of Mr. Don Haycraft, and counsel for BP were advised to file any opposition memorandum by 5:00p.m. today. The Court has decided to issue this Order without awaiting BP's formal response in light of the impending deposition of Sir William Castells in the United Kingdom.