## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig        MDL NO. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010       SECTION J

Applies to: *All Cases*              JUDGE BARBIER
                                   MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Working Group[1] Conference on Friday, June 17, 2011]**

This order reflects the action taken at the Working Group Conference on Friday, June 17, 2011.

1.    **June and July Depositions**.

    Alberty, Mark

    Alberty is a former BP employee.  It is working to contact him.

    Burns, Tim (N.O.)        July 22

    BP confirmed the date for the deposition in New Orleans.

    Clark, Skip (N.O.)        July 29

    On May 30, 2011, Halliburton reported that Clark would be the designee for one remaining Rule 30(b)(6) topic (Sperry contractual issues).  The deposition is confirmed.

    Chevron 30(b)(6)/Gardner, Craig

    Chevron's deposition was requested by BP.  It shall be limited to two days.  BP is attempting to communicate with Chevron's house counsel.

---

[1] The discovery "Working Group" shall be comprised of: one or two representatives of the PSC; one representative from each of the defendants; and coordinating counsel for the United States and coordinating counsel for the States.  (Rec. Doc. 1099).

<u>Daigle, Keith</u> (N.O.)          July 19 and 20

BP confirmed the deposition.

<u>Daly, Mike</u> (N.O.)

Daly's deposition was requested by Transocean.  It shall be a two-day deposition.  BP is working to secure dates for the deposition.

<u>DNV 30(b)(6)</u> (N.O.)          July 5 and 6

The Court rescheduled this deposition for July 5 and 6 because of the delay in the completion of the Phase Two Protocol and document production issues.  DNV will produce two individuals for technical topics and one for business topics.  If there is an overlap for testimony to be provided for the technical topics, it is anticipated that both individuals will be present.

<u>Dubois, Richard</u> (N.O.)          July 19

Halliburton confirmed the date for the deposition.

<u>Fleece, Trent</u> (N.O.)

Fleece's deposition was requested by the U.S.  It shall be a one day deposition.  BP is working to secure dates for the deposition.

<u>Harrell, Jimmy</u> (N.O.)                    July 11

The parties have been advised that Harrell will invoke his Fifth Amendment privilege.  The deposition will be one day.

<u>Ishii, Naoki</u> (N.O.)          June 29 and 30

Ishii is the designee for the Rule 30(b)(6) for MOEX Offshore 2007 LLC and MOEX USA Corporation.  The MOEX entities filed motions to dismiss or, in the alternative, bifurcate the *alter ego* claims.  Rec. docs. 2757 and 2761.  The immediate issue arising from these motions concerns

the scope of Ishii's deposition.  The MOEX entities secured the agreement of the PSC and the U.S. that there would be no "pure corporate veil piercing" questioning of Ishii.  Any other party that declines to accept the limitation on the scope of Ishii's examination shall notify the Court by the close of business on Tuesday, June 21, 2011.

A second issue concerning the Ishii deposition pertains to documents produced in Japanese.  The U.S. employed a translator for some documents.  Transocean and other parties shall work with the U.S. on the translations.  All translations shall be presented to counsel for the MOEX entities by **9:00 a.m. on Monday, June 27, 2011.**

Inglis, Andy (London)        July 21 and 22

BP confirmed that the deposition will be in London on July 21 and 22.

Jassal, Kal (N.O.)        July 21

Jassal is a BP Rule 30(b)(6) designee.  The issue was raised as to whether his deposition should be two days.  The parties are to provide the undersigned with a listing of the topics he is designated for.

Jackson, Curtis (N.O.)        July 21 (tentative)

BP provided a tentative date of July 21 in New Orleans.

Mogford, John (London)        June 28 and 29

BP raised the issue of Mogford's compensation.  Based on information provided by Mogford, the proposal is that he will be paid 5,000 pounds (not dollars) per day for his deposition. The PSC was to confirm that this is acceptable before the close of business on June 17, 2011.

Redd, Eddy (Russia-Western Siberia)

PSC and Transocean are attempting to contact Mr. Redd.  He is working for Eurasia Drilling

Company Limited.

<u>Roth, Tommy</u> (N.O.)          June 28 and 29 alternative July 25 and 26

Roth was a Halliburton employee.  It reports that he has secured separate counsel.  It is likely that the deposition, currently scheduled for June 28 and 29, will be rescheduled for July 25 and 26. Halliburton will report further at the June 24, 2011 conference.

<u>Sannon, Bill</u>(N.O.)          July 27 and 28

Transocean confirmed the dates.

<u>Sprague, John</u> (N.O.)          Clarification on 30(b)(6) topics required.

Sprague is a BP employee.  He was deposed for two days on March 21 and 22.  He was deposed on April 28 as a BP Rule 30(b)(6) designee.  There is an issue about whether a BP Rule 30(b)(6) topic was withdrawn or covered by him.  BP will report at the June 24, 2011 conference.

<u>Skripnikova, Galina</u> (N.O.)    July 7 and 8

BP confirmed the deposition.

<u>Yilmaz, Barbara</u> (N.O.)        July 20

Yilmaz was VP of Technology for Drilling and Completions for BP.  She was involved in BP's pre-April 20 effort to cut costs in GOM drilling, the negotiation of drilling rig contracts with TO and other contractors.  When the parties ranked their pre-July 31 priority depositions, she was number 3 on Transocean's list.  When the Court agreed to permit her to be scheduled prior to July 31, her deposition was limited to one day.  Transocean and Anadarko requested that her deposition be increased to two days.  BP objected.  No ruling was made on June 17, 2011.  The interested parties are to email the undersigned with the reasons for their position on deposition length.

