**Post July 31 Phase One Depositions** - June 15, 2011

|    | Name | Employer | Requesting Party |
|----|------|----------|------------------|
| 1. | Allen, Tim | BP | Cameron |

BP objects to his deposition.

Member of BOP sub-team in connection with the Bly investigation.

| 2. | Badalamenti, Anthony | Halliburton | Transocean |

No objection

Mr. Quirk testified that Badalamenti and Simon Turton contacted him after the incident for additional lab testing on the cement slurry used at Macondo. It is believed that they have information concerning Halliburton's post-incident cement testing and investigation.

| 3. | Bement, James | Halliburton/Sperry | BP |

Halliburton objects to his deposition.

VP of Sperry. He is responsible for the Sperry Drilling product service line. He has knowledge of factual issues surrounding the Sperry Drilling performance issues and non-productive time on the DWH.

| 4. | Bergman, Melissa | Halliburton | BP |

Halliburton objects to his deposition.

The head of HSE and someone who could testify about Halliburton HSE training materials on various topics, including stop work authority. She is the author of an email stating that Halliburton was remotely monitoring the realtime data during the incident and may be able to provide information concerning that Halliburton monitoring. Halliburton contends that Bergman's involvement began post-incident.

|    | Name | Employer | Requesting Party |
|----|------|----------|------------------|
| 5. | Birrell, Gordon | BP | Anadarko |

No objection

Technology VP for operations from 2009 through April 20, 2010. Assigned to Doug Suttles to develop programs for the implementation of Process Safety policies. His files should include BP's written policies, procedures and standards relating to Process Safety.

| 6. | Blanchard, Karl | Halliburton | BP |
|----|-----------------|-------------|-----|

Halliburton objects to his deposition.

VP in charge of the Cementing Service line and also Richard Vargo's direct supervisor. Mr. Probert testified that Mr. Blanchard would have information relating to Halliburton's cement training and guidance materials, including on the design and testing of cement slurries. Halliburton contends that Blanchard should not be a Phase One witness.

| 7. | Bondurant, Charles | BP | Halliburton |
|----|--------------------|-----|-------------|

No objection.

He is a prospect geologist, who was directly involved in the Tiger Team's efforts surrounding the March 8 kick event. He was involved on numerous emails assessing the Tiger Team's performance surrounding the March 8 kick event.

| 8. | Brock, Tony | BP | PSC |
|----|-------------|-----|-----|

No objection.

Weatherbee interview.

2

|     | Name | Employer | Requesting Party |
|-----|------|----------|------------------|
| 9.  | Brown, Jim | Halliburton | BP |

Halliburton objects to his deposition.

Responsible for Western Hemisphere operations. Mr. Probert testified that Mr. Brown would know if any guidance was issued to Halliburton's engineers after the Deepwater Horizon incident. He is the sender of an October 28, 2010 email to Halliburton employees sharing information on Halliburton's post-incident investigation, and may have information concerning it. Halliburton contends he should not be a Phase One witness.

| 10. | Childers, Mark | BP Consultant | Cameron |
|-----|----------------|---------------|---------|

BP objects to his deposition.

Cameron describes him as BP representative during the JIT investigation. BP reports that it will not call him as a fact witness, and that if it identifies him as a testifying expert, it will make him available for deposition in accordance with the expert discovery schedule.

| 11. | Clements, Jeremy | Transocean | Cameron |
|-----|------------------|------------|---------|

No objection.

Transocean employee assigned to Deepwater Horizon and worked in maintenance of the Deepwater Horizon BOP.

| 12. | Cotton, Al | R&B Falcon | Cameron |
|-----|------------|------------|---------|

No objection.

Witness may have had role in selection, design and configuration of equipment on Deepwater Horizon BOP.

|     | Name | Employer | Requesting Party |
|-----|------|----------|------------------|
| 13. | Crichton, Steve | Transocean | Cameron |

No objection.

Witness was involved in inspection, maintenance and repair of Deepwater Horizon BOP.

| 14. | Douglass, Sherrie | BP | Halliburton and TO |

No objection.

She works in BP's regulatory department and has been identified as the person responsible for submitting to MMS variance requests for the drilling plan including, but not limited to, variances regarding pore pressure margins.

| 15. | Emerson, Tony | BP | Cameron |

BP objects to his deposition.

Member of BOP sub-team in connection with the Bly investigation.

| 16. | Fleming, Ray | BP | Cameron |

BP objects to his deposition.

Member of BOP sub-team in connection with the Bly investigation.

| 17. | Foreman, Fred | InSpec, Inc. | Cameron |

No objection.

Witness may have had role in selection, design and configuration of equipment on Deepwater Horizon, including BOP (BP's Answers to PLC's Master Interrogatories and Requests for Production #32).

|     | Name | Employer | Requesting Party |
|-----|------|----------|------------------|
| 18. | Frazelle, Andrew | BP | Transocean |

No objection

He was BP's drilling and completion operations manager with direct supervision over GOM drilling operations, including the Macondo well.

| 19. | Fry, Mike | Transocean | Cameron |

No objection.

