UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179<br>SECTION: J |
| This Document Relates to:<br>All Cases and Cause No. 2:10-CV-02771 | * * * * * * * | JUDGE BARBIER<br><br>MAGISTRATE NO. 1<br><br>MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

**MOTION OF DEFENDANT MOEX OFFSHORE 2007 LLC TO
DISMISS FIRST AMENDED CROSS-CLAIMS OF
DEFENDANT HALLIBURTON ENERGY SERVICES INC.**

**NOW INTO COURT** comes Defendant MOEX Offshore 2007 LLC, pursuant to Federal Rule of Civil Procedure 12(b)(6), and moves this Honorable Court to dismiss the First Amended Cross-Claims of Defendant Halliburton Energy Services, Inc. for failure to state a claim upon which relief can be granted, for reasons more fully set forth in the Memorandum of Law in Support of Motion of Defendant MOEX Offshore 2007 LLC to Dismiss the First Amended Cross-Claims of Defendant Halliburton Energy Services, Inc., filed concurrently herewith.

**WHEREFORE**, Defendant MOEX Offshore 2007 LLC prays that this Court dismiss all claims asserted against it in the First Amended Cross-Claims of Defendant Halliburton Energy Services, Inc. for failure to state a claim upon which relief can be granted.

Dated: June 20, 2011

Respectfully submitted,

s/ John F. Pritchard_____

John F. Pritchard
Edward Flanders
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, NY 10036-4039
Tel. (212) 858-1000
Fax (212) 858-1500
john.pritchard@pillsburylaw.com
edward.flanders@pillsburylaw.com

Christopher McNevin
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone (213) 488-7507
Fax (213) 629-1033
chrismcnevin@pillsburylaw.com

**ATTORNEYS FOR MOEX OFFSHORE 2007 LLC**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on June 20, 2011.

                                          s/ John F. Pritchard
                                            John F. Pritchard