UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J |
| This Document Relates to: All Cases and Cause No. 2:10-CV-02771 | * * * * * * | JUDGE BARBIER MAGISTRATE NO. 1 MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

## REQUEST FOR ORAL ARGUMENT

Defendant MOEX Offshore 2007 LLC respectfully requests oral argument on its Motion to Dismiss the First Amended Cross-Claims of Defendant Halliburton Energy Services, Inc. Defendant believes that oral argument may assist the Court in evaluating the legal issues raised by the Motion.

Dated: June 20, 2011

        Respectfully submitted,

        s/ John F. Pritchard_____

        John F. Pritchard
        Edward Flanders
        PILLSBURY WINTHROP SHAW PITTMAN LLP
        1540 Broadway
        New York, NY 10036-4039
        Tel. (212) 858-1000
        Fax (212) 858-1500
        john.pritchard@pillsburylaw.com
        edward.flanders@pillsburylaw.com

Christopher McNevin
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone (213) 488-7507
Fax (213) 629-1033
chrismcnevin@pillsburylaw.com

**ATTORNEYS FOR MOEX OFFSHORE 2007 LLC**

2

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on June 20, 2011.

                                            s/ John F. Pritchard
                                            John F. Pritchard