UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179 |
| | | SECTION: J |
| This Document Relates to: All Cases and Cause No. 2:10-CV-02771 | * * * | JUDGE BARBIER |
| | * | MAGISTRATE NO. 1 |
| | * * | MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION OF DEFENDANT MOEX USA CORPORATION TO DISMISS FIRST AMENDED CROSS-CLAIMS OF <u>DEFENDANT HALLIBURTON ENERGY SERVICES INC.</u>

**NOW INTO COURT** comes Defendant MOEX USA Corporation, pursuant to Federal Rule of Civil Procedure 12(b)(6), and moves this Honorable Court to dismiss the First Amended Cross-Claims of Defendant Halliburton Energy Services, Inc. for failure to state a claim upon which relief can be granted, for reasons more fully set forth in the Memorandum of Law in Support of Motion of Defendant MOEX USA Corporation to Dismiss the First Amended Cross-Claims of Defendant Halliburton Energy Services, Inc., filed concurrently herewith.

**WHEREFORE**, Defendant MOEX USA Corporation prays that this Court dismiss all claims asserted against it in the First Amended Cross-Claims of Defendant Halliburton Energy Services, Inc. for failure to state a claim upon which relief can be granted.

Dated:  June 20, 2011

                                                  Respectfully submitted,

/s/    Jack McKay  
Jack McKay  
jack.mckay@pillsburylaw.com  
PILLSBURY WINTHROP SHAW PITTMAN LLP  
2300 N Street, N.W.  
Washington, D.C. 20037-1122  
Telephone (202) 663-8439  
Facsimile (202) 663-8007

**ATTORNEYS FOR MOEX USA CORPORATION**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on June 20, 2011.

_____/s/  Jack McKay_____