UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico on April 20, 2010** | * | SECTION: J |
| | * | |
| **This Document Relates to:** | * | JUDGE BARBIER |
| **All Cases and Cause No. 2:10-CV-02771** | * | |
| | * | MAGISTRATE NO. 1 |
| | * | |
| | * | MAGISTRATE SHUSHAN |
| | * | |

* * * * * * * * * * * *

## ORDER

Considering the Motion of Defendant MOEX USA Corporation to dismiss all claims against it in the First Amended Cross-Claims of Defendant Halliburton Energy Services, Inc. for failure to state a claim upon which relief can be granted:

**IT IS HEREBY ORDERED** that all claims against Defendant MOEX USA Corporation in the First Amended Cross-Claims of Defendant Halliburton Energy Services, Inc. are dismissed.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE