# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br>All Cases and Cause No. 2:10-CV-02771 | * * * * * * | JUDGE BARBIER<br><br>MAGISTRATE NO. 1<br><br>MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

## REQUEST FOR ORAL ARGUMENT

Defendant MOEX USA Corporation respectfully requests oral argument on its Motion to Dismiss the First Amended Cross-Claims of Defendant Halliburton Energy Services, Inc. Defendant believes that oral argument may assist the Court in evaluating the legal issues raised by the Motion.

Dated: June 20, 2011

                                          Respectfully submitted,

                                          /s/    Jack McKay
                                          Jack McKay
                                          jack.mckay@pillsburylaw.com
                                          PILLSBURY WINTHROP SHAW PITTMAN LLP
                                          2300 N Street, N.W.
                                          Washington, D.C. 20037-1122
                                          Telephone (202) 663-8439
                                          Facsimile (202) 663-8007

                                          **ATTORNEYS FOR MOEX USA CORPORATION**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on June 20, 2011.

    /s/ Jack McKay