IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| THIS DOCUMENT RELATES TO: ALL CASES AND 2:10-CV-02771 IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GMBH, ET AL., IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

### NOTICE OF SUBMISSION

Please take notice that the undersigned parties shall bring on their Motion to Dismiss Halliburton Energy Services, Inc.'s Cross-Claims for Failure to State a Claim for submission to the Honorable Carl J. Barbier, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130 at 9:30 a.m. on the 6th day of July, 2011, or as soon thereafter as counsel may be heard.

Date: June 20, 2011

Respectfully submitted,

**WARE, JACKSON, LEE & CHAMBERS, LLP**

BY:  /s/ C. Dennis Barrow, Jr._____
   Don Jackson
   Texas Bar No. 10476000
   Fed ID No. 6915
   C. Dennis Barrow, Jr.
   Texas Bar No. 00796169
   Fed ID No. 20624
   2929 Allen Parkway, 42nd Floor
   Houston, TX 77019
   Phone : (713) 659-6400
   Fax    : (713) 659-6262

Counsel for Defendant, Dril-Quip, Inc.

**CERTIFICATE OF SERVICE**

      I certify that the above and foregoing Notice of Submission will be served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of June, 2011.

                                                   /s/ C. Dennis Barrow, Jr._____
                                                   C. Dennis Barrow, Jr.