# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br>Case No. 2:10-CV-02771 | * * * * | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

TO:    Counsel

**PLEASE TAKE NOTICE** that subject to Pre-trial Orders Nos. 11 and 25, in which the Court directed that the Court will set the date of all hearings on Motions in this case, the Motion of Defendant MOEX Offshore 2007 LLC to Dismiss Third Party Defendant Dril-Quip, Inc.'s Cross-Claims pursuant to Fed. R. Civ. P. 12(b)(6) is tentatively noticed for submission on Wednesday, August 17, 2011, at 9:30 a.m.

Dated: June 20, 2011

                                            Respectfully submitted,

                                            s/ John F. Pritchard_____

                                            John F. Pritchard
                                            Edward Flanders
                                            PILLSBURY WINTHROP SHAW PITTMAN LLP
                                            1540 Broadway
                                            New York, NY 10036-4039
                                            Tel. (212) 858-1000
                                            Fax (212) 858-1500

Christopher McNevin
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone (213) 488-7507
Fax (213) 629-1033

**ATTORNEYS FOR MOEX OFFSHORE 2007 LLC**

3

**<u>CERTIFICATE OF SERVICE</u>**

     I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on June 20, 2011.

                                        s/  John F. Pritchard_____