**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico on April 20, 2010** | * | **SECTION: J** |
| | * | |
| **This Document Relates to:** | * | **JUDGE BARBIER** |
| **Case No. 2:10-CV-02771** | * | |
| | * | **MAGISTRATE SHUSHAN** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER GRANTING REQUEST FOR ORAL ARGUMENT

Considering Defendant MOEX Offshore 2007 LLC's Request for Oral Argument:

**IT IS HEREBY ORDERED** that the Court will hear oral argument on Defendant MOEX Offshore 2007 LLC's Motion to Dismiss Third Party Defendant Dril-Quip, Inc.'s Cross-Claims.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE