UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico on April 20, 2010 | * | SECTION: J |
| | * | |
| This Document Relates to: | * | JUDGE BARBIER |
| Case No. 2:10-CV-02771 | * | |
| | * | MAGISTRATE SHUSHAN |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

TO:     Counsel

**PLEASE TAKE NOTICE** that subject to Pre-trial Orders Nos. 11 and 25, in which the Court directed that the Court will set the date of all hearings on Motions in this case, the Motion of Defendant MOEX USA Corporation to Dismiss Third Party Defendant Dril-Quip, Inc.'s Cross-Claims pursuant to Fed. R. Civ. P. 12(b)(6) is tentatively noticed for submission on Wednesday, August 17, 2011, at 9:30 a.m.

Dated:  June 20, 2011

                                                         Respectfully submitted,

                                                         /s/ ___Jack McKay_____
                                                         Jack McKay
                                                         jack.mckay@pillsburylaw.com
                                                         PILLSBURY WINTHROP SHAW PITTMAN LLP
                                                         2300 N Street, N.W.
                                                         Washington, D.C. 20037-1122
                                                         Telephone (202) 663-8439
                                                         Facsimile (202) 663-8007

                                                         **ATTORNEYS FOR MOEX USA CORPORATION**

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on June 20, 2011.

_____/s/  Jack McKay_____