UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : | MDL NO. 2179  SECTION: J  JUDGE BARBIER  MAG. JUDGE SHUSHAN |
| **THIS DOCUMENT RELATES TO** 10-4536, *United States v. BP Exploration and Production Inc., et al.* | : : : | JURY TRIAL DEMANDED |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**MOTION OF THIRD-PARTY DEFENDANT CAMERON
INTERNATIONAL CORPORATION TO STRIKE RULE
14(c) TENDER AND/OR TO DISMISS TENDERED CLAIM**

In its Third-Party Complaint against Third-Party Defendant Cameron International Corporation ("Cameron"), Defendant/Third Party Plaintiff BP Exploration and Production Inc. ("BPXP") purports to tender to Cameron defense of the claim of the United States under the Oil Pollution Act of 1990 ("OPA"). Doc. 2065 ¶ 10. As explained in the accompanying supporting memorandum, Cameron is not a "responsible party" liable to the United States under OPA.

Accordingly, pursuant to FED. R. CIV. P. 14(a)(4), Cameron respectfully moves for an order striking the Rule 14(c) tender of BPXP. In addition, or in the alternative, pursuant to FED. R. CIV. P. 12(b)(6), Cameron respectfully moves for an order dismissing the tendered claim for failure to state a claim upon which relief may be granted.

- 1 -

Cameron demands trial by jury of all issues in this action so triable.

Respectfully submitted,

| | |
|---|---|
| David J. Beck, T.A.<br>    dbeck@brsfirm.com<br>Joe W. Redden, Jr.<br>    jredden@brsfirm.com<br>David W. Jones<br>    djones@brsfirm.com<br>Geoffrey Gannaway<br>    ggannaway@brsfirm.com<br><br>BECK, REDDEN & SECREST, L.L.P.<br>One Houston Center<br>1221 McKinney, Suite 4500<br>Houston, TX  77010-2010<br>713-951-3700<br>713-951-3720 (fax) | /s/ Phillip A. Wittmann         <br>Phillip A. Wittmann, 13625<br>    pwittman@stonepigman.com<br>Carmelite M. Bertaut, 3054<br>    cbertaut@stonepigman.com<br>Keith B. Hall, 24444<br>    khall@stonepigman.com<br>Jared Davidson, 32419<br>    jdavidson@stonepigman.com<br><br>STONE PIGMAN WALTHER WITTMANN L.L.C.<br>546 Carondelet Street<br>New Orleans, Louisiana  70130<br>504-581-3200<br>504-581-3361 (fax)<br><br>**ATTORNEYS FOR THIRD-PARTY DEFENDANT CAMERON INTERNATIONAL CORPORATION** |

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion of Third-Party Defendant Cameron International Corporation to Strike Rule 14(c) Tender and/or to Dismiss Tendered Claim has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of June, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Phillip A. Wittmann         
　　　　　　　　　　　　　　　　　　　　　　　　Phillip A. Wittmann

- 2 -

1060502v.1