UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
|     "DEEPWATER HORIZON" in the | : | |
|     GULF OF MEXICO, on | : | SECTION: J |
|     APRIL 20, 2010 | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |
| **THIS DOCUMENT RELATES TO** | : | |
| 10-4536, *United States v. BP Exploration* | : | JURY TRIAL DEMANDED |
| *and Production Inc., et al.* | : | |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**MEMORANDUM OF THIRD-PARTY DEFENDANT
CAMERON INTERNATIONAL CORPORATION
IN SUPPORT OF ITS MOTION TO STRIKE RULE
14(c) TENDER AND/OR TO DISMISS TENDERED CLAIM**

In its Third-Party Complaint against Third-Party Defendant Cameron International Corporation ("Cameron"), Defendant/Third Party Plaintiff BP Exploration and Production Inc. ("BPXP") purports to tender to Cameron defense of the claim of the United States under the Oil Pollution Act of 1990 ("OPA").  Doc. 2065 ¶ 10.  Cameron respectfully submits this memorandum in support of its motion to strike the tender and/or dismiss the putative tendered claim.[1]

The United States did ***not*** name Cameron as a Defendant with respect to any cause of action in its Complaint (Doc. 1 in No. 10-4536).  The United States' First Claim for Relief (¶¶ 70-76) seeks civil penalties from BPXP (and others) under the Clean Water Act, 33 U.S.C. § 1321.  BPXP does not purport to tender defense of that claim to Cameron.

---

[1] Cameron will respond separately to the claims of the BPXP Third-Party Complaint seeking relief directly from Cameron.

The United States' Second Claim for Relief (¶¶ 77-91) seeks a declaratory judgment that the named Defendants are liable for certain response costs and damages under the Oil Pollution Act of 1990 ("OPA"), 33 U.S.C. §§ 2701 et seq.  OPA makes specified "responsible parties" liable for costs and damages of parties like the United States.  33 U.S.C. §§ 2702(a), (b).  Cameron is not such a "responsible party."  The BPXP Third Party Complaint (Doc. 2065) alleges that Cameron sold equipment appurtenant to an offshore drilling rig used to drill an offshore oil well and seeks contribution from Cameron under OPA, but does not allege that Cameron is or could be a "responsible party" directly liable to the United States under OPA.  Simply stated, an equipment manufacturer like Cameron is not the owner of a facility that falls within OPA's definition of such a "responsible party."  33 U.S.C. § 2701(32).

Although Cameron disputes that the Clean Water Act penalty claim and the OPA claim asserted by the United States against BPXP are admiralty or maritime claims that authorize the invocation of FED. R. CIV. P. 14(c), Cameron will *assume* for the sake of argument that the Rule 14(c) tender of the United States' OPA claim by BPXP was procedurally proper.  Nevertheless, under FED. R. CIV. P. 14(a)(4), Cameron is authorized to move for an order striking the tendered claim made as part of a Rule 14 impleader.  Correspondingly, FED. R. CIV. P. 12(b)(6) empowers Cameron to move for an order dismissing the tendered claim for failure to state a claim upon which relief may be granted.

1060520v.1

Because Cameron is not an OPA "responsible party" liable to the United States, the Court should strike the tender of the United States OPA claim by BPXP and/or dismiss the tendered claim for failure to state a claim upon which relief may be granted.

Respectfully submitted,

| | |
|---|---|
| David J. Beck, T.A.<br>    dbeck@brsfirm.com<br>Joe W. Redden, Jr.<br>    jredden@brsfirm.com<br>David W. Jones<br>    djones@brsfirm.com<br>Geoffrey Gannaway<br>    ggannaway@brsfirm.com<br><br>BECK, REDDEN & SECREST, L.L.P.<br>One Houston Center<br>1221 McKinney, Suite 4500<br>Houston, TX  77010-2010<br>713-951-3700<br>713-951-3720 (fax) | /s/ Phillip A. Wittmann<br>Phillip A. Wittmann, 13625<br>    pwittman@stonepigman.com<br>Carmelite M. Bertaut, 3054<br>    cbertaut@stonepigman.com<br>Keith B. Hall, 24444<br>    khall@stonepigman.com<br>Jared Davidson, 32419<br>    jdavidson@stonepigman.com<br><br>STONE PIGMAN WALTHER WITTMANN L.L.C.<br>546 Carondelet Street<br>New Orleans, Louisiana  70130<br>504-581-3200<br>504-581-3361 (fax)<br><br>**ATTORNEYS FOR THIRD-PARTY DEFENDANT CAMERON INTERNATIONAL CORPORATION** |

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Memorandum of Third-Party Defendant Cameron International Corporation in Support of its Motion to Strike Rule 14(c) Tender and/or to Dismiss Tendered Claim has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of June, 2011.

                                                  */s/ Phillip A. Wittmann*
                                                  Phillip A. Wittmann