UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : | MDL NO. 2179 SECTION: J |
| | : | JUDGE BARBIER |
| **THIS DOCUMENT RELATES TO 10-4536, *United States v. BP Exploration and Production Inc., et al.*** | : : : : : | MAG. JUDGE SHUSHAN |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Third-Party Defendant Cameron International Corporation's Motion to Strike Rule 14(c) Tender and/or to Dismiss Tendered Claim is hereby set for submission on the 20th day of July, 2011, at 9:30 a.m., before the Honorable Carl Barbier, United States District Judge, United States District Court for he Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana.

Respectfully submitted,

David J. Beck, T.A.
        dbeck@brsfirm.com
Joe W. Redden, Jr.
        jredden@brsfirm.com
David W. Jones
        djones@brsfirm.com
Geoffrey Gannaway
        ggannaway@brsfirm.com

BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 Mckinney, Suite 4500
Houston, TX  77010-2010
713-951-3700
713-951-3720 (fax)

*/s/ Phillip A. Wittmann*
Phillip A. Wittmann, 13625
        pwittman@stonepigman.com
Carmelite M. Bertaut, 3054
        cbertaut@stonepigman.com
Keith B. Hall, 24444
        khall@stonepigman.com
Jared A. Davidson, 32419
        jdavidson@stonepigman.com

STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
504-581-3200
504-581-3361 (fax)

**ATTORNEYS FOR THIRD-PARTY DEFENDANT CAMERON INTERNATIONAL CORPORATION**

1

1060516v.1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and foregoing Notice of Submission has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of June, 2011.

*/s/ Phillip A. Wittmann*
Phillip A. Wittmann

2

1060516v.1