## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico on April 20, 2010** | * | **SECTION: J** |
| | * | |
| **This Document Relates to:** | * | **JUDGE BARBIER** |
| **Case No. 2:10-CV-02771** | * | |
| | * | **MAGISTRATE SHUSHAN** |
| | * | |

* * * * * * * * * * * *

## REQUEST FOR ORAL ARGUMENT

Defendant MOEX USA Corporation respectfully requests oral argument on its Motion to Dismiss Third Party Defendant Dril-Quip, Inc.'s Cross-Claims. Defendant believes that oral argument may assist the Court in evaluating the legal issues raised by the Motion.

Dated: June 20, 2011

> Respectfully submitted,
>
> /s/ Jack McKay
> Jack McKay
> jack.mckay@pillsburylaw.com
> PILLSBURY WINTHROP SHAW PITTMAN LLP
> 2300 N Street, N.W.
> Washington, D.C. 20037-1122
> Telephone (202) 663-8439
> Facsimile (202) 663-8007
>
> **ATTORNEYS FOR MOEX USA CORPORATION**

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on June 20, 2011.

          /s/ Jack McKay