UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN Re: OIL SPILL BY THE OIL RIG | * | |
| "DEEPWATER HORIZON" IN THE | * | MDL NO.: 2179 |
| GULF OF MEXICO, ON | * | |
| APRIL 20, 2010 | * | SECTION "J" / DIVISION "1" |
| | * | |
| | * | JUDGE: CARL J. BARBIER |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| ALL CASES | * | MAGISTRATE JUDGE: |
| | * | SALLY SHUSHAN |

******************************************

## OBJECTIONS AND RESPONSES TO REQUESTS FOR ADMISSIONS AND OBJECTIONS AND RESPONSES TO VARIOUS DEFENDANTS' (CORRECTED) FIRST JOINT DISCOVERY REQUESTS TO PLAINTIFFS OF THE TERREBONNE PARISH FIRE PROTECTION NO. 6

**NOW INTO COURT,** through undersigned Counsel, comes the Terrebonne Parish Fire Protection No. 6, for purpose of objecting to and responding to Requests for Admissions and objecting to and responding to Various Defendants' (Corrected) First Joint Discovery Requests to Plaintiffs.

Pursuant the Order of Magistrate Judge Sally Shushan filed May 17, 2011 (Doc. No. 2396), Paragraph 6.d., Plaintiff hereby adopts and incorporates the Objections, Responses, Limitations and Reservations to Defendants' Requests for Admissions and to Various Defendants' (Corrected) First Joint Discovery Requests to Plaintiff, which were filed by the Plaintiff's Steering Committee on June 11, 2011 and June 13, 2011.

    Respectfully submitted:

    DUVAL, FUNDERBURK, SUNDBERY,
        LOVELL & WATKINS, APLC

BY: /s/Stanwood R. Duval_____
    C. BERWICK DUVAL, II (5109)
    STANWOOD R. DUVAL (27732)
    101 Wilson Avenue
    Post Office Box 3017
    Houma, Louisiana 70361
    Phone: (985) 876-6410

and

    Walter J. Leger, Jr. (8278)
    LEGER & SHAW
    600 Carondelet Street, Ninth Floor
    New Orleans, Louisiana 70130
    Phone:  (504) 588-9043

and

**CHARLES C. BOURQUE**
**ST. MARTIN & BOURQUE**
**ATTORNEYS AT LAW**
Crescent Farm
4084 Highway 311
Post Office Box 2017
Houma, Louisiana 70360
**Attorneys for Terrebonne Parish Fire Protection No. 6**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 20th day of June, 2011.

_____/s/Stanwood R. Duval_____
STANWOOD R. DUVAL