UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN Re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * * * | MDL NO.: 2179 SECTION "J" / DIVISION "1" JUDGE: CARL J. BARBIER |
| THIS DOCUMENT RELATES TO: 2:11-cv-00917-CJB-SS *Plaquemines Port, Harbor and Terminal District v. BP PLC, et al.* | * * * | MAGISTRATE JUDGE: SALLY SHUSHAN |

*******************************************

### OBJECTIONS AND RESPONSES TO REQUESTS FOR ADMISSION AND OBJECTIONS AND RESPONSES TO VARIOUS DEFENDANTS' (CORRECTED) FIRST JOINT DISCOVERY REQUESTS TO THE PLAQUEMINES PORT, HARBOR AND TERMINAL DISTRICT

**NOW INTO COURT,** through undersigned Counsel, comes the Plaquemines Port, Harbor and Terminal District of the Parish of Plaquemines, State of Louisiana, (hereinafter "Port") and its subdivisions and districts, for the purpose of objecting to and responding to Requests for Admission and objecting to and responding to Various Defendants' (Corrected) First Joint Discovery Requests to Plaintiffs.

Pursuant the Order of Magistrate Judge Sally Shushan filed May 17, 2011 (Doc. No. 2396),

-1-

Paragraph 6.d., Plaintiff hereby adopts and incorporates the Objections, Responses, Limitations and Reservations to Defendants' Requests for Admissions and to Various Defendants' (Corrected) First Joint Discovery Requests to Plaintiff, which were filed by the Plaintiffs' Steering Committee on June 11, 2011 and June 13, 2011.  The Port supplements the PSC's responses as follows:

### General Objections

In addition to the 12 General Objections asserted by the PSC, the Plaquemines Port, Harbor and Terminal District of the Parish of Plaquemines objects as follows:

> 13.   Plaintiff objects to Defendants' discovery requests as premature.  The Plaintiff is in the process of gathering and collecting documents that may be responsive to the discovery requests.  To the extent that any documents exist that are responsive to the discovery requests and are not covered by privilege or immunity, Plaintiff will produce those documents responsive to the discovery requests.  Relates to Interrogatories 1, 2, 15 and 16 and Requests for Production 4, 5, 6, 7, 8, 10, 11, 12, 20, 21, 22, 23, 24, 25, 26, 32 and 33.

### Responses to Defendants' Requests for Admissions and to Various Defendants' (Corrected) First Joint Discovery Requests to Plaintiffs

In addition to the Objections and Responses to Defendants' Requests for Admission and to Various Defendants' Discovery Requests asserted by the PSC, the Plaquemines Port, Harbor and Terminal District of the Parish of Plaquemines responds as follows:

The Plaquemines Port, Harbor and Terminal District of the Parish of Plaquemines, State of Louisiana, and its subdivisions and districts, to the extent that any and/or all of the Defendants have not filed responsive pleadings to the Port's Complaint for Damages, makes a special appearance in responding to the discovery, with full reservation of rights, and by so appearing does not waive any objections or assertions in responding to the discovery.

RESPECTFULLY SUBMITTED BY:

MARTZELL & BICKFORD, A.P.C.

S/ Scott R. Bickford
_____
**SCOTT R. BICKFORD (T.A. #1165)**
**LAWRENCE J. CENTOLA III (# 27402)**
**NEIL F. NAZARETH (#28969)**
**usdcedla@mbfirm.com**
338 Lafayette Street
New Orleans, LA 70130
(504) 581-9065
(504) 581-7635 Fax

AND

**DAVID L. LANDRY (#7978)**
**The Law Office of David L. Landry**
**2landry@cox.net**
1214 Parasol Place
Pensacola, Florida 32507
(850) 492-7240

Special Counsel for Plaquemines Port, Harbor and Terminal District of the Parish of Plaquemines, State of Louisiana, and its Subdivisions and Districts

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 20th day of June, 2011.

S/ Scott R. Bickford
**SCOTT R. BICKFORD**