UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico on April 20, 2010** | * | **SECTION: J** |
| | * | |
| **This Document Relates to:** | * | |
| **All Cases and No. 2:10-CV-02771,** | * | **JUDGE BARBIER** |
| | * | |
| | * | |
| | * | **MAGISTRATE SHUSHAN** |
| | * | |
| * * * * * * * * * * * * | | |

**MOTION OF DEFENDANT MOEX OFFSHORE 2007 LLC TO
DISMISS DEFENDANT M-I L.L.C.'S FIRST AMENDED CROSS-CLAIMS**

**NOW INTO COURT** comes Defendant MOEX Offshore 2007 LLC, pursuant to Federal Rule of Civil Procedure 12(b)(6), and moves this Honorable Court to dismiss Defendant M-I L.L.C.'s First Amended Cross-Claims for failure to state a claim upon which relief can be granted, for reasons more fully set forth in the Memorandum of Law in Support of Motion of Defendant MOEX Offshore 2007 LLC to Dismiss Defendant M-I L.L.C.'s First Amended Cross-Claims, filed concurrently herewith.

**WHEREFORE**, Defendant MOEX Offshore 2007 LLC prays that this Court dismiss all claims asserted against it in Defendant M-I L.L.C.'s First Amended Cross-Claims for failure to state a claim upon which relief can be granted.

Dated:  June 20, 2011

                               Respectfully submitted,

                               s/  John F. Pritchard_____

                               John F. Pritchard
                               Edward Flanders
                               PILLSBURY WINTHROP SHAW PITTMAN LLP
                               1540 Broadway
                               New York, NY 10036-4039
                               Tel. (212) 858-1000
                               Fax (212) 858-1500
                               john.pritchard@pillsburylaw.com
                               edward.flanders@pillsburylaw.com

                               Christopher McNevin
                               PILLSBURY WINTHROP SHAW PITTMAN LLP
                               725 South Figueroa Street, Suite 2800
                               Los Angeles, CA 90017-5406
                               Telephone (213) 488-7507
                               Fax (213) 629-1033
                               chrismcnevin@pillsburylaw.com

                               **ATTORNEYS FOR MOEX OFFSHORE 2007 LLC**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on June 20, 2011.

                                         s/ John F. Pritchard
                                         John F. Pritchard