## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br>All Cases and No. 2:10-CV-02771 | * * * * * | JUDGE BARBIER |
| | * * | MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

TO:   Counsel

**PLEASE TAKE NOTICE** that subject to Pre-trial Orders Nos. 11 and 25, in which the Court directed that the Court will set the date of all hearings on Motions in this case, the Motion of Defendant MOEX USA Corporation to Dismiss Defendant M-I L.L.C.'s First Amended Cross-Claims pursuant to Fed. R. Civ. P. 12(b)(6) is tentatively noticed for submission on Wednesday, August 17, 2011, at 9:30 a.m.

Dated:  June 20, 2011

                                        Respectfully submitted,

                                        /s/     Jack McKay
                                        Jack McKay
                                        jack.mckay@pillsburylaw.com
                                        PILLSBURY WINTHROP SHAW PITTMAN LLP
                                        2300 N Street, N.W.
                                        Washington, D.C. 20037-1122
                                        Telephone (202) 663-8439
                                        Facsimile (202) 663-8007

                                        **ATTORNEYS FOR MOEX USA CORPORATION**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on June 20, 2011.

_____/s/  Jack McKay_____