UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | **MDL No. 2179** SECTION: J |
| **This Document Relates to:** All Cases and No. 2:10-CV-02771 | * * | **JUDGE BARBIER** |
| | * * * | **MAGISTRATE SHUSHAN** |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Motion of Defendant MOEX USA Corporation to dismiss all claims against it in Defendant M-I L.L.C.'s First Amended Cross-Claims for failure to state a claim upon which relief can be granted:

**IT IS HEREBY ORDERED** that all claims against Defendant MOEX USA Corporation in Defendant M-I L.L.C.'s First Amended Cross-Claims are dismissed.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE