**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | **MDL No. 2179** |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico on April 20, 2010 | * | **SECTION: J** |
| | * | |
| **This Document Relates to:** | * | |
| **All Cases and No. 2:10-CV-02771** | * | **JUDGE BARBIER** |
| | * | |
| | * | |
| | * | **MAGISTRATE SHUSHAN** |
| | * | |
| *  *  *  *  *  *  *  *  *  *  * | * | |

### REQUEST FOR ORAL ARGUMENT

Defendant MOEX USA Corporation respectfully requests oral argument on its Motion to Dismiss Defendant M-I L.L.C.'s First Amended Cross-Claims.  Defendant believes that oral argument may assist the Court in evaluating the legal issues raised by the Motion.

Dated:  June 20, 2011

Respectfully submitted,

/s/____Jack McKay_____
Jack McKay
jack.mckay@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037-1122
Telephone (202) 663-8439
Facsimile (202) 663-8007

**ATTORNEYS FOR MOEX USA CORPORATION**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on June 20, 2011.


_____/s/  Jack McKay_____