## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * * * * * * * * | MDL NO.: 2179 <br><br> SECTION "J" / DIVISION "1" <br><br> JUDGE BARBIER <br><br> MAGISTRATE JUDGE SHUSAN |
| THIS DOCUMENT RELATES TO: | | |
| IN RE: TRITON ASSET LEASING GmbH Case No. 2:10-cv-02771-CJB-SS | | |

*******************************************

### OBJECTIONS AND RESPONSES TO REQUESTS FOR ADMISSIONS AND OBJECTIONS AND RESPONSES TO VARIOUS DEFENDANTS' DISCOVERY REQUESTS TO THE CITY OF ORANGE BEACH, ALABAMA

Comes now the City of Orange Beach, Alabama, by and through undersigned counsel, and for the purpose of objecting to and responding to Requests for Admissions and objecting to Various Defendants' Discovery Requests to Plaintiffs states as follows:

Pursuant to the Order of Magistrate Judge Sally Shushan filed May 17, 2011 (Doc. No. 2396), Paragraph 6.d., Plaintiff hereby adopts and incorporates the Objections, Responses,

-1-

Reservations to Defendants' Requests for Admissions and to Various Defendants' Discovery Requests to Plaintiff, which were filed by the Plaintiff's Steering Committee on June 11, 2011, June 13, 2011, and June 16, 2011.

Respectfully submitted,

STEVEN L. NICHOLAS
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama 36604
251-471-6191
251-479-1031 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this __20__ day of June, 2011, electronically filed the foregoing with the Clerk of this Court using the CM/ECF system which will send notification of such filing to each and every lawyer who has at the time of this filing appeared in this proceeding and electronically uploaded the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12.

STEVEN L. NICHOLAS