UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico on April 20, 2010** | * | |
| | * | **SECTION: J** |
| **This Document Relates to:** | * | |
| | * | |
| **Civil Action Nos.** | * | |
| **2:10-cv-2771 and 10-cv-2179** | * | **JUDGE BARBIER** |
| | * | |
| | * | |
| | * | **MAGISTRATE SHUSHAN** |
| | * | |
| | * | |
| * * * * * * * * * * * * | | |

## ORDER

Considering the Motion of Defendant MOEX Offshore 2007 LLC to dismiss all claims against it in the Counter-Claim/Cross-Claim of Weatherford U.S., L.P. and Weatherford International, Inc. for failure to state a claim upon which relief can be granted:

**IT IS HEREBY ORDERED** that all claims against Defendant MOEX Offshore 2007 LLC in the Counter-Claim/Cross-Claim of Weatherford U.S., L.P. and Weatherford International, Inc. are dismissed.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE