# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico on April 20, 2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| No. 10-4536 | * | MAGISTRATE NO. 1 |
| | * | MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

### MEMORANDUM OF LAW IN SUPPORT OF MOTION OF DEFENDANTS ANADARKO PETROLEUM CORPORATION AND ANADARKO E&P COMPANY LP TO DISMISS TRANSOCEAN'S RULE 13 CROSS-CLAIMS/COUNTER-CLAIMS PURSUANT TO FED. R. CIV. P. 12(b)(6)

**MAY IT PLEASE THE COURT:**

Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP ("Anadarko"), pursuant to Federal Rule of Civil Procedure 12(b)(6), have moved this Honorable Court to dismiss Transocean's Rule 13 Cross-Claims/Counter-Claims [Rec. Doc. 2574] for failure to state a claim upon which relief can be granted.

As noted in the Motion, Transocean's Cross-Claims against Anadarko in the United States' case, Docket No. 10-4536 [Rec. Doc. 2574], are substantially identical to Transocean's Cross-Claims against Anadarko in the Limitation Action, Docket No. 10-2771. In the interest of preserving judicial and litigant resources and not burdening the Court with duplicative filings, Anadarko expressly incorporates and adopts as if set forth in full herein pursuant to Federal Rule of Civil Procedure 10(c) all arguments in the Motion of Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP to Dismiss Transocean's Rule 13 Cross-Claims/Counterclaims filed in the Limitation Action [Rec. Doc. 2749] and the memorandum in

support thereof [Rec. Doc. 2479-1].  The incorporated documents are attached hereto as exhibits for the Court's convenience.

**WHEREFORE**, Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP pray that this Court dismiss all claims asserted against them in Transocean's Rule 13 Cross-Claims/Counter-Claims in the United States' case, Docket No. 10-4536, [Rec. Doc. 2574] for failure to state a claim upon which relief can be granted.

Respectfully submitted,

DATED: June 20, 2011                BINGHAM McCUTCHEN, LLP

/s/*Ky E. Kirby*
Ky E. Kirby
ky.kirby@bingham.com
David B. Salmons
david.salmons@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on June 20, 2011.



           /s/ *Ky E. Kirby*
           Ky E. Kirby