UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179 SECTION "J" JUDGE BARBIER |
| This Document Relates to: No. 10-2771 | * * * * | MAGISTRATE NO. 1 MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

**MOTION OF ANADARKO PETROLEUM CORPORATION AND ANADARKO E&P COMPANY LP TO DISMISS THE CROSS-CLAIMS OF HALLIBURTON ENERGY SERVICES, INC., CAMERON INTERNATIONAL CORPORATION, DRIL-QUIP, INC., M-I, LLC, AND WEATHERFORD U.S., L.P.)**

**NOW INTO COURT**, come Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP, pursuant to Federal Rule of Civil Procedure 12(b)(6), and move this Honorable Court to dismiss the cross-claims of Halliburton Energy Services, Inc., Cameron International Corporations, Dril-Quip, Inc., M-I, LLC, and Weatherford U.S., L.P., for failure to state a claim upon which relief can be granted, for reasons more fully explained in the accompanying memorandum in support.

**WHEREFORE**, Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP pray that this Court dismiss all cross-claims asserted against them by Halliburton Energy Services, Inc., Cameron International Corporations, Dril-Quip, Inc., M-I, LLC, and Weatherford U.S., L.P. for failure to state a claim upon which relief can be granted.

Respectfully submitted,

DATED: June 20, 2011        BINGHAM McCUTCHEN, LLP

/s/*Ky E. Kirby*
Ky E. Kirby
ky.kirby@bingham.com

David B. Salmons  
david.salmons@bingham.com  
Michael B. Wigmore  
michael.wigmore@bingham.com  
Warren Anthony Fitch  
tony.fitch@bingham.com  
Randall M. Levine  
randall.levine@bingham.com  
2020 K Street, NW  
Washington, DC 20006-1806  
Telephone (202) 373-6000  
Facsimile (202) 373-6001  

James J. Dragna  
jim.dragna@bingham.com  
Bingham McCutchen LLP  
355 South Grand Avenue  
Suite 4400  
Los Angeles, California 90071-3106  
Telephone (213) 680-6436  
Facsimile (213) 680-8636  

KUCHLER POLK SCHELL  
WEINER & RICHESON, LLC  

Deborah D. Kuchler, T.A. (La. Bar No. 17013)  
dkuchler@kuchlerpolk.com  
Janika Polk (La. Bar No. 27608)  
jpolk@kuchlerpolk.com  
Robert Guidry (La. Bar No. 28064)  
rguidry@kuchlerpolk.com  
1615 Poydras Street, Suite 1300  
New Orleans, LA 70112  
Tel: (504) 592-0691  
Fax: (504) 592-0696

3

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on June 20, 2011.

                                                                                 /s/ *Ky E. Kirby*
                                                                                   Ky E. Kirby