EXHIBIT "K"

**HEALTH, SAFETY AND ENVIRONMENT ("HSE")**

Attached to and made a part of that certain Operating Agreement dated October 1, 2009 by and between BP Exploration & Production Inc., as Operator, and MOEX Offshore 2007 LLC, as Non-Operator

**Health, Safety and Environmental Management Systems**

1. <u>Plan Requirements for Operator:</u> Operator shall have an effective Health, Safety & Environmental Management Plan or Plans, in accordance with API RP75, or an equivalent standard, including Operator's internal policies, for all operations conducted under the Operating Agreement to which this Exhibit is attached.

2. <u>Overview of Plan for Non-Operators:</u> Upon the written request of any Non-Operator, the Operator will present to the Non-Operators, at a meeting called in accordance with the Operating Agreement, a sufficient overview of its Health, Safety and Environmental Management systems to evidence compliance with Paragraph 1 herein.

3. <u>Operator's HSE Performance as an Agenda Item:</u> Upon written request, Operator's HSE performance shall be an agenda item for all meetings of the Parties where past HSE statistical performance as well as ongoing and future HSE improvement initiatives are presented and discussed.

**Health, Safety and Environmental Reporting**

4. <u>Operator's Obligation to Notify Non-Operators:</u> The Operator shall notify the Non-Operators in a timely manner after any of the following incidents occur:
   (a) well blow-out,
   (b) a fatality associated with operators operations
   (c) multiple serious injuries
   (d) significant adverse reaction from authorities, media, NGO's or the general public
   (e) cost of accidental damage exceeding US $500,000
   (f) oil spill of more than five (5) barrels
   (g) release of more than ten tones of a classified chemical such notification will be followed by a written report.

5. <u>HSE Audits</u>: Upon request of the Non-Operators, the Operator shall provide the copies of any HSE audits conducted of the drilling operations on the subject well.

6. <u>Maintenance and Non-Operator's Review of HSE Statistics:</u> HSE statistics for activities and operations conducted under the Operating Agreement will be maintained and be reported to Non-Operators on a monthly bais in a format to be mutually agreed to by the Parties. HSE statistics are defined as: Recordable Injuries, Lost Time Injuries, Lost Time Injury Frequency, Reportable Spills, Fines or Incidents of Non-compliance [all as defined by the Occupational Safety and

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001836

Health Administration (OSHA), Minerals Management Service (MMS), or United States Coast Guard (USGC), whichever is applicable]. In addition to opportunities to review data through audits, Operator will, upon request, furnish HSE performance information upon the completion of the well and be amenable to a timely meeting with Non-Operators specifically to review and discuss HSE performance applicable to this Operating Agreement.

### Health, Safety and Environmental Inspections

Non-Operator's Right of Access: For purposes of conducting health, safety and environmental inspection, the Non-Operators shall have the right of access to activities and operations and shall have access to Operator's HSE files as provided for in this Operating Agreement. The notable exceptions are a) may implicate privacy issues, b) is covered by an enforceable legal privilege, or c) can otherwise be protected under laws and legal principles involving confidentiality or secrecy. Operator will cooperate fully in these health, safety and environmental inspections.

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001837