UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179 <br> SECTION "J" <br> JUDGE BARBIER |
| This Document Relates to: No. 10-2771 | * * * * | MAGISTRATE NO. 1 <br> MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF SUBMISSION**

TO:    Counsel

**PLEASE TAKE NOTICE** that subject to Pre-trial Order No. 15 in which the Court directed that the Court will set the date of all hearings on Motions in this case, the Motion of Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP to Dismiss the Cross-Claims of Halliburton Energy Services, Inc., Cameron International Corporation, Dril-Quip, Inc., M-I, LLC, and Weatherford U.S., L.P., pursuant to Fed. R. Civ. P. 12(b)(6) is tentatively noticed for submission on August 19, 2011, at 9:30 a.m.

Respectfully submitted,

DATED: June 20, 2011            BINGHAM McCUTCHEN, LLP


/s/*Ky E. Kirby*
Ky E. Kirby
ky.kirby@bingham.com
David B. Salmons
david.salmons@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com

Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on June 20, 2011.



                                                      /s/ *Ky E. Kirby*
                                                      KY E. KIRBY