UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN Re: OIL SPILL BY THE OIL RIG | * | |
| "DEEPWATER HORIZON" IN THE | * | MDL NO.: 2179 |
| GULF OF MEXICO, ON | * | |
| APRIL 20, 2010 | * | SECTION "J" / DIVISION "1" |
| | * | |
| | * | JUDGE: CARL J. BARBIER |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| ALL CASES | * | MAGISTRATE JUDGE: |
| | * | SALLY SHUSHAN |

*******************************************

### OBJECTIONS AND RESPONSES TO REQUESTS FOR ADMISSIONS AND OBJECTIONS AND RESPONSES TO VARIOUS DEFENDANTS' (CORRECTED) FIRST JOINT DISCOVERY REQUESTS TO PLAINTIFFS OF THE TERREBONNE PARISH DISTRICT ATTORNEY O/B/O STATE OF LOUISIANA

**NOW INTO COURT**, through undersigned Counsel, comes the Terrebonne Parish District Attorney o/b/o State of Louisiana, for purpose of objecting to and responding to Requests for Admissions and objecting to and responding to Various Defendants' (Corrected) First Joint Discovery Requests to Plaintiffs.

Pursuant the Order of Magistrate Judge Sally Shushan filed May 17, 2011 (Doc. No. 2396), Paragraph 6.d., Plaintiff hereby adopts and incorporates the Objections, Responses, Limitations and Reservations to Defendants' Requests for Admissions and to Various Defendants' (Corrected) First Joint Discovery Requests to Plaintiff, which were filed by the Plaintiff's Steering Committee on June 11, 2011 and June 13, 2011.

    Respectfully submitted:

    **DUVAL, FUNDERBURK, SUNDBERY,**
        **LOVELL & WATKINS, APLC**

    BY: /s/Stanwood R. Duval_____
        **C. BERWICK DUVAL, II (5109)**
        **STANWOOD R. DUVAL (27732)**
        101 Wilson Avenue
        Post Office Box 3017
        Houma, Louisiana 70361
        Phone: (985) 876-6410

and

    **CHARLES C. BOURQUE**
    **ST. MARTIN & BOURQUE**
    **ATTORNEYS AT LAW**
    Crescent Farm
    4084 Highway 311
    Post Office Box 2017
    Houma, Louisiana 70360
    **Attorneys for Terrebonne Parish District**
    **Attorney o/b/o State of Louisiana**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above the above and foregoing pleading  has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 20th day of June, 2011.

                                                        _____/s/Stanwood R. Duval_____
                                                          STANWOOD R. DUVAL