UNITED STATES DISTRICT OF COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 § § § § § | | MDL No. 2179 SECTION: J JUDGE BARBIER |
| Applies to: All Cases No. 10-2771 2:10-cv-04536-CJB-SS § § § § | | MAG. JUDGE SHUSHAN |

HALLIBURTON ENERGY SERVICES, INC.'S
MOTION TO DISMISS BP'S FRAUD AND FRAUDULENT CONCEALMENT CLAIMS
IN BP'S CROSS-COMPLAINT AND THIRD-PARTY COMPLAINT

Defendant Halliburton Energy Services, Inc. ("HESI") respectfully files this Motion to Dismiss BP's Fraud and Fraudulent Concealment Claims in BP's Cross-Complaint and Third-Party Complaint against HESI, and requests that the Court dismiss, pursuant to Rules 12(b)(3), 12(b)(6), and 13(a) of the Federal Rules of Civil Procedure, the fraud and fraudulent concealment claims against it filed by BP Exploration & Production Inc. and BP America Production Company (collectively "BP"), (Doc. Nos. 2082, 2083). In support of this Motion, HESI submits the accompanying Memorandum in Support, and states as follows:

1. BP's cross-claims and third-party claims against HESI for fraud and fraudulent concealment are compulsory counterclaims under Rule 13(a) of the Federal Rules of Civil Procedure with respect to HESI's lawsuit against BP filed in 157th Judicial District Court, Harris County, Texas, for breach of the Contract for Gulf of Mexico Strategic Performance Unit Offshore Well Services and a declaratory judgment as to BP's duty to defend and indemnify HESI. *See* HESI's Memorandum at Section VI.A.

2. BP's cross-claims and third-party claims against HESI for fraud and fraudulent concealment are subject to a mandatory and exclusive forum selection and venue clause

1

contained in Section 27.5 of the Contract for Gulf of Mexico Strategic Performance Unit Offshore Well Services between BP and HESI, wherein "the PARTIES agree to submit *any dispute arising hereunder to the jurisdiction of the courts of the State of Texas* and further agree that *venue* for the resolution of any such dispute *shall* be found in *Harris County*, Texas." *See* HESI's Memorandum at Section VI.B.

WHEREFORE, for the reasons set forth above and more fully set forth in the accompanying Memorandum in Support, HESI respectfully requests that the Court grant its Motion to Dismiss BP's Fraud and Fraudulent Concealment Claims in BP's Cross-Complaint and Third-Party Complaint against HESI, and requests that the Court dismiss, pursuant to Rules 12(b)(3), 12(b)(6), and 13(a) of the Federal Rules of Civil Procedure, the fraud and fraudulent concealment claims against it filed by BP Exploration & Production Inc. and BP America Production Company (collectively "BP"), (Doc. Nos. 2082, 2083).  HESI also respectfully requests all such further and other relief to which it may be justly entitled at law and in equity.

Dated:  June 20, 2011

Respectfully Submitted,

**GODWIN RONQUILLO PC**

**By:**  /s/  *Donald E. Godwin, T.A.*
Donald E. Godwin, T.A.
DGodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
BBowman@GodwinRonquillo.com
Jenny L. Martinez
JMartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
FHartley@GodwinRonquillo.com
Gavin Hill
GHill@GodwinRonquillo.com
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
Telephone: 214.939.4400
Facsimile: 214.760.7332
and
R. Alan York
AYork@GodwinRonquillo.com
Jerry C. von Sternberg
JVonSternberg@GodwinRonquillo.com
Misty Hataway-Coné
MCone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  713.595.8300
Facsimile:  713.425.7594


**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Halliburton Energy Services, Inc.'s Motion to Dismiss BP'S Fraud and Fraudulent Concealment Claims in BP's Cross-Complaint and Third-Party Complaint has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 20th day of June, 2011.

                                           /s/ Donald E. Godwin
                                           Donald E. Godwin

1680626 v1-24010/0002 PLEADINGS