EXHIBIT A

Due to the sensitivity of the data contained in this Document, access and use is restricted to BP authorized personnel only. All data shall be treated as **Confidential**. Any unauthorized access or use of the data extracted from the system may result in Company disciplinary action or legal proceeding.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022159



# CONTRACT FOR
# GULF OF MEXICO
# STRATEGIC PERFORMANCE UNIT
# OFFSHORE WELL SERVICES

BETWEEN

# BP EXPLORATION AND PRODUCTION, INC.

AND

# HALLIBURTON ENERGY SERVICES, INC.

**BPM-09-00255**

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022160

Section 2 – General Conditions of Contract

However, COMPANY shall, when specifically requested, use its reasonable endeavors to identify any infringement in the CONTRACTOR furnished information, and should COMPANY become aware of such infringement or possible infringement, then the COMPANY shall inform CONTRACTOR immediately.

18. **LAWS AND REGULATIONS**

18.1   CONTRACTOR shall conduct its operations in accordance with all applicable laws, rules, regulations and decrees of any governmental or regulatory body having jurisdiction over the WORK and/or the WORKSITE; provided that nothing in the CONTRACT is intended or should be construed to require CONTRACTOR to act or fail to act if such action or failure to act would be inconsistent with or penalized by (1) the laws and regulations of CONTRACTOR's or COMPANY's country of incorporation and /or (2) the laws and regulations of the country of incorporation of any direct, indirect or ultimate parent company of CONTRACTOR or COMPANY.

18.2   CONTRACTOR shall obtain all licenses, permits, temporary permits and authorizations required by the applicable laws, rules and regulations for the performance of the WORK, save to the extent that the same can only be legally obtained by COMPANY.

18.3   Notwithstanding Clause 15.6, should changes in any applicable laws, rules and regulations made after the EFFECTIVE DATE, result in increases or decreases in the cost to CONTRACTOR of performing the WORK, then except where there is provision contained within Section 4 – Remuneration, the PARTIES shall mutually agree to the appropriate changes necessary to the CONTRACT PRICE.

18.4   CONTRACTOR shall endeavor to ensure that neither it nor any other entity or person in CONTRACTOR GROUP has: a) given any commissions, payments, gifts of substantial value, kickbacks, lavish or extensive entertainment, or other things of value to any officer, director, employee, agent, or representative of COMPANY, or any family member thereof, or received same from any vendor, supplier, or contractor in connection with this CONTRACT or b) paid any fee, commission, rebate, or anything of value to or for the benefit of any official or functionary of the government having jurisdiction over the WORKSITE and acknowledges that the giving or receiving of any such payments, gifts, kickbacks, extensive entertainment or anything of value is strictly in violation of COMPANY's corporate policy and may result in the cancellation of this CONTRACT and other contracts. CONTRACTOR shall notify COMPANY's security department of any such solicitation at the following corporate number in the USA 1-800-225-6141 or in the UK 0 (20) 7 496 4496.

CONTRACTOR's compliance with the provisions of this Clause 18.4 is subject to audit by COMPANY.

19. **INDEMNITIES**

19.1   **Personal Injury or Property Damage suffered by CONTRACTOR GROUP**

**CONTRACTOR shall be responsible for and shall save, indemnify, release, defend and hold harmless COMPANY GROUP and SERVICE COMPANY GROUP from and against all claims, losses, damages, costs (including legal costs) expenses and liabilities in respect of:**

(a)   except as otherwise provided herein, loss of or damage to property or equipment of CONTRACTOR GROUP not including any equipment provided by any member of SERVICE COMPANY GROUP whether owned, hired, leased or otherwise

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022184

Section 2 – General Conditions of Contract

provided by CONTRACTOR GROUP arising from or relating to the performance of the CONTRACT located at the WORKSITE including ingress, egress, loading, and unloading of personnel or cargo;

(b) personal injury including death or disease to any person employed by CONTRACTOR GROUP arising from or relating to the performance of the CONTRACT including ingress, egress, loading, and unloading of personnel or cargo.

19.2 Personal Injury or Property Damage suffered by COMPANY GROUP

COMPANY shall be responsible for and shall save, indemnify, release, defend and hold harmless CONTRACTOR GROUP from and against any claims, losses, damages, costs (including legal costs) expenses, and liabilities in respect of:

(a) loss of or damage to property or equipment of COMPANY GROUP whether owned, hired, leased or otherwise provided by COMPANY GROUP, not including any equipment provided by any member of SERVICE COMPANY GROUP arising from or related to the performance of CONTRACT located at the WORKSITE including ingress, egress, loading, and unloading of personnel or cargo;

(b) personal injury including death or disease to any person employed by COMPANY GROUP arising from or relating to the performance of the CONTRACT including ingress, egress, loading, and unloading of personnel or cargo.

