UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179<br><br>SECTION: J |
| This Document Relates To:<br>No. 10-2771 (Limitation Action)<br>…………………………………………………... | : : | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### BP'S MOTION TO DISMISS ANADARKO'S CROSSCLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION AND IMPROPER VENUE

**PLEASE TAKE NOTICE** that the undersigned parties will and hereby do move this Court to dismiss the crossclaims filed by Anadarko against BP pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(3), and 12(b)(6).

This motion is based upon this Motion, the Notice of Motion, the supporting Memorandum of Points and Authorities, the Declaration of Martin R. Boles, the parties' Joint Operating Agreement,[1] the Proposed Order, all pleadings and papers filed in this action, and such other arguments and evidence as may properly come before the Court.

Dated: June 20, 2011          Respectfully submitted,

By:      /s/ Martin R. Boles
Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
312-862-2000 (Tel)
312-862-2200 (Fax)

---

[1] Section 2.9 of the JOA contains a provision making the terms of the JOA confidential; however, Anadarko publicly filed the JOA with its Q2 2010 SEC Form 10-Q (filed August 2010), and the document remains in the public domain. Moreover, APC has filed publicly filed pleadings containing sections of the JOA. Therefore, the JOA terms are no longer confidential and there is no need to file this motion under seal.

and

Martin R. Boles
(martin.boles@kirkland.com)
Kirkland & Ellis LLP
333 South Hope Street, Suite 2900
Los Angeles, CA 90071
213-680-8400 (Tel)
213-680-8500 (Fax)

and

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
202-662-5985

*Attorneys for BP America Production Company, BP Exploration & Production Inc., and BP p.l.c.*

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 20th day of June 2011.

                /s/ Martin R. Boles