UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179 SECTION: J |
| This Document Relates To: No. 10-2771 (Limitation Action) | : : | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

## DECLARATION OF MARTIN R. BOLES IN SUPPORT OF BP'S MOTION TO DISMISS ANADARKO'S CROSSCLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION AND IMPROPER VENUE

I, Martin R. Boles, declare as follows:

1. I am over twenty-one years of age and make this Declaration based on my own personal knowledge.

2. I am a partner of the law firm of Kirkland & Ellis LLP, and am one of the attorneys representing BP in the above-captioned action.

3. I am submitting this Declaration in support of BP's Motion to Dismiss Anadarko's Crossclaims for Lack of Subject Matter Jurisdiction and Improper Venue.

4. Attached hereto as Exhibit A is a true and correct copy of the Macondo Prospect Offshore Deepwater Operating Agreement, produced by BP in the above-captioned case with bates numbers BP-HZN-2179MDL00054328 through BP-HZN-2179MDL00054572.

5. Attached hereto as Exhibit B is a true and correct copy of the Ratification and Joinder of Operating Agreement -- Macondo Prospect, signed on behalf of BP Exploration & Production Inc., Anadarko E&P Company LP, Anadarko Petroleum Corporation, and MOEX

-2-

Offshore 2007 LLC, and produced by Anadarko in the above-captioned case with bates numbers ANA-MDL-000030610 through ANA-MDL-000030612.

6. Attached hereto as Exhibit C is a true and correct copy of the BP Parties' First Requests for Production to the Anadarko Defendants, served by BP in the above-captioned case on our about April 29, 2011.

7. Attached hereto as Exhibit D is a true and correct copy of excerpts from the deposition transcript of Robert Quitzau taken on May 26, 2011.

I make this Declaration under penalty of perjury pursuant to 28 U.S.C. § 1746, and I state that the facts set forth herein are true.

Dated: June 20, 2011                    _____