# EXHIBIT D

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                Reported By:
ROBERT QUITZAU VOL. II          May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

**360**

1      UNITED STATES DISTRICT COURT
2      EASTERN DISTRICT OF LOUISIANA
3
4   IN RE:  OIL SPILL BY  MDL NO. 2179
    THE OIL RIG
5   "DEEPWATER HORIZON"   SECTION: J
    IN THE GULF OF
6   MEXICO, ON APRIL 20,  JUDGE BARBIER
    2010          MAG. JUDGE SHUSHAN
7
8
14
15
16          VOLUME 2
17
18      Deposition of ROBERT QUITZAU, 1910
19   Driscoll Street, Houston, Texas 77019, taken
20   in the Pontchartrain Room, 601 Poydras
21   Street, New Orleans, Louisiana 70130, on
22   Thursday, May 26, 2011.
23
24
25

**362**

1   APPEARANCES (Continued):
2
3   PREIS & ROY
    (BY:  CARL J. HEBERT, ESQUIRE)
4   PAN AMERICAN LIFE CENTER
    601 POYDRAS STREET, SUITE 1700
5   NEW ORLEANS, LOUISIANA 70130
6      ATTORNEYS FOR TRANSOCEAN
7
    GODWIN RONQUILLO
8   (BY:  FLOYD R. HARTLEY, JR., ESQUIRE)
    1201 ELM STREET
9   SUITE 1700
    DALLAS, TEXAS 75270-2041
10
11      ATTORNEYS FOR HALLIBURTON
12   BINGHAM McCUTCHEN
    (BY:  NANCY M. WILMS, ESQUIRE)
13      JESUS R. CHAVEZ, ESQUIRE)
    355 SOUTH GRAND AVENUE, SUITE 4400
14   LOS ANGELES, CALIFORNIA 90071-2106
15      ATTORNEYS FOR ANADARKO PETROLEUM
    AND MOEX OFFSHORE 2007, LLC
16
17
18   JONES, WALKER, WAECHTER, POITEVENT,
    CARRERE & DENEGRE, LLP
19   (BY:  THOMAS M. NOSEWICZ, ESQUIRE)
    201 ST. CHARLES AVENUE
19   NEW ORLEANS, LOUISIANA 70170-5100
20
    ATTORNEYS FOR WEATHERFORD
21
22
    BECK, REDDEN & SECREST, LLP
23   (BY:  ERIC J.R. NICHOLS, ESQUIRE)
    515 CONGRESS AVENUE, SUITE 1750
24   AUSTIN, TEXAS 78701
25      ATTORNEYS FOR CAMERON INTERNATIONAL

**361**

1   APPEARANCES:
2
3   ON BEHALF OF THE PLAINTIFFS
    STEERING COMMITTEE:
4
5   LIEFF, CABRASER, HEIMANN & BERNSTEIN
    (BY:  STEVEN E. FINEMAN, ESQUIRE)
       ANNIKA K. MARTIN, ESQUIRE)
6   250 HUDSON STREET, 8TH FLOOR
    NEW YORK, NEW YORK 10013-1413
7
8
9   U.S. DEPARTMENT OF JUSTICE
    ENVIRONMENT & NATURAL RESOURCES DIVISION
    (BY:  NANCY FLICKINGER, ESQUIRE)
10   SENIOR ATTORNEY
    ENVIRONMENT ENFORCEMENT SECTION
11   BEN FRANKLIN STATION
    P.O. BOX 7611
12   WASHINGTON, D.C. 20044
       ATTORNEYS FOR THE UNITED STATES
13
14
15   KIRKLAND & ELLIS, LLP
    (BY:  GEOFFREY A. DAVID, ESQUIRE)
16   601 LEXINGTON AVENUE
    NEW YORK, NEW YORK 10022
17      ATTORNEYS FOR BP
18
19   PREIS & ROY, PLC
    (BY:  RICHARD J. HYMEL, ESQUIRE)
       ROBERT L. BLANKENSHIP, ESQUIRE)
20   VERSAILLES CENTRE
    102 VERSAILLES BOULEVARD
21   SUITE 400
    LAFAYETTE, LOUISIANA 70501
22
       ATTORNEYS FOR TRANSOCEAN
23
24
25

**363**

1   APPEARANCES (Continued):
2
3   MORGAN, LEWIS
    (BY:  PAUL E. KRIEGER, ESQUIRE)
4   1000 LOUISIANA STREET, SUITE 400
    HOUSTON, TEXAS 77002-5006
5
6      ATTORNEYS FOR M-I, LLC
7   WARE, JACKSON, LEE & CHAMBERS, LLP
    (BY:  WENDY WARE BISHOP, ESQUIRE)
8   AMERICA TOWER
    2929 ALLEN PARKWAY
9   HOUSTON, TEXAS 77019
10      ATTORNEYS FOR DRIL-QUIP
11
12
13
14   ALSO PRESENT:
15
    KARL STIEGMAN, CLVS
16   DEPO-VUE, INC.
17
18
19   REPORTED BY:
20
    DIANE TEWIS CLARK, RPR, RMR, CRR
21   CERTIFIED COURT REPORTER
    LOUISIANA LICENSE NO. 73005
22   ARKANSAS LICENSE NO. 672
23
24
25

**1  (Pages 360 to 363)**

601 Poydras Street, Suite 1720      GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters   Facsimile: (504) 525-9109

Exhibit D
Page 1

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:
ROBERT QUITZAU VOL. II                    May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

---

**364**

* * *

EXAMINATION INDEX

Page
EXAMINATION BY MR. DAVID...............367
EXAMINATION BY MR. HEBERT...............443
EXAMINATION BY MR. HYMEL...............505
EXAMINATION BY MR. HARTLEY...............555
EXAMINATION BY MS. WILMS...............670

* * *

INDEX OF EXHIBITS

Page

Exhibit No. 2657......................468
  E-Mail - From: Watson, Pat Sent: Mon
5/24/2010 5:43:26 PM - Subject: RE:
Macondo, ANA-MDL-000276761 -
ANA-MDL-000276768

Exhibit No. 2658......................511
  E-Mail - From: Hafle, Mark E Sent:
Sun Mar 14 14:16:19 2010 - Subject:
RE: FIT or LOT for Bypass
BP-HZN-MBI00110676 BPD107-199077

Exhibit No. 2659......................514
  Drilling & Completions MOC Initiate
(date initiated 4/14/2010)
BP-HZN-MBI00143259 -
BP-HZN-MBI00143261

Exhibit No. 2660......................521
  Deepwater Horizon Accident
Investigation Report - dated September
8, 2010

---

**365**

Exhibit No. 2661......................521
  E-Mail - From: Quitzau, Robert Sent:
Thur 4/8/2010 6:17:34 PM - Subject:
FW: Macondo Update - Casing Plan
ANA-MDL-000007435 - ANA-MDL-000007436
ADR017-007435 - ADR017-007436

Exhibit No. 2662......................564
  E-Mail - From: Bodek, Robert Sent:
Thu Mar 11 14:45:18 2010 - Subject:
Add to Macondo WellSpace
BP-HZN-2179MDL00010456

Exhibit No. 2663......................584
  E-Mail - From: Quitzau, Robert Sent:
Fri 3/19/2010 2:12:46 PM - Subject:
RE: Macondo
ANA-MDL-000056879 - ANA-MDL-000056881
ANA-MDL-000055595
Exhibit No. 2664......................611
  E-Mail - From: Burton, Forrest Sent:
Mon 4/12/2010 11:55:19 AM - Subject:
FW: Macondo TD Reached
ANA-MDL-000050370 - ANA-MDL-000050371
Exhibit No. 2665......................624
  E-Mail - From: Estes, Vic Sent: Tue
6/1/2010 7:04:39 PM - Subject: RE:
ANA-MDL-000273401

Exhibit No. 2666......................627
  Handwritten Notes
ANA-MDL-000274636 - ANA-MDL-000275007

---

**366**

    S T I P U L A T I O N

        It is stipulated and agreed by and
between counsel for the parties hereto that
the deposition of the aforementioned witness
is hereby being taken pursuant to the Federal
Rules of Civil Procedure;

        All formalities, excluding the reading
and signing of the transcript by the witness,
are hereby waived;

        All objections, except those as to the
form of the question and the responsiveness
of the answer, are hereby reserved until such
time as this deposition, or any part thereof,
may be used or sought to be used in evidence.

                    * * *

        DIANE TEWIS CLARK, RPR, RMR, CRR,
Certified Court Reporter, State of Louisiana,
officiated in administering the oath to the
witness.

---

**367**

        THE VIDEOGRAPHER:
        This is the continuation
videotaped deposition of Robert Quitzau.
Today's date is May the 26th, 2011.  We're
now on the record.  It's 8:28.
EXAMINATION BY MR. DAVID:
    Q.    Good morning, Mr. Quitzau.  I'm
Geoffrey David.  I'm with the law firm of
Kirkland & Ellis.
        As you may know, we represent BP
in this matter, and I have about an hour and
15 minutes.  I don't know if I'll take the
entire time.  Hopefully, we can make it as
short as possible so you can get out of here,
or at least on to the next examination.
        Mr. Fineman went through several
different topics yesterday, and I'm apologize
if I go through and repeat a little bit, but
I want to develop those a little bit further.
        So the first one I'd like to go
through is your responsibilities on the
Macondo well.  And I believe you -- you
testified yesterday that you took over as the
drilling engineer for the Macondo well for
Anadarko on or about March 18th; is that

---

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters      Facsimile: (504) 525-9109

Exhibit D
Page 2

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported By:
ROBERT QUITZAU VOL. II                    May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

368

1  correct?
2      A.   That's correct.
3      Q.   All right.  And from whom did
4  you take over that role?
5      A.   Josh Nichols.
6      Q.   Okay, and Josh Nichols.  And
7  whom did you report to?
8      A.   Mike Pfister.
9      Q.   Okay.  And when you took over
10  this role from Mr. Nichols, did Mr. Pfister
11  tell you what your responsibilities were?
12      A.   Mr. Pfister told me to take over
13  the responsibilities from Josh and to talk to
14  Josh and -- and continue to do what Josh did.
15  So I talked to Josh and did Josh.
16      Q.   So you never received any
17  explicit direction from Mr. Pfister about
18  what your role would be?
19      A.   That's correct.
20      Q.   Okay.  How did Mr. Nichols
21  describe the role?
22      A.   Mr. Nichols described his role
23  as giving a morning update -- a short morning
24  update in the morning drilling meetings that
25  we have on the weekdays and to keep up, to be

