UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179 SECTION: J |
| This Document Relates To: No. 10-2771 (Limitation Action) | : : | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

………………………………………………...

## ORDER

CONSIDERING BP's Motion to Dismiss Anadarko's Crossclaims for Lack of Subject Matter Jurisdiction and Improper Venue;

IT IS ORDERED that the motion is GRANTED;

Counts I through XVI of the Claim, Answer and Cross-Claims of Third-Party Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP (Dkt. 338) are hereby DISMISSED without prejudice to their later being asserted in an arbitral proceeding.

THUS DONE AND SIGNED, this ____ day of _____, 2011, at New Orleans, Louisiana.

_____
**HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE**