UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico on April 20, 2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| *THIS DOCUMENT RELATES TO* | * | |
| *THE TRANSOCEAN LIMITATION* | * | MAGISTRATE NO. 1 |
| *ACTION, NO. 10-2771* | * | MAGISTRATE SHUSHAN |
| | * | |
| | * | |
| *   *   *   *   *   *   *   *   *   *   *   * | | |


MOTION OF MOEX USA CORPORATION TO DISMISS CROSS-CLAIMS
OF CAMERON INTERNATIONAL CORPORATION FOR FAILURE
<u>TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED</u>


**NOW INTO COURT**, comes Defendant MOEX USA Corporation, pursuant to Federal Rule of Civil Procedure 12(b)(6), and moves this Honorable Court to dismiss Cameron International Corporation's Cross-Claims For Failure To State A Claim Upon Which Relief Can Be Granted, for reasons more fully explained in the accompanying memorandum in support.

**WHEREFORE**, Defendant MOEX USA Corporation prays that this Court dismiss all claims asserted against it in Cameron International Corporation's Cross-Claims For Failure To State A Claim Upon Which Relief Can Be Granted.

DATED:  June 20, 2011                                 */s/ Robert S. Stassi*
                                                    Robert S. Stassi, T.A. (La. Bar No. 25259)
                                                    CARVER, DARDEN, KORETZKY, TESSIER,
                                                    FINN, BLOSSMAN & AREAUX, LLC
                                                    1100 Poydras Street, Suite 3100
                                                    New Orleans, LA 70163
                                                    Telephone: (504) 585-3800
                                                    Fax: (504) 585-3801
                                                    **ATTORNEYS FOR MOEX USA CORPORATION**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the

foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the

foregoing was electronically filed with the Clerk of Court of the United States District Court for

the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of

electronic filing in accordance with the procedures established in MDL 2179, on June 20, 2011.


                                                    */s/ Robert S. Stassi*

4833-3238-6569, v.  2