UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179 SECTION "J" JUDGE BARBIER |
| *THIS DOCUMENT RELATES TO THE TRANSOCEAN LIMITATION ACTION, NO. 10-2771* | * * * * * | MAGISTRATE NO. 1 MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Motion of Defendant MOEX USA Corporation To Dismiss the Cross-Claims Of Cameron International Corporation For Failure To State A Claim Upon Which Relief Can Be Granted:

**IT IS HEREBY ORDERED** that the Cross-Claims by Cameron International Corporation against MOEX USA Corporation is dismissed in Rec. Docs. #412 in #10-2771, #2472 in #10-2179 and #2474 in #10-2179.

New Orleans, Louisiana, this _____ day of _____, 2011.

 

UNITED STATES DISTRICT JUDGE

4841-7196-8265, v. 1