## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG §<br>         "DEEPWATER HORIZON" in the §<br>         GULF OF MEXICO on §<br>         APRIL 20, 2010 §<br>         §<br>This document relates to: §<br>         §<br>         §<br>_____2:10-cv-02771_____ § | MDL No. 2179<br><br>SECTION: J<br><br>Judge Carl J. Barbier<br>Magistrate Judge Sally Shushan | |

**THIRD-PARTY DEFENDANT M-I L.L.C.'S ANSWER AND AFFIRMATIVE
DEFENSES TO CROSS-CLAIMS OF MOEX OFFSHORE 2007 LLC**

Subject to and without waiving any rights or defenses in its pending motion to dismiss under Federal Rule of Civil Procedure 12(b)(6), M-I L.L.C. ("M-I"), for its answer and affirmative defenses to the cross-claims of MOEX Offshore 2007 LLC ("MOEX Offshore"), states as follows:[1]

    1.      Upon information and belief, M-I admits the allegations of Paragraph 1.

    2.      Upon information and belief, M-I admits the allegations of Paragraph 2.

    3.      Upon information and belief, M-I admits the allegations of Paragraph 3.

    4.      Upon information and belief, M-I admits the allegations of Paragraph 4.

    5.      Upon information and belief, M-I admits the allegations of Paragraph 5.

    6.      Upon information and belief, M-I admits the allegations of Paragraph 6.

    7.      Upon information and belief, M-I admits the allegations of Paragraph 7.

    8.      Upon information and belief, M-I admits the allegations of Paragraph 8.

---

[1] Pursuant to the Court's stipulated order of March 24, 2011 (Rec. Doc. No. 1730), M-I responds to the cross-claim MOEX Offshore filed against it on April 20, 2011 in 10-cv-2771. M-I is aware that MOEX Offshore also filed purported cross-claims in MDL 2179 on April 19, 2011 (Rec. Doc. No. 2008), in a 37-page document with un-numbered paragraphs. That cross-claim makes the same claims against M-I as the properly numbered cross-claim filed in 10-cv-2771. To the extent that a response to the cross-claim in MDL 2179 is deemed necessary, this document serves as M-I's answer and affirmative defenses to that cross-claim as well.

9.      M-I admits the allegations of Paragraph 9, except that M-I denies that it is "also known as M-I Swaco" and denies that its principal place of business is in Wilmington, Delaware.

10.      Upon information and belief, M-I admits the allegations of Paragraph 10.

11.      Upon information and belief, M-I admits the allegations of Paragraph 11.

12.      M-I admits that this Court has subject matter jurisdiction over MOEX Offshore's cross-claims.

13.      M-I admits that the Court has jurisdiction over M-I.

14.      Upon information and belief, M-I admits the allegations of Paragraph 14.

15.      Upon information and belief, M-I admits the allegations of Paragraph 15.

16.      The allegations of Paragraph 16 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 16 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

17.      The allegations of Paragraph 17 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 17 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

18.      The allegations of Paragraph 18 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 18 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

19.      The allegations of Paragraph 19 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph

19 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

20.     M-I admits the allegations of Paragraph 20 insofar as they relate to the tasks and activities of M-I.   The remaining allegations of Paragraph 20 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the remaining allegations of Paragraph 20 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

21.     The allegations of Paragraph 21 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 21 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

22.     The allegations of Paragraph 22 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 22 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

23.     The allegations of Paragraph 23 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 23 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

24.     M-I admits that the Macondo well blew out during the final stages of drilling operations on April 20, 2010.   The remaining allegations of Paragraph 24 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the

remaining allegations of Paragraph 24 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

25.     The allegations of Paragraph 25 and its subparts are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 25 and its subparts for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

26.     The allegations of Paragraph 26 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 26 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

27.     The allegations of Paragraph 27 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 27 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

28.     M-I repeats and realleges its answers to Paragraphs 1-27.

29.     The allegations of Paragraph 29 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 29 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

30.     The allegations of Paragraph 30 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 30 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

31.     The allegations of Paragraph 31 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 31 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

32.     M-I repeats and realleges its answers to Paragraphs 1-31.

33.     The allegations of Paragraph 33 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 33 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

