UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico on April 20, 2010** | * | **SECTION "J"** |
| | * | **JUDGE BARBIER** |
| *THIS DOCUMENT RELATES TO* | * | |
| *THE TRANSOCEAN LIMITATION* | * | **MAGISTRATE NO. 1** |
| *ACTION, NO. 10-2771* | * | **MAGISTRATE SHUSHAN** |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Motion of Defendant MOEX Offshore 2007 LLC To Dismiss Cross-Claims Of Cameron International Corporation For Failure To State A Claim Upon Which Relief Can Be Granted:

**IT IS HEREBY ORDERED** that the Cross-Claims by Cameron International Corporation against MOEX Offshore 2007 LLC is dismissed in Rec. Docs. #412 in #10-2771, #2472 in #10-2179 and #2474 in #10-2179.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

4840-2090-7785, v. 1