## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION: J |
| This document relates to: | § § § | Judge Carl J. Barbier Magistrate Judge Sally Shushan |
| No. 2:10-cv-02771 | § § § § | |

## THIRD PARTY DEFENDANT M-I L.L.C.'S ANSWER AND AFFIRMATIVE DEFENSES TO CROSS-CLAIMS OF ANADARKO PETROLEUM CORPORATION AND ANADARKO E&P COMPANY LP

Subject to and without waiving any rights or defenses in its pending motion to dismiss under Federal Rule of Civil Procedure 12(b)(6), M-I L.L.C. ("M-I"), for its answer and affirmative defenses to the cross-claims of Anadarko Petroleum Corporation ("Anadarko Petroleum") and Anadarko E&P Company LP ("Anadarko E&P", and collectively the "Anadarko Parties"), states as follows.

1.      Upon information and belief, M-I admits the allegations of Paragraph 1.

2.      Upon information and belief, M-I admits the allegations of Paragraph 2.

3.      Upon information and belief, M-I admits the allegations of Paragraph 3.

4.      Upon information and belief, M-I admits the allegations of Paragraph 4.

5.      Upon information and belief, M-I admits the allegations of Paragraph 5.

6.      Upon information and belief, M-I admits the allegations of Paragraph 6.

7.      Upon information and belief, M-I admits the allegations of Paragraph 7.

8.      Upon information and belief, M-I admits the allegations of Paragraph 8.

9. Upon information and belief, M-I admits the allegations of Paragraph 9.

10. Upon information and belief, M-I admits the allegations of Paragraph 10.

11. Upon information and belief, M-I admits the allegations of Paragraph 11.

12. Upon information and belief, M-I admits the allegations of Paragraph 12.

13. Upon information and belief, M-I admits the allegations of Paragraph 13.

14. M-I admits the allegations of Paragraph 14, except that M-I denies that it is "also known as M-I Swaco" and denies that its principal place of business is in Wilmington, Delaware.

15. Upon information and belief, M-I admits the allegations of Paragraph 15.

16. Upon information and belief, M-I admits the allegations of Paragraph 16.

17. Upon information and belief, M-I admits the allegations of Paragraph 17.

18. Upon information and belief, M-I admits the allegations of Paragraph 18.

19. M-I admits that this Court has subject matter jurisdiction over the Anadarko Parties' cross-claims.

20. M-I admits that the Court has jurisdiction over M-I.

21. Upon information and belief, M-I admits the allegations of Paragraph 21.

22. Upon information and belief, M-I admits the allegations of Paragraph 22.

23. The allegations of Paragraph 23 are not directed at M-I, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 23 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

24. The allegations of Paragraph 24 are not directed at M-I, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph

24 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

25.     The allegations of Paragraph 25 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 25 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

26.     The allegations of Paragraph 26 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 26 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

27.     Paragraph 27(c) purports to allege facts against M-I, but the paragraph is incomplete.  Therefore, M-I denies the allegations in Paragraph 27(c) because M-I lacks knowledge or information sufficient to form a belief about the truth of said allegations.  The remaining allegations of Paragraph 27, including all subparts, are not directed at M-I, so no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 27 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

28.     The allegations of Paragraph 28 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 28 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

29.     The allegations of Paragraph 29 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph

29 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

30.     The allegations of Paragraph 30 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 30 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

31.     The allegations of Paragraph 31 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 31 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

32.     The allegations of Paragraph 32 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 32 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

33.     The allegations of Paragraph 33 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 33 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

34.     The allegations of Paragraph 34 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 34 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

DB1/ 67535746.1

35.     The allegations of Paragraph 35 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 35 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

36.     The allegations of Paragraph 36 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 36 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

37.     The allegations of Paragraph 37 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 37 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

38.     The allegations of Paragraph 38 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 38 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

39.     The allegations of Paragraph 39 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 39 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

40.     The allegations of Paragraph 40 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph

DB1/ 67535746.1

40 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

41.     The allegations of Paragraph 41 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 41 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

