UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179  SECTION "J" |
| | * | JUDGE BARBIER |
| *THIS DOCUMENT RELATES TO THE TRANSOCEAN LIMITATION ACTION, NO. 10-2771* | * * * | MAGISTRATE NO. 1 MAGISTRATE SHUSHAN |

* * * * * * * * * * * *

## ORDER

Considering Defendant MOEX USA Corporation's Request for Oral Argument:

**IT IS HEREBY ORDERED** that the Court will hear oral argument on Defendant MOEX USA Corporation's Motion To Dismiss the Cross-Claims Of Cameron International Corporation For Failure To State A Claim Upon Which Relief Can Be Granted on the _____ day of _____, 2011 at _____ __.m.

New Orleans, Louisiana, this _____ day of _____, 2011.

                                              **UNITED STATES DISTRICT JUDGE**

4832-1619-1241, v. 1