## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig | * | MDL No. 2179 |
| | "Deepwater Horizon" in the | * | |
| | Gulf of Mexico, on | * | |
| | April 20, 2010 | * | SECTION:  J |
| | | * | |
| **This Document Relates to No. 11-1136** | | * | Judge Barbier |
| | | * | Mag. Judge Shushan |

## DEFENDANT MARSH USA, INC.'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFF ART CATERING, INC.'S MOTION TO REMAND

Defendant, Marsh USA, Inc. ("Marsh"), respectfully requests leave of this Court to file the attached three-page Supplemental Memorandum in opposition to the Motion to Remand filed by plaintiff ART Catering, Inc. ("Plaintiff").  Plaintiff recently raised arguments in its Reply to Opposition to Motion to Remand that necessitate this response.  Marsh submits that the attached Supplemental Memorandum will assist the Court in deciding the issues raised in Plaintiff's Motion to Remand and in Marsh's opposition.

1691928-1

Respectfully submitted,

_____
William F. Grace, Jr., T.A. (#6199)
Philip R. Sims (#27644)
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
*Attorneys for Marsh USA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of June, 2011, a copy of the foregoing has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing. All counsel of record are being served with this filing by either the court's electronic filing system or by telefaxing and/or U.S. Mail.

_____