UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL No. 2179 |
| | | | SECTION: J |
| **This Document Relates to No. 11-1136** | | * * | Judge Barbier Mag. Judge Shushan |

### O R D E R

Considering the foregoing Motion for Leave to File Supplemental Memorandum in Opposition to Plaintiff ART Catering, Inc.'s Motion to Remand;

**IT IS ORDERED** that defendant, Marsh USA, Inc., is granted leave of court to file the attached Supplemental Memorandum in opposition to plaintiff ART Catering, Inc.'s Motion to Remand.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
**UNITED STATES DISTRICT JUDGE**

1691928-1