UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § § § | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \*

THIS DOCUMENT RELATES TO: 11-CV-00895

## OBJECTIONS AND RESPONSES TO REQUESTS FOR ADMISSIONS AND OBJECTIONS AND RESPONSES TO VARIOUS DEFENDANTS' (CORRECTED) FIRST JOINT DISCOVERY REQUESTS TO THE PLAINTIFFS OF THE PARISH OF JEFFERSON OF THE STATE OF LOUISIANA, ITS MUNICIPALITIES, POLITICAL SUBDIVISIONS AND SERVICE DISTRICTS

**NOW COMES,** The Parish of Jefferson of the State of Louisiana, its Municipalities, Political Subdivisions and Service Districts, for the purpose of objecting to and responding to Request for Admissions and various Defendants (Corrected) First Joint Discovery Requests to Plaintiffs. This response is made pursuant to the Order of Magistrate Judge Sally Shushan of May 17, 2011 (Docket No. 2396), and these Plaintiffs hereby adopt and incorporate the Plaintiff Steering Committee's Responses filed on June 11 and June 13, 2011.

Respectfully submitted,

BY: _____
DARYL A. HIGGINS (#06868)
WADE A. LANGLOIS, III (#17681)
GAUDRY, RANSON, HIGGINS &
  GREMILLION, LLC
Oakwood Corporate Center
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Telephone: (504) 362-2466
Fax: (504) 362-5938
Email:dhiggins@grhg.net; wlanglois@grhg.net

-and-

s/ Kriste Talton Utley
TERRILL W. BOYKIN (#18132)
KRISTE TALTON UTLEY (#25268)
REGINA HARRIS BARTHOLOMEW (#26577)
BOYKIN EHRET & UTLEY
A Professional Law Corporation
400 Poydras Street, Suite 1540
New Orleans, Louisiana 70130
Telephone: (504) 527-5450
Fax: (504) 527-5436
Email: ktu@beulaw.com

COUNSEL FOR THE PARISH OF JEFFERSON OF THE STATE OF LOUISIANA, AND ITS MUNICIPALITIES, POLITICAL SUBDIVISIONS AND SERVICE DISTRICTS

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Objections and Responses to Requests for Admissions and Objections and Responses to Various Defendants' (Corrected) First Joint Discovery Requests to the Plaintiffs of The Parish of Jefferson of the State of Louisiana, Its Municipalities, Political Subdivisions and Service Districts* has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21st day of June, 2011.

WADE A. LANGLOIS, III

G:\0745\0211\PLEADINGS\Objections and Respo to R4Admissions.wpd