UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE. OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20,2010 | * | MDL NO. 2179 |
| VERSUS | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: 11-1339 | * | MAGISTRATE JUDGE SHUSHAN |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## LIST OF REMAINING PARTIES AND RELEVANT DOCUMENTS AS REQUIRED BY THE CLERK'S JUNE 7, 2011 DIRECTIVE (DOC. 3)

Pursuant to the Clerk's June 7, 2011 Directive (Doc. 3), the removing parties, BP Exploration & Production Inc., BP America Production Company, and BP America, Inc. (together referred to as "BP Entities"), hereby provide the following list of parties still remaining in this action:

1. Kathy Catalanatto, Plaintiff
2. Chris Catalanatto, Plaintiff
3. BP Exploration & Production Inc., Defendant
4. BP America Production Company, Defendant
5. BP America, Inc., Defendant
6. Transocean Offshore Deepwater Drilling, Inc., Defendant
7. Halliburton Energy Services, Inc., Defendant
8. BP, P.L.C., Defendant

The BP Entities already attached to the Notice of Removal copies of all pleadings, including answers, filed by any of those parties in state court (Doc. 1-2), and hereby attach as

Exhibit 1 all copies of returns on service of process on all defendants that have been filed in state court.

WHEREFORE, the BP Entities pray that the above list and documents referred to herein be deemed sufficient to satisfy the Clerk's June 7, 2011 Directive (Doc. 3).

    Respectfully submitted,

    s/ Stuart T. Welch
    Paul Matthew Jones (Bar #19641)
    April L. Rolen-Ogden (Bar #30698)
    Stuart T. Welch (Bar #31359)
    **LISKOW & LEWIS**
    822 Harding Street
    Lafayette, LA 70503
    Telephone:  (337) 232-7424
    Facsimile:  (337) 267-2399

    Gene Fendler (Bar #05510)
    Robert E. Holden (Bar #06935)
    Greg Johnson (Bar #24477)
    Stephen Wiegand (Bar #31362)
    **LISKOW & LEWIS**
    701 Poydras Street, Suite 5000
    New Orleans, LA 70139-5099
    Telephone:  504-581-7979
    Facsimile:  504-556-4108

    Attorneys for BP Exploration & Production Inc., BP America Production Company, and BP America, Inc.

    Richard C. Godfrey, P.C.
    John T. Hickey, Jr., P.C.
    J. Andrew Langan, P.C.
    Hariklia Karis
    **KIRKLAND & ELLIS LLP**
    300 North LaSalle
    Chicago, IL 60654
    Telephone:  (312) 862-2000
    Facsimile:  (312) 862-2200
    *Of Counsel*

**Certificate of Service**

I hereby certify that on June 21, 2011, a copy of the above and foregoing List of Remaining Parties and Relevant Documents as Required By the Clerk's June 7, 2011 Directive has been filed electronically with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have registered to receive electronic service, and that all other counsel of record have been served by e-mail, by facsimile, and/or by depositing same in the United States Mail.

s/ Stuart Theron Welch