(101) Citation: ISS CIT & PETITION FOR DAMAGES; EXHIBIT A-1,A-2      110426-3011-8

**24TH JUDICIAL DISTRICT COURT**
**PARISH OF JEFFERSON**
**STATE OF LOUISIANA**

KATHY CATALANOTTO, CHRIS CATALANOTTO
versus
BP EXPLORATION AND PRODUCTION INC, BP AMERICA         Case: 700-687   Div: "L"
PRODUCTION COMPANY, TRANSOCEAN OFFSHORE               P 1 KATHY CATALANOTTO
DEEPWATER DRILLING INC, BP PLC, BP AMERICA INC,
HALLIBURTON ENERGY SERVICES INC

To: BP EXPLORATION AND PRODUCTION INC
5615 CORPORATE BLVD STE 400B                          CK#6534-$88.08
BATON ROUGE LA 70808

FILE FOR RECORD 2011 MAY 12 AM 9:32
DEPUTY CLERK PARISH OF JEFFERSON, LA

CODED

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES/EXHIBIT A-1,A-2 of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney FRANK A. SILVESTRI and was issued by the Clerk Of Court on the 26th day of April, 2011.

Patricia Ann Moore
Patricia Ann Moore, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

---

**SERVICE INFORMATION** MAY 06 2011

(101) Citation: ISS CIT & PETITION FOR DAMAGES; EXHIBIT A-1,A-2       110426-3011-8

I made service on the named party through the Returned Corporation by tendering a copy of this document to
☐ LISA UTTECH  ☒ LYNETTE BASS  ☐ JULIE CHISM  ☐ RODERICK THOMAS

Received:_____   Served:_____

Service was made:
___ Personal    ___ Domiciliary

C. Cummins
Parish of East Baton Rouge, Louisiana
Deputy

Unable to serve:
___ Not at this address    ___ Numerous attempts
___ Vacant                 ___ Received too late to serve
___ Moved                  ___ No longer works at this address
___ No such address        ___ Need apartment / building number
___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____  #_____
              Deputy Sheriff
Parish of:_____

IMAGED MAY 13 2011

**EXHIBIT 1**

(101) Citation: ISS CIT & PETITION FOR DAMAGES; EXHIBIT A-1,A-2       110426-3012-6

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

KATHY CATALANOTTO, CHRIS CATALANOTTO
versus
BP EXPLORATION AND PRODUCTION INC, BP AMERICA
PRODUCTION COMPANY, TRANSOCEAN OFFSHORE
DEEPWATER DRILLING INC, BP PLC, BP AMERICA INC,
HALLIBURTON ENERGY SERVICES INC

Case: 700-687   Div: "L"
P 1 KATHY CATALANOTTO

To: BP AMERICA PRODUCTION COMPANY
5615 CORPORATE BLVD STE 400B
BATON ROUGE LA 70808

CK#6534-$88.08

CODED

2011 MAY 12 AM 9:33
FILE FOR RECORD
DEPUTY CLERK
PARISH OF JEFFERSON

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES/EXHIBIT A-1,A-2 of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney FRANK A. SILVESTRI and was issued by the Clerk Of Court on the 26th day of April, 2011.

Patricia Ann Moore
Patricia Ann Moore, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____ SERVICE INFORMATION _____

(101) Citation: ISS CIT & PETITION FOR DAMAGES; EXHIBIT A-1,A-2       110426-3012-6

Received:_____   Served:_____   Returned:_____ MAY 06 2011

Service was made:
___ Personal   ___ Domiciliary ___ made service on the named party through the CT Corporation by tendering a copy of this document to
☐ LYNETTE BASS   ☐ JULIE CHISM
Unable to serve:
___ Not at this address   ___ Numerous attempts ___ times   ☐ RODERICK THOMAS
___ Vacant                ___ Received too late to serve
___ Moved                 ___ No longer works at this address
___ No such address       ___ Need apartment / building number
___ Other _____

C. Cummins
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ #_____
                Deputy Sheriff
Parish of: _____

IMAGED MAY 13 2011

(101) Citation: ISS CIT & PETITION FOR DAMAGES; EXHIBIT A-1,A-2        110426-3013-4

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

KATHY CATALANOTTO, CHRIS CATALANOTTO
versus
BP EXPLORATION AND PRODUCTION INC, BP AMERICA
PRODUCTION COMPANY, TRANSOCEAN OFFSHORE
DEEPWATER DRILLING INC, BP PLC, BP AMERICA INC,
HALLIBURTON ENERGY SERVICES INC

Case: 700-687   Div: "L"
P 1 KATHY CATALANOTTO

To: TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC
TRANSOCEAN OFFSHORE INC.
5615 CORPORATE BLVD STE 400B
BATON ROUGE LA 70808

CK#6534-$88.08

CODED

FILE FOR RECORD
2011 MAY 12 AM 9:33
DEPUTY CLERK
PARISH OF JEFFERSON, LA

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES/EXHIBIT A-1,A-2 of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney FRANK A. SILVESTRI and was issued by the Clerk Of Court on the 26th day of April, 2011.

