UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *11-0951* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding Motion of Darnell Alexander, et al to Amend (Rec. doc. 2373)]**

On May 13, 2011, the plaintiffs, Darnell Alexander, et al, in 11-cv-00951 filed a motion for leave to file first amended complaint and joinder of certain personal injury claimants into Pleading Bundle B3. The movers report that eight more victims wish to joint the pleading. The motion was noticed for submission on June 22, 2011. No opposition was submitted and there were no requests for additional time to oppose the motion. The motion is unopposed, and it has merit.

IT IS ORDERED that the motion of the plaintiffs, Darnell Alexander, et al, in 11-cv-00951 for leave to file first amended complaint and joinder of certain personal injury claimants into Pleading Bundle B3 (Rec. doc. 2373) is GRANTED.

New Orleans, Louisiana, this 21st day of June, 2011.

SALLY SHUSHAN
**United States Magistrate Judge**