UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010<br><br>*Reference: All Cases* | MDL NO. 2179<br><br>SECTION "J"<br><br>MAGISTRATE JUDGE SHUSHAN<br><br>JUDGE BARBIER |

## DECLARATION OF DON K. HAYCRAFT

STATE OF LOUISIANA

PARISH OF ORLEANS

I, Don K. Haycraft, a person of the full age of majority and a resident of New Orleans, Louisiana, do declare and state, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following facts are true and correct to the best of my personal knowledge and belief:

1. On Monday, June 13, 2011, at 10:45 a.m., I personally served the Castell Privilege Log through use of the LexisNexis File & Serve ("LNFS") as provided for in PTO # 12 (Record Doc. No. 600).

1019271_1

2. Attached as Exhibit A to this Declaration is a copy of the LNFS Notification of Transaction. It was received by me (and others served via LNFS) at 10:47 a.m. As the Court can see, there is a link by which recipients of this notification can obtain the document.

3. Attached as Exhibit B to this Declaration is a copy of the Original privilege log that I uploaded to LNFS. It was "right-side up" and contained the entire Castell Privilege Log.

4. Attached as Exhibit C to this Declaration is a LNFS-stamped PDF of the same privilege log. It appears as sideways on the page and the extreme left-hand column is missing as is half of the second column from the right.

5. If the user clicks through the link on the Notification, he/she has the choice to see the Original as-uploaded document or the LNFS-converted PDF file. The Original is the actual document that I uploaded to LNFS and was available to all served attorneys at 10:47 a.m. on Monday, June 13.

6. Until I received Transocean's appeal of the Magistrate Judge's ruling on the issue on Friday night (I was in London and six hours later), I did not know that the LNFS conversion process had "cut off" the left-hand portion of the log. Today, I sent out via email the Original privilege log that I had uploaded to LNFS a week ago.

7. In the intervening days (Tuesday through Friday) no one contacted me to ask why the privilege log as served via LNFS was missing a portion or sideways. No one asked for a better copy.

8. Of course, all served attorneys had the opportunity as soon as they received the LNFS Notification via email to "click through" and see the Original privilege log. Only if they chose the PDF version would they have downloaded the cut-off version.

9. Transocean observes in its memorandum that usually I do two things: I serve via LNFS and I also email a copy of the LNFS-stamped document. This is true. Usually, I also send an Excel spreadsheet containing the privilege log, a spreadsheet format that cannot be uploaded to LNFS. In this case, there was no such spreadsheet file so I did not email anything. Like every other filing attorney in the case, I relied solely on LNFS in this instance. To my knowledge, no other party in the case has routinely not only used LNFS for service of privilege logs but in addition sent the logs out by email. Transocean, among other parties, serves its privilege logs only via LNFS. Counsel does not also email them.

## CERTIFICATE

Pursuant to the provisions of 28 U.S.C. § 1746, I declare, certify, verify and state under penalty of perjury that the foregoing is true and correct.

Executed on this 20th day of June, 2011, at 2:05 p.m.

_____
Don K. Haycraft

# Don K Haycraft

| | |
|---|---|
| **From:** | LexisNexis File & Serve [AddinNotificationsOther@fileandserve.lexisnexis.com] |
| **Sent:** | Monday, June 13, 2011 10:47 AM |
| **To:** | Don K Haycraft |
| **Subject:** | Case: MC MDL-2179; Transaction: 38100119 - Notification of Transaction |

To: Don Haycraft
Subject: Notification of Transaction in In re: MDL-2179 Oil Spill by the Oil Rig (Deepwater Horizon)

You are being notified of an electronic submission of documents in In re: MDL-2179 Oil Spill by the Oil Rig (Deepwater Horizon) through LexisNexis File & Serve. The details for this transaction are listed below.

```
Court:                     LA US District Court Eastern District E-Service-Oil Spill
Case Name:                 In re: MDL-2179 Oil Spill by the Oil Rig (Deepwater Horizon)
Case Number:               MC MDL-2179
Transaction ID:            38100119
Document Title(s):
    BP's Privilege Log - Sir William Castell (1 page)
Authorized Date/Time:      Jun 13 2011 10:45AM CDT
Authorizer:                Don K Haycraft
Authorizer's Organization: Liskow & Lewis-New Orleans
Sending Parties:
    Defendant
```

You may view the documents in the following ways:
    - Online at https://fileandserve.lexisnexis.com/Login/Login.aspx?FI=38100119 (subscriber login required).
        - Call Liskow & Lewis-New Orleans to request a copy of the documents.
        - Examine the documents at the courthouse.

