UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All cases* | MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding Motion of the United States for Approval of Cement Testing] (Rec. doc. 2830)**

On June 17, 2011, the United States filed a motion for approval of cement testing. Rec. doc. 2830. BP requests an opportunity to respond and be heard.

IT IS ORDERED as follows:

1. The motion of the US for approval of cement testing is set for hearing by telephone on **Monday, June 27, 2011 at 10:00 a.m**. The parties will be notified by email of the call-in information.

2. BP and any other party with an interest in the motion shall file their response by noon on **Friday, June 24, 2011.**

New Orleans, Louisiana, this 21st day of June, 2011.

SALLY SHUSHAN
United States Magistrate Judge