## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico on April 20, 2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| *See Exhibit "A"* | * | MAGISTRATE NO. 1 |
| | * | MAGISTRATE SHUSHAN |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### *EX PARTE* MOTION TO AMEND ORDER GRANTING MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD FOR MOEX OFFSHORE 2007 LLC

On June 2, 2011, the Court granted the Motion of counsel for Defendant MOEX Offshore 2007 LLC ("MOEX Offshore") to allow the following to withdraw from representing MOEX Offshore and other counsel to substitute in their stead: Deborah D. Kuchler, Janika D. Polk, and Robert E. Guidry, with the law firm of Kuchler, Polk, Schell, Weiner & Richeson, LLC, and James J. Dragna, Warren Anthony Fitch, Michael Wigmore, David Salmons, Randall Levine, David Balabanian, Krystal Bowen, David Cannon, and Ky E. Kirby of Bingham McCutchen LLP and to substitute John F. Pritchard of Pillsbury Winthrop Shaw Pittman LLP, as trial attorney and counsel of record, and Edward Flanders, and Christopher McNevin of Pillsbury Winthrop Shaw Pittman LLP, as counsel of record in their stead.  [Motion, Rec. Doc. 2610; Order, Rec. Doc. 2614].

Subsequent to the Court's Order, two matters have come to the attention of counsel requiring amendment of the Order. First, there are additional individuals who appear as counsel of record for MOEX Offshore on the dockets of certain member cases within MDL 2179 who were not listed in the original Motion to Withdraw [Rec. Doc. 2610] and who also must be withdrawn as counsel for MOEX Offshore.  It is respectfully requested that the Court amend its

prior Order [Rec. Doc. 2614] to include the withdrawal of all of the individuals listed in the

attached Supplemental Exhibit "A" that specifies the docket name and number of each affected

case and the counsel to be withdrawn (per this motion) as counsel of record for MOEX Offshore

in that docket.[1]  As a result of the Amended Order, all attorneys from the law firms of Bingham

McCutchen LLP, Hopping Green & Sams, P.A., Bradley Arant Boult Cummings LLP, Gibbs &

Bruns, L.L.P., and Kuchler, Polk, Schell Weiner & Richeson, LLC, should no longer be listed as

counsel of record or otherwise appear on behalf of MOEX Offshore in any MDL 2179 related

case.

The second matter is to correct, by removal from the original Order, certain erroneous

"substitutions" of new counsel for MOEX Offshore in cases listed in the original Order, but for

which no substitution of counsel is necessary.  These are all cases where no general appearance

of counsel ever had been entered for MOEX Offshore because MOEX Offshore has not been

served with process and has not waived service.  As a consequence, there is no need for new

attorneys to substitute as counsel of record and MOEX Offshore does not wish, in any event, to

give the appearance from the erroneous substitutions that it is waiving service (because it is not).

Those cases in which an erroneous substitution of counsel has been made and should be

corrected are listed on the attached Supplemental Exhibit "B."

WHEREFORE, undersigned counsel respectfully requests that the Court amend its prior

Order granting withdrawal and substitution of counsel [Rec. Doc. 2614] to: (a) include the

withdrawal of the individuals set forth in Supplemental Exhibit A as counsel for MOEX

---

[1]    The following cases were inadvertently included in the list of cases in the original withdrawal motion and order and should be disregarded because they have not been transferred to the MDL: *Copeland*, 2011 CA-001694S; *Brown*, 2011-23355; *Barron*, 2011-23351; *Washington*, 1155887;  and *Ocean Reef*, 11-cv-23351.

Offshore 2007, LLC in the listed cases therein; and (b) to remove the erroneous substitution of

counsel from the dockets listed in Supplemental Exhibit "B."

Respectfully submitted,

DATED: June 22, 2011          BINGHAM McCUTCHEN LLP


/s/*Ky E. Kirby*_____
Ky E. Kirby
ky.kirby@bingham.com
David B. Salmons
david.salmons@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300

New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on June 22, 2011.


_____/s/ *Ky E. Kirby*_____
Ky E. Kirby