*EX PARTE* MOTION TO AMEND ORDER GRANTING MOTION TO WITHDRAW
AND SUBSTITUTE COUNSEL OF RECORD FOR MOEX OFFSHORE 2007 LLC

### SUPPLEMENTAL EXHIBIT "A"

| Case Name | Docket # | Attorneys to be Withdrawn |
|---|---|---|
| *Papa Rod, Inc. et al. v BP, PLC, et al.* | 2:10-cv-03250 | Joel Kuehnert[1] <br> Bradley Arant Boult Cummings LLP |
| *Ferguson et al v. BP, PLC et al.* | 2:10-cv-03251 | Joel Kuehnert <br> Bradley Arant Boult Cummings LLP |
| *Ford et al v. BP, P.L.C. et al* | 2:10-cv-03252 | Joel Kuehnert <br> Bradley Arant Boult Cummings LLP |
| *Moore (Sarah) et al. v. BP, PLC* | 2:10-cv-03253 | Joel Kuehnert <br> Bradley Arant Boult Cummings LLP |
| *Dai "Mike" Tran v. BP America, et al.* | 2:10-cv-03279 | Robin Gibbs[2] <br> Gibbs & Bruns, L.L.P. |
| *Peter Tran v. BP America, et al.* | 2:10-cv-03280 | Robin Gibbs <br> Gibbs & Bruns, L.L.P. |
| *James Kirk Mitchell et al v. BP, PLC et al.* | 2:10-cv-01472 | Peter Neger[3] <br> Bingham McCutchen LLP |
| *Karl W. Rhodes v. Transocean, Ltd.* | 2:10-cv-01502 | Frank Busch <br> Bingham McCutchen LLP |

---

[1] To the extent any other attorney from the law firm of Bradley Arant Boult Cummings LLP has appeared in this or any other of the cases listed herein for MOEX Offshore 2007 LLC, such attorney also should be withdrawn as counsel for MOEX Offshore 2007 LLC.

[2] To the extent any other attorney from the law firm of Gibbs & Bruns, L.L.P. has appeared in this or any other of the cases listed herein for MOEX Offshore 2007 LLC, such attorney also should be withdrawn as counsel for MOEX Offshore 2007 LLC.

[3] To the extent any other attorney from the law firm of Bingham McCutchen LLP has appeared in this or any other of the cases listed herein for MOEX Offshore LLC, such attorney also should be withdrawn as counsel for MOEX Offshore 2007 LLC.

| Case | Docket No. | Counsel |
|---|---|---|
| *Doug Crawford et al v. BP, PLC et al.* | 2:10-cv-01540 | Frank Busch<br>Sandra Franco<br>Peter Neger<br>Bingham McCutchen LLP |
| *Brondum et al. v. BP plc et al.* | 2:10-cv-01613 | Peter Neger<br>Bingham McCutchen LLP |
| *Dinet v. BP plc et al.* | 2:10-cv-01615 | Peter Neger<br>Bingham McCutchen LLP |
| *Danzig v. BP, PLC et al.* | 2:10-cv-01726 | Peter Neger<br>Bingham McCutchen LLP |
| *Sea Eagle Fisheries, Inc. et al. v. BP, PLC et al.* | 2:10-cv-02661 | Joel Kuehnert<br>Reed Warburton<br>Sid Trant<br>Bradley Arant Boult Cummings LLP |
| *Triton Asset Leasing GmbH et al. v. U.S. Dept of Justice, et al.* | 2:10-cv-02771 | Sandra Franco<br>Bingham McCutchen LLP |
| *Susan Davis et al v. BP P.L.C. et al.* | 2:10-cv-02984 | Gary Hunter[4]<br>Hopping Green & Sams, P.A. |
| *Professional Bars, Inc. d/b/a Brass Monkey v. BP P.L.C. et al.* | 2:10-cv-02985 | Richard Brightman<br>Gary Hunter<br>Hopping Green & Sams, P.A. |
| *Vacation Key West, Inc. v. BP P.L.C. et al.* | 2:10-cv-02986 | Richard Brightman<br>Gary Hunter<br>Hopping Green & Sams, P.A. |
| *Carden Simcox et al v. BP, PLC et al.* | 2:10-cv-02999 | Jack Robinson Dodson<br>Jonathan Rose<br>Bradley Arant Boult Cummings LLP |
| *Shepardson, d/b/a Lower Keys Charters et al v. BP P.L.C. et al.* | 2:10-cv-03112 | Richard Brightman<br>Gary Hunter<br>Hopping Green & Sams, P.A. |

