UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** * | |
| **of Mexico on April 20, 2010** * | **SECTION "J"** |
| * | **JUDGE BARBIER** |
| **This Document Relates to:** * | |
| *See Exhibit "A"* * | **MAGISTRATE NO. 1** |
| * | **MAGISTRATE SHUSHAN** |
| * | |
| * * * * * * * * * * * * | |

## AMENDED ORDER

Considering the *Ex Parte* Motion to Amend Order Granting Motion to Withdraw And Substitute Counsel of Record for MOEX USA Corporation ("MOEX USA"), and good cause being shown, the Motion to Amend is hereby Granted.

It is ORDERED that the Court's prior Order Granting the Motion to Withdraw and Substitute Counsel of Record for MOEX USA [Rec. Doc. 2613] is amended to include the individuals listed in Supplemental Exhibit "A" to the Motion to Amend. The Clerk's Office shall update the dockets to reflect the withdrawal of counsel for MOEX USA in accordance with the Court's prior Order [Rec. Doc. 2613], this Amended Order and Supplemental Exhibit "A" to the Motion to Amend. As a result of this Amended Order, all attorneys from the law firms of Bingham McCutchen LLP, Hopping Green & Sams, P.A., Bradley Arant Boult Cummings LLP, Gibbs & Bruns, L.L.P., and Kuchler, Polk, Schell, Weiner & Richeson, LLC, should no longer be listed as counsel of record or otherwise appear on behalf of MOEX USA in any MDL 2179 related case.

2

IT IS FURTHER ORDERED that the Clerk's Office shall remove the erroneous substitution of counsel from the dockets as listed in Supplemental Exhibit "B" to the Motion to Amend.

New Orleans, Louisiana, this __ day of June, 2011.

_____
United States District Judge