*EX PARTE* MOTION TO AMEND ORDER GRANTING MOTION TO WITHDRAW
AND SUBSTITUTE COUNSEL OF RECORD FOR MOEX USA CORPORATION

SUPPLEMENTAL EXHIBIT "A"

| Case Name | Docket # | Attorneys to be Withdrawn |
|---|---|---|
| *McCarthy v. BP PLC et al.* | 2:10-cv-03114 | Richard Brightman[1]<br>Hopping Green & Sams, P.A. |
| *Ware v. BP P.L.C. et al.* | 2:10-cv-03115 | Richard Brightman<br>Hopping Green & Sams, P.A. |
| *Murphy v. BP P.L.C. et al.* | 2:10-cv-03085 | Richard Brightman<br>Gary Hunter<br>Hopping Green & Sams, P.A. |
| *Barber's Seafood, Inc. v. BP, plc et al.* | 2:10-cv-03098 | Richard Brightman<br>Gary Hunter<br>Hopping Green & Sams, P.A. |
| *Woods Fisheries, Inc. v. BP, plc et al.* | 2:10-cv-03104 | Richard Brightman<br>Gary Hunter<br>Hopping Green & Sams, P.A. |
| *Carlisle v. BP P.L.C. et al.* | 2:10-cv-04188 | Frank Busch[2]<br>Sandra Franco<br>Bingham McCutchen LLP<br><br>Joel Kuehnert[3]<br>Reed Thomas Warburton<br>Bradley Arant Boult Cummings LLP |
| *Kleppinger v. Transocean Offshore Deepwater Drilling Inc. et al.* | 2:10-cv-03168 | Frank Busch<br>Bingham McCutchen LLP |

---

[1] To the extent any other attorney from the law firm of Hopping Green & Sams, P.A. has appeared in this or any other of the cases listed herein for MOEX USA Corporation, such attorney also should be withdrawn as counsel for MOEX USA Corporation.

[2] To the extent any other attorney from the law firm of Bingham McCutchen LLP has appeared in this or any other of the cases listed herein for MOEX USA Corporation, such attorney also should be withdrawn as counsel for MOEX USA Corporation.

[3] To the extent any other attorney from the law firm of Bradley Arant Boult Cummings LLP has appeared in this or any other of the cases listed herein for MOEX USA Corporation, such attorney also should be withdrawn as counsel for MOEX USA Corporation.