*EX PARTE* MOTION TO AMEND ORDER GRANTING MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD FOR MOEX USA CORPORATION

SUPPLEMENTAL EXHIBIT "B"

| Case Name | Docket # | Erroneous Substitution of Counsel for MOEX USA Corporation |
|---|---|---|
| *Kleppinger v. Transocean Offshore Deepwater Drilling Inc.* | 2:10-cv-03168 | Jack McKay |
| *Levy v. Transocean Ltd et. al.* | 2:10-cv-01245 | Jack McKay |
| *Pearson v. BP Exploration & Production, Inc., et. al.* | 2:11-cv-0863 | Jack McKay |
| *Black v. BP Exploration & Production, Inc., et. al.* | 2:11-cv-0867 | Jack McKay |
| *Murphy (Daniel) v. BP Exploration & Production, Inc.* | 2:11-cv-0874 | Jack McKay |
| *Ippolito v. BP Exploration & Production, Inc.* | 2:11-cv-0873 | Jack McKay |
| *City of New Orleans v. BP Exploration & Production, Inc.* | 2:11-cv-0890 | Jack McKay |
| *Town of Grand Isle, et. al. v. BP Exploration & Production, Inc., et. al.* | 2:11-cv-0893 | Jack McKay |
| *Jefferson (Parish) et. al. v. BP Exploration & Production, et. al.* | 2:11-cv-0895 | Jack McKay |
| *Quality Preheat & Pressure Washers, Inc. v. BP Exploration & Production, Inc., et. al.* | 2:11-cv-00920 | Jack McKay |
| *Service One, LLC v. BP Exploration & Production, Inc., et. al.* | 2:11-cv-00921 | Jack McKay |
| *Sellno et. al. v. BP Exploration & Production, Inc., et. al.* | 2:11-cv-00925 | Jack McKay |
| *Alexander et. al. v. BP Exploration & Production, Inc. et. al.* | 2:11-cv-00951 | Jack McKay |
| *Carnival Cruise Line v. BP Exploration and Production, Inc. et. al.* | 2:11-cv-00952 | Jack McKay |
| *State of Louisiana (Lafourche Parish) v. BP Exploration & Production Inc. et. al.* | 2:10-cv-01757 | Jack McKay |

| | | |
|---|---|---|
| *State of Louisiana (St. Tammany Parish) v. BP Exploration & Production Inc. et. al.* | 2:10-cv-01760 | Jack McKay |
| *State of Louisiana (Iberia Parish) v. BP Exploration & Production Inc. et. al.* | 2:10-cv-02996 | Jack McKay |
| *State of Louisiana (St. Mary's Parish) v. BP Exploration & Production Inc. et. al.* | 2:10-cv-02997 | Jack McKay |
| *State of Louisiana (Terrebonne Parish) v. BP Exploration & Production et. al.* | 2:10-cv-01759 | Jack McKay |
| *Stricker, et al. v. BP, PLC et al.* | 2:10-cv-03095 | Jack McKay |
| *Levy, et al. v. BP Exploration & Production, Inc. et al.* | 2:11-cv-00715 | Jack McKay |