## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| Applies to: *All cases, 10-2771, 10-3059, 11-516,* | | |
| *11-1207,10-1540, 10-8888, 10-3106, 11-274,* | | |
| *11-275* | * | JUDGE BARBIER |
| | * | MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

IT IS ORDERED that the Claimants' **Motion to Modify Limitation Restraining Order and Injunction (Rec. Doc. 1145)** is hereby **DENIED**.

IT IS ORDERED that the **St. Joe's Company's Motion for Extension of Time to File Amicus (Rec. Doc. 1798)** is hereby **GRANTED.**

In light of the Court's April 29, 2011 Order (Rec. Doc. 2197), **IT IS ORDERED** that BP's **Motion for Leave to File BP's Reply to Louisiana's Opposition (Rec. Doc. 2168)** is **DENIED AS MOOT.**

IT IS ORDERED that Claimant 30 Degree Blue's **Motion to Amend (Rec. Doc. 2530)** is hereby **GRANTED.**

IT IS ORDERED that Plaintiff W. Allen Cox, Jr.'s **Motion to Dismiss Without Prejudice with Defendant's Consent (Rec. Doc. 2543)** is hereby **GRANTED.**

Because the Court construes the Plaintiff Steering Committee's Motions to Dismiss to be filed on behalf of individual Plaintiffs, **IT IS ORDERED** that Plaintiff Doug Crawford's

1

Motion for Leave to File Supplemental Memorandum (Rec. Doc. 2591) is hereby **DENIED AS MOOT.**

      **IT IS ORDERED** that Anadarko's **Motion to Join in and Adopt BP's Motion to Dismiss Transocean's Complaint in Intervention (Rec. Doc. 2678)** is hereby **GRANTED.**

      **IT IS ORDERED** that Plaintiff Casablanca Fish Market, Inc's **Motion to Extend Time to Serve Defendants (Rec. Doc. 2790)** is hereby **GRANTED.**

      **IT IS ORDERED** that Plaintiff Barkley Truitt's **Motion to Remove Incorrectly Filed Document: Rec. Doc. 104669 in 10-8888 (Rec. Doc. 2813)** is hereby **GRANTED.**

      New Orleans, Louisiana, this 21st day of June, 2011.

**THE HONORABLE CARL J. BARBIER**
**U.S. DISTRICT COURT JUDGE**