UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | CIVIL ACTION<br><br>MDL 2179<br><br>SECTION: J(1) |

**ORDER**

Before the Court are two Motions to Dismiss or in the Alternative, Bifurcate Alter Ego Claims filed by MOEX Offshore 2007 LLP (Rec. Doc. 2757) and MOEX USA Corporation (Rec. Doc. 2761) respectively.

**IT IS ORDERED** any opposition to these Motions shall be filed no later than Tuesday, July 5, 2011. At that time, the Court will take the matters under advisement and will determine whether to entertain oral argument on the Motions at the Court's July 8, 2011 status conference.

New Orleans, Louisiana this 22nd day of June, 2011.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1