

38288185
Jun 22 2011
2:15PM

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates To:<br>Case No. 2:10-cv-08888-CJB-SS<br>Doc No. 399<br>Short-Form Joinder of<br>Travis Hudson | * * * * * | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

### MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, the undersigned counsel, and moves this Court for an order withdrawing J. Parker Miller and the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., as counsel of record for Plaintiff Travis Hudson. In further support, Movant states as follows:

1. On or about November 23, 2010, Plaintiff Travis Hudson retained the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., to serve as counsel with regards to his oil spill case.

2. On March 9, 2011, the undersigned filed a Short Form Joinder on behalf of Plaintiff Travis Hudson, Doc. No. 399.

3. On June 13, 2011, Mr. Hudson informed the undersigned that he wished to proceed in the litigation *pro se*, and the parties have terminated their relationship.

4. Considering Plaintiff Hudson has chosen to represent himself in this matter, neither he nor any other party will be prejudiced by Movants' withdrawal of counsel.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, both individually and on behalf of his respective law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., move this Court for an Order withdrawing them as counsel of record for Plaintiff Travis Hudson.

Respectfully submitted this the 22nd day of June, 2011.

/s/ J. Parker Miller
J. Parker Miller, AL Bar No. ASB-7363-H53M
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
Telephone: (334) 269-2343
Fax No. (334) 954-7555
E-Mail: Parker.Miller@BeasleyAllen.com

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing Motion to Withdraw as Counsel will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via U.S. Mail, postage prepaid and properly addressed, on the others listed below this the 22nd day of June, 2011.

Mr. Travis Lee Hudson
113 31st Street
Gulfport, Mississippi 39507
(228) 547-1145

                                        /s/ J. Parker Miller
                                        Of Counsel