*EX PARTE* **JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD FOR ANADARKO PETROLEUM CORPORATION**

**EXHIBIT "A"**

| Case Name | Docket # | Attorneys to be Withdrawn | Attorneys to be Substituted |
|---|---|---|---|
| *Dai Tran v. BP America, Inc. et al.* | 2:10-cv-03279 | Robin C. Gibbs (Gibbs & Bruns, L.L.P.)[1] | Deborah D. Kuchler[2] David H. Hardwicke Monique M. Weiner Sarah E. Iames (Kuchler, Polk, Schell, Weiner & Richeson, LLC)<br><br>Ky E. Kirby[3] David B. Salmons Michael B. Wigmore Sandra Franco Warren Anthony Fitch Randall M. Levine James J. Dragna Peter C. Neger (Bingham McCutchen LLP) |

---

[1]   To the extent any other attorney from the law firm of Gibbs & Bruns, L.L.P. has appeared for Anadarko Petroleum Corporation in this or any other of the cases listed on this Exhibit A, such attorney(s) also should be withdrawn as counsel for Anadarko Petroleum Corporation.

[2]   For all the MDL 2179 related dockets listed on this Exhibit A, Deborah D. Kuchler from Kuchler, Polk, Schell, Weiner & Richeson, LLC should be listed as Anadarko Petroleum Corporation's trial attorney and counsel of record. David H. Hardwicke, Monique M. Weiner, and Sarah E. Iames from Kuchler, Polk, Schell, Weiner & Richeson, LLC should be listed as Anadarko Petroleum Corporation's counsel of record.

| | | | |
|---|---|---|---|
| *Peter Tran v. BP America, Inc. et al.* | 2:10-cv-03280 | Robin C. Gibbs<br>(Gibbs & Bruns, L.L.P.) | Deborah D. Kuchler<br>David H. Hardwicke<br>Monique M. Weiner<br>Sarah E. Iames<br>(Kuchler, Polk, Schell, Weiner & Richeson, LLC)<br><br>Ky E. Kirby<br>David B. Salmons<br>Michael B. Wigmore<br>Sandra Franco<br>Warren Anthony Fitch<br>Randall M. Levine<br>James J. Dragna<br>Peter C. Neger<br>(Bingham McCutchen LLP) |
| *QMCD, LP, et al. v. BP Exploration & Production, Inc. et al.* | 2:11-cv-00552 | Robin C. Gibbs<br>(Gibbs & Bruns, L.L.P.) | Deborah D. Kuchler<br>David H. Hardwicke<br>Monique M. Weiner<br>Sarah E. Iames<br>(Kuchler, Polk, Schell, Weiner & Richeson, LLC)<br><br>Ky E. Kirby<br>David B. Salmons<br>Michael B. Wigmore<br>Sandra Franco<br>Warren Anthony Fitch |

---

[3] To the extent any of these attorneys from Bingham McCutchen LLP do not already appear as Anadarko Petroleum Corporation's counsel of record in the MDL 2179 related dockets listed on this Exhibit A, they should now be listed as Anadarko Petroleum Corporation's counsel of record in these dockets.

| | | | |
|---|---|---|---|
| | | | Randall M. Levine<br>James J. Dragna<br>Peter C. Neger<br>(Bingham McCutchen LLP) |
| *Luu v. BP Exploration & Production, Inc. et al.* | 2:11-cv-01188 | Robin C. Gibbs<br>(Gibbs & Bruns, L.L.P.) | Deborah D. Kuchler<br>David H. Hardwicke<br>Monique M. Weiner<br>Sarah E. Iames<br>(Kuchler, Polk, Schell, Weiner & Richeson, LLC)<br><br>Ky E. Kirby<br>David B. Salmons<br>Michael B. Wigmore<br>Sandra Franco<br>Warren Anthony Fitch<br>Randall M. Levine<br>James J. Dragna<br>Peter C. Neger<br>(Bingham McCutchen LLP) |
| *Trung Le, et al. v. BP Exploration & Production, Inc.et al.* | 2:11-cv-01008 | Robin C. Gibbs<br>(Gibbs & Bruns, L.L.P.) | Deborah D. Kuchler<br>David H. Hardwicke<br>Monique M. Weiner<br>Sarah E. Iames<br>(Kuchler, Polk, Schell, Weiner & Richeson, LLC)<br><br>Ky E. Kirby<br>David B. Salmons<br>Michael B. Wigmore |

| | | | |
|---|---|---|---|
| | | | Sandra Franco<br>Warren Anthony Fitch<br>Randall M. Levine<br>James J. Dragna<br>Peter C. Neger<br>(Bingham McCutchen LLP) |
| *Trahan v. BP p.l.c. et al.* | 2:11-cv-00263 | Robin C. Gibbs<br>(Gibbs & Bruns, L.L.P.) | Deborah D. Kuchler<br>David H. Hardwicke<br>Monique M. Weiner<br>Sarah E. Iames<br>(Kuchler, Polk, Schell, Weiner & Richeson, LLC)<br><br>Ky E. Kirby<br>David B. Salmons<br>Michael B. Wigmore<br>Sandra Franco<br>Warren Anthony Fitch<br>Randall M. Levine<br>James J. Dragna<br>Peter C. Neger<br>(Bingham McCutchen LLP) |
| *Floyd, Floyd, Pearce, LLC v. BP, PLC et al.* | 2:10-cv-03116 | Robin C. Gibbs<br>(Gibbs & Bruns, L.L.P.) | Deborah D. Kuchler<br>David H. Hardwicke<br>Monique M. Weiner<br>Sarah E. Iames<br>(Kuchler, Polk, Schell, Weiner & Richeson, LLC)<br><br>Ky E. Kirby |

| | | | |
|---|---|---|---|
| | | | David B. Salmons<br>Michael B. Wigmore<br>Sandra Franco<br>Warren Anthony Fitch<br>Randall M. Levine<br>James J. Dragna<br>Peter C. Neger<br>(Bingham McCutchen LLP) |