IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § § | MDL NO. 2179 |
| This Document Relates to: *See Exhibit "A"* | § § § § § | SECTION: J<br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

### *EX PARTE* JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD FOR ANADARKO E&P COMPANY LP

NOW INTO COURT, through undersigned counsel, comes Defendant Anadarko E&P Company LP ("AE&P"), and moves this Court pursuant to Local Rule 83.2.11 for permission to withdraw the attorney(s) from Gibbs & Bruns, L.L.P, who appear as counsel of record for AE&P in the dockets listed on the attached Exhibit "A", and to substitute them with the attorneys identified on Exhibit "A" from Kuchler, Polk, Schell, Weiner & Richeson, LLC along with the attorneys from Bingham McCutchen LLP, to the extent they have not already appeared in these cases. The undersigned request that the substituting counsel be shown as noted in the MDL 2179 related dockets listed on Exhibit "A." As a result of the requested withdrawal, all attorneys from the law firm of Gibbs and Bruns, L.L.P. should no longer be listed as counsel of record or otherwise appear on behalf of AE&P in any MDL 2179 related case.

WHEREFORE, the undersigned counsel, both individually and on behalf of their respective law firms, request this Court permit the above-requested withdrawals and substitutions.

1

                                                              Respectfully submitted,

DATED: June 22, 2011                    BINGHAM McCUTCHEN LLP

                                                          */s/ Ky E. Kirby*_____
                                                          Ky E. Kirby
Ky.Kirby@bingham.com
David B.Salmons
david.salmons@bingham.com
Michael B. Wigmore
Michael.Wigmore@bingham.com
Sandra Franco
Sandra.Franco@bingham.com
Warren Anthony Fitch
Tony.Fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC  20006-1806
Telephone (202) 383-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

Peter C. Neger
Peter.Neger@bingham.com
Bingham McCutchen LLP
399 Park Ave.
New York, NY 10022-4689
212-705-7000

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

*/s/ Deborah D. Kuchler*_____
Deborah D. Kuchler, T.A.
(La. Bar No.  17013,
Tex. Bar No. 24038606)

dkuchler@kuchlerpolk.com
Monique M. Weiner
(La. Bar No. 23233, Tex. Bar No. 24044318)
mweiner@kuchlerpolk.com
Sarah E. Iiams
(La Bar No. 22418, Tex. Bar No. 24038718)
KUCHLER POLK SCHELL WEINER & RICHESON, LLC
1615 Poydras Street, Suite 1300
New Orleans, LA 70112
Telephone (504) 592-0691
Facsimile (504) 592-0697

David H. Hardwicke
(Tex. Bar No. 08983900)
dhardwicke@kuchlerpolk.com
KUCHLER POLK SCHELL WEINER & RICHESON, LLC
1715 Northpark Drive, Suite A
Kingwood, Texas 77339-1618
Telephone (713) 650-8805
Facsimile (713) 750-0903


GIBBS & BRUNS, L.L.P.

*/s/ Robin C. Gibbs*_____
Robin C. Gibbs
Texas Bar No. 07853000
rgibbs@gibbsbruns.com
1100 Louisiana, Suite 5300
Houston, TX 77002
Telephone (713) 650-8805
Facsimile (713) 750-0903

**ATTORNEYS FOR DEFENDANT ANADARKO E&P COMPANY LP**

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on June 22, 2011.

_____/s/ *Ky E. Kirby*_____
Ky E. Kirby