*EX PARTE* JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD
OR ANADARKO E&P COMPANY LP

**EXHIBIT "A"**

| Case Name | Docket # | Attorneys to be Withdrawn | Attorneys to be Substituted |
|---|---|---|---|
| *Dai Tran v. BP America, Inc. et al.* | 2:10-cv-03279[1] | Robin C. Gibbs (Gibbs & Bruns, L.L.P.)[2] | Deborah D. Kuchler[3]<br>David H. Hardwicke<br>Monique M. Weiner<br>Sarah E. Iames<br>(Kuchler, Polk, Schell, Weiner & Richeson, LLC)<br><br>Ky E. Kirby[4]<br>David B. Salmons<br>Michael B. Wigmore<br>Sandra Franco<br>Warren Anthony Fitch |

---

[1]   Anadarko E&P Company LP does not appear on the referenced docket sheet for this case and does not appear in the caption of the Complaint in this case. However, it is named as a defendant in the body of the Complaint.

[2]   To the extent any other attorney from the law firm of Gibbs & Bruns, L.L.P. has appeared for Anadarko E&P Company LP in this or any other of the cases listed on this Exhibit A, such attorney(s) also should be withdrawn as counsel for Anadarko E&P Company LP.

[3]   For all the MDL 2179 related dockets listed on this Exhibit A, Deborah D. Kuchler from Kuchler, Polk, Schell, Weiner & Richeson, LLC should be listed as Anadarko E&P Company LP's trial attorney and counsel of record. David H. Hardwicke, Monique M. Weiner, and Sarah E. Iames from Kuchler, Polk, Schell, Weiner & Richeson, LLC should be listed as Anadarko E&P Company LP's counsel of record.

[4]   To the extent any of these attorneys from Bingham McCutchen LLP do not already appear as Anadarko E&P Company LP's counsel of record in the MDL 2179 related dockets listed on this Exhibit A, they should now be listed as Anadarko E&P Company LP's counsel of record in these dockets.

| | | | |
|---|---|---|---|
| | | | Randall M. Levine<br>James J. Dragna<br>Peter C. Neger<br>(Bingham McCutchen LLP) |
| *Peter Tran v. BP America, Inc. et al.* | 2:10-cv-03280[5] | Robin C. Gibbs<br>(Gibbs & Bruns, L.L.P.) | Deborah D. Kuchler<br>David H. Hardwicke<br>Monique M. Weiner<br>Sarah E. Iames<br>(Kuchler, Polk, Schell, Weiner & Richeson, LLC)<br><br>Ky E. Kirby<br>David B. Salmons<br>Michael B. Wigmore<br>Sandra Franco<br>Warren Anthony Fitch<br>Randall M. Levine<br>James J. Dragna<br>Peter C. Neger<br>(Bingham McCutchen LLP) |
| *QMCD, LP et al. v. BP Exploration & Production, Inc. et al.* | 2:11-cv-00552 | Robin C. Gibbs<br>(Gibbs & Bruns, L.L.P.) | Deborah D. Kuchler[6]<br>David H. Hardwicke<br>Monique M. Weiner<br>Sarah E. Iames |

---

[5]   *See supra* text accompanying note 1.

[6]   The Plaintiffs in this case misnamed Anadarko E&P Company LP as Anadarko Exploration & Production, LP. Despite this error, Robin Gibbs *et al.* consented, "without waiver of their rights to contest service or otherwise respond, plead or assert any defenses", to the removal of this case to the Southern District of Texas (4:11-cv-00624) before the case was transferred to MDL 2179. The substituting attorneys expressly reserve those rights.

| | | | | |
|---|---|---|---|---|
| | | | | (Kuchler, Polk, Schell, Weiner & Richeson, LLC)<br><br>Ky E. Kirby<br>David B. Salmons<br>Michael B. Wigmore<br>Sandra Franco<br>Warren Anthony Fitch<br>Randall M. Levine<br>James J. Dragna<br>Peter C. Neger<br>(Bingham McCutchen LLP) |
| *Trung M. Le, et al. v. BP Exploration & Production, Inc. et al.* | 2:11-cv-01008 | Robin C. Gibbs<br>(Gibbs & Bruns, L.L.P.) | | Deborah D. Kuchler[7]<br>David H. Hardwicke<br>Monique M. Weiner<br>Sarah E. Iames<br>(Kuchler, Polk, Schell, Weiner & Richeson, LLC)<br><br>Ky E. Kirby<br>David B. Salmons<br>Michael B. Wigmore<br>Sandra Franco<br>Warren Anthony Fitch<br>Randall M. Levine |

---

[7] The Plaintiffs in this case misnamed Anadarko E&P Company LP as Anadarko Exploration & Production, LP. Despite this error, Robin Gibbs *et al.* appeared for the limited purposes of removal of this case to the Southern District of Texas (4:11-cv-01397) before the case was transferred to MDL 2179 and consented to the removal, without waiving "any right, defenses, or objections, including but not limited to, those related to sufficiency of process, service or process, whether service of process was actually perfected, or any jurisdictional defenses that may be raised." The substituting attorneys expressly reserve those rights and the limited appearance *proviso*.

| | | | |
|---|---|---|---|
| | | | James J. Dragna<br>Peter C. Neger<br>(Bingham McCutchen LLP) |
| *Luu et al. v. BP Exploration and Production, Inc. et al.* | 2:11-cv-01188 | Robin C. Gibbs<br>(Gibbs & Bruns, L.L.P.) | Deborah D. Kuchler[8]<br>David H. Hardwicke<br>Monique M. Weiner<br>Sarah E. Iames<br>(Kuchler, Polk, Schell, Weiner & Richeson, LLC)<br><br>Ky E. Kirby<br>David B. Salmons<br>Michael B. Wigmore<br>Sandra Franco<br>Warren Anthony Fitch<br>Randall M. Levine<br>James J. Dragna<br>Peter C. Neger<br>(Bingham McCutchen LLP) |

---

[8] The Complainant in this case misnamed Anadarko E&P Company LP as Anadarko Exploration & Production, LP. Despite this error, Robin Gibbs *et al.* appeared for the limited purposes of removal of this case to the Southern District of Texas (4:11-cv-01660) before the case was transferred to MDL 2179 and consented to the removal, without waiving "any right, defenses, or objections, including but not limited to, those related to sufficiency of process, service or process, whether service of process was actually perfected, or any jurisdictional defenses that may be raised." The substituting attorneys expressly reserve those rights and the limited appearance *proviso*.