UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Member Case: 11-1136 | SECTION: J(2) |

### ORDER

**IT IS ORDERED** that member case, <u>ART Catering, Inc. v. Gorney et al.</u> (11-1136) is hereby **REASSIGNED AND REFERRED** to United States Magistrate Judge Joseph C. Wilkinson, Jr. (Division 2) for the purpose of pretrial case management, including issuing a scheduling order, overseeing discovery, and any other preliminary matters.

Parties are directed to use Magistrate Judge Wilkinson's information in the caption of future pleadings.

New Orleans, Louisiana this 22nd day of June, 2011.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

JUN 22 2011
TRANSFERRED TO
MAG. 2