UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL By The OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO, ON APRIL 20, 2010 | ) MDL <br> ) DOCKET NO. 2179 <br> ) <br> ) SECTION:  J <br> ) |
| RELATES TO:  No. 2:11-cv-00715 | ) <br> ) JUDGE BARBIER <br> ) MAG. JUDGE SHUSHAN |

## MOTION FOR WITHDRAWAL OF COUNSEL

Attorney Sid J. Trant hereby moves the Court for permission to withdraw Michael B. Duffy from the representation of Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP and MOEX Offshore 2007 LLC, and, as grounds for this motion, states that Michael B. Duffy will no longer be employed by the firm of Bradley Arant Boult Cummings LLP after June 30, 2011, and will no longer represent these defendants.

Respectfully submitted,

/s/ Sid J. Trant
Sid J. Trant (TRANS4885)
(strant@babc.com)
**Bradley Arant Boult Cummings LLP**
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8000

ATTORNEY FOR ANADARKO
PETROLEUM CORPORATION,
ANADARKO E&P COMPANY, LP,
and MOEX OFFSHORE 2007 LLC

OF COUNSEL
Sid J. Trant
(strant@babc.com)
R. Thomas Warburton
(twarburton@babc.com)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

James J. Dragna
(Jim.Dragna@bingham.com)
BINGHAM MCCUTCHEN
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

Ky E. Kirby
(Ky.Kirby@bingham.com)
Michael B. Wigmore
(Michael.Wigmore@bingham.com)
Warren Anthony Fitch
(Tony.Fitch@bingham.com)
BINGHAM MCCUTCHEN
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record for all parties.

/s/ Sid J. Trant

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL By The OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO, ON APRIL 20, 2010 | ) MDL<br>) DOCKET NO. 2179<br>)<br>) SECTION: J<br>) |
| RELATES TO: No. 2:11-cv-00715 | )<br>)<br>) JUDGE BARBIER<br>) MAG. JUDGE SHUSHAN<br>) |

## ORDER WITHDRAWING COUNSEL

The Court has considered the motion (Docket No. _____) of Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP and MOEX Offshore 2007 LLC for withdrawing of counsel, and finds the motion to be well taken. Therefore, it is hereby ORDERED that Michael B. Duffy of the law firm Bradley Arant Boult Cummings LLP, One Federal Place, 1819 Fifth Avenue North, Birmingham, AL 35203 be withdrawn as counsel for Anadarko Petroleum Corporation, Anadarko E&P Company LP and MOEX Offshore 2007 LLC.

IT IS SO ORDERED.

_____
JUDGE