```
 1                        UNITED STATES DISTRICT COURT
                         EASTERN DISTRICT OF LOUISIANA
 2

 3      ******************************************************************

 4      IN RE:  OIL SPILL BY THE
        OIL RIG DEEPWATER HORIZON
 5      IN THE GULF OF MEXICO ON
        APRIL 20, 2010
 6
                                      CIVIL ACTION NO. 10-MD-2179 "J"
 7                                    NEW ORLEANS, LOUISIANA
                                      FRIDAY, JUNE 17, 2011, 9:30 A.M.
 8

 9      THIS DOCUMENT RELATES TO
        ALL ACTIONS
10

11      ******************************************************************

12             TRANSCRIPT OF DISCOVERY STATUS CONFERENCE PROCEEDINGS
                 HEARD BEFORE THE HONORABLE SALLY SHUSHAN
13                    UNITED STATES MAGISTRATE JUDGE

14      APPEARANCES:

15      FOR THE PLAINTIFFS'
        LIAISON COUNSEL:          DOMENGEAUX WRIGHT ROY & EDWARDS
16                                BY:  SOREN E. GISLESON, ESQUIRE
                                       WILLIAM F. LARGE, ESQUIRE
17                                P. O. BOX 3668
                                  556 JEFFERSON STREET
18                                LAFAYETTE, LA  70502

19
        FOR THE PLAINTIFFS:       BREIT DRESCHER IMPREVENTO & WALKER
20                                BY:  JEFFREY A. BREIT, ESQUIRE
                                  1000 DOMINION TOWER,
21                                999 WATERSIDE DRIVE
                                  NORFOLK, VA  23510
22

23                                IRPINO LAW FIRM
                                  BY:  ANTHONY IRPINO, ESQUIRE
24                                ONE CANAL PLACE
                                  365 CANAL STREET, SUITE 2990
25                                NEW ORLEANS, LA  70130
```

09:23AM

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR THE FEDERAL
     GOVERNMENT INTERESTS:    U.S. DEPARTMENT OF JUSTICE
 4                            TORTS BRANCH, CIVIL DIVISION
                              BY:  R. MICHAEL UNDERHILL, ESQUIRE
 5                                 SARAH HIMMELHOCH, ESQUIRE
                              450 GOLDEN GATE AVENUE
 6                            7TH FLOOR, ROOM 5395
                              SAN FRANCISCO, CA  94102
 7

 8   FOR THE UNITED STATES
     OF AMERICA:              ENVIRONMENTAL ENFORCEMENT SECTION
 9                            U.S. DEPARTMENT OF JUSTICE
                              BY:  STEVEN O'ROURKE, ESQUIRE
10                            P.O. BOX 7611
                              WASHINGTON, DC  20044
11

12   FOR STATE INTERESTS:     ALABAMA ATTORNEY GENERAL'S OFFICE
                              BY:  COREY L. MAZE, ESQUIRE
13                            500 DEXTER AVENUE
                              MONTGOMERY, AL  36130
14

15   FOR THE STATE OF
     LOUISIANA:               KANNER & WHITELEY
16                            BY:  ALLAN KANNER, ESQUIRE
                              701 CAMP STREET
17                            NEW ORLEANS, LA  70130

18

19   FOR CAMERON INTERNATIONAL
     CORPORATION:             STONE PIGMAN WALTHER WITTMANN
20                            BY:  PHILLIP A. WITTMANN, ESQUIRE
                                   CARMELITE M. BERTAUT, ESQUIRE
21                            546 CARONDELET STREET
                              NEW ORLEANS, LA 70130
22

23

24

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR TRANSOCEAN HOLDINGS
    LLC, TRANSOCEAN
 4  OFFSHORE DEEPWATER
    DRILLING INC., AND
 5  TRANSOCEAN DEEPWATER
    INC.:                      FRILOT
 6                             BY:  KERRY J. MILLER, ESQUIRE
                               ENERGY CENTRE, 36TH FLOOR
 7                             1100 POYDRAS STREET
                               NEW ORLEANS, LA  70163
 8

 9  FOR BP AMERICA INC.,
    BP AMERICA PRODUCTION
10  COMPANY, BP COMPANY
    NORTH AMERICA INC.,
11  BP CORPORATION NORTH
    AMERICA INC.,
12  BP EXPLORATION &
    PRODUCTION INC.,
13  BP HOLDINGS NORTH
    AMERICA LIMITED,
14  BP PRODUCTS NORTH
    AMERICA INC.:              KIRKLAND & ELLIS
15                             BY:  J. ANDREW LANGAN, ESQUIRE
                                    TIMOTHY E. DUFFY, ESQUIRE
16                                  ANDREW B. BLOOMER, ESQUIRE
                               300 N. LASALLE
17                             CHICAGO, IL  60654

18

19  FOR HALLIBURTON
    ENERGY SERVICES, INC.:     GODWIN RONQUILLO
20                             BY:  R. ALAN YORK, ESQUIRE
                               1331 LAMAR, SUITE 1665
21                             HOUSTON, TX  77010

22

23  FOR M-I L.L.C.:            MORGAN, LEWIS & BOCKIUS
                               BY:  DENISE SCOFIELD, ESQUIRE
24                             1000 LOUISIANA STREET, SUITE 4000
                               HOUSTON, TX  77002
25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR ANADARKO
     PETROLEUM CORPORATION,
 4   ANADARKO E&P COMPANY LP,
     MOEX USA CORPORATION,
 5   AND MOEX OFFSHORE 2007
     LLC:                     KUCHLER POLK SCHELL
 6                            WEINER & RICHESON
                              BY:  LEIGH ANN SCHELL, ESQUIRE
 7                            1615 POYDRAS STREET, SUITE 1300
                              NEW ORLEANS, LA  70112
 8

 9                            BINGHAM MCCUTCHEN
                              BY:  WARREN A. FITCH, ESQUIRE
10                            2020 K STREET, NW
                              WASHINGTON, DC  20006
11

12                            PILLSBURY WINTHROP SHAW PITTMAN
                              BY:  JOHN F. PRITCHARD, ESQUIRE
13                            EDWARD FLANDERS, ESQUIRE
                              1540 BROADWAY
14                            NEW YORK, NY  10036

15

16                            CARVER DARDEN KORETZKY TESSIER
                              FINN BLOSSMAN & AREAUX
17                            BY:  PHILLIP D. NIZIALEK, ESQUIRE
                              1100 POYDRAS STREET, SUITE 3100
18                            NEW ORLEANS, LA  70163

19

20   FOR MARINE SPILL
     RESPONSE CORPORATION:    BLANK ROME
21                            BY:  ALAN M. WEIGEL, ESQUIRE
                              THE CHRYSLER BUILDING
22                            405 LEXINGTON AVENUE
                              NEW YORK, NY  10174
23

24

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR O'BRIEN'S RESPONSE
    MANAGEMENT, INC.,
 4  SEACOR HOLDINGS, INC.,
    SEACOR OFFSHORE LLC,
 5  SEACOR MARINE, LLC,
    SEACOR WORLDWIDE, INC.,
 6  SEACOR MARINE, INC.,
    SEACOR MARINE
 7  INTERNATIONAL, INC.,
    AND SIEMENS FINANCIAL,
 8  INC.:                   WEIL GOTSHAL & MANGES
                            BY:  SYLVIA E. SIMSON, ESQUIRE
 9                          767 FIFTH AVENUE
                            NEW YORK, NY  10153
10

11

12  FOR WEATHERFORD U.S.,
    L.P.:                   JONES WALKER
13                          BY:  WILLIAM C. BALDWIN, ESQUIRE
                            PLACE ST. CHARLES
14                          201 ST. CHARLES AVENUE
                            NEW ORLEANS, LA  70170
15

16

17  MODERN GROUP GP-SUB,
    INC., MODERN GROUP LTD.,
18  TIGER RENTALS LTD.:     GALLOWAY, JOHNSON, TOMPKINS,
                            BURR & SMITH
19                          BY:  JOHN E. GALLOWAY, ESQUIRE
                            ONE SHELL SQUARE
20                          701 POYDRAS STREET, 40TH FLOOR
                            NEW ORLEANS, LA 70139
21

22

23  FOR DRC EMERGENCY
    SERVICES, LLC:          FLANAGAN PARTNERS
24                          BY:  ANDY J. DUPRE, ESQUIRE
                            201 ST. CHARLES AVENUE, SUITE 2405
25                          NEW ORLEANS, LA  70170
```

```
 1   APPEARANCES CONTINUED:

 2

 3   ALSO PRESENT:            JOSEPH ALEXANDER, ESQUIRE
                             RUTH COLVIN, ESQUIRE
 4                           BENJAMIN GOODHUE, ESQUIRE
                             BILLY BONNER, ESQUIRE
 5

 6                           WENDY BISHOP, ESQUIRE
                             MISTY HATAWAY CONÉ, ESQUIRE
 7                           CAROLYN RAINES, ESQUIRE

 8

 9   OFFICIAL COURT REPORTER:      CATHY PEPPER, CRR, RMR, CCR
                                  CERTIFIED REALTIME REPORTER
10                                500 POYDRAS STREET, ROOM HB406
                                  NEW ORLEANS, LA  70130
11                                (504) 589-7779
                                  Cathy_Pepper@laed.uscourts.gov
12

13   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.
14

15

16

17

18

19

20

21

22

23

24

25
```

1                                   **I N D E X**

2

3     <u>AGENDA ITEMS</u>                                        <u>PAGE</u>

4

5     JUNE AND JULY DEPOSITION SCHEDULE......................  10

6     MARK ALBERTY..........................................  11

7     TIM BURNS.............................................  11

8     KEITH DAIGLE..........................................  12

9     GALINA SKRIPNIKOVA....................................  12

10    CURTIS JACKSON........................................  13

11    JOHN WRIGHT...........................................  13

12    MR. EDDY REDD.........................................  18

13    RICHARD DUBOIS........................................  19

14    SPERRY 30(B)(6) ON CONTRACTUAL ISSUES.................  19

15    SKIP CLARK............................................  19

16    JIMMY HARRELL.........................................  19

17    CHEVRON 30(B)(6), CRAIG GARDNER.......................  20

18    MIKE DALY.............................................  21

19    TRENT FLEECE..........................................  21

20    BILL SANNON...........................................  21

21    LONDON................................................  22

22    BARBARA YILMEZ........................................  23

23    ANDY INGLIS...........................................  24

24    TOMMY ROTH............................................  26

25    KAL JASSAL............................................  28

1   MR. MOGFORD'S DEPOSITION................................  29

2   POST-JULY 31ST DEPOSITIONS FOR PHASE I.................  32

3   OUTSTANDING DISAGREEMENTS BY CLOSE OF BUSINESS THIS      32

4   COMING WEDNESDAY, JUNE 22ND............................

5   NAOKI ISHII............................................  33

6   ADDITIONAL HALLIBURTON WITNESSES.......................  37

7   DR. KRIS RAVI..........................................  37

8   MR. SPRAGUE............................................  38

9   REALLOCATION OF DEPOSITION EXAMINATION TIME............  39

10  CATHLEENIA WILLIS......................................  39

11  DNV/BLOW-OUT PREVENTER ISSUES..........................  49

12  DOCUMENT PRODUCTION ON PHASE I AND PHASE II............  50

13  KPMG PRODUCE ALL OF THE DATA TO BE PRODUCED FROM        50

14  PHASE II BY CLOSE OF BUSINESS NEXT FRIDAY..............

15  PHASE I PRODUCTION.....................................  50

16  GOVERNMENT'S REVIEW OF E-MAILS AND PAPER DOCUMENTS.....  51

17  PRESERVATION...........................................  52

18  DNV GIVE US THE DESIGNATIONS OF THE THREE WITNESSES     57

19  THAT WILL BE TESTIFYING AT THE 30(B)(6) DEPOSITION.....

20  LIMIT ON WRITTEN DISCOVERY, PARTICULARLY               58

21  INTERROGATORIES........................................

22  BP/MOEX SETTLEMENT AGREEMENT ISSUE.....................  60

23  SHORT FORM CLAIMANT ISSUES.............................  63

24  STATES' PRODUCTION OF THEIR FILES......................  66

25  EXTRA TIME TO READ AND SIGN THE DEPOSITIONS............  76

```
 1    CONFIDENTIALITY DESIGNATIONS...........................   78

 2    BIFURCATION MOTION THAT WE BROUGHT AND THE MOTION TO      79

 3    STAY VEIL PIERCING DISCOVERY...........................

 4    TEXAS STATE MDL LITIGATION.............................   83

 5    MEETING AND CONFERRING.................................   84

 6    AUTHENTICATION OF DOCUMENTS FOR PURPOSE OF TRIAL.......   85

 7    UNITED STATES DOCUMENT PRODUCTION......................   86

 8    CONDUCTING SEARCHES OF THE WHITE HOUSE'S RECORDS, OR      86

 9    THE EXECUTIVE OFFICE OF THE PRESIDENT..................

10    SEARCH TERMS...........................................   87

11    PRESERVATION ISSUES RELATING TO SAMPLES................   88

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    **P-R-O-C-E-E-D-I-N-G-S**

2                    FRIDAY, JUNE 17, 2011

3               M O R N I N G   S E S S I O N

4                  (COURT CALLED TO ORDER)

5

09:34AM 6

09:34AM 7          THE DEPUTY CLERK:  All rise.

09:34AM 8          THE COURT:  Good morning, everybody.

09:34AM 9          VOICES:  Good morning, Judge.

09:34AM 10         THE COURT:  Welcome back from London, those of you who

09:34AM 11    have made the trip.

09:34AM 12              Hello, Kerry, I haven't seen you in a while.  How

09:34AM 13    are you doing?

09:34AM 14         MR. MILLER:  I'm fine.  I've been braving the heat.

09:34AM 15         THE COURT:  Braving the heat.

09:34AM 16              Hi, phone participants, good morning.  Can you hear

09:34AM 17    me okay?  No, they can't hear me okay.

09:35AM 18              Hello, phone participants.

09:35AM 19         VOICES:  Good morning, Judge.

09:35AM 20         THE COURT:  Can you hear me okay?  Of course, you can

09:35AM 21    hear me without a mic okay, right?

09:35AM 22              All right.  Let's get rolling.  Everybody got the

09:35AM 23    abbreviated form of the agenda for this morning.  So first up is

09:36AM 24    the June and July deposition schedule.  I'm trying to bring that

09:36AM 25    up.

09:36AM 1              All right.  Let's see, we wanted to start off with

09:36AM 2   Mark Alberty.  Andy, BP was working on securing dates for him.

09:36AM 3              MR. LANGAN:  Your Honor, Andy Langan for BP.

09:36AM 4              What I was hoping to do was give you an update

09:36AM 5   about all the up to July 31st dates that we do have --

09:36AM 6              THE COURT:  Fabulous.

09:36AM 7              MR. LANGAN:  -- in one fell swoop.  Alberty is not one

09:36AM 8   of them.  I believe he's the former employee, retired.

09:36AM 9              THE COURT:  Right.

09:36AM 10             MR. LANGAN:  He's proven to be elusive, but we haven't

09:37AM 11  given up.

09:37AM 12             So I have four names, I think three of which I gave

09:37AM 13  before.  The new one is Tim Burns.

09:37AM 14             THE COURT:  Yes.

09:37AM 15             MR. LANGAN:  July 22 in New Orleans.  Then I believe

09:37AM 16  that I --

09:37AM 17             THE COURT:  Hold on a second.  Hold on.  Who is going to

09:37AM 18  do our ELMO for us?  Mr. Breit?

09:37AM 19             MR. BREIT:  What would you like me to do?  Mr. Large

09:37AM 20  would love to do it, though, Judge.

09:37AM 21             THE COURT:  Mr. Large, would you prefer to do it?

09:37AM 22             MR. BREIT:  Thank you, Your Honor.

09:37AM 23             MR. LARGE:  I don't know if I'd prefer to, Your Honor,

09:37AM 24  but I certainly will.

09:37AM 25             THE COURT:  So you're filling in for Corey.

09:37AM 1      MR. MAZE:  My arms don't reach that far, Judge.  I'm

09:37AM 2  sorry.

09:37AM 3      THE COURT:  That's exactly right, Corey.  We miss you

09:37AM 4  because nobody else wants to fill your role, and because you're

09:37AM 5  so good at it.

09:37AM 6      MR. MAZE:  Thank you.

09:37AM 7      THE COURT:  Mr. Large, what you want to do is turn to

09:38AM 8  the July calendar.

09:38AM 9      MR. LARGE:  All right, Your Honor.

09:38AM 10     THE COURT:  Go to the 22nd, and put in Tim Burns.

09:38AM 11     MR. LANGAN:  B-U-R-N-S, I believe.

09:38AM 12     THE COURT:  B-U-R-N-S.

09:38AM 13     MR. LANGAN:  July 22.

09:38AM 14     THE COURT:  Okay.

09:38AM 15     MR. LANGAN:  Your Honor, there is more.  I think this

09:38AM 16  has previously been sent out to counsel on June 10th, in an

09:38AM 17  e-mail we sent.

09:38AM 18          Keith Daigle, D-A-I-G-L-E, July 19, 20.  That may

09:38AM 19  be on there already.

09:38AM 20     MR. LARGE:  It is.

09:38AM 21     MR. LANGAN:  Great.  All right.

09:38AM 22     THE COURT:  Yes.

09:38AM 23     MR. LANGAN:  Galina Skripnikova, sounds like a tennis

09:38AM 24  player, but it's July 7 through 8.

09:38AM 25     THE CLERK:  She's on.

09:38AM  1          MR. LANGAN:  Then Curtis Jackson, July 21 in
09:38AM  2    New Orleans.  That's tentative, I think, though.
09:39AM  3          THE COURT:  Curtis Jackson, July 21.  Is he down
09:39AM  4    tentatively already?
09:39AM  5          THE CLERK:  Yes.
09:39AM  6          THE COURT:  Good.
09:39AM  7          MR. LANGAN:  Your Honor, we are working on the rest.
09:39AM  8    That's what we have for --
09:39AM  9          THE COURT:  So you don't get credit for the ones that
09:39AM 10    are already on.
09:39AM 11          MR. LANGAN:  Well, Your Honor, I beg to differ.
09:39AM 12          THE COURT:  But you do get credit for Mr. Tim Burns.
09:39AM 13          MR. LANGAN:  Okay.  All right.
09:39AM 14          THE COURT:  Thank you.
09:39AM 15          MR. WITTMANN:  I'm sorry, Andy, what did you say about
09:39AM 16    Skripnikova?
09:39AM 17          MR. LANGAN:  That date is on the calendar that
09:39AM 18    Transocean circulated, and I think it's July 7, 8.
09:39AM 19          THE COURT:  Right.
09:39AM 20          MR. WITTMANN:  In New Orleans.  Got it.
09:39AM 21          THE COURT:  Thank you, Andy.
09:39AM 22          MR. LANGAN:  Thank you, Your Honor.
09:39AM 23          THE COURT:  So next up is John Wright.  The PSC was
09:39AM 24    going to take his deposition in Houston and see if they could
09:39AM 25    arrange dates there.

09:39AM 1          MR. BREIT:  Your Honor, Jeffrey Breit for the PSC.

09:39AM 2              There seems to be some difficulty with Mr. Wright's

09:40AM 3  availability.  We have been advised that he has a lawyer now.  We

09:40AM 4  have served him, we believe, properly with a subpoena for a

09:40AM 5  deposition.

09:40AM 6              Counsel I don't believe is on the phone.

09:40AM 7  Mr. Arbuckle, are you on the phone, by chance?

09:40AM 8          THE COURT:  No.

09:40AM 9          MR. BREIT:  So there is still the issue of what to do

09:40AM 10  about that.  We had prepared a letter to send to Mr. Arbuckle,

09:40AM 11  but we decided to wait until after the Court's hearing this

09:40AM 12  morning.

09:40AM 13          THE COURT:  What date did you all select for the

09:40AM 14  subpoena?

09:40AM 15          MR. BREIT:  July 13, 14.

09:40AM 16          THE COURT:  All right.  That was a good date for you

09:40AM 17  guys, right?

09:40AM 18          MR. BREIT:  Yes, Your Honor.

09:40AM 19          THE COURT:  Why don't we put him down tentatively.  When

09:40AM 20  you say that he's a very busy man, have you heard that he's

09:40AM 21  unavailable on those dates?

09:41AM 22          MR. BREIT:  No, there was an issue regarding a demand

09:41AM 23  for a fee, and then there was a scheduling issue, and then there

09:41AM 24  was a larger fee.  I believe that there was some discussion that

09:41AM 25  I was not a part of --

09:41AM 1        THE COURT:  Oh, this is the same individual that we
09:41AM 2   spent a lot of time on, right, Andy?
09:41AM 3        MR. LANGAN:  Your Honor, yes.  Mr. Godwin explained the
09:41AM 4   situation about asking.
09:41AM 5            I think what happened was the PSC said, why don't
09:41AM 6   we go back to the drawing board, try to get him in Houston with a
09:41AM 7   subpoena, and maybe not pay him at all.  I don't know.  I think
09:41AM 8   that's what Mr. Breit is describing.  Maybe they've tried to
09:41AM 9   subpoena him.  He's with Boots & Coots.
09:41AM 10       MR. YORK:  This is Alan York.  He's not with
09:41AM 11  Boots & Coots anymore.
09:41AM 12       MR. LANGAN:  Thank you, Alan.  I did not know that.
09:41AM 13       THE COURT:  As I understand it, he's got his own
09:41AM 14  consulting business, right?
09:41AM 15       MR. YORK:  That is correct, Your Honor.
09:41AM 16       THE COURT:  The tab came to something like $33,000?
09:42AM 17       MR. YORK:  It was almost 40,000, I believe.
09:42AM 18       THE COURT:  That's right.  38.  You're right.  $38,000.
09:42AM 19       MR. BREIT:  Between friends, it's just a couple
09:42AM 20  thousand.
09:42AM 21       MR. LARGE:  We need to fund his start-up, I think.
09:42AM 22       THE COURT:  Exactly.
09:42AM 23       MR. BREIT:  It's unaddressed still, Your Honor.  We did
09:42AM 24  not hear from the counsel, but we've now been given his name.
09:42AM 25       THE CLERK:  Judge, he's the one where he had the report

09:42AM 1    that he did for BP and the report was circulated, and there was

09:42AM 2    an issue about authenticity and admissibility.

09:42AM 3         THE COURT:  Everybody agreed that it was authentic.  I

09:42AM 4    didn't think that there should be a problem with admissibility.

09:42AM 5    I think you guys were going to think about stipulating to his

09:42AM 6    report.

09:42AM 7         Because one of the other things Mr. Arbuckle

09:42AM 8    advised us of was the fact that Mr. Wright has very little

09:42AM 9    independent recollection beyond the four corners of his report.

09:43AM 10   So it was kind of my thought that if we could reach a stipulation

09:43AM 11   with regard to his report, we could save $38,000.

09:43AM 12        MR. BREIT:  I think Mr. Herman was trying to do that.

09:43AM 13   Unfortunately, he's unavailable this morning to update me, even

09:43AM 14   though we discussed it --

09:43AM 15        THE COURT:  He's busy?

09:43AM 16        MR. BREIT:  He was busy this morning, yes, Your Honor,

09:43AM 17   not in the state.

09:43AM 18        MR. LANGAN:  Not to steal Mr. Breit's thunder --

09:43AM 19        Andy Langan for BP.

09:43AM 20        -- but the state of play on the stipulation was we

09:43AM 21   were willing to stipulate to the foundation, the authenticity of

09:43AM 22   the report itself.  The PSC, through Mr. Cunningham, I belive,

09:43AM 23   said, no, no, no, you've got to stipulate to its admissibility,

09:43AM 24   and we were unwilling to do that in isolation.

09:43AM 25        I mean, there are a lot of issues that go to

09:43AM 1   admissibility that cross a broad range of documents, not just

09:43AM 2   this one.  So that apparently ended the negotiations, and they

09:43AM 3   decided to pursue the deposition.

09:43AM 4        MR. BREIT:  We believe there was service done on a woman

09:44AM 5   at his home who reported to be his wife, and we believe there was

09:44AM 6   proper service, but I don't know the issue beyond having to raise

09:44AM 7   the service.  No one is here to contest that service, and we

09:44AM 8   don't know whether it is perceived to be proper or not.

09:44AM 9        THE COURT:  When was service made?  They've got ten days

09:44AM 10  to object from the date of service, so do we know that?

09:44AM 11       MR. BREIT:  I don't think I do know that, Your Honor.

09:44AM 12       THE COURT:  Well, let's carry that over to next week;

09:44AM 13  but, if you would like to, we can pencil him in for the dates

09:44AM 14  that you noticed it for, and take it up next week if there is an

09:44AM 15  objection to service of the subpoena.  If not, I say go for it.

09:44AM 16       MR. BREIT:  We will find out and advise the Court.

09:44AM 17       THE COURT:  Sounds good.

09:44AM 18       MR. LARGE:  B & C.

09:44AM 19       THE COURT:  Right.  You can put B & C.  We all

09:45AM 20  understand it's former B & C.

09:45AM 21       MR. LANGAN:  What date -- I'm sorry, Your Honor, what

09:45AM 22  date is it now?

09:45AM 23       THE COURT:  That is going to be July 13, 14.

09:45AM 24       MR. LANGAN:  Thank you.

09:45AM 25       MR. LARGE:  Well, I'm not doing as tidy a job as Corey.

09:45AM 1          THE COURT:  Yes, you do.  That will be in Houston.

09:45AM 2              Next up was Mr. Eddy Redd, who was last heard from

09:45AM 3     in Russia.  We punted this over to the PSC, as well.

09:45AM 4          MR. GISLESON:  Not my issue, Your Honor.

09:45AM 5          MR. BREIT:  Your Honor --

09:45AM 6          THE COURT:  What is he here for?

09:45AM 7          MR. BREIT:  We have some issues, Judge, that we're

09:45AM 8     saving that we know that you want to hear from him on.

09:45AM 9              But on Mr. Redd, I am looking over to my compatriot

09:45AM 10    in the jury box who may know something about where Mr. Redd is.

09:46AM 11         THE COURT:  I think he punted to you is my recollection.

09:46AM 12         MR. BREIT:  You can come all the way over here, if you'd

09:46AM 13    like.

09:46AM 14         MR. MILLER:  It was a short punt, Your Honor.

09:46AM 15         THE COURT:  It got kicked back.

09:46AM 16         MR. MILLER:  Maybe it didn't get off in the first place.

09:46AM 17             No, we shared -- or I shared Mr. Redd's e-mail

09:46AM 18    address, with, I think, Mr. Sterbcow.  He is employed by a

09:46AM 19    company called Eurasia Drilling.  So it's

09:46AM 20    eddy.redd@eurasiadrilling.com.

09:46AM 21             I think we're all still working to make contact

09:46AM 22    with Mr. Redd about his deposition.  Radio silence remains on

09:46AM 23    Mr. Redd's end.  I publicized the e-mail address again, and we

09:46AM 24    are working on it, but the company's name is eurasiadrilling.com.

09:46AM 25         MR. BREIT:  If there are depositions in Russia, this

09:46AM 1   would be a good time for you to call in Soren.

09:46AM 2            THE COURT:  That is correct.  As a matter of fact, Soren

09:46AM 3   will take the lead on going there.  I think it's in Siberia.

09:47AM 4            MR. GISLESON:  Gladly, Your Honor.

09:47AM 5            THE COURT:  Next up is Richard Dubois.

09:47AM 6            MR. YORK:  Your Honor, this is Alan York.

09:47AM 7            We notified the Court by e-mail that Mr. Dubois was

09:47AM 8   available on July 19th.

09:47AM 9            THE COURT:  Yes, we got a note of that, and he has made

09:47AM 10  it to the calendar.  So you'll be pleased to know that that's a

09:47AM 11  done deal.

09:47AM 12           MR. YORK:  Your Honor, if I may, I think that we

09:47AM 13  actually get extra credit for this one.

09:47AM 14           There is one that was not officially on the list,

09:47AM 15  but we knew people still were interested in, and that was the

09:47AM 16  Sperry 30(b)(6) on contractual issues.  We also notified the

09:47AM 17  Court of who that would be and gave a tentative date of July 29th

09:47AM 18  for him.  It's Skip Clark.

09:47AM 19           THE COURT:  Yes.

09:47AM 20           THE CLERK:  He's on the calendar.

09:47AM 21           THE COURT:  He's on the calendar, so you do get extra

09:47AM 22  credit.  What would you like?

09:48AM 23           We'll move right along.  Thanks, Alan.

09:48AM 24           Now, we had a little issue with Jimmy Harrell.  He

09:48AM 25  is currently scheduled for July 11 and 12.  Transocean wants to

09:48AM 1   move his deposition to 18, 19.  Don Haycraft has objected to

09:48AM 2   that.

09:48AM 3         MR. MILLER:  Your Honor, some new information on

09:48AM 4   Jimmy Harrell's deposition and a resolution to the dispute.

09:49AM 5         Mr. Harrell is going to invoke his Fifth Amendment

09:49AM 6   rights after all.  So his deposition will take place on July 12,

09:49AM 7   but it's going to be a Fifth Amendment deposition, one day only.

09:49AM 8         THE COURT:  So let's look at the calendar.  July 11, you

09:49AM 9   can take Mr. Harrell off.  He'll be a one-day deposition on the

09:49AM 10  12th.  All right.  Thank you.

09:49AM 11        MR. LARGE:  So we can take off the tentative.

09:49AM 12        THE COURT:  It's no longer tentative.  Thank you.  I'm

09:49AM 13  glad you caught that.

09:49AM 14        Let's make sure that Keith Daigle is down for

09:49AM 15  July 19 and 20.  Yes, good.  Added.

09:50AM 16        Let's see.  We've got the Chevron 30(b)(6),

09:50AM 17  Craig Gardner deposition, which we had said would be a two-day

09:50AM 18  deposition.  Do we have any info on that?

09:50AM 19        MR. LANGAN:  Your Honor, Andy Langan for BP.

09:50AM 20        I think the ball is in our court on that.  I don't

09:50AM 21  know -- I think we're trying to identify counsel for Chevron to

09:50AM 22  make that happen.  I certainly don't have a date, but the ball is

09:50AM 23  in our court on that.  We're interested in moving it along, I

09:50AM 24  assure you.

09:50AM 25        THE COURT:  Good.

09:50AM 1          Next up is Mike Daly.  Requesting party is

09:50AM 2  Transocean.  We said two days for him.

09:50AM 3          MR. LANGAN:  Again, we realize that, and we're working

09:50AM 4  to try to secure dates.

09:50AM 5          THE COURT:  Not a lot of dates left, but okay.

09:50AM 6          We did free up some time on the 11th.  That's good.

09:50AM 7  Both of those are two-day deponents.

09:51AM 8          One-day deponent was Trent Fleece.  Again, BP.  One

09:51AM 9  day.

09:51AM 10         MR. LANGAN:  Yes.  We are working on that.  I think we

09:51AM 11 should have news about that shortly, and I'll e-mail everybody

09:51AM 12 when we do.

09:51AM 13         THE COURT:  Don't sit down.  Last, but not least,

09:51AM 14 Bill Sannon, S-A-N-N-O-N.  Oh, BP is requesting.  It's a

09:51AM 15 Transocean employee.

09:51AM 16         Keep your mic.

09:51AM 17         MR. MILLER:  I'm going to do that.

09:51AM 18         Kerry Miller for Transocean, Your Honor.

09:51AM 19         I want to know what extra credit I get for filling

09:51AM 20 in the calendar with all of these dates in advance.  He's already

09:51AM 21 on.  I think it's July 27 and 28.

09:51AM 22         You see, while you guys were in London having a

09:51AM 23 nice time, I was reading all the e-mails and filling in the

09:51AM 24 calendar in advance, in the New Orleans heat.  I want to let

09:51AM 25 everyone know that.

09:51AM 1        THE COURT:  The sad thing is, is that I can't debate

09:51AM 2   with you whether I had a nice time or not.  I did have a nice

09:51AM 3   time.  So I would like to argue it with you, but, okay, you get

09:52AM 4   extra credit.  We're going to take him off the to-be-scheduled

09:52AM 5   list.  Thank you.

09:52AM 6        MR. MILLER:  I didn't --

09:52AM 7        MR. MAZE:  I'm sorry, that was July 27 and 28?

09:52AM 8        THE COURT:  Correct.  He is currently on the calendar,

09:52AM 9   so the next iteration of the calendar he will be on it for you.

09:52AM 10       MR. MILLER:  The things that we added are in red, so

09:52AM 11  what we'll do is convert those reds to blacks, as they are being

09:52AM 12  confirmed this morning.

09:52AM 13       THE COURT:  Right.  The copy that was circulated last

09:52AM 14  night, Suzie put him on the calendar today in red.  The next

09:52AM 15  iteration, he'll be there as scheduled in black.  Okay.

09:52AM 16       MR. LARGE:  He's a Transocean employee?

09:52AM 17       THE COURT:  Yes, he's a Transocean employee set for two

09:52AM 18  days, requested by BP.

09:52AM 19            All right.  Anything in London that I need to pay

09:52AM 20  attention to?  People on the phone, people local?  If you want me

09:53AM 21  to go back --

09:53AM 22       MR. YORK:  Everything seems to be going smoothly,

09:53AM 23  Your Honor.

09:53AM 24       THE COURT:  I'm sorry, phone participants, we would like

09:53AM 25  you to say your name before you speak, so the court reporter can

09:53AM 1    make a record.

09:53AM 2              MR. YORK:  That was Alan York for Halliburton.

09:53AM 3              I was just saying everything seems to be going

09:53AM 4    smoothly, Your Honor.

09:53AM 5              THE COURT:  Great.  Good report.

09:53AM 6              MR. FITCH:  Judge, one thing before we leave scheduling,

09:53AM 7    I don't know if this is scheduling or additional time, but there

09:53AM 8    is a deposition scheduled for a Barbara Yilmez in -- sometime in

09:53AM 9    July.  I, frankly, can't find the exact date.  Corey would have

09:53AM 10   it.

09:53AM 11             THE CLERK:  July 20.

09:53AM 12             THE COURT:  July 20.

09:53AM 13             MR. FITCH:  Both Transocean and Anadarko are requesting

09:53AM 14   two days instead of one day for what appears to be an

09:53AM 15   increasingly lengthy and complicated deposition.

09:53AM 16             THE COURT:  Would one of the two of you give me a quick

09:53AM 17   e-mail on what caused it, and we'll take it up.

09:54AM 18             MR. FITCH:  It's process-related issues and

09:54AM 19   organizational issues.

09:54AM 20             MR. MILLER:  We'll be happy to.  I think it was detailed

09:54AM 21   in Harry Thierens' deposition recently, her role in the whole

09:54AM 22   thing in a supervisory capacity.  There may be others who join in

09:54AM 23   this two-day request.

09:54AM 24             THE COURT:  I only heard a little -- not a little bit,

09:54AM 25   but not the entirety of Mr. Thierens' testimony.  I don't think I

24

09:54AM 1  was there for that.

09:54AM 2  MR. FITCH:  Then I'll rely on Mr. Miller to do that.

09:54AM 3  MR. MILLER:  I'll be happy to do the summary.  I think I

09:54AM 4  probably have one already done.

09:54AM 5  THE COURT:  Do we know whether she'll be available

09:54AM 6  either the 19th or the 21st?

09:54AM 7  MR. FITCH:  We are just raising it, so Andy may well not

09:54AM 8  know.

09:54AM 9  THE COURT:  Andy, don't worry about it.

09:54AM 10  MR. LANGAN:  Not only that, we haven't agreed to it yet.

09:54AM 11  THE COURT:  Oh, I understand.

09:54AM 12  MR. LANGAN:  We have a lot -- we have a long wish list

09:54AM 13  of our own; but, I mean, there has got to be limits.  So, okay.

09:54AM 14  THE COURT:  I hear you.

09:54AM 15  MR. LANGAN:  All right.

09:54AM 16  THE COURT:  I don't have much fight in me today, Andy.

