*EX PARTE* **MOTION TO AMEND ORDER GRANTING MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD FOR MOEX OFFSHORE 2007 LLC**

**SUPPLEMENTAL EXHIBIT "B"**

| Case Name | Docket # | Erroneous Substitution of Counsel for MOEX Offshore 2007 LLC |
|---|---|---|
| *Scott Carswell, et. al. v. Pendleton, et. al.* | 2:11-cv-0260 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Mobile Fixture & Equipment Company, Inc. v. BP, PLC et. al.* | 2:10-cv-03262 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Litchfield Company LLC et. al. v. BP PLC et. al.* | 2:10-cv-03277 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Kunstler et. al. v. Transocean Ltd. et. al.* | 2:10-cv-01345 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Schmalz et. al. v. Transocean Ltd.* | 2:10-cv-01452 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Bartol John Taliancich et. al. v. BP, P.L.C.* | 2:10-cv-01489 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Charles C. Elmer et. al. v. BP, P.L.C. et. al.* | 2:10-cv-01515 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Phillips v. BP America et. al.* | 2:10-cv-01620 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Boettner v. BP plc et. al.* | 2:10-cv-01764 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |

| | | |
|---|---|---|
| *Decatur Hotels, L.L.C. et. al. v. BP, plc et. al.* | 2:10-cv-01767 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Copeland's of New Orleans, Inc. et. al. v. BP, plc et. al.* | 2:10-cv-01926 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Revenue Properties v. BP, P.L.C. et. al.* | 2:10-cv-01947 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Abadie et. al. v. BP, P.L.C. et. al.* | 2:10-cv-02116 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Sevel et. al. v. BP, PLC et. al.* | 2:10-cv-02677 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Loupe v. BP, plc et. al.* | 2:10-cv-02764 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Winnie's Art Cafe (Mahony's Po-Boy Shop) v. BP, plc et. al.* | 2:10-cv-02820 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Bones & Campbell Enterprises, Inc. v. BP p.l.c. et. al.* | 2:10-cv-03068 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Narcosis, Inc. v. BP, PLC et. al.* | 2:10-cv-03077 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *East Shore Land Development, LLC d/b/a Blue Wave Motel Suites v. BP, PLC et. al.* | 2:10-cv-03078 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Gold Fingers Jewelers & Gift Shop et. al. v. BP, PLC et. al.* | 2:10-cv-03079 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |

| | | |
|---|---|---|
| *Gionis et. al. v. BP, PLC et. al.* | 2:10-cv-03080 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *J.J.S. Properties, Inc. d/b/a Post Corner Pizza Restaurant v. BP, PLC et. al.* | 2:10-cv-03082 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Coratella et. al. v. BP, PLC et. al.* | 2:10-cv-03083 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Fred Cochran et. al. v. BP PLC et. al.* | 2:10-cv-03105 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Starchaser, Inc. et. al. v. BP, PLC, et. al.* | 2:10-cv-03107 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Leagre v. BP, PLC et. al.* | 2:10-cv-03186 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Seta v. BP, PLC* | 2:10-cv-03187 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Balius et. al. v. BP, plc et. al.* | 2:10-cv-03271 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Divine Fish House Inc et. al. v. BP, P.L.C. et. al.* | 2:10-cv-03276 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *PGKR Enterprises v. BP, P.L.C.* | 2:10-cv-03278 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Ivy St. Romain et. al. v. BP PLC, et. al.* | 2:2010-cv-02995 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |

| | | |
|---|---|---|
| *Galaris et. al. v. BP, PLC et. al.* | 2:2010-cv-03081 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Emerald Coast Property Group et. al. v. BBP, PLC et. al.* | 2:2010-cv-03091 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *West et. al. v. BP PLC* | 2:2010-cv-03097 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Brandt et. al. v. BP, P.L.C. et. al.* | 2:2010-cv-03275 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Jones (Chase) et. al. v. BP PLC et. al.* | 2:10-cv-04189 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Petitjean v. BP PLC et. al.* | 2:10-cv-04201 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Tracy Acree Construction, Inc. et. al. v. BP, P.L.C. et. al.* | 2:10-cv-04207 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Gulf Manufacturing Company v.BP, PLC et. al.* | 2:10-cv-04209 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Cooley v. BP, plc et. al.* | 2:2010-cv-04212 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Triad Seafood, Inc. et. al. v. BP, P.L.C. et. al.* | 2:10-cv-04359 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Kleppinger v. Transocean Offshore Deepwater Drilling Inc.* | 2:10-cv-03168 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |

| | | |
|---|---|---|
| *Levy v. Transocean Ltd et. al.* | 2:10-cv-01245 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Johnson Bros. Corp. v. BP, PLC, et. al.* | 2:11-cv-00781 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Marlin Oilfield Divers, Inc. v. BP, PLC, et. al.* | 2:11-cv-00855 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Pearson v. BP Exploration & Production, Inc., et. al.* | 2:11-cv-0863 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Black v. BP Exploration & Production, Inc., et. al.* | 2:11-cv-0867 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Murphy (Daniel) v. BP Exploration & Production, Inc.* | 2:11-cv-0874 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Ippolito v. BP Exploration & Production, Inc.* | 2:11-cv-0873 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Slavich, et. al. v. BP, PLC* | 2:11-cv-0878 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Naquin v. BP Exploration & Production, et. al.* | 2:11-cv-0885 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *City of New Orleans v. BP Exploration & Production, Inc.* | 2:11-cv-0890 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Town of Grand Isle, et. al. v. BP Exploration & Production, Inc., et. al.* | 2:11-cv-0893 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |

| | | |
|---|---|---|
| *Jefferson (Parish) et. al. v. BP Exploration & Production, et. al.* | 2:11-cv-0895 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Quality Preheat & Pressure Washers, Inc. v. BP Exploration & Production, Inc., et. al.* | 2:11-cv-00920 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Service One, LLC v. BP Exploration & Production, Inc., et. al.* | 2:11-cv-00921 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Sellno et. al. v. BP Exploration & Production, Inc., et. al.* | 2:11-cv-00925 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Porto Aegean, Inc. et. al. v. BP PLC et. al.* | 2:11-cv-00937 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Mohawk Traveler Transportation, LLC* | 2:11-cv-00950 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Alexander et. al. v. BP Exploration & Production, Inc. et. al.* | 2:11-cv-00951 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Carnival Cruise Line v. BP Exploration and Production, Inc. et. al.* | 2:11-cv-00952 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Levy (Darleen) et. al. v. BP Exploration & Production, Inc. et. al.* | 2:11-cv-00715 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Adams (Guy) v. Anadarko Petroleum Corp, et. al.* | 2:11-cv-1051 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |

| | | |
|---|---|---|
| *State of Louisiana (Lafourche Parish) v.*<br>*BP Exploration & Production Inc. et. al.* | 2:10-cv-01757 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *State of Louisiana (St. Tammany Parish) v.*<br>*BP Exploration & Production Inc. et. al.* | 2:10-cv-01760 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *State of Louisiana (Iberia Parish) v.*<br>*BP Exploration & Production Inc. et. al.* | 2:10-cv-02996 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *State of Louisiana (St. Mary's Parish) v.*<br>*BP Exploration & Production Inc. et. al.* | 2:10-cv-02997 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *State of Louisiana (Terrebonne Parish) v. BP Exploration & Production et. al.* | 2:10-cv-01759 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |
| *Kha Van Nguyen, et al. v BP America, et al.* | 2:10-cv-01741 | John Pritchard<br>Christopher McNevin<br>Edward Flanders |