UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION "J" (1) |
| | JUDGE BARBIER |
| APPLIES TO: 11-274 and 11-275 | MAGISTRATE SHUSHAN |

### ORDER

Considering BP Parties' Motion For Leave To File Reply In Support Of Their Motion To Dismiss Transocean's Complaint In Intervention,

IT IS ORDERED that the BP Parties' Motion for Leave is hereby granted.

New Orleans, Louisiana this 22nd day of June, 2011.

_____
United States District Judge