IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** § | | **MDL NO. 2179** |
| **"Deepwater Horizon" in the** § | | |
| **Gulf of Mexico, on April 20, 2010** § | | |
| § | | |
| § | | |
| **This Document Relates to:** § | | **SECTION: J** |
| *See Exhibit "A"* § | | |
| § | | |
| § | | **JUDGE BARBIER** |
| § | | **MAGISTRATE SHUSHAN** |

### ORDER

Considering the *Ex Parte* Joint Motion to Withdraw and Substitute Counsel of Record for Anadarko E&P Company LP ("AE&P") pursuant to Local Rule 83.2.11, the Motion is hereby Granted.

It is ORDERED that the attorney(s) from Gibbs & Bruns, L.L.P appearing as counsel of record for AE&P be withdrawn from the dockets listed on the attached Exhibit "A" and substituted with the attorneys identified on Exhibit "A" from Kuchler, Polk, Schell, Weiner & Richeson, LLC along with the attorneys from Bingham McCutchen LLP, to the extent they have not already appeared in these cases. The substituting counsel shall be shown as noted on the MDL 2179 related dockets referenced on Exhibit A. As a result of the foregoing withdrawal, the Court orders that all attorneys from the law firm of Gibbs and Bruns, L.L.P. should no longer be listed as counsel of record or otherwise appear on behalf of AE&P in any MDL 2179 related case. The Clerk's Office shall update the relevant MDL 2179 related dockets accordingly.

New Orleans, Louisiana this 23rd day of June, 2011.

_____
United States District Judge