

SUTHERLAND ASBILL & BRENNAN LLP
First City Tower
1001 Fannin, Suite 3700
Houston, TX 77002-6760
713.470.6100  Fax 713.654.1301
www.sutherland.com

DAVID A. BAAY
DIRECT LINE: 713.470.6112
E-mail: david.baay@sutherland.com

June 23, 2011

**VIA ELECTRONIC MAIL**

Honorable Sally Shushan
United States Magistrate Judge
Eastern District of Louisiana
500 Poydras Street, Soom B-345
New Orleans, LA 70130

      RE:    In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010, MDL 2179

Dear Judge Shushan:

      In response to the Court's Order dated June 17, 2011, requesting responses to questions related to the preservation and long-term storage of the Deepwater Horizon ("DWH") blowout preventer ("BOP"), Transocean requests that the BOP be immediately released to Transocean at the conclusion of the forensic examination at the NASA Michoud facility.

      As was demonstrated to the Court during the initial stages of the forensic examination, Transocean has the necessary expertise to transport the BOP to a location of its choosing and is willing to assume the costs associated with the related transportation. Transocean does not believe it necessary to preserve the BOP for long-term storage but has developed the required protocol for preserving the BOP if the Court deems it necessary.

      In response to the other questions posed in the Court's Order, Transocean does not believe it necessary that Judge Barbier view the BOP at Michoud before the February 12, 2012 trial setting. Transocean has not yet determined whether it will use a model of the BOP during the trial.

      Transocean thanks the Court for the consideration of these issues.

                                      Sincerely,

                                      David A. Baay

12890499.1