UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION |
| | MDL 2179 |
| Member Case: <u>Art Catering, Inc. v. Gorney et al.</u>; 11-1136 | SECTION "J" (2) |

### ORDER

The captioned case has recently been reassigned and referred to me by Judge Barbier. Record Doc. No. 2986. Accordingly,

**IT IS ORDERED** that a status conference is hereby **SCHEDULED** in this matter on **JULY 7, 2011 at 3:00 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B409, New Orleans, Louisiana. The purpose of the conference is to discuss pending motions; service of the unserved defendant, Jimmy Podaras; and scheduling of pre-trial and trial dates, if appropriate. Parties who wish to participate in the conference by telephone may make arrangements to do so by calling the undersigned magistrate judge's chambers at 504-589-7630.

New Orleans, Louisiana, this    23rd    day of June, 2011.

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE