From:
"Fitch, Warren Anthony" <Tony.Fitch@bingham.com>
To:
"'Sally_Shushan@laed.uscourts.gov'" <Sally_Shushan@laed.uscourts.gov>
Cc:
"'Mike_OKeefe@laed.uscourts.gov'" <Mike_OKeefe@laed.uscourts.gov>, "'jimr@wrightroy.com'" <jimr@wrightroy.com>, "'SHERMAN@hhkc.com'" <SHERMAN@hhkc.com>, "'Mike.Underhill@usdoj.gov'" <Mike.Underhill@usdoj.gov>, "'CMaze@ago.state.al.us'" <CMaze@ago.state.al.us>, "'DWH Defense Liaison Counsel'" <liaison2179@liskow.com>, "'DWH Defense Steering Committee'" <Dsc2179@liskow.com>, "'DWH USA'" <deepwater.horizon@usdoj.gov>
Date:
06/23/2011 10:17 AM
Subject:
June 20 Order Regarding Issue of Preservation of the BOP

Judge Shushan --

    Anadarko respectfully responds as follows to your June 20 Order directing the parties to respond to certain questions regarding the "Issue of Preservation of the BOP."

    1.  Anadarko believes that the BOP should be preserved in its present state, for a certain period of time and for certain reasons and purposes, as discussed hereinbelow.

    2.  Anadarko believes that the BOP should be preserved in its present state through the end of Phase 1 of the trial or at least through the close of Phase 1 discovery (factual and expert) and the completion of other measures as discussed hereinbelow.

    3.  Anadarko anticipates that other parties will generally share the view expressed herein and is willing to participate in a reasonable cost-sharing arrangement with respect to preservation of the BOP in its present state for a specified period of time.

    4.  Anadarko is willing to consider any reasonable arrangement with respect to the storage and preservation of the BOP.  If the BOP is released to, or made available to, TO or any other party, that party must agree to preserve the BOP in its present state until the measures discussed hereinafter are completed. If that party conducts more testing on the BOP, any and all such testing must be subject to the Court's authorization and oversight; other parties must be permitted, as before, to participate in the design of the testing and to monitor the testing; and the results of any such testing must be made available to the other parties promptly and well before the close of expert discovery.

    5.  Anadarko believes that viewing of the BOP by Judge Barbier before or during the 2012 trial as part of his fact-finding process is likely to be beneficial.  Anadarko believes that the remarkable size of the BOP, other features of the BOP, and the damage to the BOP from events that will be at issue in the trial are difficult to grasp without actually seeing the BOP.  Anadarko also believes that seeing the BOP will facilitate the Court's understanding of the testing that has been done.  Anadarko recognizes that logistical arrangements related to such a viewing, as well as issues about the presence of counsel (and perhaps the parties' BOP expert that have been monitoring the testing) for the parties may be a bit convoluted, but this Court has

certainly demonstrated that it can address and resolve any such matters efficiently, effectively and equitably Thus, Anadarko concludes that, on balance, viewing of the BOP by the Court is not only advisable but important.

     6.  Anadarko presently anticipates that it will not be using a three-dimensional model of the BOP at trial, but Anadarko does expect to be prepared to adduce at trial graphical/animated evidence regarding the BOP to the extent that it needs to do so in light of anticipated similar presentations by other parties.

**Warren Anthony Fitch**
*Partner*
T 202.373.6695
F 202.373.6001
tony.fitch@bingham.com

B I N G H A M
Bingham McCutchen LLP
2020 K Street NW
Washington, DC 20006-1806