

DONALD E. GODWIN - SHAREHOLDER
BOARD CERTIFIED - CIVIL TRIAL LAW -
TEXAS BOARD OF LEGAL SPECIALIZATION
DIRECT DIAL:     214.939.4412
DIRECT FAX:      214.939.4803
DGodwin@GodwinRonquillo.com

**DALLAS** HOUSTON

*Attorneys and Counselors*

Renaissance Tower
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
214.939.4400
800.662.8393
214.760.7332  Fax

GodwinRonquillo.com

June 23, 2011

Magistrate Judge Sally Shushan
U.S. District Court
Eastern District of Louisiana
500 Poydras Street
Room B345
New Orleans, LA  70130

Re:     *In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*; MDL No. 2179, United States Court Eastern District of Louisiana

Dear Judge Shushan:

In response to this Court's Order dated June 17, 2011, regarding BOP preservation issues, please note Halliburton's responses to the Court's posed questions:

1.  Do you want to preserve the BOP and why do you want to preserve it?

    Halliburton does not desire to preserve the BOP.

2.  If you answer yes to question no. 1, how long do you want to preserve it?

    Halliburton does not desire to preserve the BOP.

3.  If you answered yes to question no. 1, are you prepared to pay all of the cost of preserving it, including any maintenance required for long term preservation?

    Because it does not desire to preserve the BOP, Halliburton will not participate in the payment of preservation costs.

4.  Do you have any objection to the BOP being released to Transocean as the owner of the BOP?

    Halliburton has no objection to the BOP being released to Transocean.

1683869 v1-24117/0002 CORR

June 23, 2011
Page 2

5. Do you request that District Judge Barbier view the BOP at Michoud before the February 2012, and if so, why?

   Halliburton leaves the decision whether to physically view the BOP prior to trial to Judge Barbier's discretion.

6. Do you intend to use a model of the BOP at the February 2012 trial?

   Halliburton has not yet decided if it will use a model of the BOP at trial.

   Sincerely yours,

   Donald E. Godwin

DEG:fmh

1683869 v1-24117/0002 CORR