# STONE PIGMAN WALTHER WITTMANN L.L.C.

### COUNSELLORS AT LAW

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
www.stonepigman.com

PHILLIP A. WITTMANN
DIRECT DIAL: (504) 593-0804
DIRECT FAX: (504) 596-0804
E-Mail: pwittmann@stonepigman.com

OUR FILE NUMBER

45,600

June 23, 2011

Honorable Sally Shushan
Magistrate Judge
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room B-345
New Orleans, Louisiana 70130

    Re:    MDL No. 2179
              In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
              In the Gulf of Mexico on April 20, 2010

Dear Judge Shushan:

        Below please find responses of Cameron International Corporation to the Court's Order Regarding Issue of the Preservation of the BOP:

    **1. Do you want to preserve the BOP and why do you want to preserve it?**

        Cameron expresses no opinion on the preservation of the BOP.

    **2. If you answer yes to question no. 1, how long do you want to preserve it?**

        N/A.

    **3. If you answer yes to question no. 1, are you prepared to pay all of the cost of preserving it, including any maintenance required for long term preservation?**

        N/A.

    **4. Do you have any objection to the BOP being released to Transocean as the owner of the BOP?**

        No.

1060975v.1

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE   2

June 23, 2011

> **5. Do you request that District Judge Barbier view the BOP at Michoud before the February 2012, and if so, why?**
>
> No.
>
> **6. Do you intend to use a model of the BOP at the February 2012 trial?**
>
> At this time, Cameron does not know the demonstrative exhibits or models it will use at trial. However, it is likely Cameron will use demonstrative exhibits or models to depict the BOP.
>
> With kind regards, I remain,
>
> Sincerely,
>
> *Phil Wittmann*
>
> Phillip A. Wittmann

PAW:rms

cc:     Defense Liaison Counsel
        Defense Steering Committee
        Plaintiff's Liaison Counsel
        Mr. R. Michael Underhill
        Mr. Luther Strange
        Mr. Corey L. Maze
        Mr. Richard L. Gorman
        Mr. Mark Cohen
        Ms. Ruth Colvin
        Mr. Scott Bickford
        Ms. Carolyn Raines
        Ms. Heather S. Kennealy
        Mr. Steve O'Rourke
        Mr. Charles Wallace
        Ms. Kat Shea
        Mr. Michael O'Keefe