UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL No. 2179 |
|    "DEEPWATER HORIZON" in the | * | |
|    GULF OF MEXICO, on | * | |
|    APRIL 20, 2010 | * | SECTION: J |
| | * | |
| | * | |
| | * | JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |
| | * | |

## ORDER

Considering the Motion of the Claimants / Plaintiffs to Dismiss with Prejudice Pursuant to Rule 41 (a)(2):

**IT IS HEREBY ORDERED** that all claims of the following Claimants / Plaintiffs are dismissed with Prejudice.

| | **Document No.** | **Cause No.** | **Plaintiff/Claimant** |
|---|---|---|---|
| 1. | 22605 | CA-10-8888 | Dawn M. Klosterman |
| 2. | 43818 | CA-10-8888 | Dinah Sawyer |
| 3. | 10026 | CA-10-8888 | Gourmet Buffet d/b/a Palette Café |

New Orleans, Louisiana, this the ____ day of _____, 2011.

 

_____
UNITED STATES DISTRICT COURT JUDGE