UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * * * | MDL No. 2179<br><br>SECTION: J<br><br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

___

## ORDER

Considering the Motion of the Claimants / Plaintiffs to Dismiss with Prejudice Pursuant to Rule 41 (a)(2):

**IT IS HEREBY ORDERED** that all claims of the following Claimants / Plaintiffs are dismissed with Prejudice.

| | **Document No.** | **Cause No.** | **Plaintiff/Claimant** |
|---|---|---|---|
| 1. | 84 | CA-10-8888 | McAllister Construction Company, LLC |
| 2. | 43 | CA-10-8888 | Karma Tattoo (Matt McClellan) |
| 3. | 44 | CA-10-8888 | Karma Tattoo (Scottilynn McClellan) |
| 4. | 62 | CA-10-8888 | Plaza Vea Inc. d/b/a Margaritas Mexican Restaurant |
| 5. | 61 | CA-10-8888 | WCA Restaurants, Inc. |
| 6. | 63 | CA-10-8888 | WACR Investments, Inc. d/b/a Las Cazuelas Cocina |

New Orleans, Louisiana, this the ____ day of _____, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE