UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL No. 2179 |
|     "DEEPWATER HORIZON" in the | * | |
|     GULF OF MEXICO, on | * | |
|     APRIL 20, 2010 | * | SECTION: J |
| | * | |
| | * | |
| | * | JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |
| | * | |

___

**CLAIMANT'S / PLAINITFF'S RULE 41(a)(2)
MOTION TO DISMISS WITH PREJUDICE**

NOW INTO COURT, Plaintiff / Claimant, by and through the undersigned counsel, and file his *Rule 41 (a)(2) Motion to Dismiss with Prejudice*, and, in support thereof, would show the Court as follows:

1. Claimant / Plaintiff filed his *Direct Filing Short Forms* on or before April 20, 2011. As stated in the *Direct Filing Short Form*, Claimant / Plaintiff was asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopted and incorporated the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join, and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in the MDL 2179 (10 md 2179).

2. As instructed by the Court, Claimant's / Plaintiff's *Direct Filing Short Forms* was

filed in CA No. 10-888, by prior order of the Court [Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc.982 in MDL 2179], the filing of the *Direct Filing Short Forms* in C.A. No. 10-888 were deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179.

  3. Since the filing of Plaintiff's *Direct Filing Short Forms*, Plaintiff has settled his claim through the Gulf Coast Claims Facility and no counterclaim against this particular Plaintiff / Claimant has been filed. As such, the following Plaintiff / Claimant would respectfully request the Court pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, to dismiss all his claims in all collective actions set forth above in this cause:

| | **Document No.** | **Cause No.** | **Plaintiff/Claimant** |
|---|---|---|---|
| 1. | 91 | CA-10-8888 | The Bartrick Co., d/b/a The Blind Mule |

  WHEREFORE, all of the above listed Plaintiff / Claimant requests that his *Motion to Dismiss with Prejudice* be granted or terms that the court considers proper together with any and all other relief in favor of the Plaintiff / Claimant deemed appropriate by this Honorable Court.

  Respectfully submitted, this the 23rd day of June, 2011.

               Claimant / Plaintiff

               s/J. Parker Miller
               J. Parker Miller
               BEASLEY, ALLEN, CROW,
               METHVIN, PORTIS & MILES, P.C.
               Post Office Box 4160
               Montgomery, AL 36104
               (334) 269-2343

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served via E-Mail, a true and correct copy of the above and foregoing Plaintiff's *Motion to Dismiss* to All Counsel of Record.

This the 23rd day of June, 2011.

                                          s/J. Parker Miller
                                          OF COUNSEL