UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * * * | MDL No. 2179<br><br>SECTION: J<br><br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

___

## ORDER

Considering the Motion of the Claimant / Plaintiff to Dismiss with Prejudice Pursuant to Rule 41 (a)(2):

**IT IS HEREBY ORDERED** that all claims of the following Claimant / Plaintiff are dismissed with Prejudice.

| | **Document No.** | **Cause No.** | **Plaintiff/Claimant** |
|---|---|---|---|
| 1. | 91 | CA-10-8888 | The Bartrick Co., d/b/a The Blind Mule |

New Orleans, Louisiana, this the ____ day of _____, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE