## Himmelhoch, Sarah (ENRD)

| | |
|---|---|
| **From:** | Hedgpeth, Tiffany [tiffany.hedgpeth@bingham.com] |
| **Sent:** | Tuesday, April 26, 2011 7:07 PM |
| **To:** | Himmelhoch, Sarah (ENRD) |
| **Cc:** | Kirby, Ky E.; Deb Kuchler |
| **Subject:** | RE: Deepwater Horizon: Proposed Order Regarding Analysis of Samples |

Sarah, an "extract" refers to the combination of solvent and compounds extracted from an environmental sample (water, soil, sediment or tissue).

Thanks

---

**From:** Himmelhoch, Sarah (ENRD) [mailto:Sarah.Himmelhoch@usdoj.gov]
**Sent:** Friday, April 22, 2011 11:05 AM
**To:** Hedgpeth, Tiffany
**Cc:** Kirby, Ky E.; Deb Kuchler
**Subject:** RE: Deepwater Horizon: Proposed Order Regarding Analysis of Samples

Can you clarify what you mean by sample extract so I can make sure I get the right answer?

---

**From:** Hedgpeth, Tiffany [mailto:tiffany.hedgpeth@bingham.com]
**Sent:** Friday, April 22, 2011 2:03 PM
**To:** Himmelhoch, Sarah (ENRD)
**Cc:** Kirby, Ky E.; 'Deb Kuchler'
**Subject:** RE: Deepwater Horizon: Proposed Order Regarding Analysis of Samples

MOEX and Anadarko have a concern that paragraph 13, which currently reads "The United States and/or any Trustee may dispose of any mixtures or residues created during or remaining after Analytical Testing conducted in accordance with the requirements of this Order." could be interpreted as allowing for the immediate disposal of sample extracts. It is our position that extracts should be preserved. Please let us know if it was the US's intention to include extracts within the meaning of "mixtures or residues created." If it is not the US's intention to do so, then please provide a clarification that it does not apply to extracts.

Thanks

---

**From:** Himmelhoch, Sarah (ENRD) [mailto:Sarah.Himmelhoch@usdoj.gov]
**Sent:** Wednesday, April 20, 2011 12:48 PM
**To:** Barr, Brian; DeSanctis, Joseph; Eisert, Joseph; Hedgpeth, Tiffany; Beck, David J.; Centralized Mailbox; Godwin, Donald E.; Haycraft, Don K.; Kirby, Ky E.; Kuchler, Deborah D.; Lanagan, Andrew; Lyle, Michael J.; Miller, Kerry J.; Wittman, Phillip A.; Chakeres, Aristide (ENRD); Chang, Deanna (ENRD); Delemarre, Michelle (CIV); Gross, Robert (CIV); Lawrence, Malinda R. (CIV); McClellan, Jessica L. (CIV); Nasberg, Lisa (ENRD); Shutler, Sharon (CIV); Stanton, Allison (CIV); Sullivan, Jessica (CIV); Walmsley, Tammy (CIV); Alabama -- Tambling, R.; Florida -- Kent, Russell; Louisiana -- Peterson, Lillie; Louisiana -- Terrell, Megan; Mississippi -- Wood, M.; Texas -- Canaday, Nicholas ; Herman, Stephen J.; Roy, James Parkerson
**Subject:** RE: Deepwater Horizon: Proposed Order Regarding Analysis of Samples

How utterly humiliating. My apologies. Here it is.

---

**From:** David Beck [mailto:DBECK@brsfirm.com]
**Sent:** Wednesday, April 20, 2011 3:51 PM

1

**To:** Himmelhoch, Sarah (ENRD)
**Subject:** Re: Deepwater Horizon: Proposed Order Regarding Analysis of Samples

Sarah, no order attached.

---

**From**: Himmelhoch, Sarah (ENRD)
**To**: Barr, Brian ; DeSanctis, Joseph ; Eisert, Joseph ; Hedgpeth, Tiffany ; David Beck; Centralized Mailbox ; Donald Godwin; Don Haycraft; Ky Kirby; Deb Kuchler; Lanagan, Andrew ; Mike Lyle; Miller, Kerry J. ; Wittman, Phillip A. ; Chakeres, Aristide (ENRD) ; Chang, Deanna (ENRD) ; Delemarre, Michelle (CIV) ; Gross, Robert (CIV) ; Lawrence, Malinda R. (CIV) ; McClellan, Jessica L. (CIV) ; Nasberg, Lisa (ENRD) ; Shutler, Sharon (CIV) ; Stanton, Allison (CIV) ; Sullivan, Jessica (CIV) ; Walmsley, Tammy (CIV) ; Alabama -- Tambling, R. ; Florida -- Kent, Russell ; Louisiana -- Peterson, Lillie ; Louisiana -- Terrell, Megan ; Mississippi -- Wood, M. ; Texas -- Canaday, Nicholas ; Herman, Stephen J. ; Roy, James Parkerson
**Cc**: O'Rourke, Steve (ENRD) ; Underhill, Mike (CIV) ; Mariani, Tom (ENRD) ; Frost, Peter (CIV)
**Sent**: Wed Apr 20 14:15:47 2011
**Subject**: Deepwater Horizon: Proposed Order Regarding Analysis of Samples
Counsel –

Please review the attached proposed order that is designed to address certain preservation issues related to the analysis of samples subject to the preservation requirements of Pretrial Order.  This proposed order also includes the amendment to PTO 30 previously proposed to you by separate email.

Please advise on or before May 6, 2011 at 6 pm eastern time if you object to this proposed order.

Thank you for your attention to this important matter.

Sarah D. Himmelhoch
Senior Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
202-514-0180 (phone)

---

Confidentiality Notice: The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone.

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.