## Himmelhoch, Sarah (ENRD)

| | |
|---|---|
| **From:** | Himmelhoch, Sarah (ENRD) |
| **Sent:** | Tuesday, May 31, 2011 6:57 PM |
| **To:** | 'Saunders, Daniel A.' |
| **Cc:** | Barr, Brian; DeSanctis, Joseph; Eisert, Joseph; Hedgpeth, Tiffany; Israel, Brian; Beck, David J.; Centralized Mailbox; Godwin, Donald E.; Haycraft, Don K.; Kirby, Ky E.; Kuchler, Deborah D.; Langan, Andrew; Lyle, Michael J.; Miller, Kerry J.; Wittman, Phillip A.; Chakeres, Aristide (ENRD); Chang, Deanna (ENRD); Delemarre, Michelle (CIV); Gross, Robert (CIV); Lawrence, Malinda R. (CIV); McClellan, Jessica L. (CIV); Nasberg, Lisa (ENRD); Shutler, Sharon (CIV); Stanton, Allison (CIV); Sullivan, Jessica (CIV); Walmsley, Tammy (CIV); Alabama -- Tambling, R.; Florida -- Kent, Russell; Louisiana -- Peterson, Lillie; Louisiana -- Terrell, Megan; Mississippi -- Wood, M.; Texas -- Canaday, Nicholas ; Herman, Stephen J.; Roy, James Parkerson |
| **Subject:** | RE: Deepwater Horizon: Proposed Order Regarding Analysis of Samples |

| **Tracking:** | **Recipient** | **Delivery** |
|---|---|---|
| | 'Saunders, Daniel A.' | |
| | Barr, Brian | |
| | DeSanctis, Joseph | |
| | Eisert, Joseph | |
| | Hedgpeth, Tiffany | |
| | Israel, Brian | |
| | Beck, David J. | |
| | Centralized Mailbox | |
| | Godwin, Donald E. | |
| | Haycraft, Don K. | |
| | Kirby, Ky E. | |
| | Kuchler, Deborah D. | |
| | Langan, Andrew | |
| | Lyle, Michael J. | |
| | Miller, Kerry J. | |
| | Wittman, Phillip A. | |
| | Chakeres, Aristide (ENRD) | Delivered: 5/31/2011 6:57 PM |
| | Chang, Deanna (ENRD) | Delivered: 5/31/2011 6:57 PM |
| | Delemarre, Michelle (CIV) | Delivered: 5/31/2011 6:57 PM |
| | Gross, Robert (CIV) | Delivered: 5/31/2011 6:57 PM |
| | Lawrence, Malinda R. (CIV) | Delivered: 5/31/2011 6:57 PM |
| | McClellan, Jessica L. (CIV) | Delivered: 5/31/2011 6:57 PM |
| | Nasberg, Lisa (ENRD) | Delivered: 5/31/2011 6:57 PM |
| | Shutler, Sharon (CIV) | Delivered: 5/31/2011 6:57 PM |
| | Stanton, Allison (CIV) | |
| | Sullivan, Jessica (CIV) | Delivered: 5/31/2011 6:57 PM |
| | Walmsley, Tammy (CIV) | Delivered: 5/31/2011 6:57 PM |
| | Alabama -- Tambling, R. | |
| | Florida -- Kent, Russell | |
| | Louisiana -- Peterson, Lillie | |
| | Louisiana -- Terrell, Megan | |
| | Mississippi -- Wood, M. | |
| | Texas -- Canaday, Nicholas | |
| | Herman, Stephen J. | |
| | Roy, James Parkerson | |

1

Mr. Saunders –

First, please call me Sarah – I don't impose my last name on anyone unless it's absolutely necessary.

Second, could please advise if Anadarko considers materials purchased for testing, as opposed to field samples, to be subject to the preservation requirement?  For instance, if a party were to purchase dispersant, biological specimens, or cement components from a vendor today would they be required to preserve those if they were used in analytical testing?  Or is Anadarko's position regarding the obligation to "preserve a sufficient amount of the sample to ensure that another party can reproduce the analytical testing" confined to samples gathered from the field (such as sediment samples, oil samples, or animal tissues)?  That would help me identify how far apart the parties are on this point.

I also welcome other counsel to advise of their clients' position on this matter.

Thank you in advance.

Sarah

(ALSO, the paragraph with the change was paragraph 10).

