## Himmelhoch, Sarah (ENRD)

| | |
|---|---|
| **From:** | Joseph DeSanctis [jdesanctis@kirkland.com] |
| **Sent:** | Thursday, June 23, 2011 10:28 AM |
| **To:** | Himmelhoch, Sarah (ENRD) |
| **Cc:** | Stanton, Allison (CIV); Langan, Andrew; Chakeres, Aristide (ENRD); Barr, Brian; Israel, Brian; Beck, David J.; Chang, Deanna (ENRD); Godwin, Donald E.; Haycraft, Don K.; Kuchler, Deborah D.; Louisiana -- Peterson, Lillie; Joseph Eisert; McClellan, Jessica L. (CIV); Sullivan, Jessica (CIV); Roy, James Parkerson; Kakesh, Joseph; Miller, Kerry J.; Kirby, Ky E.; Centralized Mailbox; Nasberg, Lisa (ENRD); Lawrence, Malinda R. (CIV); Lyle, Michael J.; Delemarre, Michelle (CIV); Mississippi -- Wood, M.; Texas -- Canaday, Nicholas ; Wittman, Phillip A.; rgasaway@kirkland.com; Gross, Robert (CIV); Alabama -- Tambling, R.; Florida -- Kent, Russell; Shutler, Sharon (CIV); Herman, Stephen J.; Walmsley, Tammy (CIV); Louisiana -- Terrell, Megan; Hedgpeth, Tiffany |
| **Subject:** | Re: Deepwater Horizon:  Proposed Order relating to Analysis of Samples |

Sarah

BP is fine with the paragraph that you have added to the DOJ proposed order regarding the preservation of animal carcasses.

Thank you for your consideration in this matter.

Joe

Joseph J. DeSanctis
Kirkland & Ellis LLP
655 15th Street, NW
Washington, DC  20005
(202) 879-5967

**"Himmelhoch, Sarah (ENRD)"**
**<Sarah.Himmelhoch@usdoj.gov>**

06/22/2011 09:21 PM

| | |
|---|---|
| To | <jdesanctis@kirkland.com>, "Kakesh, Joseph" <Joseph.Kakesh@APORTER.COM>, <rgasaway@kirkland.com>, "Joseph Eisert" <jeisert@kirkland.com>, "Barr, Brian" <BBarr@levinlaw.com>, "DeSanctis, Joseph" <jdesanctis@kirkland.com>, "Eisert, Joseph" <jeisert@kirkland.com>, "Hedgpeth, Tiffany" <tiffany.hedgpeth@bingham.com>, "Israel, Brian" <Brian.Israel@APORTER.COM>, "Beck, David J." <dbeck@brsfirm.com>, "Centralized Mailbox" <liaison2179@liskow.com>, "Godwin, Donald E." <dgodwin@godwinronquillo.com>, "Haycraft, Don K." <dkhaycraft@liskow.com>, "Kirby, Ky E." <ky.kirby@bingham.com>, "Kuchler, Deborah D." <dkuchler@kuchlerpolk.com>, "Langan, Andrew" <andrew.langan@kirkland.com>, "Lyle, Michael J." <michael.lyle@weil.com>, "Miller, Kerry J." <kmiller@frilot.com>, "Wittman, Phillip A." <pwittman@stonepigman.com>, "Chakeres, Aristide (ENRD)" <Aristide.Chakeres@usdoj.gov>, "Chang, Deanna (ENRD)" <Deanna.Chang@usdoj.gov>, "Delemarre, Michelle (CIV)" <Michelle.Delemarre@usdoj.gov>, "Gross, Robert (CIV)" <Robert.Gross@usdoj.gov>, "Lawrence, Malinda R. (CIV)" <Malinda.R.Lawrence@usdoj.gov>, "McClellan, Jessica L. (CIV)" <Jessica.L.McClellan@usdoj.gov>, "Nasberg, Lisa (ENRD)" <Lisa.Nasberg@usdoj.gov>, "Shutler, Sharon (CIV)" <Sharon.Shutler@usdoj.gov>, "Stanton, Allison (CIV)" <Allison.Stanton@usdoj.gov>, "Sullivan, Jessica (CIV)" <Jessica.Sullivan@usdoj.gov>, "Walmsley, Tammy (CIV)" <Tammy.Walmsley@usdoj.gov>, "Alabama -- Tambling, R." <RTambling@ago.state.al.us>, "Florida -- Kent, Russell" <russell.kent@myfloridalegal.com>, "Louisiana -- Peterson, Lillie" <e.petersen@kanner-law.com>, "Louisiana -- Terrell, Megan" <TerrellM@ag.state.la.us>, "Mississippi -- Wood, M." <MWOOD@ago.state.ms.us>, "Texas -- Canaday, Nicholas " <Nicholas.Canaday@oag.state.tx.us>, "Herman, Stephen J." <sherman@hhkc.com>, "Roy, James Parkerson" <jimr@wrightroy.com> |
| cc | |
| Subject | Deepwater Horizon:  Proposed ORder relating to Analysis of Samples |

Joe –

Thank you for your comments on the proposed order relating to analysis of samples. We have adopted your change relating to the capitalization of "preserve". Your proposed change to paragraph 11, however, did not accomplish what I understood to be the intent of the language we had discussed.

As I understood the intent of the language I inadvertently omitted, we were trying to make it clear that if the United States collected an animal carcass, say a turtle, and took a sample of the stomach contents, it could not discard the remainder of the turtle carcass after performing analytical testing on the stomach contents.

Your proposed change would prohibit the United States from performing an analysis of the stomach contents pursuant to the Order unless there were enough stomach contents to repeat the test or all parties consented. I don't think that was the intent of your change and, if it was, we cannot agree.

I have added a paragraph that gets at the concept I thought we were intending to address. If you (or any other Liaison Counsel) has an objection to this proposed order as now drafted, please advise me before noon tomorrow (i.e. June 23, 2011 at 12 pm eastern time). I intend to file this motion tomorrow as soon as practicable after noon.

As to your question regarding a similar order applying to BP, we would support such an order, but believe it is appropriate to address that issue in a separate motion and proposed order for many reasons, including the fact that an order applicable to parties other than the United States could not rely upon a cross-reference to PTOs 30 and 35 and the fact that I don't believe BP has yet met and conferred with the other Liaison Counsel about such an order.

Thank you for your attention to this matter.

Sarah D. Himmelhoch
Senior Litigation Counsel for E-Discovery[attachment "ENV_ENFORCEMENT-#1972855-v1-Deepwater_Horizon_Preservation_Samples_Analysis_Order_(FINAL).docx" deleted by Joseph DeSanctis/Washington DC/Kirkland-Ellis]

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*