# Himmelhoch, Sarah (ENRD)

| | |
|---|---|
| **From:** | Saunders, Daniel A. [daniel.saunders@bingham.com] |
| **Sent:** | Wednesday, June 22, 2011 9:42 PM |
| **To:** | Himmelhoch, Sarah (ENRD) |
| **Cc:** | Kirby, Ky E.; Hedgpeth, Tiffany; Franco, Sandra; Delgado, Connie Salcido |
| **Subject:** | FW: Deepwater Horizon: Proposed ORder relating to Analysis of Samples |
| **Attachments:** | ENV_ENFORCEMENT-#1972855-v1-Deepwater_Horizon_Preservation_Samples_Analysis_Order_(FINAL).docx |

Sarah,

I can't send a "Reply All" because I wasn't on the initial distribution list of your email (which was forwarded to me), but just want to note that because "flora and fauna" appears in the second clause of your new paragraph 12, it should also appear in the first clause (which now includes only "fauna").  With that minor correction, Anadarko has no any objection to the proposed order.

Best,
Dan


*Print Less —> Go Green*

**Daniel A. Saunders**
*Partner*
T 310.255.9087
F 310.907.2087
daniel.saunders@bingham.com
**B I N G H A M**
Bingham McCutchen LLP
The Water Garden
Fourth Floor
North Tower
1620 26th Street
Santa Monica, CA 90404-4060

---

-------------------------------------------
**From:** Himmelhoch, Sarah (ENRD)[SMTP:SARAH.HIMMELHOCH@USDOJ.GOV]
**Sent:** Wednesday, June 22, 2011 9:18:56 PM
**To:** jdesanctis@kirkland.com; Kakesh, Joseph; rgasaway@kirkland.com;
Joseph Eisert; Barr, Brian; DeSanctis, Joseph; Eisert, Joseph;
Hedgpeth, Tiffany; Israel, Brian; Beck, David J.; Centralized Mailbox;
Godwin, Donald E.; Haycraft, Don K.; Kirby, Ky E.; Kuchler, Deborah D.;
Langan, Andrew; Lyle, Michael J.; Miller, Kerry J.; Wittman, Phillip A.;
Chakeres, Aristide (ENRD); Chang, Deanna (ENRD);
Delemarre, Michelle (CIV); Gross, Robert (CIV);
Lawrence, Malinda R. (CIV); McClellan, Jessica L. (CIV);
Nasberg, Lisa (ENRD); Shutler, Sharon (CIV); Stanton, Allison (CIV);
Sullivan, Jessica (CIV); Walmsley, Tammy (CIV); Alabama -- Tambling, R.;
Florida -- Kent, Russell; Louisiana -- Peterson, Lillie;
Louisiana -- Terrell, Megan; Mississippi -- Wood, M.;
Texas -- Canaday, Nicholas ; Herman, Stephen J.; Roy, James Parkerson
**Subject:** Deepwater Horizon: Proposed ORder relating to Analysis of Samples
**Auto forwarded by a Rule**

1

Joe –

Thank you for your comments on the proposed order relating to analysis of samples. We have adopted your change relating to the capitalization of "preserve". Your proposed change to paragraph 11, however, did not accomplish what I understood to be the intent of the language we had discussed.

As I understood the intent of the language I inadvertently omitted, we were trying to make it clear that if the United States collected an animal carcass, say a turtle, and took a sample of the stomach contents, it could not discard the remainder of the turtle carcass after performing analytical testing on the stomach contents.

Your proposed change would prohibit the United States from performing an analysis of the stomach contents pursuant to the Order unless there were enough stomach contents to repeat the test or all parties consented. I don't think that was the intent of your change and, if it was, we cannot agree.

I have added a paragraph that gets at the concept I thought we were intending to address. If you (or any other Liaison Counsel) has an objection to this proposed order as now drafted, please advise me before noon tomorrow (i.e. June 23, 2011 at 12 pm eastern time). I intend to file this motion tomorrow as soon as practicable after noon.

As to your question regarding a similar order applying to BP, we would support such an order, but believe it is appropriate to address that issue in a separate motion and proposed order for many reasons, including the fact that an order applicable to parties other than the United States could not rely upon a cross-reference to PTOs 30 and 35 and the fact that I don't believe BP has yet met and conferred with the other Liaison Counsel about such an order.

Thank you for your attention to this matter.

Sarah D. Himmelhoch
Senior Litigation Counsel for E-Discovery

---

Confidentiality Notice: The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone.

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.