UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL By The OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO, ON APRIL 20, 2010 | ) MDL NO. 10-2179 ) ) SECTION: J ) ) |
| RELATES TO: 11-551 | ) JUDGE BARBIER ) MAG. JUDGE SHUSHAN ) ) |

## ORDER WITHDRAWING COUNSEL

The Court has considered the motion (Docket No. 2999) of Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP and MOEX Offshore 2007 LLC for withdrawing of counsel, and finds the motion to be well taken. Therefore, it is hereby ORDERED that Michael B. Duffy of the law firm Bradley Arant Boult Cummings LLP, One Federal Place, 1819 Fifth Avenue North, Birmingham, AL 35203 be withdrawn as counsel for Anadarko Petroleum Corporation, Anadarko E&P Company LP and MOEX Offshore 2007 LLC.

New Orleans, Louisiana this 23rd day of June, 2011.

_____
United States District Judge