UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### AGENDA WORKING GROUP CONFERENCE - JUNE 24, 2011

1. Preservation of BOP.

2. DNV Phase Two Protocol.

3. June and July Depositions.

4. Allocation of Examination Time.

5. Requests for Additional Time for June and July Depositions.

6. Group Limit on Written Discovery, Including Interrogatories.

7. BP/MOEX Settlement.

8. Motion by U.S. for Approval of Cement Testing.

9. Redactions to Board Minutes.

10. Transocean Internal Report.

11. Authentication of Documents.

12. PSC's Agenda Requests.

13. PSC's Response to BP's RFAs.

14. Short Form Claimants Issues.

15. Issues Concerning Discovery from the U.S.

16. Production of Documents by the States.

17. Expert Reports.

18.    <u>Pretrial Schedule - Phase One.</u>

19.    <u>Post July 31, 2011 Depositions for Phase One</u>.

20.    <u>Conference Schedule</u>.

**The parties are not required to have counsel present in the courtroom for these conferences. Counsel are encouraged to participate by telephone if it is more convenient and less expensive for them to do so.** The undersigned may schedule a conference in the future where telephone attendance only is permitted.

| | |
|---|---|
| Friday, July 1, 2011, at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, July 8, 2011 | After Judge Barbier's status conference - WGC followed by meeting of LCC. |
| Friday, July 15, 2011, at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, July 22, 2011, at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, July 29, 2011, at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, August 5, 2011, at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, August 12, 2011 | After Judge Barbier's status conference - WGC followed by meeting of LCC. |
| Friday, August 19, 2011, at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, August 26, 2011, at 9:30 a.m. | WGC followed by meeting of LCC. |

New Orleans, Louisiana, this 24th day of June, 2011.

SALLY SHUSHAN
**United States Magistrate Judge**

2