# COHEN, GORMAN & PUTNAM, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW

1010 LAMAR STREET, SUITE 1000
HOUSTON, TEXAS 77002-6314
TELEPHONE: (713) 224-0628
FACSIMILE: (713) 224-7487

Email: mcohen@cgptexas.com

June 23, 2011

*Via Email (pdf): Sally_Shushan@laed.uscourts.gov*

Hon. Sally Shushan
Magistrate Judge
United States District Court
Eastern District of Louisiana
500 Poydras Street
Room B - 345
New Orleans, Louisiana 70130

                                       C.A. No. MDL-2179 *In Re: Oil Spill by the Oil Rig "DEEPWATER HORIZON"* -
Submission in Response to Doc. No. 2713 Order Regarding DNV Objections to Rule 30(b)(6) Subpoena -
Our File: 01699

Dear Judge Shushan:

      On behalf of Det Norske Veritas (U.S.A.), Inc. ("DNV"), we offer the following:

      1. DNV does not respond to the Court's questions regarding BOP Preservation, but offers a few comments.

      2. As custodian of the evidence, the United States is best placed to provide detailed instructions regarding the nature and extent of BOP preservation. It might be helpful to allow the MDL 2179 parties an opportunity for input. DNV, too, if it is to handle any preservation work.

      3. Final instructions should be presented to this Court for review and approval, and no preservation work should be performed without the Court's order approving same and directing the work to proceed.

      4. Forensic testing of the BOP is done. DNV is demobilizing, which includes moving all components of the BOP, except the BOP and the LMRP, out of the temporary enclosure into NASA Buildings at Michoud. This is being done now so that these items are staged in the best available location at Michoud for continuing custody, weather protection, performance of anticipated preservation work, and possible long term storage at NASA Michoud. Moving the components out of the temporary enclosure also initiates the process to allow for deconstruction of the temporary facility.

June 23, 2011                                                                                                                                      Page 2


      5. BOEMRE's contract with the HVAC contractor for the temporary enclosure expires June 30, 2011. By that date, the HVAC system and duct work must be returned to its owner, leaving the temporary enclosure without HVAC service. Under its BOEMRE contract DNV is responsible to return the HVAC system and duct work. To meet its contract obligation, DNV *must* mobilize the HVAC removal contractor by 3:00 p.m. on Friday, June 24th. DNV cannot ignore this deadline, and risk breaching its BOEMRE contract.

      6. And, under its BOEMRE contract, DNV must take down the temporary enclosure. That must be accomplished as quickly as possible, due to the terms of the contract and the continuing, perhaps growing risk of serious bad weather, a tropical storm, or hurricane. But, some of the MDL 2179 parties probably consider it imperative to effect preservation before removal so that the BOP and LMRP is protected from deterioration due to exposure.

      7. DNV understands from the Michoud site landlord and United States Coast Guard that if it is necessary to perform preservation work (on the BOP or LMRP) inside the temporary enclosure after the HVAC has been removed, those systems must be restored, for safety and health reasons.

      8. After the HVAC equipment is removed, reinstallation and a second removal will cost approximately $20,000.00 - $30,000.00, plus crane costs, and the monthly rental may be higher too. Thus, if the United States does not extend the present HVAC service contract, commencement of preservation work inside the temporary enclosure will be delayed and more expensive.

      9. Some DNV personnel who may be involved with preservation work will be unavailable for same during dates June 28 - July 7, 2011 on account of their preparation for and participation in DNV's Rule 30(b)(6) depositions.

      In summary, it seems advisable to have a preservation plan developed and implemented very promptly, so that the evidence can be protected and the temporary enclosure removed in full. It would expedite this process and reduce the cost involved if the Government extends the present HVAC service contract.

      DNV will be available to respond to the Court's questions during the Friday conference.

                                                             Very truly yours,

                                                           COHEN, GORMAN & PUTNAM, L.L.P.

                                                           By: _____
                                                                  Mark Cohen

MC/RLG/RAC:sea
01699/Ltr.Judge Shushan.Preservation Issues.06/23/11