AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. MDL 10-2179 J(1)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  BP, PLC

was received by me on *(date)*  06/06/11  .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  BP, PLC  , who is designated by law to accept service of process on behalf of *(name of organization)*  via certified mail  on *(date)*  06/06/11  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: 06/24/11

*Server's signature*

Jodi Jacobs Aamodt, Attorney
*Printed name and title*

500 St. Louis Street - Suite 200
New Orleans, LA 70130
*Server's address*

Additional information regarding attempted service, etc:



7010 1060 0002 3912 2134

BP, North American HQ
28100 Torch Pkwy
Warrenville, IL 60555

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _Neil Faulstich_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) N. Faulstich  C. Date of Delivery 6/14/11 |
| 1. Article Addressed to:<br>BP, PLC<br>North American Headquarters<br>28100 Torch Pkwy<br>Warrenville, IL 60555-3938 | D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7010 1060 0002 3912 2134 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |