UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

[Requests for Additional Time for June and July Depositions]

Time for the following depositions will be allotted as follows:

**1. Faul, Ronnie**          **Allotted**

| | | |
|---|---|---|
| U.S. | 90 | (minus 20) |
| States | 60 | (minus 50) |
| Weatherford | 5 | (minus 25) |
| MOEX | 10 | (minus 10) |
| M-I Swaco | 10 | (minus 5) |
| | TOTAL minus | 110 |

**BP + 55**

**Transocean + 55**

**2. Haye, Mark**          **Allotted**

| | | |
|---|---|---|
| U.S. | 90 | (minus 20) |
| States | 90 | (minus 20) |
| Weatherford | 10 | (minus 20) |
| | TOTAL minus | 60 |

**Cameron     + 60**

**3. DNV (b)(6)** **Allotted**

| | | |
|---|---|---|
| M-I Swaco | 5 | (minus 10) |
| Weatherford | 5 | (minus 25) |
| MOEX | 10 | (minus 10) |
| Halliburton | 45 | (minus 25) |
| States | 90 | (minus 20) |
| Anadarko | 25 | <u>(minus 20)</u> |
| | TOTAL minus | 110 |

**Cameron + 110**

**4. McWorter, David** **Allotted**

| | | |
|---|---|---|
| M-I Swaco | 5 | (minus 10) |
| Weatherford | 5 | (minus 25) |
| MOEX | 10 | (minus 10) |
| Halliburton | 45 | (minus 25) |
| States | 90 | (minus 20) |
| Anadarko | 25 | <u>(minus 20)</u> |
| | TOTAL minus | 110 |

**BP + 110**

New Orleans, Louisiana, this 24th day of June, 2011.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**