UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | |
| "DEEPWATER HORIZON" IN THE | * | MDL NO. 2179 |
| GULF OF MEXICO ON APRIL 20, 2010 | * | |
| | * | SECTION J |
| THIS DOCUMENT RELATES: | * | |
| | * | JUDGE BARBIER |
| Jesco Construction of Delaware v. BP | * | |
| America Production Company; et al. | * | MAGISTRATE JUDGE SHUSHAN |
| Case No. 2:11-cv-00911 | * | |

## NOTICE OF APPEARANCE

Robert T. Cunningham of the law firm of Cunningham Bounds, LLC files his Notice of Appearance as counsel for Plaintiff Jesco Construction of Delaware.

/s/ Robert T. Cunningham
ROBERT T. CUNNINGHAM  (CUNNR6008)
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama  36604
251-471-6191
251-479-1031 (fax)
Attorneys for Plaintiff

-1-

## CERTIFICATE OF SERVICE

    I hereby certify that on June 24, 2011, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through Lexis Nexis to all counsel of record.

                                                */s/ Robert T. Cunningham*
                                                ROBERT T. CUNNINGHAM