# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Robert R. Gasaway
To Call Writer Directly:
(202) 879-5175
robert.gasaway@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

November 5, 2010

**By Electronic Mail**
**By Federal Express**

Silvia Murphy, Esq., Attorney-Advisor
Division of Mineral Resources
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, N.W.
Washington, D.C.  20240

Lt. Cmdr. Jeff R. Bray
United States Coast Guard
Marine Board Of Investigation
1201 Elmwood Park Blvd.
New Orleans, LA  70123

Re:   Testing of Cement Samples

Dear Ms. Murphy and LCDR Bray:

I write on behalf of BP Exploration & Production Inc. ("BP") in furtherance of the Joint Investigation Team's inquiry into the Deepwater Horizon accident.

As you know, on 14 October 2010, the Joint Investigation Team solicited input regarding analysis of cement samples.  Specifically, the joint investigation solicited input from BP and other parties regarding proposed objectives, parameters, and protocols for analysis of this important category of evidence.  On October 29, the Team granted a one-week extension for the submission of these testing proposals, thus making them due on November 5, 2010. Accordingly, BP respectfully provides the attached submission setting forth recommendations for testing of cement samples.

\*       \*       \*       \*

As was the case with BP's proposed forensic testing plan submitted on September 4, 2010, with BP's proposed BOP preservation plan submitted on September 21, 2010, with BP's proposed solenoid testing plan submitted on September 29, 2010, and with BP's proposed testing plan for BOP stack fluids submitted on October 29, 2010, BP is voluntarily providing this input to assist the stakeholders and the government in developing an appropriate approach to testing important evidence.  Naturally, BP reserves the right to revise this input as appropriate based on, among other things, the information, comments, and perspectives it obtains from other stakeholders and government entities, as well as any relevant information developed by the Joint Investigation Team, other investigatory teams, or other legal proceedings.

# KIRKLAND & ELLIS LLP

Silvia Murphy, Esq.
Lt. Cmdr. Jeff R. Bray
November 5, 2010
Page 2


As with our other voluntary submissions, BP could request that this letter and the enclosed document be afforded confidential treatment as voluntary submissions.  Nonetheless, we have chosen not to request such treatment in light of ongoing discussions between the parties and the Joint Investigation Team.  BP respectfully requests that it be given notification of, and access to, other parties' submissions that respond to this same solicitation for testing input.

\* \* \* \*

BP greatly appreciates this opportunity to make recommendations regarding the Joint Investigation Team's cement testing as part of the Team's overall collaborative, truth-seeking endeavor.

Sincerely,

*Robert R. Gasaway /mc*

Robert R. Gasaway

Enclosure

cc:   Richard C. Godfrey, P.C.
      J. Andrew Langan, P.C.
      Hariklia Karis
      Antonio J. Rodriguez

# *DEEPWATER HORIZON*

## IN RESPONSE TO REQUEST FOR CEMENT TESTING INPUT

## Parameters, Protocol & Procedures

Respectfully Submitted To The

UNITED STATES DEPARTMENT OF INTERIOR
and
UNITED STATES COAST GUARD

By

BP EXPLORATION & PRODUCTION INC.

November 5, 2010

# TABLE OF CONTENTS

**Page**

I.     BACKGROUND ................................................................. 1

     A.    Applicable Standards and Requirements ............................ 2

     B.    The Macondo Slurry Design ...................................... 3

     C.    Problems with the Macondo Slurry Design ......................... 4

II.    OVERVIEW OF RECOMMENDED TESTS AND TESTING
      PRACTICES ............................................................ 6

     A.    Tests To Be Performed ............................................ 6

     B.    Testing Objectives ................................................ 7

     C.    Basic Testing Requirements ...................................... 10

     D.    Basic Equipment and Technician Requirements ................. 11

III.    TEST SAMPLE PREPARATION ...................................... 12

     A.    Preparing a Cement Slurry ....................................... 12

     B.    Foaming the Slurry ............................................... 15

IV.    PROTOCOLS FOR SPECIFIC TESTS ............................... 19

     A.    Pressurized Mud Balance ......................................... 19

     B.    Rheology ........................................................... 20

     C.    FYSA Viscosity Profile ............................................ 22

     D.    Thickening Time ................................................... 23

     E.    Foam Stability Test ............................................... 27

     F.    Fluid Loss Test ................................................... 34

     G.    Free Water Test ................................................... 36

     H.    UCA Compressive Strength ...................................... 38

     I.    Crush Compressive Strength of Foamed Cement ............... 42

i

## TABLE OF CONTENTS (CONT'D)

**Page**

J.   Compatibility of Wellbore Fluids with Unfoamed Base Slurry ........................................................................... 45

## I.    BACKGROUND

The Macondo well was an exploration well in Mississippi Canyon Block 252 in 4,992 ft. water depth.  The well was drilled to 18,360 ft. from its last casing point at 17,168 ft.   The well penetrated a hydrocarbon-bearing Miocene reservoir and was deemed a commercial discovery.   BP decided to temporarily abandon the Macondo well and complete it as a production well in the future.

BP contracted with Halliburton to provide cement services for the Macondo well.[1]  The goal of the Macondo cementing operation, like any such operation, was to provide zonal isolation and protection for the casing throughout the life of a well.[2]  Under the terms of the Contract, Halliburton was to "[p]rovide onshore engineering support to the operation, with a full and comprehensive technical back up to the operation," including, at a minimum, cement slurry and spacer design, job planning and design, and operational management/supervision.[3] Halliburton was required to execute its work "with all due care and diligence and with the skill to be expected of a reputable contractor experienced in the types of work to be carried out."[4]  In sum, BP hired and relied upon Halliburton as the cementing expert whose job it was, among other things, to design an appropriate cement slurry and cementing program, and to execute that program to achieve BP's well plan of isolating the hydrocarbon zones in the Macondo well with cement.

On April 18, 2010, Halliburton sent BP its final design report and recommended cement plan for cementing the 9 7/8" x 7" production casing at the Macondo well.[5]  The production casing cement job began in

---

[1]   April 16, 2009 Contract for Gulf of Mexico Strategic Performance Unit Offshore Well Services Between BP Exploration and Production, Inc. and Halliburton Energy Services, Inc. ("Halliburton Contract" or "Contract").

[2]   *Deepwater Primary Cementing: Beyond the Shallow Water Flows*, Halliburton Energy Services, HAL_0045340 at 1-1.

[3]   Halliburton Contract, Section 3, Appendix 5A, ¶ 1.2.

[4]   Halliburton Contract, ¶ 4.2.

[5]   April 18, 2010 Halliburton 9 7/8" x 7" Production Casing Design Report; April 18, 2010 Halliburton 9 7/8" x 7" Cement Plan.

the afternoon of April 19, 2010 and finished just past midnight on April 20, 2010, the morning of the accident.[6]

## A.   APPLICABLE STANDARDS AND REQUIREMENTS

The American Petroleum Institute ("API") is a national trade association comprised of nearly 400 corporate members in the oil and gas industry.[7]   The API routinely publishes industry standards and recommended practices, which represent the industry's collective wisdom on many different aspects of oil and gas drilling.   These standards and practices have been incorporated into various state and federal regulations.[8]

In particular, the API has published a number of recommended practices on cement slurry testing.   These recommended practices endorse the performance of a variety of laboratory tests before cement is pumped in order to determine a slurry's properties and how it will behave in downhole conditions.[9]   The API recommends testing the slurry's density, thickening time, fluid loss properties, stability, sedimentation, free fluid, rheology, compressive strength, and the slurry's compatibility with other wellbore fluids.[10]   In addition, for foamed slurries, the API also recommends testing for foam density, stability of unset foamed slurry, stability of set foamed slurry, and crush compressive strength.[11]

Significantly, the API standards are specifically referenced by and incorporated into BP's Halliburton Contract.   The Contract states, "[a]ll relevant API/ISO specifications shall apply to the Scope of Work unless agreed otherwise."[12]   Of the numerous tests recommended by the API, the Contract explicitly requires testing for pump time (or thickening time), compressive strength, operating free water, API fluid loss,

---

[6]   April 20, 2010 Halliburton 9.875" x 7" Foamed Production Casing Post Job Report at 3-6.

[7]   http://www.api.org/aboutapi/

[8]   Id.

[9]   *See* API Recommended Practice 65-2, API Recommended Practice 10B-2, API Recommended Practice 10B-4.

[10]   API Recommended Practice 65-2 § 4.7.1-12.

[11]   API Recommended Practice 10B-4 § 9.1-4.

[12]   Halliburton Contract at Section 3, Appendix 6 ¶ 1.0.

rheology, settlement, and certain compatibility testing.[13]   The agreement is clear, however, that these are minimum testing requirements.[14]  Halliburton therefore was under a further contractual obligation to "exercise all reasonable skill, care, and diligence" in the performance its duties "in accordance with the requirements of the CONTRACT and to internationally recognized good oilfield practices and standards."[15]

## B.   THE MACONDO SLURRY DESIGN

To cement the Macondo well production casing, Halliburton designed a slurry with the following components and properties[16] pursuant to its contract with BP:

| Conc | UOM | Cement/Additive | Cement Properties | |
|------|-----|-----------------|-------------------|---|
| 100.00 | %BWOC | Lafarge Class H Cement | Slurry Density | 16.741 ppg |
| 0.07 | %BWOC | EZ-FLO | Slurry Yield | 1.37 FT3 |
| 0.25 | %BWOC | D-Air 3000 | Water Requirement | 4.93 GPS |
| 1.88 | lb/sk | KCl Salt | Total Mix Fluid | 5.02 GPS |
| 20.00 | %BWOC | SSA-1 (Silica Flour) - PB | Foam Density | 14.496 ppg |
| 15.00 | %BWOC | SSA-1 (100 Mesh) - PB | Foam Quality | 12.98% |
| 0.20 | %BWOC | SA-541 | | |
| 0.11 | Gps | ZoneSealant 2000 | | |
| 0.09 | Gps | SCR-100L | | |
| 4.93 | Gps | Fresh Water | | |

The BP Macondo well team's goal was to obtain a cement slurry and placement design that would make zonal isolation possible considering the existing pore pressure and fracture gradient conditions.  To accomplish this, Halliburton recommended a lightweight cement slurry that could be circulated in place without losing returns.  Halliburton recommended pumping nitrified foam cement slurry across the main

---

[13]   Halliburton Contract at Section 3, Appendix 6 ¶ 2.2.
[14]   Id.
[15]   Halliburton Contract at Section 2 ¶ 29.1; see Id. at ¶¶ 4.2, 27.4.
[16]   April 12, 2010 Halliburton Lab Results - Primary.

pay sands.  Foamed slurries can be used for reducing the cement slurry density and to prevent gas migration.

The annulus cement that was placed across the main hydrocarbon zone was a nitrified foam cement slurry with an average density of 14.5 ppg.  The placement of this cement was accomplished by pumping the following sequence into the well — base oil, spacer, cap cement, foamed cement, tail cement, and spacer.

One purpose of the spacers and cap cement was to isolate the nitrified foam cement slurry from contaminants in the wellbore.  The purpose of the nitrified foam cement was to isolate the formation, preventing migration of hydrocarbons.  The purpose of the tail cement was to fill the shoe track.  This tail cement was intended to form a barrier preventing flow into the casing in the event that the formation was not isolated.

## C.   PROBLEMS WITH THE MACONDO SLURRY DESIGN

Against this general backdrop, the BP Internal Investigation Team ("IIT") identified several deficiencies and areas of concern regarding Halliburton's slurry design.  These include the following:

- The Halliburton lab tests on nitrified foam cement slurry had insufficient, non-representative nitrogen volume.

- The nitrified foam cement slurry tested and recommended by Halliburton had an abnormally low yield point.

- A defoamer additive which was used in the nitrified foam cement slurry could have potentially destabilized the foamed slurry.

- Certain additives (SCR-100L, KCl, EZ-FLO) in the nitrified foam cement slurry had dispersing properties and potentially destabilized the foamed slurry.

- The cement design did not include a fluid loss additive.  It is established practice to control fluid loss in cement slurries that are placed across hydrocarbon zones.

4

- The independent laboratory contracted by the BP IIT could not generate stable nitrified foam slurry with a foam quality representative of that used in the Macondo well.

The BP Internal Investigation Team ultimately concluded that the annulus cement designed by Halliburton probably experienced nitrogen breakout and migration, allowing hydrocarbons to enter the production casing. Significantly, the National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling confirmed the BP IIT's findings, and reached the following findings based upon its own testing conducted by Chevron's independent laboratories:[17]

- Using cement and additive materials provided by Halliburton like those actually used at the Macondo well, Chevron lab personnel were unable to generate a stable foam cement. This data strongly suggests that the foam cement that Halliburton designed and pumped at Macondo was unstable and may have contributed to the blowout.

- Halliburton internal test data provided to the Commission show that Halliburton had two test results from February on a slightly different cement slurry recipe that indicated the cement slurry was unstable. Only one of these results was sent to BP with no indication of the significance of the foam stability data.

- Halliburton internal test data also showed that Halliburton again tested the cement slurry twice in April 2010. The first test indicated that the foam slurry design was unstable. Halliburton had these results by at least April 17, 2010 but did not provide them to BP. The Commission found that only the second test in April, the last of the four tests, indicated that the foam cement would be stable.

---

[17]   The Commission's October 28, 2010 letter and Chevron's testing report are attached to this submission.

## II.   OVERVIEW OF RECOMMENDED TESTS AND TESTING PRACTICES

This submission identifies both the individual cement tests to be performed on the representative samples provided by Halliburton and the protocols BP recommends for preparing samples and conducting tests pursuant to *American Petroleum Institute Recommended Practices* and other recognized standards and practices.

### A.   TESTS TO BE PERFORMED[18]

BP strongly and respectfully recommends that each of the tests listed below be performed on the cement samples provided by Halliburton.

1.   Mud Balance.

2.   Rheology.

3.   FYSA Viscosity Profile.

4.   Thickening Time.

5.   Foam Stability of Unset Foamed Slurry.

    a.   60% Foam Quality @ 110°F.

    b.   18.5% Foam Quality @ 135°F.

    c.   18.5% Foam Quality with Contaminants @ 135°F.

6.   Foam Stability of Set Foamed Slurry.

    a.   60% Foam Quality @ 110°F.

    b.   18.5% Foam Quality @ 135°F.

    c.   18.5% Foam Quality with Contaminants @ 135°F.

---

[18]   The mud balance, rheology, FYSA viscosity profile, thickening time, UCA compressive strength, and crush compressive strength tests are recommended to confirm that the slurry tested pursuant to this protocol has similar properties to the slurry tested by Halliburton.

7.    Fluid Loss on base slurry @ 135°F.

8.    Free Water Test on base slurry @ 135°F.

9.    UCA Compressive Strength of unfoamed slurry @ 210°F and 13,000 psi.

10.   Crush Compressive Strength of 18.5% foamed sample @ 180°F.

11.   Compatibility Testing @ 135°F.

    a.    Rheology.

    b.    Thickening Time.

    c.    Compressive Strength.

    d.    Fluid Loss.

**B.    TESTING OBJECTIVES**

Designing a slurry with an appropriate density is key to achieving the well objectives of preventing losses to the formation and preventing flow from permeable formations.[19]  The slurry density under placement conditions (temperature and pressure) should therefore be considered in the slurry design and confirmed through laboratory testing.[20]

Rheology affects the displacement of fluids and friction pressure generated during placement, as well as the ability of a foam cement to maintain stability and prevent gas breakout.[21]  The design of the fluids should take rheology into account, and the rheological profile of the slurry sample should closely match that of the Macondo well slurry.

