# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| THIS DOCUMENT RELATES: | * * | JUDGE BARBIER |
| Jesco Construction of Delaware v. BP America Production Company; et al. Case No. 2:11-cv-00911 | * * * | MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF APPEARANCE

Steve Olen of the law firm of Cunningham Bounds, LLC files his Notice of Appearance as counsel for Plaintiff Jesco Construction of Delaware.

                                                */s/ Steve Olen*
                                                STEVE OLEN (OLENS7621)
                                                Cunningham Bounds, LLC
                                                1601 Dauphin Street
                                                Mobile, Alabama 36604
                                                251-471-6191
                                                251-479-1031 (fax)
                                                Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 24, 2011, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through Lexis Nexis to all counsel of record.

                                      /s/ Steve Olen
                                      STEVE OLEN