UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL | MDL NO. 2179 |
| RIG DEEPWATER HORIZON IN | SECTION: "J" |
| THE GULF OF MEXICO, ON | JUDGE BARBIER |
| APRIL 20, 2010 | MAGISTRATE SHUSHAN |
| | MAG. DIV. 1 |
| THIS DOCUMENT RELATES TO: | 11-0348 |

**NOTICE OF APPEARANCE**

Now into Court comes the undersigned attorney, Arthur A. Lemann III, of Arthur A. Lemann III & Associates, Inc., who files his Notice of Appearance as counsel on behalf of Lee Lambert. It is respectfully requested that all future pleadings, documents, and correspondence be served upon the undersigned in connection with this action.

In accordance with Paragraph No. 12 of this Court's Pre-Trial Order No. 1, the undersigned counsel is currently a member in good standing and admitted to practice in the United States District Court for the Eastern District of Louisiana. No person has instituted disciplinary suspension procedures against him.

Respectfully submitted:

S/Arthur A. Lemann III (#8196)
Arthur A. Lemann III & Assoc., Inc.
643 Magazine Street, Suite 300
New Orleans, Louisiana 70130
Phone: (504) 522-8104
Email: notguiltyz@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/EMF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of June, 2011.

S/Arthur A. Lemann III