UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** "**Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL NO. 2179** <br><br> **SECTION J** |
| **Applies to:** *All Cases* | **JUDGE BARBIER** <br> **MAGISTRATE JUDGE SHUSHAN** |

### ORDER

**[Regarding BP's Motion to Compel Responses to Requests for Admission by PSC]**

BP filed a letter brief[1] with the undersigned on June 23, 2001 (Rec. doc. 3011) relative to the insufficiency of the responses to requests for admission ("RFA") propounded to the plaintiffs, by and through the Plaintiffs' Steering Committee ("PSC"). Federal Rule of Civil Procedure 36(a)(4) provides in pertinent part that if a matter is not admitted, the answer must specifically deny it or state why the answering party cannot truthfully admit or deny it. BP points out that many of the PSC responses are qualified on obtaining stipulations by other parties before a matter is admitted or denied.[2] This is improper. In addition, BP urges that other responses are in fact "non-answers" and that they also are insufficient.

Having reviewed the requests for admission and the PSC responses, the undersigned finds that BP and Anadarko are entitled to know what the PSC currently contends as to the facts. Accordingly,

If a matter is admitted and discovery later establishes that the matter is not correct, the Court will permit the PSC, pursuant to Rule 36(b), to withdraw the admission. Subject to that, **the PSC**

---

[1] On its behalf and on behalf of the Anadarko defendants.

[2] Rather than admissions, the PSC refers to offered stipulations pursuant to Pretrial Order Number 8, Miscellaneous section, paragraph 2. When referring to an offer of an "unqualified stipulation," the undersigned is referring to a stipulation in accord with that provision.

**is directed to revise its responses as follows:**

RFA No. 1 - offer an unqualified stipulation.

RFA No. 2 - offer an unqualified stipulation.

RFA No. 5 - offer an unqualified stipulation.

RFA No. 6 - offer an unqualified stipulation.

RFA No. 7 - offer an unqualified stipulation.

RFA No. 8 - offer an unqualified stipulation.

RFA No. 9 - denied.

RFA No. 10 - offer an unqualified stipulation.

RFA No. 12 - admit or deny.

RFA No. 14 - offer an unqualified stipulation.

RFA No. 15 - offer an unqualified stipulation.

RFA No. 16 - offer an unqualified stipulation.

RFA No. 17 - offer an unqualified stipulation.

RFA No. 18 - offer an unqualified stipulation.

RFA No. 19 - offer an unqualified stipulation.

RFA No. 20 - offer an unqualified stipulation.

RFA No. 21 - offer an unqualified stipulation.

RFA No. 22 - offer an unqualified stipulation.

RFA No. 23 - offer an unqualified stipulation.

RFA No. 24 - offer an unqualified stipulation.

RFA No. 25 - offer an unqualified stipulation.

RFA No. 26 - offer an unqualified stipulation.

RFA No. 27 - offer an unqualified stipulation.

RFA No. 28 - offer an unqualified stipulation.

RFA No. 29 - offer an unqualified stipulation.

RFA No. 30 - offer an unqualified stipulation.

RFA No. 31 - offer an unqualified stipulation.

RFA No. 32 - offer an unqualified stipulation.

RFA No. 33 - offer an unqualified stipulation.

RFA No. 35 - offer an unqualified stipulation.

RFA No. 36 - offer an unqualified stipulation.

RFA No. 37 - offer an unqualified stipulation.

RFA No. 38 - offer an unqualified stipulation.

RFA No. 39 - offer an unqualified stipulation.

RFA No. 40 - offer an unqualified stipulation.

RFA No. 41 - offer an unqualified stipulation.

RFA No. 42 - offer an unqualified stipulation.

RFA No. 43 - admit or deny.

RFA No. 44 - offer an unqualified stipulation.

RFA No. 45 - offer an unqualified stipulation.

RFA No. 46 - offer an unqualified stipulation.

RFA No. 47 - offer an unqualified stipulation.

RFA No. 48 - offer an unqualified stipulation.

RFA No. 49 - offer an unqualified stipulation.

RFA No. 50 - offer an unqualified stipulation.

RFA No. 51 - offer an unqualified stipulation.

RFA No. 52 - offer an unqualified stipulation.

RFA No. 53 - offer an unqualified stipulation.

RFA No. 54 - offer an unqualified stipulation.

RFA Nos. 55-58 - The responses will be revised to take out the qualifier: "if and as appropriate,".

RFA No. 59 - admit or deny.

RFA No. 60 - admit or deny.

RFA No. 61 - admit or deny.

RFA No. 62 - admit or deny.

RFA No. 63 - admit or deny.

RFA No. 64 - admit or deny.

RFA No. 65 - admit or deny.

RFA No. 66 - admit or deny.

RFA No. 67 - admit or deny.

RFA No. 68 - offer an unqualified stipulation.

RFA No. 69 - offer an unqualified stipulation.

RFA No. 70 - offer an unqualified stipulation.

RFA No. 71 - offer an unqualified stipulation.

RFA No. 72 - offer an unqualified stipulation.

RFA No. 73 - offer an unqualified stipulation.

RFA No. 74 - offer an unqualified stipulation.

**BP is directed to do the following:**

RFA No. 11 - rephrase.

RFA No. 34 - rephrase.

RFA No. 76 - rephrase.

New Orleans, Louisiana, this 24th day of June, 2011.

**Sally Shushan**
**United States Magistrate Judge**