# CONFERENCE ATTENDANCE RECORD

DATE: 6-24-11　　　　　　　　TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

(DISCOVERY STATUS CONFERENCE)

☞ **PRINT LEGIBLY**

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| J. B. Tarter | M-I |
| Tony Fitch | Anadarko |
| Misty Cone | HESI |
| Curt(?) Raines | HESI |
| Paul Sterbcow | PSC |
| Emily R. Dempsey | BP |
| Hariklia Karis | BP |
| Steve Herman | Plaintiffs |
| Andy Langan | BP |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Renee Siegert | Cameron |
| Phil Wittmann | " |
| Ryan Babiuch | BP |
| ~~[scribbled out]~~ | |
| Anthony Irpino | PSC |
| Jim Roy | PSC |
| Bill Stradley | MDL 2185 Ind. Investor Securities |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Theodore E. Tsekerides

Sarah Hemmelhook

Steve O'Rourke

Alan York

Will Baldwan

John Pritchard

Leann Moses

Jeremy Rush

Alan Kanner

Corey Maze

Wade Hamment

Mike Underhill

Ben Meyeaux

Alan Weigle

Mark Cohen

Richard Gorman

Drew Gilbert

Mary Rose Alexander

Rob Gassaway

David Rosenfield

John Gallaway

Andy Gressesn

Ed Flanders

Ben Goodhew

Gary Kenney

Bill Ned

Capt. Engelbert