EXHIBIT "B"

## GOFORTH GEREN EASTERLING LLP
ATTORNEYS AT LAW
4900 WOODWAY, SUITE 750
HOUSTON, TEXAS 77056

DANIEL O. GOFORTH

TELEPHONE (713) 650-0022
FAX (713) 650-1669
dangoforth@goforthlaw.com

May 16, 2011

**VIA US MAIL CRRR#7008 1140 0001 9485 3692:**
Anthony Buzbee
The Buzbee Law Firm
JPMorgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002

Re:   DEEPWATER HORIZON incident – Claimants' Independent Medical Examinations

Dear Mr. Buzbee:

Please be advised that Transocean Offshore Deepwater Drilling, Inc. requests independent medical examinations of your clients. The exams will be conducted by Dr. Larry Likover, an orthopedic surgeon in Houston, Texas, Dr. John W. Thompson, a psychiatrist with Tulane University School of Medicine, and Dr. Kevin W. Greve, a clinical neuropsychologist with Jefferson Neurobehavioral Group. The psychiatric and neuropsychological examinations can be conducted in Houston or New Orleans. The clients include:

**Michael Burrell**
**Stephen Davis**
**Dennis Martinez**
**Patrick Morgan**
**Eugene Moss**
**Samuel Pigg**
**Micah Sandell**

Please respond by Wednesday, May 25, 2011, regarding whether you agree to make your clients available for these examinations. If you do not agree to these independent medical examinations, or if you do not respond by the date above, we will proceed with filing motions to compel the exams. I look forward to hearing from you soon.

Very truly yours,

Daniel O. Goforth

DOG:keb

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To *Anthony Buzbee*

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

7008 1140 0001 9485 3692

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   *Anthony Buzbee*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                   ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
                                   5/9/11

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)           ☐ Yes

2. Article Number
   7008 1140 0001 9485 3692          · TRO 001

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540