EXHIBIT "C"

**Brooke Geren**

| | |
|---|---|
| **From:** | Sally_Shushan@laed.uscourts.gov |
| **Sent:** | Thursday, June 02, 2011 8:05 AM |
| **To:** | tbuzbee@txattorneys.com |
| **Cc:** | Dan Goforth; Brooke Geren |
| **Subject:** | Transocean?s IME Requests |

Dear Tony:

I would appreciate your responding promptly to the request by Dan Goforth to schedule examinations by Drs. Likover, Thompson and Greve. If you will coordinate dates with your clients, they can be accommodated in either Houston or New Orleans by Drs. Greve and Thompson.

Please provide me with a copy of your response to Dan relative to this issue.

Thanks very much.

Sally Shushan
U.S. Magistrate Judge
(504) 589-7620

cc:    Dan Goforth and Brooke Geren

1