EXHIBIT "D"

**Brooke Geren**

| | |
|---|---|
| **From:** | Anthony Buzbee <Tbuzbee@txattorneys.com> |
| **Sent:** | Monday, February 28, 2011 3:43 PM |
| **To:** | Kimberly Ungar; Leticia De La Cruz |
| **Cc:** | Nicholas Simon; Frank Piccolo; Robert Kallam |
| **Subject:** | RE: DWH - Eugene Moss |

Ms. Ungar, we have repeatedly received these requests and have attempted to respond to many of them, from both your office and others who purport to represent Transocean. We will do so no further. We have provided a HIPPA form and you are free to collect the info as you see fit. Unless I'm mistaken, Transocean has not paid one penny for the medical treatment of any of these injured workers, which now runs into the thousands of dollars for each. My office, instead, has been forced to pay these bills so treatment can continue.

**Tony Buzbee**
The BUZBEE Law Firm
JP Morgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
www.txattorneys.com
(713)-223-5393

**From:** Kimberly Ungar [mailto:KDU@preisroy.com]
**Sent:** Monday, February 28, 2011 3:14 PM
**To:** Leticia De La Cruz
**Cc:** Anthony Buzbee; Nicholas Simon; Frank Piccolo; Robert Kallam
**Subject:** DWH - Eugene Moss

Leticia,

In a review of our file we find it has been some time since we have received an update of medical records regarding Mr. Moss' treatment and care.

While we would request that any and all up-to-date records be provided to us, could you confirm whether Dr. Berliner provided treatment to Mr. Moss subsequent to October 11, 2010, and provide any records reflecting that treatment?

Thank you, and please call with any questions.

Kimberly Ungar
Paralegal to Frank A. Piccolo
PREIS & ROY
(713) 355-6062

(713) 572-9129 (FAX)
kungar@preisroy.com
www.preisroy.com
Houston, TX | Lafayette, LA | New Orleans, LA

===========================================================

CONFIDENTIALITY NOTICE

This E-mail transmission may contain confidential information that is protected by the attorney-client privilege or work-product doctrine.  It is intended only for the individual or entity designated above.  Any distribution, copying, or use of or reliance upon the information contained in and transmitted with this E-mail by or to anyone other than the individual or entity designated above is unauthorized and strictly prohibited.  If you have received this E-mail transmission in error, please destroy the transmission and notify PREIS & ROY by telephone at (337) 237-6062 immediately.