# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:  Oil Spill by the Oil Rig** | § | **MDL NO. 2179** |
| **"Deepwater Horizon" in the** | § | **SECTION: J** |
| **Gulf of Mexico, on April 20, 2010** | § | **JUDGE BARBIER** |
| | § | **MAG. JUDGE SHUSHAN** |
| **This Document Relates to:** | § | |
| **Case No. 2:10-cv-02771** | § | |

## CERTIFICATE OF CONFERENCE

I, Daniel O. Goforth hereby certifies that I have requested that Anthony Buzbee agree to make his clients, Michael Burrell, Stephen Davis, Dennis Martinez, Patrick Morgan, Eugene Moss, Samuel Pigg, and Micah Sandell, available for independent medical examinations with Dr. Likeover, Dr. Thompson, and Dr. Greve.  Mr. Buzbee has not responded to my request.  I, therefore, assume that he is opposed to the above and foregoing Motion to Examine Claimants Michael Burrell, Stephen Davis, Dennis Martinez, Patrick Morgan, Eugene Moss, Samuel Pigg, and Micah Sandell.


_____/s/  Daniel O. Goforth_____
Daniel O. Goforth

Respectfully submitted,


By:____/s/ Steven L. Roberts_____
Steven L. Roberts (Texas, No. 17019300)
Rachel Giesber Clingman (Texas, No. 00784125)
Kent C. Sullivan (Texas, No. 19487300)
Teri L. Donaldson (Florida, No. 784310)
Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 470-6100
Facsimile: (713) 654-1301
Email: steven.roberts@sutherland.com,
rachel.clingman@sutherland.com,
kent.sullivan@sutherland.com,
teri.donaldson@sutherland.com

By:____/s/ Kerry J. Miller_____
Kerry J. Miller (Louisiana, No. 24562)
Frilot, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8169
Facsimile: (504) 599-8154
Email: kmiller@frilot.com
-and-


By:____/s/ Edwin G. Preis, Jr._____
Edwin G. Preis, Jr. (Louisiana, No. 10703)
Edward F. Kohnke, IV (Louisiana, No. 07824)
Preis & Roy PLC
102 Versailles Boulevard, Suite 400
Lafayette, Louisiana 70501
Telephone: (337) 237-6062
Facsimile: (337) 237-9129

-and-

601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129
Email: egp@preisroy.com, efk@preisroy.com

**Of Counsel:**
John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

Daniel O. Goforth (Texas, No. 08064000)
Goforth GerenEasterling LLP
4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 054933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com, allen.katz@mto.com

*Counsel for Transocean Offshore
Deepwater Drilling Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Certificate of Conference regarding the Motion to Examine Claimants Michael Burrell, Stephen Davis, Dennis Martinez, Patrick Morgan, Eugene Moss, Samuel Pigg, and Micah Sandell has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of June, 2011.

_____/s/ Kerry J. Miller_____
Kerry J. Miller