UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  Oil Spill by the Oil Rig | § | MDL NO. 2179 |
| "Deepwater Horizon" in the | § | SECTION: J |
| Gulf of Mexico, on April 20, 2010 | § | JUDGE BARBIER |
| | § | MAG. JUDGE SHUSHAN |
| This Document Relates to: | § | |
| Case No. 2:10-cv-02771 | § | |

ORDER ON MOTION TO EXAMINE AND
TO COMPEL PRODUCTION OF MEDICAL RECORDS

After considering Transocean's Motion to Examine and to Compel Production of Medical Records, the response, the reply, and arguments of counsel, if any, the Court is of the opinion that the motion should be GRANTED in its entirety.

Therefore, the Court orders Claimants Michael Burrell, Stephen Davis, Dennis Martinez, Patrick Morgan, Eugene Moss, Samuel Pigg, and Micah Sandell to submit to mental and physical examinations as follows:

| Claimant | IME with Dr. Likover | IME with Dr. Greve | IME with Dr. Thompson |
|---|---|---|---|
| Michael Burrell | 7/7/11 @ 1:30 pm<br><br>Address:<br>902 Frostwood<br>Ste. 269<br>Houston, Texas 77024 | | |

|  |  |  |  |
|---|---|---|---|
| Stephen Davis | 7/7/11 @ 2:30 pm<br><br>Address:<br>902 Frostwood<br>Ste. 269<br>Houston, Texas 77024 |  |  |
| Dennis Martinez | 7/7/11 @ 3:30 pm<br><br>Address:<br>902 Frostwood<br>Ste. 269<br>Houston, Texas 77024 |  |  |
| Patrick Morgan | 7/12/11 @ 3:00 pm<br><br>Address:<br>902 Frostwood<br>Ste. 269<br>Houston, Texas 77024 |  |  |
| Eugene Moss | 7/14/11 @ 2:00 pm<br><br>Address:<br>902 Frostwood<br>Ste. 269<br>Houston, Texas 77024 |  |  |
| Samuel Pigg | 7/14/11 @ 3:00 pm<br><br>Address:<br>902 Frostwood<br>Ste. 269<br>Houston, Texas 77024 |  |  |
| Micah Sandell | 8/4/11 @ 2:30 pm<br><br>Address:<br>902 Frostwood<br>Ste. 269<br>Houston, Texas 77024 |  |  |

The Court further orders Claimants Michael Burrell, Stephen Davis, Dennis Martinez, Patrick Morgan, Eugene Moss, Samuel Pigg, and Micah Sandell to produce their complete medical records 7 days prior to their independent medical examinations.

SIGNED on the _____ day of _____, 2011.

_____
MAGISTRATE JUDGE SALLY SHUSHAN