UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | * | SECTION "J" |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| | * | MAGISTRATE NO. 1 |
| Civil Action Nos. 10-2771; 10-4536 | * | MAGISTRATE SHUSHAN |
| | * | |

* * * * * * * * * * * *

## ORDER

Considering the *Ex Parte* Motion of Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP for Leave to File Supplemental Memorandum in Response to Transocean's Reply Brief Regarding Clean Water Act and Right to Jury Trial, the Court finds that the Motion has merit, and is supported by law.

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

New Orleans, Louisiana this 24th day of June, 2011.

_____
United States District Judge

A/74340036.2

1