UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * * * | MDL No. 2179<br><br>SECTION: J<br><br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

## ORDER

Considering the Motion of the Claimants / Plaintiffs to Dismiss with Prejudice Pursuant to Rule 41 (a)(2):

**IT IS HEREBY ORDERED** that all claims of the following Claimants / Plaintiffs are dismissed with Prejudice.

| | **Document No.** | **Cause No.** | **Plaintiff/Claimant** |
|---|---|---|---|
| 1. | 22605 | CA-10-8888 | Dawn M. Klosterman |
| 2. | 43818 | CA-10-8888 | Dinah Sawyer |
| 3. | 10026 | CA-10-8888 | Gourmet Buffet d/b/a Palette Café |

New Orleans, Louisiana this 24th day of June, 2011.

_____
United States District Judge