UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER MAGISTRATE SHUSHAN |

___

# ORDER

Considering the Motion of the Claimant / Plaintiff to Dismiss with Prejudice Pursuant to Rule 41 (a)(2):

**IT IS HEREBY ORDERED** that all claims of the following Claimant / Plaintiff are dismissed with Prejudice.

| | Document No. | Cause No. | Plaintiff/Claimant |
|---|---|---|---|
| 1. | 91 | CA-10-8888 | The Bartrick Co., d/b/a The Blind Mule |

New Orleans, Louisiana this 24th day of June, 2011.

_____
United States District Judge