UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20,2010 | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| THIS DOCUMENT RELATES TO:<br>10-cv-4536 | MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF APPEARANCE

Notice is hereby given that Kyle S. Moran of the law firm Phelps Dunbar LLP is entering his appearance as additional counsel for QBE Marine & Energy Syndicate 1036 in the above- referenced cases.  It is respectfully requested that all future pleadings, documents, and correspondence be served upon the undersigned in connection with this action.

PD.5239411.1

1

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY:       /s/ *Kyle S. Moran*
          Kyle S. Moran (Bar # 33611)
          Canal Place
          365 Canal Street • Suite 2000
          New Orleans, Louisiana 70130-6534
          Telephone: (504) 566-1311
          Telecopier: (504) 568-9130
          Email: kyle.moran@phelps.com

**ATTORNEY FOR QBE MARINE & ENERGY SYNDICATE 1036**


**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of June, 2011.

       /s/ *Kyle S. Moran*