UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010. | § § § § § § § § § § | MDL No. 2179 SECTION "J" JUDGE BARBIER MAGISTRATE SHUSHAN |
| This Document Relates to: 10-4239 10-4240 10-4241 | | |

### EX PARTE (UNOPPOSED) MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO REPLY IN SUPPORT OF MOTION OF DEFENDANT ANADARKO PETROLEUM CORPORATION TO DISMISS THE COMPLAINTS OF THE MEXICAN STATES ["PLEADING BUNDLE C"]

**COME NOW**, Plaintiffs, the State of Tamaulipas, the State of Veracruz, and the State of Quintana Roo and file this their Ex Parte (Unopposed) Motion for Leave to File Sur-Reply In Opposition To Reply In Support Of Motion Of Defendant Anadarko Petroleum Corporation To Dismiss The Complaints Of The Mexican States ["Pleading Bundle C"] attached as Exhibit "A" to this Motion, and in support thereof, would respectfully show the Court as follows. For the reasons set forth in the attached Memorandum of Law, Plaintiffs submit that the proposed Sur-Reply will be helpful to the Court in considering its rulings on the pending Motions.

**WHEREFORE**, Plaintiffs pray that this Honorable Court grant the requested leave to file the attached Sur-Reply.

Dated: June 27, 2011

Respectfully submitted,

**SERNA & ASSOCIATES PLLC**

/s/ Enrique G. Serna
Enrique G. Serna
enrique@serna-associates.com
20985 IH 10 W
San Antonio, Texas
Telephone: 210.472.2222
Facsimile: 210.228.0839

**CERTIFICATE OF SERVICE**

I hereby Certify that the above and foregoing pleading, ***EX PARTE* (UNOPPOSED) MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO REPLY IN SUPPORT OF MOTION OF DEFENDANT ANADARKO PETROLEUM CORPORATION TO DISMISS THE COMPLAINTS OF THE MEXICAN STATES ["PLEADING BUNDLE C"]** has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No.12, and that the foregoing was electronically filed by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this the 27th day of June, 2011.

/s/ Enrique G. Serna

Enrique G. Serna