UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010. | § § § § § | MDL No. 2179 SECTION "J" |
| | § | JUDGE BARBIER |
| This Document Relates to: | § § | MAGISTRATE SHUSHAN |
| 10-4239 10-4240 10-4241 | § § § | |

**MEMORANDUM IN SUPPORT OF *EX PARTE* (UNOPPOSED) MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO REPLY IN SUPPORT OF MOTION OF DEFENDANT ANADARKO PETROLEUM CORPORATION TO DISMISS THE COMPLAINTS OF THE MEXICAN STATES ["PLEADING BUNDLE C"]**

**COME NOW**, Plaintiffs, the State of Tamaulipas, the State of Veracruz, and the State of Quintana Roo ("Mexican States"), and respectfully submit this Memorandum in Support of *Ex Parte* (Unopposed) Motion for Leave to File Sur-Reply in Opposition to Reply in Support of Motion of Defendants Anadarko Petroleum Corporation to Dismiss the Complaints of The Mexican States ("Pleading Bundle "C") and in support thereof, would respectfully show as follows:

MAY IT PLEASE THE COURT:

1. The filing of a sur-reply to Anadarko's Response is unopposed by Anadarko. On April 29, 2011, Anadarko and Plaintiffs, the Mexican States, filed a joint stipulation that not only extended Anadarko's deadline to file a Response, but also stipulated that Anadarko would not oppose the filing of a sur-reply by these Plaintiffs.

1

2. In its Reply to Plaintiffs' Response, Anadarko Petroleum Corporation expanded upon the issues and arguments previously raised in its Original Memorandum in Support of Motion to Dismiss (Rec. Doc. 1426). Plaintiffs seek the opportunity to address these more fully and to direct the Court to important points that Plaintiffs believe would assist the Court in assessing the various pending Motions to Dismiss in Pleading Bundle "C." By way of example, with respect to Anadarko's arguments based on the absence of presentation under OPA, Plaintiffs note that their Sur-Reply demonstrates they have recently made their OPA presentations to the Gulf Coast Claims Fund (without waiver of their positions that such presentations are not jurisdictional requirements under OPA). Moreover, in their proposed Sur-Reply, Plaintiffs have addressed areas of Mexican Constitutional law regarding State autonomy and the affirmation of the rights of each of the Governors of the Plaintiff States to protect the natural resources and other proprietary interests of their States by filing lawsuits such as those at bar. Plaintiffs would further address issues raised by Anadarko regarding their authorization to bring these suits under International Treaties.

3. In the interests of brevity and judicial economy, in the proposed Sur-Reply, Plaintiffs have endeavored to avoid where possible any duplication of the arguments and authorities previously presented in their Consolidated Memorandum In Response And Opposition By Plaintiffs' State Of Veracruz, State Of Tamaulipas, And State Of Quintana Roo To Motion Of Defendants Anadarko Petroleum Corporation And Anadarko E &P Company LP To Dismiss The First Amended Complaint Of The State Of Tamaulipas, Republic Of Mexico Pursuant To FED. R. CIV. P. 12(B) (6) (Doc.1820) filed on April 26, 2011.

4. Plaintiffs further respectfully submit that equitable considerations favor granting the requested leave inasmuch as this Honorable Court has granted other Plaintiffs and Defendants in MDL-2179 to file such Sur-Reply's to different Motions and Responses.

**WHEREFORE**, Plaintiffs pray that this Honorable Court grant the requested leave to file the attached Sur-Reply.

Dated: June 27, 2011

Respectfully submitted,

**SERNA & ASSOCIATES PLLC**

/s/ Enrique G. Serna
Enrique G. Serna
enrique@serna-associates.com
20985 IH 10 W
San Antonio, Texas
Telephone: 210.472.2222
Facsimile: 210.228.0839

## CERTIFICATE OF SERVICE

I hereby Certify that the above and foregoing pleading, **MEMORANDUM IN SUPPORT OF *EX PARTE* (UNOPPOSED) MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO REPLY IN SUPPORT OF MOTION OF DEFENDANT ANADARKO PETROLEUM CORPORATION TO DISMISS THE COMPLAINTS OF THE MEXICAN STATES ["PLEADING BUNDLE C"]** has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No.12, and that the foregoing was electronically filed by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this the 27th day of June, 2011.

/s/ Enrique G. Serna

Enrique G. Serna