UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010. | § § § § § | MDL No. 2179 SECTION "J" JUDGE BARBIER |
| This Document Relates to: | § § | MAGISTRATE SHUSHAN |
| 10-4239 10-4240 10-4241 | § § § | |

## LOCAL RULE 7.6 (E) CERTIFICATE

Plaintiffs, the State of Tamaulipas, the State of Veracruz, and the State of Quintana Roo, Republic of Mexico, by and through their counsel of record, Enrique G. Serna, and in compliance with Local Rule 7.6 E, hereby inform this Honorable Court that the filing of Plaintiffs' Ex Parte Motion for Leave to File Sur-Reply in Opposition to Reply in Support of Motion of Defendant Anadarko Petroleum Corporation to Dismiss the Complaints of the Mexican States (Pleading Bundle "C") is unopposed, as demonstrated by the previously filed joint stipulation between Plaintiffs and Anadarko Petroleum Corporation on April 29, 2011.

WHEREFORE PREMISES CONSIDERED, the Mexican States of Veracruz, Tamaulipas, and Quintana Roo, move this Honorable Court to Grant Leave to file their Sur-Reply in Opposition to Reply in Support of Motion of Defendant Anadarko Petroleum Corporation to Dismiss the Complaints of the Mexican States (Pleading Bundle "C").

1

Dated: June 27, 2011

Respectfully submitted,

**SERNA & ASSOCIATES PLLC**

/s/ Enrique G. Serna
Enrique G. Serna
enrique@serna-associates.com
20985 IH 10 W
San Antonio, Texas
Telephone: 210.472.2222
Facsimile: 210.228.0839

### CERTIFICATE OF SERVICE

I hereby Certify that the above and foregoing **RULE 7.6(E) CERTIFICATE**, has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No.12, and that the foregoing was electronically filed by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this the 27th day of June 2011.

/s/ Enrique G. Serna

Enrique G. Serna