UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010. § § § § | MDL No. 2179 SECTION "J" |
| § § | JUDGE BARBIER |
| This Document Relates to: § § | MAGISTRATE SHUSHAN |
| 10-4239 § 10-4240 § 10-4241 § | |

### NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that subject to Pre-trial Orders Nos. 11 and 25, in which the Court directed that the Court will set the date of all hearings on Motions in this case, the Ex Parte Motion for Leave to File Sur-Reply in Opposition to Reply in Support of Motion of Defendant Anadarko Petroleum Corporation to Dismiss the Complaints of the Mexican States (Pleading Bundle "C") is tentatively noticed for submission at 9:30 a.m. on July 15, 2011.

Dated: June 27, 2011

Respectfully submitted,

**SERNA & ASSOCIATES PLLC**

/s/ Enrique G. Serna
Enrique G. Serna
enrique@serna-associates.com
20985 IH 10 W
San Antonio, Texas
Telephone: 210.472.2222
Facsimile: 210.228.0839

1

## **CERTIFICATE OF SERVICE**

      I hereby Certify that the above and foregoing **NOTICE OF SUBMISSION**, has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No.12, and that the foregoing was electronically filed by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this the 27th day of June 2011.

                                                    /s/ Enrique G. Serna

                                                    Enrique G. Serna