UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010.** | § § § § § | MDL No. 2179<br>SECTION "J"<br><br>JUDGE BARBIER |
| **This Document Relates to:** | § § | MAGISTRATE SHUSHAN |
| 10-4239<br>10-4240<br>10-4241 | § § § | |

## ORDER

On this day came to be considered Plaintiffs' Ex Parte (Unopposed) Motion for Leave to File Sur-Reply in Opposition to Reply in Support of Motion of Defendant Anadarko Petroleum Corporation to Dismiss the Complaints of the Mexican States (Pleading Bundle "C"), and good cause being shown,

IT IS ORDERED, that the requested leave to file the Sur-Reply in Opposition to Reply in Support of Motion of Defendant Anadarko Petroleum Corporation to Dismiss the Complaints of the Mexican States (Pleading Bundle "C") is hereby GRANTED.

New Orleans, Louisiana this the _____the day of _____, 2011

_____
Hon. Carl J. Barbier
United States District Judge

1