**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**

**MDL No. 2179**

**SECTION J**

**Applies to:** 2:10-cv-08888-CJB-SS [Rec. Doc. 62500] Short Form Joinder in "B1 Pleading Bundle" of MDL No. 2179

**JUDGE BARBIER**
**MAG. JUDGE SHUSHAN**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE PERTAINING ONLY TO THE CLAIMS OF LODGING SYSTEMS PIC dba CONTEMPRA INN**

Now into Court through undersigned counsel comes **LODGING SYSTEMS, PIC dba CONTEMPRA INN** (hereinafter "CLAIMANT"), averring that:

1. On April 19th, 2011, CLAIMANT filed a "Direct Filing Short Form Joinder" in case number CA 10-8888 [**2:10-cv-08888-CJB-SS**] [Rec. Doc. 62500], *inter alia,* asserting a claim and intervening into, joining and otherwise adopting the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179.

2. No opposing party has served either answer or motion for summary judgment upon or pertaining to CLAIMANT in these proceedings.

3. Voluntary dismissals with prejudice are permitted without leave of court by Pre-Trial Order Number 34 [Rec. Doc. 1918].

4. Pursuant to agreement with "Gulf Coast Claims Facility" CLAIMANT does hereby VOLUNTARILY DISMISS WITH PREJUDICE and WITHDRAW from all heretofore stated claims, interventions, joinders in and/or adoptions of described Master Complaints against any and all defendants in these proceedings.

RESPECTFULLY SUBMITTED, this 28th day of June, 2011.

GERALD M. ROBARE
2820 WILLIAMS BLVD
KENNER, LA 70062
CELL: 504-415-7527 FAX: 504-469-2500
EMAIL: robare@attglobal.net
LA. BAR ROLL NUMBER 11303