## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * MDL NO. 2179 <br> * <br> * <br> * <br> * SECTION: J <br> * <br> * <br> * JUDGE BARBIER <br> * MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * *

## ORDER

Considering the Motion of the Claimants / Plaintiffs to Dismiss with Prejudice Pursuant to *Rule 41(a)(2)*:

**IT IS HEREBY ORDERED** that all claims of the following Claimants / Plaintiffs are dismissed with Prejudice.

| | **Document No.** | **Cause No.** | **Plaintiff/Claimant** |
|---|---|---|---|
| 1. | 55624 | CA-10-8888 | Anh Brown |
| 2. | 24828 | CA-10-8888 | Mark Fountain/Mark Fountain Builders, LLC |
| 3. | 32660 | CA-10-8888 | Champak Patel/Select Inn, Inc. d/b/a Supreme Inn |
| 4. | 55524 | CA-10-8888 | Gregory Mitchell |
| 5. | 55519 | CA-10-8888 | Gregory Mitchell |
| 6. | 24795 | CA-10-8888 | John Daniel/Complete Roofing Services, Inc. |
| 7. | 60029 | CA-10-8888 | Larry Ladner |
| 8. | 52448 | CA-10-8888 | Dharmendra Patel |

2

| | | | |
|---|---|---|---|
| 9. | 40902 | CA-10-8888 | Robin Shiver/Bass Assassin Lures, Inc. |
| 10. | 42791 | CA-10-8888 | Dharmendra Vakharia/Vintage Wine and Liquor, LLC |
| 11. | 40899 | CA-10-8888 | Robin Shiver/Mayo Plastics Manufacturing, Inc. |
| 12. | 99 | CA-10-8888 | Jeannie Beattie |

New Orleans, Louisiana, this the ___ day of _____, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE