UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ATP OIL & GAS CORPORATION | CIVIL ACTION |
| VERSUS | NO: 11-1488 |
| KENNETH LEE "KEN" SALAZAR, IN HIS OFFICIAL CAPACITY AS SECRETARY, UNITED STATES DEPARTMENT OF THE INTERIOR, ET. AL. | SECTION: "J" (5) |

**ORDER**

The Court has recently been advised that the subject-matter of the above-captioned case appears to be related to that asserted in Civil Action 10-1663, "Hornbeck Offshore Services, L.L.C., Et. Al. v. Kenneth Lee Salazar, Et. Al.," and 10-1941, "ENSCO Offshore Company, Et. Al. v. Defenders of Wildlife, Et. Al." Accordingly,

**IT IS ORDERED** that the above-captioned matter be **TRANSFERRED** to Section "F", Magistrate Judge Division 2, of this Court.

New Orleans, Louisiana this 24th day of June, 2011.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

JUN 27 2011
TRANSFERRED TO
SECT. F MAG. 2

1

___Fee _____
___Process_____
_x_ Dktd _____
___CtRmDep_____
___Doc. No._____