MINUTE ENTRY
SHUSHAN, M.J.
JUNE 27, 2011

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

A telephone conference was held this date.

Participating:   Scott Cernich for the U.S.; Robert Gasaway, Barbara Harding and Philip Chen for BP; Gavin Hill and Misty Cone for Halliburton; and Phil Wittmann for Cameron.

There was discussion regarding the motion of the U.S. for approval of cement testing (Rec. doc. 2830). For the reasons orally assigned, the motion was granted in part and denied in part. BP will be permitted to run the test selected by BP on the off-the-shelf product to be run by the testing laboratory employed by the U.S. BP and the U.S. shall submit an order that conforms to this ruling.

　　　　　　　　　　　　　　　　　　　　　　　　**SALLY SHUSHAN**
　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**

MJSTAR 00:30