## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the OIL RIG | ) | **MDL. NO. 2179** |
| "DEEPWATER HORIZON"in | ) | |
| the GULF OF MEXICO, on | ) | |
| APRIL 20, 2010 | ) | |
| | ) | **SECTION: J** |
| This Document relates to: | ) | |
| | ) | **JUDGE BARBIER** |
| 2:10-CA-10-8888 | ) | **MAG. JUDGE SHUSHAN** |

_____

### CLAIMANTS' / PLAINTIFFS' RULE 41(a)(2) MOTION TO DISMISS

COME NOW, Plaintiffs / Claimants, by and through undersigned counsel, and file their *Rule 41(a)(2) Motion to Dismiss with Prejudice*, and in support thereof, would show the Court as follows:

1.      Claimants / Plaintiffs filed their *Direct Filing Short Forms* on or before April 20, 2011.  As stated in the *Direct Filing Short Forms,* Claimants / Plaintiffs were asserting a claim in *Complaint* and *Petition of Triton Asset Leasing Gmbh, et al.,* No. 10-2771; adopted and incorporated the Master Answer [Rec. Doc. 244] to the *Complaint* and *Petition of Triton Asset Leasing Gmbh, et al.,* in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join, and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in MDL 2179 (10 md 2179).

2.      As instructed by the Court, Claimants / Plaintiffs *Direct Filing Short Forms* were filed in CA No. 10-8888. By prior order of the Court [Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc. 982 in MDL 2179], the filing of the *Direct Filing Short Forms* in C.A. No. 10-8888 were deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179.

3.      Since the filing of Plaintiffs' *Direct Filing Short Forms*, Plaintiffs have settled their claims through the Gulf Coast Claims Facility and no counterclaims against these particular Plaintiffs / Claimants have been filed. As such, the following Plaintiffs / Claimants would respectfully request the Court, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, to dismiss all their claims in all collective actions set forth above in this cause:

|  | Document No. | Cause No. | Plaintiff/Claimant |
|---|---|---|---|
| 1. | 52764 | CA-10-8888 | Ronald & Lisa Powell |
| 2. | 48712 | CA-10-8888 | Dennis E. Variali |
| 3. | 49556 | CA-10-8888 | Royal Palms Condominium Association, Inc. |
| 4. | 51341 | CA-10-8888 | Dragan & Alma Bubalo |
| 5. | 48704 | CA-10-8888 | Kimberly & Vickie Wall |
| 6. | 53101 | CA-10-8888 | Richard & Elaine Attanasio |
| 7. | 49667 | CA-10-8888 | Harold & Kellie Wright |
| 8. | 53146 | CA-10-8888 | Ronald & Courtney Oldani & Hermann & Holly Schlortt |
| 9. | 54617 | CA-10-8888 | Richard & Ann Brown |
| 10. | 48467 | CA-10-8888 | Kurtis W. Allen |
| 11. | 60100 | CA-10-8888 | Thorpe Properties, LLC |

WHEREFORE, all of the above listed Plaintiffs / Claimants request that their Motion to Dismiss with Prejudice be granted or terms that the Court considers proper together with any and all other relief in favor of the Plaintiffs / Claimants deemed appropriate by this Honorable Court. Respectfully submitted, this the 28th day of June, 2011.

**DANIELL, UPTON, PERRY & MORRIS, P.C.**
**Attorneys for Claimants / Plaintiffs**
**P. O. Box 1800**
**Daphne, AL  36526**
**dab@dupm.com  (E-mail)**
**(251) 625-0046 (Voice)**
**(251) 625-0464 (Fax)**


___*/s/ David A. Busby, Esq.*_____
**DAVID A. BUSBY**
**(ASB-4991-D67B)**


## Certificate of Service

I, David A. Busby, Esq., hereby certify that I have this day served via E-Mail, a true and correct copy of the above and foregoing Plaintiffs' *Motion to Dismiss* to All Counsel of Record.

This the 28th day of June, 2011.


By: ___*/s/ David A. Busby, Esq.*_____
    **David A. Busby (ASB-4991-D67B)**