# EXHIBIT D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG          :          MDL NO. 2179
       "DEEPWATER HORIZON" in the        :
       GULF OF MEXICO, on                :
       APRIL 20, 2010                    :          SECTION: J
                                         :
                                         :
                                         :          JUDGE BARBIER
                                         :          MAG. JUDGE SHUSHAN
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

**THIS DOCUMENT RELATES TO: CIVIL ACTION
NUMBER 10-2771 ONLY**

<u>**ORDER**</u>

A complaint seeking exoneration from or limitation of
liability was filed in the United States District Court for the
Southern District of Texas by Triton Asset Leasing, GMBH,
Transocean Holdings, L.L.C, Transocean Offshore Deepwater
Drilling, Inc., and Transocean Deepwater, Inc. as managing owners
and operators of the Modu Deepwater Horizon.  On August 16, 2010,
the case was transferred to this Court pursuant to Supplemental
Rule F(9) and in the interests of efficiency and justice.  It was
allotted to this section and assigned Civil Action Number 10-
2771.

Having determined that this limitation action is related to
MDL-2179, **IT IS ORDERED** that Civil Action Number 10-2771 is

hereby **CONSOLIDATED** with MDL-2179 until further order.

**However, in order to effectively manage the docket sheet,
all answers and claims in the limitation action are to be filed
in the member case (10-2771).** All other pleadings in the
limitation action are to be filed in the master case (10-MDL-
2179).

New Orleans, Louisiana, this ___24th___ day of ___August___, 2010.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

-2-