UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DON SCOTT ET AL | * | CIVIL ACTION NO. 11-1398<br>SECTION "R"(5) |
| VERSUS | * | |
| | | JUDGE BARBIER |
| BP EXPLORATION & PRODUCTION<br>INC.  ET AL. | * | |
| | | MAGISTRATE JUDGE SHUSHAN |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### LIST OF REMAINING PARTIES AND RELEVANT DOCUMENTS AS REQUIRED BY THE CLERK'S JUNE 14, 2011 DIRECTIVE (DOC. 4)

Pursuant to the Clerk's June 14, 2011 Directive (Doc. 4), the removing parties, BP Exploration & Production Inc. and BP America Production Company (together referred to as "BP Entities"), hereby provide the following list of parties still remaining in this action:

1. Don Scott, Plaintiff
2. Teddy Scott, Plaintiff
3. Shirley Burnett, Plaintiff
4. Dickie Burnett, Plaintiff
5. BP Exploration & Production Inc., Defendant
6. BP America Production Company, Defendant
7. XYZ Corporation, Fictitious Defendant

The BP Entities already attached to the Notice of Removal copies of all pleadings, including answers, filed by any of those parties in state court (Doc. 1-2), and hereby attach as Exhibit 1 all copies of returns on service of process on all defendants that have been filed in state court.

WHEREFORE, the BP Entities pray that the above list and documents referred to herein be deemed sufficient to satisfy the Clerk's June 14, 2011 Directive (Doc. 4).

Respectfully submitted,

s/ Stuart T. Welch
Paul Matthew Jones (Bar #19641)
April L. Rolen-Ogden (Bar #30698)
Stuart T. Welch (Bar #31359)
**LISKOW & LEWIS**
822 Harding Street
Lafayette, LA 70503
Telephone:  (337) 232-7424
Facsimile:  (337) 267-2399

Gene Fendler (Bar #05510)
Robert E. Holden (Bar #06935)
Greg Johnson (Bar #24477)
Stephen Wiegand (Bar #31362)
**LISKOW & LEWIS**
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
Telephone:  504-581-7979
Facsimile:  504-556-4108

Attorneys for BP Exploration & Production Inc. and BP America Production Company

Richard C. Godfrey, P.C.
John T. Hickey, Jr., P.C.
J. Andrew Langan, P.C.
Hariklia Karis
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
*Of Counsel*

## Certificate of Service

I hereby certify that on June 28, 2011, a copy of the above and foregoing List of Remaining Parties and Relevant Documents as Required By the Clerk's June 14, 2011 Directive has been filed electronically with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have registered to receive electronic service, and that all other counsel of record have been served by e-mail, by facsimile, and/or by depositing same in the United States Mail.

s/ Stuart Theron Welch

1021615_1