Case 2:10-md-02179-CJB-DPC   Document 3072-1   Filed 06/28/11   Page 1 of 5



# CT Corporation

**Service of Process Transmittal**
05/12/2011
CT Log Number 518507538

**TO:** Tara Lindsey
BP America Inc.
501 WestLake Park Blvd., Matter: 21714
Vendor: 0080178147
Houston, TX 77079

**RE:** **Process Served in Louisiana**

**FOR:** BP Exploration & Production, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Don Scott, et al., Pltfs. vs. BP Exploration & Production, Inc., et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Citation, Petition |
| **COURT/AGENCY:** | 24th Judicial District Court, Parish of Jefferson, LA<br>Case # 700-755 |
| **NATURE OF ACTION:** | Property Damage Litigation - Trespass - the Dfts. entered the property belonging to the Pltfs. without seeking permission and without informing them - Damaging the property and failing to repair it |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/12/2011 at 08:00 |
| **JURISDICTION SERVED:** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after service |
| **ATTORNEY(S) / SENDER(S):** | Gladstone N. Jones, III<br>Jones, Swanson, Huddell & Garrison, LLC<br>601 Poydras Street<br>Suite 2655<br>New Orleans, LA 70130<br>504-523-2500 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/12/2011, Expected Purge Date: 05/17/2011<br>Image SOP<br>Email Notification, Melanie Johnson Melanie.Johnson@bp.com<br>Email Notification, Malika Herring malika.herring@bp.com<br>Email Notification, Tara Lindsey tara.lindsey@bp.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Lisa Uttech |
| **ADDRESS:** | 5615 Corporate Blvd<br>Suite 400B<br>Baton Rouge, LA 70808 |
| **TELEPHONE:** | 225-922-4490 |

Page 1 of 1 / LU

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Exhibit 1

(101) Citation: ISS PETITION FOR DAMAGES;      110503-4057-6

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

DON SCOTT, TEDDY SCOTT, SHIRLEY BURNETT,
DICKIE BURNETT
   versus                      Case: 700-755   Div: "A"
BP EXPLORATION AND PRODUCTION INC, BP AMERICA   P 1 DON SCOTT
PRODUCTION COMPANY

To: BP EXPLORATION AND PRODUCTION INC
THROUGH CT CORPORATION
5615 CORPORATE BLVD                   EBR#10508$58.75
STE 400B
BATON ROUGE LA 70808

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney GLADSTONE N. JONES III and was issued by the Clerk Of Court on the 3rd day of May, 2011.

                        Tamara V. Davis, Deputy Clerk of Court for
                        Jon A. Gegenheimer, Clerk Of Court

---

### SERVICE INFORMATION

(101) Citation: ISS PETITION FOR DAMAGES;      110503-4057-6

Received:_____    Served:_____    Returned:_____

Service was made:
   ___ Personal     ___ Domiciliary _____

Unable to serve:
   ___ Not at this address    ___ Numerous attempts _____ times
   ___ Vacant    ___ Received too late to serve
   ___ Moved    ___ No longer works at this address
   ___ No such address    ___ Need apartment / building number
   ___ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ # _____
                Deputy Sheriff
Parish of: _____

Div. A
JUDGE
RAYMOND S. STEIB, JR.


FILED
s/ ASHLEY PETERMAN
APR 20 2011
DEPUTY CLERK

## 24th Judicial District Court

## Parish of Jefferson

## State of Louisiana

No. 700-755                                             Section " "

### Don Scott, Teddy Scott,

### Shirley Burnett, and Dickie Burnett

### v.

### BP Exploration & Production, Inc.,

### BP America Production Company, and XYZ Corporation

Filed:_____            _____
                                    Deputy Clerk

### Petition for Damages

Now into court, through undersigned counsel, come plaintiffs, DON SCOTT, TEDDY SCOTT, SHIRLEY BURNETT, and DICKIE BURNETT, who respectfully file this Petition for Damages against defendants BP EXPLORATION & PRODUCTION, INC., BP AMERICA PRODUCTION COMPANY, and XYZ CORPORATION (unknown BP contractors), representing as follows:

### Parties

1.

Plaintiffs are as follows:

a) Don Scott, a person of the full age of majority and domiciliary of Louisiana;

b) Teddy Scott, a person of the full age of majority and domiciliary of Louisiana;

c) Shirley Burnett, a person of the full age of majority and domiciliary of Louisiana; and

— 1 —

# CT Corporation

**Service of Process Transmittal**
05/12/2011
CT Log Number 518507514

**TO:** Tara Lindsey
BP America Inc.
501 WestLake Park Blvd., Matter: 21714
Vendor: 0080178147
Houston, TX 77079

**RE:** **Process Served in Louisiana**

**FOR:** BP America Production Company (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Don Scott, et al., Pltfs. vs. BP Exploration & Production, Inc., et al. including BP America Production Company, Dfts. |
| **DOCUMENT(S) SERVED:** | Citation, Petition |
| **COURT/AGENCY:** | 24th Judicial District Court, Parish of Jefferson, LA<br>Case # 700-755 |
| **NATURE OF ACTION:** | Property Damage Litigation - Trespass - the Dfts. entered the property belonging to the Pltfs. without seeking permission and without informing them - Damaging the property and failing to repair it |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/12/2011 at 08:00 |
| **JURISDICTION SERVED:** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after service |
| **ATTORNEY(S) / SENDER(S):** | Gladstone N. Jones, III<br>Jones, Swanson, Huddell & Garrison, LLC<br>601 Poydras Street<br>Suite 2655<br>New Orleans, LA 70130<br>504-523-2500 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/12/2011, Expected Purge Date: 05/17/2011<br>Image SOP<br>Email Notification, Melanie Johnson Melanie.Johnson@bp.com<br>Email Notification, Malika Herring malika.herring@bp.com<br>Email Notification, Tara Lindsey tara.lindsey@bp.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Lisa Uttech |
| **ADDRESS:** | 5615 Corporate Blvd<br>Suite 400B<br>Baton Rouge, LA 70808 |
| **TELEPHONE:** | 225-922-4490 |

Page 1 of 1 / LU

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

(101) Citation: ISS PETITION FOR DAMAGES;             110503-4058-4

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

DON SCOTT, TEDDY SCOTT, SHIRLEY BURNETT,
DICKIE BURNETT
  versus
BP EXPLORATION AND PRODUCTION INC, BP AMERICA
PRODUCTION COMPANY

Case: 700-755    Div: "A"
P 1 DON SCOTT

To: BP AMERICA PRODUCTION COMPANY
THROUGH CT CORPORATION
5615 CORPORATE BLVD
STE 400B
BATON ROUGE LA 70808

EBR#10508$58.75

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney GLADSTONE N. JONES III and was issued by the Clerk Of Court on the 3rd day of May, 2011.

Tamara V. Davis, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____SERVICE INFORMATION_____

(101) Citation: ISS PETITION FOR DAMAGES;             110503-4058-4

Received:_____     Served:_____     Returned:_____

Service was made:
    ___ Personal      ___ Domiciliary _____

Unable to serve:
    ___ Not at this address      ___ Numerous attempts _____ times
    ___ Vacant      ___ Received too late to serve
    ___ Moved      ___ No longer works at this address
    ___ No such address      ___ Need apartment / building number
    ___ Other _____

Service: $_____     Mileage: $_____     Total: $_____

Completed by:_____ # _____
                            Deputy Sheriff
Parish of:_____