## AFFIDAVIT OF RICHARD W. POTOCEK

STATE OF ILLINOIS

COUNTY OF DUPAGE

BEFORE ME, the undersigned authority, duly commissioned and qualified within and for the State and County aforesaid, personally came and appeared Richard W. Potocek who, being by me first duly sworn, deposed and stated as follows.

1. I am over the age of majority, am competent to testify to the matters stated in this affidavit, and have personal knowledge of the facts stated herein.

2. I am the General Manager of Group Real Estate for BP America Inc.

3. On or around June 13, 2010, I called Tino Mones and made an offer, on behalf of BP, to pay Mr. Mones $2,000 per month for the use of his property by BP Exploration & Production, Inc. Mr. Mones rejected my offer.

4. I documented my conversation with Tino Mones in an e-mail dated June 13, 2010 that I drafted and sent to my colleague Randy Coil. I generated and have maintained this report of my conversation with Mr. Mones as part of my regularly conducted business activities and a true and correct copy of this e-mail is attached hereto as Exhibit 1.

5. I never offered to lease Mr. Mones's property as a co-contractor or co-lessee with St. Bernard Parish and Mr. Mones never told me anything to indicate that St. Bernard Parish Government had offered or agreed to lease or co-lease his property with BP.

6. By letter dated February 28, 2011, I wrote Tino Mones in response to his invoices to BP. A true and correct copy of this letter is attached hereto as Exhibit 2. I generated and have maintained this letter as part of my regularly conducted business activities.

_____
RICHARD W. POTOCEK

SWORN TO AND SUBSCRIBED
BEFORE ME this 25th day of
April, 2011

_____
NOTARY PUBLIC

OFFICIAL SEAL
BRENDA J MAGINNIS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/03/14

EXHIBIT A

Ph(281)366-0716
Fx(281)366-7094
coilrd@bp.com

---

**From:** Potocek, Richard W
**Sent:** Sunday, June 13, 2010 4:04 PM
**To:** Coil, Randy D.
**Subject:** Mr. Tino Munez

Randy,

I reached out to Tino and had a discussion with him. I explained the valuation of our land deals and the relevant size of his land in comparison and of course he is not very excited about it. I was offering him $2K/month for his land site (not including any dock or slip as he was not sure we are using that). Given that his site is about ½ an acre, that is the equivalent of $4K/mo/acre. This is the upper end of what we generally pay for land.

He of course has a much more skewed outlook and claims we are paying $3K/<u>day</u> for a similar site up the road with a Dean Melerine. I am not aware of any other contracts we have on Delacroix, but I am inquiring to find anything we might have. Regardless, he is going to check with some other people and get back to me, but his indication was that he is not interested at <u>anything</u> near this level.

When I hear back from him, I will get back in touch with you.

Thanks.

*Richard W. Potocek*
General Manager

Group Real Estate - M&A
BP America, Inc.
4101 Winfield Road
Cantera 3 MC3E
Warrenville, IL 60555

- Ofc:    630-821-2379
- Mobile: 630-881-5499
- Fax:    630-821-2177
- Email: richard.potocek@bp.com

http://grouprealestate.bpweb.bp.com/



EXHIBIT 1

**bp**



## Richard W. Potocek
General Manager
BP Group Real Estate (M&A)

BP Exploration & Production Company
150 W. Warrenville Rd
MC 601-1115A
Naperville, IL 60563

February 28, 2011

Tino Mones
5325 Delacroix Hwy.
St. Bernard, LA 70085

**Re: Tino Mones Seafood - Invoices for property at 5325 Delacroix Hwy, St. Bernard, LA 70085**

Dear Mr. Mones:

We write in response to invoices received from you requesting payment of approximately $350,000 for BP's alleged use of your property in Delacroix, Louisiana from May 24, 2010 through September 15, 2010 during its oil spill response activities. We have thoroughly researched your claim and find that you are not due any compensation from BP. Our investigation revealed that BP cleaned, spread rocks, and put restrooms on the property to prepare it as a potential backup staging area for response activities. However, we have determined that BP never used the property for any purpose after the initial site preparations. Further, no agreement, oral or written, was ever reached between BP and you for the property and no lease was perfected. Consequently, this letter serves as BP's denial of payment on your invoices pertaining to this property.

However, BP will permit you to keep the improvements that have been made to the property or, if you prefer, BP will remove the improvements at no cost. Please advise the undersigned regarding your preference for disposition of the improvements.

Sincerely,

*[signature]*

Richard W. Potocek
General Manager
BP Group Real Estate (M&A)

Phone:   630-420-4836
E-mail:   Richard.Potocek@bp.com

**EXHIBIT 2**

Cc: Jake Rodriguez