## AFFIDAVIT OF JERRY E. FLITCRAFT

**STATE OF TEXAS**

**COUNTY OF HARRIS**

BEFORE ME, the undersigned authority, duly commissioned and qualified within and for the aforesaid State and County, personally came and appeared Jerry E. Flitcraft, who, after being first duly sworn, deposed and stated as follows.

1.  I am a person of the full age of majority and am competent to give this affidavit.

2.  From approximately mid-May, 2010 to July 8, 2010, I worked for BP Exploration & Production Inc. at the Hopedale Forward Operating Base as a St. Bernard Parish Branch Director.  During that time, Tino Mones came to my office several times and told me that he wanted BP to make an offer to lease his property.

3.  During my conversations with Mr. Mones, I never offered or discussed a price to pay him for the use of his property.  I told Mr. Mones that such an offer was not my decision to make and that any such offer (if an offer was made) would be by BP's real estate people. By e-mail dated June 16, 2010, my colleague, Randy Coil, forwarded me an e-mail that he received from Richard Potocek, which described the offer that BP made to Mr. Mones for the use of his property.  A true and correct copy of the foregoing e-mail string is attached hereto as Exhibit 1.

4.  No representative of St. Bernard Parish government participated in any of my conversations with Mr. Mones regarding the potential lease of his property.

5.  Mr. Mones never told me that St. Bernard Parish government was interested in leasing his property.  Mr. Mones never told me that any representative of St. Bernard Parish had offered or agreed to co-lease his property with BP.

6.  No representative of St. Bernard Parish government ever told me that St. Bernard Parish had offered or agreed to lease Mr. Mones' property with BP.  I never heard anything like that from anyone.

7.  I am not aware of any instance in which St. Bernard Parish government ever offered or agreed to co-lease any property with BP.

1018815_1 (2).Docx



**EXHIBIT B**

8.    I was not present at any meeting or discussion in which Craig Taffero or any other representative of St. Bernard Parish government offered or agreed to guarantee lease payments to Tino Mones, and I am not aware of any instance in which St. Bernard Parish offered or agreed to guarantee BP's lease payments to anyone.

**JERRY E. FLITCRAFT**

SWORN TO AND SUBSCRIBED
BEFORE ME this _29th_ day of
June, 2011.

ESTHELA GARZA
My Commission Expires
March 30, 2015

NOTARY PUBLIC

1018815_1 (2).Docx

**Flitcraft, Jerry Earl**

| | |
|---|---|
| **From:** | Coil, Randy D. |
| **Sent:** | Wednesday, June 16, 2010 3:15 PM |
| **To:** | Flitcraft, Jerry Earl |
| **Cc:** | Coil, Randy D. |
| **Subject:** | Delacroix Property: Mr. Tino Munez |

FYI...

---

**From:** Potocek, Richard W
**Sent:** Sunday, June 13, 2010 4:04 PM
**To:** Coil, Randy D.
**Subject:** Mr. Tino Munez

Randy,

I reached out to Tino and had a discussion with him. I explained the valuation of our land deals and the relevant size of his land in comparison and of course he is not very excited about it. I was offering him $2K/month for his land site (not including any dock or slip as he was not sure we are using that). Given that his site is about ½ an acre, that is the equivalent of $4K/mo/acre. This is the upper end of what we generally pay for land.

He of course has a much more skewed outlook and claims we are paying $3K/**day** for a similar site up the road with a Dean Melerine. I am not aware of any other contracts we have on Delacroix, but I am inquiring to find anything we might have. Regardless, he is going to check with some other people and get back to me, but his indication was that he is not interested at <u>anything</u> near this level.

When I hear back from him, I will get back in touch with you.

Thanks.

*Richard W. Potocek*
<u>General Manager</u>

Group Real Estate – M&A
BP America, Inc.
4101 Winfield Road
Cantera 3 MC3E
Warrenville, IL 60555

- Ofc:   630-821-2379
- Mobile: 630-881-5499
- Fax:   630-821-2177
- Email: richard.potocek@bp.com

http://grouprealestate.bpweb.bp.com/

**EXHIBIT 1**