# AFFIDAVIT OF RANDAL ("RANDY") COIL

**STATE OF TEXAS**

**COUNTY OF HARRIS**

BEFORE ME, the undersigned authority, duly commissioned and qualified within and for the aforesaid State and County, personally came and appeared Randal ("Randy") Coil, who, after being first duly sworn, deposed and stated as follows.

1. I am a person of the full age of majority and I am competent to give this affidavit.

2. In June - August, 2010, I was deployed to work at BP's Hopedale Forward Operating Base as BP's Liaison Officer to St. Bernard Parish Government. During that time, I met with Tino Mones when he came to the Hopedale Base to ask Jerry Flitcraft whether BP was interested in leasing his property.

3. During the conversation that Jerry Flitcraft and I had with Mr. Mones, we never offered or agreed to any price to pay him for the use of his property. Mr. Flitcraft told Mr. Mones that such an offer was not his decision to make and that any such offer (if an offer was made) would have to come from BP's real estate people. Thereafter, I contacted Richard Potocek and requested that he contact Tino Mones.

4. No representative of St. Bernard Parish government participated in the foregoing conversation with Mr. Mones regarding the potential lease of his property.

5. By e-mail to me dated June 13, 2010, Richard Potocek described the offer that BP made to Mr. Mones for the use of his property. A true and correct copy of the foregoing e-mail is attached hereto as Exhibit 1.

6. Mr. Mones never told me that St. Bernard Parish government was interested in leasing his property. Mr. Mones never told me that any representative of St. Bernard Parish had offered or agreed to co-lease his property with BP.

7. No representative of St. Bernard Parish government ever told me that St. Bernard Parish had offered or agreed to lease Mr. Mones' property with BP. I never heard anything like that from anyone.

8. I had numerous interactions with representatives of St. Bernard Parish government during the time that I served as BP's Liaison Officer and I am not aware of any instance in

**EXHIBIT C**

which Craig Taffero or any other representative of St. Bernard Parish government ever offered or agreed to co-lease any property with BP.

9. I had numerous interactions with Craig Taffero during the time that I served as BP's Liaison Officer to St. Bernard Parish Government and I am not aware of any instance in which Craig Taffero or any other representative of St. Bernard Parish government offered or agreed to guarantee BP's lease payments to Tino Mones.

_____
RANDY COIL

SWORN TO AND SUBSCRIBED
BEFORE ME this 24th day of
June, 2011.

_____
NOTARY PUBLIC

DEBBIE M. ANDERSON
Notary Public, State of Texas
My Commission Expires
June 12, 2015

Ph(281)366-0716
Fx(281)366-7094
coilrd@bp.com

---

**From:** Potocek, Richard W
**Sent:** Sunday, June 13, 2010 4:04 PM
**To:** Coil, Randy D.
**Subject:** Mr. Tino Munez

Randy,

I reached out to Tino and had a discussion with him. I explained the valuation of our land deals and the relevant size of his land in comparison and of course he is not very excited about it. I was offering him $2K/month for his land site (not including any dock or slip as he was not sure we are using that). Given that his site is about ½ an acre, that is the equivalent of $4K/mo/acre. This is the upper end of what we generally pay for land.

He of course has a much more skewed outlook and claims we are paying $3K/<u>day</u> for a similar site up the road with a Dean Melerine. I am not aware of any other contracts we have on Delacroix, but I am inquiring to find anything we might have. Regardless, he is going to check with some other people and get back to me, but his indication was that he is not interested at <u>anything</u> near this level.

When I hear back from him, I will get back in touch with you.

Thanks.


*Richard W. Potocek*
General Manager

Group Real Estate - M&A
BP America, Inc.
4101 Winfield Road
Cantera 3 MC3E
Warrenville, IL 60555

- Ofc:    630-821-2379
- Mobile: 630-881-5499
- Fax:    630-821-2177
- Email: richard.potocek@bp.com

http://grouprealestate.bpweb.bp.com/



EXHIBIT 1