## DECLARATION OF BART LABORDE
## PURSUANT TO 28 U.S.C. § 1246

I, Bart LaBorde, under penalty of perjury, state

1. I am over 21 years of age, and I am competent to give this affidavit.

2. From approximately May 21, 2010 through July, 2010 I worked at the Hopedale Forward Operating Base as a St. Bernard Parish Branch Director for BP Exploration & Production Inc. During that time, I spoke with Tino Mones about the possibility of BP using his property in case it was needed.

3. Mr. Mones never told me that St. Bernard Parish government was interested in leasing his property. Mr. Mones never told me that St. Bernard Parish government had offered or agreed to co-lease his property with BP.

4. No representative of St. Bernard Parish government ever told me that St. Bernard Parish was interested in leasing Mr. Mones' property. No representative of St. Bernard Parish government ever told me that the Parish had offered or agreed to lease Mr. Mones' property with BP. I never heard anything like that from anyone.

5. I am not aware of any instance in which Craig Taffero or any other representative of St. Bernard Parish government ever offered or agreed to co-lease any property with BP.

6. I never attended any meeting in which Craig Taffero or any other representative of St. Bernard Parish government offered to guarantee BP's lease payments to Tino Mones. I never heard Craig Taffero or any other representative of St. Bernard Parish offer to guarantee lease payments to Tino Mones.

7. I am not aware of any BP personnel who are named or go by the name of "Bert."

I declare under penalty of perjury that the foregoing is true and correct and that, if called as a witness, I would and could testify to the above based on my own personal knowledge.

EXECUTED on June 27, 2011.

*/s/ Bart LaBorde*
BART LABORDE

1020023_1.Docx

EXHIBIT
D