UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:   Oil Spill by the Oil Rig<br>"Deepwater Horizon" in the Gulf<br>Of Mexico, on April 20, 2010<br><br><br><br>This Document applies to<br>11-cv-274 c/w 11-cv-275 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**MEMORANDUM IN SUPPORT OF TRANSOCEAN'S MOTION FOR LEAVE
TO FILE ITS SUR-REPLY TO THE BP PARTIES' MOTION TO DISMISS
TRANSOCEAN'S COMPLAINT IN INTERVENTION**

TO THE HONORABLE JUDGE BARBIER:

Intervenors Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc. and Triton Asset Leasing GmbH (collectively "Transocean") respectfully submit this Memorandum in Support of the attached Sur-Reply to the BP Parties' Motion to Dismiss Transocean's Complaint in Intervention.

Transocean has three reasons it believes the Proposed Sur-Reply will be helpful to the Court in disposing of BP's motion to dismiss.  **First**, BP was given leave by the Court to file its reply to Transocean's response, **Dkt. No. 2997**, and Transocean believes the Proposed Sur-Reply is needed to address some points raised in that reply.  **Second**, the filing of the Complaints for Interpleader by various insurers and underwriters in this District changes the parties' focus and alignment in this litigation.  Initially, though BP was adamant that Transocean should do so, Transocean saw no need to sue its insurers; now, however, Transocean has been sued by its insurers.  The Proposed Sur-Reply addresses the effects of the interpleader on the litigation generally and on BP's motion in particular.  **Finally**, BP has already made claims against the

policies that far exceed the policies' limits.  The coverage issue is of obvious importance not only to Transocean, but also to BP, because it directly impacts Transocean's ability to pursue and fulfill settlements of the injury and death claims.

For these reasons, Transocean asks the Court's leave to file the attached Sur-Reply.

Respectfully submitted,


By:____/s/ Steven L. Roberts_____
Steven L. Roberts (Texas, No. 17019300)
Rachel Giesber Clingman (Texas, No. 00784125)
Kent C. Sullivan (Texas, No. 19487300)
Teri L. Donaldson (Florida, No. 784310)
Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 470-6100
Facsimile: (713) 654-1301
Email: steven.roberts@sutherland.com,
rachel.clingman@sutherland.com,
kent.sullivan@sutherland.com,
teri.donaldson@sutherland.com

By:____/s/ Kerry J. Miller_____
Kerry J. Miller (Louisiana, No. 24562)
Frilot, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8169
Facsimile: (504) 599-8154
Email: kmiller@frilot.com
-and-

By:____/s/ Edwin G. Preis, Jr._____
Edwin G. Preis, Jr. (Louisiana, No. 10703)
Edward F. Kohnke, IV (Louisiana, No. 07824)
Preis & Roy PLC
102 Versailles Boulevard, Suite 400
Lafayette, Louisiana 70501
Telephone: (337) 237-6062
Facsimile: (337) 237-9129

-and-

601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129
Email: egp@preisroy.com, efk@preisroy.com

Of Counsel:

John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

Daniel O. Goforth (Texas, No. 08064000)
Goforth Geren Easterling LLP
4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 054933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com, allen.katz@mto.com

*Counsel for Triton Asset Leasing GmbH.,
Transocean Holdings LLC, Transocean
Offshore Deepwater Drilling Inc. and
Transocean Deepwater Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been electronically filed through the Court's CM/ECF system and/or LexisNexis File & Serve, in accordance with Pretrial Order No. 12, which will send a notice of electronic filing to all counsel of record on this 28th day of June, 2011.

/s/  Kerry J. Miller

3