UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *10-cv-2771* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

[Regarding Transocean's Motion to Examine and to Compel
Production of Medical Records (Rec. doc. 3045)]

On June 24, 2011, the petitioner in Limitation and defendant, Transocean Offshore Deepwater Drilling, Inc. ("Transocean"), filed a motion for an order requiring Michael Burrell, Stephen Davis, Dennis Martinez, Patrick Morgan, Eugene Moss, Samuel Pigg, and Michael Sandell (collectively "Claimants") to submit to physical and mental examinations and to produce all medical records in advance of these examinations. Rec. doc. 3045. The first examination is scheduled for Michael Burrell on July 7, 2011 at 1:30 with Dr. Likover. Transocean's motion was noticed for July 13, 2011.

IT IS ORDERED that: (1) Transocean's motion to examine and to compel production of medical records (Rec. doc. 3045) is set for hearing (**no oral argument**) on **Friday, July 1, 2011**, on briefs; (2) the Claimants shall submit their opposition to the motion to examine and compel by **12:00 noon on Friday, July 1, 2011**.

New Orleans, Louisiana, this 29 day of June, 2011.

                                                          **Sally Shushan**
                                        **United States Magistrate Judge**