## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig        MDL NO. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010        SECTION J

Applies to: *All Cases*             JUDGE BARBIER
                              MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Regarding Second Revised Allocation of Examination Time
for Remaining Phase One Fact Witness Depositions]**

On June 16, 2011, an order with a revised allocation of examination of time for the remaining Phase One fact witness depositions was issued. Rec. doc. 2775. Anadarko and Transocean submitted an alternative revised allocation with three elements: (1) restrict the two defendants, MOEX and Weatherford, with settlements with BP to ten minutes each; (2) treat Anadarko, BP, Cameron, Halliburton and Transocean equally, except when one of them is the employer or the responsible party for a deponent; and (3) reduce the time for the responsible party.[1]

BP responds that: (1) the defendants should not be treated equally; (2) it is the target defendant so it should have more time; and (3) the fact that a party does not use all of its examination time in one or more depositions should not be used as an argument for reducing its time. MOEX contends that its time should be maintained as found in the June 16, 2011 order.

The allocation provided herein is the default allocation for the remaining Phase One fact depositions beginning on July 5, 2011. Times may be adjusted on a witness by witness basis for good cause shown. It does not apply to Phase One expert depositions or to fact and expert depositions for Phase Two.

---

[1] Halliburton agrees with the proposal.

Ten minutes each for MOEX and Weatherford is not sufficient.  Anadarko will not be treated equally with Halliburton, Transocean, BP and Cameron.  The time will not be reduced for the employer or responsible party.  BP's request for a further increase in its examination has been accommodated.

## **Two Day Deposition**

|  | June 16 Order | Anadarko Proposal | Revised |
|---|---|---|---|
| Plaintiffs | 290 minutes | 290 minutes | 290 minutes |
| United States | 110 minutes | 110 minutes | 110 minutes |
| States | 110 minutes | 110 minutes | 90 minutes |
| Halliburton | 70 minutes | 80 minutes | 75 minutes |
| Transocean | 70 minutes | 80 minutes | 75 minutes |
| BP | 70 minutes | 35 minutes | 95 minutes |
| Cameron | 70 minutes | 80 minutes | 75 minutes |
| Anadarko | 45 minutes | 80 minutes | 45 minutes |
| MOEX | 20 minutes | 10 minutes | 15 minutes |
| Weatherford | 30 minutes | 10 minutes | 15 minutes |
| M-I Swaco | 15 minutes | 15 minutes | 15 minutes |
| Drill Quip | 0 minutes | 0 minutes | 0 minutes |
|  | _____ | _____ | _____ |
|  | 900 minutes | 900 minutes | 900 minutes |

**One Day Deposition**

|  | June 16 Order | Revised |
|---|---|---|
| Plaintiffs | 145 minutes | 145 minutes |
| United States | 55 minutes | 55 minutes |
| States | 55 minutes | 45 minutes |
| Halliburton | 35 minutes | 37 minutes |
| Transocean | 35 minutes | 37 minutes |
| BP | 35 minutes | 48 minutes |
| Cameron | 35 minutes | 37 minutes |
| Anadarko | 22 minutes | 22 minutes |
| MOEX | 10 minutes | 8 minutes |
| Weatherford | 15 minutes | 8 minutes |
| M-I Swaco | 8 minutes | 8 minutes |
| Drill Quip | 0 minutes | 0 minutes |
|  | 450 minutes | 450 minutes |

Any appeal of this order must be filed by no later than noon on Thursday, June 30, 2011

New Orleans, Louisiana, this 28 day of June, 2011.

**Sally Shushan**
**United States Magistrate Judge**