# HORTMAN HARLOW BASSI ROBINSON & McDANIEL, PLLC
## ATTORNEYS AT LAW
414 WEST OAK STREET
P.O. BOX 1409
LAUREL, MISSISSIPPI 39440-1409

June 28, 2011

NORMAN GENE HORTMAN, JR.
EUGENE M. HARLOW
DEIDRA J. BASSI
BRETT W. ROBINSON
CHRISTOPHER B. McDANIEL**
APRIL C. LADNER*
ROY A. NOWELL, JR.

*ALSO ADMITTED IN ALABAMA
**ALSO ADMITTED IN TEXAS

WILLIAM S. MULLINS, III - OF COUNSEL

MAILING ADDRESS:
POST OFFICE DRAWER 1409
LAUREL, MISSISSIPPI 39441-1409

TEL (601) 649-8611
FAX (601) 649-6062

Honorable Sally Shushan
U.S. District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Re:   *MDL 2179 - Deepwater Horizon Litigation*

Dear Judge Shushan:

Pursuant to the Order dated June 22, 2011, Wyman Wheeler, will invoke the Fifth Amendment during his deposition July 7th and 8th.

Sincerely yours,

Brett W. Robinson

BWR:jcf
cc:   Ryan Babiuch, Esq. (rbabiuch@kirkland.com)