# THE BUZBEE LAW FIRM

*www.txattorneys.com*

**Reply to:** Houston Office

June 28, 2011

J. Andrew Langan
Kirkland & Ellis, L.L.P.
300 North LaSalle Street
Chicago, Illinois 60654

Mr. Langan:

    Last night I received the Order you forwarded to me and thank you for it. I have visited with my clients Patrick Morgan, Christopher Haire, and Micah Sandell. I have also made available to them an attorney who practices criminal law. As you may know, all of these men spoke to the FBI about the incident and all gave limited statements at the Coast Guard hearings. And, as you are aware, we have not been provided any documents from the litigation, despite our repeated requests. Based on the circumstances, and after much discussion, all three of these gentlemen intend to invoke their Fifth Amendment rights. As none have been subpoenaed, I query whether their presence at the depositions is even necessary. You might also want to know that all of these men have now settled their cases, and have either executed complete releases in favor of all parties, or are in the process of doing so.

    Finally, with regard to Mr. Lidner, be advised that I no longer represent him. He settled his case, and his claim in the Limitation has been dismissed with prejudice. I believe, to the extent necessary, he will be represented at his deposition by counsel provided by his former employer.

    Thanks for your attention to these matters. As always, I remain,

    Very Truly Yours,

*Tony Buzbee*

Anthony G. Buzbee

1910 Ice & Cold Storage Building
104 21st Street (Moody Ave.)
Galveston, Texas 77550
By Appointment Only

J.P. Morgan Chase Tower (Principal Office)
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

200 East Cano
Edinburg, Texas 78539
Telephone: (956) 381-4440
Facsimile: (956) 381-4445
By Appointment Only