U. S. DISTRICT COURT
Eastern District of Louisiana

FILED JUN 14 2011

LORETTA G. WHYTE
Clerk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA.

VELMA JEAN RICHARDS, Plaintiff,

v.

BRITISH PETROLEUM-BP, et al.,

CAMERON INTERNATIONAL, et al.,

HALLIBURTON, et al.,

GULF COAST CLAIMS FACILITY, et al.,

TRANSOCEAN, et al., Defendants.

Notice of Motion

Civil Action No.

11- 1096, J (1)

June 10, 2011.

CLAIMS THEFT OF INTELLECTUAL

PROPERTY.

NATURE OF SUIT-

COPYRIGHT#1603581571.

Patent Pending#61408961.

INDIVIDUAL WITH DISABILITIES

TENDERED FOR FILING

JUN 14 2011

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee_____
___ Process_____
_X_ Dktd_____
_X_ CtRmDep_____
___ Doc. No._____

Page 1 of 6

EDUCATION ACT(IDEA)

NOTICE OF MOTION:

Motion to strike order,

Recommendation to consolidate

plaintiff claim, in Multi- District

litigation#10 - 2179. Plaintiff request

only to Reference Multi- District

Litigation.

Comes now, Velma Jean Richards,

plaintiff in the above entitled case.

As a Private Attorney General and

Federal Witness to move this

honorable Court for an order striking

recommendation to consolidate

plaintiff claim with a Multi-

District Litigation and provide formal

notice to all interested party(s) of

the same.

Plaintiff never consented to any Magistrate.

Moreover, plaintiff did properly and sufficiently state numerous claims for cause of action.

Multi District Litigation wasn't requested in plaintiff claim.

Plaintiff is not a fictitious or juristic entity.

Plaintiff is a native born American citizen.

Quem ad sese effrenata iactabit audacia.

None of Defendants' pleadings is now properly before this Court.

Motions and other pleadings that are filed without authority are a trespass

on the case, and should be stricken in order to restore integrity to the official Clerk's record and to eliminate any hint of fraud existing or lurking, in that record.

For example, when an unlicensed corporate president attempted to represent a corporation, the ninth circuit held that entry of default judgment was appropriate. See U. S. v. High Country Broadcasting Co., 3F. 3d 1244 (9th Cir. 1993).

The Supreme Court has ruled that waivers of Fundamental Rights will never be presumed. Ohio Bell v. Public Utilities Commission, 301 U. S. 292 (1937). Waivers of fundamental Rights must be a knowingly

Infringer engages in activity listed in

17 U.S.C. 106.

Wherefore, I respectfully request that

the court grant the within motion.

Thank you,

*Velma Jean Richards*

"Copyright" 2011- VELMA JEAN

RICHARDS

305 WEST 72nd. STREET

APT. 11C

845- 337- 9254

NEW YORK, NY. 10023

VELMA JEAN RICHARDS, Plaintiff,

    v.

BRITISH PETROLEUM-BP, et al.,

CAMERON INTERNATIONAL, et al.,

HALLIBURTON, et al.,

GULF COAST CLAIMS FACILITY, et al.,

TRANSOCEAN, et al., Defendants.

Notice of Motion Submission
Civil Action No. 11- 1096, J (1)

June 23, 2011.

CLAIMS THEFT OF INTELLECTUAL PROPERTY.

NATURE OF SUIT-

COPYRIGHT#1603581571.

Patent Pending#61408961.

INDIVIDUAL WITH DISABILITIES EDUCATION ACT(IDEA)

NOTICE OF MOTION SUBMISSION:

Re: The June 10, 2011, Motion

TENDERED FOR FILING

JUN 27 2011

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Page 1 of 3

to strike order, Recommendation to consolidate plaintiff claim, in Multi-District Litigation#10-2179. Plaintiff request Motion Submission, to set Oral Arguments Date for July 20, 2011 before J - Judge Carl J. Barbier. @ 9:30

Plaintiff further ask the court, that some proceeding to be held as appearances: by telephone for Plaintiff. In re: status of service, emergency motions, corrections, set deadlines, amend claim, case management, et cetera and before J - Judge Carl J. Barbier.

Also on Motion Submission, to set Oral Arguments Date, July 20, 2011.

Certificate by plaintiff, that copies have been served on all counsel of

record, thru United States Marshals Service.

Wherefore, I respectfully request that the court grant the within motion.

Thank you,

*Velma Jean Richards*

"Copyright" 2011- VELMA JEAN

RICHARDS, Litigant

305 WEST 72nd. STREET

APT. 11C

845- 337- 9254

NEW YORK, NY. 10023.



7010 3090 0002 8406 3180

To: U.S. District Court Eastern
District of Louisiana
500 Poydras Street
New Orleans, LA 70130
Pro Se Pour C151

From: Velma Jean Richards
305 W 72nd Street Apt 11C
New York NJ
10023



ReadyPost.