IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
IN RE: Oil Spill by "Deepwater Horizon" MDL No. 2179

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 JUN 27 AM 9:15

LORETTA G. WHYTE
CLERK

**LANCE J. ROBINSON**
**Plaintiff**

CIVIL ACTION NO. MDL 2179

SECTION "J"

*Case 10-8888*
*Doc# 75984, 75986*

JUDGE CARL BARBIER

## MOTION TO DISMISS

**NOW INTO COURT,** comes Lance J. Robinson, who files this *Motion to Dismiss*. Lance J. Robinson has settled his individual and business claims in BP Claimant Identification No. 3444913. Accordingly, Lance J. Robinson requests that an Order be issued dismissing his claims (please see attached) in *Complaint and Petition of Triton Asset leasing GmbH, et al, No.* 2771, and MDL No. 2179 with prejudice.

Respectfully submitted this 27 day of June, 2011.

_____
Lance J. Robinson- Bar No. 24629
2901 Chelsea Dr.
New Orleans, LA 70131
Attorney/Plaintiff

___ Fee _____
___ Process _____
_x_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____