IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
IN RE: Oil Spill by "Deepwater Horizon" MDL No. 2179

**LANCE J. ROBINSON**
**Plaintiff**

CIVIL ACTION NO. MDL 2179

SECTION "J"

JUDGE CARL BARBIER

Case 10-8888
Docs# 75984 : 75986

## ORDER GRANTING MOTION TO DISMISS

Considering the above and foregoing *Motion to Dismiss*;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED,** that the claims filed by Lance J. Robinson in *Complaint and Petition of Triton Asset leasing GmbH, et al, No.* 2771, and MDL No. 2179 are dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
JUDGE