UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010, | * * * * * * | MDL NO. 2179 |
| **This Document Relates To*:* | * * | **JUDGE BARBIER** **MAG. JUDGE SHUSHAN** |
| *Delacroix Corporation v. BP Products North America Inc. et al* 11-cv-1317 | * * * * * | |

## ORDER

Considering the reasons set forth in the Motion to Remand and the supporting information in the accompanying Memorandum in Support of the Motion to Remand submitted by the DEFENDANT, the STATE OF LOUISIANA, on behalf of the LOUISIANA DEPARTMENT OF NATURAL RESOURCES, the GOVERNOR'S OFFICE OF COASTAL ACTIVITIES, and the OFFICE OF COASTAL PROTECTION AND RESTORATION (collectively, "the STATE"):

2

**IT IS HEREBY ORDERED, ADUJDGED, and DECREED** that the STATE'S Motion to Remand be and is hereby GRANTED.

Dated this \_\_\_\_ day of _____, 2011.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA