UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | * | |
| IN RE:  OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" | * | |
| in the GULF OF MEXICO, | * | |
| on APRIL 20, 2010, | * | |
| | * | |
| | * | |
| | * | JUDGE BARBIER |
| This Document Relates To: | * | |
| | * | MAG. JUDGE SHUSHAN |
| Delacroix Corporation v. BP Products | * | |
| North America Inc. et al | * | |
| 11-cv-1317 | * | |
| | * | |
| | * | |

NOTICE OF HEARING

PLEASE TAKE NOTICE, that the undersigned will bring the attached Motion for

Remand for hearing before the Honorable Carl J. Barbier, on the 20th day of July, 2011 at 9:30,

or as soon thereafter as counsel can be heard.

Dated this 29th day of June 2011.

Respectfully Submitted,

JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

BY:    /s/ Megan K. Terrell

**Megan K. Terrell (La.  #28991)**
**Whitney Higginbotham Greene (La.  #32482)**
**David A. Peterson (La. # 22591**)
Assistant Attorneys General
Louisiana Department of Justice
Post Office Box 94005
Baton Rouge, Louisiana 70804-9005
TEL: (225) 326-6085
FAX: (225) 326-6099

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum In Support of the State of

Louisiana's Motion to Remand has been served on All Counsel by electronically uploading the

same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and the foregoing

was electronically filed with the Clerk of Court of the United States District Court for the Eastern

District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing

in accordance with the procedures established in MDL 2179, on this 29th day of June, 2011.

/s/ Megan K. Terrell
Megan K. Terrell (#29443)

terrellm@ag.state.la.us