# BINGHAM

Warren Anthony Fitch
Direct Phone: 202.373.6695
Direct Fax:     202.373.6001
tony.fitch@bingham.com

June 27, 2011

**Via E-mail**

The Honorable Sally Shushan
United States Magistrate Judge
United States District Court for the
   Eastern District of Louisiana
500 Poydras Street, Room B345
New Orleans, LA 70130

RE:   MDL 2179 -- Anadarko's Request for Deposition of Dr. Robert Beirute

Dear Judge Shushan:

We write in response to BP's opposition to Anadarko's request to depose Dr. Robert Beirute and to issue a subpoena *duces tecum* to Dr. Beirute and his company, Robert M. Beirute Consulting, LLC. We have only recently learned of the significance of Dr. Beirute's role both in the development of BP's cementing practices and in giving guidance to BP with respect to the Macondo drilling plan. Notwithstanding BP's retention of Dr. Beirute as a litigation consulting expert and possibly as a testifying expert, Dr. Beirute is also an essential fact witness, and his deposition will likely provide far more than the "marginal incremental benefit" speculatively suggested by counsel for BP.

On Monday, June 20, 2011, Daryl Kellingray, BP's Global Cementing Specialist, stated in his deposition that Dr. Beirute was the only consultant utilized by BP Gulf of Mexico (BP GoM) between 2007 and 2009 and that Dr. Beirute is a "cementing specialist of global renown." *See* attached excerpts from June 20, 2011 deposition of Daryl Kellingray.

BP GoM retained Dr. Beirute in the Spring of 2009 to review BP's "cementing practices on [its]current wells and [to prepare] a Cementing Best Practices document." Beginning in the second week of April, 2009, Dr. Beirute was tasked with holding a "series of workshops for [BP GoM's] engineers to educate them on cementing basics and go over the issues he believes contributed to some of [BP GoM's] **recent cementing problems**." (emphasis added). The first workshop was to cover "Recommended Testing Protocol for BP GOM." See attached March 25, 2009 email from Charles Taylor, Drilling and Engineering TL, to Greg Walz, Well Site Leader, et al. BP-HZN-2179MDL00355741. Other workshop titles included:

Boston
Frankfurt
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Washington

Bingham McCutchen LLP
2020 K Street NW
Washington, DC
20006-1806

T +1.202.373.6000
F +1.202.373.6001
bingham.com

The Honorable Sally Shushan
New Orleans, LA
June 27, 2011
Page 2

1. "Factors Affecting the Success of Cement Plugs: How to Design Around Them" BP-HZN-2179MDL00787128;

2. "Making the Case for Foam Cement Systems: The Good, the Bad, and the Ugly" BP-HZN-BLY00172114 ;

3. "Virtual Cementing Lab Tour" BP-HZN-BLY00172346;

4. "Making the Case for Solids Laden Cement Systems: The Good, the Bad, and the Ugly" BP-HZN-BLY00176565;

5. "Cementing the Most Critical Operation" BP-HZN-BLY00177100; and,

6. "Drilling Fluid (Mud) Displacement: The Critical Process of Replacing the Mud in the Annulus With Good Quality Cement Slurry" BP-HZN-BLY00180710.

Several of these issues figure prominently in the parties' current discovery efforts and related analysis and will be one of central focuses of the forthcoming trial.

During the same period of time, Greg Walz also asked Dr. Beirute to review and revise BP's Cementing ETP 10-60. BP-HZN-2179 MDL 00365714. Dr. Beirute sent Taylor and Walz his comments and suggestions for revisions to the Cementing ETP and stated that "I found a few paragraphs that were not clear to me on their meaning." BP-HZN-179MDL00365712.

Also during the summer of 2009, BP consulted Dr. Beirute for input on the design of the Macondo project. On July 20, 2009, Brian Morel wrote an e-mail to Dr. Beirute asking for Beirute's review and recommendations for a slurry and for the best practice for cementing the long string for the Macondo. BP-HZN-2179MDL 00206902. Then on July 22, 2009, Morel asked that Dr.Beirute meet with him, Mr. Hafle and Mr. Gagliano of Halliburton. BP-HZN-2179 MDL 00206947.

Dr. Beirute's work for BP during 2009 was incorporated into "Gulf of Mexico SPU/Recommended Practice for Cement Design and Operations in DW GoM." See attached Cover and Index of Exhibit 790. As the Court can see from the Table of Contents, this document provides detailed instructions to BP engineers regarding the cementing process and the required testing protocol for cementing jobs in Gulf of Mexico deepwater.

In sum, Dr. Beirute's involvement with BP GoM predates any role he may now have for BP in an expert witness capacity. His recommendations to BP regarding cementing issues in the GoM generally and with respect to Macondo specifically make him a sigfnificant fact witness on the crucial cementing issue and the approach to those issues by BP, including the interplay on these issues between BP and Halliburton, which has, understandably, joined in the request for Dr. Beirute's deposition. Consequently, we

The Honorable Sally Shushan
New Orleans, LA
June 27, 2011
Page 3

respectfully ask that the Court grant our request for Dr. Beirute's deposition and authorize us to issue a subpoena *duces tecum* to him and his company.

Respectfully submitted,

*[signature]*

Warren Anthony Fitch
Deborah D. Kuchler

cc: Plaintiffs Liaison Counsel
    Defense Liaison Counsel
    Mike Underhill, Esq.
    Attorney General Luther Strange
    Cory Maze, Esq.