OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 JUN 24 PM 1:03

LORETTA G. WHYTE
CLERK

Date: 6/23/2011

LEONARD S. RILEY

vs.

BP, PLC, ET AL

Case No. 2:11-cv-948 Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) B.P. America, Inc., through C.T. Corporation System
   (address) 5615 Corporate Blvd., Ste. 400B, Baton Rouge, LA 70808
2. (name) B.P. Products North America, Inc., through The Prentice-Hall Corporation System, Inc.
   (address) 320 Somerulos St., Baton Rouge, LA 70802-6129
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for  LEONARD S. RILEY

Address   KEVIN C. SCHOENBERGER
          SUITE 3770 ONE SHELL SQUARE
          701 POYDRAS STREET    Fee ____
          NEW ORLEANS, LA 70139 Process ____
          525-1143              X Dkt ____
                                  CtRmDep ____
                                  Doc. No. ____