UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO.: 2179 |
| | SECTION:  J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER |
| Case No.: 2:10-cv-08888; 2:10-cv-02771 | MAG. JUDGE SHUSHAN |

**ORDER**

Considering the above and foregoing Motion of Dismissal with Prejudice,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all matters in this controversy filed by Plaintiff, Arthur W. Johnson, Jr., [Rec. Doc. 61030] against any party including but not limited to all British Petroleum entities, all Trans Ocean entities, Triton Asset Leasing GMBH, Halliburton Energy Services, Inc., Cameron International Corporation, and all other Defendants in this controversy, be and hereby dismissed in their entirety with full prejudice, each party to bear their own costs.

New Orleans, Louisiana this 27th day of June, 2011.

_____
United States District Judge