UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010. | § § § § § | MDL No. 2179 SECTION "J" |
| | § | JUDGE BARBIER |
| This Document Relates to: | § § | MAGISTRATE SHUSHAN |
| 10-4239 10-4240 10-4241 | § § § | |

## ORDER

On this day came to be considered Plaintiffs' Ex Parte (Unopposed) Motion for Leave to File Sur-Reply in Opposition to Reply in Support of Motion of Defendant Anadarko Petroleum Corporation to Dismiss the Complaints of the Mexican States (Pleading Bundle "C"), and good cause being shown,

IT IS ORDERED, that the requested leave to file the Sur-Reply in Opposition to Reply in Support of Motion of Defendant Anadarko Petroleum Corporation to Dismiss the Complaints of the Mexican States (Pleading Bundle "C") is hereby GRANTED.

New Orleans, Louisiana this the __28th__ the day of _____June_____, 2011

_____
United States District Judge

1