UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) | MDL. NO. 2179 |
| This Document relates to: | ) ) ) | SECTION: J |
| 2:10-CA-10-8888 | ) ) | JUDGE BARBIER MAG. JUDGE SHUSHAN |

# ORDER

Considering the Motion of the Claimants / Plaintiffs to Dismiss with Prejudice Pursuant to *Rule 41(a)(2)*:

**IT IS HEREBY ORDERED** that all claims of the following Claimants / Plaintiffs are dismissed with Prejudice.

| | Document No. | Cause No. | Plaintiff/Claimant |
|---|---|---|---|
| 1. | 52764 | CA-10-8888 | Ronald & Lisa Powell |
| 2. | 48712 | CA-10-8888 | Dennis E. Variali |
| 3. | 49556 | CA-10-8888 | Royal Palms Condominium Association, Inc. |
| 4. | 51341 | CA-10-8888 | Dragan & Alma Bubalo |
| 5. | 48704 | CA-10-8888 | Kimberly & Vickie Wall |
| 6. | 53101 | CA-10-8888 | Richard & Elaine Attanasio |
| 7. | 49667 | CA-10-8888 | Harold & Kellie Wright |
| 8. | 53146 | CA-10-8888 | Ronald & Courtney Oldani & Hermann & Holly Schlortt |
| 9. | 54617 | CA-10-8888 | Richard & Ann Brown |
| 10. | 48467 | CA-10-8888 | Kurtis W. Allen |

2

| | | | |
|---|---|---|---|
| 11. | 60100 | CA-10-8888 | Thorpe Properties, LLC |

New Orleans, Louisiana this 28th day of June, 2011.

_____
United States District Judge