UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| | JUDGE BARBIER |
| This Document applies to 11-cv-274 c/w 11-cv-275 | MAGISTRATE SHUSHAN |

## ORDER

Having considered the Motion for Leave to File Its Sur-Reply to BP's Motion to Dismiss Transocean's Complaint in Intervention and the supporting memorandum filed by Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc. and Triton Asset Leasing GmbH (collectively "Transocean") and, being satisfied of good cause shown, it is hereby

**ORDERED that the requested leave is GRANTED.**

New Orleans, Louisiana, this __29th__ day of June, 2011.

_____
United States District Judge