UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | CIVIL ACTION |
| | MDL 2179 |
| Member Cases: 11-823 and 11-996 | SECTION: J(2) |

## ORDER

Because the Court finds that the facts underlying the Complaints in these two cases are sufficiently unrelated to the MDL proceedings, and in light of the fact that the parties in these two cases have consented to proceed before Magistrate Judge Wilkinson,

**IT IS ORDERED** that these two member cases, <u>Southeast Recovery Group, L.L.C. v. BP America, Inc.</u> (11-823), and <u>Mones v. BP America, Inc. et al.</u> (11-996), are hereby **SEVERED** from MDL 2179.

New Orleans, Louisiana this 27th day of June, 2011.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE