UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | CIVIL ACTION |
| | MDL 2179 |
| Member Case: 11-1398 | SECTION: J(2) |

### ORDER

Because this case has been consolidated into MDL 2179, and because the individual cases have been stayed by the Pretrial Orders in MDL 2179,

**IT IS ORDERED** that Defendant's **Motion for Leave (Rec. Doc. 5 in 11-1398)** is hereby **DENIED AS MOOT**.

New Orleans, Louisiana this 30th day of June, 2011.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE