OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: _6-1-11_

_Guy Adams, et al_

vs.

_The State of Louisiana, et al_

Case No. _11-1051_  Section _____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended
complaint) ( ___ amended complaint) (third party complaint)
(other : _____ ) to the following:

_Mitsui Oil Exploration Company, Ltd._
1.  (name) _Through the Louisiana Long-Arm Statute_
    (address) _9 Greenway Plaza, Suite 1220, Houston, TX 77046_
2.  (name) _Moex Offshore 2007, LLC Through the Louisiana Long-Arm Statute_
    (address) _9 Greenway Plaza, Suite 1220, Houston, TX 77046_
3.  (name) _Pinlton Corporation Through the Louisiana Long-Arm Statute_
    (address) _700 Gotham Parkway, Carlstadt, NJ 07072_
4.  (name) _JMN Specialties, Inc Through their Agent for Service_
    (address) _1100 Victory Dr. W, Westwego, LA 70094_

5. The State of Louisiana
Through the Secretary
Scott A. Angelle
La Dept. of Natural
Resources
617 N. 3rd Street
Baton Rouge, LA
70802

Very truly yours,

_____
"Signature"

Attorney for  PLAINTIFFS
                FRANK J. D'AMICO, JR., APLC
Address  4731 CANAL ST.
            NEW ORLEANS, LA 70119