OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: _6-1-11_

_Guy Adams, et al_

vs.

_The State of Louisiana, et al_

Case No. _11-1051_ Section ___

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) _Transocean, Ltd Through CT Corporation System_
   (address) _4 Greenway Plaza, Houston, TX 77046-0401_
2. (name) _Transocean Offshore Deepwater Drilling, Inc. Through the Louisiana Long-Arm Statute_
   (address) _4 Greenway Plaza, Houston, TX 77046-0401_
3. (name) _Transocean Deepwater Inc. Through the Louisiana Long Arm Statute_
   (address) _4 Greenway Plaza, Houston, TX 77046-0401_
4. (name) _Transocean Holdings, LLC Through the Louisiana Long Arm Statute_
   (address) _4 Greenway Plaza, Houston, TX 77046-0401_

Very truly yours,

_[signature]_
"Signature"

Attorney for _Plaintiffs_
           _Frank J. D'Amico, Jr., APLC_
Address  _4731 Canal St._
         _New Orleans, LA 70119_