OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 6-1-2011

Guy Adams, et al

vs.

The State of Louisiana, et al

Case No. 11-1051 Section ___

Dear Sir:

Please ((issue)) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____) to the following:

1. (name) BP Exploration + Production, Inc. Through CT Corporation System
   (address) 5615 Corporate Blvd., 400B, Baton Rouge, LA 70808
2. (name) BP Products North America Through the Prentice-Hall Corporation System, Inc.
   (address) 320 Somerulus St., Baton Rouge, LA 70802-6129
3. (name) BP PLC Through the Louisiana Long Arm Statute
   (address) 1 St. James's Square, London SW1Y 4PD
4. (name) BP America, Inc. Through CT Corporation System
   (address) 5615 Corporate Blvd., 400B, Baton Rouge, LA 70808

Very truly yours,
"Signature"

Attorney for PLAINTIFFS
           FRANK J. D'AMICO, JR. APLC
Address    4731 CANAL ST.
           NEW ORLEANS, LA 70119