UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG    * | |
| "DEEP WATER HORIZON" IN THE GULF  * | MDL NO. 2179 |
| OF MEXICO, ON APRIL 20, 2011           * | |
| * | SECTION: J |
| THIS DOCUMENT RELATED TO:           * | |
| 2011-cv-1195                                        * | JUDGE BARBIER |
| * | MAG. JUDGE SHUSHAN |

**********************************************

**PLAINTIFFS' MOTION FOR LEAVE OF COURT**
**TO FILE SECOND SUPPLEMENTAL and AMENDING COUNTERCLAIM**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Dudley Foussell, Casey Billiot, Mary Ann Billiot, Gary Dardar, Jerry Dardar, Kirk Dardar, Lanny Dardar, Dale Simoneaux, David Verdin, Clifton Hendon, Sterling Billiot, Ryan Broussard, Tony Sevin, Maggie Ratley, Theo Chaisson, Jeff Verdin, Jose Hernandez, Adam Guidry, Anthony Dardar, Lynn Trahan, Sr., Delphine Verdin, Annalee Hernandez, Agnes Hernandez Guidry, Cleveland Verdin, Michelle Naquin, Carl Verdin, Dale Levron, Donald Dardar, Sr., Timothy Dardar, Seth Naquin, Gerard Verdin, Hilton Chaisson, Gilbert Dardar, Gayle Dardar, Walton Dardar, and Michael Soudelier (collectively and/or individually "Plaintiffs"), who hereby request Leave of Court to file their Second Supplemental and Amending Complaint ("2nd SAC"), for the reasons more particularly outlined in the attached Memorandum in Support.

The requested amendment is solely to add additional individual plaintiffs who wish to join this litigation. No defendants have made an appearance, answered, or otherwise responded to Plaintiffs' Complaint and First Supplemental and Amending Complaint, although the undersigned has been notified the Ms. Estelle Mahoney, Esquire will be representing defendant Lawson Environmental Services, LLC. Ms. Mahoney has been notified, via email of even date,

1

of Plaintiffs' desire to file the 2nd SAC, but she has not yet been able to provide a repsonse regarding her client's position.

WHEREFORE, Plaintiffs pray that they be granted Leave of Court to file their 2nd SAC.

RESPECTFULLY SUBMITTED,

_____/s/ John O. Pieksen, Jr._____
JOHN O. PIEKSEN, JR. (#21023)
**JOHN PIEKSEN & ASSOCIATES, LLC**
**829 BARONNE ST., NEW ORLEANS, LA 70113**
**Wk: (504) 581-9322; Fax: (504) 324-4844**
jpieksen@cox.net
**Attorney for All Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs' Motion for Leave Of Court to File their Second Supplemental and Amending Complaint has been served upon All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 30th day of June, 2011.

_____s/ John O. Pieksen, Jr._____