UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG * | |
| "DEEP WATER HORIZON" IN THE GULF * | MDL NO. 2179 |
| OF MEXICO, ON APRIL 20, 2011 * | |
| * | SECTION: J |
| THIS DOCUMENT RELATED TO: * | |
| 2011-cv-1195 * | JUDGE BARBIER |
| * | MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF SUBMISSION**

**PLEASE TAKE NOTICE** that Plaintiffs, through undersigned counsel, have submitted the attached Motion For Leave To File Second Amended and Supplemental Complaint, to be brought for hearing before the Honorable Sally Shushan, United States Magistrate Judge, United States District Court, 500 Poydras Street, New Orleans, Louisiana, on the Court's next regular civil hearing date of July 20, 2011 at 9:00 o'clock, a.m.

RESPECTFULLY SUBMITTED,

_____/s/ John O. Pieksen, Jr._____
JOHN O. PIEKSEN, JR. (#21023)
**JOHN PIEKSEN & ASSOCIATES, LLC**
**829 BARONNE ST., NEW ORLEANS, LA 70113**
**Wk: (504) 581-9322; Fax: (504) 324-4844**
jpieksen@cox.net
**Attorney for All Plaintiffs**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Submisison has been served upon All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 30th day of June, 2011.

_____s/ John O. Pieksen, Jr._____