UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | |
| "DEEP WATER HORIZON" IN THE GULF | * | MDL NO. 2179 |
| OF MEXICO, ON APRIL 20, 2011 | * | |
| | * | SECTION: J |
| THIS DOCUMENT RELATED TO: | * | |
| 2011-cv-1195 | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

**********************************************

## ORDER

**CONSIDERING THE FOREGOING** Plaintiffs' Motion for Leave of Court to File Second Supplemental and Amending Complaint ("Motion"):

**IT IS ORDERED** that Plaintiffs' Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court is direCted to **ACCEPT** Plaintiffs' Second Supplemental and Amending Complaint and **FILE** same into the record.

_____
**UNITED STATES DISTRICT JUDGE CARL BARBIER**

1