# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | |
| "DEEP WATER HORIZON" IN THE GULF | * | MDL NO. 2179 |
| OF MEXICO, ON APRIL 20, 2011 | * | |
| | * | SECTION: J |
| THIS DOCUMENT RELATED TO: | * | |
| 2011-cv-1195 | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

**********************************************

## PLAINTIFFS' SECOND SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Dudley Foussell, Casey Billiot, Mary Ann Billiot, Gary Dardar, Jerry Dardar, Kirk Dardar, Lanny Dardar, Dale Simoneaux, David Verdin, Clifton Hendon, Sterling Billiot, Ryan Broussard, Tony Sevin, Maggie Ratley, Theo Chaisson, Jeff Verdin, Jose Hernandez, Adam Guidry, Anthony Dardar, Lynn Trahan, Sr., Delphine Verdin, Annalee Hernandez, Agnes Hernandez Guidry, Cleveland Verdin, Michelle Naquin, Carl Verdin, Dale Levron, Donald Dardar, Sr., Timothy Dardar, Seth Naquin, Gerard Verdin, Hilton Chaisson, Gilbert Dardar, Gayle Dardar, Walton Dardar, and Michael Soudelier (collectively and/or individually "Plaintiffs"), who file this Second Supplemental and Amending Complaint against Lawson Environmental Services, LLC ("Lawson"), DRC Emergency Services, LLC ("DRC"), BP America Production Company ("BPA"), and BP Exploration and Production, Inc. ("BPE") (collectively and/or individually "defendants"), as follows:

### I.

All averments, allegations and representations made in Plaintiffs' Initial Complaint and First Supplemental and Amending Complaint are incorporated herein, as if fully plead, *in*

1

*extenso* and *in globo*.

## II.

Paragraph I of the initial Complaint is hereby supplemented and amended to add, as additional Plaintiffs, Kenneth Naquin, Anthony Naquin, Delvin Guidry, Clem Aucoin, Randy Hendon and Jerry Hendon, all Louisiana citizens, domiciled in this judicial district, who at all times relevant hereto were commercial and/or recreational fishermen and boat owners.

## III.

All other named Plaintiffs remain as such.

RESPECTFULLY SUBMITTED,

_____/s/ John O. Pieksen, Jr._____
JOHN O. PIEKSEN, JR. (#21023)
**JOHN PIEKSEN & ASSOCIATES, LLC**
**829 BARONNE ST., NEW ORLEANS, LA 70113**
**Wk: (504) 581-9322; Fax: (504) 324-4844**
jpieksen@cox.net
**Attorney for All Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs' First Supplemental and Amending Complaint has been served upon All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 30th day of June, 2011.

_____s/ John O. Pieksen, Jr._____