# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 <br><br> SECTION "J" (1) <br><br> JUDGE BARBIER |
| APPLIES TO:  11-274 c/w 11-275 | MAGISTRATE SHUSHAN |

## ORDER

Considering BP Parties' Motion For Leave To File Response To Transocean's Sur-Reply To BP's Motion To Dismiss Transocean's Complaint In Intervention,

IT IS ORDERED that the BP Parties' Motion for Leave To File Response is hereby granted.

New Orleans, Louisiana, this ____ day of July, 2011.

_____
Carl J. Barbier
United States District Judge