UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL NO. 2179 |
|     "DEEPWATER HORIZON" in the | § | |
|     GULF OF MEXICO, on | § | SECTION: J |
|     APRIL 20, 2010 | § | |
| | § | |
| | § | JUDGE BARBIER |
| This Document Relates to: 10-cv-271 | § | MAG. JUDGE SHUSHAN |

**MICHAEL BURRELL, STEPHEN DAVIS, DENNIS MARTINEZ, PATRICK MORGAN, EUGENE MOSS, SAMUEL PIGG, AND MICHAEL SANDELL'S OPPOSITION TO TRANSOCEAN'S MOTION TO EXAMINE AND TO COMPEL PRODUCTION OF MEDICAL RECORDS (Rec. doc. 3045)]**

On June 24, 2011, the petitioner in Limitation and Defendant, Transocean Offshore Deepwater Drilling, Inc. ("Transocean"), filed a motion seeking an order from this Honroable Court requiring Michael Burrell, Stephen Davis, Dennis Martinez, Patrick Morgan, Eugene Moss, Samuel Pigg, and Michael Sandell to submit to physical and mental examinations, and to produce all medical records in advance of these examinations. (Rec. doc. 3045). The first examination is scheduled for July 7, 2011 at 1:30 with Dr. Larry Likover, of Houston, Texas.

Setting aside for a moment the rank bias of Dr. Likover (whose history will not be set forth herein, at this time), and setting aside for a moment the inconvenience of having all of the proposed IME's out of state, all of these cases have now been settled, and formal paperwork is being generated. Indeed, as soon as the releases are fully executed, which will release all parties to this litigation, a formal dismissal will be sought with the Court.

In light of the fact that these Claimants have resolved their claims, any need for medical examinations is now moot and serves no purpose. At best, being forced to submit to these medical exams is harassing and creates an unnecessary financial burden as none of these individuals live in the city where Dr. Likover practices.  Therefore, Michael Burrell, Stephen

Davis, Dennis Martinez, Patrick Morgan, Eugene Moss, Samuel Pigg, and Michael Sandell respectfully request that the Court deny Transocean's motion.

Respectfully submitted,

### THE BUZBEE LAW FIRM

By:    */S/ Anthony G. Buzbee*
Anthony G. Buzbee
State Bar No. 24001820
JPMorgan Chase Tower
600 Travis, Ste. 7300
Houston, Texas  77002
Telephone: 713-223-5393
Facsimile: 713-223-5909
www.txattorneys.com

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Michael Burrell, Stephen Davis, Dennis Martinez, Patrick Morgan, Eugene Moss, Samuel Pigg, And Michael Sandell's Opposition To Transocean's Motion To Examine And To Compel Production Of Medical Records has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of July, 2011.

    */S/ Anthony Buzbee*
Anthony Buzbee