UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL NO. 2179 |
|     "DEEPWATER HORIZON" in the | § | |
|     GULF OF MEXICO, on | § | SECTION: J |
|     APRIL 20, 2010 | § | |
| | § | |
| | § | JUDGE BARBIER |
| This Document Relates to: 10-cv-271 | § | MAG. JUDGE SHUSHAN |

## ORDER

On this came on to be considered Transocean's Motion to Examine and to Compel Production of Medical Records. The Court, having considered the motion and responses thereto, finds that Transocean's Motion to Examine and to Compel Production of Medical Records is without merit and that the relief sought by Defendant unwarranted. It is, therefore,

ORDERED that Transocean's Motion to Examine and to Compel Production of Medical Records Motion is DENIED.

SIGNED this ____ day of _____, 2011.

_____
HONORABLE JUDGE PRESIDING