UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * | MDL NO. 2179 |
| | * | SECTION J |
| | * | MAG. (1) |
| This Document Relates to: | * | |
| | * | JUDGE BARBIER |
| 11-274 and 11-275 | * | MAG. JUDGE SHUSHAN |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING MOEX OFFSHORE 2007 LLC'S MOTION TO JOIN IN AND ADOPT THE BP PARTIES' MOTION TO DISMISS THE TRANSOCEAN PARTIES' COMPLAINT IN INTERVENTION**

Considering MOEX Offshore 2007 LLC's Motion to Join in and Adopt the BP Parties' Motion to Dismiss the Transocean Parties' Complaint in Intervention, the Court finds that the motion has merit and is supported by law.

**IT IS HEREBY ORDERED** that MOEX Offshore 2007 LLC's Motion to Join in and Adopt the BP Parties' Motion to Dismiss the Transocean Parties' Complaint in Intervention is **GRANTED**.

New Orleans, Louisiana this 1st day of July, 2011.

_____
United States District Judge