IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
IN RE: Oil Spill by "Deepwater Horizon" MDL No. 2179

| | |
|---|---|
| **LANCE J. ROBINSON**<br>**Plaintiff** | CIVIL ACTION NO. MDL 2179 |
| 10-8888 Rec. Docs. 75984 and 75986 | SECTION "J" |
| | JUDGE CARL BARBIER |

## ORDER GRANTING MOTION TO DISMISS

Considering the above and foregoing *Motion to Dismiss*;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED,** that the claims filed by Lance J. Robinson in *Complaint and Petition of Triton Asset leasing GmbH, et al, No.* 2771, and MDL No. 2179 are dismissed with prejudice.

New Orleans, Louisiana, this  30th  day of  June , 2011.

_____
United States District Judge