UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL NO. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| 2:10-CV-02771 | : : | MAGISTRATE JUDGE SHUSHAN |

..................................................................................................................................

**CONSENT MOTION FOR LEAVE TO EXCEED
PAGE LIMIT FOR REPLY MEMORANDUM**

THE UNITED STATES OF AMERICA respectfully requests leave to exceed the page limit for the attached Reply Memorandum in Support of its Motion to Dismiss the Third-Party Complaint, Cross-Claim, and Rule 14(c) Tender of Petitioners Triton Asset Leasing GmbH, Transocean Holding LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. ("Transocean"). Transocean does not oppose this motion.

The Reply Memorandum exceeds the 10-page limit of Local Rule 7.7. The Reply is 16 pages, excluding signature pages, with a single one-page attachment. The length of the pleading is necessary so that the United States may fully address the legal issues raised by Transocean in its Opposition Memorandum, including the important issue of the

Court's threshold jurisdiction to hear Transocean's allegations. "The requirement that jurisdiction be established as a threshold matter springs from the nature and limits of the judicial power of the United States and is inflexible and without exception." *Steel Co. v. Citizens for a Better Environment*, 523 U.S. 83, 94-95 (1998) (internal quotes and citations omitted).

Accordingly, the United States respectfully seeks leave to exceed the page limit for the attached Reply Memorandum.

Dated:  July 1, 2011

Respectfully submitted,

| | |
|---|---|
| IGNACIA S. MORENO | TONY WEST |
| Assistant Attorney General | Assistant Attorney General |
| Environment & Natural Resources Division | Civil Division |
| | PETER F. FROST |
| JAMES NICOLL | Director, Torts Branch, Civil Division |
| Senior Counsel | Aviation & Admiralty Litigation |
| NANCY FLICKINGER | |
| Senior Attorney | STEPHEN G. FLYNN |
| SARAH HIMMELHOCH | Assistant Director |
| Senior Attorney | MICHELLE T. DELEMARRE |
| DEANNA CHANG | SHARON K. SHUTLER |
| SCOTT CERNICH | JILL DAHLMANN ROSA |
| A. NATHANIEL CHAKERES | JESSICA SULLIVAN |
| JUDY HARVEY | JESSICA L. MCCLELLAN |
| MATT LEOPOLD | MALINDA LAWRENCE |
| Trial Attorneys | DAVID J. PFEFFER |
| | Trial Attorneys |
| | U.S. Department of Justice |
| | Torts Branch, Civil Division |
| | PO Box 14271 |
| | Washington, DC 20044 |
| | (202) 616-4100 |
| | (202) 616-4002 fax |

/s/ Steven O'Rourke
STEVEN O'ROURKE
Senior Attorney
U.S. Department of Justice
Environmental Enforcement Section
PO Box 7611
Washington, DC 20044
(202) 514-2779
steve.o'rourke@usdoj.gov

/s/ R. Michael Underhill
R. MICHAEL UNDERHILL, T.A.
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
7-5395 Federal Bldg., Box 36028
450 Golden Gate Ave.
San Francisco, CA 94102-3463
(415) 436-6648
(415) 436-6632 fax
mike.underhill@usdoj.gov

JAMES LETTEN
United States Attorney

SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras St., Suite B-210
New Orleans, LA 70130

Attorneys for the UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of July, 2011.

/s/ Jill Dahlmann Rosa
U.S. Department of Justice