**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179  SECTION "J" (1)  JUDGE BARBIER |
| APPLIES TO:  11-274 c/w 11-275 | MAGISTRATE SHUSHAN |

### ORDER

Considering BP Parties' Motion For Leave To File Response To Transocean's Sur-Reply To BP's Motion To Dismiss Transocean's Complaint In Intervention,

IT IS ORDERED that the BP Parties' Motion for Leave To File Response is hereby granted.

New Orleans, Louisiana this 1st day of July, 2011.

_____
United States District Judge