UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                                MDL NO. 2179
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010                                   SECTION J

Applies to: *10-cv-2771*                                       JUDGE BARBIER
                                                               MAGISTRATE JUDGE SHUSHAN

## ORDER

[Regarding Transocean's Motion to Examine and to Compel
Production of Medical Records (Rec. doc. 3045)]

On June 24, 2011, the petitioner in Limitation and defendant, Transocean Offshore Deepwater Drilling, Inc. ("Transocean"), filed a motion for an order requiring Michael Burrell, Stephen Davis, Dennis Martinez, Patrick Morgan, Eugene Moss, Samuel Pigg, and Michael Sandell (collectively "Claimants") to submit to physical and mental examinations and to produce all medical records in advance of these examinations. Rec. doc. 3045. The Claimants respond that they settled their claims and a formal dismissal will be sought from the Court.

IT IS ORDERED that Transocean's motion to examine and to compel production of medical records (Rec. doc. 3045) is DISMISSED WITHOUT PREJUDICE to re-urge in the event that any of the Claimants are not formally dismissed.

New Orleans, Louisiana, this 1st day of July, 2011.

                                                  _____
                                                           Sally Shushan
                                                  United States Magistrate Judge