UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

[Regarding Revised Schedule for Phase One Expert Discovery]

On June 29, 2011, the PSC submitted a request for changes in the schedule for expert reports. of experts. The sequence of the preparation of reports was established in CMO 1 (Rec. doc. 569) and maintained in PTO 32 (Rec. doc. 1506). It will not be altered. The time for the reports and the depositions of experts will be modified to provide the PSC with some additional time for the preparation of its reports. These dates apply only to Phase One Experts.

| | |
|---|---|
| 08-26-2011 | Expert Reports served by Limitation action parties with burden of proof on negligence and unseaworthiness as well as by the United States and the States. |
| 09-23-2011 | Expert Reports from Vessel Owner/Petitioner in Limitation. |
| 10-17-2011 | All February 2012 Trial Defendants, 14(c) Defendants, and/or Third-Party Defendants to serve expert reports. |
| 11-07-2011 | Rebuttal Expert Reports for the February 2012 Trial. |
| 11-14-2011 | Begin depositions of Phase One Experts for February 27, 2012 trial. |
| 12-23-2011 | End depositions of Phase One Experts who will testify at February 27, 2012 trial. |

New Orleans, Louisiana, this 1 day of July, 2011.

Sally Shushan
United States Magistrate Judge