# CONFERENCE ATTENDANCE RECORD

**DATE:** 7/1/11                    **TIME:** 9:30

**CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.**

**DOCKET NUMBER & SECTION: MDL 2179**

**DISCOVERY STATUS     CONFERENCE**

☞ **PRINT LEGIBLY**

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Steve Herman | Plaintiffs |
| Tony Fitch | Anadarko |
| Alan York | Halliburton |
| Carolyn Raines | Halliburton |
| Andy Langan | BP |
| Don Haycraft | BP |
| Jim Roy | PSC |
| Kyle Moran | Underwriters |
| Bill Stradley | MDL 2185 Ind. Investors |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
| --- | --- |
| Phil Nizialek | MOEX |
| Ryan Babcock | BP |
| Beth Hughes | MI |
| Camelia Bertaut | Cameron |
| Anthony Irpino | PSC |
| Allan Kanner | Louisiana |
| Wayne Zeringue | Weatherford |
| Glen Goodier | Weatherford |
| Paul Sterbcow | PSC |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

BP Conference July 1, 2011

1. Corey Maze -State of  Alabama
2. George Crow- Lane Aviation
3. David Beck-Cameron
4. Jeremy Grabill-Clean up Responder Defs
5. Mark Cohen -DNV USA
6. Richard Gorman-DNV USA
7. Mike Underhill-Dept of Justice
8. Sarah Himmelhoc-US
9. Ken Mayeaux-Airborne Support
10. Alan Weigel-Marine Spill Response Corp.
11. Brett Robinson-Wyman Wheeler
12.