IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) ) ) ) | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br>*Case No. 2:10-cv-04536-CJB-SS* | ) ) ) | Judge Barbier<br>Mag. Judge Shushan |

### EX PARTE CONSENT MOTION TO EXTEND DEADLINE FOR PROPOSED INTERVENOR SIERRA CLUB'S OBJECTIONS TO MAGISTRATE'S ORDER OF JUNE 28, 2011

Sierra Club, Inc., proposed intervenor-plaintiff in *United States v. BP Exploration and Production Inc. et. al.*, case no. 2:10-cv-04536-CJB-SS, hereby files this unopposed motion to extend the deadline to file its objections to the Magistrate's Order of June 28, 2011 that denied Sierra Club's motion to intervene, from Friday, July 15, 2011 to Monday, July 25, 2011, and in support therefor shows as follows:

1)  The United States filed case no. 2:10-cv-04536 against Defendants BP *et. al.* asserting claims for civil penalties under Clean Water Act ("CWA") § 311(b)(7), 33 U.S.C. § 1321(b)(7); and for a declaratory judgment that Defendants are liable under Section 1002(a) of the Oil Pollution Act of 1990 ("OPA"), 33 U.S.C. § 2702(a), for the United States' recovery costs and damages. The United States' Prayer for Relief also seeks "injunctive relief as appropriate."

2)  Pursuant to Fed. R. Civ. P. 24, Sierra Club seeks to intervene as a plaintiff in the United States' action. On June 28, 2011 Magistrate Judge Shushan denied Sierra Club's motion. (Doc. 3065).

3) Under Fed. R. Civ. P. 72 and 28 U.S.C. §634(b)(1), Sierra Club has 14 days to file its objections to the Magistrate's Order with the District Court. Plus three days under Fed. R. Civ. P. 6(d), Sierra Club's objections are due July 15, 2011.

4) Sierra Club requests a 10 day extension to file its objections because during the period to file objections to the Magistrate's Order Sierra Club's lead counsel has briefs due on Sierra Club's Motion for Preliminary Injunction in *Sierra Club et. al. v. U.S. Army Corps of Engineers et. al.,* M.D. Fla. no. 3:10-cv-00564-HLA-JB, which is complex litigation against a phosphate mine. These matters, for which extensions cannot be obtained, include Sierra Club's reply brief in support of its motion for preliminary injunction, with associated expert witness declarations and evidence, its response to a question from the District Court on the evidence, and a response to intervenor-defendant's motion to strike Plaintiffs' expert declaration. In addition, the Sierra Club associate attorney with responsibility for the BP litigation is traveling overseas and is unavailable until after Sierra Club's objections are due since she will not return until July 18, 2011.  Thus under the current schedule Sierra Club would have insufficient time to fully prepare and file its objections, especially given the number and nature of the issues involved.

5) Sierra Club has contacted counsel for all parties in case no. 2:10-cv-04536-CJB-SS and no parties oppose this motion.

**WHEREFORE,** Sierra Club requests that it be granted an extension of time until Monday July, 25, 2011 to file its objections to the Magistrate's June 28, 2011 Order. A proposed order is attached.

)

)

)

2

Respectfully submitted,

s/ Eric E. Huber
Eric E. Huber
La. Bar No. 23790
Sierra Club
1650 38th St. Ste. 102W
Boulder, CO 80301
(303) 449-5595
(303) 449-6520 (fax)
eric.huber@sierraclub.org

s/ Devorah Ancel
Devorah Ancel
Ca. Bar No. 261038
Sierra Club
85 Second Street, 2nd Floor
San Francisco, CA 94105
tel (415) 977-5721
fax (415) 977-5793

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and the foregoing was also electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of July, 2011.

I HEREBY CERTIFY that the above and foregoing was served on Defendant QBE Underwriting Ltd., Lloyds Syndicate 1036 via first class U.S. Mail, postage prepaid, on this 5th day of July, 2011, to George Gilly and Marty McLeod at Phelps Dunbar LLP, Canal Place, 365 Canal Street, Suite 2000 New Orleans, Louisiana 70130-6534.

s/ Eric E. Huber
Eric E. Huber