UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL NO. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: | : : : | JUDGE BARBIER |
| 2:10-CV-02771 | : : | MAGISTRATE JUDGE SHUSHAN |

........................................................................................................................................

**ORDER**

Upon consideration of the unopposed Motion of the United States to exceed the page limit for its Reply Memorandum filed in support of it Motion to Dismiss the Third-Party Complaint, Cross-Claim, and Rule 14(c) Tender of Petitioners Triton Asset Leasing GmbH, Transocean Holding LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. ("Transocean"), it is ORDERED that the motion be, and hereby is, GRANTED.

New Orleans, Louisiana, this __5th__ day of ___July___, 2011.

_____

THE HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE