IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) ) ) ) | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br>*Case No. 2:10-cv-04536-CJB-SS* | ) ) ) | Judge Barbier<br>Mag. Judge Shushan |

## ORDER

Considering the foregoing Ex-Parte Motion to Extend Deadline for Proposed Intervenor Sierra Club's Objections to the Magistrate's Order of June 28, 2011 denying Sierra Club's Motion to Intervene [doc. 3065];

**IT IS HEREBY ORDERED** that the deadline for Sierra Club's objections shall be extended to Monday July 25, 2011.

This 5th day of July, 2011



_____
Sally Shushan
United States Magistrate Judge