AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| BRANDON BOULLION and JAN BOULLION | ) | |
| _Plaintiff_ | ) ) ) | MDL 10-2179 J(1) |
| v. | ) | Civil Action No. 2:11-cv-923 |
| ANADARKO PETROLEUM CORPORATION, et al | ) ) ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Transocean, Ltd.
Through Louisiana Long Arm Statute, LSA-R.S. 13:3201, et seq.
4 Greenway Plaza
Houston, TX 77046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Robert V. Reech
Reech Law Firm, LLC
812 N. Range Ave.
Denham Springs, LA 70726

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __Jun 21 2011__

Loretta G. Whyte
Name of clerk of court

_Stephanie Kall_
Deputy clerk's signature

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:11-cv-923

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Transocean, Ltd.__
was received by me on *(date)* __6-21-11__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: __Through Louisiana Long Arm LSA-R.S. 13:3201 ct see__

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __7-1-11__ ,

_____
Server's signature

__Courtney S. Daugherty__
Printed name and title

__812 N. Range Ave., Denham Springs__
Server's address

Additional information regarding attempted service, etc: