## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRANDON BOULLION, ET AL** | * | **CIVIL ACTION:** |
| | * | **2:11-cv-923** |
| **Plaintiffs** | * | |
| | * | **MDL 10-2179 J (1)** |
| **VERSUS** | * | |
| | * | **JUDGE: BARBIER** |
| **ANADARKO PETROLEUM CORPORATION,** | * | |
| **ET AL** | * | **MAGISTRATE:** |
| **Defendants** | * | **SHUSHAN** |

### AFFIDAVIT OF SERVICE OF PROCESS--LONG ARM SERVICE

STATE OF LOUISIANA

PARISH OF LIVINGSTON

Before me, the undersigned Notary Public, personally came and appeared:

COURTNEY S. DAUGHERTY

who first being duly sworn, deposed, and said: That affiant is Paralegal to ROBB REECH; that affiant received a true copy of the attached Citation and Petition on June 21, 2011 and mailed the same, by certified mail, to the defendant, Transocean, Ltd., 4 Greenway Plaza, Houston, TX 77046, on June 22, 2011; that the same was delivered to the defendant on June 27, 2011; as more fully appears from the attached post office return receipt for certified mail number 7010 1670 0002 5530 5499.

_____
COURTNEY S. DAUGHERTY

Sworn to and subscribed before me on the 1st day of July, 2011.

_____
ROBERT V. REECH, LSBA # 23268
NOTARY PUBLIC