UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig           MDL NO. 2179
     "Deepwater Horizon" in the Gulf
     of Mexico, on April 20, 2010           SECTION J

Applies to: *All Cases*                   JUDGE BARBIER
                                        MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Regarding Video Clips]**

      Video clips of the deposition of Tony Hayward have been posted on www.thedaily.com and www.youtube.com.  The release of the video clips may be a violation of Pretrial Order No. 17 which provides, in part, that "[n]o part of the video or audio record of a video deposition shall be released or made available to any member of the public unless authorized by the Court."   Accordingly;

      IT IS ORDERED that The Daily shall return the video clips of the deposition of Tony Hayward to the undersigned (marie_firmin@LAED.USCOURTS.GOV) and remove them from www.thedaily.com and www.youtube.com.

      New Orleans, Louisiana, this 5 day of July, 2011.

                                                            Sally Shushan
                                           United States Magistrate Judge

Clerk to serve:

1. The Daily
   1211 Avenue of the Americas
   New York, N.Y. 10036
   press@thedaily.com

2. Josh Bernstein
   josh.bernstein@thedaily.com

3. David C. Drummond
   Chief Legal Counsel
   Google, Inc.
   1600 Amphitheatre Parkway
   Mountain View, CA 94043
   ddrummond@google.com

4. Kevin Donhaue
   Vice President of Content
   YouTube LLC
   901 Cherry Avenue
   Second Floor
   San Bruno, CA 94066