UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Requests for Additional Time for July Depositions]**

Time for the following depositions will be allotted as follows:

**1. Campbell, Pat (7/12 and 13)**           **Allotted**

| | | |
|---|---|---|
| U.S. | 100 | (minus 10) |
| States | 70 | (minus 20) |
| Anadarko | 40 | <u>(minus 5)</u> |
| TOTAL minus | | 35 |

**BP + 35 for a total of 130 minutes**

The depositions of Pat Campbell and Wild Well Control are combined.  Before the second revised allocation increasing BP's time from 70 minutes to 95 minutes, it requested an additional 60 minutes for the combined deposition for a total of 130 minutes.

**2. Patton, Frank (7/12 and 13)**           **Allotted**

| | | |
|---|---|---|
| PSC | 270 | (minus 20) |
| U.S. | 80 | (minus 30) |
| States | 50 | (minus 40) |
| Halliburton | 70 | (minus 5) |
| Transocean | 70 | (minus 5) |

| Cameron | 70 | (minus 5) |
|---|---|---|
| Anadarko | 40 | (minus 5) |
| MOEX | 10 | (minus 5) |
| TOTAL minus | | 115 |

**BP + 115 for a total of 210 minutes**

Patton is with the MMS. Before the second revised allocation increasing BP's time from 70 minutes to 95, it requested an additional 180 minutes for total of 250 minutes.

| 3. **Mike Byrd (7/13 and 14)** | **Allotted** | |
|---|---|---|
| PSC | 270 | (minus 20) |
| U.S. | 90 | (minus 20) |
| States | 50 | (minus 40) |
| Transocean | 70 | (minus 5) |
| Anadarko | 30 | (minus 15) |
| MOEX | 10 | (minus 5) |
| M-I Swaco | 10 | (minus 5) |
| TOTAL minus | | 110 |

**Cameron + for a total of 185 minutes**

Under the second revised allocation order Cameron has 75 minutes. It requested an additional 110 minutes for a total 185.

| 4. **Whitby, Melvyn (7/18 and 19)** | **Allotted** | |
|---|---|---|
| U.S. | 90 | (minus 20) |
| States | 50 | (minus 40) |

| | | |
|---|---|---|
| Halliburton | 70 | (minus 5) |
| Transocean | 70 | (minus 5) |
| Anadarko | 40 | (minus 5) |
| MOEX | 10 | (minus 5) |
| M-I Swaco | 10 | <u>(minus 5)</u> |
| TOTAL minus | | 85 |

**BP + 85 for a total of 180 minutes**

Before the second revised allocation increasing BP's time from 70 minutes to 95 minutes, it requested an additional 120 minutes for a total of 190 minutes.

**5. Bill Ambrose (7/18 and 19)**           **Allotted**

| | | |
|---|---|---|
| PSC | 270 | (minus 20) |
| U.S. | 90 | (minus 20) |
| States | 50 | (minus 40) |
| Anadarko | 25 | (minus 20) |
| MOEX | 10 | (minus 5) |
| M-I Swaco | 10 | <u>(minus 5)</u> |
| TOTAL minus | | 110 |

**Cameron + 45 for a total of 120 minutes**

**BP + 65 for a total of 180 minutes**

In the second revised allocation Cameron's time was increased from 70 to 75 minutes and BP's time was increased from 70 to 95 minutes. Cameron requested an additional 60 minutes before the revised allocation and BP requested a substantial but unspecified amount of additional time.

3

**6. Kal Jassal (7/21)**              **Allotted**

| | | |
|---|---|---|
| U.S. | 40 | (minus 15) |
| States | 25 | (minus 20) |
| Halliburton | 32 | (minus 5) |
| Transocean | 32 | (minus 5) |
| Cameron | 32 | (minus 5) |
| Anadarko | 15 | (minus 7) |
| MOEX | 7 | (minus 1) |
| Weatherford | 7 | (minus 1) |
| M-I Swaco | 7 | <u>(minus 1)</u> |
| TOTAL minus | | 60 |

**The PSC + 60 for a total of 205 minutes**

After the deposition was restricted to one day, the Court stated it would reallocate the time so that the PSC had more examination time than the normal allotment for a one day deposition.

**7. Tommy Roth (7/25 and 26)**              **Allotted**

| | | |
|---|---|---|
| PSC | 270 | (minus 20) |
| U.S. | 90 | (minus 20) |
| States | 50 | (minus 40) |
| Transocean | 70 | (minus 5) |
| Cameron | 70 | (minus 5) |
| Anadarko | 35 | (minus 10) |
| MOEX | 10 | (minus 5) |

4

| | | |
|---|---|---|
| M-I Swaco | 10 | (minus 5) |
| TOTAL minus | | 110 |

**Weatherford + 10 for a total of 25 minutes.**

**Transocean + 60 for a total of 135 minutes.**

**BP + 40 for a total of 135 minutes.**

In the second revised allocation Transocean's time was increased from 70 to 75 minutes and BP's time was increased from 70 to 95 minutes. Transocean and BP each requested an additional 75 minutes before the revised allocation. Weatherford requested an additional 10 minutes for a total of 25 minutes.

New Orleans, Louisiana, this 6 day of July, 2011.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**