## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## BP DEFENDANTS' MOTION FOR ENTRY OF PRETRIAL ORDER NO. ____ RELATING TO ALL PARTIES' TESTING OF SAMPLES

BP America Inc., BP America Production Company, and BP Exploration & Production Inc. (collectively, the "BP Defendants" or "BP") respectfully submit this Motion as a direct follow on to the Court's recent entry of proposed "Pretrial Order No. ___ Relating to United States' and Natural Resource Trustees' Testing of Samples."  *See* Document 3018-1.  The proposal resulted in the entry of Pretrial Order # 37.  *See* Document 3054.  In sum, BP respectfully requests that, in addition to recent entry of the United States' proposed order, the entry of an order in the form submitted herewith that would extend the scope of the relief recently granted to the United States to all parties to this multidistrict litigation, including, but not limited to, BP.

PTO #37 relates, among other things, to the proper procedures for conducting analytical testing, including preservation of proper amounts of sample material to appropriately allow for re-testing.  More specifically, the Order defines "analytical testing" and allows parties to conduct such testing, provided the party's testing complies with widely-accepted standardized procedures

19252982.1_6/24/2011.

and the testing entity retains appropriate laboratory records, test data, and test results. PTO #37 also clarifies that such testing may include the destruction of all or portions of samples, provided the testing agency either (1) preserves a sufficient sample amount (or sample extract amount, depending on the type of material being tested) to allow another party to repeat the testing, or (2) provides appropriate notice and opportunity for objection to MDL Liaison Counsel.

BP respectfully submits that the Government's proposed pretrial order, now entered by this Court as PTO #37, is a sound basis for allowing parties to continue conducting necessary testing, while ensuring fairness to all parties. BP appreciates that in crafting its proposal, the Department of Justice considered and accommodated the views of all MDL parties over weeks of extended negotiations. The result, in BP's view, is an Order that appropriately balances key considerations, including the need to continue sample testing, the obligation to preserve corresponding sample data and analysis, and the importance of maintaining sufficient quantities to allow for re-testing, to the extent practicable and technologically feasible. Accordingly, BP not only supported the Government's proposed approach to these issues (reached after extensive discussion with BP and other parties) but further urges that PTO #37 now be extended to apply to all MDL parties. In particular, and unlike the recently-granted separate BP and Government Orders relating to the disposal of already-collected but out-dated samples, BP proposes that the Court enter a single Order to apply prospectively to the sample preservation and testing activities of *all* MDL parties. Such an order would ensure that *all* MDL parties may continue the important task of gathering testing results for use in litigation. *All* MDL parties, BP believes, would benefit from a more defined process by which they may continue to conduct litigation testing. Importantly, the Department of Justice supports this approach and concurs with this proposed order. In addition, on June 28, 2011, BP Defendants circulated a copy of this motion

3

and proposed order to the MDL parties, seeking comment by July 1, 2011 (Exhibit A), and no party raised objections to this order.

For these reasons, BP Defendants respectfully request that this Court enter the proposed order attached hereto.

    Respectfully submitted,

    /s/ Don K. Haycraft
    Don K. Haycraft (Bar #14361)
    R. Keith Jarrett (Bar #16984)
    LISKOW & LEWIS
    701 Poydras Street, Suite 5000
    New Orleans, Louisiana 70139-5099
    Telephone: (504) 581-7979
    Facsimile: (504) 556-4108

    and

    Richard C. Godfrey, P.C.
    J. Andrew Langan, P.C.
    Andrew B. Bloomer, P.C.
    Catherine L. Fitzpatrick
    Elizabeth A. Larsen
    Kirkland & Ellis LLP
    300 North LaSalle Street
    Chicago, IL 60654
    Telephone: (312) 862-2000
    Facsimile: (312) 862-2200

    Robert R. Gasaway
    Jeffrey B. Clark
    Kirkland & Ellis LLP
    655 Fifteenth Street, N.W.
    Washington, D.C.  20005-5793
    Telephone:  (202) 879-5000
    Facsimile:  (202) 879-5200

    and

4

                                              Robert C. "Mike" Brock
                                              Covington & Burling LLP
                                              1201 Pennsylvania Avenue, NW
                                              Washington, DC 20004-2401
                                              Telephone: (202) 662-5985

                                              Attorneys for BP

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of July, 2011.

        /s/ Don K. Haycraft
        Don K. Haycraft