# EXHIBIT A



"Don K Haycraft"
<dkhaycraft@liskow.com>
06/28/2011 02:19 PM

To <sherman@hhkc.com>, "Jim R" <jimr@wrightroy.com>, <Mike.Underhill@usdoj.gov>, <lstrange@ago.state.al.us>, "Maze, Corey" <CMaze@ago.state.al.us>, "Liaison 2179

cc "Joseph DeSanctis" <jdesanctis@kirkland.com>, "Joseph Eisert" <jeisert@kirkland.com>, "Robert Gasaway" <rgasaway@kirkland.com>, "R. Keith Jarrett"

bcc

Subject MDL 2179 - Proposed Order Governing the Testing of Samples/follow on to PTO # 37

2 attachments


20110627p9 BP Draft Order re Sample Testing .pdf


2011-06-28.1p BP of Statement of Position re Order re Sample Pres and Testing_DRAFT.doc__19252982_1_.pdf

Counsel,

Attached please find a draft Order related to sample testing. This order both specifies procedures related to sample testing and ensures preservation of sufficient quantities of sample material to allow other parties to re-test the material. It is virtually identical to the DOJ order that the Department filed last week and that the Court entered on the docket on Monday (PTO # 37, Record Document No. 3057); in fact, the attached order would simply extend the terms of the DOJ order to all MDL parties.

BP plans to seek a consent order from the Court at the upcoming July 8 status conference. Please let us know by COB this Friday, July 1, whether you have any comments regarding this draft. Thank you for your anticipated cooperation.

Don



**Don K. Haycraft**

(504) 556-4128 Direct
(504) 556-4108 Fax
dkhaycraft@liskow.com

# LISKOW&LEWIS
New Orleans | Lafayette | Houston

One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139
www.liskow.com