UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

ORDER

[Working Group[1] Conference on Friday, July 1, 2011]

This order reflects the action taken at the Working Group Conference on Friday, July 1, 2011.

**1.      Preservation and Inspection of BOP.**

There was discussion about the work on the protocol for the preservation of the parts of the BOP.  On Thursday, July 7, 2011 at 8:00 a.m., there will be a telephone conference with a technical working group comprised of representatives from the Coast Guard, DNV, Transocean, Cameron and BP.  The protocol shall provide that anyone, including Cameron and Transocean, who supplies recommendations or information shall not be held responsible in any way, including a claim for spoilation of evidence, if something goes awry during the preservation period.  The protocol will be subject to approval by the United States and entered as an order of the Court.

The inspection of the BOP will be on Monday, July 11, 2011.  The PSC will coordinate the time for the inspection.  The parties participating in the inspection shall provide identification information for their experts to Heather Kennealy (Heather.S.Kennealy@uscg.mil) at **least three business days** before the date set for the inspection.  The parties were asked to provide this

---

[1] The discovery "Working Group" shall be comprised of: one or two representatives of the PSC; one representative from each of the defendants; and coordinating counsel for the United States and coordinating counsel for the States.  (Rec. Doc. 1099).

information before the close of business on Friday, July 1, 2011.

**2.      DNV Deposition**.

DNV shall present one designee on technical topics, followed by a second designee on technical topics and then the designee on business topics. Issues raised by DNV concerning the scope of certain topics in the deposition notice and document production were resolved. The deposition of DNV is set for July 5 and 6.

**3.      Completion of Phase One Written Discovery.[2]**

At the July 1, 2011 working group conference, the U.S., the States, Halliburton, BP and Anadarko raised questions about the deadlines for responding to written discovery and the deadline for motions to compel. The Court has no objection to any extension of deadlines for the completion of Phase One <u>written</u> discovery by agreement of the parties provided that:

 a. All counsel are notified of the agreement;

 b. **The agreement will not be used by <u>any party</u> as the basis for a request for any extension of the expert report deadlines;** and

 c. The agreement provides sufficient time for the parties to meet and confer before the filing of a motion to compel.

With regard to the responses of the States to discovery from BP and Anadarko, the defendants shall coordinate with the States.

BP reported that it is producing the separation agreements for Jackson, Mogford and Thierens.

---

[2] Written discovery refers to interrogatories, requests for production (RFPs) and requests for admissions (RFAs).

**4.     Settlements**.

BP reported that it appeared that the parties would be able to resolve the issue of the production of the Weatherford settlement agreement in a manner similar to the request for production of the MOEX settlement agreement.

By the close of business on Thursday, July 7, 2011, the parties shall submit their requests for production of portions of the MOEX settlement agreement. The letters will be considered *in camera*. BP and MOEX shall be copied on the letters. If the Court files them, they will be filed under seal. By the same deadline, BP shall submit a copy of the MOEX settlement agreement for *in camera* review.

The parties reported that they continue to meet-and-confer on the production of BP's indemnity agreements with the responder defendants.

**5.     Motion by U.S. for Approval of Cement Testing**.

The order for the protocol for the Cement Testing was signed. Rec. doc. 3123. The U.S. reported that the testing will be done in a scientific forensic manner. Although the deadline for the completion of the testing is July 15, 2011, the U.S. reported that the laboratory would not be able to meet that date. The Court emphasized that under no circumstances could the testing be completed any later than July 31, 2011. At the July 8, 2011, conference, the U.S. shall report on the status of the cement testing.

**6.     Redactions to Board Minutes**.

An order regarding redactions to Board Minutes and other documents was issued. Rec. doc. 3131.

**7.     Transocean Internal Report**.

Transocean reported that production of the custodial file for Geoff Boughton (July 20 and 21) will start by Friday, July 8. Most of the internal report documents will be found in Boughton's file. The depositions of Dan Farr and Rob Turlak were requested by BP regarding the internal report. Transocean will provide dates for the depositions of Farr and Turlak at the July 8 conference. Transocean will again inquire about an organization chart for the persons who worked on the internal report.

**8**.     **Short Form Claimants Issues**.

This will be on the agenda for the liaison counsel conference with Judge Barbier on Friday, July 8, 2011.

**9.     Fifth Amendment Depositions**.

Wyman Wheeler was removed from the deposition calendar because he may take the Fifth Amendment. Dates in early August will be secured for his deposition from his personal counsel. The deposition will include examination on the maintenance and cure issues which Transocean and the other parties contend cannot be the subject of Fifth Amendment invocation. If he takes the Fifth Amendment on event questions, it will be a one day examination. If he does not take the Fifth Amendment on the event questions, it will be a two day deposition. His personal counsel shall be furnished with the order regarding the deadline for announcing his intention to invoke the Fifth Amendment.

It was reported that Patrick Morgan and Micah Sandell will take the Fifth Amendment. Morgan and Sandell settled their personal injury claims, so there is no need for a maintenance and cure examination with them.

