UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: Oil Spill by the Oil Rig | § | MDL NO. 2179 |
| "Deepwater Horizon" in the | § | SECTION: J |
| Gulf of Mexico, on April 20, 2010 | § | JUDGE BARBIER |
| | § | MAG. JUDGE SHUSHAN |
| This Document Relates to: | § | |
| 2:10-cv-02771 | § | |

**CERTIFICATE OF CONFERENCE**

    I, Daniel O. Goforth, hereby certify that I have requested that Kurt Arnold agree to make his clients, Stephen Bertone, Billy Coon, Jason Cooley, Andrea Fleytas, Anthony Graham, James Ingram, Jerry Isaac, Dustin Johnson, William P. Johnson, Paul Meinhart, Steve Richards, Stenson Roark, Allen Seraile, Carl Taylor, and Nickalus Watson, available for independent medical examinations with Dr. Thompson and Dr. Greve and his client, Stephen Bertone, available for independent medical examinations with Dr. Likover.  Mr. Arnold has not responded to my request.  I, therefore, assume that he is opposed to the above and foregoing Motion to Examine Claimants Stephen Bertone, Billy Coon, Jason Cooley, Andrea Fleytas, Anthony Graham, James Ingram, Jerry Isaac, Dustin Johnson, William P. Johnson, Paul Meinhart, Steve Richards, Stenson Roark, Allen Seraile, Carl Taylor, and Nickalus Watson.

                                                                                                                                                      _/s/  Daniel O. Goforth_
                                                                                                                                                       Daniel O. Goforth

Respectfully submitted,

By: /s/ Steven L. Roberts  
Steven L. Roberts (Texas, No. 17019300)  
Rachel Giesber Clingman (Texas, No. 00784125)  
Kent C. Sullivan (Texas, No. 19487300)  
Teri L. Donaldson (Florida, No. 784310)  
Sutherland Asbill & Brennan LLP  
1001 Fannin Street, Suite 3700  
Houston, Texas 77002  
Telephone: (713) 470-6100  
Facsimile: (713) 654-1301  
Email: steven.roberts@sutherland.com,  
rachel.clingman@sutherland.com,  
kent.sullivan@sutherland.com,  
teri.donaldson@sutherland.com  

By: /s/ Kerry J. Miller  
Kerry J. Miller (Louisiana, No. 24562)  
Frilot, L.L.C.  
1100 Poydras Street, Suite 3700  
New Orleans, Louisiana 70163  
Telephone: (504) 599-8169  
Facsimile: (504) 599-8154  
Email: kmiller@frilot.com  
-and-

By: /s/ Edwin G. Preis, Jr.  
Edwin G. Preis, Jr. (Louisiana, No. 10703)  
Edward F. Kohnke, IV (Louisiana, No. 07824)  
Preis & Roy PLC  
102 Versailles Boulevard, Suite 400  
Lafayette, Louisiana 70501  
Telephone: (337) 237-6062  
Facsimile: (337) 237-9129  

-and-

601 Poydras Street, Suite 1700  
New Orleans, Louisiana 70130  
Telephone: (504) 581-6062  
Facsimile: (504) 522-9129  
Email: egp@preisroy.com, efk@preisroy.com  

**Of Counsel:**  
John M. Elsley (Texas, No. 0591950)  
Royston, Rayzor, Vickery & Williams LLP  
711 Louisiana Street, Suite 500  
Houston, Texas 77002  
Telephone: (713) 224-8380  
Facsimile: (713) 225-9945  
Email: john.elsley@roystonlaw.com

Daniel O. Goforth (Texas, No. 08064000)
Goforth Geren Easterling LLP
4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 054933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com, allen.katz@mto.com

*Counsel for Transocean Offshore Deepwater Drilling Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Certificate of Conference regarding the Motion to Examine Claimants Michael Burrell, Stephen Davis, Dennis Martinez, Patrick Morgan, Eugene Moss, Samuel Pigg, and Micah Sandell has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of July, 2011.

/s/ Kerry J. Miller
Kerry J. Miller