UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  Oil Spill by the Oil Rig | § | MDL NO. 2179 |
| "Deepwater Horizon" in the | § | SECTION: J |
| Gulf of Mexico, on April 20, 2010 | § | JUDGE BARBIER |
| | § | MAG. JUDGE SHUSHAN |
| This Document Relates to: | § | |
| 2:10-cv-02771 | § | |

## ORDER ON MOTION TO EXAMINE AND TO COMPEL PRODUCTION OF MEDICAL RECORDS

After considering Transocean's Motion to Examine and to Compel Production of Medical Records, the response, the reply, and arguments of counsel, if any, the Court is of the opinion that the motion should be GRANTED in its entirety.

Therefore, the Court orders Claimants Stephen Bertone, Billy Coon, Jason Cooley, Andrea Fleytas, Anthony Graham, James Ingram, Jerry Isaac, Dustin Johnson, William P. Johnson, Paul Meinhart, Steve Richards, Stenson Roark, Allen Seraile, Carl Taylor, and Nickalus Watson to submit to mental and physical examinations as follows:

| Claimant | IME with Dr. Likover | IME with Dr. Greve | IME with Dr. Thompson |
|---|---|---|---|
| Stephen Bertone | 8/18/11 @ 3:00 pm<br><br>Address:<br>902 Frostwood<br>Ste. 269<br>Houston, Texas 77024 | 7/25/11 @ 8:00 am<br>7/28/11 @ 9:00 am<br><br>Address:<br>3939 Houma Blvd.<br>Ste. 223, Bldg. 6<br>Metairie, LA 70006 | 7/27/11 @ 9:00am - 11:00am)<br>7/27/11 (11:00am – 4:00 pm)<br><br>Address:<br>Tulane Dept. of Psychiatry & Behavioral Sciences<br>1440 Tulane Ave. |

| | | | |
|---|---|---|---|
| | | | 10th Floor<br>New Orleans, LA 70112 |
| Billy Ray Coon | | 7/25/11 @ 9:15 am<br>7/28/11 @ 9:00 am<br><br>Address:<br>3939 Houma Blvd.<br>Ste. 223, Bldg. 6<br>Metairie, LA 70006 | 7/27/11 (10:00 am – 3:00 pm)<br>7/29/11 (1:00 pm – 3:00 pm)<br><br>Address:<br>Tulane Dept. of Psychiatry & Behavioral Sciences<br>1440 Tulane Ave.<br>10th Floor<br>New Orleans, LA 70112 |
| Jason Eric Cooley | | 7/25/11 @ 10:30 am<br>7/28/11 @ 9:00 am<br><br>Address:<br>3939 Houma Blvd.<br>Ste. 223, Bldg. 6<br>Metairie, LA 70006 | 7/27/11 (1:00 pm – 3:00 pm)<br>7/29/11 (9:00 am – 2:00 pm)<br><br>Address:<br>Tulane Dept. of Psychiatry & Behavioral Sciences<br>1440 Tulane Ave.<br>10th Floor<br>New Orleans, LA 70112 |
| Andrea Fleytas | | 7/25/11 @ 11:45 am<br>7/28/11 @ 9:00 am<br><br>Address:<br>3939 Houma Blvd.<br>Ste. 223, Bldg. 6<br>Metairie, LA 70006 | 7/27/11 (8:00 am – 2:00 pm)<br>7/29/11 (9:00 am – 11:00 am)<br><br>Address:<br>Tulane Dept. of Psychiatry & Behavioral Sciences<br>1440 Tulane Ave.<br>10th Floor<br>New Orleans, LA 70112 |

| Anthony Graham | | 8/15/11 @ 8:00 am<br>8/17/11 @ 9:00 am<br><br>Address:<br>Will Supplement | Will Supplement |
|---|---|---|---|
| James Guyton Ingram | | 7/27/11 @ 8:00 am<br>7/29/11 @ 9:00 am<br><br>Address:<br>3939 Houma Blvd.<br>Ste. 223, Bldg. 6<br>Metairie, LA 70006 | 7/25/11 (10:30 am – 12:30 pm)<br>7/28/11 (9:00 am – 2:00 pm)<br><br>Address:<br>Tulane Dept. of Psychiatry & Behavioral Sciences<br>1440 Tulane Ave.<br>10th Floor<br>New Orleans, LA 70112 |
| Jerry Wayne Isaac | | 8/15/11 @ 9:15 am<br>8/17/11 @ 9:00 am<br><br>Address:<br>Will Supplement | Will Supplement |
| Dustin D. Johnson | | 7/27/11 @ 9:15 am<br>7/29/11 @ 9:00 am<br><br>Address:<br>3939 Houma Blvd.<br>Ste. 223, Bldg. 6<br>Metairie, LA 70006 | 7/25/11 (1:00 pm – 3:00 pm)<br>7/28/11 (11:0 am – 4:00 pm)<br><br>Address:<br>Tulane Dept. of Psychiatry & Behavioral Sciences<br>1440 Tulane Ave.<br>10th Floor<br>New Orleans, LA 70112 |
| William "Bill" Johnson | | 8/15/11 @ 10:30 am<br>8/17/11 @ 9:00 am<br><br>Address:<br>Will Supplement | Will Supplement |

| | | | |
|---|---|---|---|
| Paul Meinhart | | 7/27/11 @ 10:30 am<br>7/29/11 @ 9:00 am<br><br>Address:<br>3939 Houma Blvd.<br>Ste. 223, Bldg. 6<br>Metairie, LA 70006 | 7/25/11 (8:00 am – 10:00 am)<br>7/25/11 (10:00 am – 12:00 pm)<br>7/25/11 (1:00 pm – 3:00 pm)<br><br>Address:<br>Tulane Dept. of Psychiatry & Behavioral Sciences<br>1440 Tulane Ave.<br>10th Floor<br>New Orleans, LA 70112 |
| Steven Richards | | 8/15/11 @ 11:45 am<br>8/17/11 @ 9:00 am<br><br>Address:<br>Will Supplement | Will Supplement |
| Stenson Roark | | 8/16/11 @ 8:00 am<br>8/18/11 @ 9:00 am<br><br>Address:<br>Will Supplement | Will Supplement |
| Allen Seraile | | 8/16/11 @ 9:15 am<br>8/18/11 @ 9:00 am<br><br>Address:<br>Will Supplement | Will Supplement |
| Carl Taylor | | 8/16/11 @ 10:30 am<br>8/18/11 @ 9:00 am<br><br>Address:<br>Will Supplement | Will Supplement |
| Nickalus J. Watson | | 8/16/11 @ 11:45 am<br>8/18/11 @ 9:00 am<br><br>Address:<br>Will Supplement | Will Supplement |

The Court further orders Claimants Stephen Bertone, Billy Coon, Jason Cooley, Andrea Fleytas, Anthony Graham, James Ingram, Jerry Isaac, Dustin Johnson, William P. Johnson, Paul Meinhart, Steve Richards, Stenson Roark, Allen Seraile, Carl Taylor, and Nickalus Watson to produce their complete medical records at least seven days prior to their independent medical examinations.

SIGNED on the _____ day of _____, 2011.

_____
MAGISTRATE JUDGE SALLY SHUSHAN