EXHIBIT "B"

## GOFORTH GEREN EASTERLING LLP
ATTORNEYS AT LAW
4900 WOODWAY, SUITE 750
HOUSTON, TEXAS 77056

DANIEL O. GOFORTH

TELEPHONE (713) 650-0022
FAX (713) 650-1669
dangoforth@goforthlaw.com

June 28, 2011

*Via Facsimile 713-222-3850*:
Kurt B. Arnold
ARNOLD & ITKIN, LLP
5 Houston Center
1401 McKinney Street, Suite 2550
Houston, Texas 77010

Re:   DEEPWATER HORIZON incident

Dear Kurt:

Transocean Offshore Deepwater Drilling, Inc. requests that Steve Bertone, Paul Meinhart, and Stenson Roark submit to independent medical examinations by Dr. Larry Likover, an orthopedic surgeon in Houston, Texas. Please let me know by the close of business on Friday, July 1, 2011, whether you agree to make your clients available for the examinations by Dr. Likover. If I do not hear from you by that time, we will file a motion to compel the examinations.

I look forward to hearing from you soon.

Very truly yours,

Daniel O. Goforth /BY

Daniel O. Goforth

*DOG:keb*

```
                                              06/28/2011  Page: 1 (Last Page)

Local Name         :
Company Logo       : GoforthLewis

Total Pages Scanned :   2
Total Pages Sent    :   2

Transmission Information
```

| No. | Job# | Remote Station | Start Time | Dura. | Pages | Mode | Contents | Result |
|---|---|---|---|---|---|---|---|---|
| 1 | 0264 | 7132223850 | 06-28;14:51 | 17" | 2/2 | SG3 | | Done |

```
The documents were sent.
```

## GOFORTH GEREN EASTERLING LLP
ATTORNEYS AT LAW
4900 Woodway, Ste. 750
HOUSTON, TEXAS 77056

Telephone: (713) 650-0022                Facsimile: (713) 650-1669

### FACSIMILE COVER SHEET

CASE:   TRO001

DATE:   June 28, 2011

Re:     Deepwater Horizon Incident --

TO:     **Kurt Arnold**                 713-222-3850

FROM:   Daniel O. Goforth

NUMBER OF PAGES: __2__, including this transmittal sheet.

If you do not receive all of the pages or if they are not legible, please call (713) 650-0022.

MESSAGE:

Please find attached correspondence in the above-referenced matter. Thank you.

CONFIDENTIALITY NOTICE

THIS FAX MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER WHICH IS PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE. THIS INFORMATION IS INTENDED ONLY FOR THE USE OF THE ENTITY NAMED ABOVE. IF YOU RECEIVE THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE TO ARRANGE FOR RETURN OF THE DOCUMENT.