EXHIBIT "D"

**Amy Jaasma**

---

**From:** Kurt Arnold <karnold@ArnoldItkin.com>
**Sent:** Wednesday, April 20, 2011 4:38 PM
**To:** Amy Jaasma
**Cc:** Jill Erickson; Monica Veer; Kristina McDonald; Jason Itkin; Cory Itkin
**Subject:** RE: Stenson Roark

Amy,

We object to any testing being done by a NueroPsyche IME. Dr. Pollock has told me that any testing done within a year from his testing is void on its face. Hence, any testing in 2011 would be invalidated since most of Pollock's testing occurred in the late fall. My plan is to get the raw data on all these guys and girls to you directly so that you can give it to your experts. Jill, please call Dr. Pollock and make it happen this week.

As for the psychiatrist, we will schedule those appointments now. Jill, please ensure this happens.

As for Dr. Hawks, feel free to call her yourself. I will leave her a message telling her to expect your call.

**From:** Amy Jaasma [mailto:amyjaasma@goforthlaw.com]
**Sent:** Wednesday, April 20, 2011 4:06 PM
**To:** Kurt Arnold
**Cc:** Jill Erickson
**Subject:** Stenson Roark

Kurt:

I wanted to follow up with you about scheduling Mr. Roark's IME with Dr. Thompson and Dr. Greve. Dr. Thompson is available for the psychiatric portion of the evaluation on Friday, May 6, in New Orleans. Dr. Greve is available for a two-day neuropsych evaluation beginning Wednesday, May 25. Please let me know if Mr. Roark would be available to attend those appointments.

Additionally I'd like to discuss the other IMEs that we have requested, particularly the locations of those IMEs (i.e. who will be in Houston, who will be in New Orleans, etc.). Who should I contact to schedule those?

Lastly, during the settlement conference with Judge Shushan you extended an invitation to talk with Dr. Hawks about Mr. Roark and your other clients who she is treating. I wanted to touch base with you about moving forward with that.

1

I look forward to hearing from you.

Regards,
Amy

Amy Jaasma
Goforth Geren Easterling LLP
Woodway Tower
4900 Woodway, Suite 750
Houston, Texas 77056
(713) 650-0022  Phone
(713) 650-1669  Fax
www.goforthlaw.com


This message and any attachments may contain confidential information protected by the attorney-client or other privilege.  If you believe that it has been sent to you in error, please reply to the sender that you received the message in error.  Then delete it.  Thank you.