UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHEN B. MURRAY, SR. | CIVIL ACTION NO.: 11-cv-01476 |
| v. | SECTION: "J" |
| JAMES R. DUGAN, II | DIVISION: (1) |

## UNOPPOSED MOTION TO FILE PLEADINGS UNDER SEAL

Stephen B. Murray, Esq. d/b/a the Murray Law Firm, moves to file their "Motion to Remand and for Attorney Fees and Costs", "Memorandum in Support of Motion to Remand and for Attorney Fees and Costs" and "Notice of Submission" under seal, and in support thereof recites:

I.

On March 25, 2011 James R. Dugan, II, Esq. filed a Motion to Deposit Funds in the amount of $631,125.00 in the registry of the court, and on the same date this Honorable Court ordered the deposit of those funds;

II.

The pleadings filed in this matter contain privileged and sensitive information which, if disclosed publicly, may well affect adversely the business and commercial interests of the clients represented jointly by Murray and Dugan;

III.

Accordingly, Murray moves herewith for an Order that this proceeding be designated and maintained in confidence, the record being accessible only to counsel in the proceeding and the court;

IV.

Dugan, through his lawyer, Jacques F. Bezou, Esq., has no objection to this Motion.

WHEREFORE, Murray prays for an Order designating and maintaining the record herein under seal and accessible only to counsel and the court.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served on counsel for these proceedings by either placing a copy of same in the United States Mail, first class postage prepaid, by electronic mail, and/or by facsimile on this 27th day of June, 2010.

_____
GEORGE F. RIESS

Respectfully Submitted,

_____
**GEORGE F. RIESS, ESQ. (#11266)**
228 St. Charles Ave, Suite 1224
New Orleans, LA 70130
Telephone: (504) 568-1962
Facsimile: (504) 568-1965
E-mail: georgeriess@riess-law.com