UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHEN B. MURRAY, SR. | CIVIL ACTION |
| VERSUS | NO: 11-1476 |
| JAMES R. DUGAN, II | SECTION: J(1) |

**ORDER**

Before the Court is Plaintiff's **Unopposed Motion to File Pleadings Under Seal**. Plaintiff seeks to file a memorandum in support of his Motion for Remand and for Attorneys' Fees and Costs under seal. Accordingly,

**IT IS ORDERED** that Plaintiff's Unopposed Motion to File Pleadings Under Seal is **GRANTED**. Plaintiff's memorandum in support of his Motion to Remand and for Attorneys' Fees and Costs and any attached exhibits are to be filed **UNDER SEAL** and available only to the parties and the Court. However, Plaintiff's Unopposed Motion to File Pleadings Under Seal and Motion to Remand and for Attorneys' Fees and Costs are not to be sealed.

New Orleans, Louisiana, this 6th day of July, 2011.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1