FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 JUN 27 PM 3: 07

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STEPHEN B. MURRAY, SR.** | **CIVIL ACTION NO.:11-cv-01476** |
| v. | SECTION:           "J" |
| **JAMES R. DUGAN, II** | |
| | DIVISION:   (1) |

### MOTION TO REMAND AND FOR ATTORNEY FEES AND COSTS

**NOW INTO COURT**, through undersigned counsel, comes the plaintiff, Stephen B. Murray ("Murray"), to file this motion to remand as this Court lacks subject matter jurisdiction over this action which asserts only claims arising under state law and which was improperly removed to this Court by the defendant, James R. Dugan ("Dugan") on the basis of alleged federal question jurisdiction.

Murray filed a lawsuit in Civil District Court for the Parish of Orleans seeking, inter alia, declaratory judgment as to a 2006 contract entered between two Louisiana attorneys, in Louisiana, and governed by Louisiana law. Murray also asserted state law cases of breach of contract, conversion, fraud, breach of fiduciary duty, detrimental reliance, and unjust enrichment. Finally, Murray sought injunctive relief prohibiting Dugan from collecting and or depositing attorney fees in which Murray has an interest.

Dugan removed this action asserting that this Court had federal question subject matter jurisdiction over this action notwithstanding the fact that he failed to articulate any substantial disputed question of federal law raised by Murray in his petition filed in state court. As demonstrated in the attached memorandum in support, Dugan fails to meet his burden justifying

___Fee _____
___Process _____
_x_Dktd _____
___CtRmDep_____
___Doc. No._____

removal, indeed he had no objectively reasonable basis for removal at all. Because this Court lacks subject matter jurisdiction over this case, it should be remanded.

Accordingly, Murray requests that this Court remand this action to the proper state court of origin and award him the attorney fees and costs incurred in the preparation of this motion.

Respectfully Submitted,

GEORGE F. RIESS, ESQ. (#11266)
228 St. Charles Ave, Suite 1224
New Orleans, LA 70130
Telephone: (504) 568-1962
Facsimile: (504) 568-1965
E-mail: georgeriess@riess-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served on counsel for these proceedings by either placing a copy of same in the United States Mail, first class postage prepaid, by electronic mail, and/or by facsimile on this 27th day of June, 2011.

GEORGE F. RIESS