UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHEN B. MURRAY, SR. | CIVIL ACTION NO.: 11-cv-01476 |
| v. | SECTION: "J" |
| JAMES R. DUGAN, II | DIVISION: (1) |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Stephen B. Murray, Sr.'s *Motion to Remand and for Attorney Fees and Costs* is hereby set for submission on the 20th day of July, 2011 at 9:30 a.m., before the Honorable Judge Carl J. Barbier, United States District Judge, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Respectfully Submitted,

_____
GEORGE F. RIESS, ESQ. (#11266)
228 St. Charles Ave, Suite 1224
New Orleans, LA 70130
Telephone: (504) 568-1962
Facsimile: (504) 568-1965
E-mail: georgeriess@riess-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served on counsel for these proceedings by either placing a copy of same in the United States Mail, first class postage prepaid, by electronic mail, and/or by facsimile on this 27th day of June, 2011.

_____
GEORGE F. RIESS