UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179 SECTION: J |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | § § § | JUDGE BARBIER MAG. JUDGE SHUSHAN |

**BP'S FOURTH MOTION FOR CONFIRMATION OF NON-APPLICABILITY OF PRESERVATION OF EVIDENCE OBLIGATIONS AS TO CERTAIN SUBPOENAED ITEMS AND AS TO CERTAIN NON-EVIDENTIARY ITEMS**

BP America Inc., BP America Production Company, and BP Exploration & Production Inc. (collectively, the "BP Defendants" or "BP") respectfully move this Court for an Order in the form submitted herewith confirming the non-applicability of BP's preservation-of-evidence obligations set forth in Pretrial Order No. 1 to certain non-evidentiary items of equipment. BP circulated a copy of this motion and proposed order to the MDL parties, seeking comment by July 1, 2011, and no party raised objections or comments to this order other than the Department of Justice, whose concerns were addressed by removing certain items of equipment from this motion and proposed order.

This Motion is a follow-on and a close cousin to the motions brought by BP (without objection) that produced this Court's November 19, 2010, January 28, 2011, and February 25, 2011 Orders. The November 19 Order governs the disposition of various equipment items that were deployed to and then recovered from the seabed and the water column near the site of Mississippi Canyon Block #252 well #2. The January 28 Order governs the disposition of items that were staged on shore in the Gulf region in response to the Macondo incident but never

installed in the Gulf, and it applies to rigging, installation aids, and tooling that were used in the Macondo response.  The February 25, 2011 Order governs the disposition of a number of systems that were used in BP's response to the Macondo incident, and that have now been refurbished and transferred to the Marine Well Containment Company ("MWCC").

BP now respectfully brings this Fourth Motion for Confirmation to govern the following systems and equipment components that were formerly associated with BP's spill response, but nonetheless lack evidentiary value:

(1) the drill string from the *Q4000*;

(2) the drill string from the *Discoverer Enterprise*;

(3) the offloading hose from the *Discoverer Enterprise*;

(4) the DR30 Choke;

(5) a remaining portion of a an Oceaneering pressure measurement system used in the response;

(6) equipment items that were staged offshore, but not used or installed during the response;

(7) raw materials, components, and spare parts;

(8) utility and waste liquids retained from the response; and

(9) "trash."

For the reasons more fully set forth in the attached Memorandum in Support, BP respectfully submits that its Motion should be granted so that BP may release these equipment items — all of which lack significant evidentiary value.  BP has made these items available for inspection, and will make these items available for inspection to all parties for an additional period of no less than five (5) days after entry of the proposed Order.  BP produced photographs

of these items during the week of June 13, 2011.  Accordingly, BP respectfully requests that this Court enter an Order in the form submitted herewith.

          Respectfully submitted,

By:   /s/ Don K. Haycraft

Don K. Haycraft (Bar #14361)
(dkhaycraft@liskow.com)
R. Keith Jarrett (Bar #16984)
(rkjarrett@liskow.com)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:   (504) 581-7979
Facsimile:    (504) 556-4108

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois  60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200

Robert R. Gasaway
(robert.gasaway@kirkland.com)
Joseph A. Eisert
(joseph.eisert@kirkland.com)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005
Telephone:   (202) 879-5000
Facsimile:    (202) 879-5200

***Attorneys for BP America Inc.,
BP America Production Company, and
BP Exploration & Production Inc.***

Dated:  July 6, 2011

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 6, 2011, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system. I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

/s/ Don K. Haycraft
Don K. Haycraft