UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION "J"** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | * | |
| *All cases in Pleading Bundles B1 and B3*; | * | |
| 10-2771; 10-3815; 10-1540; 10-1502 | * | **MAGISTRATE NO. 1** |
| | * | **MAGISTRATE SHUSHAN** |

\* \* \* \* \* \* \* \* \* \* \* \*

### *EX PARTE* MOTION TO FILE UNDER SEAL EXHIBITS TO MEMORANDUM OF ANADARKO PETROLEUM CORPORATION AND ANADARKO E&P COMPANY LP ON THE BP DEFENDANTS' WAIVER OF ARBITRATION RIGHTS

Anadarko Petroleum Corporation and Anadarko E&P Company LP (together "Anadarko"), respectfully submit this *ex parte* motion to file under seal Exhibits "J" and "K" to the Memorandum of Anadarko Petroleum Corporation and Anadarko E&P Company LP on the BP Defendants' Waiver of Arbitration Rights together with a Memorandum in Support.

Pursuant to Paragraph 4.B of Pre-Trial Order No. 13 ("PTO No. 13"), a Producing Party may designate all or any part of a document produced Confidential "by marking the appropriate legend ("CONFIDENTIAL" of "HIGHLY CONFIDENTIAL") on the face of the document and each page so designated.

Documents designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" must be filed under seal as an appendix to the filing that refers to the Confidential Information. PTO No. 13 ¶ 8.B. In support of its Memorandum of Anadarko Petroleum Corporation and Anadarko E&P Company LP on the BP Defendants' Waiver of Arbitration Rights, Anadarko wishes to attach certain correspondence between counsel for the BP Defendants' and counsel for

Anadarko, and the August 11, 2008 "Notice of Default under Macondo Prospect Deepwater Operating Agreement and incorporated Exhibits dated October 1, 2009" sent by BP to Anadarko.

Because these documents are "CONFIDENTIAL" as defined by PTO 13, Anadarko respectfully requests that the Court grant its motion to file under seal Exhibits "J" and "K" to Anadarko's Motion to the Memorandum of Anadarko Petroleum Corporation and Anadarko E&P Company LP on the BP Defendants' Waiver of Arbitration Rights for the reasons set forth hear and in its Memorandum in Support.

Respectfully submitted,

DATED: July 6, 2011    BINGHAM McCUTCHEN, LLP

/s/ *Ky E. Kirby*_____
Ky E. Kirby
ky.kirby@bingham.com
David B. Salmons
david.salmons@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on July 6, 2011.

                                                            _____/s/ *Ky E. Kirby*_____
                                                                        Ky E. Kirby