Memorandum of Anadarko Petroleum Corporation and Anadarko E&P Company LP on the BP
Defendants' Waiver of Arbitration Rights

# EXHIBIT C

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE:  OIL SPILL          )    MDL NO. 2179
     by the OIL RIG,            )
 4   DEEPWATER HORIZON in       )    SECTION "J"
     the GULF OF MEXICO,        )
 5   April 20, 2010             )    JUDGE BARBIER
                                )
 6                              )    MAG. JUDGE
                                )    SHUSHAN
 7

 8

                       * * * * * * * * * * * * *
15                            VOLUME 1
                       * * * * * * * * * * * * *
16

17
                  Deposition of JESSE GAGLIANO,
18   taken at Pan-American Building, 601 Poydras
     Street, 11th Floor, New Orleans, Louisiana,
19   70130, on May 11, 2011

20
     APPEARANCES:
21

22   Mr. Tom Thornhill
     Ms. Emily Gebhardt
23   THORNHILL LAW FIRM
     1308 Ninth Street
24   Slidell, Louisiana 70458
     (800) 989-2707
25
```

```
 1                APPEARANCES (continued):
 2

 3   Mr. Scott R. Bickford
     MARTZELL & BICKFORD
 4   338 Lafayette Street
     New Orleans, Louisiana 70130
 5   (504) 581-9065

 6                       -

 7   Mr. Ronnie Penton
     LAW OFFICES OF RONNIE G. PENTON
 8   209 Hoppen Place
     Bogalusa, Louisiana 70427
 9   (985) 732-5651

10               APPEARING FOR THE
                 PLAINTIFFS' STEERING COMMITTEE
11

12   Mr. Philip Chen
     KIRKLAND & ELLIS, LLP
13   333 South Hope Street
     Los Angeles, CA 90071
14   (213) 680-8400

15               APPEARING FOR BP, INC.

16
     Mr. A. Nathaniel Chakeres
17   Mr. Scott Cernich
     U.S. DEPARTMENT OF JUSTICE
18   Civil Division, Torts Branch
     1425 New York Avenue, Northwest, Suite 10100
19   Washington, D.C. 20005

20               APPEARING FOR THE UNITED
                 STATES
21

22

23

24

25
```

GAUDET, KAISER, L.L.C.
Board-Certified Court Reporters

```
 1                    APPEARANCES (continued):
 2

 3   Ms. Deborah Kuchler
     Ms. Sara Iiums
 4   Ms. Janika Polk
     Mr. Lee Ziffer
 5   KUCHLER, POLK, SCHELL, WEINER & RICHESON, LLC
     1615 Poydras Street, Suite 1300
 6   New Orleans, Louisiana 70112
     (504) 592-0691
 7
                    APPEARING FOR ANADARKO PETROLEUM
 8                  COMPANY AND MOEX OFFSHORE 2007,
                    LLC
 9

10   Mr. Dan Goforth
     GOFORTH GEREN EASTERLING, LLP
11   4900 Woodway, Suite 750
     Houston, Texas 77056
12   (713) 650-0022

13              APPEARING FOR TRANSOCEAN

14
     Mr. Floyd Hartley
15   GODWIN RONQUILLO
     1201 Elm Street, Suite 1700
16   Dallas, Texas 75270-2041
     (214) 939-4412  Fax:   214-939-4803
17
                 APPEARING FOR HALLIBURTON
18

19   Mr. Eric J.R. Nichols
     BECK, REDDEN & SECREST
20   515 Congress, Suite 1750
     Austin, Texas 78701
21   (512) 708-1000

22               APPEARING FOR CAMERON

23

24

25
```

```
 1                  APPEARANCES (continued):
 2

 3   Mr. Lambert J. "Joe" Hassinger Jr.
     GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
 4   701 Poydras Street, 40th Floor
     New Orleans, Louisiana 70139
 5   (504) 525-6802

 6              APPEARING FOR THE STATE OF
                LOUISIANA
 7

 8   Mr. Eric A. Kuwana
     KATTEN MUCHIN ROSENMAN, LLP
 9   2900 K Street NW, Suite 200
     Washington, DC 20007
10   (202) 625-3500

11              APPEARING ON BEHALF OF JESSE
     GAGLIANO
12

13   ALSO PRESENT:

14   Mr. Karl Stiegman, Videographer

15

16   REPORTED BY:

17
             TAMARA CHAPMAN, CSR
18           Certified Court Reporter
             State of Texas
19

20

21

22

23

24

25
```

```
 1                      I N D E X
 2                                              PAGE
 3    Appearances................................1
 4    JESSE GAGLIANO
 5      Examination by Mr. Thornhill.............8
 6      Examination by Ms. Kuchler.............187
 7      Examination by Mr. Goforth.............286
 8      Examination by Mr. Chen................292
 9      Examination by Mr. Thornhill...........370
10    WITNESS' CERTIFICATE.....................379
11    REPORTER'S CERTIFICATE...................380
12
13                      EXHIBITS
14    NO.      DESCRIPTION                      PAGE
15    2031     Fifth Amendment Statement         36
16    2032     The Transcript of The Joint
               United States Coast Guard, The
17             Bureau of Ocean Energy
               Management - Tuesday, August 24,
18             2010                              52
19    2033     Telephone Interview of:  Jesse
               Marc Gagliano - Friday, June 11,
20             2010                              53
21    2034     9 7/8" Design Report - May 25,
               2009 Bates HAL_0554765 - 78       62
22
      2035     E-Mail - From Jesse Gagliano,
23             Sent Thu Apr 29 08:46:28 2010 -
               Subject: Foamed Production Jobs
24             at BP - Livelink 10 KB, Bates
               HAL_0559564                      375
25
```

