Memorandum of Anadarko Petroleum Corporation and Anadarko E&P Company LP on the BP
Defendants' Waiver of Arbitration Rights

# EXHIBIT D

1     UNITED STATES DISTRICT COURT

2     EASTERN DISTRICT OF LOUISIANA

3

4    IN RE:  OIL SPILL BY   MDL NO. 2179
     THE OIL RIG
5    "DEEPWATER HORIZON"   SECTION:  J
     IN THE GULF OF
6    MEXICO, ON APRIL 20,   JUDGE BARBIER
     2010                   MAG. JUDGE SHUSHAN
7

8



14

15

16              **VOLUME 2**

17

18          Deposition of **ROBERT QUITZAU**, 1910

19    Driscoll Street, Houston, Texas 77019, taken

20    in the Pontchartrain Room, 601 Poydras

21    Street, New Orleans, Louisiana 70130, on

22    Thursday, May 26, 2011.

23

24

25

1    **APPEARANCES:**

2

3    ON BEHALF OF THE PLAINTIFFS
     STEERING COMMITTEE:

4

5        LIEFF, CABRASER, HEIMANN & BERNSTEIN
         (BY:  STEVEN E. FINEMAN, ESQUIRE)
              ANNIKA K. MARTIN, ESQUIRE)

6        250 HUDSON STREET, 8TH FLOOR
         NEW YORK, NEW YORK 10013-1413

7

8

9        U.S. DEPARTMENT OF JUSTICE
         ENVIRONMENT & NATURAL RESOURCES DIVISION
         (BY:  NANCY FLICKINGER, ESQUIRE)

10       SENIOR ATTORNEY
         ENVIRONMENT ENFORCEMENT SECTION

11       BEN FRANKLIN STATION
         P.O. BOX 7611

12       WASHINGTON, D.C. 20044

13            ATTORNEYS FOR THE UNITED STATES

14

15       KIRKLAND & ELLIS, LLP
         (BY:  GEOFFREY A. DAVID, ESQUIRE)

16       601 LEXINGTON AVENUE
         NEW YORK, NEW YORK 10022

17            ATTORNEYS FOR BP

18

19       PREIS & ROY, PLC
         (BY:  RICHARD J. HYMEL, ESQUIRE)
              ROBERT L. BLANKENSHIP, ESQUIRE)

20       VERSAILLES CENTRE
         102 VERSAILLES BOULEVARD

21       SUITE 400
         LAFAYETTE, LOUISIANA 70501

22
              ATTORNEYS FOR TRANSOCEAN

23

24

25

```
 1   APPEARANCES (Continued):

 2

 3       PREIS & ROY
         (BY:  CARL J. HEBERT, ESQUIRE)
 4       PAN AMERICAN LIFE CENTER
         601 POYDRAS STREET, SUITE 1700
 5       NEW ORLEANS, LOUISIANA 70130

 6            ATTORNEYS FOR TRANSOCEAN

 7

 8       GODWIN RONQUILLO
         (BY:  FLOYD R. HARTLEY, JR., ESQUIRE)
         1201 ELM STREET
 9       SUITE 1700
         DALLAS, TEXAS 75270-2041
10
              ATTORNEYS FOR HALLIBURTON
11

12       BINGHAM McCUTCHEN
         (BY:  NANCY M. WILMS, ESQUIRE)
13             JESUS R. CHAVEZ, ESQUIRE)
         355 SOUTH GRAND AVENUE, SUITE 4400
14       LOS ANGELES, CALIFORNIA 90071-2106

15            ATTORNEYS FOR ANADARKO PETROLEUM
              AND MOEX OFFSHORE 2007, LLC
16

17

18       JONES, WALKER, WAECHTER, POITEVENT,
         CARRERE & DENEGRE, LLP
         (BY:  THOMAS M. NOSEWICZ, ESQUIRE)
19       201 ST. CHARLES AVENUE
         NEW ORLEANS, LOUISIANA 70170-5100
20
              ATTORNEYS FOR WEATHERFORD
21

22

23       BECK, REDDEN & SECREST, LLP
         (BY:  ERIC J.R. NICHOLS, ESQUIRE)
         515 CONGRESS AVENUE, SUITE 1750
24       AUSTIN, TEXAS 78701

25            ATTORNEYS FOR CAMERON INTERNATIONAL
              CORPORATION
```

1   **APPEARANCES (Continued):**

2

3       MORGAN, LEWIS
        (BY:  PAUL E. KRIEGER, ESQUIRE)
4       1000 LOUISIANA STREET, SUITE 400
        HOUSTON, TEXAS 77002-5006
5
             ATTORNEYS FOR M-I, LLC
6

7       WARE, JACKSON, LEE & CHAMBERS, LLP
        (BY:  WENDY WARE BISHOP, ESQUIRE)
8       AMERICA TOWER
        2929 ALLEN PARKWAY
9       HOUSTON, TEXAS 77019

10           ATTORNEYS FOR DRIL-QUIP

11

12

13

14  **ALSO PRESENT:**

15

16      KARL STIEGMAN, CLVS
        DEPO-VUE, INC.

17

18

19  **REPORTED BY:**

20

21      DIANE TEWIS CLARK, RPR, RMR, CRR
        CERTIFIED COURT REPORTER
        LOUISIANA LICENSE NO. 73005
22      ARKANSAS LICENSE NO. 672

23

24

25

```
 1                        *    *    *

 2                  EXAMINATION INDEX

 3

 4    Page

 5  EXAMINATION BY MR. DAVID................367

 6  EXAMINATION BY MR. HEBERT..............443

 7  EXAMINATION BY MR. HYMEL...............505

 8  EXAMINATION BY MR. HARTLEY.............555

 9  EXAMINATION BY MS. WILMS...............670

10

11                        *    *    *

12                  INDEX OF EXHIBITS

13

14                        Page

    Exhibit No. 2657.......................468
15     E-Mail - From: Watson, Pat Sent: Mon
    5/24/2010 5:43:26 PM - Subject: RE:
16  Macondo, ANA-MDL-000276761 -
    ANA-MDL-000276768
17
    Exhibit No. 2658.......................511
18    E-Mail - From: Hafle, Mark E Sent:
    Sun Mar 14 14:16:19 2010 - Subject:
19  RE: FIT or LOT for Bypass
    BP-HZN-MBI00110676 BPD107-199077
20
    Exhibit No. 2659.......................514
21    Drilling & Completions MOC Initiate
    (date initiated 4/14/2010)
22  BP-HZN-MBI00143259 -
    BP-HZN-MBI00143261
23
    Exhibit No. 2660.......................521
24    Deepwater Horizon Accident
    Investigation Report - dated September
25  8, 2010
```

```
 1  Exhibit No. 2661.......................521
         E-Mail - From: Quitzau, Robert Sent:
 2  Thur 4/8/2010 6:17:34 PM - Subject:
    FW: Macondo Update - Casing Plan
 3  ANA-MDL-000007435 - ANA-MDL-000007436
    ADR017-007435 - ADR017-007436
 4
    Exhibit No. 2662.......................564
 5       E-Mail - From: Bodek, Robert Sent:
    Thu Mar 11 14:45:18 2010 - Subject:
 6  Add to Macondo WellSpace
    BP-HZN-2179MDL00010456
 7
    Exhibit No. 2663.......................584
 8     E-Mail - From: Quitzau, Robert Sent:
    Fri 3/19/2010 2:12:46 PM - Subject:
 9  RE: Macondo
    ANA-MDL-000056879 - ANA-MDL-000056881
10  ANA-MDL-000055595

11  Exhibit No. 2664.......................611
         E-Mail - From: Burton, Forrest Sent:
12  Mon 4/12/2010 11:55:19 AM - Subject:
    FW: Macondo TD Reached
13  ANA-MDL-000050370 - ANA-MDL-000050371

14  Exhibit No. 2665.......................624
       E-Mail - From: Estes, Vic Sent: Tue
15  6/1/2010 7:04:39 PM - Subject: RE:
    ANA-MDL-000273401
16
    Exhibit No. 2666.......................627
17     Handwritten Notes
    ANA-MDL-000274636 - ANA-MDL-000275007
18

19

20

21

22

23

24

25
```

1                    **S T I P U L A T I O N**

2

3          It is stipulated and agreed by and

4     between counsel for the parties hereto that

5     the deposition of the aforementioned witness

6     is hereby being taken pursuant to the Federal

7     Rules of Civil Procedure;

8

9          All formalities, excluding the reading

10    and signing of the transcript by the witness,

11    are hereby waived;

12

13         All objections, except those as to the

14    form of the question and the responsiveness

15    of the answer, are hereby reserved until such

16    time as this deposition, or any part thereof,

17    may be used or sought to be used in evidence.

18

19                        *  *  *

20

21         DIANE TEWIS CLARK, RPR, RMR, CRR,

22    Certified Court Reporter, State of Louisiana,

23    officiated in administering the oath to the

24    witness.

25

1          THE VIDEOGRAPHER:

2                This is the continuation

3     videotaped deposition of Robert Quitzau.

4     Today's date is May the 26th, 2011.  We're

5     now on the record.  It's 8:28.

6     EXAMINATION BY MR. DAVID:

7          Q.     Good morning, Mr. Quitzau.  I'm

8     Geoffrey David.  I'm with the law firm of

9     Kirkland & Ellis.

10               As you may know, we represent BP

11    in this matter, and I have about an hour and

12    15 minutes.  I don't know if I'll take the

13    entire time.  Hopefully, we can make it as

14    short as possible so you can get out of here,

15    or at least on to the next examination.

