Memorandum of Anadarko Petroleum Corporation and Anadarko E&P Company LP on the BP Defendants' Waiver of Arbitration Rights

# EXHIBIT G



**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179  SECTION: J |
| Applies to: *All Cases* | * * | JUDGE BARBIER  MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * *

### THE BP PARTIES' FIRST SET OF REQUESTS FOR ADMISSION TO ANADARKO

*IN ACCORDANCE WITH THE ARBITRATION PROVISION IN THE MACONDO PROSPECT OFFSHORE DEEPWATER OPERATING AGREEMENT, BP IS PURSUING A MOTION TO STAY ANADARKO'S CLAIMS AGAINST BP. THE COURT HAS NOT YET RULED ON BP'S MOTION. BUT OUT OF AN ABUNDANCE OF CAUTION AND TO COMPLY WITH THE COURT'S SCHEDULING ORDERS, BP IS SERVING THE FOLLOWING REQUESTS FOR ADMISSION IN CASE THE COURT DENIES BP'S MOTION TO STAY. BY SERVING THESE REQUESTS FOR ADMISSION, BP DOES NOT—AND DOES NOT INTEND TO—WAIVE ANY RIGHTS UNDER THE OPERATING AGREEMENT, INCLUDING THE ARBITRATION RIGHTS UNDER THAT AGREEMENT, AND BP EXPLICITLY RESERVES ALL SUCH RIGHTS. BP STIPULATES THAT ANADARKO HAS NO OBLIGATION TO RESPOND TO THE FOLLOWING REQUESTS FOR ADMISSION UNLESS AND UNTIL THE COURT DENIES BP'S MOTION TO STAY.*

Pursuant to Federal Rules of Civil Procedure 26 and 36, BP Exploration & Production Inc. and BP America Production Company (the "BP Parties") propound the following requests for admission to Anadarko Petroleum Corporation and Anadarko E&P Company LP ("Anadarko") to be responded to no later than August 1, 2011.

### REQUESTS FOR ADMISSION

1. Admit that, from April 1, 2010, through April 20, 2010, Anadarko had uninterrupted real-time access to drilling data from the Macondo Well through INSITEAnywhere.

2. Admit that, from April 1, 2010, through April 20, 2010, Anadarko had uninterrupted access to the WellSpace site for the Macondo Well.

3.     Admit that Anadarko approved BP's decision to temporarily abandon the Macondo Well in accordance with the Authorization for Expenditure signed by Anadarko on April 15, 2010.

## DEFINITIONS

1.     "You," "your," and "yours" shall mean Anadarko and/or any corporate affiliate, including without limitation any of its present or former agents or representatives, or anyone acting or purporting to act for or on Anadarko's behalf for any purpose whatsoever, including operators of wells in which any Anadarko-affiliated entity holds any percentage of any kind of ownership.

2.     "Macondo Well" means the MC252 #1 Well, the exploratory well that was being drilled by the Transocean *Marianas* and *Deepwater Horizon* rigs in Mississippi Canyon, Block 252 on the outer continental shelf in the Gulf of Mexico, approximately 130 miles southeast of New Orleans, Louisiana.

3.     "BP" means BPXP and all of its affiliates and subsidiaries.

## INSTRUCTIONS

1.     Each request is to be construed independently and not by or with reference to any other request for purposes of limiting the scope of any particular request.

2.     If you claim that the language of any request is vague or ambiguous, then you must identify the language you believe is ambiguous and describe the different interpretations that you believe may apply to such language.  Regardless of any vagueness or ambiguity you claim, you are to answer the request for admission to the best of your ability.

3.     Pursuant to Federal Rule of Civil Procedure 26(e), these requests are continuing and you must revise or supplement your responses and production whenever new or additional responsive information becomes known.  Pursuant to Federal Rule of Civil Procedure 36(b),

once a matter is admitted, such an admission cannot be withdrawn or amended except as permitted by the Court on motion.

Dated:  July 1, 2011                                       Respectfully submitted,

  /s/ J. Andrew Langan, P.C.
Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois  60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200

and

Don K. Haycraft (Bar # 14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone:     (504) 581-7979
Facsimile:      (504) 556-4108

and

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone:     (202) 662-5985

*Attorneys for BP Exploration & Production Inc. and BP America Production Company*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, which will send a notice in accordance with the procedures established in MDL 2179, on this 1st day of July, 2011.

                                                      /s/ J. Andrew Langan, P.C.