UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | SECTION "J" |
| | * | JUDGE BARBIER |
| **This Document Relates to:** | * | |
| *All cases in Pleading Bundles B1 and B3*; | * | |
| 10-2771; 10-3815; 10-1540; 10-1502 | * | MAGISTRATE NO. 1 |
| | * | MAGISTRATE SHUSHAN |
| *   *   *   *   *   *   *   *   *   *   *   * | | |

### NOTICE OF MANUAL ATTACHMENT

### EXHIBIT "J" TO MEMORANDUM OF
### ANADARKO PETROLEUM CORPORATION AND ANADARKO E&P COMPANY LP
### ON THE BP DEFENDANTS' WAIVER OF ARBITRATION RIGHTS

Exhibit "J" is certain correspondence between counsel for the BP Defendants and counsel for Anadarko, and is subject to a pending Motion to File Under Seal. Accordingly, Exhibit "J" has been transmitted to the Clerk's Office in accordance with the provisions of Eastern District of Louisiana Local Rule 5.6.