UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| *All cases in Pleading Bundles B1 and B3*; | * | |
| 10-2771; 10-3815; 10-1540; 10-1502 | * | MAGISTRATE NO. 1 |
| | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * *

## NOTICE OF MANUAL ATTACHMENT

### EXHIBIT "K" TO MEMORANDUM OF
### ANADARKO PETROLEUM CORPORATION AND ANADARKO E&P COMPANY LP
### ON THE BP DEFENDANTS' WAIVER OF ARBITRATION RIGHTS

Exhibit "K" is the August 11, 2008 "Notice of Default under Macondo Prospect Deepwater Operating Agreement and incorporated Exhibits dated October 1, 2009" sent by BP to Anadarko, and is subject to a pending Motion to File Under Seal. Accordingly, Exhibit "K" has been transmitted to the Clerk's Office in accordance with the provisions of Eastern District of Louisiana Local Rule 5.6.