UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179 SECTION: J |
| This Document Relates To: No. 10-2771 (Limitation Action) ………………………………………... | : : | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

### DECLARATION OF MARTIN R. BOLES IN SUPPORT OF BP'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF BP'S MOTION FOR A STAY OF PROCEEDINGS BETWEEN BP AND ANADARKO

I, Martin R. Boles, declare as follows:

1.  I am over twenty-one years of age and make this Declaration based on my own personal knowledge.

2.  I am a partner of the law firm of Kirkland & Ellis LLP, and am one of the attorneys representing BP in the above-captioned action.

3.  I am submitting this Declaration in support of BP's Supplemental Memorandum in Support of BP's Motion For a Stay of Proceedings Between BP and Anadarko.

4.  Attached hereto as Exhibit G is a true and correct copy of a letter from K. Wardlaw to J. Bryan and R. Reeves dated July 9, 2010.

5.  Attached hereto as Exhibit H is a true and correct copy of a letter from K. Howe to J. Bryan and R. Reeves dated August 11, 2010.

6.  Attached hereto as Exhibit I is a true and correct copy of the BP Parties' Second Request for Production of Documents to Halliburton dated April 3, 2011.

7. Attached hereto as Exhibit J is a true and correct copy of the BP Parties' First Request for Production of Documents to the Transocean Parties dated March 11, 2011.

8. Attached hereto as Exhibit K is a true and correct copy of the redacted transcripts of John Gisclair's depositions, taken on March 14 and March 15, 2011.

9. Attached hereto as Exhibit L is a true and correct copy of Stephen Foster's deposition, taken on April 27, 2011.

10. Attached hereto as Exhibit M is a true and correct copy of the transcript of Paul Chandler's deposition, taken on May 4, 2011.

11. Attached hereto as Exhibit N is a true and correct copy of the transcript of Alan O'Donnell's deposition, taken on May 5, 2011.

12. Attached hereto as Exhibit O is a true and correct copy of the transcript of Jim Bryan's deposition, taken on May 6, 2011.

13. Attached hereto as Exhibit P is a true and correct copy of the redacted transcript of Michael Serio's deposition, taken on April 29, 2011.

14. Attached hereto as Exhibit Q is a true and correct copy of the transcript of Jesse Gagliano's deposition, taken on May 11, 2011.

15. Attached hereto as Exhibit R is a true and correct copy of the BP Parties' First Requests for Production of Documents to Transocean Inc. dated April 29, 2011.

16. Attached hereto as Exhibit S is a true and correct copy of BPXP's First Set of Discovery Requests to the States of Alabama and Louisiana, the Mexican States of Quintana Roo, Tamaulipas, and Veracruz, and Local Government Entities dated April 29, 2011.

17. Attached hereto as Exhibit T is a true and correct copy of the BP Parties' First Requests for Production to the Anadarko Defendants dated April 29, 2011.

18. Attached hereto as Exhibit U is a true and correct copy of the BP Parties' First Set of Requests for Admission to Anadarko.

19. Attached hereto as Exhibit V is a true and correct copy of the BP Parties' First Set of Interrogatories to Anadarko.

20. Attached hereto as Exhibit W is a true and correct copy of the transcript of Nicholas Huch's deposition, taken on May 16, 2011.

21. Attached hereto as Exhibit X is a true and correct copy of the transcripts of Robert Quitzau's deposition, taken on May 25 and May 26, 2011.

22. Attached hereto as Exhibit Y is a true and correct copy of the redacted transcript of David Rainey's deposition, taken on June 3, 2011.

23. Attached hereto as Exhibit Z is a true and correct copy of the redacted transcript of Anthony Hayward's deposition, taken on June 8, 2011.

I make this Declaration under penalty of perjury pursuant to 28 U.S.C. § 1746, and I state that the facts set forth herein are true.

Dated: July 6, 2011

_____
Martin R. Boles