# EXHIBIT G



BP Exploration & Production Inc.
200 Westlake Park Boulevard
Post Office Box 4587
Houston, Texas 77210-4587

July 9, 2010

Via FEDEX & Facsimile (832 636 8059)

Mr. Jim Bryan
Anadarko Petroleum Corporation
1201 Lake Robbins Drive
The Woodlands, TX  77380

Mr. Robert K. Reeves
Anadarko Petroleum Corporation
1201 Lake Robbins Drive
The Woodlands, TX  77380

Re: Failure to pay Joint Interest bills issued pursuant to Macondo Prospect Deepwater Operating Agreement and incorporated Exhibits dated October 1, 2009 (the "Operating Agreement")

Dear Mr. Bryan and Mr. Reeves:

BP Exploration and Production Inc ("BP") is the Operator under the above referenced Operating Agreement and is the designated applicant for oil spill responsibility purposes for the Macondo prospect.  Anadarko Petroleum Corporation ("Anadarko") is a twenty-five (25%) percent working interest owner in the Macondo Prospect and is a party to the Operating Agreement.  On June 6, 2010, Anadarko was issued certain joint interest bills and invoices dated June 2, 2010 (the "May JIB") to reimburse BP for expenses incurred for the joint account in responding to the blowout and subsequent oil and gas spill.  Pursuant to the terms of the Operating Agreement and its Exhibits, the May JIB must be paid within thirty (30) days of receipt.  As of the date of this correspondence, Anadarko has failed to timely pay its share of the May JIB, and BP has received Anadarko's letter dated July 7, 2010 wherein Anadarko states that it has decided to withhold payment of the May JIB.

The Accounting Procedures set forth in Exhibit "C" of the Operating Agreement, the Security Rights Provisions contained in Exhibit "F" of the Operating Agreement, and the Operating Agreement require Anadarko to pay joint interest expenses within thirty (30) days of invoicing. Under the express terms of the Accounting Procedures [Section 1, ¶ (3) (B)] and the Security

CONFIDENTIAL - ACCESS RESTRICTED        Exhibit G        DWHMX00259618
                                         Page 1

2

Rights Provision of the Operating Agreement [Section 6.3 (b)(c)], Anadarko shall pay its proportionate share of all bills within thirty (30) days: "In the event a Party believes that such charges are incorrect, the <u>Party shall nevertheless pay the amounts due as provided herein</u>, and the Operator shall attempt to resolve the issue as soon as practical…". Exhibit "F" Section 6.3 (b). There are no provisions that would allow Anadarko to withhold reimbursement of its share of emergency and environmental response costs and other charges that have been paid by BP for the benefit of the joint account while Anadarko awaits the results of "proceedings and investigations," as set forth in Anadarko's July 7th letter. While there may be multiple proceedings and investigations underway, the obligations under the Operating Agreement are unambiguously binding on Anadarko.

Anadarko's actions, including its public statements against the joint interest, releases of Confidential Data, and failure to reimburse BP for joint interest expenses incurred and paid by BP, constitute willful breaches of the Operating Agreement and do not exhibit "good faith" and have and will continue to damage BP and the joint account and BP reserves all rights, defenses, and damage claims under the Operating Agreement, the Accounting Procedures, the Security Rights provision, and at law, individually and on behalf of the joint account. BP demands immediate payment of the May JIB and timely payment of future JIBs in accordance with the Operating Agreement. Failure of Anadarko to pay the May JIB within 30 days of this letter shall constitute an event of default under the Operating Agreement.

BP expects Anadarko to pay the May JIB as required by the Operating Agreement. BP is mindful of its obligation as Operator to attempt to resolve these issues as soon as practical. Accordingly, we request that both sides plan to discuss the present disputes at the July 15, 2010 meeting in New York.

Sincerely yours,

*O. Kirk Wardlaw*
M.T.

O. Kirk Wardlaw
Chief Land Negotiator


cc: Moex Offshore 2007 LLC (Via Email)