# EXHIBIT H

**bp**

**Kemper Howe**

Land Manager
Deepwater Gulf of Mexico

BP Exploration & Production Inc.
200 WestLake Park Boulevard
Houston, Texas 77079

Post Office Box 3092
Houston, Texas 77253-3092

August 11, 2010

**VIA EMAIL &**
**FACSIMILE #(832) 636-8059**
Anadarko Petroleum Corporation
**ATTN:** Mr. Jim Bryan, Robert K. Reeves
1201 Lake Robbins Dr.
The Woodlands, Texas  77380

Re: Notice of default under Macondo Prospect Deepwater
Operating Agreement and incorporated Exhibits dated
October 1, 2009 (the "Operating Agreement")

Direct: 281-366-1278
Fax: 281-366-7569
Kemper.Howe@bp.com

Dear Mr. Bryan and Mr. Reeves:

BP Exploration & Production Inc. ("BP") is the Operator under the above referenced Operating Agreement and is the designated applicant for oil spill responsibility purposes for Mississippi Canyon, Block 252 in the Gulf of Mexico, which is also known as the Macondo Prospect.  Anadarko Petroleum Corporation ("Anadarko") is a 25% percent working interest owner in the Macondo Prospect and is a party to the Operating Agreement.  Anadarko was issued certain joint interest bills and invoices on June 2, 2010, (the "May JIB") to reimburse BP for expenses incurred for the joint account in responding to the Deepwater Horizon incident and resulting oil and gas spill in the Gulf.  Pursuant to the Operating Agreement, including its Exhibits, payment of the May JIB was due within 30 days of receipt.  Anadarko has expressly refused to pay the May JIB, and on July 9, 2010, BP sent Anadarko written notice that Anadarko would be in default of the Operating Agreement if full payment of the May JIB was not made within 30 days of July 9, 2010.  As of the date of this letter, Anadarko has not paid its share of the May JIB and, further, has failed to make payment of the June joint interest bills. As explained in BP's July 9, 2010, letter to Anadarko (a copy of which is attached), Anadarko is not entitled to withhold payment of the May JIB (or any subsequent joint interest bills), and the Operating Agreement requires timely payment notwithstanding Anadarko's misguided assertions. Accordingly, Anadarko is in default of the Operating Agreement.

Anadarko's actions, individually or collectively, have breached and/or anticipatorily breached the Operating Agreement, including but not limited to the following provisions:

1.   Exhibit "C" to the Operating Agreement entitled "Accounting Procedures" (which procedures take precedence over the terms of the Operating Agreement);

2.   Article 6.3 of the Operating Agreement which incorporates Exhibit "F", the Security Rights and Default provisions of the Operating Agreement;

    3.    The Confidentiality provisions under Article 7 of the Operating Agreement; and

    4.    Article 9 of the Operating Agreement governing the issuance of News Releases.

As a result of Anadarko's monetary and non-monetary defaults, and until such time as Anadarko is no longer in default: (i) Anadarko shall have no further access to any rigs, Production Systems, Facilities, any Confidential Data or other maps, records, data, interpretations, or other information obtained in connection with activities or operations under the Operating Agreement; (ii) shall not be allowed to participate in meetings or Vote or make any Elections; (iii) shall be deemed a Non-Participating Party as to all operations approved while Anadarko is in default, except as to operations for which approval is binding on all Parties or Participating Parties, as applicable, all as provided in Article 6.3(b) at Exhibit "F" to the Operating Agreement. Additionally, Anadarko's obligations under the May JIB will continue to accrue interest compounded monthly at the prime rate published by the Wall Street Journal on the first day of each month that payment remains delinquent plus 3% per annum, and Anadarko shall be responsible for all attorneys' fees, court costs, and other costs in connection with the collection of the May JIB and any other unpaid amounts for which Anadarko is responsible, as provided in Section I, ¶ 3(B) of the Accounting Procedures at Exhibit "C" to the Operating Agreement and Section 6.3 (b) and (c) of the Operating Agreement. BP reserves, on its own behalf and on behalf of the joint account, any and all rights with respect to Anadarko's defaults and the consequences thereof, including, without limitation, all rights and remedies under Article 6.3.

While BP maintains the positions set forth herein, if Anadarko remains committed to good faith negotiations regarding satisfying its obligations under the Operating Agreement (as stated in Anadarko's July 7, 2010 letter), BP welcomes such discussions.

Sincerely yours,

Kemper Howe
Land Manager - Gulf of Mexico

cc:    MOEX Offshore 2007 LLC (VIA US MAIL & FACSIMILE)