<u>Wright, John</u> (Houston)        July 13 and 15 (tentative)

4

The PSC reported on service of a subpoena.

2.      **Rescheduling of Depositions**.

With only six weeks remaining to conclude depositions required for preparation of reports of experts, **it is imperative that there be no further requests for rescheduling deposition**.

3.      **Post July 31, 2011 Depositions for Phase One**.

Attached is a list of the persons requested for Phase One depositions after July 31, 2011.  The list includes information received by the Court through June 15, 2011.  At the June 17, 2011 conference, there were several requests for additions to this list.  The parties shall communicate any requests for additions as soon as possible.

Where a party objects to the deposition, the objection is noted on the attached list.  If the parties are able to resolve their differences over the objections, **they shall notify the Court by close of business on Wednesday, June 24, 2011.**  The unresolved objections will be ruled on before the June 24, 2011 conference.

BP reported that it wanted to re-urge its request for the deposition of Chris Roby.  This request will be deferred until July 8, 2011.  The parties should make their submissions regarding the issue with BP submitting its position first.

4.      **Allocation of Examination Time**.

On June 16, 2011, the Court issued an order revising the allocation of the examination time for two day and one day depositions.  Rec. doc. 2775.  This order applies to all Phase I fact depositions, including the London depositions.  The allocation order will not apply to expert depositions or fact depositions for Phase II (source control and quantification).  Some of the defendants reported they would attempt to reach agreement on a modification of the allocation of

time among the defendants.  They shall report on their progress prior to the July 24, 2011 conference.

6.    **Cameron's Request for Additions to the BP 30(b)(6) Depositions**.

Cameron and BP will promptly (during the week of June 20) meet and confer on Cameron's request for additions to the BP Rule 30(b)(6) deposition.  They will report to the Court on any issues remaining after the meet and confer.

7.    **DNV/Blow-Out Preventer Matters**.

DNV will complete the Phase Two protocol on Wednesday, June 22, 2011.  KPMG will post all results for Phase Two by close of business on Friday, June 24, 2011.  The status of DNV document production was reviewed.  The disposition or preservation of the BOP after the completion of DNV testing was discussed.  An order was issued after the June 17, 2011 conference.

8.    **Group Limit on Written Discovery, Including Interrogatories**.

The issue was passed to June 24, 2011.  The Anadarko entities argued that each entity was permitted to serve fifty interrogatories.  BP argued that the limit provided to groups of defendants was 50 and each BP entity was not permitted to serve its own set of discovery.

9.    **BP/MOEX Settlement**.

BP and the PSC reported that they are near to an agreement on the issue of production of the settlement agreement.  Anadarko and Transocean reported that they want to see the settlement agreement and they may not be satisfied with the PSC/BP resolution of the issue.  The parties are to report their progress before the next conference.

10.   **Short Form Claimants Issues**.

There was discussion concerning communications with the GCCF and amendments to or

dismissal of Short Form Claimants.  The parties report they are working on these issues.

**11.      Issues Concerning Discovery from the U.S.**

The U.S. reported on the status of pending issues which may require Court assistance.  They concern preservation of samples and the scope of document production.

**12.      Texas State Litigation.**

The parties noted that the state court cases in Texas were not consolidated.  The PSC and BP reported on the procedures for cross-noticing depositions and providing access to document production.

**13.      Production of Documents by the States.**

The States argue that the office of the Attorney General is a law office, and it is unreasonable to expect the States to search every document in the AG's office for documents responsive to the defendants' document requests.  The defendants are concerned that some documents relevant to the parties' claims and defenses may have come into the possession of the AG's office which were not produced in the litigation.   Alabama reports that it has searched for hard copies, so the issue concerns ESI.

BP shall prepare a proposal for an ESI search with: (1) date ranges; (2) search terms; and (3) a listing of the custodian(s).  After conferring, if the parties cannot agree on the features for the ESI search, they shall report their differences to the Court.

**14.      Depositions-Read and Sign and *Errata* Requirements.**

The deadline for a witness to read and sign and complete an *errata* sheet is extended to 30 days.  This does not affect the procedures in place for the parties' designation of portions of a transcript as confidential.

15.     **Authentication of Documents**.

Anadarko will prepare a proposed stipulation concerning a presumption of authenticity where a document has been produced by a party.

16.     **Resolution of Small Issues**.

The parties shall meet-and-confer on any discovery issue before bringing an issue to the attention of the Court.  The parties are urged to resolve the small discovery issues without Court intervention.

1**7.     Conference Schedule**.

**The parties are not required to have counsel present in the courtroom for these conferences.  Counsel are encouraged to participate by telephone if it is more convenient and less expensive for them to do so.**  The undersigned may schedule a conference in the future where telephone attendance only is permitted.

| | |
|---|---|
| Friday, June 24, 2011, at 9:30 a.m. | WGC followed by meeting of LCC |
| Friday, July 1, 2011, at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, July 8, 2011 | After Judge Barbier's status conference - WGC followed by meeting of LCC. |
| Friday, July 15, 2011, at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, July 22, 2011, at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, July 29, 2011, at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, July 29, 2011, at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, August 5, 2011, at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, August 12, 2011 | After Judge Barbier's status conference - WGC followed by meeting of LCC. |

Friday, August 19, 2011, at 9:30 a.m.          WGC followed by meeting of LCC.

Friday, August 26, 2011, at 9:30 a.m.          WGC followed by meeting of LCC.

New Orleans, Louisiana, this 20th day of June, 2011.

**SALLY SHUSHAN**
**United States Magistrate Judge**