Witness was involved in inspection, maintenance and repair of Deepwater Horizon BOP.

| 20. | Gaude, Ed | Cameron | BP |

No objection.  Cameron reported will secure dates for the deposition.

Engineer whose role has been more fully identified through recent review of Cameron documents.  He is a necessary fact witness.  He was involved in the design and construction of the control system of the DWH blowout preventer. While other Cameron witnesses can speak to the design, construction, and maintenance of the BOP in general, he can testify about the control system in particular.  Testimony about the control system of the BOP is necessary to continue evaluation of whether the BOP control system contributed to the failure of the BOP to work as expected during the incident.

| 21. | Gray, Todd | Transocean | Cameron |

No objection.

Witness was involved in inspection, maintenance and repair of Deepwater Horizon BOP.

|     | Name | Employer | Requesting Party |
|-----|------|----------|------------------|
| 22. | Johnson, Stephen | MI | Halliburton |

No objection.

Mud Engineer who BP asked to have replaced prior to the incident.

| 23. | Kennedy, John | R&B Falcon | Cameron |

No objection.

Witness was involved in selection, design and configuration of equipment on Deepwater Horizon BOP.

| 24. | Kenney, Gary D. | Sine Rivali/DNV | Cameron |

No objection.

Lead investigator for DNV in connection with the JIT BOP forensic investigation; believed to be the lead investigator in connection with BP's ongoing testing of the BOP; signed DNV's "Final Report" concerning the BOP and the addendum thereto.

| 25. | Keplinger, Yancey | Transocean | BP |

No objection.

Dynamic Positioning Officer (DPO) on the Deepwater Horizon, and has significant information concerning the operation of the vessel and emergency procedures generally, specific information and knowledge concerning the operation and functionality of the various alarm systems on board the Deepwater Horizon, and the events of April 20, 2010. He was stationed on the bridge at the time of the incident and has knowledge of the actions of the personnel located on the bridge immediately following the blowout and the actions that were taken in response to the various alarms on the bridge.

|     | Name              | Employer       | Requesting Party   |
|-----|-------------------|----------------|--------------------|
| 26. | Lacy, Stewart     | BP             | United States      |

No objection.

As QO Inc. well site geologist, he was responsible for generating daily geological reports which contain critical information regarding pore pressures and fracture gradients in the well.

| 27. | Linenberger, Ralph | BP consultant | Cameron |

BP objects to his deposition.

Cameron describes him as BP's representative in the current BOP testing. BP reports that it will not call him as a fact witness, and that if it identifies him as a testifying expert, it will make him available for deposition in accordance with the expert discovery schedule.

| 28. | Mazella, Mark | BP | Halliburton |

BP objects.

He is the segment engineering technical authority for well control. He was deposed one day as Rule 30(b)(6) witness. He was a key player in the relief operations and the development of BP's flow path theory.

| 29. | Maxie, Doyle | MI | Halliburton and BP |

No objection.

Project Engineer who was directly involved in MI's work performed relating to Macondo; and an on shore supervisor of the mud engineers on board the Deepwater Horizon and participated in various M-I Swaco decisions and recommendations regarding the lost circulation materials used downhole.

|     | Name | Employer | Requesting Party |
|-----|------|----------|------------------|
| 30. | McGrath, Scott | Transocean | Cameron |

No objection.

Witness was involved in inspection, maintenance and repair of Deepwater Horizon BOP.

|     | Name | Employer | Requesting Party |
|-----|------|----------|------------------|
| 31. | McKay, Lamar | BP | Halliburton |

No objection.

McKay's deposition was not required for the preparation of reports of experts for Phase One of the February 27, 2012 trial.

|     | Name | Employer | Requesting Party |
|-----|------|----------|------------------|
| 32. | Meche, Gregory | MI | Halliburton |

No objection.

Compliance specialist who Halliburton understands was on the rig at the time of the incident.

|     | Name | Employer | Requesting Party |
|-----|------|----------|------------------|
| 33. | Moore, Jimmy | Transocean | BP |

No objection.

Director of Quality, Health, Safety and Environmental Services for Transocean, is the "Designated Person (DP)" under the International Safety Management (ISM) Code. He is the onshore "direct contact between the company between the company and the MODU with access to the highest levels of management." He is in the best position to address at the corporate level the very serious questions relating to the implementation of, and compliance with, the ISM Code in connection with Transocean's operation of the Deepwater Horizon. He was called to testify during several of the MBI hearings, but never appeared before the panel.

|     | Name | Employer | Requesting Party |
| --- | --- | --- | --- |
| 34. | Morrison, Richard | BP | Anadarko |

No objection.

VP for Operations in the GOM Strategic Performance Unit with responsibilities for Process Safety.

| 35. | Newman, Steven | Transocean | BP |
| --- | --- | --- | --- |

No objection.