19.3 Loss, Damage, Injury or Death suffered by Third Parties

(a) Subject to Clause 19.4(a), CONTRACTOR shall be responsible for and shall release, save, indemnify, defend and hold harmless COMPANY GROUP and SERVICE COMPANY GROUP from and against all claims, losses, damages, costs (including legal costs) expenses and liabilities in respect of personal injury including death or disease or loss of or damage to the property or equipment of any Third Party to the extent that any such injury, loss or damage is caused by the negligence or breach of duty (whether statutory or otherwise) of CONTRACTOR GROUP. For the purpose of this Clause, "Third Party" shall mean any party which is not a member of COMPANY GROUP or CONTRACTOR GROUP.

(b) Subject to Clause 19.4(b), COMPANY shall be responsible for and shall release, save, indemnify, defend and hold harmless CONTRACTOR GROUP from and against any claims, losses, damages, costs (including legal costs) expenses and liabilities in respect of personal injury including death or disease or loss of or damage to the property or equipment of any Third Party to the extent that any such injury, loss or damage is caused by the negligence or breach of duty (whether statutory or otherwise) of COMPANY GROUP. For the purposes of this Clause, "Third Party" shall mean any party which is not a member of CONTRACTOR GROUP or COMPANY GROUP.

19.4 Pollution

(a) Notwithstanding the provisions of Clause 19.3(a) and except as provided by Clause 19.1(a), Clause 19.1(b) and Clause 19.4(b) COMPANY shall save, indemnify, release, defend and hold harmless CONTRACTOR GROUP from and against any claim of whatsoever nature arising from pollution and/or contamination including without limitation such pollution or contamination from

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022185

Section 2 – General Conditions of Contract

the reservoir or from the property or equipment of COMPANY GROUP arising from or related to the performance of the CONTRACT.

(b) Notwithstanding the provisions of Clause 19.3(b) and except as provided by Clause 19.2(a) and Clause 19.2(b) CONTRACTOR shall save, indemnify, release, defend and hold harmless COMPANY GROUP and SERVICE COMPANY GROUP from and against any claim of whatsoever nature arising from pollution occurring on the premises of CONTRACTOR GROUP or originating from the property or equipment of CONTRACTOR GROUP located above the surface of the land or water arising from or relating to the performance of the CONTRACT.

19.5 CONTRACTOR's Tools and Equipment

Without limiting CONTRACTOR GROUP's obligation to furnish equipment which is in good working order and notwithstanding the provisions of Clause 19.1(a), COMPANY shall be responsible for and shall reimburse CONTRACTOR GROUP in respect of loss of or damage to property, materials or equipment (tools) or component part thereof, of CONTRACTOR GROUP's tools and equipment which occurs whilst in-hole below the rotary table other than normal wear and tear. COMPANY's liability for such loss or damage shall, subject to the provisions contained in Section 4 – Remuneration and its appendices, be either the actual repair or replacement cost, whichever is the lesser, as substantiated by CONTRACTOR to COMPANY REPRESENTATIVE.

Notwithstanding the reasons for any loss or damage to CONTRACTOR's equipment, nothing herein contained shall absolve CONTRACTOR from its obligation to provide such equipment as and when reasonably required by COMPANY

19.6 Other COMPANY Responsibilities

Subject to Clauses 19.1 and 19.4(b), but notwithstanding anything contained elsewhere in the CONTRACT to the contrary, COMPANY shall save, indemnify, release, defend and hold harmless CONTRACTOR GROUP against all claims, losses, damages, costs (including legal costs) expenses and liabilities resulting from:

(a) loss or damage to any well or hole (including the cost to re-drill);

(b) blowout, fire, explosion, cratering, or any uncontrolled well condition (including the costs to control a wild well and the removal of debris);

(c) damage to any reservoir, aquifer, geological formation or underground strata or the loss of oil or gas therefrom;

(d) the use of radioactive sources in relation to the WORK or any contamination resulting therefrom (including retrieval and/or containment, clean up and /or containment of contamination from naturally occurring radioactive materials).

19.7 Indemnities in their Entirety

All exclusions, releases of liabilities and indemnities given under this Clause (save for those under Clauses 19.3(a) and 19.3(b)) and Clause 21 shall apply irrespective of cause and notwithstanding the negligence or breach of duty (whether statutory or otherwise) of the indemnified PARTY or any other entity or party and shall apply whether or not the claim, liability, damage, or expense in question is:

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022186

Section 2 – General Conditions of Contract

    (a)    predicated on sole, joint or concurrent fault, negligence (whether active, passive or gross), strict liability, statutory duty, contractual indemnity or otherwise at law, or

    (b)    sought directly or indirectly by way of recovery, indemnification, or contribution by any person or entity against COMPANY GROUP, SERVICE COMPANY GROUP, or CONTRACTOR GROUP as the case may be.

**19.8 Claims**

If either PARTY becomes aware of any incident likely to give rise to a claim under the above indemnities, they shall notify the other and both PARTIES shall co-operate fully in investigating the incident.

**19.9**    It is the intent of the PARTIES hereto that the releases of liability and indemnities furnished by CONTRACTOR in this Clause and in Clause 21 and the releases of liability and indemnities given by SERVICE COMPANY in COMPANY contracts shall apply:

    (a)    save as provided below for the benefit of the SERVICE COMPANY GROUP in the case of the releases of liability and indemnities furnished by CONTRACTOR; and,

    (b)    for the benefit of CONTRACTOR GROUP in the case of the releases of liability and indemnities given by the SERVICE COMPANY in COMPANY contracts.