369

1  ready to provide answers to the asset team,
2  and those were mainly related to whether or
3  not the well would reach the geological
4  objectives.
5      Q.   Right.  And I believe yesterday
6  you said that your -- your duties included,
7  in one part, tracking the progress of the
8  well and, in the second part, is reporting on
9  the well to -- to various employees of
10  Anadarko; is that correct?
11      A.   The -- the two functions would
12  be to give the update in the morning meeting
13  and then to provide updates as needed on
14  whether or not we could reach -- whether or
15  not the well could reach geological
16  objectives to the asset team.
17      Q.   Okay.  And were you familiar
18  with these roles and duties, I guess, from
19  your previous experience at Anadarko?
20      A.   No, I wasn't.
21      Q.   Okay.  How did these work --
22      A.   Oh, may I correct that?  The
23  role of reporting in the morning meeting, the
24  30-second update, I mean, I was familiar with
25  that.  But the -- the actual interface with

370

1  the team, I was not.
2      Q.   Okay.  So how -- how did the
3  interface with the team differ from your
4  previous responsibilities?
5      A.   My previous responsibilities as
6  drilling engineer with -- were with wells
7  that we -- that Anadarko operated.  And in
8  that function, I would deal with various
9  vendors and various experts within the
10  Anadarko -- Anadarko vendor system, working
11  with an entire team of people to put together
12  a well plan.
13      Q.   Okay.  So could you briefly
14  describe your duties, I guess, when Anadarko
15  was an operator of the well?
16      A.   We would form -- we would get
17  the well objectives from the geology group
18  and asset team.  We would put together a well
19  design, casing plan, pore pressure analysis.
20  All the various vendors would come together
21  and contribute practices and procedures and
22  materials and equipment that would contribute
23  to the well design.
24      Q.   And in that role, when you were
25  drilling -- drilling engineer where Anadarko

371

1  was the operator of the well, who would tell
2  you what your responsibilities were?
3      A.   I answered to Mike Pfister, and
4  he would advise me or tell me what those
5  responsibilities would be.
6      Q.   Okay.  So is -- was Mike Pfister
7  in your role when Anadarko was a non-operator
8  of the Macondo well and Mike Pfister when
9  your role as a drilling engineer when
10  Anadarko was an operator of the well?
11      A.   Can you restate the question or
12  repeat the question?
13      Q.   Sure.  Mike -- you always
14  reported to Mike Pfister --
15      A.   Yes.
16      Q.   -- when you were at Anadarko?
17      A.   Yes.
18      Q.   Now, in your role as a drilling
19  engineer on the Macondo well, did you use any
20  of the skills that you'd established and used
21  in your role -- your previous roles at
22  Anadarko?
23      A.   Yes.
24      Q.   Okay.  And what were they?
25      A.   Giving -- giving the morning

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters        Facsimile: (504) 525-9109

Exhibit D
Page 3

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported By:
ROBERT QUITZAU VOL. II          May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

---

**372**

1  meeting updates, 30 seconds, would require a
2  quick review of morning -- morning reports
3  and then speaking before the group. And then
4  with regard to tracking the progress towards
5  the geological objective, again, simply
6  reading morning reports, identifying where
7  mud weight increases occurred and -- and
8  throwing that into my updates. And any time
9  there would be shoe tests, I would look at
10  those and put those into the updates as well.
11     Q.   Okay. And would you also
12  examine the -- the design of the well at all?
13     A.   No.
14     Q.   How would you -- what -- how
15  would you qualify the design of the well?
16  What is included in the design of the well?
17     MS. WILMS:
18        Object to form.
19     THE WITNESS:
20        The design of the well would
21  include a very large number of things. That
22  would include the hole size selection,
23  interface with the completion engineers to
24  make sure that the proper geological
25  objectives and -- and asset team objectives

---

**373**

1  were achieved.
2        There -- deepwater, there are
3  generally annular pressure buildup analyses
4  run, confirming and making sure that all of
5  the components in the well have enough
6  integrity to hold the loads, putting together
7  procedures for drilling the well.
8        That's what I can think of right
9  now.
10     Q.   Would it -- would the design of
11  the well include everything from the
12  beginning of the well, from spud all the way
13  through either permanent abandonment or
14  temporary abandonment?
15     A.   Yes.
16     Q.   And what is your understanding
17  of temporary abandonment procedures?
18     A.   Temporary abandonment would be
19  to leave the well in a state that it could be
20  reentered for various reasons.
21     Q.   Okay. And did you monitor
22  the -- the Macondo well as it was going
23  through the temporary abandonment process?
24     A.   What do you mean by "monitor"?
25     Q.   I believe you stated before that

---

**374**

1  you would -- as part of your tracking, you
2  would monitor the well. Did you do similar
3  tracking when the well was going through the
4  temporary abandonment process?
5     A.   My tracking of progress tracked
6  the process through the geological
7  objectives, and after that, I did not track
8  progress. So I did not track progress or
9  monitor during the abandonment -- temporary
10  abandonment.
11     Q.   Okay. And about what date did
12  you stop tracking progress?
13     A.   I don't know the exact date, but
14  the -- when wireline logs were finished being
15  run through the -- through the objective,
16  that -- at that point, I would consider the
17  well to have met the geological objectives.
18     Q.   So would it be fair to say maybe
19  on or about April 14th?
20     A.   That's approximate.
21     Q.   Okay. And after -- after your
22  tracking, would anyone at Anadarko take over
23  that role of tracking the progress of the
24  well?
25     A.   No one took over that role of

---

**375**

1  tracking the progress.
2     Q.   So would anyone else log onto
3  WellSpace to track the progress of the well?
4     A.   When I say "track the progress
5  of the well," I'm meaning track the drilling
6  progress of the well. And what the others
7  would do as far as logging on, I -- I don't
8  know.
9     Q.   Okay. So what -- so besides
10  tracking the drilling progress, what else --
11  what would other people do at Anadarko to
12  monitor the Macondo well?
13     MS. WILMS:
14        Object to form.
15     THE WITNESS:
16        Geoscientists would perhaps
17  continue to download logging data to evaluate
18  the objective zone would be one possibility.
19     EXAMINATION BY MR. DAVID:
20     Q.   Is there anyone in your
21  opinion -- is there anyone at Anadarko whose
22  responsibility it was to monitor the Macondo
23  well after you stopped monitoring the -- the
24  drilling activities on the Macondo well?
25     A.   From a drilling standpoint, I'm

---

**4 (Pages 372 to 375)**

601 Poydras Street, Suite 1720      GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters      Facsimile: (504) 525-9109

Exhibit D
Page 4

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

Reported By:

ROBERT QUITZAU VOL. II    May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

---

**376**

1  not aware of anybody else who would continue
2  monitoring the -- the activities on the well.
3        Q.    From a geological standpoint?
4        A.    I don't know that for sure, but
5  I suspect the geologists would be --
6  continued to monitor -- they might continue
7  to monitor, again, downloading --
8  log formation evaluation files and things
9  like that.
10       Q.    Anyone else at Anadarko?
11       A.    There could be more.  I -- I
12 can't think of who else it would be.  Perhaps
13 different people on the project team.
14             As I testified earlier, there
15 are several groups, and they -- they have
16 files that they keep as a matter of record.
17 So they might be accessing WellSpace, for
18 example, to download reports just for the
19 sake of file completeness.
20       Q.    And would you access WellSpace
21 after you stopped monitoring the drilling
22 progress of the well?
23       A.    Yes.
24       Q.    Okay.  And why would you do
25 that?

---

**377**

1        A.    To continue -- while the
2  drilling progress, as I described, is
3  finished, I still continued to make 30-second
4  updates in the morning meetings.  So in
5  preparation for that, I would download
6  drilling reports sufficient to make -- to
7  make those updates.  And then, continually,
8  as the asset team continues to have
9  questions, I would try to be prepared to
10 answer those questions.
11       Q.    Okay.  I believe yesterday you
12 spoke about your -- your preparation for the
13 morning meetings.  I think you said that
14 you'd check WellSpace, InSite Anywhere,
15 e-mails, calls, records that you had to
16 prepare for these morning meetings; is
17 that -- is that correct?
18       MS. WILMS:
19             Object to form.
20       THE WITNESS:
21             For morning meetings, it was
22 predominantly downloading information from
23 WellSpace, which would include drilling
24 operating reports, mud logging reports, and
25 possibly pore -- pore pressure frac gradient

---

**378**

1  reports.
2        EXAMINATION BY MR. DAVID:
3        Q.    Okay.
4        A.    And possibly geological reports.
5        Q.    In your 30-second presentations,
6  what would you include?
7        MS. WILMS:
8             Object to form.
9        THE WITNESS:
10            It would be a simple summary of
11 the activity on the rig since my last report
12 to the group.
13       EXAMINATION BY MR. DAVID:
14       Q.    And what would those summaries
15 include?
16       A.    The major activities that were
17 conducted.
18       Q.    Okay.  So what type of -- for
19 example, what type of major activities?
20       MS. WILMS:
21            Object to form.
22       THE WITNESS:
23            Drilling, casing running, BOP
24 testing, just generally what took up time
25 during the day.