34.      The allegations of Paragraph 34 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 34 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

35.     The allegations of Paragraph 35 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 35 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

36.     The allegations of Paragraph 36 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 36 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

37.     M-I repeats and realleges its answers to Paragraphs 1-36.

38.     The allegations of Paragraph 38 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 38 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

39.     The allegations of Paragraph 39 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 39 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

40.     The allegations of Paragraph 40 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 40 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

41.     The allegations of Paragraph 41 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 41 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

42.     The allegations of Paragraph 42 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 42 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

43.     The allegations of Paragraph 43 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph

43 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

44.     M-I repeats and realleges its answers to Paragraphs 1-43.

45.     The allegations of Paragraph 45 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 45 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

46.     The allegations of Paragraph 46 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 46 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

47.     The allegations of Paragraph 47 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 47 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

48.     The allegations of Paragraph 48 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 48 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

49.     M-I repeats and realleges its answers to Paragraphs 1-48.

50.     Upon information and belief, M-I admits the allegations of Paragraph 50.

51.     Upon information and belief, M-I admits the allegations of Paragraph 51.

52.     The allegations of Paragraph 52 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 52 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

53.     The allegations of Paragraph 53 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 53 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

54.     The allegations of Paragraph 54 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 54 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

55.     The allegations of Paragraph 55 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 55 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

56.     The allegations of Paragraph 56 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 56 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

57.     The allegations of Paragraph 57 and its subparts are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the

allegations of Paragraph 57, including all subparts, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

58.     M-I repeats and realleges its answers to Paragraphs 1-57.

59.     The allegations of Paragraph 59 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 59 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

60.     The allegations of Paragraph 60 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 60 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

61.     The allegations of Paragraph 61 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 61 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

62.     The allegations of Paragraph 62 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 62 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

63.     The allegations of Paragraph 63 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 63 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

64.     M-I repeats and realleges its answers to Paragraphs 1-63.

65.     The allegations of Paragraph 65 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 65 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

66.     The allegations of Paragraph 66 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 66 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

67.     The allegations of Paragraph 67 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 67 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

68.     The allegations of Paragraph 68 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 68 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

69.     The allegations of Paragraph 69 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 69 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

70.     M-I repeats and realleges its answers to Paragraphs 1-69.

71.     The allegations of Paragraph 71 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 71 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

72.     The allegations of Paragraph 72 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 72 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

73.     The allegations of Paragraph 73 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 73 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

74.     The allegations of Paragraph 74 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 74 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

75.     The allegations of Paragraph 75 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 75 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

76.     M-I repeats and realleges its answers to Paragraphs 1-75.

77.     The allegations of Paragraph 77 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph

77 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

78.     The allegations of Paragraph 78 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 78 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

79.     The allegations of Paragraph 79 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 79 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

80.     The allegations of Paragraph 80 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 80 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

81.     M-I repeats and realleges its answers to Paragraphs 1-80.

82.     The allegations of Paragraph 82 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 82 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

83.     The allegations of Paragraph 83 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 83 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

84.     The allegations of Paragraph 84 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 84 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

85.     The allegations of Paragraph 85 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 85 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

86.     M-I repeats and realleges its answers to Paragraphs 1-85.

87.     The allegations of Paragraph 87 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 87 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

88.     The allegations of Paragraph 88 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 88 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

89.     M-I repeats and realleges its answers to Paragraphs 1-88.

90.     Paragraph 90 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I admits the allegations of Paragraph 90.

91.     The allegations of Paragraph 91 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph

91 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

92.     The allegations of Paragraph 92 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 92 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

93.     The allegations of Paragraph 93 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 93 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

94.     The allegations of Paragraph 94 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 94 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

95.     M-I repeats and realleges its answers to Paragraphs 1-94.

96.     The allegations of Paragraph 96 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 96 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

97.     The allegations of Paragraph 97 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 97 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

98.     The allegations of Paragraph 98 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 98 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

99.     The allegations of Paragraph 99 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 99 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

100.    The allegations of Paragraph 100 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 100 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

101.    M-I repeats and realleges its answers to Paragraphs 1-100.

102.    The allegations of Paragraph 102 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 102 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

103.    The allegations of Paragraph 103 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 103 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