42.     The allegations of Paragraph 42 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 42 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

43.     The allegations of Paragraph 43 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 43 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

44.     The allegations of Paragraph 44 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 44 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

45.     The allegations of Paragraph 45 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 45 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

DB1/ 67535746.1

46.     The allegations of Paragraph 46 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 46 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

47.     The allegations of Paragraph 47 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 47 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

48.     The allegations of Paragraph 48 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 48 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

49.     The allegations of Paragraph 49 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 49 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

50.     The allegations of Paragraph 50 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 50 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

51.     The allegations of Paragraph 51 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph

DB1/ 67535746.1

51 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

52.     The allegations of Paragraph 52 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 52 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

53.     The allegations of Paragraph 53 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 53 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

54.     The allegations of Paragraph 54 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 54 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

55.     The allegations of Paragraph 55 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 55 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

56.     The allegations of Paragraph 56 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 56 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

DB1/ 67535746.1

57.     The allegations of Paragraph 57 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 57 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

58.     The allegations of Paragraph 58 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 58 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

59.     M-I admits that it provided drilling fluids, attendant services, and a recommended drilling fluids program for the well based on information provided by the operator and subject to operator approval.  The remaining allegations of Paragraph 59 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the remaining allegations of Paragraph 59 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

60.     The allegations of Paragraph 60 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 60 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

61.     The allegations of Paragraph 61 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 61 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

DB1/ 67535746.1

62.     The allegations of Paragraph 62 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 62 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

63.     The allegations of Paragraph 63 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 63 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

64.     The allegations of Paragraph 64 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 64 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

65.     The allegations of Paragraph 65 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 65 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

66.     The allegations of Paragraph 66 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 66 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

67.     The allegations of Paragraph 67 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph

67 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

68.     The allegations of Paragraph 68 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 68 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

69.     The allegations of Paragraph 69 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 69 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

70.     The allegations of Paragraph 70 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 70 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

71.     The allegations of Paragraph 71 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 71 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

72.     The allegations of Paragraph 72 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 72 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

DB1/ 67535746.1

73.     The allegations of Paragraph 73 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 73 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

74.     The allegations of Paragraph 74 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 74 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

75.     The allegations of Paragraph 75 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 75 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

76.     The allegations of Paragraph 76 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 76 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

77.     The allegations of Paragraph 77 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 77 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

78.     The allegations of Paragraph 78 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph

DB1/ 67535746.1

78 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

79.     The allegations of Paragraph 79 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 79 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

80.     The allegations of Paragraph 80 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 80, including all subparts, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

81.     The allegations of Paragraph 81 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 81 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

82.     The allegations of Paragraph 82 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 82 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

83.     The allegations of Paragraph 83 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 83 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

DB1/ 67535746.1

84.     The allegations of Paragraph 84 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 84 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

85.     The allegations of Paragraph 85 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 85, including all subparts, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

86.     The allegations of Paragraph 86 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 86 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

87.     The allegations of Paragraph 87 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 87 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

88.     The allegations of Paragraph 88 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 88 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

89.     The allegations of Paragraph 89 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph

DB1/ 67535746.1

89 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

90.     The allegations of Paragraph 90 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 90 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

91.     M-I repeats and realleges its answers to Paragraphs 1-90.

92.     The allegations of Paragraph 92 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 92 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

93.     The allegations of Paragraph 93 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 93 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

94.     The allegations of Paragraph 94 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 94 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

95.     The allegations of Paragraph 95 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 95 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

DB1/ 67535746.1

96.     M-I repeats and realleges its answers to Paragraphs 1-96.

97.     The allegations of Paragraph 97 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 97 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

98.     The allegations of Paragraph 98 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 98 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

99.     The allegations of Paragraph 99 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 99 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

100.    M-I repeats and realleges its answer to Paragraphs 1-99.

101.    The allegations of Paragraph 101 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 101 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

102.    The allegations of Paragraph 102 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 102 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

103.     The allegations of Paragraph 103 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 103 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