*Patricia Ann Moore*
Patricia Ann Moore, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____SERVICE INFORMATION_____

(101) Citation: ISS CIT & PETITION FOR DAMAGES; EXHIBIT A-1,A-2        110426-3013-4

Received:_____   Served:_____   Returned:_____ MAY 06 2011

Service was made:
___ Personal   ___ Domiciliary _____ made service on the named party through the CT Corporation

Unable to serve:
___ Not at this address   ___ Numerous attempts by tendering a copy of this document to
___ Vacant                ___ Received too late to serve    ☒ LYNETTE BASS   ☐ JULIE CHISM
___ Moved                 ___ No longer works at this address    ☐ RODERICK THOMAS
___ No such address       ___ Need apartment / building number,  C. Cummins
___ Other _____                Deputy Sheriff, Parish of East Baton Rouge, Louisiana

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____  #_____
             Deputy Sheriff
Parish of: _____

IMAGED MAY 13 2011

(101) Citation: ISS CIT & FIRST AMENDED PETITION FOR DAMAGES;
PETITION FOR DAMAGES/EXH A-1,A-2                      110426-3028-2

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

KATHY CATALANOTTO, CHRIS CATALANOTTO
versus
BP EXPLORATION AND PRODUCTION INC, BP AMERICA        Case: 700-687   Div: "L"
PRODUCTION COMPANY, TRANSOCEAN OFFSHORE              P 1 KATHY CATALANOTTO
DEEPWATER DRILLING INC, BP PLC, BP AMERICA INC,
HALLIBURTON ENERGY SERVICES INC

To: HALLIBURTON ENERGY SERVICES INC
THRU CT CORPORATION SYSTEM
5615 CORPORATE BLVD STE 400B                          CK#6537-$146.80
BATON ROUGE LA 70808

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the FIRST AMENDED PETITION FOR DAMAGES/PETITION FOR DAMAGES/EXHIBIT A-1, A-2 of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney FRANK A. SILVESTRI and was issued by the Clerk Of Court on the 26th day of April, 2011.

_Patricia Ann Moore_
Patricia Ann Moore, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

2011 MAY 12 AM 9:34
DEPUTY CLERK
PARISH OF JEFFERSON
FILE FOR RECORD

_____ SERVICE INFORMATION __CODED__

(101) Citation: ISS CIT & FIRST AMENDED PETITION FOR DAMAGES;    110426-3028-2
PETITION FOR DAMAGES/EXH A-1,A-2

Received:_____   Served:_____   Returned: MAY 06 2011

Service was made:                    I made service on the named party through the
___ Personal    ___ Domiciliary _____ CT Corporation
                                 by tendering a copy of this document to
Unable to serve:                                  ☒ LYNETTE BASS     ☐ JULIE CHISM
___ Not at this address    ___ Numerous attempts  ___ USA UTTECH  ☐ RODERICK THOMAS
___ Vacant                 ___ Received too late to serve     _Cummins_
___ Moved                  ___ No longer works at this address   Parish of East Baton Rouge, Louisiana
___ No such address        ___ Need apartment / building number
___ Other _____                         Deputy Sheriff,

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____   #_____
                  Deputy Sheriff
Parish of: _____

IMAGED MAY 13 2011

(101) Citation: ISS CIT & FIRST AMENDED PETITION FOR DAMAGES;    110426-3046-4

**24TH JUDICIAL DISTRICT COURT**
**PARISH OF JEFFERSON**
**STATE OF LOUISIANA**

KATHY CATALANOTTO, CHRIS CATALANOTTO
versus
BP EXPLORATION AND PRODUCTION INC, BP AMERICA   Case: 700-687   Div: "L"
PRODUCTION COMPANY, TRANSOCEAN OFFSHORE        P 1 KATHY CATALANOTTO
DEEPWATER DRILLING INC, BP PLC, BP AMERICA INC,
HALLIBURTON ENERGY SERVICES INC

To: BP EXPLORATION AND PRODUCTION INC
THRU CT CORPORATION SYSTEM
5615 CORPORATE BLVD STE 400B                    CK#6537-$146.80
BATON ROUGE LA 70808

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the FIRST AMENDED PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within TEN (10) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney FRANK A. SILVESTRI and was issued by the Clerk Of Court on the 26th day of April, 2011.