Thank you for using LexisNexis File & Serve.

Questions? For prompt, courteous assistance please contact LexisNexis Customer Service by phone at 1-888-529-7587 (24/7).


EXHIBIT A

1

Privilege Log of BP America Inc., BP America Production Co. and BP Exploration & Production Inc.
In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,
MDL NO. 2179 (E.D. La.)
June 13, 2011

| Entry No. | Document Type | Date | From/Author | To/Recipient | CC | BCC | Privilege Basis | Privilege Description | Withheld or Redacted |
|---|---|---|---|---|---|---|---|---|---|
| A | Work Papers | 6/25/2010 | Castell, Sir William | | | | Attorney/Client | Draft of statement to non-executive directors of BP PLC prepared with the assistance and legal advice of Rupert Bondy* and David Jackson*. | Privileged Withhold |
| B | Work Papers | 6/25/2010 | Castell, Sir William | | | | Attorney/Client | Notes regarding process for discussing Deepwater Horizon incident with non-executive directors reflecting legal advice of Rupert Bondy* and David Jackson*. | Privileged Withhold |
| C | Work Papers | 6/26/2010 - 6/27/2010 | Castell, Sir William | | | | Attorney/Client | Notes regarding conversations with non-executive directors regarding Deepwater Horizon incident taken to provide information to Rupert Bondy* and David Jackson* to solicit legal advice; notes in preparation for conversation with Chairman of the Board reflecting legal advice of Rupert Bondy*. | Privileged Withhold |
| D | Work Papers | 6/27/2010 | Castell, Sir William | | | | Attorney/Client | Draft talking points for conversation with Chairman of the Board reflecting legal advice of Rupert Bondy* and David Jackson*. | Privileged Withhold |
| E | Work Papers | 6/27/2010 | Castell, Sir William | | | | Attorney/Client | Finalized talking points for conversation with Chairman of the Board reflecting legal advice of Rupert Bondy* and David Jackson*. | Privileged Withhold |
| F | Work Papers | 6/27/2010 | Castell, Sir William | | | | Attorney/Client | Final script for conversation with Chairman of the Board reflecting legal advice of Rupert Bondy* and David Jackson*. | Privileged Withhold |

*=Attorney


EXHIBIT 13

In Camera Submission
Re: Sir William Castell

Privilege Log of BP America Inc., BP America Production Co. and BP Exploration & Production Inc.
In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,
MDL NO. 2179 (E.D. La.)
June 13, 2011

| Document Type | Date | From/Author | To/Recipient | CC | BCC | Privilege Reason | Privilege Description | Withheld or R |
|---|---|---|---|---|---|---|---|---|
| pers | 6/25/2010 | Castell, Sir William | | | | Attorney/Client | Draft of statement to non-executive directors of BP PLC prepared with the assistance and legal advice of Rupert Bondy* and David Jackson*. | Privileged Withheld |
| pers | 6/25/2010 | Castell, Sir William | | | | Attorney/Client | Notes regarding process for discussing Deepwater Horizon incident with non-executive directors reflecting legal advice of Rupert Bondy* and David Jackson*. | Privileged Withheld |
| pers | 6/26/2010 - 6/27/2010 | Castell, Sir William | | | | Attorney/Client | Notes regarding conversations with non-executive directors regarding Deepwater Horizon incident taken to provide information to Rupert Bondy* and David Jackson* to solicit legal advice; notes in preparation for conversation with Chairman of the Board reflecting legal advice of Rupert Bondy*. | Privileged Withheld |
| pers | 6/27/2010 | Castell, Sir William | | | | Attorney/Client | Draft talking points for conversation with Chairman of the Board reflecting legal advice of Rupert Bondy* and David Jackson*. | Privileged Withheld |
| pers | 6/27/2010 | Castell, Sir William | | | | Attorney/Client | Finalized talking points for conversation with Chairman of the Board reflecting legal advice of Rupert Bondy* and David Jackson*. | Privileged Withheld |
| pers | 6/27/2010 | Castell, Sir William | | | | Attorney/Client | Final script for conversation with Chairman of the Board reflecting legal advice of Rupert Bondy* and David Jackson*. | Privileged Withheld |



Jun 13 2011
10:45AM



EXHIBIT C