---

[4] To the extent any other attorney from the law firm of Hopping Green & Sams, P.A. has appeared in this or any other of the cases listed herein for MOEX Offshore 2007 LLC, such attorney also should be withdrawn as counsel for MOEX Offshore 2007 LLC.

| | | |
|---|---|---|
| *McCarthy v. BP PLC et al.* | 2:10-cv-03114 | Richard Brightman<br>Hopping Green & Sams, P.A. |
| *Ware v. BP P.L.C. et al.* | 2:10-cv-03115 | Richard Brightman<br>Hopping Green & Sams, P.A. |
| *Nguyen (Kimberly) and Do Nguyen d/b/a Shrimp Guy, et al. v. BP plc, et al.* | 2:10-cv-03269 | Wayne Drinkwater<br>Bradley Arant Boult Cummings LLP |
| *Wilson (Bobby) et al v. BP, P.L.C.* | 2:10-cv-03272 | Wayne Drinkwater<br>Bradley Arant Boult Cummings LLP |
| *Roberts v. BP, PLC et al.* | 2:10-cv-03815 | Frank Busch<br>Sandra Franco<br>Peter Neger<br>Bingham McCutchen LLP |
| *Smiling Fish Cafe, Inc. et al. v. BP, PLC et al.* | 2:2010-cv003089 | Richard Brightman<br>Gary Hunter<br>Hopping Green & Sams, P.A. |
| *Murphy v. BP P.L.C. et al.* | 2:2010-cv-03085 | Richard Brightman<br>Hopping Green & Sams, P.A. |
| *Barber's Seafood, Inc. v. BP, plc et al.* | 2:2010-cv-03098 | Richard Brightman<br>Hopping Green & Sams, P.A. |
| *Adams et al v. BP P.L.C. et al.* | 2:2010-cv-03100 | Richard Brightman<br>Hopping, Green & Sams, P.A. |
| *Le Discount Seafood, Inc. et al v. BP, PLC et al.* | 2:2010-cv-03101 | Gary Hunter<br>Richard Brightman<br>Richard Lauth<br>Hopping, Green & Sams, P.A. |
| *Hao Van Le d/b/a Bluewater Seafood et al v. BP, PLC et al.* | 2:2010-cv-03103 | Gary Hunter<br>Richard Brightman<br>Hopping, Green & Sams, P.A. |
| *Woods Fisheries, Inc. v. BP, plc et al.* | 2:2010-cv-03104 | Richard Brightman<br>Hopping, Green & Sams, P.A. |