09:54AM 17  MR. LANGAN:  Is that good news or bad news?

09:54AM 18  THE COURT:  I think it's good news for everybody.

09:54AM 19  MR. MILLER:  Your Honor, on a similar score, and I've

09:55AM 20  seen e-mails on this about Mr. Inglis and some offers to pay for

09:55AM 21  his travel expenses to come to the US.  I think he's in the same

09:55AM 22  general line of work as Ms. Yilmez.

09:55AM 23  Is there any update on the status of that, Andy or

09:55AM 24  Joe?

09:55AM 25  MR. LANGAN:  I will answer this question, and I get to

09:55AM 1    ask Mr. Miller a number of questions of my own.

09:55AM 2          THE COURT:  Fair enough.

09:55AM 3          MR. LANGAN:  No.  Actually, Mr. Herman raised this the

09:55AM 4    other day, and I thought I sent an e-mail back.

09:55AM 5          MR. BREIT:  You did.

09:55AM 6          MR. LANGAN:  I don't know if Kerry saw that or not.

09:55AM 7          MR. MILLER:  I'm sorry, Andy, it's clicking now.

09:55AM 8          MR. LANGAN:  But just for Your Honor's benefit, Mr. Andy

09:55AM 9    Inglis, former senior BP employee, is set on the calendar for

09:55AM 10   July 21 and 22 in London.  I understand the frustration with all

09:55AM 11   counsel in the case about how inconvenient it is to fly back to

09:55AM 12   London.

09:55AM 13         We have consulted with his personal counsel on a

09:55AM 14   number of occasions about flexibility on dates and locations.  We

09:55AM 15   do not control him.  He's not our employee.  He has his own

09:56AM 16   representation and international business that prevents him from

09:56AM 17   coming back to the United States.  I mean, he's going to the

09:56AM 18   Middle East, apparently, both before and after his deposition.

09:56AM 19         So we tried.  You know, there is nothing I can do,

09:56AM 20   Mr. Miller.

09:56AM 21         MR. MILLER:  That's all right.  I saw the e-mail.  I

09:56AM 22   just forgot it.

09:56AM 23         Andy, at one point there was some possibility that

09:56AM 24   his personal counsel's conflict might clear up and he could be

09:56AM 25   moved up to June in London, maybe.  Any development on that?

09:56AM 1      MR. LANGAN:  I believe that 21 and 22 of July is now

09:56AM 2  firm.  The conflict didn't clear.  We should assume the 21st and

09:56AM 3  22nd are the dates.  I'm sorry, everybody.

09:56AM 4      THE COURT:  Moving right along.

09:56AM 5      THE CLERK:  So Suzie should remove the tentative?

09:56AM 6      MR. YORK:  Your Honor, this is Alan York for

09:56AM 7  Halliburton.

09:56AM 8      Before we leave scheduling, I had sent an e-mail

09:56AM 9  yesterday advising the Court and counsel of an issue that we

09:56AM 10 needed to address with regard to the deposition of Tommy Roth,

09:56AM 11 which is currently scheduled for June 27 and 28.

09:57AM 12     We have been advised that Mr. Roth is obtaining

09:57AM 13 personal counsel, and we are asking that his deposition be

09:57AM 14 rescheduled to July to give his personal counsel an opportunity

09:57AM 15 to do what he needs to do to get ready for the deposition.

09:57AM 16     THE COURT:  My question on that, Alan, was there was no

09:57AM 17 way he thought he could get ready for the dates as currently

09:57AM 18 scheduled, right?

09:57AM 19     MR. YORK:  We don't think so, Your Honor.  We really

09:57AM 20 don't think so.

09:57AM 21     We would suggest, perhaps, the possibility of

09:57AM 22 July 25 and 26.  We don't have the identity of the counsel.  We

09:57AM 23 can't confirm that at this point.  But I will tell you that we

09:57AM 24 will make every effort to make dates like that work.

09:57AM 25     THE COURT:  Well, let's do this.  Let's look at July.

09:57AM 1   What did you suggest, Alan?

09:57AM 2           MR. YORK:  I was suggesting July 25 and 26.

09:58AM 3           THE COURT:  25, 26 are not terrible days.

09:58AM 4           MR. YORK:  That's why I picked them, Your Honor.

09:58AM 5           THE COURT:  Yes, I know.  Why don't we tentatively put

09:58AM 6   down Tommy Roth, R-O-T-H.

09:58AM 7                   Alan, would you be so kind as to confirm that

09:58AM 8   personal counsel positively can't get himself ready for the end

09:58AM 9   of June, or you have already done that?

09:58AM 10          MR. YORK:  I'm sorry, Your Honor, I missed part of that.

09:58AM 11          THE COURT:  You positively confirmed with counsel that

09:58AM 12  he or she cannot get ready for the 27th, 28th of June?

09:58AM 13          MR. YORK:  I will confirm that as soon as I possibly

09:58AM 14  can, Your Honor.  Like I said, we don't have the identity of the

09:58AM 15  counsel yet, and so it's been impossible for us to do that.  But

09:58AM 16  I will absolutely follow up and continue to follow up on that;

09:58AM 17  but, my guess is that the July 25, 26 is going to be the better

09:59AM 18  date.

09:59AM 19          THE COURT:  We're going to put him down tentatively, but

09:59AM 20  also leave him tentatively for June 27, 28, pending your

09:59AM 21  discussions with this unidentified counsel.

09:59AM 22          MR. YORK:  Certainly.  I will advise the Court and

09:59AM 23  counsel just as soon as I have an answer on that.

09:59AM 24          THE COURT:  Great.  Thank you.

09:59AM 25                  Then we want to go back to Mr. Inglis, and put him

09:59AM 1    no longer tentative.  So he was July 21, 22?

09:59AM 2            MR. LANGAN:  That's correct, Your Honor.

09:59AM 3                Andy Langan for BP.

09:59AM 4            I also wanted to note, and I put this in the

09:59AM 5    e-mail, one issue that we have here is that he can insist on his

09:59AM 6    Hague Convention rights.  He's not doing that.  He's appearing

09:59AM 7    voluntarily.

09:59AM 8            THE COURT:  We've covered this several times, so I'm

09:59AM 9    just going to accept the --

09:59AM 10           MR. LANGAN:  July 21 and 22 is no longer tentative.

09:59AM 11           THE COURT:  Right.

09:59AM 12           MR. LANGAN:  Right.

09:59AM 13           Your Honor, also on July 21 and 22, I think there

10:00AM 14   is -- I guess there's a typo in the calendar.  Kal Jassal, a

10:00AM 15   BP 30(b)(6), is a one-day dep, not a two-day dep.

10:00AM 16           THE COURT:  What dates are you looking at?  I'm sorry.

10:00AM 17           MR. LANGAN:  July 21 only, and not on July 22.  Jassal

10:00AM 18   should be scratched from July 22.

10:00AM 19           THE COURT:  Good.  I like that.

10:00AM 20           MR. LANGAN:  We may have notified Mr. Miller's office

10:00AM 21   about this before, but, as long as we're all together, we might

10:00AM 22   as well.

10:00AM 23           THE COURT:  Let's do it.

10:00AM 24           MR. LANGAN:  Thank you.

10:00AM 25           THE COURT:  All right.

10:00AM 1          MS. HIMMELHOCH:  Your Honor, this is Sarah Himmelhoch

10:00AM 2     for the United States.

10:00AM 3               There is someone on the phone who is listening to

10:00AM 4     music, and it's making it harder to hear.  If they could use

10:00AM 5     their phone.

10:00AM 6          MR. MAZE:  I actually think it's the opposite.  I think

10:00AM 7     someone has their phone on mute, and we're hearing their mute

10:00AM 8     music.

10:00AM 9          THE COURT:  Whoever is on mute or who is on -- identify

10:00AM 10    yourself.  Take your music off.

10:01AM 11              I can't hear it, I'm pleased to report, but, guys,

10:01AM 12    whoever has music on by whatever means, please turn your music

10:01AM 13    off.

10:01AM 14              Andy, do you have something to say?

10:01AM 15         MR. LANGAN:  Yes, Your Honor.

10:01AM 16              This may be a deposition scheduling issue.  It's a

10:01AM 17    follow-up on an issue we discussed some time ago about

10:01AM 18    Mr. Mogford's deposition, which I believe is at the tail end of

10:01AM 19    June, June 26th.

10:01AM 20         THE COURT:  Yes, I see him.

10:01AM 21         MR. LANGAN:  Your Honor may recall that when he was

10:01AM 22    first requested, an issue came up about his compensation for

10:01AM 23    sitting through the deposition.  I think the 5000 pounds per

10:01AM 24    day/8,000 dollars per day issue was discussed.

10:01AM 25         THE COURT:  It was.

10:01AM 1         MR. LANGAN:  I think, at the time, the way we left it

10:01AM 2  was he ought to be able to demonstrate that.

10:01AM 3          So I have followed up on that with one of my

10:01AM 4  partners, and I have a piece of paper here that sort of relates

10:01AM 5  to that.  I thought I could maybe hand it out.

10:02AM 6         THE COURT:  Yes, why don't you do that.  Then why don't

10:02AM 7  you read it.  Is it long?  We can read it into the record so

10:02AM 8  everybody on the phone can hear what --

10:02AM 9         MR. LANGAN:  May I approach?

10:02AM 10        THE COURT:  Sure.  Thank you.

10:02AM 11        MR. LANGAN:  So, Your Honor, Mr. Mogford is a former BP

10:02AM 12  employee.  He's now retired, and he now has his own consulting

10:02AM 13  business.

10:02AM 14         What I have here is an invoice dated August 31,

10:02AM 15  2010, that shows that for a monthly consultancy service for a

10:02AM 16  name of a client which has been redacted, he received something

10:02AM 17  like 32,000 pounds.

10:02AM 18         We've done the math.  If you do all the math and

10:02AM 19  assume that he works about four days a week year round, you'll

10:02AM 20  come out with about a million pounds a year, which translates to

10:02AM 21  roughly about 200 days a year, means 5000 pounds a day.

10:03AM 22        THE COURT:  Guys, for those of you who are on the phone,

10:03AM 23  this gentlemen worked for six months and got himself a

10:03AM 24  300000 pound bonus, so, I mean, that's nice.

10:03AM 25        MR. LANGAN:  So, anyway, I just thought some kind of --

10:03AM 1    I think we were asked to provide some sort of proof relating

10:03AM 2    to --

10:03AM 3            THE COURT:  So we think it's --

10:03AM 4            MR. LANGAN:  -- 5000 pounds --

10:03AM 5            THE COURT:  -- a fair estimate is 5000 pounds a day?

10:03AM 6            MR. LANGAN:  It is.

10:03AM 7            THE COURT:  We've got him down for two days?

10:03AM 8            MR. LANGAN:  Correct.  We would split that 50/50 between

10:03AM 9    the defense and the plaintiffs.

10:03AM 10           THE COURT:  Now, all of a sudden, Soren wants to talk

10:03AM 11   about stuff.

10:03AM 12           MR. GISLESON:  No, no, no, no, this was just passed to

10:03AM 13   me just now.  I think that might be something we'd just need to

10:03AM 14   pass with Bobo and call right quick.

10:03AM 15           MR. LANGAN:  Fair enough.

10:03AM 16           MR. GISLESON:  We could do it with a quick e-mail.

10:03AM 17           MR. LANGAN:  Yes, absolutely fine.

10:03AM 18           MR. GISLESON:  Given the sort of brevity of this

10:03AM 19   particular bill, it might make sense just to get the up or down

10:03AM 20   from them.  We'll flip it around.

10:03AM 21           THE COURT:  Remember, it's pounds not dollars.

10:04AM 22           MR. GISLESON:  Yes, Your Honor.

10:04AM 23           MR. LANGAN:  Mr. Mogford would tell you this is on the

10:04AM 24   low end of the range --

10:04AM 25           THE COURT:  I'm sure he would.

10:04AM 1    MR. LANGAN:  -- just so we know.

10:04AM 2    THE COURT:  All right, guys.  We've got some work to do

10:04AM 3 on scheduling post-July 31st depositions for Phase I.  We've all

10:04AM 4 got the list.  We've got some objections that have come in to

10:04AM 5 scheduling some of these witnesses.  You all were supposed to

10:04AM 6 confer and see if you could resolve any objections.

10:04AM 7    I'm going to go ahead and ask you to please let me

10:04AM 8 know any outstanding disagreements by close of business this

10:05AM 9 coming Wednesday, June 22nd, so that we can take it up,

10:05AM 10 hopefully, before next Friday's conference and get any of those

10:05AM 11 resolved.  Then we'll get into scheduling those people.

10:05AM 12    I would like you, in the next week, to look at the

10:05AM 13 list and see if you can get tentative dates for that group of

10:05AM 14 witnesses.  My recollection is it was about 40, right?

10:05AM 15    THE CLERK:  Yes.

10:05AM 16    THE COURT:  Somewhere in the neighborhood of 40 people

10:05AM 17 or so that we are going to try to start working on next Friday,

10:05AM 18 so I just want to give you that and go from there.

10:05AM 19    I think, Mr. Large, your services are appreciated

10:05AM 20 and concluded.

10:05AM 21    MR. LARGE:  Thank you, Your Honor.

10:05AM 22    MR. FITCH:  Judge, Tony Fitch.

10:05AM 23    On Agenda Item Number 5, post-July 31

10:06AM 24 depositions --

10:06AM 25    THE COURT:  Yes, sir.

10:06AM 1          MR. FITCH:  -- I think that Anadarko presently has only

10:06AM 2    two pending; but, in preparing for -- I just wanted to give Andy

10:06AM 3    a heads-up on this -- in preparing for the Kelly Gray (spelled

10:06AM 4    phonetically) deposition, it seems apparent that -- to us, at

10:06AM 5    least, respectfully, that we should add a Mr. Robert Beirute to

10:06AM 6    our request.

10:06AM 7          I will e-mail you on this.  I wanted just to

10:06AM 8    basically --

10:06AM 9          MR. LANGAN:  How do you spell that, Mr. Fitch?

10:06AM 10          MR. FITCH:  It is B-E-I-R-U-T-E.  You can handle the

10:06AM 11    Robert.

10:06AM 12          THE COURT:  R-O-B-E-R-T, Andy.

10:06AM 13          MR. LANGAN:  Robért.

10:06AM 14          MR. FITCH:  At any rate, we will add him, with

10:06AM 15    Your Honor's leave.

10:06AM 16          THE COURT:  Fine.  That brings us up to probably 46 or

10:06AM 17    so.

10:06AM 18          MR. MILLER:  Your Honor, if I may --

10:06AM 19          THE COURT:  You're not on.

10:06AM 20          MR. MILLER:  -- a couple of deposition cleanup issues.

10:06AM 21          On the calendar for June 30th is Naoki Ishii, a

10:07AM 22    MOEX employee.  We have been looking through his custodial file,

10:07AM 23    and a number of the e-mails are in Japanese.  Question whether or

10:07AM 24    not a translation ought to be done through some centralized

10:07AM 25    purpose, as opposed to everybody endeavoring to hire their own

10:07AM  1    translators for the e-mails.  Just a thought, a suggestion.

10:07AM  2          THE COURT:  It's a good one.  Does anybody have any

10:07AM  3    problem with that?

10:07AM  4          MR. BREIT:  Jeff Breit for the PSC.

10:07AM  5          We have no problem, and it's a good idea that we

10:07AM  6    come up with a uniform translation.

10:07AM  7          MR. PRITCHARD:  My name is John Pritchard, Your Honor,

10:07AM  8    and I represent MOEX.

10:07AM  9          Our thought was that those who wanted to inquire on

10:07AM 10    Japanese documents would translate them and submit them to us in

10:07AM 11    advance, so that we could look at them and hopefully agree that

10:07AM 12    the translation was correct, so we wouldn't have any issues at

10:08AM 13    the deposition itself over the accuracy of the translations.

10:08AM 14    That was our thought.

10:08AM 15          THE COURT:  Well, I think it's a good thought.  It's

10:08AM 16    just that time is not on our side here.

10:08AM 17          Kerry, have you looked around for -- I think I have

10:08AM 18    had a local Japanese translator.

10:08AM 19          MR. MILLER:  No, we have not looked around yet.  We just

10:08AM 20    got this custodial file, and it came to our attention that a

10:08AM 21    number of -- some were in English, but a number of them were in

10:08AM 22    Japanese, and so --

10:08AM 23          THE COURT:  I know a local guy.  His name is Rich Look,

10:08AM 24    L-O-O-K.  He lives over on Julia Street.  You might want to

10:08AM 25    contact him.  I think he does that for a living.

10:08AM 1      MR. MILLER:  Okay.

10:08AM 2      MR. PRITCHARD:  Your Honor, I don't have any concern

10:08AM 3 with how these e-mails are translated, just so long as it could

10:09AM 4 be clear that they would be submitted to us in advance of the

10:09AM 5 deposition.

10:09AM 6      THE COURT:  Do you know whether any of these e-mails are

10:09AM 7 technical in nature?

10:09AM 8      MR. PRITCHARD:  I don't, Your Honor, but I doubt it.  I

10:09AM 9 doubt that many of them are.  Some of them may be.

10:09AM 10      THE COURT:  Obviously, translation would be different if

10:09AM 11 there are technical issues involved rather than just discussion.

10:09AM 12      MR. PRITCHARD:  I don't read Japanese, Your Honor.

10:09AM 13      THE COURT:  Well, I guess, Kerry, if you wouldn't mind

10:09AM 14 looking to see if we've got a translator.

10:09AM 15           You don't have to do it locally.  You can e-mail

10:09AM 16 these to somebody in Japan to translate.

10:09AM 17      MR. O'ROURKE:  Your Honor, may I speak?  This is

10:09AM 18 Steve O'Rourke from the Justice Department.

10:09AM 19      THE COURT:  Yes, Steve.  Would you speak up just a

10:09AM 20 little bit.  We're having trouble hearing you.

10:09AM 21      MR. O'ROURKE:  Okay, Your Honor.  Thank you.

10:09AM 22           The Justice Department has hired a Japanese

10:09AM 23 translator, and we've selected some documents that we wanted

10:09AM 24 translated.  Some of them do seem to be technical in nature, and,

10:10AM 25 sort of comically, some of them are in Japanese but also

10:10AM  1    redacted, which seemed like a little bit of overkill to me.

10:10AM  2         MR. PRITCHARD:  I can't speak to that, Your Honor.

10:10AM  3    We're replacing Bingham as counsel for MOEX.

10:10AM  4         MR. O'ROURKE:  So we have somebody under contract

10:10AM  5    already.  With appropriate cost sharing and exchange of

10:10AM  6    information, we could probably put up the translator.

10:10AM  7         THE COURT:  That's good.  Steve, would you be so kind as

10:10AM  8    to circulate to everybody the Bates stamp number of the documents

10:10AM  9    you've had translated because you may have already done what

10:10AM 10    Kerry wants done.

10:10AM 11         MR. O'ROURKE:  I'll see if we can get that done.  I

10:10AM 12    haven't personally been following that part of the case.  I just

10:10AM 13    know it's going on.

10:10AM 14         THE COURT:  Okay.

10:10AM 15         MR. O'ROURKE:  We'll have to contact the right people

10:10AM 16    and see if we can get that around, with what seems to be an

10:10AM 17    appropriate goal of having everybody the papers prior to --

10:10AM 18         THE COURT:  Right.  Nobody has objected to the cost

10:11AM 19    sharing, so I think we're good to go on that.  I'm glad to hear

10:11AM 20    you're ahead of the curve because maybe you've done it already,

10:11AM 21    and that would really help out on the time issue.

10:11AM 22         MR. PRITCHARD:  Your Honor, could we have a direction as

10:11AM 23    to the amount of time before the deposition, say, two days before

10:11AM 24    the deposition, that we could get translations of these so that

10:11AM 25    we could --

10:11AM 1          THE COURT:  I think that's reasonable.  I guess my issue

10:11AM 2   is how much is involved as far as translation.  We will

10:11AM 3   definitely set a goal of two days in advance.

10:11AM 4          MR. PRITCHARD:  Thank you, Your Honor.

10:11AM 5          THE COURT:  But it's a goal.

10:11AM 6          MR. PRITCHARD:  Yes, Your Honor.

10:11AM 7          MR. LANGAN:  Your Honor, Andy Langan for BP.

10:11AM 8                I guess we're still on the topic of post-July 31st

10:11AM 9   depositions?

10:11AM 10          THE COURT:  Yes, I think we are.

10:11AM 11          MR. LANGAN:  We have contacted -- we've reached out to

10:11AM 12   Mr. Godwin and Mr. York and some people at his firm about one or

10:11AM 13   two additional Halliburton witnesses, so we'll send an e-mail to

10:11AM 14   the Court about that.  They have not had a chance to get back to

10:12AM 15   us yet, and we completely understand that.

10:12AM 16          THE COURT:  Sure.

10:12AM 17          MR. LANGAN:  I also want to mention that it may be time

10:12AM 18   to re-tee up the Dr. Kris Ravi issue, which was fully briefed

10:12AM 19   about a month ago or so.  We have a little more time now.  I

10:12AM 20   guess I would like to ask for that to be put on next Friday's

10:12AM 21   agenda.

10:12AM 22                If you want, I can gather up the two or three

10:12AM 23   letters and send them to you in one package to make your and your

10:12AM 24   law clerk's life easier.

10:12AM 25          THE COURT:  Mike says that would be good.

10:12AM 1          MR. LANGAN:  I will take care of it.

10:12AM 2          THE COURT:  Thank you.

10:12AM 3          MR. LANGAN:  Thank you.

10:12AM 4          MR. YORK:  Your Honor, this is Alan York for

10:12AM 5   Halliburton.

10:12AM 6               Obviously, this is the first we've heard about the

10:12AM 7   Kris Ravi thing being put back on the calendar.  While we're

10:12AM 8   happy to take that up, I would ask that since that is likely one

10:12AM 9   that would be scheduled post-July 31st, rather than being taken

10:12AM 10  up next week, that it be taken up on the 8th of July when we'll

10:12AM 11  be back in the states and Mr. Godwin can be there at the hearing.

10:12AM 12         THE COURT:  No problem.

10:12AM 13         MR. LANGAN:  Andy Langan.

10:13AM 14              That's perfectly acceptable, Alan.  Thank you.

10:13AM 15         MR. YORK:  Thank you, Andy.

10:13AM 16         THE COURT:  All right.

10:13AM 17         MR. MILLER:  Your Honor, I have one more depo issue,

10:13AM 18  sorry, before we move on.

10:13AM 19              I understand that Mr. Sprague, who is a BP 30(b)(6)

10:13AM 20  deponent, had one of his topics withdrawn when he gave his

10:13AM 21  deposition, and his deposition was going to be rescheduled for

10:13AM 22  the topic that wasn't addressed when he sat for deposition.

10:13AM 23         THE COURT:  I sort of remember that.

10:13AM 24         MR. LANGAN:  Andy Langan for BP.

10:13AM 25              I'll look into it.  I think another witness picked

10:13AM 1     up that baton.  But it's worth checking.  It's a fair point, and

10:13AM 2     let me run that to ground.

10:13AM 3            MR. MILLER:  I think the issue is whether another

10:13AM 4     witness is going to pick it up or was Mr. Sprague going to

10:13AM 5     reappear.

10:13AM 6            MR. LANGAN:  Very good.  Mr. Miller is right.  There was

10:13AM 7     an issue there.  Let me try to run it to ground.

10:13AM 8            THE COURT:  Fair enough.

10:13AM 9            MR. MILLER:  Thanks, Andy.

10:13AM 10           THE COURT:  So everybody saw the order that went out

10:13AM 11    yesterday regarding reallocation of deposition examination time.

10:14AM 12    So what I would like to do is have you all look at your requests

10:14AM 13    for additional time and see if we have hopefully taken care of

10:14AM 14    some of your requests and that you can live with the reallocation

10:14AM 15    or whether you still need additional time.

10:14AM 16           We do need to take care of Cathleenia Willis, who

10:14AM 17    is Monday and Tuesday.  That seems to be a priority.  We'll try

10:14AM 18    to go ahead and get that out today; but, if you all would look at

10:14AM 19    the entire list, but specifically Cathleenia Willis.

10:15AM 20           I am not inclined to lengthen the deposition days,

10:15AM 21    having sat in on the depositions.  I don't think that's going to

10:15AM 22    happen.  It will have to be the rare instance where I add

10:15AM 23    additional time to the day.

10:15AM 24           So please look at that, and specifically look at

10:15AM 25    Cathleenia Willis so that we can go ahead and get an order out on

10:15AM  1   that one, which starts Monday.

10:15AM  2                Andy, have you got something to say relative to the

10:15AM  3   allocation issue?

10:15AM  4        MR. LANGAN:  Yes, Your Honor, just a couple of

10:15AM  5   finer points.  Thank you for your prompt attention to this.  I

10:15AM  6   know my client appreciates it.

10:15AM  7                I just want to clarify, was it Your Honor's intent

10:15AM  8   that the order would be effective immediately?  I believe there

10:15AM  9   was some question in London yesterday about it didn't apply to

10:15AM 10   the London deps this week, and I think we have a contrary view.

10:15AM 11        THE COURT:  No, it was my intent that it apply

10:15AM 12   immediately.

10:15AM 13        MR. LANGAN:  All right.

10:15AM 14        THE COURT:  One of the things that prompted that fast

10:15AM 15   action was my attendance at the depositions in London and saw the

10:16AM 16   need for adjustments.

10:16AM 17        MR. LANGAN:  Thank you, Your Honor.

10:16AM 18                Here is my second point, which may be a little bit

10:16AM 19   more complicated.  I believe the model Your Honor worked off of

10:16AM 20   for the old default and new default assumed a BP deponent,

10:16AM 21   30 minutes for BP.

10:16AM 22        THE COURT:  That's correct.  That's correct.

10:16AM 23        MR. LANGAN:  So what happens for a non-BP deponent?

10:16AM 24        THE COURT:  Well, what we did on that -- let me pull it

10:16AM 25   up.  Hold on.  Let me get my iPad out.

10:16AM  1          MR. LANGAN:  Because in the old days, before, we would

10:16AM  2      have had 75 minutes for a non-BP deponent.  I wouldn't imagine

10:16AM  3      Your Honor's intent was to decrease our time.

10:16AM  4          THE COURT:  No.

10:16AM  5          MR. FITCH:  Tony Fitch.

10:16AM  6              Anadarko wants to address the same previous model

10:16AM  7      issue from a different perspective, probably, than Andy is.

10:17AM  8          MR. LANGAN:  So that just may need some thought.  I

10:17AM  9      think the model you worked off of assumed, because two-thirds of

10:17AM 10      the depositions have been that way, a BP deponent where we had

10:17AM 11      30 minutes.  Well, what about a Halliburton witness?

10:17AM 12          THE COURT:  Well, it's going to be equalized with the

10:17AM 13      equal allocation of BP, Transocean -- who else -- Cameron and

10:17AM 14      Halliburton, so that will be an equalization.  When you flip,

10:17AM 15      it's going to be the same time allocation.

10:17AM 16              I do have to think about -- I think that's right.

10:17AM 17      Mike reminds me that we talked about that yesterday, and there

10:17AM 18      was going to be no change relative to, for instance, BP.  You'll

10:18AM 19      get the allocated amount of time; and, then, for instance, if

10:18AM 20      it's a Anadarko witness and they want more time, they'll have to

10:18AM 21      make a request for more time on the direct examination, but

10:18AM 22      you'll keep your allocation.

10:18AM 23          MR. LANGAN:  Your Honor, I understand.  The practical

10:18AM 24      effect of that would be for BP for a Halliburton witness to go

10:18AM 25      from 75 minutes to 70 minutes.  Was that the intent?  Again, that

10:18AM 1    very well could be what Your Honor had in mind.

10:18AM 2              Under all of the circumstances, I wouldn't have

10:18AM 3    thought our time would be going down for non-BP witnesses.

10:18AM 4         MR. FITCH:  Tony Fitch, Anadarko.

10:18AM 5              I would join with Andy.

10:18AM 6         MR. LANGAN:  This is a shock.

10:18AM 7         MR. FITCH:  We both can barely stand up at this

10:18AM 8    development.

10:18AM 9              I would join with him in that particular narrow

10:19AM 10   observation.  The original model was, for example, for BP

10:19AM 11   witnesses, BP had 30 minutes in which to do its direct

10:19AM 12   examination.  You have concluded, I happen to disagree, but you

10:19AM 13   have concluded that more time is needed for direct examination.

10:19AM 14             But when that shifted --

10:19AM 15        THE COURT:  Particularly of the London witnesses, in

10:19AM 16   addition, because we don't know that these people are going to

10:19AM 17   come; but, okay, go ahead.  I'm sorry.  I didn't mean to --

10:19AM 18        MR. FITCH:  But when it wasn't a BP witness,

10:19AM 19   Halliburton, for example, would have had 30 minutes, and BP would

10:19AM 20   have had its 75 minutes, like any other defendant.

10:19AM 21             I do respectfully suggest that there might be some

10:19AM 22   basis for rethinking that, and especially for these non-London

10:19AM 23   witnesses, where the need for examination time is not likely --

10:19AM 24   for examination time of one's own witnesses.  We're not going to

10:20AM 25   be dealing with executives.  It's not likely to be so great.

10:20AM 1           I can see Mr. Miller is glaring at me, but --

10:20AM 2           MR. MILLER:  No, I'm glaring in agreement.

10:20AM 3           MR. FITCH:  Good, I'm glad to hear that.  Because we

10:20AM 4  just had the experience that with the rig workers, there is not

10:20AM 5  that much direct examination of one's own witnesses that needs to

10:20AM 6  be done.  That would, if reconsidered, free up a little bit more

10:20AM 7  time for other parties that are concerned about where we stand at

10:20AM 8  the present time.  Of course, I'm speaking of Anadarko.

10:20AM 9           THE COURT:  Are you?

10:20AM 10          MR. FITCH:  Yes, I am, Your Honor.  Yes, I am.

10:20AM 11          So that's my two cents worth.  I may be swimming

10:20AM 12  upstream, but I hope not.  I do appreciate that.

10:20AM 13          MR. MILLER:  It's Kerry Miller.

10:20AM 14          I would agree with what Mr. Fitch said.  The

10:20AM 15  New Orleans track, if you're presenting the witness, we would

10:20AM 16  agree that you have 30 minutes; and, then it flips, depending on

10:20AM 17  who the presenter is versus who is taking the deposition.

10:20AM 18          THE COURT:  I think, what let's do, for the London

10:21AM 19  depositions, I want it to take immediate effect.  That will be

10:21AM 20  the position.

10:21AM 21          Why don't the defendants see if they can get

10:21AM 22  together and propose a solution to the problem raised.  If

10:21AM 23  everybody can agree that for the New Orleans track, the presenter

10:21AM 24  only needs 30 minutes or only needs 45 minutes, we can readjust,

10:21AM 25  no problem.

10:21AM 1          MR. LANGAN:  On behalf of BP, I do think for witnesses

10:21AM 2  we produce, whether it's London or New Orleans, we need more time

10:21AM 3  on direct.  So I don't want to undo that.

10:21AM 4          MR. FITCH:  I'm going to work with Andy.  I take the

10:21AM 5  30-minute point, I must say, in all fairness.  When we did this

10:21AM 6  the first time, in February or whenever, we actually did work it

10:21AM 7  out.  It wasn't easy.

10:22AM 8          THE COURT:  Yes, you did.

10:22AM 9          MR. FITCH:  It was not easy, but I think it worked out.

10:22AM 10          THE COURT:  But I'd appreciate it if we could do that

10:22AM 11  again.

10:22AM 12          MR. FITCH:  I appreciate you letting us have a try at it

10:22AM 13  this coming week.

10:22AM 14          THE COURT:  You bet.  I'll be happy to do it, happy to

10:22AM 15  do it.  Always happy to reconsider.

10:22AM 16          MR. FITCH:  Thank you, Judge.  Much appreciated.

10:22AM 17          MR. YORK:  So, Judge, this is Alan York for Halliburton.

10:22AM 18          As I understand it, then, the order that was issued

10:22AM 19  yesterday will be the current -- the time allocations currently

10:22AM 20  for London depositions?

10:22AM 21          THE COURT:  That's right.

10:22AM 22          MR. YORK:  Will it -- what, then, is the -- I'm sorry,

10:22AM 23  I'm having some in and out problems with the phone.  What is the

10:22AM 24  time allocation for the ongoing New Orleans depositions?

10:22AM 25          THE COURT:  I don't know.

10:22AM 1          MR. YORK:  I know I'm going to get that question.

10:22AM 2          MR. LANGAN:  Your Honor, may I suggest that the order

10:22AM 3   you issued yesterday be the order for all depositions until

10:22AM 4   further notice?

10:22AM 5          MR. FITCH:  Judge, Tony Fitch.

10:22AM 6               I'm not going to fight that.

10:23AM 7          THE COURT:  You're not going to fight that.  Does

10:23AM 8   anybody fight that?

10:23AM 9          MR. FITCH:  I'll move quickly this week to try to get it

10:23AM 10  done or not get it done and bring it back to your attention for

10:23AM 11  reconsideration next Friday.

10:23AM 12         THE COURT:  So the answer, Alan, is the order we issued

10:23AM 13  yesterday applies to all ongoing depositions until further

10:23AM 14  notice.

10:23AM 15         MR. YORK:  Thank you, Judge.

10:23AM 16         THE COURT:  You're welcome.

10:23AM 17         MR. LANGAN:  Your Honor, I'm not going back.  I want to

10:23AM 18  move forward on time allocation and just leave Your Honor with

10:23AM 19  two placeholder thoughts and counsel with two placeholder

10:23AM 20  thoughts.

10:23AM 21              One is when we get to source control and

10:23AM 22  quantification, I think a re-examination of the issue is going to

10:23AM 23  be necessary.

10:23AM 24         THE COURT:  I knew that because if you look at the order

10:23AM 25  it says Phase I.

10:23AM 1          MR. FITCH:  Right.  That's another reason for --

10:23AM 2          MR. LANGAN:  That's great.

10:23AM 3              Secondly, I think when it comes to expert

10:23AM 4   depositions, *de novo* review --

10:24AM 5          THE COURT:  I think I said Phase I fact witnesses.

10:24AM 6          MR. LANGAN:  Very good.  But when it comes to experts,

10:24AM 7   you know, if every report from every other party is beating up on

10:24AM 8   BP, I don't think --

10:24AM 9          THE COURT:  Do you anticipate that?

10:24AM 10         MR. LANGAN:  I'm picking up some vibes.

10:24AM 11             So, anyway, you get my point.  We're going to need

10:24AM 12  a lot of time to --

10:24AM 13         THE COURT:  No, and I think it's something that

10:24AM 14  everybody needs to start thinking about.  You know, just put it

10:24AM 15  in there with all your other agenda items as something we need to

10:24AM 16  focus on, expert allocation and then Phase II allocations will

10:24AM 17  change.

10:24AM 18         MR. LANGAN:  Very good.  Thank you, Your Honor.

10:24AM 19         MR. FITCH:  I do want to make clear --

10:24AM 20             Tony Fitch, Anadarko.

10:24AM 21             -- when I'm tripping over my graciousness here,

10:24AM 22  that this coming week is a busy, important week.  There's going

10:24AM 23  to be a need for either some immediate recourse to the Court or

10:24AM 24  for some continuing cooperation among counsel on these time

10:25AM 25  issues.  This is a tough week coming up.

10:25AM 1        I just sort of hate to say let's put it off for

10:25AM 2 reconsideration for a week.  On the other hand, it's complicated

10:25AM 3 enough, I don't think we can figure it out this morning in the

10:25AM 4 next hour or so.

10:25AM 5        THE COURT:  Right.

10:25AM 6        MR. FITCH:  I'm sort of between a rock and a hard place,

10:25AM 7 but, hopefully, we will work it out.

10:25AM 8        THE COURT:  Good.  If you want to take a crack at your

10:25AM 9 ideas and circulating it to everybody --

10:25AM 10        MR. FITCH:  I'll definitely have to, yes.