---

**From:** Saunders, Daniel A. [mailto:daniel.saunders@bingham.com]
**Sent:** Friday, May 27, 2011 6:31 PM
**To:** Himmelhoch, Sarah (ENRD)
**Cc:** Barr, Brian; DeSanctis, Joseph; Eisert, Joseph; Hedgpeth, Tiffany; Israel, Brian; Beck, David J.; Centralized Mailbox; Godwin, Donald E.; Haycraft, Don K.; Kirby, Ky E.; Kuchler, Deborah D.; Langan, Andrew; Lyle, Michael J.; Miller, Kerry J.; Wittman, Phillip A.; Chakeres, Aristide (ENRD); Chang, Deanna (ENRD); Delemarre, Michelle (CIV); Gross, Robert (CIV); Lawrence, Malinda R. (CIV); McClellan, Jessica L. (CIV); Nasberg, Lisa (ENRD); Shutler, Sharon (CIV); Stanton, Allison (CIV); Sullivan, Jessica (CIV); Walmsley, Tammy (CIV); Alabama -- Tambling, R.; Florida -- Kent, Russell; Louisiana -- Peterson, Lillie; Louisiana -- Terrell, Megan; Mississippi -- Wood, M.; Texas -- Canaday, Nicholas ; Herman, Stephen J.; Roy, James Parkerson
**Subject:** RE: Deepwater Horizon: Proposed Order Regarding Analysis of Samples

Ms. Himmelhoch,

On behalf of Anadarko, we do have one significant objection to the proposed order that was addressed in my letter.  Paragraph 12 authorizes destructive analytical testing on any sample collected by the United States and/or any Trustee on or after 1/1/11, without the requirement in paragraph 10 (applicable to samples collected through 12/31/10) that a sufficient amount of the sample be preserved to ensure that another party can reproduce the analytical testing.
We request that paragraph 12 be revised to include the same preservation requirements of paragraph 10 (or, alternatively, that paragraph 12 be deleted and the end date of 12/31/10 simply be omitted from paragraph 10).  Absent that revision, Anadarko objects to paragraph 12 to the extent that it does not require preservation of a sufficient amount of the sample to ensure that another party can reproduce the analytical testing.

Apart from that, I agree with you that the proposed order does not address the *method* of preservation
of any samples held back from destructive testing, and further agree with your suggestion that your motion make clear that the parties are still discussing the method of preservation.  Anadarko reiterates its objection to any storage that allows for premature spoliation and reserves its right to seek an adverse inference from any such spoliation, as further specified in my letter of May 17, 2011,  I look forward to receiving the United States' response to that letter.

Sincerely,

Dan Saunders

*Print Less —> Go Green*

_____

2

**Daniel A. Saunders**
*Partner*
T 310.255.9087
F 310.907.2087
daniel.saunders@bingham.com
**B I N G H A M**
Bingham McCutchen LLP
The Water Garden
Fourth Floor
North Tower
1620 26th Street
Santa Monica, CA 90404-4060

---

**From:** Himmelhoch, Sarah (ENRD) [mailto:Sarah.Himmelhoch@usdoj.gov]
**Sent:** Friday, May 27, 2011 2:04 PM
**To:** Saunders, Daniel A.
**Cc:** Barr, Brian; DeSanctis, Joseph; Eisert, Joseph; Hedgpeth, Tiffany; Israel, Brian; Beck, David J.; Centralized Mailbox; Godwin, Donald E.; Haycraft, Don K.; Kirby, Ky E.; Kuchler, Deborah D.; Langan, Andrew; Lyle, Michael J.; Miller, Kerry J.; Wittman, Phillip A.; Chakeres, Aristide (ENRD); Chang, Deanna (ENRD); Delemarre, Michelle (CIV); Gross, Robert (CIV); Lawrence, Malinda R. (CIV); McClellan, Jessica L. (CIV); Nasberg, Lisa (ENRD); Shutler, Sharon (CIV); Stanton, Allison (CIV); Sullivan, Jessica (CIV); Walmsley, Tammy (CIV); Alabama -- Tambling, R.; Florida -- Kent, Russell; Louisiana -- Peterson, Lillie; Louisiana -- Terrell, Megan; Mississippi -- Wood, M.; Texas -- Canaday, Nicholas ; Herman, Stephen J.; Roy, James Parkerson
**Subject:** Deepwater Horizon: Proposed Order Regarding Analysis of Samples

Mr. Saunders,

The United States is preparing a response to your letter of May 17, 2011 regarding the *method* for preserving samples and extracts in the possession of the United States. It appears from your letter that you do not have any other comments on or objections to our proposed order. If that is the case, since our proposed order does not address how we preserve but rather what we preserve, we ask whether you consent to entry of the order if we make it clear in our motion that the parties are still discussing the *method* of preservation.

No other party has objected to entry of the order, and therefore, the United States is anxious to move the Court for its entry. If you could please advise us of your position before 6 p.m. on June 2, 2011, it would be greatly appreciated.

Thank you for your attention to this matter,

Sincerely,

Sarah D. Himmelhoch
Senior Litigation Counsel for E-Discovery
Environment & Natural Resources Division
202-514-0810

ALL COUNSEL: Please note one change to the proposed order: In paragraph change the word "sufficient" was changed to "insufficient" to correct a rather significant typographical error. If you have any objection to this change, please advise as soon as possible but no later than 6 pm on June 2, 2011. THANK YOU.

Confidentiality Notice: The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone.

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.