Thickening time (or pump time) is the time that a cement slurry is remains capable of being displaced.[22]  Slurries should be designed for the specific set of conditions found in the well and for the designed

---

[19]   API Recommended Practice 65-2 at § 4.7.3.
[20]   Id.
[21]   Id. at § 4.7.7.
[22]   Id. at § 4.7.4.

pumping schedule (rates) to be employed during the cementing operation.  The slurry should be designed so that the thickening time is sufficiently long to allow the cement to be placed, but not so long that the setting of the cement or gelation time is excessively delayed. Thickening time testing should be under conditions simulating placement of the cement downhole.[23]

Slurry stability is another important property in preventing flow.[24]  If a slurry is unstable, free fluid and sedimentation may occur. In addition, with foamed cement slurries, gas breakout can occur when the foamed slurry is not stable.[25]

Free fluid involves the fluid elements of a cement slurry separating out of the slurry.  Control of free fluid is, thus, imperative in situations where there is a potential for flow.[26]

Gas breakout occurs when the gas injected into a foam slurry separates from the slurry.[27]  Gas breakout renders the foamed slurry unsuitable for zonal isolation.  Because foam slurries are compressible slurries which experience significant changes in density as they are pumped downhole, the foam stability must be tested at both the surface and downhole conditions.

Sedimentation involves settling of the solid particles in a cement slurry, which results in greater concentration of solid particles in lower sections and reduced concentrations in upper sections of the well.  This renders the slurry ineffective for zonal isolation.  Sedimentation should, therefore, be tested for and controlled.  Slurries should be conditioned at temperatures encountered during placement, and free fluid and sedimentation tests should be conducted at the temperatures to be encountered while the slurry is static in the annulus.[28]  The API

---

[23]  Id.
[24]  Id. at § 4.7.6; API Recommended Practice 10B-4 at § 9.3.
[25]  API Recommended Practice 10B-4 at § 9.3.3.
[26]  API Recommended Practice 65-2 at § 4.7.6.
[27]  API Recommended Practice 10B-4 at § 9.3.3.
[28]  API Recommended Practice 65-2 at § 4.7.6.

recommends slurry stability testing for both unfoamed base slurries[29] and foamed slurries.[30]

Control of fluid loss plays a key role in preventing flow.[31]  Loss of hydrate from the slurry after cement placement is a contributing factor in the loss of overbalance pressure—the difference between the hydrostatic pressure exerted by the slurry and the pore pressure of the formation—which prevents flow into the wellbore.  Fluid loss testing should be done after conditioning the slurry at conditions similar to those in the wellbore.  Fluid loss test temperature should be that which the slurry will experience across the potentially flowing zones.  Excellent fluid loss control properties are desired where there is a potential for flow.[32]

The compressive strength development profile of a cement slurry provides indication of the set time and the strength development of the slurry.[33]  Compressive strength requirements for slurries should be adequate to provide casing support and provide zonal isolation.  Compressive strength testing can be performed in two ways: for unfoamed slurries, non-destructive ultrasonic testing can be performed, and for foam slurries, crush compressive strength testing should be done.  The non-destructive method uses an ultrasonic cement analyzer (UCA) to transmit a sonic signal through the cement being tested as it cures.  The signal transit time can be correlated to the set properties of the unfoamed slurry.[34]  For foam cements, compressive strength should be tested by curing small cubes of cement for different amounts of time at atmospheric pressure and crushing them at different times to determine compressive strength development.[35]

Finally, the API recommends performing many of the above tests with mixtures of the cement slurry with mud and spacer contaminants to determine compatibility.  All fluids used in the cementing operation should be compatible.  Compatible fluids are fluids that are "capable of

---

[29]  Id.
[30]  API Recommended Practice 10B-4 at § 9.3.
[31]  Id. at § 4.7.5.
[32]  Id.
[33]  Id. at § 4.7.9.
[34]  API Recommended Practice 10B-4 at § 8.1.
[35]  API Recommended Practice 10B-4 at § 9.4.

forming a mixture that does not undergo undesirable chemical and/or physical reactions."[36]  These contamination or compatibility tests are especially important when foamed cements are used.  If foamed cement is contaminated by synthetic oil-based mud ("SOBM"), base oil or cement spacer, it can become unstable, resulting in gas breakout and poor zonal isolation.

### C.    BASIC TESTING REQUIREMENTS

Based on presently available information, BP respectfully recommends that the following basic requirements should apply to any inspection or testing of the preserved cement:

1.    Care shall be taken to maintain and preserve the slurry samples in their original condition as much as possible.  No samples from the Deepwater Horizon shall be discarded.

2.    Preparation and testing of the slurry samples shall be thoroughly photographed.

3.    Before any testing of the slurry samples is conducted by any person, BP respectfully request that it be provided a written description of such testing at least five business days before it is conducted.  BP and its agents respectfully request the right to participate in, or at least observe, any and all such testing.

4.    If there are any anomalies during slurry preparation and testing, the anomaly should be diagnosed and documented before the test procedure is resumed.

5.    All activities involving slurry preparation and testing should be thoroughly videotaped.

6.    Halliburton shall provide the following test samples:

(a) Physical components from the Deepwater Horizon job listed on the document titled "Attachment C" to Halliburton Energy Service, Inc.'s ("HESI's") Response to

---

[36]   API Recommended Practice 65-2 at § 4.6.5.3.

U.S. Chemical Safety & Hazard Investigation Board's Subpoena, HAL-1SUBDOC8;

(b) One (1) quart of ZoneSeal-2000 from the same lot used on the Deepwater Horizon project on April 19, 2010;

(c) Two (2) gallons and one (1) quart of the SCR-100 from the same lot used on the Deepwater Horizon on April 19, 2010;

(d) Amounts of each liquid and dry additive of the type used on the Deepwater Horizon as is necessary for conducting the tests outlined below.  Halliburton shall attempt in good faith to provide samples as similar to those used in the Macondo well as possible.

7.   Documentation relating to the testing of the Macondo well production casing cement slurry shall be provided, including the following:[37]

(a) Halliburton to provide copies of all testing protocols used;

(b) Halliburton to clearly identify any differences between the samples used for the present testing and the samples used for the Macondo well production casing cement job;

(c) Halliburton to provide all manufacturing and purchasing data in its possession regarding the slurry components used on the Macondo well production casing cement and the ones provided for the present testing.

## D.   BASIC EQUIPMENT AND TECHNICIAN REQUIREMENTS

In addition, BP recommends that the cement testing laboratory have properly calibrated and maintained equipment, proper testing procedures, proper materials storage facilities, equipment, and procedures, and properly training personnel.  In particular, the laboratory should have sufficient familiarity with, and equipment for,

---

[37]  For purposes of this protocol, "documentation" includes any and all work orders, purchase orders, part numbers, quality records, testing, drawings, bills of material, and part numbers.

the testing of foam cement.  Laboratory personnel should also have sufficient experience with testing of foam cement.

## III.   TEST SAMPLE PREPARATION

This section addresses preparation for testing of the Halliburton slurry samples based on presently available information.   BP respectfully recommends preparation of the Halliburton slurry samples in the following manner and in the following sequence.

### A.   PREPARING A CEMENT SLURRY[38]

Cement Slurry shall be prepared in accordance with the following API recommended practices.

1.   Slurry Preparation Equipment

   a.   Electronic balance with an accuracy of within ± 0.1% of the indicated load, and calibrated to ensure accuracy.[39]

   b.   Mixing device with a capacity of 1 quart, and having a bottom drive and a blade-type mixer. The container and the mixing blade shall be constructed of corrosion-resistant material.[40]

2.   Slurry Preparation Conditions

   a.   The temperature of the mix water, dry cement or cement blend, mixing and blending devices shall be within ± 3.5°F of the respective temperatures at surface conditions at the well site.[41]  If field conditions are unknown, the temperature of the mix water and dry cement shall be 73°F ± 2°F immediately prior to mixing.   In all cases, the

---

[38]   API RP 10B-2 / ISO 10426-2 at 5.
[39]   API RP 10B-2 / ISO 10426-2 at 5.2.1.
[40]   API RP 10B-2 / ISO 10426-2 at 5.2.3 (see examples of common mixing devices).
[41]   API RP 10B-4/ISO 10426-4 at 6.2.2.

temperatures of the mix water and dry cement shall be measured and documented.[42]

b.    If possible, the temperatures of the cement sample, additives and mix water should be within ± 3.5°F of the respective temperatures recorded or anticipated at surface at the well site. (This is NOT the anticipated temperature in the well, but at surface conditions at the well site.) The temperature of the blending container should approximate that of the mix water being used in the slurry design. The blending container assembly shall be calibrated annually to rotate at tolerances of ± 200 r/min at 4,000 r/min and ± 500 r/min at 12,000 r/min.[43]

3.    Slurry Preparation

a.    Prepare dry blend and liquid blend using Halliburton ratios set forth in the April 18, 2010 9 7/8" x 7" Production Casing cement plan.

b.    Prepare the dry blend by weighing the dry components and blending thoroughly and uniformly (omitting WellLife 734).

i.    To prepare dry blend for 600 cc of the cement slurry, combine (within 0.01 grams):

(A)    659.06 g Lafarge Class H Cement

(B)    0.46 g Halliburton EZ-FLO

(C)    1.65 g D-AIR 3000

(D)    13.18 g KCl

(E)    131.81 g SSA-1 (100 Mesh)

---

[42] API RP 10B-2 / ISO 10426-2 at 5.3.2.
[43] API RP 10B-4 / ISO 10426-4 at 6.2.2.

13

(F)    98.86 g SSA-2 (200 Mesh)

(G)    1.32 g SA-541

c.    Prepare the liquid blend by measuring water and the liquid additive (retarder), and blending thoroughly and uniformly.

i.    To prepare liquid blend for 600 cc of the cement slurry, combine (within 0.01 grams):

(A)    281.38 g Water

(B)    6.10 g SCR-100L (Retarder)

d.    Measure (but do not add) the liquid foamer:

i.    For 600 cc of the cement slurry, weigh out:

(A)    6.85 g Zonesealant 2000 (Foamer)

e.    Place the liquid blend in the mixing container and set on the mixer base.  Mix the liquid blend at 4,000 rpm ± 200 rpm.  If necessary, increase the rotational speed to disperse the liquid additive.

f.    Add the dry blend at a uniform rate, in not more than 15 seconds if possible.  Cover the mixing container and continue mixing at 12,000 rpm ± 500 rpm for 35 ± 1 seconds.  Measure and document the rotational speed under load.[44]

g.    For Mud Balance, Rheology, Thickening Time, Fluid Loss, Free Water and UCA Compressive Strength testing (on unfoamed slurry), ***add the foamer (surfactant)*** and stir gently with a spatula to distribute it uniformly in the slurry.[45]

---

[44]   API RP 10B-2 / ISO 10426-2 at 5.3.4.
[45]   API RP 10B-4 / ISO 10426-4 at 10.1.

Gently transfer the slurry between a blending container and a beaker three times to ensure uniform distribution of the surfactant.

h. For the Foam Stability and Foam Crush Compressive Strength testing (on the foamed slurry), ***do not add the foamer (surfactant) until after conditioning*** (see Section III.B below).[46]

4. Conditioning the Slurry

a. The cement slurry should be conditioned to temperatures simulating actual field conditions. According to Halliburton's April 18, 2010 Opticem report, the actual field conditions are surface temperature at 80°F and bottom hole circulating temperature (BHCT) at 135°F.[47] According to Halliburton's post-job report, the inlet temperature of the foam cement should be around 110°F.[48]

b. In a conditioning apparatus that can both stir and hold temperature, heat the slurry to the desired temperature and hold for 20 minutes ±30 seconds before proceeding. Document the conditioning process.[49]

B. **FOAMING THE SLURRY**[50]

1. Apparatus for Foaming Slurry[51]

a. The cement slurry shall be foamed using a multiple stacked-blade assembly, consisting of

---

[46] API RP 10B-4 / ISO 10426-4 at 7.1.
[47] April 18, 2010 Opticem Report at 1.9.
[48] April 20, 2010 Post-Job Report at 14.
[49] API RP 10B-2 / ISO 10426-2 at 12.4.
[50] API RP 10B-4 / ISO 10426-4 at 5-7.
[51] API RP 10B-4 / ISO 10426-4 at 5.

five standard blades attached to a central shaft and spaced equally along the shaft (see Figure 1).[52]



**Figure 1 — Blending container and multi-blade assembly**

b.  A blending container with a lid that seals, as illustrated above, shall be used for preparing the foamed cement slurry at atmospheric pressure.[53]

c.  Calculate the volume of the blending container by weighing it with and without water.  Divide the difference by the density of water to arrive at an accurate volume for the container.[54]

2.  Calculating the Slurry Volume to Foam

a.  The total volume of unfoamed base cement slurry includes the volume of surfactant to be added to the base cement slurry.  The surfactant is added after the initial mixing of the base cement slurry. The volume of unfoamed base cement slurry with surfactants to be placed in the blending container

---

[52]  API RP 10B-4 / ISO 10426-4 at 5.2.2.
[53]  API RP 10B-4 / ISO 10426-4 at 5.1.
[54]  API RP 10B-4 / ISO 10426-4 at 6.1.

should be calculated by the known gas content of the desired foam cement.[55]

b. The April 18, 2010 Halliburton Opticem report calculates that 18.6% foam quality cement slurry is necessary to achieve the desired density of 14.44 pounds per gallon at bottomhole pressure.[56]

c. The April 18, 2010 Halliburton Opticem report also reports that 583 standard cubic feet (scf) of Nitrogen would need to be added to each barrel of cement to form the foamed slurry.[57] Using the ideal gas law ($P_1V_1/T_1 = P_2V_2/T_2$), it can be calculated that Nitrogen was mixed at a rate of 9.40 cubic feet per barrel at the injection conditions of roughly 1,100 psi and 110°F during the injection period. Using known conversion factors, this equates to 1.56 barrels of Nitrogen per barrel of cement. The foam quality at formation is 61%, which is a foam density of around 6.52 pounds per gallon.

d. Using the desired foam qualities (18.6% and 61%) and the volume of the blending container (calculated above), the appropriate volume (and mass) of cement slurry to be foamed can be determined using known equations.[58]

---

[55] API RP 10B-4 / ISO 10426-4 at 4.2.1.1.
[56] April 18, 2010 Opticem Report at 5.8. The equations in API RP 10B-4 / ISO 10426-4 at 4.2.1.2. and 4.2.1.3. calculate foam quality by assuming that the gas does not have weight. That assumption is incorrect at the downhole pressure where the foam cement was intended to be placed. The foam quality calculation in Halliburton's Opticem report, which includes the weight of the gas under the downhole pressure, gives a more accurate foam quality value.
[57] April 18, 2010 Opticem Report at 3.3.
[58] API RP 10B-4 / ISO 10426-4 at 4.2.

17

3.     Foaming the Cement Slurry

      a.     Weigh the appropriate amount of the base slurry into the blending container.  Add the calculated amount of Zonesealant 2000 (surfactant).  Weigh the final mass of the base cement slurry and surfactant and check against the final desired base cement slurry mass.[59]

      b.     Place the lid and plug on the container and make sure the blending container is sealed.  Mix the slurry at the 12,000 rpm setting for 15 seconds.  The maximum attainable revolutions per minute depend on the power of the blending container motor, slurry density and foam quality.  Record the final speed of the mixer.[60]

      c.     During the mixing, there will be a noticeable change in the sound (pitch) from the blending container.  After mixing, take care when removing the top as there may be some slight pressure in the blending container.  Open the sampling port or container lid, and check that the slurry completely fills the blending container.[61]

      d.     If the slurry does not fill the blending container at the end of the 15 second period, the slurry will not foam properly under field conditions.  If a slurry does not foam within 15 seconds, it is not designed appropriately and will not achieve zonal isolation.[62]

---

[59]   API RP 10B-4 / ISO 10426-4 at 7.1.
[60]   API RP 10B-4 / ISO 10426-2 at 7.2.
[61]   API RP 10B-4 / ISO 10426-2 at 7.2.
[62]   API RP 10B-4 / ISO 10426-4 at 7.2.