Christopher Haire will invoke the Fifth Amendment.  His deposition is set for July 11.

The PSC shall obtain the last known address for Leo Lindner from his personal counsel and serve him with a subpoena.

The PSC shall communicate with the personal counsel for Don Vidrine concerning health issues and wether he will invoke the Fifth Amendment.

Robert Kaluza (July 11) and Jimmy Harrell (July 12) will invoke the Fifth Amendment.

**10.**   **Vector Magnetics**.

It was agreed that Vector Magnectics was not required to have hard copies of its documents at its deposition and that digital copies are sufficient.

**11.**   **Interpleader Actions.**

Transocean reported that the parties continue to meet and confer.  It will be on the agenda for July 8, 2011.

**12.**   **Allocation of Examination Time**.

There was discussion about the time required by Weatherford for the examination of witnesses.  Weatherford was asked to notify the Court when it needed additional time.

**13.**   **July Depositions**.

Chevron 30(b)(6)/Gardner, Craig

BP is in communication with counsel for Chevron to schedule a two day deposition in early August.  On July 8, BP shall report on the status of the deposition.

Redd, Eddy (Russia-Western Siberia)

The PSC and Transocean are attempting to contact Mr. Redd.  He is working for Eurasia Drilling Company Limited.

Bement, James

Halliburton reported that it is working on dates for the deposition.

Prestidge, Jim

Halliburton reported that it is working on dates for the deposition.

Birrell, Gordon

BP reported that it is working on dates for the deposition.

Frazelle, Andrew

BP reported that it is working on dates for the deposition.

Johnson, Stephen

MI reported that it is working on dates for the deposition.

Maxie, Doyle

MI reported that it is working on dates for the deposition.

Meche, Gregory

MI reported that it is working on dates for the deposition.

Quibodeaux, John

MI reported that it is working on dates for the deposition.

Lacy, Stewart

BP reported that it is working on dates for the deposition.

Shaw, Neil

BP reported that it is working with Anadarko on whether the deposition is required.

Thorseth, Jay

BP reported that it is working on dates for the deposition.

Keplinger, Yancey

Transocean reported that Keplinger has personal counsel. BP will follow-up with his personal attorney to schedule the deposition.

Trahan, Buddy

Transocean reported that Trahan has personal counsel. BP will follow-up with his personal attorney to schedule the deposition.

Moore, Jimmy

Transocean and BP will work on the scheduling of Moore's deposition through his personal counsel.

Farr, Dan

Transocean will work on dates for Farr's deposition.

Turlak, Rob

Transocean will work on dates for Turlak's deposition.

Wheeler, Wyman

Dates in early August will be secured from his personal counsel for the deposition.

Oldfather, Daniel

Weatherford will follow up with Oldfather to determine whether his health permits a deposition.

Alberty, Mark (NO)          July 25 and 26 (tentative)

On July 8, 2011, BP shall report on whether deposition is confirmed.

Yilmaz, Barbara             July 26 and 27

The PSC will serve a subpoena which her counsel will accept.

Daly, Mike (London)		July 27 and 28 (tentative)

On July 8, BP shall report on the status of the deposition. It will determine if Daly will come to the U.S. for his deposition.

Bondurant, Charles (NO)		August 23 (tentative)

BP reported the date for the deposition.

Peyton, Dawn			September 8

Anadarko reported the date for the deposition.

Young, David			September 13

Transocean reported the date for the deposition.

Bozeman, Walt (NO)		September 15

BP reported the date for the deposition.

Gaude, Ed			September 19

Cameron reported the date for the deposition.

Sanders, Sarah			September 23

Halliburton reported the date for the deposition.

Shaughnessy, John (NO)		September 27

BP reported the date for the deposition.

Douglass, Sherrie		September 28

BP reported the date for the deposition.

Strife, Stuart			October 5

Anadarko reported the date for the deposition.

Morrison, Richard		October 18

BP reported the date for the deposition.

Powell, Heather			October 20 (tentative)

Ms. Powell is expecting a child and cannot travel. Her baby is due prior to October 20.

<u>McKay, Lamar</u>　　　　　　November 3 and 4 (tentative)

BP reported the dates for the deposition.

**14.　Requests for Additional Time for June and July Depositions.**

The Court will rule on the requests for additional time based on the current allocation order.

1.　<u>Campbell, Pat</u>　　July 12 and 13

Campbell will cover both his own deposition and the Rule 30(b)(6) deposition for Wild Well Control. BP requests an additional 60 minutes for the combined deposition.

2.　<u>Patton, Frank</u> (US)　July 13 and 14

BP requests an additional 180 minutes.

3.　<u>Kuchta, Kurt</u> (TO)　July 14 and 15

BP requests an additional 90 minutes. The PSC anticipates that Kuchta will invoke the Fifth Amendment.

4.　<u>Whitby, Melvyn</u> (Cam) July 18 and 19

BP requests an additional 120 minutes.