```
 1            THE VIDEOGRAPHER:  We're back on the
 2   record.  It's 3:26.  This is Videotape No. 6.
 3                    EXAMINATION
 4   BY MR. CHEN:
 5        Q.    Good afternoon, Mr. Gagliano.
 6        A.    Hi.
 7        Q.    My name is Phillip Chen, and I'm
 8   here on behalf of BP.  And I have a few
 9   questions for you.
10              I'd like to start off where
11   Anadarko and MOEX's counsel left off, if
12   that's okay.
13        A.    Okay.
14        Q.    Did you know that Anadarko has a
15   25 percent interest in the Macondo well?
16        A.    I respectfully decline to answer
17   based on my constitutional Fifth Amendment
18   privilege.
19        Q.    Did you know that Mitsui
20   Offshore Exploration has a 10 percent
21   interest in the Macondo well?
22        MS. KUCHLER:  Object to form.
23        A.    I respectfully decline to answer
24   based on my constitutional Fifth Amendment
25   privilege.
```

```
 1        Q.      (BY MR. CHEN)  Are you aware of
 2   the relationship between BP and Anadarko and
 3   MOEX as working interest owners of the well?
 4        A.      I respectfully decline to answer
 5   based on my constitutional Fifth Amendment
 6   privilege.
 7        Q.      Anadarko and MOEX, as the
 8   working interest owners, had access to all of
 9   the engineering information on this well;
10   isn't that true?
11        MS. KUCHLER:  Objection; form.
12        A.      I respectfully decline to answer
13   based on my constitutional Fifth Amendment
14   privilege.
15        Q.      (BY MR. CHEN)  And Anadarko and
16   MOEX could have requested any information
17   about this well that they wanted from BP;
18   isn't that correct?
19        MS. KUCHLER:  Object to the form.
20        A.      I respectfully decline to answer
21   based on my constitutional Fifth Amendment
22   privilege.
23        Q.      (BY MR. CHEN)  And based on your
24   experience, don't you believe that Anadarko
25   and MOEX should have requested more
```

```
 1  information about the Macondo well?
 2          MS. KUCHLER:   Object to form.
 3          A.      I respectfully decline to answer
 4  based on my constitutional Fifth Amendment
 5  privilege.
 6          Q.      (BY MR. CHEN)   Because Anadarko
 7  and MOEX had all the same information about
 8  the Macondo well that BP had, they should
 9  have taken all the same actions that BP
10  should have taken with regard to this well?
11          MS. KUCHLER:   Objection; form.
12          A.      I respectfully decline to answer
13  based on my constitutional Fifth Amendment
14  privilege.
15          Q.      (BY MR. CHEN)   Now,
16  Mr. Gagliano, you're not a drilling engineer,
17  are you?
18          A.      I respectfully decline to answer
19  based on my constitutional Fifth Amendment
20  privilege.
21          Q.      You've never been employed as a
22  drilling engineer?
23          A.      I respectfully decline to answer
24  based on my constitutional Fifth Amendment
25  privilege.
```

| | |
|---|---|
| 1 | **WITNESS' CERTIFICATE** |
| 2 | |
| 3 | |
| 4 | |
| 5 | I, **JESSE GAGLIANO**, read or have |
| 6 | had the foregoing testimony read to me and |
| 7 | hereby certify that it is a true and correct |
| 8 | transcription of my testimony, with the |
| 9 | exception of any attached corrections or |
| 10 | changes. |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | _____ |
| 16 | **JESSE GAGLIANO** |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

1        **REPORTER'S CERTIFICATE**

3              I, **Tamara Chapman**, Certified
4    Court Reporter, State of Louisiana, State of
5    Texas, do hereby certify that the
6    above-mentioned witness, after having been
7    first duly sworn by me to testify to the
8    truth, did testify as hereinabove set forth;
9              That the testimony was reported
10   by me in shorthand and transcribed under my
11   personal direction and supervision, and is a
12   true and correct transcript, to the best of
13   my ability and understanding;
14             That I am not of counsel, not
15   related to counsel or the parties hereto, and
16   not in any way interested in the outcome of
17   this matter.

                                  _____
                                  **Tamara Chapman**
                                  Certified Court Reporter
                                  State of Texas, CSR No. 7248
                                  GAUDET KAISER, LLC
                                  601 Poydras, Suite 1720
                                  New Orleans, Louisiana 70130
                                  T: (504) 525-9100
                                  F: (504) 525-9109