16               Mr. Fineman went through several

17    different topics yesterday, and I'm apologize

18    if I go through and repeat a little bit, but

19    I want to develop those a little bit further.

20               So the first one I'd like to go

21    through is your responsibilities on the

22    Macondo well.  And I believe you -- you

23    testified yesterday that you took over as the

24    drilling engineer for the Macondo well for

25    Anadarko on or about March 18th; is that

1    correct?

2         A.    That's correct.

3         Q.    All right.  And from whom did

4    you take over that role?

5         A.    Josh Nichols.

6         Q.    Okay, and Josh Nichols.  And

7    whom did you report to?

8         A.    Mike Pfister.

9         Q.    Okay.  And when you took over

10   this role from Mr. Nichols, did Mr. Pfister

11   tell you what your responsibilities were?

12        A.    Mr. Pfister told me to take over

13   the responsibilities from Josh and to talk to

14   Josh and -- and continue to do what Josh did.

15   So I talked to Josh and did so.

16        Q.    So you never received any

17   explicit direction from Mr. Pfister about

18   what your role would be?

19        A.    That's correct.

20        Q.    Okay.  How did Mr. Nichols

21   describe the role?

22        A.    Mr. Nichols described his role

23   as giving a morning update -- a short morning

24   update in the morning drilling meetings that

25   we have on the weekdays and to keep up, to be

1   ready to provide answers to the asset team,

2   and those were mainly related to whether or

3   not the well would reach the geological

4   objectives.

5        Q.    Right.  And I believe yesterday

6   you said that your -- your duties included,

7   in one part, tracking the progress of the

8   well and, in the second part, is reporting on

9   the well to -- to various employees of

10  Anadarko; is that correct?

11       A.    The -- the two functions would

12  be to give the update in the morning meeting

13  and then to provide updates as needed on

14  whether or not we could reach -- whether or

15  not the well could reach geological

16  objectives to the asset team.

17       Q.    Okay.  And were you familiar

18  with these roles and duties, I guess, from

19  your previous experience at Anadarko?

20       A.    No, I wasn't.

21       Q.    Okay.  How did these work --

22       A.    Oh, may I correct that?  The

23  role of reporting in the morning meeting, the

24  30-second update, I mean, I was familiar with

25  that.  But the -- the actual interface with

1    the team, I was not.

2          Q.      Okay.  So how -- how did the

3    interface with the team differ from your

4    previous responsibilities?

5          A.      My previous responsibilities as

6    drilling engineer with -- were with wells

7    that we -- that Anadarko operated.  And in

8    that function, I would deal with various

9    vendors and various experts within the

10   Anadarko -- Anadarko vendor system, working

11   with an entire team of people to put together

12   a well plan.

13         Q.      Okay.  So could you briefly

14   describe your duties, I guess, when Anadarko

15   was an operator of the well?

16         A.      We would form -- we would get

17   the well objectives from the geology group

18   and asset team.  We would put together a well

19   design, casing plan, pore pressure analysis.

20   All the various vendors would come together

21   and contribute practices and procedures and

22   materials and equipment that would contribute

23   to the well design.

24         Q.      And in that role, when you were

25   drilling -- drilling engineer where Anadarko

1   was the operator of the well, who would tell

2   you what your responsibilities were?

3          A.      I answered to Mike Pfister, and

4   he would advise me or tell me what those

5   responsibilities would be.

6          Q.      Okay.  So is -- was Mike Pfister

7   in your role when Anadarko was a non-operator

8   of the Macondo well and Mike Pfister when

9   your role as a drilling engineer when

10  Anadarko was an operator of the well?

11         A.      Can you restate the question or

12  repeat the question?

13         Q.      Sure.  Mike -- you always

14  reported to Mike Pfister --

15         A.      Yes.

16         Q.      -- when you were at Anadarko?

17         A.      Yes.

18         Q.      Now, in your role as a drilling

19  engineer on the Macondo well, did you use any

20  of the skills that you'd established and used

21  in your role -- your previous roles at

22  Anadarko?

23         A.      Yes.

24         Q.      Okay.  And what were they?

25         A.      Giving -- giving the morning

1    meeting updates, 30 seconds, would require a

2    quick review of morning -- morning reports

3    and then speaking before the group.  And then

4    with regard to tracking the progress towards

5    the geological objective, again, simply

6    reading morning reports, identifying where

7    mud weight increases occurred and -- and

8    throwing that into my updates.  And any time

9    there would be shoe tests, I would look at

10   those and put those into the updates as well.

11          Q.    Okay.  And would you also

12   examine the -- the design of the well at all?

13          A.    No.

14          Q.    How would you -- what -- how

15   would you qualify the design of the well?

16   What is included in the design of the well?

17          MS. WILMS:

18                Object to form.

19          THE WITNESS:

20                The design of the well would

21   include a very large number of things.  That

22   would include the hole size selection,

23   interface with the completion engineers to

24   make sure that the proper geological

25   objectives and -- and asset team objectives

1    were achieved.

2              There -- deepwater, there are

3    generally annular pressure buildup analyses

4    run, confirming and making sure that all of

5    the components in the well have enough

6    integrity to hold the loads, putting together

7    procedures for drilling the well.

8              That's what I can think of right

9    now.

10        Q.    Would it -- would the design of

11   the well include everything from the

12   beginning of the well, from spud all the way

13   through either permanent abandonment or

14   temporary abandonment?

15        A.    Yes.

16        Q.    And what is your understanding

17   of temporary abandonment procedures?

18        A.    Temporary abandonment would be

19   to leave the well in a state that it could be

20   reentered for various reasons.

21        Q.    Okay.  And did you monitor

22   the -- the Macondo well as it was going

23   through the temporary abandonment process?

24        A.    What do you mean by "monitor"?

25        Q.    I believe you stated before that

1    you would -- as part of your tracking, you

2    would monitor the well.  Did you do similar

3    tracking when the well was going through the

4    temporary abandonment process?

5         A.    My tracking of progress tracked

6    the process through the geological

7    objectives, and after that, I did not track

8    progress.  So I did not track progress or

9    monitor during the abandonment -- temporary

10   abandonment.

11        Q.    Okay.  And about what date did

12   you stop tracking progress?

13        A.    I don't know the exact date, but

14   the -- when wireline logs were finished being

15   run through the -- through the objective,

16   that -- at that point, I would consider the

17   well to have met the geological objectives.

18        Q.    So would it be fair to say maybe

19   on or about April 14th?

20        A.    That's approximate.

21        Q.    Okay.  And after -- after your

22   tracking, would anyone at Anadarko take over

23   that role of tracking the progress of the

24   well?

25        A.    No one took over that role of

1    tracking the progress.

2        Q.      So would anyone else log onto

3    WellSpace to track the progress of the well?

4        A.      When I say "track the progress

5    of the well," I'm meaning track the drilling

6    progress of the well.  And what the others

7    would do as far as logging on, I -- I don't

8    know.

9        Q.      Okay.  So what -- so besides

10   tracking the drilling progress, what else --

11   what would other people do at Anadarko to

12   monitor the Macondo well?

13       MS. WILMS:

14            Object to form.

15       THE WITNESS:

16            Geoscientists would perhaps

17   continue to download logging data to evaluate

18   the objective zone would be one possibility.

19   EXAMINATION BY MR. DAVID:

20       Q.      Is there anyone, in your

21   opinion -- is there anyone at Anadarko whose

22   responsibility it was to monitor the Macondo

23   well after you stopped monitoring the -- the

24   drilling activities on the Macondo well?

25       A.      From a drilling standpoint, I'm

1    not aware of anybody else who would continue

2    monitoring the -- the activities on the well.

3            Q.      From a geological standpoint?

4            A.      I don't know that for sure, but

5    I suspect the geologists would be --

6    continued to monitor -- they might continue

7    to monitor, again, downloading --

8    log formation evaluation files and things

9    like that.

10           Q.      Anyone else at Anadarko?

11           A.      There could be more.  I -- I

12   can't think of who else it would be.  Perhaps

13   different people on the project team.

14                   As I testified earlier, there

15   are several groups, and they -- they have

16   files that they keep as a matter of record.

17   So they might be accessing WellSpace, for

18   example, to download reports just for the

19   sake of file completeness.

20           Q.      And would you access WellSpace

21   after you stopped monitoring the drilling

22   progress of the well?

23           A.      Yes.

24           Q.      Okay.  And why would you do

25   that?

```
 1          A.      To continue -- while the

 2   drilling progress, as I described, is

 3   finished, I still continued to make 30-second

 4   updates in the morning meetings.  So in

 5   preparation for that, I would download

 6   drilling reports sufficient to make -- to

 7   make those updates.  And then, continually,

 8   as the asset team continues to have

 9   questions, I would try to be prepared to

10   answer those questions.

11          Q.      Okay.  I believe yesterday you

12   spoke about your -- your preparation for the

13   morning meetings.  I think you said that

14   you'd check WellSpace, InSite Anywhere,

15   e-mails, calls, records that you had to

16   prepare for these morning meetings; is

17   that -- is that correct?

18          MS. WILMS:

19               Object to form.

20          THE WITNESS:

21               For morning meetings, it was

22   predominantly downloading information from

23   WellSpace, which would include drilling

24   operating reports, mud logging reports, and

25   possibly pore -- pore pressure frac gradient
```

```
1    reports.

2    EXAMINATION BY MR. DAVID:

3          Q.      Okay.

4          A.      And possibly geological reports.

5          Q.      In your 30-second presentations,

6    what would you include?

7          MS. WILMS:

8                  Object to form.

9          THE WITNESS:

10                 It would be a simple summary of

11   the activity on the rig since my last report

12   to the group.

13   EXAMINATION BY MR. DAVID:

14         Q.      And what would those summaries

15   include?

16         A.      The major activities that were

17   conducted.

18         Q.      Okay.  So what type of -- for

19   example, what type of major activities?

20         MS. WILMS:

21                 Object to form.

22         THE WITNESS:

23                 Drilling, casing running, BOP

24   testing, just generally what took up time

25   during the day.
```

1  0EXAMINATION BY MR. DAVID:

2       Q.     Okay.  I believe you -- and so

3  this would primarily be based on the daily

4  operations reports?