Chief Executive Officer of Transocean.  He is responsible for the approval and implementation of Transocean's policies and procedures.  He participated in Safety Steering Committee meetings, has direct relevant knowledge concerning Transocean's compliance with the International Safety Management (ISM) code, and was directly involved in the creation and approval of significant documents that govern Transocean's safety and operations, not the least of which is Transocean's Subsea Maintenance Philosophy that bears directly on Transocean's policies concerning the maintenance of Transocean blowout preventers and other subsea equipment necessary for effective well control.

| 36. | Oldfather, Daniel | Weatherford | BP |
| --- | --- | --- | --- |

No objection.

Service operator, who testified at MBI hearing.  He was sent to the DWH to install the additional 14 centralizers which were never installed.

|     | Name | Employer | Requesting Party |
|-----|------|----------|------------------|
| 37. | Peyton, Dawn | Anadarko | Halliburton |

No objection.

Reservoir analyst who was heavily involved in assessing the Macondo find, the reservoirs, costs and budgets, and was in meetings regarding Anadarko's desire to persuade BP to drill deeper than 18,360'.

| 38. | Powell, Heather | BP | Transocean |
|-----|------|----------|------------------|

No objection.

Member of the Macondo engineering regulatory department. She was responsible for preparing and submitting permit modification requests to MMS and the communication of potential regulatory violations to the BP engineering team.

| 39. | Prestidge, Jim | Halliburton | BP |
|-----|------|----------|------------------|

Halliburton objects to his deposition.

VP of health, safety, environment and service quality. He has information on the practices and standards governing Halliburton's provision of services to customers, including any process safety standards for Halliburton's work. Halliburton objects that Prestidge's involvement began post-incident.

| 40. | Quibodeaux, John | MI | Halliburton |
|-----|------|----------|------------------|

No objection.

Toolhand and mud engineer who Halliburton understands was on the rig at the time of the incident.

|     | Name | Employer | Requesting Party |
|-----|------|----------|------------------|
| 41. | Rodger, Brad | Transocean | Cameron |

No objection.

Witness was involved in inspection, maintenance and repair of Deepwater Horizon BOP.

| 42. | Shaw, Neil | BP | Anadarko |
|---|---|---|---|

No objection.

The Chief Operations Officer for Development. He reported to Doug Suttles and was directly responsible for the facilities design aspect of Process Safety. Anadarko describes this a "place holder" until it can determine whether "facilities design" includes drilling rig.

| 43. | Silverman, Peter | R&B Falcon | Cameron |
|---|---|---|---|

No objection.

Contracts Manager who was involved in selection, design and configuration of equipment on Deepwater Horizon BOP.

| 44. | Strife, Stuart | Anadarko | Halliburton |
|---|---|---|---|

No objection.

VP in charge of reviewing and approving AFE's sent by BP and was involved in meetings regarding cost estimates, budgets, and time expectations relating to the Macondo well.

| 45. | Thompson, Neil | DNV | Cameron |
|---|---|---|---|

No objection.

Project manager for DNV in connection with the JIT BOP forensic investigation; believed to be the project manger in connection with BP's ongoing testing of the BOP; signed DNV's "Final Report" concerning the BOP and the addendum thereto.

|     | Name | Employer | Requesting Party |
|-----|------|----------|------------------|
| 46. | Thorseth, Jay | BP | Halliburton |

No objection.

The exploration manager for deepwater in the GOM, including the Macondo well. He was responsible for evaluating prospects and developing capital and production projections. He was involved with the AFE's for the well.

| | | | |
|---|---|---|---|
| 47. | Trahan, Buddy | Transocean | BP |

No objection.

Division Manager, Assets and was one of two Transocean representatives that were part of the leadership visit to the rig on the day of the incident. He was scheduled to testify during the MBI hearings but never appeared before the panel. He has significant knowledge of the shore-based management of the Deepwater Horizon, including knowledge of the maintenance, safety, and performance of the Deepwater Horizon.

| | | | |
|---|---|---|---|
| 48. | Turton, Simon | Halliburton | BP, Transocean |

No objection.

Mr. Quirk testified that these individuals contacted him after the incident for additional lab testing on the cement slurry used at Macondo. It is believed that they have information concerning Halliburton's post-incident cement testing and investigation.

| | | | |
|---|---|---|---|
| 49. | Wetherell, Linda | R&B Falcon | Cameron |

No objection.

Witness was involved in selection, design and configuration of equipment on Deepwater Horizon BOP.

|     | Name | Employer | Requesting Party |
| --- | --- | --- | --- |
| 50. | Wink, Kevin | R&B Falcon | Cameron |

No objection.

Witness was involved in selection, design and configuration of equipment on Deepwater Horizon BOP.

|     | Name | Employer | Requesting Party |
| --- | --- | --- | --- |
| 51. | Young, David | Transocean | BP |

No objection.

Chief mate onboard the Deepwater Horizon and was on duty at the time of the incident. He testified at the MBI hearings, and has significant relevant knowledge concerning both the events on the day of the incident, as well as the maintenance and operation of the Deepwater Horizon. He was also responsible for firefighting duties aboard the Deepwater Horizon, and will likely provide significant, relevant information regarding the onboard firefighting efforts and capabilities.