The releases of liability, indemnities, defense, save and hold harmless provisions given by CONTRACTOR in Clauses 19 and 21 herein in favor of SERVICE COMPANY GROUP shall be provided by CONTRACTOR on the express understanding that they shall apply in favor only of such SERVICE COMPANY(IES) who have provided substantially similar reciprocal releases of liability, indemnities, defense, save and hold harmless provisions in favor of CONTRACTOR GROUP in their respective contracts with COMPANY. The releases of liability, indemnities, defense, save and hold harmless provisions provided by CONTRACTOR in Clauses 19 and 21 herein in favor of SERVICE COMPANY GROUP shall become effective from such time and for such duration as such SERVICE COMPANY(IES) become bound by substantially similar reciprocal releases of liability, indemnities, defense, save and hold harmless provisions in favor of CONTRACTOR GROUP in their respective contracts with COMPANY.

In fulfillment of this objective, COMPANY shall use its reasonable endeavors to ensure that in its respective contracts with SERVICE COMPANY(IES), the releases of liability, indemnities, defense, save and hold harmless provisions contained in such contracts in favor of CONTRACTOR GROUP shall be substantially similar to the releases of liability, indemnities, defense, save and hold harmless provisions given by CONTRACTOR in Clauses 19 and 21 herein in favor of SERVICE COMPANY GROUP.

In the event that COMPANY is unable to fully fulfill the foregoing objective, COMPANY shall, without delay, notify CONTRACTOR in writing with details of the additional risk being assumed by CONTRACTOR, as soon as is reasonably practicable thereafter and the PARTIES further undertake to meet to discuss ways of minimizing the impact of such a notification within the overall requirements of the CONTRACT. Failure by COMPANY to issue such written notification as required herein will constitute a material breach of the terms of the CONTRACT.

In the event that COMPANY advises CONTRACTOR that one of more SERVICE COMPANY(IES) have declined to provide substantially similar releases of liability, indemnities, defense, save and hold harmless provisions in favor of CONTRACTOR

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022187

Section 2 – General Conditions of Contract

GROUP in their respective contracts with COMPANY, the PARTIES shall meet to discuss and agree ways of minimizing the impact of such additional risks as may be identified by either PARTY which may include: alternative working practices or arrangements to minimize the impact of such risks; a separate mutual hold harmless agreement applicable at the WORKSITE or additional compensation to enable CONTRACTOR to insure against such additional risks.

Notwithstanding the foregoing, the failure of one of more SERVICE COMPANY(IES) to provide substantially similar releases of liability, indemnities, defense, save and hold harmless provisions in favor of CONTRACTOR GROUP in its respective contracts with COMPANY as envisaged herein shall cause such SERVICE COMPANY(IES) to be considered a Third Party for the purpose of Clause 19.3 herein.

19.10   CONTRACTOR and COMPANY expressly acknowledge that the indemnities and releases of liability contained in this CONTRACT require assumption of liability for the negligence of the other party. In the event this CONTRACT is subject to the indemnity limitations in Chapter 127 of the Texas Civil Practices and Remedies Code (or any successor statute), and so long as such limitations are in force, each party covenants and agrees to support the mutual indemnity and release obligations contained in Clauses 19.1 and 19.2 above, by carrying equal amounts of insurance (or qualified self-insurance) of the types and in the amounts not less than those specified in Appendix 1 for the benefit of the other party as indemnitee.

20.   INSURANCE BY CONTRACTOR

20.1   CONTRACTOR shall arrange as a minimum the insurances set out in the CONTRACT and ensure that they are in full force and effect throughout the life of the CONTRACT.

All such insurances shall be placed with reputable and substantial insurers, reasonably satisfactory to COMPANY.

All insurances (including insurances provided by SUBCONTRACTORs), other than Employers Liability Insurance / Workmen's Compensation only, shall to the extent of the liabilities assumed and indemnities offered by CONTRACTOR under the CONTRACT, include COMPANY, CO-VENTURERS and its and their respective AFFILIATES as additional assureds.

All insurances shall, to the extent of the liabilities assumed and indemnities offered by CONTRACTOR under the CONTRACT, be endorsed to provide that underwriters waive any rights of recourse, including in particular subrogation rights against COMPANY, CO-VENTURERS, SERVICE COMPANY(IES), and its and their respective AFFILIATES in relation to the CONTRACT.

Such insurances shall also where possible, provide that COMPANY shall be given not less than thirty (30) days notice of cancellation of or material change to cover. The provisions of this Clause 20 shall in no way limit the liability of CONTRACTOR under the CONTRACT.

COMPANY's insurances in respect of the operations under the CONTRACT shall, to the extent of the liabilities assumed and indemnities offered by COMPANY under the CONTRACT, contain waivers of subrogation in favor of CONTRACTOR GROUP.

Notwithstanding the above paragraph, the provision that CONTRACTOR's underwriters waive any right of recourse against SERVICE COMPANY(IES) and their AFFILIATES,

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022188