---

**379**

1  0EXAMINATION BY MR. DAVID:
2        Q.    Okay.  I believe you -- and so
3  this would primarily be based on the daily
4  operations reports?
5        A.    Yes.
6        Q.    Okay.  And when would you look
7  at the daily geological reports or the pp/fg
8  reports?
9        A.    My normal routine -- our
10 meeting's at 7:30.  So my normal routine is
11 when I would first get in, anywhere from 6
12 o'clock to 7 o'clock would be to look at
13 reports so that I could get an understanding
14 of what happened on the rig since my last
15 update.  And hope -- my hopes would be that I
16 would have the drilling operating reports,
17 and that would give me what I need.  And if
18 those didn't come in that morning, I would
19 look at the mud log report or the geological
20 report or the pore pressure frac gradient
21 report to get an idea of what happened on the
22 rig.
23       Q.    Okay.  So you would only look --
24 would it be fair to say that you would only
25 look at the daily geological reports or the

---

601 Poydras Street, Suite 1720      GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters   Facsimile: (504) 525-9109

Exhibit D
Page 5

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported By:
ROBERT QUITZAU VOL. II          May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

---

380

1    mud logging reports or the pp/fg reports if
2    the daily operations report hadn't posted
3    yet?
4          MS. WILMS:
5              Object to form.
6          THE WITNESS:
7              For the purpose of giving
8    morning updates, that's correct.  And so as I
9    prepared well plan updates, as is described
10   in my e-mails, that might take place at other
11   times during the day.  And so the pore
12   pressure frac gradient report, for example,
13   might have information that would be relative
14   to a well plan update.
15   EXAMINATION BY MR. DAVID:
16         Q.    And why did you have these
17   meetings Monday through Friday?
18         MS. WILMS:
19             Object to form.
20         THE WITNESS:
21             It's a standard Anadarko
22   drilling practice.  I don't know why -- what
23   their reasoning is.
24   EXAMINATION BY MR. DAVID:
25         Q.    Would you present on any other

---

381

1    wells besides Macondo?
2          A.    If -- if I'm the drilling
3    engineer for a well that is currently
4    operating, I would present an update on the
5    well that I'm following.
6          Q.    Right.  In the period of
7    March 18th through April 20th, would you
8    present on any other well besides the Macondo
9    well?
10         A.    Yes.  Yes, I would.
11         Q.    Which -- which wells did you
12   present on?
13         A.    There's a well called Green
14   Canyon 608 A-8, Sidetrack 01, ST01.
15         Q.    Is that all one well?
16         A.    That's one well, yes.  And then
17   there might have been another well.  I don't
18   remember if it was within that time -- time
19   period.  It was another Green Canyon well.  I
20   don't remember the name of it.
21         Q.    And was Anadarko an operator of
22   the Green Canyon well?
23         A.    Yes.
24         Q.    Okay.  Were there any
25   non-operators of the Green Canyon well?

---

382

1          A.    That 608 well, my understanding
2    is, is that it's 100 percent Anadarko.  I
3    could be wrong about that.
4          Q.    So you -- were you the primary
5    drilling engineer on the Green Canyon well?
6          A.    Yes.  And, again, Josh Nichols
7    had that well, and when he left, I took over
8    near the end of the well.  So I was the
9    primary drilling engineer during that time
10   period.
11         Q.    Okay.  And in the morning
12   meetings, from the period of March 18th
13   through April 20th, did you report on any --
14   any other topics besides the Macondo well and
15   the Green Canyon well?
16         MS. WILMS:
17             Or wells, just to clarify.
18         THE WITNESS:
19             Yeah.  If -- to the extent that
20   the other well occurred in that time period,
21   I would report on any wells that I was a
22   drilling engineer on.
23   EXAMINATION BY MR. DAVID:
24         Q.    Okay.  Let me.  So besides
25   the -- the Green Canyon well and the Macondo

---

383

1    well, there may have been other wells?
2          A.    I described two Green Canyon
3    wells.
4          Q.    I'm sorry.
5          A.    The 608 well that I wrote --
6    gave you, yes, I was clearly the engineer
7    during that period.  There was another Green
8    Canyon well that I took over for a short
9    period.  It was a MODU-operated well, and I
10   don't recall the exact dates of when -- that
11   was a week of -- like about ten days to two
12   weeks, and I don't remember the exact dates
13   of that.
14             So if that occurred during that
15   time, then I would have at various times been
16   looking and reporting on two different
17   Anadarko-operated wells.
18         Q.    Okay.  And for that other well,
19   were you the -- was Anadarko the -- the
20   operator of that well?
21         A.    Yes.
22         Q.    And were you the primary
23   drilling engineer on that well?
24         A.    Yes.
25         Q.    Have you ever been a drilling

---

6  (Pages 380 to 383)

601 Poydras Street, Suite 1720      GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters   Facsimile: (504) 525-9109

Exhibit D
Page 6

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:
ROBERT QUITZAU VOL. II          May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

---

384

1    engineer for an Anadarko-operated well where
2    there has been a non-operator involved?
3        A.   Yes, I have.
4        Q.   And what did you expect out of
5    that non-operator?
6        A.   When you say "expect," do you
7    mean what do I expect them to contribute or
8    what do I expect them to ask?
9        Q.   How about we take it in two
10   parts.  First, what -- what do you expect
11   them to contribute?
12       A.   I don't expect them to
13   contribute anything.
14       Q.   So when you say "contribute," do
15   you mean finances?  Do you mean knowledge?
16   Do you mean --
17       A.   I'm speaking with reference to
18   the drilling practices.  That's all I'm
19   talking about here is the actual drilling
20   practices that I'm involved in.
21       Q.   Okay.
22       A.   So from a project standpoint,
23   you know, the non -- the nonoperator
24   participants contribute much to the project,
25   and that's all outside my scope of work.

---

385

1        Q.   So for the nonoperating drilling
2    engineer, would you -- sorry -- would you
3    interact with a nonoperating drilling
4    engineer?
5        A.   If they would like to interact,
6    then I would interact with them.
7        Q.   Okay.  And would you expect them
8    to ask questions?
9        A.   From time to time, I would
10   expect them to ask questions.
11       Q.   And why would you expect them to
12   ask questions?
13       A.   Typically, they would be
14   responding to questions from their asset
15   team, and they would contact me to forward
16   those questions on.
17       Q.   What types of questions would
18   they ask?
19       MS. WILMS:
20           Object to form.
21       THE WITNESS:
22           It could be a very wide range of
23   questions.  For example, if there were some
24   drilling troubles, stuck pipe, or parted
25   casing, they might call to inquire what's

---

386

1    going on.
2    EXAMINATION BY MR. DAVID:
3        Q.   Okay.  Any -- any other types of
4    questions?
5        MS. WILMS:
6            Object to form.
7    EXAMINATION BY MR. DAVID:
8        Q.   Mud weight, casing?  Anything
9    that would normally be on an operation
10   report, pp/fg report?
11       A.   Things like formation evaluation
12   questions, they might call to ask about that.
13   In other words, the asset team says, you
14   know, can they run this log or cut this core.
15   The drilling person might call me and just
16   find out, you know, what our plans are and
17   what -- what our concerns might be.
18       Q.   Would you expect the
19   nonoperating drilling engineer to make any
20   suggestions?
21       MS. WILMS:
22           Object to form.
23       THE WITNESS:
24           I would not expect that.  I
25   wouldn't expect it, but they -- sometimes

---

387

1    they do.
2    EXAMINATION BY MR. DAVID:
3        Q.   Okay --
4        A.   So in --
5        Q.   Sorry, go ahead, sir.
6        A.   Again, what do you mean by
7    "expect"?  In other words, I'm not expecting
8    them to do it, but when there's trouble, then
9    I -- they probably will and do.
10       Q.   How about this, I'll rephrase it
11   slightly.
12           Do you view it as the
13   nonoperating drilling engineer's role and
14   responsibility to make suggestions?
15       A.   I do not.
16       Q.   And how do you know what the
17   role and responsibility would be for the
18   nonoperating drilling engineer?
19       A.   That's just what I understand.
20       Q.   And how did you come to
21   understand that?
22       A.   Over the years, that seems to be
23   the norm.
24       Q.   So based on your experience
25   before your work at Anadarko and your work at

---

601 Poydras Street, Suite 1720     GAUDET KAISER, L.L.C.     Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters   Facsimile: (504) 525-9109

Exhibit D
Page 7

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported By:
ROBERT QUITZAU VOL. II                       May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

---

388

1    Anadarko, you've come to define the role and
2    responsibility of a nonoperating drilling
3    engineer?
4         MS. WILMS:
5              Object to form.
6         THE WITNESS:
7              Based on all that experience,
8    I've defined the role of an operating
9    engineer, and with that understanding, that
10   defines the role of a nonoperating -- in
11   other words, how I see the nonoperating
12   engineers is based on my long experience as
13   an operating engineer. I know -- I know what
14   they do when they ask questions, and that's
15   how -- over the years, that's how I've gained
16   my understanding of that role.
17   EXAMINATION BY MR. DAVID:
18        Q.    Of the -- the operating
19   engineer?
20        A.    Yeah. My experience is with
21   the -- as an operating engineer, and through
22   that experience, I understand how the
23   nonoperating engineers have -- have been
24   involved or not involved.
25        Q.    So no one at Anadarko, when you

---

389

1    were working on Anadarko-operated wells,
2    would tell you what the role and
3    responsibility was for the nonoperating
4    drilling engineer?
5         A.    I don't recall anybody telling
6    me that.
7         Q.    Okay. Now, coming back to
8    your -- the monitoring of the well, I believe
9    you said that you'd look at daily operations
10   reports, pp/fg reports, daily geological
11   reports, daily mud reports.
12             Would you look at anything else?
13        MS. WILMS:
14             Object to form.
15        THE WITNESS:
16             Did you say mud log reports?
17   EXAMINATION BY MR. DAVID:
18        Q.    Mud log reports, yes.
19        A.    Yes.
20        Q.    Anything else?
21        A.    It's possible. I don't recall
22   all the different things that are on
23   WellSpace.
24        Q.    But you'd -- would you say it is
25   your responsibility to look at anything that

---

390

1    was posted on WellSpace?
2         A.    It is not my responsibility to
3    look at anything that's on WellSpace.
4         Q.    What is it your responsibility
5    to look at on WellSpace?
6         A.    My responsibility is to get
7    whatever information I can, to give the
8    update in the morning meeting or whatever I
9    think I need to track the progress of the
10   well towards the geological objective.
11        Q.    So in addition to the daily
12   operations reports, the pp/fg reports, the
13   daily geological reports, the mud logging
14   reports, what else would you look at from
15   Wire -- sorry, from WellSpace to prepare for
16   your morning meetings?
17        MS. WILMS:
18             Object to form.
19        THE WITNESS:
20             There might have been other
21   things, but those are the main ones. I can't
22   recall anything --
23   EXAMINATION BY MR. DAVID:
24        Q.    Would you look at wireline logs?
25        A.    I don't recall looking at

---

391

1    wireline logs to prepare for the morning
2    meeting.
3         Q.    Would you look at MWDs or LWDs?
4         A.    As we drilled -- as BP drilled
5    through the objective, I would and did look
6    at formation evaluation LWD logs to see what
7    the pay zones looked like. And there might
8    have been one or two meetings in there when I
9    looked at that prior to the morning meeting.
10        Q.    And why would you look at the --
11   the pay zones?
12        A.    Just to understand what we're
13   drilling or what BP's drilling.
14        Q.    Okay. Why -- why is that
15   important?
16        A.    The asset team is very, very
17   interested in that, and I wanted to be
18   prepared to respond to any questions that
19   they might have. They're very excited during
20   that time. So I want to be prepared, you
21   know, to deal with any requests they might
22   have.
23        Q.    And how often would they ask
24   you -- the asset team, how often would the
25   asset team ask you for updates on the well?