104.    The allegations of Paragraph 104 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 104 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

105.    The allegations of Paragraph 105 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 105 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

106.    The allegations of Paragraph 106 and its subparts are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 106, including all subparts, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

107.    M-I repeats and realleges its answers to Paragraphs 1-106.

108.    The allegations of Paragraph 108 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 108 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

109.    The allegations of Paragraph 109 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 109 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

110.    The allegations of Paragraph 110 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 110 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

111.    The allegations of Paragraph 111 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 111 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

112.    The allegations of Paragraph 112 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 112 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

113.    M-I repeats and realleges its answers to Paragraphs 1-112.

114.    The allegations of Paragraph 114 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 114 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

115.    The allegations of Paragraph 115 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 115 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

116.    The allegations of Paragraph 116 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 116 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

117.    M-I repeats and realleges its answers to Paragraphs 1-116.

118.    Paragraph 118 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I admits the allegations of Paragraph 118.

119.    The allegations of Paragraph 119 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 119 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

120.    The allegations of Paragraph 120 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 120 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

121.    The allegations of Paragraph 121 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 121 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

122.    The allegations of Paragraph 122 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 122 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

123.    The allegations of Paragraph 123 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 123 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

124.    M-I repeats and realleges its answers to Paragraphs 1-123.

125.    M-I admits that it provided drilling fluids, attendant services, and a recommended drilling fluids program for the well based upon information provided by the operator and subject to operator approval.  M-I denies the remaining allegations of Paragraph 125.

126.    M-I denies the allegations of Paragraph 126.

127.    M-I denies the allegations of Paragraph 127.

128.    M-I denies the allegations of Paragraph 128, including all subparts.

129.    M-I repeats and realleges its answers to Paragraphs 1-128.

130.    M-I denies the allegations of Paragraph 130.

131.    M-I denies the allegations of Paragraph 131.

132.    M-I denies the allegations of Paragraph 132.

133.    M-I denies the allegations of Paragraph 133.

134.    M-I repeats and realleges its answers to Paragraphs 1-133.

135.    M-I denies the allegations of Paragraph 135.

136.    M-I denies the allegations of Paragraph 136.

137.    M-I denies the allegations of Paragraph 137.

138.    M-I denies the allegations of Paragraph 138.

139.    M-I repeats and realleges its answers to Paragraphs 1-138.

140.    The allegations of Paragraph 140 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 140 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

141.    The allegations of Paragraph 141 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 141 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

142.    The allegations of Paragraph 142 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 142 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

143.    The allegations of Paragraph 143 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 143 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

144.    The allegations of Paragraph 144 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 144 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

145.    The allegations of Paragraph 145 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 145 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

146.    The allegations of Paragraph 146 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 146 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

147.    The allegations of Paragraph 147 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 147 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

148.    The allegations of Paragraph 148 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 148 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

149.    The allegations of Paragraph 149 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 149 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

150.    The allegations of Paragraph 150 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 150 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

151.    The allegations of Paragraph 151 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 151 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

152.    The allegations of Paragraph 152 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 152 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

153.    The allegations of Paragraph 153 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 153 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

154.    M-I repeats and realleges its answers to Paragraphs 1-153.

155.    The allegations of Paragraph 155 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 155 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

156.    The allegations of Paragraph 156 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 156 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

157.    The allegations of Paragraph 157 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 157 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

158.    The allegations of Paragraph 158 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 158 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

159.    The allegations of Paragraph 159 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 159 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

160.    M-I repeats and realleges its answers to Paragraphs 1-159.

161.    The allegations of Paragraph 161 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 161 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

162.    The allegations of Paragraph 162 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 162 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

163.    The allegations of Paragraph 163 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 163 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

164.    The allegations of Paragraph 164 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 164 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

165.    The allegations of Paragraph 165 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 165 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

166.    The allegations of Paragraph 166 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 166 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

167.    M-I repeats and realleges its answers to Paragraphs 1-166.

168.    The allegations of Paragraph 168 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 168 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

169.    The allegations of Paragraph 169 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 169 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

170.    The allegations of Paragraph 170 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 170 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

171.    The allegations of Paragraph 171 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 171 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

172.    The allegations of Paragraph 172 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 172 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