104.     M-I repeats and realleges its answers to Paragraphs 1-103.

105.     The allegations of Paragraph 105 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 105 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

106.     The allegations of Paragraph 106 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 106 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

107.     The allegations of Paragraph 107 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 107 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

108.     The allegations of Paragraph 108 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 108 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

109.     M-I repeats and realleges its answers to Paragraphs 1-108.

DB1/ 67535746.1

110.    The allegations of Paragraph 110 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 110 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

111.    The allegations of Paragraph 111 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 111 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

112.    The allegations of Paragraph 112 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 112 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

113.    The allegations of Paragraph 113 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 113 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

114.    M-I repeats and realleges its answers to Paragraphs 1-113.

115.    The allegations of Paragraph 115 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 115 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

116.    The allegations of Paragraph 116 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

DB1/ 67535746.1

Paragraph 116 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

117.   M-I repeats and realleges its answers to Paragraphs 1-116.

118.   The allegations of Paragraph 118 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 118 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

119.   The allegations of Paragraph 119 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 119 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

120.   The allegations of Paragraph 120 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 120 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

121.   M-I repeats and realleges its answers to Paragraphs 1-120.

122.   The allegations of Paragraph 122 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 122 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

123.   The allegations of Paragraph 123 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 123 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

124.    The allegations of Paragraph 124 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 124 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

125.    M-I repeats and realleges its answers to Paragraphs 1-124.

126.    The allegations of Paragraph 126 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 126 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

127.    The allegations of Paragraph 127 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 127 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

128.    M-I repeats and realleges its answers to Paragraphs 1-127.

129.    The allegations of Paragraph 129 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 129 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

130.    The allegations of Paragraph 130 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 130 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

131.    The allegations of Paragraph 131 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 131 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

132.    M-I repeats and realleges its answers to Paragraphs 1-131.

133.    The allegations of Paragraph 133 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 133 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

134.    The allegations of Paragraph 134 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 134 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

135.    The allegations of Paragraph 135 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 135 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

136.    M-I repeats and realleges it answers to Paragraphs 1-135.

137.    The allegations of Paragraph 137 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

DB1/ 67535746.1

Paragraph 137 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

138.    The allegations of Paragraph 138 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 138 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

139.    The allegations of Paragraph 139 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 139 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

140.    The allegations of Paragraph 140 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 140 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

141.    The allegations of Paragraph 141 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 141 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

142.    M-I repeats and realleges its answers to Paragraphs 1-141.

143.    The allegations of Paragraph 143 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 143 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

144.     The allegations of Paragraph 144 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 144 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

145.     The allegations of Paragraph 145 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 145 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

146.     The allegations of Paragraph 146 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 146 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

147.     M-I repeats and realleges its answers to Paragraphs 1-146.

148.     The allegations of Paragraph 148 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 148 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

149.     The allegations of Paragraph 149 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 149 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

150.     The allegations of Paragraph 150 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

DB1/ 67535746.1

Paragraph 150 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

151.    The allegations of Paragraph 151 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 151 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

152.    M-I repeats and realleges its answers to Paragraphs 1-151.

153.    The allegations of Paragraph 153 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 153 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

154.    The allegations of Paragraph 154 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 154 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

155.    The allegations of Paragraph 155 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 155 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

156.    The allegations of Paragraph 156 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 156 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

DB1/ 67535746.1

157.    The allegations of Paragraph 157 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 157 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

158.    The allegations of Paragraph 158 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 158 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

159.    M-I repeats and realleges its answers to Paragraphs 1-158.

160.    The allegations of Paragraph 160 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 160 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

161.    The allegations of Paragraph 161 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 161 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

162.    M-I repeats and realleges its answers to Paragraphs 1-161.

163.    The allegations of Paragraph 163 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 163 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

DB1/ 67535746.1

164.    The allegations of Paragraph 164 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 164 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

165.    The allegations of Paragraph 165 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 165 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

166.    The allegations of Paragraph 166 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 166 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