Patricia Ann Moore, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

CODED

_____ SERVICE INFORMATION _____

(101) Citation: ISS CIT & FIRST AMENDED PETITION FOR DAMAGES;    110426-3046-4

Received:_____   Served:_____   Returned:_____ MAY 06 2011

Service was made:
___ Personal   ___ Domiciliary _____ made service on the named party through the
                                     CT Corporation

Unable to serve:                          by tendering a copy of this document to
___ Not at this address   ___ Numerous attempts   ☐ LYNETTE BASS   ☐ JULIE CHISM
___ Vacant                ___ Received too late to serve   ☐ RODERICK THOMAS
___ Moved                 ___ No longer works at this address
___ No such address       ___ Need apartment / building number   Cummins
___ Other _____ Deputy Sheriff, Parish of East Baton Rouge, Louisiana

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ #_____
              Deputy Sheriff
Parish of: _____

IMAGED MAY 13 2011

(101) Citation: ISS CIT & FIRST AMENDED PETITION FOR DAMAGES;                    110426-3047-2

### 24TH JUDICIAL DISTRICT COURT
### PARISH OF JEFFERSON
### STATE OF LOUISIANA

KATHY CATALANOTTO, CHRIS CATALANOTTO
versus
BP EXPLORATION AND PRODUCTION INC, BP AMERICA
PRODUCTION COMPANY, TRANSOCEAN OFFSHORE
DEEPWATER DRILLING INC, BP PLC, BP AMERICA INC,
HALLIBURTON ENERGY SERVICES INC

Case: 700-687   Div: "L"
P 1 KATHY CATALANOTTO

To: BP AMERICA PRODUCTION COMPANY
THRU CT CORPORATION SYSTEM
5615 CORPORATE BLVD STE 400B
BATON ROUGE LA 70808

CK#6537-$146.80

CODED

2011 MAY 12 AM 9:36
DEPUTY CLERK
PARISH OF JEFFERSON, LA
FILE FOR RECORD

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the FIRST AMENDED PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within TEN (10) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney FRANK A. SILVESTRI and was issued by the Clerk Of Court on the 26th day of April, 2011.

Patricia Ann Moore, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____SERVICE INFORMATION_____

(101) Citation: ISS CIT & FIRST AMENDED PETITION FOR DAMAGES;                    110426-3047-2

Received:_____   Served:_____   Returned:_____

Service was made:
___ Personal   ___ Domiciliary   MAY 06 2011

Unable to serve:
___ Not at this address   ___ Numerous attempts
___ Vacant                ___ Received too late to serve
___ Moved                 ___ No longer works at this address
___ No such address       ___ Need apartment #
___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____
               Deputy Sheriff
Parish of: _____

IMAGED MAY 13 2011

(101) Citation: ISS CIT & FIRST AMENDED PETITION FOR DAMAGES;   110426-3048-0

**24TH JUDICIAL DISTRICT COURT**
**PARISH OF JEFFERSON**
**STATE OF LOUISIANA**

KATHY CATALANOTTO, CHRIS CATALANOTTO
versus
BP EXPLORATION AND PRODUCTION INC, BP AMERICA PRODUCTION COMPANY, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC, BP PLC, BP AMERICA INC, HALLIBURTON ENERGY SERVICES INC

Case: 700-687   Div: "L"
P 1 KATHY CATALANOTTO

2011 MAY 12 AM 9:38
DEPUTY CLERK
PARISH OF JEFFERSON
FILE FOR RECORD

To: TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC
TRANSOCEAN OFFSHORE, INC.
THRU CT CORPORATION SYSTEM
5615 CORPORATE BLVD STE 400B
BATON ROUGE LA 70808

CK#6537-$146.80

CODED

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the FIRST AMENDED PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within TEN (10) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney FRANK A. SILVESTRI and was issued by the Clerk Of Court on the 26th day of April, 2011.

Patricia Ann Moore
Patricia Ann Moore, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____ SERVICE INFORMATION _____

(101) Citation: ISS CIT & FIRST AMENDED PETITION FOR DAMAGES;   110426-3048-0

Received:_____   Served:_____   Returned:_____

MAY 06 2011

Service was made:
___ Personal   ___ Domiciliary _____

Made service on the named party through the CT Corporation

Unable to serve:
___ Not at this address   ___ Numerous attempts ___ times   a copy of this document to
___ Vacant                ___ Received too late to serve                LYNETTE BASS   ☐ JULIE CHISM
___ Moved                 ___ No longer works at this address  RODERICK THOMAS
___ No such address       ___ Need apartment / building number
___ Other _____

E. Cummins
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

Service: $_____   Mileage: $_____   Total: $_____   #_____

Completed by:_____
              Deputy Sheriff
Parish of:_____

IMAGED MAY 13 2011

TOTAL P.07