| Case | Number | Counsel |
|---|---|---|
| *City of Greenville et al v. BP, PLC et al.* | 2:10-cv-04185 | Joel Kuehnert<br>Bradley Arant Boult Cummings LLP<br><br>Frank Busch<br>Sandra Franco<br>Peter Neger<br>Bingham McCutchen LLP |
| *Carlisle v. BP P.L.C. et al.* | 2:10-cv 04188 | Frank Busch<br>Sandra Franco<br>Bingham McCutchen LLP<br><br>Joel Kuehnert<br>Reed Thomas Warburton<br>Richard Brightman<br>Bradley Arant Boult Cummings LLP |
| *Worldwide Interiors, LLC v. BP, PLC et al.* | 2:10-cv-04191 | Joel Kuehnert<br>Bradley Arant Boult Cummings LLP |
| *The Fish Market Restaurant, Inc. et al v. BP, PLC et al.* | 2:10-cv-04192 | Joel Kuehnert<br>Bradley Arant Boult Cummings LLP |
| *Hill v. BP, PLC et al.* | 2:10-cv-04193 | Joel Kuehnert<br>Bradley Arant Boult Cummings LLP |
| *Monroe et al v. BP, PLC et al.* | 2:10-cv-04194 | Joel Kuehnert<br>Bradley Arant Boult Cummings LLP |
| *Hudley v. BP, plc et al.* | 2:10-cv-04200 | Joel Kuehnert<br>Bradley Arant Boult Cummings LLP |
| *Contender Boats v. Anadarko et al.* | 2:10-cv-04208 | Richard Brightman<br>Bradley Arant Boult Cummings LLP |
| *Trehern et al v. BP, plc et al.* | 2:10-cv-004213 | Jack Wilson<br>Bradley Arant Boult Cummings LLP |
| *Stricker et al v. BP P.L.C. et al.* | 2:10-cv-03095 | Gary Hunter<br>Richard Brightman<br>Hopping Green & Sams, P.A. |


| | | |
|---|---|---|
| *Wetzel et al v. Transocean Ltd. et al.* | 2:2010-cv-01222 | Peter Neger<br>Bingham McCutchen LLP |
| *Shemper, et al. v. BP plc, et al.* | 2:10-cv-3274 | Wayne Drinkwater<br>Bradley Arant Boult Cummings LLP |
| *Floyd, Floyd, Pearce of Beaumont, et al. v. BP, PLC, et al.* | 2:10-cv-03116 | Robin Gibbs<br>Gibbs & Bruns, L.L.P. |
| *Hudson v. BP PLC et al.* | 2:10-cv-04203 | Richard Brightman<br>Hopping Green & Sams, P.A. |
| *United State of America v. BP Exploration & Production Inc. et al.* | 2:10-cv-04536 | Frank Busch<br>Sandra Franco<br>Bingham McCutchen LLP |
| *Plaquemines Parish School Board v. Anadarko E&P Co. LP et al.* | 2:11-cv-00348 | Frank Busch<br>Bingham McCutchen LLP |
| *State of Louisiana Office of the Attorney General v. BP Exploration & Production, Inc., et al.* | 2:11-cv-00516 | Frank Busch<br>Bingham McCutchen LLP |
| *QMCD, LP et al. v. BP Exploration & Production et al.* | 2:11-cv-00552 | Robin Gibbs<br>Gibbs & Bruns, L.L.P. |
| *Synovus Bank v. Plash Island Resort LLC et al.* | 2:11-cv-00551 | Michael Duffy<br>Bradley Arant Boult Cummings LLP |
| *State of Louisiana (St. Charles Parish) v. BP Exploration & Production et al.* | 11-cv-01106 | Sandra Franco<br>Bingham McCutchen LLP |
| *Trung M. Le, et al. v. BP Exploration & Production, et al.* | 11-cv-1008 | Robin Gibbs<br>Gibbs & Bruns, L.L.P |
| *State of Louisiana (Jefferson Parish) v. BP Exploration & Production et al.* | 2:11-cv-01113 | Sandra Franco<br>Bingham McCutchen LLP |
| *Ferrara et al. v. BP, PLC, et al.* | 2:11-cv-1157 | Sandra Franco<br>Bingham McCutchen LLP |

| | | |
|---|---|---|
| *Luu v. BP Exploration & Production, Inc., et al.* | 2:11-cv-1188 | Robin Gibbs<br>Gibbs & Bruns, L.L.P. |
| *Vision Bank v. 145 LLC, et al.* | 11-cv-0912 | Joel Kuehnert<br>Bradley Arant Boult Cummings LLP |
| *Alabama State v. Transocean, Ltd. et al.* | 2:10-cv-04183 | Frank Busch<br>Bingham McCutchen LLP<br><br>Joel Kuehnert<br>Bradley Arant Boult Cummings LLP |