10:25AM 11        THE COURT:  Definitely.

10:25AM 12        Now, let's talk about --

10:25AM 13        THE CLERK:  Your Honor, can I interrupt you?

10:25AM 14        THE COURT:  Sure.

10:25AM 15        THE CLERK:  We have e-mail off on June 18th.  In light

10:25AM 16 of these developments, do we have to back off that?

10:25AM 17        THE COURT:  E-mail off tomorrow, guys.  Do we need an

10:25AM 18 exception to that rule, Tony?

10:25AM 19        MR. FITCH:  No.

10:25AM 20        THE COURT:  No.  E-mail is off tomorrow, guys.

10:25AM 21        MR. FITCH:  I mentioned to Mike.  Some of the calendars

10:26AM 22 have shown e-mail off on Saturday and Sunday.  In our

10:26AM 23 understanding, that's just Saturday.  Sunday is needed sometimes

10:26AM 24 to deal with hiccups for upcoming depositions.

10:26AM 25        THE COURT:  I think that's right.  I think Saturday was

10:26AM 1    the only day off.  If you all wanted by agreement to extend it to

10:26AM 2    Sunday, I have no objection, but it's my impression that nobody

10:26AM 3    wants to extend it; so, Saturday, it is.

10:26AM 4         Next thing I would like to take up is -- Phil, this

10:26AM 5    is going to concern you -- the request by Cameron for additions

10:26AM 6    to the BP 30(b)(6).  It sounds like you all have not made much

10:26AM 7    progress.

10:26AM 8         MR. WITTMANN:  Well, I wouldn't say that, Judge.

10:26AM 9    Tim Duffy and I have been exchanging e-mails as recently as

10:26AM 10   yesterday afternoon.  I have not yet spoken to Mr. Duffy

10:27AM 11   personally.  I don't know if Tim is on the phone this morning or

10:27AM 12   not.  Are you, Tim?

10:27AM 13        MR. DUFFY:  Yes, I am.

10:27AM 14        MR. WITTMANN:  The latest e-mail I got from him we're

10:27AM 15   considering, I think it would be helpful if we had a chance to

10:27AM 16   talk personally about those e-mails.

10:27AM 17        THE COURT:  Pick up the phone.  You know where Tim is.

10:27AM 18        MR. WITTMANN:  I would have done that this morning,

10:27AM 19   except we're here.

10:27AM 20        Rather than take everyone's time with Mr. Duffy and

10:27AM 21   I going through our differences, I would suggest that we try and

10:27AM 22   resolve it; if we can't, tee it up for hearing next week.

10:27AM 23        THE COURT:  Well, I hear you, but, you know, I'm as busy

10:27AM 24   as you are.  So I need you to meet and confer and decide whether

10:27AM 25   or not you can work it out.  This has been on the calendar for a

10:27AM 1    couple of consecutive weeks.

10:27AM 2            MR. WITTMANN:  That's correct.

10:27AM 3            THE COURT:  So let's go ahead and call Tim and work

10:27AM 4    through with him everything that you can, hopefully everything.

10:27AM 5    But, if you can't, let me know what you can't work out, so that

10:27AM 6    I'm not jammed on trying to get it done.

10:28AM 7            MR. WITTMANN:  Fair enough.

10:28AM 8            Are you available after this meeting, Tim?

10:28AM 9            THE COURT:  Tim, are you available after this morning's

10:28AM 10   meeting?

10:28AM 11           MR. DUFFY:  Yes.  Yes.  You can call me directly.

10:28AM 12           MR. WITTMANN:  I will call you.

10:28AM 13           THE COURT:  Good enough.  Thank you.  Thanks, Phil.

10:28AM 14           DNV/blow-out preventer issues.

10:28AM 15           Let me ask, does anybody need a break?  Notice I'm

10:28AM 16   not asking the attorneys.

10:28AM 17           Phil, have you got something?

10:28AM 18           MR. WITTMANN:  On that issue, Your Honor, we would ask

10:28AM 19   for time to submit a letter responding to what has been

10:28AM 20   submitted, and we will have something for you on Monday with

10:28AM 21   respect to our position on the documents that are being produced.

10:28AM 22           THE COURT:  Okay, yes.  Phil, we had already spoken

10:28AM 23   about that.

10:28AM 24           MR. WITTMANN:  Yes.

10:28AM 25           THE COURT:  I wanted to update everybody else on what's

10:28AM 1   going on on the Phase II protocol, document production on Phase I

10:29AM 2   and Phase II.

10:29AM 3           It looks like DNV is going to finish up 99 percent

10:29AM 4   of the testing by Monday.  They have some clean-up things that

10:29AM 5   they will be doing Tuesday and Wednesday, and they will be done

10:29AM 6   by the close of business on Wednesday.

10:29AM 7           They will have KPMG produce everything, all of the

10:29AM 8   data we expect to be produced from Phase II, by close of business

10:29AM 9   next Friday.  So Phase II will be completed and the data

10:29AM 10  available to everybody by then, which is good news.

10:29AM 11          Relative to Phase I production, in our conference

10:30AM 12  calls it appears that all of the data is available and is being

10:30AM 13  either transmitted to the requesting parties or is being copied

10:30AM 14  and in the process of then being transmitted.  We expect that to

10:30AM 15  be done, I hope, by next week, Monday, Tuesday, Wednesday.

10:30AM 16          If anybody has not requested it and wants it -- and

10:30AM 17  the parties I understand that have requested the data from

10:30AM 18  Transocean are Halliburton, Cameron, BP, Transocean, PSC.

10:30AM 19          PSC, did you all request it?

10:30AM 20      MR. GISLESON:  Soren Gisleson, Your Honor.

10:31AM 21          I'm not quite sure.  I'll have to talk to Paul

10:31AM 22  about us and see.

10:31AM 23      THE COURT:  You want to talk to Tom Baay if you want any

10:31AM 24  of the Phase I testing data.  He's got it or it's being made

10:31AM 25  available to him to get to his contractor to then disseminate to

10:31AM 1     any requesters.  It looks like it's all ready to roll, so if you

10:31AM 2     want it, or if there are any questions you have, call Tom.

10:31AM 3             MR. MILLER:  Your Honor, point of clarification, my

10:31AM 4     colleague's name is David Baay.

10:31AM 5             THE COURT:  Oh, David.  You're right.  Thank you.

10:31AM 6     David Baay, B-A-A-Y.

10:31AM 7             MR. GORMAN:  Richard Gorman.  Let me give you an update.

10:31AM 8             THE COURT:  Richard, we can't hear you.  I'm sorry.

10:31AM 9     Speak up really loud.  Bad connection.

10:31AM 10            MR. GORMAN:  Absolutely.  David Baay's vendor is in the

10:31AM 11    office now picking up the paper, CD discovery.  They are here

10:32AM 12    right now to do that, so that will go out within the next 15 to

10:32AM 13    20 minutes, I suspect.

10:32AM 14                All that will then remain is for me to check with

10:32AM 15    DNV on this last hard drive of information which is to be

10:32AM 16    delivered to David and BP.  I'll check on that as soon as the

10:32AM 17    conference is over, and I'll provide an update by e-mail.

10:32AM 18            THE COURT:  That's good, Richard.

10:32AM 19                Could you also update us on the government's review

10:32AM 20    of the e-mails and paper documents?

10:32AM 21            MR. GORMAN:  That was completed yesterday, which is why

10:32AM 22    the vendor is picking up the information now.

10:32AM 23            THE COURT:  Did they pick and choose, or is everything

10:32AM 24    being produced?

10:32AM 25            MR. GORMAN:  They did pick and choose.  There is a

10:32AM 1  volume of information that they are withholding based upon the

10:32AM 2  submission they gave to the Court.  I would not say that it is a

10:32AM 3  substantial volume of documents.  It is relatively minor.  It is

10:33AM 4  what they chose that they felt they needed to do based on their

10:33AM 5  legal position.

10:33AM 6       THE COURT:  But it sounds like the majority of the paper

10:33AM 7  documents and e-mail are going to be produced, right?

10:33AM 8       MR. GORMAN:  Correct.  The only, really -- well, there

10:33AM 9  are documents that the government is withholding, which I would

10:33AM 10  classify as minor based on what they have done.  There are some

10:33AM 11  documents that Transocean has a privileged log for that we will

10:33AM 12  be providing, as well, to the vendor which will be part of our

10:33AM 13  production.

10:33AM 14       THE COURT:  Great.  Wonderful.  Progress.  Thanks for

10:33AM 15  the update.  I appreciate it.  Thank you, Richard.

10:33AM 16       MR. GORMAN:  Thank you, Judge.

10:33AM 17       THE COURT:  Now, here is your next big issue to think

10:33AM 18  about guys.  Now that the testing of the BOP is coming to an end,

10:33AM 19  we need to talk about preservation.

10:34AM 20       One, why do we want to preserve, and who wants to

10:34AM 21  preserve?  Two, if you want to preserve, how long do you want to

10:34AM 22  preserve, and why?  Three, how do you want to preserve it?

10:34AM 23       As I understand it, Cameron has a protocol for

10:34AM 24  preservation of equipment that is not in use.  So they lubricate

10:34AM 25  it, they cover open parts, and then there is a maintenance

10:34AM  1   schedule where they go in and they lubricate like every

10:34AM  2   six months.  So there is a cost issue involved.  It's not going

10:35AM  3   to be cheap, and it's not going to be free.

10:35AM  4         Can anybody think of any reason why the BOP can't

10:35AM  5   just be turned over to Transocean, whose equipment it is?

10:35AM  6         MR. YORK:  Your Honor, this is Alan York for

10:35AM  7   Halliburton.

10:35AM  8         We would want to clear that with our client.

10:35AM  9         THE COURT:  No, no.  I'm putting the issues out there

10:35AM 10   for you, Alan.

10:35AM 11         MR. YORK:  Okay.  I'm sorry.

10:35AM 12         THE COURT:  That's okay.  These are the issues.  So let

10:35AM 13   me get through them, and then anybody who wants to chat about it,

10:35AM 14   I'll be happy to.

10:35AM 15         Does anybody think that it would be important for

10:35AM 16   Judge Barbier to go out and inspect the BOP prior to the

10:36AM 17   February 27th trial, or do they think that the hours and hours of

10:36AM 18   video, etcetera, will be sufficient?

10:36AM 19         Does any party plan to use a model of the BOP

10:36AM 20   during trial, and will that suffice?

10:36AM 21         So those are my thoughts.  If anybody has thoughts

10:36AM 22   beyond that, I would like to hear it; but, I just think it's

10:36AM 23   something we need to start thinking about.

10:36AM 24         DNV does think that there is some urgency to this

10:36AM 25   because the BOP is currently housed in a temporary building

10:36AM 1   which, as we understand it, needs to come down fairly quickly

10:36AM 2   because we're in the middle of hurricane season.  So they want to

10:37AM 3   take the temporary building down and leave the BOP in its

10:37AM 4   disassembled parts out there exposed to the elements.  So if

10:37AM 5   we're going to take action on this, it's sooner rather than

10:37AM 6   later.  So there you go.  You've got my update.

10:37AM 7              Mr. Breit.

10:37AM 8         MR. BREIT:  What we have done with the physical evidence

10:37AM 9   between BP and the PSC from an earlier court order from the

10:37AM 10  summer on the debris field was everything was held.  Then BP

10:37AM 11  would make a request of releasing various items, submit them to

10:37AM 12  us.  We would sit down with our experts and go through and try to

10:37AM 13  release as much as we could.

10:37AM 14             My proposal would be that we're going to get this

10:37AM 15  information by next Friday, that the experts that we all have

10:38AM 16  probably retained at this point in time have an opportunity for

10:38AM 17  at least 30 days --

10:38AM 18        THE COURT:  You don't have 30 days.

10:38AM 19        MR. BREIT:  At least have the experts have a period of

10:38AM 20  time, shorter than 30 days, to say, look, we don't need this, we

10:38AM 21  do need this, the video is fine, whatever it is.  Then we can

10:38AM 22  notify the appropriate person, hey, this needs to be held and

10:38AM 23  why.  If we have an issue, we bring it to the Court.

10:38AM 24        THE COURT:  That's fine.

10:38AM 25             We have cost issues in addition.  If you all want

10:38AM 1   to see about cost sharing for preservation of any evidence that

10:38AM 2   we agree needs to be preserved, let's talk about that.

10:38AM 3            The reason I say you don't have 30 days is because

10:38AM 4   I've been told that the Coast Guard is really wanting to take the

10:38AM 5   temporary building down.

10:38AM 6            MR. BREIT:  We've waited patiently for them to finish,

10:38AM 7   and we will try to speed this up.  I would think that we have

10:38AM 8   some lead time here.

10:38AM 9            THE COURT:  One would think, but what can I tell you.

10:39AM 10  I'm only the messenger.

10:39AM 11           MR. BREIT:  Thank you.

10:39AM 12           MR. LANGAN:  Your Honor, Andy Langan for BP.

10:39AM 13           Like Mr. York, we would like to visit with our

10:39AM 14  client about this.

10:39AM 15           THE COURT:  Sure.

10:39AM 16           MR. LANGAN:  We understand the need to develop a

10:39AM 17  position quickly.

10:39AM 18           I guess I would ask this question.  Maybe you

10:39AM 19  covered it and I missed it.  What says the United States about

10:39AM 20  this?  Because, as I recall early on, Mr. Underhill very -- this

10:39AM 21  is under a federal subpoena, it is under the custody and control

10:39AM 22  of the United States of America, it's relevant to an ongoing

10:39AM 23  grand jury investigation, etcetera, etcetera.

10:39AM 24           THE COURT:  Absolutely.

10:39AM 25           MR. LANGAN:  Is that still true?

10:39AM 1          THE COURT:  These series of questions are directed to

10:39AM 2     the United States, as well.

10:39AM 3              We have been provided by DNV with a list of people

10:39AM 4     with the federal government who appear to be interested in this

10:39AM 5     issue, in addition to Mr. Underhill and his gang.  So I intend to

10:39AM 6     get something out to everybody saying declare yourself.

10:40AM 7          MR. LANGAN:  That seems like a starting place to us, but

10:40AM 8     we'll talk to our client.  Thank you, Your Honor.

10:40AM 9          THE COURT:  Just an issue that has been raised that I

10:40AM 10    think we need to get to.

10:40AM 11         MR. MILLER:  Your Honor, is there a firm date for

10:40AM 12    completion of DNV testing?  I've heard that maybe the date is

10:40AM 13    slipping by a day or two.

10:40AM 14         THE COURT:  Well, the firm date for all testing is going

10:40AM 15    to be Wednesday of next week.  They are going to finish

10:40AM 16    99 percent of it by Monday.  They've got some cleanup items that

10:40AM 17    they need to perform Tuesday and Wednesday.  They expect to

10:40AM 18    absolutely finish by Wednesday and start packing up on Friday.

10:40AM 19         MR. MILLER:  So the 22nd is still the date?

10:40AM 20         THE COURT:  22nd is the date.

10:40AM 21         MR. MILLER:  Okay.

10:40AM 22         MR. UNDERHILL:  Your Honor, this is Mike Underhill.  My

10:40AM 23    ears were burning.

10:40AM 24         THE COURT:  Yes, your ears were burning.

10:40AM 25         MR. UNDERHILL:  Thank you, Judge.

10:40AM 1          Hey, Judge, the advantage of being in London, we're

10:40AM 2    six hours ahead of getting closer to a pub.

10:40AM 3          THE COURT:  Well, I was expecting you to participate

10:40AM 4    from the pub.

10:41AM 5          MR. UNDERHILL:  No, I wouldn't do that.

10:41AM 6          I just wanted to pop in, Your Honor.  Response to

10:41AM 7    what you folks have been talking about, what I think we planned

10:41AM 8    to do, my shop and Steve O'Rourke's shop on the civil side don't

10:41AM 9    have any particular interest in the BOP, I suspect, once the

10:41AM 10   testing has been done.

10:41AM 11         What I think we will do is we'll, through

10:41AM 12   appropriate channels, convey that to the other side of the house,

10:41AM 13   and let them speak for their self or pass on a message through us

10:41AM 14   to Your Honor as to what they deem necessary or appropriate.

10:41AM 15   We're going to be just the messengers on this one.

10:41AM 16         THE COURT:  Sort of like me when Mr. Breit looked at me

10:41AM 17   in horror.

10:41AM 18         MR. BREIT:  Never.

10:41AM 19         THE COURT:  Let's see, let's see, let's see.

10:41AM 20         We've asked that DNV give us the designations of

10:42AM 21   the three witnesses that will be testifying at the

10:42AM 22   30(b)(6) deposition, which has now been rescheduled for July 5th

10:42AM 23   and 6th here in New Orleans, so we expect to see that shortly.

10:42AM 24   That should help the parties prepare for the examination and

10:42AM 25   decide how they want to go ahead and split their time.

10:42AM 1          If there are overlapping topics on the technical

10:42AM 2  issues, raise that with me, and maybe what we'll do is have the

10:42AM 3  two technical guys sit together and answer any questions that

10:42AM 4  anybody has.  Okay?  But I want to highlight that one for you.

10:42AM 5          I wanted to take up the issue of the limit on

10:42AM 6  written discovery, particularly interrogatories, and whether or

10:43AM 7  not BP, since there are four BP entities, get 50 interrogatories

10:43AM 8  per entity.  My answer to that is no.

10:43AM 9          MR. LANGAN:  We didn't ask for that.

10:43AM 10          THE COURT:  I understand.

10:43AM 11          MR. LANGAN:  Mr. Duffy is on the line, as well.  It will

10:43AM 12  aid us with our discussions with Anadarko if we could have some

10:43AM 13  clarity of this.  Just because there are two Anadarkos, they

10:43AM 14  don't get 100.

10:43AM 15          THE COURT:  That's right.  Tim, unless you can tell me

10:43AM 16  that there are divergent interests between the Anadarko entities,

10:43AM 17  Anadarko group gets 50 interrogatories.

10:43AM 18          MR. DUFFY:  That certainly makes sense to us,

10:43AM 19  Your Honor.

10:43AM 20          MR. FITCH:  Judge, Tony Fitch for Anadarko.

10:43AM 21          I understand the concern here.  Let me point out

10:43AM 22  that one of our concerns is that we have been treated as two

10:44AM 23  different entities in this litigation.  Indeed, in particular,

10:44AM 24  the United States Government is seeking whatever maximum

10:44AM 25  Clean Water Act penalties it can get, in toto, from APC and from

10:44AM 1   AEP.

10:44AM 2            So we do -- and they are putting discovery on us

10:44AM 3   that is intending, in their view, to establish that we are two

10:44AM 4   separate entities, so we do have some concerns there.  It may be

10:44AM 5   that all of that can be addressed a little bit down the road, and

10:44AM 6   that's kind of where I'm going.

10:44AM 7            I think that Mr. Duffy and I, three weeks ago, and

10:44AM 8   some of his colleagues, had a productive meeting on the first

10:44AM 9   set.  I got back with a memorialization letter.  One of his very

10:44AM 10  competent colleagues got back to me about 15 days later.  We

10:44AM 11  didn't really resolve this.

10:45AM 12           Our first three sets sort of deal with Phase I

10:45AM 13  issues.  I think I can work this out in about 15 minutes,

10:45AM 14  frankly, if you want to pass it for the week.

10:45AM 15           THE COURT:  Good, okay.

10:45AM 16           MR. FITCH:  Then I'll come back and bother you when we

10:45AM 17  have the need for some additional interrogatories with respect to

10:45AM 18  these Phase II issues that, as you can well imagine, I myself am

10:45AM 19  never going to understand, but they do need to be addressed.

10:45AM 20           THE COURT:  Go ahead and work it out, and if you can't

10:45AM 21  work it out let me know.  My inclination is Anadarko gets 50,

10:45AM 22  BP gets 50.  Transocean, how many entities does Transocean have?

10:45AM 23           MR. LANGAN:  Like, seven or eight.  I counted them.

10:45AM 24           MR. FITCH:  Judge, just so those pockets are deep,

10:45AM 25  that's all he cares about.

10:45AM 1        THE COURT:  But Transocean gets 50.  That's my

10:45AM 2    inclination unless you can convince me to the contrary.

10:46AM 3             What, if any, status do we have on the BP/MOEX

10:46AM 4    settlement agreement issue?

10:46AM 5        MR. LANGAN:  Andy Langan for BP.  Mr. Pritchard is here,

10:46AM 6    as well.

10:46AM 7             We've been talking to Mr. Herman about this, and I

10:46AM 8    think the state of play is there has been a meet and confer last

10:46AM 9    Tuesday.  We made a proposal to the PSC as a result of that for a

10:46AM 10   possible compromise.  We would like until Monday, if that fails,

10:46AM 11   to file a brief.

10:46AM 12       THE COURT:  That's right.  Okay.  Good.

10:46AM 13       MR. PRITCHARD:  Thank you.

10:46AM 14       MR. FITCH:  Judge, I know I'm trying your patience.  You

10:46AM 15   could do without me being up here all this much.

10:46AM 16       THE COURT:  That's for sure.

10:46AM 17       MR. FITCH:  I know that.

10:46AM 18            This is an issue that other parties have a definite

10:46AM 19   interest in.  I will honestly and frankly tell you right now that

10:46AM 20   the one e-mail that I've seen suggesting the parameters of the

10:46AM 21   compromise will not be satisfactory to the Anadarko parties.

10:46AM 22   I'll be unfortunately revisiting that with you, if I may, please.

10:46AM 23       THE COURT:  Sure, please.  Send it on.

10:47AM 24       MR. LANGAN:  Your Honor, Andy Langan for BP.

10:47AM 25            I'm not sure Anadarko has made a request for this.

10:47AM 1   I don't know, maybe they have.  I think it's really the PSC's

10:47AM 2   request that we're dealing with.

10:47AM 3                  Furthermore, just to put our concern right on the

10:47AM 4   table, one possible reason they are so interested in is to aid

10:47AM 5   their own settlement negotiations, if there are going to be any.

10:47AM 6   So that is something we're quite concerned about, and I want to

10:47AM 7   be very up front with you about that, Your Honor.

10:47AM 8        MR. FITCH:  That's really not the scope of our concern.

10:47AM 9   We understand that there can be some adjustments made to address

10:47AM 10  that particular thing.

10:47AM 11       THE COURT:  So, Andy, as I understand it, you are

10:47AM 12  treating the request by the PSC differently than any other

10:47AM 13  party's request?

10:47AM 14       MR. LANGAN:  Yes.

10:47AM 15       THE COURT:  I did not understand that.

10:47AM 16       MR. LANGAN:  We can work through that issue, Your Honor,

10:47AM 17  but I think -- I think they stand a little bit differently.  They

10:47AM 18  are the ones that actually made the request to us.

10:47AM 19       THE COURT:  Right.  I just had not focused on the issue

10:48AM 20  that if we resolved it for the PSC, that it wouldn't be resolved

10:48AM 21  for all of us.

10:48AM 22       MR. LANGAN:  Well, it may be, it may be; but, I think

10:48AM 23  what Mr. Fitch is saying, for instance, is, well, that's not good

10:48AM 24  enough for us, we want more.

10:48AM 25       MR. FITCH:  That's a fair point.

10:48AM 1          MR. MILLER:  Your Honor and Ms. Pepper, Kerry Miller on

10:48AM 2  behalf of Transocean.

10:48AM 3                I think Mr. Fitch needs to get his own handheld,

10:48AM 4  like I have.

10:48AM 5          THE COURT:  You're right, if he keeps it up like this.

10:48AM 6          MR. MILLER:  It saves a lot of shoe leather.

10:48AM 7          MR. FITCH:  When I have the standing in this Court that

10:48AM 8  Mr. Miller does, I'll bet I can get myself a handheld.

10:48AM 9          MR. MILLER:  I'll be happy to pass it on.

10:48AM 10         MR. FITCH:  Deserved standing.

10:48AM 11         MR. MILLER:  But, Your Honor, as you require, I think I

10:48AM 12 was the person who disclosed the BP/MOEX settlement to the Court

10:48AM 13 a couple of Fridays ago.  At that point in time, on behalf of my

10:48AM 14 client, Transocean, I think I specifically remember requesting a

10:48AM 15 copy of that settlement agreement.

10:48AM 16               So we join the request for the settlement

10:49AM 17 agreement.  We've been reviewing the e-mails, but our request

10:49AM 18 stands.  My client may very well be in the same position as

10:49AM 19 Mr. Fitch's client.

10:49AM 20         THE COURT:  Well, pay attention to Mr. Fitch's e-mail,

10:49AM 21 and if you agree with him, tell everybody you agree.  If, on the

10:49AM 22 other hand, you can accept the compromise that looks like it's in

10:49AM 23 the works with the PSC, hop on board.

10:49AM 24         MR. MILLER:  We're monitoring both sets of e-mails, but

10:49AM 25 I want to make sure we're clear.  We have made a request for that

10:49AM 1     information and continue to want it.

10:49AM 2          MR. LANGAN:  Your Honor, Andy Langan for BP.

10:49AM 3          I can't help but point out that Transocean filed a

10:49AM 4     motion for a protective order against any discovery of BP or

10:49AM 5     Transocean.  I guess it's under submission, and it's going to be

10:49AM 6     ruled upon at some point.  There is no ruling yet.

10:49AM 7          But, at the same time, he's standing there making

10:49AM 8     demands of production from us while arguing that we don't get

10:49AM 9     production from him because of the arbitration provision.  The

10:49AM 10    irony is not lost on me.

10:49AM 11         THE COURT:  Well, he doesn't look at all upset by that

10:49AM 12    allegation.

10:49AM 13         MR. MILLER:  That's why I'm joining in Mr. Fitch's

10:50AM 14    request.

10:50AM 15         Also, I can make the request on MOEX, because I

10:50AM 16    don't think I have a contractual provision with them.  I think it

10:50AM 17    does stand.  The request was made to both parties, BP and MOEX.

10:50AM 18         THE COURT:  Work on that, and we'll carry it over to

10:50AM 19    next week.

10:50AM 20         Let's talk about short form claimant issues.  We've

10:50AM 21    heard that some of the short form claimants are having difficulty

10:50AM 22    communicating with Mr. Feinberg's operation, and we've also heard

10:50AM 23    we've got some short form claimants that have repeatedly called

10:50AM 24    the court and said, we want to the dismiss our short form claims,

10:50AM 25    and we don't, you know, particularly know what procedure to

10:51AM 1   follow with that.

10:51AM 2               Does anybody want to chime in on those two issues?

10:51AM 3          MR. LANGAN:  I would love to hear from the PSC.

10:51AM 4               Andy Langan for BP.

10:51AM 5               As I indicated to Your Honor, I think, the last

10:51AM 6   time we were together in this courtroom, we have had

10:51AM 7   conversations with GCCF counsel to resolve any issues.  You'll

10:51AM 8   recall they were being extra careful because of the issue about

10:51AM 9   communicating with represented --

10:51AM 10         THE COURT:  Yes.

10:51AM 11         MR. LANGAN:  They may have gone too far.  I think they

10:51AM 12  have corrected that.

10:51AM 13              I believe Judge Barbier has dismissed a number of

10:51AM 14  requests -- at the request of a number of plaintiffs who have

10:51AM 15  settled with the GCCF, started dismissing claims, so --

10:51AM 16         THE COURT:  But not short forms, I don't believe.  I

10:51AM 17  think that's the difference.  I'm not positive, but I think

10:51AM 18  that's the difference.

10:51AM 19         MR. LANGAN:  We are in conversations with the PSC about

10:51AM 20  maybe a joint database, and, maybe in the context of that, there

10:51AM 21  will be an opportunity to --

10:51AM 22         THE COURT:  That would be good.  Look, now we know why

10:52AM 23  Mr. Gisleson is here.

10:52AM 24         MR. GISLESON:  This is my only contribution this

10:52AM 25  morning, Your Honor.

10:52AM 1          Soren Gisleson on behalf of the PSC.

10:52AM 2          There are going to be a number of issues we're

10:52AM 3   going to have to end up working out with BP on the short form

10:52AM 4   joinder, things like the protocol for how to dismiss individual

10:52AM 5   short forms, how to amend individual short forms.  That, of

10:52AM 6   course, ties into the larger legal issue of presentment, which is

10:52AM 7   currently pending before Judge Barbier.

10:52AM 8          THE COURT:  Yes.

10:52AM 9          MR. GISLESON:  To the extent that we can distinguish

10:52AM 10  between the form of a dismissal and the form of what is adequate

10:52AM 11  and proper, like we did with the short form, with opposing

10:52AM 12  counsel, then it makes sense to the extent that we can.

10:52AM 13         I know Steve Herman was working on that pretty

10:52AM 14  specifically and trying to get an actual proposal to BP.  I'll

10:52AM 15  follow up with him.  But there continue to be a lot of

10:52AM 16  significant issues with the tens of thousands of pro se claimants

10:52AM 17  who submitted their short forms.

10:52AM 18         THE COURT:  You know, whether we want to go ahead and

10:53AM 19  approve a short form dismissal form --

10:53AM 20         MR. GISLESON:  I think that's going to have to be one of

10:53AM 21  the forms that we end up approving and gets posted on the web

10:53AM 22  site, easy access, because --

10:53AM 23         THE COURT:  Exactly.

10:53AM 24         MR. GISLESON:  -- we're receiving a lot of complaints

10:53AM 25  from pro se claimants, as well.

10:53AM 1      THE COURT:  I think that's something we should just

10:53AM 2  start working on.  As you all develop something, if you want to

10:53AM 3  just go ahead and present it, we'll start working on it over here

10:53AM 4  and post it on the site and make it available to people.  Okay?

10:53AM 5      MR. GISLESON:  Thank you, Judge.

10:53AM 6      THE COURT:  Great.  Thank you.

10:53AM 7      Corey, you're on the line still, aren't you?

10:53AM 8      MR. MAZE:  I am.

10:53AM 9      THE COURT:  You had raised with me the issue of the

10:53AM 10  states' production of their files as requested, as I understood

10:53AM 11  it, by BP.

10:53AM 12      MR. MAZE:  Correct.  What's going on, Your Honor, is --

10:53AM 13  and I'll give Alabama as an example -- we've agreed with BP on

10:54AM 14  21 different state agencies that we will search through their

10:54AM 15  files for document production to the defendants on the various

10:54AM 16  requests that we're answering on Monday.

10:54AM 17      The 22nd agency that we disagree on is the Attorney

10:54AM 18  General's office.  BP -- and Mr. Bloomer and Mr. Duffy, I

10:54AM 19  believe, are on the line and can respond to this -- our

10:54AM 20  understanding is, is they want us to do a full search of the

10:54AM 21  entire file of this office to look for anything that relates to

10:54AM 22  causation whatsoever.

10:54AM 23      That would include us going through -- and

10:54AM 24  Mr. Langan, I'm sure, could give you the number -- the over one

10:54AM 25  million documents received in this case from the various

10:54AM 1  defendants to try to cull out if there is one or two or three

10:54AM 2  that may not have come from the case itself, perhaps, I guess, an

10:54AM 3  e-mail or just anything relating to causation.

10:54AM 4        Our point is this is a law firm.  Everything that

10:54AM 5  we have, or least that we believe we have, would come because

10:55AM 6  we're invested in this case.  To do so would be just a huge

10:55AM 7  fishing expedition and a complete -- maybe not complete, but a

10:55AM 8  large waste of time for us to go through millions of documents to

10:55AM 9  see if we can find maybe one or two things that nobody has really

10:55AM 10 identified to us which would be relevant for Phase I.

10:55AM 11        THE COURT:  Okay.

10:55AM 12        MR. MAZE:  The question is whether, A, we should have to

10:55AM 13 search through the Attorney General's file at all; or, B, if we

10:55AM 14 do, how can we limit it in a way that doesn't require us to

10:55AM 15 search through every single thing that has to do with this case

10:55AM 16 at all just to see whether or not it's privileged or came from a

10:55AM 17 party in this case.

10:55AM 18        THE COURT:  What have you proposed, Corey?

10:55AM 19        MR. MAZE:  Well, the proposal from us would either be,

10:55AM 20 A, having an exemption for the Attorney General's office

10:55AM 21 altogether; or, B, I think an acceptable alternative for

10:56AM 22 Alabama -- and I think Mr. Kanner is there, and he can speak for

10:56AM 23 Louisiana -- but for Alabama, we have asked every employee in

10:56AM 24 this office to check their hard files, their hard documents.  The

10:56AM 25 only responses we got, we've seen them, and they are all

10:56AM 1    privileged.

10:56AM 2            What we can do additionally would be do an

10:56AM 3    electronic search.  What we would propose is propose a search of,

10:56AM 4    let's say, six months before April 20th to about four or five

10:56AM 5    weeks after April 20th of 2010, and just search for any documents

10:56AM 6    that have Macondo, *Deepwater Horizon*, such terms as that, just so

10:56AM 7    we can limit the documents we have to look through to that

10:56AM 8    specific period of time and that specific well.  Because,

10:56AM 9    otherwise, we're going to be getting hits for everything that

10:56AM 10   we're getting as part of this case, all of which would be

10:56AM 11   privileged and would have us wasting our time looking through it.

10:56AM 12           THE COURT:  Tim, do you want to address the proposal by

10:57AM 13   Corey?

10:57AM 14           MR. DUFFY:  I think my partner, Andrew Bloomer, is on

10:57AM 15   the line.  Andy, are you on?

10:57AM 16           MR. BLOOMER:  I am, Your Honor, and I'm happy to address

10:57AM 17   it.

10:57AM 18           I think, Your Honor, that the nub of the dispute is

10:57AM 19   if the state takes the position that everything it has would be

10:57AM 20   privileged, then I think, for the integrity of the process, there

10:57AM 21   has to be some reasonable and diligent effort to determine

10:57AM 22   whether that is, in fact, the case and can be made -- that

10:57AM 23   representation can be made to the Court.

10:57AM 24           We're certainly open to discussing ways to do that,

10:57AM 25   whether it's narrowing, say, search terms; but, the AG's office,

10:57AM 1   while it undoubtedly has a legal dimension, also has a political

10:57AM 2   and public dimension.  Our point is, as relates to Phase I

10:57AM 3   discovery, to the extent that there are responses, meaning

10:58AM 4   Phase I responsive discovery in the possession of the

10:58AM 5   Attorney General's office that it received from members of the

10:58AM 6   public, not necessarily other agencies because we would go to

10:58AM 7   other agencies and get the material from them, but from either

10:58AM 8   members of the public or other political, either non-Louisiana or

10:58AM 9   non-Alabama governmental entities, and it's responsive, we would

10:58AM 10  like to ensure that a search is done and that material is

10:58AM 11  produced.

10:58AM 12          But, as I said, we can certainly and are willing to

10:58AM 13  engage in discussions to either identify appropriate custodians

10:58AM 14  or do search terms that are narrowed and focused so that it

10:58AM 15  doesn't pick up everything under the sun.

10:58AM 16          THE COURT:  Well, that's --

10:58AM 17          MR. YORK:  Your Honor --

10:58AM 18          THE COURT:  Yes.

10:58AM 19          MR. YORK:  -- this is Alan York for Halliburton.

10:58AM 20          Again, Halliburton doesn't want to overburden

10:59AM 21  either the State of Alabama, the State of Louisiana, any other

10:59AM 22  governmental entity, but we do want to make the point that these

10:59AM 23  states have brought claims against us.

10:59AM 24          To the extent that there is information out there

10:59AM 25  that is responsive to discovery requests that is instructive to

10:59AM 1    the claims that have been brought against us, we just want to

10:59AM 2    make sure that we're doing our due diligence and making sure that

10:59AM 3    we have whatever discovery we need to to properly prepare for the

10:59AM 4    trial.

10:59AM 5            MR. MAZE:  Your Honor, this is Corey Maze from Alabama.

10:59AM 6            My response would be, first of all, we're going to

10:59AM 7    start producing documents from 21 other state agencies starting

10:59AM 8    Monday, so we don't have any problem with turning things over for

10:59AM 9    that reason.