18

# IV.   PROTOCOLS FOR SPECIFIC TESTS

This section addresses testing of the Halliburton samples based on presently available information.  To the extent that any observations, inspections, or tests other than the ones outlined below are performed, BP respectfully requests that the parties have a fair opportunity to provide input and observe those inspections and/or testing.   BP respectfully recommends that each of the following tests be conducted in the specific sequence set forth below.

## A.   PRESSURIZED MUD BALANCE[63]

1.   Pressurized fluid density balance should be used to verify the anticipated slurry density of 16.7 ppg and Halliburton's test results.[64]

2.   Verify the calibration of the apparatus by placing a sample of known density in the sample cup.[65]

3.   Fill the sample cup to approximately 1/4" below the upper edge of the cup.  Place the lid on the cup with the check valve in the down (open) position.  Push the lid downward into the mouth of the cup until the outer skirt of the lid touches the upper edge of the cup, and expel excess slurry through the check valve.

4.   With the piston rod of the pump assembly in an inward position, submerge the nose of the pump assembly in the slurry.   The piston rod will be drawn upward, enabling the pump cylinder to fill with slurry.

5.   Push the nose of the pump onto the mating O-ring surface of the check valve.

6.   To pressurize the sample cup, hold down the pump cylinder housing with steady force so that the check valve is held down (open) and the piston rod is forced

---

[63]   API RP 10B-2 / ISO 10426-2
[64]   API RP 10B-2 / ISO 10426-2 at 6.1.
[65]   API RP 10B-2 / ISO 10426-2 at 6.2.

inward.  Close the check valve by raising the pump cylinder while maintaining pressure on the pump handle.

7.  Release the pressure on the piston rod.  Disconnect the pump.  Rinse the slurry cup and dry it.

8.  Place the cup assembly on the knife edge.  Move the sliding weight right or left until the bubble is centered in the window of the balance.  The beam is now balanced.  Read the slurry density indicated on the balance beam at the left side of the sliding weight.

## B.    RHEOLOGY[66]

1.  The rheology of the cement slurry should be tested in a rotational viscometer to verify that it has the same properties as those reported in Halliburton's testing.[67]

2.  Mix the cement slurry as described above.  Fill the rheology cup with prepared cement slurry at ambient temperature (80°F).

3.  Condition the viscometer cup, sleeve, and bob to the test temperature.  Pour the cement slurry into the viscometer cup to the fill line.  Maintain the viscometer cup, bob and sleeve at the test temperature ± 5°F for the duration of the test.  Do not allow the slurry to remain static for any period of time.[68]

4.  With the sleeve rotating at the lowest speed, raise the preheated cup until the liquid level is at the inscribed line on the sleeve.[69]

---

[66]  API RP 10B-2/ ISO 10425-2 at 12.  Note:  the slurry prepared for the rheology test may be used in later tests.
[67]  API RP 10B-3 / ISO 10426-3 at 10.5.
[68]  API RP 10B-2 / ISO 10426-2 at 12.4.
[69]  API RP 10B-2 / ISO 10426-2 at 12.4.

5. Record the temperature of the slurry in the viscometer cup before taking the first reading. Take the initial instrument dial reading 10 seconds after continuous rotation at the lowest speed. Take all the remaining readings first in ascending order, and then in descending order, after continuous rotation of 10 seconds at each speed. Shifting to the next speed shall be done immediately after taking each reading.[70]

6. Consistent with the testing done by Halliburton, readings should be taken at speeds of 3, 6, 10, 20, 30, 60, 100, 200, 300, 200, 100, 60, 30, 20, 10, 6, 3, and a non-API recommended 600 rpm[71]. After taking all the readings, record the temperature of the slurry in the viscometer cup.[72]

7. Perform 10-second and 10-minute gel strength readings with the viscometer after all of the rheology readings have been completed.

8. Mix a new batch of slurry and condition at 135°F for 20 minutes in an atmospheric consistometer as described in Section III.A above.[73] Prior to filling the viscometer cup with the slurry, stir the slurry vigorously with a spatula for 5 seconds to re-disperse any solids which may have settled to the bottom of the cup. Repeat steps 3-6 above to determine the *downhole* rheological profile of the slurry.

---

[70] API RP 10B-2 / ISO 10426-2 at 12.4.
[71] The API does not recommend rheology testing at 600 rpm. This test should be performed after testing all of the API-recommended speeds for purposes of comparison with Halliburton test results.
[72] API RP 10B-2 / ISO 10426-2 at 12.4.
[73] API RP 10B-2 / ISO 10426-2 at 12.4.

## C.   FYSA VISCOSITY PROFILE[74]

1. Prepare and condition the slurry at 80°F[75] as described above in Section III.A.  Foam the cement as described above in Section III.B.

2. Attach the FYSA device to the conventional rotational viscometer.

3. Condition the viscometer cup, sleeve, and bob to the test temperature.[76]  Pour the cement slurry into the viscometer cup to the fill line.  Maintain the viscometer cup, bob and sleeve at the test temperature ± 5°F for the duration of the test.  Do not allow the slurry to remain static for any period of time.[77]

4. With the sleeve rotating at the lowest speed, raise the preheated cup until the liquid level is at the inscribed line on the sleeve.[78]

5. Record the temperature of the slurry in the viscometer cup before taking the first reading.  Take the initial instrument dial reading 10 seconds after continuous rotation at the lowest speed.  Take all the remaining readings first in ascending order, and then in descending order, after continuous rotation of 10 seconds at each speed.  Shifting to the next speed shall be done immediately after taking each reading.[79]

6. Consistent with the testing done by Halliburton, readings should be taken at speeds of 3, 6, 10, 20, 30,

---

[74] The API does not recommend testing FYSA Viscosity Profile.  This test is being recommended for the purposes of comparing the test slurry with the Macondo well slurry to ensure similar slurry properties.

[75] This temperature is not representative of the downhole conditions in the Macondo well.  It is being recommended for the purposes of obtaining test results that can be compared with the Halliburton test results.

[76] *See* 2005 Halliburton "FYSA - FANN Yield Stress Adapter Viscometer for Multi-Phase Slurries."

[77] API RP 10B-2 / ISO 10426-2 at 12.4.

[78] API RP 10B-2 / ISO 10426-2 at 12.4.

[79] API RP 10B-2 / ISO 10426-2 at 12.4.

60, 100, 200, 300, 200, 100, 60, 30, 20, 10, 6, 3, and a non-API recommended 600 rpm[80]. After taking all the readings, again record the temperature of the slurry in the viscometer cup.[81]

7.   Next, Perform 6 rpm decay readings ("6D") with the viscometer. Rotate the viscometer at 6 rpm for 10 seconds. Stop the viscometer. Observe the decay readings of the viscometer until it reaches a stabilized value. Record the dial reading to determine the stabilized 6D value. This should take no more than 15 seconds.

8.   Perform 3 rpm decay readings ("3D") with the viscometer. Rotate the viscometer at 3 rpm for 10 seconds. Stop the viscometer. Observe the decay readings of the viscometer until it reaches a stabilized value. Record the dial reading to determine the stabilized 3D value. This should take no more than 15 seconds.

**D.   THICKENING TIME[82]**

1.   Prepare the unfoamed base cement slurry ***without surfactant***, as described in Section III.A above. After the slurry is prepared, stop the mixer, add the surfactant and stir gently with a spatula to distribute it uniformly in the slurry. Transfer the slurry gently from the blending container to a beaker and back three times to ensure a uniform distribution of the surfactant.[83]

2.   Equipment:

---

[80]   The API does not recommend rheology testing at 600 rpm. This test should be performed after testing all of the API-recommended speeds for purposes of comparison with Halliburton test results.
[81]   API RP 10B-2 / ISO 10426-2 at 12.4.
[82]   API RP 10B-2 / ISO 10426-2 at 9.
[83]   API RP 10B-4 / ISO 10426-4 at 10.1.

a.  Use a pressurized consistometer comprised of a rotating cylindrical slurry container equipped with a stationary paddle assembly that is enclosed in a pressure vessel capable of withstanding well-simulation pressures and temperatures.[84]   Rotational speed of the slurry container shall be 150 rpm ± 15 rpm and shall be calibrated within the last three months.[85]

b.  The paddle and all parts of the slurry container exposed to the slurry shall be constructed of corrosion resistant materials.  The space between the slurry container and the walls of the pressure vessel shall be completely filled with hydrocarbon oil.[86]   The temperature and consistency of the cement slurry shall be measured.[87]

c.  Use a heating system capable of raising the temperature of the oil bath at a rate of at least 5°F per minute.[88]

d.  Use a temperature-measuring device recently calibrated to an accuracy of ± 3°F.[89]

e.  Use a timer that is calibrated to be accurate within ± 30 seconds per hour.[90]

f.  Use a pressure-measuring device that is calibrated against a deadweight tester or master gauge to 0.25 % of full range at a minimum of 25 %, 50 % and 75 % of full scale.[91]

---

[84]  API RP 10B-2 / ISO 10426-2 at 9.2.1.
[85]  API RP 10B-2 / ISO 10426-2 at 9.3.4.
[86]  API RP 10B-2 / ISO 10426-2 at 9.2.2.
[87]  API RP 10B-2 / ISO 10426-2 at 9.3.2.
[88]  API RP 10B-2 / ISO 10426-2 at 9.2.3.
[89]  API RP 10B-2 / ISO 10426-2 at 9.3.3.
[90]  API RP 10B-2 / ISO 10426-2 at 9.3.5.
[91]  API RP 10B-2 / ISO 10426-2 at 9.3.6.

24

3.      During the test, the conditions of pressure and temperature placed on the cement slurry should simulate the anticipated profiles found during the placement of the slurry in the well.  Record the temperatures and pressures during the test.

4.      Prepare and fill the slurry container via the following steps:[92]

a.      Clean and lubricate cup threads;

b.      Inspect diaphragm;

c.      Assemble paddle shaft assembly and secure it in the cup sleeve with flange ring;

d.      Make sure the paddle turns freely;

e.      Preload the slurry container in the consistometer to determine the height needed for the shear pin fixture.

f.      Invert the slurry cup and place it on the slurry cup support.  Remove the hexagon cup base plug and, using the wrench, remove the slurry cup bottom;

g.      Stir the slurry by hand to a uniform consistency prior to placing in the cup.  While stirring, pour the slurry into the cup, filling the cup to its threaded section.  Also pull down on the stem of the paddle to extend the diaphragm and allow complete filling of the cup;

h.      Screw in the base plate.  If sufficient slurry is poured, a small amount will be forced out of the

---

[92]  API RP 10B-2 / ISO 10426-2 at 9.4.1.  Note that slurry segregation can occur during the filling operation.  This can be reduced by stirring the slurry in the mixing container with a spatula while pouring.  Segregation will be less of a problem if the time from cessation of mixing to completing the filling operation is kept to a minimum.

center hole, indicating that air pockets are not left inside the cup. Replace the hexagon plug, taking care that the pointed end of the paddle shaft enters the conical depression in the end of the plug. Tighten the plug with a metal wrench.

i.    Tap the sides of the cup with the metal wrench for 20 seconds to remove any trapped air;

5.    Place the slurry cup upright, hook the slurry cup bail into the two holes in the top cap and lower the cup into the pressure cylinder. Rotate the cup until the bottom engages with the cup table. Remove the bail.

6.    Install the potentiometer mechanism into the pressure cylinder. Lower the mechanism into the cylinder. Rotate the potentiometer until its slots align with the guide pins on the inside of the cylinder. (Operate the drive motor intermittently to engage the drive bar on the top of the slurry cup with the mating piece on the bottom of the potentiometer.) When properly engaged, the potentiometer will be suspended on the ball bearing in the cross bar of the potentiometer.

7.    Turn on the motor switch. Ensure the proper placement of the potentiometer mechanism.

8.    Close the pressure cylinder by screwing the plug down until it is firmly engaged. DO NOT use excessive force.

9.    Insert the thermocouple into the opening in the center of the cylinder plug, but delay tightening the gland. Activate the fill switch and fill the cylinder with oil. Air will be expelled from the pressure cylinder through the thermocouple connection. As soon as oil appears, tighten the thermocouple gland.

10.   Apply the initial test pressure by operating the pump switch. Set the heater switch to On. Set the Timer switch to On.

11.  During the test period, increase the temperature and pressure of the cement slurry in the slurry container in accordance with the Halliburton pressure/temperature test schedule.[93]  From Halliburton's lab results, it appears that the test schedule used begins at initial conditions of approximately 1,000 psi and 70°F, gradually increasing to final conditions of 14,458 psi and 135°F over 83 minutes.  Once reached, the final temperature and pressure conditions shall be maintained until the thickening-time test is completed.

12.  The thickening time is the time elapsed from the initial application of pressure and temperature to the time at which the slurry reaches a consistency deemed sufficient to make it unpumpable.  All readings, beginning from the onset of the test, should be recorded.  The elapsed times for consistencies at the onset of the test, 30 $B_c$, 40 $B_c$, 50 $B_c$ and 70 $B_c$ should be noted, in hours and minutes, and compared to the Halliburton test results.[94]

13.  A buzzer will sound signaling that the slurry has reached the required consistency.  The slurry consistency at which the thickening-time test was terminated shall be documented.

**E.  FOAM STABILITY TEST[95]**

1.  Perform foam stability tests on the following slurry compositions:

    a.  60% Foam Quality at 110°F.

    b.  18.5% Foam Quality at 135°F.

---

[93]  The Halliburton pressure/temperature test schedule is not representative of the placement of the cement in the Macondo well.  The Halliburton pressure/temperature test schedule is being recommended for the purposes of obtaining test results that can be compared with the Halliburton test results.

[94]  API RP 10B-2 / ISO 10426-2 at 9.4.5.

[95]  API RP 10B-4 / ISO 10426-4 at 9.3.

27

c. 18.5% Foam Quality Slurry with Contaminant at 135°F:

i. 90/10 Cement/Spacer mixture

ii. 90/10 Cement/Base Oil mixture

iii. 90/10 Cement/Drilling Mud mixture[96]

2. Mix and condition the cement slurry as described in Section III.A above. Foam the cement slurry as described in Section III.B above.

3. Determine the density/foam quality of the foamed slurry.

a. Pour the foamed cement slurry into a container with a large open top that has a known volume when completely filled.[97]

b. Weigh the container, pour the foamed cement slurry into the container and level the top with a straight blade.[98]

c. Wipe the outside of the container clean and again weigh the container with the slurry. The density of the foamed cement slurry in the container is determined by dividing the slurry mass by the container volume and converting to the appropriate density units.[99]

4. To prepare the contaminated mixtures:

a. For test 1(c)(1), prepare the spacer according to the supplier's instructions and condition the

---

[96] Cement is pumped sequentially with spacer. Thus, the cement/spacer contaminated test is the most important. Tests should also be run on the other contaminated mixtures because the cement could mix with these fluids when it enters the shoe and travels up the annulus.

[97] API RP 10B-4 / ISO 10426-4 at 9.2.

[98] API RP 10B-4 / ISO 10426-4 at 9.2.