5.　<u>Bill Ambrose</u> (TO)　July 18 and 19

Cameron requests an additional 60 minutes. In light of his role in the preparation of the Transocean internal report, BP also requests an unspecified amount of additional time.

6.　<u>Kal Jassal</u> (BP)　　July 21

The Court will reallocate the time so that the PSC has more examination time than the normal allotment for a one day deposition.

7.　<u>Tommy Roth</u> (HESI)　July 25 and 26

BP and Transocean each request an additional 75 minutes. Weatherford requests an additional 10 minutes for a total of 25 minutes.

9

    8.    <u>Mike Byrd</u> (BP)    July 13 and 14

Cameron requests an additional 110 minutes.

**15.**    **<u>Objections to Requests for Depositions.</u>**

There are objections to the requests for depositions which have not been resolved. The pending deposition requests with objections are listed below.

<u>Brock, Tony</u>.

BP reported that it will provide its objection to the deposition by July 5.

<u>Ravi, Dr. Kris</u>

BP's request for his deposition will be on the July 8, 2011 agenda.

<u>Wright, John</u> (Houston)

BP and PSC will present the issue of the admissibility of Mr. Wright's report in letters to Judge Barbier. The undersigned issued an order that Wright's deposition would be decided in MDL 2179 rather than in federal court in Houston.

\*   \*   \*

The parties shall respond to Transocean's objections by **Wednesday, July 6, 2011.** Cameron will work on contacting the persons requested by it associated with the purchase of the BOP who are no longer in Transocean's employ.

|     | <u>Name</u>      | <u>Employer</u> | <u>Requesting Party</u> |
|-----|------------------|-----------------|-------------------------|
| 1.  | <u>Clements, Jeremy</u> | Transocean | Cameron |
| 2.  | <u>Cotton, Al</u> | R&B (TO)       | Cameron |
| 3.  | <u>Crichton, Steve</u> | Transocean | Cameron |
| 4.  | <u>Foreman, Fred</u> | InSpec, Inc.  | Cameron |
| 5.  | <u>Fry, Mike</u> | Transocean     | Cameron |
| 6.  | <u>Gray, Todd</u> | Transocean    | Cameron |

10

| # | Name | | |
|---|---|---|---|
| 7. | Kennedy, John | R&B (TO) | Cameron |
| 8. | McGrath, Scott | Transocean | Cameron |
| 9. | Newman, Steven | Transocean | BP |
| 10. | Rodger, Brad | Transocean | Cameron |
| 11. | Silverman, Peter | R&B (TO) | Cameron |
| 12. | Wetherell, Linda | R&B (TO) | Cameron |
| 13. | Wink, Kevin | R&B (TO) | Cameron |

**16. Expert Reports and Depositions for Phase One.**[3]

An order revising the schedule for Phase One Expert Discovery was signed. Rec. doc. 3126.

**17. Trial Plan.**

There was discussion regarding the parties efforts on the trial plan. Anadarko will assemble a chart of the areas of agreement and disagreement prior to July 8, so there can be some discussion with Judge Barbier at the liaison counsel conference on that date.

**18. PSC Motion to Compel Discovery from Cameron**

Cameron will respond by the close of business on Friday, July 8, 2011.

**19. Preliminary Witness List for Phase One.**

The PSC reported progress on this list.

**20. Potential Deponents for Phase Two.**

The parties reported that they understood the need to reduce the size of the list and requested more time to work on it. This will be discussed again on July 8, 2011.

**21. Clawback Requirements.**

The PSC requested a modification of the requirements so that there would a "running"

---

[3] Separate deadlines will be established for Phase Two Expert Reports.

clawback log. The PSC was asked to circulate a proposal with the fields it requests be included in the log.

22. **Conference Schedule.**

**The parties are not required to have counsel present in the courtroom for these conferences. Counsel are encouraged to participate by telephone if it is more convenient and less expensive for them to do so.** The undersigned may schedule a conference in the future where telephone attendance only is permitted.

| | | |
|---|---|---|
| Friday, July 8, 2011 | 8:30 a.m. | Liaison counsel - Judge Barbier |
| | 9:30 a.m. | Status conference - Judge Barbier |
| | After status conference | Working group conference Judge Shushan |
| Friday, July 15, 2011, at 9:30 a.m. | | WGC followed by meeting of LCC. |
| Friday, July 22, 2011, at 9:30 a.m. | | WGC followed by meeting of LCC. |
| Friday, July 29, 2011, at 9:30 a.m. | | WGC followed by meeting of LCC. |
| Friday, August 5, 2011, at 9:30 a.m. | | WGC followed by meeting of LCC. |
| Friday, August 12, 2011 | | After Judge Barbier's status conference - WGC followed by meeting of LCC. |
| Friday, August 19, 2011, at 9:30 a.m. | | WGC followed by meeting of LCC. |
| Friday, August 26, 2011, at 9:30 a.m. | | WGC followed by meeting of LCC. |

New Orleans, Louisiana, this 6 day of July, 2011.

**SALLY SHUSHAN**
**United States Magistrate Judge**