5       A.     Yes.

6       Q.     Okay.  And when would you look

7  at the daily geological reports or the pp/fg

8  reports?

9       A.     My normal routine -- our

10  meeting's at 7:30.  So my normal routine is

11  when I would first get in, anywhere from 6

12  o'clock to 7 o'clock would be to look at

13  reports so that I could get an understanding

14  of what happened on the rig since my last

15  update.  And hope -- my hopes would be that I

16  would have the drilling operating reports,

17  and that would give me what I need.  And if

18  those didn't come in that morning, I would

19  look at the mud log report or the geological

20  report or the pore pressure frac gradient

21  report to get an idea of what happened on the

22  rig.

23       Q.     Okay.  So you would only look --

24  would it be fair to say that you would only

25  look at the daily geological reports or the

1    mud logging reports or the pp/fg reports if

2    the daily operations report hadn't posted

3    yet?

4         MS. WILMS:

5              Object to form.

6         THE WITNESS:

7              For the purpose of giving

8    morning updates, that's correct.  And so as I

9    prepared well plan updates, as is described

10   in my e-mails, that might take place at other

11   times during the day.  And so the pore

12   pressure frac gradient report, for example,

13   might have information that would be relative

14   to a well plan update.

15   EXAMINATION BY MR. DAVID:

16        Q.    And why did you have these

17   meetings Monday through Friday?

18        MS. WILMS:

19              Object to form.

20        THE WITNESS:

21              It's a standard Anadarko

22   drilling practice.  I don't know why -- what

23   their reasoning is.

24   EXAMINATION BY MR. DAVID:

25        Q.    Would you present on any other

```
1    wells besides Macondo?
2         A.     If -- if I'm the drilling
3    engineer for a well that is currently
4    operating, I would present an update on the
5    well that I'm following.
6         Q.     Right.  In the period of
7    March 18th through April 20th, would you
8    present on any other well besides the Macondo
9    well?
10        A.     Yes.  Yes, I would.
11        Q.     Which -- which wells did you
12   present on?
13        A.     There's a well called Green
14   Canyon 608 A-8, Sidetrack 01, ST01.
15        Q.     Is that all one well?
16        A.     That's one well, yes.  And then
17   there might have been another well.  I don't
18   remember if it was within that time -- time
19   period.  It was another Green Canyon well.  I
20   don't remember the name of it.
21        Q.     And was Anadarko an operator of
22   the Green Canyon well?
23        A.     Yes.
24        Q.     Okay.  Were there any
25   non-operators of the Green Canyon well?
```

1        A.        That 608 well, my understanding

2   is, is that it's 100 percent Anadarko.   I

3   could be wrong about that.

4        Q.        So you -- were you the primary

5   drilling engineer on the Green Canyon well?

6        A.        Yes.  And, again, Josh Nichols

7   had that well, and when he left, I took over

8   near the end of the well.  So I was the

9   primary drilling engineer during that time

10  period.

11       Q.        Okay.  And in the morning

12  meetings, from the period of March 18th

13  through April 20th, did you report on any --

14  any other topics besides the Macondo well and

15  the Green Canyon well?

16       MS. WILMS:

17                 Or wells, just to clarify.

18       THE WITNESS:

19                 Yeah.  If -- to the extent that

20  the other well occurred in that time period,

21  I would report on any wells that I was a

22  drilling engineer on.

23  EXAMINATION BY MR. DAVID:

24       Q.        Okay.  Let me.  So besides

25  the -- the Green Canyon well and the Macondo

1    well, there may have been other wells?

2            A.      I described two Green Canyon

3    wells.

4            Q.      I'm sorry.

5            A.      The 608 well that I wrote --

6    gave you, yes, I was clearly the engineer

7    during that period.  There was another Green

8    Canyon well that I took over for a short

9    period.  It was a MODU-operated well, and I

10   don't recall the exact dates of when -- that

11   was a week of -- like about ten days to two

12   weeks, and I don't remember the exact dates

13   of that.

14            So if that occurred during that

15   time, then I would have at various times been

16   looking and reporting on two different

17   Anadarko-operated wells.

18           Q.      Okay.  And for that other well,

19   were you the -- was Anadarko the -- the

20   operator of that well?

21           A.      Yes.

22           Q.      And were you the primary

23   drilling engineer on that well?

24           A.      Yes.

25           Q.      Have you ever been a drilling

1    engineer for an Anadarko-operated well where

2    there has been a non-operator involved?

3           A.     Yes, I have.

4           Q.     And what did you expect out of

5    that non-operator?

6           A.     When you say "expect," do you

7    mean what do I expect them to contribute or

8    what do I expect them to ask?

9           Q.     How about we take it in two

10   parts.  First, what -- what do you expect

11   them to contribute?

12          A.     I don't expect them to

13   contribute anything.

14          Q.     So when you say "contribute," do

15   you mean finances?  Do you mean knowledge?

16   Do you mean --

17          A.     I'm speaking with reference to

18   the drilling practices.  That's all I'm

19   talking about here is the actual drilling

20   practices that I'm involved in.

21          Q.     Okay.

22          A.     So from a project standpoint,

23   you know, the non -- the nonoperator

24   participants contribute much to the project,

25   and that's all outside my scope of work.

1          Q.     So for the nonoperating drilling

2    engineer, would you -- sorry -- would you

3    interact with a nonoperating drilling

4    engineer?

5          A.     If they would like to interact,

6    then I would interact with them.

7          Q.     Okay.  And would you expect them

8    to ask questions?

9          A.     From time to time, I would

10   expect them to ask questions.

11         Q.     And why would you expect them to

12   ask questions?

13         A.     Typically, they would be

14   responding to questions from their asset

15   team, and they would contact me to forward

16   those questions on.

17         Q.     What types of questions would

18   they ask?

19         MS. WILMS:

20              Object to form.

21         THE WITNESS:

22              It could be a very wide range of

23   questions.  For example, if there were some

24   drilling troubles, stuck pipe, or parted

25   casing, they might call to inquire what's

1    going on.

2    EXAMINATION BY MR. DAVID:

3         Q.      Okay.   Any -- any other types of

4    questions?

5         MS. WILMS:

6              Object to form.

7    EXAMINATION BY MR. DAVID:

8         Q.      Mud weight, casing?   Anything

9    that would normally be on an operation

10    report, pp/fg report?

11         A.      Things like formation evaluation

12    questions, they might call to ask about that.

13    In other words, the asset team says, you

14    know, can they run this log or cut this core.

15    The drilling person might call me and just

16    find out, you know, what our plans are and

17    what -- what our concerns might be.

18         Q.      Would you expect the

19    nonoperating drilling engineer to make any

20    suggestions?

21         MS. WILMS:

22              Object to form.

23         THE WITNESS:

24              I would not expect that.   I

25    wouldn't expect it, but they -- sometimes

```
1    they do.
2    EXAMINATION BY MR. DAVID:
3         Q.    Okay --
4         A.    So in --
5         Q.    Sorry, go ahead, sir.
6         A.    Again, what do you mean by
7    "expect"?  In other words, I'm not expecting
8    them to do it, but when there's trouble, then
9    I -- they probably will and do.
10        Q.    How about this, I'll rephrase it
11   slightly.
12             Do you view it as the
13   nonoperating drilling engineer's role and
14   responsibility to make suggestions?
15        A.    I do not.
16        Q.    And how do you know what the
17   role and responsibility would be for the
18   nonoperating drilling engineer?
19        A.    That's just what I understand.
20        Q.    And how did you come to
21   understand that?
22        A.    Over the years, that seems to be
23   the norm.
24        Q.    So based on your experience
25   before your work at Anadarko and your work at
```

1    Anadarko, you've come to define the role and

2    responsibility of a nonoperating drilling

3    engineer?

4         MS. WILMS:

5              Object to form.

6         THE WITNESS:

7              Based on all that experience,

8    I've defined the role of an operating

9    engineer, and with that understanding, that

10   defines the role of a nonoperating -- in

11   other words, how I see the nonoperating

12   engineers is based on my long experience as

13   an operating engineer.  I know -- I know what

14   they do when they ask questions, and that's

15   how -- over the years, that's how I've gained

16   my understanding of that role.

17   EXAMINATION BY MR. DAVID:

18        Q.    Of the -- the operating

19   engineer?

20        A.    Yeah.  My experience is with

21   the -- as an operating engineer, and through

22   that experience, I understand how the

23   nonoperating engineers have -- have been

24   involved or not involved.