---

8  (Pages 388 to 391)

Exhibit D
Page 8

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010          Reported By:
ROBERT QUITZAU VOL. II          May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

392

1      MS. WILMS:
2          Object to form.
3      THE WITNESS:
4          I guess through the history of
5  this well, they asked several times. It
6  wasn't regular. I don't recall the exact
7  number.
8      EXAMINATION BY MR. DAVID:
9      Q.    Is it like everyday?
10     A.    It was not everyday.
11     Q.    How many times a week would you
12  say?
13     A.    Again, I can recall three or
14  four times during the course of my
15  involvement, and I couldn't quantify it in
16  times per week.
17     Q.    And that's in addition to the
18  morning meetings; correct?
19     A.    That's correct.
20     Q.    And did it increase in frequency
21  as you approached TD?
22     MS. WILMS:
23          Object to form.
24     THE WITNESS:
25          Again, I can't -- I don't

393

1  remember the exact frequency and timing of
2  all -- the few e-mails -- however many
3  e-mails they submitted.
4      EXAMINATION BY MR. DAVID:
5      Q.    But would you say it became more
6  frequent as you approached TD?
7      MS. WILMS:
8          Object to form.
9      THE WITNESS:
10          I can't remember the exact
11  frequencies. The -- the requests for few
12  enough in number over the time period that
13  I -- I couldn't quantify the exact
14  frequencies.
15     EXAMINATION BY MR. DAVID:
16     Q.    Would you ever report without a
17  request?
18     A.    It's possible that I've reported
19  without a request.
20     Q.    Would it view -- would you view
21  it your duty to -- role and responsibility to
22  report without a request?
23     A.    I would not view it as my duty.
24     Q.    Okay. Now, when you're looking
25  at the -- we'll take the daily operations

394

1  reports. When you're looking at the daily
2  operations reports, what are you specifically
3  looking at?
4      A.    There's no general rule. But
5  typically, I would look at the 24-hour
6  summary and then skim through the -- the
7  operating steps on the morning report, where
8  they -- where they describe the operations
9  and the exact time range those operations
10  were conducted. I'd skim through that fairly
11  quickly.
12          And I might look at the --
13  there's a block in there on mud properties,
14  which would include mud weights. So I'd
15  generally look at that.
16          And then at the very end of the
17  report, there's a -- similar operating steps
18  from midnight to 5:00 a.m. I would typically
19  look at that to see what they had done from
20  midnight to 5:00 a.m.
21     Q.    Okay. And when you're looking
22  at what they did, is there any specific
23  action that you're looking for in particular?
24     MS. WILMS:
25          Object to form.

395

1      THE WITNESS:
2          No. Typically, just to get a
3  feel for what they're doing during that day
4  and what the bulk of the time was spent on
5  during the day. And then with regard to
6  updates, the one thing that -- that would be
7  specific would be any changes in mud weights.
8  So if I could see where they changed the mud
9  weight, what depth, I would look for that.
10     EXAMINATION BY MR. DAVID:
11     Q.    So why are you particularly
12  interested in mud weight?
13     A.    As I described earlier, the mud
14  weights, I would put into my well plan
15  update.
16     Q.    And we'll get to the well plan
17  update. We'll discuss that.
18          Would you look at anything
19  besides mud weight in particular?
20     A.    Again, as I described earlier,
21  the shoe test, I would capture that and look
22  for that. They'll spell that out very
23  clearly, and so I would look at that just to
24  see, you know, what they recorded as their
25  shoe test.

**9 (Pages 392 to 395)**

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters   Facsimile: (504) 525-9109

Exhibit D
Page 9

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010    Reported By:
ROBERT QUITZAU VOL. II      May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

---

396

1  Q.  Would you look at LOTs or FITs?
2  A.  That's a shoe test.
3  Q.  Shoe test, right.
4  A.  Yeah.
5  Q.  Okay.  Were you responsible for
6  looking at -- I think it's PelGraph reports.
7  A.  Can you say that again?
8  Q.  PelGraph.  PelGraph, I think
9  it's P-E-L-G-R-A-F?
10  A.  I'm not familiar with that term.
11  Q.  Did you view it as your
12  responsibility to also review the -- the
13  analysis of the pay zone?
14  A.  What do you mean by "the
15  analysis of the pay zone"?
16  Q.  My understanding is after the
17  pay zone is hit, there's an analysis done on
18  the hydrocarbons that are released from that
19  pay zone, and then that would be shared with
20  Anadarko.
21  Would it be your responsibility
22  to review those reports?
23  MS. WILMS:
24  Object to form.
25  THE WITNESS:

397

1  No, it would not.
2  EXAMINATION BY MR. DAVID:
3  Q.  Whose -- whose responsibility
4  would it be?
5  MS. WILMS:
6  Object to form.
7  THE WITNESS:
8  I don't know for sure, but,
9  likely, the exploration geologist would look
10  at that, and the petrophysicist would look at
11  that.
12  EXAMINATION BY MR. DAVID:
13  Q.  And when you're looking at the
14  shoe test and the mud weight, if there had
15  been a shoe test or change in mud weight,
16  would you also look at the pp/fg reports?
17  MS. WILMS:
18  Object to form.
19  THE WITNESS:
20  I looked at pp/fg reports any
21  time I was interested in pore pressure, mud
22  weight and loss -- any indication of the
23  formation fracture weak -- formation fracture
24  weakness, which would include a shoe test as
25  well, yes.

398

1  EXAMINATION BY MR. DAVID:
2  Q.  And how often would you look at
3  the pp/fg reports?
4  A.  As needed.  Sometimes they
5  didn't come in or weren't -- there wasn't one
6  submitted.  But they -- they would contain
7  relevant information to what I just
8  described.
9  Q.  All right.  So that sometimes
10  they didn't come in or weren't submitted,
11  you -- on WellSpace, you always had the
12  necessary documents to do your job; correct?
13  MR. HEBERT:
14  Object to form.
15  THE WITNESS:
16  No, that's not correct.
17  EXAMINATION BY MR. DAVID:
18  Q.  Okay.  Then what were you
19  missing from WellSpace?
20  A.  Occasionally, the daily
21  operating reports would not come in at the
22  time that I needed them.
23  Q.  I think you referenced that
24  yesterday.  Around April 18th, you said that
25  you were perhaps missing some daily

399

1  operations reports.  That's after April 14th,
2  though, right?
3  You had stopped monitoring the
4  well at that point?
5  A.  I did say that, and -- the exact
6  date, I'd have to go back and look at the
7  WellSpace log.  But there were other times
8  when -- when the daily operating report would
9  not come in.  I don't remember the dates.
10  In those cases, as I described
11  earlier, then I would go to the mud log
12  reports or the geological report.
13  Q.  And those reports eventually
14  were posted to WellSpace, though; correct?
15  A.  I recall they were eventually
16  posted to WellSpace.
17  Q.  And did -- when they were posted
18  to WellSpace, did you review those -- those
19  documents?
20  A.  My practice was -- as many other
21  functions, was to keep a record in our
22  well -- standard well file, electronic well
23  file.  So I would download the reports that
24  came in late, but that does not necessarily
25  mean that I would look at them or review

10  (Pages 396 to 399)

601 Poydras Street, Suite 1720    GAUDET KAISER, L.L.C.    Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters    Facsimile: (504) 525-9109

Exhibit D
Page 10

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

Reported By:

ROBERT QUITZAU VOL. II                May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

**400**

1  them.
2       Q.   And when you, I guess,
3  downloaded them and posted them, when you did
4  review them, did that change your -- your
5  view or opinion on the progress of the
6  Macondo well?
7       MS. WILMS:
8            Object to form.
9       THE WITNESS:
10           I don't recall.  I don't recall
11  that happening.
12  EXAMINATION BY MR. DAVID:
13       Q.   Okay.  When you'd download the
14  daily operations reports, why would you not
15  look at some of them?
16       MS. WILMS:
17           Object to form.
18       THE WITNESS:
19           If I got enough information off
20  the -- the mud log report or other reports,
21  that's all I needed.
22  EXAMINATION BY MR. DAVID:
23       Q.   Okay.  So you viewed it as
24  sufficient to look at the mud log report or
25  the pp/fg reports or daily geological reports

**401**

1  that were posted?
2       A.   That would depend on the
3  operations that were conducted on the well.
4       Q.   And if they were, what
5  operations would not be -- sorry.  What would
6  the daily -- the daily geological reports,
7  the pp/fg reports, and mud logging reports
8  provide that -- or not provide that you would
9  need for a particular operation?
10       MS. WILMS:
11           Object to form.
12       THE WITNESS:
13           I think I would need to
14  understand the operation to understand that
15  question that you're interested in.
16  EXAMINATION BY MR. DAVID:
17       Q.   So what type of operations would
18  not be included in the daily geological,
19  pp/fg, or mud logging reports?
20       MS. WILMS:
21           Object to form.
22       THE WITNESS:
23           The pp/fg and mud log reports
24  and geological reports would just be a very
25  short summary on the order of the 24-hour