173.    The allegations of Paragraph 173 and its subparts are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 173, including all subparts, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

174.    The allegations of Paragraph 174 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 174 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

175.    M-I repeats and realleges its answers to Paragraphs 1-174.

176.    The allegations of Paragraph 176 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 176 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

177.    The allegations of Paragraph 177 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 177 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

178.    The allegations of Paragraph 178 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 178 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

179.    The allegations of Paragraph 179 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 179 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

180.    The allegations of Paragraph 180 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 180 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

181.    M-I repeats and realleges its answers to Paragraphs 1-180.

182.    The allegations of Paragraph 182 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 182 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

183.    The allegations of Paragraph 183 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 183 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

184.    The allegations of Paragraph 184 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 184 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

185.    The allegations of Paragraph 185 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 185 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

186.    The allegations of Paragraph 186 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 186 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

187.    The allegations of Paragraph 187 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 187 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The allegations of the cross-claim fail to state a claim upon which relief can be granted.

### SECOND DEFENSE

The conduct and actions giving rise to MOEX Offshore's alleged injuries took place with the privity or knowledge of MOEX Offshore.

### THIRD DEFENSE

The events giving rise to the injuries and damage alleged by MOEX Offshore were not the result of any negligence, fault, or want of due care on the part of M-I or those for whom M-I may be responsible.

**FOURTH DEFENSE**

Neither M-I nor its employees, agents, and/or other representatives, or anyone for whom it was responsible, was in any manner negligent or guilty of any acts or omissions or breach of duty in connection with the blowout, explosions, fire, and oil spill occurring on or about April 20, 2010 involving the Macondo well site at Mississippi Canyon Block 252 and the MODU *Deepwater Horizon* and/or any damages, personal injuries or deaths allegedly sustained by any other party arising out of the blowout, explosions, fire, and oil spill occurring on or about April 20, 2010 made the basis of these proceedings.

**FIFTH DEFENSE**

At all materials times, parties outside of M-I's control were responsible for the safe operation of the MODU *Deepwater Horizon*.  Therefore, M-I is neither liable nor responsible in law or in fact for any acts, omissions, breach of duty or unseaworthy condition(s) attributable to any cross-defendant and/or the MODU *Deepwater Horizon.*

**SIXTH DEFENSE**

The superseding and/or intervening negligence and/or breach of duty of parties other than M-I was the proximate cause of the blowout, explosions, fire and oil spill occurring on or about April 20, 2010 made the basis of these proceedings.

**SEVENTH DEFENSE**

M-I reserves the right to rely on any and all further defenses that become available or appear during discovery proceedings in this action and specifically reserves the right to amend this Answer for purposes of asserting additional defenses.

**EIGHTH DEFENSE**

M-I expressly incorporates herein all allegations, claims, and contentions against MOEX Offshore and other parties to this action as set forth in full in M-I L.L.C.'s First Amended Cross-Claims.

WHEREFORE, M-I prays that judgment be entered in favor of M-I and against MOEX Offshore on its cross-claims against M-I, and for such further relief as may be just and proper.

**OF COUNSEL:**
MORGAN, LEWIS & BOCKIUS LLP

Derek E. Leon
dleon@morganlewis.com
Texas Bar No. 24002463
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone:      (305) 415-3000
Facsimile:      (305) 415-3001

Denise Scofield
dscofield@morganlewis.com
Texas Bar No. 00784934
1000 Louisiana, Suite 4000
Houston, Texas  77002
Telephone:      (713) 890-5000
Facsimile:      (713) 890-5001

**ATTORNEYS FOR DEFENDANT
M-I L.L.C.**

June 20, 2011

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Hugh E. Tanner*
        Hugh E. Tanner
        htanner@morganlewis.com
        Texas Bar No. 19637400
        1000 Louisiana, Suite 4000
        Houston, Texas  77002
        Telephone:      (713) 890-5000
        Facsimile:      (713) 890-5001

**ATTORNEYS FOR DEFENDANT
M-I L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Answer and Affirmative Defenses to Cross-Claim of MOEX Offshore 2007 LLC has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the Court's CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this 20th day of June, 2011.


                                        */s/ Hugh E. Tanner*
                                        Hugh E. Tanner