167.    The allegations of Paragraph 167 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 167 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

168.    The allegations of Paragraph 168 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 168 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

169.    The allegations of Paragraph 169 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 169 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

170.    The allegations of Paragraph 170 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 170 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

171.    The allegations of Paragraph 171 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 171, including all subparts, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

172.    M-I repeats and realleges its answers to Paragraphs 1-171.

173.    The allegations of Paragraph 173 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 173 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

174.    The allegations of Paragraph 174 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 174 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

175.    The allegations of Paragraph 175 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 175 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

DB1/ 67535746.1

176.    The allegations of Paragraph 176 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 176 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

177.    M-I repeats and realleges its answers to Paragraphs 1-176.

178.    The allegations of Paragraph 178 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 178 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

179.    The allegations of Paragraph 179 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 179 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

180.    The allegations of Paragraph 180 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 180 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

181.    M-I repeats and realleges its answers to Paragraphs 1-180.

182.    The allegations of Paragraph 182 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 182 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

DB1/ 67535746.1

183.    The allegations of Paragraph 183 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 183 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

184.    The allegations of Paragraph 184 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 184 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

185.    M-I repeats and realleges its answers to Paragraphs 1-184.

186.    The allegations of Paragraph 186 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 186 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

187.    M-I repeats and realleges its answers to Paragraphs 1-186.

188.    The allegations of Paragraph 188 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 188 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

189.    The allegations of Paragraph 189 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 189 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

DB1/ 67535746.1

190.     The allegations of Paragraph 190 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 190 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

191.     The allegations of Paragraph 191 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 191 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

192.     M-I repeats and realleges its answers to Paragraphs 1-191.

193.     The allegations of Paragraph 193 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 193 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

194.     The allegations of Paragraph 194 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 194 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

195.     The allegations of Paragraph 195 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 195 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

196.     The allegations of Paragraph 196 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 196 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

197.    The allegations of Paragraph 197 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 197 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

198.    M-I repeats and realleges its answers to Paragraphs 1-197.

199.    The allegations of Paragraph 199 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 199 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

200.    The allegations of Paragraph 200 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 200 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

201.    The allegations of Paragraph 201 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 201 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

202.    The allegations of Paragraph 202 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 202 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

203.   M-I repeats and realleges its answers to Paragraphs 1-202.

204.   The allegations of Paragraph 204 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 204 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

205.   The allegations of Paragraph 205 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 205 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

206.   The allegations of Paragraph 206 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 206 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

207.   The allegations of Paragraph 207 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 207 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

208.   M-I repeats and realleges the allegations of Paragraphs 1-207.

209.   The allegations of Paragraph 209 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 209 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

210.    The allegations of Paragraph 210 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 210 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

211.    The allegations of Paragraph 211 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 211 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

212.    The allegations of Paragraph 212 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 212 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

213.    The allegations of Paragraph 213 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 213 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

214.    M-I repeats and realleges its answers to Paragraphs 1-213.

215.    The allegations of Paragraph 215 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 215 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

216.    The allegations of Paragraph 216 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

DB1/ 67535746.1

Paragraph 216 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

217.    The allegations of Paragraph 217 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 217 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

218.    The allegations of Paragraph 218 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 218 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

219.    The allegations of Paragraph 219 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 219, including all subparts, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

220.    The allegations of Paragraph 220 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 220 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

221.    M-I repeats and realleges its answers to Paragraphs 1-220.

222.    The allegations of Paragraph 222 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 222 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

DB1/ 67535746.1

223.    The allegations of Paragraph 223 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 223 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

224.    The allegations of Paragraph 224 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 224 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

225.    The allegations of Paragraph 225 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 225 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

226.    M-I repeats and realleges its answers to Paragraphs 1-225.

227.    The allegations of Paragraph 227 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 227 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

228.    The allegations of Paragraph 228 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 228 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

229.    The allegations of Paragraph 229 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

DB1/ 67535746.1

Paragraph 229 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

230.     M-I repeats and realleges its answers to Paragraphs 1-229.

231.     The allegations of Paragraph 231 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 231 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