10:59AM 10           The difference is, is this is the Attorney

10:59AM 11   General's office, and pretty much everything we have, if not

10:59AM 12   everything, is all about this litigation.  It's very little

10:59AM 13   difference than us asking BP to have Kirkland & Ellis go through

11:00AM 14   every file of theirs to determine whether or not maybe they

11:00AM 15   received an e-mail from a member of the public or an agency.

11:00AM 16           To do that, to go through every document that

11:00AM 17   Kirkland & Ellis has that's related to this spill, would be an

11:00AM 18   even greater nightmare than Andy keeps telling us they are going

11:00AM 19   through on a week-to-week basis.

11:00AM 20           So if we're going to have to do it as a law firm,

11:00AM 21   because that's what the Attorney General's office is, we have got

11:00AM 22   to find a way that narrows it so that we're only looking for

11:00AM 23   specific things.

11:00AM 24           Honestly, we still haven't heard a valid type of

11:00AM 25   example as to what it is this Attorney General's office would

11:00AM 1  have, at least for Alabama.  You know, this well was not off of

11:00AM 2  our coast.  It wasn't licensed, or we weren't monitoring for any

11:00AM 3  state agency.

11:00AM 4        We really wouldn't have been paying attention to

11:00AM 5  this at the time of the explosion.  It wouldn't have come until

11:00AM 6  much later that we would have even started receiving things.  So

11:00AM 7  there has to be a way to limit this so that we're not just

11:01AM 8  searching through everything we've received as part of the

11:01AM 9  litigation.

11:01AM 10       MR. YORK:  This is Alan York, again.

11:01AM 11       We're fine with -- you know we'll work with you on

11:01AM 12 that.  I just wanted to make sure that our position was on the

11:01AM 13 record that we just want to make sure we're covering all of our

11:01AM 14 bases.

11:01AM 15       MR. MAZE:  Fine, Alan.

11:01AM 16       Again, we're not trying to be difficult,

11:01AM 17 Your Honor.  We're just trying to find a way not to spend weeks

11:01AM 18 going through every document that we have when we have absolutely

11:01AM 19 no reason to believe that there is anything out there.

11:01AM 20       You know, as Andy said, the whole point of this

11:01AM 21 discovery against the state was to avoid surprise; but, no one

11:01AM 22 has really sort of demonstrated to us what it is that we're even

11:01AM 23 looking for.  It seems to be more of a just let's search through

11:01AM 24 everything you have just to make sure.

11:01AM 25       THE COURT:  Well, and certainly no one wants you to

11:01AM 1   reproduce what's been produced to you in this litigation.  Nobody

11:01AM 2   wants another million document dump, so we want to avoid that for

11:01AM 3   sure.

11:01AM 4        MR. MAZE:  We understand that.  Our concern is, is that

11:01AM 5   we're going to have to go through every document we got in this

11:02AM 6   litigation to make sure we find the ones that aren't.

11:02AM 7        It's not a problem of producing only those that are

11:02AM 8   not in anticipation of litigation.  It's going through the

11:02AM 9   million documents that we have to find which ones weren't given

11:02AM 10  to us as part of the litigation.

11:02AM 11       THE COURT:  I guess my comeback on that would be, Andy,

11:02AM 12  you had suggested identifying custodians, specific custodians

11:02AM 13  within the office, as well as specific search terms, right?

11:02AM 14       MR. BLOOMER:  Your Honor, this is Andrew Bloomer.

11:02AM 15       Yes, that's correct.  I mean, it seems to me that

11:02AM 16  while there are undoubtedly lawyers that work in the

11:02AM 17  Attorney General's Office, there are also non-lawyers.  There may

11:02AM 18  be people involved in public relations, and there may well have

11:02AM 19  been documents or materials provided by members of the public, as

11:02AM 20  I said, to the Attorneys General's office.  Those would not be

11:02AM 21  privileged.

11:03AM 22       Maybe one way to kind of skin this cat is to sit

11:03AM 23  down, identify who those custodians are, and the Attorney

11:03AM 24  General's office is in a better position than we are to know

11:03AM 25  that, but to do that process.

11:03AM 1    Then to get, you know, search terms that the

11:03AM 2  parties can agree to, similar to what we've done with other

11:03AM 3  parties, get agreement on that.  If there are any disagreements,

11:03AM 4  we can take those up; but, I would imagine the parties can work

11:03AM 5  that out and then reach a reasonable protocol that way.

11:03AM 6    THE COURT:  Okay.

11:03AM 7    MR. KANNER:  Your Honor, Allan Kanner for the State of

11:03AM 8  Louisiana.

11:03AM 9    I want to just reiterate one thing that Corey has

11:03AM 10 said and touch on one other thing.  This started with Your Honor

11:03AM 11 saying BP and the defendants shouldn't be surprised at the first

11:03AM 12 phase trial that's coming up.  I don't think anybody has

11:03AM 13 identified much, if any, first phase material that we might have.

11:04AM 14    What's really going on here, in effect, is we're

11:04AM 15 being asked to produce, in effect -- if you look at the discovery

11:04AM 16 that's been served upon us, the discovery, you know, for the

11:04AM 17 claims that we've brought that may not get tried for two, three

11:04AM 18 years.  I thought the whole purpose of this discovery process was

11:04AM 19 you were trying to focus the parties on Phase I, then Phase II,

11:04AM 20 then Phase III.

11:04AM 21    I have to tell you that these broad searches, I

11:04AM 22 mean, they are basically asking for everything that we have, a

11:04AM 23 burden that no other party in this case has really had to go

11:04AM 24 through at this level, not even BP at this point.  So I would

11:04AM 25 just ask for some moderation.

11:04AM 1          I can tell you on behalf of the State of Louisiana,

11:04AM 2     we do receive some materials in conjunction with the drilling of

11:04AM 3     the well.  They are submitted to DNR.  We are going to produce

11:04AM 4     those on Monday.

11:04AM 5          Our state police were asked to be on standby as

11:05AM 6     first responders.  That request, though they did not have to

11:05AM 7     respond, will also be produced or associated evidence.

11:05AM 8          I mean, we have asked around and tried to get stuff

11:05AM 9     responsive to Phase I.  We're a little concerned with just -- you

11:05AM 10    can't really ask computer searches for just Phase I discovery.

11:05AM 11    If you ask *Deepwater Horizon*, you're going to get -- you're going

11:05AM 12    to have to go through everything, Phase I, I, III and IV.

11:05AM 13         THE COURT:  You can put date limitations on it.

11:05AM 14         MR. KANNER:  You can put date limitations on that.  That

11:05AM 15    may help limit it to some extent.

11:05AM 16         All I'm saying is, we're happy to cooperate.  We

11:05AM 17    would just like to cooperate on the same terms as everybody else

11:05AM 18    and just work on the phases and not waste a lot of time and

11:05AM 19    energy.

11:05AM 20         THE COURT:  I definitely agree with you, Allan, that

11:05AM 21    right now we are focusing on Phase I.

11:05AM 22         Andy, I assume you agree that you would limit your

11:06AM 23    search and your date range to Phase I.

11:06AM 24         Why don't you take a crack at getting some search

11:06AM 25    terms circulated to Alabama and Louisiana, and see if we can get

11:06AM  1    off the dime that way.  I certainly don't want to spin a lot of

11:06AM  2    wheels going back and encountering a million documents that

11:06AM  3    either Louisiana or Alabama has to go through to determine if

11:06AM  4    there is a needle in the haystack.

11:06AM  5          MR. MAZE:  Your Honor, this is Corey, again, for the

11:06AM  6    State of Alabama.

11:06AM  7                Just as important, and perhaps more important for

11:06AM  8    us, is not only search terms but date limitations.  I would

11:06AM  9    suggest at least -- at least -- well, for both of us, I wouldn't

11:07AM 10    suggest anything later than about four weeks or a month after the

11:07AM 11    explosion, because after that point you're going to have a great

11:07AM 12    litigation focus from both of our offices; but, before that, it

11:07AM 13    may have been just explosion, sort of Phase I talk, if there was

11:07AM 14    any at all.

11:07AM 15          THE COURT:  Well, let's see if you all can work on that.

11:07AM 16    We'll revisit it -- or if you want to revisit it with me this

11:07AM 17    coming week, I'll be glad to do so.

11:07AM 18                I agree that it's Phase I.  Corey, if you've got a

11:07AM 19    particular date that you think the anticipation of litigation

11:07AM 20    commenced, why don't you suggest that to Andy in your discussion.

11:07AM 21          MR. MAZE:  We will, Your Honor.

11:07AM 22          THE COURT:  Okay, great.

11:07AM 23                Andy, you must be up for a reason.  Come on up.

11:07AM 24          MR. LANGAN:  Your Honor, it's a deposition thing, and I

11:07AM 25    just forgot to raise it.

11:08AM  1              Very quickly, Your Honor said we didn't need to

11:08AM  2    raise it on the agenda, but Mr. Miller and I both have requested

11:08AM  3    of Your Honor extra time to read and sign the depositions.

11:08AM  4              THE COURT:  Granted.

11:08AM  5              MR. LANGAN:  Can we have a standing rule --

11:08AM  6              THE COURT:  Granted.

11:08AM  7              MR. LANGAN:  -- of 60 days from delivery of the

11:08AM  8    transcript for all of the witnesses --

11:08AM  9              THE COURT:  I think that's fair.  We're going to have

11:08AM 10    to --

11:08AM 11              MR. LANGAN:  -- to read and sign --

11:08AM 12              THE COURT:  To read and sign.

11:08AM 13              MR. LANGAN:  -- and errata sheets and stuff, rather than

11:08AM 14    constantly be coming back to you based upon the local 14-day rule

11:08AM 15    or whatever it is?

11:08AM 16              THE COURT:  If there is a problem as we get closer to

11:08AM 17    trial --

11:08AM 18              MR. LANGAN:  Yes, absolutely.

11:08AM 19              THE COURT:  -- that's going to be a problem --

11:08AM 20              MR. LANGAN:  Understood.

11:08AM 21              THE COURT:  -- but for these early fact witnesses --

11:08AM 22              MR. LANGAN:  Maybe any depositions taken through

11:08AM 23    Labor Day, that kind of thing.

11:08AM 24              THE COURT:  Any problem?

11:08AM 25              MR. BREIT:  Jeffrey Breit for the PSC.

11:08AM 1    My only concern is if the errata sheet is

11:08AM 2 significant in any way as we're preparing our experts and

11:08AM 3 deadlines, obviously, there is a rub there.  Other than that,

11:08AM 4 60 days is not a problem.

11:08AM 5   THE COURT:  Have we ever had that problem before?  I had

11:08AM 6 one witness one time that completely changed his testimony, but

11:09AM 7 I'm hoping we won't encounter that.

11:09AM 8   MR. BREIT:  Just in case, I wanted to raise that.

11:09AM 9    Mr. Irpino has an issue.

11:09AM 10   MR. YORK:  Your Honor, this is Alan York for

11:09AM 11 Halliburton.

11:09AM 12    I'm showing my ignorance here, and I'm happy to

11:09AM 13 profess that there is something about the procedural side of this

11:09AM 14 that I know nothing about.

11:09AM 15   THE COURT:  What is that, Alan?

11:09AM 16   MR. YORK:  Would the errata sheet hold up the issuance

11:09AM 17 of the final deposition transcript from the court reporter?

11:09AM 18   THE COURT:  That's a very good point.

11:09AM 19   MR. YORK:  Because my only issue with that is we have a

11:09AM 20 client who is eagerly wanting to review the final transcripts and

11:09AM 21 everything else, so I would hate to put a 60-day lag time on the

11:09AM 22 final transcripts when we're trying to get deposition summaries

11:09AM 23 out and prepare for experts and for everything else.

11:09AM 24    I might suggest, instead of going for a 60-day,

11:10AM 25 Andy, would we be safer with a 30-day?

11:10AM 1          MR. LANGAN:  With flexibility is fine.  45 days, I don't

11:10AM 2   know.

11:10AM 3          THE COURT:  I think that's a good point because

11:10AM 4   everybody is eagerly awaiting the final deposition transcripts.

11:10AM 5               Why don't we agree to this.  30 days unless there

11:10AM 6   is a particular problem, like the two that have just recently

11:10AM 7   been raised, and an e-mail should cover that.

11:10AM 8          MR. LANGAN:  Thank you, Your Honor.

11:10AM 9          THE COURT:  30 days.

11:10AM 10              (Addressing Mr. Irpino) You beat Alan to the punch

11:10AM 11  as far as thought process, but you didn't beat him to the mic.

11:10AM 12         MR. MILLER:  The story of Anthony's life, Your Honor.

11:11AM 13         MR. IRPINO:  I'm not done.  One more that I thought of.

11:11AM 14         THE COURT:  What was that?

11:11AM 15         MR. IRPINO:  Well, as it relates to the confidentiality

11:11AM 16  designations, which really is kind of a separate issue because --

11:11AM 17         THE COURT:  I think it is.

11:11AM 18         MR. IRPINO:  -- I would hate to say -- and I will tell

11:11AM 19  you right now, I've worked with Halliburton extensively, I've

11:11AM 20  worked with BP extensively, we haven't had as many as the other

11:11AM 21  defendants, but we have been able to work through everything

11:11AM 22  every time.

11:11AM 23              There's several -- many different BP attorneys

11:11AM 24  we've worked with, you can poll them and I don't think you would

11:11AM 25  find from one of them that we have been unreasonable with respect

11:11AM 1   to extensions or --

11:11AM 2          THE COURT:  I would have heard about it if that were the

11:11AM 3   case.

11:11AM 4          MR. IRPINO:  I can tell you, it's been a very, very

11:11AM 5   cordial process that has been productive, extensive, thorough.

11:11AM 6   But I think I would like, just for the record, to make clear we

11:11AM 7   will extend courtesies when we're there, but I would hate to

11:11AM 8   think that 30 days would then start the time period, then you

11:12AM 9   would have 20 days to start thinking about --

11:12AM 10         THE COURT:  Andy, correct me if I'm wrong, I think the

11:12AM 11  confidentiality designation is separate, and this will not --

11:12AM 12         MR. LANGAN:  It's apples and oranges.

11:12AM 13         THE COURT:  -- this will not affect the confidentiality

11:12AM 14  designation.

11:12AM 15         MR. LANGAN:  The PSC has been good about extensions on

11:12AM 16  the confidentiality stuff.  I rose only to talk about errata and

11:12AM 17  read and sign.

11:12AM 18         MR. PRITCHARD:  Your Honor, John Pritchard again,

11:12AM 19  counsel for MOEX Offshore.

11:12AM 20              This issue has to do with the bifurcation motion

11:12AM 21  that we brought and the motion to stay veil piercing discovery.

11:12AM 22  I'm happy to report that we have made some real progress.  We

11:12AM 23  have an understanding with the plaintiffs' counsel that I reached

11:12AM 24  with Steve Fineman.  He has agreed that there are going to be no

11:12AM 25  questions regarding pure veil piercing allegations at Mr. Ishii's

11:12AM  1   deposition, which is coming up in two weeks.

11:12AM  2              I have also addressed this matter with the Justice

11:13AM  3   Department, and we have an agreement that they are not going to

11:13AM  4   raise these issues either.  Maybe we can resolve the short-term

11:13AM  5   aspects of this today.

11:13AM  6              Briefly, I think that Your Honor knows Offshore is

11:13AM  7   a nonoperating party under the operating agreement.

11:13AM  8              THE COURT:  Yes.

11:13AM  9              MR. PRITCHARD:  Of course, in that capacity, claims have

11:13AM 10   been asserted seeking to visit liability on it for the

11:13AM 11   *Deepwater Horizon* incident, but a smattering, and I emphasize a

11:13AM 12   smattering, of the pleadings and allegations go to the question

11:13AM 13   of whether MOEX Offshore's corporate veil and the corporate veil

11:13AM 14   of its parent company, MOEX USA, should be pierced.

11:13AM 15              We regard these issues, which are, of course,

11:13AM 16   totally irrelevant to the issues that really are of concern in

11:13AM 17   this case, to be not ripe, so we've brought this bifurcation

11:13AM 18   motion.

11:13AM 19              There is an imminent aspect to the motion because

11:13AM 20   we're seeking a stay with respect to Mr. Ishii's deposition.

11:13AM 21   There's a long-term aspect which addresses with whether, you

11:14AM 22   know, that issue shouldn't be put off for future resolution, in

11:14AM 23   other words, bifurcated.

11:14AM 24              But perhaps we could sweep away the imminent piece

11:14AM 25   if we could understand or get the agreement of the other parties

11:14AM 1  who are here today that nobody has any intentions of going into

11:14AM 2  these pure veil piercing issues with Mr. Ishii.

11:14AM 3         I want to add here that there is going to be no

11:14AM 4  attempt to keep anybody from asking questions that are relevant

11:14AM 5  to the *Deepwater Horizon* incident, whether the activities in

11:14AM 6  question took place at MOEX, whether it took place at its

11:14AM 7  intermediate parent company, MOEX USA, or whether they took place

11:14AM 8  somewhere further up the corporate chain.  Anything having to do

11:14AM 9  with the *Deepwater Horizon* incident will be fair game.

11:14AM 10         THE COURT:  Fair game, right.

11:14AM 11         MR. PRITCHARD:  Fair game.

11:14AM 12         THE COURT:  Right.

11:14AM 13         Well, let me ask the phone participants to either

11:15AM 14  declare yourself on this issue or tell us that you will declare

11:15AM 15  yourself by e-mail.

11:15AM 16         When is Mr. Ishii?

11:15AM 17         MR. PRITCHARD:  Well, Mr. Ishii's deposition is the 29th

11:15AM 18  and 30th, so, if anybody has a problem with this, I suggest that

11:15AM 19  we should take it up and get Your Honor's ruling on it by next

11:15AM 20  Friday, just on the deposition that --

11:15AM 21         THE COURT:  On the short-term issue.

11:15AM 22         MR. PRITCHARD:  On the short-term issue.

11:15AM 23         THE COURT:  On the short-term issue.

11:15AM 24         So I guess I'll do it this way.  I would like to

11:15AM 25  hear from anyone who opposes the proposal to do what the PSC has

82

11:15AM 1  agreed to do, which is not get into the meat and potatoes of the

11:15AM 2  alter ego or piercing the corporate veil issue, but all

11:15AM 3  questioning with regard to this incident is fair game regardless

11:15AM 4  of which entity is involved.  It seems like a fair resolution, to

11:16AM 5  me, of the short-term issue.

11:16AM 6        MR. KANNER:  Your Honor, Allan Kanner.

11:16AM 7           Just a clarifying question.  Is the witness going

11:16AM 8  to be brought back to answer those questions at later time; is

11:16AM 9  that part of the proposal?

11:16AM 10      THE COURT:  Well, that's part of the request to

11:16AM 11  bifurcate.  If we get to that, then presumably either this

11:16AM 12  witness or designated witnesses for the corporate entities will

11:16AM 13  have to be deposed on that issue.

11:16AM 14      MR. PRITCHARD:  Absolutely, Your Honor.

11:16AM 15      MR. BREIT:  Your Honor, Jeffrey Breit for the PSC.

11:16AM 16          I'm at a bit of a disadvantage because Mr. Herman

11:16AM 17  is traveling and Mr. Fineman has not advised me of his

11:16AM 18  discussion.  So the representation is fine; however, I would like

11:16AM 19  the opportunity, at least a day, if there is any possibility of

11:16AM 20  there being a difference of that understanding, I would notify

11:16AM 21  the Court this afternoon before 2:00.

11:17AM 22      THE COURT:  Why don't you all please notify everyone

11:17AM 23  that you have a problem with the proposal no later than close of

11:17AM 24  business on Tuesday of this week.

11:17AM 25      MR. BREIT:  Fine.

11:17AM 1        THE COURT:  It sounds like a really good resolution

11:17AM 2   short term, and I certainly have no problems with it.

11:17AM 3        MR. PRITCHARD:  Thank you, Your Honor.

11:17AM 4        THE COURT:  Thank you.

11:17AM 5        Let's see.  The next thing up here was the Texas

11:17AM 6   state MDL litigation.  I just wanted to confirm with the PSC my

11:17AM 7   understanding that the MDL -- much like the securities

11:17AM 8   litigation, the MDL state litigants need to sign a

11:18AM 9   confidentiality agreement and, beyond that, can participate in

11:18AM 10  our document production.

11:18AM 11       MR. BREIT:  It's my understanding --

11:18AM 12       Jeffrey Breit for the PSC.

11:18AM 13       -- that we are absolutely requiring all of those

11:18AM 14  documents to be signed before anything is allowed.

11:18AM 15       THE COURT:  But that's the magic key.  Sign a

11:18AM 16  confidentiality agreement --

11:18AM 17       MR. BREIT:  Sign the confidentiality agreement.  We'll

11:18AM 18  keep it on file in our office.

11:18AM 19       THE COURT:  So that's all we need to know is that the

11:18AM 20  same procedure that was followed in the securities litigation

11:18AM 21  applies to the Texas MDL.  Okay.  Good.

11:18AM 22       MR. LANGAN:  Your Honor, I should comment on that, that

11:18AM 23  there really is no Texas MDL, tried as we might.  I reported this

11:18AM 24  to Judge Barbier, or will.  The Panels, actually, in Texas denied

11:18AM 25  the creation of a Texas MDL.

11:18AM 1          THE COURT:  Oh, that's right.

11:18AM 2          MR. LANGAN:  So, that said --

11:18AM 3          THE COURT:  As we say in New Orleans, yeah, you right.

11:19AM 4          MR. LANGAN:  So, that said, Special Master McGovern is,

11:19AM 5  as one of his tasks, I believe, working to coordinate and

11:19AM 6  continue to coordinate discovery, try to avoid duplicative

11:19AM 7  depositions.  That's part of BP's job, too.

11:19AM 8          So we are certainly telling state court judges in

11:19AM 9  Harris County and Galveston that we're going to cross-notice the

11:19AM 10 depositions, and, if they want to come here and attend, they are

11:19AM 11 welcome to, to try to avoid duplication in the future.  So that's

11:19AM 12 kind of our game plan.

11:19AM 13         THE COURT:  I had forgotten that.  Thank you for

11:19AM 14 clarifying.

11:19AM 15         MR. LANGAN:  Sure.  That's why we're here, Your Honor.

11:19AM 16         THE COURT:  Good, good, good.

11:19AM 17         Next up, guys, is just a reminder that we're all

11:19AM 18 terribly busy.  We've all got a lot going on.  More and more of

11:20AM 19 what I consider to be the smaller issues are kind of bubbling to

11:20AM 20 the surface.  If you all could just keep in mind that meeting and

11:20AM 21 conferring is a good thing.  Take the time to do it.  See if you

11:20AM 22 can't work things out, especially with the smaller little items.

11:20AM 23 That would be great.

11:20AM 24         Let's open -- come on up.  You're wearing out the

11:20AM 25 shoe leather today.

11:20AM 1        MR. FITCH:  I was right in the context of smaller

11:20AM 2    issues.  I wanted to raise the issue of authentication of

11:20AM 3    documents for the purpose of trial, and especially because it is

11:20AM 4    a time consuming -- it can be a time consuming function, at least

11:20AM 5    with respect to what we consider or somebody considers important

11:20AM 6    documents at depositions.

11:20AM 7        It should be possible, I would think, to reach some

11:20AM 8    kind of stipulation that there is at least a basic presumption of

11:21AM 9    authenticity with respect to any document that anybody has

11:21AM 10   produced.  I've seen it formalized in a two-paragraph stipulation

11:21AM 11   in other relatively complex litigation, so Anadarko would like to

11:21AM 12   make some progress on that issue in the relatively near future.

11:21AM 13       THE COURT:  I think that's a good point.  Now that

11:21AM 14   you've stood up and volunteered, why don't you put together your

11:21AM 15   proposed stipulation --

11:21AM 16       MR. FITCH:  All right.

11:21AM 17       THE COURT:  -- and circulate it to everybody.  It would

11:21AM 18   be a statement that if a party produces it, it is assumed to be

11:21AM 19   authentic unless the party --

11:21AM 20       MR. FITCH:  It will be short and brief, and I will --

11:21AM 21       THE COURT:  Perfect.

11:21AM 22       MR. FITCH:  -- that from another case.  Thank you,

11:21AM 23   Judge.

11:21AM 24       THE COURT:  Perfect.  Now, I'm going to open the floor

11:21AM 25   up.  Anything else on anybody's mind?

11:21AM 1          MS. HIMMELHOCH:  Your Honor, this is Sarah Himmelhoch

11:22AM 2     from the United States.

11:22AM 3          THE COURT:  Hi, Sarah, how are you doing?

11:22AM 4          MS. HIMMELHOCH:  I'm good.  How are you?

11:22AM 5          THE COURT:  Fine, thanks.

11:22AM 6          MS. HIMMELHOCH:  I wanted to give you a little bit of an

11:22AM 7     update on the United States document production and also raise

11:22AM 8     one issue to maybe put on it the table for next week's

11:22AM 9     conversation.

11:22AM 10          We are doing very well in working with the other

11:22AM 11    parties.  We've generally agreed on custodians with BP.  BP and

11:22AM 12    the United States have two categories that they are struggling

11:22AM 13    with.  One is one that I think we may need to bring to you

11:22AM 14    because we're very firm on, and I sense BP is firm in the

11:22AM 15    opposite direction.  That is conducting searches of the White

11:22AM 16    House's records, or the Executive Office of the President.

11:22AM 17          We've agreed to search for communications between

11:22AM 18    the federal agencies and the Executive Office of the President

11:22AM 19    within the files of the individual agencies, but, for various

11:23AM 20    burden reasons, we're unwilling to agree to conduct searches

11:23AM 21    within the files of the Executive Office of the President itself.

11:23AM 22          So that's our only major dispute with BP.  There

11:23AM 23    are some custodians we're still going back and forth on, but I

11:23AM 24    think generally we've agreed.  We're reaching nigh on about eight

11:23AM 25    hundred people, all told, from all the various agencies.  We've

11:23AM 1    also come pretty close to agreeing on search terms.  So I think

11:23AM 2    the main news is that we're working very well together.

11:23AM 3              We've also generally agreed on timelines with both

11:23AM 4    Anadarko, MOEX -- all three Anadarko entities, MOEX and BP, with,

11:23AM 5    again, one issue that may need to rise to your table next week,

11:23AM 6    and that has to do with when do we start doing discovery with

11:23AM 7    respect to post-incident issues, that is, information other than

11:24AM 8    event-related data, source control and the quantification.

11:24AM 9              I've agreed to what my clients tell me are insane

11:24AM 10   deadlines for finishing the event, source control and

11:24AM 11   quantification.  Quite frankly, between you and me, we are doing

11:24AM 12   our absolute best to meet those agreed upon deadlines, but we're

11:24AM 13   extraordinarily worried about being able to live up to those

11:24AM 14   commitments.  The idea of adding to that commencing at this point

11:24AM 15   in time discovery related to other post-April 20th issues is

11:24AM 16   unfathomable to me and to us.

11:24AM 17             Frankly, if we were ordered to do it, I would be in

11:24AM 18   front of you in a month or so begging for your mercy and your

11:24AM 19   forgiveness because we simply couldn't do it.

11:24AM 20             So we're still working our way through that with

11:24AM 21   Anadarko and BP; BP less so, but with Anadarko.  So that issue

11:24AM 22   may rise up to your table next week.

11:25AM 23        THE COURT:  Sarah, give me an example of the kind of

11:25AM 24   information that we're talking about, the kind of requested

11:25AM 25   information that we're talking about.

11:25AM 1      MS. HIMMELHOCH:  Some of them are things like state and

11:25AM 2  transport, oil fingerprinting, issues related to costs that we

11:25AM 3  incurred, issues related to BP's -- penalty factors associated

11:25AM 4  with how you analyze the appropriate penalty under the

11:25AM 5  Clean Water Act.  Things that I think everybody agrees are --

11:25AM 6  fall in the category of post-incident, but Anadarko and BP have

11:25AM 7  expressed -- and I understand their perspective, have expressed a

11:25AM 8  desire to start getting that information sooner rather than

11:25AM 9  later.

11:25AM 10      It's simply a question of feasibility from the

11:25AM 11  United States' perspective that we cannot do it all at once.  We

11:25AM 12  just can't.

11:25AM 13      THE COURT:  Fair enough.  I have a better understanding

11:25AM 14  of what we're talking about, so that's helpful, thank you.

11:26AM 15          Okay, what else?

11:26AM 16      MS. HIMMELHOCH:  Then, the one last thing I wanted to

11:26AM 17  let you know about was I had told you that there were some

11:26AM 18  preservation issues relating to samples bubbling up.  I think,

11:26AM 19  unfortunately -- we have been trying for several months to reach

11:26AM 20  an agreement on an order relating to what we can do with the

11:26AM 21  samples that we've taken and, also, what are the preservation

11:26AM 22  methods we'll use.

11:26AM 23      I'm going to take one last stab at an agreed-upon

11:26AM 24  order.  I've got a call with BP this afternoon, and then I'll

11:26AM 25  circulate it to the rest of the parties.  But we're now in a

11:26AM 1    situation where we're being crippled in our ability to do the

11:26AM 2    science that our agencies are required to do because of varying

11:26AM 3    interpretations on the preservation requirements.

11:26AM 4            So it may be that we're going to be bringing to you

11:26AM 5    and Judge Barbier in the very near future a contested motion over

11:26AM 6    what can we do with our samples, so I just wanted to give you a

11:26AM 7    heads-up on that.

11:26AM 8            THE COURT:  Okay.  Great.  That's helpful, as well.

11:26AM 9    Give us the heads up.  It's always helpful.

11:27AM 10            Who else has something they want to discuss?  I

11:27AM 11    think we're for the record.  All right.

11:27AM 12            See, I knew it was too good to be true.  Mr. Irpino

11:27AM 13    wants to speak to us.

11:27AM 14            MR. IRPINO:  Your Honor, it's kind of a negative thing,

11:27AM 15    but I have to bring it up.

11:27AM 16            THE COURT:  Go ahead.

11:27AM 17            MR. IRPINO:  We've talked about going to the

11:27AM 18    Swizzle Stick bar on a number of different occasions, and there

11:27AM 19    has been no set date.

11:27AM 20            THE COURT:  Oh, let me also suggest to you, those of you

11:27AM 21    who did not attend London, we finished depositions last Friday

11:27AM 22    and all headed as a group to a pub around the corner from Lloyds

11:27AM 23    and had a lovely evening, a couple of pints.  So it was lovely,

11:27AM 24    and I do think it's something we should do.

11:27AM 25            THE CLERK:  Sort of a consolation prize.

11:28AM 1          THE COURT:  Mr. Irpino, why don't you undertake to look

11:28AM 2     at the calendar and suggest a Friday afternoon at about 3:00 p.m.

11:28AM 3     Is that in accord with our deposition schedule?  No.

11:28AM 4          MR. FITCH:  No.

11:28AM 5          THE COURT:  You'll be out of town by then, right?

11:28AM 6          MR. LANGAN:  Your Honor, I probably will, yes, but carry

11:28AM 7     on without me.

11:28AM 8          THE COURT:  Would you rather do a Thursday afternoon?

11:28AM 9          MR. LANGAN:  Possibly, yeah.  On July 7th?

11:28AM 10         THE COURT:  July 7th?

11:28AM 11         MR. BREIT:  Your Honor, didn't we extend one more

11:28AM 12    deposition in London for those of us who didn't get to partake in

11:28AM 13    London?

11:28AM 14         THE COURT:  Well, I would suggest that this group flies

11:28AM 15    back for the July London deposition.

11:28AM 16         MR. BREIT:  That was my proposal, Your Honor.

11:28AM 17         THE COURT:  Mr. Inglis.

11:28AM 18         MR. LARGE:  Your Honor, Bill Large.

11:28AM 19              Have you been keeping the list of the infractions

11:29AM 20    on the Saturday e-mails, and should we have a deadline to turn

11:29AM 21    people in to you?

11:29AM 22         THE COURT:  I think Mr. Maze owes a round.  Deb offered

11:29AM 23    to treat in London, but somebody else picked up that tab, so Deb

11:29AM 24    is still on the hook for a round.

11:29AM 25         MR. MAZE:  How about Mr. Maze can pick up Deb's sort of

11:29AM   1   "I'll buy all the nonalcoholic drinks," because that seemed to

11:29AM   2   work out really well for her in London.

11:29AM   3           THE COURT:  I've got to tell you, in London Mr. Maze was

11:29AM   4   very nervous that he was going to have to pick up a round for

11:29AM   5   about 40 attorneys.

11:29AM   6           MR. MAZE:  Prices were a lot worse in London, as well.

11:29AM   7           MR. MILLER:  Your Honor, since he's not here, Don Godwin

11:29AM   8   can pick up the tab.

11:29AM   9           THE COURT:  That's a great idea.  On the 7th, Don Godwin

11:29AM  10   will buy two rounds for everyone.  Okay.  That is great, Kerry.

11:29AM  11   That is what we will do.

11:29AM  12           Okay.  Everybody have a great weekend.  Thank you

11:30AM  13   very much.

11:30AM  14           MR. FITCH:  Thank you, Judge.

11:30AM  15           VOICES:  Thank you, Judge.

        16           (WHEREUPON, at 11:30 a.m., the proceedings were

        17   concluded.)

        18                           *    *    *

        19

        20

        21

        22

        23

        24

        25

1                        REPORTER'S CERTIFICATE

2

3        I, Cathy Pepper, Certified Realtime Reporter, Registered

4   Merit Reporter, Certified Court Reporter of the State of

5   Louisiana, Official Court Reporter for the United States District

6   Court, Eastern District of Louisiana, do hereby certify that the

7   foregoing is a true and correct transcript, to the best of my

8   ability and understanding, from the record of the proceedings in

9   the above-entitled and numbered matter.