[99] API RP 10B-4 / ISO 10426-4 at 9.2.

spacer using the procedure described in Section III.A.4 above.  Carefully mix the prepared slurry with 10% spacer contaminant, by volume.  Stir gently with a spatula for 20 seconds.

b.      For test 1(c)(2), condition the base oil using the procedure described in Section III.A.4 above.  Stir the base oil vigorously for 15 seconds.  Carefully mix the prepared slurry with 10% base oil contaminant by volume.  Stir gently with a spatula for 20 seconds.

c.      For test 1(c)(3), condition the drilling mud using the procedure described in Section III.A.4 above.  Stir the drilling mud vigorously for 15 seconds.  Carefully mix the prepared slurry with 10% drilling mud contaminant by volume.  Stir gently with a spatula for 20 seconds.

5.      **Stability of Unset Foam Cement Slurry**[100]

a.      Pour a sample of the test slurry into a standard 250 ml graduated cylinder, or other appropriately sized container.  Seal the top of the cylinder to prevent dehydration.[101]

b.      Place the cylinder on a stable, vibration-free counter-top at test temperature and let stand for a 2 hour period. Periodically examine the slurry during the 2 hour period to check for settling and visual signs of instability (e.g. decrease in volume, free fluid, bubble breakout, streaking or color change from top to bottom) in the foam slurry.[102]

---

[100]  API RP 10B-4 / ISO 10426-4 at 9.3.1
[101]  API RP 10B-4 / ISO 10426-4 at 9.3.1.
[102]  API RP 10B-4 / ISO 10426-4 at 9.3.1.

c.   Record the visual appearance of the foamed cement slurry (e.g. free fluid, settling, bubbles concentrated in specific area, etc.).[103]

d.   Make density measurements at multiple locations in the cylinder after the 2 hour period.  Use a large syringe with a flexible tube attached to remove small portions from the top, middle and bottom of the slurry cylinder. Transfer the removed slurry to a smaller graduated cylinder to determine the mass of a known volume of the slurry, and then calculate the density.[104]

6.   **Stability of Set Foam Cement Slurry[105]**

a.   Mix the slurry without surfactant and condition as described above in Section III.A.  Add surfactant and foam the slurry as described above in Section III.B.

b.   Prepare an appropriate mold for curing the foamed cement slurry sample by applying primer/cleaner and glue to PVC and assembling the API-recommended mold as displayed in Figure 2 below.

---

[103]   API RP 10B-4 / ISO 10426-4 at 9.3.1.
[104]   API RP 10B-4 / ISO 10426-4 at 9.3.1.
[105]   API RP 10B-4 / ISO 10426-4 at 9.3.2.



Key
1   6,35 mm (¼ in) brass plug
2   25,4 mm x 6,35 mm (1 in x ¼ in) brass reducer
3   25,4 mm (1 in) PVC collar
4   25,4 mm (1 in) PVC schedule 40 tubing, length 152 mm to 203 mm (6 in to 8 in)
5   25,4 mm (1 in) PVC cap

**Figure 2 — Example of curing mould for evaluation of foamed cement slurry stability**

  c. Pour the foamed cement slurry into the mold and screw the large brass fitting into the top. Slurry must exit the center hole of the brass fitting. Then screw the small brass plug into the large brass fitting and tighten both. Cure at the test temperature until set.

  d. After curing, cool to room temperature and remove the brass fitting and plug from the top. Remove the cement from the tube and examine the specimen. Note any obvious problems.

  e. Measure the length of the set cement specimen.[106] Mark the specimen into at least three segments of approximately equal length. Cut the sample into sections and mark them from the top to the

---

[106]   API RP 10B-4 / ISO 10426-4 at 9.3.2.

bottom.[107]  Do not cut the sample with a saw that uses water.

f.    Determine the mass of each section in air and in water as follows:

i.    Place a beaker of fresh water on a balance and tare the balance to zero.[108]

ii.   Place a section on the balance beside the beaker. Record the mass and remove the section from the balance. Tare the balance to zero.[109]

iii.  Place a small rubber membrane of known mass and volume around the sample to prevent water absorption and allow for a more accurate density measurement. Remove air from the sample with a vacuum pump and tube.  Seal the rubber membrane around the sample.

iv.   Suspend the sealed specimen in the beaker using a loop of fine string or thread such that the sample is totally immersed in water but does not touch the bottom or sides of the beaker.[110]

v.    Obtain the mass of the sealed sample and subtract the weight of the rubber membrane to determine the weight of the sample. Remove the sample from the water. Repeat the procedure for each set cement section.[111]

---

[107]  API RP 10B-4 / ISO 10426-4 at 9.3.2.
[108]  API RP 10B-4 / ISO 10426-4 at 9.3.2.
[109]  API RP 10B-4 / ISO 10426-4 at 9.3.2.
[110]  API RP 10B-4 / ISO 10426-4 at 9.3.2.
[111]  API RP 10B-4 / ISO 10426-4 at 9.3.2.

vi. ***If the sample floats in the water***,[112] weigh it down with an object of known mass and volume. Use the same procedure described in the previous paragraphs to measure the combined mass and combined volume of the sample and object. Subtract the mass and volume of the object to determine the mass and volume of the sample.

g. Calculate the density of each sample using the Archimedes Principle.[113]

$$\rho_s = \frac{m_a}{m_w}$$

where,

$\rho_s$ = density of the sample, in grams per cubic centimeter

$m_a$ = mass of the sample in air, in grams

$m_w$ = mass of the sample in water, in grams

7. Signs of foam instability include:

a. More than a trace of free fluid;

b. Bubble breakout noted by large bubbles on the top of the sample;

c. Excessive gap at the top of the specimen (minor meniscus effects are normal);

d. Visual signs of density segregation as indicated by streaking or light to dark color change from top to bottom;

---

[112]  This additional step is necessary to perform the API-recommended density measurement using the Archimedes Principle for samples which float in water.
[113]  API RP 10B-4 / ISO 10426-4 at 9.3.3.

33

e.    Large variations in density from sample top to bottom.[114]

## F.    FLUID LOSS TEST[115]

1.    Perform a static fluid loss test on the unfoamed base slurry with surfactant, mixed as described above in Section III.A.

2.    Equipment:

    a.    High temperature, high pressure fluid-loss cell, fitted with a 45 µm (325 mesh) screen with a 22.6 cm$^2$ (3.5 in$^2$) filtration area backed by a 250 µm (60 mesh) screen. If a screen with a perforated metal back is used, the end caps shall have radial grooves to provide a flow path for the cement filtrate.[116]

    b.    ASTM E220 classification "special" Type J thermocouple, mounted in the wall of the cell or immersed in the slurry.  Metal and glass thermometers are not to be used.[117]

    c.    Pressure gauges capable of reading pressure to a precision of ± 50 psi.[118]

3.    Preheat the fluid-loss cell to 135°F.

4.    Condition the slurry for 20 minutes according to an appropriate heating schedule, starting at 80°F ± 2°F, or other temperature appropriate for the well conditions, and ending at 135°F.[119]

---

[114]  API RP 10B-4 / ISO 10426-4 at 9.3.4.
[115]  API RP 10B-2 / ISO 10426-2 at 10.
[116]  API RP 10B-2 / ISO 10426-2 at 10.2.1.
[117]  API RP 10B-2 / ISO 10426-2 at 10.2.2.
[118]  API RP 10B-2 / ISO 10426-2 at 10.2.3.
[119]  API RP 10B-2 / ISO 10426-2 at 10.5.

5.     Fill the static fluid-loss cell to within 1/4" from the inner groove of the cell.  Insert the proper O-ring in the inner groove of the cell.

6.     Place the proper screen in the cell with the flat side in contact with the slurry.  Place another O-ring on top of the screen.  Insert the cap and tighten all of the Allen screws in a star pattern.  Make sure that both the top and the bottom stem of the cell are closed.

7.     Invert the cell so that the screen is on the bottom. [120] Attach the back-pressure receiver (or condenser) to the outlet stem. If a back-pressure receiver is used, apply sufficient pressure to the back-pressure receiver to prevent the cement filtrate from boiling at the test temperature.[121]

8.     Place the cell in the heating jacket and attach the nitrogen line to the top of the cell.  Apply 1,000 psi to the top of the cell.  Open the top stem of the cell.

9.     Within 30 seconds of inverting the cell, open the bottom stem while simultaneously starting the timer.[122]  Maintain at the specified temperature for the duration of the test.[123]

10.    Collect the filtrate in a graduated cylinder and record the volume to an accuracy of ± 1 ml at 30 s, 1 min, 2 min, 5 min, 7.5 min, 10 min, 15 min, 25 min and 30 min.[124]

11.    If the slurry loses all of its filtrate before the end of the 30 minute period, air will begin to escape ("blow out") from the bottom stem.  Record the time and amount of

---

[120] API RP 10B-2 / ISO 10426-2 at 10.8.7.
[121] API RP 10B-2 / ISO 10426-2 at 10.8.8.
[122] Note: The test should be started as quickly as possible after conditioning is completed, but no more than 6 minutes after.
[123] API RP 10B-2 / ISO 10426-2 at 10.9.1.
[124] API RP 10B-2 / ISO 10426-2 at 10.9.2.

filtrate captured.  The test is complete at this time. Otherwise, the test can be stopped at 30 minutes.

12.  Calculate the ISO Fluid Loss, expressed as milliliters per 30 min.  For tests that run the entire 30 minutes, measure the collected filtrate volume, double the value and report it as the fluid loss value. For tests that "blow out" in less than the 30 min test interval, use the following equation to calculate the ISO Fluid Loss.[125]

*Calculated ISO Fluid Loss* $= V_t \frac{10.544}{\sqrt{t}}$ , where

$V_t$ = *volume of filtrate collected at time of blowout, expressed in mL*

*t = time of the blowout, expressed in minutes.*

13.  When reporting the fluid loss of cement slurries, those for which the fluid loss was measured for a full 30 min shall be reported as "ISO Fluid Loss" while those for which the fluid "blew out" in less than 30 min shall be reported as "Calculated ISO Fluid Loss."[126]

## G.  FREE WATER TEST[127]

1.  Mix and condition the slurry to 135°F as described above in Section III.A.

2.  Preheat a water bath to 135°F on a vibration-free surface.

3.  Pour the slurry into a clear graduated tube:

a.  The clear tube should be inert to well cements and should not deform during the test.  It should be graduated such that the slurry volume placed in the tube can be visually determined with a

---

[125]  API RP 10B-2 / ISO 10426-2 at 10.9.4.
[126]  API RP 10B-2 / ISO 10426-2 at 10.9.5.
[127]  API RP 10B-2 / ISO 10426-2 at 15.

precision of ± 2 mL.  Document the tube dimensions.

b.   The ratio of the slurry-filled length to the inside tube diameter should be between 6:1 and 8:1.

c.   The test slurry volume should be between 100 mL and 250 mL, inclusive.  Document the slurry volume placed in the tube when the tube is vertical.

4.   Place the graduated tube in the pre-heated water bath. Cover the opening of the graduated tube to prevent evaporation.

5.   Maintain the temperature at 135°F for 2 hours, beginning from the time the slurry is poured into the graduated tube.

6.   After the 2 hour test period, measure the volume of free fluid (clear or colored fluid on top of the cement slurry) with a precision of ± 0.2 mL.

7.   Calculate the volume fraction of free fluid, ø, expressed as a percent:

$$\alpha = \frac{V_F}{V_S} \times 100$$

Where:

$V_F$ = volume of free fluid

$V_S$ = volume of slurry

8.   NOTE: Presence of free fluid should also be evaluated and recorded as part of the Foam Stability Test of unset foam slurry, described above.[128]

---

[128]   API RP 10B-4 / ISO 10426-4 at 9.3.1.

## H.   UCA COMPRESSIVE STRENGTH[129]

1.   Mix and condition a sample of unfoamed base slurry for 3 hours[130] using the procedures described above in Section III.A.   A sample of approximately 200 mL is required.

2.   A curing cell, which can be subjected to controlled temperature and pressure for curing the cement slurry, shall be used.   The cell shall contain the following systems:

   a.   Temperature-measuring system, calibrated to an accuracy of ± 3°F.

   b.   Sonic signal measuring system, calibrated in accordance with the manufacturer's instructions.

3.   Preparing the sample and cell[131]:

   a.   Pre-condition the test cylinder of the curing cell to an appropriate temperature, consistent with Halliburton's pressure/temperature schedule.

   b.   Apply a light coating of high temperature grease to the interior of the test cylinder up to the threads and on each plug up to the threads to prevent cement from sticking.

   c.   Place the bottom plug in a vice.   Install the seal ring and o-ring.   Apply a thin coat of high temperature grease on the o-ring and seal ring.

   d.   Screw the cylinder end marked with a "T" onto the plug that is located in the vice.   Screw the

---

[129]   API RP 10B-2 / ISO 10426-2 at 8.

[130]   The conditioning time of 3 hours is recommended to obtain test results comparable to Halliburton's test results.

[131]   The following instructions are for Chandler Engineering Ultrasonic Cement Analyzer.   If a different UCA is used, small modifications may need to be made to accommodate equipment differences.

plug in by hand and tighten the plug so that it just contacts the cylinder.

e.  Install the transducers in the top and bottom plug using the spring and transducer support plug.  Place a thin coating of high temperature ultrasonic couplant on the sensor each time it is removed.  Use the couplant sparingly.

f.  Condition the cylinder for 20 minutes at an appropriate temperature, according to Halliburton's temperature/pressure schedule.

g.  Pour approximately 200 mL slurry into the greased test cell, being careful not to get cement into the threads.  Continue to pour cement in the test cell until it is approximately 1/4" below the circular lip of the cylinder.  Use the slurry level gauge to obtain the proper fill level.  The slurry should touch the lower tab marked "WET" but not touch the upper tab marked "DRY".

h.  Fill the cell with water up to the water fill line on the slurry level gauge.

i.  Screw the top plug into the top of the cylinder by hand and tighten the plug so that it just contacts the cylinder.

j.  Wipe the cylinder assembly and place it in the autoclave chamber.

k.  Align the pressure port in the top plug with the high-pressure filter on top of the autoclave assembly.  Rotate the cell clockwise to align.

l.  Attach the high-pressure filter and U-tube connection to the top port on the cell.  Tighten by hand initially to start the threads, then use a 5/8" wrench to tighten.  Connect the top transducer

39

cable to the BNC connector labeled "Top Transducer" at the back of the autoclave.

m.    Install the thermocouple in the other high-pressure port in the top plug.  Tighten by hand.  Connect the thermocouple cable to the receptacle labeled "1 Thermocouple" at the back of the autoclave.

n.    Open the water supply valve until water exits the thermocouple vent hole.   Tighten the thermocouple connection using a 5/8" wrench.

4.    Running the Test:

a.    Turn the pump pressure adjust regulator clockwise until the air pressure is sufficient to raise the pressure to the desired pressure set point.   Each 5 psi of air pressure results in approximately 1,000 psi of hydraulic pressure.  The air pressure should not exceed 100 psi.

b.    Turn the relief valve knob clockwise until the release pressure is sufficient to prevent the relief valve from opening at the desire pressure set point.

c.    Turn the pump switch to the ON position until pressure exceeds the desire set point.  Turn the pump switch to the OFF position.  Make sure the system is holding pressure before proceeding.

d.    Turn the relief valve knob counterclockwise slowly until the test cell pressure begins to drop.  Continue turning the regulator knob slowly until the pressure in the test cell equals 14,458 psi.[132]

---

[132]   The pressure of 14,458 psi is not representative of the downhole conditions in the Macondo well.  This pressure is being recommended for the purposes of obtaining test results that can be compared with the Halliburton test results.

e.  Turn the pump pressure adjust regulator counterclockwise until the air pressure is approximately zero.

f.  Turn the pump switch to the ON position.

g.  Slowly turn the pump pressure adjust regulator knob clockwise until the pump begins to stroke. Continue to turn the regulator knob clockwise until the lower limit of for the control pressure is achieved, consistent with the pressure schedule used by Halliburton.

h.  Program the temperature-measuring system according to manufacturer instructions.

i.  Turn the heater switch to the ON position and press the run button on the temperature controller.