25        Q.    So no one at Anadarko, when you

```
 1   were working on Anadarko-operated wells,
 2   would tell you what the role and
 3   responsibility was for the nonoperating
 4   drilling engineer?
 5        A.     I don't recall anybody telling
 6   me that.
 7        Q.     Okay.  Now, coming back to
 8   your -- the monitoring of the well, I believe
 9   you said that you'd look at daily operations
10   reports, pp/fg reports, daily geological
11   reports, daily mud reports.
12              Would you look at anything else?
13        MS. WILMS:
14              Object to form.
15        THE WITNESS:
16              Did you say mud log reports?
17   EXAMINATION BY MR. DAVID:
18        Q.     Mud log reports, yes.
19        A.     Yes.
20        Q.     Anything else?
21        A.     It's possible.  I don't recall
22   all the different things that are on
23   WellSpace.
24        Q.     But you'd -- would you say it is
25   your responsibility to look at anything that
```

1    was posted on WellSpace?

2         A.      It is not my responsibility to

3    look at anything that's on WellSpace.

4         Q.      What is it your responsibility

5    to look at on WellSpace?

6         A.      My responsibility is to get

7    whatever information I can, to give the

8    update in the morning meeting or whatever I

9    think I need to track the progress of the

10   well towards the geological objective.

11        Q.      So in addition to the daily

12   operations reports, the pp/fg reports, the

13   daily geological reports, the mud logging

14   reports, what else would you look at from

15   Wire -- sorry, from WellSpace to prepare for

16   your morning meetings?

17        MS. WILMS:

18              Object to form.

19        THE WITNESS:

20              There might have been other

21   things, but those are the main ones.  I can't

22   recall anything --

23   EXAMINATION BY MR. DAVID:

24        Q.      Would you look at wireline logs?

25        A.      I don't recall looking at

1    wireline logs to prepare for the morning

2    meeting.

3            Q.      Would you look at MWDs or LWDs?

4            A.      As we drilled -- as BP drilled

5    through the objective, I would and did look

6    at formation evaluation LWD logs to see what

7    the pay zones looked like.  And there might

8    have been one or two meetings in there when I

9    looked at that prior to the morning meeting.

10           Q.      And why would you look at the --

11   the pay zones?

12           A.      Just to understand what we're

13   drilling or what BP's drilling.

14           Q.      Okay.  Why -- why is that

15   important?

16           A.      The asset team is very, very

17   interested in that, and I wanted to be

18   prepared to respond to any questions that

19   they might have.  They're very excited during

20   that time.  So I want to be prepared, you

21   know, to deal with any requests they might

22   have.

23           Q.      And how often would they ask

24   you -- the asset team, how often would the

25   asset team ask you for updates on the well?

```
1              MS. WILMS:
2                     Object to form.
3              THE WITNESS:
4                     I guess through the history of
5      this well, they asked several times.  It
6      wasn't regular.  I don't recall the exact
7      number.
8      EXAMINATION BY MR. DAVID:
9              Q.     Is it like everyday?
10             A.     It was not everyday.
11             Q.     How many times a week would you
12     say?
13             A.     Again, I can recall three or
14     four times during the course of my
15     involvement, and I couldn't quantify it in
16     times per week.
17             Q.     And that's in addition to the
18     morning meetings; correct?
19             A.     That's correct.
20             Q.     And did it increase in frequency
21     as you approached TD?
22             MS. WILMS:
23                    Object to form.
24             THE WITNESS:
25                    Again, I can't -- I don't
```

1   remember the exact frequency and timing of

2   all -- the few e-mails -- however many

3   e-mails they submitted.

4   EXAMINATION BY MR. DAVID:

5         Q.     But would you say it became more

6   frequent as you approached TD?

7         MS. WILMS:

8               Object to form.

9         THE WITNESS:

10              I can't remember the exact

11  frequencies.  The -- the requests for few

12  enough in number over the time period that

13  I -- I couldn't quantify the exact

14  frequencies.

15  EXAMINATION BY MR. DAVID:

16        Q.     Would you ever report without a

17  request?

18        A.     It's possible that I've reported

19  without a request.

20        Q.     Would it view -- would you view

21  it your duty to -- role and responsibility to

22  report without a request?

23        A.     I would not view it as my duty.

24        Q.     Okay.  Now, when you're looking

25  at the -- we'll take the daily operations

1   reports.  When you're looking at the daily

2   operations reports, what are you specifically

3   looking at?

4        A.      There's no general rule.  But

5   typically, I would look at the 24-hour

6   summary and then skim through the -- the

7   operating steps on the morning report, where

8   they -- where they describe the operations

9   and the exact time range those operations

10  were conducted.  I'd skim through that fairly

11  quickly.

12              And I might look at the --

13  there's a block in there on mud properties,

14  which would include mud weights.  So I'd

15  generally look at that.

16              And then at the very end of the

17  report, there's a -- similar operating steps

18  from midnight to 5:00 a.m.  I would typically

19  look at that to see what they had done from

20  midnight to 5:00 a.m.

21       Q.      Okay.  And when you're looking

22  at what they did, is there any specific

23  action that you're looking for in particular?

24       MS. WILMS:

25              Object to form.

1          THE WITNESS:

2                No.  Typically, just to get a

3     feel for what they're doing during that day

4     and what the bulk of the time was spent on

5     during the day.  And then with regard to

6     updates, the one thing that -- that would be

7     specific would be any changes in mud weights.

8     So if I could see where they changed the mud

9     weight, what depth, I would look for that.

10    EXAMINATION BY MR. DAVID:

11         Q.     So why are you particularly

12    interested in mud weight?

13         A.     As I described earlier, the mud

14    weights, I would put into my well plan

15    update.

16         Q.     And we'll get to the well plan

17    update.  We'll discuss that.

18                Would you look at anything

19    besides mud weight in particular?

20         A.     Again, as I described earlier,

21    the shoe test, I would capture that and look

22    for that.  They'll spell that out very

23    clearly, and so I would look at that just to

24    see, you know, what they recorded as their

25    shoe test.

```
 1           Q.     Would you look at LOTs or FITs?

 2           A.     That's a shoe test.

 3           Q.     Shoe test, right.

 4           A.     Yeah.

 5           Q.     Okay.  Were you responsible for

 6    looking at -- I think it's PelGraph reports.

 7           A.     Can you say that again?

 8           Q.     PelGraph.  PelGraph, I think

 9    it's P-E-L-G-R-A-F?

10           A.     I'm not familiar with that term.

11           Q.     Did you view it as your

12    responsibility to also review the -- the

13    analysis of the pay zone?

14           A.     What do you mean by "the

15    analysis of the pay zone"?

16           Q.     My understanding is after the

17    pay zone is hit, there's an analysis done on

18    the hydrocarbons that are released from that

19    pay zone, and then that would be shared with

20    Anadarko.

21                  Would it be your responsibility

22    to review those reports?

23           MS. WILMS:

24                  Object to form.

25           THE WITNESS:
```

1            No, it would not.

2      EXAMINATION BY MR. DAVID:

3            Q.    Whose -- whose responsibility

4      would it be?

5            MS. WILMS:

6                  Object to form.

7            THE WITNESS:

8                  I don't know for sure, but,

9      likely, the exploration geologist would look

10     at that, and the petrophysicist would look at

11     that.

12     EXAMINATION BY MR. DAVID:

13           Q.    And when you're looking at the

14     shoe test and the mud weight, if there had

15     been a shoe test or change in mud weight,

16     would you also look at the pp/fg reports?

17           MS. WILMS:

18                 Object to form.

19           THE WITNESS:

20                 I looked at pp/fg reports any

21     time I was interested in pore pressure, mud

22     weight and loss -- any indication of the

23     formation fracture weak -- formation fracture

24     weakness, which would include a shoe test as

25     well, yes.

```
 1    EXAMINATION BY MR. DAVID:

 2         Q.      And how often would you look at

 3    the pp/fg reports?

 4         A.      As needed.  Sometimes they

 5    didn't come in or weren't -- there wasn't one

 6    submitted.  But they -- they would contain

 7    relevant information to what I just

 8    described.

 9         Q.      All right.  So that sometimes

10    they didn't come in or weren't submitted,

11    you -- on WellSpace, you always had the

12    necessary documents to do your job; correct?

13         MR. HEBERT:

14              Object to form.

15         THE WITNESS:

16              No, that's not correct.

17    EXAMINATION BY MR. DAVID:

18         Q.      Okay.  Then what were you

19    missing from WellSpace?

20         A.      Occasionally, the daily

21    operating reports would not come in at the

22    time that I needed them.

23         Q.      I think you referenced that

24    yesterday.  Around April 18th, you said that

25    you were perhaps missing some daily
```

```
 1   operations reports.  That's after April 14th,
 2   though, right?
 3                You had stopped monitoring the
 4   well at that point?
 5        A.      I did say that, and -- the exact
 6   date, I'd have to go back and look at the
 7   WellSpace log.  But there were other times
 8   when -- when the daily operating report would
 9   not come in.  I don't remember the dates.
10                In those cases, as I described
11   earlier, then I would go to the mud log
12   reports or the geological report.
13        Q.      And those reports eventually
14   were posted to WellSpace, though; correct?
15        A.      I recall they were eventually
16   posted to WellSpace.
17        Q.      And did -- when they were posted
18   to WellSpace, did you review those -- those
19   documents?
20        A.      My practice was -- as many other
21   functions, was to keep a record in our
22   well -- standard well file, electronic well
23   file.  So I would download the reports that
24   came in late, but that does not necessarily
25   mean that I would look at them or review
```

```
 1    them.
 2          Q.       And when you, I guess,
 3    downloaded them and posted them, when you did
 4    review them, did that change your -- your
 5    view or opinion on the progress of the
 6    Macondo well?
 7          MS. WILMS:
 8                   Object to form.
 9          THE WITNESS:
10                   I don't recall.  I don't recall
11    that happening.
12    EXAMINATION BY MR. DAVID:
13          Q.       Okay.  When you'd download the
14    daily operations reports, why would you not
15    look at some of them?
16          MS. WILMS:
17                   Object to form.
18          THE WITNESS:
19                   If I got enough information off
20    the -- the mud log report or other reports,
21    that's all I needed.
22    EXAMINATION BY MR. DAVID:
23          Q.       Okay.  So you viewed it as
24    sufficient to look at the mud log report or
25    the pp/fg reports or daily geological reports
```

```
 1    that were posted?
 2         A.      That would depend on the
 3    operations that were conducted on the well.
 4         Q.      And if they were, what
 5    operations would not be -- sorry.  What would
 6    the daily -- the daily geological reports,
 7    the pp/fg reports, and mud logging reports
 8    provide that -- or not provide that you would
 9    need for a particular operation?
10         MS. WILMS:
11              Object to form.
12         THE WITNESS:
13              I think I would need to
14    understand the operation to understand that
15    question that you're interested in.
16    EXAMINATION BY MR. DAVID:
17         Q.      So what type of operations would
18    not be included in the daily geological,
19    pp/fg, or mud logging reports?
20         MS. WILMS:
21              Object to form.
22         THE WITNESS:
23              The pp/fg and mud log reports
24    and geological reports would just be a very
25    short summary on the order of the 24-hour
```