**402**

1  summary on the daily operating report.  So to
2  the extent that I would be interested in
3  clarifying operating steps, then I would have
4  to go to the daily operating report.  And I
5  don't recall any specific operations that
6  would necessitate that I do that.  I just
7  can't think of any.
8       Q.   But when you -- when you needed
9  to, you did and could review the daily
10  operations reports from WellSpace?
11       MS. WILMS:
12           Object to form.
13       THE WITNESS:
14           As I said, sometimes when I
15  needed them, as in -- for my morning meeting,
16  they weren't available, and so I relied on
17  other meetings.  But I could -- eventually,
18  they would be in there if I needed them.  But
19  they -- if I needed them at a later time.
20  EXAMINATION BY MR. DAVID:
21       Q.   Did you ever monitor the Macondo
22  well for the safety of the operations on the
23  well?
24       A.   I did not.
25       Q.   Did you view it as your role and

**403**

1  responsibility to do so?
2       A.   I did not.
3       Q.   Did you ever receive any
4  instruction from anyone at Anadarko to
5  monitor the Macondo well for safety?
6       A.   I did not.
7       Q.   Did you think that that should
8  be part of your job?
9       A.   I did not.
10       Q.   Did you ever review anything in
11  your role as the drilling engineer for
12  Macondo well that alerted you to safety
13  concerns on the Macondo well?
14       A.   Can you repeat the question?
15       Q.   During the course of -- as the
16  drilling engineer for the Macondo well,
17  during the course of your review of material,
18  as you tracked the Macondo -- the course of
19  the drilling on the Macondo well, did you see
20  anything that caused you concern about
21  safe -- the safety of the operations on the
22  Macondo well?
23       MS. WILMS:
24           Object to form.  Go ahead.
25       THE WITNESS:

601 Poydras Street, Suite 1720     GAUDET KAISER, L.L.C.     Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters   Facsimile: (504) 525-9109

Exhibit D
Page 11

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported By:
ROBERT QUITZAU VOL. II                   May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

404

1        I did not.
2   EXAMINATION BY MR. DAVID:
3        Q.    Do you -- in the course of your
4   monitoring the Macondo well, did you track
5   the cementing of any shoes or -- of any
6   shoes?
7        A.    My tracking would be simply to
8   acknowledge or be aware that the cementing
9   had occurred.  I didn't get into any detailed
10  evaluation of the cementing process.
11       Q.    Were you ever or did you ever
12  become aware of what type of cement was used
13  on the Macondo well?
14       This is before April 20th.
15       A.    So when I'm reading the drilling
16  operations report, I would see simply that
17  cement job was pumped, and there might be a
18  detailed list of additives.  I wouldn't read
19  that.  I might see the density, but that
20  would be about it.
21       Q.    And did you see anything in
22  the -- strike that.
23       Would you ever note cementing in
24  your morning meetings?
25       A.    Simply to say that they

405

1   conducted a cementing operation would be the
2   limit of my reporting.
3        Q.    I would like you to now open up
4   your binder, and we'll look at what was
5   previously marked as 1598.  And it was
6   yesterday out of the PS -- PSC, I think
7   Tab 1, for those who are looking on the CD.
8        A.    Can you say the number again?
9        Q.    1598.
10       A.    I don't see any 1598.
11       MS. WILMS:
12       Are you looking at the tab
13  numbers?
14       MR. DAVID:
15       It was previously marked 1598.
16       MS. WILMS:
17       We don't -- I don't see any
18  15's.  I don't know.  Maybe --
19       MR. DAVID:
20       We'll skip over that one for
21  right now, and we'll come back to it.
22       Can we go to 2624?
23       Go to 2624.
24       MS. FLICKINGER:
25       What tab?

406

1        MR. DAVID:
2        It's going to be tab -- I think
3   from PSC Tab 4.
4        MS. WILMS:
5        This one -- oh, that's the one.
6   That's 26.
7        MR. DAVID:
8        And I'm also going to reference
9   at the same time, just for ease, I think it
10  was DOJ's Tab 18, and that was marked as
11  2653.
12       MS. WILMS:
13       I have a copy of 1598, if you
14  want it.
15  EXAMINATION BY MR. DAVID:
16       Q.    All right.  So -- which I
17  believe you discussed this document
18  yesterday; is that correct?
19       A.    That's correct.
20       Q.
21       Okay.  And what is this
22  document?
23       A.    This is a series of e-mails in
24  which Derek Folger is asking for an update,
25  and Josh is introducing me to him and asking

407

1   me to provide Derek with that update.
2        Q.    Okay.  And if you scroll all the
3   way or go all the way to the last page, what
4   is that document?
5        A.    This is a plot of pore pressure
6   frac gradient, mud weights, and casing
7   setting depths, actual and potential future
8   casing setting depths.
9        Q.    Is that what you referred to
10  earlier as the well plan update?
11       A.    That is.
12       Q.    How often would you create
13  the -- these well plan updates?
14       A.    As needed.  And I don't have an
15  exact frequency on that.
16       Q.    As needed.  So you would be
17  requested to do that?
18       A.    I would follow and track the
19  progress of the well as it drilled.  And if
20  mud weight changes or leak off tests or shoe
21  tests were taken, I would update.  And if
22  someone asked for an update, then I would
23  also revisit and update the -- the plot.
24       Q.    So if there were changes in mud
25  weight or -- then you would update your plot?

12  (Pages 404 to 407)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:
ROBERT QUITZAU VOL. II                           May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

---

408

1      A.   There could be multiple changes
2  of update during the times that I would look
3  at this. I wouldn't -- I didn't necessarily
4  go in and update this every time the mud
5  weights were changed. So if there were many
6  mud weight changes when I look at it in the
7  morning, I might update that. But there's no
8  standard time for -- time format or
9  conditions for -- for the updates.
10     Q.   So how would you decide when to
11 update?
12     MS. WILMS:
13          Object to form.
14     THE WITNESS:
15          Again, I don't know that there's
16 any general decision process. But when I
17 would look at the morning reports, if I saw
18 that there were multiple updates, I might go
19 ahead and go in and add those updates to the
20 plot.
21 EXAMINATION BY MR. DAVID:
22     Q.   I believe yesterday you
23 described how you would create these, and
24 could you tell me again how you -- how would
25 you create these plots?

---

409

1      A.   The pore pressure, frac
2  gradient, mud weight, smooth dark curves, I
3  took those from a BP PowerPoint presentation
4  that I got from the information that Josh
5  Nichols provided me, which -- which I
6  believed to be a predrill estimate. And
7  the -- the step -- stepwise solid lines
8  would be the -- are the actual mud weights
9  that I recorded for the original well and for
10 the bypass well. And the solid lines on the
11 right, with the triangle representing shoes,
12 would be the actual casing setting depths
13 that occurred in the well.
14     Q.   Okay. And let's talk about that
15 PowerPoint from Mr. Nichols. Could you tell
16 me what -- do remember what the title of that
17 presentation was called?
18     A.   I do not.
19     Q.   Okay. Was there a date on that
20 presentation?
21     A.   I don't recall.
22     Q.   Where did you find the
23 presentation?
24     A.   It was in the -- the records
25 that Josh Nichols passed on to me.

---

410

1      Q.   So with the box of documents --
2      A.   The box.
3      Q.   -- that you referred to
4  yesterday?
5      A.   Yes.
6      Q.   Okay. Do you know if there's an
7  an electronic version of that document?
8      A.   I don't know.
9      Q.   Do you still have access to that
10 box of documents?
11     A.   I do not.
12     Q.   And where is it now?
13     A.   I believe that was given to the
14 legal -- our legal group. And let me
15 clarify. They may have since given some of
16 those documents back to me, but I don't -- I
17 don't know if that PowerPoint presentation
18 was -- it was -- it was in anything that they
19 returned to me.
20     Q.   How did you use the PowerPoint
21 presentation to generate that -- that graph?
22     A.   I manually selected data points
23 just visually off the plot and plugged those
24 into my model.
25     Q.   So would it be fair to say that

---

411

1  you -- you approximated the location of the
2  lines for your plot --
3      MS. WILMS:
4          Object --
5  EXAMINATION BY MR. DAVID:
6      Q.   -- from the presentation?
7      MS. WILMS:
8          Object to form.
9      THE WITNESS:
10          That would be fair to say.
11 EXAMINATION BY MR. DAVID:
12     Q.   And to be clear, which lines did
13 you use from the PowerPoint presentation?
14     A.   Pore pressure, mud weight, frac
15 gradient.
16     Q.   Okay. Why would you create
17 these plots?
18     MS. WILMS:
19          Object to form.
20     THE WITNESS:
21          This is the -- the way that I
22 can visualize and describe progress towards
23 the geological objective.
24 EXAMINATION BY MR. DAVID:
25     Q.   Okay. And how would this

---

13 (Pages 408 to 411)

601 Poydras Street, Suite 1720     GAUDET KAISER, L.L.C.     Telephone: (504) 525-9100
New Orleans, LA 70130-6009  Board-Certified Court Reporters     Facsimile: (504) 525-9109

Exhibit D
Page 13

412

1   describe how you're progressing to the
2   geological objective?
3        A.   This describes the relationship
4   between the mud weight and the fracture
5   gradient and gives some idea as to -- an
6   approximate idea of whether or not the well
7   can reach the geological objectives.
8        Q.   How would you determine from
9   this graph whether or not the well can reach
10  the geological objectives?
11       A.   The -- as I described yesterday,
12  it's automated.  It's not an exact predicting
13  tool, but it gives a general idea of how far
14  can be drilled before the mud weight
15  approaches the previous shoe strength with
16  some margin of -- some margin below that
17  shoe -- shoe strength.
18       Q.   And why would you provide these
19  plots to others?
20       A.   This would give some idea of the
21  chances of reaching the geological objectives
22  which they were interested in.
23       Q.   And would they be able to read
24  these plots?
25       A.   I sent it to them, and they --

413

1   they would often thank me for them.  So I
2   assumed that they -- I met their needs.
3        Q.   Okay.  When was the last time
4   you created one of these plots; do you
5   recall?
6        A.   I don't recall the exact date.
7        MR. DAVID:
8             And would you mind handing him
9   the 15-9A?
10       MS. WILMS:
11            Not at all, no problem.
12  EXAMINATION BY MR. DAVID:
13       Q.   So we're looking now again at
14  PSC Tab 1 from yesterday, 15-9A.
15            Do you remember this document
16  from yesterday, Mr. Quitzau?
17       A.   Yes, I do.
18       Q.   All right.  If you scroll down
19  or page down to -- it's going to be the third
20  page and the fourth page, I think, ending in
21  Bates number 1042 and 1043?
22       A.   Okay (complying).
23       Q.   Okay.  And when your -- you, I
24  believe yesterday, discussed that these were
25  the types of documents that you would expect