232.     The allegations of Paragraph 232 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 232 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

233.     The allegations of Paragraph 233 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 233 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

234.     M-I repeats and realleges its answers to Paragraphs 1-233.

235.     The allegations of Paragraph 235 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 235 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

236.     M-I repeats and realleges its answers to Paragraphs 1-235.

237.     The allegations of Paragraph 237 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 237 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

238.   The allegations of Paragraph 238 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 238 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

239.   The allegations of Paragraph 239 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 239 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

240.   The allegations of Paragraph 240 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 240 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

241.   The allegations of Paragraph 241 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 241 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

242.   M-I repeats and realleges its answers to Paragraphs 1-241.

243.   The allegations of Paragraph 243 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 243 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

DB1/ 67535746.1

244.     The allegations of Paragraph 244 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 244 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

245.     The allegations of Paragraph 245 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 245 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

246.     The allegations of Paragraph 246 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 246 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

247.     M-I repeats and realleges its answers to Paragraphs 1-246.

248.     The allegations of Paragraph 248 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 248 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

249.     The allegations of Paragraph 249 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 249 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

250.     The allegations of Paragraph 250 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

DB1/ 67535746.1

Paragraph 250 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

251.   The allegations of Paragraph 251 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 251 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

252.   M-I repeats and realleges its answers to Paragraphs 1-251.

253.   The allegations of Paragraph 253 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 253 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

254.   The allegations of Paragraph 254 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 254 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

255.   M-I repeats and realleges its answers to Paragraphs 1-254.

256.   M-I admits that it provided drilling fluids, attendant services, and a recommended drilling fluids program for the well based on information provided by the operator and subject to operator approval.  M-I denies the remaining allegations of Paragraph 256.

257.   Paragraph 257 contains legal conclusions to which no response is necessary.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 257.

258.    Paragraph 258 contains legal conclusions to which no response is necessary.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 258.

259.     M-I denies the allegations of Paragraph 259, including all subparts.

260.     M-I repeats and realleges its answers to Paragraphs 1-259.

261.     Paragraph 261 contains legal conclusions to which no response is necessary. Further, M-I has filed a motion to dismiss Count XXXIV.  Subject to and without waiving the arguments made in M-I's motion to dismiss, and to the extent a response is necessary, M-I denies the allegations of Paragraph 261.

262.     Paragraph 262 contains legal conclusions to which no response is necessary. Further, M-I has filed a motion to dismiss Count XXXIV.  Subject to and without waiving the arguments made in M-I's motion to dismiss, and to the extent a response is necessary, M-I denies the allegations of Paragraph 262.

263.     Paragraph 263 contains legal conclusions to which no response is necessary. Further, M-I has filed a motion to dismiss Count XXXIV.  Subject to and without waiving the arguments made in M-I's motion to dismiss, and to the extent a response is necessary, M-I denies the allegations of Paragraph 263.

264.     Paragraph 264 contains legal conclusions to which no response is necessary. Further, M-I has filed a motion to dismiss Count XXXIV.  Subject to and without waiving the arguments made in M-I's motion to dismiss, and to the extent a response is necessary, M-I denies the allegations of Paragraph 264.

265.     M-I repeats and realleges its answers to Paragraphs 1-264.

266.     Paragraph 266 contains legal conclusions to which no response is necessary.  To the extent a response is necessary, M-I denies the allegations of Paragraph 266.

267.      Paragraph 267 contains legal conclusions to which no response is necessary.  To the extent a response is necessary, M-I denies the allegations of Paragraph 267.

DB1/ 67535746.1

268.    Paragraph 268 contains legal conclusions to which no response is necessary.  To the extent a response is necessary, M-I denies the allegations of Paragraph 268.

269.    M-I repeats and realleges its answers to Paragraphs 1-268.

270.    Paragraph 270 contains legal conclusions to which no response is necessary.  To the extent a response is necessary, M-I denies the allegations of Paragraph 270.