10

11

12                              *s/Cathy Pepper*
                                _____

13                              Cathy Pepper, CRR, RMR, CCR
                                Certified Realtime Reporter
14                              Official Court Reporter
                                United States District Court
15                              Cathy_Pepper@laed.uscourts.gov

16

17

18

19

20

21

22

23

24

25

## $

**$33,000** [1] - 15:16
**$38,000** [2] - 15:18, 16:11

## 1

**10** [1] - 7:5
**10-MD-2179** [1] - 1:6
**100** [1] - 58:14
**1000** [2] - 1:20, 3:24
**10036** [1] - 4:14
**10153** [1] - 5:9
**10174** [1] - 4:22
**10th** [1] - 12:16
**11** [4] - 7:6, 7:7, 19:25, 20:8
**1100** [2] - 3:7, 4:17
**11:30** [1] - 91:16
**11th** [1] - 21:6
**12** [4] - 7:8, 7:9, 19:25, 20:6
**12th** [1] - 20:10
**13** [4] - 7:10, 7:11, 14:15, 17:23
**1300** [1] - 4:7
**1331** [1] - 3:20
**14** [2] - 14:15, 17:23
**14-day** [1] - 76:14
**15** [3] - 51:12, 59:10, 59:13
**1540** [1] - 4:13
**1615** [1] - 4:7
**1665** [1] - 3:20
**17** [2] - 1:7, 10:2
**18** [2] - 7:12, 20:1
**18th** [1] - 47:15
**19** [7] - 7:13, 7:14, 7:15, 7:16, 12:18, 20:1, 20:15
**19th** [2] - 19:8, 24:6

## 2

**20** [8] - 1:5, 7:17, 12:18, 20:15, 23:11, 23:12, 51:13, 79:9
**200** [1] - 30:21
**20006** [1] - 4:10
**20044** [1] - 2:10
**2007** [1] - 4:5
**201** [2] - 5:14, 5:24
**2010** [3] - 1:5, 30:15, 68:5
**2011** [2] - 1:7, 10:2
**2020** [1] - 4:10

## 20th

**20th** [3] - 68:4, 68:5, 87:11
**21** [13] - 7:18, 7:19, 7:20, 13:1, 13:3, 25:10, 26:1, 28:1, 28:10, 28:13, 28:17, 66:14, 70:7
**21st** [2] - 24:6, 26:2
**22** [10] - 7:21, 11:15, 12:13, 25:10, 26:1, 28:1, 28:10, 28:13, 28:17, 28:18
**22nd** [6] - 12:10, 26:3, 32:9, 56:19, 56:20, 66:17
**22ND**.......................
..  [1] - 8:4
**23** [1] - 7:22
**23510** [1] - 1:21
**24** [1] - 7:23
**2405** [1] - 5:24
**25** [4] - 26:22, 27:2, 27:3, 27:17
**26** [5] - 7:24, 26:22, 27:2, 27:3, 27:17
**26th** [1] - 29:19
**27** [4] - 21:21, 22:7, 26:11, 27:20
**27th** [2] - 27:12, 53:17
**28** [5] - 7:25, 21:21, 22:7, 26:11, 27:20
**28th** [1] - 27:12
**29** [1] - 8:1
**2990** [1] - 1:24
**29th** [2] - 19:17, 81:17
**2:00** [1] - 82:21

## 3

**30** [13] - 40:21, 41:11, 42:11, 42:19, 43:16, 43:24, 54:17, 54:18, 54:20, 55:3, 78:5, 78:9, 79:8
**30(B)(6** [3] - 7:14, 7:17, 8:19
**30(b)(6** [5] - 19:16, 20:16, 28:15, 38:19, 57:22
**30(b)(6)** [1] - 48:6
**30-day** [1] - 77:25
**30-minute** [1] - 44:5
**300** [1] - 3:16
**300000** [1] - 30:24
**30th** [2] - 33:21, 81:18
**31** [2] - 30:14, 32:23
**3100** [1] - 4:17
**31st** [4] - 11:5, 32:3, 37:8, 38:9

## 31ST

**31ST** [1] - 8:2
**32** [2] - 8:2, 8:3
**32,000** [1] - 30:17
**33** [1] - 8:5
**36130** [1] - 2:13
**365** [1] - 1:24
**3668** [1] - 1:17
**36TH** [1] - 3:6
**37** [2] - 8:6, 8:7
**38** [2] - 8:8, 15:18
**39** [2] - 8:9, 8:10
**3:00** [1] - 90:2

## 4

**40** [3] - 32:14, 32:16, 91:5
**40,000** [1] - 15:17
**4000** [1] - 3:24
**405** [1] - 4:22
**40TH** [1] - 5:20
**45** [2] - 43:24, 78:1
**450** [1] - 2:5
**46** [1] - 33:16
**49** [1] - 8:11

## 5

**5** [1] - 32:23
**50** [8] - 8:12, 8:13, 8:15, 58:7, 58:17, 59:21, 59:22, 60:1
**50/50** [1] - 31:8
**500** [2] - 2:13, 6:10
**5000** [4] - 29:23, 30:21, 31:4, 31:5
**504** [1] - 6:11
**51** [1] - 8:16
**52** [1] - 8:17
**5395** [1] - 2:6
**546** [1] - 2:21
**556** [1] - 1:17
**57** [1] - 8:18
**58** [1] - 8:20
**589-7779** [1] - 6:11
**5th** [1] - 57:22

## 6

**60** [3] - 8:22, 76:7, 77:4
**60-day** [2] - 77:21, 77:24
**60654** [1] - 3:17
**63** [1] - 8:23
**66** [1] - 8:24
**6th** [1] - 57:23

## 7

**7** [2] - 12:24, 13:18
**70** [1] - 41:25
**701** [2] - 2:16, 5:20
**70112** [1] - 4:7
**70130** [4] - 1:25, 2:17, 2:21, 6:10
**70139** [1] - 5:20
**70163** [2] - 3:7, 4:17
**70170** [2] - 5:14, 5:25
**70502** [1] - 1:18
**75** [3] - 41:2, 41:25, 42:20
**76** [1] - 8:25
**7611** [1] - 2:10
**767** [1] - 5:9
**77002** [1] - 3:24
**77010** [1] - 3:21
**78** [1] - 9:1
**79** [1] - 9:2
**7th** [3] - 90:9, 90:10, 91:9
**7TH** [1] - 2:6

## 8

**8** [2] - 12:24, 13:18
**83** [1] - 9:4
**84** [1] - 9:5
**85** [1] - 9:6
**86** [2] - 9:7, 9:8
**87** [1] - 9:10
**88** [1] - 9:11
**8th** [1] - 38:10

## 9

**94102** [1] - 2:6
**99** [2] - 50:3, 56:16
**999** [1] - 1:21
**9:30** [1] - 1:7

## A

**a.m** [1] - 91:16
**A.M** [1] - 1:7
**abbreviated** [1] - 10:23
**ability** [2] - 89:1, 92:8
**able** [3] - 30:2, 78:21, 87:13
**above-entitled** [1] - 92:9
**absolute** [1] - 87:12
**absolutely** [9] - 27:16, 31:17, 51:10, 55:24,

56:18, 71:18, 76:18, 82:14, 83:13
**accept** [2] - 28:9, 62:22
**acceptable** [2] - 38:14, 67:21
**access** [1] - 65:22
**accord** [1] - 90:3
**accuracy** [1] - 34:13
**Act** [2] - 58:25, 88:5
**ACTION** [1] - 1:6
**action** [2] - 40:15, 54:5
**ACTIONS** [1] - 1:9
**activities** [1] - 81:5
**actual** [1] - 65:14
**add** [4] - 33:5, 33:14, 39:22, 81:3
**added** [2] - 20:15, 22:10
**adding** [1] - 87:14
**addition** [3] - 42:16, 54:25, 56:5
**ADDITIONAL** [1] - 8:6
**additional** [6] - 23:7, 37:13, 39:13, 39:15, 39:23, 59:17
**additionally** [1] - 68:2
**additions** [1] - 48:5
**address** [7] - 18:18, 18:23, 26:10, 41:6, 61:9, 68:12, 68:16
**addressed** [4] - 38:22, 59:5, 59:19, 80:2
**addresses** [1] - 80:21
**addressing** [1] - 78:10
**adequate** [1] - 65:10
**adjustments** [2] - 40:16, 61:9
**admissibility** [4] - 16:2, 16:4, 16:23, 17:1
**advance** [5] - 21:20, 21:24, 34:11, 35:4, 37:3
**advantage** [1] - 57:1
**advise** [2] - 17:16, 27:22
**advised** [4] - 14:3, 16:8, 26:12, 82:17
**advising** [1] - 26:9
**AEP** [1] - 59:1
**affect** [1] - 79:13
**afternoon** [5] - 48:10, 82:21, 88:24, 90:2, 91:8
**AG's** [1] - 68:25
**agencies** [8] - 66:14, 69:6, 69:7, 70:7, 86:18, 86:19, 86:25,

89:2
**agency** [3] - 66:17, 70:15, 71:3
**agenda** [4] - 10:23, 37:21, 46:15, 76:2
**Agenda** [1] - 32:23
**AGENDA** [1] - 7:3
**ago** [4] - 29:17, 37:19, 59:7, 62:13
**agree** [13] - 34:11, 43:14, 43:16, 43:23, 55:2, 62:21, 73:2, 74:20, 74:22, 75:18, 78:5, 86:20
**agreed** [12] - 16:3, 24:10, 66:13, 79:24, 82:1, 86:11, 86:17, 86:24, 87:3, 87:9, 87:12, 88:23
**agreed-upon** [1] - 88:23
**agreeing** [1] - 87:1
**agreement** [13] - 43:2, 48:1, 60:4, 62:15, 62:17, 73:3, 80:3, 80:7, 80:25, 83:9, 83:16, 83:17, 88:20
**AGREEMENT** [1] - 8:22
**agrees** [1] - 88:5
**ahead** [12] - 32:7, 36:20, 39:18, 39:25, 42:17, 49:3, 57:2, 57:25, 59:20, 65:18, 66:3, 89:16
**aid** [2] - 58:12, 61:4
**AL** [1] - 2:13
**Alabama** [10] - 66:13, 67:22, 67:23, 69:9, 69:21, 70:5, 71:1, 74:25, 75:3, 75:6
**ALABAMA** [1] - 2:12
**ALAN** [2] - 3:20, 4:21
**Alan** [21] - 15:10, 15:12, 19:6, 19:23, 23:2, 26:6, 26:16, 27:1, 27:7, 38:4, 38:14, 44:17, 45:12, 53:6, 53:10, 69:19, 71:10, 71:15, 77:10, 77:15, 78:10
**Alberty** [2] - 11:2, 11:7
**ALBERTY**................
........................ [1] - 7:6
**ALEXANDER** [1] - 6:3
**ALL** [2] - 1:9, 8:13
**Allan** [3] - 73:7, 74:20, 82:6
**ALLAN** [1] - 2:16

**allegation** [1] - 63:12
**allegations** [2] - 79:25, 80:12
**allocated** [1] - 47:25
**allocation** [7] - 40:3, 41:13, 41:15, 41:22, 44:24, 45:18, 46:16
**allocations** [2] - 44:19, 46:16
**allowed** [1] - 83:14
**almost** [1] - 61:18
**ALSO** [1] - 6:3
**alter** [1] - 82:2
**alternative** [1] - 67:21
**altogether** [1] - 67:21
**amend** [1] - 65:5
**Amendment** [2] - 20:5, 20:7
**America** [1] - 55:22
**AMERICA** [7] - 2:8, 3:9, 3:9, 3:10, 3:11, 3:13, 3:14
**amount** [2] - 36:23, 41:19
**ANADARKO** [2] - 4:3, 4:4
**Anadarko** [20] - 23:13, 33:1, 41:6, 41:20, 42:4, 43:8, 46:20, 58:12, 58:16, 58:17, 58:20, 59:21, 60:21, 60:25, 85:11, 87:4, 87:21, 88:6
**Anadarkos** [1] - 58:13
**analyze** [1] - 88:4
**AND** [9] - 3:4, 4:5, 5:7, 7:5, 8:12, 8:16, 8:25, 9:2, 9:5
**Andrew** [2] - 68:14, 72:14
**ANDREW** [2] - 3:15, 3:16
**ANDY** [2] - 5:24, 7:23
**Andy** [42] - 11:2, 11:3, 13:15, 13:21, 15:2, 16:19, 20:19, 24:7, 24:9, 24:16, 24:23, 25:7, 25:8, 25:23, 28:3, 29:14, 33:2, 33:12, 37:7, 38:13, 38:15, 38:24, 39:9, 40:2, 41:7, 42:5, 44:4, 55:12, 60:5, 60:24, 61:11, 63:2, 64:4, 68:15, 70:18, 71:20, 72:11, 74:22, 75:20, 75:23, 77:25, 79:10
**ANN** [1] - 4:6
**answer** [6] - 24:25,

27:23, 45:12, 58:3, 58:8, 82:8
**answering** [1] - 66:16
**ANTHONY** [1] - 1:23
**Anthony's** [1] - 78:12
**anticipate** [1] - 46:9
**anticipation** [2] - 72:8, 75:19
**anyway** [2] - 30:25, 46:11
**APC** [1] - 58:25
**apparent** [1] - 33:4
**appear** [1] - 56:4
**APPEARANCES** [6] - 1:14, 2:1, 3:1, 4:1, 5:1, 6:1
**appearing** [1] - 28:6
**apples** [1] - 79:12
**applies** [2] - 45:13, 83:21
**apply** [2] - 40:9, 40:11
**appreciate** [4] - 43:12, 44:10, 44:12, 52:15
**appreciated** [2] - 32:19, 44:16
**appreciates** [1] - 40:6
**approach** [1] - 30:9
**appropriate** [7] - 36:5, 36:17, 54:22, 57:12, 57:14, 69:13, 88:4
**approve** [1] - 65:19
**approving** [1] - 65:21
**April** [3] - 68:4, 68:5, 87:15
**APRIL** [1] - 1:5
**arbitration** [1] - 63:9
**Arbuckle** [3] - 14:7, 14:10, 16:7
**AREAUX** [1] - 4:16
**argue** [1] - 22:3
**arguing** [1] - 63:8
**arms** [1] - 12:1
**arrange** [1] - 13:25
**aspect** [2] - 80:19, 80:21
**aspects** [1] - 80:5
**asserted** [1] - 80:10
**associated** [2] - 74:7, 88:3
**assume** [3] - 26:2, 30:19, 74:22
**assumed** [3] - 40:20, 41:9, 85:18
**assure** [1] - 20:24
**AT** [1] - 8:19
**attempt** [1] - 81:4
**attend** [2] - 84:10, 89:21
**attendance** [1] - 40:15

**attention** [6] - 22:20, 34:20, 40:5, 45:10, 62:20, 71:4
**Attorney** [9] - 66:17, 67:13, 67:20, 69:5, 70:10, 70:21, 70:25, 72:17, 72:23
**ATTORNEY** [1] - 2:12
**Attorneys** [1] - 72:20
**attorneys** [3] - 49:16, 78:23, 91:5
**August** [1] - 30:14
**authentic** [2] - 16:3, 85:19
**AUTHENTICATION** [1] - 9:6
**authentication** [1] - 85:2
**authenticity** [3] - 16:2, 16:21, 85:9
**availability** [1] - 14:3
**available** [8] - 19:8, 24:5, 49:8, 49:9, 50:10, 50:12, 50:25, 66:4
**AVENUE** [6] - 2:5, 2:13, 4:22, 5:9, 5:14, 5:24
**avoid** [4] - 71:21, 72:2, 84:6, 84:11
**awaiting** [1] - 78:4

**B**

**B-A-A-Y** [1] - 51:6
**B-E-I-R-U-T-E** [1] - 33:10
**B-U-R-N-S** [1] - 12:12
**Baay** [3] - 50:23, 51:4, 51:6
**Baay's** [1] - 51:10
**bad** [2] - 24:17, 51:9
**BALDWIN** [1] - 5:13
**ball** [2] - 20:20, 20:22
**bar** [1] - 89:18
**BARBARA** [1] - 7:22
**Barbara** [1] - 23:8
**Barbier** [5] - 53:16, 64:13, 65:7, 83:24, 89:5
**barely** [1] - 42:7
**based** [4] - 52:1, 52:4, 52:10, 76:14
**bases** [1] - 71:14
**basic** [1] - 85:8
**basis** [2] - 42:22, 70:19
**Bates** [1] - 36:8
**baton** [1] - 39:1

**BE** [2] - 8:13, 8:19
**beat** [2] - 78:10, 78:11
**beating** [1] - 46:7
**BEFORE** [1] - 1:12
**beg** [1] - 13:11
**begging** [1] - 87:18
**behalf** [5] - 44:1, 62:2, 62:13, 65:1, 74:1
**Beirute** [1] - 33:5
**belive** [1] - 16:22
**benefit** [1] - 25:8
**BENJAMIN** [1] - 6:4
**BERTAUT** [1] - 2:20
**best** [2] - 87:12, 92:7
**bet** [2] - 44:14, 62:8
**better** [3] - 27:17, 72:24, 88:13
**between** [8] - 15:19, 31:8, 47:6, 54:9, 58:16, 65:10, 86:17, 87:11
**beyond** [4] - 16:9, 17:6, 53:22, 83:9
**bifurcate** [1] - 82:11
**bifurcated** [1] - 80:23
**BIFURCATION** [1] - 9:2
**bifurcation** [2] - 79:20, 80:17
**big** [1] - 52:17
**Bill** [2] - 21:14, 90:18
**bill** [1] - 31:19
**BILL** [1] - 7:20
**BILLY** [1] - 6:4
**Bingham** [1] - 36:3
**BINGHAM** [1] - 4:9
**BISHOP** [1] - 6:6
**bit** [9] - 23:24, 35:20, 36:1, 40:18, 43:6, 59:5, 61:17, 82:16, 86:6
**black** [1] - 22:15
**blacks** [1] - 22:11
**BLANK** [1] - 4:20
**Bloomer** [3] - 66:18, 68:14, 72:14
**BLOOMER** [3] - 3:16, 68:16, 72:14
**BLOSSMAN** [1] - 4:16
**board** [2] - 15:6, 62:23
**Bobo** [1] - 31:14
**BOCKIUS** [1] - 3:23
**BONNER** [1] - 6:4
**bonus** [1] - 30:24
**Boots** [2] - 15:9, 15:11
**BOP** [7] - 52:18, 53:4, 53:16, 53:19, 53:25, 54:3, 57:9
**bother** [1] - 59:16

**box** [1] - 18:10
**BOX** [2] - 1:17, 2:10
**BP** [71] - 3:9, 3:9, 3:10, 3:11, 3:12, 3:13, 3:14, 11:2, 11:3, 16:1, 16:19, 20:19, 21:8, 21:14, 22:18, 25:9, 28:3, 28:15, 30:11, 37:7, 38:19, 38:24, 40:20, 40:21, 40:23, 41:2, 41:10, 41:13, 41:18, 41:24, 42:3, 42:10, 42:11, 42:18, 42:19, 44:1, 46:8, 48:6, 50:18, 51:16, 54:9, 54:10, 55:12, 58:7, 59:22, 60:5, 60:24, 63:2, 63:4, 63:17, 64:4, 65:3, 65:14, 66:11, 66:13, 66:18, 70:13, 73:11, 73:24, 78:20, 78:23, 86:11, 86:14, 86:22, 87:4, 87:21, 88:6, 88:24
**BP's** [2] - 84:7, 88:3
**BP/MOEX** [3] - 8:22, 60:3, 62:12
**BRANCH** [1] - 2:4
**braving** [2] - 10:14, 10:15
**break** [1] - 49:15
**Breit** [9] - 11:18, 14:1, 15:8, 34:4, 54:7, 57:16, 76:25, 82:15, 83:12
**BREIT** [35] - 1:19, 1:20, 11:19, 11:22, 14:1, 14:9, 14:15, 14:18, 14:22, 15:19, 15:23, 16:12, 16:16, 17:4, 17:11, 17:16, 18:5, 18:7, 18:12, 18:25, 25:5, 34:4, 54:8, 54:19, 55:6, 55:11, 57:18, 76:25, 77:8, 82:15, 82:25, 83:11, 83:17, 90:11, 90:16
**Breit's** [1] - 16:18
**brevity** [1] - 31:18
**brief** [2] - 60:11, 85:20
**briefed** [1] - 37:18
**briefly** [1] - 80:6
**bring** [5] - 10:24, 45:10, 54:23, 86:13, 89:15
**bringing** [1] - 89:4
**brings** [1] - 33:16
**broad** [2] - 17:1, 73:21

**BROADWAY** [1] - 4:13
**brought** [6] - 69:23, 70:1, 73:17, 79:21, 80:17, 82:8
**BROUGHT** [1] - 9:2
**bubbling** [2] - 84:19, 88:18
**BUILDING** [1] - 4:1
**building** [3] - 53:25, 54:3, 55:5
**burden** [2] - 73:23, 86:20
**burning** [1] - 56:23, 56:24
**BURNS** [1] - 12:11
**Burns** [3] - 11:13, 12:10, 13:12
**BURNS......................**
**...........................** [1] -
7:7
**BURR** [1] - 5:18
**BUSINESS** [2] - 8:3, 8:14
**business** [7] - 15:14, 25:16, 30:13, 32:8, 50:6, 50:8, 82:24
**busy** [6] - 14:20, 16:15, 16:16, 46:22, 48:23, 84:18
**buy** [2] - 91:1, 91:10
**BY** [26] - 1:4, 1:16, 1:20, 1:23, 2:4, 2:9, 2:12, 2:16, 2:20, 3:6, 3:15, 3:20, 3:23, 4:6, 4:9, 4:12, 4:16, 4:21, 5:8, 5:13, 5:19, 5:24, 6:13, 6:13, 8:3, 8:14

**C**

**CA** [1] - 2:6
**calendar** [17] - 12:8, 13:17, 19:10, 19:20, 19:21, 20:8, 21:20, 21:24, 22:8, 22:9, 22:14, 25:9, 28:14, 33:21, 38:7, 48:25, 90:2
**calendars** [1] - 47:21
**CALLED** [1] - 10:4
**Cameron** [4] - 41:13, 48:5, 50:18, 52:23
**CAMERON** [1] - 2:19
**CAMP** [1] - 2:16
**CANAL** [2] - 1:24, 1:24
**cannot** [2] - 27:12, 88:11
**capacity** [2] - 23:22, 80:9

**care** [3] - 38:1, 39:13, 39:16
**careful** [1] - 64:8
**cares** [1] - 59:25
**CARMELITE** [1] - 2:20
**CAROLYN** [1] - 6:7
**CARONDELET** [1] -
2:21
**carry** [3] - 17:12, 63:18, 90:6
**CARVER** [1] - 4:15
**case** [14] - 25:11, 36:12, 66:25, 67:2, 67:6, 67:15, 67:17, 68:10, 68:22, 73:23, 77:8, 79:3, 80:17, 85:22
**cat** [1] - 72:22
**categories** [1] - 86:12
**category** [1] - 88:6
**CATHLEENIA** [1] -
8:10
**Cathleenia** [3] - 39:16, 39:19, 39:25
**Cathy** [2] - 92:3, 92:13
**CATHY** [1] - 6:9
**Cathy_Pepper@laed**
**.uscourts.gov** [1] -
92:15
**cathy_Pepper@laed.**
**uscourts.gov** [1] -
6:11
**caught** [1] - 20:13
**causation** [2] - 66:22, 67:3
**caused** [1] - 23:17
**CCR** [2] - 6:9, 92:13
**CD** [1] - 51:11
**centralized** [1] - 33:24
**CENTRE** [1] - 3:6
**cents** [1] - 43:11
**certainly** [10] - 11:24, 20:22, 27:22, 58:18, 68:24, 69:12, 71:25, 75:1, 83:2, 84:8
**CERTIFICATE** [1] -
92:1
**CERTIFIED** [1] - 6:9
**Certified** [3] - 92:3, 92:4, 92:13
**certify** [1] - 92:6
**chain** [1] - 81:8
**chance** [3] - 14:7, 37:14, 48:15
**change** [2] - 41:18, 46:17
**changed** [1] - 77:6
**channels** [1] - 57:12
**CHARLES** [3] - 5:13, 5:14, 5:24

**chat** [1] - 53:13
**cheap** [1] - 53:3
**check** [3] - 51:14, 51:16, 67:24
**checking** [1] - 39:1
**CHEVRON** [1] - 7:17
**Chevron** [2] - 20:16, 20:21
**CHICAGO** [1] - 3:17
**chime** [1] - 64:2
**choose** [2] - 51:23, 51:25
**chose** [1] - 52:4
**CHRYSLER** [1] - 4:21
**circulate** [2] - 36:8, 85:17, 88:25
**circulated** [4] - 13:18, 16:1, 22:13, 74:25
**circulating** [1] - 47:9
**circumstances** [1] -
42:2
**civil** [1] - 57:8
**CIVIL** [2] - 1:6, 2:4
**claimant** [1] - 63:20
**CLAIMANT** [1] - 8:23
**claimants** [4] - 21:1, 63:23, 65:16, 65:25
**claims** [6] - 63:24, 64:15, 69:23, 70:1, 73:17, 80:9
**clarification** [1] - 51:3
**clarify** [1] - 40:7
**clarifying** [2] - 82:7, 84:14
**clarity** [1] - 58:13
**Clark** [1] - 19:18
**CLARK......................**
**.....................** [1] -
7:15
**classify** [1] - 52:10
**clean** [1] - 50:4
**Clean** [2] - 58:25, 88:5
**clean-up** [1] - 50:4
**cleanup** [2] - 33:20, 56:16
**clear** [7] - 25:24, 26:2, 35:4, 46:19, 53:8, 62:25, 79:6
**CLERK** [11] - 10:7, 12:25, 13:5, 15:25, 19:20, 23:11, 26:5, 32:15, 47:13, 47:15, 89:25
**clerk's** [1] - 37:24
**clicking** [1] - 25:7
**client** [9] - 30:16, 40:6, 53:8, 55:14, 56:8, 62:14, 62:18, 62:19, 77:20
**clients** [1] - 87:9

**close** [5] - 32:8, 50:6, 50:8, 82:23, 87:1
**CLOSE** [2] - 8:3, 8:14
**closer** [2] - 57:2, 76:16
**coast** [1] - 71:2
**Coast** [1] - 55:4
**colleague's** [1] - 51:4
**colleagues** [2] - 59:8, 59:10
**COLVIN** [1] - 6:3
**comeback** [1] - 72:11
**comically** [1] - 35:25
**coming** [10] - 25:17, 32:9, 44:13, 46:22, 46:25, 52:18, 73:12, 75:17, 76:14, 80:1
**COMING** [1] - 8:4
**commenced** [1] -
75:20
**commencing** [1] -
87:14
**comment** [1] - 83:22
**commitments** [1] -
87:14
**communicating** [2] -
63:22, 64:9
**communications** [1] -
86:17
**company** [3] - 18:19, 80:14, 81:7
**COMPANY** [2] - 3:10, 4:4
**company's** [1] - 18:24
**compatriot** [1] - 18:9
**compensation** [1] -
29:22
**competent** [1] - 59:10
**complaints** [1] - 65:24
**complete** [2] - 67:7
**completed** [2] - 50:9, 51:21
**completely** [2] -
37:15, 77:6
**completion** [1] - 56:12
**complex** [1] - 85:11
**complicated** [3] -
23:15, 40:19, 47:2
**compromise** [3] -
60:10, 60:21, 62:22
**computer** [1] - 74:10
**COMPUTER** [1] - 6:13
**concern** [6] - 35:2, 48:5, 58:21, 61:3, 61:8, 72:4, 77:1, 80:16
**concerned** [3] - 43:7, 61:6, 74:9
**concerns** [2] - 58:22, 59:4

concluded [4] - 32:20, 42:12, 42:13, 91:17
conduct [1] - 86:20
CONDUCTING [1] - 9:8
conducting [1] - 86:15
confer [3] - 32:6, 48:24, 60:8
CONFERENCE [1] - 1:11
conference [3] - 32:10, 50:11, 51:17
conferring [1] - 84:21
CONFERRING............ .................... [1] - 9:5
confidentiality [7] - 78:15, 79:11, 79:13, 79:16, 83:9, 83:16, 83:17
CONFIDENTIALITY [1] - 9:1
confirm [4] - 26:23, 27:7, 27:13, 83:6
confirmed [2] - 22:12, 27:11
conflict [2] - 25:24, 26:2
conjunction [1] - 74:2
connection [1] - 51:9
consecutive [1] - 49:1
consider [2] - 84:19, 85:5
considering [1] - 48:15
considers [1] - 85:5
consolation [1] - 89:25
constantly [1] - 76:14
consultancy [1] - 30:15
consulted [1] - 25:13
consulting [2] - 15:14, 30:12
consuming [2] - 85:4
contact [3] - 18:21, 34:25, 36:15
contacted [1] - 37:11
contest [1] - 17:7
contested [1] - 89:5
context [2] - 64:20, 85:1
continue [4] - 27:16, 63:1, 65:15, 84:6
CONTINUED [5] - 2:1, 3:1, 4:1, 5:1, 6:1
continuing [1] - 46:24
contract [1] - 36:4
contractor [1] - 50:25
contractual [2] -

19:16, 63:16
CONTRACTUAL [1] - 7:14
contrary [2] - 40:10, 60:2
contribution [1] - 64:24
control [5] - 25:15, 45:21, 55:21, 87:8, 87:10
Convention [1] - 28:6
conversation [1] - 86:9
conversations [2] - 64:7, 64:19
convert [1] - 22:11
convey [1] - 57:12
convince [1] - 60:2
CONÉ [1] - 6:6
cooperate [2] - 74:16, 74:17
cooperation [1] - 46:24
coordinate [2] - 84:5, 84:6
Coots [2] - 15:9, 15:11
copied [1] - 50:13
copy [2] - 22:13, 62:15
cordial [1] - 79:5
Corey [11] - 11:25, 12:3, 17:25, 23:9, 66:7, 67:18, 68:13, 70:5, 73:9, 75:5, 75:18
COREY [1] - 2:12
corner [1] - 89:22
corners [1] - 16:9
corporate [5] - 80:13, 81:8, 82:2, 82:12
CORPORATION [5] - 2:19, 3:11, 4:3, 4:4, 4:20
correct [11] - 15:15, 19:2, 22:8, 28:2, 31:8, 34:12, 40:22, 49:2, 52:8, 66:12, 72:15, 79:10, 92:7
corrected [1] - 64:12
cost [5] - 36:5, 36:18, 53:2, 54:25, 55:1
costs [1] - 88:2
COUNSEL [1] - 1:15
counsel [22] - 12:16, 14:6, 15:24, 20:21, 25:11, 25:13, 26:9, 26:13, 26:14, 26:22, 27:8, 27:11, 27:15, 27:21, 27:23, 36:3, 45:19, 46:24, 64:7, 65:12, 79:19, 79:23

counsel's [1] - 25:24
counted [1] - 59:23
County [1] - 84:9
couple [6] - 15:19, 33:20, 40:4, 49:1, 62:13, 89:23
course [5] - 10:20, 43:8, 65:6, 80:9, 80:15
court [7] - 20:20, 20:23, 22:25, 54:9, 63:24, 77:17, 84:8
COURT [273] - 1:1, 6:9, 10:4, 10:8, 10:10, 10:15, 10:20, 11:6, 11:9, 11:14, 11:17, 11:21, 11:25, 12:3, 12:7, 12:10, 12:12, 12:14, 12:22, 13:3, 13:6, 13:9, 13:12, 13:14, 14:19, 15:1, 15:13, 15:16, 15:18, 15:22, 16:3, 16:15, 17:9, 17:12, 17:17, 17:19, 17:23, 18:1, 18:6, 18:11, 18:15, 19:2, 19:5, 19:9, 19:19, 19:21, 20:8, 20:12, 20:25, 21:5, 21:13, 22:1, 22:8, 22:13, 22:17, 22:24, 23:5, 23:12, 23:16, 23:24, 24:5, 24:9, 24:11, 24:14, 24:16, 24:18, 25:2, 26:4, 26:16, 26:25, 27:3, 27:5, 27:11, 27:19, 27:24, 28:8, 28:11, 28:16, 28:19, 28:23, 28:25, 29:9, 29:20, 29:25, 30:6, 30:10, 30:22, 31:3, 31:5, 31:7, 31:10, 31:21, 31:25, 32:2, 32:16, 32:25, 33:12, 33:16, 33:19, 34:2, 34:15, 34:23, 35:6, 35:10, 35:13, 35:19, 36:7, 36:14, 36:18, 37:1, 37:5, 37:10, 37:16, 37:25, 38:2, 38:12, 38:16, 38:23, 39:8, 39:10, 40:11, 40:14, 40:22, 40:24, 41:4, 41:12, 42:15, 43:9, 43:18, 44:8, 44:10, 44:14, 44:21, 44:25, 45:7, 45:12,

45:16, 45:24, 46:5, 46:9, 46:13, 47:5, 47:8, 47:11, 47:14, 47:17, 47:20, 47:25, 48:17, 48:23, 49:3, 49:9, 49:13, 49:22, 49:25, 50:23, 51:5, 51:8, 51:18, 51:23, 52:6, 52:14, 52:17, 53:9, 53:12, 54:18, 54:24, 55:9, 55:15, 55:24, 56:1, 56:9, 56:14, 56:20, 56:24, 57:3, 57:16, 57:19, 58:10, 58:15, 59:15, 59:20, 60:1, 60:12, 60:16, 60:23, 61:11, 61:15, 61:19, 62:5, 62:20, 63:11, 63:18, 64:10, 64:16, 64:22, 65:8, 65:18, 65:23, 66:1, 66:6, 66:9, 67:11, 67:18, 68:12, 69:16, 69:18, 71:25, 72:11, 73:6, 74:13, 74:20, 75:15, 75:22, 76:4, 76:6, 76:9, 76:12, 76:16, 76:19, 76:21, 76:24, 77:5, 77:15, 77:18, 78:3, 78:9, 78:14, 78:17, 79:2, 79:10, 79:13, 80:8, 81:10, 81:12, 81:21, 81:23, 82:10, 82:22, 83:1, 83:4, 83:15, 83:19, 84:1, 84:3, 84:13, 84:16, 85:13, 85:17, 85:21, 85:24, 86:3, 86:5, 87:23, 88:13, 89:8, 89:16, 89:20, 90:1, 90:5, 90:8, 90:10, 90:14, 90:17, 90:22, 91:3, 91:9
Court [18] - 17:16, 19:7, 19:17, 26:9, 27:22, 37:14, 46:23, 52:2, 54:23, 62:7, 62:12, 68:23, 82:21, 92:4, 92:5, 92:6, 92:14, 92:14
Court's [1] - 14:11
courtesies [1] - 79:7
courtroom [1] - 64:6
cover [2] - 52:25, 78:7
covered [2] - 28:8, 55:19
covering [1] - 71:13
crack [2] - 47:8, 74:24
Craig [1] - 20:17

CRAIG [1] - 7:17
creation [1] - 83:25
credit [6] - 13:9, 13:12, 19:13, 19:22, 21:19, 22:4
crippled [1] - 89:1
cross [2] - 17:1, 84:9
cross-notice [1] - 84:9
CRR [2] - 6:9, 92:13
cull [1] - 67:1
Cunningham [1] - 16:22
current [1] - 44:19
Curtis [2] - 13:1, 13:3
CURTIS [1] - 7:10
curve [1] - 36:20
custodial [2] - 33:22, 34:20
custodians [6] - 69:13, 72:12, 72:23, 86:11, 86:23
custody [1] - 55:21

**D**

Daigle [2] - 12:18, 20:14
DAIGLE [1] - 12:18
DAIGLE.................... .................... [1] - 7:8
Daly [1] - 21:1
DALY......................... ................ [1] - 7:18
DARDEN [1] - 4:15
DATA [1] - 8:13
data [6] - 50:8, 50:9, 50:12, 50:17, 50:24, 87:8
database [1] - 64:20
date [21] - 13:17, 14:13, 14:16, 17:10, 17:21, 17:22, 19:17, 20:22, 23:9, 27:18, 56:11, 56:12, 56:14, 56:19, 56:20, 74:13, 74:14, 74:23, 75:8, 75:19, 89:19
dated [1] - 30:14
dates [14] - 11:2, 11:5, 13:25, 14:21, 17:13, 21:4, 21:5, 21:20, 25:14, 26:3, 26:17, 26:24, 28:16, 32:13
David [5] - 51:4, 51:5, 51:6, 51:10, 51:16
day/8,000 [1] - 29:24
days [24] - 17:9, 21:2,

22:18, 23:14, 27:3, 30:19, 30:21, 31:7, 36:23, 37:3, 39:20, 41:1, 54:17, 54:18, 54:20, 55:3, 59:10, 76:7, 77:4, 78:1, 78:5, 78:9, 79:8, 79:9
**DC** [2] - 2:10, 4:10
**de** [1] - 46:4
**deadline** [1] - 90:20
**deadlines** [3] - 77:3, 87:10, 87:12
**deal** [3] - 19:11, 47:24, 59:12
**dealing** [2] - 42:25, 61:2
**Deb** [2] - 90:22, 90:23
**Deb's** [1] - 90:25
**debate** [1] - 22:1
**debris** [1] - 54:10
**decide** [2] - 48:24, 57:25
**decided** [2] - 14:11, 17:3
**declare** [3] - 56:6, 81:14
**decrease** [1] - 41:3
**deem** [1] - 57:14
**deep** [1] - 59:24
**Deepwater** [5] - 68:6, 74:11, 80:11, 81:5, 81:9
**DEEPWATER** [3] - 1:4, 3:4, 3:5
**default** [2] - 40:20
**defendant** [1] - 42:20
**defendants** [5] - 43:21, 66:15, 67:1, 73:11, 78:21
**defense** [1] - 31:9
**definite** [1] - 60:18
**definitely** [4] - 37:3, 47:10, 47:11, 74:20
**delivered** [1] - 51:16
**delivery** [1] - 76:7
**demand** [1] - 14:22
**demands** [1] - 63:8
**demonstrate** [1] - 30:2
**demonstrated** [1] - 71:22
**denied** [1] - 83:24
**DENISE** [1] - 3:23
**dep** [2] - 28:15
**Department** [3] - 35:18, 35:22, 80:3
**DEPARTMENT** [2] - 2:3, 2:9
**depo** [1] - 38:17
**deponent** [6] - 21:8,