5.  Begin recording the sonic data within 5 minutes after the application of pressure.[133]  Continuously monitor the transit time until the test is completed.  The strength of the cement sample shall be obtained from transit time correlations.

6.  All readings, beginning from the onset of the test, should be recorded.  The compressive strength at 12, 24, and 48 hours should be noted and compared to the Halliburton test results.  The time that is required for the slurry to develop compressive strength of 50 psi and 500 psi should also be noted and compared to the Halliburton test results.

---

[133]  API RP 10B-3 / ISO 10426-3 at 6.4.2.

41

## I.   CRUSH COMPRESSIVE STRENGTH OF FOAMED CEMENT

1.   Equipment:

   a.   Standard 2" water-tight cube molds with covers and compressive-strength testing machine, conforming to the requirements of ASTM C 109. The mold tolerances shall be verified. Calibrate the testing device to be accurate to ± 1% of the load range to be measured.[134] The molds should have a sufficient seal to prevent slurry from expanding out of the mold at 180°F.[135]

   The cube mold base plate shall be of corrosion-resistant metal; the cover plate shall have a minimum thickness of 6 mm (~in). Grooves may be incorporated into the surface of the cover plate contacting the surface of the cement.[136]

   b.   A water curing bath or tank that allows for complete immersion of the molds, and that is capable of maintaining the specified test temperatures within ± 3°F.[137]

   c.   A cooling bath that can completely submerge the sample in water maintained at 80°F ± 5°F.[138]

   d.   A temperature-measuring system that is calibrated to an accuracy of ± 3°F.[139]

   e.   A puddling rod that is corrosion-resistant with a width of 6 mm ± 0.5 mm (1/4 in).[140]

---

[134]   API RP 10B-2 / ISO 10426-2 at 7.4.1.
[135]   API RP 10B-2 / ISO 10426-2 at 7.5.1.
[136]   API RP 10B-2 / ISO 10426-2 at 7.4.2.
[137]   API RP 10B-2 / ISO 10426-2 at 7.4.3.
[138]   API RP 10B-2 / ISO 10426-2 at 7.4.4.
[139]   API RP 10B-2 / ISO 10426-2 at 7.4.5.
[140]   API RP 10B-2 / ISO 10426-2 at 7.4.6.

f. Mold-sealing grease with the following properties at the anticipated test temperatures and pressures: (a) ease of application; (b) good sealing properties to prevent leakage; (c) water resistance; (d) inert to the cement; and (e) non-corrosive in the temperature range 0°F to 400°F.[141]

g. Mold-release agent may be applied to the interior surfaces of the mold to prevent the sample from being damaged when removed from the mold.[142]

2. Mix and condition the slurry for 1.5 hours[143] as described above in Section III.A, and foam to 18.5% quality using the procedure described in Section III.B.[144]

3. Pour the cement slurry into the prepared molds to approximately one-half of the mold depth. Puddle each sample approximately 30 times with a puddling rod after all mold chambers have received slurry. Stir the remaining slurry carefully by hand to re-suspend the components. Fill each sample mold to overflowing with slurry and puddle the same as the first layer. After puddling, strike off the excess slurry even with the top of the mold using a straight edge. Discard specimens in molds that leak. Place the cover plate on top of the molds. For each test, use at least three specimens.[145]

4. After the molds have been filled and covered with the cover plate, immediately place them in a water curing bath maintained at 180°F, consistent with Halliburton testing. Raise the molds off the bottom of the bath using a perforated baffle plate or suitable spacers to

---

[141] API RP 10B-2 / ISO 10426-2 at 7.4.7.
[142] API RP 10B-2 / ISO 10426-2 at 7.4.8.
[143] The conditioning time of 1.5 hours is recommended to obtain test results comparable to Halliburton's test results.
[144] API RP 10B-2 / ISO 10426-2 at 7.5.2.
[145] API RP 10B-2 / ISO 10426-2 at 7.5.2.2.

43

allow water to completely circulate around the samples during the curing period. At 45 min before the age when the samples are to be tested, remove the molds from the water bath and remove the cured samples from the molds. Immediately immerse the samples in a water cooling bath at 80°F ± 5°F until the samples are tested.[146]

5. Record the dimensions of the specimens. Also report any height differences between the cured specimen and the initial slurry, as well as other suspected problems (settling, air entrainment, soft pockets, etc.).

6. The test period is the time elapsed from subjecting the sample to heat in the curing vessel to testing the sample for strength.[147] The crush compressive strength test should be performed at test periods of 12, 24 and 48 hours to provide a comparison to the Halliburton test results.

7. Test samples immediately after removal from the cooling bath. The test procedure shall be in accordance with ASTM C 109, except for the following aspects:[148]

   a. A compressive strength testing device shall be used, and the rate of loading for samples with strength greater than 500 psi shall be 4,000 psi ± 400 psi per minute. For samples with strength of 500 psi or less, a loading rate of 1,000 psi ± 100 psi per minute shall be used. Make no adjustment in the controls of the testing machine while a sample is yielding before failure.

   b. Report compressive strength as the force required to break the sample divided by the smallest measured cross-sectional area in contact with the

---

[146] API RP 10B-2 / ISO 10426-2 at 7.5.3.
[147] API RP 10B-2 / ISO 10426-2 at 7.5.5.
[148] API RP 10B-2 / ISO 10426-2 at 7.5.6.

load-bearing plates of the compression tester.  If a 2" cube specimen is used, the compressive strength (in psi) may be determined by dividing the total load by 4.

c.   Average the compressive strength of all acceptable test samples (see ASTM C 109) made from the same slurry and tested at the same time.  Report compressive strength results to the nearest 10 psi and include the test schedule used.

## J.   COMPATIBILITY OF WELLBORE FLUIDS WITH UNFOAMED BASE SLURRY[149]

1.   The API Recommends that the following tests be run with contaminated cement mixtures: rheology, thickening time, compressive strength, fluid loss.

2.   To prepare the contaminated mixtures:

a.   For the cement/spacer mixtures, prepare the spacer according to the supplier's instructions and condition the spacer using the procedure described in Section III.A.4 above.  Carefully mix the prepared slurry with the spacer contaminant. Stir gently with a spatula for 20 seconds.

b.   For the cement/base oil mixtures, condition the base oil using the procedure described in Section III.A.4 above.  Stir the base oil vigorously for 15 seconds.  Carefully mix the prepared slurry with the base oil contaminant.  Stir gently with a spatula for 20 seconds.

c.   For the cement/drilling mud mixtures, condition the drilling mud using the procedure described in Section III.A.4 above.  Stir the drilling mud vigorously for 15 seconds.  Carefully mix the

---

[149]   API RP 10B-2 / ISO 10426-2 at 16.3.

prepared slurry with drilling mud contaminant. Stir gently with a spatula for 20 seconds.

3.   Rheology

a.   Prepare and condition the slurry at 135 degrees F, as described above in Section III.A.

b.   Determine the rheological properties of each fluid combination, as described in Section III.D above, in ratios of 95/5, 75/25, 50/50, 25/75, and 5/95, by volume, as well as a 25/50/25 mixture of mud/spacer/cement.

c.   Calculate PV and YP values for all of the mixtures using linear regression analysis and compare to the values for the uncontaminated mud, cement, or spacer to determine compatibility.

d.   Compatibility should also be evaluated with visual inspections. Record all visual observations.

    i.   Compatible mixtures

       (A)   Homogenous mixtures formed with no undesirable chemical or physical reactions;

       (B)   No separation after allowing to sit for 2-3 minutes;

       (C)   No gelling;

       (D)   No formation of globules or a clabbered appearance.

    ii.   Incompatible mixtures:

       (A)   Severe gelation;

(B)    Separation of layers between the fluids;

(C)    Formation of globules or a clabbered appearance;

(D)    Gelation in which a void is observed in the center of the mixture upon removal of the stirring apparatus.

4.    Thickening Time — perform thickening time tests, as described in Section III.F above, on mixtures of cement/spacer and cement/mud in ratios of 95/5 and 75/25, by volume.

5.    Compressive Strength

    a.    Perform UCA compressive strength tests, as described in Section III.J above, on mixtures of cement/spacer in ratios of 95/5 and 75/25, volume.

    b.    Perform UCA compressive strength tests, as described in Section III.J above, on mixtures of cement/mud in ratios of 95/5 and 75/25.

    c.    Perform crush compressive strength tests, as described in Section III.K above, on mixtures of foam cement/mud in ratios of 95/5 and 75/25.

6.    Fluid Loss — perform fluid loss tests, as described in Section III.H above, on mixtures of cement/spacer in ratios of 95/5 and 75/25.[150]

---

[150]  API RP 10B-2 / ISO 10426-2 at 16.7.

# Attachment A



National Commission on the
**BP DEEPWATER HORIZON OIL SPILL
AND OFFSHORE DRILLING**

**Commissioners**

Bob Graham, Co-Chair
William K. Reilly, Co-Chair
Frances Beinecke
Donald F. Boesch
Terry D. Garcia
Cherry A. Murray
Fran Ulmer

Richard Lazarus
Executive Director

October 28, 2010

To:     Bob Graham, Co-Chair
        William K. Reilly, Co-Chair
        Frances Beinecke
        Donald F. Boesch
        Terry D. Garcia
        Cherry A. Murray
        Fran Ulmer

Dear Commissioners,

We write to report the results of cement testing that we have recently conducted and several conclusions we have reached based on that testing and documents subsequently provided to us by Halliburton. We wanted to report these results immediately to facilitate your consideration of their implications for offshore drilling safety.

We have known for some time that the cement used to secure the production casing and isolate the hydrocarbon zone at the bottom of the Macondo well must have failed in some manner. That cement should have prevented hydrocarbons from entering the well. For a variety of technical reasons that we will explain at the upcoming hearing, BP cemented the well with a nitrogen foam cement recommended and supplied by Halliburton. Halliburton generated the nitrogen foam cement by injecting high pressure nitrogen into a base cement slurry as it pumped that slurry into the well.

We asked Halliburton to supply us samples of materials like those actually used at the Macondo well so that we could investigate issues surrounding the cement failure. Halliburton provided us off-the-shelf cement and additive materials used at the Macondo well from their stock. Although these materials did not come from the specific batches used at the Macondo well, they are in all other ways identical in composition to the slurry used there.



National Commission on the
BP DEEPWATER HORIZON OIL SPILL
AND OFFSHORE DRILLING

Commissioners

Bob Graham, Co-Chair
William K. Reilly, Co-Chair
Frances Beinecke
Donald F. Boesch
Terry D. Garcia
Cherry A. Murray
Fran Ulmer

Richard Lazarus
Executive Director

Chevron agreed as a public service to test the cement slurry on behalf of the Commission.  Chevron employs some of the industry's most respected cement experts, and it maintains a state-of-the art cement testing facility in Houston, Texas.  Halliburton agreed that the Chevron lab was highly qualified for this work.

 We attach Chevron's report of its laboratory tests, and we have invited one of its experts to discuss that report with you at the public hearing on November 9.

Chevron's report states, among other things, that its lab personnel were unable to generate stable foam cement in the laboratory using the materials provided by Halliburton and available design information regarding the slurry used at the Macondo well.  Although laboratory foam stability tests cannot replicate field conditions perfectly, these data strongly suggest that the foam cement used at Macondo was unstable.  This may have contributed to the blowout.

Halliburton has stated publicly that it tested the Macondo cement before pumping it on April 19th and 20th, and that its tests indicated the cement would be stable.  When Chevron informed us of the preliminary results of its tests, we asked Halliburton to give us all of the data from all tests it had run on the Macondo cement slurry.

The documents provided to us by Halliburton show, among other things, that its personnel conducted at least four foam stability tests relevant to the Macondo cement slurry.  The first two tests were conducted in February 2010 using different well design parameters and a slightly different slurry recipe than was finally used.  Both tests indicated that this foam slurry design was unstable.

Halliburton provided data from one of the two February tests to BP in an email dated March 8, 2010.  The data appeared in a technical report along with other information.  There is no indication that Halliburton highlighted to BP the significance of the foam stability data or that BP personnel raised any questions about it.  There is no indication that Halliburton provided the data from the other February test to BP.



National Commission on the
**BP DEEPWATER HORIZON OIL SPILL
AND OFFSHORE DRILLING**

**Commissioners**

Bob Graham, Co-Chair
William K. Reilly, Co-Chair
Frances Beinecke
Donald F. Boesch
Terry D. Garcia
Cherry A. Murray
Fran Ulmer

Richard Lazarus
Executive Director

Halliburton conducted two additional foam stability tests in April, this time using the actual recipe and design poured at the Macondo well. We believe that its personnel conducted the first of these two tests on or about April 13, seven days before the blowout. Lab personnel used slightly different lab protocols than they had used in February. Although there are some indications that lab personnel may have conducted this test improperly, it once again indicated that the foam slurry design was unstable. The results of this test were reported internally within Halliburton by at least April 17, though it appears that Halliburton never provided the data to BP.

It appears that Halliburton personnel began a second April foam stability test shortly after receiving the unfavorable results from the first April test. Halliburton personnel again modified the testing procedure, and this time – for the first time – the data indicated the foam slurry design would be stable. We are not yet certain when Halliburton reported this data internally or whether the test was even complete prior to the time the cement job was poured at the Macondo well. Halliburton reported this data to BP after the blowout.

Taken together, these documents lead us to believe that:

(1)    Only one of the four tests discussed above that Halliburton ran on the various slurry designs for the final cement job at the Macondo well indicated that the slurry design would be stable;

(2)    Halliburton may not have had—and BP did not have—the results of that test before the evening of April 19, meaning that the cement job may have been pumped without any lab results indicating that the foam cement slurry would be stable;

(3)    Halliburton and BP both had results in March showing that a very similar foam slurry design to the one actually pumped at the Macondo well would be <u>un</u>stable, but neither acted upon that data; and



National Commission on the
**BP DEEPWATER HORIZON OIL SPILL
AND OFFSHORE DRILLING**

**Commissioners**

Bob Graham, Co-Chair
William K. Reilly, Co-Chair
Frances Beinecke
Donald F. Boesch
Terry D. Garcia
Cherry A. Murray
Fran Ulmer

Richard Lazarus
Executive Director

(4)    Halliburton (and perhaps BP) should have considered redesigning the foam slurry before pumping it at the Macondo well.

Finally, we want to emphasize that even if our concerns regarding the foam slurry design at Macondo are well founded, the story of the blowout does not turn solely on the quality of the Macondo cement job.  Cementing wells is a complex endeavor and industry experts inform us that cementing failures are not uncommon even in the best of circumstances.  Because it may be anticipated that a particular cement job may be faulty, the oil industry has developed tests, such as the negative pressure test and cement evaluation logs, to identify cementing failures.  It has also developed methods to remedy deficient cement jobs.

BP and/or Transocean personnel misinterpreted or chose not to conduct such tests at the Macondo well.