1    summary on the daily operating report.  So to

2    the extent that I would be interested in

3    clarifying operating steps, then I would have

4    to go to the daily operating report.  And I

5    don't recall any specific operations that

6    would necessitate that I do that.  I just

7    can't think of any.

8         Q.    But when you -- when you needed

9    to, you did and could review the daily

10   operations reports from WellSpace?

11        MS. WILMS:

12             Object to form.

13        THE WITNESS:

14             As I said, sometimes when I

15   needed them, as in -- for my morning meeting,

16   they weren't available, and so I relied on

17   other meetings.  But I could -- eventually,

18   they would be in there if I needed them.  But

19   they -- if I needed them at a later time.

20   EXAMINATION BY MR. DAVID:

21        Q.    Did you ever monitor the Macondo

22   well for the safety of the operations on the

23   well?

24        A.    I did not.

25        Q.    Did you view it as your role and

1   responsibility to do so?

2        A.        I did not.

3        Q.        Did you ever receive any

4   instruction from anyone at Anadarko to

5   monitor the Macondo well for safety?

6        A.        I did not.

7        Q.        Did you think that that should

8   be part of your job?

9        A.        I did not.

10       Q.        Did you ever review anything in

11   your role as the drilling engineer for

12   Macondo well that alerted you to safety

13   concerns on the Macondo well?

14       A.        Can you repeat the question?

15       Q.        During the course of -- as the

16   drilling engineer for the Macondo well,

17   during the course of your review of material,

18   as you tracked the Macondo -- the course of

19   the drilling on the Macondo well, did you see

20   anything that caused you concern about

21   safe -- the safety of the operations on the

22   Macondo well?

23       MS. WILMS:

24              Object to form.  Go ahead.

25       THE WITNESS:

1          I did not.

2    EXAMINATION BY MR. DAVID:

3          Q.     Do you -- in the course of your

4    monitoring the Macondo well, did you track

5    the cementing of any shoes or -- of any

6    shoes?

7          A.     My tracking would be simply to

8    acknowledge or be aware that the cementing

9    had occurred.  I didn't get into any detailed

10   evaluation of the cementing process.

11         Q.     Were you ever or did you ever

12   become aware of what type of cement was used

13   on the Macondo well?

14                This is before April 20th.

15         A.     So when I'm reading the drilling

16   operations report, I would see simply that

17   cement job was pumped, and there might be a

18   detailed list of additives.  I wouldn't read

19   that.  I might see the density, but that

20   would be about it.

21         Q.     And did you see anything in

22   the -- strike that.

23                Would you ever note cementing in

24   your morning meetings?

25         A.     Simply to say that they

 1    conducted a cementing operation would be the

 2    limit of my reporting.

 3            Q.     I would like you to now open up

 4    your binder, and we'll look at what was

 5    previously marked as 1598.  And it was

 6    yesterday out of the PS -- PSC, I think

 7    Tab 1, for those who are looking on the CD.

 8            A.     Can you say the number again?

 9            Q.     1598.

10            A.     I don't see any 1598.

11        MS. WILMS:

12                   Are you looking at the tab

13    numbers?

14        MR. DAVID:

15                   It was previously marked 1598.

16        MS. WILMS:

17                   We don't -- I don't see any

18    15's.  I don't know.  Maybe --

19        MR. DAVID:

20                   We'll skip over that one for

21    right now, and we'll come back to it.

22                   Can we go to 2624?

23                   Go to 2624.

24        MS. FLICKINGER:

25                   What tab?

1        MR. DAVID:

2              It's going to be tab -- I think

3  from PSC Tab 4.

4        MS. WILMS:

5              This one -- oh, that's the one.

6  That's 26.

7        MR. DAVID:

8              And I'm also going to reference

9  at the same time, just for ease, I think it

10  was DOJ's Tab 18, and that was marked as

11  2653.

12        MS. WILMS:

13              I have a copy of 1598, if you

14  want it.

15  EXAMINATION BY MR. DAVID:

16        Q.      All right.  So -- which I

17  believe you discussed this document

18  yesterday; is that correct?

19        A.      That's correct.

20        Q.

21              Okay.  And what is this

22  document?

23        A.      This is a series of e-mails in

24  which Derek Folger is asking for an update,

25  and Josh is introducing me to him and asking

1    me to provide Derek with that update.

2         Q.     Okay.  And if you scroll all the

3    way or go all the way to the last page, what

4    is that document?

5         A.     This is a plot of pore pressure

6    frac gradient, mud weights, and casing

7    setting depths, actual and potential future

8    casing setting depths.

9         Q.     Is that what you referred to

10   earlier as the well plan update?

11        A.     That is.

12        Q.     How often would you create

13   the -- these well plan updates?

14        A.     As needed.  And I don't have an

15   exact frequency on that.

16        Q.     As needed.  So you would be

17   requested to do that?

18        A.     I would follow and track the

19   progress of the well as it drilled.  And if

20   mud weight changes or leak off tests or shoe

21   tests were taken, I would update.  And if

22   someone asked for an update, then I would

23   also revisit and update the -- the plot.

24        Q.     So if there were changes in mud

25   weight or -- then you would update your plot?

```
 1          A.      There could be multiple changes
 2    of update during the times that I would look
 3    at this.  I wouldn't -- I didn't necessarily
 4    go in and update this every time the mud
 5    weights were changed.  So if there were many
 6    mud weight changes when I look at it in the
 7    morning, I might update that.  But there's no
 8    standard time for -- time format or
 9    conditions for -- for the updates.
10          Q.      So how would you decide when to
11    update?
12          MS. WILMS:
13              Object to form.
14          THE WITNESS:
15              Again, I don't know that there's
16    any general decision process.  But when I
17    would look at the morning reports, if I saw
18    that there were multiple updates, I might go
19    ahead and go in and add those updates to the
20    plot.
21    EXAMINATION BY MR. DAVID:
22          Q.      I believe yesterday you
23    described how you would create these, and
24    could you tell me again how you -- how would
25    you create these plots?
```

1          A.       The pore pressure, frac

2     gradient, mud weight, smooth dark curves, I

3     took those from a BP PowerPoint presentation

4     that I got from the information that Josh

5     Nichols provided me, which -- which I

6     believed to be a predrill estimate.  And

7     the -- the step -- stepwise solid lines

8     would be the -- are the actual mud weights

9     that I recorded for the original well and for

10    the bypass well.  And the solid lines on the

11    right, with the triangle representing shoes,

12    would be the actual casing setting depths

13    that occurred in the well.

14          Q.       Okay.  And let's talk about that

15    PowerPoint from Mr. Nichols.  Could you tell

16    me what -- do remember what the title of that

17    presentation was called?

18          A.       I do not.

19          Q.       Okay.  Was there a date on that

20    presentation?

21          A.       I don't recall.

22          Q.       Where did you find the

23    presentation?

24          A.       It was in the -- the records

25    that Josh Nichols passed on to me.

1      Q.      So with the box of documents --

2      A.      The box.

3      Q.      -- that you referred to

4  yesterday?

5      A.      Yes.

6      Q.      Okay.  Do you know if there's an

7  an electronic version of that document?

8      A.      I don't know.

9      Q.      Do you still have access to that

10  box of documents?

11      A.      I do not.

12      Q.      And where is it now?

13      A.      I believe that was given to the

14  legal -- our legal group.  And let me

15  clarify.  They may have since given some of

16  those documents back to me, but I don't -- I

17  don't know if that PowerPoint presentation

18  was -- it was -- it was in anything that they

19  returned to me.

20      Q.      How did you use the PowerPoint

21  presentation to generate that -- that graph?

22      A.      I manually selected data points

23  just visually off the plot and plugged those

24  into my model.

25      Q.      So would it be fair to say that

1    you -- you approximated the location of the

2    lines for your plot --

3          MS. WILMS:

4                Object --

5    EXAMINATION BY MR. DAVID:

6          Q.     -- from the presentation?

7          MS. WILMS:

8                Object to form.

9          THE WITNESS:

10               That would be fair to say.

11   EXAMINATION BY MR. DAVID:

12         Q.     And to be clear, which lines did

13   you use from the PowerPoint presentation?

14         A.     Pore pressure, mud weight, frac

15   gradient.

16         Q.     Okay.  Why would you create

17   these plots?