414

1   to find on a WellSpace, is that correct?
2        MS. WILMS:
3             Object to form.
4        THE WITNESS:
5             Can you restate the question or
6   repeat the question.
7   EXAMINATION BY MR. DAVID:
8        Q.   How about this:  Would you
9   expect to receive these documents as a
10  drilling engineer -- as a -- pardon me.
11            Would you expect to receive
12  these documents from the operator of the
13  well?
14       MS. WILMS:
15            Object to form.
16       THE WITNESS:
17            As a drilling engineer, I -- I
18  wouldn't know what to -- whether to expect
19  some of these documents or not.
20  EXAMINATION BY MR. DAVID:
21       Q.   Which documents would you use as
22  a drilling engineer?
23       A.   In my function as a nonoperator,
24  the mud log reports.  I see -- I see the
25  words "drilling prognosis," "well history,"

415

1   and "permit to drill."  I might use those,
2   although, to be honest, I was not aware that
3   those were in there.
4        Q.   Would there -- and I guess you
5   also -- I believe you testified earlier that
6   you would use, from time to time, the MWD and
7   LWD?
8        A.   Let's see what that says.
9        Q.   Is that right?
10       A.   So, yes.  I could -- let's see.
11  MWD, LWD, field prints, and final prints.
12       Q.   And wireline logs as well?
13       A.   I might use -- I might expect to
14  use those.  I don't know that I actually did
15  on this well.
16       Q.   Okay.  All right.  And for --
17  did you ever receive copies of any filings
18  with the MMS?
19       A.   I don't -- I don't recall if I
20  did.
21       Q.   But you may have received copies
22  of filings to the MMS?
23       MS. WILMS:
24            Object to the form.
25       THE WITNESS:

14  (Pages 412 to 415)

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters      Facsimile: (504) 525-9109

Exhibit D
Page 14

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

ROBERT QUITZAU VOL. II                   May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

Reported By:

---

416

1        I don't recall.
2    EXAMINATION BY MR. DAVID:
3        Q.    Okay.  You don't recall if you
4    may have?
5        A.    I don't recall receiving --
6    MS. WILMS:
7            Object to form.
8    THE WITNESS:
9            I don't recall receiving them --
10   any documents from MMS.
11   EXAMINATION BY MR. DAVID:
12       Q.    Okay.  Would you expect to
13   receive copies of MMS filings?
14   MS. WILMS:
15           Object the form.
16   THE WITNESS:
17           I -- I wouldn't necessarily
18   expect that.
19   EXAMINATION BY MR. DAVID:
20       Q.    In your previous experience as
21   a -- when Anadarko has been an operator of a
22   well and there's been a relationship with a
23   nonoperator, would you have ever provided the
24   nonoperator with MMS filings?
25       A.    I don't recall doing that.

---

417

1        Q.    Would you -- was it your
2    responsibility to provide MMS filings to the
3    nonoperator of the well?
4        A.    It was not --
5    MS. WILMS:
6            Object to form.
7    THE WITNESS:
8            It was not.
9    EXAMINATION BY MR. DAVID:
10       Q.    Let's turn to -- it was marked
11   yesterday as Exhibit 2630.  It's PSC Tab 13
12   from yesterday.
13       A.    (Complying.)
14   MR. DAVID:
15           How are we doing with time?
16   THE VIDEOGRAPHER:
17           You've got ten minutes.
18   EXAMINATION BY MR. DAVID:
19       Q.    Do you remember this -- this
20   document from yesterday, Mr. Quitzau?
21       A.    Yes, I do.
22       Q.    Okay.  And would you scroll down
23   to the very last page ending in 2158.
24       A.    Yes.
25       Q.    Okay.  You're there.

---

418

1        Could you tell me what this
2    e-mail is.
3        A.    Which e-mail?
4        Q.    The -- the last e-mail, I guess,
5    on the page.
6        A.    This is an e-mail to Bobby
7    Bodek, asking for an update on the Macondo
8    well.
9        Q.    Okay.  And would you read the
10   very last sentence from you?
11       A.    "Is there any consideration to
12   reducing the mud weight to 14.3 pound per
13   gallon?"
14       Q.    I believe yesterday you -- you
15   stated that you were asking this question as
16   a suggestion about mud weight; is that
17   correct?
18   MS. WILMS:
19           Object to form.
20   THE WITNESS:
21           I said this was a -- a
22   suggestion to consider reducing the mud
23   weight.
24   EXAMINATION BY MR. DAVID:
25       Q.    Did you ever make any other

---

419

1    suggestions to -- to Mr. Bodek?
2        A.    I don't recall any other
3    suggestions.
4        Q.    When would you have made
5    suggestions to Mr. Bodek?
6    MS. WILMS:
7            Object to form.
8    THE WITNESS:
9            Generally, I wouldn't.
10   EXAMINATION BY MR. DAVID:
11       Q.    Okay.  But you did in this -- in
12   this case, though; correct?
13       A.    That's correct.
14       Q.    Okay.  And why did you choose to
15   make a suggestion to Mr. Bodek in this case?
16       A.    In this case, I was just trying
17   to help out, based on -- they were dealing
18   with ballooning issues, and we had had some
19   experience with ballooning issues in Anadarko
20   operations, and so I offered some comments to
21   that effect.
22       Q.    Okay.  Now, could you -- I think
23   it's going to be the -- it's on both pages,
24   2157 and 2158.
25       A.    Okay.

---

601 Poydras Street, Suite 1720      GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters   Facsimile: (504) 525-9109

Exhibit D
Page 15

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:
ROBERT QUITZAU VOL. II                          May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

420

1       Q.    So could you tell me what the
2  e-mail is that spans 2157 and 2158?
3       A.    It's called Macondo update, and
4  it's a recap of a phone call with Bobby
5  Bodek.
6       Q.    Okay.  And could you then turn
7  to the top of Page 2158.
8            Are you there?
9       A.    Yes.
10      Q.    And could you read aloud the --
11 the third paragraph?
12      A.    Starting with operationally?
13      Q.    Yes, sir.
14      A.    Operationally, I agree with
15 their plan to pull out of the hole POH,
16 replace the equipment, how they're dealing
17 with the mud losses, and keeping the mud
18 weight at 14.3-pound per gallon, if possible.
19 The big question of whether or not we are
20 through the M55 is for you to answer.
21      Q.    Okay.  And why did you
22 operationally agree with the plan to pull out
23 of hole -- replace the equipment, the way
24 that they were dealing with the mud losses,
25 and keeping the mud weight at 14.3 pounds per

421

1  gallon?
2       A.    Basically after listening to
3  what Bobby had to say, I was passing on to
4  the asset team, that I agree with the BP
5  plans.
6       Q.    Was this based on your previous
7  experience as a drilling engineer on your
8  previous Anadarko wells?
9       MS. WILMS:
10           Object to form.
11      THE WITNESS:
12           Yes.
13      EXAMINATION BY MR. DAVID:
14      Q.    Okay.
15      A.    I'm sorry.  Can you repeat the
16 question?  You said based on Anadarko wells?
17      Q.    Anadarko -- your previous
18 Anadarko wells?
19      A.    Yes.
20      Q.    Okay.  The last sentence -- the
21 last sentence is:  "The big question of
22 whether or not we are through M55 is for you
23 to answer. "
24           Why is that a question for the
25 recipients of this e-mail?

422

1       A.    At that point in the well, the
2  asset team was concerned about whether or not
3  the geological objectives had been achieved.
4  And so, in my discussion with Bobby Bodek, he
5  referenced some discussion on the sands --
6  the objective sands, and I simply point out
7  to the asset team that -- that I'm not
8  qualified or I'm not -- I don't understand
9  what the geological objectives are, you know,
10 how they're officially described, and that's
11 for them to worry about.  In other words, I
12 can't tell which sand is which.  That's for
13 them to decide.
14      Q.    So you would not view it as your
15 role or responsibility to decide that?
16      A.    To decide?
17      Q.    Whether they were through the
18 M55?
19      A.    That's correct.
20      MR. DAVID:
21           I think we need to go off for
22 right now so he can change the tape.
23      THE VIDEOGRAPHER:
24           We're going off the record.
25 It's 9:24.  This is the end of videotape No.

423

1  1.
2            (Whereupon, a brief recess was
3  taken.)
4       THE VIDEOGRAPHER:
5            We're back on the record.  This
6  is the beginning of videotape No. 2.  It's
7  9:37.
8       EXAMINATION BY MR. DAVID:
9       Q.    All right, Mr. Quitzau.  I just
10 have a couple more topics to cover, and then
11 we will be done.
12           For any other decisions --
13 operational decisions that were made on the
14 Macondo well, did you agree with them?
15      MS. WILMS:
16           Object to form.
17      THE WITNESS:
18           I'm not aware of all the
19 operational decisions that were made on the
20 well.
21      EXAMINATION BY MR. DAVID:
22      Q.    From March 18th through the time
23 that you stopped monitoring the well, did you
24 agrees with all the operational decisions on
25 the well?