271.    Paragraph 271 contains legal conclusions to which no response is necessary.  To the extent a response is necessary, M-I denies the allegations of Paragraph 271.

272.    Paragraph 272 contains legal conclusions to which no response is necessary.  To the extent a response is necessary, M-I denies the allegations of Paragraph 272.

273.    M-I repeats and realleges its answers to Paragraphs 1-272.

274.    Paragraph 274 contains legal conclusions to which no response is necessary.  To the extent a response is necessary, M-I denies the allegations of Paragraph 274.

275.    M-I repeats and realleges its answers to Paragraph 275.

276.    M-I Paragraph 276 contains legal conclusions to which no response is necessary.  Further, M-I has filed a motion to dismiss Count XXXVIII.  Subject to and without waiving the arguments made in M-I's motion to dismiss, and to the extent a response is necessary, M-I denies the allegations of Paragraph 276.

277.    Paragraph 277 contains legal conclusions to which no response is necessary.  Further, M-I has filed a motion to dismiss Count XXXVIII.  Subject to and without waiving the arguments made in M-I's motion to dismiss, and to the extent a response is necessary, M-I denies the allegations of Paragraph 277.

278.    Paragraph 278 contains legal conclusions to which no response is necessary.  Further, M-I has filed a motion to dismiss Count XXXVIII.  Subject to and without waiving the

41

arguments made in M-I's motion to dismiss, and to the extent a response is necessary, M-I denies the allegations of Paragraph 278.

279.    Paragraph 279 contains legal conclusions to which no response is necessary. Further, M-I has filed a motion to dismiss Count XXXVIII.  Subject to and without waiving the arguments made in M-I's motion to dismiss, and to the extent a response is necessary, M-I denies the allegations of Paragraph 279.

280.    Paragraph 280 contains legal conclusions to which no response is necessary. Further, M-I has filed a motion to dismiss Count XXXVIII.  Subject to and without waiving the arguments made in M-I's motion to dismiss, and to the extent a response is necessary, M-I denies the allegations of Paragraph 280.

281.    M-I repeats and realleges its answers to Paragraphs 1-280.

282.    Paragraph 282 contains legal conclusions to which no response is necessary.  To the extent a response is necessary, M-I denies the allegations of Paragraph 282.

283.    Paragraph 283 contains legal conclusions to which no response is necessary.  To the extent a response is necessary, M-I denies the allegations of Paragraph 283.

284.    Paragraph 284 contains legal conclusions to which no response is necessary.  To the extent a response is necessary, M-I denies the allegations of Paragraph 284.

285.    Paragraph 285 contains legal conclusions to which no response is necessary.  To the extent a response is necessary, M-I denies the allegations of Paragraph 285.

286.    M-I repeats and realleges its answers to Paragraphs 1-285.

287.    Paragraph 287 contains legal conclusions to which no response is necessary.  To the extent a response is necessary, M-I denies the allegations of Paragraph 287.

DB1/ 67535746.1

288.     Paragraph 288 contains legal conclusions to which no response is necessary.  To the extent a response is necessary, M-I denies the allegations of Paragraph 288.

289.     Paragraph 289 contains legal conclusions to which no response is necessary.  To the extent a response is necessary, M-I denies the allegations of Paragraph 289.

290.     Paragraph 290 contains legal conclusions to which no response is necessary.  To the extent a response is necessary, M-I denies the allegations of Paragraph 290.

291.     M-I repeats and realleges its answers to Paragraphs 1-290.

292.     Paragraph 292 contains legal conclusions to which no response is necessary.  To the extent a response is necessary, M-I denies the allegations of Paragraph 292.

293.     Paragraph 293 contains legal conclusions to which no response is necessary.  To the extent a response is necessary, M-I denies the allegations of Paragraph 293.