38:20, 40:20, 40:23, 41:2, 41:10
**deponents** [1] - 21:7
**deposed** [1] - 82:13
**deposition** [46] - 10:24, 13:24, 14:5, 17:3, 18:22, 20:1, 20:4, 20:6, 20:7, 20:9, 20:17, 20:18, 23:8, 23:15, 23:21, 25:18, 26:10, 26:13, 26:15, 29:16, 29:18, 29:23, 33:4, 33:20, 34:13, 35:5, 36:23, 36:24, 38:21, 38:22, 39:11, 39:20, 43:17, 57:22, 75:24, 77:17, 77:22, 78:4, 80:1, 80:20, 81:17, 81:20, 90:3, 90:12, 90:15
**DEPOSITION** [2] - 7:5, 8:9
**DEPOSITION....** [1] - 8:19
**DEPOSITION..............**
**...................** [1] - 8:1
**depositions** [20] - 18:25, 32:3, 32:24, 37:9, 39:21, 40:15, 41:10, 43:19, 44:20, 44:24, 45:3, 45:13, 46:4, 47:24, 76:3, 76:22, 84:7, 84:10, 85:6, 89:21
**DEPOSITIONS** [1] - 8:2
**DEPOSITIONS..........**
**.** [1] - 8:25
**deps** [1] - 40:10
**DEPUTY** [1] - 10:7
**describing** [1] - 15:8
**deserved** [1] - 62:10
**designated** [1] - 82:12
**designation** [2] - 79:11, 79:14
**designations** [2] - 57:20, 78:16
**DESIGNATIONS** [1] - 8:18
**DESIGNATIONS........**
**...................** [1] - 9:1
**desire** [1] - 88:8
**detailed** [1] - 23:20
**determine** [3] - 68:21, 70:14, 75:3
**develop** [2] - 55:16, 66:2
**development** [2] - 25:25, 42:8
**developments** [1] -

47:16
**DEXTER** [1] - 2:13
**differ** [1] - 13:11
**difference** [5] - 64:17, 64:18, 70:10, 70:13, 82:20
**differences** [1] - 48:21
**different** [6] - 35:10, 41:7, 58:23, 66:14, 78:23, 89:18
**differently** [2] - 61:12, 61:17
**difficult** [1] - 71:16
**difficulty** [1] - 14:2, 63:21
**diligence** [1] - 70:2
**diligent** [1] - 68:21
**dime** [1] - 75:1
**dimension** [2] - 69:1, 69:2
**direct** [5] - 41:21, 42:11, 42:13, 43:5, 44:3
**directed** [1] - 56:1
**direction** [2] - 36:22, 86:15
**directly** [1] - 49:11
**disadvantage** [1] - 82:16
**disagree** [2] - 42:12, 66:17
**disagreements** [2] - 32:8, 73:3
**DISAGREEMENTS** [1] - 8:3
**disassembled** [1] - 54:4
**disclosed** [1] - 62:12
**DISCOVERY** [2] - 1:11, 8:20
**discovery** [17] - 51:11, 58:6, 59:2, 63:4, 69:3, 69:4, 69:25, 70:3, 71:21, 73:15, 73:16, 73:18, 74:10, 79:21, 84:6, 87:6, 87:15
**DISCOVERY..............**
**...........** [1] - 9:3
**discuss** [1] - 89:10
**discussed** [3] - 16:14, 29:17, 29:24
**discussing** [1] - 68:24
**discussion** [4] - 14:24, 35:11, 75:20, 82:18
**discussions** [3] - 27:21, 58:12, 69:13
**dismiss** [2] - 63:24, 65:4

**dismissal** [2] - 65:10, 65:19
**dismissed** [1] - 64:13
**dismissing** [1] - 64:15
**dispute** [3] - 20:4, 68:18, 86:22
**disseminate** [1] - 50:25
**distinguish** [1] - 65:9
**District** [3] - 92:5, 92:6, 92:14
**DISTRICT** [2] - 1:1, 1:1
**divergent** [1] - 58:16
**DIVISION** [1] - 2:4
**DNR** [1] - 74:3
**DNV** [7] - 8:18, 50:3, 51:15, 53:24, 56:3, 56:12, 57:20
**DNV/blow** [1] - 49:14
**DNV/BLOW** [1] - 8:11
**DNV/blow-out** [1] - 49:14
**DNV/BLOW-OUT** [1] - 8:11
**document** [9] - 50:1, 66:15, 70:16, 71:18, 72:2, 72:5, 83:10, 85:9, 86:7
**DOCUMENT** [3] - 1:9, 8:12, 9:7
**documents** [22] - 17:1, 34:10, 35:23, 36:8, 49:21, 51:20, 52:3, 52:7, 52:9, 52:11, 66:25, 67:8, 67:24, 68:5, 68:7, 70:7, 72:9, 72:19, 75:2, 83:14, 85:3, 85:6
**DOCUMENTS** [1] - 9:6
**DOCUMENTS....** [1] - 8:16
**dollars** [2] - 29:24, 31:21
**DOMENGEAUX** [1] - 1:15
**DOMINION** [1] - 1:20
**Don** [3] - 20:1, 91:7, 91:9
**done** [23] - 17:4, 19:11, 24:4, 27:9, 30:18, 33:24, 36:9, 36:10, 36:11, 36:20, 43:6, 45:10, 48:18, 49:6, 50:5, 50:15, 52:10, 54:8, 57:10, 69:10, 73:2, 78:13
**doubt** [2] - 35:8, 35:9
**down** [15] - 13:3, 14:19, 20:14, 21:13,

27:6, 27:19, 31:7, 31:19, 42:3, 54:1, 54:3, 54:12, 55:5, 59:5, 72:23
**Dr** [1] - 37:18
**DR** [1] - 8:7
**drawing** [1] - 15:6
**DRC** [1] - 5:23
**DRESCHER** [1] - 1:19
**Drilling** [1] - 18:19
**DRILLING** [1] - 3:4
**drilling** [1] - 74:2
**drinks** [1] - 91:1
**drive** [1] - 51:15
**DRIVE** [1] - 1:21
**Dubois** [2] - 19:5, 19:7
**DUBOIS....................**
**.................** [1] - 7:13
**due** [1] - 70:2
**DUFFY** [3] - 3:15, 48:13, 49:11, 58:18, 68:14
**Duffy** [6] - 48:9, 48:10, 48:20, 58:11, 59:7, 66:18
**dump** [1] - 72:2
**duplication** [1] - 84:11
**duplicative** [1] - 84:6
**DUPRE** [1] - 5:24
**during** [1] - 53:20

# E

**E&P** [1] - 4:4
**e-mail** [27] - 12:17, 18:17, 18:23, 19:7, 21:11, 23:17, 25:4, 25:21, 26:8, 28:5, 31:16, 33:7, 35:15, 37:13, 47:15, 47:17, 47:20, 47:22, 48:14, 51:17, 52:7, 60:20, 62:20, 67:3, 70:15, 78:7, 81:15
**E-MAILS** [1] - 8:16
**e-mails** [12] - 21:23, 24:20, 33:23, 34:1, 35:3, 35:6, 48:9, 48:16, 51:20, 62:17, 62:24, 90:20
**eagerly** [2] - 77:20, 78:4
**early** [2] - 55:20, 76:21
**ears** [2] - 56:23, 56:24
**easier** [1] - 37:24
**East** [1] - 25:18
**EASTERN** [1] - 1:1
**Eastern** [1] - 92:6

**easy** [3] - 44:7, 44:9, 65:22
**Eddy** [1] - 18:2
**EDDY** [1] - 7:12
**eddy.redd@ eurasiadrilling.com** [1] - 18:20
**EDWARD** [1] - 4:13
**EDWARDS** [1] - 1:15
**effect** [4] - 41:24, 43:19, 73:14, 73:15
**effective** [1] - 40:8
**effort** [2] - 26:24, 68:21
**ego** [1] - 82:2
**eight** [2] - 59:23, 86:24
**either** [12] - 24:6, 46:23, 50:13, 67:19, 69:7, 69:8, 69:13, 69:21, 75:3, 80:4, 81:13, 82:11
**electronic** [1] - 68:3
**elements** [1] - 54:4
**ELLIS** [1] - 3:14
**Ellis** [2] - 70:13, 70:17
**ELMO** [1] - 11:18
**elusive** [1] - 11:10
**EMERGENCY** [1] - 5:23
**emphasize** [1] - 80:11
**employed** [1] - 18:18
**employee** [9] - 11:8, 21:15, 22:16, 22:17, 25:9, 25:15, 30:12, 33:22, 67:23
**encounter** [1] - 77:7
**encountering** [1] - 75:2
**end** [7] - 18:23, 27:8, 29:18, 31:24, 52:18, 65:3, 65:21
**endeavoring** [1] - 33:25
**ended** [1] - 17:2
**ENERGY** [2] - 3:6, 3:19
**energy** [1] - 74:19
**ENFORCEMENT** [1] - 2:8
**engage** [1] - 69:13
**English** [1] - 34:21
**ensure** [1] - 69:10
**entire** [2] - 39:19, 66:21
**entirety** [1] - 23:25
**entities** [8] - 58:7, 58:16, 58:23, 59:4, 59:22, 69:9, 82:12, 87:4

**entitled** [1] - 92:9
**entity** [3] - 58:8, 69:22, 82:4
**ENVIRONMENTAL** [1] - 2:8
**equal** [1] - 41:13
**equalization** [1] - 41:14
**equalized** [1] - 41:12
**equipment** [2] - 52:24, 53:5
**errata** [4] - 76:13, 77:1, 77:16, 79:16
**especially** [3] - 42:22, 84:22, 85:3
**ESQUIRE** [34] - 1:16, 1:16, 1:20, 1:23, 2:4, 2:5, 2:9, 2:12, 2:16, 2:20, 2:20, 3:6, 3:15, 3:15, 3:16, 3:20, 3:23, 4:6, 4:9, 4:12, 4:13, 4:16, 4:21, 5:8, 5:13, 5:19, 5:24, 6:3, 6:3, 6:4, 6:4, 6:6, 6:6, 6:7
**establish** [1] - 59:3
**estimate** [1] - 31:5
**etcetera** [3] - 53:18, 55:23
**Eurasia** [1] - 18:19
**eurasiadrilling.com** [1] - 18:24
**evening** [1] - 89:23
**event** [2] - 87:8, 87:10
**event-related** [1] - 87:8
**evidence** [3] - 54:8, 55:1, 74:7
**exact** [1] - 23:9
**exactly** [3] - 12:3, 15:22, 65:23
**EXAMINATION** [1] - 8:9
**examination** [9] - 39:11, 41:21, 42:12, 42:13, 42:23, 42:24, 43:5, 45:22, 57:24
**example** [5] - 42:10, 42:19, 66:13, 70:25, 87:23
**except** [1] - 48:19
**exception** [1] - 47:18
**exchange** [1] - 36:5
**exchanging** [1] - 48:9
**EXECUTIVE** [1] - 9:9
**Executive** [3] - 86:16, 86:18, 86:21
**executives** [1] - 42:25
**exemption** [1] - 67:20
**expect** [4] - 50:8,

50:14, 56:17, 57:23
**expecting** [1] - 57:3
**expedition** [1] - 67:7
**expenses** [1] - 24:21
**experience** [1] - 43:4
**expert** [2] - 46:3, 46:16
**experts** [6] - 46:6, 54:12, 54:15, 54:19, 77:2, 77:23
**explained** [1] - 15:3
**EXPLORATION** [1] - 3:12
**explosion** [3] - 71:5, 75:11, 75:13
**exposed** [1] - 54:4
**expressed** [2] - 88:7
**extend** [4] - 48:1, 48:3, 79:7, 90:11
**extensions** [2] - 79:1, 79:15
**extensive** [1] - 79:5
**extensively** [2] - 78:19, 78:20
**extent** [5] - 65:9, 65:12, 69:3, 69:24, 74:15
**EXTRA** [1] - 8:25
**extra** [6] - 19:13, 19:21, 21:19, 22:4, 64:8, 76:3
**extraordinarily** [1] - 87:13

## F

**fabulous** [1] - 11:6
**fact** [5] - 16:8, 19:2, 46:5, 68:22, 76:21
**factors** [1] - 88:3
**fails** [1] - 60:10
**fair** [14] - 25:2, 31:5, 31:15, 39:1, 39:8, 49:7, 61:25, 76:9, 81:9, 81:10, 81:11, 82:3, 82:4, 88:13
**fairly** [1] - 54:7
**fairness** [1] - 44:5
**fall** [1] - 88:6
**far** [4] - 12:1, 37:2, 64:11, 78:11
**fast** [1] - 40:14
**feasibility** [1] - 88:10
**February** [2] - 44:6, 53:17
**FEDERAL** [1] - 2:3
**federal** [1] - 55:21, 56:4, 86:18
**fee** [2] - 14:23, 14:24

**Feinberg's** [1] - 63:22
**fell** [1] - 11:7
**felt** [1] - 52:4
**field** [1] - 54:10
**FIFTH** [1] - 5:9
**Fifth** [2] - 20:5, 20:7
**fight** [4] - 24:16, 45:6, 45:7, 45:8
**figure** [1] - 47:3
**file** [7] - 33:22, 34:20, 60:11, 66:21, 67:13, 70:14, 83:18
**filed** [1] - 63:3
**files** [5] - 66:10, 66:15, 67:24, 86:19, 86:21
**FILES..................** [1] - 8:24
**fill** [1] - 12:4
**filling** [3] - 11:25, 21:19, 21:23
**final** [4] - 77:17, 77:20, 77:22, 78:4
**FINANCIAL** [1] - 5:7
**fine** [11] - 10:14, 31:17, 33:16, 54:21, 54:24, 71:11, 71:15, 78:1, 82:18, 82:25, 86:5
**Fineman** [2] - 79:24, 82:17
**finer** [1] - 40:5
**fingerprinting** [1] - 88:2
**finish** [4] - 50:3, 55:6, 56:15, 56:18
**finished** [1] - 89:21
**finishing** [1] - 87:10
**FINN** [1] - 4:16
**FIRM** [1] - 1:23
**firm** [8] - 26:2, 37:12, 56:11, 56:14, 67:4, 70:20, 86:14
**first** [11] - 10:23, 18:16, 29:22, 38:6, 44:6, 59:8, 59:12, 70:6, 73:11, 73:13, 74:6
**fishing** [1] - 67:7
**FITCH** [43] - 4:9, 23:6, 23:13, 23:18, 24:2, 24:7, 32:22, 33:1, 33:10, 33:14, 41:5, 42:4, 42:7, 42:18, 43:3, 43:10, 44:4, 44:9, 44:12, 44:16, 45:5, 45:9, 46:1, 46:19, 47:6, 47:10, 47:19, 47:21, 58:20, 59:16, 59:24, 60:14, 60:17, 61:8, 61:25,

62:7, 62:10, 85:1, 85:16, 85:20, 85:22, 90:4, 91:14
**Fitch** [10] - 32:22, 33:9, 41:5, 42:4, 43:14, 45:5, 46:20, 58:20, 61:23, 62:3
**Fitch's** [3] - 62:19, 62:20, 63:13
**five** [1] - 68:4
**FLANAGAN** [1] - 5:23
**FLANDERS** [1] - 4:13
**Fleece** [1] - 21:8
**FLEECE.................. .....................** [1] - 7:19
**flexibility** [2] - 25:14, 78:1
**flies** [1] - 90:14
**flip** [2] - 31:20, 41:14
**flips** [1] - 43:16
**floor** [1] - 85:24
**FLOOR** [3] - 2:6, 3:6, 5:20
**fly** [1] - 25:11
**focus** [3] - 46:16, 73:19, 75:12
**focused** [2] - 61:19, 69:14
**focusing** [1] - 74:21
**folks** [1] - 57:7
**follow** [5] - 27:16, 29:17, 64:1, 65:15
**follow-up** [1] - 29:17
**followed** [2] - 30:3, 83:20
**following** [1] - 36:12
**FOR** [18] - 1:15, 1:19, 2:3, 2:8, 2:12, 2:15, 2:19, 3:3, 3:9, 3:19, 3:23, 4:3, 4:20, 5:3, 5:12, 5:23, 8:2, 9:6
**foregoing** [1] - 92:7
**forgiveness** [1] - 87:19
**forgot** [2] - 25:22, 75:25
**forgotten** [1] - 84:13
**FORM** [1] - 8:23
**form** [11] - 10:23, 63:20, 63:21, 63:23, 63:24, 65:3, 65:10, 65:11, 65:19
**formalized** [1] - 85:10
**former** [4] - 11:8, 17:20, 25:9, 30:11
**forms** [5] - 64:16, 65:5, 65:17, 65:21
**forth** [1] - 86:23
**forward** [1] - 45:18

**foundation** [1] - 16:21
**four** [6] - 11:12, 16:9,
30:19, 58:7, 68:4,
75:10
**FRANCISCO** [1] - 2:6
**frankly** [5] - 23:9,
59:14, 60:19, 87:11,
87:17
**free** [3] - 21:6, 43:6,
53:3
**Friday** [8] - 32:17,
45:11, 50:9, 54:15,
56:18, 81:20, 89:21,
90:2
**FRIDAY** [2] - 1:7, 10:2
**Friday's** [2] - 32:10,
37:20
**FRIDAY**............. [1] -
8:14
**Fridays** [1] - 62:13
**friends** [1] - 15:19
**FRILOT** [1] - 3:5
**FROM** [1] - 8:13
**front** [2] - 61:7, 87:18
**frustration** [1] - 25:10
**full** [1] - 66:20
**fully** [1] - 37:18
**function** [1] - 85:4
**fund** [1] - 15:21
**furthermore** [1] - 61:3
**future** [4] - 80:22,
84:11, 85:12, 89:5

## G

**GALINA** [1] - 7:9
**Galina** [1] - 12:23
**GALLOWAY** [2] -
5:18, 5:19
**Galveston** [1] - 84:9
**game** [5] - 81:9, 81:10,
81:11, 82:3, 84:12
**gang** [1] - 56:5
**Gardner** [1] - 20:17
**GARDNER**................
...... [1] - 7:17
**GATE** [1] - 2:5
**gather** [1] - 37:22
**GCCF** [2] - 64:7, 64:15
**general** [1] - 24:22
**General's** [10] - 66:18,
67:13, 67:20, 69:5,
70:11, 70:21, 70:25,
72:17, 72:20, 72:24
**GENERAL'S** [1] - 2:12
**generally** [3] - 86:11,
86:24, 87:3
**gentlemen** [1] - 30:23
**GISLESON** [13] - 1:16,

18:4, 19:4, 31:12,
31:16, 31:18, 31:22,
50:20, 64:24, 65:9,
65:20, 65:24, 66:5
**Gisleson** [3] - 50:20,
64:23, 65:1
**GIVE** [1] - 8:18
**given** [4] - 11:11,
15:24, 31:18, 72:9
**glad** [4] - 20:13, 36:19,
43:3, 75:17
**gladly** [1] - 19:4
**glaring** [2] - 43:1, 43:2
**goal** [3] - 36:17, 37:3,
37:5
**Godwin** [5] - 15:3,
37:12, 38:11, 91:7,
91:9
**GODWIN** [1] - 3:19
**GOLDEN** [1] - 2:5
**GOODHUE** [1] - 6:4
**GORMAN** [6] - 51:7,
51:10, 51:21, 51:25,
52:8, 52:16
**Gorman** [1] - 51:7
**GOTSHAL** [1] - 5:8
**GOVERNMENT** [1] -
2:3
**government** [2] - 52:9,
56:4
**Government** [1] -
58:24
**GOVERNMENT'S** [1] -
8:16
**government's** [1] -
51:19
**governmental** [2] -
69:9, 69:22
**GP** [1] - 5:17
**GP-SUB** [1] - 5:17
**graciousness** [1] -
46:21
**grand** [1] - 55:23
**granted** [2] - 76:4,
76:6
**Gray** [1] - 33:3
**great** [14] - 12:21,
23:5, 27:24, 42:25,
46:2, 52:14, 66:6,
75:11, 75:22, 84:23,
89:8, 91:9, 91:10,
91:12
**greater** [1] - 70:18
**ground** [2] - 39:2, 39:7
**group** [4] - 32:13,
58:17, 89:22, 90:14
**GROUP** [2] - 5:17,
5:17
**Guard** [1] - 55:4
**guess** [11] - 27:17,

28:14, 35:13, 37:1,
37:8, 37:20, 55:18,
63:5, 67:2, 72:11,
81:24
**GULF** [1] - 1:5
**guy** [1] - 34:23
**guys** [11] - 14:17,
16:5, 21:22, 29:11,
30:22, 32:2, 47:17,
47:20, 52:18, 58:3,
84:17

## H

**Hague** [1] - 28:6
**Halliburton** [15] -
23:2, 26:7, 37:13,
38:5, 41:11, 41:14,
41:24, 42:19, 44:17,
50:18, 53:7, 69:19,
69:20, 77:11, 78:19
**HALLIBURTON** [2] -
3:19, 8:6
**hand** [3] - 30:5, 47:2,
62:22
**handheld** [1] - 62:3,
62:8
**handle** [1] - 33:10
**happy** [12] - 23:20,
24:3, 38:8, 44:14,
44:15, 53:14, 62:9,
68:16, 74:16, 77:12,
79:22
**hard** [4] - 47:6, 51:15,
67:24
**harder** [1] - 47:24
**Harrell** [3] - 19:24,
20:5, 20:9
**Harrell's** [1] - 20:4
**HARRELL**..................
...................... [1] -
7:16
**Harris** [1] - 84:9
**Harry** [1] - 23:21
**HATAWAY** [1] - 6:6
**hate** [4] - 47:1, 77:21,
78:18, 79:7
**Haycraft** [1] - 20:1
**haystack** [1] - 75:4
**HB406** [1] - 6:10
**headed** [1] - 89:22
**heads** [5] - 33:3, 89:7,
89:9
**heads-up** [4] - 33:3,
89:7
**hear** [17] - 10:16,
10:17, 10:20, 10:21,
15:24, 18:8, 24:14,
29:4, 29:11, 30:8,

36:19, 43:3, 48:23,
51:8, 53:22, 64:3,
81:25
**HEARD** [1] - 1:12
**heard** [9] - 14:20,
18:2, 23:24, 38:6,
56:12, 63:21, 63:22,
70:24, 79:2
**hearing** [5] - 14:11,
29:7, 35:20, 38:11,
48:22
**heat** [3] - 10:14, 10:15,
21:24
**held** [2] - 54:10, 54:22
**hello** [2] - 10:12, 10:18
**help** [4] - 36:21, 57:24,
63:3, 74:15
**helpful** [4] - 48:15,
88:14, 89:8, 89:9
**hereby** [1] - 92:6
**Herman** [5] - 16:12,
25:3, 60:7, 65:13,
82:16
**hi** [2] - 10:16, 86:3
**hiccups** [1] - 47:24
**highlight** [1] - 58:4
**HIMMELHOCH** [7] -
2:5, 29:1, 86:1, 86:4,
86:6, 88:1, 88:16
**Himmelhoch** [2] -
29:1, 86:1
**himself** [2] - 27:8,
30:23
**hire** [1] - 33:25
**hired** [1] - 35:22
**hits** [1] - 68:9
**hold** [4] - 11:17,
40:25, 77:16
**HOLDINGS** [3] - 3:3,
3:13, 5:4
**home** [1] - 17:5
**honestly** [2] - 60:19,
70:24
**Honor** [117] - 11:3,
11:22, 11:23, 12:9,
12:15, 13:7, 13:11,
13:22, 14:1, 14:18,
15:3, 15:15, 15:23,
16:16, 17:11, 17:21,
18:4, 18:5, 18:14,
19:4, 19:6, 19:12,
20:3, 20:19, 21:18,
22:23, 23:4, 24:19,
26:6, 26:19, 27:4,
27:10, 27:14, 28:2,
28:13, 29:1, 29:15,
29:21, 30:11, 31:22,
32:21, 33:18, 34:7,
35:2, 35:8, 35:12,
35:17, 35:21, 36:2,

36:22, 37:4, 37:6,
37:7, 38:4, 38:17,
40:4, 40:17, 40:19,
41:23, 42:1, 43:10,
45:2, 45:17, 45:18,
46:18, 47:13, 49:18,
50:20, 51:3, 53:6,
55:12, 56:8, 56:11,
56:22, 57:6, 57:14,
58:19, 60:24, 61:7,
61:16, 62:1, 62:11,
63:2, 64:5, 64:25,
66:12, 68:16, 68:18,
69:17, 70:5, 71:17,
72:14, 73:7, 73:10,
75:5, 75:21, 75:24,
76:1, 76:3, 77:10,
78:8, 78:12, 79:18,
80:6, 82:6, 82:14,
82:15, 83:3, 83:22,
84:15, 86:1, 89:14,
90:6, 90:11, 90:16,
90:18, 91:7
**Honor's** [5] - 25:8,
33:15, 40:7, 41:3,
81:19
**HONORABLE** [1] -
1:12
**hook** [1] - 90:24
**hop** [1] - 62:23
**hope** [2] - 43:12,
50:15
**hopefully** [5] - 32:10,
34:11, 39:13, 47:7,
49:4
**hoping** [2] - 11:4, 77:7
**Horizon** [5] - 68:6,
74:11, 80:11, 81:5,
81:9
**HORIZON** [1] - 1:4
**horror** [1] - 57:17
**hour** [1] - 47:4
**hours** [3] - 53:17, 57:2
**house** [1] - 57:12
**House's** [1] - 86:16
**HOUSE'S** [1] - 9:8
**housed** [1] - 53:25
**HOUSTON** [2] - 3:21,
3:24
**Houston** [2] - 13:24,
15:6, 18:1
**huge** [1] - 67:6
**hundred** [1] - 86:25
**hurricane** [1] - 54:2

## I

**I**................ [1] - 8:2
**idea** [3] - 34:5, 87:14,

91:9
**ideas** [1] - 47:9
**identified** [2] - 67:10, 73:13
**identify** [4] - 20:21, 29:9, 69:13, 72:23
**identifying** [1] - 72:12
**identity** [2] - 26:22, 27:14
**ignorance** [1] - 77:12
**II** [8] - 8:14, 46:16, 50:1, 50:2, 50:8, 50:9, 59:18, 73:19
**II............** [1] - 8:12
**III** [2] - 73:20, 74:12
**IL** [1] - 3:17
**imagine** [3] - 41:2, 59:18, 73:4
**immediate** [2] - 43:19, 46:23
**immediately** [2] - 40:8, 40:12
**imminent** [2] - 80:19, 80:24
**important** [5] - 46:22, 53:15, 75:7, 85:5
**impossible** [1] - 27:15
**impression** [1] - 48:2
**IMPREVENTO** [1] - 1:19
**IN** [2] - 1:4, 1:5
**INC** [15] - 3:4, 3:5, 3:9, 3:10, 3:11, 3:12, 3:14, 3:19, 5:3, 5:4, 5:5, 5:6, 5:7, 5:8, 5:17
**incident** [6] - 80:11, 81:5, 81:9, 82:3, 87:7, 88:6
**inclination** [2] - 59:21, 60:2
**inclined** [1] - 39:20
**include** [1] - 66:23
**inconvenient** [1] - 25:11
**increasingly** [1] - 23:15
**incurred** [1] - 88:3
**indeed** [1] - 58:23
**independent** [1] - 16:9
**indicated** [1] - 64:5
**individual** [4] - 15:1, 65:4, 65:5, 86:19
**info** [1] - 20:18
**information** [12] - 20:3, 36:6, 51:15, 51:22, 52:1, 54:15, 63:1, 69:24, 87:7, 87:24, 87:25, 88:8
**infractions** [1] - 90:19

**Inglis** [4] - 24:20, 25:9, 27:25, 90:17
**INGLIS**......................
.................... [1] -
7:23
**inquire** [1] - 34:9
**insane** [1] - 87:9
**insist** [1] - 28:5
**inspect** [1] - 53:16
**instance** [4] - 39:22, 41:18, 41:19, 61:23
**instead** [2] - 23:14, 77:24
**instructive** [1] - 69:25
**integrity** [1] - 68:20
**intend** [1] - 56:5
**intending** [1] - 59:3
**intent** [4] - 40:7, 40:11, 41:3, 41:25
**intentions** [1] - 81:1
**interest** [2] - 57:9, 60:19
**interested** [4] - 19:15, 20:23, 56:4, 61:4
**INTERESTS** [2] - 2:3, 2:12
**interests** [1] - 58:16
**intermediate** [1] - 81:7
**international** [1] - 25:16
**INTERNATIONAL** [2] - 2:19, 5:7
**interpretations** [1] - 89:3
**interrogatories** [4] - 58:6, 58:7, 58:17, 59:17
**INTERROGATORIES**
....................................
........ [1] - 8:21
**interrupt** [1] - 47:13
**invested** [1] - 67:6
**investigation** [1] - 55:23
**invoice** [1] - 30:14
**invoke** [1] - 20:5
**involved** [5] - 35:11, 37:2, 53:2, 72:18, 82:4
**iPad** [1] - 40:25
**irony** [1] - 63:10
**Irpino** [4] - 77:9, 78:10, 89:12, 90:1
**IRPINO** [8] - 1:23, 1:23, 78:13, 78:15, 78:18, 79:4, 89:14, 89:17
**irrelevant** [1] - 80:16
**Ishii** [3] - 33:21, 81:2, 81:16

**Ishii's** [3] - 79:25, 80:20, 81:17
**ISHII**............................
...................... [1] - 8:5
**isolation** [1] - 16:24
**issuance** [1] - 77:16
**issue** [53] - 14:9, 14:22, 14:23, 16:2, 17:6, 18:4, 19:24, 26:9, 28:5, 29:16, 29:17, 29:22, 29:24, 36:21, 37:1, 37:18, 38:17, 39:3, 39:7, 40:3, 41:7, 45:22, 49:18, 52:17, 53:2, 54:23, 56:5, 56:9, 58:5, 60:4, 60:18, 61:16, 61:19, 64:8, 65:6, 66:9, 77:9, 77:19, 78:16, 79:20, 80:22, 81:14, 81:21, 81:22, 81:23, 82:2, 82:5, 82:13, 85:2, 85:12, 86:8, 87:5, 87:21
**ISSUE**..................... [1] - 8:22
**issued** [3] - 44:18, 45:3, 45:12
**ISSUES** [1] - 9:11
**issues** [32] - 16:25, 18:7, 19:16, 23:18, 23:19, 33:20, 34:12, 35:11, 46:25, 49:14, 53:9, 53:12, 54:25, 58:2, 59:13, 59:18, 63:20, 64:2, 64:7, 65:2, 65:16, 80:4, 80:15, 80:16, 81:2, 84:19, 85:2, 87:7, 87:15, 88:2, 88:3, 88:18
**ISSUES**................. [1] - 7:14
**ISSUES**......................
.... [1] - 8:11
**ISSUES**......................
................ [1] - 8:23
**Item** [1] - 32:23
**ITEMS** [1] - 7:3
**items** [4] - 46:15, 54:11, 56:16, 84:22
**iteration** [2] - 22:9, 22:15
**itself** [4] - 16:22, 34:13, 67:2, 86:21
**IV** [1] - 74:12

**J**

**Jackson** [2] - 13:1, 13:3
**JACKSON**................
...................... [1] - 7:10
**jammed** [1] - 49:6
**Japan** [1] - 35:16
**Japanese** [7] - 33:23, 34:10, 34:18, 34:22, 35:12, 35:22, 35:25
**Jassal** [2] - 28:14, 28:17
**JASSAL**......................
...................... [1] - 7:25
**Jeff** [1] - 34:4
**JEFFERSON** [1] - 1:17
**Jeffrey** [4] - 14:1, 76:25, 82:15, 83:12
**JEFFREY** [1] - 1:20
**Jimmy** [2] - 19:24, 20:4
**JIMMY** [1] - 7:16
**job** [2] - 17:25, 84:7
**Joe** [1] - 24:24
**John** [3] - 13:23, 34:7, 79:18
**JOHN** [3] - 4:12, 5:19, 7:11
**JOHNSON** [1] - 5:18
**join** [4] - 23:22, 42:5, 42:9, 62:16
**joinder** [1] - 65:4
**joining** [1] - 63:13
**joint** [1] - 64:20
**JONES** [1] - 5:12
**JOSEPH** [1] - 6:3
**JUDGE** [1] - 1:12
**judge** [6] - 15:25, 23:6, 32:22, 45:5, 58:20, 60:14
**Judge** [22] - 10:9, 10:19, 11:20, 12:1, 18:7, 44:16, 44:17, 45:15, 48:8, 52:16, 53:16, 56:25, 57:1, 59:24, 64:13, 65:7, 66:5, 83:24, 85:23, 89:5, 91:14, 91:15
**judges** [1] - 84:8
**Julia** [1] - 34:24
**July** [45] - 10:24, 11:5, 11:15, 12:8, 12:13, 12:18, 12:24, 13:1, 13:3, 13:18, 14:15, 17:23, 19:8, 19:17,

19:25, 20:6, 20:8, 20:15, 21:21, 22:7, 23:9, 23:11, 23:12, 25:10, 26:1, 26:14, 26:22, 26:25, 27:2, 27:17, 28:1, 28:10, 28:13, 28:17, 28:18, 32:3, 32:23, 37:8, 38:9, 38:10, 57:22, 90:9, 90:10, 90:15
**JULY** [2] - 7:5, 8:2
**June** [12] - 10:24, 12:16, 25:25, 26:11, 27:9, 27:12, 27:20, 29:19, 32:9, 33:21, 47:15
**JUNE** [4] - 1:7, 7:5, 8:4, 10:2
**jury** [2] - 18:10, 55:23
**JUSTICE** [2] - 2:3, 2:9
**Justice** [3] - 35:18, 35:22, 80:2

**K**

**KAL** [1] - 7:25
**Kal** [1] - 28:14
**KANNER** [5] - 2:15, 2:16, 73:7, 74:14, 82:6
**Kanner** [2] - 67:22, 73:7, 82:6
**keep** [5] - 21:16, 41:22, 81:4, 83:18, 84:20
**keeping** [1] - 90:19
**keeps** [2] - 62:5, 70:18
**KEITH** [1] - 7:8
**Keith** [2] - 12:18, 20:14
**Kelly** [1] - 33:3
**Kerry** [9] - 10:12, 21:18, 25:6, 34:17, 35:13, 36:10, 43:13, 62:1, 91:10
**KERRY** [1] - 3:6
**key** [1] - 83:15
**kicked** [1] - 18:15
**kind** [14] - 16:10, 27:7, 30:25, 36:7, 59:6, 72:22, 76:23, 78:16, 84:12, 84:19, 85:8, 87:23, 87:24, 89:14
**Kirkland** [2] - 70:13, 70:17
**KIRKLAND** [1] - 3:14
**knows** [1] - 80:6
**KORETZKY** [1] - 4:15
**KPMG** [2] - 8:13, 50:7