Sincerely,

*/s/ Fred H. Bartlit*

Fred H. Bartlit, Jr.
Sean C. Grimsley
Sambhav N. Sankar

Attachment B



**Craig Gardner**
Team Leader - Cementing

**Energy Technology Company**
Drilling and Completions Department
3901 Briarpark
Houston, TX 77042
Tel 713.954.6154
Fax 713.954.6177
craig.gardner@chevron.com

Sambhav N. "Sam" Sankar
Deputy Chief Counsel
National Commission on the BP Deepwater Horizon
Oil Spill and Offshore Drilling
One Thomas Circle, 4th Floor
Washington DC 20005

October 26, 2010

# NATIONAL COMMISSION ON THE
# BP DEEPWATER HORIZON OIL SPILL AND OFFSHORE DRILLING
# CEMENT TESTING RESULTS

## MR. SAMBHAV N. "SAM" SANKAR

This report summarizes the results of the testing conducted in the cementing laboratory at Chevron's Briarpark facility at the request of the National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling.

We conducted these tests using samples of cement and additives supplied by Halliburton and sent to the Chevron laboratory at the request of the Commission.  To our knowledge, these materials were supplied by Halliburton as representative of materials used on the Deepwater Horizon but are neither bulk plant samples nor rig samples from the actual job.

The mud sample used in the contamination testing described in this report was supplied by MI Swaco at the Commission's request.  It is a sample of drilling fluid from an actual drilling operation (i.e. not laboratory-prepared nor taken from a freshly-built mud in a liquid mud plant). MI Swaco supplied an analysis (mud check) with the sample, and a similar suite of tests were run in the Chevron drilling fluids laboratory to confirm the fluid characteristics.  Both the MI Swaco results and the Chevron results compare reasonably well with the field mud check #79 dated April 19, 2010.  Copies of the mud reports are contained in the Appendix.

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited.  If you have received this document in error, please notify the sender immediately at the telephone number indicated above.

October 26, 2010
Page 2


The testing was based on the Halliburton laboratory report dated April 12, 2010 and contained in Appendix J of the BP report *Deepwater Horizon Accident Investigation Report, September 8, 2010*, Appendix J.  Most of the tests were conducted using multiple protocols.  API and ISO cementing standards are, for the most part, technically identical standards which allow latitude in test procedures.  The Halliburton report does not contain sufficient information to determine the exact test protocol used in the Halliburton lab in all cases.  Halliburton elected not to provide additional information clarifying its testing protocols that was requested through the Commission.  Therefore, a range of test procedures was selected to encompass a variety of test conditions.

Many of the test results were in reasonable agreement with those reported by Halliburton. However, we were unable to generate stable foam with any of the tests described in Section 9 of this report.


Craig Gardner

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited.  If you have received this document in error, please notify the sender immediately at the telephone number indicated above.

October 26, 2010
Page 3

# Table of Contents

Section 1: Thickening Time .................................................................4

Section 2: Mud Balance ....................................................................4

Section 3: Mixability.......................................................................4

Section 4: Fluid-Loss and Free-Fluid Testing ..........................................5

Section 5: UCA Compressive Strength...................................................5

Section 6: Crush Compressive Strength .................................................7

Section 7: FYSA Viscosity Profile and Gel Strength ...............................7

Section 8: Rheological Profile Measurements .........................................8

Section 9: Foam Mixing and Stability ...................................................9

Section 10: Mud Contamination of Unfoamed Slurry Sonic Strength Development............12

Section 11: Stability of Foamed Cement with Mud or Spacer Contamination......................13

Section 12: Static Gel Strength Development ..........................................13

Appendix........................................................................................14

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited.  If you have received this document in error, please notify the sender immediately at the telephone number indicated above.

October 26, 2010
Page 4

# Section 1:  Thickening Time

Two test schedules were used:

> (1) 135°F reached in 83 minutes with 14,458 psig

> (2) 135°F reached in 230 minutes with 14,458 psig

Schedule (1) is taken from the Halliburton report.  In schedule (2), the time-to-temperature is lengthened to correspond to the time-to-bottom from the Opticem simulation dated April 18, 2010.

**Table 1: Thickening Time Test Results**

| Test Schedule | Laboratory | Test Identifier | 30 $B_c$ (hh:mm) | 40 $B_c$ (hh:mm) | 50 $B_c$ (hh:mm) | 70 $B_c$ (hh:mm) |
|---|---|---|---|---|---|---|
| **1** | **Halliburton** | **73909/2** | **07:25** | **07:34** | **07:36** | **07:37** |
| 1 | Chevron | 100432-6 | 08:11 | 08:14 | 08:16 | 08:18 |
| 2 | Chevron | 100431-5 | 08:14 | 08:17 | 08:18 | 08:20 |

# Section 2:  Mud Balance

Density of the base slurry was confirmed with a pressurized fluid density balance using the method described in Clause 6 of API RP10B-2/ISO10426-2.

**Table 2: Pressurized Mud Balance Results**

| Laboratory | Test Identifier | Slurry Density (lbm/gallon) |
|---|---|---|
| **Halliburton** | **811529** | **16.7** |
| Chevron | 100431-5 foamed weigh up sheet | 16.7 |

# Section 3:  Mixability

The slurry was prepared according to Clause 5 of API RP10B-2/ISO10426-2.

Halliburton's report rated the slurry mixability as a "4" on a scale of 1 to 5, with zero being assigned to a slurry which is deemed unmixable.

Chevron rated the slurry as mixable using a combination of factors:

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited.  If you have received this document in error, please notify the sender immediately at the telephone number indicated above.

October 26, 2010
Page 5

The dry powder was incorporated into the mix fluid easily in 12-18 seconds depending on the particular test.
The blender consistently achieved 12,000 rpm and good slurry vortices were observed. However, sedimentation was noted in the blender bowl.
The initial consistency of the slurry was 13 - 18 $B_c$ depending on the particular test. For context, Chevron uses an initial consistency value of 35 $B_c$ (maximum) as a mixability "flag".

## Section 4:  Fluid Loss and Free Fluid Testing

Halliburton did not report these tests.  They were included in the present testing program because un-foamed cap and shoe track slurries were pumped on the job.

The slurries were conditioned in a high-temperature, high-pressure consistometer according to the same test schedules used for the thickening time testing.

The fluid loss tests were conducted according to API RP10B-2/ISO 10426-2 Clause 10, using a "short cell" fluid loss apparatus.

The free-fluid tests were conducted according to API RP10B-2/ISO 10426-2 Clause 15.5, using the ambient temperature static period.  The free-fluid tests were conducted with the 250-mL graduated cylinder inclined at 45 degrees and 90 degrees (vertical).  The results are found in Table 3.

**Table 3: Fluid Loss and Free Water Results**

| Test Schedule | Conditioning | Test Identifier | Fluid Loss (mL/30 min) | Free Fluid (90° vertical) | Free Fluid (45° angle) |
|---|---|---|---|---|---|
| 1 | HTHP | 100432-6 | 578 | 1.6 percent | 2 percent |
| 2 | HTHP | 100431-5 | 456 | zero | Channel present |
| 1 | Atmospheric | 100432-6 | Not Run | Settling[1] | 8.8 percent |

[1]Slurry sampled from the top of the graduate weighed 15.96 lbm/gal.  Slurry sampled from the bottom of the graduate weighed 17.4 lbm/gal

## Section 5: UCA Compressive Strength

The sonic compressive strength of the base slurry was measured according to Clause 8 of API RP10B-2/ISO10426-2, using an ultrasonic cement analyzer.  Three testing schedules were used:

1) Heat to 135°F in 83 minutes with 14,458 psig (thickening time schedule), condition for a total elapsed time of 3 hours from initial application of temperature and pressure, remove from the consistometer and place in a pre-heated 135°F UCA and

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited.  If you have received this document in error, please notify the sender immediately at the telephone number indicated above.

October 26, 2010
Page 6

        heat from 135°F to 210°F in 4 hours with a confining pressure of 14,458 psig.  Data are presented using both algorithm B and the foamed-cementing algorithm.

2)    Heat to 135°F in 83 minutes with 14,458 psig (thickening time schedule), condition for a total elapsed time of 3 hours from initial application of temperature and pressure, remove from the consistometer and place in a pre-heated 135°F UCA and heat from 135°F to 180°F in 4 hours with a confining pressure of 14,458 psig (this procedure was intended to allow a comparison with the crushed foamed cube data). Data are presented using both algorithm B and the foamed-cementing algorithm.

3)    The slurry was conditioned for 3 hours in an atmospheric consistometer at 135°F. Starting with a cold cup, place in the atmospheric consistometer and ramp temperature to 135°F as quickly as possible. Remove from the consistometer and place in a pre-heated 135°F UCA and heat 135°F to 210°F in 4 hours with a confining pressure of 14,458 psig.  Data are presented using both algorithm B and the foamed-cementing algorithm.

The results are summarized in the Table 4.  Copies of the test charts are found in the Appendix. The effect of drilling fluid contamination on sonic strength development is described in Section 11.

**Table 4:  UCA Compressive Strength Development**

| Laboratory | Schedule | Pressure | 50 psi (hr:min) | 500 psi (hr:min) | 12 hour (psi) | 24 hour (psi) | 48 hour (psi) | Final (psi) |
|---|---|---|---|---|---|---|---|---|
| **Halliburton** | **Circulate 3 hours before pouring** | **14,458** | **08:12** | **08:40** | **2301** | **2966** | **3099** | **---** |
| Chevron | Protocol 1 (B algorithm) | 14,458 | 05:57 | 06:24 | 2945 | 3550 | 3831 | 3918@108 hrs |
| Chevron | Protocol 1 (foam algorithm) | 14,458 | 06:01 | 06:40 | 1040 | 1155 | 1206 | 1221@108 hrs |
| Chevron | Protocol 2 (B algorithm) | 14,458 | 09:58 | 10:47 | 1302 | 3001 | 3541 | 3760@108 hrs |
| Chevron | Protocol 2 (foam algorithm) | 14,458 | 10:03 | 11:25 | 643 | 1050 | 1153 | 1193 @ 108 hrs |
| Chevron | Protocol 3 (B algorithm) | 14,458 | 06:31 | 06:59 | 3152 | 3976 | 4481 | 4575 @ 73 hrs |
| Chevron | Protocol 3 (foam algorithm) | 14,458 | 06:35 | 07:15 | 1078 | 1232 | --- | 1232 @ 24 hrs |

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited.  If you have received this document in error, please notify the sender immediately at the telephone number indicated above.

October 26, 2010
Page 7

# Section 6:  Crush Compressive Strength

The plan was to replicate the crushed cube compressive strength values reported in the Halliburton report with the test ID 806069.

A Humboldt Manufacturing Company Model 2820 3-gang, 2-inch brass mold was prepared according to API RP10B-4/ISO 10426-4.  The molds were sealed with gasket material to allow curing in an atmospheric pressure water bath at 180°F.

After 48 hours curing, the samples were removed from the molds and were observed to have lost approximately one-half inch of their original two-inch height (photographs in Appendix).  Therefore, no further tests were conducted.

# Section 7:  FYSA Viscosity Profile and Gel Strength

The Fann Yield Stress Adapter is a proprietary Halliburton test device that replaces the bob and sleeve in a Fann 35-type rotational viscometer.  The device and test method are described in SPE 133050, *Techniques for the Study of Foamed Cement Rheology*, Olowolagba and Brenneis, 2010.

This test was not performed during the present study because a stable foam could not be obtained as described in the Section 9 on foamed stability testing.  Table 5 contains only Halliburton-reported results.

**Table 5: FYSA Viscosity Profile**

| Laboratory | Temperature | 600 rpm | 300 rpm | 200 rpm | 100 rpm | 60 rpm | 30 rpm | 6 rpm | 3 rpm |
|---|---|---|---|---|---|---|---|---|---|
| **Halliburton (Test  ID 806074)** | **80°F** | **14** | **7** | **5** | **3** | **1** | **1** | **1** | **1** |

6D=1, 3D=1

The FYSA viscosity profile is measured using a different instrument and procedure than the rotor-and-bob configuration described in API RP10B-2/ISO 10426-2, Clause 12.  The FYSA viscosity profile cannot be compared with the rheological results that follow in Section 8, Table 6 because of the differences in test methodology and instruments.

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited.  If you have received this document in error, please notify the sender immediately at the telephone number indicated above.

October 26, 2010
Page 8

# Section 8:  Rheological Profile Measurements

The rheological values reported in Table 6 were measured using a direct-reading rotational viscometer as described in API RP10B-2/ISO 10426-2, Clause 12.  A variety of conditioning methods and measurement sequences were used.

**Table 6:  Rheological Profile Measurements**

| Laboratory | Test Conditions | 600 rpm | 300 rpm | 200 rpm | 100 rpm | 60 rpm | 30 rpm | 20 rpm | 10 rpm | 6 rpm | 3 rpm |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Halliburton (ID 806075)** | **Note 1** | **180** | **84** | **56** | **28** | **26** | **8** | **6** | **4** | **2** | **2** |
| Chevron | Note 2 | 164 | 78 | 52 | 26 | 16 | 8 | 6 | 4 | 2 | 2 |
| Chevron | Note 2 (rerun) | 180 | 80 | 58 | 26 | 16 | 8 | 6 | 4 | 2 | 2 |
| Chevron | Note 3 | 136 | 69 | 45 | 25 | 16 | 10 | 8 | 6 | 6 | 4 |
| **Halliburton (ID 806075)** | **Note 4** | **130** | **56** | **40** | **20** | **12** | **8** | **6** | **4** | **4** | **2** |
| Chevron | Note 5 | 124 | 57 | 38 | 23 | 16 | 11 | 9 | 8 | 6 | 4 |
| Chevron | Note 6 | 176 | 92 | 64 | 36 | 24 | 14 | 12 | 8 | 6 | 4 |
| Chevron | Note 7 | 120 | 76 | 56 | 32 | 22 | 14 | 12 | 10 | 8 | 6 |

[1] 80°F – Slurry Conditioning Unknown

[2] 80°F – Slurry as mixed – no conditioning, measure and record 300 rpm to 3 rpm readings , then measure and record 600 rpm reading

[3] 80°F – Slurry as mixed – no conditioning, measure and record 3 rpm to 300 rpm to 3 rpm readings , then measure and record 600 rpm reading. Report the average values for the 3 rpm to 300 rpm readings. (RP10B-2/ISO 10426-2 Clause 12)

[4] 135°F – Slurry Conditioning Unknown

[5] 135°F Condition for 30 minutes in atmospheric consistometer.  Take measurements from 3 rpm to 300 rpm to 3 rpm and average.  Take 600 rpm reading last

[6] 135°F Condition in an HTHP consistometer for 83-minute heat-up plus 30 minutes additional conditioning.  Take measurements from 600 rpm to 3 rpm

[7] 135°F Condition in HTHP consistometer for 230-minute heat-up.  Take measurements from 600 to 3 rpm

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited.  If you have received this document in error, please notify the sender immediately at the telephone number indicated above.

October 26, 2010
Page 9

# Section 9:  Foam Mixing and Stability

A series of nine tests were conducted under varying conditions as described below.  Each test consisted of multiple measurements.  API RP10B-4 and ISO 10426-4 are silent on the matter of slurry conditioning so several conditioning methods were used.  None of the tests produced a stable foam.  Foamed stability was assessed using several methods:

> a) Visual inspection of the fluids: base slurry and foamed slurry
> b) Density measurements of slurry sampled from the blender
> c) Density measurement of slurry sampled from graduated cylinder after a 2-hour quiescent period according to API RP10B-4/ISO 10426-4 Clause 9.3.1.
> d) Density measurement by Archimedes' Principle of samples cured in PVC molds at 180°F according to API RP10B-4/ISO 10426-4 Clause 9.3.3.