18         MS. WILMS:

19               Object to form.

20         THE WITNESS:

21               This is the -- the way that I

22   can visualize and describe progress towards

23   the geological objective.

24   EXAMINATION BY MR. DAVID:

25         Q.     Okay.  And how would this

1    describe how you're progressing to the

2    geological objective?

3            A.      This describes the relationship

4    between the mud weight and the fracture

5    gradient and gives some idea as to -- an

6    approximate idea of whether or not the well

7    can reach the geological objectives.

8            Q.      How would you determine from

9    this graph whether or not the well can reach

10   the geological objectives?

11           A.      The -- as I described yesterday,

12   it's automated.  It's not an exact predicting

13   tool, but it gives a general idea of how far

14   can be drilled before the mud weight

15   approaches the previous shoe strength with

16   some margin of -- some margin below that

17   shoe -- shoe strength.

18           Q.      And why would you provide these

19   plots to others?

20           A.      This would give some idea of the

21   chances of reaching the geological objectives

22   which they were interested in.

23           Q.      And would they be able to read

24   these plots?

25           A.      I sent it to them, and they --

```
1    they would often thank me for them.  So I
2    assumed that they -- I met their needs.
3         Q.    Okay.  When was the last time
4    you created one of these plots; do you
5    recall?
6         A.    I don't recall the exact date.
7    MR. DAVID:
8              And would you mind handing him
9    the 15-9A?
10   MS. WILMS:
11             Not at all, no problem.
12   EXAMINATION BY MR. DAVID:
13        Q.    So we're looking now again at
14   PSC Tab 1 from yesterday, 15-9A.
15             Do you remember this document
16   from yesterday, Mr. Quitzau?
17        A.    Yes, I do.
18        Q.    All right.  If you scroll down
19   or page down to -- it's going to be the third
20   page and the fourth page, I think, ending in
21   Bates number 1042 and 1043?
22        A.    Okay (complying).
23        Q.    Okay.  And when your -- you, I
24   believe yesterday, discussed that these were
25   the types of documents that you would expect
```

1  to find on a WellSpace, is that correct?

2       MS. WILMS:

3              Object to form.

4       THE WITNESS:

5              Can you restate the question or

6  repeat the question.

7  EXAMINATION BY MR. DAVID:

8       Q.      How about this:  Would you

9  expect to receive these documents as a

10  drilling engineer -- as a -- pardon me.

11              Would you expect to receive

12  these documents from the operator of the

13  well?

14       MS. WILMS:

15              Object to form.

16       THE WITNESS:

17              As a drilling engineer, I -- I

18  wouldn't know what to -- whether to expect

19  some of these documents or not.

20  EXAMINATION BY MR. DAVID:

21       Q.      Which documents would you use as

22  a drilling engineer?

23       A.      In my function as a nonoperator,

24  the mud log reports.  I see -- I see the

25  words "drilling prognosis," "well history,"

1  and "permit to drill."  I might use those,

2  although, to be honest, I was not aware that

3  those were in there.

4       Q.     Would there -- and I guess you

5  also -- I believe you testified earlier that

6  you would use, from time to time, the MWD and

7  LWD?

8       A.     Let's see what that says.

9       Q.     Is that right?

10      A.     So, yes.  I could -- let's see.

11 MWD, LWD, field prints, and final prints.

12      Q.     And wireline logs as well?

13      A.     I might use -- I might expect to

14 use those.  I don't know that I actually did

15 on this well.

16      Q.     Okay.  All right.  And for --

17 did you ever receive copies of any filings

18 with the MMS?

19      A.     I don't -- I don't recall if I

20 did.

21      Q.     But you may have received copies

22 of filings to the MMS?

23      MS. WILMS:

24           Object to the form.

25      THE WITNESS:

```
1                        I don't recall.
2     EXAMINATION BY MR. DAVID:
3           Q.    Okay.  You don't recall if you
4     may have?
5           A.    I don't recall receiving --
6           MS. WILMS:
7                 Object to form.
8           THE WITNESS:
9                 I don't recall receiving them --
10    any documents from MMS.
11    EXAMINATION BY MR. DAVID:
12          Q.    Okay.  Would you expect to
13    receive copies of MMS filings?
14          MS. WILMS:
15                Object the form.
16          THE WITNESS:
17                I -- I wouldn't necessarily
18    expect that.
19    EXAMINATION BY MR. DAVID:
20          Q.    In your previous experience as
21    a -- when Anadarko has been an operator of a
22    well and there's been a relationship with a
23    nonoperator, would you have ever provided the
24    nonoperator with MMS filings?
25          A.    I don't recall doing that.
```

1      Q.      Would you -- was it your
2  responsibility to provide MMS filings to the
3  nonoperator of the well?
4      A.      It was not --
5  MS. WILMS:
6          Object to form.
7  THE WITNESS:
8          It was not.
9  EXAMINATION BY MR. DAVID:
10     Q.      Let's turn to -- it was marked
11 yesterday as Exhibit 2630.  It's PSC Tab 13
12 from yesterday.
13     A.      (Complying.)
14 MR. DAVID:
15         How are we doing with time?
16 THE VIDEOGRAPHER:
17         You've got ten minutes.
18 EXAMINATION BY MR. DAVID:
19     Q.      Do you remember this -- this
20 document from yesterday, Mr. Quitzau?
21     A.      Yes, I do.
22     Q.      Okay.  And would you scroll down
23 to the very last page ending in 2158.
24     A.      Yes.
25     Q.      Okay.  You're there.

```
 1                   Could you tell me what this
 2   e-mail is.
 3        A.      Which e-mail?
 4        Q.      The -- the last e-mail, I guess,
 5   on the page.
 6        A.      This is an e-mail to Bobby
 7   Bodek, asking for an update on the Macondo
 8   well.
 9        Q.      Okay.  And would you read the
10   very last sentence from you?
11        A.      "Is there any consideration to
12   reducing the mud weight to 14.3 pound per
13   gallon?"
14        Q.      I believe yesterday you -- you
15   stated that you were asking this question as
16   a suggestion about mud weight; is that
17   correct?
18        MS. WILMS:
19                Object to form.
20        THE WITNESS:
21                I said this was a -- a
22   suggestion to consider reducing the mud
23   weight.
24   EXAMINATION BY MR. DAVID:
25        Q.      Did you ever make any other
```

1    suggestions to -- to Mr. Bodek?

2        A.    I don't recall any other

3    suggestions.

4        Q.    When would you have made

5    suggestions to Mr. Bodek?

6        MS. WILMS:

7            Object to form.

8        THE WITNESS:

9            Generally, I wouldn't.

10   EXAMINATION BY MR. DAVID:

11       Q.    Okay.  But you did in this -- in

12   this case, though; correct?

13       A.    That's correct.

14       Q.    Okay.  And why did you choose to

15   make a suggestion to Mr. Bodek in this case?

16       A.    In this case, I was just trying

17   to help out, based on -- they were dealing

18   with ballooning issues, and we had had some

19   experience with ballooning issues in Anadarko

20   operations, and so I offered some comments to

21   that effect.

22       Q.    Okay.  Now, could you -- I think

23   it's going to be the -- it's on both pages,

24   2157 and 2158.

25       A.    Okay.

1    Q.    So could you tell me what the

2    e-mail is that spans 2157 and 2158?

3    A.    It's called Macondo update, and

4    it's a recap of a phone call with Bobby

5    Bodek.

6    Q.    Okay.  And could you then turn

7    to the top of Page 2158.

8          Are you there?

9    A.    Yes.

10   Q.    And could you read aloud the --

11   the third paragraph?

12   A.    Starting with operationally?

13   Q.    Yes, sir.

14   A.    Operationally, I agree with

15   their plan to pull out of the hole POH,

16   replace the equipment, how they're dealing

17   with the mud losses, and keeping the mud

18   weight at 14.3-pound per gallon, if possible.

19   The big question of whether or not we are

20   through the M55 is for you to answer.

21   Q.    Okay.  And why did you

22   operationally agree with the plan to pull out

23   of hole -- replace the equipment, the way

24   that they were dealing with the mud losses,

25   and keeping the mud weight at 14.3 pounds per

1    gallon?

2         A.      Basically after listening to

3    what Bobby had to say, I was passing on to

4    the asset team, that I agree with the BP

5    plans.

6         Q.      Was this based on your previous

7    experience as a drilling engineer on your

8    previous Anadarko wells?

9         MS. WILMS:

10              Object to form.

11        THE WITNESS:

12              Yes.

13   EXAMINATION BY MR. DAVID:

14        Q.      Okay.

15        A.      I'm sorry.  Can you repeat the

16   question?  You said based on Anadarko wells?

17        Q.      Anadarko -- your previous

18   Anadarko wells?

19        A.      Yes.

20        Q.      Okay.  The last sentence -- the

21   last sentence is:  "The big question of

22   whether or not we are through M55 is for you

23   to answer. "

24              Why is that a question for the

25   recipients of this e-mail?

1       A.      At that point in the well, the

2   asset team was concerned about whether or not

3   the geological objectives had been achieved.

4   And so, in my discussion with Bobby Bodek, he

5   referenced some discussion on the sands --

6   the objective sands, and I simply point out

7   to the asset team that -- that I'm not

8   qualified or I'm not -- I don't understand

9   what the geological objectives are, you know,

10  how they're officially described, and that's

11  for them to worry about.  In other words, I

12  can't tell which sand is which.  That's for

13  them to decide.

14      Q.      So you would not view it as your

15  role or responsibility to decide that?

16      A.      To decide?

17      Q.      Whether they were through the

18  M55?

19      A.      That's correct.

20  MR. DAVID:

21          I think we need to go off for

22  right now so he can change the tape.