**16 (Pages 420 to 423)**

601 Poydras Street, Suite 1720       GAUDET KAISER, L.L.C.       Telephone: (504) 525-9100
New Orleans, LA 70130-6009  Board-Certified Court Reporters      Facsimile: (504) 525-9109

Exhibit D
Page 16

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010       Reported By:
ROBERT QUITZAU VOL. II     May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

---

**424**

1     MS. WILMS:
2       Object to form.
3     THE WITNESS:
4       My understanding is there are
5 numerous operational decisions.  I had no
6 disagreements.  I'm not aware of all them,
7 and I didn't have any disagreements with the
8 ones I might have been aware of.
9     EXAMINATION BY MR. DAVID:
10     Q.   If you did have disagreements
11 with the way that the well was operating, did
12 you feel free to contact Mr. Bodek or anyone
13 else at BP?
14     MS. WILMS:
15       Object to form.
16     THE WITNESS:
17       Any -- any contact with BP in
18 that regard, I would consult the asset team
19 before communicating -- any further
20 communications.
21     EXAMINATION BY MR. DAVID:
22     Q.   But Anadarko could contact BP if
23 it did disagree with any operational
24 decisions?
25     MS. WILMS:

**425**

1       Object to form.
2     THE WITNESS:
3       Our position was that we were
4 not in any kind of decision-making role.  So
5 we didn't really --
6     EXAMINATION BY MR. DAVID:
7     Q.   That's not exactly my question.
8 My question is slightly different.
9       Anadarko could contact BP if it
10 did disagree with any of the operational
11 decisions; correct?
12     MS. WILMS:
13       Object to form.
14     THE WITNESS:
15       Anadarko had open lines of
16 communication and could contact BP at any
17 time.
18     EXAMINATION BY MR. DAVID:
19     Q.   Okay.  And for instance, if you
20 did have a suggestion for a different way to
21 operate the well, you could contact BP;
22 correct?
23     MS. WILMS:
24       Object to form.
25     THE WITNESS:

**426**

1       As I said, Anadarko could
2 contact BP at any time through the existing
3 channels.
4     EXAMINATION BY MR. DAVID:
5     Q.   So one of these -- an example of
6 a time that you could contact BP with a
7 suggestion was your e-mail to Mr. Bodek about
8 the 4.3 -- 14.3 mud weight; correct?
9     A.   That was a suggestion to
10 consider, and that is an example of putting
11 forth a communication to BP.
12     Q.   Will you turn to Tab 20 of the
13 PSC.  It's going to be 1592.  So you might
14 not even have it in that binder.
15     MS. WILMS:
16       No, we don't.
17     MR. DAVID:
18       Okay.  So --
19     MS. WILMS:
20       Do you have 1592 handy?  1592.
21     MR. DAVID:
22       No.  Let's go to a different
23 exhibit while you're trying to find that.
24 Thanks.
25     EXAMINATION BY MR. DAVID:

**427**

1     Q.   2634, and that's PSC Tab 17?
2     A.   Okay.
3     Q.   And that should have a Bates
4 stamp at the bottom ending in 7463; is that
5 correct?
6     A.   That's correct.
7     Q.   All right.  Could you look at
8 the bottom e-mail on the 7463.  It's an
9 e-mail from you to Alan O'Donnell, Don
10 Peyton, and Dennis McDaniel.
11     A.   Yes.
12     Q.   And could you tell me what
13 this -- this e-mail was about?
14     A.   This is a response to Alan
15 O'Donnell's request as to whether or not the
16 production casing would be a liner or a full
17 string of seven inch.
18     Q.   And could you read the very
19 first -- first paragraph from your e-mail
20 to -- response to Alan on 7463?
21     A.   It would be a liner and will
22 probably be run back up into the 11 and 7/8th
23 inch.  The 7-inch liner top would be at plus
24 or minus 14,500 feet.  I don't know this for
25 sure, but I have heard some rumors from

**17 (Pages 424 to 427)**

601 Poydras Street, Suite 1720    GAUDET KAISER, L.L.C.     Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters    Facsimile: (504) 525-9109

Exhibit D
Page 17

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

Reported By:

ROBERT QUITZAU VOL. II                    May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

---

**428**

1  vendors it makes sense.
2      Q.   How did you decide that it makes
3  sense?
4      A.   I described this yesterday.  The
5  7-inch liner hanger that I -- the top of the
6  liner that I reference here would have a
7  liner hanger and the -- if the liner -- the
8  small 7-inch liner is hung in the larger
9  diameter, 11 and 7/8ths, there's a lot of
10  space there that would allow the equipment
11  that's used for the liner top to be very
12  strong, that as opposed to putting that liner
13  top down in the 9 and 7/8ths line, which has
14  less space; and, thereby, the equipment would
15  have to be smaller and weaker.
16      Q.   And why were you making
17  observations about the liner?
18      A.   I'm responding to Alan's
19  request.  He -- his e-mail is reply -- is
20  asking, is it a liner or a full string of
21  7-inch, and I'm just clarifying the geometry
22  of what I expected would be run in the well.
23      Q.   And how would this information
24  have been used for your purpose?
25      MS. WILMS:

---

**429**

1      Object to form.
2      THE WITNESS:
3          This information was not for my
4  purpose.  This was for -- my purpose in that
5  it was to respond to Alan O'Donnell and
6  clarify their requests regarding the
7  production casing.
8  EXAMINATION BY MR. DAVID:
9      Q.   Do you know why Mr. O'Donnell
10  was requesting the information?
11      MS. WILMS:
12      Object to form.
13      THE WITNESS:
14          There were a series of e-mails
15  back and forth from the asset team to
16  describe what the production casing would
17  look like.  My understanding from those
18  e-mails is that they were interested in
19  tubing -- tubing flow predictions, and I
20  really don't know much more than that.
21  EXAMINATION BY MR. DAVID:
22      Q.   Did Mr. O'Donnell ask you if it
23  makes sense to use the -- 7-inch liner?
24      MS. WILMS:
25      Object to form.

---

**430**

1      THE WITNESS:
2      He did not.
3  EXAMINATION BY MR. DAVID:
4      Q.   Okay.  And why did you say it
5  makes sense?
6      MS. WILMS:
7      Object to form.
8      THE WITNESS:
9          "It makes sense" refers to
10  setting the 7-inch liner top in the 11 and
11  7/8ths.
12  EXAMINATION BY MR. DAVID:
13      Q.   So the operational decision of
14  setting the 7-inch liner top makes sense?
15      MS. WILMS:
16      Object to form.
17      THE WITNESS:
18      Can you say that question again?
19  EXAMINATION BY MR. DAVID:
20      Q.   Yes.
21          The operational decision of
22  setting the 7-inch liner top makes sense?
23      MS. WILMS:
24      Object to form.
25      THE WITNESS:

---

**431**

1          A liner top that is -- when a
2  liner is run and set, it is set.  So, yeah,
3  that makes sense.
4  EXAMINATION BY MR. DAVID:
5      Q.   That's not exactly my question.
6  My question is:  The -- in your mind, the
7  decision to set the 7-inch liner makes sense;
8  correct?
9      MS. WILMS:
10      Object to form.
11      THE WITNESS:
12          The "makes sense," I'm
13  clarifying Alan O'Donnell's question.  He
14  wants to know -- he's implying in his -- or
15  stating in his e-mail that a full string of
16  7-inch, meaning the 7-inch is going all the
17  way back to the -- to the mud line, and I'm
18  telling him it starts here, that this 7-inch
19  is probably only going to go back up to some
20  distance in the well and not back to surface.
21          So that's what makes sense.  And
22  as opposed to going all the way back to the
23  surface.
24  EXAMINATION BY MR. DAVID:
25      Q.   So the -- to clarify, the "makes

---

**18  (Pages 428 to 431)**

601 Poydras Street, Suite 1720      GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters   Facsimile: (504) 525-9109

Exhibit D
Page 18

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:
ROBERT QUITZAU VOL. II                 May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

**432**

1 sense" refers to what exactly?
2      A.   The fact that the 7-inch, within
3 the context of my e-mail, would not go all
4 the way back to the mud line.
5      Q.   So it makes sense that the
6 7-inch would not -- 7-inch liner would not go
7 all the way back up to the -- to the mud
8 line?
9      A.   It makes sense that the 7-inch
10 casing would not go all the way back up to
11 the mud line.
12      Q.   And why does that make sense?
13      A.   That makes sense because the
14 size of the tubulars in the well would allow
15 larger production casing to be run in 7-inch.
16      Q.   Okay. So it was based on the --
17 the tubulars?
18      A.   It's based on the size of the
19 tubulars in the shallower portions of the
20 well, the ID of the -- the internal diameter
21 of the tubulars.
22      Q.   Okay. So it makes sense to use
23 the 7-inch liner top in light of the
24 tubulars?
25      A.   It makes sense to have 7-inch

**433**

1 casing in the bottom of the well and larger
2 casing for production casing in the top of
3 the well. And Alan's note implies that he
4 thought the 7-inch might be going all the way
5 to the surface.
6      Q.   Okay.
7      A.   So he was trying to clarify
8 that.
9      Q.   Okay. So -- so it makes sense
10 to use the 7-inch liner in light of the
11 tubulars that were being used?
12      MS. WILMS:
13          Object to form.
14      THE WITNESS:
15          I -- I don't understand that
16 question.
17 EXAMINATION BY MR. DAVID:
18      Q.   Okay. So -- I'll break it up.
19 So it made sense to use the 7-inch liner top;
20 correct?
21      A.   It made sense to have 7-inch
22 casing in the bottom portion of the well for
23 the production casing.
24      Q.   Okay. And so you agreed with --
25 you agreed with the decision to use the

**434**

1 7-inch liner top?
2      MS. WILMS:
3          Object to form.
4      THE WITNESS:
5          What I'm -- what I'm agreeing to
6 is the size of the 7-inch casing. I'm
7 reporting that it's a liner and with a liner
8 top. But when it's a liner, it necessarily
9 has to have a liner top. That's an
10 assumption that I'm making based on my
11 previous e-mails and correspondence with
12 Bobby Bodek.
13 EXAMINATION BY MR. DAVID:
14      Q.   Okay. So through your --
15 correspondence with Mr. Bodek, did you gain
16 an appreciation that it would make sense to
17 use the 7-inch liner top?
18      MS. WILMS:
19          Object to the form.
20      THE WITNESS:
21          The term you keep using isn't --
22 doesn't quite make sense to me. Through
23 my -- through my discussions with Bobby
24 Bodek, my understanding is that 7-inch casing
25 would be run in the bottom part of the well

**435**

1 across the productive interval, and my
2 understanding was also that that 7-inch would
3 be run as a liner.
4 EXAMINATION BY MR. DAVID:
5      Q.   So what -- well, go back. What
6 term was I using that you didn't understand?
7      A.   You keep referring to "liner
8 top," and I think of it as just "a liner."
9      Q.   Okay. I'm just -- I'm stating
10 what you have in your e-mail. It says:
11 "7-inch liner top."
12          So should I be referring to it
13 as something else besides the 7-inch liner
14 top that you have written in your e-mail?
15      A.   Yeah. I'd have to -- I'd have
16 to revisit all your questions to get a grasp
17 of what you're after there.
18          And I said earlier, what makes
19 sense is that the liner top would be in the
20 11 and 7/8ths as opposed to the 9 and 7/8ths
21 casing.
22      Q.   Okay.
23      A.   That's what makes sense. And
24 then the parallel issue is that the 7-inch is
25 a liner and does not go all the way back to