294.     M-I repeats and realleges its answers to Paragraphs 1-293.

295.     The allegations of Paragraph 295 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 295 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

296.     The allegations of Paragraph 296 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 296 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

297.     The allegations of Paragraph 297 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

43

Paragraph 297 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

298.    The allegations of Paragraph 298 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 298 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

299.    The allegations of Paragraph 299 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 299 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

300.    The allegations of Paragraph 300 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 300 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

301.    The allegations of Paragraph 301 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 301 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

302.    The allegations of Paragraph 302 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 302 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

DB1/ 67535746.1

303.    The allegations of Paragraph 303 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 303 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

304.    The allegations of Paragraph 304 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 304 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

305.    The allegations of Paragraph 305 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 305 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

306.    The allegations of Paragraph 306 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 306 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

307.    The allegations of Paragraph 307 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 307 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

308.    The allegations of Paragraph 308 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

DB1/ 67535746.1

Paragraph 308 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

309.     The allegations of Paragraph 309 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 309 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

310.     The allegations of Paragraph 310 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 310 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

311.     M-I repeats and realleges its answers to Paragraphs 1-310.

312.     The allegations of Paragraph 312 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 312 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

313.     The allegations of Paragraph 313 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 313 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

314.     The allegations of Paragraph 314 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 314 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

315.    The allegations of Paragraph 315 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 315 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

316.    M-I repeats and realleges its answers to Paragraphs 1-315.

317.    The allegations of Paragraph 317 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 317 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

318.    The allegations of Paragraph 318 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 318 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

319.    The allegations of Paragraph 319 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 319 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

320.    M-I repeats and realleges its answers to Paragraphs 1-319.

321.    The allegations of Paragraph 321 are not directed at M-I, and therefore no response is required.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 321 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

322.    M-I repeats and realleges its answers to Paragraphs 1-321.

DB1/ 67535746.1

323.    The allegations of Paragraph 323 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 323 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

324.    The allegations of Paragraph 324 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 324 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

325.    The allegations of Paragraph 325 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 325 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

326.    The allegations of Paragraph 326 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 326 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

327.    The allegations of Paragraph 327 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 327 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

328.    M-I repeats and realleges its answers to Paragraphs 1-327.

329.    The allegations of Paragraph 329 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

48

Paragraph 329 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

330.    The allegations of Paragraph 330 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 330 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

331.    The allegations of Paragraph 331 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 331 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

332.    The allegations of Paragraph 332 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 332 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

333.    M-I repeats and realleges its answers to Paragraphs 1-332.

334.    The allegations of Paragraph 334 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 334 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

335.    The allegations of Paragraph 335 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 335 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

336.    M-I repeats and realleges its answers to Paragraphs 1-335.

337.    The allegations of Paragraph 337 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 337 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

338.    The allegations of Paragraph 338 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 338 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

339.    The allegations of Paragraph 339 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 339 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

340.    The allegations of Paragraph 340 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 340 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

341.    The allegations of Paragraph 341 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 341 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

342.    The allegations of Paragraph 342 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 342 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

343.    The allegations of Paragraph 343 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 343, including all subparts, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

344.    The allegations of Paragraph 344 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 344 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

345.    M-I repeats and realleges its answers to Paragraphs 1-344.

346.    The allegations of Paragraph 346 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 346 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

347.    The allegations of Paragraph 347 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 347 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

348.    The allegations of Paragraph 348 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 348 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

DB1/ 67535746.1

349.   The allegations of Paragraph 349 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 349 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

350.   M-I repeats and realleges its answers to Paragraphs 1-349.

351.   The allegations of Paragraph 351 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 351 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

352.   The allegations of Paragraph 352 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 352 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

353.   The allegations of Paragraph 353 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 353 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

354.   M-I repeats and realleges its answers to Paragraphs 1-353.

355.   The allegations of Paragraph 355 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 355 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

356.   M-I repeats and realleges its answers to Paragraphs 1-355.

DB1/ 67535746.1

357.    The allegations of Paragraph 357 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 357 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

358.    The allegations of Paragraph 358 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 358 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

359.    The allegations of Paragraph 359 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 359 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

360.    The allegations of Paragraph 360 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 360 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

361.    The allegations of Paragraph 361 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 361 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