**Kris** [2] - 37:18, 38:7
**KRIS** [1] - 8:7
**KUCHLER** [1] - 4:5

# L

**L-O-O-K** [1] - 34:24
**L.L.C** [1] - 3:23
**L.P** [1] - 5:12
**LA** [11] - 1:18, 1:25,
2:17, 2:21, 3:7, 4:7,
4:17, 5:14, 5:20,
5:25, 6:10
**Labor** [1] - 76:23
**LAFAYETTE** [1] - 1:18
**lag** [1] - 77:21
**LAMAR** [1] - 3:20
**Langan** [13] - 11:3,
16:19, 20:19, 28:3,
37:7, 38:13, 38:24,
55:12, 60:5, 60:24,
63:2, 64:4, 66:24
**LANGAN** [111] - 3:15,
11:3, 11:7, 11:10,
11:15, 12:11, 12:13,
12:15, 12:21, 12:23,
13:1, 13:7, 13:11,
13:13, 13:17, 13:22,
15:3, 15:12, 16:18,
17:21, 17:24, 20:19,
21:3, 21:10, 24:10,
24:12, 24:15, 24:17,
24:25, 25:3, 25:6,
25:8, 26:1, 28:2,
28:10, 28:12, 28:17,
28:20, 28:24, 29:15,
29:21, 30:1, 30:9,
30:11, 30:25, 31:4,
31:6, 31:8, 31:15,
31:17, 31:23, 32:1,
33:9, 33:13, 37:7,
37:11, 37:17, 38:1,
38:3, 38:13, 38:24,
39:6, 40:4, 40:13,
40:17, 40:23, 41:1,
41:8, 41:23, 42:6,
44:1, 45:2, 45:17,
46:2, 46:6, 46:10,
46:18, 55:12, 55:16,
55:25, 56:7, 58:9,
58:11, 59:23, 60:5,
60:24, 61:14, 61:16,
61:22, 63:2, 64:3,
64:11, 64:19, 75:24,
76:5, 76:7, 76:11,
76:13, 76:18, 76:20,
76:22, 78:1, 78:8,
79:12, 79:15, 83:22,
84:2, 84:4, 84:15,
90:6, 90:9

**Large** [2] - 12:7, 90:18
**LARGE** [11] - 1:16,
11:23, 12:9, 12:20,
15:21, 17:18, 17:25,
20:11, 22:16, 32:21,
90:18
**large** [4] - 11:19,
11:21, 32:19, 67:8
**larger** [2] - 14:24, 65:6
**LASALLE** [1] - 3:16
**last** [9] - 18:2, 21:13,
22:13, 51:15, 60:8,
64:5, 88:16, 88:23,
89:21
**latest** [1] - 48:14
**law** [3] - 37:24, 67:4,
70:20
**LAW** [1] - 1:23
**lawyer** [1] - 14:3
**lawyers** [2] - 72:16,
72:17
**lead** [2] - 19:3, 55:8
**least** [11] - 21:13,
33:5, 54:17, 54:19,
67:5, 71:1, 75:9,
82:19, 85:4, 85:8
**leather** [1] - 62:6,
84:25
**leave** [6] - 23:6, 26:8,
27:20, 33:15, 45:18,
54:3
**left** [2] - 21:5, 30:1
**legal** [3] - 52:5, 65:6,
69:1
**LEIGH** [1] - 4:6
**lengthen** [1] - 39:20
**lengthy** [1] - 23:15
**less** [1] - 87:21
**letter** [2] - 14:10,
49:19, 59:9
**letters** [1] - 37:23
**letting** [1] - 44:12
**level** [1] - 73:24
**LEWIS** [1] - 3:23
**LEXINGTON** [1] - 4:22
**liability** [1] - 80:10
**LIAISON** [1] - 1:15
**licensed** [1] - 71:2
**life** [2] - 37:24, 78:12
**light** [1] - 47:15
**likely** [3] - 38:8, 42:23,
42:25
**LIMIT** [1] - 8:20
**limit** [6] - 58:5, 67:14,
68:7, 71:7, 74:15,
74:22
**limitations** [1] - 74:13,
74:14, 75:8
**LIMITED** [1] - 3:13
**limits** [1] - 24:13

**line** [5] - 24:22, 58:11,
66:7, 66:19, 68:15
**list** [8] - 19:14, 22:5,
24:12, 32:4, 32:13,
39:19, 56:3, 90:19
**listening** [1] - 29:3
**litigants** [1] - 83:8
**litigation** [13] - 58:23,
70:12, 71:9, 72:1,
72:6, 72:8, 72:10,
75:12, 75:19, 83:6,
83:8, 83:20, 85:11
**LITIGATION..............
.............** [1] - 9:4
**live** [2] - 39:14, 87:13
**lives** [1] - 34:24
**living** [1] - 34:25
**LLC** [5] - 3:3, 4:5, 5:4,
5:5, 5:23
**Lloyds** [1] - 89:22
**local** [4] - 22:20,
34:18, 34:23, 76:14
**locally** [1] - 35:15
**locations** [1] - 25:14
**log** [1] - 52:11
**London** [23] - 10:10,
21:22, 22:19, 25:10,
25:12, 25:25, 40:9,
40:10, 40:15, 42:15,
42:22, 43:18, 44:2,
44:20, 57:1, 89:21,
90:12, 90:13, 90:15,
90:23, 91:2, 91:3,
91:6
**LONDON.................
...............................** [1]
- 7:21
**long-term** [1] - 80:21
**look** [17] - 20:8, 26:25,
32:12, 34:11, 38:25,
39:12, 39:18, 39:24,
45:24, 54:20, 63:11,
64:22, 66:21, 68:7,
73:15, 90:1
**Look** [1] - 34:23
**looked** [3] - 34:17,
34:19, 57:16
**looking** [7] - 18:9,
28:16, 33:22, 35:14,
68:11, 70:22, 71:23
**looks** [5] - 50:3, 51:1,
62:22
**lost** [1] - 63:10
**loud** [1] - 51:9
**Louisiana** [9] - 67:23,
69:8, 69:21, 73:8,
74:1, 74:25, 75:3,
92:5, 92:6
**LOUISIANA** [4] - 1:1,
1:7, 2:15, 3:24

**love** [2] - 11:20, 64:3
**lovely** [2] - 89:23
**low** [1] - 31:24
**LP** [1] - 4:4
**LTD** [2] - 5:17, 5:18
**lubricate** [1] - 52:24,
53:1

# M

**Macondo** [1] - 68:6
**magic** [1] - 83:15
**MAGISTRATE** [1] -
1:12
**mail** [27] - 12:17,
18:17, 18:23, 19:7,
21:11, 23:17, 25:4,
25:21, 26:8, 28:5,
31:16, 33:7, 35:15,
37:13, 47:15, 47:17,
47:20, 47:22, 48:14,
51:17, 52:7, 60:20,
62:20, 67:3, 70:15,
78:7, 81:15
**mails** [12] - 21:23,
24:20, 33:23, 34:1,
35:3, 35:6, 48:9,
48:16, 51:20, 62:17,
62:24, 90:20
**MAILS** [1] - 8:16
**main** [1] - 87:2
**maintenance** [1] -
52:25
**major** [1] - 86:22
**majority** [1] - 52:6
**man** [1] - 14:20
**MANAGEMENT** [1] -
5:3
**MANGES** [1] - 5:8
**MARINE** [4] - 4:20,
5:5, 5:6, 5:6
**MARK** [1] - 7:6
**Mark** [1] - 11:2
**Master** [1] - 84:4
**material** [3] - 69:7,
69:10, 73:13
**materials** [2] - 72:19,
74:2
**math** [2] - 30:18
**matter** [3] - 19:2, 80:2,
92:9
**maximum** [1] - 58:24
**maze** [3] - 90:22,
90:25, 91:3
**Maze** [1] - 70:5
**MAZE** [16] - 2:12,
12:1, 12:6, 22:7,
29:6, 66:8, 66:12,
67:12, 67:19, 70:5,

**71:15, 72:4, 75:5,
75:21, 90:25, 91:6
**MCCUTCHEN** [1] - 4:9
**McGovern** [1] - 84:4
**MDL** [7] - 9:4, 83:6,
83:7, 83:8, 83:21,
83:23, 83:25
**mean** [8] - 16:25,
24:13, 25:17, 30:24,
42:17, 72:15, 73:22,
74:8
**meaning** [1] - 69:3
**means** [2] - 29:12,
30:21
**meat** [1] - 82:1
**MECHANICAL** [1] -
6:13
**meet** [3] - 48:24, 60:8,
87:12
**MEETING** [1] - 9:5
**meeting** [4] - 49:8,
49:10, 59:8, 84:20
**member** [1] - 70:15
**members** [3] - 69:5,
69:8, 72:19
**memorialization** [1] -
59:9
**mention** [1] - 37:17
**mentioned** [1] - 47:21
**mercy** [1] - 87:18
**Merit** [1] - 92:4
**message** [1] - 57:13
**messenger** [1] - 55:10
**messengers** [1] -
57:15
**methods** [1] - 88:22
**MEXICO** [1] - 1:5
**MI** [1] - 3:23
**mic** [3] - 10:21, 21:16,
78:11
**MICHAEL** [1] - 2:4
**middle** [1] - 54:2
**Middle** [1] - 25:18
**might** [9] - 25:24,
28:21, 31:13, 31:19,
34:24, 42:21, 73:13,
77:24, 83:23
**MIKE** [1] - 7:18
**Mike** [5] - 21:1, 37:25,
41:17, 47:21, 56:22
**MILLER** [34] - 3:6,
10:14, 18:14, 18:16,
20:3, 21:17, 22:6,
22:10, 23:20, 24:3,
24:19, 25:7, 25:21,
33:18, 33:20, 34:19,
35:1, 38:17, 39:3,
39:9, 43:2, 43:13,
51:3, 56:11, 56:19,
56:21, 62:1, 62:6,

62:9, 62:11, 62:24, 63:13, 78:12, 91:7
**Miller** [1] - 21:18, 24:2, 25:1, 25:20, 39:6, 43:1, 43:13, 62:1, 62:8, 76:2
**Miller's** [1] - 28:20
**million** [5] - 30:20, 66:25, 72:2, 72:9, 75:2
**millions** [1] - 67:8
**mind** [4] - 35:13, 42:1, 84:20, 85:25
**minor** [2] - 52:3, 52:10
**minutes** [13] - 40:21, 41:2, 41:11, 41:25, 42:11, 42:19, 42:20, 43:16, 43:24, 51:13, 59:13
**miss** [1] - 12:3
**missed** [2] - 27:10, 55:19
**MISTY** [1] - 6:6
**model** [5] - 40:19, 41:6, 41:9, 42:10, 53:19
**moderation** [1] - 73:25
**MODERN** [2] - 5:17, 5:17
**MOEX** [14] - 4:4, 4:5, 33:22, 34:8, 36:3, 63:15, 63:17, 79:19, 80:13, 80:14, 81:6, 81:7, 87:4
**Mogford** [2] - 30:11, 31:23
**MOGFORD'S** [1] - 8:1
**Mogford's** [1] - 29:18
**Monday** [10] - 39:17, 40:1, 49:20, 50:4, 50:15, 56:16, 60:10, 66:16, 70:8, 74:4
**monitoring** [2] - 62:24, 71:2
**MONTGOMERY** [1] - 2:13
**month** [3] - 37:19, 75:10, 87:18
**monthly** [1] - 30:15
**months** [4] - 30:23, 53:2, 68:4, 88:19
**MORGAN** [1] - 3:23
**morning** [13] - 10:8, 10:9, 10:16, 10:19, 10:23, 14:12, 16:13, 16:16, 22:12, 47:3, 48:11, 48:18, 64:25
**morning's** [1] - 49:9
**motion** [6] - 63:4,

79:20, 79:21, 80:18, 80:19, 89:5
**MOTION** [2] - 9:2
**move** [5] - 19:23, 20:1, 38:18, 45:9, 45:18
**moved** [1] - 25:25
**moving** [2] - 20:23, 26:4
**MR** [337] - 7:12, 8:1, 8:8, 10:14, 11:3, 11:7, 11:10, 11:15, 11:19, 11:22, 11:23, 12:1, 12:6, 12:9, 12:11, 12:13, 12:15, 12:20, 12:21, 12:23, 13:1, 13:7, 13:11, 13:13, 13:15, 13:17, 13:20, 13:22, 14:1, 14:9, 14:15, 14:18, 14:22, 15:3, 15:10, 15:12, 15:15, 15:17, 15:19, 15:21, 15:23, 16:12, 16:16, 16:18, 17:4, 17:11, 17:16, 17:18, 17:21, 17:24, 17:25, 18:4, 18:5, 18:7, 18:12, 18:14, 18:16, 18:25, 19:4, 19:6, 19:12, 20:3, 20:11, 20:19, 21:3, 21:10, 21:17, 22:6, 22:7, 22:10, 22:16, 23:2, 23:6, 23:13, 23:18, 23:20, 24:2, 24:3, 24:7, 24:10, 24:12, 24:15, 24:17, 24:19, 24:25, 25:3, 25:5, 25:6, 25:7, 25:8, 25:21, 26:1, 26:6, 26:19, 27:2, 27:4, 27:10, 27:13, 27:22, 28:2, 28:10, 28:12, 28:17, 28:20, 28:24, 29:6, 29:15, 29:21, 30:1, 30:9, 30:11, 30:25, 31:4, 31:6, 31:8, 31:12, 31:15, 31:16, 31:17, 31:18, 31:22, 31:23, 32:1, 32:21, 32:22, 33:1, 33:9, 33:10, 33:13, 33:14, 33:18, 33:20, 34:4, 34:7, 34:19, 35:1, 35:2, 35:8, 35:12, 35:17, 35:21, 36:2, 36:4, 36:15, 36:22, 37:4, 37:6, 37:7, 37:11, 37:17, 38:1, 38:3, 38:4, 38:13, 38:15,

38:17, 38:24, 39:3, 39:6, 39:9, 40:4, 40:13, 40:17, 40:23, 41:1, 41:5, 41:8, 41:23, 42:4, 42:6, 42:7, 42:18, 43:2, 43:3, 43:10, 43:13, 44:1, 44:4, 44:9, 44:12, 44:16, 44:17, 44:22, 45:1, 45:2, 45:5, 45:9, 45:15, 45:17, 46:1, 46:2, 46:6, 46:10, 46:18, 46:19, 47:6, 47:10, 47:19, 47:21, 48:8, 48:13, 48:14, 48:18, 49:2, 49:7, 49:11, 49:12, 49:18, 49:24, 50:20, 51:3, 51:7, 51:10, 51:21, 52:8, 52:16, 53:6, 53:11, 54:8, 54:19, 55:6, 55:11, 55:12, 55:16, 55:25, 56:7, 56:11, 56:19, 56:21, 56:22, 56:25, 57:5, 57:18, 58:9, 58:11, 58:18, 58:20, 59:16, 59:23, 59:24, 60:5, 60:13, 60:14, 60:17, 60:24, 61:8, 61:14, 61:16, 61:22, 61:25, 62:1, 62:6, 62:7, 62:9, 62:10, 62:11, 62:24, 63:2, 63:13, 64:3, 64:11, 64:19, 64:24, 65:9, 65:20, 65:24, 66:5, 66:8, 66:12, 67:12, 67:19, 68:14, 68:16, 69:17, 69:19, 70:5, 71:10, 71:15, 72:4, 72:14, 73:7, 74:14, 75:5, 75:21, 75:24, 76:5, 76:7, 76:11, 76:13, 76:18, 76:22, 76:25, 77:8, 77:10, 77:16, 77:19, 78:1, 78:8, 78:12, 78:13, 78:15, 78:18, 79:4, 79:12, 79:15, 79:18, 80:9, 81:11, 81:17, 81:22, 82:6, 82:14, 82:15, 82:25, 83:3, 83:11, 83:17, 83:22, 84:2, 84:4, 84:15, 85:1, 85:16, 85:20, 85:22, 89:14, 89:17, 90:4, 90:6, 90:9, 90:11, 90:16, 90:18, 90:25, 91:6, 91:7, 91:14

**MS** [6] - 29:1, 86:1, 86:4, 86:6, 88:1, 88:16
**music** [5] - 29:4, 29:8, 29:10, 29:12
**must** [2] - 44:5, 75:23
**mute** [3] - 29:7, 29:9

## N

**name** [7] - 15:24, 18:24, 22:25, 30:16, 34:7, 34:23, 51:4
**names** [1] - 11:12
**Naoki** [1] - 33:21
**NAOKI** [1] - 8:5
**narrow** [1] - 42:9
**narrowed** [1] - 69:14
**narrowing** [1] - 68:25
**narrows** [1] - 70:22
**nature** [2] - 35:7, 35:24
**near** [2] - 85:12, 89:5
**necessarily** [1] - 69:6
**necessary** [2] - 45:23, 57:14
**need** [30] - 15:21, 22:19, 31:13, 39:15, 39:16, 40:16, 41:8, 42:23, 44:2, 46:11, 46:15, 46:23, 47:17, 48:24, 49:15, 52:19, 53:23, 54:20, 54:21, 55:16, 56:10, 56:17, 59:17, 59:19, 70:3, 76:1, 83:8, 83:19, 86:13, 87:5
**needed** [4] - 26:10, 42:13, 47:23, 52:4
**needle** [1] - 75:4
**needs** [9] - 26:15, 43:5, 43:24, 46:14, 54:1, 54:22, 55:2, 62:3
**negative** [1] - 89:14
**negotiations** [2] - 17:2, 61:5
**neighborhood** [1] - 32:16
**nervous** [1] - 91:4
**never** [2] - 57:18, 59:19
**NEW** [14] - 1:7, 1:25, 2:17, 2:21, 3:7, 4:7, 4:14, 4:17, 4:22, 5:9, 5:14, 5:20, 5:25, 6:10
**new** [3] - 11:13, 20:3, 40:20

**New** [10] - 11:15, 13:2, 13:20, 21:24, 43:15, 43:23, 44:2, 44:24, 57:23, 84:3
**news** [6] - 21:11, 24:17, 24:18, 50:10, 87:2
**NEXT** [1] - 8:14
**next** [30] - 13:23, 17:12, 17:14, 18:2, 19:5, 21:1, 22:9, 22:14, 32:10, 32:12, 32:17, 37:20, 38:10, 45:11, 47:4, 48:4, 48:22, 50:9, 50:15, 51:12, 52:17, 54:15, 56:15, 63:19, 81:19, 83:5, 84:17, 86:8, 87:5, 87:22
**nice** [4] - 21:23, 22:2, 30:24
**nigh** [1] - 86:24
**night** [1] - 22:14
**nightmare** [1] - 70:18
**NIZIALEK** [1] - 4:16
**NO** [1] - 1:6
**nobody** [6] - 12:4, 36:18, 48:2, 67:9, 72:1, 81:1
**non** [7] - 40:23, 41:2, 42:3, 42:22, 69:8, 69:9, 72:17
**non-Alabama** [1] - 69:9
**non-BP** [3] - 40:23, 41:2, 42:3
**non-lawyers** [1] - 72:17
**non-London** [1] - 42:22
**non-Louisiana** [1] - 69:8
**nonalcoholic** [1] - 91:1
**nonoperating** [1] - 80:7
**NORFOLK** [1] - 1:21
**NORTH** [4] - 3:10, 3:11, 3:13, 3:14
**note** [2] - 19:9, 28:4
**nothing** [2] - 25:19, 77:14
**notice** [4] - 45:4, 45:14, 49:15, 84:9
**noticed** [1] - 17:14
**notified** [3] - 19:7, 19:16, 28:20
**notify** [3] - 54:22, 82:20, 82:22
**novo** [1] - 46:4

**nub** [1] - 68:18
**Number** [1] - 32:23
**number** [11] - 25:1,
25:14, 33:23, 34:21,
36:8, 64:13, 64:14,
65:2, 66:24, 89:18
**numbered** [1] - 92:9
**NW** [1] - 4:10
**NY** [3] - 4:14, 4:22, 5:9

## O

**O'BRIEN'S** [1] - 5:3
**O'Rourke** [1] - 35:18
**O'ROURKE** [6] - 2:9,
35:17, 35:21, 36:4,
36:11, 36:15
**O'Rourke's** [1] - 57:8
**object** [1] - 17:10
**objected** [2] - 20:1,
36:18
**objection** [2] - 17:15,
48:2
**objections** [2] - 32:4,
32:6
**observation** [1] -
42:10
**obtaining** [1] - 26:12
**obviously** [3] - 35:10,
38:6, 77:3
**occasions** [2] - 25:14,
89:18
**OF** [18] - 1:1, 1:5,
1:11, 2:3, 2:8, 2:9,
2:15, 8:3, 8:9, 8:13,
8:14, 8:16, 8:18,
8:24, 9:6, 9:8, 9:9
**offered** [1] - 90:22
**offers** [1] - 24:20
**office** [15] - 28:20,
51:11, 66:18, 66:21,
67:20, 67:24, 68:25,
69:5, 70:11, 70:21,
70:25, 72:13, 72:20,
72:24, 83:18
**OFFICE** [2] - 2:12, 9:9
**Office** [4] - 72:17,
86:16, 86:18, 86:21
**offices** [1] - 75:12
**OFFICIAL** [1] - 6:9
**Official** [2] - 92:5,
92:14
**officially** [1] - 19:14
**OFFSHORE** [3] - 3:4,
4:5, 5:4
**Offshore** [2] - 79:19,
80:6
**Offshore's** [1] - 80:13
**oil** [1] - 88:2

**OIL** [2] - 1:4, 1:4
**old** [2] - 40:20, 41:1
**ON** [4] - 1:5, 7:14,
8:12, 8:20
**once** [2] - 57:9, 88:11
**one** [59] - 11:7, 11:13,
15:25, 16:7, 17:2,
17:7, 19:13, 19:14,
20:7, 20:9, 21:8,
23:6, 23:14, 23:16,
24:4, 25:23, 28:5,
28:15, 30:3, 34:2,
37:12, 37:23, 38:8,
38:17, 38:20, 40:1,
40:14, 45:21, 52:20,
55:9, 57:15, 58:4,
58:22, 59:9, 60:20,
61:4, 65:20, 66:24,
67:1, 67:9, 71:21,
71:25, 72:22, 73:9,
73:10, 77:6, 78:13,
78:25, 84:5, 86:8,
86:13, 87:5, 88:16,
88:23, 90:11
**ONE** [2] - 1:24, 5:19
**one's** [2] - 42:24, 43:5
**one-day** [3] - 20:9,
21:8, 28:15
**ones** [4] - 13:9, 61:18,
72:6, 72:9
**ongoing** [3] - 44:24,
45:13, 55:22
**open** [4] - 52:25,
68:24, 84:24, 85:24
**operating** [1] - 80:7
**operation** [1] - 63:22
**opportunity** [4] -
26:14, 54:16, 64:21,
82:19
**opposed** [1] - 33:25
**opposes** [1] - 81:25
**opposing** [1] - 65:11
**opposite** [2] - 29:6,
86:15
**OR** [1] - 9:8
**oranges** [1] - 79:12
**order** [12] - 39:10,
39:25, 40:8, 44:18,
45:2, 45:3, 45:12,
45:24, 54:9, 63:4,
88:20, 88:24
**ORDER** [1] - 10:4
**ordered** [1] - 87:17
**organizational** [1] -
23:19
**original** [1] - 42:10
**Orleans** [10] - 11:15,
13:20, 21:24, 24:3,
43:15, 43:23, 44:2,
44:24, 57:23, 84:3

**ORLEANS** [11] - 1:7,
1:25, 2:17, 2:21, 3:7,
4:7, 4:17, 5:14, 5:20,
5:25, 6:10
**otherwise** [1] - 68:9
**ought** [2] - 30:2, 33:24
**OUT** [1] - 8:11
**outstanding** [1] - 32:8
**OUTSTANDING** [1] -
8:3
**overburden** [1] -
69:20
**overkill** [1] - 36:1
**overlapping** [1] - 58:1
**owes** [1] - 90:22
**own** [10] - 15:13,
24:13, 25:1, 25:15,
30:12, 33:25, 42:24,
43:5, 61:5, 62:3

## P

**p.m** [1] - 90:2
**P.O** [1] - 2:10
**package** [1] - 37:23
**packing** [1] - 56:18
**PAGE** [1] - 7:3
**Panels** [1] - 83:24
**paper** [4] - 30:4,
51:11, 51:20, 52:6
**PAPER** [1] - 8:16
**papers** [1] - 36:17
**paragraph** [1] - 85:10
**parameters** [1] - 60:20
**parent** [2] - 80:14,
81:7
**part** [10] - 14:25,
27:10, 36:12, 52:12,
68:10, 71:8, 72:10,
82:9, 82:10, 84:7
**partake** [1] - 90:12
**participants** [4] -
10:16, 10:18, 22:24,
81:13
**participate** [2] - 57:3,
83:9
**particular** [7] - 31:19,
42:9, 57:9, 58:23,
61:10, 75:19, 78:6
**PARTICULARLY** [1] -
8:20
**particularly** [3] -
42:15, 58:6, 63:25
**parties** [14] - 43:7,
50:13, 50:17, 57:24,
60:18, 60:21, 63:17,
73:2, 73:3, 73:4,
73:19, 80:25, 86:11,
88:25

**partner** [1] - 68:14
**partners** [1] - 30:4
**PARTNERS** [1] - 5:23
**parts** [2] - 52:25, 54:4
**party** [8] - 21:1, 46:7,
53:19, 67:17, 73:23,
80:7, 85:18, 85:19
**party's** [1] - 61:13
**pass** [4] - 31:14,
57:13, 59:14, 62:9
**passed** [1] - 31:12
**patience** [1] - 60:14
**patiently** [1] - 55:6
**Paul** [1] - 50:21
**pay** [4] - 15:7, 22:19,
24:20, 62:20
**paying** [1] - 71:4
**penalties** [1] - 58:25
**penalty** [2] - 88:3, 88:4
**pencil** [1] - 17:13
**pending** [3] - 27:20,
33:2, 65:7
**people** [13] - 19:15,
22:20, 32:11, 32:16,
36:15, 37:12, 42:16,
56:3, 66:4, 72:18,
86:25, 90:21
**Pepper** [4] - 62:1,
92:3, 92:12, 92:13
**PEPPER** [1] - 6:9
**per** [3] - 29:23, 29:24,
58:8
**perceived** [1] - 17:8
**percent** [2] - 50:3,
56:16
**Perfect** [1] - 85:21
**perfect** [1] - 85:24
**perfectly** [1] - 38:14
**perform** [1] - 56:17
**perhaps** [4] - 26:21,
67:2, 75:7, 80:24
**period** [3] - 54:19,
68:8, 79:8
**person** [2] - 54:22,
62:12
**personal** [5] - 25:13,
25:24, 26:13, 26:14,
27:8
**personally** [3] - 36:12,
48:11, 48:16
**perspective** [3] - 41:7,
88:7, 88:11
**PETROLEUM** [1] - 4:3
**phase** [2] - 73:12,
73:13
**Phase** [26] - 32:3,
45:25, 46:5, 46:16,
50:1, 50:2, 50:8,
50:9, 50:11, 50:24,
59:12, 59:18, 67:10,

69:2, 69:4, 73:19,
73:20, 74:9, 74:10,
74:12, 74:21, 74:23,
75:13, 75:18
**PHASE** [5] - 8:2, 8:12,
8:14, 8:15
**phases** [1] - 74:18
**Phil** [4] - 48:4, 49:13,
49:17, 49:22
**PHILLIP** [2] - 2:20,
4:16
**phone** [15] - 10:16,
10:18, 14:6, 14:7,
22:20, 22:24, 29:3,
29:5, 29:7, 30:8,
30:22, 44:23, 48:11,
48:17, 81:13
**phonetically** [1] - 33:4
**physical** [1] - 54:8
**pick** [8] - 39:4, 48:17,
51:23, 51:25, 69:15,
90:25, 91:4, 91:8
**picked** [3] - 27:4,
38:25, 90:23
**picking** [3] - 46:10,
51:11, 51:22
**piece** [2] - 30:4, 80:24
**pierced** [1] - 80:14
**piercing** [4] - 79:21,
79:25, 81:2, 82:2
**PIERCING** [1] - 9:3
**PIGMAN** [1] - 2:19
**PILLSBURY** [1] - 4:12
**pints** [1] - 89:23
**PITTMAN** [1] - 4:12
**place** [7] - 18:16, 20:6,
47:6, 56:7, 81:6,
81:7
**PLACE** [1] - 1:24, 5:13
**placeholder** [2] -
45:19
**PLAINTIFFS** [1] - 1:19
**plaintiffs** [2] - 31:9,
64:14
**PLAINTIFFS'** [1] -
1:15
**plaintiffs'** [1] - 79:23
**plan** [2] - 53:19, 84:12
**planned** [1] - 57:7
**play** [2] - 16:20, 60:8
**player** [1] - 12:24
**pleadings** [1] - 80:12
**pleased** [2] - 19:10,
29:11
**pockets** [1] - 59:24
**point** [23] - 25:23,
26:23, 39:1, 40:18,
44:5, 46:11, 51:3,
54:16, 58:21, 61:25,
62:13, 63:3, 63:6,

67:4, 69:2, 69:22, 71:20, 73:24, 75:11, 77:18, 78:3, 85:13, 87:14
**points** [1] - 40:5
**police** [1] - 74:5
**political** [2] - 69:1, 69:8
**POLK** [1] - 4:5
**poll** [1] - 78:24
**pop** [1] - 57:6
**position** [8] - 43:20, 49:21, 52:5, 55:17, 62:18, 68:19, 71:12, 72:24
**positive** [1] - 64:17
**positively** [2] - 27:8, 27:11
**possession** [1] - 69:4
**possibility** [3] - 25:23, 26:21, 82:19
**possible** [3] - 60:10, 61:4, 85:7
**possibly** [2] - 27:13, 90:9
**post** [8] - 32:3, 32:23, 37:8, 38:9, 66:4, 87:7, 87:15, 88:6
**POST** [1] - 8:2
**post-April** [1] - 87:15
**post-incident** [2] - 87:7, 88:6
**post-July** [4] - 32:3, 32:23, 37:8, 38:9
**POST-JULY** [1] - 8:2
**posted** [1] - 65:21
**potatoes** [1] - 82:1
**pound** [1] - 30:24
**pounds** [7] - 29:23, 30:17, 30:20, 30:21, 31:4, 31:5, 31:21
**POYDRAS** [5] - 3:7, 4:7, 4:17, 5:20, 6:10
**practical** [1] - 41:23
**prefer** [2] - 11:21, 11:23
**prepare** [3] - 57:24, 70:3, 77:23
**prepared** [1] - 14:10
**preparing** [3] - 33:2, 33:3, 77:2
**PRESENT** [1] - 6:3
**present** [2] - 43:8, 66:3
**presenter** [2] - 43:17, 43:23
**presenting** [1] - 43:15
**presently** [1] - 33:1
**presentment** [1] - 65:6
**preservation** [6] -

52:19, 52:24, 55:1, 88:18, 88:21, 89:3
**PRESERVATION** [1] - 9:11
**PRESERVATION.......**
**..........................................**
**...** [1] - 8:17
**preserve** [5] - 52:20, 52:21, 52:22
**preserved** [1] - 55:2
**President** [3] - 86:16, 86:18, 86:21
**PRESIDENT..............**
**...** [1] - 9:9
**presumably** [1] - 82:11
**presumption** [1] - 85:8
**pretty** [3] - 65:13, 70:11, 87:1
**preventer** [1] - 49:14
**PREVENTER** [1] - 8:11
**prevents** [1] - 25:16
**previous** [1] - 41:6
**previously** [1] - 12:16
**Prices** [1] - 91:6
**priority** [1] - 39:17
**Pritchard** [3] - 34:7, 60:5, 79:18
**PRITCHARD** [17] - 4:12, 34:7, 35:2, 35:8, 35:12, 36:2, 36:22, 37:4, 37:6, 60:13, 79:18, 80:9, 81:11, 81:17, 81:22, 82:14, 83:3
**privileged** [6] - 52:11, 67:16, 68:1, 68:11, 68:20, 72:21
**prize** [1] - 89:25
**pro** [2] - 65:16, 65:25
**problem** [16] - 16:4, 34:3, 34:5, 38:12, 43:22, 43:25, 70:8, 72:7, 76:16, 76:19, 76:24, 77:4, 77:5, 78:6, 81:18, 82:23
**problems** [2] - 44:23, 83:2
**procedural** [1] - 77:13
**procedure** [2] - 63:25, 83:20
**proceedings** [2] - 91:16, 92:8
**PROCEEDINGS** [3] - 1:11, 6:13, 10:1
**process** [7] - 23:18, 50:14, 68:20, 72:25, 73:18, 78:11, 79:5

process-related [1] - 23:18
**PRODUCE** [1] - 8:13
**produce** [4] - 44:2, 50:7, 73:15, 74:3
**PRODUCED** [2] - 6:13, 8:13
**produced** [8] - 49:21, 50:8, 51:24, 52:7, 69:11, 72:1, 74:7, 85:10
**produces** [1] - 85:18
**producing** [2] - 70:7, 72:7
**PRODUCTION** [4] - 3:9, 3:12, 8:12, 8:24
**production** [9] - 50:1, 50:11, 52:13, 63:8, 63:9, 66:10, 66:15, 83:10, 86:7
**PRODUCTION..........**
**...........** [1] - 9:7
**PRODUCTION...........**
**...........................** [1] - 8:15
**productive** [2] - 59:8, 79:5
**PRODUCTS** [1] - 3:14
**profess** [1] - 77:13
**progress** [4] - 48:7, 52:14, 79:22, 85:12
**prompt** [1] - 40:5
**prompted** [1] - 40:14
**proof** [1] - 31:1
**proper** [3] - 17:6, 17:8, 65:11
**properly** [2] - 14:4, 70:3
**proposal** [5] - 54:14, 60:9, 65:14, 67:19, 68:12, 81:25, 82:9, 82:23, 90:16
**propose** [2] - 43:22, 68:3
**proposed** [2] - 67:18, 85:15
**protective** [1] - 63:4
**protocol** [4] - 50:1, 52:23, 65:4, 73:5
**proven** [1] - 11:10
**provide** [2] - 31:1, 51:17
**provided** [2] - 56:3, 72:19
**providing** [1] - 52:12
**provision** [2] - 63:9, 63:16
**PSC** [22] - 13:23, 14:1, 15:5, 16:22, 18:3, 34:4, 50:18, 50:19,

54:9, 60:9, 61:12, 61:20, 62:23, 64:3, 64:19, 65:1, 76:25, 79:15, 81:25, 82:15, 83:6, 83:12
**PSC's** [1] - 61:1
**pub** [3] - 57:2, 57:4, 89:22
**public** [6] - 69:2, 69:6, 69:8, 70:15, 72:18, 72:19
**publicized** [1] - 18:23
**pull** [1] - 40:24
**punch** [1] - 78:10
**punt** [1] - 18:14
**punted** [2] - 18:3, 18:11
**pure** [2] - 79:25, 81:2
**purpose** [3] - 33:25, 73:18, 85:3
**PURPOSE** [1] - 9:6
**pursue** [1] - 17:3
**put** [20] - 12:10, 14:19, 17:19, 22:14, 27:5, 27:19, 27:25, 28:4, 36:6, 37:20, 38:7, 46:14, 47:1, 61:3, 74:13, 74:14, 77:21, 80:22, 85:14, 86:8
**putting** [2] - 53:9, 59:2

## Q

**quantification** [3] - 45:22, 87:8, 87:11
**questioning** [1] - 82:3
**questions** [7] - 25:1, 51:2, 56:1, 58:3, 79:25, 81:4, 82:8
**quick** [3] - 23:16, 31:14, 31:16
**quickly** [4] - 45:9, 54:1, 55:17, 76:1
**quite** [3] - 50:21, 61:6, 87:11

## R

**R-O-T-H** [1] - 27:6
**radio** [1] - 18:22
**RAINES** [1] - 6:7
**raise** [8] - 17:6, 58:2, 75:25, 76:2, 77:8, 80:4, 85:2, 86:7
**raised** [5] - 25:3, 43:22, 56:9, 66:9, 78:7
**raising** [1] - 24:7
**range** [3] - 17:1,