The tests are described briefly below and the density measurements summarized in Table 7.

**Test 1.**  Target design foamed density: 14.5 lbm/gal.  The slurry was foamed immediately after mixing (no conditioning).  The slurry was foamed with a multi-blade assembly (API RP10B-4/ISO 10426-4 Clause 5) for 15 seconds @ 12,000 rpm.  A density check of a sample of the foamed cement in a plastic cube of known volume showed the density to be below the designed density.  Settling was noted in both the base slurry and the foam so the stability tests in the graduated cylinder and the PVC tubes were not performed.  Density measurements were recorded from slurry sampled from the top, bottom and middle of the mixing blender.  The results are reported in Table 7.

**Test 2.**  Target design foamed density: 14.5 lbm/gal.  Because of the instability noted in the base slurry and foamed slurry in Test 1, the test procedure was modified.  Slurry quantities were adjusted to allow mixing and foaming in the same blender.  This eliminated the need to transfer slurry from the mixing blender to the foaming blender thereby avoiding the effects of sedimentation in the base slurry.  The slurry was foamed for 15 seconds @ 12,000 rpm using the single blade assembly (API RP10B-4/ISO 10426-4 Clause 5).  A density check of a sample of the foamed cement in a plastic cube of known volume showed the density to be below the designed density.  Settling was again noted in both the base slurry and the foam, so the stability tests in the graduated cylinder and the PVC tubes were not performed.  Density measurements were recorded from slurry sampled from the top, bottom and middle of the mixing blender.  The results are reported in Table 7.

**Test 3.**  This was a repeat of Test 1 except that the graduated-cylinder and PVC-mold stability tests were performed.  Target design foamed density: 14.5 lbm/gal.  The slurry was foamed with a multi-blade assembly (API RP10B-4/ISO 10426-4 Clause 5) for 15 seconds @ 12,000 rpm.  A density check of a sample of the foamed cement in a plastic cube of known volume showed the density to be below the designed density.  The stability tests in the graduated cylinder and PVC molds were conducted.  The results are shown in Table 7.

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited.  If you have received this document in error, please notify the sender immediately at the telephone number indicated above.

October 26, 2010
Page 10

**Test 4.** This was the first test to include slurry conditioning. The target design density was 14.5 lbm/gal. The slurry was conditioned on an atmospheric consistometer for 20 minutes at 110°F (one of the schedules reported by Cementing Solution Inc. for their tests – Appendix K of the BP report). The slurry was foamed with a multi-blade assembly for 15 seconds @ 12,000 rpm. The density was found to be low. Settling was observed in the base and foamed slurry. The stability tests in the graduated cylinder and PVC molds were conducted. The results are reported in Table 7.

Because the measured foam density continued to be low, the laboratory calculations and the density of the base slurry were verified. API RP10B-4/ISO 10426-4 Clause 7.2 describes a method for determining an "offset factor" if foam density is less than the design density. In this case, the offset factor was 0.4 lbm/gal. In an attempt to attain a foam density of 14.5 lbm/gal, the target foam density was 14.9 lbm/gal in subsequent tests.

**Test 5.** This test was performed using the offset factor calculated during Test 4. In an attempt to attain a foam density of 14.5 lbm/gal, the target foam density was 14.9 lbm/gal. The slurry was foamed immediately after mixing without conditioning. A density check of a sample of the foamed cement in a plastic cube of known volume showed the density to be 14.9 lbm/gal.

The density attained matched the calculated value (14.9 lbm/gal) but failed to exhibit the expected drop from the offset factor (14.5 lbm/gal was expected). API RP10B-4/ISO 10426-4 Clause 7.2 (j) recommends redesigning the base slurry if the offset factor does not give the desired result. It was decided to continue with the 14.9 lbm/gal foam density for future tests as this was the value reported in the Halliburton report (specific gravity = 1.8).

The stability tests in the graduated cylinder and PVC molds were conducted. The results are reported in Table 7.

**Test 6.** This test began with conditioning the slurry on an atmospheric consistometer for three (3) hours at 135°F. The conditioning period matched the time reported in the Halliburton report. The offset factor density of 14.9 lbm/gal was used. The slurry was foamed with a multi-blade assembly for 15 seconds @ 12,000 rpm. Slight settling of the base slurry was noted. The density check of a sample of the foamed cement in a plastic cube of known volume showed the density to be 14.7 lbm/gal. Stability tests in the graduated cylinder and PVC molds were conducted. The results are reported in Table 7. The density measurements from the graduated-cylinder samples were unusually high so it was decided to re-run Test 6.

**Test 7.** This was a repeat of Test 6. The test began with conditioning the slurry on an atmospheric consistometer for three (3) hours at 135°F. The conditioning period matched the time reported in the Halliburton report. The offset factor density of 14.9 lbm/gal was used. The slurry was foamed with a multi-blade assembly for 15 seconds @ 12,000 rpm. Slight settling of the base slurry was noted. The density check of a sample of the foamed cement in a plastic cube of known volume again showed the density to be 14.7 lbm/gal. Stability tests in the graduated

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.

October 26, 2010
Page 11

cylinder and PVC molds were conducted.  The results are reported in Table 7.  The results of Test 7 are in reasonable agreement with those of Test 6.

Density measurements from the graduated-cylinder samples were again high but a careful examination of the volume in the graduated cylinder indicated an approximate 10 mL reduction at the end of the 2 hour quiescent period.  This reduction alone would account for a density increase from the initial 14.7 lbm/gal to 15.3 lbm/gal.

**Test 8.**  This was a repeat of Test 7 using a mill sample of Lafarge Class H cement obtained from the manufacturer rather than the cement sample from Halliburton.  The additives supplied by Halliburton for the Commission testing were used so the only change was the cement sample.

The test began with conditioning the slurry on an atmospheric consistometer for three (3) hours at 135°F.  The conditioning period matched the time reported in the Halliburton report.  The offset factor density of 14.9 lbm/gal was used.  The slurry was foamed with a multi-blade assembly for 15 seconds @ 12,000 rpm.  The density check of a sample of the foamed cement in a plastic cube of known volume showed the density to be 14.0 lbm/gal.  Stability tests in the graduated cylinder and PVC molds were conducted. The results are reported in Table 7.  The performance was not improved by the change in cement sample.

**Test 9.**  Test 9 was a repeat of Test 6 and Test 7 and achieved similar results.  The test began with conditioning the slurry on an atmospheric consistometer for three (3) hours at 135°F.  The conditioning period matched the time reported in the Halliburton report.  The offset factor density of 14.9 lbm/gal was used.  The slurry was foamed with a multi-blade assembly for 15 seconds @ 12,000 rpm.  Slight settling of the base slurry was noted.  The density check of a sample of the foamed cement in a plastic cube of known volume showed the density to be 14.64 lbm/gal.  Stability tests in the graduated cylinder and PVC molds were conducted.  The results are reported in Table 7.  Tests 6, 7, and 9 are in reasonable agreement.

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited.  If you have received this document in error, please notify the sender immediately at the telephone number indicated above.

October 26, 2010
Page 12

**Table 7: Foamed Cement Stability Testing**

| Test Number | Density from Blender lbm/gal | | | Density from Graduated Cylinder lbm/gal | | | Density from PVC Molds lbm/gal | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Top | Middle | Bottom | Top | Middle | Bottom | Top | Middle | Bottom | Very Bottom[1] |
| 1 | 12.77 | 13.38 | 14.06 | NR | NR | NR | NR | NR | NR | NR |
| 2 | 13.89 | 12.95 | 14.16 | NR | NR | NR | NR | NR | NR | NR |
| 3 | NR[2] | NR | NR | 10.23 | 12.21 | 13.34 | 11.7 | 13.30 | 14.10 | NR |
| 4 | 13.82 | NR | 14.13 | 13.67 | 14.14 | 14.41 | 11.96 | 11.84 | 11.80 | 12.13 |
| 5 | 14.95 | NR | NR | 13.70 | 14.22 | 14.98 | 13.97 | 13.82 | 13.96 | 14.73 |
| 6 | 14.66 | NR | NR | 15.85 | 16.09 | 16.30 | 12.80 | 12.86 | 13.07 | 12.51 |
| 7 | 14.71 | NR | NR | 14.99 | 16.11 | 16.43 | 12.16 | 13.15 | 13.79 | 13.70 |
| 8 | 14.04 | NR | NR | 9.80 | 15.84 | 16.83 | 14.05 | 18.27 | 19.14 | 19.87 |
| 9 | 14.64 | NR | NR | 15.75 | 16.25 | 16.51 | 12.91 | 13.39 | 14.17 | 14.63 |

[1]The notation "very bottom" refers to the portion of cement contained predominately in the end cap of the PVC fixture.
[2]NR = Not Run

# Section 10:   Effect of Mud Contamination on Un-foamed Slurry Sonic Strength Development

The effect of drilling-fluid contamination on unfoamed slurry sonic strength development was measured according to API RB10B-2/ISO 10426-2 Clause 16.5, using an ultrasonic cement analyzer (UCA) at 210°F and 14,458 psig.  Drilling-fluid concentrations of 0%, 5%, 10%, 15%, 20%, 25%, and 30% by volume were used.  Note that the dilutions are noted "by volume" but were prepared in the laboratory by mass for greater accuracy (rather than mixing by volume using beakers or similar containers).  The final sonic strength decreased as drilling fluid contamination increased, but the time required to achieve 100 psig sonic strength was not greatly affected.

**Table 8:  Drilling Fluid Contamination of Base Slurry**

| Contamination % | 50 psi (hr:min) | 100 psi (hr:min) | 500 psi (hr:min) | 12 hour (psi) | 24 hour (psi) | 48 hour (psi) | Final (psi) |
|---|---|---|---|---|---|---|---|
| 0 | 2:49 | 8:43 | 9:21 | 2584 | 3718 | 4414 | 4210 |
| 5 | 4:02 | 7:28 | 8:04 | 2170 | 2792 | 3090 | 3160 |
| 10 | 5:07 | 7:42 | 8:24 | 2089 | 2612 | 2763 | 2763 |
| 15 | 8:36 | 8:45 | 9:26 | 1203 | 1541 | 1649 | 1717 |
| 20 | 8:09 | 8:16 | 9:12 | 890 | 1071 | 1126 | 1117 |
| 25 | 8:04 | 8:12 | --- | 271 | 322 | 343 | 345 |
| 30[1] | 3:55 | 7:25 | 8:37 | 717 | 814 | 837 | 828 |

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited.  If you have received this document in error, please notify the sender immediately at the telephone number indicated above.

October 26, 2010
Page 13

[1]The 30 percent contamination test was repeated 3 times because it was difficult to maintain a homogenous mixture of drilling fluid and cement slurry at this contamination level.  The strength results did not follow the final strength trend.
[2]500 psi sonic strength was not obtained at this contamination level.

# Section 11:   Stability of Foamed Cement with Mud or Spacer Contamination

The original plan included evaluating the effect of drilling fluid or spacer contamination on foamed cement stability by two methods:

1) Stirring 5, 10, and 15 percent volume of drilling fluid or spacer into the foamed cement slurry in a manner similar to the CSI testing contained in the BP report.

2) Coating the interior of the 250-mL graduated cylinder used for the foam stability test with mud or spacer, then adding the foamed cement and evaluating the effect.

Neither test series was conducted due to the inability to generate stable foams.

# Section 12:  Static Gel Strength Development

The static gel strength of the base slurry was tested using two methods:

**Static Gel Strength Analyzer (ultrasonic method).**  The slurry was conditioned in an HTHP consistometer.  The slurry was heated to 135°F in 83 minutes with 14,458 psig as described in ISO 10426-6. Test conditions were maintained at 135°F and 14,458 psig for 162 minutes, for a total of 245 minutes (Job Placement Time). The slurry was then removed and placed in a 135°F pre-heated SGSA with 14,458 psig.

**Multiple Analysis Cement Slurry (MACS II).**  The slurry was conditioned in the MACS II. The slurry was heated to 135°F in 83 minutes with 14,458 psig as described in API RP10B-6/ISO 10426-6.  Test conditions were maintained at 135°F and 14,458 psig for 162 minutes, for a total of 245 minutes (Job Placement Time) before beginning the static gel strength development period.

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited.  If you have received this document in error, please notify the sender immediately at the telephone number indicated above.

October 26, 2010
Page 14

**Table 9:  Static Gel Strength Development**

| Instrument | Time to 100 lbf/100 ft$^2$ gel strength | Time to 500 lbf/100 ft$^2$ gel strength | Transition Time |
|---|---|---|---|
| SGSA | 2:17:30 | 3:44:00 | 1:26 |
| MACS[1] | 4:04:00 | 4:41:00 | 0:37 |

[1]The MACS data may not be correct due to the sedimentation exhibited by the base slurry.

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited.  If you have received this document in error, please notify the sender immediately at the telephone number indicated above.

October 26, 2010
Page 15

# Appendix

Drilling Fluid Analyses ........................................................................................ Figures 1 - 3

Thickening Time Charts ...................................................................................... Figures 4 - 5

Free Fluid Photographs ....................................................................................... Figures 6 - 11

UCA Compressive Strength Charts ..................................................................... Figures 12 - 17

Cube Compressive Strength Photos ..................................................................... Figures 18 - 19

Drilling Fluid – Cement Contamination UCA Charts ........................................ Figures 20 - 26

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited.  If you have received this document in error, please notify the sender immediately at the telephone number indicated above.