23      THE VIDEOGRAPHER:

24          We're going off the record.

25  It's 9:24.  This is the end of videotape No.

```
 1    1.
 2                   (Whereupon, a brief recess was
 3    taken.)
 4         THE VIDEOGRAPHER:
 5                   We're back on the record.  This
 6    is the beginning of videotape No. 2.  It's
 7    9:37.
 8    EXAMINATION BY MR. DAVID:
 9         Q.    All right, Mr. Quitzau.  I just
10    have a couple more topics to cover, and then
11    we will be done.
12                   For any other decisions --
13    operational decisions that were made on the
14    Macondo well, did you agree with them?
15         MS. WILMS:
16                   Object to form.
17         THE WITNESS:
18                   I'm not aware of all the
19    operational decisions that were made on the
20    well.
21    EXAMINATION BY MR. DAVID:
22         Q.    From March 18th through the time
23    that you stopped monitoring the well, did you
24    agrees with all the operational decisions on
25    the well?
```

```
 1              MS. WILMS:
 2                    Object to form.
 3          THE WITNESS:
 4                    My understanding is there are
 5   numerous operational decisions.  I had no
 6   disagreements.  I'm not aware of all them,
 7   and I didn't have any disagreements with the
 8   ones I might have been aware of.
 9   EXAMINATION BY MR. DAVID:
10          Q.    If you did have disagreements
11   with the way that the well was operating, did
12   you feel free to contact Mr. Bodek or anyone
13   else at BP?
14          MS. WILMS:
15                    Object to form.
16          THE WITNESS:
17                    Any -- any contact with BP in
18   that regard, I would consult the asset team
19   before communicating -- any further
20   communications.
21   EXAMINATION BY MR. DAVID:
22          Q.    But Anadarko could contact BP if
23   it did disagree with any operational
24   decisions?
25          MS. WILMS:
```

```
 1                        Object to form.
 2          THE WITNESS:
 3                        Our position was that we were
 4     not in any kind of decision-making role.  So
 5     we didn't really --
 6     EXAMINATION BY MR. DAVID:
 7          Q.      That's not exactly my question.
 8     My question is slightly different.
 9                        Anadarko could contact BP if it
10     did disagree with any of the operational
11     decisions; correct?
12          MS. WILMS:
13                        Object to form.
14          THE WITNESS:
15                        Anadarko had open lines of
16     communication and could contact BP at any
17     time.
18     EXAMINATION BY MR. DAVID:
19          Q.      Okay.  And for instance, if you
20     did have a suggestion for a different way to
21     operate the well, you could contact BP;
22     correct?
23          MS. WILMS:
24                        Object to form.
25          THE WITNESS:
```

```
 1                    As I said, Anadarko could
 2   contact BP at any time through the existing
 3   channels.
 4   EXAMINATION BY MR. DAVID:
 5          Q.      So one of these -- an example of
 6   a time that you could contact BP with a
 7   suggestion was your e-mail to Mr. Bodek about
 8   the 4.3 -- 14.3 mud weight; correct?
 9          A.      That was a suggestion to
10   consider, and that is an example of putting
11   forth a communication to BP.
12          Q.      Will you turn to Tab 20 of the
13   PSC.  It's going to be 1592.  So you might
14   not even have it in that binder.
15          MS. WILMS:
16                  No, we don't.
17          MR. DAVID:
18                  Okay.  So --
19          MS. WILMS:
20                  Do you have 1592 handy?  1592.
21          MR. DAVID:
22                  No.  Let's go to a different
23   exhibit while you're trying to find that.
24   Thanks.
25   EXAMINATION BY MR. DAVID:
```

1          Q.      2634, and that's PSC Tab 17?

2          A.      Okay.

3          Q.      And that should have a Bates

4     stamp at the bottom ending in 7463; is that

5     correct?

6          A.      That's correct.

7          Q.      All right.  Could you look at

8     the bottom e-mail on the 7463.  It's an

9     e-mail from you to Alan O'Donnell, Don

10    Peyton, and Dennis McDaniel.

11         A.      Yes.

12         Q.      And could you tell me what

13    this -- this e-mail was about?

14         A.      This is a response to Alan

15    O'Donnell's request as to whether or not the

16    production casing would be a liner or a full

17    string of seven inch.

18         Q.      And could you read the very

19    first -- first paragraph from your e-mail

20    to -- response to Alan on 7463?

21         A.      It would be a liner and will

22    probably be run back up into the 11 and 7/8th

23    inch.  The 7-inch liner top would be at plus

24    or minus 14,500 feet.  I don't know this for

25    sure, but I have heard some rumors from

1    vendors it makes sense.

2         Q.     How did you decide that it makes

3    sense?

4         A.     I described this yesterday.  The

5    7-inch liner hanger that I -- the top of the

6    liner that I reference here would have a

7    liner hanger and the -- if the liner -- the

8    small 7-inch liner is hung in the larger

9    diameter, 11 and 7/8ths, there's a lot of

10   space there that would allow the equipment

11   that's used for the liner top to be very

12   strong, that as opposed to putting that liner

13   top down in the 9 and 7/8ths liner, which has

14   less space; and, thereby, the equipment would

15   have to be smaller and weaker.

16        Q.     And why were you making

17   observations about the liner?

18        A.     I'm responding to Alan's

19   request.  He -- his e-mail is reply -- is

20   asking, is it a liner or a full string of

21   7-inch, and I'm just clarifying the geometry

22   of what I expected would be run in the well.

23        Q.     And how would this information

24   have been used for your purpose?

25        MS. WILMS:

1              Object to form.

2         THE WITNESS:

3                 This information was not for my

4    purpose.  This was for -- my purpose in that

5    it was to respond to Alan O'Donnell and

6    clarify their requests regarding the

7    production casing.

8    EXAMINATION BY MR. DAVID:

9         Q.     Do you know why Mr. O'Donnell

10   was requesting the information?

11        MS. WILMS:

12                Object to form.

13        THE WITNESS:

14                There were a series of e-mails

15   back and forth from the asset team to

16   describe what the production casing would

17   look like.  My understanding from those

18   e-mails is that they were interested in

19   tubing -- tubing flow predictions, and I

20   really don't know much more than that.

21   EXAMINATION BY MR. DAVID:

22        Q.     Did Mr. O'Donnell ask you if it

23   makes sense to use the -- the 7-inch liner?

24        MS. WILMS:

25                Object to form.

```
 1            THE WITNESS:

 2                 He did not.

 3    EXAMINATION BY MR. DAVID:

 4         Q.    Okay.  And why did you say it

 5    makes sense?

 6         MS. WILMS:

 7                 Object to form.

 8         THE WITNESS:

 9                 "It makes sense" refers to

10    setting the 7-inch liner top in the 11 and

11    7/8ths.

12    EXAMINATION BY MR. DAVID:

13         Q.    So the operational decision of

14    setting the 7-inch liner top makes sense?

15         MS. WILMS:

16                 Object to form.

17         THE WITNESS:

18                 Can you say that question again?

19    EXAMINATION BY MR. DAVID:

20         Q.    Yes.

21                 The operational decision of

22    setting the 7-inch liner top makes sense?

23         MS. WILMS:

24                 Object to form.

25         THE WITNESS:
```

1              A liner top that is -- when a

2    liner is run and set, it is set.  So, yeah,

3    that makes sense.

4    EXAMINATION BY MR. DAVID:

5         Q.     That's not exactly my question.

6    My question is:  The -- in your mind, the

7    decision to set the 7-inch liner makes sense;

8    correct?

9         MS. WILMS:

10              Object to form.

11         THE WITNESS:

12              The "makes sense," I'm

13    clarifying Alan O'Donnell's question.  He

14    wants to know -- he's implying in his -- or

15    stating in his e-mail that a full string of

16    7-inch, meaning the 7-inch is going all the

17    way back to the -- to the mud line, and I'm

18    telling him it starts here, that this 7-inch

19    is probably only going to go back up to some

20    distance in the well and not back to surface.

21              So that's what makes sense.  And

22    as opposed to going all the way back to the

23    surface.

24    EXAMINATION BY MR. DAVID:

25         Q.     So the -- to clarify, the "makes

1    sense" refers to what exactly?

2         A.      The fact that the 7-inch, within

3    the context of my e-mail, would not go all

4    the way back to the mud line.

5         Q.      So it makes sense that the

6    7-inch would not -- 7-inch liner would not go

7    all the way back up to the -- to the mud

8    line?

9         A.      It makes sense that the 7-inch

10   casing would not go all the way back up to

11   the mud line.

12        Q.      And why does that make sense?

13        A.      That makes sense because the

14   size of the tubulars in the well would allow

15   larger production casing to be run in 7-inch.

16        Q.      Okay.  So it was based on the --

17   the tubulars?

18        A.      It's based on the size of the

19   tubulars in the shallower portions of the

20   well, the ID of the -- the internal diameter

21   of the tubulars.

22        Q.      Okay.  So it makes sense to use

23   the 7-inch liner top in light of the

24   tubulars?

25        A.      It makes sense to have 7-inch

1  casing in the bottom of the well and larger

2  casing for production casing in the top of

3  the well.  And Alan's note implies that he

4  thought the 7-inch might be going all the way

5  to the surface.

6         Q.     Okay.

7         A.     So he was trying to clarify

8  that.

9         Q.     Okay.  So -- so it makes sense

10 to use the 7-inch liner in light of the

11 tubulars that were being used?

12      MS. WILMS:

13             Object to form.

14      THE WITNESS:

15             I -- I don't understand that

16 question.