**19  (Pages 432 to 435)**

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

Reported By:

ROBERT QUITZAU VOL. II          May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

---

436

1 surface.
2      Q.   Okay.  So it makes sense to use
3 the -- the liner top in that situation?
4      MS. WILMS:
5           Object to form.  The witness has
6 said what makes sense lots of times.
7 EXAMINATION BY MR. DAVID:
8      Q.   Okay.  In your communication
9 with Bobby Bodek, did you ever share that you
10 agreed with the decision to set the -- the
11 liner top in the 11 and 7/8ths?
12      A.   I did not.
13      Q.   Okay.  Why didn't you?
14      MS. WILMS:
15           Object to form.
16      THE WITNESS:
17           I assumed that BP was in charge
18 of that decision and they would set the liner
19 top where they wanted to.
20 EXAMINATION BY MR. DAVID:
21      Q.   Okay.  And did you discuss
22 the -- setting the liner top in a call with
23 Mr. Bodek or via e-mail?
24      A.   So, again, I never discussed the
25 setting of the liner top.  Just to clear --

---

437

1      Q.   Okay.
2      A.   -- for drilling parlance.  I
3 discussed setting a liner.  It's always going
4 to have a liner top.  So our discussions were
5 setting a liner and running a tieback, and
6 these e-mails were predominantly around
7 whether the liner was a 7-inch or 7 and
8 5/8ths or 7 and 3/4, and then clarifying what
9 size of production casing would go back to
10 surface.
11           And that was Alan's note.  He
12 implied that 7-inch was going back to
13 surface, and so that's what this note was to
14 clarify.
15 EXAMINATION BY MR. DAVID:
16      Q.   Okay.  Can we look at 1592.
17 Have y'all been able to locate that?
18      MS. WILMS:
19           We were never able to find it,
20 1592.
21      MR. DAVID:
22           Okay.  We can.
23      Ms. WILMS:
24           Do you know what number?
25      MR. DAVID:

---

438

1           It was at Tab 20 for the PSC.
2 We don't need the exhibit.  It's okay.
3 EXAMINATION BY MR. DAVID:
4      Q.   I believe yesterday, this
5 exhibit discussed the meeting or addressed
6 the meeting where Anadarko was considering
7 the drilling deeper of the Macondo well.
8           Does that refresh your
9 recollection of the document?
10      A.   Yes.
11      Q.   In this meeting, do you
12 recall -- I think you said that there were
13 three topics that were discussed; is that
14 correct?
15      A.   I don't recall listing three
16 documents.  Can you refresh my memory?
17      Q.   Yeah.  Three topics.
18      A.   Three topics.
19      Q.   I think the three topics were
20 whether to drill deeper, whether to -- to
21 temporary abandon the well and not drill
22 deeper, or temporary abandon the well and
23 then have another well drilled.
24           Does that reflect -- refresh
25 your recollection?

---

439

1      A.   That refreshes my recollection.
2      Q.   Okay.  You recall in more detail
3 what was discussed at that meeting?
4      A.   I do not.
5      Q.   Okay.  Did you ever discuss
6 drilling deeper, the Macondo well, after that
7 meeting?
8      A.   I don't recall discussing any
9 drilling deeper after that meeting.
10      Q.   Do you know if anyone from
11 Anadarko ever contacted BP about drilling
12 deeper?
13      MS. WILMS:
14           Object to form.
15      THE WITNESS:
16           I know that eventually Anadarko
17 sent some sort of correspondence, basically,
18 agreeing to BP, terminating the well at
19 that -- at the depth that they were at
20 that time, agreeing with BP's decision to
21 terminate the drilling depth.
22 EXAMINATION BY MR. DAVID:
23      Q.   Okay.  Slightly different
24 question.  Do you know if -- do you know
25 whether Anadarko ever communicated its desire

---

20  (Pages 436 to 439)

601 Poydras Street, Suite 1720      GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters   Facsimile: (504) 525-9109

Exhibit D
Page 20

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:
ROBERT QUITZAU VOL. II                    May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

---

440

1    to drill or -- strike that.
2         Do you know if Anadarko ever
3    communicated with BP about drilling the
4    Macondo well deeper?
5         MS. WILMS:
6             Object to form.
7         THE WITNESS:
8             I understand that there were
9    discussions about the possibility of drilling
10   deeper. That's the limit of my
11   understanding. I wasn't involved in any of
12   those discussions.
13        EXAMINATION BY MR. DAVID:
14        Q.   Do you know why those
15   discussions were held?
16        A.   I do not.
17        Q.   Do you think the Macondo well
18   should have been drilled deeper?
19        MS. WILMS:
20             Object to form.
21        THE WITNESS:
22             Deeper than it was?
23        EXAMINATION BY MR. DAVID:
24        Q.   Yes.
25        A.   I don't have an opinion on that.

---

442

1    were trying to understand possible
2    alternatives, and they just -- just over a
3    few days, I think there was a weekend in
4    there, they were just considering
5    alternatives.
6         EXAMINATION BY MR. DAVID:
7         Q.   Okay. And do you know why BP
8    called TD at that depth?
9         MS. WILMS:
10            Object to form.
11        THE WITNESS:
12            That's their decision. They
13   sent a note to the affect that they were
14   calling TD, and they listed some reasons. I
15   don't recall those reasons.
16        EXAMINATION BY MR. DAVID:
17        Q.   Do you recall if those reasons
18   were related to safety?
19        A.   I believe the decision to reach
20   TD was -- had already been made. And then
21   they sent the notice, and there was a comment
22   about safety, and I don't remember exactly
23   the exact text that was in that e-mail.
24        Q.   But you recall that Anadarko
25   eventually agreed to call TD at that depth;

---

441

1         Q.   Do you know why -- do you know
2    if Anadarko was concerned about calling TD at
3    that particular depth?
4         MS. WILMS:
5             Object to form.
6         THE WITNESS:
7             I understand that Anadarko
8    finally agreed with the decision to -- BP's
9    decision to call TD at that depth.
10        EXAMINATION BY MR. DAVID:
11        Q.   And before it agreed to the
12   decision -- with the decision to call TD at
13   that depth, what prevented it from agreeing?
14        MS. WILMS:
15            Object to form.
16        THE WITNESS:
17            Can you restate that question
18   again or say it again?
19        EXAMINATION BY MR. DAVID:
20        Q.   Why didn't Anadarko initially
21   agree to TD at that depth?
22        MS. WILMS:
23            Object to form.
24        THE WITNESS:
25            In my limited involvement, they

---

443

1    correct?
2         A.   We agreed with BP's decision to
3    call TD.
4         MR. DAVID:
5             All right, I have no other
6    questions. Thank you very much, Mr. Quitzau.
7         THE WITNESS:
8             Thank you.
9         THE VIDEOGRAPHER:
10            We're going off the record.
11   It's 9:55. This is videotape No. 2.
12            (Whereupon, a brief recess was
13   taken.)
14        THE VIDEOGRAPHER:
15            We're back on the record. This
16   is still videotape No. 2. It's 10 o'clock.
17        EXAMINATION BY MR. HEBERT:
18        Q.   Good morning, Mr. Quitzau. I
19   introduced myself earlier. I'm C.J. Hebert.
20   I'll have the pleasure of asking you
21   questions, at least, in part on behalf of
22   Transocean. My colleague, Richard Hymel,
23   will follow me.
24            If I ask any questions that you
25   don't understand, please don't answer them;

---

601 Poydras Street, Suite 1720     GAUDET KAISER, L.L.C.     Telephone: (504) 525-9100
New Orleans, LA 70130-6009  Board-Certified Court Reporters   Facsimile: (504) 525-9109

Exhibit D
Page 21

Case 2:10-md-02179-CJB-DPC   Document 2944-8   Filed 06/20/11   Page 23 of 23

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported By:
ROBERT QUITZAU VOL. II                    May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

672

```
 1              Objection to form.
 2       THE WITNESS:
 3              The report indicates that Bobby
 4    Bodek uploaded the April 19th drilling report
 5    at 9:54 a.m. on April 20th.
 6       EXAMINATION BY MS. WILMS:
 7       Q.    And other than the two downloads
 8    that you just described, do you have any
 9    other downloads on April 20th, 2010?
10       MR. DAVID:
11              Object to form.
12       THE WITNESS:
13              Let me go through the list.  No,
14    I do not.
15       MS. WILMS:
16              Okay.  No further questions.
17    Thank you very much.
18       THE VIDEOGRAPHER:
19              This is the conclusion of the
20    deposition.  We're going off the record.
21    It's 3:30.  This is the end of videotape
22    No. 6.
23              (Whereupon the deposition was
24    concluded.)
25
```

674

```
 1              REPORTER'S CERTIFICATE
 2
 3         I, Diane Tewis Clark, RPR, RMR, CRR,
 4    Certified Court Reporter, State of Louisiana,
 5    do hereby certify that above-named witness,
 6    after having been duly sworn by me to testify
 7    to the truth, did testify as hereinabove set
 8    forth;
 9         That this testimony was reported by me
10    in the stenotype reporting method and
11    transcribed thereafter by me on computer, and
12    that same is a true and correct transcript to
13    the best of my ability and understanding;
14         That I am not of counsel, nor related to
15    counsel or the parties hereto, and in no way
16    interested in the outcome of this matter.
17
18
19    _____
20         Diane Tewis Clark, RPR, RMR, CRR
21         Certified Court Reporter
22
23
24
25
```

673

```
 1
 2
 3         WITNESS' CERTIFICATE
 4
 5              I have read or have had the
 6    foregoing testimony read to me and hereby
 7    certify that it is a true and correct
 8    transcription of my testimony with the
 9    exception of any attached corrections or
10    changes.
11
12
13    _____
             ROBERT QUITZAU
14
15
16
17    PLEASE INDICATE
18    ( ) NO CORRECTIONS
19    ( ) CORRECTIONS; ERRATA SHEET(S) ENCLOSED
20
21
22
23
24
25
```

**79  (Pages 672 to 674)**