362.    M-I repeats and realleges its answers to Paragraphs 1-361.

363.    The allegations of Paragraph 363 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 363 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

364.    The allegations of Paragraph 364 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 364 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

365.    The allegations of Paragraph 365 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 365 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

366.    The allegations of Paragraph 366 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 366 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

367.    M-I repeats and realleges its answers to Paragraphs 1-366.

368.    The allegations of Paragraph 368 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 368 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

369.    The allegations of Paragraph 369 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 369 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

DB1/ 67535746.1

395. [*sic*] Paragraph 395 does not contain allegations of fact, and therefore no response is required.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The allegations of the cross-claim fail to state a claim upon which relief can be granted.

### SECOND DEFENSE

The conduct and actions giving rise to the Anadarko Parties' alleged injuries took place with the privity or knowledge of the Anadarko Parties.

### THIRD DEFENSE

The events giving rise to the injuries and damage alleged by the Anadarko Parties were not the result of any negligence, fault, or want of due care on the part of M-I or those for whom M-I may be responsible.

### FOURTH DEFENSE

Neither M-I nor its employees, agents, and/or other representatives, or anyone for whom it was responsible, was in any manner negligent or guilty of any acts or omissions or breach of duty in connection with the blowout, explosions, fire, and oil spill occurring on or about April 20, 2010 involving the Macondo well site at Mississippi Canyon Block 252 and the MODU *Deepwater Horizon* and/or any damages, personal injuries or deaths allegedly sustained by any other party arising out of the blowout, explosions, fire, and oil spill occurring on or about April 20, 2010 made the basis of these proceedings.

### FIFTH DEFENSE

At all materials times, parties outside of M-I's control were responsible for the safe operation of the MODU *Deepwater Horizon*.  Therefore, M-I is neither liable nor responsible in

law or in fact for any acts, omissions, breach of duty or unseaworthy condition(s) attributable to any cross-defendant and/or the MODU *Deepwater Horizon.*

## SIXTH DEFENSE

The superseding and/or intervening negligence and/or breach of duty of parties other than M-I was the proximate cause of the blowout, explosions, fire and oil spill occurring on or about April 20, 2010 made the basis of these proceedings.

## SEVENTH DEFENSE

M-I reserves the right to rely on any and all further defenses that become available or appear during discovery proceedings in this action and specifically reserves the right to amend this Answer for purposes of asserting additional defenses.

## EIGHTH DEFENSE

M-I expressly incorporates herein all allegations, claims, and contentions against the Anadarko Parties and other parties to this action as set forth in full in M-I L.L.C.'s First Amended Cross-Claims.

WHEREFORE, M-I prays that judgment be entered in favor of M-I and against the Anadarko Parties on their cross-claims against M-I, and for such further relief as may be just and proper.

DB1/ 67535746.1

June 20, 2011

**OF COUNSEL:**

MORGAN, LEWIS & BOCKIUS LLP

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Hugh E. Tanner*

Derek E. Leon
dleon@morganlewis.com
Texas Bar No. 24002463
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone:     (305) 415-3000
Facsimile:     (305) 415-3001

    Hugh E. Tanner
    htanner@morganlewis.com
    Texas Bar No. 19637400
    1000 Louisiana, Suite 4000
    Houston, Texas  77002
    Telephone:     (713) 890-5000
    Facsimile:     (713) 890-5001

Denise Scofield
dscofield@morganlewis.com
Texas Bar No. 00784934
1000 Louisiana, Suite 4000
Houston, Texas  77002
Telephone:     (713) 890-5000
Facsimile:     (713) 890-5001

**ATTORNEYS FOR DEFENDANT
M-I L.L.C.**

**ATTORNEYS FOR DEFENDANT
M-I L.L.C.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Answer and Affirmative Defenses to Cross-Claim of Anadarko Petroleum Corporation and Anadarko E&P Company LP has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the Court's CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this 20th day of June, 2011.

*/s/ Hugh E. Tanner*
Hugh E. Tanner

58

DB1/ 67535746.1