31:24, 74:23
**rare** [1] - 39:22
**rate** [1] - 33:14
**rather** [7] - 35:11, 38:9, 48:20, 54:5, 76:13, 88:8, 90:8
**Ravi** [2] - 37:18, 38:7
**RAVI............................**
**..............** [1] - 8:7
**RE** [1] - 1:4
**re** [2] - 37:18, 45:22
**re-examination** [1] - 45:22
**re-tee** [1] - 37:18
**reach** [5] - 12:1, 16:10, 73:5, 85:7, 88:19
**reached** [2] - 37:11, 79:23
**reaching** [1] - 86:24
**read** [7] - 30:7, 35:12, 76:3, 76:11, 76:12, 79:17
**READ** [1] - 8:25
**reading** [1] - 21:23
**readjust** [1] - 43:24
**ready** [5] - 26:15, 26:17, 27:8, 27:12, 51:1
**real** [1] - 79:22
**realize** [1] - 21:3
**reallocation** [2] - 39:11, 39:14
**REALLOCATION** [1] - 8:9
**really** [19] - 26:19, 36:21, 51:9, 52:8, 55:4, 59:11, 61:1, 61:8, 67:9, 71:4, 71:22, 73:14, 73:23, 74:10, 78:16, 80:16, 83:1, 83:23, 91:2
**REALTIME** [1] - 6:9
**Realtime** [2] - 92:3, 92:13
**reappear** [1] - 39:5
**reason** [7] - 46:1, 53:4, 55:3, 61:4, 70:9, 71:19, 75:23
**reasonable** [3] - 37:1, 68:21, 73:5
**reasons** [1] - 86:20
**receive** [1] - 74:2
**received** [5] - 30:16, 66:25, 69:5, 70:15, 71:8
**receiving** [2] - 65:24, 71:6
**recently** [3] - 23:21, 48:9, 78:6

**recollection** [3] - 16:9, 18:11, 32:14
**reconsider** [1] - 44:15
**reconsideration** [2] - 45:11, 47:2
**reconsidered** [1] - 43:6
**record** [6] - 23:1, 30:7, 71:13, 79:6, 89:11, 92:8
**RECORDED** [1] - 6:13
**records** [1] - 86:16
**RECORDS** [1] - 9:8
**recourse** [1] - 46:23
**red** [2] - 22:10, 22:14
**redacted** [2] - 30:16, 36:1
**Redd** [4] - 18:2, 18:9, 18:10, 18:22
**Redd's** [2] - 18:17, 18:23
**REDD.......................
................** [1] - 7:12
**reds** [1] - 22:11
**regard** [4] - 16:11, 26:10, 80:15, 82:3
**regarding** [3] - 14:22, 39:11, 79:25
**regardless** [1] - 82:3
**Registered** [1] - 92:3
**reiterate** [1] - 73:9
**related** [6] - 23:18, 70:17, 87:8, 87:15, 88:2, 88:3
**RELATES** [1] - 1:9
**relates** [4] - 30:4, 66:21, 69:2, 78:15
**relating** [4] - 31:1, 67:3, 88:18, 88:20
**RELATING** [1] - 9:11
**relations** [1] - 72:18
**relative** [3] - 40:2, 41:18, 50:11
**relatively** [3] - 52:3, 85:11, 85:12
**release** [1] - 54:13
**releasing** [1] - 54:11
**relevant** [3] - 55:22, 67:10, 81:4
**rely** [1] - 24:2
**remain** [1] - 51:14
**remains** [1] - 18:22
**remember** [3] - 31:21, 38:23, 62:14
**reminder** [1] - 84:17
**reminds** [1] - 41:17
**remove** [1] - 26:5
**RENTALS** [1] - 5:18
**repeatedly** [1] - 63:23

**replacing** [1] - 36:3
**report** [10] - 15:25, 16:1, 16:6, 16:9, 16:11, 16:22, 23:5, 29:11, 46:7, 79:22
**reported** [2] - 17:5, 83:23
**reporter** [2] - 22:25, 77:17
**Reporter** [6] - 92:3, 92:4, 92:5, 92:13, 92:14
**REPORTER** [2] - 6:9, 6:9
**REPORTER'S** [1] - 92:1
**represent** [1] - 34:8
**representation** [3] - 25:16, 68:23, 82:18
**represented** [1] - 64:9
**reproduce** [1] - 16:21
**request** [20] - 23:23, 33:6, 41:21, 48:5, 50:19, 54:11, 60:25, 61:2, 61:12, 61:13, 61:18, 62:16, 62:17, 62:25, 63:14, 63:15, 63:17, 64:14, 74:6, 82:10
**requested** [7] - 22:18, 29:22, 50:16, 50:17, 66:10, 76:2, 87:24
**requesters** [1] - 51:1
**requesting** [5] - 21:1, 21:14, 23:13, 50:13, 62:14
**requests** [5] - 39:12, 39:14, 64:14, 66:16, 69:25
**require** [2] - 62:11, 67:14
**required** [1] - 89:2
**requirements** [1] - 89:3
**requiring** [1] - 83:13
**rescheduled** [3] - 26:14, 38:21, 57:22
**resolution** [4] - 20:4, 80:22, 82:4, 83:1
**resolve** [5] - 32:6, 48:22, 59:11, 64:7, 80:4
**resolved** [3] - 32:11, 61:20
**respect** [7] - 49:21, 59:17, 78:25, 80:20, 85:5, 85:9, 87:7
**respectfully** [2] - 33:5, 42:21
**respond** [2] - 66:19,

74:7
**responders** [1] - 74:6
**responding** [1] - 49:19
**response** [2] - 57:6, 70:6
**RESPONSE** [2] - 4:20, 5:3
**responses** [2] - 67:25, 69:3
**responsive** [4] - 69:4, 69:9, 69:25, 74:9
**rest** [2] - 13:7, 88:25
**result** [1] - 60:9
**retained** [1] - 54:16
**rethinking** [1] - 42:22
**retired** [2] - 11:8, 30:12
**REVIEW** [1] - 8:16
**review** [3] - 46:4, 51:19, 77:20
**reviewing** [1] - 62:17
**revisit** [2] - 75:16
**revisiting** [1] - 60:22
**Rich** [1] - 34:23
**RICHARD** [1] - 7:13
**Richard** [5] - 19:5, 51:7, 51:8, 51:18, 52:15
**RICHESON** [1] - 4:6
**rig** [1] - 43:4
**RIG** [1] - 1:4
**rights** [2] - 20:6, 28:6
**ripe** [1] - 80:17
**rise** [3] - 10:7, 87:5, 87:22
**RMR** [2] - 6:9, 92:13
**road** [1] - 59:5
**Robert** [2] - 33:5, 33:11
**ROBERT** [1] - 33:12
**Robért** [1] - 33:13
**rock** [1] - 47:6
**role** [2] - 12:4, 23:21
**roll** [1] - 51:1
**rolling** [1] - 10:22
**ROME** [1] - 4:20
**RONQUILLO** [1] - 3:19
**ROOM** [2] - 2:6, 6:10
**rose** [1] - 79:16
**Roth** [3] - 26:10, 26:12, 27:6
**ROTH.......................
................** [1] - 7:24
**roughly** [1] - 30:21
**round** [4] - 30:19, 90:22, 90:24, 91:4

**rounds** [1] - 91:10
**ROY** [1] - 1:15
**rub** [1] - 77:3
**rule** [3] - 47:18, 76:5, 76:14
**ruled** [1] - 63:6
**ruling** [2] - 63:6, 81:19
**run** [2] - 39:2, 39:7
**Russia** [2] - 18:3, 18:25
**RUTH** [1] - 6:3

**S**

**S-A-N-N-O-N** [1] - 21:14
**s/Cathy** [1] - 92:12
**sad** [1] - 22:1
**safer** [1] - 77:25
**SALLY** [1] - 1:12
**samples** [3] - 88:18, 88:21, 89:6
**SAMPLES................
** [1] - 9:11
**SAN** [1] - 2:6
**Sannon** [1] - 21:14
**SANNON...................
........................** [1] - 7:20
**SARAH** [1] - 2:5
**Sarah** [4] - 29:1, 86:1, 86:3, 87:23
**sat** [2] - 38:22, 39:21
**satisfactory** [1] - 60:21
**Saturday** [5] - 47:22, 47:23, 47:25, 48:3, 90:20
**save** [1] - 16:11
**saves** [1] - 62:6
**saving** [1] - 18:8
**saw** [4] - 25:6, 25:21, 39:10, 40:15
**schedule** [3] - 10:24, 53:1, 90:3
**SCHEDULE................
......** [1] - 7:5
**scheduled** [7] - 19:25, 22:4, 22:15, 23:8, 26:11, 26:18, 38:9
**scheduling** [8] - 14:23, 23:6, 23:7, 26:8, 29:16, 32:3, 32:5, 32:11
**SCHELL** [2] - 4:5, 4:6
**science** [1] - 89:2
**SCOFIELD** [1] - 3:23
**scope** [1] - 61:8
**score** [1] - 24:19

**scratched** [1] - 28:18
**se** [2] - 65:16, 65:25
**SEACOR** [6] - 5:4, 5:4, 5:5, 5:5, 5:6, 5:6
**search** [18] - 66:14, 66:20, 67:13, 67:15, 68:3, 68:5, 68:25, 69:10, 69:14, 71:23, 72:13, 73:1, 74:23, 74:24, 75:8, 86:17, 87:1
**SEARCH** [1] - 9:10
**searches** [4] - 73:21, 74:10, 86:15, 86:20
**SEARCHES** [1] - 9:8
**searching** [1] - 71:8
**season** [1] - 54:2
**second** [2] - 11:17, 40:18
**secondly** [1] - 46:3
**SECTION** [1] - 2:8
**secure** [1] - 21:4
**securing** [1] - 11:2
**securities** [2] - 83:7, 83:20
**see** [26] - 11:1, 13:24, 20:16, 21:22, 29:20, 32:6, 32:13, 35:14, 36:11, 36:16, 39:13, 43:1, 43:21, 50:22, 55:1, 57:19, 57:23, 67:9, 67:16, 74:25, 75:15, 83:5, 84:21, 89:12
**seeking** [3] - 58:24, 80:10, 80:20
**seem** [1] - 35:24
**select** [1] - 14:13
**selected** [1] - 35:23
**self** [1] - 57:13
**send** [4] - 14:10, 37:13, 37:23, 60:23
**senior** [1] - 25:9
**sense** [4] - 31:19, 58:18, 65:12, 86:14
**sent** [4] - 12:16, 12:17, 25:4, 26:8
**separate** [2] - 59:4, 78:16, 79:11
**series** [1] - 56:1
**served** [2] - 14:4, 73:16
**service** [8] - 17:4, 17:6, 17:7, 17:9, 17:10, 17:15, 30:15
**services** [1] - 32:19
**SERVICES** [2] - 3:19, 5:23
**set** [5] - 22:17, 25:9, 37:3, 59:9, 89:19

**sets** [2] - 59:12, 62:24
**settled** [1] - 64:15
**SETTLEMENT** [1] - 8:22
**settlement** [5] - 60:4, 61:5, 62:12, 62:15, 62:16
**seven** [1] - 59:23
**several** [3] - 28:8, 78:23, 88:19
**shared** [2] - 18:17
**sharing** [3] - 36:5, 36:19, 55:1
**SHAW** [1] - 4:12
**sheet** [2] - 77:1, 77:16
**sheets** [1] - 76:13
**SHELL** [1] - 5:19
**shifted** [1] - 42:14
**shock** [1] - 42:6
**shoe** [2] - 62:6, 84:25
**shop** [2] - 57:8
**short** [19] - 18:14, 63:20, 63:21, 63:23, 63:24, 64:16, 65:3, 65:5, 65:11, 65:17, 65:19, 80:4, 81:21, 81:22, 81:23, 82:5, 83:2, 85:20
**SHORT** [1] - 8:23
**short-term** [5] - 80:4, 81:21, 81:22, 81:23, 82:5
**shorter** [1] - 54:20
**shortly** [2] - 21:11, 57:23
**showing** [1] - 77:12
**shown** [1] - 47:22
**shows** [1] - 30:15
**SHUSHAN** [1] - 1:12
**Siberia** [1] - 19:3
**side** [4] - 34:16, 57:8, 57:12, 77:13
**SIEMENS** [1] - 5:7
**SIGN** [1] - 8:25
**sign** [7] - 76:3, 76:11, 76:12, 79:17, 83:8, 83:15, 83:17
**signed** [1] - 83:14
**significant** [2] - 65:16, 77:2
**silence** [1] - 18:22
**similar** [1] - 24:19, 73:2
**simply** [2] - 87:19, 88:10
**SIMSON** [1] - 5:8
**single** [1] - 67:15
**sit** [4] - 21:13, 54:12, 58:3, 72:22
**site** [2] - 65:22, 66:4

**sitting** [1] - 29:23
**situation** [2] - 15:4, 89:1
**six** [4] - 30:23, 53:2, 57:2, 68:4
**skin** [1] - 72:22
**SKIP** [1] - 7:15
**Skip** [1] - 19:18
**Skripnikova** [2] - 12:23, 13:16
**SKRIPNIKOVA.** ........................... [1] - 7:9
**slipping** [1] - 56:13
**smaller** [3] - 84:19, 84:22, 85:1
**smattering** [2] - 80:11, 80:12
**SMITH** [1] - 5:18
**smoothly** [2] - 22:22, 23:4
**solution** [1] - 43:22
**someone** [2] - 29:3, 29:7
**sometime** [1] - 23:8
**sometimes** [1] - 47:23
**somewhere** [2] - 32:16, 81:8
**soon** [3] - 27:13, 27:23, 51:16
**sooner** [2] - 54:5, 88:8
**Soren** [5] - 19:1, 19:2, 31:10, 50:20, 65:1
**SOREN** [1] - 1:16
**sorry** [14] - 12:2, 13:15, 17:21, 22:7, 22:24, 25:7, 26:3, 27:10, 28:16, 38:18, 42:17, 44:22, 51:8, 53:11
**sort** [13] - 30:4, 31:1, 31:18, 35:25, 38:23, 47:1, 47:6, 57:16, 59:12, 71:22, 75:13, 89:25, 90:25
**sounds** [5] - 12:23, 17:17, 48:6, 52:6, 83:1
**source** [3] - 45:21, 87:8, 87:10
**speaking** [1] - 43:8
**Special** [1] - 84:4
**specific** [5] - 68:8, 70:23, 72:12, 72:13
**specifically** [4] - 39:19, 39:24, 62:14, 65:14
**speed** [1] - 55:7
**spell** [1] - 33:9
**spelled** [1] - 33:3

**spend** [1] - 71:17
**spent** [1] - 15:2
**SPERRY** [1] - 7:14
**Sperry** [1] - 19:16
**SPILL** [2] - 1:4, 4:20
**spill** [1] - 70:17
**spin** [1] - 75:1
**split** [2] - 31:8, 57:25
**spoken** [2] - 48:10, 49:22
**Sprague** [2] - 38:19, 39:4
**SPRAGUE.** ................... ........................... [1] - 8:8
**SQUARE** [1] - 5:19
**ST** [3] - 5:13, 5:14, 5:24
**stab** [1] - 88:23
**stamp** [1] - 36:8
**stand** [4] - 42:7, 43:7, 61:17, 63:17
**standby** [1] - 74:5
**standing** [4] - 62:7, 62:10, 63:7, 76:5
**stands** [1] - 62:18
**start** [13] - 11:1, 15:21, 32:17, 46:14, 53:23, 56:18, 66:2, 66:3, 70:7, 79:8, 79:9, 87:6, 88:8
**start-up** [1] - 15:21
**started** [3] - 64:15, 71:6, 73:10
**starting** [2] - 56:7, 70:7
**starts** [1] - 40:1
**STATE** [3] - 2:12, 2:15, 9:4
**state** [13] - 16:17, 16:20, 60:8, 66:14, 68:19, 70:7, 71:3, 71:21, 74:5, 83:6, 83:8, 84:8, 88:1
**State** [6] - 69:21, 73:7, 74:1, 75:6, 92:4
**statement** [1] - 85:18
**states** [2] - 38:11, 69:23
**States** [11] - 25:17, 29:2, 55:19, 55:22, 56:2, 58:24, 86:2, 86:7, 86:12, 92:5, 92:14
**STATES** [4] - 1:1, 1:12, 2:8, 9:7
**States'** [1] - 88:11
**STATES'** [1] - 8:24
**states'** [1] - 66:10
**STATUS** [1] - 1:11

**status** [2] - 24:23, 60:3
**STAY** [1] - 9:3
**stay** [2] - 79:21, 80:20
**steal** [1] - 16:18
**STENOGRAPHY** [1] - 6:13
**Sterbcow** [1] - 18:18
**Steve** [6] - 35:18, 35:19, 36:7, 57:8, 65:13, 79:24
**STEVEN** [1] - 2:9
**Stick** [1] - 89:18
**still** [14] - 14:9, 15:23, 18:21, 19:15, 37:8, 39:15, 55:25, 56:19, 66:7, 70:24, 86:23, 87:20, 90:24
**stipulate** [2] - 16:21, 16:23
**stipulating** [1] - 16:5
**stipulation** [5] - 16:10, 16:20, 85:8, 85:10, 85:15
**STONE** [1] - 2:19
**stood** [1] - 85:14
**story** [1] - 78:12
**Street** [1] - 34:24
**STREET** [11] - 1:17, 1:24, 2:16, 2:21, 3:7, 3:24, 4:7, 4:10, 4:17, 5:20, 6:10
**struggling** [1] - 86:12
**stuff** [4] - 31:11, 74:8, 76:13, 79:16
**SUB** [1] - 5:17
**submission** [2] - 52:2, 63:5
**submit** [3] - 34:10, 49:19, 54:11
**submitted** [4] - 35:4, 49:20, 65:17, 74:3
**subpoena** [6] - 14:4, 14:14, 15:7, 15:9, 17:15, 55:21
**substantial** [1] - 52:3
**sudden** [1] - 31:10
**suffice** [1] - 53:20
**sufficient** [1] - 53:18
**suggest** [13] - 26:21, 27:1, 42:21, 45:2, 48:21, 75:9, 75:10, 75:20, 77:24, 81:18, 89:20, 90:2, 90:14
**suggested** [1] - 72:12
**suggesting** [2] - 27:2, 60:20
**suggestion** [1] - 34:1
**SUITE** [6] - 1:24, 3:20, 3:24, 4:7, 4:17, 5:24

**summaries** [1] - 77:22
**summary** [1] - 24:3
**summer** [1] - 54:10
**sun** [1] - 69:15
**Sunday** [3] - 47:22, 47:23, 48:2
**supervisory** [1] - 23:22
**supposed** [1] - 32:5
**surface** [1] - 84:20
**surprise** [1] - 71:21
**surprised** [1] - 73:11
**suspect** [2] - 51:13, 57:9
**Suzie** [2] - 22:14, 26:5
**sweep** [1] - 80:24
**swimming** [1] - 43:11
**Swizzle** [1] - 89:18
**swoop** [1] - 11:7
**SYLVIA** [1] - 5:8

---

## T

**tab** [3] - 15:16, 90:23, 91:8
**table** [4] - 61:4, 86:8, 87:5, 87:22
**tail** [1] - 29:18
**tasks** [1] - 84:5
**technical** [7] - 35:7, 35:11, 35:24, 58:1, 58:3
**tee** [2] - 37:18, 48:22
**temporary** [3] - 53:25, 54:3, 55:5
**ten** [1] - 17:9
**tennis** [1] - 12:23
**tens** [1] - 65:16
**tentative** [8] - 13:2, 19:17, 20:11, 20:12, 26:5, 28:1, 28:10, 32:13
**tentatively** [5] - 13:4, 14:19, 27:5, 27:19, 27:20
**term** [7] - 80:4, 80:21, 81:21, 81:22, 81:23, 82:5, 83:2
**terms** [9] - 68:6, 68:25, 69:14, 72:13, 73:1, 74:17, 74:25, 75:8, 87:1
**TERMS.** ................... ...................... [1] - 9:10
**terrible** [1] - 27:3
**terribly** [1] - 84:18
**TESSIER** [1] - 4:15
**testifying** [1] - 57:21

**TESTIFYING** [1] - 8:19
**testimony** [2] - 23:25, 77:6
**testing** [6] - 50:4, 50:24, 52:18, 56:12, 56:14, 57:10
**TEXAS** [1] - 9:4
**Texas** [5] - 83:5, 83:21, 83:23, 83:24, 83:25
**THAT** [2] - 8:19, 9:2
**THE** [299] - 1:4, 1:5, 1:12, 1:15, 1:19, 2:3, 2:8, 2:15, 4:21, 8:13, 8:18, 8:19, 8:25, 9:2, 9:8, 9:9, 10:7, 10:8, 10:10, 10:15, 10:20, 11:6, 11:9, 11:14, 11:17, 11:21, 11:25, 12:3, 12:7, 12:10, 12:12, 12:14, 12:22, 12:25, 13:3, 13:5, 13:6, 13:9, 13:12, 13:14, 13:19, 13:21, 13:23, 14:8, 14:13, 14:16, 14:19, 15:1, 15:13, 15:16, 15:18, 15:22, 15:25, 16:3, 16:15, 17:9, 17:12, 17:17, 17:19, 17:23, 18:1, 18:6, 18:11, 18:15, 19:2, 19:5, 19:9, 19:19, 19:20, 19:21, 20:8, 20:12, 20:25, 21:5, 21:13, 22:1, 22:8, 22:13, 22:17, 22:24, 23:5, 23:11, 23:12, 23:16, 23:24, 24:5, 24:9, 24:11, 24:14, 24:16, 24:18, 25:2, 26:4, 26:5, 26:16, 26:25, 27:3, 27:5, 27:11, 27:19, 27:24, 28:8, 28:11, 28:16, 28:19, 28:23, 28:25, 29:9, 29:20, 29:25, 30:6, 30:10, 30:22, 31:3, 31:5, 31:7, 31:10, 31:21, 31:25, 32:2, 32:15, 32:16, 32:25, 33:12, 33:16, 33:19, 34:2, 34:15, 34:23, 35:6, 35:10, 35:13, 35:19, 36:7, 36:14, 36:18, 37:1, 37:5, 37:10, 37:16, 37:25, 38:2, 38:12, 38:16, 38:23, 39:8, 39:10, 40:11, 40:14, 40:22,

40:24, 41:4, 41:12, 42:15, 43:9, 43:18, 44:8, 44:10, 44:14, 44:21, 44:25, 45:7, 45:12, 45:16, 45:24, 46:5, 46:9, 46:13, 47:5, 47:8, 47:11, 47:13, 47:14, 47:15, 47:17, 47:20, 47:25, 48:17, 48:23, 49:3, 49:9, 49:13, 49:22, 49:25, 50:23, 51:5, 51:8, 51:18, 51:23, 52:6, 52:14, 52:17, 53:9, 53:12, 54:18, 54:24, 55:9, 55:15, 55:24, 56:1, 56:9, 56:14, 56:20, 56:24, 57:3, 57:16, 57:19, 58:10, 58:15, 59:15, 59:20, 60:1, 60:12, 60:16, 60:23, 61:11, 61:15, 61:19, 62:5, 62:20, 63:11, 63:18, 64:10, 64:16, 64:22, 65:8, 65:18, 65:23, 66:1, 66:6, 66:9, 67:11, 67:18, 68:12, 69:16, 69:18, 71:25, 72:11, 73:6, 74:13, 74:20, 75:15, 75:22, 76:4, 76:6, 76:9, 76:12, 76:16, 76:19, 76:21, 76:24, 77:5, 77:15, 77:18, 78:3, 78:9, 78:14, 78:17, 79:2, 79:10, 79:13, 80:8, 81:10, 81:12, 81:21, 81:23, 82:10, 82:22, 83:1, 83:4, 83:15, 83:19, 84:1, 84:3, 84:13, 84:16, 85:13, 85:17, 85:21, 85:24, 86:3, 86:5, 87:23, 88:13, 89:8, 89:16, 89:20, 89:25, 90:1, 90:5, 90:8, 90:10, 90:14, 90:17, 90:22, 91:3, 91:9
**THEIR** [1] - 8:24
**theirs** [1] - 70:14
**they've** [3] - 15:8, 17:9, 56:16
**Thierens'** [2] - 23:21, 23:25
**thinking** [3] - 46:14, 53:23, 79:9
**thirds** [1] - 41:9
**THIS** [2] - 1:9, 8:3
**thorough** [1] - 79:5

**thoughts** [4] - 45:19, 45:20, 53:21
**thousand** [1] - 15:20
**thousands** [1] - 65:16
**three** [9] - 11:12, 37:22, 52:22, 57:21, 59:7, 59:12, 67:1, 73:17, 87:4
**THREE** [1] - 8:18
**thunder** [1] - 16:18
**Thursday** [1] - 90:8
**tidy** [1] - 17:25
**ties** [1] - 65:6
**TIGER** [1] - 5:18
**TIM** [1] - 7:7
**Tim** [12] - 11:13, 12:10, 13:12, 48:9, 48:11, 48:12, 48:17, 49:3, 49:8, 49:9, 58:15, 68:12
**TIME** [1] - 8:25
**TIME...........** [1] - 8:9
**timelines** [1] - 87:3
**TIMOTHY** [1] - 3:15
**TO** [6] - 1:9, 8:13, 8:25, 9:2, 9:11, 10:4
**to-be-scheduled** [1] - 22:4
**today** [6] - 22:14, 24:16, 39:18, 80:5, 81:1, 84:25
**together** [6] - 28:21, 43:22, 58:3, 64:6, 85:14, 87:2
**Tom** [2] - 50:23, 51:2
**TOMMY** [1] - 7:24
**Tommy** [2] - 26:10, 27:6
**tomorrow** [2] - 47:17, 47:20
**TOMPKINS** [1] - 5:18
**Tony** [7] - 32:22, 41:5, 42:4, 45:5, 46:20, 47:18, 58:20
**took** [3] - 81:6, 81:7
**topic** [2] - 37:8, 38:22
**topics** [2] - 38:20, 58:1
**TORTS** [1] - 2:4
**totally** [1] - 80:16
**toto** [1] - 58:25
**touch** [1] - 73:10
**tough** [1] - 46:25
**TOWER** [1] - 1:20
**town** [1] - 90:5
**track** [2] - 43:15, 43:23
**TRANSCRIPT** [2] - 1:11, 6:13
**transcript** [3] - 76:8, 77:17, 92:7

**transcripts** [3] - 77:20, 77:22, 78:4
**translate** [2] - 34:10, 35:16
**translated** [3] - 35:3, 35:24, 36:9
**translates** [1] - 30:20
**translation** [5] - 33:24, 34:6, 34:12, 35:10, 37:2
**translations** [2] - 34:13, 36:24
**translator** [4] - 34:18, 35:14, 35:23, 36:6
**translators** [1] - 34:1
**transmitted** [2] - 50:13, 50:14
**Transocean** [20] - 13:18, 19:25, 21:2, 21:15, 21:18, 22:16, 22:17, 23:13, 41:13, 50:18, 52:11, 53:5, 59:22, 60:1, 62:2, 62:14, 63:3, 63:5
**TRANSOCEAN** [3] - 3:3, 3:3, 3:5
**transport** [1] - 88:2
**travel** [1] - 24:21
**traveling** [1] - 82:17
**treat** [1] - 90:23
**treated** [1] - 58:22
**treating** [1] - 61:12
**Trent** [1] - 21:8
**TRENT** [1] - 7:19
**trial** [6] - 53:17, 53:20, 70:4, 73:12, 76:17, 85:3
**TRIAL......** [1] - 9:6
**tried** [5] - 15:8, 25:19, 73:17, 74:8, 83:23
**trip** [1] - 10:11
**tripping** [1] - 46:21
**trouble** [1] - 35:20
**true** [3] - 55:25, 89:12, 92:7
**try** [13] - 15:6, 21:4, 32:17, 39:7, 39:17, 44:12, 45:9, 48:21, 54:12, 55:7, 67:1, 84:6, 84:11
**trying** [11] - 10:24, 16:12, 20:21, 49:6, 60:14, 65:14, 71:16, 71:17, 73:19, 77:22, 88:19
**Tuesday** [6] - 39:17, 50:5, 50:15, 56:17, 60:9, 82:24
**turn** [3] - 12:7, 29:12, 90:20

**turned** [1] - 53:5
**turning** [1] - 70:8
**two** [33] - 20:17, 21:2, 21:7, 22:17, 23:14, 23:16, 23:23, 28:15, 31:7, 33:2, 36:23, 37:3, 37:13, 37:22, 41:9, 43:11, 45:19, 52:21, 56:13, 58:3, 58:13, 58:22, 59:3, 64:2, 67:1, 67:9, 73:17, 78:6, 80:1, 85:10, 86:12, 91:10
**two-day** [4] - 20:17, 21:7, 23:23, 28:15
**two-paragraph** [1] - 85:10
**two-thirds** [1] - 41:9
**TX** [2] - 3:21, 3:24
**type** [1] - 70:24
**typo** [1] - 28:14

**U**

**U.S** [3] - 2:3, 2:9, 5:12
**unaddressed** [1] - 15:23
**unavailable** [2] - 14:21, 16:13
**under** [8] - 36:4, 42:2, 55:21, 63:5, 69:15, 80:7, 88:4
**Underhill** [3] - 55:20, 56:5, 56:22
**UNDERHILL** [4] - 2:4, 56:22, 56:25, 57:5
**understood** [2] - 66:10, 76:20
**undertake** [1] - 90:1
**undo** [1] - 44:3
**undoubtedly** [2] - 69:1, 72:16
**unfathomable** [1] - 87:16
**unfortunately** [3] - 16:13, 60:22, 88:19
**unidentified** [1] - 27:21
**uniform** [1] - 34:6
**UNITED** [4] - 1:1, 1:12, 2:8, 9:7
**United** [12] - 25:17, 29:2, 55:19, 55:22, 56:2, 58:24, 86:2, 86:7, 86:12, 88:11, 92:5, 92:14
**unless** [4] - 58:15, 60:2, 78:5, 85:19
**unreasonable** [1] -

78:25
**unwilling** [2] - 16:24, 86:20
**up** [80] - 10:23, 10:25, 11:5, 11:11, 13:23, 15:21, 17:14, 18:2, 19:5, 21:1, 21:6, 23:17, 25:24, 25:25, 27:16, 29:17, 29:22, 30:3, 31:19, 32:9, 33:3, 33:16, 34:6, 35:19, 36:6, 37:18, 37:22, 38:8, 38:10, 39:1, 39:4, 40:25, 42:7, 43:6, 46:7, 46:10, 46:25, 48:4, 48:17, 48:22, 50:3, 50:4, 51:9, 51:11, 51:22, 55:7, 56:18, 58:5, 60:15, 61:7, 62:5, 65:3, 65:15, 65:21, 69:15, 73:4, 73:12, 75:23, 77:16, 80:1, 81:8, 81:19, 83:5, 84:17, 84:24, 85:14, 85:25, 87:13, 87:22, 88:18, 89:7, 89:9, 89:15, 90:23, 90:25, 91:4, 91:8
**upcoming** [1] - 47:24
**update** [10] - 11:4, 16:13, 24:23, 49:25, 51:7, 51:17, 51:19, 52:15, 54:6, 86:7
**upset** [1] - 63:11
**upstream** [1] - 43:12
**urgency** [1] - 53:24
**US** [2] - 8:18, 24:21
**USA** [3] - 4:4, 80:14, 81:7

## V

**VA** [1] - 1:21
**valid** [1] - 70:24
**various** [5] - 54:11, 66:15, 66:25, 86:19, 86:25
**varying** [1] - 89:2
**veil** [6] - 79:21, 79:25, 80:13, 81:2, 82:2
**VEIL** [1] - 9:3
**vendor** [3] - 51:10, 51:22, 52:12
**versus** [1] - 43:17
**vibes** [1] - 46:10
**video** [2] - 53:18, 54:21
**view** [2] - 40:10, 59:3

**visit** [2] - 55:13, 80:10
**VOICES** [3] - 10:9, 10:19, 91:15
**volume** [2] - 52:1, 52:3
**voluntarily** [1] - 28:7
**volunteered** [1] - 85:14

## W

**wait** [1] - 14:11
**waited** [1] - 55:6
**WALKER** [2] - 1:19, 5:12
**WALTHER** [1] - 2:19
**wants** [12] - 12:4, 19:25, 31:10, 36:10, 41:6, 48:3, 50:16, 52:20, 53:13, 71:25, 72:2, 89:13
**WARREN** [1] - 4:9
**WASHINGTON** [2] - 2:10, 4:10
**waste** [2] - 67:8, 74:18
**wasting** [1] - 68:11
**Water** [2] - 58:25, 88:5
**WATERSIDE** [1] - 1:21
**ways** [1] - 68:24
**WE** [1] - 9:2
**wearing** [1] - 84:24
**WEATHERFORD** [1] - 5:12
**web** [1] - 65:21
**WEDNESDAY** [1] - 8:4
**Wednesday** [7] - 32:9, 50:5, 50:6, 50:15, 56:15, 56:17, 56:18
**week** [23] - 17:12, 17:14, 30:19, 32:12, 38:10, 40:10, 44:13, 45:9, 46:22, 46:25, 47:2, 48:22, 50:15, 56:15, 59:14, 63:19, 70:19, 75:17, 82:24, 87:5, 87:22
**week's** [1] - 86:8
**week-to-week** [1] - 70:19
**weekend** [1] - 91:12
**weeks** [6] - 49:1, 59:7, 68:5, 71:17, 75:10, 80:1
**WEIGEL** [1] - 4:21
**WEIL** [1] - 5:8
**WEINER** [1] - 4:6
**welcome** [3] - 10:10, 45:16, 84:11
**WENDY** [1] - 6:6

**whatsoever** [1] - 66:22
**wheels** [1] - 75:2
**WHEREUPON** [1] - 91:16
**White** [1] - 86:15
**WHITE** [1] - 9:8
**WHITELEY** [1] - 2:15
**whole** [3] - 23:21, 71:20, 73:18
**wife** [1] - 17:5
**WILL** [1] - 8:19
**WILLIAM** [2] - 1:16, 5:13
**willing** [2] - 16:21, 69:12
**Willis** [3] - 39:16, 39:19, 39:25
**WILLIS** ........................................ [1] - 8:10
**WINTHROP** [1] - 4:12
**wish** [1] - 24:12
**withdrawn** [1] - 38:20
**withholding** [2] - 52:1, 52:9
**witness** [10] - 38:25, 39:4, 41:11, 41:20, 41:24, 42:18, 43:15, 77:6, 82:7, 82:12
**witnesses** [15] - 32:5, 32:14, 37:13, 42:3, 42:11, 42:15, 42:23, 42:24, 43:5, 44:1, 46:5, 57:21, 76:8, 76:21, 82:12
**WITNESSES** [1] - 8:18
**WITNESSES** ........................................ [1] - 8:6
**WITTMANN** [12] - 2:19, 2:20, 13:15, 13:20, 48:8, 48:14, 48:18, 49:2, 49:7, 49:12, 49:18, 49:24
**woman** [1] - 17:4
**wonderful** [1] - 52:14
**words** [1] - 80:23
**workers** [1] - 43:4
**works** [2] - 30:19, 62:23
**WORLDWIDE** [1] - 5:5
**worried** [1] - 87:13
**worry** [1] - 24:9
**worse** [1] - 91:6
**worth** [2] - 39:1, 43:11
**Wright** [2] - 13:23, 16:8
**WRIGHT** [1] - 1:15
**Wright's** [1] - 14:2
**WRIGHT** ........................................ [1] -

7:11
**written** [1] - 58:6
**WRITTEN** [1] - 8:20

## Y

**year** [3] - 30:19, 30:20, 30:21
**years** [1] - 73:18
**yesterday** [9] - 26:9, 39:11, 40:9, 41:17, 44:19, 45:3, 45:13, 48:10, 51:21
**Yilmez** [2] - 23:8, 24:22
**YILMEZ** ........................................ [1] - 7:22
**York** [12] - 15:10, 19:6, 23:2, 26:6, 37:12, 38:4, 44:17, 53:6, 55:13, 69:19, 71:10, 77:10
**YORK** [32] - 3:20, 4:14, 4:22, 5:9, 15:10, 15:15, 15:17, 19:6, 19:12, 22:22, 23:2, 26:6, 26:19, 27:2, 27:4, 27:10, 27:13, 27:22, 38:4, 38:15, 44:17, 44:22, 45:1, 45:15, 53:6, 53:11, 69:17, 69:19, 71:10, 77:10, 77:16, 77:19
**yourself** [4] - 29:10, 56:6, 81:14, 81:15