October 26, 2010
Page 16

## MI SWACO — SYNTHETIC-BASED MUD REPORT No. 79

| Operator: BP Exploration | Field/Area: MC 252 #1 | Depth/TVD: 18360 ft / 18349 ft |
|---|---|---|
| Report For: B.Kaluza/D.Vidrine | Description: OCS-G 32306 | Date: 4/19/2010 |
| Well Name: MACONDO | Location: MC 252 #1 | Spud Date: |
| Contractor: Transocean | Water Depth: 4992 ft | Mud Type: Rhelliant |
| Report For: J.Harrel | Rig Name: Horizon | Activity: Displace Cement |

### DRILLING ASSEMBLY
5068 ft, 6.625-in DP
Nozzles 14x4 1/32"
Bit 8.5-in Hughs HC408XC

### CASING (TVD)
| 22- in @6001 ft (8001 TVD) |
| 18- in L @8969 ft (8969 TVD) |
| 16- in @11585 ft (11585 TVD) |
| 13.625-in L @13145 ft (13134 TVD) |
| 11.875-in L @15113 ft (15103 TVD) |
| 9.875-in L @17173 ft (17162 TVD) |
| 7- in L @18312 ft (18301 TVD) |

### MUD VOLUME (bbl)
| | |
|---|---|
| Hole | Active Pits |
| 2538 | 1859 |
| Total Circulating Volume | |
| Depth Drilled Last 24hr | ft |
| Volume Drilled Last 24hr | bbl |

### CIRCULATION DATA
| | SWACO 2200 | SWACO 2200 |
|---|---|---|
| Pump Make | | |
| Pump Liner x Str | 6x15 in | 6x15 in |
| Pump Capacity gal/stk | 5.342 | 5.342 |
| Pump stk/min | 0.097% | 0.097% |
| Flow Rate | | gal/min |
| Pump Pressure | | psi |
| Bottoms Up | | |
| Total Circulation | | |

### MUD PROPERTIES
| Sample From | | Active 21:00 | Active 8:00 | 0:00 | 0:00 |
|---|---|---|---|---|---|
| FlowLine Temp | °F | NA | NA | | |
| Depth/TVD | ft | 18360/18349 | 18360/18349 | / | / |
| Mud Weight | lb/gal | 14.0/880 | 14.0/878 | .0/0 | .0/0 |
| Funnel Viscosity | s/qt | 94 | 93 | | |
| Rheology Temp | °F | 150 | 150 | | |
| R600/R300 | | 71/43 | 70/42 | / | / |
| R200/R100 | | 32/20 | 32/21 | / | / |
| R6/R3 | | 10/9 | 10/9 | / | / |
| PV | cP | 28 | 28 | | |
| YP | lb/100ft² | 15 | 14 | | |
| 10s/10m/30m Gel | lb/100ft² | 14/23/29 | 15/24/29 | // | // |
| API Fluid Loss | cc/30min | | | | |
| HTHP Fluid Loss | cc/30min | 2.4@250 | 2.4@250 | .0@ | .0@ |
| Cake API/HT | 1/32" | ~/1 | ~/1 | / | / |
| Unc Ret Solids | %Vol | 27 | 27 | | |
| Correct Solids | %Vol | 26.15 | 26.06 | | |
| Synthetic | %Vol | 52.5 | 52.5 | | |
| Uncorr Water | %Vol | 20.5 | 20.5 | | |
| Synthetic/Water Ratio | | 72/28 | 72/28 | / | / |
| Alkal Mud (Psm) | | 0.9 | 0.8 | | |
| Cl- Whole Mud | mg/L | 27000 | 26000 | | |
| Salt | %Wt | 17.09 | 16.56 | | |
| Lime | lb/bbl | 1.17 | 1.04 | | |
| Emul Stability | | 248 | 205 | | |
| Current Angle | degrees | ~ | ~ | | |
| MWD Tool Temp | deg F | ~ | ~ | | |
| PWD ECD | ppg | ~ | ~ | | |
| Riser Boost | gpm | ~ | ~ | | |
| LCSD/Lepto | Y/N | No/No | | | |
| Calib Scales | Y/N | Yes | Yes | | |
| GST | ppb | .21 | .21 | | |
| PPT | spurt/ml | .6/5.4 | .6/5.4 | | |
| Reserve Volume | bbl | 2011 | | | |

### PRODUCTS USED Last 24 hr
| Products | Size | SWACO 2200 | Amount |
|---|---|---|---|
| ENGINEERING SERVICE | 1, EA | | 4 |
| NAFROC COMPLIANCE ENGINEERING EA | | | 1 |
| SYNTHETIC B 2 | 1, GA | | 675 |

### SOLIDS CONTROL EQUIPMENT Last 24 hr
| Type | Model/Size | Hrs Used |
|---|---|---|
| Brandt Shale Shaker | 40/165/165 | |
| Brandt Shale Shaker | 40/165/165 | |
| Brandt Shale Shaker | 40/165/165 | |
| Brandt Shale Shaker | 40/165/165 | |
| Brandt Shale Shaker | 40/165/165 | |
| Brandt Shale Shaker | 40/165/165 | |
| Brandt Shale Shaker | 40/165/165 | |
| Mud Cleaner | | |
| 5500 Centrifuge | | |
| Verti g Dryer | | 24 |
| 75 HP Vacuum Unit | | |

### MUD PROPERTY SPECS
| | | Actual |
|---|---|---|
| Weight | 14 | 14.0 |
| Viscosity | 80-110 | 94 |
| Filtrate | <4 | 2.4 |

### REMARKS AND TREATMENT
MISwaco Man Hours: 60  Cumulative Man Hours: 4600 Start Cards: 1 Cumulative Start Cards: 99 Max bbls discharged per hour: 0 bbls   No losses while running casing. No losses while landing casing. No losses while circulating. No losses while cementing. No losses while displacing cement. 1033 bbls left behind pipe.

### REMARKS
Run casing with no losses and got on landing string. RIH.  RIH to 18312' with no losses.  Problems with converting floats. Pressure up to 3150 psi and convert floats. Circulate with no losses. Flush choke and kill lines. R/U and perform cement job with no losses. Displace cement with SBM with no losses.

### TIME DISTRIBUTION Last 24 hrs
| Rig Up/Service | |
|---|---|
| Drilling | |
| Tripping | |
| Non-Productive Time | |
| Running Casing | 14 |
| Condition Hole | 3 |
| Cementing | 7 |

### MUD VOL ACCT'G (bbl)
| Synthetic Added | |
|---|---|
| Water Added | 150 |
| Mud Received | |
| Mud Returned | 4260 |
| Shakers | |
| Centrifuge | |
| Formation | |
| Left in Hole | |
| Adjustment | |
| Cuttings Retention | |
| Displacement | |
| Running Casing | |
| Cementing | |
| Left Behind Pipe | 1033 |
| Tripping | |
| Boat Tank Bottoms | 52 |

### SOLIDS ANALYSIS
| Salt Wt% | 17.09 |
|---|---|
| Salt Conc | 14.8 |
| Adjusted Solids | 26.02 |
| Synthetic/Water Ratio | 72/28 |
| Average 3/6 Solids | 3.3 |
| Low Gravity Vol | 4.6 |
| Low Gravity Wt. | 42.09 |
| High Gravity Vol. | 21.4 |
| High Gravity Wt. | 314.3 |

### RHEOLOGY & HYDRAULICS
| n/plv | 0.572/0.228 |
|---|---|
| Kp/Ka | 0.604/6.423 |
| Bit Pressure Loss/% | / |
| Bit HHP/HSI | / 1. |
| Jet Velocity | |
| V's Pipe | |
| V's Collars | |
| V'va Pipe | 232 |
| V'va Collars | 296 |
| ECD at Shoe | |
| ECD at TD | 14 |

| M-I ENGR / PHONE | RIG PHONE | WAREHOUSE PHONE | DAILY COST | CUMULATIVE COST |
|---|---|---|---|---|
| L.Lindner/B.Manuel: 0 | (281)366-7749 | 800-391-3147 | | |
| B. Hardy/G.Jones/J.Quibedaux | | | | |

**Figure 1: Rig Drilling Fluid Report**

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited.  If you have received this document in error, please notify the sender immediately at the telephone number indicated above.

October 26, 2010
Page 17



**MI SWACO**
A Schlumberger Company

Technical Services Laboratory – Houston, Texas
Synthetic-Base Mud Report
ID Code No.      101011F.006
Lab Master No.   20103419

| | | Report Date: | October 11, 2010 |
|---|---|---|---|
| Operator: | M-I SWACO | Depth: | N/A |
| Well Name: | N/A | Mud Type: | RHELIANT |
| Location: | Pelican Island | | |

| Mud Properties | Initial | | |
|---|---|---|---|
| Mud Weight, ppg | 14.19 | | |
| Rheo Temp, °F | 40 | 100 | 150 |
| | | | |
| 600 rpm | 228 | 96 | 74 |
| 300 rpm | 122 | 56 | 46 |
| 200 rpm | 85 | 42 | 35 |
| 100 rpm | 47 | 26 | 24 |
| 6 rpm | 10 | 8 | 10 |
| 3 rpm | 8 | 7 | 9 |
| | | | |
| PV, cps | 116 | 40 | 28 |
| YP, lbs/100 ft² | 16 | 16 | 18 |
| 10 Second Gel | 12 | 13 | 15 |
| 10 Minute Gel | 25 | 28 | 25 |
| | | | |
| HTHP @ 250°F, ml | 2.4 | | |
| E.S., Vts @ 120°F | 88 | | |
| Excess Lime, ppb | 2.98 | | |
| | | | |
| Solids, % by Vol | 28.5 | | |
| Oil, % by Vol | 50.5 | | |
| Water, % by Vol | 21.0 | | |
| Syn/Water Ratio | 70.6/29.4 | | |
| | | | |
| Corrected Solids, % | 27.6 | | |
| LGS, % | 6.21 | | |
| LGS, ppb | 56.47 | | |
| HGS, % | 21.4 | | |
| HGS, ppb | 314.52 | | |
| | | | |
| SG Wt Material | 4.2 | | |
| CaCl₂, % by wt | 10.0 | | |
| NaCl, % by wt | 6.0 | | |
| Cl⁻, Whole Mud | 25000 | | |

| | |
|---|---|
| Report by: | Robert Christian |
| Reviewed by: | Randy Ray |
| Copies to: | Daryl Cullum, Ole Iacob Prebensen, Mike Freeman |

**Figure 2: Drilling Fluid Report Supplied by MI Swaco with Commission Mud Sample**

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.

October 26, 2010
Page 18

## NAF Mud Check

| | | | | |
|---|---|---|---|---|
| Project #: | S10140 | **Date:** | 10/13/2010 | |
| Rig: | Pelican Island Plant Sample | **Rec'd Date** | 10/13/2010 | |
| Prospect: | Tank #7 | **Sample date:** | 10/11/2010 | |
| Well: | | **Depth:** | | |
| Lease: | | **NAF g/ml =** | 0.790 | |

| Properties | 80°F | 120°F | 150°F |
|---|---|---|---|
| Density, g/ml | 1.696 | | |
| Density, lb/gal | 14.15 | | |
| Fann dial readings: | | | |
| 600 RPM | 123 | 102 | 75 |
| 300 RPM | 70 | 60 | 46 |
| 200 RPM | 51 | 44 | 35 |
| 100 RPM | 30 | 28 | 23 |
| 6 RPM | 8 | 9 | 9 |
| 3 RPM | 7 | 8 | 8 |
| | | | |
| Plastic viscosity, cps | 53 | 42 | 29 |
| Yield point, lb/100 ft² | 17 | 18 | 17 |
| Gel strengths, lb/100 ft² | | | |
| 10 second | 14 | 16 | 16 |
| 10 minute | 31 | 31 | 27 |
| HTHP filtrate : 500 psig, cm³/30 min | 4.0 @ 250°F | | |
| Water, cm³ (HPHT) | 0.00 | | |
| HTHP filter cake thickness, 32nd in | 3 | | |

**Retort analysis:**

| | | Electrical stability (VB) @ 150°F | 85 |
|---|---|---|---|
| Solids, vol% | 31 | | |
| NAF, vol% | 49 | | |
| Water, vol% | 20 | | |

| | | Permeability Plugging Test | |
|---|---|---|---|
| NAF/water ratio | 71 / 29 | Disc Grade, micron | 35 |
| NAF mud alkalinity, (POM) | 2.49 | Test Temp, deg F | 250°F |
| Whole mud chlorides, mg/l | 23,450 | Diff. Pressure, psi | 2,500 |
| Whole mud calcium, mg/l (Filtered) | 11,080 | Spurt Volume, ml | 0.40 |
| Electrical stability (V3) @ 120°F | 89 | PPT Value, ml | 4.40 |
| Lime content, lb/bbl | 3.2 | PPT Cake, 32nd | 3 |
| Sand Content % | | | |

### Solids Analysis

| | 99.24% | lb/bbl | Volume % | Diameter microns | Cumulative less % |
|---|---|---|---|---|---|
| Retort QA (100 +/- 3 %) | 99.24% | | | 6 | 23.04 |
| Corrected solids | | | 29.54 | 44 | 86.05 |
| Average specific gravity of solids | | 3.62 | | 74 | 95.39 |
| Low gravity solids | | 98.0 | 10.77 | | |
| High gravity solids | | 275.8 | 18.76 | | |

**Chloride content, lb/bbl**

| | | | Solids Analysis Constants | |
|---|---|---|---|---|
| Calcium chloride | 10.78 | | barite g/ml | 4.20 |
| Total sodium chloride | 2.22 | | low grav g/ml | 2.60 |
| Soluble sodium chloride | 2.22 | | NAF g/ml | 0.790 |
| Water phase salinity, ppm | 156,636 | | | |

**Figure 3: Chevron Analysis of MI Swaco Commission Sample**

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited.  If you have received this document in error, please notify the sender immediately at the telephone number indicated above.

October 26, 2010
Page 19



**Figure 4: Thickening Time 100432-6 (82 minute heat-up)**

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited.  If you have received this document in error, please notify the sender immediately at the telephone number indicated above.

October 26, 2010
Page 20



**Figure 5: Thickening Time (230 minute heat-up)**

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited.  If you have received this document in error, please notify the sender immediately at the telephone number indicated above.

October 26, 2010
Page 21



**Figure 6: Free Fluid - Protocol 1 HTHP - 90 degree**



**Figure 7: Free Fluid - Protocol 1 HTHP - 45 degree**

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited.  If you have received this document in error, please notify the sender immediately at the telephone number indicated above.

October 26, 2010
Page 22



**Figure 8: Free Fluid - Protocol 2 HTHP - 90 degree**



**Figure 9: Free Fluid - Protocol 2 HTHP - 45 degree**

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited.  If you have received this document in error, please notify the sender immediately at the telephone number indicated above.

October 26, 2010
Page 23



**Figure 10: Free Fluid - Protocol 1 Atmospheric - 90 degree**



**Figure 11: Free Fluid - Protocol 1 Atmospheric - 45 degree**

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited.  If you have received this document in error, please notify the sender immediately at the telephone number indicated above.

October 26, 2010
Page 24



**Figure 12:  UCA Testing - Protocol 1 - Algorithm B (un-foamed)**

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited.  If you have received this document in error, please notify the sender immediately at the telephone number indicated above.

October 26, 2010
Page 25



**Figure 13:  UCA Testing - Protocol 1 - Foamed Cement Algorithm**

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited.  If you have received this document in error, please notify the sender immediately at the telephone number indicated above.

October 26, 2010
Page 26



**Figure 14:  UCA Testing - Protocol 2 - Algorithm B (un-foamed)**

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited.  If you have received this document in error, please notify the sender immediately at the telephone number indicated above.

October 26, 2010
Page 27



**Figure 15:  UCA Testing - Protocol 2  - Foamed Cement Algorithm**

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited.  If you have received this document in error, please notify the sender immediately at the telephone number indicated above.

October 26, 2010
Page 28



**Figure 16: UCA Testing - Protocol 3 - Algorithm B (un-foamed)**

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.

October 26, 2010
Page 29



**Figure 17: UCA Testing - Protocol 3 - Foamed Cement Algorithm**

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed. If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited. If you have received this document in error, please notify the sender immediately at the telephone number indicated above.

October 26, 2010
Page 30



**Figure 18: 48 hour Cubes in Mold**



**Figure 19: 48 hour Cubes Removed from Mold**

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited.  If you have received this document in error, please notify the sender immediately at the telephone number indicated above.

October 26, 2010
Page 31



Figure 20: Zero Percent NAF Contamination

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited.  If you have received this document in error, please notify the sender immediately at the telephone number indicated above.

October 26, 2010
Page 32



**Figure 21: 5 Percent NAF Contamination**

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited.  If you have received this document in error, please notify the sender immediately at the telephone number indicated above.

October 26, 2010
Page 33



**Figure 22:  10 percent NAF Contamination**

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited.  If you have received this document in error, please notify the sender immediately at the telephone number indicated above.

October 26, 2010
Page 34



**Figure 23:  15 Percent NAF Contamination**

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited.  If you have received this document in error, please notify the sender immediately at the telephone number indicated above.

October 26, 2010
Page 35



**Figure 24:  20 Percent NAF Contamination**

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited.  If you have received this document in error, please notify the sender immediately at the telephone number indicated above.

October 26, 2010
Page 36



**Figure 25: 25 percent NAF Contamination**

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited.  If you have received this document in error, please notify the sender immediately at the telephone number indicated above.

October 26, 2010
Page 37



**Figure 26: 30 Percent NAF Contamination**

This document may contain confidential information and is intended only for the use of the parties to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information in this document is strictly prohibited.  If you have received this document in error, please notify the sender immediately at the telephone number indicated above.