17 EXAMINATION BY MR. DAVID:

18         Q.     Okay.  So -- I'll break it up.

19 So it made sense to use the 7-inch liner top;

20 correct?

21         A.     It made sense to have 7-inch

22 casing in the bottom portion of the well for

23 the production casing.

24         Q.     Okay.  And so you agreed with --

25 you agreed with the decision to use the

```
 1    7-inch liner top?
 2         MS. WILMS:
 3              Object to form.
 4         THE WITNESS:
 5              What I'm -- what I'm agreeing to
 6    is the size of the 7-inch casing.  I'm
 7    reporting that it's a liner and with a liner
 8    top.  But when it's a liner, it necessarily
 9    has to have a liner top.  That's an
10    assumption that I'm making based on my
11    previous e-mails and correspondence with
12    Bobby Bodek.
13    EXAMINATION BY MR. DAVID:
14         Q.    Okay.  So through your -- your
15    correspondence with Mr. Bodek, did you gain
16    an appreciation that it would make sense to
17    use the 7-inch liner top?
18         MS. WILMS:
19              Object to the form.
20         THE WITNESS:
21              The term you keep using isn't --
22    doesn't quite make sense to me.  Through
23    my -- through my discussions with Bobby
24    Bodek, my understanding is that 7-inch casing
25    would be run in the bottom part of the well
```

1　across the productive interval, and my

2　understanding was also that that 7-inch would

3　be run as a liner.

4　EXAMINATION BY MR. DAVID:

5　　　　　Q.　　So what -- well, go back.  What

6　term was I using that you didn't understand?

7　　　　　A.　　You keep referring to "liner

8　top," and I think of it as just "a liner."

9　　　　　Q.　　Okay.  I'm just -- I'm stating

10　what you have in your e-mail.  It says:

11　"7-inch liner top."

12　　　　　　　So should I be referring to it

13　as something else besides the 7-inch liner

14　top that you have written in your e-mail?

15　　　　　A.　　Yeah.  I'd have to -- I'd have

16　to revisit all your questions to get a grasp

17　of what you're after there.

18　　　　　　　And I said earlier, what makes

19　sense is that the liner top would be in the

20　11 and 7/8ths as opposed to the 9 and 7/8ths

21　casing.

22　　　　　Q.　　Okay.

23　　　　　A.　　That's what makes sense.  And

24　then the parallel issue is that the 7-inch is

25　a liner and does not go all the way back to

1    surface.

2         Q.    Okay.  So it makes sense to use

3    the -- the liner top in that situation?

4         MS. WILMS:

5              Object to form.  The witness has

6    said what makes sense lots of times.

7    EXAMINATION BY MR. DAVID:

8         Q.    Okay.  In your communication

9    with Bobby Bodek, did you ever share that you

10   agreed with the decision to set the -- the

11   liner top in the 11 and 7/8ths?

12        A.    I did not.

13        Q.    Okay.  Why didn't you?

14        MS. WILMS:

15             Object to form.

16        THE WITNESS:

17             I assumed that BP was in charge

18   of that decision and they would set the liner

19   top where they wanted to.

20   EXAMINATION BY MR. DAVID:

21        Q.    Okay.  And did you discuss

22   the -- setting the liner top in a call with

23   Mr. Bodek or via e-mail?

24        A.    So, again, I never discussed the

25   setting of the liner top.  Just to clear --

1      Q.      Okay.

2      A.      -- for drilling parlance.  I

3   discussed setting a liner.  It's always going

4   to have a liner top.  So our discussions were

5   setting a liner and running a tieback, and

6   these e-mails were predominantly around

7   whether the liner was a 7-inch or 7 and

8   5/8ths or 7 and 3/4, and then clarifying what

9   size of production casing would go back to

10  surface.

11          And that was Alan's note.  He

12  implied that 7-inch was going back to

13  surface, and so that's what this note was to

14  clarify.

15  EXAMINATION BY MR. DAVID:

16      Q.      Okay.  Can we look at 1592.

17  Have y'all been able to locate that?

18      MS. WILMS:

19          We were never able to find it,

20  1592.

21      MR. DAVID:

22          Okay.  We can.

23      Ms. WILMS:

24          Do you know what number?

25      MR. DAVID:

438

```
 1                   It was at Tab 20 for the PSC.
 2      We don't need the exhibit.  It's okay.
 3      EXAMINATION BY MR. DAVID:
 4           Q.      I believe yesterday, this
 5      exhibit discussed the meeting or addressed
 6      the meeting where Anadarko was considering
 7      the drilling deeper of the Macondo well.
 8                   Does that refresh your
 9      recollection of the document?
10           A.      Yes.
11           Q.      In this meeting, do you
12      recall -- I think you said that there were
13      three topics that were discussed; is that
14      correct?
15           A.      I don't recall listing three
16      documents.  Can you refresh my memory?
17           Q.      Yeah.  Three topics.
18           A.      Three topics.
19           Q.      I think the three topics were
20      whether to drill deeper, whether to -- to
21      temporary abandon the well and not drill
22      deeper, or temporary abandon the well and
23      then have another well drilled.
24                   Does that reflect -- refresh
25      your recollection?
```

1          A.          That refreshes my recollection.

2          Q.          Okay.  You recall in more detail

3     what was discussed at that meeting?

4          A.          I do not.

5          Q.          Okay.  Did you ever discuss

6     drilling deeper, the Macondo well, after that

7     meeting?

8          A.          I don't recall discussing any

9     drilling deeper after that meeting.

10         Q.          Do you know if anyone from

11    Anadarko ever contacted BP about drilling

12    deeper?

13         MS. WILMS:

14                  Object to form.

15         THE WITNESS:

16                  I know that eventually Anadarko

17    sent some sort of correspondence, basically,

18    agreeing to BP, terminating the well at

19    that -- at the depth that they were at at

20    that time, agreeing with BP's decision to

21    terminate the drilling depth.

22    EXAMINATION BY MR. DAVID:

23         Q.          Okay.  Slightly different

24    question.  Do you know if -- do you know

25    whether Anadarko ever communicated its desire

1    to drill or -- strike that.

2                  Do you know if Anadarko ever

3    communicated with BP about drilling the

4    Macondo well deeper?

5         MS. WILMS:

6                  Object to form.

7         THE WITNESS:

8                  I understand that there were

9    discussions about the possibility of drilling

10   deeper.  That's the limit of my

11   understanding.  I wasn't involved in any of

12   those discussions.

13   EXAMINATION BY MR. DAVID:

14        Q.     Do you know why those

15   discussions were held?

16        A.     I do not.

17        Q.     Do you think the Macondo well

18   should have been drilled deeper?

19        MS. WILMS:

20                  Object to form.

21        THE WITNESS:

22                  Deeper than it was?

23   EXAMINATION BY MR. DAVID:

24        Q.     Yes.

25        A.     I don't have an opinion on that.

```
 1              Q.      Do you know why -- do you know
 2    if Anadarko was concerned about calling TD at
 3    that particular depth?
 4         MS. WILMS:
 5                   Object to form.
 6         THE WITNESS:
 7                   I understand that Anadarko
 8    finally agreed with the decision to -- BP's
 9    decision to call TD at that depth.
10    EXAMINATION BY MR. DAVID:
11              Q.      And before it agreed to the
12    decision -- with the decision to call TD at
13    that depth, what prevented it from agreeing?
14         MS. WILMS:
15                   Object to form.
16         THE WITNESS:
17                   Can you restate that question
18    again or say it again?
19    EXAMINATION BY MR. DAVID:
20              Q.      Why didn't Anadarko initially
21    agree to TD at that depth?
22         MS. WILMS:
23                   Object to form.
24         THE WITNESS:
25                   In my limited involvement, they
```

1    were trying to understand possible

2    alternatives, and they just -- just over a

3    few days, I think there was a weekend in

4    there, they were just considering

5    alternatives.

6    EXAMINATION BY MR. DAVID:

7         Q.    Okay.  And do you know why BP

8    called TD at that depth?

9         MS. WILMS:

10              Object to form.

11        THE WITNESS:

12              That's their decision.  They

13   sent a note to the affect that they were

14   calling TD, and they listed some reasons.  I

15   don't recall those reasons.

16   EXAMINATION BY MR. DAVID:

17        Q.    Do you recall if those reasons

18   were related to safety?

19        A.    I believe the decision to reach

20   TD was -- had already been made.  And then

21   they sent the notice, and there was a comment

22   about safety, and I don't remember exactly

23   the exact text that was in that e-mail.

24        Q.    But you recall that Anadarko

25   eventually agreed to call TD at that depth;

1  correct?

2      A.     We agreed with BP's decision to

3  call TD.

4      MR. DAVID:

5          All right, I have no other

6  questions.  Thank you very much, Mr. Quitzau.

7      THE WITNESS:

8          Thank you.

9      THE VIDEOGRAPHER:

10         We're going off the record.

11  It's 9:55.  This is videotape No. 2.

12         (Whereupon, a brief recess was

13  taken.)

14     THE VIDEOGRAPHER:

15         We're back on the record.  This

16  is still videotape No. 2.  It's 10 o'clock.

17  EXAMINATION BY MR. HEBERT:

18     Q.     Good morning, Mr. Quitzau.  I

19  introduced myself earlier.  I'm C.J. Hebert.

20  I'll have the pleasure of asking you

21  questions, at least, in part on behalf of

22  Transocean.  My colleague, Richard Hymel,

23  will follow me.

24         If I ask any questions that you

25  don't understand, please don't answer them;