# EXHIBIT K

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:

JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

---

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL          MDL NO. 2179
BY THE OIL RIG
"DEEPWATER HORIZON"     SECTION: J
IN THE GULF OF
MEXICO, ON          JUDGE BARBIER
APRIL 20, 2010        MAG. JUDGE SHUSHAN

VOLUME 1

Deposition of JOHN JOSEPH GISCLAIR, 121
Karen Drive, Lafayette, Louisiana 70503,
taken in the Pan American Life Center, Bayou
Room, 11th Floor, 601 Poydras Street, New
Orleans, Louisiana 70130, reported on Monday,
March 14th, 2011.

*(Page 1)*

---

1
2
3  APPEARANCES:
4  ON BEHALF OF THE PLAINTIFFS
     STEERING COMMITTEE:
5
6  LEWIS, KULLMAN, STERBCOW & ABRAMSON
     (BY: PAUL M. STERBCOW, ESQUIRE)
     601 POYDRAS STREET
7    SUITE 2615
     NEW ORLEANS, LOUISIANA 70130
8
9  DOMENGEAUX, WRIGHT, ROY & EDWARDS
     (BY: WILLIAM F. LARGE, ESQUIRE)
10   556 JEFFERSON STREET, SUITE 500
     LAFAYETTE, LOUISIANA 70501
11
12 deGRAVELLES, PALMINTIER, HOLTHAUS &
     FRUGÉ
13   (BY: MICHAEL C. PALMINTIER, ESQUIRE)
     618 MAIN STREET
14   BATON ROUGE, LOUISIANA 70801
15
16 U.S. DEPARTMENT OF JUSTICE
     ENVIRONMENTAL AND NATURAL RESOURCES
     DIVISION
17   (BY: MATTHEW Z. LEOPOLD, ESQUIRE)
     ATTORNEY ADVISOR
18   LAW AND POLICY SECTION
     950 PENNSYLVANIA AVENUE, N.W.
19   ROOM 2616
     WASHINGTON, D.C. 20530
20
       ATTORNEYS FOR THE UNITED STATES
21
22
23
24
25

*(Page 2)*

---

1  APPEARANCES (Continued):
2
3    U.S. DEPARTMENT OF JUSTICE
     TORTS BRANCH, CIVIL DIVISION
4    (BY: DEANNA J. CHANG, ESQUIRE)
     POST OFFICE BOX 14271
5    WASHINGTON, D.C. 20044-4271
6      ATTORNEYS FOR THE UNITED STATES
7
     KIRKLAND & ELLIS, LLP
8    (BY: MATTHEW T.REGAN, ESQUIRE)
     300 NORTH LASALLE
9    CHICAGO, ILLINOIS 60654
10     ATTORNEYS FOR BP
11
     KIRKLAND & ELLIS, LLP
12   (BY: CHRISTOPHER KEEGAN, ESQUIRE)
     555 CALIFORNIA STREET
13   SAN FRANCISCO, CALIFORNIA 94104
14     ATTORNEYS FOR BP
15
16   WARE, JACKSON, LEE & CHAMBERS, LLP
     (BY: C. DENNIS BARROW, JR., ESQUIRE)
17   AMERICA TOWER
     2929 ALLEN PARKWAY
18   HOUSTON, TEXAS 77019
19     ATTORNEYS FOR DRIL-QUIP
20   MORGAN, LEWIS
     (BY: HUGH E. TANNER, ESQUIRE)
21   1000 LOUISIANA STREET,SUITE 400
     HOUSTON, TEXAS 77002-5006
22
       ATTORNEYS FOR M-I, LLC
23
24
25

*(Page 3)*

---

1  APPEARANCES (Continued):
2
3    BECK, REDDEN & SECREST, LLP
     (BY: GEOFF GANNAWAY, ESQUIRE)
4      PATRICE B. CHILDRESS, ESQUIRE)
     ONE HOUSTON CENTER
5    1221 McKINNEY STREET
     SUITE 4500
6    HOUSTON, TEXAS 77010-2010
7      ATTORNEYS FOR CAMERON
       INTERNATIONAL CORPORATION
8
9    GOFORTH GEREN EASTERLING, LLC
     (BY: DANIEL O. GOFORTH, ESQUIRE)
10     BROOK GEREN, ESQUIRE)
     4900 WOODWAY, SUITE 750
11   HOUSTON, TEXAS 77056
12     ATTORNEYS FOR TRANSOCEAN
13
     SENIOR COUNSEL AT ANADARKO
14   PETROLEUM CORPORATION
     (BY: INGRAM LEE, ESQUIRE)
15   1201 LAKE ROBBINS DRIVE
     THE WOODLANDS, TEXAS 773890-1124
16
17   KUCHLER POLK SCHELL WEINER & RICHARDSON
     (BY: DEBORAH D. KUCHLER, ESQUIRE)
18     JANIKA D. POLK, ESQUIRE)
     1615 POYDRAS STREET
19   NEW ORLEANS, LOUISIANA 70112
20     ATTORNEYS FOR ANADARKO PETROLEUM
       AND MOEX OFFSHORE 2007, LLC
21
22   BINGHAM McCUTCHEN
     (BY: MATTHEW I. KLIEGMAN, ESQUIRE)
23   399 PARK AVENUE
     NEW YORK, NEW YORK 10022-4689
24
       ATTORNEYS FOR ANADARKO PETROLEUM
25     AND MOEX OFFSHORE 2007, LLC

*(Page 4)*

---

1 (Pages 1 to 4)

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters     Facsimile: (504) 525-9109

Exhibit K
Page 1

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:

JOHN JOSEPH GISCLAIR               March 14, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR

---

1  APPEARANCES (Continued):
2
3  GODWIN RONQUILLO
   (BY:  BRUCE W. BOWMAN, JR., ESQUIRE)
4   FLOYD R. HARTLEY, JR., ESQUIRE)
   1201 ELM STREET
5  SUITE 1700
   DALLAS, TEXAS 75270-2041
6
       ATTORNEYS FOR HALLIBURTON
7
8  ALSO PRESENT:
9  GILLY DeLORIMIER, CLVS
10  DEPO-VUE, INC.
11
12
   REPORTED BY:
13
   DIANE TEWIS CLARK, RPR, RMR, CRR
14  CERTIFIED COURT REPORTER
15
16
17
18
19
20
21
22
23
24
25

Page 5

---

1  Exhibit No. 604 ....................68
2  Large printout of Exhibit 603
3  Exhibit No. 605 ....................79
4  Chief Counsel's Report -- Chapter
   4.7: Kick Detection
5
6  Exhibit No. 606 ....................90
7  Sperry sensors used on the Horizon,
   HAL_02116292
8
9  Exhibit No. 607 ....................96
10  Deepwater Horizon Flow Diagram,
   HAL_0266303
11
12  Exhibit No. 608 ...................102
13  Preventative Maintenance,
   HAL_0233342 through HAL_0233347
14
15  Exhibit No. 609 ...................102
16  SDL Field Procedures, HAL_0468825
   through HAL_0468846
17
18  Exhibit No. 610 ...................106
19  Halliburton, Sperry Drilling
   Services, Gulf of Mexico Surface
20  Data Logging, HAL_0309944 through
   HAL_0309951
21
22
23
24
25

Page 7

---

1          *  *  *
2       EXAMINATION INDEX
3               Page
4  EXAMINATION BY MR. REGAN .............11
5  EXAMINATION BY MR. PALMINTIER .......142
6  EXAMINATION BY MR. LARGE ............246
7  EXAMINATION BY MR. LEOPOLD ..........300
8
9          *  *  *
10     INDEX OF EXHIBITS
11               Page
12
13  Exhibit No. 600 ....................12
14  Notice of Video Deposition Pursuant
   to the Federal Rules of Civil
15  Procedure
16  Exhibit No. 601 ....................13
17  Notice of 30(b)(6) Video Deposition
   of Halliburton, Sperry Drilling
18  Pursuant to the Federal Rules of
   Civil Procedure
19
20  Exhibit No. 602 ....................59
21  Appendix S.  First Surface
   Indications of Well Flow and Pit
22  Gain
23  Exhibit No. 603 ....................67
24  BP, OCS-G 32306 001 ST00BP01,
   Mississippi Canyon Blk. 252,
25  Macondo Bypass, Deepwater Horizon,

Page 6

---

1  Exhibit No. 611 ...................110
2  Halliburton, Sperry Drilling
   Services, BP Exploration &
3  Production, OCS-G 32306 001
   ST00BP00 & BP01, Mississippi
4  Canyon Block 252, RIG:  Transocean
   Deepwater Horizon,
5  BP-HZN-2179MDL00338238 through
   BP-HZN-2179MDL00338319
6
7  Exhibit No. 612 ...................116
8  HES INSITE User Manual, Halliburton
   Energy Services, HAL_0408233
9  through HAL_0408384
10  Exhibit No. 613 ...................132
11  WellSpace Information, HAL0050569
   through HAL0050581
12
13  Exhibit No. 614 ...................132
14  InSite Anywhere Access Log,
   HAL0050546 through HAL0050563
15
16  Exhibit No. 615 ...................254
17  E-mail from Randy McCoy to Jimmie
   Ramirez sent Friday, July 16,
18  13:23:43 2010, HAL_0122109
19  Exhibit No. 616 ...................278
20  E-mail from DL_HES_INSITE_SUPPORT
   sent Thursday July 1, 08:57:47
21  2010, HAL_0125168
22  Exhibit No. 617 ...................282
23  PowerPoint file, HAL_0463296
   through HAL_0463296
24
25

Page 8

---

2 (Pages 5 to 8)

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

Reported By:

| | |
|---|---|
| 1  Exhibit No. 618  ...................292 | 1       This is the videotaped deposition |
| 2  Field Data Layout, Dynamic Kill on | 2  of John Gisclair.  This deposition is being |
|    DDIII | 3  held today at 601 Poydras Street in |
| 3 | 4  New Orleans, Louisiana on March 14th, 2011. |
| 4  Exhibit No. 619  ...................296 | 5  The time indicated on the video screen is |
| 5  E-mail from Kelly Gray to John | 6  7:00 -- 8:52 a.m. |
|    Gisclair, Earl Fly, Richard | 7       This deposition is taken in the |
| 6  Sylvester sent Tuesday, July 13 | 8  matter of the oil spill by the oil rig |
|    11:15:41 2010, HAL_0122159 | 9  DEEPWATER HORIZON in the Gulf of Mexico on |
| 7 | 10  April 20th, 2010 in the United States |
| 8  Exhibit No. 620  ...................317 | 11  District Court, Eastern District of |
| 9  Blown-up version of the Sperry-Sun | 12  Louisiana. |
|    data that witness analyzed | 13       Will the court reporter please now |
| 10 | 14  swear in the witness. |
| 11 | 15           * * * |
| 12 | 16       JOHN JOSEPH GISCLAIR, |
| 13 | 17  after having been first duly sworn by the |
| 14 | 18  above-mentioned court reporter, did testify |
| 15 | 19  as follows: |
| 16 | 20  EXAMINATION BY MR. REGAN: |
| 17 | 21     Q.    Good morning, Mr. Gisclair, my |
| 18 | 22  name is Matt Regan, I'm an attorney |
| 19 | 23  representing BP in this proceeding.  How are |
| 20 | 24  you doing? |
| 21 | 25     A.    Good. |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
|                                    9 |                                   11 |

| | |
|---|---|
| 1       S T I P U L A T I O N | 1     Q.    I'd just say, just for the |
| 2       It is stipulated and agreed by and | 2  record, my understanding is that by the time |
| 3  between counsel for the parties hereto that | 3  allocations, we have approximately an hour |
| 4  the deposition of the aforementioned witness | 4  and 15 minutes of time from the outset and |
| 5  is hereby being taken pursuant to the Federal | 5  then we have by agreement been granted two |
| 6  Rules of Civil Procedure; | 6  hours of time by the PSC.  I don't know if I |
| 7 | 7  will need all of that time as I go through, |
| 8       All formalities, with the | 8  but that's my intention in terms of the way |
| 9  exception of the reading and signing of the | 9  to go through the deposition. |
| 10  transcript by the witness, are hereby waived; | 10       I've put in front of you a notebook |
| 11 | 11  of exhibits, I don't know if we will go |
| 12       All objections, except those as to | 12  through them all, but as we do, I will mark |
| 13  the form of the question and the | 13  them and I think for the counsel that are in |
| 14  responsiveness of the answer, are hereby | 14  attendance, they have CDs or other ways of |
| 15  reserved until such time as this deposition, | 15  looking at the exhibits that we will be |
| 16  or any part thereof, may be used or sought to | 16  marking.  If I could have you open up the |
| 17  be used in evidence. | 17  exhibit book first to the first tab.  What |
| 18 | 18  I've marked as Exhibit 600 will be the first |
| 19           * * * | 19  exhibit for this deposition. |
| 20 | 20       (Exhibit No. 600 marked for |
| 21       DIANE TEWIS CLARK, RPR, RMR, CRR, | 21  identification.) |
| 22  Certified Court Reporter, State of Louisiana, | 22  EXAMINATION BY MR. REGAN: |
| 23  officiated in administering the oath to the | 23     Q.    Do you see that? |
| 24  witness. | 24     A.    Yes. |
| 25       THE VIDEOGRAPHER: | 25     Q.    Okay.  That's -- Exhibit 600 is |
|                                   10 |                                   12 |

3 (Pages 9 to 12)

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:

JOHN JOSEPH GISCLAIR                March 14, 2011      DIANE TEWIS CLARK, RPR, RMR, CRR

| | |
|---|---|
| 1   the notice for this deposition that was | 1       A.    Yes, sir. |
| 2   issued by BP for your personal deposition | 2       Q.    Is there anything about the |
| 3   commencing today.  Have you ever seen that | 3   prior testimony that you've given in any of |
| 4   before? | 4   those proceedings that, as you sit here |
| 5       A.    No, sir. | 5   today, you would change or alter to be more |
| 6       (Exhibit No. 601 marked for | 6   truthful or more accurate? |
| 7   identification.) | 7       A.    No, sir. |
| 8   EXAMINATION BY MR. REGAN: | 8       Q.    Have you ever been deposed |
| 9       Q.    Okay.  If I could have you turn | 9   before? |
| 10   to Tab 2 which we've marked as Exhibit 601. | 10       A.    No, sir. |
| 11   Exhibit 601 is a 30(b)(6) notice of | 11       Q.    All right.  And other than the |
| 12   deposition that was issued for today and then | 12   Presidential Commission, Marine Board of |
| 13   there's an attachment Exhibit A, have you | 13   Investigation, and the National Academy of |
| 14   seen that before? | 14   Engineers, have you provided any other public |
| 15       A.    Yes, sir. | 15   testimony in connection with the April 20th |
| 16       Q.    And do you understand that today | 16   oil spill? |
| 17   you are here both as a witness in a personal | 17       A.    No, sir. |
| 18   capacity, but also in a capacity as a | 18       Q.    As you've probably been |
| 19   30(b)(6) or corporate representative on | 19   instructed today, I will be asking questions; |
| 20   selected topics? | 20   you will be providing answers.  I will |
| 21       A.    Yes, sir. | 21   endeavor not to talk over you and if you |
| 22       Q.    Okay.  And in terms of my | 22   could do the same with me.  Okay? |
| 23   examination this morning, I'm going to be | 23       A.    Okay. |
| 24   primarily focusing on your personal testimony | 24       Q.    If I ask you a question that you |
| 25   and I'm going to reserve time to the extent | 25   don't understand, I'd ask you that you let me |
| 13 | 15 |

| | |
|---|---|
| 1   that I need to after other questioning to | 1   know.  Okay? |
| 2   come back to some of the 30(b)(6) topics.  If | 2       A.    Okay. |
| 3   there's ever confusion about what capacity | 3       Q.    If you answer my question |
| 4   I'm asking a question, please let me know. | 4   without asking me to rephrase it or make it |
| 5   Okay? | 5   more clear for you, I'm going to assume that |
| 6       A.    Okay. | 6   you understood my question.  Okay? |
| 7       Q.    Mr. Gisclair, you have | 7       A.    Okay. |
| 8   previously testified before the Marine Board | 8       Q.    And I understand that we will |
| 9   Investigation; is that correct? | 9   take breaks on a reasonably regular basis, |
| 10       A.    Yes, sir. | 10   depending on the technology and other issues |
| 11       Q.    And you've previously testified | 11   here, but if a break is necessary, if you |
| 12   at a November hearing of the National | 12   would like to take a break, please let us |
| 13   Commission or Presidential Commission; is | 13   know, but I'd ask if a question is pending, |
| 14   that correct? | 14   that we answer the question before we take |
| 15       A.    Yes. | 15   the break, okay? |
| 16       Q.    And you've previously provided | 16       A.    Okay. |
| 17   testimony to the National Academy of | 17       Q.    Mr. Gisclair, could you briefly |
| 18   Engineers in one of their public proceedings | 18   just describe your educational background |
| 19   on September 26; is that correct? | 19   after high school? |
| 20       A.    Yes. | 20       A.    I have a bachelor's degree from |
| 21       Q.    In your prior testimony that | 21   the University of Louisiana at Lafayette. |
| 22   you've given, either before the Marine Board, | 22       Q.    And in what area of study was |
| 23   before the National Presidential Commission, | 23   your bachelor's degree? |
| 24   before the National Academy of Engineers, did | 24       A.    General studies. |
| 25   you endeavor to be truthful and accurate? | 25       Q.    Is it a bachelor's of science or |
| 14 | 16 |

4 (Pages 13 to 16)

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009        Board-Certified Court Reporters        Facsimile: (504) 525-9109

Exhibit K
Page 4

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

Reported By:

1   bachelor's of arts?
2        A.   It was a separate category under
3   USL.
4        Q.   Okay.  Do you have a petroleum
5   engineering degree?
6        A.   No, sir.
7        Q.   Do you have a geology degree?
8        A.   No, sir.
9        Q.   And after getting your degree --
10  you said in 1994; is that correct?
11       A.   Yes, sir.
12       Q.   After getting your degree in
13  general studies from the University of
14  Southwest Louisiana, have you taken any
15  additional college courses or masters
16  courses?
17       A.   No, sir.
18       Q.   Have you taken any other
19  industry courses either through your employer
20  or otherwise since 1994?
21       A.   No, sir.
22       Q.   After graduating from the
23  University of Southwest Louisiana in 1994,
24  what was your first form of employment?
25       A.   With Sperry Drilling.

17

1        A.   Lafayette.
2        Q.   And you mentioned you were
3   offshore, I assume you were offshore in the
4   Gulf; is that correct?
5        A.   Yes, sir.
6        Q.   All right.  For how long did you
7   have this job as an MWD field engineer?
8        A.   Approximately seven to eight
9   years.
10       Q.   And were you regularly offshore
11  over those seven to eight years?
12       A.   Yes, sir.
13       Q.   Okay.  Was there any point in
14  time during that seven to eight years when
15  you were on a Transocean semisubmersible rig?
16       A.   Numerous times, yes, sir.
17       Q.   Okay.  Can you tell us which
18  rigs you were on?
19       A.   No, sir.  I can't recall, there
20  were so many rigs.
21       Q.   I take it from your prior
22  answer, you were not permanently assigned or
23  regularly assigned to a single rig during
24  that time period; is that correct?
25       A.   No, sir.  I mean, yes, sir, that

19

1        Q.   Okay.  And did you start that
2   job in 1994?
3        A.   Yes.
4        Q.   All right.  And what was your
5   first job?
6        A.   I was an MWD field engineer.
7        Q.   Okay.  By MWD, you mean
8   measurement while drilling?
9        A.   Yes.
10       Q.   All right.  And could you
11  describe in general terms what your duties or
12  responsibilities were as an MWD field
13  engineer for Sperry?
14       A.   Well, I would be responsible for
15  working out on the oil rigs, running MWD
16  tools, maintaining their accuracy and
17  providing the customer with the data from
18  those tools.
19       Q.   When you talk about MWD tools,
20  would you also refer to those as LWD tools;
21  do you use the two terms as the same?
22       A.   Yes, sir.
23       Q.   Okay.  Where were you working
24  out of, what office were you working out of
25  when you first started at Sperry-Sun?

18

1   is correct.
2        Q.   Okay.  Was there any significant
3   change in your duties or responsibilities
4   over that eight-year period?
5        A.   No.
6        Q.   What was the next thing that you
7   did?
8        A.   I came into the office as an
9   InSite support -- served as an engineer.
10       Q.   InSite, this is all capitals,
11  I-N-S-I-T-E; is that correct?
12       A.   Well, now it's capital I, small
13  N, capital S, lower case I-T-E.
14       Q.   Is it an acronym or an
15  abbreviation?
16       A.   Well, it used to be an acronym.
17  Integrated System for Information Technology
18  and Engineers.
19       Q.   All right.  So -- I missed, I
20  just didn't write it down, what was the name
21  of the job that you took with InSite?
22       A.   InSite support.
23       Q.   InSite support.  And what would
24  be your duties and responsibilities working
25  in InSite support, starting in about 2002, I

20

5 (Pages 17 to 20)

Exhibit K
Page 5

1 guess?
2      A.    Well, we as InSite support would
3 help the field and -- in the cases where they
4 would need help running the InSite system.
5 The InSite system is what the MWD and the
6 mudlogging personnel would use for all of
7 their data acquisition, and if they had any
8 troubles whatsoever, they could call up our
9 team and we would help them out.
10 It's kind of like a support center.  Along
11 with that, we would assist the customers in
12 receiving realtime data from the rigs and
13 having that data viewed on the web via InSite
14 Anywhere.
15      Q.    I would like to ask a little
16 more about what type of support you would
17 provide in this job.  Were you providing
18 support about how the hardware on the rigs
19 worked?
20      A.    Sometimes, yes.
21      Q.    Were you providing support about
22 the software itself?
23      A.    Yes.
24      Q.    Were you providing support about
25 the networking connections between the

21

1 responses or sensor responses, there's a
2 separate support structure that would
3 typically handle that.
4      Q.    What is the name of that
5 separate support structure at Sperry-Sun that
6 would handle the types of things in your
7 previous answer?
8      A.    We have various QC personnel
9 that would check that.
10      Q.    Okay.  And do you have a --
11 similarly, do you have a separate section or
12 group at Sperry-Sun that would have provided
13 support for mudloggers in terms of their
14 ability to interpret the data they were
15 getting?  Not work the software, the
16 hardware, but actually interpret the data?
17      A.    To interpret the lithology, yes.
18      Q.    Okay.  And what's the name of
19 that group?
20      A.    Again, it's various personnel.
21      Q.    Did you ever work in either the
22 group working on the MWD interpretation or
23 the group that would help mudloggers with the
24 lithology, did you personally ever work
25 there?

23

1 software and hardware on the rig and
2 shore-based applications?
3      A.    Yes.
4      Q.    Were you providing support for
5 the actual way the data was being collected
6 on the rig and then transmitted?
7      A.    Yes.
8      Q.    Were you providing support about
9 how to interpret the data itself as it
10 applied to the wells that were being drilled?
11      A.    Generally not.
12      Q.    Can you think of any examples --
13 well, let me ask you this:  You say generally
14 not, can you think -- can you give me an
15 example of where you would be providing
16 actual interpretation support to people on
17 rigs who were using the software?
18      A.    Well, if the question were to
19 arise about basic tool responses as to
20 whether or not the tools were posing accurate
21 data or if the system was storing accurate
22 data, we would support to that extent.  But
23 when it came to actual formation evaluation,
24 when it came to determining specific
25 properties of the formation based on tool

22

1      A.    No.
2      Q.    And is that true to this day?
3      A.    Yes.
4      Q.    After you started as an InSite
5 support engineer, did your job
6 responsibilities ever change?
7      A.    Yes.
8      Q.    Okay.  And how did they change?
9      A.    Five years ago, I believe, I
10 became the InSite support service
11 coordinator.
12      Q.    Okay.  What are your duties and
13 responsibilities as the -- well, strike that.
14      Is that the position you hold
15 today?
16      A.    Yes.
17      Q.    Okay.  What are the duties and
18 responsibilities you have as the InSite
19 support supervisor?
20      A.    In addition to the typical
21 InSite support responsibilities, I'm also
22 responsible for a team lead.
23      Q.    How large of a team do you lead?
24      A.    Four personnel.
25      Q.    And does the team that you are

24

6 (Pages 21 to 24)

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR                 March 14, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR

Reported By:

1    the leader of and your four subordinates, are
2    they again providing support for hardware,
3    software, networking support and data
4    collection-type activities with the InSite
5    program?
6        A.    Yes.
7        Q.    Do any members of your team
8    including you provide support to Sperry-Sun
9    personnel on rigs about how to interpret the
10   data that they're seeing either from a
11   mudlogging or MWD perspective?
12       A.    Only from a standpoint to ensure
13   that the data is accurate.
14       Q.    And do any -- do either you or
15   any member of your team monitor data on a
16   realtime basis in order to assess well
17   conditions, wellbore conditions?
18       A.    Only when it relates to an
19   InSite problem.
20       Q.    So if I take your answer,
21   someone would have to alert you that there
22   might be an issue, and then you would -- for
23   whatever rig or whatever well might be at
24   issue -- you would then go and look at that
25   to see if you could see the problem that they

25

1        A.    The morning that I heard about
2    the accident, I went into our realtime center
3    and asked them if they had all of the data up
4    to that point.  The person working the center
5    said that they did.  I asked to see where the
6    data had cut off.  They showed me.  And then
7    I instructed them to make a backup of the
8    data that they had to that point.  I then
9    instructed one of my -- one of my direct
10   reports in Houston to go to BP's office and
11   help them out with securing their data to
12   ensure that they also had a backup at their
13   location.
14       Q.    Either I or some other people
15   may come back in more detail on this, but
16   just to set the stage, beyond securing the
17   data, which I take it took place on April
18   21st; is that correct?
19       A.    Yes.
20       Q.    Beyond securing the data on
21   April 21st, did you have any role in
22   connection with the relief operations,
23   broadly speaking, with respect to the Macondo
24   blowout?
25       A.    With the relief well?

27

1    were seeing; is that fair?
2        A.    It would be regarding a specific
3    data or software problem, not with -- and
4    formation interpretation problem.
5        Q.    Did your duties and
6    responsibilities change after April 20th in
7    any respect?
8        A.    No, sir.
9        Q.    And focusing on the post
10   April 20th, 2010 time period, specifically
11   with respect to Macondo or the MC252 well,
12   did you have any role in response efforts in
13   any capacity?
14       A.    Only to ensure that the data
15   that we had received up to the end of
16   transmission -- end of transmission was
17   secured.
18       Q.    And what do you mean by
19   "secured"?
20       A.    To ensure that we, in fact, had
21   a complete database and that we had copies of
22   that database in a location to where they
23   would not be manipulated or deleted.
24       Q.    Can you describe how you went
25   about securing the data?

26

1        Q.    In any respect, I'm trying to
2    throw it -- I can be more specific, if that
3    would help.
4        A.    I would like you to be more
5    specific.
6        Q.    Okay.  Did you ever have any
7    role with the Development Driller 3 after
8    April 20th, 2010?
9        A.    Yes.
10       Q.    Okay.  And was your role?
11       A.    When the DD3 was anticipated to
12   intersect the well, they were going to do a
13   special well kill and they were going to
14   be -- by they, I mean, BP.  BP wanted to
15   collect a certain amount of data that
16   typically would not be stored in our database
17   during normal rig operations -- drilling
18   operations.
19          So I took a part in the relief well
20   to ensure that we could receive the data from
21   the -- during the well kill operations, store
22   them in the database and transmit them to the
23   bank and ensure that they appear on
24   templates.  Now, because the DD3 did not
25   intersect in a manner to kill the well, the

28

7 (Pages 25 to 28)

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009        Board-Certified Court Reporters        Facsimile: (504) 525-9109

Exhibit K
Page 7

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:

JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

1    well was already killed before the DD3
2    intersected, the data that they wanted to
3    collect was no longer necessary.
4        Q.   So you helped develop some
5    programs or other criteria so that additional
6    data could be collected by the DD3 under its
7    original intercept plan?
8        A.   Yes.
9        Q.   Okay.  And as I take your last
10   answer, because of the fact that the -- of
11   static kill and the cementing that took place
12   in August, by the time the DD3 intersected in
13   September, that additional data was no longer
14   necessary?
15       A.   Correct.
16       Q.   Beyond this work for the DD3,
17   that you just testified to, is there any
18   other projects that you personally worked on,
19   Mr. Gisclair, with respect to efforts to kill
20   or remediate the MC252 well after April 20th?
21       A.   No, sir.
22       Q.   Mr. Gisclair, have you ever
23   worked as a mudlogger?
24       A.   No, sir.
25       Q.   Have you ever worked as a

29

1    driller?
2        A.   No, sir.
3        Q.   Have you ever worked as an
4    assistant driller?
5        A.   No, sir.
6        Q.   Have you ever worked as a
7    toolpusher?
8        A.   No, sir.
9        Q.   Have you ever held the position
10   as a well site leader?
11       A.   No, sir.
12       Q.   Have you ever worked as a
13   geologist in the oilfield operations?
14       A.   No, sir.
15       Q.   Are you well control certified?
16       A.   No, sir.
17       Q.   Have you ever been well control
18   certified?
19       A.   No, sir.
20       Q.   Have you ever taught well
21   control?
22       A.   No.
23       Q.   Have you ever been an instructor
24   for mudloggers?
25       A.   Yes.

30

1        Q.   In what capacity have you been
2    an instructor for mudloggers, Mr. Gisclair?
3        A.   Mainly it was teaching how to
4    run the InSite program from a logging
5    operation, so that they can collect the
6    surface data.
7        Q.   So is it fair to say that in
8    teaching them, you're teaching them how to
9    manipulate the computer to change screens and
10   look at information on the program; is that
11   fair?
12       A.   Yes.
13       Q.   Okay.  Have you ever instructed
14   mudloggers in how to make decisions based on
15   the information they're seeing on the
16   screens?
17       A.   To an extent, yes.
18       Q.   Okay.  In what capacity, have
19   you instructed mudloggers and their ability
20   to make decisions about the information
21   they're seeing?
22       A.   Basically when they're
23   monitoring the rig and they see the data,
24   that they may wonder why it was responding in
25   such a manner, how to investigate that, and

31

1    in what cases they might want to call up to
2    notify someone on the rig crew.
3        Q.   What you've just described, was
4    that a formal training that you provided?
5        A.   No, sir.
6        Q.   Okay.  Just more -- something
7    that you would have done on a one-off basis
8    with a particular mudlogger here or there?
9        A.   No.  It's part of the class.
10   The class isn't very informative if you can't
11   speak about the data that's being collected
12   because a lot of what they do is data
13   display, and if they don't know what they're
14   looking at, it doesn't do them much good.
15       Q.   Does the class have a name or a
16   title?
17       A.   It's part of a series actually,
18   but it's the InSite portion of the series.
19       Q.   All right.  Does the series of
20   classes have a name or a title?
21       A.   Yes, but the name escapes me.
22       Q.   Okay.  And when was -- the
23   students in these classes, are they
24   mudloggers or potential mudloggers?
25       A.   Either early mudloggers or

32

8 (Pages 29 to 32)

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 8

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

Reported By:

1  potential mudloggers.
2      Q.    How often have you taught the
3  InSite portion of this class?
4      A.    It's hard to say.  I would say
5  maybe five times.
6      Q.    When was the last time you did
7  it?
8      A.    I'm not certain.
9      Q.    Can you give a rough estimate as
10 to whether it was a year ago or five years
11 ago?
12     A.    It was prior to the HORIZON
13 accident.
14     Q.    Do you have any other way of
15 estimating how long prior to April 20th you
16 may have taught this class?
17     A.    I know I taught a class in 2009.
18 I don't recall if I taught one in 2010,
19 before April 20th.
20     Q.    Mr. Gisclair, have you ever
21 personally attended a mudlogger class or
22 collection of classes?
23     A.    No.
24     Q.    Would you consider yourself an
25 expert in mudlogging?

33

1      A.    No, sir.
2      Q.    Would you consider yourself an
3  expert in cement?
4      A.    No, sir.
5      Q.    Do you consider yourself an
6  expert in petrophysics?
7      A.    No.
8      Q.    Mr. Gisclair, do you consider
9  yourself an expert in fluid dynamics?
10     A.    No.
11     Q.    Mr. Gisclair, would you consider
12 yourself an expert in drilling engineering?
13     A.    No.
14     Q.    Do you consider yourself an
15 expert in casing design?
16     A.    No.
17     Q.    Do you consider yourself an
18 expert in blowout preventers or BOPs?
19     A.    No.
20     Q.    Do you consider yourself an
21 expert in flow rate modeling for oil wells?
22     A.    No.
23     Q.    Mr. Gisclair, have you -- were
24 you personally ever on the DEEPWATER HORIZON
25 for any point in time?

34

1      A.    Yes.
2      Q.    And do you recall when?
3      A.    No, I don't recall.
4      Q.    For the time the DEEPWATER
5  HORIZON was on the Macondo well, at MC252 No.
6  1, were you ever on the DEEPWATER HORIZON in
7  the calendar year 2010?
8      A.    No.
9      Q.    Was there ever a point in time
10 prior to April 20th, that you looked at data
11 that was coming off of the DEEPWATER HORIZON
12 while it was on the Macondo well?
13     A.    I don't believe so.
14     Q.    And do you believe that you
15 ever -- strike that.
16         Do you believe that there would be
17 any evidence of you accessing realtime data
18 from the DEEPWATER HORIZON prior to
19 April 20th, 2010 on the Macondo well?
20     A.    No.
21     Q.    Were you personally involved in
22 the installation of any of the sensors that
23 were used by the InSite program on the
24 DEEPWATER HORIZON?
25     A.    No.

35

1      Q.    Were you personally involved in
2  any repairs or maintenance of the sensors on
3  the DEEPWATER HORIZON?
4      A.    No.
5      Q.    And just to state the obvious,
6  but to confirm, you were not personally on
7  the DEEPWATER HORIZON on April 20th; correct?
8      A.    Correct.
9      Q.    Is it accurate to say that on
10 the DEEPWATER HORIZON Sperry-Sun provided
11 mudlogging services?
12     A.    Yes.
13     Q.    And how would you define
14 mudlogging services or the role of the
15 mudlogger?
16     A.    From a personal standpoint, I
17 would define mudlogging as providing rig
18 monitoring services and cuttings
19 interpretation.
20     Q.    And from where do these
21 services, where are they performed on the
22 rig, to your knowledge?
23     A.    In the mudlogging unit.
24     Q.    And could you describe the
25 mudlogging unit -- well, let me ask you, have

36

9 (Pages 33 to 36)

Exhibit K
Page 9

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

1   you ever seen the mudlogging unit on the
2   DEEPWATER HORIZON?
3        A.   Yes.
4        Q.   Are you capable of describing in
5   general terms how it was laid out?
6        A.   In general terms, yes.
7        Q.   Could you describe in general
8   terms how the DEEPWATER HORIZON mudlogging
9   unit was laid out?
10       A.   It was a roughly 10 by 20 shack,
11  metal shack with two racks for computers, a
12  long counter with monitors, numerous monitors
13  mounted on the wall, keyboards and computer
14  mice on the counter for the personnel on the
15  rigs who controlled the computers.
16       On one end of the unit would have
17  been a sink for preparing cuttings.  On the
18  opposite end of the unit would have been gas
19  equipment and the electronics that would
20  provide power to the sensors and interface
21  for reading the sensor readings.
22       Q.   Who owned the equipment in the
23  mudlogging unit on the DEEPWATER HORIZON?
24       A.   Sperry.
25       Q.   And do you know who would have

                                            37

1        A.   Yes.
2        Q.   So regardless of which group
3   would have been maintaining the equipment in
4   there, all of the groups would have fallen
5   within Sperry-Sun?
6        A.   Yes.
7        Q.   Okay.  Could you describe in
8   your own view, Mr. Gisclair, the relationship
9   between the mudloggers and a drilling crew?
10       MR. HARTLEY:
11           Object to form.
12       MR. REGAN:
13           Let me rephrase the question.
14  EXAMINATION BY MR. REGAN:
15       Q.   Can you describe from your
16  experience, Mr. Gisclair, how a mudlogging
17  crew and a drilling crew would typically work
18  together?
19       A.   When a mudlogger is monitoring
20  the well, if at any point they see anything
21  that they feel should be brought to someone's
22  attention, or if they have a question about a
23  data response, they will call the rig floor,
24  generally talk to either the driller or the
25  assistant driller, whoever is on -- in charge

                                            39

1   installed that equipment, Mr. Gisclair?
2        A.   Well, this was a combo unit,
3   meaning it was designed for a combination of
4   MWD and mudlogging services, but typically
5   the combo units are maintained by the
6   mudlogging department at Sperry.
7        When a unit goes to a rig,
8   generally there's a rig-up crew that will
9   accompany it and it's that crew that rigs up
10  all the sensors and makes sure everything is
11  up and running.  Most of the time, that
12  rig-up crew, at least someone from that
13  rig-up crew is assigned to the permanent crew
14  on that job.
15       Q.   So somebody that would have been
16  involved in the installation would have then
17  stayed with the rig as the rig went into
18  service?
19       A.   Correct.
20       Q.   You said earlier that it was a
21  combination or a combo unit between MWD and
22  mudlogging services.  Is it your
23  understanding both of those services were
24  provided by Sperry-Sun or Sperry for the
25  DEEPWATER HORIZON?

                                            38

1   on the rig floor and discuss it with them.
2        Q.   And have you personally seen
3   that type of interaction in your experience
4   offshore?
5        A.   Yes.
6        Q.   And in the course work that
7   you're involved with, either in the one you
8   teach or in the other classes you're aware
9   of, is that something that is part of the
10  teaching of the mudlogging job at Sperry-Sun?
11       A.   Yes.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

                                            40

                              10 (Pages 37 to 40)

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

JOHN JOSEPH GISCLAIR                    March 14, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR



601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009        Board-Certified Court Reporters        Facsimile: (504) 525-9109

Exhibit K
Page 11

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:

JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR



**Page 45**

12    Q.    The rig activities log, just for
13 definitional purposes, what do you mean by
14 that?
15    A.    The rig activities log is
16 generally a written log by the mudlogger that
17 identifies all of the rig activities or as
18 many of the rig activities as they possibly
19 can identify at any given time during the
20 operations.  For instance, if -- if a rig
21 crew is going to switch fluid from one tank
22 to another, one pit to another, the mudlogger
23 will make a note of it in his logbook so that
24 if someone were to look at the pit logs and
25 they see a transfer,

**Page 47**

1 was transmitted into our Lafayette facility.
2    Q.    Did you use the -- a copy of
3 that had been made on April 21st or did you
4 have a separate copy?
5    A.    Well, it was -- I used the
6 backup that was made on April 21st.
7    Q.    What was the scope of data in
8 terms of days, if I could ask this question
9 that way, how many days of data did you
10 capture for purposes of your review?
11    A.    Well, the InSite data base for
12 the Macondo started prior to spudding the
13 well and ended at the end of transmission.
14 That was several months of data.
15    Q.    And for your project,
16 Mr. Gisclair, did you grab the entirety of
17 the InSite data base for the Macondo well?
18    A.    Yes.
19    Q.    Did you review the entirety of
20 the data for the Macondo well?
21    A.    No.
22    Q.    What portion of the data did you
23 review or focus upon?
24    A.    My main focus was the last two
25 days.

**Page 46**

1 they -- all they have to do is go open up the
2 logbook and see what the nature of that was.
3    Q.    Is it your understanding that
4 the rig activity log for the DEEPWATER
5 HORIZON was lost in the casualty?
6    A.    Yes.

**Page 48**

12 (Pages 45 to 48)

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 12

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
Reported By:
JOHN JOSEPH GISCLAIR                March 14, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR



49

51

50

52

13 (Pages 49 to 52)

601 Poydras Street, Suite 1720       GAUDET KAISER, L.L.C.       Telephone: (504) 525-9100
New Orleans, LA 70130-6009       Board-Certified Court Reporters       Facsimile: (504) 525-9109

Exhibit K
Page 13

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

JOHN JOSEPH GISCLAIR                    March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR



14 (Pages 53 to 56)

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 14

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:

JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR



**Page 57**

23  Q.  Mr. Gisclair, have you ever
24  testified in court before?
25  A.  No.

**Page 59**

1  bottom corner for me.
2  A.  (Complying).
3  (Exhibit No. 602 marked for
4  identification.).
5  EXAMINATION BY MR. REGAN:
6  Q.  Thank you, sir.  I've marked as
7  Exhibit 602 which is Tab 8 in your binder an
8  excerpt of the DEEPWATER HORIZON accident
9  investigation report prepared by BP which is
10  Appendix S.  Do you see that?
11  A.  Yes.
12  Q.  And you've seen Appendix S
13  before; is that correct?
14  A.  Yes.

**Page 58**

**Page 60**

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 15

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

JOHN JOSEPH GISCLAIR                    March 14, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR



16 (Pages 61 to 64)

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009      Board-Certified Court Reporters      Facsimile: (504) 525-9109

Exhibit K
Page 16

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010                                    Reported By:
JOHN JOSEPH GISCLAIR                March 14, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR



```
16      MR. REGAN:
17         Why don't we take a break right
18  here for the videotape.
19      THE VIDEOGRAPHER:
20         This is the conclusion of Tape 1.
21  The time is 9:48.  We're off the record.
22         (Whereupon, a brief recess was
23  taken.)
24      THE VIDEOGRAPHER:
25         Returning to the record.  It is
                                          65
```

```
1   10:00.  This is the start of Tape 2.
2   EXAMINATION BY MR. REGAN:
3        Q.     Mr. Gisclair, do you still have
4   that same exhibit in front of you there to
5   refer to?
6        A.     Yes.
7        Q.     Turn to Page 7 of that exhibit.
8        A.     (Complying).
9        Q.     And you see there is a Figure 4
10  on Page 7, which is the right side of the
11  page?
12       A.     Yes.
                                          66
```

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009      Board-Certified Court Reporters     Facsimile: (504) 525-9109
                                Exhibit K
                                Page 17

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

JOHN JOSEPH GISCLAIR          March 14, 2011       DIANE TEWIS CLARK, RPR, RMR, CRR     Reported By:



**Page 69**

**Page 71**

```
 1          Tab No. 6.
 2   EXAMINATION BY MR. REGAN:
 3      Q.    All right.  You can put that
 4   away.  It's there for reference if you need
 5   it for legibility purposes, but why don't we
 6   just pile it in the center of the table if
 7   you like.
 8      MR. PALMINTIER:
 9          I don't want to interfere with the
10   camera.
11   EXAMINATION BY MR. REGAN:
```

**Page 70**

```
 6      Q.    Okay.  I will come back to 603
 7   in a second, but just for the record, what
 8   we've marked as Exhibit 604 is a document we
 9   received in connection with the MBI
10   proceedings with your testimony.  Do you
11   recognize Exhibit 604?
12      A.    If I may.
13      Q.    Sure.  It's a large printout, I
14   apologize for that.
15      A.    It would have to be.  I just
16   want to get to the header so I can confirm.
17   Yes, it appears to be the same document.
18      Q.    All right.
19   MR. PALMINTIER:
20      What's the exhibit number?
21   MR. REGAN:
22      604.
23   MR. PALMINTIER:
24      And the tab number?
25   MR. REGAN:
```

**Page 72**

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 18

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
Reported By:
JOHN JOSEPH GISCLAIR                    March 14, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR



73

75

74

76

19 (Pages 73 to 76)

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009        Board-Certified Court Reporters        Facsimile: (504) 525-9109

Exhibit K
Page 19

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
Reported By:
JOHN JOSEPH GISCLAIR                March 14, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR



Page 78:
```
 1       By making the remarks that you have
 2  on this Exhibit 603, was it your intention to
 3  exclude that some of these lines could
 4  actually be representing hydrocarbons
 5  entering the wellbore at Macondo?
 6       A.   I'm still not quite sure --
 7       Q.   All right. I understand you --
 8  the source of your remarks, as you've gone
 9  through them, it's your testimony that you
10  have not prepared a set of remarks where
11  you've tried to identify in the data where
12  the data suggests a potential entry of
13  hydrocarbons into the wellbore; correct?
14       A.   That's correct, I did not try to
15  identify an influx.
16       Q.   All right. But it's not your
17  testimony that you believe, based on
18  analyzing data, that there wasn't an influx
19  at any given time, you just haven't done the
20  work; is that fair?
21       A.   Correct.
22       Q.   Okay. Is it also correct that
23  you haven't looked at any external modeling
24  software like OLGA or other well flow
25  modeling to try and line up the Sperry-Sun
                                              78
```

Page 79:
```
 1
 2
 3
 4       (Exhibit No. 605 marked for
 5  identification.)
 6  EXAMINATION BY MR. REGAN:
 7       Q.   I would like to have you turn
 8  now to what is marked as exhibit -- or Tab 9
 9  and have you put Exhibit 605 on there for me.
10       A.   (Complying). Would you like me
11  to keep these?
12       Q.   I think that would be more
13  efficient. Thank you, sir.
14       Exhibit 605 is an excerpt from the
15  chief counsel's report published by the
16  National Commission or Presidential
17  Commission on the oil spill. The excerpt is
18  Chapter 4.7 along with end notes for that
19  chapter. Mr. Gisclair, my first question is:
20  Have you seen the chief counsel's report
21  before?
22       A.   Yes.
23       Q.   Okay. And have you reviewed
24  that report?
25       A.   Yes.
                                              79
```

Page 80:
```
 1       Q.   Have you reviewed Chapter 4.7
 2  prior to today?
 3       A.   Yes.
 4       Q.   I would like to ask you a few
 5  specific questions about Chapter 4.7 then.
 6  If we could, I will have you turn to
 7  Page 177.
 8       A.   (Complying).
 9       Q.   Which is in the top right
10  corner. The third full paragraph of that
11  page states the following: "At 9:01 p.m.
12  drill pipe pressure changed direction.
13  Instead of continuing to steadily decline, it
14  began to increase. This change in direction
15  was a significant anomaly."
16       Do you see that?
17       A.   Yes, I do.
18       Q.   All right. Do you agree with
19  that statement or those statements?
20       A.   I do agree that it's an anomal,
21  anonal, anomaly. Goodness. I do agree that
22  it was an anonal -- anomaly. I'm just going
23  to skip that word.
24       Q.   We're going to have it a few
25  more times here.
                                              80
```

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 20

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

JOHN JOSEPH GISCLAIR                    March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

Reported By:

1    A.    Okay.  Yes, I do agree.
2    Q.    Okay.
3    A.    That it's an anomaly, but I
4  believe to label it as significant is a bit
5  subjective.
6    Q.    Okay.
7    MR. PALMINTIER:
8      Say again.  Sorry.
9    THE WITNESS:
10     I believe that the labeling of
11  significant is subjective.
12    MR. PALMINTIER:
13     All right.
14  EXAMINATION BY MR. REGAN:
15    Q.    If we could stay on the same
16  page, the final paragraph, the penultimate
17  paragraph, second-to-last paragraph, it's
18  talking about 9:08 p.m. and the final
19  paragraph states, quote: "For about a minute
20  after the pumps stopped, flow-out continued
21  beyond the HORIZON's typical flow-out
22  signature, this was a kick indicator."  And
23  then there's a reference to figure 4.79.
24     Do you see that?
25    A.    I'm sorry, what paragraph was

81

1  prior to this point, you would have to choose
2  a time when the trip tank was being drained
3  to the flow line just prior to shutting down
4  during similar sea conditions, and crane
5  operations and ballasting.  If you do not do
6  a comparison using similar or identical rig
7  activities, then you're not comparing similar
8  signatures.
9    Q.    Okay.  Have you done such a
10  comparison, Mr. Gisclair?
11    A.    I went through the Macondo data
12  on the HORIZON and I did not see a comparable
13  flow-out signature with the same rig
14  activities.
15    Q.    Just so I understand your
16  answer, did you find examples of similar rig
17  activities in earlier data?
18    A.    No.  It's a fairly unusual
19  combination of rig activities.
20    Q.    Did you look for Sperry data
21  from other wells that were drilled by the
22  HORIZON?
23    A.    No, I did not.
24    Q.    As you sit here today, do you
25  have any ability to know whether the

83

1  that?  I was looking at the wrong one.
2    Q.    If we look at the very last
3  paragraph on the page, 177.
4    A.    Okay.
5    Q.    In reference to a time period of
6  9:08 p.m.  Do you see that?
7    A.    Yes.
8    Q.    It states quote: "For about a
9  minute after the pump stopped, flow-out
10  continued beyond the HORIZON's typical
11  flow-out signature.  This was a kick
12  indicator."
13     Do you see that?
14    A.    Yes, I do.
15    Q.    And do you agree with this
16  statement?
17    A.    No, I don't.
18    Q.    Why not?
19    A.    Well, in -- you cannot compare
20  this flow-out to a typical flow-out
21  signature.  In order to get a proper
22  comparison signature, you would have to pull
23  a section of data that had matching rig
24  activities.  In other words, if you want to
25  compare this flow-out to any other flow-out

82

1  signature shown in the Sperry data at
2  approximately 9:08 p.m. on April 20th differs
3  or is similar to the situation you've
4  described of a similar type rig activity?  Do
5  you have any capacity to know?
6    A.    No.
7    Q.    And would you want to look at
8  that before determining whether you agree or
9  disagree with the statement in the
10  Presidential Commission's report?
11    MR. HARTLEY:
12     Object to form.
13    MR. REGAN:
14     Strike that.  Move on.
15  EXAMINATION BY MR. REGAN:
16    Q.    Let me ask you a better
17  question.  Page 179, do you see -- in the
18  third full paragraph, it says: "During the
19  course of these activities, drill pipe
20  pressure gradually increased.  From 9:08 to
21  9:14 p.m. while the pumps were shut down,
22  drill pipe pressure increased by
23  approximately 250 psi, (see Figure 4.7.10).
24  This was a signature anomaly."
25     Do you see that?

84

21 (Pages 81 to 84)

1    A.    Yes, I do.
2    Q.    Do you agree or disagree with
3  what's set forth there in the Presidential
4  Commission's chief counsel's report?
5    A.    I do agree that it's an anomaly.
6    Q.    Mr. Gisclair, you take issue
7  with the term "significant"?
8    A.    Well, I personally feel that
9  it's easy to look back on data like this and
10 label things that as significant or any other
11 adjective you choose, but to sit there and
12 actually monitor it in realtime, an increase
13 of this nature, in my opinion, wouldn't
14 necessarily cause panic.  It's an anomaly,
15 yes, it's a curiosity, yes.  It's something
16 that may very easily be explained by minor
17 rig activities.
18    Q.    But you don't dispute that the
19 data actually shows the anomaly; correct?
20    A.    No, the data shows a 250-pound
21 increase.
22    Q.    And would you -- do you believe
23 that it's something that should have caused
24 further investigation?
25    A.    If a mudlogger notices an

85

1    A.    Yes.
2    Q.    And what further questions would
3  you want to ask in order to be able to agree
4  or disagree with the statement, or what
5  further information would you need?
6    A.    Well, I would like to know
7  exactly how the kill line was plumbed up.
8  What is being labeled here -- excuse me, what
9  is being labeled here as kill line pressure,
10 that appears to be what was being read on the
11 stand pipe 1 sensor.
12    Q.    Okay.  I understand from your
13 testimony previously that it was your belief
14 from the data that when mud pump 2 was turned
15 on it was turned on against a closed stand
16 pipe 1; correct?
17    A.    Correct.
18    Q.    Which then showed a signature of
19 an immediate rise in pressure and then
20 blowing the pop line valve; is that correct?
21    A.    Correct.
22    Q.    If the conclusion -- if --
23  strike that.
24          If we're to say with reference to
25  this kill line pressure here is instead stand

87

1  increase like that, as I said, it would stand
2  out as an anomaly.  It would stand out as a
3  curiosity.  It would be something that they
4  would perhaps want to call the rig floor and
5  ask about.
6    Q.    Okay.  I'm going to have you
7  turn to Page 180 then.
8    A.    (Complying).
9    Q.    The second full paragraph
10 states, quote: "By 9:27 p.m., an obvious
11 anomaly appeared.  The pressure on the kill
12 line -- now discernible because the drill
13 crew had just opened up the previously closed
14 kill line valve -- rose to approximately 800
15 psi.  This kill line pressure was anomalous."
16          Do you see that?
17    A.    Yes, I do.
18    Q.    Do you agree with those
19 statements in this report?
20    A.    I cannot agree or disagree, not
21 knowing exactly how the kill line was plumbed
22 up.
23    Q.    Okay.  Do you see in the data,
24 the reference -- do you see in this data an
25 800 psi increase at this time on that line?

86

1  pipe 1 pressure, would you agree that the
2  rise of approximately 800 psi on stand pipe 1
3  pressure was anomalous?  Does that cure the
4  issue?
5    A.    Again, it depends on how it was
6  plumbed up.  It depends on to what stand pipe
7  1 was connected.
8    Q.    You see the chart here,
9  Figure 4.7.11?
10    A.    Yes.
11    Q.    On the same page?
12    A.    It's not my chart, but, yes.
13    Q.    Flow chart.  Understood.  You
14 see what's being referenced here is a
15 pressure from 2126 through approximately
16 2142.  Do you see that?
17    A.    Yes.
18    Q.    Okay.  That would have been a
19 time period after the mud pump 2 blew its
20 pop-off valve; correct?
21    A.    Correct.
22    Q.    Okay.  But is it your belief
23 that this kill line pressure line represented
24 in Page 180 is actually of stand pipe 1?
25    A.    They could be the same.  If

88

22 (Pages 85 to 88)

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

JOHN JOSEPH GISCLAIR              March 14, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR



1    stand pipe 1 were connected to a kill line,
2    then it would reflect that pressure.
3        Q.    Fair enough.  Staying on Page
4    180, the fourth full paragraph states in the
5    Presidential Commission report, quote:
6    "From 9:30 to 9:35 p.m., drill pipe pressure
7    increased by approximately 550 psi.  This was
8    another significant anomaly:  With the pumps
9    shut off, there should have been no movement
10   in the well."
11       Do you see that?
12       A.    Yes.
13   MR. HARTLEY:
14       Object to form.
15   EXAMINATION BY MR. REGAN:
16       Q.    Do you agree with the statement
17   that I read here from the report?
18       A.    That is what is written in the
19   report.
20       Q.    Do you agree, Mr. Gisclair, that
21   the increase in drill pipe pressure of
22   approximately 550 psi from 9:30 to 9:35 with
23   the pump shut off was a significant anomaly?
24       A.    It is an anomaly, yes.
25       Q.    Do you believe it is a

89

1    significant anomaly?
2        A.    Again, the term "significant" is
3    open to interpretation.  I would say that
4    this is an anomaly that would -- that
5    would -- that would call for the mudlogger to
6    call the rig floor if the mudlogger sees it.
7        Q.    All right.  Are you aware of any
8    conversations between the mudlogger and the
9    drill floor between 9:00 p.m. and 9:49 p.m.?
10       A.    No, I'm not.
11       Q.    Okay.  Let me turn then to --
12   have you turn to Tab 10.
13       A.    (Complying).
14       Q.    If you could put the next
15   exhibit sticker on that.  Thank you, sir.
16       A.    606?
17       Q.    606.
18       (Exhibit No. 606 marked for
19   identification.)
20   EXAMINATION BY MR. REGAN:
21
22
23
24
25

90

91

92

23 (Pages 89 to 92)

Exhibit K
Page 23

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR
Reported By:



Page 93 — (redacted)

Page 95:
```
24        Q.    Fair enough.  Let me now have
25   you turn to Tab 11.
```

Page 94 — (redacted)

Page 96:
```
1        A.    (Complying).
2        Q.    If you could put the exhibit
3   sticker 607 on Tab 11.
4        A.    (Complying).
5        (Exhibit No. 607 marked for
6   identification.)
7   EXAMINATION BY MR. REGAN:
```

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 24

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010                    Reported By:
JOHN JOSEPH GISCLAIR                    March 14, 2011              DIANE TEWIS CLARK, RPR, RMR, CRR



**Page 97** (redacted)

**Page 99**

1    maintaining that system.
2        Q.    Was Sperry data also available
3    on a closed-circuit channel?
4        A.    Yes.
5        Q.    Okay.  And in terms of the
6    presentation that someone would see if they
7    changed the channel to the Sperry channel,
8    let's call it that, change the channel to the
9    Sperry channel, the things they would see on
10   that channel, who would determine what
11   information would be presented?
12       A.    Typically, the mudloggers will
13   put up whatever displays they feel are most
14   helpful, but if the driller or the toolpusher
15   or the company man, any one of any
16   significant -- who has any significant impact
17   on operations, if they wanted to see
18   something different, they can just make a
19   request and we would change it.
20
21
22
23
24
25

**Page 98**

4        Q.    And where -- the High Tech
5    system would have been available to the
6    drillers in the driller's cabin; correct?
7        A.    Correct.
8        Q.    Did the mudloggers have access
9    to High Tech data in the mudloggers unit?
10       A.    Not directly, no.
11       Q.    Okay.  Did they have indirect
12   access?
13       A.    It may have been available as
14   one of the channels on the closed-circuit TV,
15   but I don't know.
16       Q.    And to take a two-minute detour
17   on that, the closed-circuit TV broadcast of
18   data, who would determine what would actually
19   end up showing, if you know, showing on that
20   broadcast?
21       A.    Who determines what appears on
22   what channels?
23       Q.    Yes.
24       A.    That would be whatever
25   Transocean personnel was charged with

**Page 100**

25 (Pages 97 to 100)

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 25

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:

JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR



**Page 101**

```
21        Q.    If I could have you then turn to
22    Exhibit 15, Tab 15.
23        A.    (Complying).
24        Q.    Have you put a sticker on that
25    which would be 608.
```

**Page 103**

```
 1        Q.    The title is "SDL Field
 2    Procedures"; correct?
 3        A.    Correct.
 4        Q.    Have you ever seen this document
 5    before?
 6        A.    No, I have not.
 7        Q.    Okay.  Let me have you turn then
 8    to the seventh page of the document, which at
 9    the bottom has Bates label 831.
10        MR. GOFORTH:
11            Objection to form.
12    EXAMINATION BY MR. REGAN:
13        Q.    Do you see a section 7.7 on this
14    page, Mr. Gisclair?
15        A.    Yes, I do.
16        Q.    Okay.  In section 7.7 it says,
17    "Flow line flow-out sensor."
18            Do you see that?
19        A.    Yes.
20        Q.    And it's written in 7.7.1:
21    "Inspect the flow line with the driller in
22    order to select the location for the flow-out
23    sensor.  Do you see that?
24        A.    Yes, I do.
25        MR. GOFORTH:
```

**Page 102**

```
 1            (Exhibit No. 608 marked for
 2    identification.)
 3    EXAMINATION BY MR. REGAN:
 4        Q.    We've marked as Exhibit 608 a
 5    document from Halliburton, 233342 -- I
 6    grabbed the one wrong.  Let me have you
 7    mark -- have you turn to Tab 16, my
 8    apologies, if you can put the next -- 609 on
 9    there.
10        A.    Okay.
11            (Exhibit No. 609 marked for
12    identification.)
13    EXAMINATION BY MR. REGAN:
14        Q.    All right.  We've marked as
15    Exhibit 609, which is Tab 16 in the book,
16    Halliburton 468825 through 468846.  Do you
17    see that?
18        A.    Yes, I do.
19        Q.    Do you know what document --
20    what is represented here by Exhibit 609?
21        A.    It appears to be an HMS
22    procedural document.
23        Q.    HMS is Halliburton Management
24    System; is that right?
25        A.    Correct.
```

**Page 104**

```
 1            Objection to form.
 2    EXAMINATION BY MR. REGAN:
 3        Q.    Do you have any personal
 4    knowledge, Mr. Gisclair, about who from
 5    Sperry may have interacted with Transocean
 6    with respect to a location for the Sperry
 7    flow-out sensor?
 8        MR. GOFORTH:
 9            Objection to form.
10        THE WITNESS:
11            Yes, I do.
12    EXAMINATION BY MR. REGAN:
13        Q.    Okay.  And --
14        MR. GOFORTH:
15            What was that answer?
16        MR. REGAN:
17            His answer was "yes, I do."
18    EXAMINATION BY MR. REGAN:
19        Q.    Who do you believe would have
20    interacted with a Transocean personnel or a
21    driller in terms of selecting the location
22    for a flow-out sensor?
23        MR. GOFORTH:
24            Objection to form.
25        THE WITNESS:
```

26 (Pages 101 to 104)

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9119

Exhibit K
Page 26



```
 1          One of the mudlogging senior
 2    personnel that had rigged up the job.
 3    EXAMINATION BY MR. REGAN:
 4        Q.    Okay.  But --
 5        MR. GOFORTH:
 6          Objection to form.
 7        MR. PALMINTIER:
 8          What was the question?
 9        MR. GOFORTH:
10          Can't say.  Responsive.  You
11    understand?
12    EXAMINATION BY MR. REGAN:
13        Q.    Do you have a specific name in
14    mind, Mr. Gisclair?
15        A.    Monty Ursprung.
16        MR. GOFORTH:
17          Objection to form.
18    EXAMINATION BY MR. REGAN:
19        Q.    Let me now turn back to exhibit
20    -- strike that.  Give me one moment.
21
22
23
24
25
                                    105
```

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009        Board-Certified Court Reporters        Facsimile: (504) 525-9109

Exhibit K
Page 27

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR          March 14, 2011      DIANE TEWIS CLARK, RPR, RMR, CRR



1
2
3
4
5
6
7
8
9
10
11
12
13    MR. REGAN:
14       Did you get that?
15    EXAMINATION BY MR. REGAN:
16       Q.    If we could have you turn then
17    to Tab 12 of the book.
18       A.    (Complying).
19       Q.    And have you mark that as
20    Exhibit 611.
21       (Exhibit No. 611 marked for
22    identification.)
23    EXAMINATION BY MR. REGAN:
24
25                                   110

601 Poydras Street, Suite 1720      GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6009      Board-Certified Court Reporters   Facsimile: (504) 525-9109

Exhibit K
Page 28

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

JOHN JOSEPH GISCLAIR            March 14, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR    Reported By:

**Column 113** (redacted)

**Column 115** (redacted)

**Column 114:**

```
 1
 2
 3        Q.     Okay.  But again speaking
 4   generally, have you prepared end-of-well
 5   reports before?
 6        A.     Not to my knowledge.
 7   MR. GOFORTH:
 8        Object to form.
 9   EXAMINATION BY MR. REGAN:
10        Q.     Just to be clear, you,
11   Mr. Gisclair, have never prepared an
12   end-of-well report for mudlogging?
13        A.     No.
14        Q.     All right.  Move on.
15
16
17
18
19
20
21
22
23
24
25
```

**Column 116:**

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14        Q.     I will have you now turn to
15   Tab 13, if you would.  If we could mark that
16   as Exhibit 612.
17        A.     (Complying).
18        (Exhibit No. 612 marked for
19   identification.)
20   EXAMINATION BY MR. REGAN:
21        Q.     Mr. Gisclair, marked as
22   Exhibit 612 is a document titled "HES InSite
23   User Manual," Bates number is Halliburton
24   0408233 through 408384.
25        My question is:  Mr. Gisclair, do
```

29 (Pages 113 to 116)

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009      Board-Certified Court Reporters     Facsimile: (504) 525-9109

Exhibit K
Page 29

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010                    Reported By:
JOHN JOSEPH GISCLAIR                 March 14, 2011         DIANE TEWIS CLARK, RPR, RMR, CRR

| | |
|---|---|
| 1  you recognize what we've marked as | 1      A.   Define outside user. |
| 2  Exhibit 612? | 2      Q.   Sure.  I understand -- strike |
| 3      A.   Yes, I do. | 3  that. |
| 4      Q.   What is it? | 4           When you refer to InSite, |
| 5      A.   It is an old InSite manual for | 5  Mr. Gisclair, do you include in that the |
| 6  how to operate the InSite system. | 6  software being used by mudloggers on a rig? |
| 7      Q.   There is a date on the first | 7      A.   Yes. |
| 8  page of 612 of April 2000; correct? | 8      Q.   Okay.  So if we exclude Sperry |
| 9      A.   Yes. | 9  mudloggers on a rig or Sperry personnel on a |
| 10     Q.   Is there a more recent user | 10  rig and we exclude Sperry personnel onshore, |
| 11  manual? | 11  there are other people from other entities |
| 12     A.   Not that I'm aware of. | 12  who can have access and use Halliburton |
| 13     Q.   Okay.  You say it's an old | 13  InSite; correct?  As subscribers. |
| 14  manual, but is it still the current manual? | 14     A.   Outside of Halliburton? |
| 15     A.   No.  Well, I'm sorry, could you | 15     Q.   Yes. |
| 16  define current? | 16     A.   Generally not the full version |
| 17     Q.   Okay, I will try to take steps | 17  of InSite, no. |
| 18  here.  What we've marked as Exhibit 612, at | 18     Q.   Okay, this is perhaps my |
| 19  one point in time was a user manual for | 19  confusion.  Can you describe for me the |
| 20  InSite; correct? | 20  differences between what you refer to as |
| 21     A.   Yes. | 21  InSite and what you would describe as what |
| 22     Q.   Has it been superseded? | 22  outsiders can subscribe to? |
| 23     A.   No. | 23     A.   Okay.  To clarify, there are a |
| 24     Q.   Okay.  Does Halliburton have a | 24  select few customers that do actually run |
| 25  written manual for InSite other than this | 25  full version InSite, but the vast majority of |
| 117 | 119 |

| | |
|---|---|
| 1  April 2000 document. | 1  outside users, outside of Halliburton, will |
| 2      A.   No. | 2  access the InSite data using InSite Anywhere. |
| 3      Q.    So are there other materials | 3  The InSite data, and I'm sorry, the full |
| 4  that are available today that weren't | 4  version InSite is the data host, it's the |
| 5  available in April 2000 to help users of | 5  database that provides all the data |
| 6  InSite? | 6  acquisition.  InSite Anywhere is just the |
| 7      A.    The InSite system has an online | 7  means of accessing templates that will show |
| 8  help system. | 8  you that data over the web. |
| 9      Q.    All right.  And in your view, | 9   |
| 10  Mr. Gisclair, is the online help system | 10   |
| 11  equivalent to the user manual that we've | 11   |
| 12  marked here as Exhibit 612? | 12   |
| 13     A.    I've never made that comparison. | 13   |
| 14     Q.    Okay.  Did you have any role in | 14   |
| 15  preparing Exhibit 612? | 15   |
| 16     A.    No. | 16   |
| 17     Q.    And did you have any role in | 17   |
| 18  preparing the online help system for the | 18   |
| 19  InSite? | 19     Q.    Is there a user manual for the |
| 20     A.    No. | 20  InSite Anywhere program? |
| 21     Q.    In your capacity as InSite | 21     A.    It has -- excuse me, it has |
| 22  supervisor, do you or your team receive | 22  online help. |
| 23  inquiries from users of InSite of questions | 23     Q.    Online help, all right.  And |
| 24  about how to use the program -- outside | 24  then to circle all the way back to where we |
| 25  users? | 25  started, so Exhibit 612 then would be a |
| 118 | 120 |

30 (Pages 117 to 120)

Exhibit K
Page 30

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR                March 14, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR
Reported By:



**Page 121**

1   useful manual for those persons who were
2   using the full-blown InSite program which has
3   that data host and capabilities?
4        A.    Yes.

**Page 124**

4       MR. REGAN:
5          We have to change tape.
6       THE VIDEOGRAPHER:
7          This is the end of Tape 2.  The
8   time is 10:57.  We're going off the record.
9          (Whereupon, a brief recess was
10  taken.)
11      THE VIDEOGRAPHER:
12         Returning to the record, start of
13  Tape 3.  The time is 11:10.
14  EXAMINATION BY MR. REGAN:
15      Q.    Mr. Gisclair, I was previously
16  asking about the Sperry-Sun sonic flow-out
17  sensor and the calibration.  Do you recall
18  that?
19      A.    Yes.
20      Q.    Okay.  And I believe it was your
21  testimony that you do not believe it had been
22  calibrated on the day of April 20th; is that
23  right?
24      MR. HARTLEY:
25         Object to form.

31 (Pages 121 to 124)

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009        Board-Certified Court Reporters        Facsimile: (504) 525-9109

Exhibit K
Page 31

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010                    Reported By:
JOHN JOSEPH GISCLAIR              March 14, 2011       DIANE TEWIS CLARK, RPR, RMR, CRR



**Page 125**

```
 1        THE WITNESS:
 2        I'm not aware of it being
 3   calibrated.
 4   EXAMINATION BY MR. REGAN:
 5        Q.   You don't know one way or the
 6   other; correct?
 7        A.   Correct.
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25        Q.   And when was the last time that
```

**Page 126**

```
 1   was done on the HORIZON before April 20th?
 2        A.   I don't know.
 3        Q.   Do you know what sensors --
 4   strike that.
 5        Do you know what settings in terms
 6   of parameters were being monitored in the
 7   Sperry-Sun unit on April 20th?
 8   MR. HARTLEY:
 9        Object to form.
10   MR. GOFORTH:
11        Objection to form.
12   THE WITNESS:
13        Can you be a little more specific?
14   EXAMINATION BY MR. REGAN:
15        Q.   You were not -- obviously, you
16   were not personally in the mudlogging unit on
17   April 20th; correct?
18        A.   Correct.
19        Q.   You have interviewed people who
20   were personally in the mudlogging unit on
21   that date; correct?
22        A.   Correct.
23        Q.   In terms of trying to determine
24   what actual parameters or variables or
25   sensors were being monitored that day, do you
```

**Page 127**

```
 1   have an ability to tell us what sensors were
 2   being monitored that day?
 3        A.   I can give you a list of data
 4   that would have been available for display.
 5        Q.   Okay.  I understand there's data
 6   available for display, but my question is:
 7   What data was actually being displayed on
 8   April 20th in that unit?  Do you have the
 9   ability to answer that question?
10        A.   To an extent.
11        Q.   Okay.
12        A.   Based on the templates that
13   might have been opened up on that -- at that
14   time.
15        Q.   I understand that there's
16   templates and what might have been, but in
17   terms for certain, do you have any ability to
18   say for certain what information was on the
19   screens in that unit on that day?
20        A.   No.
21        Q.   And if we wanted to determine
22   that, we would need to ask Mr. Keith?
23        A.   Yes.
24        Q.   Okay.  And if we wanted to
25   determine what rig activities were going on
```

**Page 128**

```
 1   that day, we would need to ask Mr. Keith from
 2   his perspective?
 3        A.   The rig activities?
 4        Q.   Yes.
 5        A.   You would have to speak to
 6   numerous personnel.
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

32 (Pages 125 to 128)

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009       Board-Certified Court Reporters     Facsimile: (504) 525-9109

Exhibit K
Page 32

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010                                Reported By:
JOHN JOSEPH GISCLAIR                    March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

| | |
|---|---|
| 1 | |
| 2     MR. GOFORTH: | |
| 3       Objection to form. | |
| 4 EXAMINATION BY MR. REGAN: | |
| 5     Q.   With respect to the Sperry | |
| 6 system, can you, can a user set alarms? | |
| 7     A.   Yes. | |
| 8     Q.   Okay. And are there alarms that | |

1
2     MR. GOFORTH:
3       Objection to form.
4 EXAMINATION BY MR. REGAN:
5     Q.   With respect to the Sperry
6 system, can you, can a user set alarms?
7     A.   Yes.
8     Q.   Okay. And are there alarms that
9 are defaults, meaning always set in the
10 system or, alternatively, is it user
11 specific?
12     A.   It's user specific.
13     Q.   Do you, as you sit here today,
14 Mr. Gisclair, know what alarms may have been
15 set in the Sperry system on April 20th?
16     A.   No.
17     Q.   If someone wanted to determine
18 that -- the answer to that question, who
19 would you recommend they speak to?
20     A.   The mudloggers on tour that day,
21 Ms. Willis and Mr. Keith.
22     Q.   In terms of the InSite Anywhere
23 program, does that also allow for alarms to
24 be set?
25     A.   Yes.

129

9     Q.   Okay. And based on those sensor
10 responses, do you believe you're qualified to
11 issue an opinion about whether the reservoir
12 was communicating with the well during the
13 negative test procedure?
14     MR. GOFORTH:
15       Object to form.
16     THE WITNESS:
17       I don't believe that the data that
18 we were able to collect during the negative
19 test would allow for an accurate analysis of
20 that negative test, whether or not there was
21 communication with the wellbore at the time.
22 EXAMINATION BY MR. REGAN:
23     Q.   Okay. Have you had any
24 involvement in reviewing -- well, strike
25 that.

131

1     Q.   Again, is it user specific?
2     A.   Yes.
3     Q.   Okay. And to your knowledge,
4 Mr. Gisclair, was there anyone onshore at
5 Sperry monitoring the data that was coming
6 off of the HORIZON on a realtime basis on the
7 night of April 20th?
8     A.   I'm sorry, can you be more
9 specific with the monitoring?
10     Q.   Sure. I will try. There was
11 data, realtime data being transmitted from
12 the HORIZON on April 20th through the InSite
13 program; correct?
14     A.   Correct.
15     Q.   That data was coming by
16 satellite, first to BP's location and then to
17 Halliburton or Sperry-Sun's location;
18 correct?
19     A.   Yes.
20     Q.   At the Halliburton or Sperry
21 location, are you aware of anyone who was
22 physically examining that data on a realtime
23 basis on April 20th?
24     A.   No.
25

130

1     There's a couple more exhibits that
2 I'm going to mark here that did not make it
3 into my notebook, but I think probably the
4 group has them. I'm going to read them my
5 Bates number and I can show them on the
6 screen. I will hand them to you. You have a
7 set; right?
8     MR. KEEGAN:
9       Yes.
10     MR. REGAN:
11       Which one -- okay.
12 EXAMINATION BY MR. REGAN:
13     Q.   Mr. Gisclair, if you could put
14 stickers on each of those.
15     A.   Okay. Which stickers for which
16 ones?
17     Q.   It doesn't matter.
18     A.   I'm putting 613 on 50569.
19     (Exhibit No. 613 marked for
20 identification.)
21 EXAMINATION BY MR. REGAN:
22     Q.   Okay.
23     A.   And sticker 614 on 50546.
24     (Exhibit No. 614 marked for
25 identification.)

132

33 (Pages 129 to 132)

Exhibit K
Page 33

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR                March 14, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR

| | |
|---|---|
| 1 EXAMINATION BY MR. REGAN: | 1   A.   No, I don't. |
| 2   Q.   Okay. | 2   Q.   Okay. 614? |
| 3   A.   I assume I can put them in the | 3   A.   (Complying). |
| 4 binder? | 4 |
| 5   Q.   If you want, whatever your | 5 |
| 6 preference. | 6 |
| 7   Starting with Exhibit 613 which is | 7 |
| 8 a document entitled WellSpace MC252 No. 1, | 8 |
| 9 Bates number Halliburton 050569 through -- | 9 |
| 10 0050569 through 0050581. | 10 |
| 11   My question, Mr. Gisclair, is:  Do | 11 |
| 12 you recognize what's been marked as | 12 |
| 13 Exhibit 613? | 13 |
| 14   A.   No, I haven't seen this. | 14 |
| 15   Q.   Do you know what WellSpace is? | 15 |
| 16   A.   It's a -- | 16 |
| 17 MR. GOFORTH: | 17 |
| 18   Object to form. | 18 |
| 19 THE WITNESS: | 19 |
| 20   It's a file depository.  It's a | 20 |
| 21 space for personnel with access for the | 21 |
| 22 Macondo data to upload and download files. | 22 |
| 23 EXAMINATION BY MR. REGAN: | 23 |
| 24   Q.   Do you, Mr. Gisclair, use | 24 |
| 25 WellSpace? | 25 |
| 133 | 135 |

| | |
|---|---|
| 1   A.   No, I don't. | 1 |
| 2   Q.   Is WellSpace a Sperry-Sun | 2 |
| 3 program or data set? | 3 |
| 4   A.   No.  I believe it's -- it's | 4 |
| 5 owned and operated by Landmark, another | 5 |
| 6 division of Halliburton. | 6 |
| 7   Q.   Okay.  And in connection with | 7 |
| 8 your work in InSite, with software and | 8 |
| 9 hardware and networking, does any part of | 9 |
| 10 your work at Sperry-Sun include the WellSpace | 10 |
| 11 data space? | 11 |
| 12   A.   No, it does not. | 12 |
| 13 MR. GOFORTH: | 13 |
| 14   Object to the form. | 14 |
| 15   I'm sorry, I didn't hear the | 15 |
| 16 answer. | 16 |
| 17 MR. REGAN: | 17 |
| 18   He said, "No, it does not." | 18 |
| 19 EXAMINATION BY MR. REGAN: | 19 |
| 20   Q.   All right.  Move to Exhibit 614. | 20 |
| 21 Before -- one other question on 613. | 21 |
| 22   Do you know, Mr. Gisclair, the name | 22 |
| 23 of any individual at Landmark, Division of | 23 |
| 24 Halliburton, who is in charge of or otherwise | 24 |
| 25 is associated with the WellSpace data set? | 25 |
| 134 | 136 |



34 (Pages 133 to 136)

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR
Reported By:



Page 137

Page 139

```
24          Q.    Mr. Gisclair, have you ever seen
25   the contract between Halliburton --
```

Page 138

Page 140

```
 1   Sperry-Sun and BP with respect to mudlogging
 2   services?
 3          A.    No, I haven't.
 4          Q.    Were you involved in any way in
 5   the negotiation or execution of that
 6   contract?
 7          A.    No, I wasn't.
 8          Q.    Spare me one second here.
 9   MR. HARTLEY:
10          It's your client.
11   MR. REGAN:
12          That's why I talk fast.
13   EXAMINATION BY MR. REGAN:
14          Q.    Mr. Gisclair, I asked you about
15   the Sperry flow-out sensored -- flow-out
16   sensor.  Do you have any understanding based
17   on the work you've done since April 20th,
18   about any calibration of the Transocean
19   flow-out sensor that was on the DEEPWATER
20   HORIZON?
21          A.    No.
22          Q.    And have you interviewed anyone
23   who -- do you have any information from your
24   work post April 20th, about any maintenance
25   history, about the Transocean flow-out sensor
```

35 (Pages 137 to 140)

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010                                      Reported By:
JOHN JOSEPH GISCLAIR                     March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

| | |
|---|---|
| 1    on the DEEPWATER HORIZON? | 1    questions on behalf of the Plaintiffs' |
| 2        A.    No. | 2    Steering Committee. |
| 3        Q.    Mr. Gisclair, I understand that | 3        I understand you've never given a |
| 4    at the time of September 26th, 2010, you were | 4    deposition before, but I've seen a lot of |
| 5    critical of BP's -- you claim BP's | 5    testimony that you've given and you've done |
| 6    investigation team for a potential 80-barrel | 6    an excellent job throughout in answering only |
| 7    loss at some point in time on April 20th. | 7    the question and trying not to vary from the |
| 8    Do you recall that criticism that you -- | 8    question itself.  I'm going to ask you to |
| 9        MR. HARTLEY: | 9    keep up the good work. |
| 10        Object to the form. | 10        A.    Thank you. |
| 11    THE WITNESS: | 11        Q.    Also, some of the questions that |
| 12        If I recall, the criticism was not | 12    were just asked, you just went through a |
| 13    against BP's report, it was against the | 13    pretty rapid fire, you know, two hours of |
| 14    Marine Board Investigation's conclusion. | 14    questions and I'm going to slow things down a |
| 15    EXAMINATION BY MR. REGAN: | 15    little bit and go back to what, for me anyway |
| 16        Q.    Okay.  My main question is do | 16    as a trial lawyer, is the beginning. |
| 17    you understand today that the party, if you | 17    I want to ask you a little bit about your |
| 18    will, that was alleging an 80-barrel loss was | 18    preparation for this very deposition, not for |
| 19    the Marine Board? | 19    the other testimony that you've given. |
| 20        A.    Yes. | 20        We will start with that and then we |
| 21        Q.    And you disagree with the Marine | 21    will move through till about 12:30 on |
| 22    Board's conclusion, that there was a | 22    questions that are pertaining to InSite |
| 23    potential 80-barrel loss on that day? | 23    itself and what you know about them.  Okay? |
| 24        A.    Yes. | 24        A.    Okay. |
| 25    MR. REGAN: | 25        Q.    Let's get started.  First, you |
| 141 | 143 |

| | |
|---|---|
| 1        Give me a minute.  Mr. Gisclair, | 1    had an opportunity, did you not, to speak |
| 2    those are the questions I have.  I have some | 2    with various individuals in preparation for |
| 3    additional time, I think it's approximately | 3    this deposition today? |
| 4    45 minutes, that I seek to reserve until the | 4        A.    Yes. |
| 5    end of the deposition to the extent that I | 5        Q.    Now, you know, you will hear |
| 6    need to come back and cover some of these | 6    through the day, and if you haven't listened |
| 7    other topics.  But at this point in time, I | 7    to any of the previous depositions, you may |
| 8    conclude my questioning. | 8    not have heard it, but we don't want you to |
| 9        Thank you, sir. | 9    tell us what you and any lawyer that |
| 10    THE WITNESS: | 10    represents your company might have talked |
| 11        Thank you. | 11    about.  However, we do want to know who |
| 12    THE VIDEOGRAPHER: | 12    you've met with and then we will stop, if |
| 13        Off the record.  It is 11:30. | 13    it's a lawyer, we will stop with just the |
| 14        (Whereupon, a brief recess was | 14    name, if it's a lawyer that represents your |
| 15    taken.) | 15    company.  Okay? |
| 16    THE VIDEOGRAPHER: | 16        A.    Okay. |
| 17        Returning to the record, it's | 17        Q.    Could you give me a list of who |
| 18    11:39. | 18    you've talked with in preparation for this |
| 19    EXAMINATION BY MR. PALMINTIER: | 19    deposition? |
| 20        Q.    Mr. Gisclair, I'm Michael | 20        A.    It was basically all counsel, |
| 21    Palmintier with a law firm called | 21    both internal and external to Halliburton, |
| 22    deGravelles, Palmintier, Holthaus & Frugé | 22    internal counsel was Stacy Russell, Sara |
| 23    from Baton Rouge.  I have a few questions for | 23    Hicks, external was this handsome gentleman |
| 24    you.  I am a member of the Plaintiffs' | 24    to my left, Mr. Floyd. |
| 25    Steering Committee and I'm asking you those | 25    MR. HARTLEY: |
| 142 | 144 |

36 (Pages 141 to 144)

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010                                          Reported By:
JOHN JOSEPH GISCLAIR                    March 14, 2011         DIANE TEWIS CLARK, RPR, RMR, CRR

1      You got that on the record.
2      MR. PALMINTIER:
3          Yes, indeed, that's going to cause
4  a credibility problem.
5      MR. HARTLEY:
6          I think you're right about that.
7      THE WITNESS:
8          Bruce Bowman, oh, goodness, so many
9  people.
10  EXAMINATION BY MR. PALMINTIER:
11     Q.    Mr. Godwin by any chance?
12     A.    No, I didn't meet with Mr.
13  Godwin prior -- in preparation for this
14  deposition.
15     Q.    Because your picture is all over
16  the internet with him standing, frowning
17  right next to you, so those are the lawyers
18  you talked to.
19         Have you talked to any lay people,
20  any nonlawyers in preparation for this
21  deposition today?
22     A.    No, sir.
23     Q.    When did you talk with the
24  ladies and gentlemen that you mentioned just
25  now?

145

1  that you looked at the chart that's -- the
2  lengthy chart that's in front of us and has
3  been introduced as an exhibit today?
4      A.    Yes.
5      Q.    Do you recall generally what
6  other documents you looked at?
7      A.    We discussed a little bit of
8  some of the exhibits that -- that have been
9  presented to me today.  We did not review it,
10  but it was recommended that I review my
11  testimony before the Coast Guard and also to
12  review the documents available for the
13  national academies and for the National
14  Commission.
15     Q.    Among those documents, I take
16  it, that there were some exhibits that you
17  looked at pertaining to InSite itself, the
18  company called InSite; is that correct?
19     A.    InSite is not a company, it's a
20  software package.
21     Q.    Okay.  And I want to ask you
22  questions about it.  So it's not InSite PLC
23  or LLC or anything like that, it's just
24  InSite, a trademark?
25     A.    It's the name of the software

147

1      A.    On Monday and Wednesday of last
2  week.
3      Q.    About how --
4      A.    The 7th and 9th.
5      Q.    The 7th and 9th?
6      A.    Yes, sir.
7      Q.    And where did you meet?
8      A.    In Houston.
9      Q.    And --
10     A.    At the -- on Monday at the Law
11  Offices of Godwin Ronquillo and on Wednesday
12  at the office of Bracewell & Giuliani.
13     Q.    Now, in addition to these
14  lawyers, did you meet with any other lawyers
15  that were not lawyers who actually
16  represented your company in preparation for
17  this deposition?
18     A.    No, sir.
19     Q.    Now, while you met with them,
20  I'm sure that you reviewed documents, I don't
21  want to hear about what you and your counsel
22  may have discussed, however, in terms of the
23  specifics of the documents, I do want to know
24  about the documents though.
25         Is it fair to say, for example,

146

1  that Sperry -- well, actually, how many
2  Halliburton's product lines use for data
3  acquisition, data display, data transfer.
4      Q.    And that was really what I was
5  getting at.  The fact that it is a
6  proprietary name or a trademark or something,
7  a copyright is not as important to us as to
8  understand who owns it, and I take it you're
9  telling us that Halliburton owns it?
10     A.    It's a Halliburton product.
11     Q.    Okay.  Now, and, of course, you
12  are well versed in InSite, that is, as a
13  product; correct?
14     A.    Yes.
15     Q.    I take it that you were present
16  at the evolution of the product once it
17  became Halliburton's.  Is that a fair
18  statement?
19     A.    InSite was originally developed
20  by Sperry prior to Halliburton's acquiring
21  Dresser Industries.  At the time Sperry was a
22  Dresser company and when Halliburton and
23  Dresser merged, Halliburton decided to begin
24  development for InSite for all of its product
25  lines, not just the Sperry services.  So my

148

37 (Pages 145 to 148)

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:

JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

| | |
|---|---|
| 1  involvement in the InSite program precedes | 1  engineer and that was the software that I |
| 2  Halliburton's merger with Dresser. | 2  used as a field engineer for working with my |
| 3     Q.   Understood.  Tell me about your | 3  tools, acquiring the data-learning logs and |
| 4  original involvement with the development of | 4  so forth, so my familiarity with it precedes |
| 5  InSite. | 5  even the InSite support.  But my direct |
| 6     A.   The most direct involvement I've | 6  involvement with development began when I |
| 7  had with the development was working with the | 7  hired on as InSite support. |
| 8  testing group in Houston.  I spent a couple | 8     Q.   Just out of curiosity, for |
| 9  of months working to test new versions of | 9  example, you mentioned InSite Anywhere, did |
| 10  InSite prior to their release to the field. | 10  you help creating InSite Anywhere? |
| 11  After working with the testing group, my most | 11     A.   Not in the actual writing of the |
| 12  direct involvement with development has been | 12  software involved, but I was involved in |
| 13  helping to identify changes to the software | 13  supporting and maintaining InSite Anywhere |
| 14  and any issues that we may have running it in | 14  from its inception. |
| 15  the field, suggest more function and whatnot. | 15     Q.   Okay.  And that is a way through |
| 16     Q.   Okay.  Now, testing group | 16  the miracle of the internet to -- for anyone |
| 17  activity that you mentioned in your | 17  who has the appropriate credentials and |
| 18  testimony, that took place approximately | 18  passwords and so forth to be able to access |
| 19  when, early 2000s perhaps? | 19  the InSite program at a given facility; |
| 20     A.   2000, late 2001, maybe 2002. | 20  correct? |
| 21     Q.   Okay.  How did they pick you, if | 21     A.   Correct. |
| 22  you will, to be in that position; was it | 22     Q.   And just hypothetically, then, |
| 23  because of your field experience, as far as | 23  if I would have had the right passwords and |
| 24  you know? | 24  everything, I could have been watching the |
| 25     A.   That was part of my preparation | 25  DEEPWATER HORIZON Macondo in April of 2010? |
| 149 | 151 |

| | |
|---|---|
| 1  for becoming InSite support.  They felt -- my | 1     A.   Yes. |
| 2  boss at the time felt that it would be good | 2     Q.   Watching the InSite program |
| 3  for my training to be involved in the | 3  evolve; correct?  Strike that. |
| 4  development, at least to get to know the | 4     Watching the InSite -- the data |
| 5  group that's writing it and be familiar with | 5  from the InSite program evolve? |
| 6  the testing procedures. | 6     A.   Correct. |
| 7     Q.   Okay. | 7     Q.   All right.  So I'm curious about |
| 8     A.   So that was in preparation for | 8  what it took, and really we're focused on a |
| 9  my entering the InSite support position. | 9  year ago, you know, in 2010 and this terrible |
| 10     Q.   All right.  So you sort of | 10  tragedy, but I'm curious about what it took |
| 11  evolved with or developed with the program? | 11  then in those days to become a person who |
| 12     A.   Right. | 12  could have access to InSite Anywhere. |
| 13     Q.   Now, in light of that, and I | 13     A.   It would have to be approval |
| 14  have questions about -- and I will probably | 14  from BP. |
| 15  reserve them for a little later, but -- about | 15     Q.   Okay.  And that is with regard |
| 16  your ongoing awareness of changes in the | 16  to any BP project; correct? |
| 17  program itself.  But suffice it to say, that | 17     A.   Yes. |
| 18  since that early -- those early days, you've | 18     Q.   Now, so approval from BP.  How |
| 19  continued to be a participant in the change | 19  can we find out who BP gave approval to for |
| 20  and evolution of this software program? | 20  use of the PC of InSite Anywhere? |
| 21     A.   Right.  If I may clarify a | 21     A.   There's an access list that |
| 22  little bit. | 22  lists all approved users to be the Macondo |
| 23     Q.   Yes. | 23  data. |
| 24     A.   Before I hired on as InSite | 24     Q.   Okay.  Have you looked at that |
| 25  support, I was working in the field as an MWD | 25  list? |
| 150 | 152 |

38 (Pages 149 to 152)

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-8109

Exhibit K
Page 38

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:

JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

| | |
|---|---|
| 1     A.    I don't believe so. | 1   located in Houston, it's a hypothet, we |
| 2     Q.    Have you asked anybody about | 2   understand each other, I don't have any |
| 3   that list? | 3   facts, I'm just making them up as we go, but |
| 4     A.    Let me clarify.  I have seen the | 4   with a purpose.  Let's say that there was an |
| 5   list, I have not reviewed the list.  I know | 5   individual who had access in Houston, working |
| 6   the list exists, I had gotten it from my | 6   for company X, how would that individual -- |
| 7   InSite support at BP, but I didn't go down | 7   first of all, would that individual get the |
| 8   the list to see who was and was not included. | 8   full package of information that was being |
| 9     Q.    Now -- but could you give me a | 9   generated from the DEEPWATER HORIZON? |
| 10   general idea of how many approved users there | 10     MR. HARTLEY: |
| 11   were? | 11       Object to form. |
| 12     A.    I couldn't give you a solid | 12     MR. PALMINTIER: |
| 13   number. | 13       That was pretty rough, I agree. |
| 14     Q.    Okay.  I mean, more than ten -- | 14   EXAMINATION BY MR. PALMINTIER: |
| 15     A.    Definitely more than ten. | 15     Q.    In other words, would a user, |
| 16     Q.    More than a hundred maybe? | 16   any user get the full package of data that |
| 17     A.    I couldn't say. | 17   would be generated from the Macondo -- the |
| 18     Q.    Okay, enough.  I won't try to | 18   DEEPWATER through InSite Anywhere? |
| 19   box you in on that, as they say, but the | 19     MS. KUCHLER: |
| 20   point is there were a number of approved | 20       Object to the form.  Deb Kuchler. |
| 21   users? | 21     THE WITNESS: |
| 22     A.    Yes, sir. | 22       InSite Anywhere has the ability to |
| 23     Q.    Now, would those users have been | 23   pull any data that resides within the InSite, |
| 24   just -- I apologize for these detailed | 24   the full InSite database.  In general that |
| 25   questions, but I don't understand the | 25   data presented in InSite Anywhere is a |
| 153 | 155 |

| | |
|---|---|
| 1   software.  Those would all -- that list of | 1   listing of basically default data and if at |
| 2   users that you just mentioned, the access | 2   any point any customer wants to see data that |
| 3   list, those would be folks who were not on | 3   is not on that list, it's just a matter of |
| 4   the DEEPWATER HORIZON obviously; correct? | 4   requesting, say, can I see this data and it |
| 5     A.    It could also include rig | 5   would be included in the InSite Anywhere |
| 6   personnel there, circumstances where we have | 6   listing. |
| 7   company men, company representatives that are | 7   EXAMINATION BY MR. PALMINTIER: |
| 8   located on the rig that still want access to | 8 |
| 9   InSite Anywhere. | 9 |
| 10     Q.    Understood.  Do you know whether | 10 |
| 11   there were any such individuals, no matter | 11 |
| 12   what company they worked for, in -- on | 12 |
| 13   April 20th, 2010? | 13 |
| 14     A.    On the rig? | 14 |
| 15     Q.    Yes. | 15 |
| 16     A.    That had access to InSite | 16 |
| 17   Anywhere? | 17 |
| 18     Q.    Yes. | 18 |
| 19     A.    I don't know. | 19 |
| 20     Q.    We could find out, though, by | 20 |
| 21   looking at the appropriate list; correct? | 21     Q.    Okay.  I know that you've |
| 22     A.    Yes. | 22   testified because I was listening, you |
| 23     Q.    Let's talk about an individual, | 23   testified a little bit about this earlier, I |
| 24   hypothetical user of the InSite Anywhere, | 24   got the impression that BP, and you can |
| 25   let's just say that that individual was | 25   correct me if I'm wrong, that BP had sort of |
| 154 | 156 |

39 (Pages 153 to 156)

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 39

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

Reported By:

1  the full access of the -- to all of the data
2  in the InSite Anywhere software?
3       MR. HARTLEY:
4          Object to form.
5  THE WITNESS:
6          The full database resided on a
7  computer in their office.  Who had access to
8  that data within their office, I don't know.
9  EXAMINATION BY MR. PALMINTIER:
10      Q.   The list -- so now, we're not
11  talking about InSite Anywhere, we're talking
12  about actual connection through a network
13  with a particular -- the -- basically the
14  host computer; correct?
15      A.   Right.
16      Q.   And so anyone in the BP office
17  -- well, strike that.
18          Where was that, that main
19  computer?
20      A.   I'm not certain of its exact
21  location.
22      Q.   But it was in Houston?
23      A.   Yes, it was in BP's facility in
24  Houston.
25      Q.   And so there could have been

157

1  understanding of its history in terms of, for
2  example, interruption, interruption of
3  transmission or any problems with
4  transmission whatsoever?
5      A.   Well, I don't know of any
6  specifics, but it being a network connection,
7  especially over satellite, it's going to be
8  prone to the occasional connection interrupt.
9      Q.   Okay.  Now, you know, I've seen
10  and heard you today, in fact, talk about that
11  there were no issues as to the actual data
12  that was then interpreted by different people
13  in different ways that came to various
14  sources through InSite.  Is it fair to say
15  that there were no transmission difficulties
16  in the crucial period of time in the days
17  before and leading up to the blowout?
18      A.   I would agree with that.  It
19  does not -- there are no gaps in the data
20  during the time leading up to the accident
21  and the end of transmission matches testimony
22  given when the first explosion occurred.
23      Q.   Okay.  So you have actually
24  looked at that and concluded that there were
25  no interruptions; correct?

159

1  several different individuals within the
2  Houston facility that might have been
3  getting, through networking, the information
4  that was on that main computer?
5      A.   Yes.
6      Q.   Again, I apologize for asking
7  tedious questions.
8      A.   That's okay.
9      Q.   If I understand you correctly
10  then, this central computer, I will call it,
11  received the actual data inputs from the
12  DEEPWATER HORIZON through a satellite
13  connection?
14      A.   Correct.
15      Q.   Is that a special program as
16  well, similar to InSite Anywhere?
17      A.   No.  It's an application built
18  into the InSite system.  It's a system called
19  Data Exchange where you can set up a
20  transmission between two InSite computers and
21  you can basically send the entire database
22  over the network.
23      Q.   Okay.  And that connection
24  between the DEEPWATER rig and the -- and the
25  Houston central computer, do you have any

158

1      A.   Correct.
2      Q.   Now, and the same, I suppose, is
3  true of people using InSite Anywhere, you
4  have the same weaknesses that anyone has with
5  connection problems; correct?
6      A.   Yes.
7      Q.   But that the -- at least as far
8  as any reference that you've made to InSite
9  Anywhere data, the actual raw data has not
10  been subject to any valid criticism; correct?
11      A.   Correct.
12      Q.   Since the time of the blowout in
13  April of 2010, have you participated in any
14  changes, and I'm just talking about InSite
15  now, have you participated in any changes in
16  the overall software program that we've been
17  talking about?
18      A.   With regards to the Macondo
19  incident?  Or just in general?
20
21
22
23
24
25

160

40 (Pages 157 to 160)

Exhibit K
Page 40

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR                March 14, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR          Reported By:



Page 161

```
 1   with Mr. Keith?
 2       MR. HARTLEY:
 3           Object.  Form.
 4   EXAMINATION BY MR. PALMINTIER:
 5       Q.   If you recall?
 6       A.   As I said, I couldn't say.  I've
 7   been seeing him on a fairly frequent basis.
 8   Even to say good morning, I know I saw him a
 9   couple of weeks ago so.
10       Q.   I accept that.  Really I'm
11   talking about when was the last time you
12   talked to him about events on the Macondo
13   well.
14       A.   I couldn't say specifically.
15   It's been some weeks or months that we
16   actually discussed the data.
```

Page 163

```
14       Q.   Okay.  Now, I asked you about
15   preparation for the deposition today and
16   you've told me that you spoke with some
17   counsel.  In preparation -- and correct
18   me -- I'm sorry, excuse me if I've already
19   asked this, but in preparation for your
20   deposition today, did you also, did you speak
21   with any of the lay people that we have been
22   talking about, like Mr. Keith,
23   Ms. Willis and so forth?
24       A.   No.
25       Q.   When was the last time you spoke
```

Page 162

Page 164

41 (Pages 161 to 164)

Exhibit K
Page 41

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR



13    Q.    I know that there is some very
14  dramatic testimony that's been provided by
15  Joseph Keith about his escape from the
16  flames.  I wonder if you know about what --
17  how Ms. Willis was able to leave the rig?
18    A.    She described a little bit of it
19  to me, yes.
20    Q.    Can you give me a thumbnail
21  sketch of that?
22    A.    I believe she was in her room at
23  the time and -- when the explosion occurred.
24  I don't recall exactly how she made it from
25  her room to the life boats, but I do recall

165

1   immediate explosion that he was actually
2   making a note, but he has testified, I'm sure
3   you've heard, and he probably talked to you
4   about the fact that he wrote his notes in the
5   logbook.
6     A.    Yes.

167

1   her saying that she was waiting at the life
2   boat, she was understandably anxious.  Joe
3   was a big help in keeping her calm there.
4   That's where she had first met up with him
5   after the accident and I'm afraid I can't go
6   into too many specifics, it's been quite a
7   while since we discussed it and we had only
8   the one conversation, but it was similar to
9   many other stories of people's escape on the
10  HORIZON.
11    Q.    Yes.  Mr. Keith was in the unit,
12  the Sperry unit actually entering entries
13  into his logbook; correct?
14  MR. HARTLEY:
15    Object to form.
16  EXAMINATION BY MR. PALMINTIER:
17    Q.    When the explosion occurred?
18  MR. HARTLEY:
19    Object to the form.
20  THE WITNESS:
21    I don't know specifically what Joe
22  was doing at any given time on the night of
23  the accident.
24  EXAMINATION BY MR. PALMINTIER:
25    Q.    I'm really not talking about the

166

168

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 42

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR                    March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR



43 (Pages 169 to 172)

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 43

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:

JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR



**Page 173**

21   Q.   Understood.
22   MR. PALMINTIER:
23      We're going to take the lunch
24   break.  I've been shown a note that we're out
25   of tape.  We will take our lunch break and

**Page 175**

1      A.   From the rig?
2      Q.   Yes.
3      A.   No, the only direct feed from
4   the rig went from the rig into BP's office.
5      Q.   Okay.  Now, from that point in
6   BP's office is, as we discussed, a sort of
7   central computer.  Do you know whether anyone
8   -- any company had essentially a secondary
9   direct feed from that BP computer, rather
10   than going through InSite Anywhere, a direct
11   feed, for example, to Halliburton?
12      A.   The only direct feeds I'm aware
13   of for the Macondo well was from the rig to
14   BP and again from BP to the Halliburton
15   facility in Houston and from the Halliburton
16   facility to Lafayette, the Sperry office in
17   Lafayette.  I'm not aware of any other feeds.
18      Q.   Understood.  I appreciate that.
19   Now -- but BP could have sent out such direct
20   feed to anyone; correct?
21      A.   It's possible.
22      Q.   Are you familiar with a
23   contractual inhibition that might have
24   applied there between Halliburton and BP?
25   MR. HARTLEY:

**Page 174**

1   come back.  What time should we say?
2      1:30.
3   MR. BOWMAN:
4      1:15?
5   THE VIDEOGRAPHER:
6      This is the conclusion of Tape 3.
7   The time is 12:13.  We're now off the record.
8      (Whereupon, a recess was taken for
9   lunch.)
10   THE VIDEOGRAPHER:
11      Returning to the record.  It is
12   1:18.  This is the start of Tape 4.
13   EXAMINATION BY MR. PALMINTIER:
14      Q.   Good afternoon, Mr. Gisclair.
15   We're back on the record and you're still
16   under oath and you understand that; correct?
17      A.   Yes.
18      Q.   In your previous testimony, when
19   I asked you questions about the feed from the
20   DEEPWATER HORIZON, you told me something that
21   I hadn't heard before and that was that there
22   was a direct feed to BP in Houston; correct?
23      A.   Correct.
24      Q.   Let me ask you, were there any
25   other direct feed recipients other than BP?

**Page 176**

1      Object to the form.
2   THE WITNESS:
3      No.
4   EXAMINATION BY MR. PALMINTIER:
5      Q.   We mentioned that there were the
6   usual interruptions that might occur in any
7   internet-based service or
8   satellite-transmitting service.  Were there
9   also time delays from time to time that might
10   affect, for example, transmission from the
11   rig to the BP Houston headquarters?
12   MR. HARTLEY:
13      Object.  Form.
14   THE WITNESS:
15      Are you referring to time lag?
16   EXAMINATION BY MR. PALMINTIER:
17      Q.   What I'm asking about is
18   satellite-related time lag.  I will use your
19   words.
20      A.   You mean the time for any one
21   piece of data to get from the rig to BP's
22   office?
23      Q.   Yes.
24      A.   It's miniscule.  A matter of
25   seconds.

44 (Pages 173 to 176)

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:

JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

---

1    Q.    So in your experience with this
2    system, which to some extent you helped
3    design, you haven't had it, any exposure to
4    time delays of any significance?
5       MR. HARTLEY:
6          Object.  Form.
7       THE WITNESS:
8          I would say that, yes.
9    EXAMINATION BY MR. PALMINTIER:
10      Q.    That's yes?
11      A.    I wouldn't say that I designed
12   the system, but in my experience, in my
13   experience, the lags are generally very
14   small.
15      Q.    Understood.  Now, that central
16   computer that we've been talking about that
17   sits in an office in Houston, can BP control
18   the information that's sent from that
19   computer out to the PC Anywhere users?
20      MR. HARTLEY:
21         Object to form.
22      THE WITNESS:
23         Define control.
24   EXAMINATION BY MR. PALMINTIER:
25      Q.    Well, for example, could an

177

---

1    what it has to what the recipient has and if
2    there are any discrepancies, what's on the
3    rig will replace what's on the recipient's
4    end.
5       Q.    Okay, understood.  In terms of
6    your InSite information gathering function,
7    your oversight of the InSite program, if you
8    will, and in the training that you received
9    to be in the position that you're in, were
10   you trained that the processes that the
11   DEEPWATER HORIZON was in when this explosion
12   occurred is different than normal operations,
13   that is, that the end of the well or the
14   abandonment process is different from normal
15   operations?
16      A.    Well, I would define P&A
17   operations as part of normal operations, so
18   I'm not exactly sure what you're asking.
19      Q.    I understand.  That's fair.
20   Because you expect every well, you hope that
21   every well will end in movement into a
22   production level; correct?
23      A.    If they found, you know,
24   producible hydrocarbons, yes.
25      Q.    Well, I can assure you your

179

---

1    editor amend data before it goes out?
2       A.    Well, the nature of the
3    transmission, if you -- if any person down
4    the chain were to make any kind of edits or
5    overwrites, it would be overwritten by
6    whatever is up the chain.  So if anyone
7    within any of the offices were to, say,
8    delete data or manipulate data, when the rig
9    goes to re -- to transmit any of that
10   specific data from that record, it would
11   overwrite all the changes they made with what
12   was already on the rig.
13      Q.    Let me see if I understand what
14   you just said.  It's not that they couldn't
15   make those amendments, but that those
16   amendments would then be changed by the
17   principal feed from the rig?
18      A.    Correct.
19      Q.    And do you understand the
20   science of -- the computer science of that
21   phenomenon or is that just something that
22   you've learned?
23      A.    Well, the typical process is
24   that the -- in the Data Exchange application
25   is that the rig will make a comparison from

178

---

1    bosses hope that and so does BP that everyone
2    ends in a production level.
3       A.    Oh, yes.
4       Q.    And so I understand what you're
5    saying, that every well, up to that point, is
6    in normal operations.  But what I'm getting
7    at is, would you agree with me, sir, that the
8    data that you provide to users of that data
9    becomes more critical at the time at which --
10   in the normal process the well is about to be
11   abandoned?
12      A.    Do I -- do I believe that the
13   data collected during the completions'
14   process is more important than at any other
15   time?
16      Q.    Yes.
17      A.    I personally typically don't
18   give any kind of value to the data.  I
19   generally leave that up to the customer to
20   decide what's important and -- what's more
21   important and what's less important than.
22      Q.    Okay.  In this case, it would
23   have been up to BP to decide whether one was
24   more important than the other; correct?
25      A.    Yes.

180

---

45 (Pages 177 to 180)

Exhibit K

Page 45

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:

JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR



|   | |   | |
|---|---|---|---|
| 1 | Q.   And it would have been up to BP, | 1 | |
| 2 | for example, to instruct the contractors on | 2 | |
| 3 | the rig at the time that the end of the | 3 | |
| 4 | process, especially in this well, was more | 4 | |
| 5 | sensitive than normal operations? | 5 | |
| 6 | MR. REGAN: | 6 | |
| 7 | Object to form. | 7 | |
| 8 | THE WITNESS: | 8 | |
| 9 | Yes, I would leave it up to BP to | 9 | |
| 10 | determine what they deemed to be the more | 10 | |
| 11 | critical information on any given well. | 11 | |
| 12 | EXAMINATION BY MR. PALMINTIER: | 12 | |
| 13 | Q.   Let's go back also to the | 13 | |
| 14 | request that was made of you to reconstruct | 14 | |
| 15 | the rig activity log that was lost when the | 15 | |
| 16 | vessel went down.  Okay?  You mentioned Ms. | 16 | |
| 17 | Briggs had asked you to produce it.  But were | 17 | |
| 18 | you also asked by one of the -- one of your | 18 | |
| 19 | supervisors, nonlawyer supervisors to provide | 19 | |
| 20 | -- to construct this rig activity log? | 20 | |
| 21 | A.   I don't recall.  My immediate | 21 | |
| 22 | supervisors had no involvement in my -- in my | 22 | |
| 23 | participation in any of this other than to | 23 | |
| 24 | help facilitate meetings with certain | 24 | |
| 25 | personnel and whatnot. | 25 | |

181                                   183

| 1 | Q.   Who is your immediate supervisor |
| 2 | at the time? |
| 3 | A.   Randy Hopper. |
| 4 | Q.   And to whom did Mr. Hopper |
| 5 | answer? |
| 6 | A.   That would be our district |
| 7 | manager, Jan Erik, Jan Erik. |
| 8 | Q.   Jan Erik? |
| 9 | A.   I'm still having difficulty |
| 10 | pronouncing his last name. |
| 11 | Q.   No problem, he's going to find |
| 12 | out.  Sorry.  Anyway, so Jan Erik would have |
| 13 | been the one -- are both of those people |
| 14 | still in the positions that you've relayed to |
| 15 | us? |
| 16 | A.   Yes. |

182                                   184

46 (Pages 181 to 184)

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 46

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR                    March 14, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR



185

187

186

188

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009        Board-Certified Court Reporters        Facsimile: (504) 525-9109

Exhibit K
Page 47

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010        Reported By:
JOHN JOSEPH GISCLAIR                March 14, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR



48 (Pages 189 to 192)

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
Reported By:
JOHN JOSEPH GISCLAIR                    March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR



49 (Pages 193 to 196)

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 49

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR                    March 14, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR



50 (Pages 197 to 200)

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009        Board-Certified Court Reporters        Facsimile: (504) 525-9109

Exhibit K
Page 50

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR



601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 51

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
Reported By:
JOHN JOSEPH GISCLAIR            March 14, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR



**Page 205**

**Page 207**

1  about in various testimonies and that Mr.
2  Keith spoke about vibrating in the unit just
3  prior to the -- or during the blowout.  I've
4  seen them referred to in various places as
5  chairs.  When I worked offshore, I think that
6  those -- I don't know whether they called
7  them chairs, I mean, I think probably because
8  it was an analogue system, if you recall,
9  consoles or something like that.  There were
10  chair A and chair B on the DEEPWATER HORIZON;
11  correct?  On the drill floor?
12        A.   Yes, but that's not where the
13  mudloggers worked.
14        Q.   I'm aware of that.  But the
15  monitors at chair A and chair B included
16  Sperry monitors; correct?
17        A.   I don't know that.  I'm not
18  aware of any displays that were on the
19  monitors in front of those chairs.
20        Q.   One way or the other?  You don't
21  know one way or the other?
22        A.   No, I don't.
23        Q.   The only ones that you're
24  familiar with that would produce the Sperry
25  data that was transmitted to British

**Page 206**

23  EXAMINATION BY MR. PALMINTIER:
24        Q.   Fair enough.  Let me ask you
25  about the monitors that have been talked

**Page 208**

1  Petroleum headquarters in Houston, or offices
2  in Houston, were the ones in the mud room --
3  I mean in the mud unit?
4        MR. HARTLEY:
5             Object.  Form.
6        THE WITNESS:
7             The one display that I'm aware of
8  that was transmitted from the mudlogging unit
9  to the rig floor was over the closed-circuit
10  TV.
11  EXAMINATION BY MR. PALMINTIER:
12        Q.   Okay.
13        A.   So the driller had that one, at
14  least that one display from the mudloggers.
15        Q.   All right.  And that's the
16  Channel 14 closed-circuit TV?
17        A.   I don't recall the channel.
18        Q.   All right.  That was a
19  visualization of the flow-out valve, the
20  closed-circuit TV?
21        A.   No, sir.  The camera shot of the
22  flow-out?  No, sir, that was --
23        Q.   I understand.
24        A.   -- a display of Sperry logs and
25  realtime displays showing the data.

52 (Pages 205 to 208)

1    Q.   I understand.  So first of all,
2  you don't -- you're surmising about what the
3  chairs A and chair B might have had; correct?
4    A.   Yeah.  I wouldn't have any
5  direct knowledge of it.
6    Q.   But you are familiar that they
7  at least had the closed-circuit television
8  printout of the -- of that which the
9  mudlogger was seeing in the unit?
10    A.   I know it was available as a
11  channel on the closed-circuit TV and that
12  they had a closed-circuit TV in the drillers'
13  shack.
14    Q.   Where else other than in the mud
15  unit would the detailed data that we've been
16  reflecting on in exhibit -- a little glimpse
17  of in Exhibit 5 and in the larger
18  Exhibit No. 6 -- I'm sorry, 603 and
19  Exhibit 604?
20    A.   Well, the logs that the
21  mudloggers were producing for the
22  closed-circuit TV channel could have been
23  viewed anywhere there was a closed-circuit
24  TV.  The InSite data that you see here could
25  have been viewed within the mudlogger's

209

1    A.   A potential, yes, sir.
2    Q.   And those alarm potentials were
3  essentially established, the parameters of
4  them were established by Sperry; is that
5  right?
6    A.   Yes.
7    Q.   And they could be adjusted by
8  individual mudloggers?
9    A.   Yes.
10    Q.   The alarm parameters could be
11  adjusted by individual mudloggers; correct?
12    A.   Correct.
13    Q.   Are you familiar with times in
14  which the mudloggers would turn the alarms
15  off all together to avoid the irritation of
16  the alarms going off on a regular basis?
17    A.   In general?
18    Q.   Yes.
19    A.   I guess that would be up to the
20  individual mudlogger.  It is possible to do
21  it, but in general you -- if -- an alarm is
22  on there for a reason.  You might just --
23  you're not going to delete it all together.
24  You're just going -- if it's going off too
25  often, you may increase the thresholds or

211

1  shack, it could have been viewed within BP or
2  anywhere down the Data Exchange chain.
3    Q.   But this data that we're looking
4  at in 603 and 604, Tabs 5 and 6, this data is
5  the data that was transmitted first to
6  BP --
7    A.   Yes, sir.
8    Q.   -- in Houston?
9    A.   (Nodding head affirmatively).
10    Q.   Through the satellite link?
11    A.   Yes.
12    Q.   Let's go inside the mud unit and
13  think about -- as I understand it, there were
14  six monitor setups in the mud unit.
15  Are you familiar with that?
16    A.   I believe the mudloggers had six
17  monitors available to them.
18    Q.   Okay.  And they focused, did
19  they not, on various data streams coming from
20  rig sensors?
21    A.   Yes.  They had, they had
22  different displays up on certain monitors.
23    Q.   And each of the sensors was --
24  that Sperry provided had an alarm potential;
25  correct?

210

1  whatnot.
2    Q.   Well, if someone were to say
3  that Mr. Keith had turned off his alarms on
4  the units in the mud unit, that he told you
5  that he was in the day of the explosion and turned
6  off those alarms, how would you be able to
7  refute that?
8    MR. HARTLEY:
9      Object.  Form.
10    THE WITNESS:
11      I wouldn't be able to refute that.
12  EXAMINATION BY MR. PALMINTIER:
13    Q.   Because the fact is that they're
14  not streamed with the other data, the alarms
15  are not streamed with the other data; is that
16  correct?
17    A.   Correct.
18    Q.   And whose decision was it not to
19  stream alarms; do you know?
20    A.   It was not a capability of the
21  system at the time.
22    Q.   Well, certainly something that
23  is technically possible; isn't that a fair
24  statement, Mr. Gisclair?
25    A.   Well, it would have to be a file

212

53 (Pages 209 to 212)

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010                                                    Reported By:
JOHN JOSEPH GISCLAIR                    March 14, 2011      DIANE TEWIS CLARK, RPR, RMR, CRR

1    that's manually copied from one location to
2    another, it's not something that the system
3    is going to transmit along with the data.
4        Q.    Okay.  What happens -- let's
5    speak specifically about the models of
6    monitors that were in the unit at the time of
7    the explosion.  Are you familiar with those?
8        A.    You mean the brand names of the
9    computer monitors?
10       Q.    I'm not going to ask you for
11   that, but you're generally familiar with the
12   models that were being used to monitor the
13   data that we're looking at; correct?
14       A.    Yes.
15       Q.    And do you know then what
16   happens, actually happens, we're sitting at
17   the console and an alarm goes off, what
18   actual -- does it -- does an auditory alarm
19   go off simultaneously with a flashing red
20   window or what -- can you describe it?
21       A.    You will have an audio alarm
22   that goes off as well as a window that pops
23   up showing you the alarm criteria, what data
24   exceeded what alarms, and it will continue to
25   go off until someone walks up to the computer

                                   213

1        Q.    Okay.
2        A.    So that alarm would have been
3    going off, but it would not have been -- it
4    would not have been a cause for concern.
5        Q.    Okay.  Do you see in the
6    snapshot in front of you other opportunities
7    for alarms sounding?
8        A.    I'm not familiar with the alarm
9    set he had set on the rig.
10       Q.    But you talked to him.  Did you
11   talk to him about that?
12       A.    I didn't ask him what alarms he
13   had set at what times and what thresholds
14   they were set at.
15       Q.    Did you ask him whether his
16   alarms were going off, sir?
17       A.    I don't believe I did.
18       Q.    Okay.  What happens when an
19   alarm is turned off by a mudlogger?
20       A.    You mean when the alarm is
21   acknowledged?
22       Q.    Well, let me back up.  When an
23   alarm comes on, the things that you've
24   described, sound and sight, what things can a
25   mudlogger do?

                                   215

1    and acknowledges the alarm.
2        Q.    Isn't it fair to say from the
3    data that you've reviewed in Exhibit No. 9 --
4    I mean 604 and a snapshot of which is in
5    Exhibit 603, that the alarms were going off
6    on a regular basis if they were set at
7    reasonable parameters on that day?
8        MR. HARTLEY:
9            Object.  Form.
10       THE WITNESS:
11           Can you be specific on a time
12   frame?
13       EXAMINATION BY MR. PALMINTIER:
14       Q.    Between 8:00 at night and the
15   time of the explosion, to start.
16       A.    The only alarm that I would see
17   that might have been going off, if it
18   were -- a typical alarm that might have been
19   set that would be going off would be the
20   volume gain.
21       Q.    Okay.
22       A.    But that would have been going
23   off because they were taking returns to the
24   pits from -- they were taking returns to a
25   pit that was not being used for the suction,

                                   214

1        A.    He can -- he can do one of three
2    things, I guess:  He can choose to just
3    ignore the alarm and let it keep going off.
4    He can acknowledge the alarm which tells the
5    computer system that the user recognizes the
6    alarm and to reset itself and then wait for
7    it to cross certain thresholds again before
8    going off or he could delete the alarm.
9        Q.    Okay.  What happens when the
10   mudlogger deletes?
11       A.    If he deletes the alarm and he
12   wants to hear an alarm for that same
13   criteria, he would just have to recreate it.
14       Q.    Okay.
15       A.    Typically, whenever an alarm
16   goes off, it's always acknowledged;
17   otherwise, you would just have to -- if you
18   delete it, you have to keep recreating the
19   alarm.
20       Q.    So the two options that are not
21   deletions, tell me about those.
22       A.    You can either ignore the alarm
23   in which case it would just keep going off or
24   he can acknowledge the alarm which tells the
25   computer, okay, I recognize it as an alarm,

                                   216

                              54 (Pages 213 to 216)

601 Poydras Street, Suite 1720      GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6009     Board-Certified Court Reporters    Facsimile: (504) 525-9109
                              Exhibit K
                              Page 54

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010                                                Reported By:
JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

1   let me know if it reaches that criteria
2   again.
3        Q.   Okay.  Is that acknowledgment
4   something that is captured as data?
5        A.   No.
6        Q.   Why not?
7        A.   It wasn't designed in that way.
8        Q.   You mean InSite?
9        A.   InSite was not designed that
10  way.
11       Q.   I'm curious as to what your
12  reflection, in your role with InSite and
13  Sperry, as to why -- your reflection as to
14  why both the Sperry functions for monitoring,
15  including sensors and other functions and the
16  High Tech that Halliburton -- I mean, I'm
17  sorry, that TO had, Transocean had out there,
18  why was there a need for both systems?
19       MR. HARTLEY:
20           Object.  Form.
21  EXAMINATION BY MR. PALMINTIER:
22       Q.   From your point of view?
23       A.   Well, I'm not familiar with the
24  complete capabilities, the High Tech system,
25  but the High Tech system, it's not -- it's

                                                        217

1   not Halliburton property, so we wouldn't be
2   able to -- it's not suited for gathering the
3   data that mudloggers typically gather.  It's
4   not suited to connecting to some of the
5   equipment that mudloggers use and some of the
6   data entry that mudloggers have to put in, as
7   well as the MWD and directional drilling.
8   It's really two different systems.  InSite
9   was developed as a mudlogging and MWD
10  platform.
11       Q.   Okay.  And High Tech was not?
12       A.   High Tech, again, I'm not
13  familiar with the High Tech system.  I know
14  that it's a system for maintaining rig sensor
15  data.
16       Q.   Didn't your Sperry system rely
17  to some extent on the High Tech sensors that
18  were there?
19       A.   There are similarities, but that
20  doesn't mean that one can replace the other.
21       Q.   Okay.  And slow sensors were one
22  of those functions that were similar, but
23  different; correct?
24       A.   Well, both systems have the
25  capability of connecting to and reading rigs

                                                        218

1   sensors.
2        Q.   Okay.  If BP had wanted to
3   establish the alarm parameters differently,
4   couldn't it have done so?
5        MR. REGAN:
6            Object to form.
7   THE WITNESS:
8            You mean within the mudlogging
9   unit?
10  EXAMINATION BY MR. PALMINTIER:
11       Q.   Yes, and within this particular
12  project, the DEEPWATER HORIZON project?
13       A.   The mud -- the BP employees did
14  not have access to controlling the InSite
15  software in the mudlogging unit.  The alarms
16  in the mudlogging unit are there solely for
17  the mudloggers.  It does not alert anyone
18  else on the rig.
19       Q.   Okay.  So your answer is, no, BP
20  couldn't have made that change?
21       A.   Correct.
22       Q.   What about sensor placement?
23  Isn't it a fair statement that BP could have
24  required sensor placement to be different
25  than it was on the occasion of April 20th,

                                                        219

1   2010?
2        MR. REGAN:
3            Object to the form.
4   MR. PALMINTIER:
5            Let the record reflect that the
6   witness looked over to counsel.
7   THE WITNESS:
8            He was standing there waiting.
9            The sensor placement on the rig is
10  typically something that is agreed upon and
11  approved by the rig operator which in this
12  case was Transocean.  I don't know what type
13  of relationship BP and Transocean would have
14  had for governing sensor placement.
15  EXAMINATION BY MR. PALMINTIER:
16       Q.   So we leave that to another
17  witness; correct?
18       A.   Correct.
19       Q.   All right.  Go back to the feed
20  between the DEEPWATER HORIZON and Houston BP.
21  Do you -- can you tell us today how that feed
22  was being monitored, I mean, in your role as
23  an InSite coordinator?
24       A.   When you say the feed, you mean
25  just the actual transmission?

                                                        220

                                          55 (Pages 217 to 220)

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009         Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 55

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

Reported By:

| | |
|---|---|
| 1   Q.   Yes. | 1    would tell us about users? |
| 2   A.   The actual transmission from the | 2        A.   The InSite Anywhere access logs |
| 3   rig to BP's office was actually monitored at | 3    would show whether someone at BP or anyone on |
| 4   the Houston center by virtue of their | 4    the user list had accessed it over the web |
| 5   receiving the transmission from BP.  If the | 5    using InSite Anywhere, but that does not show |
| 6   Houston -- the Houston center would actively | 6    access to the direct InSite application. |
| 7   monitor the connections and if they lose | 7        Q.   It only does to PC Anywhere? |
| 8   connection, they would start to investigate | 8        A.   Well, InSite Anywhere. |
| 9   why. | 9        Q.   InSite Anywhere.  You can see |
| 10       So if they lost the connection from | 10   what I use.  So if -- because it's direct |
| 11   -- if they lost the connection for the | 11   feed, they're not using InSite Anywhere, that |
| 12   Macondo, it could be anywhere up the chain | 12   log wouldn't do us any good if we were trying |
| 13   and they would begin investigating it, so a | 13   to find out the consistency with which BP was |
| 14   break in connection from the rig to BP would | 14   monitoring the Macondo during its entire |
| 15   result in lost data at the Houston site as | 15   lifetime? |
| 16   well. | 16       MR. HARTLEY: |
| 17       Q.   Understood.  Now, but -- what | 17       Object to form. |
| 18   I'm getting at, I'm asking you whether you're | 18   EXAMINATION BY MR. PALMINTIER: |
| 19   familiar with how on a regular basis, in a | 19       Q.   Is that correct? |
| 20   nonemergent situation, BP monitored that | 20       A.   Correct. |
| 21   data? | 21       Q.   Is there a way for us to |
| 22       A.   I can't say whether or not BP | 22   determine -- strike that. |
| 23   monitored the transmission of data into their | 23       Excluding the PC -- I mean, the |
| 24   facility. | 24   InSite Anywhere logs and the notion that BP |
| 25       Q.   Well, when you were looking at | 25   was using that somewhere else and just |
| 221 | 223 |

| | |
|---|---|
| 1    your own data, the exhibits we've been | 1    looking at the BP central computer that we've |
| 2    considering already, did you go to BP to | 2    been talking about receiving direct feed |
| 3    check to see whether they were consistent | 3    through satellite, looking at that, is there |
| 4    with one another? | 4    a way for us to tell how consistently that |
| 5        A.   We did a comparison of the | 5    data was being monitored by BP in Houston? |
| 6    cutoff times for what we had in Lafayette to | 6        A.   No. |
| 7    what we had at BP and the data was identical. | 7        Q.   Except to look at the hard drive |
| 8        Q.   Okay.  What conclusion did you | 8    or information that's contained on the |
| 9    reach from that? | 9    computer itself; correct? |
| 10       A.   That the data was cut off for | 10       A.   Well, the data that's contained |
| 11   everyone down the chain at the same time. | 11   on the InSite database is not going to store |
| 12       Q.   Okay.  Let's go to a time before | 12   what computers were connected to it and |
| 13   the April 20th experience.  Are you -- can | 13   pulling up what data, nor who was running |
| 14   you testify today, one way or the other, as | 14   those computers.  That's only the InSite |
| 15   to whether BP occasionally looked at the | 15   Anywhere that logs what users connect to it. |
| 16   monitor or the data that came to them from | 16       Q.   Okay.  I want to ask you about |
| 17   the direct feed we've been talking about, | 17   the gas detection system on the DEEPWATER |
| 18   occasionally looked at it or looked at it | 18   HORIZON and I'm talking about that which |
| 19   24/7?  Do you have some way of knowing? | 19   would have an impact on InSite, that is, |
| 20       A.   I couldn't answer that. | 20   Sperry's monitoring.  Are you familiar with |
| 21       MR. REGAN: | 21   the gas detection? |
| 22       Object to the form. | 22       A.   Yes. |
| 23   EXAMINATION BY MR. PALMINTIER: | 23   |
| 24       Q.   Can you look at it in the | 24   |
| 25   various logs that we've talked about that | 25   |
| 222 | 224 |

56 (Pages 221 to 224)

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009       Board-Certified Court Reporters       Facsimile: (504) 525-9109

Exhibit K
Page 56

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:

JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

225

227

22 EXAMINATION BY MR. PALMINTIER:
23     Q.    And the same with regard to the
24 system which -- in which the Sperry flow
25 sensor was essentially shortcutted by the --

226

228

1 shortcut by the movement of fluids into the
2 Gulf; correct?
3     MR. HARTLEY:
4         Object.  Form.
5 THE WITNESS:
6         I'm sorry, can you repeat that?
7 EXAMINATION BY MR. PALMINTIER:
8     Q.    The same thing was going on, the
9 sensors, the flow sensors were bypassed as
10 well during that period of time?
11     A.    Yes.
12     Q.    And he's flying blind there?
13     A.    Yeah.  He doesn't have the
14 flow-out available to him if they bypass it.
15     Q.    I won't go over with you the
16 questions that were asked of you in various
17 situations frankly because I don't think
18 you're qualified to testify to them, but
19 suffice it to say, there are a certain key
20 number of -- there are a number of key tests
21 or monitors that a mudlogger must rely on in
22 order to do his job; correct?  Such as
23 looking at sensors?
24     A.    Well, he's still had sensor data
25 to look at, so I'm not exactly sure what

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 57



Page 229

```
 1   you're referring to when you say not doing
 2   his job.
 3       Q.    Oh, no, I meant that he was
 4   prevented from doing -- strike that.  Let me
 5   ask it another way, it's very inartful thus
 6   far.  What I'm getting at is, he's blind as
 7   to gas, as you've said, he's blind as to
 8   flow.  What else can he rely on to advise the
 9   driller, for example, that there are
10   problems?
11       A.    Well, it depends on the
12   problems.  When it comes to flow-out, the
13   returning fluid, because they diverted, they
14   had essentially bypassed the flow-out, the
15   gas and the pit levels.
16       Q.    Yes.
17       A.    So if any interpretation would
18   rely on any of those three pieces of data,
19   then he would be missing a piece of the
20   puzzle.
21       THE VIDEOGRAPHER:
22           Conclusion of Tape 4.  The time is
23   2:17.
24           (Whereupon, a brief recess was
25   taken.)
```

Page 231

```
 1       A.    Correct.
```

Page 230

```
 1       THE VIDEOGRAPHER:
 2           Returning to the record.  It is
 3   2:32.  This is the start of Tape 5.
 4   EXAMINATION BY MR. PALMINTIER:
 5       Q.    Mr. Gisclair, throughout your
 6   testimonies given thus far and then also in
 7   your deposition today, I've gleaned a comment
 8   from you that I want to talk to you about,
 9   and that is where you say that unless you're
10   actually on the rig, the data is incomplete.
11   Is that basically what you believe?
12       MR. HARTLEY:
13           Object to form.
14       THE WITNESS:
15           The picture is incomplete, yes.
16   EXAMINATION BY MR. PALMINTIER:
17       Q.    Good.  Then I will separate it.
18   The data is complete, but the picture is
19   incomplete?
20       A.    Correct.
21       Q.    And that's because, from your
22   advantage point and what you've testified to,
23   on those occasions, is that what -- that rig
24   activity has an impact on the InSite system;
25   correct?
```

Page 232

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009        Board-Certified Court Reporters        Facsimile: (504) 525-9109

Exhibit K
Page 58

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:

JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

1
2
3
4          Q.    Those criteria are not part of
5     your job as an oversight management person
6     dealing with InSite?
7          A.    Correct.
8          Q.    Who would we ask to find out
9     about the specific requirements of logging in
10     the mudloggers unit?
11          A.    The mudlogging supervisor for
12     BP, I guess, would be dictating the
13     operational procedures for the BP crew, the
14     Sperry crew on the BP jobs.
15          Q.    And who was that at the time of
16     this disaster?
17          A.    Earl Fly.
18          Q.    Spell that last name for me.
19          A.    F-L-Y.
20          Q.    Do you know whether or not BP
21     produced a writing for the mudlogging
22     component of the Sperry operations on the
23     DEEPWATER HORIZON?
24          A.    No, I don't.
25          Q.    Did BP assist in the training --

                                              233

1     strike that.
2          Was there special training for work
3     on the DEEPWATER HORIZON for mudloggers?
4          A.    I'm not aware of any training
5     they would have received outside of the
6     typical training for any given mudlogger on
7     any given job.  The job specifics can change
8     from rig to rig and those are the things they
9     learn when a person goes to work out on that
10     particular rig.
11          Q.    Yes.  Well, as a layperson, I
12     look at the DEEPWATER HORIZON operating in
13     such depths and wonder whether you in your
14     capacity as essentially a technical person,
15     whether you and InSite incorporate that depth
16     and all that it entails into your sensors,
17     into your planning for this rig or is it just
18     another rig?
19          A.    I'm not exactly sure what it is
20     you're asking, but --
21          Q.    Then don't answer.
22          A.    Okay.  Sorry.
23          Q.    I don't mean to interrupt.  Let
24     me rephrase.
25          Drilling at this depth is a

                                              234

1     different undertaking, isn't it, than
2     drilling at 132 feet?
3          A.    Yes.
4          Q.    And one of the reasons why it's
5     different is because of pressure; correct?
6          A.    Correct.
7          Q.    Another is that temperatures
8     play a role?
9          A.    Correct.
10          Q.    And actual physical distance
11     between the surface and the, for example, the
12     blowout preventer is another component; isn't
13     that true?
14          A.    Yes.
15          Q.    What, if any, adjustments in the
16     InSite system were made because it was
17     drilling in deep water?
18          A.    Well, the InSite system, when it
19     comes to data entry and data acquisition and
20     also data display, it makes accommodations
21     for various relocations, whether it's in deep
22     water or shallow water or land based.
23     So there are no modifications that are
24     necessary to the InSite program itself, it's
25     just a difference in data entry.

                                              235

1          Q.    So what component of the InSite
2     program is self-adjusting, if you will, for
3     depth?
4          A.    I'm not exactly sure what you
5     mean by self-adjusting.
6          Q.    I thought that's what you were
7     saying, basically it accommodates changes in
8     environment within its --
9          A.    Well, it's up -- forgive me for
10     interrupting.
11          Q.    No, go ahead.
12          A.    It's up to the rig personnel to
13     enter that type of data in the InSite system.
14     Its surface location and well location, those
15     are key pieces of information when a job
16     starts out that need to be entered in the
17     system.  Water depth, rig floor, elevation,
18     kelly bushing, things of this nature, even
19     the surface location, latitude and longitude.
20     These are all things that the rig personnel
21     enter into the system.
22          Now, the system does accommodate
23     for different locations, you know.  For
24     instance, if you were in deep water, there
25     are entries to put in there, you know, the

                                              236

                                        59 (Pages 233 to 236)

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010                                    Reported By:
JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

| | |
|---|---|
| 1  exact water depth.  If you're on land, you | 1       Object.  Form. |
| 2  don't have to put in a water depth at all, | 2   THE WITNESS: |
| 3  naturally.  So -- | 3       That's part of his responsibilities |
| 4       Q.   Okay. | 4   as a second set of eyes monitoring the rig. |
| 5       A.   But it's still up to a person | 5   EXAMINATION BY MR. PALMINTIER: |
| 6  entering that information. | 6       Q.   Okay.  You're familiar with the |
| 7       Q.   And in this case, do you know | 7   concept, though, that anyone on this rig has |
| 8  who that rig personnel or those rig personnel | 8   the ability to stop work? |
| 9  would have been in the DEEPWATER HORIZON? | 9       A.   Yes, I'm familiar with stop-work |
| 10      A.   To enter that system? | 10  authority. |
| 11      Q.   Yes. | 11      Q.   And have you studied that as a |
| 12      A.   I mean enter that data? | 12  result of this experience, this disaster or |
| 13      Q.   Yes. | 13  did you learn that beforehand? |
| 14      A.   All Sperry and MWDM and | 14      A.   It's a safety program that's -- |
| 15  mudlogging personnel are responsible for | 15  that's present throughout the Gulf on various |
| 16  maintaining the accuracy of the data. | 16  rig operations. |
| 17      Q.   All right.  Would anyone else | 17      Q.   In your experience during your |
| 18  with another company be responsible? | 18  eight years out there as an M -- |
| 19      A.   No. | 19      A.   MWD. |
| 20      Q.   Give me just a moment. | 20      Q.   -- MWD, did you ever stop work, |
| 21          Do you know who manufactured the | 21  that you recall? |
| 22  unit itself, Sperry unit? | 22      A.   There have been instances where |
| 23  MR. HARTLEY: | 23  I had stopped tasks due to safety -- what I |
| 24      Object.  Form. | 24  perceived as safety violations. |
| 25  MR. PALMINTIER: | 25      Q.   Okay.  Would you agree with the |
|                                          237 |                                          239 |

| | |
|---|---|
| 1       You're right. | 1   notion, though, that the more dramatic the |
| 2   EXAMINATION BY MR. PALMINTIER: | 2   stoppage, that is, for example, the stopping |
| 3       Q.   There was a Sperry unit on the | 3   of activity on the drill floor as opposed to |
| 4   DEEPWATER HORIZON; correct? | 4   movement of a bobcat in a storage facility, |
| 5       A.   Correct. | 5   the more dramatic the work stoppage, the more |
| 6       Q.   And it was a 6 by 20 by | 6   difficult it is for the individual worker to |
| 7   6-and-a-half feet tall box; correct? | 7   actually stop the work? |
| 8       A.   It was roughly those dimensions. | 8       A.   I guess that's up to the |
| 9       Q.   And who built that; do you know? | 9   individual. |
| 10      A.   I'm not certain of the | 10      Q.   About flow-out signatures, is |
| 11  manufacturer. | 11  there a place in InSite where those are |
| 12      Q.   Okay.  You testified earlier | 12  stored? |
| 13  about interaction between your mudloggers, | 13      A.   No.  The typical flow-out |
| 14  that is, the Sperry mudloggers and the people | 14  signatures -- let me be a little more |
| 15  on the drill floor.  This communication was | 15  specific -- the flow-out is stored on a |
| 16  routine; was it not? | 16  constant basis.  In the case of the Macondo |
| 17      A.   Yes. | 17  it was stored to the database every five |
| 18      Q.   It took place over localized | 18  seconds.  But a flow-out signature like we |
| 19  telephone systems; correct? | 19  have been discussing, where the pumps were |
| 20      A.   Yes. | 20  shut down and making a comparison of when the |
| 21      Q.   And it was the duty of the | 21  flow-out stops compared to the flow-in, that |
| 22  mudlogger, should he have seen a problem | 22  specific profile is typically not stored in |
| 23  evolving that might put the job in jeopardy, | 23  the database. |
| 24  to communicate with the driller? | 24      Q.   Is there any other place where |
| 25  MR. HARTLEY: | 25  that information is stored, the signature, |
|                                          238 |                                          240 |

                                                                          60 (Pages 237 to 240)

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010                    Reported By:
JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

1    the flow-out signature?
2        A.    No, sir.
3        Q.    And just humor my curiosity
4    here, it seems to a layperson that that would
5    be an important thing to know about and that,
6    for example, if a driller was sick and
7    someone came on or a toolpusher or someone,
8    and that was not known, that would be a
9    problem?
10       A.    Let me correct myself for a
11   moment there.  There is an application within
12   InSite that is used during drilling
13   operations when they're actually making
14   footage, it's called connection flow monitor.
15   That application is used to determine
16   flow-back profiles, but that's only in a
17   drilling environment, it's not -- it's not
18   used while in completion such as what the
19   Macondo was at the time of the accident.
20       Q.    Okay.  Would there be a
21   difference, though?
22       A.    Well, the -- because it's set up
23   as an application to be run during drilling
24   operations, it relies on specific drilling
25   parameters that aren't present when you're

241

1    just as they had done in the Bly report.
2        My disagreement there with the Bly
3    report is that I don't believe they selected
4    a proper signature.
5        Q.    Understood.  Because of the
6    environmental components -- that may not be a
7    good word at this table.  But because of the
8    physical components that are monitored --
9    that are noted in your right-hand column, in
10   Exhibit 603?
11       A.    Correct.
12       Q.    All right.  I've heard mentioned
13   computer modeling and, frankly, have no
14   knowledge of this, but computer modeling that
15   might have been of benefit to you to help you
16   evolve the rig activity log that was your
17   task to try to reconstruct, are you familiar
18   with any particular programs that might have
19   been available to you to use, to help you
20   create, recreate that log?
21       A.    Well, the computer model is not
22   going to -- I don't believe there would be a
23   computer model that could accurately identify
24   what was happening on the rig, what the rig
25   crew was doing at any given time.  A model

243

1    not drilling.
2        Q.    Okay.  So it wouldn't be
3    functional --
4        A.    Correct.
5        Q.    -- to use it as a nondrilling
6    signature?
7        A.    Correct.
8        Q.    And the reason I dwell on that
9    is because, as you know, the commission used
10   it as one of the points of anomaly and you
11   have disagreed with it.  I'm trying to
12   understand why such an important piece of
13   data wouldn't be stored for use in the
14   circumstances we find ourselves in on the
15   20th --
16       MR. HARTLEY:
17           Object.  Form.
18   EXAMINATION BY MR. PALMINTIER:
19       Q.    -- of April.
20       A.    The data is stored in the
21   database and if you wanted to compare
22   profiles, all you would have to do is just go
23   back through the database and compare when
24   they shut down the flow -- shut down the
25   pumps and compare the flow-out to flow-in,

242

1    may be able to compare one piece of data to
2    another one and come up with certain
3    processes, certain calculations, but it's
4    still not going to say, you know, if -- for
5    instance, emptying the sand trap to the flow
6    line.  I find it difficult to believe that a
7    computer model to crunch the data and say,
8    oh, he was dumping the sand trap.  It still
9    takes a person knowing what was going on on
10   the rig to identify those specific
11   activities.
12       Q.    And the short answer to that is
13   you're not familiar with any such modeling;
14   correct?
15       A.    Correct.
16
17
18
19
20
21
22
23
24
25

244

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 61

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010                    Reported By:
JOHN JOSEPH GISCLAIR              March 14, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR



EXAMINATION BY MR. PALMINTIER:
    Q.    Okay.  Good.
    MR. PALMINTIER:
        Now, for the record, we are about
to enter, with approval of counsel, into a
30(b)(6) -- we'll explain that to you later.

245

    Q.    My name is William Large, I'm
with the firm of Domengeaux, Wright, Roy and
Edwards, and I'm here on behalf of the
Plaintiffs' Steering Committee.
        If I could, sir, get you to direct
your attention to what in the previous binder
is Tab 2, which I believe is
Exhibit 601.
    A.    Yes.
    Q.    You've seen this document
before?
    A.    Yes, sir.
    Q.    When was the first time you saw
this document?
    A.    I believe it was given to me a
couple of weeks ago.
    Q.    If I could have you turn to the
last page, Exhibit A.
    A.    (Complying).
    Q.    Was this part of what you saw a
couple of weeks ago?
    A.    Yes, sir.
    Q.    Okay.  What I'm going to be
asking you questions about, generally, are on
the list in Exhibit A, in Exhibit 601, Topics

247

But does anyone have any objection to our
doing that now?  Getting some responses to
30(b)(6) inquiries?
    (No response)
    MR. PALMINTIER:
        We have some time left and we will
be glad to use some of our time to be able to
accommodate that 30(b)(6) response if there's
no objection.
    (No response).
        Then I tender the witness.  Thank
you, sir.
    THE WITNESS:
        Thank you.
    THE VIDEOGRAPHER:
        Off the record.  It is 2:53.
    (Whereupon, an off-the-record
discussion was held.)
    THE VIDEOGRAPHER:
        Returning to the record.  It is
2:58.
    EXAMINATION BY MR. LARGE:
    Q.    Good afternoon, Mr. Gisclair,
did I pronounce your name correctly?
    A.    Yes.

246

1 through 8.
        Do you understand, sir, what a
30(b)(6) deposition is?
    A.    Yes.
    Q.    What is your understanding of a
30(b)(6) deposition?
    A.    If I understand correctly, I'm
to be answering questions regarding the
topics noted here in Exhibit A for Sperry as
a whole, not just from my personal experience
with the Macondo data.
    Q.    Okay.  And you were -- is it
correct you were designated by Sperry-Sun and
Halliburton to speak on their behalf
regarding Topics 1 through 8?
    A.    Yes.
    Q.    Are you prepared, sir, to speak
on their behalf?
    A.    I hope so.
    Q.    Okay.  Let's start off with some
testimony that you gave on December 7th, 2010
in front of the Marine Board of
Investigation.  Do you remember giving
testimony then, sir?
    A.    Yes, sir.

248

62 (Pages 245 to 248)

1    Q.    Okay.  On Page 39 of that, and I
2  will read it to you, "Mr. Hymel"; do you
3  recall him?
4    A.    Mr. Hymel.
5    Q.    Hymel, asking you questions?
6    A.    Yes.
7    Q.    Okay.  You were asked -- he
8  asked you:  "Are you aware of any InSite data
9  that shows who was logged into the system
10  during the last hour?
11        "Answer:  No, I'm not aware of any.
12  That is not within my realm of management.
13        "Do you know if that data was
14  transmitted to shore?
15        "Yes, sir, it was."
16        Do you recall giving that
17  testimony?
18    A.    Yes, I do.
19    Q.    At that time, then, it's fair to
20  say that you would not have been prepared to
21  talk about Topics 1 through 8 in the 30(b)(6)
22  deposition?
23    A.    That's fair.
24    Q.    Okay.  What have you done since
25  December 7th to prepare to answer our

249

1  already were familiar with.  I basically went
2  through documentation to make sure I had,
3  like, for instance, the -- well, I actually
4  had prepared for 1 through 12, with the
5  exception of 9, but for instance, went
6  through and made sure I had my listing of rig
7  sensors accurate, what companies were
8  responsible for what rig sensors and so
9  forth, and the rest of it, you know, I have a
10  decent general knowledge of, so it wasn't a
11  lot of research to do.
12    Q.    Well, let's look at Topic 1 in
13  particular.  Topic 1 reads, the issue for
14  examination is:  "The location of all data
15  regarding use of/access to the InSite and/or
16  InSite Anywhere service on April 18th through
17  the 20th, 2010, specifically including
18  persons or entities who access the system,
19  the locations from which the system was
20  accessed, and the time and duration of
21  access."
22        Sir, on December 7th, you didn't
23  have any knowledge of that; is that fair?
24    A.    Not of the InSite Anywhere
25  portion of it.

251

1  questions on Topics 1 through 8 in
2  Exhibit 601?
3    A.    Well, this list was given to me
4  fairly recently, so I haven't been able to
5  completely research answers to everything,
6  but I will do the best I can.
7    Q.    Okay.
8    A.    One of the -- one of the things
9  that I have seen since then was that list
10  that we were discussing prior -- I say, we,
11  the BP counsel and I were discussing prior
12  which was the InSite Anywhere access log.
13    Q.    Are you referring to Exhibit
14  614?
15    A.    Yes, sir.  614.
16    Q.    614, which is a color copy of
17  various shades of blue?
18    A.    Yes, sir.
19    Q.    I understand your response was
20  that you have done some things and tried, but
21  can you list for me specifically in the last
22  few days then what you have done to prepare
23  yourself to answer questions on Topics 1
24  through 8?
25    A.    Well, many of the topics I

250

1    Q.    Okay.  But you were testifying
2  only as to the InSite data itself in
3  December.
4    A.    It would appear that during the
5  testimony at the Marine Board, that perhaps
6  nomenclature got mixed up.  Mr. Hymel was, in
7  fact, referring to InSite Anywhere and not
8  InSite.
9    Q.    Okay.  And what have you done
10  specifically to prepare on Topic No. 1?
11    A.    Well, I briefly reviewed the
12  Item 1614 -- I'm sorry, 614.  I had seen that
13  since, but that was the extent of finding out
14  who was accessing the system.  That's the log
15  of who would have, you know, been in the
16  InSite Anywhere data at the time.
17    Q.    And Topic 2 on Exhibit 601,
18  there is Bates stamp numbers 50546 through
19  50563, does that correspond to the Exhibit
20  614 InSite Anywhere database access log?
21    A.    Yes.
22    Q.    Okay.  And is that the extent of
23  your preparation today for Topics 1 and 2
24  then, is review of that document?
25    A.    I made inquiries to Edgar Ortiz

252

63 (Pages 249 to 252)

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR
Reported By:

1   to see if there were a more complete record
2   that would show any entries after the given
3   time, I believe it was at 4:00 p.m. on the
4   20th.  But as I said, due to the -- due to
5   the late date which I received this listing,
6   I haven't been able to fully follow up on
7   that.  I did make inquiries and they are
8   looking into why or if, in fact, the entries
9   do cut off at -- it would have been 4:13 p.m.
10  on the 20th.  They're looking into whether or
11  not there was access beyond that point.
12      Q.    And for that information, you
13  are referring to Exhibit 614; correct?
14      A.    Yes, sir.
15      Q.    And Mr. Ortiz, is this the same
16  Mr. Ortiz you spoke about earlier with --
17  when my colleague Mr. Palmintier was talking
18  to you?
19      A.    No.
20      MR. HARTLEY:
21          Object to form.
22      THE WITNESS:
23          The Edgar Ortiz, I guess maybe I
24  should change my naming of it, the Edgar
25  Ortiz Realtime Center is a facility.  José

253

1       Q.    Do you recall receiving this
2   e-mail?
3       A.    Not specifically, no.
4       Q.    And this is the José Ortiz to
5   whom you were referring earlier?
6       A.    Yes.
7       Q.    What were Mr. Ortiz's
8   responsibilities at Sperry-Sun?
9       A.    He was the dedicated inside
10  support for BP.  He worked within BP's office
11  to provide the data management services that
12  they needed.
13      Q.    And when was the last time you
14  talked to Mr. Ortiz regarding the issues
15  related to the topics on Exhibit 601?
16      A.    I couldn't give a specific date.
17  It was -- regarding the last time I spoke to
18  José about the Macondo, I would say it would
19  have been sometime last summer.
20      Q.    Just to make sure I'm not
21  getting the two mixed up here, it wasn't
22  towards -- it wasn't José Ortiz then that you
23  spoke with to prepare today to testify about
24  Topics 1 through 8; is that fair?
25      A.    That's -- that's correct.

255

1   Ortiz is a port personnel that reports to me.
2   So when I say I talked to the Edgar Ortiz, I
3   meant I talked to the person who runs the
4   realtime center in Houston, who would be
5   overseeing the operations that would have,
6   among other things, included that log.
7   EXAMINATION BY MR. LARGE:
8       Q.    Thanks for the clarification, I
9   was sitting in the back, and the audio wasn't
10  that great back there.  Since we're on this,
11  let's turn in the binder that I gave you,
12  sir, to Tab 8.
13      A.    (Complying).
14      Q.    And if we can mark that as
15  Exhibit 615, please.
16      A.    (Complying).
17          (Exhibit No. 615 marked for
18  identification.)
19  EXAMINATION BY MR. LARGE:
20      Q.    Okay.  Exhibit 615 is an e-mail
21  from Randy McCoy to a person named Jimmy
22  Ramirez and -- on Friday July 16th -- I'll
23  note also that you and Mr. José Ortiz are
24  cc'd on that.  Do you see that, sir?
25      A.    Yes, sir.

254

1       Q.    What were the names of the
2   people you spoke to within the last week, as
3   you said, to prepare for testifying on Topics
4   1 through 8?
5       A.    The main ones were Tommy Hitt,
6   Tommy Hitt, H-I-T-T.  He's the operations
7   manager for the Edgar Ortiz Realtime Center.
8   And Zena Miller, she's in charge of our
9   data -- final data distribution and data
10  archiving in Lafayette.
11      Q.    What kind of inquiries did you
12  make of them in preparing for today?
13      A.    Well, aside from -- aside from
14  asking Tommy about the access log for InSite
15  Anywhere, it was basically just to confirm
16  that my knowledge of and my understanding of
17  the -- how the data is managed was still
18  accurate.
19      Q.    Is it fair to say Mr. Hitt would
20  be more knowledgeable about at least
21  Topics 1 and 2, more knowledgeable than you,
22  sir?
23      A.    With regard to InSite Anywhere,
24  yes, that would be accurate.
25      Q.    Okay.  Let's move on to Topic 3

256

64 (Pages 253 to 256)

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 64

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:

JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

| | |
|---|---|
| 1  then -- well, strike that. | 1  InSite Anywhere? |
| 2      Let me ask you the same question | 2      A.   The InSite Anywhere data is not |
| 3  for Ms. Miller.  Would she know more about | 3  retained.  Whenever a job is finished, |
| 4  access to InSite Anywhere than you do here? | 4  whatever computer was hosting the data for |
| 5      A.   Not InSite Anywhere. | 5  InSite Anywhere is wiped clean.  It's |
| 6      Q.   But InSite? | 6  incumbent upon the various operational |
| 7      A.   Only as it -- only as it refers | 7  districts for their own archiving, but the |
| 8  to final archiving. | 8  Edgar Ortiz Realtime Center does not archive |
| 9      Q.   Is Ms. Miller, I think you said | 9  district's data for them. |
| 10  she is the person hands-on responsible for | 10      So whenever a job is complete, the |
| 11  making sure that InSite data is archived in | 11  operating districts will notify the Edgar |
| 12  Lafayette? | 12  Ortiz of a job completion and they will wipe |
| 13      A.   Yes. | 13  the server and ensure that it's clean and use |
| 14      Q.   Is that just for BP or all Gulf | 14  that same computer for a different job. |
| 15  of Mexico activities? | 15      Q.   And, sir, you can -- strike |
| 16      A.   That's for all Sperry Gulf of | 16  that. |
| 17  Mexico work. | 17      Sperry-Sun can do that with some |
| 18      Q.   So ultimately, all data from | 18  confidence because it knows that the data is |
| 19  all -- from the InSite system that's | 19  backed up in Lafayette? |
| 20  collected is centrally stored on a server in | 20      A.   Yes. |
| 21  Lafayette; is that fair? | 21      Q.   Now, the information that's |
| 22      A.   Yes. | 22  wiped clean from InSite Anywhere, after a job |
| 23      Q.   How is that backed up? | 23  is complete, does that include the login |
| 24      A.   Well, there's an archiving | 24  information such as we see in Exhibit 614? |
| 25  process that goes in, I guess, begins with | 25      A.   No.  It's just the raw data that |
| 257 | 259 |

| | |
|---|---|
| 1  having an actual backup of the raw database, | 1  is deleted.  But the access logs should still |
| 2  but it's also a process of backing up all of | 2  be retained, as well as the templates that |
| 3  the supporting data as well.  The images of | 3  were used for that job.  They are typically |
| 4  final logs, final presentations, the | 4  archived as well, but the raw data, the |
| 5  templates that were used to create those | 5  actual database is deleted. |
| 6  final presentations, operational reports that | 6      Q.   The login information in the |
| 7  were created during the life of the well, | 7  templates to which you just referred, where |
| 8  morning reports and such, end-of-well | 8  are those physically archived? |
| 9  reports, that were created by the crews when | 9      A.   They're physically stored on |
| 10  they were finalizing their paperwork, things | 10  servers in Lewisville, Texas, but it's the |
| 11  of that nature. | 11  staff at the Edgar Ortiz that manages those |
| 12      Q.   Let's move on to Topic 3 and I | 12  archives, they manage them remotely. |
| 13  think you've already touched on it a bit for | 13      Q.   The information, the login |
| 14  InSite. | 14  information contained in Exhibit 614, would |
| 15      Topic 3 asks about:  "All | 15  that information have been retrieved from |
| 16  retention and destruction policies related to | 16  Lewisville, Texas, from the Edgar Ortiz |
| 17  or impacting InSite and/or InSite Anywhere | 17  facility? |
| 18  service data or records." | 18      A.   Yes. |
| 19      Now, Ms. Miller, is it fair to say | 19      Q.   Do you know in fact that the |
| 20  she would be the most knowledgeable about | 20  information on Exhibit 614 was transferred in |
| 21  that as it relates to InSite? | 21  such a manner -- or, excuse me, retrieved in |
| 22      A.   When it comes to the final | 22  such a manner? |
| 23  retention of the InSite database as far as | 23      A.   I'm still waiting to get answers |
| 24  our jobs, yes. | 24  as far as exactly how Exhibit 614 was created |
| 25      Q.   And who would that person be for | 25  and where it was pulled from and whether or |
| 258 | 260 |

65 (Pages 257 to 260)

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009      Board-Certified Court Reporters      Facsimile: (504) 525-9109

Exhibit K
Page 65

1   not it's a complete record.
2        Q.    Okay.  So sitting here today,
3   you don't have a final answer to the question
4   of what happened -- strike that.
5        Sitting here today, you don't have
6   information regarding the login information
7   as it may exist after approximately 4:15, I
8   believe?
9        A.    4:13.
10   MR. HARTLEY:
11        Objection.  Form.
12   EXAMINATION BY MR. LARGE:
13        Q.    4:13:58, on the last page of
14   Exhibit 614.
15        A.    Can you repeat the question?
16
17
18
19
20
21
22
23
24
25
                                              261

1   all of these topics are fairly closely
2   related, at least the first 8.  And Topic 4
3   discusses the steps taken to locate and
4   preserve InSite and/or InSite Anywhere
5   service data and records -- I'm paraphrasing
6   -- including the login information.
7        You testified earlier, I believe,
8   that you started such a process on April
9   21st; is that fair?
10        A.    Yes.
11        Q.    And your task, command was to
12   secure and to archive that information
13   accurately as it existed?
14        A.    Yes.
15        Q.    And I believe you also testified
16   that at least as to the data itself, that you
17   believe that you captured all of the -- all
18   of the relevant data that was generated
19   through the InSite system; is that fair?
20        A.    Yes.
21        Q.    On April 21st, when you were
22   performing your data -- data securing task,
23   did you also at that time take on the task of
24   securing the login information as well?
25        A.    The login information at the
                                              263

1   Edgar Ortiz.
2        Q.    Let me clarify.  The login
3   information for the InSite Anywhere access
4   log.
5        A.    No, that was out of my realm of
6   responsibility.
7        Q.    Do you know who was responsible
8   for securing and archiving that information?
9        A.    Well, the Edgar Ortiz
10   operational manager at the time was not Tom
11   Hitt, it was Marvin Mitchell.  And Marvin
12   would have directed operations as far as data
13   protection, data archiving or information
14   archiving at the Edgar Ortiz.
15        Q.    So Mr. Mitchell would have been
16   the person -- strike that.
17        Have you spoken to Mr. Mitchell
18   recently?
19        A.    No.  Mr. Mitchell is no longer
20   with Halliburton.
21        Q.    Do you know when Mr. Mitchell
22   left employment at Halliburton?
23        A.    It was, I believe, somewhere in
24   late 2010.
25        Q.    Do you know why he left?
                                              264

25        Q.    Let's move on to Topic 4, and
                                              262



601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 66

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:

JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

1     A.    Not specifically.
2     Q.    Generally?
3     A.    I know he immediately moved into
4  another job elsewhere.
5     Q.    Do you know what company he went
6  to work for?
7     A.    I have his e-mail address.  I
8  don't remember what company he's working for.
9     Q.    Do you have information or any
10  understanding that this was a voluntary move
11  by him?
12     A.    Yes, it was voluntary.
13     Q.    What's your opinion of
14  Mr. Mitchell's performance of his tasks at
15  the time he was at the Edgar Ortiz facility?
16     MR. HARTLEY:
17        Object.  Form.
18     THE WITNESS:
19        I've always held a high regard for
20  Marvin and his job performance.
21  EXAMINATION BY MR. LARGE:
22     Q.    Did you have occasion to speak
23  with him at any time after April 20th
24  regarding securing and preserving the InSite
25  Anywhere access login information?

                                    265

1     Q.    Okay.  Would you be the person
2  most knowledgeable about updated versions and
3  software patches for InSite or InSite
4  Anywhere?
5     A.    For the InSite, yes.  For the
6  InSite Anywhere, I can answer for general
7  functionality, what its capabilities were.
8     Q.    And who would be the person that
9  would be in charge of actually writing the
10  code to provide patches and updates?
11     A.    Whew.  Well, there is
12  operational liaison that works between the
13  InSite users and the actual InSite
14  developers.  So we have a point man that we
15  typically go through whenever we have issues
16  like bugs and such.
17        So, I mean, InSite and InSite
18  Anywhere, they're not written by any single
19  individual.  It takes teams of individuals
20  working together to develop these.
21     Q.    Who is the point man?
22     A.    The point man, at the time the
23  point man was Pat Quirk.
24     Q.    Q-U-I-R-K?
25     A.    Yes.

                                    267

1     A.    No, I didn't.
2     Q.    Have you spoken to anyone else
3  regarding that?
4     A.    No, I haven't.
5     Q.    Let me just make sure I'm clear
6  here.  Mr. Hitt is now tasked with finding
7  where that information may have been secured
8  and retained; is that fair?
9     A.    Yes.
10     MR. HARTLEY:
11        Object to form.
12  EXAMINATION BY MR. LARGE:
13     Q.    Let's move on to No. 6, No. 6,
14  Topic No. 6 relates generally to the
15  maintenance of the InSite and InSite Anywhere
16  service, including previous versions and
17  updates and bug fixes.
18        Are you prepared to testify
19  regarding that information?
20     A.    Yes.
21     Q.    And I believe you already did
22  testify regarding some of your
23  responsibilities in that respect earlier
24  today; is that correct?
25     A.    I believe so.

                                    266

1     Q.    When you say at the time, do you
2  mean --
3     A.    At the time of --
4     Q.     -- on April 20th?
5     A.    On April 20th.
6     Q.    And before that, how long had
7  Mr. Quirk been the point man?
8     A.    He had been, he had been in that
9  position for several years.
10     Q.    Your answer seems to indicate he
11  no longer is the point man or operational
12  liaison, when did he stop being that?
13     A.    I'm not sure when Pat left, I
14  believe it was sometime in the fall of 2010.
15  He took another position within Halliburton.
16     Q.    Do you know what position that
17  is?
18     A.    I just know what division he
19  went to work for.  He went to work for the
20  underbalanced drilling position.
21     Q.    I'm sorry?
22     A.    Underbalanced drilling division.
23     Q.    Thank you.
24        No. 7:  "All server logs related to
25  the InSite and/or InSite Anywhere service."

                                    268

67 (Pages 265 to 268)

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:
JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

1    Are you prepared to testify and
2 give answers on behalf of Halliburton
3 regarding No. 7?
4    A.   To an extent the InSite system
5 didn't keep, and I'm not exactly sure what's
6 referred to as server logs, but the InSite
7 system did not necessarily keep a server log.
8 It has an internal log system that stays
9 inherent in the database.  The InSite
10 Anywhere server, the InSite Anywhere service
11 is run on servers.  As far as the server logs
12 go, I guess it depends on what you're looking
13 for.
14    Q.   We will cover this in a little
15 more detail, at least as to the InSite
16 Anywhere server logs that's termed here, be
17 it as it may.  However, you mentioned that
18 the InSite system, I believe, did not keep
19 inherent logs.  What did you mean by that?
20    MR. HARTLEY:
21       Object to form.
22    THE WITNESS:
23       I guess it depends on what's asked
24 when you're referring to server logs.  I
25 mean, naturally, InSite keeps all of the data

269

1    Q.   I do, actually.  And then I will
2 see if I can understand it.
3    A.   Okay.  The servers that would
4 have been running the InSite program at the
5 Edgar Ortiz were running Windows 2003 with
6 VMware, and the servers that were receiving
7 the data in the Lafayette office were running
8 Windows -- one moment, I'm trying to remember
9 when they switched over to VM.
10 They were running Windows 2000 in Lafayette.
11    Q.   NT or --
12    A.   2000.
13    Q.   2000.  Let me make sure I have
14 the -- just call it the chain of data
15 correct.
16    First the data comes from the
17 various sensors and gauges.  It sounds like
18 it's collected on this Windows XP operating
19 system on the rig?
20    A.   Yes.  And, actually, looking
21 back, it was not XP on the rig, it was
22 Windows 2000.  So 2000 on the rig, 2003 at
23 BP, 2003 at Edgar Ortiz and 2000 at
24 Lafayette.
25    Q.   And this is just a regular

271

1 on time intervals and depth intervals stored
2 in the database.  It stores very rudimentary
3 machine status, but it's not a very extensive
4 log.
5 EXAMINATION BY MR. LARGE:
6    Q.   We will circle back to that in
7 more detail in a little bit.  Do you know
8 what type of server software the InSite
9 system -- strike that.
10    For the server that the InSite
11 database is located on, do you know what
12 server software is used?
13    A.   It's stored -- the InSite data
14 on the rig is stored on a Windows XP
15 computer.
16    Q.   Just a regular desktop?
17    A.   Just a regular desktop.  I mean,
18 it's a more robust system than you would
19 typically have at your house, and it's --
20 it's a lot more powerful, but it can be run
21 on just your standard desktop.  I run it on
22 my laptop.  The servers at BP, I believe,
23 were Windows 2003.  They would have been
24 either Windows XP or Windows 2003.  The
25 servers at -- do you want to hear all the --

270

1 Windows 2000 desktop operating system; is
2 that correct?
3    A.   Yes.
4    Q.   The first point where the data
5 was collected by InSite software was on the
6 computer you described running the Windows
7 2000 operating system; correct?
8    A.   Correct.
9    Q.   From that -- can we call that
10 the rig desktop just for our purposes here --
11 what would you like to call it?
12    A.   I guess we can call it
13 specifically what it was, the ADI,
14 Applications Database Interface.  But the
15 InSite ADI is the InSite computer that stores
16 the data and hosts the data.
17    Q.   What database program do you
18 use, that ADI?
19    A.   It's an InSite database, it's a
20 proprietary database format, it can only be
21 written to and read from using InSite.
22    Q.   Is that why, sir, we see when
23 the data is produced to us, that it's
24 basically produced to us in txt ascii files;
25 is that why?

272

68 (Pages 269 to 272)

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:

JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

1     A.    Yes, it's exported from the
2  database into a format that can be read by
3  other computers or other software packages,
4  more specifically.
5     Q.    From the ADI, where does the
6  data go next?
7     A.    You're talking about the data
8  transmission from the rig to another
9  location?
10    Q.    Well, I guess from the ADI, is
11 it going straight from the ADI to a
12 transmitter to a satellite?
13    A.    Yeah.  The data goes over the
14 network from the rig ADI over satellite to an
15 ADI in BP's office.
16    MR. LARGE:
17       And we have to change the tape and
18 we will pick it up at the ADI in BP's office
19 when we return.
20    THE VIDEOGRAPHER:
21       This is the conclusion of Tape 5.
22 The time is 3:32.  We are now off the record.
23       (Whereupon, a brief recess was
24 taken.)
25    THE VIDEOGRAPHER:

273

1  with interfacing with BP personnel regarding
2  their software and hardware on a regular
3  basis?
4     A.    Yes.
5     Q.    Does he assist BP in maintaining
6  their software on BP's ADI?
7     A.    Yes.
8     Q.    Will Mr. Ortiz actually --
9  strike that.
10       Does Mr. Ortiz actually sit down at
11 BP's ADI and do work on it himself?
12    A.    He -- part of his responsibility
13 is to ensure that the data that they're
14 receiving in their office is accurate and
15 does provide them the displays that they
16 require.
17       So, yes, part of his job duties
18 does involve him sitting in front of the
19 actual ADI or controlling it remotely from
20 somewhere else in the building.
21    Q.    He is in the same building then
22 as BP's ADI?
23    A.    Yes.
24    Q.    Where does the data go next from
25 BP's ADI?

275

1        Returning to the record.  It is
2  3:41.  Start of Tape 6.
3  EXAMINATION BY MR. LARGE:
4     Q.    Getting back, Mr. Gisclair, we
5  left off at data going from the satellite to
6  the ADI at BP.  Was that the machine, I
7  believe, you said was running Windows 2003XP?
8     A.    Yes, sir.  Not XP, just Windows
9  2003.
10    Q.    I'm sorry.  That was just a PC
11 operating system?
12    A.    Yes.
13    Q.    How do you know what type of
14 operating system BP uses at its ADI?
15    A.    Well, the person who was
16 responsible for maintaining that data
17 reported to me, so I'm familiar with his
18 daily job duties and what it takes to do his
19 job because in the case of vacations, it's my
20 responsibility to make sure he's covered for.
21    Q.    This is a -- what person --
22    A.    José Ortiz.
23    Q.    José Ortiz.  As part of
24 Mr. Ortiz's -- I will say as part of José
25 Ortiz's job responsibilities, is he tasked

274

1     A.    From the BP's ADI, it's
2  transmitted to an inside ADI at the Edgar
3  Ortiz Realtime Center.
4     Q.    And what -- strike that.
5        What type of machine then does the
6  data go to at the Edgar Ortiz center?
7     A.    It's a -- it's a server system
8  that they have set up, but it's virtual
9  machines that they have.  They will have
10 several virtual machines assigned to any
11 given -- one piece of hardware.
12    Q.    But now we're talking about a
13 server software instead of a PC operating
14 system?
15    A.    We're talking about a true
16 server environment there.
17    Q.    The virtual -- what server
18 software is being run on those virtual
19 machines?
20    A.    2003.
21    Q.    The virtual machine server to
22 which you just referred, does the data then
23 go to Lafayette?
24    A.    If I may back up and be a little
25 more specific.  The data is actually

276

69 (Pages 273 to 276)

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 69

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

Reported By:



**277**

1    transmitted to a physical machine in
2    Lewisville, Texas but it's monitored and
3    maintained remotely from the Edgar Ortiz in
4    Houston.  So we use that term "synonymously"
5    a lot.  When we say we're transmitting it to
6    the Edgar Ortiz, we're transmitting it
7    actually to Lewisville, but it's the Edgar
8    Ortiz that's hosting the data.
9        Q.    In Lewisville, does Halliburton
10   maintain some type of large server farm for
11   all its operations?
12       A.    Yes.
13       Q.    Okay, well, let's -- we'll talk
14   about the data then being at Edgar Ortiz just
15   how it seems like you think about it.  Does
16   it go from Edgar Ortiz then to Lafayette?
17       A.    To Lafayette, yes.
18       Q.    The server then -- strike that.
19       In Lafayette, does it also go to a
20   server environment?
21       A.    Well, it's a -- it's a rack
22   mounted server, but I used just as any --
23   a normal PC would be used.  It's not in a
24   virtual -- it wasn't at the time in a virtual
25   environment.

**279**

19       Q.    Now, we talked some before about
20   the fact that the data goes actually to a BP
21   ADI from the satellite, but in your
22   experience, do BP personnel use InSite
23   Anywhere anyhow?
24       A.    Yes.
25       Q.    Is that the most use -- strike

**278**

1        Q.    And what type of server software
2    is that run?
3        A.    That was 2000 in Lafayette.
4        Q.    Okay.  If I could get you to
5    look at Tab 2 of the binder I've handed you.
6    I believe this would be Exhibit 616.
7        A.    (Complying).  Yes, sir.
8        (Exhibit No. 616 marked for
9    identification.)
10   EXAMINATION BY MR. LARGE:

**280**

1    that.
2        Is InSite Anywhere the most user
3    friendly way to access the InSite data?
4        A.    Yes.  For the -- for the end
5    user, yes.
6        Q.    For instance, someone onshore at
7    BP that wants to see what the various sensor
8    readings are from the mud pits like we were
9    talking about earlier; correct?
10       A.    Correct.
25       Q.    Anyone else that you can recall?

**70 (Pages 277 to 280)**

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 70



1      MR. HARTLEY:
2          Object to form.
3      THE WITNESS:
4          I would have to look back at the
5    access log.
6    EXAMINATION BY MR. LARGE:
7          Q.    You mentioned though that you
8    did see or have seen a list of a certain
9    number of people that had access.  Do you
10   recall that testimony?
11         A.    Yes.
12         Q.    You weren't sure exactly how
13   many, though; correct?
14         A.    Correct.
15         Q.    Was the list single spaced?
16         A.    I believe it was.
17         Q.    Okay.  How many pages was it?
18         A.    I didn't really see it printed.
19   If I recall, it was an Excel spreadsheet that
20   José had sent to me.
21         Q.    Okay.  If you could, please,
22   let's go to exhibit or Tab 5, which we will
23   mark as Exhibit 617.
24         A.    (Complying).
25         (Exhibit No. 617 marked for

281

1    identification.)
2    EXAMINATION BY MR. LARGE:

282

283

284

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 71

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:

JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR



Page 285:

(no transcribable text — redacted)

Page 286:

```
14      A.    Yes.
15      Q.    Yes.  And so let me ask you:
16  When your InSite Anywhere customers login to
17  the domain we looked at on Exhibit 2,
18  INSITEAnywhere.Halliburton.com?
19      A.    Yes.
20      Q.    That's a website; correct?
21      A.    Yes.
22      Q.    Does the website use cookies to
23  track who is visiting and who's not?
24      A.    Well, the cookies are stored on
25  the user's end, so it's just a way for
```

Page 287:

```
1  websites to identify when somebody logs in
2  what their preferences might be.  But the
3  actual storage of who logged in when would
4  reside on the host machine, not on the end
5  where the cookies are stored.
6      Q.    I understand the cookies are on
7  the client -- are on the user machine.
8      A.    Correct.
9      Q.    But Window's server software,
10  web hosting software keeps track of what
11  cookies are appearing when people try to
12  access the website; is that true, sir?
13      A.    Well, the InSite Anywhere
14  application doesn't have to go through your
15  standard browser, there's also InSite
16  Anywhere direct which foregoes the browser
17  and goes straight to the host computer.  I
18  don't know that the InSite Anywhere direct
19  would use the same internet information
20  services that the web application would use.
21      Q.    Well, let me -- I'm sorry to
22  interrupt you, but let's take the situation
23  we're not talking about direct where you're
24  within, where you're just using the Windows
25  Explorer as a navigation tool, but where,
```

Page 288:

```
1  let's say, Mr. Hafle or Mr. Sims, for
2  instance, might be at home on their laptop,
3  now they would need a cookie -- strike that.
4          They couldn't disable their cookies
5  and be able to access the InSite Anywhere;
6  could they?
7      A.    I believe they may be able to.
8  I'm not certain of that.
9      Q.    Okay.  Who would be the best
10  person to ask about that?
11      A.    I would say perhaps someone in
12  our development -- on our development team.
13  I know the people to ask, but --
14      Q.    Basically your IT people
15  probably?
16      A.    Yes.
17      Q.    And I will just run through a
18  list here, then.  Do you know if your web --
19  if your website uses these particular type of
20  cookies, session identifier cookies, when I
21  say uses them, requires your clients to
22  accept them and use them, so I want to
23  clarify that.  Are session identifier cookies
24  used?
25      A.    Again, I'm not sure of any of
```

72 (Pages 285 to 288)

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

1  the cookies that might be required.  My
2  inclination would be to say that they are not
3  required since they are not required for
4  InSite Anywhere direct.
5      Q.    What kind -- if I logged on
6  my laptop right now to the address we just
7  looked at, I could login, try to run some
8  password cracking information and it sounds
9  like you guys may never know about it, is
10  that -- is that fair?
11      A.    Well, I don't know -- I'm not
12  familiar with all of the antihacking
13  programming they instilled into the
14  InSite Anywhere application.  So I can't
15  really answer for what kind of tracking they
16  may have for that purpose.
17      Q.    Have you heard of URL query
18  settings?
19      A.    Yes.
20      Q.    Do you know if your InSite
21  Anywhere website uses that?
22      A.    No, I don't.
23      Q.    Do you know if they use the job
24  document object model, window.name?
25      A.    I don't know if they use that

289

1  possibilities and one might be looking --
2  additional possibilities, excuse me, for
3  tracking users and logins, and one way might
4  be to look at the event log keys; is that
5  fair?
6      MR. HARTLEY:
7          Object.  Form.
8  THE WITNESS:
9          I would have to inquire about it.
10  But it's possible.
11  EXAMINATION BY MR. LARGE:
12      Q.    Now, sir, let me make sure I
13  just understand one thing.  BP, including
14  Mr. Hafle and Mr. Sims, for instance, had
15  InSite Anywhere accounts unique to them with
16  their own passwords; is that correct?
17      A.    Correct.
18      Q.    So wherever I am, if I'm say,
19  Mr. Hafle or Mr. Sims, if I have my laptop,
20  maybe even an iPhone with a web browser,
21  whether I'm at, say, my daughter's softball
22  game or dance lessons or whatever, I can look
23  at the InSite Anywhere from anywhere?
24      A.    Not at the time of the accident,
25  not with the Macondo data could you view it

291

1  specific object.  The web application does
2  use Java; the InSite Anywhere direct does
3  not.
4      Q.    The Java then on your end may
5  keep track, may I said, conceptually may keep
6  track of when users login and when they
7  don't?
8      A.    It may.
9      Q.    For the InSite, the direct that
10  you talked about, are event log keys
11  retained?
12      A.    The InSite Anywhere direct
13  access would -- should be the same as the
14  InSite Anywhere standard access, in other
15  words, Exhibit, I think, 614 was the access
16  log.  Yes, 614.  Any login to the InSite
17  Anywhere system, whether it's using the
18  standard browser on InSite Anywhere or
19  through the InSite Anywhere direct
20  application should still mark an entry in
21  that access log.
22      Q.    And I understand that, sir.
23  What I'm looking for is if, in fact, some of
24  this information has been lost or we can't
25  find it, I'm looking for additional

290

1  on an iPhone or any other similar smart phone
2  or portable device.  You could view it on
3  laptops or any standard PC.
4      Q.    Okay.  And is that because of
5  software incompatibility from an iPhone?
6      A.    Well, the mobile devices require
7  a special application that has since been
8  developed and only recently released
9  commercially this year.
10      Q.    Just a couple more questions and
11  then I'm finished.  They will be fairly
12  quick.
13          Can you turn to Tab 6?
14      A.    (Complying).



292

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009        Board-Certified Court Reporters        Facsimile: (504) 525-9109

Exhibit K
Page 73



293

295

```
14          Q.     Okay.  All right.  Let's -- sir,
15   I'm going to move a little way from -- I'm
16   done with Topics 1 through 8 on the 30(b)(6).
17   I have just a couple of minutes to ask about
18   how your custodial file was produced.  And if
19   we could just turn to Tab 9, which I believe
20   will be Exhibit 619.
21          (Exhibit No. 619 marked for
22   identification.)
23   EXAMINATION BY MR. LARGE:
24          Q.     I'm not asking a question now,
25   but I'm just going to say something here, I
```

294

```
 1   guess, to make my inquiry fair just so you
 2   understand.
 3          Halliburton has been producing
 4   electronic data to us, documents and e-mails
 5   and such.  As with any litigation, there are
 6   some fits and starts in trying to get the
 7   format correct in how the metadata is
 8   organized and in what order, a little bit
 9   like what you do with InSite.
10          So we're working in good faith and
11   well with your lawyers that are doing that.
12   All of this is being done quickly.  So part
13   of the premise I may be asking you may in
14   fact -- the premise I'm using to ask you
15   questions may, in fact, be incorrect, based
16   on -- well, I can put it this way:
17   Halliburton has given us load files which are
18   inconsistent.  Okay?  I will just put it that
19   way.  Which makes it difficult to search and
20   we are trying to fix.
21          So let's go to Exhibit 619, which
22   is an e-mail, at top, from Kelly Gray to you,
23   among others, Earl Fly and Richard Sylvester.
24   I want to focus on the e-mail string in the
25   one below that which is from you to Kelly
```

296

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

1    Gray, Earl Fly and Richard Sylvester.
2    Harking back to my soliloquy before, I've
3    been unable to find this particular e-mail
4    from you, the original e-mail, or any e-mail
5    from you and, like I said, this could be from
6    problems with the metadata right now, because
7    I've searched the from field for you and I've
8    come up with zero documents.  So let me ask
9    you, what is your e-mail retention policy for
10   e-mails you send?
11        A.    My personal retention policy or
12   the company's retention policy?
13        Q.    I'm going to ask you personally
14   first.  Let me start with this question:
15   The e-mail string, the second e-mail in the
16   e-mail string, does that e-mail exist
17   anywhere either on an e-mail server or on
18   your laptop or on your desktop?
19        A.    I would have to go through and
20   check to see if it exists.
21        Q.    You are aware recently that we
22   received -- strike that.
23        You're aware, sir, that a bunch of
24   data, what we call ESI, electronic documents
25   and e-mails were collected from you for
                                          297

1    So what e-mails might have gotten
2    put in what zones prior to my exclusion from
3    that system, I don't know.  But I made
4    efforts to try and retain what I could
5    regarding the Macondo and the relief wells.
6        Q.    And when you say "retain them,"
7    do you mean retain them on your laptop?
8        A.    Yes.
9        Q.    Okay.  As well as on the e-mail
10   server?
11        A.    I'm not familiar with e-mail
12   servers' retention policy -- regime.
13        Q.    Let me ask you this and then I'm
14   just about finished.  On Exhibit 619, the
15   second e-mail in the string, do you recall
16   having deleted that e-mail?
17        A.    No, I don't recall.
18        Q.    As a matter of course, your
19   personal document retention, pack rat policy
20   as you called it, would you most likely have
21   retained that by omission -- by inactivity?
22        A.    Yes, it's got to be a pretty
23   benign e-mail for me to delete it.
24        MR. LARGE:
25        All right.  That's all I have, sir.
                                          299

1    production in this case.  Are you aware of
2    that?
3        A.    Yes.
4        Q.    Did you assist in that at all?
5        A.    Only to the extent that I
6    brought my laptop down for them to image and
7    pull the data from.
8        Q.    Okay.  Do you have your own PST
9    file that stores your e-mails on your laptop?
10       A.    I wish there were a way that I
11   could say that none of this, that my IT
12   department would not hear, but, yes.  I'm
13   sorry, go on.
14       Q.    Is there a similar -- are your
15   e-mails then also part of the larger PST file
16   on the e-mail server?
17       A.    My personal e-mail retention
18   policy is -- I'm a pack rat by nature, and
19   it's rare that I delete an e-mail.
20   Typically I will package them up by year and
21   save them to the hard drive.  The corporate
22   retention policy changed in 2010, early 2010,
23   and they included me in this type of zoned
24   retention, which was halted after the Macondo
25   incident and my involvement in it.
                                          298

1        THE VIDEOGRAPHER:
2        We are now off the record.  It's
3    4:12.
4        (Whereupon, a brief recess was
5    taken.)
6        THE VIDEOGRAPHER:
7        Returning to the record.  It's
8    4:23.  This is the start of Tape 7.
9    EXAMINATION BY MR. LEOPOLD:
10       Q.    Hi, Mr. Gisclair, my name is
11   Matt Leopold.  I will be asking questions for
12   the United States today.  And I know it's
13   been a long day, so I thank you for bearing
14   with us.  I want to start out just -- I don't
15   think I ever got a full understanding of
16   Sperry-Sun in general and its relationship to
17   Halliburton.
18       Can you tell me a little bit about
19   or can you tell me all the activities that
20   Sperry is involved in?
21       MR. HARTLEY:
22       Object to form.
23       THE WITNESS:
24       That's pretty broad.  Could you be
25   a little more specific?
                                          300

75 (Pages 297 to 300)

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
Reported By:
JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

1    EXAMINATION BY MR. LEOPOLD:
2        Q.   What's Sperry's mission
3    specifically?
4        A.   I can describe some of the
5    services we provide.
6        Q.   Okay, that would be great.
7        A.   We are an oilfield service
8    company that provides mainly mudlogging, MWD
9    and directional drilling services for
10   oilfield operators on the rigs, operators
11   such as the oil companies BP, Chevron, Shell.
12       Q.   So are those your three major
13   services that you provide MWD mudlogging and
14   directional drilling?
15       A.   Yes.
16       Q.   And of those, you've been
17   involved with MWD and mudlogging to some
18   extent; is that right?
19       A.   Well, when you say involved in,
20   I mean, I've worked alongside all three
21   product lines.
22       Q.   Okay.
23       A.   I was employed as an MWD field
24   engineer for eight years and InSite support
25   falls under the mudlogging product line, but

301

1        A.   Greg Navarette is an MWD service
2    coordinator that was working within BP's
3    office.  He was -- BP was one of his assigned
4    customers.
5        Q.   Okay.  And was he directly
6    responsible for the DEEPWATER HORIZON?
7        A.   Yes, he was a supervisor for the
8    MWD crew on the HORIZON.
9        Q.   Can you tell me about the
10   relationship between MWD crew and the
11   mudlogging crew, and what their difference in
12   their responsibilities?
13       A.   Well, they're both responsible
14   for acquiring and maintaining the data for
15   each other product lines, but they're also
16   both expected to equally maintain the data
17   that's shared between them.  For instance,
18   well information, depth, things of this
19   nature that are used by both product lines,
20   they're both responsible for maintaining.
21   But the MWD specific data, the data that is
22   pulsed from the tools, generally the MWD is
23   responsible for maintaining the accuracy of
24   that; whereas, mudlogging is responsible for
25   maintaining the -- a lot of the rig sensor

303

1    I've also worked with our directional
2    drilling in the product line since I first
3    started with Sperry.
4        Q.   What is Sperry's relationship
5    with other Halliburton entities, like
6    Halliburton Cementing, do you have a
7    relationship with Halliburton Cementing?
8        A.   Well, we all work for
9    Halliburton, so we work as best we can
10   together to help each other provide the
11   services whenever necessary to complete the
12   job, whenever we can.
13       Q.   So do you communicate with
14   personnel in Halliburton cementing on a
15   regular basis?
16       A.   On an -- on each individual job,
17   if receiving the cementing data into the
18   InSite database is requested by the customer,
19   then, yes, we will work with our cementing
20   department to ensure that the data is
21   accurate and stored properly and displayed
22   properly.
23       Q.   Okay.  I want to ask you about a
24   few of the people that you work with.  Who is
25   Greg Navarette?

302

1    data and the lithology identification data.
2        Q.   So the sensors that the
3    mudloggers are interested in are more of the
4    surface sensors and the MWD are the sensors
5    down in the wellbore in the tool; is that
6    right?
7        MR. HARTLEY:
8            Object to form.
9        THE WITNESS:
10           Well, the MWD does require certain
11   surface sensors to perform their job and to
12   read signals from the tool.  But, in general,
13   you know, we're all part of the same team,
14   we're going to help each other out, if
15   someone has a busted sensor and needs a hand
16   replacing it.
17   EXAMINATION BY MR. LEOPOLD:
18       Q.   Okay.  And are both the MWD and
19   the mudlogging crews, are they equally adept
20   at reading the Sperry data, the charts that
21   we've been referring to today?
22       MR. HARTLEY:
23           Object.  Form.
24       THE WITNESS:
25           Well, I couldn't answer for

304

76 (Pages 301 to 304)

1   individual capabilities, individual skills.
2   I can just speak in generalizations.
3   EXAMINATION BY MR. LEOPOLD:
4       Q.    Okay. Let's talk about the
5   mudloggers specifically. They're -- I assume
6   that they are trained to read the data that
7   we've been referring to, the charts, they
8   have training from Sperry on how to read that
9   data; is that right?
10      A.    Yes. Most of the training will
11  come from on-site experience. But, yes, they
12  -- as mudloggers, they are trained to analyze
13  rig surface data.
14      Q.    Is that one of their areas of
15  expertise, special expertise is reading the
16  Sperry data?
17      A.    It's what they're expected to
18  know, yes.
19      Q.    Is that -- is that considered to
20  be a primary function of their job as a
21  mudlogger is to interpret that data?
22      A.    Yes.
23      Q.    Okay. Do you have any direct
24  interaction with mudlogging crew on -- on
25  rigs in general?

305

1       A.    Yes, I do.
2       Q.    What kind of interactions do you
3   have with the mudlogging crews?
4       A.    Whenever they have any problems
5   whatsoever with InSite, running the surface
6   -- the surface software to acquire and store
7   or display their survey data, if they feel they need
8   help, they will call me up and I will help
9   them through their problems.
10      Q.    What about if they're having
11  trouble interpreting a piece of the data that
12  is coming from the well, would they call you
13  about that?
14      A.    Generally, they will go to their
15  supervisor for something of that nature.
16      Q.    And you may have mentioned this
17  earlier, earlier in testimony, but who was
18  supervising the mudloggers on the DEEPWATER
19  HORIZON?
20      A.    Earl Fly.
21      Q.    Earl Fly, and where is he
22  located?
23      A.    He works in Houston.
24      Q.    Okay. So was -- did Earl also
25  communicate with other personnel on the rig,

306

1   like Transocean or BP personnel?
2       A.    Well, I guess that would be a
3   question for Earl, who he contacted on the
4   rig outside of Halliburton.
5       Q.    Okay. What your particular
6   expertise in interpreting this Sperry-Sun
7   data? Do you consider yourself well versed
8   in interpreting --
9       A.    Yes, I do.
10  MR. HARTLEY:
11      Object. Form.
12  EXAMINATION BY MR. LEOPOLD:
13      Q.    Is that based on your experience
14  in MWD or --
15      A.    It's based on my experience as
16  MWD, also through my InSite support which is
17  having helped mudloggers perform their duties
18  through the software. If I didn't know how
19  the data was stored, how the data was
20  supposed to look when it was displayed, how
21  the data would react under certain
22  conditions, I wouldn't be able to provide
23  them the level of support that they would
24  need.
25          And, also, one of my functions in

307

1   Lafayette is to do MWD pressure log QC.
2   Whenever MWD is running a pressure sensor and
3   they're producing their final logs for that,
4   I will go through the logs to ensure that the
5   data is accurate and there are no gaps in the
6   data and whatnot, and logs of that nature do
7   include a lot of surface sensor data.
8       Q.    Okay. So you're very familiar
9   with the various parameters that are being
10  monitored and the reasons that they're being
11  monitored; is that right?
12      A.    Yes.
13      Q.    Generally speaking, what are --
14  what are the reasons that these various
15  parameters are being monitored? Is it
16  for -- to watch the well, see what it's doing
17  or are there other purposes?
18      A.    Well, it can be for many
19  purposes. The rig sensor data can tell you a
20  lot of things. Outside of obviously kick
21  detection, it can also tell you whether or
22  not the -- you're drilling in an efficient
23  manner, if you're cleaning the hole, if you
24  have any other well conditions that might
25  need attention. It could be just as simple

308

77 (Pages 305 to 308)

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:

JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

1   as tracking depth on a casing run.
2        Q.    Okay.  You mentioned kick
3   detection.  Is that one of the primary
4   reasons why this data is recorded, in your
5   opinion?
6        MR. HARTLEY:
7            Object.  Form.
8        THE WITNESS:
9            Well, the data is recorded simply
10  because they want a record of all the sensor
11  information for the rig throughout the entire
12  operation.
13  EXAMINATION BY MR. LEOPOLD:
14       Q.    Excuse me, you mean on a
15  historical record or actual realtime data?
16       A.    Both.
17       Q.    Okay, but -- go ahead, you were
18  about to answer about kick detection, one of
19  the primary purposes for recording this data.
20       A.    I wouldn't say that it's -- that
21  it was the primary reason for recording the
22  data.
23       Q.    What would you say the primary
24  reason is?
25       A.    For kick detection?

309

1        Q.    No, what is the primary reason
2   for recording the Sperry data?
3        A.    For producing logs to the
4   customers, producing that end-of-well data or
5   any data whatsoever.  If it's not stored, if
6   it's just lost, then, you know, doing a
7   proper log at any given time would be
8   impossible.  You have to store it somewhere
9   in order to plot it.
10       Q.    And when you say "doing a proper
11  log," what do your customers use that type of
12  information for?
13       MR. HARTLEY:
14           Object to form.
15       THE WITNESS:
16           I would be answering for the
17  customers, but if the -- if they wanted, say,
18  an MWD log, an MWD depth-based log, they will
19  use that a lot of times for formation
20  evaluation to determine what types of
21  formations they're drilling and whether or
22  not those formations may hold potentially
23  producible hydrocarbons.
24  EXAMINATION BY MR. LEOPOLD:
25       Q.    So -- but in the -- when a rig

310

1   is in the temporary abandonment phase, are
2   measurement while drilling,
3   measurement-while-drilling data that
4   important during temporary abandonment or is
5   it even happening?
6        A.    Usually MWD is not -- a MWD tool
7   is not downhole during the abandonment
8   procedures.
9        Q.    Are you aware whether an MWD
10  tool was down in the hole on April 20th?
11       A.    There was no MWD tool downhole
12  on April 20th.
13       Q.    Were there other mudlogging
14  activities, other than well monitoring,
15  taking place on April 20th that you're aware
16  of?
17       MR. REGAN:
18           Object to form.
19       THE WITNESS:
20           I'm not aware of all the duties
21  that the mudlogger on tour may have been
22  performing at the time of the accident.
23  EXAMINATION BY MR. LEOPOLD:
24       Q.    Can you tell me generally what
25  the duties of a mudlogger are?

311

1        A.    Basic 30,000-foot view, they're
2   -- they will collect rig surface data for
3   display in the system.  They will act as a
4   second set of eyes for rig monitoring to back
5   up the rig crew.  They will do rock
6   interpretation of the cuttings coming from
7   downhole to help determine what formations
8   are being drilled.
9        Q.    Of those that you mentioned, do
10  you know which of those were being performed
11  on April 20th?
12       A.    Well, as they were not drilling
13  and they were not receiving cuttings from
14  downhole, he was probably not doing any of
15  the rock interpretation.  As far as the rest
16  of his duties, again, I'm not -- I don't know
17  all of what Joe might have been working on at
18  the time.
19       Q.    Well, are we sure, are you sure
20  whether or not Sperry was monitoring the rock
21  cuttings that were coming back and doing that
22  type of work?
23       A.    Well, there are no --
24       MR. HARTLEY:
25           Object to form.

312

78 (Pages 309 to 312)

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010                                                          Reported By:
JOHN JOSEPH GISCLAIR            March 14, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR

1    THE WITNESS:
2        There were no cuttings coming from
3    out of the hole from a newly drilled
4    formation, so there was nothing for him to
5    interpret.
6    EXAMINATION BY MR. LEOPOLD:
7        Q.    Okay.  Would he have been
8    monitoring or creating a lot of gas in the
9    mud, to your knowledge?
10       A.    Would he have been monitoring --
11   I'm sorry?
12       Q.    Gas in the mud, the mud returns
13   that were coming back?
14       A.    Well, the gas readings would
15   have been one of many different parameters
16   that would be on the screen during typical
17   monitoring.
18       Q.    In terms of monitoring the well,
19   just -- that's a typical parameter that
20   mudloggers will look at if gas is in the mud;
21   right?
22       A.    Yes.
23       Q.    I think what I hear you saying
24   is that while there's drilling going on, a
25   mudlogger may have additional duties other

313

1    volume, gain or loss, to a lesser extent gas
2    and strokes and weight on bit.
3    EXAMINATION BY MR. LEOPOLD:
4        Q.    Let's talk about first flow-out
5    rate.  When you're measuring flow-out rate,
6    are you comparing that, the flow-out rate
7    versus the flow in to the well; is that
8    right?
9        A.    When you're monitoring the
10   flow-out with the intention of identifying
11   gains or losses, you're going to be looking
12   at the trend of the flow-out, in a way
13   compared to the flow-in.  If the flow-in is
14   remaining steady and the trend of the
15   flow-out starts to drop out, then, it looks
16   like you're losing fluid.  If it starts to
17   gain, it looks like you're gaining fluid.
18   But you typically use that in conjunction
19   with other readings, as I said.  Just the
20   flow-out by itself tells you nothing.
21       Q.    Okay.  So it's better for trend
22   analysis than it is for actually determining
23   whether you're gaining fluid; is that right?
24       A.    Yes.  It's a trend identifier.
25       Q.    But generally should the

315

1    than just monitoring the wells; is that
2    right?
3        A.    Yes.
4        Q.    But during the phase that the
5    DEEPWATER HORIZON was in on April 20th during
6    temporary abandonment, a mudlogger would not
7    have the same duties that he has while he's
8    -- while drilling is taking place; is that
9    correct?
10       A.    Correct.
11       Q.    Would he have fewer duties while
12   there's -- when the drilling is not taking
13   place?
14       A.    Generally, yes.
15       Q.    Let's talk about -- let's return
16   to kick detection.  And based on your
17   experience, what are the most important kick
18   detectors that a Sperry mudlogger would be
19   watching for?
20       MR. HARTLEY:
21       Object to form.
22       THE WITNESS:
23       In my opinion, the most important
24   kick detection parameters would be the
25   flow-out, the standby pressure, the pit

314

1    relationship between flow-in and flow-out be
2    the same, such as what is flowing, going into
3    the well should equal what's coming out; is
4    that correct?
5        A.    If a numerical standpoint, the
6    measurements are not nearly equal when it
7    comes to accuracy.  The flow-in is a much --
8    much superior measurement than the flow-out.
9    The flow-out is mainly intended for inference
10   only, and trend analysis.  If you want actual
11   numbers to compare whether what you're
12   pumping in is the same as what you're -- as
13   what you're receiving out, then you look at
14   the pit change.
15
16
17
18
19
20
21
22
23
24
25

316

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters      Facsimile: (504) 525-9109

Exhibit K
Page 79

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

Reported By:



**317** (top left — redacted)

**319** (top right)

13    Q.    Okay.  Is a flow check the best
14  method to check whether or not a well is
15  flowing?
16    A.    Yes.
17    Q.    And what does a flow check
18  entail?
19    A.    The rig operator will shut down
20  the pumps and they will monitor the flow-out
21  line, the return line.  They will physically
22  put eyes on it or they will watch it over a
23  camera to actually visually confirm that flow
24  stops.
25        If they shut down the pumps and

**318** (bottom left — redacted)

**320** (bottom right)

1   there's no flow at the flow line, then
2   they've determined that the well is not
3   flowing.  If they shut down and the fluid
4   continues to come out of the hole, they
5   determine that the well is flowing.
6     Q.    Okay.  Can you calculate a loss
7   or increase in returns based on flow rate?
8     A.    Flow-out?
9     Q.    Based on, you know, comparison
10  of flow-out, flow-in to flow-out?
11    A.    It's not an accurate comparison,
12  no, sir.
13    Q.    Okay.  And why do you say "it's
14  not accurate" specifically?
15    A.    It's due to the nature of the
16  sensor and its susceptibility to influences
17  from the rig environment.
18    Q.    Okay.  You mentioned pit volume
19  change.
20    A.    Yes, sir.
21    Q.    Do you consider that the best
22  way to detect a kick if a kick is occurring
23  in a well?
24    A.    Well, pit volume change alone
25  will not tell you a kick.  Pit volume change

**80 (Pages 317 to 320)**

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

1  under the right circumstances will tell you
2  whether or not you're gaining or losing
3  fluid, but you have to take the pit volume
4  change in conjunction with other pieces of
5  data.
6          Kick detection is not looking at
7  one piece of data and saying, oh, we're
8  taking a kick. It's taking a combination of
9  data to determine that.
10      Q.   But generally speaking, if
11  you're gaining fluid in the pits, that's an
12  anomaly that should be investigated; right?
13      A.   If it can't be explained through
14  other means, yes.
15      Q.   And other -- explaining it
16  through other means, are you referring to rig
17  activity that's taking place?
18      A.   Yes.
19      Q.   What other types of rig
20  activities could influence pit volume change?
21      A.   Well, the most immediate would
22  be a fluid transfer from one pit to the
23  another.
24      Q.   Let's assume there's no fluid
25  transfers and there's no rig activity other

321

1  than, you know, normal drilling operations.
2  Is a pit volume change a pretty good
3  indicator that a well might be flowing?
4      A.   It's -- a pit volume change with
5  no immediate rig activities to explain it
6  would be the cause for investigation.  If
7  you're not flowing, if you have no flow-in
8  and no flow-out, but your pit is changing,
9  then, your first suspect might be a leak
10  somewhere.
11          But it is still something that will
12  raise concern.  It is something that if
13  noticed by the mudlogger would warrant him
14  calling the rig floor and bringing it to
15  their attention if they hadn't noticed it
16  already.
17      Q.   Okay.  What about gas in the mud
18  or gas-cut mud, is that -- could be a sign of
19  a kick occurring?
20      A.   Excuse me.  It could be, but
21  generally, the gas readings lag far behind
22  the other indicators because what has to
23  happen is the gas at the bottom of the well
24  or midway up the well, wherever the gas may
25  be coming from, has to reach surface and it

322

1  has to make it all the way to the gas traps
2  and then from the traps to the gas detector
3  in the MWD unit.
4          So there is a significant time lag
5  between that and where you would normally see
6  other indicators such as the increased
7  flow-out and the increased pit gain and the
8  drop in the stand pipe pressure.
9      Q.   So the other three kick
10  indicators that you've mentioned may be more
11  immediate than gas in the mud; is that right?
12      A.   That's correct.  And also not
13  all kicks are gas kicks.  You can have a
14  water kick.
15      Q.   Okay.  What about drill pipe
16  pressure, you mentioned that as well for a
17  kick indicator?
18      A.   Yes, sir.
19      Q.   What -- what -- can you tell me
20  what happens if a driller is displacing mud
21  with lighter seawater, what would happen on
22  the Sperry data if there were no other rig
23  activities that are influencing that, what
24  would typically happen?
25      A.   Well, each kick can be unique.

323

1  Would you like to speak specifically about
2  the Macondo?
3      Q.   Well, I would like to, but I'm
4  going to get to that in a second.  But, you
5  know, I'm just asking generally at this
6  point.
7          If you're displacing the riser with
8  seawater, what do you expect drill pipe
9  pressure to do under normal circumstances?
10      A.   Well, generally, whenever you're
11  taking a hydrocarbon kick with gas, you would
12  expect the stand pipe pressure to drop.
13      Q.   Okay.  And is an increase in
14  drill pipe pressure possibly also an
15  indicator of a kick?
16      A.   Under certain circumstances, it
17  can be, yes.
18      Q.   What types of circumstances?
19      A.   Well, you know, with specific
20  layering of certain weighted fluids and a
21  specific hole geometry, changes in the hole
22  bore sizes, it can present itself as a stand
23  pipe pressure increase.
24      Q.   Could a drill pipe pressure be
25  -- indicating a kick be different based on

324

81 (Pages 321 to 324)

1  where the hydrocarbons are at the time in the
2  well?
3       A.   Yes.
4       Q.   For example, if the hydrocarbons
5  are below the drill pipe, pushing up on the
6  well, could that potentially be a sign or
7  cause an increase in drill pipe pressure?
8       A.   It depends on the fluids above
9  the bottom of the drill pipe.  But, yes, it
10  can be.
11       Q.   Okay.  And what if the fluids
12  are seawater and being -- and the mud has
13  been displaced by seawater, what would you
14  expect if they were taking a kick?
15       A.   Again, it depends on the
16  layering of the fluids and the borehole
17  geometries, but it's possible that you would
18  see a stand pipe pressure increase.
19       Q.   And what's U tube effect?  Do
20  you know what that term --
21       A.   The U tube effect is the
22  tendency for fluids to want to balance
23  themselves out.  Basically if you have a
24  hollow tube and you bend it into an U and you
25  put the same weighted fluid, for instance,

325

1  would have?
2       A.   Generally, once hydrocarbons get
3  above the drill string you would be expecting
4  -- let me rephrase.  Once the hydrocarbons
5  get above the bottom of the drill string, you
6  would be expecting a standby pressure
7  decrease.
8       Q.   But, again, if they were -- and
9  depending on what fluids are in the drill
10  pipe and in the riser, if they were below the
11  drill string, you could possibly see an
12  increase in the --
13       A.   If the hydrocarbons were still
14  below the bottom of the drill string, it's
15  possible, depending on conditions, to see a
16  standby pressure increase.
17       Q.   Can -- do mudloggers set an
18  alarm inside the system for drill pipe
19  pressure?
20       A.   Yes, they can, but it wouldn't
21  be a very effective alarm because standby
22  pressure is one of those parameters that
23  changes very drastically, very often.
24       Q.   So -- and based on your
25  experience, you don't know mudloggers to set

327

1  say put water in that U tube, you would
2  expect the levels on each side of that tube
3  to be the same.  If you put heavier fluid on
4  one side of it, you would expect the levels
5  to be different.
6       The same goes with borehole
7  geometry, in that you can think of the U-tube
8  as being the outside and the inside of the
9  drill pipe.  If you have a heavier fluid on
10  the outside than what's on the inside, you
11  would expect it to be exerting a pressure
12  down and then back up into the drill string.
13       Where the reverse is true, if you
14  have a lighter fluid on the outside than
15  what's on the inside, it would reverse the U
16  tube effect.
17       Q.   So if you had hydrocarbons going
18  past the end of the drill string and up the
19  riser, that could cause a decrease in drill
20  pipe pressure; is that right?
21       A.   It depends on the fluids above
22  it.
23       Q.   If there's seawater or water
24  base being served above the hydrocarbons, do
25  you have an opinion as to what effect that

326

1  alarms for drill pipe pressure very often?
2       A.   No.
3       MR. HARTLEY:
4            Object.  Form.
5  EXAMINATION BY MR. LEOPOLD:
6       Q.   Do you know of any instances
7  where they might set an alarm for drill pipe
8  pressure?
9       A.   Only if they wanted to, say,
10  throw out a warning that they may be reaching
11  the pop-off valve threshold.  But it's
12  generally not to identify specific changes,
13  just to make sure that they don't exceed the
14  pop-off pressure.
15       Q.   Okay.  Let's talk a little bit
16  about the rig activities.  I know that other
17  folks have hit this topic a little bit.  But
18  if you would, just bear with me, and I would
19  like to refer back to your chart and I
20  understand -- I think we heard plenty about
21  how the annotations were made on the side of
22  your chart based on your interviews and the
23  Bly report and even possibly testimony that
24  you reviewed from the Marine Board hearings?
25       A.   Yes.

328

82 (Pages 325 to 328)

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:

JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR



**Page 329**

**Page 330**

20    EXAMINATION BY MR. LEOPOLD:
21        Q.    You talked about earlier that
22    you're involved in training of mudloggers to
23    some extent?
24        A.    Yes, sir.
25        Q.    And you mentioned that one of

**Page 331**

1    the things that you do when you're training
2    them, is you talk about how they should
3    communicate with rig personnel; is that
4    right?
5        A.    To an extent, yes, sir.
6        Q.    Can you elaborate?
7    MR. HARTLEY:
8        Objection.  Form.
9    EXAMINATION BY MR. LEOPOLD:
10        Q.    What do you mean by "to an
11    extent"?
12        A.    Well, I don't train them on all
13    the many things that they will need to talk
14    to the driller about.  A lot of that will be
15    picked up, you know, in your typical rig
16    experience, you know, what does and does not
17    constitute a call to the rig floor.
18        It's more of an emphasis and
19    encouragement that they do stay in constant
20    contact with the rig floor and show them that
21    without that rapport that they build up with
22    the rig crew and without knowing what's going
23    on on the rig, it will make their rig
24    monitoring job very difficult.
25        So it's not necessarily an

**Page 332**

1    instruction on the when to call, it's more,
2    as I said, an encouragement to stay in
3    contact with them, and I provide certain
4    examples, varying examples why they might
5    want to do that such as tracking depth and
6    the whatnot.
7        Q.    Does Sperry have an official
8    policy on certain circumstances when the
9    mudlogger should communicate with the rig
10    crew?
11    MR. HARTLEY:
12        Object to form.
13    THE WITNESS:
14        I don't know that there's a
15    specific policy telling them when they should
16    and should not contact the rig crew.
17    EXAMINATION BY MR. LEOPOLD:
18
19
20
21
22
23
24
25

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 83

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR                March 14, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR



**Page 333**

**Page 335**

```
 1    type of operation that you would notify rig
 2    personnel and/or the company man on the rig?
 3        A.    It's up to the individual
 4    mudloggers in situations like that, you know,
 5    whether they feel that's something that
 6    should be communicated.  I can't say it would
 7    necessarily be a company policy that they're
 8    expected to communicate that, but --
 9        Q.    Let me jump in here.  Isn't one
10    of the responsibilities of the mudlogger to
11    keep a log of rig activities?
12        A.    Yes.
13        Q.    So if there were activities
14    taking place or the loggers saw changes in
15    data that he thought or she thought might be
16    explained by rig activities, would it be
17    incumbent on them to contact the rig crew and
18    see what's going on?
19    MR. HARTLEY:
20        Object to the form.
21    THE WITNESS:
22        It depends on the sensor activity
23    and the rig activity.  You know --
24    EXAMINATION BY MR. LEOPOLD:
25        Q.    Let's use the example, if
```

**Page 334**

```
12    EXAMINATION BY MR. LEOPOLD:
13        Q.    If -- based on your experience,
14    and the MWD, if there was a rig activity that
15    was taking place that inhibited your ability
16    to conduct your job, would you have notified
17    rig personnel or the company man on the rig?
18        A.    Again, it depends on the
19    operation, but, typically, yes.
20        Q.    What about a well monitoring
21    operation, I mean, do you -- are -- well,
22    strike that.
23        Let me be more specific.  What
24    about an operation exactly like this one
25    where you're offloading mud?  Is that the
```

**Page 336**

```
 1    Ms. Willis wasn't informed that there was mud
 2    being offloaded, is that the type of thing
 3    that she would need to call the drilling
 4    floor or the mud engineer to see what's
 5    happening, if she saw indications on her
 6    data?
 7        A.    Yes.  If she had not been
 8    informed beforehand that there was a fluid
 9    transfer in -- about to be in progress, and
10    she notices changes in the pit system, then,
11    yes, typically, they would call up to find
12    out what's going on, and then log that in the
13    book.
14        Q.    So that would be necessary for
15    her to complete an accurate logbook of rig
16    activities?
17        A.    Yes.
18    MR. HARTLEY:
19        Objection to form.
20    EXAMINATION BY MR. LEOPOLD:
```

84 (Pages 333 to 336)

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:

JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR



**Page 337**

(blank / redacted)

**Page 338**

```
 1
 2
 3        Q.    To your knowledge, did
 4   Transocean have sensors monitoring the sea
 5   chest volumes?
 6        A.    To my knowledge, no.
 7        Q.    Is that -- do other rigs that
 8   you know of monitor volume in the sea chest
 9   for -- so they can calculate pit volume
10   change when this activity is taking place?
11        A.    I don't recall seeing one, but I
12   certainly can't answer for all the rigs out
13   there.
14        Q.    All right.  You just seem to
15   suggest that maybe it could be a monitored
16   volume?
17        A.    I guess that's up to the
18   individual rigs.
19        Q.    Is there -- is there a way that
20   you could run the -- when you're displacing
21   the riser, you could run the sea -- the water
22   through the pit system so that you could keep
23   the data in tact in turns of pit volume
24   change?
25        A.    That would be a question for the
```

**Page 339**

```
 1   individual rig operators.  I really couldn't
 2   answer for their equipment.
 3        Q.    So that depends on the plumbing
 4   of the rig?
 5        A.    Yes.
 6        Q.    Is that what you're saying?
 7        A.    Yes.
 8        Q.    But theoretically, it's
 9   possible?
10        A.    Again, some rigs maybe, some
11   rigs maybe not.  I really couldn't make a
12   global statement for all rigs.
13        Q.    Okay.  And you don't know
14   specifically as to the DEEPWATER HORIZON
15   whether that was possible?
16        A.    No, sir.
17        Q.    When you're pumping the sea
18   chest, can you still calculate flow-in versus
19   flow-out; is that possible?
20        A.    Again, the flow-out isn't going
21   to be as nearly accurate or reliable a
22   measurement as the flow-in.  And when you do
23   that type of comparison, you can come up with
24   some unexpected and inaccurate results.
25        Q.    But is it possible that a logger
```

**Page 340**

```
 1   could have calculated flow-in versus flow-out
 2   at this time on the HORIZON?
 3        MR. HARTLEY:
 4        Object.  Form.
 5   THE WITNESS:
 6        I don't believe they could have
 7   accurately determined any type of gain or
 8   loss based on comparison of flow-out versus
 9   flow-in over that time.
10   EXAMINATION BY MR. LEOPOLD:
11        Q.    Well, I'm not just suggesting a
12   gain or loss, I'm just -- what I'm suggesting
13   is they could have done a calculation of
14   flow-in based on the pump rate, the pump
15   stroke rate; isn't that right?
16        A.    Yes.
17        Q.    Is that a parameter that the
18   Sperry data monitors?
19        A.    The system monitors the pump
20   rate and it calculates the flow-in based on
21   that pump rate.
22        Q.    Even when you're pumping through
23   the sea chest?
24        A.    Yes.  It doesn't matter what the
25   source is, so long as the pumps don't change
```

85 (Pages 337 to 340)

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K

Reported By:
JOHN JOSEPH GISCLAIR                     March 14, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR



```
 1    and they're not reconfigured, then it's just
 2    going to -- it's going to calculate the
 3    flow-in based on the stroke rate.
 4        Q.   So what you're saying then is
 5    while the crew was pumping water from the sea
 6    chest, the Sperry data can monitor flow-in
 7    versus flow-out, or it does monitor; is that
 8    what you were suggesting?
 9        A.   Yes.  It's always measuring the
10    flow-in versus -- I'm sorry, it's always
11    measuring the flow-in when they're pumping
12    and as long as you have a functioning
13    flow-out sensor, it's going to measure the
14    flow-out.
15        Q.   So the fact that the -- are you
16    testifying that the fact that the crew was
17    pumping water from the sea chest, which is a
18    nonmonitored pit, doesn't affect the Sperry
19    data's ability to measure flow-in versus
20    flow-out; is that right?
21        A.   I'm not sure what you mean with
22    the comparison between the flow-in versus
23    flow-out.  It doesn't matter that they were
24    pumping from the sea chest, the Sperry system
25    can calculate the flow-in and the sensor can
```
                                                    341

```
 1    measure the flow-out.
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```
                                                    342

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009        Board-Certified Court Reporters        Facsimile: (504) 525-9109

Exhibit K
Page 86

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR



```
 9          Q.     Okay.  Would these activities
10   make it more difficult for the mudlogger to
11   be conducting the activities of monitoring
12   the well?
13          A.     Yes.
14          Q.     But would it be possible to
15   still calculate volume in and out of the pits
16   even though you're dumping the trip tank and
17   the sand traps, would it still be possible to
18   calculate volume?
19          A.     Not in realtime.  You would have
20   to wait until the fluid transfers were
21   finished and then go back and see what the
22   pit volume was before a specific time frame
23   started and what the pit volume was after and
24   find out how much you gained or lost and
25   compare that how much you gained or lost
                                              345
```

```
 1   through other means.
 2          Q.     Are those types of calculations
 3   something that the mudloggers do on a -- is
 4   that something that they do?
 5          A.     Yes.  If, for instance, they
 6   were in drilling operations and they were
 7   transferring fluid to or from the active pit
 8   system, depending on how long it took, what
 9   the mudloggers may do is say, well, when this
10   pit transfer is completed, they go back and
11   they determine how much fluid was
12   transferred, how much was lost from one
13   system, and how much was gained in the active
14   system, and they will compare the two to make
15   sure that they're equal.
16          Q.     But those types of calculations
17   might take a little while; is that right?
18          A.     Yes.
                                              346
```

347

348

87 (Pages 345 to 348)

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 87

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:

JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

---

1
2
3
4          Q.    So essentially three out of the
5     four kick indicators that we talked about
6     were unavailable to view in the Sperry data;
7     is that right?
8          A.    Correct.
9          Q.    Do you know if Transocean could
10    still view any of those kick indicators?
11         A.    Their pit gain and loss would
12    have been obscured as well as it was their
13    sensors. Their flow-out sensor was before
14    the diverter, so I believe they still would
15    have had flow-out readings. I don't know if
16    they had any gas detection equipment on
17    board. So I can't answer for that one.
18         Q.    Okay.
19         A.    Their stand pipe pressure would
20    have been the same as ours.
21         Q.    So stand pipe pressure was the
22    only remaining primary kick -- primary kick
23    indicator after diversion overboard at 9:08
24    p.m.; is that right?
25         A.    Yes.

349

---

1          Q.    Okay. Was there any kind of
2     sensor being monitored in the Sperry data
3     that would show whether the valve that
4     diverted returns overboard was open or closed
5     or which position it was in?
6          A.    Well, the fact that after 2110,
7     we received no more flow-out, even when they
8     brought the pumps up, shows that the fluid
9     returning was not going past our sensor and
10    our sensor was mounted right -- right before
11    the gumbo buster. So it wasn't going into
12    the rig pit system.
13         Q.    But in terms of -- you're not
14    aware of a sensor that told the mudlogger or
15    the rig crew or anyone else whether that
16    valve was open or closed?
17         A.    No.
18         Q.    Have you ever heard of that type
19    of sensor being in place on a rig?
20         A.    No. It would require a flow-out
21    sensor past the diverter.
22         Q.    Okay. How would a mudlogger
23    know if the pumps were shut down and not
24    running, how would the mudlogger know whether
25    that valve was open or closed?

350

---

1          A.    He would have to rely on the rig
2     crew to tell him whether or not they were
3     diverting overboard.
4          Q.    Okay. When you're sitting in
5     the mudlogger unit, do you have any knowledge
6     of whether the mudlogger can hear the pumps
7     operating or not?
8          A.    It depends on the rig.
9          Q.    On the DEEPWATER HORIZON?
10         A.    I don't -- I don't know if you
11    could have heard the actual pumps from the
12    unit. A lot of times you can sense the pumps
13    being fired up just from the hum of the
14    transformers in the unit.
15         Q.    Okay. And -- but the most
16    reliable way is for -- if -- is for the rig
17    crew to inform the mudlogger watching the
18    data that we're now -- we've opened this
19    valve and we're now going to be diverting
20    overboard; is that right?
21         A.    Yes.
22         Q.    Without them calling and telling
23    the mudlogger that information, is there
24    another way for him to know why the pumps are
25    shut down?

351

---

1          MR. GOFORTH:
2              Objection to form.
3          THE WITNESS:
4              There's no means that I'm aware of
5     on the HORIZON for them to know without the
6     rig crew telling them that the diverter had
7     been opened and they were going to pump
8     overboard.
9     EXAMINATION BY MR. LEOPOLD:
10         Q.    Would knowing whether that valve
11    was open or closed be really important if
12    you're going to do a flow check?
13         MR. HARTLEY:
14             Object to form.
15         THE WITNESS:
16             Yes, it would be.
17    EXAMINATION BY MR. LEOPOLD:
18         Q.    And why is that the case,
19    Mr. Gisclair?
20         A.    Depending on the plumbing, it is
21    possible if you open the diverter before the
22    flow check was complete that it could divert
23    whatever returning fluid may be coming out of
24    the well overboard and it would not reach the
25    flow-out sensor, it would not reach the

352

---

88 (Pages 349 to 352)

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 88

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:

JOHN JOSEPH GISCLAIR            March 14, 2011      DIANE TEWIS CLARK, RPR, RMR, CRR

| | |
|---|---|
| 1   camera that was mounted above the gumbo<br>2   buster.<br>3     Q.   To your knowledge, were there<br>4   any cameras --<br>5     MR. GOFORTH:<br>6       Object. Nonresponsive.<br>7   EXAMINATION BY MR. LEOPOLD:<br>8     Q.   To your knowledge, were there<br>9   any other cameras mounted at -- showing the<br>10   end of the pipe where the returns were being<br>11   diverted overboard?<br>12     A.   I'm not aware of any.<br>13     Q.   Did Mr. Keith tell you whether<br>14   there was any other cameras trained on that<br>15   end of the pipe?<br>16     A.   No, he didn't.<br>17     Q.   When the rig crew shuts down the<br>18   pumps, is that -- do the mudloggers do a flow<br>19   check as a matter of course? Do they always<br>20   do a flow check?<br>21     A.   Habitually they will perform it,<br>22   yes.<br>23     Q.   Okay.<br>24     A.   It depends on the reason why the<br>25   pumps were shut down, like they shut down the<br>                                    353 | 1   testimony?<br>2     A.   I can't say whether or not<br>3   they're formally trained in that procedure.<br>4   If they're formally trained in that task,<br>5   it's something that is generally picked up on<br>6   the rig.<br>7     Q.   If a mudlogger knew that the<br>8   pumps were shut down or were about to be shut<br>9   down, would that be a bad time to take a<br>10   break from his duties?<br>11     MR. HARTLEY:<br>12       Object to form.<br>13   THE WITNESS:<br>14       If they're aware that the pumps<br>15   were about to be shut down --<br>16   EXAMINATION BY MR. LEOPOLD:<br>17     Q.   Or if they were in, in fact,<br>18   shut down?<br>19     A.   Well, sometimes they're shut<br>20   down unexpectedly without warning. It<br>21   happens. Generally a mudlogger or a MWD<br>22   engineer, for that matter, if they're about<br>23   to shut down the pumps, and they know they're<br>24   about to shut down the pumps, generally they<br>25   will stick around to make sure everything is<br>                                    355 |
| 1   pumps for a typical connection, they always<br>2   do a flow check before they make the<br>3   connection.<br>4     Q.   Okay. Even in a case like this<br>5   where a rig is in temporary abandonment<br>6   phase, they would still be performing flow<br>7   checks; is that right?<br>8     A.   It depends on the logger. A lot<br>9   of experienced loggers might just do it out<br>10   of habit. They've been doing it so long.<br>11     MR. GOFORTH:<br>12       Objection. Form.<br>13   EXAMINATION BY MR. LEOPOLD:<br>14     Q.   Are there any other rig<br>15   personnel, to your knowledge, that have the<br>16   responsibility of doing a flow check when the<br>17   pumps are shut down?<br>18     A.   A flow check is the primary<br>19   responsibility of the rig crew, the mud log<br>20   mudloggers on the rig are just a backup set<br>21   of eyes for the rig-monitoring<br>22   responsibilities.<br>23     Q.   Okay. But Sperry trains its<br>24   mudloggers to perform flow checks when you<br>25   have the pumps shut down. Is that your<br>                                    354 | 1   working -- operating properly.<br>2     MR. GOFORTH:<br>3       Object to form.<br>4   MS. CHANG:<br>5       Go off the record.<br>6   MR. LEOPOLD:<br>7       We'll go off the record.<br>8   THE VIDEOGRAPHER:<br>9       Off the record. This is the end of<br>10   Tape 7. The time is 5:22.<br>11       (Whereupon the deposition was<br>12   recessed.)<br>13           * * *<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>                                    356 |

89 (Pages 353 to 356)



```
 1
 2
 3              WITNESS' CERTIFICATE
 4
 5       I have read or have had the foregoing
 6   testimony read to me and hereby certify that
 7   it is a true and correct transcription of my
 8   testimony with the exception of any attached
 9   corrections or changes.
10
11
12
13
14       _____
15            JOHN JOSEPH GISCLAIR
16
17
18
19
20   PLEASE INDICATE
21   ( ) NO CORRECTIONS
22   ( ) CORRECTIONS; ERRATA SHEET(S) ENCLOSED
23
24
25
                                          357
```

```
 1            REPORTER'S CERTIFICATE
 2
 3       I, Diane Tewis Clark, RPR, RMR,
 4   CRR, Certified Court Reporter, State of
 5   Louisiana, do hereby certify that above-named
 6   witness, after having been duly sworn by me
 7   to testify to the truth, did testify as
 8   hereinabove set forth;
 9       That this testimony was reported by
10   me in the stenotype reporting method and
11   transcribed thereafter by me on computer, and
12   that same is a true and correct transcript to
13   the best of my ability and understanding;
14       That I am not of counsel, nor
15   related to counsel or the parties hereto, and
16   in no way interested in the outcome of this
17   matter.
18
19
20
21       _____
22       Diane Tewis Clark, RPR, RMR, CRR
23            Certified Court Reporter
24
25
                                          358
```

90 (Pages 357 to 358)

Exhibit K
Page 90

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:

JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

1

```
        A
abandoned
  180:11
abandonment
  179:14 311:1,4
  311:7 314:6
  354:5
abbreviation
  20:15
ability
  23:14 31:19
  83:25 121:6
  127:1,9,17
  137:12
  155:22
  206:19 239:8
  330:9 334:15
  341:19
  348:22 349:1
  358:13
able
  42:3 87:3
  131:18
  151:18
  165:17 212:6
  212:11 218:2
  232:8 244:1
  246:7 250:4
  253:6 283:17
  288:5,7
  307:22 319:9
  333:20
abnormal
  199:20
abovementioned
  11:18
abovenamed
  358:5
abramson
  2:5
absent
  74:21
academies
  147:13
academy
  14:17,24 15:13
accept
  162:6 163:10
  188:20
  189:16 196:4
  288:22
access
  8:14 98:8,12
  119:12 120:2
  121:25 122:6
  133:21 135:6
  135:12
  139:11,17,21
  151:18
  152:12,21
  154:2,8,16
  155:5 156:9
  156:14 157:1
  157:7 204:8
  219:14 223:2
  223:6 250:12
  251:15,18,21
  252:20
  253:11
  256:14 257:4
  260:1 261:20
  264:3 265:25
  279:4,7,8,9
  280:3,19,21
  281:5,9
  287:12 288:5
  290:13,14,15
  290:21
accessed
  122:17 139:10
  223:4 251:20
accessible

  164:17
accessing
  35:17 120:7
  121:8 252:14
  285:5
accident
  27:2 33:13
  44:14,23
  48:25 59:8
  128:12
  159:20 166:5
  166:23
  167:15 232:7
  241:19
  291:24
  311:22
accommodate
  236:22 246:8
accommodates
  236:7
accommodations
  235:20
accompany
  38:9 41:9
accompanying
  245:18
accounts
  291:15
accumulative
  62:23
accuracy
  18:16 49:19
  237:16
  303:23 316:7
accurate
  14:25 15:6
  22:20,21
  25:13 36:9
  62:5 63:14
  66:24 67:4
  67:21 131:19
  251:7 256:18
  256:24
  275:14
  302:21 308:5
  320:11,14
  336:15
  339:21
accurately
  67:17 243:23
  263:13 340:7
  342:9
acknowledge
  198:15 216:4
  216:24
acknowledged
  215:21 216:16
acknowledges
  214:1
acknowledgment
  217:3
acquire
  306:6
acquiring
  148:20 151:3
  303:14
acquisition
  21:7 120:16
  148:3 235:19
acronym
  20:14,16 91:10
  91:13
act
  312:3
active
  61:2,4 73:24
  94:10 95:20
  95:20,21
  199:19
  200:23
  344:18,20,25
  345:1,5

  346:7,13
actively
  221:6
activities
  25:4 43:8,13
  43:14,17,19
  45:5,12,15
  45:17,18
  50:13,14,16
  52:21 56:10
  56:25 82:24
  83:7,14,17
  83:19 84:19
  85:17 116:11
  127:25 128:3
  128:9,20
  137:21 165:9
  173:5,19
  190:25
  191:10,12
  197:21
  203:12
  205:12
  231:14
  244:11
  257:15
  300:19
  311:14 318:5
  321:20 322:5
  323:23
  328:16
  329:21
  333:15
  335:11,13,16
  336:16
  337:16 345:9
  345:11
  346:20
activity
  46:4,12 53:7
  74:7 84:4
  149:17
  173:13
  181:15,20
  182:19
  184:14
  190:16,19
  195:17
  199:21 205:7
  205:19
  230:24 240:3
  243:16
  321:17,25
  330:11
  332:25
  334:14
  335:22,23
  337:15
  338:10
  347:16
  348:21
activitys
  329:17
acts
  205:6
actual
  22:5,16,23
  97:21 100:14
  109:18
  126:24
  151:11
  157:12
  158:11
  159:11 160:9
  164:7 192:16
  213:18
  220:25 221:2
  232:9 235:10
  258:1 260:5
  267:13
  275:19
  285:24 287:3
  309:15
  316:10

  351:11
add
  197:17 295:12
adding
  195:15
addition
  24:20 46:13
  146:13
additional
  17:15 29:5,13
  57:17 66:17
  92:15 142:3
  262:12 285:1
  285:3 290:25
  291:2 313:25
address
  164:23 262:3
  265:7 278:16
  289:6
adept
  304:19
adi
  272:13,15,18
  273:5,10,11
  273:14,15,18
  274:6,14
  275:6,11,19
  275:22,25
  276:1,2
  279:21
  282:22,23,25
  283:3,9
  284:11,12
  285:25
adjective
  85:11
adjusted
  211:7,11
adjustments
  235:15
administering
  10:23
administrative
  285:17
adt
  51:24 52:3
advantage
  230:22
advise
  229:8
advisor
  2:17
affect
  116:7 123:25
  176:10
  341:18
affirmatively
  210:9
aforementioned
  10:4
afraid
  166:5
afternoon
  174:14 246:23
afterthought
  295:11
ago
  24:9 33:10,11
  152:9 163:9
  247:16,21
agree
  80:18,20,21
  81:1 82:15
  84:8 85:2,5
  86:18,20
  87:3 88:1
  89:16,20
  155:13
  159:18 180:7
  188:8 200:10
  239:25
agreed

  10:2 220:10
agreeing
  189:21
agreement
  12:5
ahead
  106:19 236:11
  309:17
air
  225:7
alarm
  210:24 211:2
  211:10,21
  213:17,18,21
  213:23 214:1
  214:16,18
  215:2,8,19
  215:20,23
  216:3,4,6,8
  216:11,12,15
  216:19,22,24
  216:25 219:3
  231:25 232:3
  232:4,25
  327:18,21
  328:7
alarms
  129:6,8,14,23
  211:14,16
  212:3,6,14
  212:19
  213:24 214:5
  215:7,12,16
  219:15
  232:11,22
  328:1
alert
  25:21 219:17
alleging
  141:18
allen
  3:17
allocations
  12:3
allow
  95:4 129:23
  131:19
alongside
  301:20
alter
  15:5
alternatively
  129:10
amend
  178:1
amendments
  178:15,16
america
  3:17
american
  1:21
amount
  28:15 60:14
  62:21 94:24
  97:21
amounts
  64:2
anadarko
  4:13,20,24
  120:21
  156:19
analogue
  207:8
analyses
  49:10
analysis
  59:16,24 60:6
  60:9,13,17
  60:19 61:9
  65:2,12
  66:14 131:19
  315:22

  316:10 329:4
analytical
  182:18 188:2
analyze
  160:24 305:12
analyzed
  9:9 316:15,17
  317:11
analyzing
  78:18
anecdotal
  194:19 195:1
  204:4 206:5
  244:18
annotated
  54:5 337:2
annotations
  51:2,4,7 55:11
  67:13 69:25
  70:2 167:25
  183:2 206:21
  328:21
announcing
  279:10
anomal
  80:20
anomalies
  168:12 184:7
  201:9
anomalous
  86:15 88:3
  190:11,14
  191:1 197:22
  198:7,9,10
  198:18 199:3
  200:2,11
  202:4 206:13
anomaly
  80:15,21,22
  81:3 84:24
  85:5,14,19
  86:2,11 89:8
  89:23,24
  90:1,4,9
  201:16,17
  242:10
  321:12
anonal
  80:21,22
answer
  10:14 16:3,14
  19:22 23:7
  25:20 29:10
  42:5 83:16
  97:24 104:15
  104:17 110:9
  127:9 129:18
  134:16 182:5
  184:25
  188:25
  192:19 198:3
  219:19
  222:20
  234:21
  244:12
  249:11,25
  250:23 261:3
  267:6 268:10
  289:15
  304:25
  309:18
  338:12 339:2
  344:13
  349:17
answering
  143:6 248:8
  310:16
answers
  15:20 189:9
  250:5 260:23
  269:2
anticipated
```

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

2

| | | | | | |
|---|---|---|---|---|---|
| 28:11 | 33:19 35:10 | 228:16 249:7 | 213:21 254:9 | 348:10,10,13 | 214:6 221:19 |
| antihacking | 35:19 36:7 | 249:8 269:23 | auditory | backed | 240:16 275:3 |
| 289:12 | 40:14,19 | 285:9 | 213:18 | 257:23 259:19 | 302:15 |
| anxious | 42:1 44:2,11 | asking | august | background | bates |
| 166:2 | 47:3,6 48:12 | 14:4 15:19 | 29:12 | 16:18 57:6 | 68:12 90:22 |
| anybody | 49:10,24 | 16:4 124:16 | authority | 226:4 | 96:10 103:9 |
| 153:2 | 51:17 54:14 | 142:25 158:6 | 239:10 | backing | 107:3 111:2 |
| anymore | 55:8 56:8,12 | 165:4 176:17 | available | 258:2 | 116:23 132:5 |
| 116:3 | 57:21 58:9 | 179:18 | 98:5,13 99:2 | backup | 133:9 252:18 |
| anyway | 72:1 84:2 | 202:11 | 118:4,5 | 27:7,12 47:6 | 282:7 292:25 |
| 143:15 182:12 | 95:20 114:17 | 221:18 | 122:9,22 | 258:1 354:20 | baton |
| apologies | 114:18 115:1 | 231:13 | 123:1 127:4 | bad | 2:14 142:23 |
| 102:8 | 115:2 116:11 | 234:20 | 127:6 128:23 | 355:9 | bayou |
| apologize | 117:8 118:1 | 247:24 249:5 | 147:12 | balance | 1:21 |
| 70:14 153:24 | 118:5 124:22 | 256:14 | 164:20 | 325:22 | bear |
| 158:6 170:24 | 126:1,7,17 | 295:24 | 167:12 187:7 | ballasting | 328:18 |
| apparatus | 127:8 129:15 | 296:13 | 209:10 | 83:5 | bearing |
| 109:19 | 130:7,12,23 | 300:11 324:5 | 210:17 | bank | 300:13 |
| apparently | 131:1,4 | asks | 228:14 | 28:23 | beating |
| 347:2 | 135:16,20 | 258:15 | 243:19 | bankston | 201:23 |
| appear | 139:17,21 | assess | 279:10 | 205:10,23 | beck |
| 28:23 96:21 | 140:17,24 | 25:16 | avenue | 329:23 330:7 | 4:3 |
| 137:19 | 141:7 151:25 | assessment | 2:18 4:23 | 333:3 | becoming |
| 190:15 252:4 | 154:13 | 128:19,22 | averages | barbier | 150:1 |
| 347:15 | 160:13 164:8 | assign | 63:14 | 1:6 | began |
| appearances | 167:20 | 317:2 | avoid | barrels | 43:22 80:14 |
| 2:2 3:1 4:1 | 193:12 | assigned | 211:15 | 60:22 61:1,5 | 151:6 171:24 |
| 5:1 | 219:25 | 19:22,23 38:13 | aware | barrow | 227:2 |
| appeared | 222:13 231:4 | 45:9 276:10 | 40:8,15 54:7 | 3:16 | beginning |
| 86:11 | 242:19 | 303:3 | 54:10 90:7 | base | 63:2 143:16 |
| appearing | 251:16 263:8 | assigning | 116:10 | 46:18,19,24 | 225:23 |
| 287:11 | 263:21 | 279:14 | 117:12 | 47:11,17 | begins |
| appears | 265:23 268:4 | assist | 121:24 125:2 | 62:18 326:24 | 257:25 |
| 67:21 70:17 | 268:5 311:10 | 21:11 233:25 | 130:21 156:8 | based | behalf |
| 87:10 94:18 | 311:12,15 | 275:5 298:4 | 175:12,17 | 22:25 31:14 | 2:3 143:1 |
| 98:21 102:21 | 312:11 314:5 | assistance | 207:14,18 | 44:16 60:21 | 247:3 248:14 |
| 199:18 279:3 | 329:22 | 41:18 295:2 | 208:7 232:23 | 64:13 66:13 | 248:18 269:2 |
| appendix | architecture | assistant | 234:4 249:8 | 69:6 70:2 | behaving |
| 6:21 59:10,12 | 293:17,22,24 | 30:4 39:25 | 249:11 | 78:17 95:18 | 48:14 |
| 59:15,25 | 294:19,24 | associated | 297:21,23 | 97:11 107:22 | belief |
| 61:17,19 | 295:1,8 | 134:25 | 298:1 311:9 | 127:12 131:9 | 44:18 87:13 |
| application | archive | assume | 311:15,20 | 140:16 168:8 | 88:20 |
| 158:17 178:24 | 259:8 263:12 | 16:5 19:3 | 334:6,10 | 205:12 | believe |
| 223:6 241:11 | archived | 125:21 133:3 | 350:14 352:4 | 235:22 | 24:9 35:13,14 |
| 241:15,23 | 138:10 257:11 | 200:6 305:5 | 353:12 | 296:15 | 35:16 40:24 |
| 287:14,20 | 260:4,8 | 321:24 | 355:14 | 307:13,15 | 49:20 50:7 |
| 289:14 290:1 | archives | assuming | awareness | 314:16 | 64:17 67:1 |
| 290:20 292:7 | 260:12 | 63:13 294:10 | 150:16 | 317:23 320:7 | 69:20 72:15 |
| applications | archiving | 329:1 | | 320:9 324:25 | 78:17 81:4 |
| 22:2 272:14 | 256:10 257:8 | assure | **B** | 327:24 | 89:25 91:3 |
| applied | 257:24 259:7 | 179:25 | bachelors | 328:22 329:3 | 97:14,17 |
| 22:10 52:4 | 264:8,13,14 | atmospheric | 16:20,23,25 | 334:13 | 104:19 |
| 175:24 | area | 225:11 | 17:1 | 336:25 337:9 | 109:14 |
| appreciate | 16:22 68:19 | attached | back | 337:14 340:8 | 120:15 |
| 175:18 | 191:18,19,20 | 357:8 | 14:2 27:15 | 340:14,20 | 124:20,21 |
| appropriate | 318:3 | attachment | 46:7 60:21 | 341:3 342:12 | 131:10,17 |
| 151:17 154:21 | areas | 13:13 | 70:6 85:9 | 349:2 | 134:4 138:9 |
| 332:19 333:5 | 191:21,23,25 | attempt | 105:10 | bases | 153:1 162:13 |
| approval | 305:14 | 45:5 46:12 | 120:24 142:6 | 201:11 | 165:22 |
| 152:13,18,19 | arent | 48:2,11 | 143:15 | basic | 180:12 |
| 173:8 245:24 | 205:15 241:25 | 173:5 204:22 | 164:22 | 22:19 96:14 | 188:11 190:9 |
| approved | arriving | 293:16 | 171:23 174:1 | 312:1 | 192:18 |
| 152:22 153:10 | 56:24 | 337:14 | 174:15 | basically | 196:18 198:5 |
| 153:20 | arts | attempted | 181:13 189:5 | 31:22 63:13 | 201:17 |
| 220:11 | 17:1 | 131:2 206:19 | 191:3 192:1 | 144:20 156:1 | 210:16 |
| 279:11 | ascii | attendance | 194:8,14 | 157:13 | 215:17 |
| approximately | 272:24 284:4 | 12:14 | 215:22 | 158:21 | 230:11 |
| 12:3 19:8 58:8 | aside | attended | 220:19 | 164:12 | 231:17 232:2 |
| 58:10 71:25 | 256:13,13 | 33:21 | 242:23 | 168:17 | 243:3,22 |
| 72:8,19 73:5 | asked | attention | 244:23 | 230:11 236:7 | 244:6 245:9 |
| 74:1 76:10 | 27:3,5 41:8,9 | 39:12 107:12 | 245:15 254:9 | 251:1 256:15 | 247:7,15 |
| 76:17 84:2 | 41:23 42:6 | 202:8 247:6 | 254:10 270:6 | 272:24 | 253:3 261:8 |
| 84:23 86:14 | 42:25 43:7,8 | 308:25 | 271:21 274:4 | 288:14 | 263:7,15,17 |
| 88:2,15 89:7 | 43:24 44:4 | 322:15 | 276:24 281:4 | 293:16 | 264:23 |
| 89:22 142:3 | 44:22 53:22 | attorney | 292:20 | 318:22 | 266:21,25 |
| 149:18 261:7 | 101:9,16 | 2:17 11:22 | 294:22 297:2 | 325:23 | 268:14 |
| april | 140:14 | attorneys | 312:4,21 | basis | 269:18 |
| 1:7 11:10 | 143:12 153:2 | 2:20 3:6,10,14 | 313:13 | 16:9 25:16 | 270:22 274:7 |
| 15:15 26:6 | 162:14,19 | 3:19,22 4:7 | 326:12 | 32:7 58:19 | 278:6 281:16 |
| 26:10 27:17 | 173:2 174:19 | 4:12,20,24 | 328:19 | 60:2 61:12 | 282:5,17 |
| 27:21 28:8 | 181:17,18 | 5:6 | 345:21 | 69:8 93:21 | 288:7 292:15 |
| 29:20 33:15 | 183:22 | audio | 346:10 | 130:6,23 | 295:19 330:3 |
| | 204:12 226:3 | | 347:22 | 163:7 211:16 | |

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 92

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

3

```
330:5 340:6          55:13,20 56:5        223:3,13,24         browser             99:8 158:10         220:12
344:9 349:14         58:7,9,18            224:1,5             287:15,16           204:4 271:14        226:12 237:7
believed             72:16 76:9           233:12,13,14        290:18              272:9,11,12         240:16
50:13                76:16 194:2          233:20,25           291:20              295:4 297:24        274:19 298:1
believing            195:13,15,21         250:11              bruce               306:8,12            319:19 345:4
61:12                195:24 196:2         255:10              5:3 145:8           329:14              352:18 354:4
belt                 196:11,17,23         257:14              bug                 331:17 332:1        cases
170:14               197:15,17            261:23              266:17              336:3,11            21:3 32:1
bend                 203:18 243:1         270:22              bugs                called              casing
325:24               243:2 328:23         271:23 274:6        267:16              69:23 136:2         34:15 114:20
beneath              board                274:14 275:1        build               142:21              114:21 309:1
73:22                14:8,22 15:12        275:5 279:20        331:21              147:18              casualty
benefit              55:14,17,25          279:22 280:7        building            158:18              46:5
243:15               56:5,14              280:17,20           170:4 275:20        206:13 207:6        category
benign               141:14,19            282:23              275:21              241:14              17:2 92:25
299:23               248:22 252:5         291:13              built               244:18              cause
best                 328:24               301:11 303:3        69:7 158:17         278:13              85:14 145:3
71:13,16             349:17               307:1 333:19        238:9               299:20              215:4 322:6
108:10               boards               bp01                bunch               calling             325:7 326:19
206:19 250:6         141:22               8:3                 297:23              201:17,18           caused
288:9 302:9          boat                 bphzn2179md...      bushing             322:14              85:23 97:12
319:13               166:2                8:5                 236:18              351:22              ccd
320:21               boats                bphzn2179md...      busted              calm                254:24
358:13               165:25               8:5                 304:15              166:3               cds
better               bobcat               bphzn2179md...      buster              camera              12:14
61:18 84:16          240:4                111:3               100:4 350:11        71:10 187:8         ceased
315:21               book                 bps                 353:2               208:21              188:13 194:5
beyond               12:17 58:24          27:10 130:16        bypass              319:23 353:1        205:23
27:16,20 29:16       102:15               141:5,5,13          6:25 226:23         cameras             cement
42:3 43:18           110:17               157:23 175:4        228:14              353:4,9,14          34:3 114:25
54:4,18              232:19               175:6 176:21        bypassed            cameron             115:5,6,9
81:21 82:10          336:13               221:3 255:10        75:24 226:19        4:7                 cementer
161:3 253:11         bops                 273:15,18           228:9 229:14        cant                53:13 195:4
big                  34:18                275:6,11,22         bypassing           19:19 32:10         cementers
166:3 186:14         bore                 275:25 276:1        348:25              44:6 105:10         169:6
binder               324:22               303:2                                   108:18 166:5        cementing
59:7 68:1            borehole             bracewell           _____         172:18              29:11 114:19
133:4 247:6          325:16 326:6         146:12                    C             173:14 183:8        244:25 245:6
254:11 278:5         boss                 bragg                                   184:3,16            245:17 302:6
bingham              150:2                172:11,12           cabin               190:8 221:22        302:7,14,17
4:22                 bosses               173:1,2,15          75:7 98:6           285:21              302:19
bit                  180:1                branch              calculate           289:14              center
81:4 143:15,17       bottom               3:3                 63:23 320:6         290:24              1:21 4:4 21:10
147:7 150:22         59:1 66:19           brand               338:9 339:18        321:13              27:2,4 71:6
156:23               100:13 103:9         213:8               341:2,25            334:10 335:6        122:5 136:11
165:18               113:9 115:13         break               345:15,18           338:12              136:14,23
258:13 270:7         282:7 318:21         16:11,12,15         347:20              344:11              138:21 221:4
296:8 300:18         322:23 325:9         65:17 173:24        calculated          347:17 355:2        221:6 253:25
315:2 328:15         327:5,14             173:25              60:14 340:1         canyon              254:4 256:7
328:17               bowman               221:14              calculates          6:24 8:4            259:8 276:3
bj                   5:3 145:8            225:14              97:13 340:20        capabilities        276:6
293:9,9,11           172:8 174:3          355:10              calculating         121:3 217:24        centers
blaming              box                  breaks              61:17 63:8          267:7 305:1         48:4
186:12               3:4 91:21            16:9                calculation         capability          central
bleed                108:23,24            brief               61:20 62:7,15       212:20 218:25       158:10,25
71:22                110:4 135:24         65:22 124:9         64:1 66:17          capable             175:7 177:15
blew                 153:19 238:7         142:14              340:13 342:4        37:4                224:1
88:19                bp                   229:24              342:12              capacities          centrally
blind                3:10,14 6:24         273:23 300:4        347:18              167:11              257:20
227:16 228:12        8:2 11:23            briefly             calculations        capacity            certain
229:6,7              13:2 28:14           16:17 252:11        58:18 59:21         13:18,18 14:3        28:15 33:8
blk                  28:14 41:3           briggs              60:4 244:3          26:13 31:1          40:18 41:15
6:24                 59:9 120:9           181:17              346:2,16            31:18 58:2,3        42:13,14
block                128:17 139:4         bring               calendar            62:8 84:5           43:12 55:16
8:4 123:14           139:6 140:1          41:12 170:16        35:7                118:21              63:14 74:15
blowing              152:14,16,18         348:10,10           calibrate           234:14              116:5,6,6
87:20                152:19 153:7         bringing            116:8 125:22        capital             127:17,18
blown                156:19,24,25         41:18 322:14        calibrated          20:12,13            137:20,25
186:13               157:16               british             115:18 116:3        capitals            138:3 156:8
blownup              174:22,25            207:25              124:22 125:3        20:10               157:20 165:9
9:9 316:25           175:9,14,14          broad               318:24              capture             165:10
317:10               175:19,24            56:3 195:22         calibrating         47:10               181:24 203:6
blowout              176:11               300:24              125:10              captured            210:22 216:7
27:24 34:18          177:17 180:1         broadcast           calibration         49:12,17 62:15      228:19
159:17               180:23 181:1         98:17,20            107:2 116:1,10      217:4 263:17        238:10 244:2
160:12 207:3         181:9 196:19         broadly             140:18              care                244:3 281:8
226:18               210:1,6              27:23 56:9          california          282:9               288:8 304:10
235:12               219:2,13,19          brook               3:12,13             case                307:21 319:5
329:10               219:23               4:10                call                20:13 41:18         324:16,20
blue                 220:13,20            brought             21:8 32:1           62:18 138:24        332:3,8
250:17               221:5,14,20          39:21 170:20        39:23 57:18         180:22              certainly
bly                  221:22 222:2         298:6 350:8         86:4 90:5,6         198:25              54:18 206:9
                     222:7,15                                                     216:23              212:22
```

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 93

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR            March 14, 2011            DIANE TEWIS CLARK, RPR, RMR, CRR

4

| | | | | |
|---|---|---|---|---|
| 338:12 | characteriz... | 254:8 | 17:15 | 143:2 247:4 |
| **certificate** | 198:17 | **clarify** | **color** | **communicate** |
| 357:3 358:1 | **charge** | 119:23 150:21 | 250:16 | 238:24 302:13 |
| **certified** | 39:25 134:24 | 153:4 189:21 | **column** | 306:25 331:3 |
| 5:14 10:22 | 138:18 256:8 | 262:10 264:2 | 50:23 69:23 | 332:9 335:8 |
| 30:15,18 | 267:9 | 288:23 | 136:2,3 | **communicated** |
| 358:4,23 | **charged** | **clarity** | 137:13,22 | 330:1 335:6 |
| **certify** | 98:25 | 93:12 | 194:15 | **communicating** |
| 357:6 358:5 | **chart** | **clark** | 195:24 243:9 | 131:12 |
| **cetera** | 50:23 54:6 | 5:13 10:21 | **columns** | **communication** |
| 284:1 | 58:6 66:19 | 358:3,22 | 284:1 | 131:5,21 |
| **chain** | 66:20 67:1,4 | **class** | **com** | 238:15 333:5 |
| 178:4,6 210:2 | 67:13,17 | 32:9,10,15 | 261:23 278:13 | **communications** |
| 221:12 | 88:8,12,13 | 33:3,16,17 | 286:18 | 295:5 |
| 222:11 | 95:8 100:7 | 33:21 | **combination** | **companies** |
| 271:14 | 147:1,2 | **classes** | 38:3,21 72:16 | 156:14 251:7 |
| 282:21 | 170:17,20 | 32:20,23 33:22 | 76:8 83:19 | 283:16,16 |
| **chair** | 318:3,6,9,22 | 40:8 | 138:20 321:8 | 293:25 |
| 207:10,10,15 | 328:19,22 | **classify** | **combinations** | 301:11 |
| 207:15 209:3 | 329:4 336:21 | 193:17 | 196:17 | **company** |
| **chairs** | 343:7 | **clean** | **combined** | 99:15 144:10 |
| 207:5,7,19 | **charts** | 259:5,13,22 | 60:11 | 144:15 |
| 209:3 | 49:2 164:25 | **cleaning** | **combo** | 146:16 |
| **chambers** | 304:20 305:7 | 308:23 | 38:2,5,21 | 147:18,19 |
| 3:16 | **check** | **clear** | **come** | 148:22 154:7 |
| **chance** | 23:9 187:10 | 16:5 62:6 | 14:2 27:15 | 154:7,12 |
| 101:13 145:11 | 222:3 297:20 | 114:10 137:3 | 43:3 46:7 | 155:6 175:8 |
| **chang** | 319:13,14,17 | 185:11 266:5 | 51:10 70:6 | 237:18 265:5 |
| 3:4 356:4 | 352:12,22 | 333:11 | 95:16 142:6 | 265:8 284:13 |
| **change** | 353:19,20 | **clearing** | 174:1 244:2 | 293:12 301:8 |
| 15:5 20:3 24:6 | 354:2,16,18 | 57:11 | 297:8 305:11 | 334:17 335:2 |
| 24:8 26:6 | **checklist** | **clearly** | 320:4 339:23 | 335:7 |
| 31:9 80:14 | 182:18 | 48:9 63:25 | **comes** | **companys** |
| 99:8,19 | **checks** | **click** | 215:23 225:16 | 297:12 |
| 123:13,14,15 | 354:7,24 | 278:22 | 229:12 | **comparable** |
| 123:16 124:5 | **chest** | **client** | 235:19 | 83:12 194:10 |
| 150:19 | 337:19,21,24 | 140:10 287:7 | 258:22 | **compare** |
| 167:14 | 337:24 338:5 | 333:19 | 271:16 | 66:18 82:19,25 |
| 185:20,22 | 338:8 339:18 | **clients** | 285:22 293:3 | 125:14 |
| 219:20 | 340:23 341:6 | 288:21 | 294:23 316:7 | 242:21,23,25 |
| 231:18 234:7 | 341:17,24 | **closed** | **coming** | 244:1 316:11 |
| 253:24 | 342:7 | 86:13 87:15 | 35:11 65:3 | 318:4 342:14 |
| 273:17 | **chevron** | 350:4,16,25 | 130:5,15 | 345:25 |
| 279:15 | 301:11 | 352:11 | 210:19 | 346:14 |
| 316:14 | **chicago** | **closedcircuit** | 225:11 226:2 | **compared** |
| 320:19,24,25 | 3:9 | 98:14,17 99:3 | 226:20 | 64:10 65:7 |
| 321:4,20 | **chief** | 208:9,16,20 | 306:12 312:6 | 240:21 |
| 322:2,4 | 7:4 79:15,20 | 209:7,11,12 | 312:21 313:2 | 315:13 318:9 |
| 338:10,24 | 85:4 | 209:22,23 | 313:13 316:3 | **comparing** |
| 340:25 343:6 | **childress** | **closely** | 322:25 337:8 | 83:7 315:6 |
| **changed** | 4:4 | 61:5 263:1 | 337:8,17 | **comparison** |
| 73:19 80:12 | **choice** | **clvs** | 343:13 | 64:20 82:22 |
| 99:7 178:16 | 68:22,24 69:2 | 5:10 | 347:22 | 83:6,10 |
| 298:22 330:2 | 69:4 | **coast** | 348:13,17 | 118:13 |
| **changes** | **choose** | 68:15 147:11 | 352:23 | 178:25 |
| 123:17,19,22 | 83:1 85:11 | 204:25 | **command** | 188:24 222:5 |
| 123:25 | 216:2 344:25 | **code** | 136:2 263:11 | 240:20 320:9 |
| 138:12 | **chosen** | 267:10 | **commands** | 320:11 |
| 149:13 | 101:8,14 | **coincided** | 138:3 | 339:23 340:8 |
| 150:16 | **christopher** | 43:16 | **commencing** | 341:22 |
| 160:14,15 | 3:12 | **colleague** | 13:3 | **compiled** |
| 161:7 162:8 | **chromatograph** | 253:17 | **comment** | 111:12 |
| 178:11 205:5 | 225:13 | **collect** | 230:7 | **complete** |
| 205:17 | **chromatography** | 28:15 29:3 | **comments** | 26:21 217:24 |
| 206:13 231:3 | 225:19 | 31:5 131:18 | 51:7 184:18,18 | 230:18 253:1 |
| 232:2 236:7 | **circle** | 312:2 | 185:12,15 | 259:10,23 |
| 324:21 | 120:24 270:6 | **collected** | 186:17 195:7 | 261:1 302:11 |
| 327:23 | **circumstance** | 22:5 29:6 | 200:17 | 336:15 |
| 328:12 | 191:4 | 32:11 41:21 | 205:21 | 352:22 |
| 335:14 | **circumstances** | 44:13,17 | **commercially** | **completed** |
| 336:10 357:9 | 154:6 242:14 | 49:16 180:13 | 292:9 | 346:10 |
| **changing** | 321:1 324:9 | 257:20 | **commission** | **completely** |
| 161:22 322:8 | 324:16,18 | 271:18 272:5 | 14:13,13,23 | 198:12 199:22 |
| **channel** | 332:8 | 297:25 | 15:12 79:16 | 250:5 333:21 |
| 99:3,7,7,8,9 | **civil** | **collecting** | 79:17 89:5 | **completion** |
| 99:10 208:16 | 3:3 6:14,18 | 90:25 93:8 | 147:14 188:6 | 241:18 259:12 |
| 208:17 | 10:6 | 293:17,23 | 188:9,10,11 | **completions** |
| 209:11,22 | **claim** | **collection** | 200:10 242:9 | 180:13 |
| **channels** | 141:5 | 33:22 42:6 | **commissions** | **complex** |
| 98:14,22 | **claimed** | **collectiontype** | 84:10 85:4 | 294:25 |
| **chapter** | 60:12 | 25:4 | 188:3,4 | **complexity** |
| 7:4 79:18,19 | **clarification** | **college** | **committee** | 295:7 |
| 80:1,5 | | | 2:4 142:25 | |
| | | | | **complying** |
| | | | | 59:12 66:8 68:4 |
| | | | | 68:10 79:10 |
| | | | | 80:8 86:8 |
| | | | | 90:13 96:1,4 |
| | | | | 110:23 |
| | | | | 110:18 |
| | | | | 116:17 135:3 |
| | | | | 247:19 |
| | | | | 254:13,16 |
| | | | | 278:7 281:24 |
| | | | | 282:13 |
| | | | | 284:23 |
| | | | | 292:14 |
| | | | | 293:15 |
| | | | | 336:24 |
| | | | | **component** |
| | | | | 233:22 235:12 |
| | | | | 236:1 |
| | | | | **components** |
| | | | | 225:15 243:6,8 |
| | | | | **computer** |
| | | | | 31:9 37:13 |
| | | | | 49:7 157:7 |
| | | | | 157:14,19 |
| | | | | 158:4,10,25 |
| | | | | 161:22 |
| | | | | 167:10 175:7 |
| | | | | 175:9 177:16 |
| | | | | 177:19 |
| | | | | 178:20 213:9 |
| | | | | 213:25 216:5 |
| | | | | 216:25 224:1 |
| | | | | 224:9 243:13 |
| | | | | 243:14,21,23 |
| | | | | 244:7 259:4 |
| | | | | 259:14 |
| | | | | 270:15 272:6 |
| | | | | 272:15 |
| | | | | 283:18 |
| | | | | 285:24 286:3 |
| | | | | 286:4 287:17 |
| | | | | 294:1 358:11 |
| | | | | **computers** |
| | | | | 37:11,15 |
| | | | | 158:20 |
| | | | | 224:12,14 |
| | | | | 273:3 284:9 |
| | | | | **concentration** |
| | | | | 225:16 |
| | | | | **concept** |
| | | | | 239:7 |
| | | | | **conceptually** |
| | | | | 290:5 |
| | | | | **concern** |
| | | | | 215:4 322:12 |
| | | | | **concerns** |
| | | | | 330:9 |
| | | | | **conclude** |
| | | | | 142:8 197:20 |
| | | | | **concluded** |
| | | | | 58:10 66:16 |
| | | | | 159:24 |
| | | | | **conclusion** |
| | | | | 58:7,20 65:20 |
| | | | | 87:22 141:14 |
| | | | | 141:22 174:6 |
| | | | | 194:15 202:2 |
| | | | | 222:8 229:22 |
| | | | | 273:21 |
| | | | | 318:13 |
| | | | | **conclusions** |
| | | | | 56:25 |
| | | | | **conditions** |
| | | | | 25:17,17 83:4 |
| | | | | 116:6,7 |
| | | | | 307:22 |
| | | | | 308:24 |
| | | | | 327:15 |
| | | | | **conduct** |
| | | | | 333:12 334:16 |
| | | | | **conducted** |
| | | | | 55:6 |

601 Poydras Street, Suite 1720            GAUDET KAISER, L.L.C.            Telephone: (504) 525-9100
New Orleans, LA 70130-6009            Board-Certified Court Reporters            Facsimile: (504) 525-9109

Exhibit K
Page 94

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
Reported By:
JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

5

conducting
333:17 345:11
cone
106:10,12
confidence
259:18
configuration
107:2
confirm
36:6 70:16
101:17
256:15
319:23
confirmation
75:22 186:19
confirmed
92:4
confused
203:13
confusion
14:3 119:19
congressional
41:2,14
conjunction
315:18 321:4
connect
224:15
connected
88:7 89:1
106:8 224:12
connecting
218:4,25
connection
15:15 27:22
49:8,24
53:23 54:14
55:2,7 56:7
57:20 70:9
114:16 134:7
157:12
158:13,23
159:6,8
160:5 221:8
221:10,11,14
241:14 354:1
354:3
connections
21:25 221:7
consider
33:24 34:2,5,8
34:11,14,17
34:20 192:21
307:7 320:21
considered
193:5 199:2
284:3 305:19
considering
222:2
consistency
223:13
consistent
107:25 112:2
112:10,22
113:5 222:3
319:12
consistently
224:4
console
213:17
consoles
207:9
constant
240:16 331:19
constitute
331:17
construct
181:20 182:19
consult
56:18
contact
172:17 331:20
332:3,16,20

335:17
contacted
307:3
contained
224:8,10
260:14
continuation
343:19
continue
73:23 213:24
continued
3:1 4:1 5:1
81:20 82:10
150:19 194:4
199:19
continues
320:4
continuing
80:13
continuous
343:3
contract
139:25 140:6
contractors
181:2 204:19
contractual
175:23
contribute
165:3
contributed
165:7 203:1,7
control
30:15,17,21
177:17,23
controlled
37:15
controlling
219:14 275:19
controls
138:11
conversation
166:8
conversations
54:1,8 90:8
197:19,20
cookie
288:3
cookies
286:22,24
287:5,6,11
288:4,20,20
288:23 289:1
coordinator
24:11 220:23
303:2
copied
213:1
copies
26:21
copy
47:2,4 49:6
171:3 183:6
250:16
copyright
148:7
core
61:12
corner
59:1 80:10
corporate
13:19 298:21
corporation
4:7,14
correct
14:9,14,19
17:10 19:4
19:24 20:1
20:11 27:18
29:15 36:7,8
38:19 40:19
50:1,2 51:3
51:5,22,23

52:1,2 53:11
53:14,15
55:3,4 58:20
59:13,18,19
59:21 65:4,5
69:17,24
70:4,5 72:2
73:6 74:2
75:4,5,9,10
75:13,14
76:2 77:3,4
77:6 78:13
78:14,21,22
79:2,3 85:19
87:16,17,20
87:21 88:20
88:21 91:15
91:18,19,23
92:7,13,14
92:17,18,20
92:21,23,24
93:15,16
97:1,2,8,9
97:10 98:2,6
98:7 99:25
100:4,14,18
100:19
102:25 103:2
103:3 110:6
110:12 117:8
117:20
119:13
121:13,14,17
121:18
122:18,19,22
122:23 125:6
125:7 126:17
126:18,21,22
128:20,21
129:1 130:13
130:14,18
135:20 137:5
137:6,8,9
147:18
148:13
151:20,21
152:3,6,16
154:4,21
156:10,25
157:14
158:14
159:25 160:1
160:5,10,11
162:17
163:23
166:13
168:20
169:22,23
171:3,4
173:3 174:16
174:22,23
175:20
178:18
179:22
180:24
182:22,23,25
183:3,4,20
183:21 185:5
185:21 187:2
187:16,23,24
188:8,18,22
189:2,18
190:16,17
191:6 192:3
192:4 194:12
194:13,21
200:16
201:10 202:5
203:19,23,24
207:11,16
209:3 210:25
211:11,12
212:16,17
213:13

218:23
219:21
220:17,18
223:19,20
227:4 227:3
227:4 228:2
228:22
230:20,25
231:1 233:2
233:3,7
235:5,6,9
238:4,5,7,19
241:10 242:4
242:7 243:11
244:14,15
245:8 248:13
253:13
255:25
261:25
266:24
271:15 272:2
272:7,8
280:9,10
281:13,14
282:19,20
286:13,20
287:8 291:16
291:17 296:7
314:9,10
316:4 323:12
333:13
343:24
347:24 349:8
357:7 358:12
corrected
195:6
corrections
357:9,21,22
correctly
59:8 168:17
190:1 246:24
248:7 330:15
correlation
48:24 107:3
correspond
165:9 185:19
186:8 252:19
corresponded
202:17
corresponding
201:10 347:8
corresponds
72:6 184:4
185:22
200:12
corroborate
60:5,9
couldnt
97:24 153:12
153:17
161:13 162:3
163:6,14
165:10
178:14 191:4
194:11 219:4
219:20
222:20
255:16 288:4
304:25 339:1
339:11 342:7
counsel
4:13 10:3
12:13 91:7
144:20,22
146:21
162:17
171:19,20
172:2,6,25
183:5,23
186:12
196:19
204:12 220:6
245:24

250:11
358:14,15
counsels
7:4 79:15,20
85:4
counter
37:12,14 94:19
94:20
counters
92:23 94:18
couple
132:1 149:8
163:9 247:16
247:21
292:10
295:17
course
40:6 84:19
148:11
299:18
353:19
courses
17:15,16,19
court
1:1 5:14 10:22
11:11,13,18
57:24 189:14
358:4,23
cover
142:6 269:14
covered
196:18 274:20
cracking
289:8
crane
72:20 83:4
crawl
206:2
create
49:2,2 68:16
243:20 258:5
279:16
created
91:2,5,7 258:7
258:9 260:24
316:24
creating
151:10 313:8
credentials
151:17 286:11
credibility
145:4
crew
32:2 38:8,9,12
38:13,13
39:9,17,17
45:21 57:3,8
57:18 69:12
69:14,18
72:25 86:13
92:2 113:24
233:13,14
243:25 303:8
303:10,11
305:24 312:5
329:22
331:22
332:10,16,21
333:9,18
335:17 341:5
341:16
348:13
350:15 351:2
351:17 352:6
353:17
354:19
crews
258:9 294:25
304:19 306:3
criteria
29:5 193:5
213:23
216:13 217:1

232:23 233:4
critical
141:5 180:9
181:11 188:1
188:3
criticism
141:8,12
160:10
criticizing
198:17
cross
216:7
crossed
232:25
crr
5:13 10:21
358:4,22
crucial
159:16
crunch
244:7
cure
88:3
curiosity
85:15 86:3
87:18 171:18
241:3
curious
152:7,10
169:19
217:11
current
117:14,16
custodial
293:4 295:18
customer
18:17 138:23
138:25 139:2
139:3,4
156:2 167:23
180:19
278:20
295:11
302:18
customers
21:11 119:24
120:10
167:23
286:16 295:7
303:4 310:4
310:11,17
customize
75:3,8 121:7
cut
27:6 222:10
253:9
cutoff
222:6
cuttings
36:18 37:17
312:6,13,21
313:2
cylinder
108:24 109:20
110:3

_____

D

daily
274:18
dallas
5:5
damon
205:20 329:23
dance
291:22
daniel
4:9
data
7:20 9:2,9
18:17 21:7
21:12,13
22:5,9,21,22

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 95

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010   Reported By:
JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

6

| | | | | | |
|---|---|---|---|---|---|
| 23:14,16 | 209:15,24 | 26:21,22 28:16 | **decided** | 44:14 344:12 | 16:18 18:11 |
| 25:3,10,13 | 210:2,3,4,5 | 28:22 46:25 | 148:23 | **degravelles** | 26:24 36:24 |
| 25:15 26:3 | 210:19 | 49:21 50:20 | **decides** | 2:12 142:22 | 37:7 39:7,15 |
| 26:14,25 | 212:14,15 | 51:5 62:4 | 295:11 | **degree** | 106:3 108:10 |
| 27:3,6,8,11 | 213:3,13,23 | 63:1,15,18 | **decision** | 16:20,23 17:5 | 119:19,21 |
| 27:17,20 | 214:3 217:14 | 63:22,25 | 100:23,25 | 17:7,9,12 | 125:9 213:20 |
| 28:15,20 | 218:3,6,15 | 64:2,8 68:21 | 101:18 183:1 | **delays** | 224:23 301:4 |
| 29:2,6,13 | 221:15,21,23 | 70:1 91:1 | 212:18 | 176:9 177:4 | **described** |
| 31:6,23 | 222:1,7,10 | 120:5 155:24 | **decisions** | **delete** | 32:3 84:4 |
| 32:11,12 | 222:16 224:5 | 157:6 158:21 | 31:14,20 | 178:8 211:23 | 165:18 171:3 |
| 35:10,17 | 224:10,13 | 161:8 167:17 | **decline** | 216:8,18 | 191:21,22 |
| 39:23 40:18 | 228:24 | 167:17 168:2 | 80:13 | 298:19 | 215:24 272:6 |
| 40:24 41:13 | 229:18 | 171:13 | **decoding** | 299:23 | **describing** |
| 41:19,20,24 | 230:10,18 | 224:11 | 94:5 | **deleted** | 37:4 |
| 42:4,4,7,7 | 231:19,23 | 231:21 232:5 | **decrease** | 26:23 260:1,5 | **design** |
| 42:14,16,19 | 235:19,19,20 | 240:17,23 | 326:19 327:7 | 299:16 | 34:15 177:3 |
| 42:22,23 | 235:25 | 242:21,23 | 347:8,13 | **deletes** | **designate** |
| 43:5,21,25 | 236:13 | 252:20 258:1 | **dedicated** | 216:10,11 | 344:24 |
| 44:9,13,16 | 237:12,16 | 258:23 260:5 | 255:9 | **deletions** | **designated** |
| 44:23 46:9 | 242:13,20 | 269:9 270:2 | **deemed** | 216:21 | 248:13 |
| 46:11,15,17 | 244:1,7,24 | 270:11 | 181:10 | **delorimier** | **designation** |
| 46:18,19,21 | 248:11 249:8 | 272:14,17,19 | **deep** | 5:10 | 344:20,21 |
| 46:24 47:7,9 | 249:13 | 272:20 273:2 | 235:17,21 | **demonstrate** | **designed** |
| 47:11,14,17 | 251:14 252:2 | 283:9,24 | 236:24 | 185:20 | 38:3 177:11 |
| 47:20,22 | 252:16 | 284:18 | **deeply** | **dennis** | 217:7,9 |
| 48:12,21 | 255:11 256:9 | 293:18,23 | 171:23 | 3:16 | 283:13 284:8 |
| 49:9,12,16 | 256:9,9,17 | 294:4 295:13 | **deepwater** | **department** | **desktop** |
| 49:18,20 | 257:11,18 | 302:18 | 1:5 6:25 7:10 | 2:15 3:3 38:6 | 270:16,17,21 |
| 53:6 55:5 | 258:3,18 | **datalearning** | 8:4 11:9 | 298:12 | 272:1,10 |
| 56:20 57:5,6 | 259:2,4,9,18 | 151:3 | 34:24 35:4,6 | 302:20 | 297:18 |
| 57:22 60:5,8 | 259:25 260:4 | **datas** | 35:11,18,24 | **depending** | **destroyed** |
| 62:3,16,17 | 263:5,16,18 | 341:19 | 36:3,7,10 | 16:10 295:6 | 171:17 |
| 67:4,14,15 | 263:22,22 | **date** | 37:2,8,23 | 327:9,15 | **destruction** |
| 67:15,16 | 264:12,13 | 40:25 117:7 | 38:25 40:15 | 346:8 352:20 | 258:16 |
| 68:14,18,20 | 269:25 | 126:21 253:5 | 46:4 51:25 | **depends** | **detail** |
| 69:1,3 73:17 | 270:13 271:7 | 255:16 | 57:10 59:8 | 88:5,6 123:21 | 27:15 269:15 |
| 73:18 74:8 | 271:14,16 | **dates** | 69:16 92:13 | 187:6,9 | 270:7 |
| 76:22,23 | 272:4,16,16 | 139:21 | 92:16 98:2 | 269:12,23 | **detailed** |
| 78:11,12,18 | 272:23 273:6 | **daughters** | 111:2 140:19 | 325:8,15 | 153:24 183:22 |
| 79:1 82:23 | 273:7,13 | 291:21 | 141:1 151:25 | 326:21 | 209:15 |
| 83:11,17,20 | 274:5,16 | **david** | 154:4 155:9 | 333:25 | **detect** |
| 84:1 85:9,19 | 275:13,24 | 280:23 | 155:18 | 334:18 | 320:22 |
| 85:20 86:23 | 276:6,22,25 | **day** | 158:12,24 | 335:22 339:3 | **detecter** |
| 86:24 87:14 | 277:8,14 | 24:2 124:22 | 160:23 | 344:7,7,8 | 225:17 |
| 90:25 91:12 | 279:20 280:3 | 126:25 127:2 | 162:11 | 351:8 353:24 | **detection** |
| 93:1,8,19 | 280:21 | 127:19 128:1 | 174:20 | 354:8 | 7:4 94:23 95:6 |
| 94:4 95:2 | 282:16,16,21 | 128:12 | 179:11 | **depicted** | 224:17,21 |
| 98:9,18 99:2 | 282:24 283:1 | 129:20 | 188:21 | 107:24 110:2 | 225:9 308:21 |
| 107:1 114:17 | 283:6,7,17 | 141:23 144:6 | 189:17 | **deposed** | 309:3,18,25 |
| 114:23 120:2 | 283:20,24 | 164:13 | 193:11 | 15:8 | 314:16,24 |
| 120:3,4,5,8 | 284:5,7,10 | 173:16 212:5 | 207:10 | **deposition** | 321:6 349:16 |
| 121:3 122:9 | 284:13,15,20 | 214:7 225:23 | 219:12 | 1:19 6:14,17 | **detector** |
| 122:21 123:1 | 291:25 | 300:13 | 220:20 | 10:4,15 11:1 | 323:2 |
| 123:15 127:3 | 293:17,23,24 | **days** | 224:17 | 11:2,7 12:9 | **detectors** |
| 127:5,7 | 294:20,23 | 47:8,9,25 48:3 | 233:23 234:3 | 12:19 13:1,2 | 314:18 |
| 130:5,11,11 | 296:4 297:24 | 48:4,12 | 234:12 237:9 | 13:12 142:5 | **determine** |
| 130:15,22 | 296:7 302:17 | 150:18 | 303:6 306:18 | 143:4,18 | 43:9,18,21 |
| 131:17 | 300:17 | 152:11 | 314:5 316:18 | 144:3,19 | 44:25 48:13 |
| 133:22 134:3 | 303:14,16,21 | 159:16 | 317:18 | 145:14,21 | 61:20,24 |
| 134:11,25 | 303:21 304:1 | 250:22 | 318:15 329:9 | 146:17 | 63:19 64:9 |
| 135:14 148:2 | 304:1,20 | **dd3** | 339:14 351:9 | 162:15,20 | 64:22 66:23 |
| 148:3,3 | 305:6,9,13 | 28:11,24 29:1 | **default** | 230:7 248:3 | 98:18 99:10 |
| 152:4,23 | 305:16,21 | 29:6,12,16 | 156:1 | 248:6 249:22 | 100:21 |
| 155:16,23,25 | 306:7,11 | **ddiii** | **defaults** | 356:11 | 114:24 |
| 156:1,2,4,15 | 307:7,19,19 | 9:2 | 129:9 | **depositions** | 121:11,15,21 |
| 157:1,8 | 307:21 308:5 | **dead** | **define** | 144:7 | 122:1,24 |
| 158:11,19 | 308:6,7,19 | 201:23 | 36:13,17 | **depository** | 126:23 |
| 159:11,19 | 309:4,9,15 | **dealing** | 117:16 119:1 | 133:20 | 221:21,25 |
| 160:9,9 | 309:19,22 | 233:6 | 137:12 | **depovue** | 129:17 131:4 |
| 161:4,5,20 | 310:2,4,5 | **deanna** | 177:23 | 5:10 | 181:10 |
| 163:16 | 311:3 312:2 | 3:4 | 179:16 | **depth** | 190:10 191:1 |
| 165:10 | 316:16 317:1 | **deb** | **defined** | 234:15,25 | 193:6 223:22 |
| 173:16 | 317:10,17,24 | 155:20 | 56:9 | 236:3,17 | 241:15 |
| 176:21 178:1 | 321:5,7,9 | **deborah** | **definitely** | 237:1,2 | 310:20 312:7 |
| 178:8,8,10 | 323:22 | 4:17 | 153:15 | 270:1 303:18 | 319:9 320:5 |
| 178:24 180:8 | 330:10 333:3 | **december** | **definition** | 309:1 332:5 | 321:9 346:11 |
| 180:8,13,18 | 335:15 336:6 | 248:21 249:25 | 201:16 | **depthbased** | **determined** |
| 184:7 185:22 | 337:1,2,9,25 | 251:22 252:3 | **definitional** | 310:18 | 320:2 340:7 |
| 191:8 192:12 | 338:23 | **decent** | 45:13 | **depths** | **determines** |
| 193:24 194:1 | 340:18 341:6 | 251:10 | **definitions** | 234:13 | 98:21 225:10 |
| 194:9 196:13 | 346:24 348:1 | **decide** | 345:1 | **describe** | **determining** |
| 201:5 206:20 | 348:6 349:6 | 123:13 180:20 | **definitively** | | 22:24 62:9 |
| 207:25 | 350:2 351:18 | 180:23 | | | 84:8 315:22 |
| 208:25 | **database** | | | | |

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR            March 14, 2011            DIANE TEWIS CLARK, RPR, RMR, CRR

7

detour
  98:16
develop
  29:4 267:20
developed
  148:19 150:11
  218:9 283:14
  292:8
developers
  267:14
developing
  294:18
development
  28:7 148:24
  149:4,7,12
  150:4 151:6
  288:12,12
device
  292:2
devices
  292:6
diagram
  7:10 96:9,14
diane
  5:13 10:21
  358:3,22
dictates
  232:24
dictating
  233:12
didnt
  20:20 44:14
  134:15
  145:12 153:7
  164:14 171:9
  198:2 204:1
  204:2,22
  206:11
  215:12
  218:16
  226:11 227:6
  227:11,11
  251:22 266:1
  269:5 281:18
  293:5 307:18
  353:16
difference
  93:17 94:21
  235:25
  241:21
  303:11
differences
  119:20
different
  68:8 99:18
  115:22
  125:24
  156:14 158:1
  159:12,13
  179:12,14
  184:9 210:22
  218:8,23
  219:24 235:1
  235:5 236:23
  259:14
  293:25 294:1
  313:15 319:7
  324:25 326:5
differently
  116:8 219:3
differs
  84:2
difficult
  74:22 240:6
  244:6 296:19
  331:24
  345:10
difficulties
  159:15
difficulty
  182:9
digital

75:13
digits
  113:11
digression
  194:17
dimensions
  238:8
direct
  27:9 57:5
  107:12 149:6
  149:12 151:5
  174:22,25
  175:3,9,10
  175:12,19
  209:5 222:17
  223:6,10
  224:2 247:5
  287:16,18,23
  289:4 290:2
  290:9,12,19
  305:23
directed
  264:12 344:17
direction
  80:12,14
directional
  218:7 301:9,14
  302:1
directive
  173:4,15
directly
  98:10 161:2
  303:5
dis
  190:8
disable
  288:4
disagree
  59:24 84:9
  85:2 86:20
  87:4 141:21
  190:8
disagreed
  190:1 242:11
disagreeing
  60:3
disagreement
  201:15 243:2
disaster
  160:23 231:4
  233:16
  239:12
discernible
  86:12
discrepancies
  179:2
discuss
  40:1 199:2
discussed
  146:22 147:7
  163:16
  164:21 166:7
  175:6 205:10
  231:17
discusses
  263:3
discussing
  231:24 240:19
  250:10,11
discussion
  51:11 246:18
discussions
  194:19 195:7
  198:19
displace
  72:12 337:4,7
displaced
  325:13
displacement
  76:11 347:2
displacing
  323:20 324:7

338:20
  343:14 347:3
display
  32:13 75:13
  123:8,9
  127:4,6
  148:3 208:7
  208:14,24
  235:20 306:7
  312:3
displayed
  121:7 127:7
  302:21
  307:20
displaying
  128:24
displays
  41:12 99:13
  207:18
  208:25
  210:22
  275:15
dispute
  61:16 62:1
  67:8,16
  85:18
disputing
  60:3
distance
  235:10
distribution
  256:9
district
  1:1,2 11:11,11
  182:6
districts
  259:7,9,11
diversion
  349:23
divert
  352:22
diverted
  201:2 229:13
  348:16 350:4
  350:21
diverter
  75:23 99:22,24
  101:5 349:14
  350:21 352:6
  352:21
diverting
  348:20 351:3
  351:19
division
  2:16 3:3 134:6
  134:23
  268:18,22
dl
  8:20
document
  68:3,12 70:8
  70:17 77:10
  90:22 91:9
  93:11 96:19
  102:5,19,22
  103:4,8
  106:25 107:6
  107:14
  110:25
  113:22 114:1
  116:22 118:1
  123:7 133:8
  135:5,9,19
  170:25 206:1
  247:10,14
  252:24 282:3
  285:22
  289:24 293:1
  294:7,7,13
  299:19
documentation
  251:2
documented

282:9
documents
  54:7,11 55:7
  55:10,24
  56:6 146:20
  146:23,24
  147:6,12,15
  296:4 297:8
  297:24
doesnt
  32:14 60:5
  132:17 186:7
  199:9 200:1
  218:20
  228:13
  287:14 334:4
  340:24
  341:18,23
doing
  11:24 166:22
  171:11
  196:22,23
  197:8 198:13
  198:14 199:4
  199:5 229:1
  229:4 243:25
  246:2 296:11
  308:16 310:6
  310:10
  312:14,21
  348:13
  354:10,16
domain
  286:17
domengeaux
  2:9 247:2
dont
  12:6,11 15:25
  32:13 33:18
  35:3,13 53:8
  56:1 62:1
  65:17 71:5,9
  82:17 85:18
  91:6 96:20
  97:17 98:15
  101:7,20
  107:21
  109:24
  120:15 122:8
  125:5 126:2
  131:17 134:1
  135:1 136:6
  136:6,20
  137:4,7
  138:11
  139:19,23
  144:8 146:20
  153:1,25
  154:19 155:2
  156:10 157:8
  159:5 165:24
  166:21
  167:24
  172:16
  180:17
  181:21
  184:19
  185:13,20
  188:13,20,23
  189:10,16,24
  190:19,20
  193:4,4
  197:5 198:5
  202:24 207:6
  207:17,20,22
  208:17 209:2
  215:17
  220:12
  224:24 226:9
  228:17
  232:17
  233:24
  234:21,23
  237:2 243:3

243:22 261:3
  261:5 262:21
  265:8 287:18
  289:11,22,25
  299:3,17
  300:14
  312:16
  327:25
  328:13
  329:14
  330:17
  331:12
  332:14
  338:11
  339:13 340:6
  342:25
  349:15
  351:10,10
door
  52:23 53:2
  164:19
doubts
  49:11
downhole
  311:7,11 312:7
  312:14
download
  133:22
dr
  56:13
drain
  60:24
drained
  83:2
dramatic
  165:14 240:1,5
drastically
  327:23
dresser
  148:21,22,23
  149:2
drill
  80:12 84:19,22
  86:12 89:6
  89:21 90:9
  93:24 207:11
  238:15 240:3
  323:15 324:8
  324:14,24
  325:5,7,9
  326:9,12,18
  326:19 327:3
  327:5,9,11
  327:14,18
  328:1,7
drilled
  22:10 83:21
  312:8 313:3
driller
  28:7 30:1,4
  39:24,25
  99:14 103:21
  104:21
  208:13 229:9
  238:24 241:6
  323:20
  331:14
drillers
  98:6,6 209:12
drilling
  6:17 7:19 8:2
  17:25 18:8
  28:17 34:12
  39:9,17 52:4
  92:17 111:1
  111:14 113:8
  192:9 218:7
  234:25 235:2
  235:17
  241:12,17,23
  241:24 242:1
  268:20,22

301:9,14
  302:2 308:22
  310:21 311:2
  312:12
  313:24 314:8
  314:12 322:1
  336:3 346:6
  347:3,4
drilquip
  3:19
drive
  1:20 4:15
  224:7 298:21
drop
  184:21 315:15
  323:8 324:12
dropped
  184:2
due
  72:20 199:21
  200:22
  239:23
  244:25 253:4
  253:4 320:15
  343:20
duly
  11:17 358:6
dump
  76:12 344:5
  347:11
dumped
  347:5
dumping
  66:16 73:4,23
  74:12 75:16
  75:17 199:14
  199:19
  200:18 244:8
  342:18,20,25
  343:2,21,22
  344:1,3
  345:16
  347:14
dumps
  283:23,24
duration
  251:20
duties
  18:11 20:3,24
  24:12,17
  26:5 274:18
  275:17
  307:17
  311:20,25
  312:16
  313:25 314:7
  314:11
  355:10
duty
  43:11 51:20
  238:21
dwell
  242:8
dynamic
  9:2
dynamics
  34:9

E

earl
  9:5 233:17
  296:23 297:1
  306:20,21,24
  307:3
earlier
  38:20 83:17
  100:11
  114:16
  156:23 164:3
  164:18
  183:23 231:2
  231:18

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010                                    Reported By:
JOHN JOSEPH GISCLAIR                March 14, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR

8

238:12
253:16 255:5
262:11 263:7
266:23 280:9
306:17,17
330:21
**early**
32:25 149:19
150:18,18
164:13
298:22
**easily**
85:16 200:4
**easterling**
4:9
**eastern**
1:2 11:11
**easy**
85:9
**edgar**
136:11,14
138:21
252:25
253:23,24
254:2 256:7
259:8,11
260:11,16
262:19,23
264:1,9,14
265:15 271:5
271:23 276:2
276:6 277:3
277:6,7,14
277:16
278:25 279:1
283:4
**editor**
178:1
**edits**
178:4
**educational**
16:18
**edwards**
2:9 247:3
**effect**
325:19,21
326:16,25
348:19,21,25
**effective**
327:21
**efficient**
79:13 308:22
**efforts**
26:12 29:19
160:24 299:4
**eight**
19:8,11,14
239:18
301:24
**eightyear**
20:4
**either**
14:22 17:19
23:21 25:10
25:14 27:14
32:25 39:24
40:7 44:24
54:21 185:14
187:3 216:22
270:24
297:17
**elaborate**
331:6
**electronic**
167:17 296:4
297:24
**electronically**
231:20
**electronics**
37:19
**elevation**
236:17

**elimination**
227:14
**ellis**
3:7,11
**elm**
5:4
**email**
8:17,20 9:5
254:20 255:2
265:7 279:3
279:9,13
296:22,24
297:3,4,4,9
297:15,15,16
297:16,17
298:16,17,19
299:9,11,15
299:15,16,23
**emails**
296:4 297:10
297:25 298:9
298:15 299:1
**emphasis**
331:18
**employed**
53:14 301:23
**employee**
69:15
**employees**
55:2 56:24
195:1,3
204:9,24
219:13
**employer**
17:19
**employment**
17:24 264:22
**emptied**
65:14
**empty**
344:10
**emptying**
244:5 343:11
**enclosed**
357:22
**encouragement**
331:19 332:2
**endeavor**
14:25 15:21
**ended**
47:13 196:12
**endofwell**
111:11 113:21
114:4,12
258:8 310:4
**ends**
135:19 180:2
**energy**
8:8
**engineer**
18:6,13 19:7
20:9 24:5
50:1 51:25
110:11 151:1
151:2 192:7
192:11
301:24 336:4
355:22
**engineering**
17:5 34:12
**engineers**
14:18,24 15:14
20:18
**ensure**
25:12 26:14,20
27:12 28:20
28:23 259:13
275:13
302:20 308:4
**entail**
319:18
**entails**

234:16
**enter**
43:22 167:16
231:19
236:13,21
237:10,12
245:24
**entered**
44:1,10,15
51:5 56:11
70:1 236:16
**entering**
77:12,17 78:5
150:9 166:12
237:6
**entire**
158:21 223:14
283:8 309:11
329:15
**entirety**
47:16,19
**entities**
119:11 156:9
251:18 302:5
**entitled**
93:1 110:25
133:8 135:5
**entries**
122:8 166:12
183:24 184:2
185:18
187:13
194:18 201:7
202:3 203:16
204:4 205:16
232:10
236:25 253:2
253:8 262:12
**entry**
72:10 78:12
199:7 200:8
200:12
202:18 218:6
235:19,25
261:22 262:4
280:12
290:20
**environment**
2:16 236:8
241:17
276:16
277:20,25
320:17
**environmental**
243:6
136:15
**equal**
316:3,6 318:14
318:20
346:15
**equally**
165:3 303:16
304:19
**equipment**
37:19,22 38:1
39:3 111:19
167:8 218:5
225:13
226:18,20
339:2 349:16
**equivalent**
118:11
**erik**
182:7,7,8,12
**errata**
357:22
**erratic**
72:20
**escape**
165:15 166:9
**escapes**
32:21

**esi**
297:24
**especially**
159:7 181:4
226:12
**esquire**
2:6,9,13,17
3:4,8,12,16
3:20 4:3,4,9
4:10,14,17
4:18,22 5:3
5:4
**essence**
62:8
**essentially**
175:8 211:3
227:25
229:14
234:14 349:4
**establish**
168:18 219:3
295:1,3,5,8
**established**
211:3,4
**estimate**
33:9
**estimating**
33:15
**et**
284:1
**evaluating**
163:20
**evaluation**
22:23 310:20
**event**
290:10 291:4
**events**
48:2,25 163:12
163:20 164:7
164:10 206:7
**eventually**
170:17
**everybody**
156:11
**everyones**
124:1
**evidence**
10:17 35:17
55:25 188:5
**evolution**
148:16 150:20
**evolve**
152:3,5 243:16
**evolved**
150:11 182:22
231:5
**evolving**
231:3 238:23
**exact**
63:6 95:1
157:20 237:1
**exactly**
74:23 86:21
87:7 165:24
179:18
188:16
194:25
228:25
234:19 236:4
260:24 269:5
265:21
266:12 270:5
274:3 278:10
281:6 282:2
285:11
291:11
292:19 294:2
295:23 300:9
301:1 304:17
305:3 307:12
310:24
311:23 313:6
315:3 316:23
317:8,15

71:2,11
77:21 79:6
81:14 84:15
89:15 90:20
96:7 102:3
102:13
103:12 104:2
104:12,18
105:3,12,18
106:23 108:8
108:21 109:5
109:16
110:15,23
112:11 113:6
114:9 115:23
116:20
124:14 125:4
126:14 129:4
131:22
132:12,21
133:1,23
134:19 138:1
138:16
140:13
141:15
142:19
145:10
155:14 156:7
157:9 161:17
162:5 163:4
166:16,24
169:2 174:13
176:4,16
177:9,24
181:12
183:16 185:8
186:5 187:22
189:7,23
190:12 193:9
193:20 195:5
195:14,25
196:14,24
197:12,25
199:6,16
200:5 201:3
201:21 203:2
203:22
204:10,18
206:23
208:11
212:12
214:13
217:21
219:10
220:15
222:23
225:18
226:22
227:13,22
228:7 230:4
230:16
231:15
232:20 238:2
239:5 242:18
245:1,20
246:22
251:14 254:7
254:19
261:12 262:9
265:21
266:12 270:5
274:3 278:10
281:6 282:2
285:11
291:11
292:19 294:2
295:23 300:9
301:1 304:17
305:3 307:12
310:24
311:23 313:6
315:3 316:23
317:8,15

319:3 328:5
329:19
330:20 331:9
332:17 333:1
334:3,12
335:24
336:20
340:10
346:23 348:8
352:9,17
353:7 354:13
355:16
**examine**
114:23 131:2
**examining**
64:2 130:22
**example**
22:15 123:12
146:25 151:9
159:2 161:18
175:11
176:10
177:25 181:2
186:7 188:6
204:3 229:9
231:9 235:11
240:2 241:6
325:4 335:25
343:25
**examples**
22:12 74:14
83:16 332:4
332:4
**exceed**
328:13
**exceeded**
213:24
**excel**
123:4 281:19
**excellent**
143:6
**exception**
10:9 194:16
251:5 357:8
**excerpt**
59:8 79:14,17
**exchange**
158:19 178:24
210:2 282:16
283:2,6,7,17
284:5,10,20
**exclude**
77:16 78:3
119:8,10
**excluding**
67:12 223:23
**exclusion**
299:2
**exclusive**
161:10
**excuse**
42:23 69:5
87:8 120:21
162:18
260:21
278:17
283:13 291:2
309:14
322:20
**execution**
140:5
**exerting**
326:11
**exhibit**
6:13,16,20,23
7:1,2,3,6,9
7:12,15,18
8:1,7,10,13
8:16,19,22
9:1,4,8
12:17,18,19
12:20,25
13:6,10,11

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
Reported By:

JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

9

13:13 59:3,7
66:4,7 67:22
68:2,5,12,16
69:2 70:8,11
70:20 71:12
72:19 75:12
77:11,16
78:2 79:4,8
79:9,14
90:15,18,21
95:10,19
96:2,5,9,17
99:21 101:22
102:1,4,11
102:15,20
105:19,21
106:21,25
110:1,20,21
110:24 111:6
116:16,18,22
117:2,18
118:12,15
120:25
132:19,24
133:7,13
134:20 137:1
137:5,8,11
137:13 147:3
168:20 183:5
183:9,11,13
202:19,25
203:15
209:16,17,18
209:19 214:3
214:5 243:10
245:8 247:8
247:18,25,25
248:9 250:2
250:13
252:17,19
253:13
254:15,17,20
255:15
259:24
260:14,20,24
261:14,17
278:6,8,12
279:2 280:12
281:22,23,25
282:8 284:22
285:3 286:17
290:15
292:15,17
293:14
295:20,21
296:21
299:14
316:16,25
317:6,9

**exhibits**
6:10 12:11,15
132:1 147:8
147:16 222:1

**exist**
205:21 261:7
297:16

**existed**
263:13

**exists**
153:6 262:5
297:20

**expect**
61:1 179:20
324:8,12
325:14 326:2
326:4,11
333:18

**expected**
199:22 303:16
305:17 335:16

**expecting**
327:3,6

**experience**
39:16 40:3

149:23 177:1
177:12,13
191:21
222:13
239:12,17
248:10
279:22
305:11
307:13,15
314:17
327:25
331:16
334:13

**experienced**
354:9

**expert**
33:25 34:3,6,9
34:12,15,18
34:21 58:2,3
191:8,18,23
192:15,23,24
193:6

**expertise**
305:15,15
307:6

**experts**
56:19,23

**explain**
43:13 185:1,10
185:15 189:1
189:10
192:20 198:4
199:4 200:4
200:21,21
206:12,22
245:25 322:5

**explained**
85:16 226:8
321:13
335:16

**explaining**
321:15

**explanation**
74:12 198:13
200:19 201:6

**exploration**
8:2

**explore**
284:25

**explorer**
287:25

**explosion**
159:22 165:23
166:17 167:1
179:11 190:2
193:12 212:5
213:7 214:15
225:24

**export**
284:4

**exported**
273:1

**exposure**
177:3

**extensive**
270:3

**extent**
13:25 22:22
31:17 127:10
142:5 177:2
218:17
232:17
252:13,22
269:4 298:5
301:18 315:11
330:23 331:5
331:11

**exterior**
106:6

**external**
46:20 78:23
144:21,23

**extrinsic**

231:6

**eye**
125:17

**eyes**
163:20 239:4
312:4 319:22
354:21

---
**F**
---

**facilitate**
181:24

**facility**
47:1 136:15
151:19
157:23 158:2
170:14
175:15,16
221:24 240:4
253:25
260:17
262:19
265:15 283:4

**facing**
61:23

**fact**
26:20 29:10
61:8,10
66:23 121:24
148:5 159:10
167:4 183:17
185:2 203:25
212:13
231:22 252:7
253:8 260:19
279:20
290:23
296:14,15
341:15,16
342:2 350:6
355:17

**facts**
155:3 164:14
244:19

**factual**
201:10 231:6

**fair**
26:1 31:7,11
48:1 54:25
55:3 62:12
62:13 67:9
78:20 89:3
95:24 146:25
148:17
159:14
163:19 168:9
179:19 184:1
184:10
197:22 200:9
206:24
212:23 214:2
219:23 226:9
249:19,23
251:23
255:24
256:19
257:21
258:19 263:9
263:19 266:8
286:8 289:10
291:5 296:1

**fairly**
83:18 96:14
163:7 250:4
263:1 292:11
294:25

**faith**
296:10

**fall**
268:14

**fallen**
39:4

**falls**

301:25

**familiar**
58:6,12 97:22
105:22 150:5
175:22
191:16
193:17,18
207:24 209:6
210:15
211:13 213:7
213:11 215:8
217:23
218:13
221:19
224:20 239:6
239:9 243:17
244:13 251:1
274:17
289:12
299:11 308:8

**familiarity**
151:4

**famous**
183:18

**far**
69:22 149:23
160:7 191:24
199:17 229:6
230:6 258:23
260:24
264:12
269:11
312:15
322:21

**farm**
277:10

**farther**
245:15

**fast**
94:4 140:12

**faster**
94:1

**features**
198:18 285:15

**fed**
98:1

**federal**
6:14,18 10:5

**feed**
174:19,22,25
175:3,9,11
175:20
178:17
220:19,21,24
222:17
223:11 224:2

**feeds**
175:12,17

**feel**
39:21 48:20
85:8 99:13
306:7 335:5

**feet**
235:2 238:7

**felt**
150:1,2

**fewer**
314:11

**field**
7:16 9:2 18:6
18:12 19:7
21:3 103:1
149:10,15,23
150:25 151:2
291:17 297:7
301:23

**fifth**
111:17

**figure**
66:9,15 67:8
81:23 84:23
88:9 107:14
107:24

**file**
8:23 133:20
212:25
282:10
283:25
292:22 293:4
295:18 298:9
298:15

**files**
123:24 133:22
272:24
296:17

**filled**
232:18

**filter**
94:25

**final**
81:16,18 256:9
257:8 258:4
258:4,6,22
261:3,17
308:3

**finalizing**
258:10

**find**
43:13,14 63:5
83:16 152:19
154:20
182:11 191:3
191:4 194:12
199:7 203:3
206:11
223:13 233:8
242:14 244:6
245:3,3,7
290:25 297:3
316:22 333:4
333:6,8
336:11
345:24

**finding**
252:13 266:6

**finished**
259:3 292:11
299:14
345:21

**fire**
143:13

**fired**
351:13

**firm**
142:21 247:2

**first**
6:21 11:17
12:17,17,18
17:24 18:5
18:25 40:16
40:21,23
52:11 71:20
79:19 91:9
96:24 97:3
106:18
109:15 117:7
130:16
135:15,16
136:1 143:25
155:7 159:22
166:4 172:1
196:9,10
209:1 210:5
224:23
247:13 263:2
271:16 272:4
279:15,16
282:5 297:14
302:2 315:4
322:9

**fits**
296:5

**five**
24:9 33:5,10
240:17

**fivesecond**

62:19,25 93:21

**fix**
296:20

**fixes**
266:17

**flames**
165:16

**flashing**
213:19

**flaws**
49:19

**flip**
170:21

**floor**
1:22 39:23
40:1 86:4
90:6,9
207:11 208:9
236:17
238:15 240:3
322:14
331:17,20
336:4

**flow**
6:21 7:10
34:21 62:5
63:9 73:4
75:17,23,24
78:24 79:1
83:3 88:13
96:15 97:13
97:21 103:17
103:21 106:5
106:6,8,11
106:13 110:5
115:17
125:24
185:22
186:20 188:7
188:7 227:3
227:24 228:9
229:8 241:14
242:24 244:5
245:7 294:19
315:7 319:13
319:17,23
320:1,1,7
347:6 352:12
352:22
353:18,20
354:2,6,16
354:18,24

**flowback**
241:16

**flowing**
61:21,24 62:7
63:13,19,21
64:2,9,15
65:3,6
125:16,17,20
125:22
161:20
188:13,15
194:5 240:21
242:25
315:13,13
316:1,7,17
317:21 318:4
318:9,13,20
320:10 322:7
339:18,22
340:1,9,14
340:20 341:3
341:6,10,11
341:19,22,25
342:3

**flowing**
316:2 319:15
320:3,5
322:3,7

**flowout**
48:23 64:11,16
64:24 72:20

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 99

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR                March 14, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR

10

81:20,21
82:9,11,20
82:20,25,25
83:13 91:15
91:17 92:9
92:11 97:4
97:20,25
99:25 101:3
103:17,22
104:7,22
107:1,10
110:1 116:2
116:7,9,12
124:16
125:17,21
140:15,15,19
140:25
161:20
186:23 187:7
187:10,15,17
187:23
188:12,14
190:4,23
191:11
192:16,24
193:6,8,19
194:4,18
208:19,22
228:14
229:12,14
240:10,13,15
240:18,21
241:1 242:25
314:25 315:14
315:5,6,10
315:12,15,20
316:1,8,9,17
317:21 318:4
318:10,14,20
318:24
319:20 320:8
320:10,10
322:8 323:7
339:19,20
340:1,8
341:7,13,14
341:20,23
342:1,4
344:6 347:8
347:13
348:25
349:13,15
350:7,20
352:25

**floyd**
5:4 144:24

**fluid**
34:9 45:21
97:12 100:22
125:14 225:7
229:13
315:16,17,23
320:3 321:3
321:11,22,24
325:25 326:3
326:9,14
330:7 336:8
343:8 345:2
345:3,20
346:7,11
347:4 348:13
348:15,17
349:3 350:8
352:23

**fluids**
228:1 324:20
325:8,11,16
325:22
326:21 327:9
337:24
342:15
348:20

**fly**
9:5 233:17,19

296:23 297:1
306:20,21

**flying**
227:16 228:12

**focus**
47:23,24 51:12
51:16 296:24

**focused**
152:8 210:18

**focusing**
13:24 26:9

**folks**
154:3 161:7
328:17

**follow**
253:6 280:11

**following**
80:11

**follows**
11:19

**font**
123:16

**footage**
241:14

**foregoes**
287:16

**foregoing**
357:5

**forgive**
236:9

**form**
10:13 17:24
39:11 42:11
48:7 52:18
58:15 67:19
77:20 84:12
89:14 103:11
104:1,9,24
105:6,17
108:3,5,14
108:16 109:4
109:10,12
110:8 112:6
112:8 113:11
113:3 114:8
115:20 123:5
124:25 126:9
126:11 129:3
131:15
133:18
134:14
137:15,17
141:10
155:11,20
157:4 161:16
161:25 163:3
166:15,19
168:23 176:1
176:13 177:6
177:21 181:7
185:7,24
187:19 190:6
193:2,15
194:23
195:11,19
196:7 197:3
197:24
198:23
199:12
200:14
201:13
202:22
203:21 204:6
205:2 206:17
208:5 212:9
214:9 217:20
219:6 220:3
222:22
223:17
226:15 227:9
227:19 228:4
230:13
231:11

232:14
237:24 239:1
242:17
244:21
253:21
261:11 262:8
265:17
266:11
269:21 281:2
285:7 291:7
293:20
300:22 304:8
304:23
307:11 309:7
310:14
311:18
312:25
314:21
316:20
317:14
318:17 328:4
329:12
330:13 331:8
332:12,23
333:23 334:8
335:20
336:19 340:4
346:22 348:4
352:2,14
354:12
352:12 356:3

**formal**
32:4

**formalities**
10:8

**formally**
355:3,4

**format**
74:25 75:4,8
123:10
272:20 273:2
282:4 283:19
283:25 296:7

**formation**
22:23,25 26:4
310:19 313:4

**formations**
310:21,22
312:7

**formats**
282:24

**formula**
63:8

**forth**
55:14 58:18
59:16,25
60:17 61:17
61:20 66:14
67:14 69:1
71:14,24
72:3 85:3
112:1 136:25
137:12 151:4
151:18
162:23 251:9
358:8

**forums**
40:17

**forward**
50:21

**found**
179:23

**four**
24:24 25:1
113:10 349:5

**fourth**
89:4 107:13

**frame**
63:3,4,7
214:12
336:23
345:22

**framework**

182:18

**francisco**
3:13

**frankly**
228:17 243:13

**frequency**
93:25 95:2,5

**frequent**
163:7

**friday**
8:17 254:22

**friendly**
280:3

**front**
12:10 66:4
147:2 183:18
207:19 215:6
248:22
275:18 337:9

**frowning**
145:16

**frugé**
2:12

**frugé**
142:22

**full**
80:10 84:18
86:9 89:4
119:16,25
120:3,10,13
120:16 155:8
155:16,24
157:1,6
231:7 300:15

**fullblown**
121:2

**fully**
253:6

**function**
149:15 179:6
192:10,16
284:5 305:20

**functional**
242:3 262:22
342:5

**functionality**
267:7

**functioning**
226:10 341:12
345:5

**functions**
187:1 217:14
217:15
218:22
307:25

**fundamental**
61:12

**further**
85:24 87:2,5
100:6

─────── **G** ───────

**gain**
6:22 58:11
59:16 60:10
60:12,14,20
60:21 61:1,3
61:13 64:4
64:18,23
65:9,13
66:18 67:5
74:11,12
200:21
214:20 315:1
315:17 323:7
340:7,12
342:10
349:11

**gained**
345:24,25
346:13

**gaining**

125:14,19
315:17,23
321:2,11

**gains**
115:12 125:20
315:11 349:2

**gallons**
63:10 319:6

**gallonsperm...**
97:18

**game**
291:22

**gannaway**
4:3

**gaps**
159:19 206:5
308:5

**gas**
37:18 92:7,11
100:7,10
224:17,21
225:1,4,5,6
225:9,10,11
225:13,15,16
225:17,18
226:1,1,3,4
226:6,13,18
226:19
227:15 229:7
225:9 313:8
313:12,14,20
315:1 322:17
322:21,23,24
323:1,2,11
323:13
324:11 349:1
349:16

**gascut**
322:18

**gather**
218:3

**gathering**
179:6 188:5
218:2

**gauges**
271:17

**general**
16:24 17:13
18:11 37:5,6
37:7 63:9
153:10
155:24
160:19 205:9
211:17,21
224:24
251:10 267:6
300:16
304:12
305:25
318:12

**generalizat...**
305:2

**generally**
22:11,13 38:8
39:24 45:4
45:16 59:15
94:12 113:20
114:19 116:10
125:8 147:5
177:13
180:19
213:11 225:1
247:24 265:2
266:14
303:22
306:14
308:13
311:24
314:14
315:25
321:10
322:21 324:5
324:10 327:2

328:12 355:5
355:21,24

**generated**
155:9,17
263:18 294:7

**gardeens**
136:25

**gentleman**
144:23

**gentlemen**
145:24

**geoff**
4:3

**geologist**
30:13

**geology**
17:7

**geometries**
325:17

**geometry**
324:21 326:7

**geren**
4:9,10

**getting**
17:9,12 23:15
116:19 148:5
158:3 163:25
180:6 197:13
201:24 206:4
221:18
225:22 229:6
246:2 255:21
274:4

**gilly**
5:10

**gisclair**
1:19 9:5 11:2
11:16,21
14:7 16:17
29:19,22
31:2 33:20
34:8,11,23
38:1 39:8,16
40:13 47:16
49:8 54:13
57:23 58:6
59:23 60:9
63:18 64:8
66:3 68:11
71:12 79:19
83:10 85:6
89:20 90:23
96:8 100:21
103:14 104:4
105:14 107:5
111:4 114:11
115:16,24
116:21,25
118:10 119:5
124:15
129:14 130:4
130:25
132:13
133:11,24
134:22 135:8
139:24
140:14 141:3
142:1,20
174:14 202:1
212:24 230:5
246:23 274:4
300:10
346:25 348:2
352:19
357:15

**giuliani**
146:12

**give**
22:14 33:9
57:13 63:12
105:20 127:3
142:1 144:17
153:9,12

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR            March 14, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR
Reported By:

11

| | | | | | |
|---|---|---|---|---|---|
| 156:18 162:3 | 146:11 | 174:14 | **habitually** | 167:10 171:5,6 | 300:21 304:7 |
| 165:20 | 172:17,24 | 223:12 | 353:21 | 171:8 | 304:22 |
| 180:18 185:9 | **goes** | 230:17 243:7 | **hadnt** | **happen** | 307:10 309:6 |
| 186:6 201:25 | 38:7 113:15 | 245:21 | 174:21 322:15 | 323:23 323:21 | 310:13 |
| 237:20 | 123:18 135:6 | 246:23 | **hafle** | 323:24 | 312:24 |
| 255:16 269:2 | 178:1,9 | 296:10 322:2 | 261:23 280:13 | **happened** | 314:20 |
| 318:25 | 213:17,22 | **goodness** | 288:1 291:14 | 205:7 206:7 | 316:19 |
| **given** | 216:16 234:9 | 80:21 145:8 | 291:19 | 261:4 | 317:13 |
| 14:22 15:3 | 257:25 | **gotten** | **hal** | **happening** | 318:16 328:3 |
| 45:19 55:13 | 273:13 | 153:6 203:10 | 7:7,10,13,13 | 131:5 199:25 | 329:11 |
| 55:16 62:21 | 279:20 | 299:1 | 7:16,16,20 | 243:24 311:5 | 330:12 331:7 |
| 78:19 101:11 | 322:17 326:6 | **governing** | 7:20 8:8,9 | 336:5 337:1 | 332:11,22 |
| 121:12 | **goforth** | 220:14 | 8:18,21,23 | **happens** | 333:22 334:7 |
| 137:21,24 | 4:9,9 103:10 | **grab** | 8:23 9:6 | 213:4,16,16 | 335:19 |
| 143:3,5,19 | 103:25 104:8 | 47:16 | **hal0050546** | 215:18 216:9 | 336:18 340:3 |
| 151:19 | 104:14,23 | **grabbed** | 8:14 | 323:20 | 346:21 348:3 |
| 159:22 | 105:5,9,16 | 102:6 | **hal0050563** | 355:21 | 352:13 |
| 166:22 173:8 | 108:4,15 | **gradual** | 8:14 | **hard** | 355:11 |
| 173:15 | 109:3,11 | 74:11 199:23 | **hal0050569** | 33:4 49:6 | **hate** |
| 181:11 | 110:7 112:7 | 200:20 343:9 | 8:11 | 171:2 183:6 | 156:16 |
| 182:17 197:9 | 113:2 114:7 | **gradually** | **hal0050581** | 224:7 279:4 | **havent** |
| 204:8 230:6 | 126:10 129:2 | 84:20 | 8:11 | 298:21 | 78:19,23 |
| 234:6,7 | 131:14 | **graduating** | **hal0216292** | **hardware** | 101:13 |
| 243:25 | 133:17 | 17:22 | 90:22 | 21:18 22:1 | 133:14 140:3 |
| 247:15 250:3 | 134:13 | **granted** | **hal0266303** | 23:16 25:2 | 144:6 161:2 |
| 253:2 276:11 | 137:16 | 12:5 | 96:10 | 134:9 275:2 | 164:6,9 |
| 296:17 310:7 | 138:14 | **graph** | **halliburton** | 276:11 | 170:25 177:3 |
| **gives** | 204:16 352:1 | 205:17 206:14 | 5:6 6:17 7:19 | **harking** | 250:4 253:6 |
| 262:2 | 353:5 354:11 | **graphed** | 8:2,8 41:3 | 297:2 | 266:4 285:9 |
| **giving** | 356:2 | 68:19 | 53:14 56:23 | **hartley** | **head** |
| 161:10 248:23 | **going** | **graphically** | 68:13 102:5 | 5:4 39:10 | 210:9 226:9 |
| 249:16 279:4 | 13:23,25 16:5 | 66:15 | 102:16,23 | 42:10 48:6 | **header** |
| **glad** | 28:12,13 | **graphs** | 106:25 107:4 | 52:17 58:14 | 70:16 |
| 246:7 | 42:21 43:9 | 41:12 | 110:25 | 67:18 77:19 | **headquarters** |
| **glass** | 44:25 45:21 | **gray** | 113:23 | 84:11 89:13 | 176:11 208:1 |
| 186:9 | 50:21 58:24 | 9:5 57:14 | 117:24 | 108:2,13 | **heads** |
| **gleaned** | 74:21 77:23 | 69:21 296:22 | 119:12,14 | 109:9 112:5 | 41:2 |
| 55:12 230:7 | 80:22,24 | 297:1 | 120:1 130:17 | 112:25 | **hear** |
| **glimpse** | 86:6 96:21 | **great** | 130:20 133:9 | 115:19 | 134:15 144:5 |
| 209:16 | 114:15 124:8 | 254:10 301:6 | 134:6,24 | 124:24 126:8 | 146:21 |
| **global** | 127:25 132:2 | **greg** | 135:7,23 | 137:14 140:9 | 216:12 |
| 123:24 339:12 | 132:4 143:8 | 302:25 303:1 | 136:12 | 141:9 144:25 | 270:25 |
| **go** | 143:14 145:3 | **group** | 139:25 | 145:5 155:10 | 298:12 |
| 12:7,9,11 | 159:7 173:18 | 23:12,19,22,23 | 144:21 148:9 | 157:3 161:15 | 313:23 351:6 |
| 25:24 27:10 | 173:23 | 39:2 128:9 | 148:10,22,23 | 161:24 163:2 | **heard** |
| 41:17 46:1 | 175:10 | 132:4 149:8 | 156:19 | 166:14,18 | 27:1 144:8 |
| 46:20 63:1 | 182:11 183:8 | 149:11,16 | 169:12 | 168:22 | 159:10 167:3 |
| 63:15,18 | 183:24 | 150:5 | 170:10 | 175:25 | 174:21 |
| 72:18 75:15 | 184:20 187:3 | **groups** | 171:20 172:3 | 176:12 177:5 | 243:12 |
| 125:9 143:15 | 200:3,23,24 | 39:4 | 172:3 173:10 | 177:20 | 289:17 |
| 153:7 155:3 | 200:25 | **guard** | 175:11,14,15 | 183:10 185:6 | 328:20 |
| 166:5 171:23 | 201:22 | 68:15 147:11 | 175:24 195:4 | 185:23 | 350:18 |
| 172:20 173:2 | 205:14 | 204:25 | 204:24 | 187:18 190:5 | 351:11 |
| 181:13 | 211:16,23,24 | **guess** | 217:16 218:1 | 193:11,14 | **hearing** |
| 183:25 | 211:24 213:3 | 21:1 101:16 | 248:14 | 194:22 | 14:12 41:4,6 |
| 194:14 203:5 | 213:10 214:5 | 123:4 185:12 | 264:20,22 | 195:10,18 | **hearings** |
| 204:1,20 | 214:17,19,22 | 189:20 | 268:15 269:2 | 196:6 197:2 | 41:2,15 50:8 |
| 210:12 | 215:3,16 | 211:19 216:2 | 277:9 278:13 | 197:23 | 328:24 |
| 213:19,25 | 216:3,8,23 | 232:16 | 282:6 286:18 | 198:22 | **heavier** |
| 220:19 222:2 | 224:11 228:8 | 233:12 240:8 | 294:18 296:3 | 199:11 | 326:3,9 |
| 222:12 | 243:22 244:4 | 253:23 | 296:17 | 200:13 | **held** |
| 228:15 | 244:9 247:23 | 257:25 | 300:17 302:5 | 201:12 | 11:3 30:9 |
| 236:11 | 273:11 274:5 | 269:12,23 | 302:6,7,9,14 | 202:21 | 246:18 |
| 242:22 | 278:11 | 272:12 | 307:4 | 203:20 204:5 | 265:19 |
| 244:23 | 282:22 | 273:10 | **halliburtons** | 206:16 208:4 | **help** |
| 267:15 | 295:15,25 | 294:21 296:1 | 148:2,17,20 | 212:8 214:8 | 21:3,4,9 23:23 |
| 269:12 273:6 | 297:13 | 307:2 338:17 | **halted** | 217:19 | 27:11 28:3 |
| 275:24 276:6 | 304:14 | **gulf** | 298:24 | 223:16 | 43:9 118:5,8 |
| 276:23 | 313:24 | 1:6 7:19 11:9 | **hampered** | 226:14 227:8 | 118:10,18 |
| 277:16,19 | 315:11 316:2 | 19:4 227:3 | 333:16 | 227:18 228:3 | 120:22,23 |
| 281:22 284:8 | 324:4 326:17 | 228:2 239:15 | **hand** | 230:12 | 139:13 |
| 284:21 | 331:22 | 257:14,16 | 132:6 304:15 | 231:10 | 151:10 |
| 287:14 293:8 | 335:18 | 348:18 | 347:18 | 232:13 | 164:24 166:3 |
| 296:21 | 336:12 | **gumbo** | **handed** | 237:23 | 181:24 |
| 297:19 | 339:20 341:2 | 91:21 100:3 | 278:5 | 238:25 | 243:15,19 |
| 298:13 | 341:2,13 | 350:11 353:1 | **handle** | 242:16 | 295:4 302:10 |
| 306:14 308:4 | 344:5 348:18 | **guys** | 23:3,6 | 244:20 | 304:14 306:8 |
| 309:17 | 350:9,11 | 289:9 | **handsome** | 245:10 | 306:8 312:7 |
| 345:21 | 351:19 352:7 | | 144:23 | 253:20 | **helped** |
| 346:10 356:5 | 352:12 | | **handson** | 261:10 262:7 | 29:4 165:8 |
| 356:7 | **good** | ――――― | 257:10 | 265:16 | 177:2 201:8 |
| **godwin** | 11:21,25 32:14 | **H** | **handwritten** | 266:10 | 244:24 245:4 |
| 5:3 145:11,13 | 143:9 150:2 | **habit** | | 269:20 281:1 | 245:19 |
| | 160:20 163:8 | 354:10 | | 285:6 291:6 | |

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

Reported By:

12

```
   307:17
helpful
99:14
helping
149:13 262:15
  295:3
hereinabove
358:8
hereto
10:3 358:15
hes
8:8,20 52:22
  116:22
  182:11
  228:12,24
  229:6,7
  256:6 262:23
  265:8 274:20
  314:7
hi
300:10
hicks
144:23
high
16:19 60:18,19
  60:20 93:25
  95:2,4 98:1
  98:4,9 167:8
  167:11
  217:16,24,25
  218:11,12,13
  218:17
  265:19
hired
150:24 151:7
historical
284:7 309:15
history
140:25 159:1
hit
328:17 329:7
hitt
136:22 256:5,6
  256:6,19
  262:17,18
  264:11 266:6
  285:1
hitts
262:18
hms
102:21,23
hold
24:14 74:17
  224:25
  310:22
holding
191:22 192:15
  192:22
hole
308:23 311:10
  313:3 319:2
  320:4 324:21
  324:21 343:8
  343:14
  348:17
hollow
325:24
holthaus
2:12 142:22
home
288:2
hook
95:6
hope
179:20 180:1
  248:19
hopper
182:3,4
horizon
1:5 6:25 7:7
  7:10 8:4
  11:9 33:12

34:24 35:5,6
35:11,18,24
36:3,7,10
37:2,8,23
38:25 40:15
46:5 52:1
57:3,8,10,18
59:8 69:12
69:14,16,18
83:12,22
92:2,13,16
98:12 100:23
105:24
107:23 108:1
109:22 111:2
126:1 130:6
130:12
140:20 141:1
151:25 154:4
155:9 158:12
162:12
166:10
174:20
179:11
188:21
189:17
193:11,19
207:10
219:12
220:20
224:18
233:23 234:3
234:12 237:9
238:4 280:22
294:9,16
303:6,8
306:19 314:5
316:18
317:18
318:15 329:9
339:14 340:2
344:9,23
351:9 352:5
horizons
81:21 82:10
horse
201:23
hose
225:8
host
120:4 121:3
157:14 287:4
287:17
hosting
259:4 277:8
287:10
hosts
136:15 272:16
hour
12:3 249:10
hours
12:6 72:2,8
143:13 190:2
317:17 343:1
343:3
house
270:19
housekeeping
163:24
housing
106:7 109:8
houston
3:18,21 4:4,6
4:11 27:10
122:4 136:11
146:8 149:8
155:1,5
157:22,24
158:2,25
164:18
170:14
174:22

175:15
176:11
177:17 208:1
208:2 210:8
220:20 221:4
221:6,6,15
224:5 231:8
254:4 277:4
306:23
hugh
3:10
hum
351:13
humor
241:3
hundred
153:16
hydrocarbon
225:10 324:11
hydrocarbons
41:25 42:8
43:6,21 44:1
44:10,15
45:1,6 46:14
54:23 56:11
57:1 77:12
77:17 78:4
78:13 179:24
226:12
310:23 325:1
325:4 326:17
326:24 327:2
327:4,13
hymel
249:2,4,5
252:6
hypertext
262:3
hypothet
155:1
hypothetical
154:24
hypothetically
151:22

        I

id
12:1 15:25
16:13
idea
153:10 173:12
173:14,16
184:21
318:25
337:16
identical
83:6 190:24
191:4 222:7
identification
12:21 13:7
59:4 67:23
68:6 79:5
90:19 96:6
102:2,12
106:22
110:22
116:19
132:20,25
254:18 278:9
282:1 292:18
295:22 304:1
317:7
identificat...
137:20
identified
68:11 90:21
138:22
identifier
288:20,23
315:24
identifies
45:17 76:23

identify
41:24 42:7
43:5,25
44:10,15,24
45:6,19
46:13 54:22
55:23 56:6
65:8 68:13
74:7 77:12
78:11,15
90:23 115:4
115:8,11
122:16
138:12
149:13 165:8
170:22 198:7
198:8 205:14
243:23
244:10,24
287:1 328:12
identifying
315:10
ignore
216:3,22
ill
52:8 254:22
294:22
illinois
3:9
illustrated
66:15
illustrative
196:4
im
11:22 13:23,25
14:4 16:5
24:21 28:1
33:8 40:15
50:21 52:7
54:10,16
64:5 67:3
72:5 73:13
74:9 78:6
80:22 81:25
86:6 90:10
93:23 97:22
106:19,19
109:14
116:13
117:12,15
120:3 125:2
130:8 132:2
132:4,18
134:15 137:2
142:20,25
143:8,14
146:20 152:7
152:10 155:3
156:25
157:20
160:14
162:18
163:10 165:4
166:5,25
167:2 169:19
175:12,17
176:17
179:18 180:6
182:9 183:8
183:24
185:11
186:12,17
187:5,12,21
190:22
191:16
194:25
195:22
197:13 198:9
200:24
201:17,24
202:10,19
203:6 205:4
206:4,21
207:14,17

208:7 209:18
213:10 215:8
217:11,16,23
218:12
221:18,18
224:18 228:6
228:25 229:6
232:23 234:4
234:19 236:4
238:10 239:9
242:11 247:1
247:3,23
248:7 249:11
252:12
255:20
260:23
262:18,22
263:5 266:5
268:13,21
269:5 271:8
274:10,17
278:19,20
283:22
285:10
287:21 288:8
288:25
289:11
290:23,25
291:18,21
292:11 293:5
294:10,15
295:15,15,24
295:25
296:14
297:19
298:12,18
299:11,13
311:20
312:16
313:11 324:3
324:5 334:6
334:10
340:11,12,12
341:10,21
348:11 352:4
353:12
image
298:6
images
258:3
imagine
285:21
immediate
87:19 167:1
181:21 182:1
321:21 322:5
323:11
immediately
137:7 164:20
265:3
impact
99:16 206:21
224:19
225:20
impacting
258:17
implies
198:10
implying
188:14
import
28:4:4
important
148:7 180:14
180:20,21,21
180:24 202:2
227:15 241:5
242:12 311:4
314:17,23
352:11
impossible
173:20 310:8
impression

156:24 163:17
improvements
161:1
inaccurate
49:18 67:2,5
339:24
inactivity
299:21
inartful
229:5
inception
151:14
incident
40:15 44:23
160:19,25
226:17
298:25
329:15
incidents
232:1
inclination
289:2
include
52:25 119:5
134:10 154:5
206:20
259:23
295:13 308:7
included
92:19,22 95:23
153:8 156:5
207:15 254:6
282:5 298:23
337:25
includes
292:24
including
25:8 217:15
251:17 263:6
266:16
291:13
incompatibi...
292:5
incompatible
284:8
incomplete
230:10,15,19
inconsistent
296:18
incorporate
231:6 234:15
incorrect
64:19 296:15
increase
61:10 80:14
85:12,21
86:1,25
89:21 199:23
200:20
211:25 320:7
324:13,23
325:7,18
327:12,16
343:9,15,19
347:22
increased
84:20,22 89:7
323:6,7
incumbent
259:6 335:17
independent
58:3
independently
64:7
index
6:2,10
indicate
42:8 91:14
268:10
357:20
indicated
11:5 100:16
```

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 102

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
Reported By:
JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

13

```
        232:11              177:18 179:6        74:20 75:2         285:5,15,20
indicating              181:11 185:4       91:1 116:22        285:25 286:3
324:25                  186:18             117:5,6,20         286:6,10,10
indication              190:10 224:8       117:25 118:6       286:16
49:16,17 96:24          231:7 232:18       118:7,19,21        287:13,15,18
100:7                   236:15 237:6       118:23 119:4       288:5 289:4
indications             240:25             119:13,17,21       289:14,20
6:21 336:5              253:12             119:25 120:2       290:2,9,12
indicator               259:21,24          120:2,3,4,6        291:15,23
81:22 82:12             260:6,13,14        120:10,14,17       293:18,23
194:8 322:3             260:15,20          120:20 121:2       294:3 295:4
323:17                  261:6,6            121:5,5,11         296:9 301:24
324:15                  263:6,12,24        121:20,25          302:18 306:5
349:23                  263:25 264:3       122:5,17           307:16
indicators              264:8,13          129:22         insiteanywhere
194:3 322:22            265:9,25          130:12 134:8        278:13 286:18
323:6,10                266:7,19          135:5,13          inspect
349:5,10                282:18            136:16 138:4        103:21
indirect                283:10 285:2      138:22 139:5      installation
98:11                   285:4 287:19      139:11,12          35:22 38:16
individual              289:8 290:24      143:22             107:9,24
134:23 136:18           303:18            147:17,18,19       108:1
136:21                  309:11            147:22,24        installed
154:23,25               310:12 330:1      148:12,19,24       38:1 92:12
155:5,6,7               351:23            149:1,5,10         225:2
169:4 211:8         informational        150:1,9,24       instance
211:11,20               186:2            151:5,7,9,10        45:20 137:21
225:15 240:6         informative         151:13,19          196:20
240:9 267:19            32:10            152:2,4,5,12        199:14
302:16 305:1         informed            152:20 153:7        225:14
305:1 335:3             205:10 330:6      154:9,16,24        236:24 244:5
338:18 339:1            336:1,8          155:18,22,23        251:3,5
individuals          ingram              155:24,25          280:6 283:23
135:23 138:25           4:14             156:5,9            284:10 288:2
139:10 144:2         inherent            157:2,11           291:14
154:11                  269:9,19         158:16,18,20       303:17
156:12 158:1         inhibit             159:14 160:3       325:25
173:3 194:20            330:18 333:10     160:8,14          332:18,20
195:8 267:19         inhibited           161:8 168:4        346:5 348:24
industries              333:16 334:15     175:10 179:6     instances
148:21               inhibition          179:7 209:24       239:22 318:19
industry                175:23           217:8,9,12         318:23 319:4
17:19 44:24          inhouse             218:8 219:14       328:6
283:15,17               172:9,10         220:23 223:2     instant
inference            initial             223:5,6,8,9        188:15
316:9                   173:4            223:11,24        instilled
infers               initially           224:11,14,19       289:13
198:9                   43:8             230:24           instruct
influence            input               231:20 232:3       181:2
321:20 343:11           202:1 244:17      232:6 233:6      instructed
influenced              278:21           234:15             15:19 27:7,9
203:17 347:11        inputs              235:16,18,24       31:13,19
influences              158:11           236:1,13         instruction
60:25 320:16         inquire             240:11             107:3 332:1
influencing             291:9            241:12 249:8     instructor
323:23               inquiries           250:12             30:23 31:2
influx                  118:23 246:3      251:15,16,24     integrated
41:25 43:6             252:25 253:7      252:2,7,8,16        20:17
45:6 46:13             256:11           252:20           integrity
54:22 57:1          inquiry             256:14,23          49:11
78:15,18               296:1            257:4,5,6,11     intended
200:22              inscribed           257:19             316:9
influxed               170:17 206:7      258:14,17,17     intention
45:1                inside              258:21,23          12:8 78:2
influxes               106:5,13 109:8    259:1,2,5,22       198:6 205:11
42:8                   210:12 225:8     261:19 263:4       315:10
info                   255:9 276:2      263:4,19         interacted
135:24                 326:8,10,15      264:3 265:24       104:5,20
inform                 327:18           266:15,15        interaction
333:9 351:17        insite              267:3,3,5,6        40:3 238:13
information            8:8,14,20 20:9    267:13,13,17       305:24
8:11 20:17             20:10,11,21      267:17           interactions
31:10,15,20            20:22,23,25     268:25,25          306:2
51:8 74:16             21:2,4,5,13     269:4,6,9,10      intercept
74:19 87:5             24:4,10,18      269:15,18,25        29:7
95:8,13                24:21 25:4      270:8,10,13       interested
99:11 121:7            25:19 31:4      271:4 272:5         304:3 358:16
121:18 127:18          32:18 33:3      272:15,15,19     interface
128:24                 35:23 46:18     272:21 279:7        37:20 272:14
139:21                 46:19,23        279:22 280:2        286:7
140:23 155:8           47:11,17        280:3,13,19
158:3 165:12           49:13 62:17     282:15,24
                       68:14,21        283:12
                                       284:11,12,18
```

```
interfacing         investigate
275:1                   31:25 221:8
interfere           investigated
71:9                    321:12
internal            investigating
56:23 144:21            221:13 262:12
144:22 172:6        investigation
172:25                  14:9 15:13
204:12 269:8            55:20 59:9
international            85:24 141:6
4:7                     248:23 322:6
internet                329:9,15
74:20 145:16        investigations
151:16                  141:14
287:19              investigators
internetbased           58:9
176:7               involve
interpret               275:18
22:9 23:14,16       involved
23:17 25:9              35:21 36:1
41:24 42:6             38:16 40:7
43:4,25 44:9           140:4 150:3
74:15 173:16           151:12,12
305:21 313:5           161:3 162:2
interpretation          294:18
22:16 221:22            300:20
26:4 36:19             300:20
42:15,18               301:17,19
43:1,11 90:3           330:22
173:17,20          involvement
184:17                  40:23 131:24
185:16                  149:1,4,6,12
229:17 312:6            151:6 181:22
312:15                  298:25
interpreted         ip
159:12                  262:3 278:16
interpreting        iphone
306:11 307:6,8          291:20 292:1,5
interrupt           irritation
159:8 234:23            211:15
287:22              isnt
interrupting            32:10 167:22
236:10                  184:1,10,14
interruption            187:1 191:18
159:2,2                 195:9 197:22
interruptions           198:21 200:9
159:25 176:6            202:9 206:14
intersect               212:23 214:2
28:12,25                219:23 235:1
intersected             235:12 335:9
29:2,1,12               339:20
intervals               340:15
62:19,25 93:22          343:23
94:2 270:1,1        issue
interview               25:22,24 85:6
50:3,10 51:17          88:4 131:11
52:5,9 54:20        issued
55:1 169:8             13:2,12
172:1,20           issues
173:3                   16:10 149:14
interviewed             159:11
49:25 51:22            163:25 165:6
53:10 54:13            255:14
101:10                 267:15
126:19             ite
140:22                  20:13
169:11             item
170:10,13               75:16 252:12
329:8              items
interviewing            68:23 112:18
169:17                  112:21
interviews          ive
55:6 70:3              12:10,18 59:6
169:20,20              68:11 90:21
171:11,11,24           110:24
196:17                 118:13 143:4
204:23                 149:6 159:9
328:22                 162:18 163:6
introduced              170:24
147:3 206:2            173:24
intrusion               191:15 207:3
226:11                  230:7 243:12
                        244:18
```

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

Reported By:

14

265:19 278:5
297:2,7,7
301:20 302:1
316:24

**J**

**jackson**
3:16
**jan**
182:7,7,8,12
**janika**
4:18
**java**
290:2,4
**jefferson**
2:10
**jeopardy**
238:23
**jimmie**
8:17
**jimmy**
254:21
**job**
18:2,5 19:7
20:21 21:17
24:5 38:14
40:10 105:2
114:25 115:5
143:6 192:6
228:22 229:2
233:1,5
234:7,7
236:15
238:23
244:25
245:17 259:3
259:10,12,14
259:22 260:3
262:21,22
265:4,20
274:18,19,25
275:17
279:10,17
280:16
289:23 295:9
302:12,16
304:11
305:20
331:24
333:17,20
334:16
**jobs**
43:20 233:14
258:24
333:12
**joe**
164:18,20
166:2,21
312:17
**john**
1:19 9:5 11:2
11:16 357:15
**joseph**
1:19 11:16
163:18
165:15
357:15
**josé**
139:7 253:25
254:23 255:14
255:18,22
274:22,23,24
281:20
**jr**
3:16 5:3,4
**judge**
1:6,7
**july**
8:17,20 9:6
254:22
**jump**
335:9

**jumping**
50:21
**justice**
2:15 3:3

**K**

**karen**
1:20
**keegan**
3:12 132:8
**keep**
79:11 143:9
171:9 216:3
216:18,23
269:5,7,18
290:5,5,7
335:11
338:22
**keeping**
53:25 125:17
166:3
**keeps**
269:25 287:10
**keith**
51:22,24 52:6
52:9,16,21
53:4,23 54:1
54:9,13,19
73:1,9 74:6
75:20 76:9
76:16 127:22
128:1 129:21
162:22 163:1
163:18
165:15
166:11
168:21,25
169:22 170:6
171:25 172:7
185:4 195:3
196:18,22,25
198:20 199:8
200:6,16
201:8 202:8
202:12,13,18
203:18 204:2
205:2 207:2
212:3 225:21
227:6 232:17
330:2,6
353:13
**keiths**
168:18 202:1
**kelly**
9:5 57:14
69:21 236:18
296:22,25
**kept**
113:23
**key**
168:13 228:19
228:20
236:15
**keyboards**
37:13
**keys**
290:10 291:4
**kick**
7:4 81:22
82:11 308:20
309:2,18,25
314:16,17,24
320:22,22,25
321:6,8
322:19 323:9
323:14,17,25
324:11,15,25
325:14 349:5
349:10,22,22
**kicks**
323:13,13
**kill**

9:2 28:13,21
28:25 29:11
29:19 86:11
86:14,15,21
87:7,9,25
88:23 89:1
**killed**
29:1
**kind**
21:10 41:12
48:24 91:18
96:25 108:23
115:25 161:5
178:4 180:18
182:17 183:6
190:14
225:22
256:11 289:5
289:15 306:2
350:1
**kinds**
161:11
**kirkland**
3:7,11
**kliegman**
4:22
**knew**
355:7
**know**
12:6,11 14:4
16:1,11,13
32:13 33:17
37:25 42:16
42:21 53:1
56:1 74:22
83:25 84:5
87:6 91:7
93:18 95:1
95:13 97:19
98:15,19
101:5,7,16
101:18
102:19
107:17,19
109:8,24
112:2 113:19
115:16 125:5
125:13 126:2
126:3,5
129:14
133:15
134:22 136:5
136:8,17,20
136:24
138:11
139:16,20
143:13,23
144:5,11
146:23
149:24 150:4
152:9 153:5
154:10,19
156:10,10,11
156:21 157:8
159:5,9
163:8 165:13
165:16
166:21
167:11 175:7
179:23
184:19
190:19,20,23
191:9,11,14
193:4,4,10
193:23
196:25 197:5
200:17 201:4
205:2 207:6
207:17,21
209:10
212:19
213:15 217:1
218:13
220:12 226:4

231:25
232:17,22
233:1,20
236:23,25
237:7,21
238:9 241:5
242:9 244:4
249:13 251:9
252:15 257:3
260:19 262:5
262:21 264:7
264:21,25
265:3,5
268:16,18
270:7,11
274:13
287:18
288:13,18
289:9,11,20
289:23,25
293:9 299:3
300:12
304:13
305:18
307:18 310:6
312:10,16
320:9 322:1
324:5,19
325:20
327:25 328:6
328:16
329:14
330:17,18
331:15,16
332:14 333:6
333:19 335:4
335:23 338:8
339:13
342:12
344:13 349:9
349:15
350:23,24
351:10,24
352:5 355:23
**knowing**
42:19 86:21
173:18
222:19 244:9
331:22
352:10
**knowledge**
36:22 101:3
104:4 114:6
115:24
120:17 130:3
209:5 243:14
251:10,23
256:16 313:9
338:3,6
344:4 351:5
353:3,8
354:15
**knowledgeable**
193:8 256:20
256:21
258:20 267:2
**known**
96:21 203:12
241:8
**knows**
197:7 259:18
279:18
**kuchler**
4:17,17 155:19
155:20
**kullman**
2:5

**L**

**label**
81:4 85:10
103:9 184:6
**labeled**

231:25
232:17,22
87:8,9 90:22
95:17 194:7
**labeling**
81:10
**labels**
67:12
**ladies**
145:24
**lafayette**
1:20 2:10
16:21 19:1
47:1 169:13
170:11
175:16,17
222:6 256:10
257:12,21
259:19 271:7
271:10,24
276:23
277:16,17,19
278:3 308:1
**lag**
176:15,18
322:21 323:4
**lags**
177:13
**laid**
37:5,9
**lake**
4:15
**land**
235:22 237:1
**landed**
115:13
**landmark**
134:5,23
**language**
205:3
**lantonio**
57:15
**laptop**
270:22 288:2
289:6 291:19
297:18 298:6
298:9 299:7
**laptops**
292:3
**large**
2:9 6:6 7:22
24:23 70:13
108:24
246:22 247:1
254:7,19
261:12 262:9
265:21
266:12 270:5
273:16 274:3
277:10
278:10 281:6
282:2 285:8
285:11
291:11
292:19 294:2
295:23
299:24
**larger**
110:5 209:17
298:15
**lasalle**
3:8
**late**
101:12 149:20
253:5 264:24
**latitude**
236:19
**law**
2:18 142:21
146:10
**lawyer**
143:16 144:9
144:13,14
171:20 172:3

**lawyers**
145:17 146:14
146:14,15
172:20,24
296:11
**lay**
145:19 162:21
**layering**
324:20 325:16
**layout**
9:2
**layperson**
234:11 241:4
**lead**
24:22,23
**leader**
25:1 30:10
**leading**
159:17,20
**leak**
322:9
**learn**
234:9 239:13
**learned**
51:8 178:22
280:17
**leave**
165:17 180:19
181:9 183:6
220:16
**lee**
3:16 4:14
57:15
**left**
144:24 184:5
185:19
197:22 246:6
264:22,25
263:13 274:5
**legends**
67:13 68:23
**legibility**
71:5
**lengthy**
147:2
**leopold**
2:17 6:7 300:9
300:11 301:1
304:17 305:3
307:12
309:13
310:24
311:23 313:6
315:3 316:23
317:8,15
319:3 328:5
329:19
330:20 331:9
332:17 333:1
334:3,12
335:24
336:20
340:10
346:23 348:8
352:9,17
353:7 354:13
355:16 356:6
**lesser**
315:1
**lessons**
291:22
**letter**
123:6
**letters**
124:2
**level**
65:13 100:17
179:22 180:2
307:23
**levels**
64:25 65:7
125:18 226:6

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 104

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
Reported By:
JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

15

```
229:15 326:2          296:5                 261:20 264:4          82:2 83:20            lot                   maintaining
326:4 337:24          little                269:7,8               84:7 85:9             32:12 143:4           18:16 39:3
lewis                 21:15 40:25           270:4 278:20          114:18                164:14                99:1 138:18
2:5 3:20              64:6 68:8             281:5 285:24          190:25                251:11                151:13
lewisville            126:13                290:10,16,21          193:25                207:20 277:5          218:14
260:10,16             143:15,17             291:4 308:1           222:24 224:7          303:25 308:7          237:16
277:2,7,9             147:7 150:15          310:7,11,18           224:25                308:20                274:16 275:5
liaison               150:22                310:18                228:25                310:19 313:8          303:14,20,23
267:12 268:12         156:23                329:17                234:12                331:14                303:25
life                  165:18 206:3          335:11                244:23 245:2          351:12 354:8          maintenance
1:21 113:23           209:16                336:12                245:4 251:12          louisiana             7:13 36:2
165:25 166:1          240:14                337:15                278:5 281:4           1:2,20,23 2:7         140:24
258:7                 269:14 270:7          348:23                291:4,22              2:10,14 3:21          266:15
lifetime              276:24                354:19                293:13                4:19 10:22            major
223:15                295:15 296:8          logbook               307:20                11:4,12               301:12
lift                  300:18,25             45:23 46:2            313:20                16:21 17:14           majority
97:11                 328:15,17             166:13 167:5          316:13 317:1          17:23 358:5           119:25
light                 346:17                167:19,20             317:20                low                   making
150:13                llc                   168:11,15             336:21,22             60:18                 78:1 155:3
lighter               3:22 4:9,20,25        336:15                343:5 344:16          lower                 161:7,19
323:21 326:14         147:23                logged                347:25                20:13                 162:7 167:2
limit                 llp                   135:13 137:23         looked                lunch                 188:11
160:21                3:7,11,16 4:3         249:9 279:12          35:10 65:2,6          165:6 173:23          240:20
line                  load                  280:13 287:3          73:18 78:23           173:25 174:9          241:13
73:4 75:15,17         296:17                289:5                 131:7 147:1           lwd                   257:11
78:25 83:3            localized             logger                147:6,17              18:20 94:11           man
86:12,14,15           238:18                339:25 354:8          152:24                                      99:15 267:14
86:21,25              locate                loggers               170:25 191:3                                267:21,22,23
87:7,9,20,25          101:19 263:3          335:14 354:9          220:6 222:15                M               268:7,11
88:23,23              located               logging               222:18,18                                   334:17 335:2
89:1 91:21            100:17 101:4          7:20 31:4             286:17 289:7          maam                  manage
96:15 97:1,4          106:5 108:11          91:12 107:1           318:8                 189:6                 136:6,8 137:7
100:6,14              109:7 154:8           111:18                looking               machine               260:12
101:4 103:17          155:1 225:3          135:24 233:9          12:15 32:14           196:21 197:10         managed
103:21 106:6          270:11                285:4                 48:24 56:10           270:3 274:6           102:23 233:5
106:6,8,11            306:22                login                 64:15 74:19           276:5,21              249:12
106:13 110:5          location              75:3 135:19           82:1 110:2            277:1 283:9           255:11
170:19 244:6          26:22 27:13           259:23 260:6          122:2,3,10            287:4,7               manager
279:5 301:25          92:5 101:8            260:13 261:6          135:14                machines              51:25 136:22
302:2 319:21          101:14                263:6,24,25           154:21                276:9,10,19           182:7 256:7
319:21 320:1          103:22 104:6          264:2 265:25          161:11 165:1          macondo               262:24
343:6 347:6           104:21                279:15 285:2          187:4 193:24          6:25 26:11            264:10
liner                 120:11                286:7,10,16           197:6 206:12          27:23 35:5            manages
62:8                  130:16,17,21          289:7 290:6           210:3 213:13          35:12,19              122:5 260:11
lines                 157:21 213:1          290:16                221:25 224:1          47:12,17,20           manipulate
67:7,8,11 78:3        224:24 225:1          logins                224:3 225:25          48:5 57:21            31:9 42:4
148:2,25              236:14,14,19          291:3                 226:1 228:23          57:22 62:19           178:8
184:4 185:20          251:14 273:9          logs                  253:8,10              78:5 83:11            manipulated
185:20                locations             45:24 50:19           269:12                111:10 112:4          26:23
301:21                169:25 236:23         136:19                271:20                112:24 114:1          manner
303:15,19             251:19                139:17 151:3          283:22                133:22                28:25 31:25
link                  log                   167:24                290:23,25             135:14                260:21,22
210:10                8:14 43:9,19          171:10                291:1 315:11          151:25                308:23
list                  45:5,11,12           208:24                317:24 321:6          152:22                manual
90:24 91:2            45:15,16             209:20                looks                 155:17                8:8 107:3,9
93:5,7                46:4,12             222:25 223:2           93:13 108:23          156:15                116:23 117:5
111:21                50:14,16,18         223:24                110:13 124:2          160:18,22,25          117:11,14,14
112:17,21             50:18 51:3           224:15 258:4          261:22 262:3          163:12                117:19,25
127:3 144:17          51:14 54:22          260:1 268:24          315:15,17             175:13                118:1
152:21,25             69:5,5,5 74:15       269:6,11,16           337:2                 221:12                120:19 121:1
153:3,5,5,6           74:25 75:11          269:19,24            lose                  223:14                manually
153:8 154:1           123:8,18             287:1 308:3           221:7                 240:16                213:1
154:3,21              135:6,12,15          308:4,6              losing                241:19                manufactured
156:3,11,18           136:2,7,9,22         310:3                125:13,19             248:11                237:21
157:10 196:5          136:24               long                  315:16 321:2          255:18                manufacturer
223:4 247:25          139:12,21            19:6 33:15            loss                  280:21                238:11
250:3,9,21            167:21               37:12 188:12          64:23 114:24          291:25                march
281:8,15              171:15,15            245:3 268:6           115:5,8               294:14                1:24 11:4
288:18 317:5          173:5,6,13           300:13                141:7,18,23           298:24 299:5          margin
listed                181:15,20            340:25                315:1 320:6           324:2                 164:25 168:19
139:1 192:2           182:19,24            341:12                340:8,12              mag                   170:18,23
listened              184:17               342:17 346:8          342:10                1:7                   171:1 183:19
144:6                 186:21 197:7         354:10               349:11                magnifying            185:5 190:16
listening             201:11               longer               losses                186:9                 200:8 203:16
156:22                205:12,13            29:3,13 264:19        115:4 125:20          main                  205:16
listing               223:12               268:11               315:11 349:2          2:13 47:24            244:19
156:1,6 161:10        231:14 232:9         longitude            lost                  61:2 141:16           margins
251:6 253:5           232:21               236:19               46:5 181:15           157:18 158:4          171:2
lists                 243:16,20            look                  221:10,11,15          256:5                 marianas
152:22                245:5 250:12         25:24 31:10           290:24 310:6          maintain              294:9,15
lithology             252:14,20            45:24 46:11           345:24,25             277:10 303:16
23:17,24 304:1        254:6 256:14         48:11 49:5            346:12                maintained
litigation                                 63:25 64:8                                  38:5 93:10
                                                                                       277:3
```

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:

JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

16

marine
14:8,22 15:12
55:14,17,25
56:5,14
141:14,19,21
248:22 252:5
328:24
mark
12:12 50:22
102:7 106:15
110:19
116:15 132:2
199:10
254:14
261:23
280:12
281:23
290:20 317:4
marked
12:18,20 13:6
13:10 59:3,6
67:22 68:5
70:8 79:4,8
90:18 95:10
96:5,8 102:1
102:4,11,14
106:21,24
110:21,24
111:5 116:18
116:21 117:1
117:18
118:12
132:19,24
133:12 135:4
135:5 254:17
278:8 281:25
292:17
295:21 317:6
marking
12:16
marks
196:10
marvin
264:11,11
265:20
masters
17:15
match
43:15 60:11,17
125:16,16
matched
61:5 65:14
196:12
matches
61:10 159:21
matching
82:23
material
46:10 49:5
materials
46:24 49:3
55:12,22
70:4 118:3
201:9
mathematics
61:7
matt
11:22 300:11
matter
11:8 63:5
132:17
154:11 156:3
171:25
176:24
183:17
299:18
340:24
341:23
353:19
355:22
358:17
matthew
2:17 3:8 4:22

mbi
50:22 54:6
70:9 95:9
mc252
26:11 29:20
35:5 43:22
44:1,11
133:8 280:19
294:8
mccoy
8:17 254:21
mccutchen
4:22
mckinney
4:5
mdl
1:4
mean
18:7 19:25
26:18 28:14
45:13 56:3
153:14
176:20 188:2
189:11 192:9
194:25
197:17 200:1
207:7 208:3
213:8 214:4
215:20 217:8
217:16
218:20 219:8
220:22,24
223:23
234:23 236:5
237:12
267:17 268:2
269:19,25
270:17
294:10 299:7
301:20
309:14
331:10
334:21
341:21
meaning
38:3 129:9
means
120:7 136:5
200:2 283:14
321:14,16
346:1 352:4
meant
189:21 229:3
254:3
measure
338:2 341:13
341:19 342:1
342:7,9
measured
49:22
measurement
18:8 92:17
125:24
191:15 192:8
311:2 316:8
339:22 342:4
measurements
316:6
measurement...
311:3
measuring
67:5 315:5
341:9,11
mechanical
192:16
mechanism
95:3 170:16
meet
145:12 146:7
146:14
meeting
41:13,14
170:16

meetings
172:6 181:24
member
25:15 69:19
142:24
members
25:7 41:14
42:14 57:18
memory
156:17 168:18
197:14,18
men
154:7
mention
188:11 199:9
330:16
mentioned
19:2 145:24
149:17 151:9
154:2 164:2
164:18 176:5
181:16
187:14 188:6
194:3 202:15
231:2 243:12
269:17 281:7
306:16 309:2
312:9 320:18
323:10,16
330:25
mentions
262:1 285:16
merely
199:9,10
merged
148:23
merger
149:2
message
137:13,22
262:1
messages
136:25 137:19
met
144:12 146:19
166:4 172:5
metadata
296:7 297:6
metal
37:11
meter
75:24
method
67:4 319:14
358:10
methodology
61:16 62:2,4
mexico
1:6 7:19 11:9
257:15,17
mi
3:22
mice
37:14
michael
2:13 142:20
middle
66:19 136:13
midway
322:24
miller
256:8 257:3,9
258:19
mind
58:25 105:14
201:20
mine
77:9
miniscule
176:24
minor
85:16

minute
51:11 63:10
81:19 82:9
142:1 188:6
minutes
12:4 62:22,24
142:4 295:17
343:10
miracle
151:16
missed
20:19 136:13
missing
229:19
mission
301:2
mississippi
6:24 8:3
misunderstood
109:15 203:14
mitchell
264:11,15,17
264:19,21
mitchells
265:14
mixed
252:6 255:21
mobile
292:6
model
116:1 243:21
243:23,25
244:7 289:24
modeling
34:21 78:23,25
243:13,14
244:13
models
213:5,12
modifications
235:23
moex
4:20,25 120:16
156:20
moment
62:1 105:20
164:23
237:20
241:11 271:8
monday
1:23 146:1,10
monitor
25:15 85:12
210:14
213:12 221:7
222:16
241:14
319:20
337:22 338:8
341:6,7
348:22
monitored
112:13,23
126:6,25
127:2 220:22
221:3,20,23
224:5 243:8
277:2 308:10
308:11,15
318:15 350:2
monitoring
31:23 36:18
39:19 69:7
69:10 97:23
130:5,9
161:2,21
217:14
223:14
224:20 225:2
239:4 311:14
312:4,20
313:8,10,17

313:18 314:1
315:9 330:19
331:24
333:12
324:20 338:4
345:11
monitors
37:12,12
206:25
207:15,16,19
210:17,22
213:6,9
228:21
340:18,19
month
50:7 52:13
months
47:14 149:9
163:15
193:12
mitchell
57:14 105:15
morgan
3:20
morning
11:21 13:23
27:1 163:8
258:8
mounted
37:13 91:20
92:1 106:7
106:11
108:19
109:19
277:22
350:10 353:1
353:9
move
84:14 114:14
134:20
143:21
256:25
258:12
262:25
265:10
266:13
295:15
moved
265:3
movement
72:21 74:23
89:9 179:21
228:1 240:4
mud
87:14 88:19
93:23 96:15
100:14,25
205:20 208:2
208:3 209:14
210:12,14
212:4,4
219:13
225:18 280:8
313:9,12,12
313:20
322:17,18
323:11,20
325:12
329:23 333:2
334:25 336:1
336:4 337:11
354:19
mudlogger
29:23 32:8
33:21 36:15
39:19 45:16
45:22 75:7
85:25 90:5,6
90:8 187:1
192:3 209:9
211:20
215:19,25
216:10

228:21 234:6
238:22
305:21
311:21,25
313:25 314:6
314:18
322:13 332:3
332:20 333:9
335:10
345:10
347:17
350:14,22,24
351:5,6,17
351:23 355:7
355:21
mudloggers
23:13,23 30:24
31:2,14,19
32:24,24,25
33:1 39:9
79:12 116:8
119:6,9
128:24
129:20
167:16
207:13
208:14
209:21,25
210:16 211:8
211:11,14
218:3,5,6
219:17
231:19 232:9
232:24
233:10 234:3
238:13,14
304:3 305:5
305:12
306:18
307:17
313:20
327:17,25
330:22 335:4
346:3,9
353:18
354:20,24
mudloggerss
348:22
mudlogging
21:6 25:11
33:25 36:11
36:14,17,23
36:25 37:1,8
37:23 38:4,6
38:22 39:16
40:10 50:1
91:13 105:1
111:9,13
113:24
114:12
126:16,20
140:1 168:8
191:16 208:8
218:9 219:8
219:15,16
225:8,9
233:11,21
237:15 301:8
302:13,17,25
303:11,24
304:19
305:24 306:3
311:13
344:22
multiplying
62:9
mwd
18:6,7,12,15
18:19 19:7
21:5 23:22
25:11 38:4
38:21 93:23
93:24 94:4,5

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 106

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:

JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

17

94:10,13,22
95:5,16,17
150:25 192:7
192:11,12,12
218:7,9
239:19,20
301:8,13,17
301:23 303:1
303:8,10,21
303:22 304:4
304:10,18
307:14,16
308:1,2
310:18,18
311:6,6,9,11
323:3 334:14
355:21
**mwdm**
237:14
**mwdspp**
95:17

**N**

**name**
11:22 20:20
23:4,18
32:15,20,21
57:13 105:13
134:22
136:17,20
144:14
147:25 148:6
182:10
233:18
246:24 247:1
289:24
300:10
**named**
254:21
**names**
213:8 256:1
**naming**
253:24
**national**
14:12,17,23,24
15:13 79:16
147:13,13
**native**
282:4
**natively**
282:10 292:22
**natural**
2:16
**naturally**
42:15 237:3
269:25
**nature**
44:12 46:2
57:4 85:13
93:22 123:23
161:23
167:25 178:2
184:17
191:14
236:18
258:11
279:10
294:24
298:18
303:19
306:15 308:6
320:15
**nautilus**
294:15
**navarette**
302:25 303:1
**navigation**
287:25
**nearly**
316:6 339:21
**necessarily**
57:5 85:14

186:3 269:7
331:25 335:7
**necessary**
16:11 29:3,14
62:2 95:1
168:5 235:24
295:2 302:11
333:7,8
336:14
**necessitated**
173:6
**necessity**
168:1
**need**
12:7 14:1 21:4
71:4 87:5
94:7 127:22
128:1 142:6
184:24 189:9
189:11
192:13,14
217:18
236:16 288:3
295:2 306:7
307:24
308:25
331:13 336:3
**needed**
41:18 95:6
255:12
284:12
**needs**
304:15
**negative**
71:23 131:3,8
131:13,18,20
196:11,12
**negotiation**
140:5
**network**
157:12 158:22
159:6 273:14
283:1
**networking**
21:25 25:3
134:9 158:3
**never**
64:23 114:11
118:13 143:3
168:1 279:12
289:9
**new**
1:22 2:7 4:19
4:23,23 11:4
149:9
**newly**
313:3
**nice**
168:10,14
**night**
48:25 58:8
130:7 166:22
214:14
**nine**
114:20
**nodding**
210:9
**noise**
94:24,25
**nomenclature**
252:6
**nondrilling**
242:5
**nonemergent**
221:20
**nonhalliburton**
55:1
**nonlawyer**
181:19
**nonlawyers**
145:20
**nonmonitored**

341:18
**nonresponsive**
138:15 204:17
353:6
**normal**
28:17 179:12
179:14,17
180:6,10
181:5 184:9
184:12,13,22
185:3,13,14
190:3 198:12
226:5,6
277:23 322:1
324:9
**normally**
323:5
**north**
3:8 170:14
**note**
45:23 167:2
173:24
254:23 279:2
**notebook**
12:10 132:3
**noted**
196:11 243:9
248:9
**notes**
50:9,18,20
53:25 54:8
79:18 164:25
167:4,10
168:19
170:18,23
171:2,5,6,8
171:9,10,15
183:19 203:5
293:9
**notice**
6:14,17 13:1
13:11
**noticed**
280:12 322:13
322:15
**notices**
85:25 336:10
**notified**
334:16
**notify**
32:2 259:11
335:1
**notion**
223:24 240:1
**november**
14:12
**nt**
271:11 285:14
285:15
**number**
63:9,11 70:20
70:24 113:9
116:23 132:5
133:9 135:22
153:13,20
228:20,20
281:9 282:7
292:25 317:3
319:5
**numbered**
68:12 96:10
**numbers**
252:18 316:11
**numerical**
316:5
**numerous**
19:16 37:12
44:7 128:6,8
280:20
295:10
**nutshell**
125:12

**O**

**oath**
10:23 174:16
**object**
39:11 42:11
48:7 52:18
58:15 67:19
77:20 84:12
89:14 108:14
109:10 112:6
113:1 114:8
115:20
124:25 126:9
133:15
133:18
134:14
137:15,17
141:10
155:11,20
157:4 161:16
161:25 163:3
166:15,19
168:23 176:1
176:13 177:6
181:17
185:7,24
187:19 190:6
193:2,15
194:23
195:11,19
196:7 197:3
197:24
198:23
199:12
200:14
201:13
202:22
203:21 204:6
206:17 208:5
212:9 214:9
217:20 219:6
220:3 222:22
223:17
226:15 227:7
227:9,12,19
228:4 230:13
231:11
232:14
237:24 239:1
242:17
244:21
253:21 262:8
265:17
266:11
269:21 281:2
285:7,10
289:24 290:1
291:7 293:20
300:22 304:8
304:23
307:11 309:7
310:14
311:18
312:25
314:21
316:20
317:14
318:17 328:4
329:12
330:13
332:12,23
335:20 340:4
346:22 348:4
352:14 353:6
355:12 356:3
**objection**
103:11 104:1,9
104:24 105:6
105:17 108:3
108:5,16
109:12 110:8
112:8 113:3
126:11 129:3

138:15
204:17 246:1
246:9 261:11
331:8 333:23
334:8 336:19
352:2 354:12
**objections**
10:12
**obscured**
347:13 349:12
**obscuring**
333:3
**obtain**
232:9
**obvious**
36:5 77:8
86:10 168:9
334:2
**obviously**
126:15 154:4
168:8 308:20
**occasion**
169:16 188:22
189:18
199:10
202:15
219:25
265:22
**occasional**
159:8 194:16
**occasionally**
222:15,18
**occasions**
230:23 295:10
**occur**
176:6 226:24
**occurred**
42:1 159:22
165:23
166:17
179:12
**occurring**
320:22 322:19
329:5
**occurs**
167:7
**ocsg**
6:24 8:3
**office**
3:4 18:24 20:8
27:10 52:23
146:12 157:7
157:8,16
164:19
169:12,25
170:3,10
175:4,6,16
176:22
177:17 221:3
255:10 271:7
273:15,18
275:14 303:3
**offices**
146:11 178:7
208:1
**official**
332:7
**officiated**
10:23
**offloaded**
336:2
**offloading**
205:19,23
329:23 330:6
330:18 333:2
334:25
**offset**
319:10,11
**offshore**
4:20,25 19:3,3
19:10 40:4
192:6 207:5

**offtherecord**
246:17
**oh**
145:8 180:3
229:3 244:8
293:5 295:12
321:7
**oil**
1:4,5 11:8,8
15:16 18:15
34:21 44:24
79:17 283:16
293:11
301:11
**oilfield**
30:13 301:7,10
**okay**
12:25 13:9,22
14:5,6 15:22
15:23 16:1,2
16:6,7,15,16
17:4 18:1,7
18:19 19:13
19:17 20:2
23:10,18
24:8,12,17
28:6,10 29:9
31:13,18
32:6,22 39:7
40:21 41:23
44:8,18 45:3
52:25 58:22
60:7,16
62:14 63:24
64:21 65:1
65:11 66:13
67:16,12,25
68:22 69:8
69:22 70:6
71:19,24
72:9,18
73:15,22
76:10,17
78:22 79:23
81:1,2,6
82:4 83:9
86:6,23
87:12 88:18
88:22 90:11
91:8,14 92:6
92:25 93:12
95:18,22
98:11 99:5
99:20 100:2
101:2 102:10
103:7,16
104:13 105:4
107:11,17
108:22
109:17,21,25
111:16,20
112:12
113:12 114:3
117:13,17,24
118:14 119:8
119:18,23
120:9 121:5
121:19
122:14
123:11
124:20 127:5
127:11,24
128:7,13,16
129:8 130:3
130:25 131:9
131:23
132:11,15,22
133:2 134:7
135:2 136:24
138:24 139:5
139:8 141:16
143:23,24
144:15,16
147:21

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 107

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010                                   Reported By:
JOHN JOSEPH GISCLAIR            March 14, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR

18

148:11
149:16,21
150:7 151:15
152:15,24
153:14,18
156:16,21
158:8,23
159:9,23
161:5 162:6
162:14
163:17 169:7
170:6,12,23
171:14 172:8
175:5 179:5
180:22
181:16 186:6
193:10
198:15 201:6
208:12
210:18 213:4
214:21 215:1
215:5,18
216:9,14,25
217:3 218:11
218:21 219:2
219:19 222:8
222:12
224:16
225:18
234:22 237:4
238:12 239:6
239:25
241:20 242:2
245:21
247:23
248:12,20
249:1,7,24
250:7 252:1
252:9,22
254:20
256:25 261:2
261:18 267:1
271:3 277:13
278:4 281:17
281:21
282:11,13
283:22 286:1
288:9 292:4
292:16
295:14
296:18 298:8
299:9 301:6
301:22
302:23 303:5
304:18 305:4
305:23
306:24 307:5
308:8 309:2
309:17 313:7
315:21
316:15 317:9
317:20,22
319:13 320:6
320:13,18
322:17
323:15
324:13
325:11
328:15 329:1
329:20
337:20
339:13
343:21 345:9
347:7 348:19
349:18 350:1
350:22 351:4
351:15
353:23 354:4
354:23
**old**
117:5,13
171:15
285:21
**older**

285:13
**olga**
78:24
**omission**
299:21
**once**
50:5 52:24
53:18 94:16
123:20
148:16 169:9
231:20
279:15,16
327:2,4
**oneoff**
32:7
**onepage**
96:9
**ones**
132:16 164:21
196:1 207:23
208:2 256:5
330:17
**onesecond**
93:21 94:1
**ongoing**
150:16
**online**
49:6,7 118:7
118:10,18
120:22,23
**onshore**
119:10 130:4
280:6
**onsite**
305:11
**open**
12:16 46:1
75:23 90:3
122:11 123:5
123:6,9,11
138:3,10
350:4,16,25
352:11,21
**opened**
86:13 123:20
127:13
137:25 262:2
351:18 352:7
**opening**
122:7
**operate**
117:6
**operated**
134:5
**operating**
167:15 234:12
259:11
271:18 272:1
272:7 274:11
274:14
276:13 351:7
356:1
**operation**
31:5 107:10
184:23
199:20
309:12
334:19,21,24
335:1 343:3
**operational**
167:14 233:13
258:6 259:6
262:23
264:10
267:12
268:11
**operations**
27:22 28:17,18
28:21 30:13
42:20 44:25
45:20 83:5
99:17 111:14
113:16,24

116:5,5
179:12,15,17
179:17 180:6
181:5 185:13
185:14,16
187:9 191:16
226:5 231:18
233:22
239:16
241:13,24
254:5 256:6
264:12
277:11 322:1
333:10,25
334:1,1
346:6 347:3
**operator**
220:11 319:19
**operators**
301:10,10
339:1
**opinion**
60:8 64:14
85:13 131:11
265:13 309:5
314:23
326:25
332:19
**opportunities**
215:6
**opportunity**
144:1 172:2
**opposed**
240:3
**opposite**
37:18
**options**
216:20
**order**
25:16 44:9
82:21 87:3
94:5,25 95:5
103:22
228:22 284:1
296:8 310:9
347:21
**ordinary**
198:11
**organized**
296:8
**original**
29:7 149:4
203:5 294:11
297:4
**originally**
148:19
**orleans**
1:23 2:7 4:19
11:4
**ortiz**
136:11,14
138:21 139:7
139:12
252:25
253:15,16,23
253:25 254:1
254:2,23
255:4,14,22
256:7 259:8
259:12
260:11,16
262:19,23
264:1,9,14
265:15 271:5
271:23
274:22,23
275:8,10
276:3,6
277:3,6,8,14
277:16
278:25 279:1
283:4
**ortizs**

255:7 274:24
274:25
**outcome**
358:16
**outflow**
187:5
**output**
97:15
**outset**
12:4
**outside**
52:23 53:2
56:19 57:17
60:25 118:24
119:1,14
120:1,1
164:19
204:23 234:5
307:4 308:20
326:8,10,14
**outsiders**
119:22
**overall**
160:16 225:15
**overboard**
75:23 76:12
348:16,20
349:23 350:4
351:3,20
352:8,24
353:11
**overseeing**
254:5
**oversight**
179:7 233:5
**overwrite**
178:11
**overwrites**
178:5
**overwritten**
178:5
**owned**
37:22 134:5
**owns**
148:8,9

━━━━━━━━
**P**
━━━━━━━━
**pack**
298:18 299:19
**package**
147:20 155:8
155:16
298:20
**packages**
273:3
**paddle**
97:12,14
**paddletype**
97:7
**page**
6:3,11 58:23
61:21,22,23
66:7,10,11
70:8,7,11
81:16 82:3
84:17 86:7
88:11,24
89:3 90:22
103:8,14
106:18
107:13,14
111:17,22
112:1,13,18
113:10,14
117:8 135:16
196:10
247:18 249:1
261:13,17
282:5,12,14
284:21
285:12

292:21 293:6
293:7,8,13
**pages**
113:15 281:17
**palmintier**
2:12,13 6:5
70:19,23
71:8 81:7,12
105:7 142:19
142:21,22
145:2,10
155:12,14
156:7 157:9
161:17 162:5
163:4 166:16
166:24 169:2
173:22
174:13 176:4
176:16 177:9
177:24
181:12
183:12,16
185:8 186:5
187:22 189:4
189:7,23
190:12 193:9
193:20 195:5
195:14,25
196:14,24
197:12,25
199:6,16
200:5 201:3
201:21 203:2
203:22
204:10,18
206:23
208:11
212:12
214:13
217:21
219:10 220:4
220:15
222:23
223:18
226:22
227:13,22
228:7 230:4
230:16
231:15
232:20
237:25 238:2
239:5 242:18
245:1,12,20
245:22 246:5
253:17
**pan**
1:21
**panic**
85:14
**paper**
68:23
**paperwork**
258:10
**paragraph**
80:10 81:16,17
81:17,19,25
82:3 84:18
86:9 89:4
**paragraphs**
123:17
**parameter**
74:23 313:19
340:17
**parameters**
112:14,23
121:12,16,17
122:2 126:6
126:24 211:3
211:10 214:7
219:3 241:25
308:9,15
313:15
314:24

327:22
**paraphrasing**
263:5
**park**
4:23
**parkway**
3:1,7
**parse**
189:24
**part**
10:16 28:19
32:9,17 40:9
51:9,10
134:9 136:13
149:25
179:17 190:4
231:21 232:6
233:4 239:3
247:20
274:23,24
275:12,17
284:1 294:5
296:12
298:15
304:13 329:8
**participant**
150:19
**participate**
164:24
**participated**
160:13,15
194:17
**participation**
181:23
**particular**
32:8 51:12
92:3 111:14
136:18
157:13
187:13 197:9
202:25 203:9
219:11
234:10
243:18
251:13
280:16
288:19 297:3
307:5
**parties**
10:3 358:15
**parts**
51:14
**party**
58:2 141:17
**pass**
344:11
**passing**
97:12
**password**
279:14,16
285:16,23
286:3 289:8
**passwords**
151:18,23
279:7 291:16
**pat**
267:23 268:13
**patches**
267:3,10
**path**
96:15
**patrice**
4:4
**paul**
2:6
**paying**
202:7
**pc**
152:20 177:19
223:7,23
274:10
276:13

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
Reported By:
JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

19

277:23 292:3
**pending**
16:13
**pennsylvania**
2:18
**penultimate**
81:16
**people**
22:16 27:14
46:8 74:18
92:4 101:10
119:11
126:19 145:9
145:19
159:12 160:3
162:21 172:9
173:7 182:13
206:13
238:14 256:2
279:6 281:9
287:11
288:13,14
302:24
**peoples**
166:9
**perceived**
239:24
**percentage**
97:11,15,16,20
319:10,11
**perform**
125:23 304:11
307:17
353:21
354:24
**performance**
265:14,20
**performed**
36:21 40:14
42:19 44:8
64:14 131:3
312:10
**performing**
263:22 311:22
354:6
**period**
19:24 20:4
26:10 59:17
61:3,14
62:12 63:11
63:20 64:10
64:16,17
65:4,8 76:24
77:18 82:5
88:19 121:12
131:2,6,8
159:16
168:13
193:11
205:22
228:10 318:2
**periods**
329:2
**permanent**
38:13
**permanently**
19:22
**person**
27:4 92:3
137:23
138:22 139:6
152:11 178:3
233:5 234:9
234:14 237:5
244:9 254:3
254:21
257:10
258:25
264:16 267:1
267:8 274:15
274:21
288:10
**personal**

13:2,17,24
36:16 101:2
104:3 123:24
204:23
248:10
297:11
298:17
299:19
**personally**
23:24 29:18
33:21 34:24
35:21 36:1,6
40:2 85:8
126:16,20
180:17
297:13
**personnel**
21:6 23:8,20
24:24 25:9
37:14 45:7
45:11 57:9
57:19 72:17
98:25 104:20
105:2 111:13
112:24 119:9
119:10
121:10 128:6
128:8,10,11
133:21 154:6
156:13
181:25
236:12,20
237:8,8,15
254:1 275:1
279:22
280:17,20
302:14
306:25 307:1
330:17 331:3
334:17 335:2
344:22
354:15
**persons**
121:1 251:18
**perspective**
25:11 128:2
**pertaining**
143:22 147:17
**petroleum**
4:14,20,24
17:4 208:1
**petrophysics**
34:6
**phase**
311:1 314:4
354:6
**phenomenon**
178:21
**phone**
292:1
**physical**
235:10 243:8
277:1
**physically**
130:22 260:8,9
319:21
**pick**
149:21 273:18
**picked**
331:15 355:5
**picture**
99:21 107:13
107:20 108:9
108:12,18
109:1,22,23
109:25 110:2
145:15
230:15,18
231:8
**pictures**
107:18
**piece**
68:23 108:19

176:21
229:19
242:12 244:1
276:11
306:11 321:7
**pieces**
122:25 229:18
236:15 321:4
**pile**
71:6
**pipe**
77:5 80:12
84:19,22
87:11,16
88:1,2,6,24
89:1,6,21
92:19 93:13
93:15 95:11
108:20
184:21 323:8
323:15 324:8
324:12,14,23
324:24 325:5
325:7,9,18
326:9,20
327:10,18
328:1,7
349:19,21
353:10,15
**pipes**
225:7
**pit**
6:21 45:22,24
60:10,14
61:2,3,4,9,9
64:22,23,24
65:4,7,13
73:14 74:11
96:16 100:17
114:18
115:11
125:18,20
187:4 200:21
201:1,2
214:25
229:15
314:25
316:14
320:18,24,25
321:3,20,22
322:2,4,8
323:7 336:10
337:22 338:9
338:22,23
341:18
342:10 343:5
343:18,19
344:20,24
345:7,8,22
345:23 346:7
346:10 349:2
349:11
350:12
**pits**
60:25 61:2,4
73:20,24
74:11 100:14
100:22
199:19,24
200:23,25
214:24 280:8
321:11
337:12
342:14,17
343:12,17,17
344:18,18
345:1,1,5,5
345:6,7,15
**place**
27:17 29:11
114:25 115:7
115:9,12
116:11
125:13

149:18
168:13
169:24 170:2
238:18
240:11,24
284:19
311:15 314:8
314:13 318:5
321:17
329:22
330:11
333:16
334:15
335:14
338:10
346:20 348:1
350:19
**placed**
138:12
**placement**
57:3 219:22,24
220:9,14
**places**
207:4
**placing**
58:25
**plaintiffs**
2:3 142:24
143:1 247:4
**plan**
29:7
**planning**
234:17
**platform**
218:10
**play**
235:8
**plc**
147:22
**please**
11:13 14:4
16:12 199:8
254:15
281:21
282:12
284:22
357:20
**plenty**
328:20
**plot**
57:6 68:14
310:9
**plotted**
167:22
**plug**
115:13,14
**plugged**
94:15
**plumbed**
86:21 87:7
88:6
**plumbing**
339:3 344:8
352:20
**plus**
60:11
**point**
19:13 27:4,8
34:25 35:9
39:20 42:25
43:3 51:12
62:25 83:1
117:19
122:12 141:7
142:17 153:20
156:2 175:5
180:5 187:14
196:1 199:1
200:24 201:1
217:22
230:22
253:11
267:14,21,22

267:23 268:7
268:11 272:4
324:6 329:7
348:12,15
**pointed**
42:17 106:12
**points**
242:10
**policies**
258:16
**policy**
2:18 297:9,11
297:12
298:18,22
299:12,19
332:8,15
334:4,10
335:7
**polk**
4:17,18
**pop**
87:20
**popoff**
88:20 328:11
328:14
**popped**
44:7
**pops**
213:22
**port**
254:1
**portable**
292:2
**portion**
32:18 33:3
47:22 251:25
**portions**
318:9 319:9
**posed**
101:12
**posing**
22:20
**position**
24:14 30:9
149:22 150:9
179:9 188:20
189:16
262:19 268:9
268:15,16,20
350:5
**positions**
182:14
**possibilities**
291:1,2
**possibility**
77:16 204:13
**possible**
43:11 138:10
175:21
185:17
211:20
212:23
291:10
325:17
327:15
337:21 339:9
339:15,19,25
345:14,17
352:21
**possibly**
45:18 324:14
327:11
328:23
**post**
3:4 26:9 44:23
49:10,24
54:14 55:8
56:8 57:20
131:1 139:21
140:24
**postaccident**
40:24

**potential**
32:24 33:1
41:25 42:8
46:13 54:22
57:1 77:12
78:12 79:11
141:6,23
210:24 211:1
**potentially**
56:10 310:22
63:6,23
**potentials**
211:2
**power**
37:20
**powerful**
270:20
**powerpoint**
8:23 282:10
**poydras**
1:22 2:6 4:18
11:3
**precedes**
149:1 151:4
**precise**
190:19 197:1
**predate**
139:17
**preference**
75:9 133:6
**preferences**
287:2
**premise**
296:13,14
**preparation**
143:18 144:2
144:18
145:13,20
146:16
149:25 150:8
162:15,17,19
252:23
**prepare**
77:10 96:17,19
137:4 249:25
250:22
252:10
255:23 256:3
**prepared**
59:9 78:10
113:20 114:4
114:11
248:17
249:20 251:4
266:18 269:1
**preparing**
37:17 114:1
118:15,18
256:12
280:18
**present**
5:9 68:24
148:15
169:14
239:15
241:25
262:16
324:22
**presentation**
99:6 167:23
**presentations**
258:4,6
**presented**
55:25 67:7,17
99:11 137:11
147:9 155:25
**preserve**
263:4
**preserving**
265:24
**president**
41:10

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

20

| | | | | |
|---|---|---|---|---|
| presidential | 205:23 207:3 | 129:23 | 161:3,6 | 12:10 68:2 | 292:10 |

presidential
14:13,23 15:12
79:16 84:10
85:3 89:5
188:4
pressure
77:5 80:12
84:20,22
86:11,15
87:9,19,25
88:1,3,15,23
89:2,6,21
92:20 93:13
93:15 94:7,9
95:11 184:21
235:5 308:1
308:2 314:25
323:8,16
324:9,12,14
324:23,24
325:7,18
326:11,20
327:6,16,19
327:22 328:1
328:8,14
349:19,21
presumed
168:12
prettier
96:22
pretty
143:13 155:13
299:22
300:24 322:2
preventative
7:13
prevented
229:4
preventer
235:12
preventers
34:18
previous
23:7 144:7
168:8 174:18
186:12 188:1
189:5 205:22
247:6 266:16
previously
14:8,11,16
86:13 87:13
124:15
189:25
202:15
primarily
13:24 51:16
primary
305:20 309:3
309:19,21,23
310:1 349:22
349:22
354:18
principal
178:17
printed
50:17 170:21
171:1 281:18
printout
7:2 70:13
209:8
prior
14:21 15:3
19:21 33:12
33:15 35:10
35:18 41:1,5
41:15 44:21
47:12 48:4
52:13 80:2
83:1,3
145:13
148:20
149:10 172:6
193:12

205:23 207:3
250:10,11
295:8 299:2
probably
15:18 52:13
113:15 132:3
150:14
160:21 167:3
207:7 285:13
288:15
312:14
problem
25:19,25 26:3
26:4 145:4
182:11
238:22 241:9
problems
42:17 159:3
160:5 229:10
229:12 297:6
306:4,9
procedural
102:22
procedure
6:15,18 10:6
131:13
167:16 355:3
procedures
7:16 103:2
150:6 233:13
311:8
proceeding
11:23 50:22
proceedings
14:18 15:4
70:10
process
53:24 54:2
125:11 162:2
162:7 178:23
179:10,14
180:10,14
181:4 257:25
258:2 263:8
processes
244:3
produce
171:8 181:17
207:24
produced
225:2 233:21
272:23,24
282:4,6,10
292:22
295:18
produces
343:15
producible
179:24 310:23
producing
209:21 296:3
308:3 310:3
310:4
product
148:2,10,13,16
148:24
301:21,25
302:2 303:15
303:19
production
8:3 114:20
179:22 180:2
298:1
profile
240:22
profiles
241:16 242:22
program
25:5 31:4,10
35:23 74:20
75:3 118:24
120:20 121:2
121:11

129:23
130:13 134:3
149:1 150:11
150:17,20
151:19 152:2
152:5 158:15
160:16 179:7
235:24 236:2
239:14 271:4
272:17
programming
289:13
programs
29:5 243:18
progress
336:9
project
40:22 45:3,8
45:10 46:10
46:24 47:15
49:24 53:5
54:14,20
56:8 111:15
152:16
219:12,12
257:5
projects
29:18 295:6
promise
201:23
prone
159:8
pronounce
246:24
pronouncing
182:10
proper
42:18 82:21
173:17
188:24 243:4
310:7,10
properly
95:6 226:11
282:8 302:21
302:22
330:10 356:1
properties
22:25
property
218:1
proprietary
148:6 272:20
283:24
protection
264:13
protocol
284:2
provide
21:17 25:8
37:20 41:11
164:15 180:8
181:19
255:11
267:10
275:15 301:5
301:13
302:10
307:22 323:7
provided
14:16 15:14
23:12 32:4
36:10 38:24
40:17 41:17
68:15 93:11
112:4 165:14
210:24
provides
120:5 301:8
providing
15:20 18:17
21:17,21,24
22:4,8,15
25:2 36:17

161:3,6
192:12
psc
12:6
psi
77:3 84:23
86:15,25
88:2 89:7,22
pst
298:8,15
public
14:18 15:14
published
55:12 79:15
pull
82:22 122:11
155:23 298:7
pulled
260:25
pulling
224:13
pulsed
94:6 303:22
pulses
93:24
pump
62:4,7,8 82:9
87:14 88:19
89:23 92:22
94:17,19,20
95:1,7,11,14
95:15 340:14
340:14,19,21
352:7
pumped
62:11,20,22,23
63:2,3,6
pumping
72:11 316:12
337:3,6,18
337:20
339:17
340:22 341:5
341:11,17,24
342:6,17
pumps
48:23 76:18,24
81:20 84:21
89:8 94:23
94:23 196:20
240:19
242:25
319:20,25
340:25
342:13 347:9
348:7,10
350:8,23
351:6,11,12
351:24
353:18,25
354:1,17,25
355:8,14,23
355:24
purpose
155:4 289:16
purposes
45:13 47:10
71:5 92:17
94:5,23
95:11 186:2
186:19
272:10
308:17,19
309:19
pursuant
6:14,18 10:5
pushed
342:13
pushing
325:5
pushy
189:11
put

12:10 68:2
71:3 77:11
79:9 90:14
94:24 96:2
99:13 101:24
102:8 115:6
115:9 132:13
133:3 168:11
183:1 218:6
227:3 232:25
236:25 237:2
238:23
296:16,18
299:2 319:22
325:25 326:1
326:3
putting
56:7 132:18
319:2
puzzle
229:20

_____

Q

qc
23:8 308:1
qualification
160:20
qualified
131:10 228:18
quantify
165:11
query
289:17
question
10:13 14:4
15:24 16:3,6
16:13,14
22:18 39:13
39:22 44:6
47:8 56:3
59:23 61:18
64:3 77:22
79:19 84:17
94:17 96:10
101:6,9,12
101:17 105:8
109:15
110:10 111:4
116:25 127:6
127:9 129:18
133:11
134:21 135:8
139:8 141:16
143:7,8
184:25
185:12 189:1
189:3,5
192:20 198:6
201:19
232:16 257:2
261:3,15
285:9 295:24
297:14 307:3
338:25
344:14
questioning
14:1 142:8
questions
15:19 41:16,20
42:5,14 80:5
87:2 118:23
142:2,23
143:1,11,14
143:22
147:22
150:14
153:25 158:7
174:19
183:23
228:16
247:24 248:8
249:5 250:1
250:23

292:10
296:15
300:11
quick
292:12
quickly
296:12
quirk
267:23,24
268:7
quite
78:6 166:6
184:11
202:10
quote
81:19 82:8
86:10 89:5

_____

R

rack
277:21
racks
37:11
radar
115:17
raise
322:12
ramirez
8:17 254:22
randy
8:17 182:3
254:21
range
122:21
rapid
143:13
rapport
331:21
rare
298:19
rat
298:18 299:19
rate
34:21 62:5
95:1 97:13
315:5,5,6
319:6 320:7
340:14,15,20
340:21 341:3
rates
125:24
raw
46:11 160:9
258:1 259:25
260:4
reach
222:9 322:25
352:24,25
reached
49:11
reaches
217:1
reaching
202:2 328:10
react
307:21
reacting
42:24 48:20
read
71:17,18 72:9
73:11 87:10
89:17 94:6
111:24 132:4
183:8 184:3
189:5,14
192:1 226:11
226:20 231:8
249:2 272:21
273:2 304:12
305:6,8
330:10 357:5
357:6

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010                    Reported By:
JOHN JOSEPH GISCLAIR              March 14, 2011         DIANE TEWIS CLARK, RPR, RMR, CRR

21

reading
 10:9 37:21
 97:18,20
 187:11
 190:24 197:8
 218:25
 225:16 226:2
 304:20
 305:15 329:4
readings
 37:21 93:9
 198:7 225:22
 226:3 227:16
 280:8 313:14
 315:19
 317:21
 322:21
 349:15
readouts
 197:21
reads
 189:9 251:13
really
 148:4 152:8
 161:13 162:3
 163:10
 164:14
 166:25 168:4
 197:13 218:8
 281:18
 289:15
 329:16 339:11
 339:11
 344:21
 352:11
realm
 249:12 264:5
realtime
 21:12 25:16
 27:2 35:17
 44:16 62:3
 62:18 85:12
 94:2 122:4
 123:9 130:6
 130:11,22
 136:11,14,23
 138:21
 208:25
 253:25 254:4
 256:7 259:8
 276:3 282:16
 282:24
 283:18 284:6
 284:15
 309:15
 342:16
 345:19
reason
 67:16 190:13
 190:14
 197:21
 198:16
 206:10
 211:22 242:8
 309:21,24
 310:1 353:24
reasonable
 214:7
reasonably
 16:9
reasons
 235:4 308:10
 308:14 309:4
rebuild
 43:7,8 45:4,11
 46:12 173:5
 205:11
 329:16
rebuilding
 43:19 173:6
recall
 19:19 33:18
 35:2,3 44:6

48:18 50:6
 50:24 52:11
 52:15 53:8
 53:19 56:16
 91:4,6 96:20
 124:17 141:8
 141:12 147:5
 163:5 165:6
 165:24,25
 172:16
 181:21
 202:24 207:8
 208:17
 239:21 249:3
 249:16 255:1
 280:14,17,25
 281:10,19
 294:6 299:15
 299:17
 338:11
receive
 28:20 69:19
 118:22
 284:13,14,17
received
 26:15 169:11,20
 70:9 158:11
 179:8 234:5
 253:5 297:22
 350:7
receiving
 21:12 221:5
 224:2 255:1
 271:6 275:14
 302:17
 312:13
 316:13 319:1
recess
 65:22 124:9
 142:14 174:8
 229:24
 273:23 300:4
recessed
 356:12
recipient
 179:1
recipients
 174:25 179:3
recognize
 70:11 96:11
 111:5 117:1
 133:12 135:9
 216:25
 292:25 293:6
 293:6
recognized
 197:9
recognizes
 216:5
recommend
 129:19
recommended
 147:10
reconcile
 48:2
reconfigured
 341:1
reconstruct
 173:12 181:14
 182:24
 243:17
record
 12:2 65:21,25
 69:24 70:7
 108:11
 111:25
 122:15 124:8
 124:12
 142:13,17
 145:1 174:7
 174:11,15
 178:10 206:5
 220:5 230:2

245:23
 246:16,20
 253:1 261:1
 273:22 274:1
 300:2,7
 309:10,15
 356:5,7,9
recorded
 309:4,9
recording
 309:19,21
 310:2
records
 53:25 258:18
 263:5
recreate
 50:14 53:7
 54:21 138:7
 216:13
 243:20
 337:15
recreating
 50:16 56:9
 216:18
red
 108:24 213:19
 343:6
redden
 4:3
refer
 18:20 66:5
 119:4,20
 328:19
reference
 71:4 81:23
 82:5 86:24
 87:24 160:8
 161:19
referenced
 88:14
references
 194:16
referred
 207:4 260:7
 269:6 276:22
referring
 56:1 57:9
 67:11 69:14
 176:15
 186:18 229:1
 250:13 252:7
 253:13 255:5
 269:24
 282:14
 285:23 286:9
 304:21 305:7
 321:16
refers
 257:7 282:15
reflect
 54:8 89:2
 123:19 220:5
reflecting
 51:7 209:16
reflection
 217:12,13
refute
 212:7,11
regan
 3:8 6:4 11:20
 11:22 12:22
 13:8 39:12
 39:14 43:2
 48:8,10
 52:19 58:16
 59:5 65:16
 66:2 67:24
 70:21,25
 71:2,11
 77:21 79:6
 81:14 84:13
 84:15 89:15
 90:20 96:7

102:3,13
 103:12 104:2
 104:12,16,18
 105:3,12,18
 106:23 108:8
 108:21 109:5
 109:16
 110:13,15,23
 112:11 113:6
 114:9 115:21
 115:23
 116:20 124:4
 124:14 125:4
 126:14 129:4
 131:22
 132:10,12,21
 133:1,23
 134:17,19
 138:1,16
 140:11,13
 141:15,25
 181:6 219:5
 220:2 222:21
 293:19
 311:17
regard
 152:15 162:11
 227:23
 256:23
 265:19
regarding
 26:2 41:20
 164:1 171:21
 248:8,15
 251:15
 255:14,17
 261:6 265:24
 266:3,19,22
 269:3 275:1
 299:5
regardless
 39:2
regards
 160:18 332:25
regime
 299:12
regular
 16:9 93:20
 115:25 116:4
 211:16 214:6
 221:19
 271:16,17
 271:25 275:2
 302:15
regularly
 19:10,23
related
 205:17 255:15
 258:16 263:2
 268:24
 358:15
relates
 25:18 258:21
 266:14
relation
 162:10
relationship
 39:8 220:13
 300:16 302:4
 302:7 303:10
 316:1
relative
 164:23
relayed
 182:14
release
 149:10
released
 292:8
relevant
 206:11 263:18
reliable
 339:21 351:16

relied
 167:10 199:8
 202:12,16
relief
 27:22,25 28:19
 299:5
relies
 241:24
relocations
 235:21
rely
 202:13 204:24
 218:16
 228:21 229:8
 229:18 351:1
relying
 168:18 197:14
 197:18
remaining
 315:14 349:22
remark
 71:20 72:4,7
 72:19,24
 73:3,8,10,16
 73:22 74:5
 77:1,7
 199:23
remarks
 50:24 51:1,2
 54:5 69:23
 69:24 71:14
 72:13,15
 76:4,5,7
 77:11,15
 78:1,8,10
 165:12
 167:22
 195:23 199:3
 203:8 245:18
remediate
 29:20
remember
 202:18 244:16
 248:23 265:8
 271:8 330:15
remembered
 197:6
remotely
 74:18 260:12
 275:19 277:3
removes
 225:6
repairs
 36:2
repeat
 189:3 201:19
 228:6 261:15
rephrase
 16:4 39:13
 77:24,25
 234:24 327:4
replace
 179:3 218:20
replacing
 304:16
replication
 283:8
report
 7:4 55:13,20
 55:20 56:5
 56:13 58:7,9
 58:19 59:9
 60:12 72:16
 76:9,16
 79:15,20,24
 84:10 85:4
 86:19 89:5
 89:17,19
 111:10,11
 113:8,21
 114:12
 141:13 194:2
 195:13,15,21

195:24 196:2
 196:11,17,23
 197:15,17
 203:3 328:23
reported
 1:23 5:17
 274:17 358:9
reporter
 5:14 10:2
 11:13,18
 189:14 358:4
 358:23
reporters
 358:1
reporting
 358:10
reports
 27:10 114:5
 254:1 258:6
 258:8,9
represent
 93:6 293:3
representative
 13:19
representat...
 154:7 173:9,10
represented
 77:18 88:23
 100:3 102:20
 146:16
representing
 11:23 78:4
represents
 74:24 93:7
 144:10,14
request
 91:7 99:19
 181:14
requested
 189:13 302:18
requesting
 156:4
require
 198:12 275:16
 292:6 304:10
 350:20
required
 219:24 232:21
 289:1,3,3
requirements
 233:9
requires
 93:25 288:21
research
 101:13 250:5
 251:11
 329:16
reserve
 13:25 142:4
 150:15
 344:18 345:8
reserved
 10:15
reservoir
 131:6,11
reset
 216:6
reside
 287:4
resided
 157:6
resides
 155:23
resonant
 64:1
resources
 2:16
respect
 26:7,11 27:23
 28:1 29:19
 40:14 48:18

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010                     Reported By:
JOHN JOSEPH GISCLAIR              March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

22

```
    60:7,16           319:21            115:18 116:5      66:10 67:6        rmr               342:21,24,25
    75:12 104:6     returning           116:5,6           70:18 71:3        5:13 10:21        343:2,12,20
    116:12 129:5    65:25 124:12        119:6,9,10        78:7,16 80:9      358:3,22          343:22
    140:1 266:23    142:17              121:10            80:18 81:13     robbins             345:17
  responding        174:11 225:7        127:25 128:3      90:7 91:22        4:15            sara
    31:24           229:13 230:2        128:8,12,19       92:9 95:18      robust              144:22
  response          246:20 274:1        154:5,8,14        102:14,24        270:18          satellite
    26:12 39:23     300:7 342:15        158:24 165:9      106:3,24        rock               130:16 158:12
    57:5 74:10      345:2 348:16        165:17            114:14 118:9      312:5,15,20       159:7 210:10
    186:4,8         349:3 350:9         167:22 169:6      120:23         role                224:3 273:12
    188:3,4         352:23              173:5,7,9,11      122:14 124:3      26:12 27:21       273:14 274:5
    199:21        returns               173:18 175:11     124:23 132:7      28:7,10           279:21
    201:18          73:14 76:12         175:4,4,13        134:20            36:14 113:25      282:23
    206:22 246:4    114:18,25           176:11,21        138:17 145:6      118:14,17       satellitere...
    246:8,10        115:5,9             178:8,12,17      145:17            217:12             176:18
    250:19          200:23,24,25        178:25 179:3     150:10,12,21     220:22 235:8     satellitetr...
  responses         201:1 214:23        183:3,15,20     152:23 157:2...  ronquillo           176:8
    22:19 23:1,1    214:24              182:19          157:15            5:3 146:11       save
    42:23,24        313:12 320:7        184:20 187:6     161:18 162:6      172:18,24         123:23 298:21
    43:12,14,16     343:13,17           187:7 190:16     168:6 184:13    room              saw
    57:4 131:7      344:17              190:19,24        185:12,15,19      1:22 2:19         42:16 48:2
    131:10          347:22 350:4        191:10,12        186:14            165:22,25         73:19 163:8
    165:10 184:7    353:10              195:16           193:25            208:2             247:13,20
    184:8 198:11  reverse               199:20 200:3     194:14,15       rose                285:2 318:19
    199:1 205:13    326:13,15           203:12 205:7     199:7 203:16      86:14             335:14 336:5
    244:25 246:2  review                205:7,11         205:15 206:6    rouge             saying
  responsibil...    44:22 47:10,19      208:9 210:20     206:8 208:15      2:14 142:23       166:1 180:5
    18:12 20:3,24   47:23 49:1,9        215:9 218:14     208:18 211:5    rough               190:18,22
    24:6,13,18      55:7,10 70:3        219:18 220:9     220:19            33:9 155:13       203:15 236:7
    24:21 26:6      95:19 111:25        220:11 221:3     237:17 238:1      318:25            313:23 321:7
    239:3 255:8     112:21              221:14 225:5     243:12         roughly              339:6 341:4
    266:23          114:16 147:9        230:10,23        282:14 289:6      37:10 60:22       343:4
    274:25          147:10,12           231:13 234:8     295:14 297:6      238:8 317:16    says
    303:12          252:24              234:8,10,17      299:25          routine             71:21 73:10
    335:10        reviewed              234:18           301:18 304:6      238:16            77:2 84:18
    354:22          46:9 48:22          236:12,17,20     305:9 308:11    roy                 103:16
  responsibility    55:15,19            237:8,8         313:21 314:2      2:9 247:2         135:24 138:3
    136:19 264:6    56:7,13             239:4,7,16      315:8,23         rpr                 231:18
    274:20          58:17 59:20         243:16,24,24    317:2 321:1        5:13 10:21        285:14
    275:12          79:23 80:1          244:10 251:6     321:12            358:3,22          292:21 293:9
    354:16,19       146:20 153:5        251:8 270:14     323:11         rudimentary        scale
  responsible       214:3 252:11        271:19,21,22     326:20            96:25 270:2        69:1,3,5
    18:14 24:22     328:24              272:10 273:8     329:10 331:4    rules               121:15,16,22
    136:21        reviewing             273:14          337:4 338:14       6:14,18 10:6      122:3
    237:15,18       53:6 56:4           282:22          340:15         run                 scenarios
    251:8 257:10    131:24              294:25          341:20 342:8      31:4 94:7          79:1
    264:7 274:16  richard               303:25          343:10,23         119:24          schedule
    303:6,13,20     9:5 296:23          305:13          344:19            241:23            116:1,4
    303:23,24       297:1               306:25 307:4    346:17 349:7      269:11          schell
  responsive      richardson            308:19          349:24            270:20,21         4:17
    105:10          4:17                309:11          350:10,10         276:18 278:2    schlumberger
  responsiveness  rid                   310:25 312:2    351:20 354:7      288:17 289:7      284:14
    10:14           163:25              312:4,5         righthand         309:1 337:11    school
  rest            rig                   318:5 319:19     69:22 71:15,20    338:20,21        16:19
    201:7 231:22    1:5 8:4 11:8        320:17           183:2 184:14   running           science
    251:9 312:15    19:15,23            321:16,19,25     184:19 185:5      18:15 21:4        16:25 178:20
  restrictive       22:1,6 25:23        322:5,14         190:16 200:8      38:11 94:13       178:20
    344:25          28:17 31:23         323:22           243:9 244:19      149:14          scope
  result            32:2 36:17          328:16          rights             192:12            47:7
    65:11 221:15    36:22 38:7          329:21           139:11 285:17     224:13 271:4    screen
    239:12          38:17,17            330:19 331:3    rigmonitoring      271:5,7,10        11:5 132:6
  results           39:23 40:1          331:15,17,20     354:21            272:6 274:7       313:16
    339:24          40:18 41:21         331:22,23,23    rigs               285:24 286:4    screens
  resume            42:20,22            332:9,16,20      18:15 19:18,20     306:5 308:2      31:9,16 127:19
    76:11           43:8,10,13          333:9,15,18      21:12,18          350:24          sdl
  retain            43:14,19            334:14,17,17     22:17 25:9      runs                7:16 91:10
    299:4,6,7       44:25 45:5          335:1,2,11       37:15 38:9        254:3             103:1 111:9
  retained          45:12,15,17        335:16,17,23     191:15          russell            sea
    259:3 260:2     45:18,20            336:15           218:25            144:22            83:4 116:6
    266:8 290:11    46:4,12            337:15,15        301:10                               337:19,21,24
    299:21          48:14 50:13         339:1,4         305:25 338:7        s               337:24 338:4
  retention         50:14,16            344:8 348:13    338:12,18      ───────────           338:8,21
    258:16,23       53:7 54:21          350:12,15,19    339:10,11,12   safety                339:17
    297:9,11,12     56:9,25 69:6        351:1,8,16       rigup            239:14,23,24       340:23 341:5
    298:17,22,24    69:9 72:17          352:6 353:17     38:8,12,13      sampling            341:17,24
    299:12,19       72:25 74:15         354:5,14,19     rise              93:25 95:2,5       342:7
  retrieved         74:22 82:23         354:20 355:6     87:19 88:2      san               search
    260:15,21       83:6,13,16        rigged             riser            3:13              296:19
  return            83:19 84:4         105:2             72:12 96:25    sand              searched
    91:21 96:15     85:17 86:4        right              324:7 326:19     73:23 74:13       297:7
    97:1,4          90:6 106:9,9        15:11 18:4,10     327:10 337:4     199:15,19       seawater
    273:19          107:17,19           19:6 20:19       337:7 338:21     200:18 244:5      62:10 72:11
    314:15          111:2,13            32:19 52:22     risky              244:8 342:18
                                       56:16 65:17       206:3
```

601 Poydras Street, Suite 1720         GAUDET KAISER, L.L.C.         Telephone: (504) 525-9100
New Orleans, LA 70130-6009         Board-Certified Court Reporters         Facsimile: (504) 525-9109

Exhibit K
Page 112

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

23

323:21 324:8
325:12,13
326:23 337:4
337:6,8,17
347:4
**second**
70:7 86:9
136:3 140:8
239:4 293:7
293:13
297:15
299:15 312:4
324:4
**secondary**
175:8
**secondhand**
128:20,25
**seconds**
176:25 240:18
**secondtolast**
81:17
**secrest**
4:3
**section**
1:5 2:18 23:11
82:23 103:13
103:16
111:17
112:13 113:8
113:10
197:10 203:9
318:6
**secure**
263:12 286:2
**secured**
26:17,19 266:7
286:5
**securing**
26:25 27:11,16
27:20 263:22
263:24 264:8
265:24
**security**
285:15,16,23
**see**
12:23 25:25,25
27:5 31:23
39:20 43:12
44:14 45:25
46:2 52:23
59:10 61:19
63:1,15 65:8
66:9,18
75:12 77:1
80:16 81:24
82:6,13
83:12 84:17
84:23,25
86:16,23,24
88:8,14,16
89:11 93:3
97:5 99:6,9
99:17,25
100:8 102:17
103:13,18,23
107:15
108:25 110:1
111:21
112:15,18,21
113:13,17
121:12,21,22
122:11 123:7
135:17,25
137:5,7,22
137:24 153:8
156:2,4
160:25 168:3
178:13 184:5
184:20
186:21 194:9
196:19
199:23
209:24

214:16 215:5
222:3 223:9
245:16,17
253:1 254:24
259:24 271:2
272:22
278:14 280:7
281:8,18
294:13
297:20
300:16 323:5
325:18
327:11,15
335:18 336:4
343:9,18
345:21
**seeing**
25:10 26:1
31:15,21
163:7 209:9
338:11
**seek**
142:4
**seen**
13:3,14 37:1
40:2 49:15
54:5 59:12
79:20 103:4
106:1,4
107:5 133:14
139:24 143:4
153:4 159:9
164:6 170:24
207:4 226:4
232:10
238:22
247:10 250:9
252:12 281:8
294:6
**sees**
90:6
**select**
103:22 119:24
**selected**
13:20 188:23
243:3
**selecting**
104:21
**selfadjusting**
236:2,5
**semisubmers...**
19:15
**senate**
50:8
**senatorial**
41:1
**send**
158:21 297:10
**sending**
93:9 95:12
**senior**
4:13 51:24
105:1
**sense**
50:11 188:2
195:23 205:9
351:12
**sensitive**
181:5
**sensor**
23:1 37:21
43:12,16
48:13 57:3,4
74:10 87:11
91:15,17,18
91:25 92:5
92:10,10,11
93:1 95:12
95:16,19
97:3,4,8,11
97:15,21,25
99:25 101:4
101:19

103:17,23
104:7,22
105:23
106:12 107:2
107:10
108:11 109:6
109:7,18
110:1,2
115:17 116:2
116:12
124:17
125:10 131:7
131:9 140:16
140:19,25
161:21 184:7
186:3 187:10
191:15
199:21
201:18
205:13
206:22
218:14
219:22,24
220:9,14
227:25
228:24 280:7
303:25
304:15 308:2
308:7,19
309:10
320:16
335:22
341:13,25
344:6 349:1
349:1,13
350:2,9,10
350:14,19,21
352:25
**sensored**
140:15
**sensors**
7:7 35:22 36:2
37:20 38:10
48:14,19
49:22 57:7
90:24 92:6
92:12,16
93:8,10,15
93:18,20
94:3,14,19
94:20 97:24
100:10,17
106:4 126:3
126:25 127:1
128:23 186:8
197:7,8
210:20,23
217:15
218:17,21
219:1 228:9
228:9,23
234:16 251:7
251:8 271:17
304:2,4,4,11
338:2,4
344:11
349:13
**sent**
8:17,20 9:6
41:17 93:24
175:19
177:18
281:20
**separate**
17:2 23:2,5,11
47:4 169:20
170:10
230:17
279:13
286:12
**separates**
225:12
**september**
14:19 29:13

55:19 141:4
**series**
32:17,18,19
113:14
197:19
**served**
20:9 58:1
326:24
**server**
257:20 259:13
268:24 269:6
269:7,10,11
269:16,24
270:8,10,12
276:7,13,16
276:17,21
277:10,18,20
277:22 278:1
278:24 287:9
297:17
298:16
299:10
**servers**
260:10 269:11
270:22,25
271:3,6
299:12
**service**
24:10 38:18
107:1 176:7
176:8 251:16
258:18 263:5
266:16
268:25
269:10
283:15
284:13
293:25
295:12 301:7
303:1
**services**
7:19 8:2,8
36:11,14,18
36:21 38:4
38:22,23
41:16 111:1
111:18,22
112:3 136:16
140:2 148:25
255:11
287:20
293:11,12
301:5,9,13
302:11
**session**
288:20,23
**set**
27:16 58:18
59:24 60:17
61:17,20
66:14 67:14
69:1 71:14
71:24 72:3
78:10 85:3
112:1 115:25
123:10 129:6
129:9,15,24
132:7 134:3
134:25
136:25
137:12
158:19 214:6
214:19 215:9
215:9,13,14
239:4 241:22
276:8 293:17
312:4 327:17
327:25 328:7
354:20 358:8
**sets**
59:16
**settings**
126:5 232:4

289:18
**setups**
210:14
**seven**
19:8,11,14
**seveneighths**
114:21
**seveninch**
114:21
**seventh**
103:8
**shack**
37:10,11
209:13 210:1
**shades**
250:17
**shakers**
225:5
**shallow**
235:22
**shared**
303:17
**sharp**
343:15
**sheen**
75:22 226:25
**sheet**
245:7 357:22
**shell**
301:11
**shes**
256:8
**shifts**
330:2
**shore**
41:22 249:14
**shorebased**
22:2
**short**
244:12
**shortcut**
228:1
**shortcutted**
227:25
**shot**
208:21
**shouldnt**
232:24
**show**
42:4 58:22
62:23 120:7
122:8 132:5
183:8 223:3
223:5 253:2
331:20
346:24 348:1
350:3
**showed**
27:6 65:13
87:18
**showing**
41:13 98:19,19
208:25
213:23 353:9
**shown**
84:1 135:23
173:24
**shows**
74:10 85:19,20
122:10 201:5
249:9 348:6
350:8
**shushan**
1:7
**shut**
48:23 75:21
76:18,24
84:21 89:9
89:23 186:23
240:20
242:24,24
319:19,25

320:3 348:6
350:23
351:25
353:25,25
354:17,25
355:8,8,15
355:18,19,23
355:24
**shutdown**
197:1
**shutoff**
100:3
**shuts**
353:17
**shutting**
83:3 196:20
197:10
**sick**
241:6
**side**
66:10 71:15,20
183:2 184:14
184:19 326:2
326:4 328:21
337:23
**sight**
215:24
**sign**
322:18 325:6
**signal**
94:6
**signals**
48:3 304:12
**signature**
81:22 82:11,21
82:22 83:13
84:1,24
87:18 123:14
188:17,21,24
188:24
189:17,22
190:3,21
191:10
193:10 194:1
240:18,25
241:1 242:6
243:4
**signatures**
48:13,23 83:8
193:19
194:10
240:10,14
**significance**
177:4
**significant**
20:2 80:15
81:4,11 85:7
85:10 89:8
89:23 90:1,2
94:24 99:16
99:16 323:4
**significantly**
319:6
**signing**
10:9
**similar**
77:11 83:4,6,7
83:16 84:3,4
123:4 158:16
166:8 167:21
218:22 284:5
292:1 298:14
**similarities**
218:19
**similarly**
23:11
**simple**
63:5 101:6
308:25
**simply**
309:9
**sims**

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

24

```
280:23  288:1        situation            187:21              129:11,12           194:20  195:2        144:22
291:14,19            84:3  221:20         195:22  198:9       130:1,9             195:3  207:16         staff
simultaneously       287:22               200:25             137:20              207:24               41:14  42:13
213:19               situations           206:21             160:22              208:24               138:21
single               228:17  335:4        209:18             161:20  165:5       210:24  211:4         260:11
19:23  267:18        six                  217:17  228:6      165:6  171:21       217:13,14            stage
281:15               94:15  210:14        234:22             178:10  186:3       218:16  225:2         27:16
sink                 210:16               252:12             191:24  197:6       225:4  227:24         stamp
37:17                sizes                262:18,22          199:1  214:11       232:22               252:18
sir                  324:22               268:21             224:25  233:9       233:14,22            stand
13:5,15,21           sketch               274:10             240:15,22           237:14,22            52:3  77:5  86:1
14:10  15:1,7        165:21               278:19             241:24              238:3,14             86:2  87:11
15:10,17             skills               287:21  293:5      244:10,16,25        248:9  257:16         87:15,25
17:6,8,11,17         305:1                294:15             255:16              300:20  302:3         88:2,6,24
17:21  18:22         skip                 298:13             262:21              304:20  305:8         89:1  92:19
19:5,12,16           80:23                313:11             276:25  290:1       305:16  310:2         93:13,15
19:19,25,25          slow                 341:10             300:25              312:10               95:11  184:21
26:8  29:21          143:14  218:21       348:11             303:21              314:18               195:6  198:8
29:24  30:2,5        347:9                sort               319:10              323:22               323:8  324:12
30:8,11,14           small                106:10  150:10     324:19,21          330:10  332:7         324:22
30:16,19             20:12  128:9         156:25  175:6      328:12  329:5       333:3,17             325:18
32:5  34:1,4         177:14  184:3        sought             332:15              334:4  337:23         349:19,21
53:12  59:6          smart                10:16              334:23              338:1  340:18         standard
61:25  68:2          292:1                sound              345:22              341:6,18,24          167:15  270:21
79:13  90:15         smiths               63:9  215:24       348:24              344:6  348:22         283:15
106:17  142:9        56:13                sounding           specifically        349:6  350:2         287:15
145:22  146:6        snapshot             215:7              26:10  122:25       354:23               290:14,18
146:18               214:4  215:6         sounds             162:10              sperrys              292:3
153:22               socalled             271:17  289:8      163:14              224:20  301:2         standards
168:17               201:9                source             166:21  213:5       302:4                286:11
172:13  180:7        softball             46:10,11  68:19    250:21              sperrysun            standby
183:15  184:1        291:21               69:10  72:13       251:17              9:9  18:25  23:5      314:25  327:6
184:11               software             72:14,23           252:10  255:3       23:12  25:8          327:16,21
190:22               21:22  22:1,17       73:7,16  74:4      261:1  272:13       36:10  38:24         standing
191:18  195:9        23:15  25:3          75:19  76:6        273:4  301:3        39:5  40:10          145:16  220:8
195:21               26:3  78:24          76:14,20           305:5  320:14       44:23  49:25         standpoint
198:21  199:8        119:6  134:8         77:7  78:8         324:1  339:14       53:6  69:15          25:12  36:16
200:9  204:11        147:20,25           91:24  195:16      specifications       78:25  101:3         168:4,7
206:15               149:13               340:25             282:19  283:11      124:16               191:8  316:5
208:21,22            150:20  151:1        sources            specificity         125:10  126:7        stands
210:7  211:1         151:12  154:1        46:20  159:14      55:23               134:2,10             282:18
215:16  241:2        152:17  160:16       southwest          specifics           140:1  248:13        start
246:12  247:5        157:2  160:16        17:14,23           146:23  159:6       255:8  259:17         18:1  40:21
247:12,22            161:2,23             space              161:14  162:3       294:17               43:4  66:1
248:2,17,24          219:15  267:3        133:21  134:11     166:6  234:7        300:16  307:6         71:19  72:11
248:25               270:8,12             spaced             spell               317:10               92:10  124:12
249:15               272:5  273:3         281:15             233:13              sperrysuns           143:20
250:15,18            275:2,6              spacer             spent               130:17               174:12
251:22               276:13,18            348:18             149:8  163:18       spill                214:15  221:8
253:14               278:1  287:9         spare              191:15              1:4  11:8  15:16      230:3  248:20
254:12,24,25         287:10  292:5        140:8              sperry              79:17                274:2  297:14
256:22               294:3  306:6         speak              6:17  7:7,19        spoke                300:8,14
259:15               307:18               32:11  52:8        8:2  17:25          45:10  46:8          337:3,3
261:21               solely               53:16  128:15      18:13  37:24        52:12,16,20         343:13
272:22  274:8        195:7  219:16        128:13,16          38:6,24            53:21  57:2          started
278:7  285:18        solid                129:19  144:1      41:10  45:7         57:14  128:11         18:25  24:4
287:12               153:12               162:20  164:1      55:1,5  56:23       162:16,25            47:12  120:25
290:22               soliloquy            172:2,15           57:9,18            207:2  253:16         143:25  263:8
291:12  293:1        297:2                173:8  213:5       62:16  69:18        255:17,23           302:3  343:1
295:14               somebody             248:14,17          72:16,25           256:2  330:16         343:8  345:23
297:23               38:15  279:4         265:22  305:2      75:23  83:20        spoken               starting
299:25               287:1                324:1  329:17      84:1  92:2,12       53:4  57:20          20:25  113:9,13
320:12,20            someones             speaking          92:15  93:2         128:7  164:7         133:7  295:9
323:18               39:21                27:23  45:4        93:11,13           164:9  171:19         starts
330:24  331:5        sonic                54:18  59:15       94:18  99:2,7       172:5  264:17         113:10  236:16
336:24  337:5        91:18  92:10,11      113:20  114:3      99:9,25            spp                   296:6  315:15
339:16  344:2        105:23  116:2        125:8  173:7       100:7,10           77:5                 315:16
sit                  124:16               308:13             104:5,6            spp5766              state
15:4  48:17          125:10               321:10             105:23             77:2                 10:22  36:5
83:24  85:11         soon                 special            110:25  112:4      spreading            72:20  73:3
101:15,17            201:23               28:13  158:15      112:23             206:1                75:21  76:11
129:13               sorry                234:2  292:7       114:17             spreadsheet          358:4
275:10               52:7  54:16          305:15            115:17,25           281:19               statement
site                 64:5  67:3           specific           119:8,9,10         spudding             76:15  80:19
30:10  221:15        72:5  73:13          22:24  26:2        129:5,15           47:12                82:16  84:9
282:18               74:9  81:8,25        28:2,5  42:2       130:5,20           square               87:4  89:16
283:10               93:23  106:19        43:15  54:17       140:15  148:1      108:23               148:18  184:1
sits                 106:24               56:6  62:20        148:20,21,25       st00bp00             212:24
177:17               109:14               63:10  64:6        163:21             8:3                  219:23
sitting              117:15  120:3        67:10  80:5        166:12  167:9      st00bp01             339:12
213:16  254:9        130:8  134:15        128:4  138:15      167:12  170:3      6:24                 statements
261:2,5              137:2  162:18        137:2  162:18      170:3  171:20      stacy                80:19  86:19
275:18  351:4        182:12  187:5        182:12  187:5      172:4  173:9                             states
                                                            175:16  193:8
```

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 114

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR                March 14, 2011       DIANE TEWIS CLARK, RPR, RMR, CRR

25

| | | | | |
|---|---|---|---|---|
| 1:1 2:20 3:6 | 307:19 310:5 | **suction** | 257:11 | 279:12,18 | 39:24 140:12 |

1:1 2:20 3:6
11:10 80:11
81:19 82:8
86:10 89:4
300:12
**static**
29:11
**status**
270:3
**stay**
81:15 331:19
332:2
**stayed**
38:17
**staying**
89:3
**stays**
269:8
**steadily**
80:13
**steady**
125:15,19
315:14
**steering**
2:4 142:25
143:2 247:4
**stenotype**
358:10
**stephanie**
172:11,25
**steps**
117:17 263:3
**sterbcow**
2:5,6
**stick**
355:25
**sticker**
58:25 90:15
96:3 101:24
132:23
**stickers**
132:14,15
**stipulated**
10:2
**stop**
144:12,13
188:12
201:23 239:8
239:20 240:7
268:12
**stoppage**
240:2,5
**stopped**
81:20 82:9
186:24
187:11 188:7
188:14,15
239:23
**stopping**
240:2
**stops**
240:21 319:24
**stopwork**
239:9
**storage**
240:4 287:3
**store**
28:21 122:6
224:11 232:3
232:4 284:17
306:6 310:8
**stored**
28:16 49:21
62:3 63:21
90:25 240:12
240:15,17,22
240:25
242:13,20
257:20 260:9
270:1,13,14
286:24 287:5
302:21

307:19 310:5
**stores**
62:18 270:2
272:15 298:9
**stories**
166:9
**storing**
22:21 63:16
**straight**
185:19 192:14
273:11
287:17
**stream**
184:10 212:19
**streamed**
212:14,15
**streams**
210:19
**street**
1:22 2:6,10,13
3:12,21 4:5
4:18 5:4
11:3
**stretch**
186:15
**strike**
24:13 35:15
84:14 87:23
105:20
107:18 119:2
126:4 131:24
135:25 152:3
157:17
223:22 229:4
234:1 257:1
259:15 261:4
264:16 270:9
275:9 276:4
277:18
278:17
279:25 288:3
297:22
334:22
**string**
93:24 296:24
297:15,16
299:15
326:12,18
327:3,5,11
327:14
**stroke**
63:12 92:22
94:17,19,20
340:15 341:3
**strokes**
63:11 95:7,12
95:14,15
315:2
**structure**
23:2,5
**students**
32:23
**studied**
239:11
**studies**
16:24 17:13
**study**
16:22
**subject**
160:10
**subjective**
81:5,11
**subordinates**
25:1
**subscribe**
119:22
**subscribers**
119:13
**subtraction**
63:5
**sucking**
345:2

**suction**
214:25
**suffice**
150:17 228:19
**sufficed**
167:20
**suggest**
149:15 338:15
**suggesting**
340:11,12
341:8
**suggests**
78:12
**suite**
2:7,10 3:21
4:5,10 5:5
**suited**
218:2,4
**suits**
75:8
**summarize**
111:13
**summary**
113:16
**summation**
111:12
**summer**
255:19
**superior**
316:8
**superseded**
117:22
**supervising**
306:18
**supervisor**
24:19 118:22
182:1 233:11
303:7 306:15
**supervisors**
181:19,19,22
**supplied**
111:18
**support**
8:20 20:9,22
20:23,25
21:2,10,16
21:18,21,24
22:4,8,16,22
23:2,5,13
24:5,10,19
24:21 25:2,3
25:8 41:11
138:22 139:6
150:1,9,25
151:5,7
153:7 255:10
295:4 301:24
307:16,23
**supporting**
138:22 151:13
258:3
**suppose**
44:21 160:2
**supposed**
307:20
**sure**
38:10 42:3
46:9 70:13
71:16,18
78:6 119:2
125:18
130:10 137:4
146:20 167:2
179:18
186:11
187:11
194:25
202:10
228:25
234:19 236:4
251:2,6
255:20

257:11
261:16 266:5
268:13 269:5
271:13
274:20
281:12 282:8
288:25
291:12
312:19,19
316:24
328:13
341:21
346:15
347:21
355:25
**surface**
6:21 7:19 31:6
91:12 235:11
236:14,19
304:4,11
305:13 306:5
306:6 308:7
312:2 322:25
**surmising**
209:2
**susceptibility**
320:16
**suspect**
322:9
**swear**
11:14
**switch**
45:21 73:10,13
73:13
**switched**
271:9 343:16
343:17 345:6
**sworn**
11:17 358:6
**sylvester**
9:6 296:23
297:1
**synonymously**
277:4
**system**
20:17 21:4,5
22:21 44:17
49:13 58:11
62:11 63:15
96:16 97:23
98:1,5 99:1
102:24 117:6
118:7,8,10
118:18 122:6
121:18 129:6
129:10,15
135:13
158:18,18
177:2,12
193:8 207:8
212:21 213:2
216:5 217:24
217:25
218:13,14,16
224:17 225:9
227:24
230:24 231:4
231:7 232:3
232:6 235:16
235:18
236:13,17,21
237:10 249:9
251:18,19
252:14
257:19
263:19 269:4
269:7,8,18
270:9,18
271:19 272:1
272:7 274:11
274:14 276:7
276:14

279:12,18
290:17 299:3
312:3 327:18
336:10
338:22
340:19
341:24
344:22,24
346:8,13,14
350:12
**systems**
217:18 218:8
218:24
238:19
283:18 294:1

**T**

**tab**
12:17 13:10
58:24 59:7
68:1,3,8
70:24 71:1
79:8 90:12
95:25 96:3
101:22 102:7
102:15
106:14
110:17
116:15
183:13
190:15 247:7
254:12 278:5
281:22
292:13
295:19
**table**
71:6 186:15
206:3 243:7
**tablet**
53:10,13,17
54:1,9,19
169:1,5,8,14
169:18,21
170:9 171:25
172:7 195:4
198:20
244:17,24
245:4,19
**tabs**
123:16 210:4
**tact**
338:23
**take**
16:9,12,14
19:21 25:20
27:17 29:9
50:9 58:17
65:17 85:6
98:16 117:17
147:15 148:8
148:15 164:5
170:12 171:1
173:23,25
200:8 263:23
278:24
287:22 317:1
317:20 321:3
346:17 355:9
**taken**
1:21 10:5 11:7
17:14,18
65:23 107:20
124:10
142:15 174:8
195:24 196:2
229:25 263:3
273:24 282:9
300:5
**takes**
244:9 267:19
274:18
**talk**
15:21 18:19

39:24 140:12
145:23
154:23
159:10 204:1
204:2,3,20
205:2 215:11
225:21 227:5
227:6 230:8
249:21
277:13 305:4
314:15 315:4
328:15 331:2
331:13
**talked**
100:11 144:10
144:18
145:18,19
163:12 167:3
183:19 195:8
204:2 206:25
215:10
222:25 254:2
254:3 255:14
279:19
282:22
290:10
330:21 349:5
**talking**
52:14 81:18
157:11,11
160:14,17
161:22
162:22
163:11
166:25
169:16
177:16 186:3
187:12
188:17
202:19
205:25
222:17 224:2
224:18
244:18
253:17 273:7
276:12,15
280:9 285:14
287:23
**tall**
238:7
**tank**
45:21 60:11,20
60:21,22
61:2,6,11
65:15 66:16
67:15 73:4
75:17 83:2
343:23 344:1
344:5 345:16
347:6,11,14
347:21
**tanks**
344:10
**tanner**
3:20
**tape**
65:20 66:1
124:5,7,13
173:25 174:6
174:12
229:22 230:3
273:17,21
274:2 300:8
356:10
**task**
243:17 263:11
263:22,23
355:4
**tasked**
266:6 274:25
**tasks**
239:23 265:14
**taught**

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010                    Reported By:
JOHN JOSEPH GISCLAIR          March 14, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR

26

```
      30:20 33:2      temporal         165:14 168:9     323:12 335:5    331:13           127:14 131:2
   33:16,17,18        199:10           168:17           338:17         think            131:6,8,21
teach                temporary        174:18 188:1     343:11          12:13 22:12,14   135:16
   40:8               311:1,4 314:6    189:13,25       theoretically     57:15 79:12    137:21,24
teaching              354:5           202:14           339:8            132:3 142:3     138:13 141:4
   31:3,8,8 40:10    ten              203:14           thereof          145:6 188:13    141:7 142:3
team                  153:14,15       204:25 231:3     10:16            188:23          142:7 148:21
   21:9 24:22,23     tendency         248:21,24        theres           201:15          150:2 159:16
   24:25 25:7         325:22          249:17 252:5     13:13 14:3       202:14 207:5    159:20
   25:15 118:22      tender           281:10            23:1 38:8       207:7 210:13    160:12
   141:6 288:12       246:11          306:17           42:22 64:17     228:17 257:9     162:25
   304:13            term             308:23            81:23 100:7     258:13          163:11,19,22
teams                 85:7 90:2       347:12 355:1      107:13          277:15          164:2 165:23
   267:19             277:4 325:20    357:6,8          108:22 111:1     290:15          166:22
tech                 termed           358:9            112:13,17        292:20          167:21
   98:1,4,9 167:8     269:16         testing           113:14 127:5    300:15          168:13
   167:11            terminal         149:8,11,16      127:15 132:1    303:23          169:18
   217:16,24,25       231:8           150:6            139:20          316:16 326:7    171:19
   218:11,12,13      terms           tests            152:21           328:20          172:10,18
   218:17             12:8 13:22      131:3,8 228:20   198:10          third           174:1,7
technical             18:11,21       tewis            225:12 246:8     80:10 84:18     176:9,9,9,15
   41:11,19 42:5      23:13 37:5,6    5:13 10:21       257:24           293:8          176:18,20
   234:14             37:8 46:11      358:3,22         278:12 279:5    thirds          177:4 180:9
technically           47:8 49:19     texas            287:15           278:11         180:15 181:3
   212:23             53:24 67:6      3:18,21 4:6,11   313:24          thought         182:2 190:20
technology            67:14 99:5      4:15 5:5         314:12 318:3     236:6 335:15   191:15
   16:10 20:17        104:21 126:5    260:10,16       319:10 320:1     335:15          196:23 197:1
   52:4               126:23          277:2           321:24,25       three           197:6,9
tedious               127:17         text             326:23           128:11 169:15  200:7,22
   158:7              129:22          113:17          332:14           169:19,20      203:9 205:22
telephone             130:25         thank            333:15 352:4     194:19 195:8   212:21 213:6
   238:19             137:10          59:6 79:13      theyre           197:15,18      214:11,15
television            146:22 159:1    90:15 106:17     25:10 31:15,21   216:1 229:18   222:11,12
   209:7              163:19 179:5    142:9,11         31:22 32:13     301:12,20      226:17,18
tell                  313:18          143:10          162:4 184:3     323:9 349:4     228:10
   19:17 42:22        350:13          245:13          185:14 186:2    threshold       229:22 232:6
   60:2 71:21        terrible         246:11,14        205:22          328:11         233:15
   72:14 91:10        152:9           268:23          212:13          thresholds      241:19
   94:21 108:18      test             300:13          221:13          211:25 215:13   243:25
   127:1 144:9        71:23 75:22    thanks           241:14           216:7 232:4    245:16 246:6
   149:3 161:9        131:13,19,20    57:11 254:8     253:10 260:9     232:25         246:7 247:13
   161:11 169:3       149:9 196:11   thats            267:18          throw           249:19
   186:6 189:8        196:12,21       12:8,25 32:11    275:13          28:2 328:10    251:20
   192:13 205:6       197:11          56:1 59:24      285:23          thumbnail       252:16 253:3
   216:21             226:25          62:13 63:13     303:13,15,20     165:20         255:13,17
   220:21 223:1      testified        68:18 71:24     305:5,17        thursday        262:5,16
   224:4 245:5        14:8,11 29:17   78:14 79:3      306:10 308:3     8:20           263:23
   279:4 300:18       50:23 56:14     91:12 95:23     308:10          till            264:10
   300:19 303:9       57:24 156:22    98:3 100:16     310:21 312:1     143:21         265:15,23
   308:19,21          156:23 167:2    112:2,22        317:25          time            267:22 268:1
   311:24             188:19          140:12 145:3    333:20 335:7     10:15 11:5     273:22
   320:25 321:1       189:15 191:2    147:1,2         337:6,20         12:2,4,6,7     277:24
   323:19 329:3       191:17          150:5 158:8     341:1,11         13:25 19:14    291:24 310:7
   329:4,20,25        230:22          160:20          343:14          19:24 26:10    311:22
   330:8 333:18       238:12          164:12          346:15 355:3     29:12 33:6     312:18 323:4
   336:25 337:1       262:11 263:7    165:14 166:4     354:4,14,19     34:25 35:4,9   323:1 329:2
   337:7 351:2        263:15          177:10,18       355:22,23        38:11 42:13    329:5 336:22
   353:13            testify          179:19 185:3    theyve           42:18 43:4     340:2,9
telling               11:18 222:14    188:16 194:8     320:2 354:10    43:15 44:13    342:19 345:8
   148:9 332:15       228:18          194:11          thing            45:19 51:13    345:22 355:9
   351:22 352:6       255:23          196:21,22       20:6 99:20       51:19 52:11    356:10
tells                 266:18,22       197:13 198:1     114:15          52:15,20      timebased
   216:4,24           269:1 358:7     198:5 199:20     168:10          53:20 59:17    167:24
   315:20             358:7           203:13 205:9     226:10 228:8     61:3,5,14     times
temperatures         testifying       207:12          241:5 291:13    62:9,11,21     19:16 33:5
   235:7              252:1 256:3     208:15 213:1     336:2           63:2,4,6,10    44:7 50:3
template              334:5 341:16   224:8,10,14     things            63:12,20       52:5,8 53:16
   69:11,19,21       testimonies      227:2 230:21    23:6 57:4        64:10,15,16    63:11,12
   122:9,10,11        207:1 230:6     236:6 239:3      85:10 99:9      65:4,8,21      80:25 169:7
   122:16,20         testimony        239:14,15        143:14          72:3,6 74:25   211:13
   123:2,3,5,6        13:24 14:17,21  240:8 241:16     160:21          75:3,11       215:13 222:6
   123:12,18,19       15:3,15         249:23           161:11 167:7    76:24 77:18    310:19
   138:2,4,5,8        40:17 51:6      252:14           192:1 202:8     78:19 82:5     318:15
   138:11 262:2       54:6 55:13      255:25,25        205:16          83:2 86:25     343:23
templates             55:16 56:5      257:16,19       215:23,24        88:19 93:21    351:12
   28:24 120:7        62:14 70:10     259:21          216:2 226:8      94:10,14      tiny
   122:7 123:8        78:9,17        269:16 277:8     227:15 231:5     114:19         183:7
   123:9 127:12       87:13 95:9     283:6 286:6      234:8 236:18     115:13        title
   127:16             96:21 124:21    286:12,20       236:20 250:8     117:19         32:16,20 103:1
   137:25 138:9       143:5,19       295:25           250:20 254:6     121:13,16      111:1 262:20
   138:19 139:9       147:11          300:24          258:10          122:8,13       262:22,22
   139:14 258:5       149:18         303:17          303:18           124:8,13       293:6
   260:2,7            159:21 164:3    313:19          308:20 331:1     125:25        titled
                                      321:11,17
```

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 116

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:

JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

27

| | | | | |
|---|---|---|---|---|
| 106:25 | tour | 178:9 213:3 | truth | 48:22 | 141:17 143:3 |
| 111:18 113:8 | 51:15 129:20 | 231:25 232:5 | 358:7 | twominute | 148:8 153:25 |
| 113:16 | 164:13 | transmitted | truthful | 98:16 | 155:2 158:9 |
| 116:22 | 203:10 | 22:6 41:21 | 14:25 15:6 | txt | 164:12 |
| today | 225:23 | 47:1 49:17 | try | 272:24 283:25 | 168:16 |
| 11:3 13:3,12 | 331:21 | 93:2 95:3 | 43:4,9,12 | type | 170:15 |
| 13:16 15:5 | 344:23 | 130:11 | 45:11 46:13 | 21:16 40:3 | 174:16 |
| 15:19 24:15 | tower | 207:25 208:8 | 63:19 64:5,8 | 84:4 105:22 | 178:13,19 |
| 44:19 48:17 | 3:17 | 210:5 231:22 | 71:21 78:14 | 220:12 | 179:19 180:4 |
| 80:2 83:24 | trace | 249:14 276:2 | 78:25 117:17 | 236:13 270:8 | 184:24 |
| 101:15,18 | 186:21 | 277:1 284:19 | 125:16 | 274:13 276:5 | 186:12 |
| 118:4 129:13 | track | transmitter | 130:10 | 277:10 278:1 | 192:14 201:8 |
| 141:17 144:3 | 286:23 287:10 | 273:12 | 153:18 | 283:20 | 201:22 205:4 |
| 145:21 147:3 | 290:5,6 | transmitting | 204:20 | 288:19 | 208:23 209:1 |
| 147:9 159:10 | 349:2 | 277:5,6 282:25 | 205:11,14 | 294:19,19 | 210:13 226:9 |
| 162:15,20 | tracking | transocean | 243:17 | 298:23 | 271:2 285:12 |
| 188:19 | 289:15 291:3 | 4:12 8:4 19:15 | 284:24 | 310:11 | 287:6 290:22 |
| 189:15 200:7 | 309:1 332:5 | 41:3 93:1,8 | 287:11 289:7 | 322:12 335:1 | 291:13 296:2 |
| 220:21 | trademark | 93:14,20 | 299:4 | 336:2 339:23 | 328:20 |
| 222:14 230:7 | 147:24 148:6 | 94:3,20 95:4 | trying | 340:7 350:18 | understandably |
| 252:23 | tragedy | 97:4,14,23 | 28:1 43:18,20 | types | 166:2 |
| 255:23 | 152:10 | 98:25 100:25 | 45:4 53:6 | 23:6 310:20 | understanding |
| 256:12 261:2 | train | 104:5,20 | 54:21 126:23 | 321:19 | 12:2 38:23 |
| 261:5 266:24 | 331:12 | 111:2 128:14 | 143:7 168:11 | 324:18 346:2 | 46:3 69:9 |
| 280:18 | trained | 140:18,25 | 205:4 223:12 | 346:16 | 74:21 91:25 |
| 300:12 | 179:10 305:6 | 204:3,9 | 242:11 271:8 | typewritten | 98:3 100:20 |
| 304:21 | 305:12 | 217:17 | 296:6,20 | 54:4 | 107:22 109:7 |
| told | 353:14 355:3 | 220:12,13 | 329:16 | typical | 112:3,22 |
| 42:17 162:16 | 355:4 | 307:1 330:16 | tube | 24:20 81:21 | 139:13 |
| 174:20 | training | 338:4 344:15 | 325:19,21,24 | 82:10,20 | 140:16 159:1 |
| 204:13 330:4 | 32:4 150:3 | 349:9 | 326:1,2,16 | 123:22 | 195:16 248:5 |
| 330:5 350:14 | 179:8 233:25 | transoceans | tuesday | 167:23 | 256:16 |
| tom | 234:2,4,6 | 95:15 | 9:6 | 178:23 | 265:10 |
| 264:10 | 305:8,10 | transport | turn | 190:23 | 300:15 |
| tommy | 330:22 331:1 | 284:7 | 13:9 40:12 | 193:18,18 | 358:13 |
| 136:22 256:5,6 | trains | trap | 66:7 67:25 | 201:18 | understood |
| 256:14 | 354:23 | 73:23 199:15 | 68:7 79:7 | 214:18 226:3 | 16:6 88:13 |
| tool | transcribe | 199:19 | 80:6 86:7 | 234:6 240:13 | 149:3 154:10 |
| 22:19,25 93:23 | 171:12 | 200:18 225:6 | 90:11,12 | 313:16,19 | 168:3 173:21 |
| 94:7,11,13 | transcribed | 244:5,8 | 95:25 101:21 | 315:11 354:1 | 175:18 |
| 287:25 304:5 | 50:19 358:11 | 342:18,21,24 | 102:7 103:7 | typically | 177:15 179:5 |
| 304:12 311:6 | transcript | 342:25 343:2 | 105:19 | 23:3 28:16 | 187:12,25 |
| 311:10,11 | 10:10 358:12 | 343:20 | 106:14 | 38:4 39:17 | 189:25 |
| toolpusher | transcription | traps | 110:16 | 99:12 167:18 | 196:15 205:1 |
| 30:7 99:14 | 346:7 | 74:13 92:7,11 | 111:17 | 180:17 | 221:17 243:5 |
| 241:7 | transducer | 100:8 225:4 | 112:12 113:7 | 216:15 218:3 | undertaking |
| tools | 94:1 | 323:1,2 | 116:14 | 220:10 | 54:15 235:1 |
| 18:16,18,19,20 | transducers | 343:12,22 | 211:14 | 240:22 260:3 | unexpected |
| 22:20 93:25 | 92:20 93:14 | 345:17 | 247:17 | 267:15 | 339:24 |
| 151:3 192:12 | 94:8,9,12 | trend | 254:11 | 270:19 | unexpectedly |
| 303:22 | transfer | 315:12,14,21 | 261:16 | 294:25 | 355:20 |
| top | 45:25 60:11 | 315:24 | 282:12 | 298:20 | unique |
| 80:9 106:11,12 | 100:22 148:3 | 316:10 | 292:13 | 315:18 | 291:15 323:25 |
| 108:24 | 282:15,18 | trial | 295:19 | 323:24 | unit |
| 109:19 110:3 | 283:8,11 | 143:16 | 336:21 | 334:19 | 36:23,25 37:1 |
| 110:4,4 | 321:22 336:9 | tried | turned | 336:11 | 37:9,16,18 |
| 115:13 | 346:10 | 78:11 191:3 | 87:14,15 183:7 | | 37:23 38:2,7 |
| 296:22 | transferred | 250:20 | 212:3,5 | | 38:21 51:25 |
| 318:22 343:6 | 260:20 283:4 | trip | 215:19 | **U** | 98:9 126:7 |
| topic | 337:25 | 60:11,20,21,22 | 232:11 | ultimate | 126:16,20 |
| 251:12,13 | 346:12 | 61:6,11 | turns | 69:4 | 127:8,19 |
| 252:10,17 | transferring | 65:15 66:16 | 338:23 | ultimately | 128:24 |
| 256:25 | 346:7 | 67:15 73:4 | tv | 257:18 | 166:11,12 |
| 258:12,15 | transfers | 75:17 83:2 | 98:14,17 | unable | 203:11 207:2 |
| 262:25 263:2 | 115:12 321:25 | 343:23 344:1 | 208:10,16,20 | 297:3 | 208:3,8 |
| 266:14 | 345:20 | 344:5,10 | 209:11,12,22 | unavailable | 209:9,15 |
| 328:17 | transformers | 345:16 347:5 | 209:24 | 349:6 | 210:12,14 |
| topics | 351:14 | 347:11,14,21 | two | underbalanced | 212:4,4 |
| 13:20 14:2 | transmission | trouble | 12:5 18:21 | 268:20,22 | 213:6 219:9 |
| 142:7 247:25 | 26:16,16 47:13 | 156:16 306:11 | 37:11 47:24 | underlying | 219:15,16 |
| 248:9,15 | 77:2 93:19 | troubles | 48:3 50:7 | 49:12 67:14 | 225:8,9,18 |
| 249:21 250:1 | 94:12 158:20 | 21:8 | 72:13 73:19 | understand | 232:10 |
| 250:23,25 | 159:3,4,15 | true | 93:18 94:14 | 13:16 15:25 | 233:10 |
| 252:23 | 159:21 | 24:2 75:6 | 94:21 143:13 | 16:8 43:20 | 237:22,22 |
| 255:15,24 | 176:10 178:3 | 121:19 160:3 | 158:20 195:1 | 46:9 49:23 | 238:3 323:3 |
| 256:3,21 | 220:25 221:2 | 191:18 195:9 | 197:19 | 51:21 53:9 | 351:5,12,14 |
| 263:1 295:16 | 221:5,23 | 198:21 202:9 | 216:20 218:8 | 77:22 78:7 | united |
| torts | 273:8 293:24 | 206:14 | 255:21 | 83:15 87:12 | 1:1 2:20 3:6 |
| 3:3 | 294:23 | 235:13 | 278:11 | 105:11 | 11:10 300:12 |
| total | 317:17 | 276:15 286:6 | 282:15 284:8 | 107:25 | units |
| 226:1 | transmit | 287:12 | 317:16 | 109:21 119:2 | 38:5 212:4 |
| touched | 28:22 94:3 | 326:13 357:7 | 346:14 | 122:15 127:5 | |
| 258:13 | | 358:12 | twodays | 127:15 141:3 | |

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 117

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR                March 14, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR

university
  16:21 17:13,23
unusual
  83:18
updated
  267:2
updates
  266:17 267:10
upload
  133:22
url
  278:21,22
  289:17
ursprung
  57:15 105:15
use
  18:21 21:6
  47:2 64:23
  64:24 69:3
  75:11 94:4
  118:24
  119:12
  123:12
  133:24 148:2
  152:20
  176:18 218:5
  223:10 242:5
  242:13
  243:19 246:7
  251:15
  259:13
  272:18 277:4
  279:22,25
  286:22
  287:19,20
  288:22
  289:23,25
  290:2 310:11
  310:19
  315:18
  335:25
useful
  121:1
user
  8:8 116:23
  117:10,19
  118:11 119:1
  120:19 121:6
  122:16,22
  123:1,21,22
  129:6,10,12
  130:1 154:24
  155:15,16
  216:5 223:4
  261:23
  279:11 280:2
  280:5 287:7
users
  75:3 118:5,23
  118:25 120:1
  121:20 122:7
  135:12
  137:23 139:1
  139:10
  152:22
  153:10,21,23
  154:2 177:19
  180:8 223:1
  224:15
  267:13
  286:25 290:6
  291:3
uses
  274:14 285:15
  288:19,21
  289:21
usl
  17:3
usual
  176:6
usually
  167:24 311:6
utube

  326:7

— V —

vacations
  274:19
valid
  160:10 190:21
value
  180:18
valve
  86:14 87:20
  88:20 100:3
  187:5 208:19
  328:11 350:3
  350:16,25
  351:19
  352:10
variables
  126:24
variation
  190:3
various
  23:8,20 40:17
  68:22 101:10
  111:22
  122:25 139:9
  139:14 144:2
  159:13
  169:24 207:1
  207:4 210:19
  222:25
  228:16
  235:21
  239:15
  250:17 259:6
  271:17 280:7
  308:9,14
  343:23
vary
  106:9 143:7
  319:5
varying
  332:4
vast
  119:25
veers
  343:9
vegason
  116:1
verification
  186:22
verifications
  186:25
versed
  148:12 307:7
version
  9:9 119:16,25
  120:4,10,14
  120:16 245:3
  285:13
  316:25
  317:10
versions
  149:9 266:16
  267:2
versus
  315:7 316:17
  339:18 340:1
  340:8 341:7
  341:10,19,22
vessel
  181:16
vibrating
  207:2
vice
  41:10
video
  6:14,17 11:5
  187:5
videographer
  10:25 65:19,24
  124:6,11

  142:12,16
  174:5,10
  229:21 230:1
  246:15,19
  273:20,25
  300:1,6
  356:8
videotape
  65:18
videotaped
  11:1
view
  39:8 74:18
  118:9 139:13
  217:22
  291:25 292:2
  312:1 349:6
  349:10
viewed
  21:13 209:23
  209:25 210:1
viewing
  122:12,16
views
  56:19
vince
  169:5
vincent
  53:10
violations
  239:24
virtual
  276:8,10,17,18
  276:21
  277:24,24
virtue
  221:4
visiting
  286:23
visual
  75:22 186:19
  186:25
visualization
  187:15 208:19
visually
  319:23
vm
  271:9
vmware
  271:6
volume
  1:17 60:10,14
  61:3,11
  62:10,15,20
  62:22,23
  63:2,3,6,11
  65:14 67:15
  214:20 315:1
  320:18,24,25
  321:3,20
  322:2,4
  337:22 338:8
  338:9,16,23
  342:8,10,13
  342:14 343:5
  343:20
  345:15,18,22
  345:23
  347:20 349:2
volumes
  61:9 73:19
  338:5
voluntary
  265:10,12

— W —

wait
  216:6 345:20
waiting
  166:1 220:8
  260:23
waived

  10:10
walk
  71:13 329:2
walking
  91:9 137:10
walks
  213:25
wall
  37:13
want
  32:1 46:7
  70:16 71:9
  75:4 82:24
  84:7 86:4
  87:3 121:12
  123:5,13,14
  123:15,16
  125:12 133:5
  143:17 144:8
  144:11
  146:21,23
  147:21 154:8
  170:15
  186:11
  189:24 205:2
  224:16 230:8
  270:25 279:2
  283:7 284:24
  288:22
  296:24
  300:14
  302:23
  309:10
  316:10
  325:22 329:6
  329:7 332:5
wanted
  28:14 29:2
  41:11 42:15
  48:19 64:22
  99:17 127:21
  127:24
  129:17 203:3
  219:2 242:21
  245:2 310:17
  328:9
wants
  156:2 216:12
  280:7
ware
  3:16
warning
  328:10 355:20
warrant
  322:13
washington
  2:19 3:5 41:10
wasnt
  48:21 62:2
  78:18 140:7
  168:4 204:8
  217:7 251:10
  254:9 255:21
  255:22
  277:24 336:1
  350:11
watch
  187:8 308:16
  319:22
watching
  151:24 152:2,4
  314:19
  351:17
water
  235:17,22,22
  236:17,24
  237:1,2
  323:14 326:1
  326:23 337:8
  337:21
  338:21 341:5
  341:17
waterline

  96:25
way
  12:8 22:5
  33:14 42:22
  42:24 44:12
  44:14 47:9
  48:13 65:2
  93:10 115:22
  120:24 122:1
  123:13,15
  124:2 125:5
  138:7 140:4
  151:15 191:9
  203:17 204:1
  207:20,21
  217:7,10
  222:14,19
  223:21 224:4
  226:8,19
  229:5 231:5
  278:12 280:3
  286:25 291:3
  295:13,15
  296:16,19
  298:10
  315:12
  320:22 323:1
  338:19 343:7
  343:15 344:4
  344:10
  351:16,24
  358:16
ways
  12:14 159:13
  206:12
  282:15 285:1
  285:3
weaknesses
  160:4
web
  21:13 120:8
  223:4 287:10
  287:20
  288:18 290:1
  291:20
website
  278:12,21
  286:20,22
  287:12
  288:19
  289:21
websites
  287:1
wednesday
  41:1,5 146:1
  146:11
week
  52:24 101:12
  146:2 256:2
weeks
  163:9,15
  247:16,21
weight
  315:2
weighted
  324:20 325:25
weiner
  4:17
wellbore
  25:17 42:9
  43:6,22 44:1
  44:11 45:7
  54:23 56:11
  77:13,17
  78:5,13
  131:21 304:5
wells
  22:10 34:21
  82:21 299:5
  314:1
wellspace
  8:11 133:8,15
  133:25 134:2

  134:10,25
went
  26:24 27:2
  38:17 61:8
  83:11 143:12
  162:11 175:4
  181:16 191:2
  194:8 205:1
  205:12
  245:15 251:1
  251:5 265:5
  268:19,19
  345:7
weve
  13:10 54:5
  56:9 70:8
  90:10 96:8
  102:4,14
  106:24 111:5
  117:1,18
  118:11 135:4
  135:4 160:16
  165:1 177:16
  209:15 222:1
  222:17,25
  224:1 295:9
  304:21 305:7
  351:18
whatnot
  149:15 181:25
  212:1 284:14
  308:6 332:6
whats
  23:18 42:21
  70:20 74:21
  85:3 88:14
  93:17 112:1
  113:16 123:7
  125:11
  133:12 179:2
  179:3 180:20
  180:20,21
  184:20
  245:16
  265:13 269:5
  269:23
  283:11 301:2
  316:3 325:19
  326:10,15
  329:5 331:22
  335:18 336:4
  336:12 337:1
  345:4
whatsoever
  21:8 159:4
  295:3 306:5
  310:5
whew
  267:11
whos
  286:23
william
  2:9 247:1
willis
  49:25 50:4
  51:8,12,18
  52:14 53:21
  54:3,9,9,19
  129:21
  162:23 164:1
  164:24
  165:17
  168:25
  169:15,21
  170:13
  171:25 172:7
  195:2 198:20
  202:17,25
  203:6 329:8
  329:18 330:8
  332:21 336:1
window
  213:20,22

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009        Board-Certified Court Reporters        Facsimile: (504) 525-9109

Exhibit K
Page 118

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR            March 14, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR
Reported By:

29

```
289:24              55:16 163:21       203:4 204:14        230:9 234:20        0050581             6:4 9:6 88:9
windows             172:21             209:4 212:11        237:1 238:1         133:10              95:25 96:3
270:14,23,24        wits               218:1 223:12        239:6 241:25        01                  124:13
  270:24 271:5      282:17 283:5       242:2,13            244:13              80:11               142:13,18
  271:8,10,18       283:13,14          307:22              269:12,24           0122109             110
  271:22 272:1      284:2,4,5,15       309:20              273:7 287:23        8:18                8:1
  272:6 274:7       284:17             327:20              287:24              0122159             116
  274:8 285:14      wonder             wright              297:23 308:8        9:6                 8:7
  285:15,19         31:24 165:16       2:9 247:2           308:22,23           0125168             11th
  286:13 287:9      199:24             write               311:15 315:5        8:21                1:22 40:24
  287:24            234:13             20:20               315:9,11,16         02                  41:4
wipe                wont               writing             315:17,23           336:22 342:2,3      12
259:12              153:18 224:25      50:12,12,15         316:11,12,13        342:23              6:13 110:17
wiped               228:15             150:5 151:11        317:24 319:1        02116292            115:1 143:21
259:5,22            294:22             233:21 267:9        319:2 321:2         7:7                 174:7 251:4
wish                woodlands          written             321:11 322:7        0233342             300:3
298:10              4:15               45:16 49:2          324:7,10            7:13                1201
witness             woodway            55:16,22            330:22 331:1        0233347             4:15 5:4
9:9 10:4,10,24      4:21               89:18 103:20        334:5,25            7:13                121
  11:14 13:17       word               108:10,25          338:20 339:6        0266303             1:19
  42:12 67:20       80:23 123:4,6      117:25              339:17              7:10                1221
  81:9 104:10       123:11 243:7       167:19             340:22 341:4        0309944             4:5
  104:25 108:6      words              267:18             343:4 344:3         7:20                13
  108:17            76:1 82:24         272:21             345:2,16            0309951             6:16 8:18 9:6
  109:13            155:15             wrong               350:13 351:4        7:20                116:15
  110:11 112:9      176:19 205:3       82:1 102:6          352:12              0408233             135:20
  113:4 125:1       290:15             156:25 200:7       youve               8:8 116:24          139:22 174:7
  126:12            318:21             206:6               14:11,16,22         0408384             253:9 261:9
  131:16            work               wrote               15:3,18 32:3        8:9                 261:13
  133:19            23:15,21,24        76:4,5 91:20        40:16 59:12         0463296             132
  137:18            29:16 39:17        167:4 171:10        59:20 60:14         8:23,23 282:7       8:10,13 235:2
  141:11            40:6,13 44:9                           64:14 78:8          0468825             14
  142:10 145:7      55:2,8 57:21       ────────            69:12 73:1          7:16                76:11 84:21
  155:21 157:5      64:4,11,13           X                 100:2,16           0468846             106:15
  162:1 166:20      78:20 107:23      ────────            101:10 131:1        7:20                208:16
  168:24 176:2      131:1 134:8        270:14,24          140:17 143:3        050569              142
  176:14 177:7      134:10             271:18,21          143:5,5,19          133:9               6:5
  177:22 181:8      140:17,24          274:8              144:12,18           08                  14271
  183:14            143:9 170:18                          150:18              8:20 58:8           3:4
  185:25            194:20 195:1      ────────            156:21 160:8        59:18 65:9          14pound
  187:20            234:2,9             Y                 162:16 167:3        81:18 82:6          347:4
  189:19 190:7      239:8,20          ────────            171:3 178:22        84:2,20             14th
  193:3,16          240:5,7            yeah                182:14             347:25 348:2        1:24 11:4
  194:24            257:17 265:6       46:16 209:4         183:19             349:23              15
  195:12,20         268:19,19          228:13             191:17,22                              9:6 12:4
  196:8 197:4       275:11             273:13 293:5       195:8 198:1        ────────            101:22,22
  198:24            284:11 302:8       317:4              214:3 215:23          1                 135:17 174:4
  199:13            302:9,19,24        year                226:8 229:7       ────────            261:7 284:21
  200:15            312:22             33:10 35:7          230:22             1                   285:12
  201:14            worked             152:9 183:20        247:10             1:17 8:20 35:6      16
  202:23 204:7      21:19 29:18,23     292:9 298:20       258:13             65:20 87:11         8:17 102:7,15
  206:18 208:6      29:25 30:3,6       years               301:16             87:16 88:1,2       1614
  212:10            30:12 56:24        19:9,11,14          323:10             88:7,24 89:1        252:12
  214:10 219:7      57:10 69:15        24:9 33:10                             103:20              1615
  220:6,7,17        154:12 192:6       239:18 268:9      ────────            107:14,24           4:18
  226:16            192:11 207:5       301:24               Z                 111:17 112:1       16pound
  227:10,20         207:13                               ────────            112:13              348:17
  228:5 230:14      255:10             yep                zena                113:10 133:8       16th
  231:12            301:20 302:1       96:23               256:8              174:2,4,12         135:16 139:17
  232:15 239:2      worker             yesorno            zero                248:1,15           254:22
  244:22            240:6              198:6               62:21 297:8        249:21 250:1        17
  245:14            workers            york               zoned               250:23 251:4       229:23
  246:11,13         197:15,19          4:23,23             298:23             251:12,13          1700
  253:22            working            youre              zones               252:10,23          5:5
  265:18            18:15,23,24        31:8 40:7,8         299:2              255:24 256:4        177
  269:22 281:3      20:24 23:22        56:1 57:9                              256:21              80:7 82:3
  291:8 293:21      27:4 40:22         58:6 67:11       ────────            295:16              179
  300:23 304:9      45:8 50:17         83:7 94:11           0              ────────            84:17
  304:24 309:8      52:22 149:7        94:13 121:24     ────────            10                  18
  310:15            149:9,11           125:13,18         11:6 66:1           37:10 62:22,24      174:12
  311:19 313:1      150:25 151:2       131:10 145:6       71:25 75:16        66:1 74:11          180
  314:22            155:5 163:21       148:8 168:17       90:9 115:1         84:23 90:12         86:7 88:24
  316:21            164:17,19          174:15 179:9       214:14 253:3        124:8,13            89:4
  318:18            265:8 267:20       179:18 180:4       346:19,24          201:1 342:17        18th
  329:13            296:10 303:2       191:17,22         347:1,5,9           343:12,18          48:12 251:16
  330:14            312:17 356:1       192:14,22         000foot             345:6               1994
  332:13,24         works              195:15 197:18      312:1              1000                17:10,20,23
  333:24 334:9      53:1 123:14        201:17            001                 3:21                18:2
  335:21 340:5      267:12             202:10             6:24 8:3           100224689           19th
  348:5 352:3       306:23             203:14            0050546             4:23                114:17 115:1
  352:15            wouldnt            207:23 209:2       135:7              102
  355:13 357:3      58:25 85:13        211:23,24         0050563             7:12,15
  358:6             177:11 184:6       213:11             135:7              106
witnesses                             221:18             0050569             7:18
                                      228:18 229:1       133:10             11
```

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009        Board-Certified Court Reporters        Facsimile: (504) 525-9109

Exhibit K
Page 119

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

JOHN JOSEPH GISCLAIR          March 14, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

Reported By:

30

---

**2**

**2**
13:10 66:1
87:14 88:19
124:7 229:23
230:3 246:16
246:21 247:7
252:17,23
256:21 278:5
279:2 286:17
**20**
1:7 37:10
72:19 112:18
112:21
113:15 238:6
343:10
**2000**
72:2,8 117:8
118:1,5
149:20
271:10,12,13
271:22,22,23
272:1,7
278:3
**2000s**
149:19
**2001**
149:20
**2002**
20:25 149:20
**2003**
270:23,24
271:5,22,23
274:9 276:20
285:19
**2003xp**
274:7
**200444271**
3:5
**2007**
4:20,25
**2009**
33:17
**2010**
1:7 8:18,21
9:6 11:10
26:10 28:8
33:18 35:7
35:19 44:22
51:17 55:20
72:1 135:16
139:17,22
141:4 151:25
152:9 154:13
160:13
193:13 220:1
248:21
251:17
264:24
268:14
298:22,22
343:7,12
**2011**
1:24 11:4 53:1
53:5 193:13
**2030**
73:5
**2034**
343:16,16
345:6
**2040**
74:2 199:18
**2052**
59:17
**20530**
2:19
**20pit**
344:23
**20th**
11:10 15:15
26:6,10 28:8
29:20 33:15

33:19 35:10
35:19 36:7
40:14,19
42:1 44:2,11
49:10,24
51:17 54:14
55:8 56:8,12
57:21 58:9
71:25 84:2
95:20 114:18
115:2 116:11
124:22 126:1
126:7,17
127:8 129:15
130:7,12,23
131:1,4
135:20
139:22
140:17,24
141:7 154:13
164:7 167:20
219:25
222:13
242:15
251:17 253:4
253:10
265:23 268:4
268:5 311:10
311:12,15
312:11 314:5
329:22
**2100**
75:16
**2104**
348:11
**2108**
59:17 196:21
227:1 348:7
**2110**
75:21 350:6
**2114**
348:11
**2115**
76:10
**2126**
88:15
**2130**
76:18
**2132**
76:17
**2142**
88:16
**2179**
1:4
**21st**
27:18,21 47:3
47:6 263:9
263:21
**22**
135:17 139:18
356:10
**23**
8:18 300:8
**233342**
102:5
**24**
222:19
**246**
6:6
**25**
343:10
**250**
84:23
**250pound**
85:20
**252**
6:24 8:4
**254**
8:16
**26**
14:19
**2615**

**2:7**
**2616**
2:19
**26th**
141:4
**27**
86:10
**278**
8:19
**28**
343:25
**282**
8:22
**292**
9:1
**2929**
3:17
**296**
9:4

---

**3**

**3**
28:7 61:21,22
113:8,10
124:13 174:6
256:25
258:12,15
273:22 274:1
**30**
6:17 13:11,19
14:2 89:6,22
115:1 142:13
143:21 174:2
245:25 246:3
246:8 248:3
248:6 249:21
295:16 312:1
**300**
3:8 6:7
**304**
245:8
**309944**
107:4
**309948**
107:14
**309951**
107:4
**317**
9:8
**32**
230:3 273:22
**32306**
6:24 8:3
**328699**
68:13
**338319**
111:3
**34**
344:16
**35**
89:6,22
**39**
142:18 249:1
**399**
4:23
**39barrel**
58:11 59:16
60:12 61:13
64:4,18
66:17

---

**4**

**4**
7:4 66:9,15
67:8 79:18
80:1,5 81:23
84:23 88:9
111:17 112:1
135:20
139:22
174:12 225:5

---

**5**

**5**
68:1 112:13
183:9,13
190:15
209:17 210:4
225:5 230:3
273:21
281:22
356:10
**500**
2:10
**50546**
132:23 252:18
**50563**
252:19
**50569**
132:18
**52**
11:6 58:8
59:18 65:9
**53**
246:16
**550**
89:7,22
**555**
3:12
**556**
2:10
**57**
8:20 124:8
**58**
135:20 139:22
246:21
261:13
**59**
6:20

---

**6**

**6**
6:17 13:11,19
14:2 61:4,10
68:8 71:1
202:19
209:18 210:4
238:6 245:25
246:3,8
248:3,6
249:21

---

229:22 253:3
253:9 261:7
261:9,13
262:25 263:2
300:3,8
**400**
3:21
**408384**
116:24
**41**
9:6 274:2
**42**
60:22 61:1,5
**43**
8:18
**45**
142:4
**4500**
4:5
**468825**
102:16
**468846**
102:16
**47**
8:20
**48**
65:21
**49**
90:9
**4900**
4:10

266:13,13,14
274:2 292:13
295:16
**600**
6:13 12:18,20
12:25
**601**
1:22 2:6 6:16
11:3 13:6,10
13:11 247:8
247:25 250:2
252:17
255:15
**602**
6:20 59:3,7
**603**
6:23 7:2 67:22
68:2,12,16
69:2 70:6
71:12 75:12
77:11,16
78:2 95:10
95:16,19
183:11,13
202:20,22
203:16,17
209:18 210:4
214:5 243:10
245:16
316:16,22
**604**
7:1 68:5,9
70:8,11,22
95:10 209:19
210:4 214:4
245:2,9,11
**605**
7:3 79:4,9,14
**606**
7:6 90:16,17
90:18,21
**60654**
3:9
**607**
7:9 96:3,5,9
96:17 99:21
**608**
7:12 101:25
102:1,4,4
**609**
7:15 102:8,11
102:15,20
**610**
7:18 106:16,17
106:21,25
110:1
**611**
8:1 110:20,21
110:24 111:6
**612**
8:7 116:16,18
116:22 117:2
117:8,18
118:12,15
120:25
**613**
8:10 132:18,19
133:7,13
134:21
**614**
8:13 132:23,24
134:20 135:2
135:5 137:1
137:5,8,11
137:13
250:14,15,16
252:12,20
253:13
259:24
261:14,20,24
261:14,17
280:12 285:3
290:15,16

**615**
8:16 254:15,17
254:20
**616**
8:19 278:6,8
278:12
**617**
8:22 281:23,25
**618**
2:13 9:1
292:15,16,17
**619**
9:4 295:20,21
296:21
299:14
**620**
9:8 317:5,6,9
**67**
6:23
**68**
7:1
**6andahalf**
238:7

---

**7**

**7**
4:7 11:6 66:7
66:10 73:14
79:18 80:1,5
84:23 88:9
103:13,13,16
103:16,20,20
201:2 222:19
268:24 269:3
300:8 343:18
345:7 356:10
**70112**
4:19
**70130**
1:23 2:7
**70501**
2:10
**70503**
1:20
**70801**
2:14
**750**
4:10
**752702041**
5:5
**770025006**
3:21
**770102010**
4:6
**77019**
3:18
**77056**
4:11
**7738901124**
4:15
**79**
7:3 81:23
**7th**
146:4,5 248:21
249:25
251:22

---

**8**

**8**
11:6 58:8,24
59:7,18 65:9
71:25 72:19
115:1 135:17
139:18
214:14 248:1
248:15
249:21 250:1
250:24
254:12
255:24 256:4
263:2 295:16

---

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 120

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR                    March 14, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR
Reported By:

31

```
   336:22 342:2
   342:3,23
   343:25
   344:16
800
  86:14,25 88:2
80barrel
  141:6,18,23
8259
  113:11,14
831
  103:9
8th
  55:19


          9
9
  58:8 59:18
    65:9,21
    74:11 75:16
    79:8 80:11
    81:18 82:6
    84:2,20,21
    86:10 89:6,6
    89:22,22
    90:9,9
   200:25 214:3
   251:5 282:12
   282:15
   295:19
   342:17
   343:12,17
   345:5 346:19
   346:24 347:1
   347:5,9,25
   348:2 349:23
90
  7:6
94104
  3:13
950
  2:18
96
  7:9
9th
  146:4,5
```

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009        Board-Certified Court Reporters        Facsimile: (504) 525-9109

Exhibit K
Page 121

# MARCH 15, 2011

# JOHN JOSEPH GISCLAIR

# DEPOSITION TRANSCRIPT

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010                                    Reported By:
JOHN JOSEPH GISCLAIR VOL. II        March 15, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL BY  MDL NO. 2179
THE OIL RIG
"DEEPWATER HORIZON"  SECTION: J
IN THE GULF OF
MEXICO, ON APRIL 20,  JUDGE BARBIER
2010        MAG. JUDGE SHUSHAN


VOLUME 2

Deposition of JOHN JOSEPH GISCLAIR,
121 Karen Drive, Lafayette, Louisiana 70503,
taken in the Bayou Room, 11th Floor, Pan
American Life Building, 601 Poydras Street,
New Orleans, Louisiana 70130, on Tuesday,
March 15, 2011.

359

```
1    APPEARANCES (Continued):
2
     KIRKLAND & ELLIS, LLP
3    (BY:  MATTHEW T. REGAN, ESQUIRE)
     300 NORTH LaSALLE
4    CHICAGO, ILLINOIS 60654
5        -AND-
6    KIRKLAND & ELLIS, LLP
     (BY:  CHRISTOPHER KEEGAN, ESQUIRE)
7    555 CALIFORNIA STREET
     SAN FRANCISCO, CALIFORNIA 94104
8
     ATTORNEYS FOR BP
9
10   MORGAN, LEWIS
     (BY:  HUGH E. TANNER, ESQUIRE)
11   1000 LOUISIANA STREET, SUITE 400
     HOUSTON, TEXAS 77002-5006
12
     ATTORNEYS FOR M-I, LLC
13
14   BECK, REDDEN & SECREST, LLP
     (BY:  GEOFF GANNAWAY, ESQUIRE)
15      AND PATRICE CHILDRESS, ESQUIRE)
     ONE HOUSTON CENTER
16   1221 McKINNEY STREET
     SUITE 4500
17   HOUSTON, TEXAS 77010-2010
18      ATTORNEYS FOR CAMERON INTERNATIONAL
        CORPORATION
19
20   GOFORTH GEREN EASTERLING, LLC
     (BY:  DANIEL O. GOFORTH, ESQUIRE
21      BROOKE GEREN, ESQUIRE)
     4900 WOODWAY, SUITE 750
22   HOUSTON, TEXAS 70056
23      ATTORNEYS FOR TRANSOCEAN
24
25
```

361

```
1    APPEARANCES:
2
3    ON BEHALF OF THE PLAINTIFFS STEERING
     COMMITTEE:
4
5    DOMENGEAUX, WRIGHT, ROY & EDWARDS
     (BY:  WILLIAM F. LARGE, ESQUIRE)
6    556 JEFFERSON STREET, SUITE 500
     LAFAYETTE, LOUISIANA 70501
7
8    deGRAVELLES, PALMINTIER, HOLTHAUS &
     FRUGÉ
9    (BY:  MICHAEL C. PALMINTIER, ESQUIRE)
     618 MAIN STREET
10   BATON ROUGE, LOUISIANA 70801
11
     U.S. DEPARTMENT OF JUSTICE
12   ENVIRONMENT AND NATURAL RESOURCES
     DIVISION
13   (BY:  MATTHEW Z. LEOPOLD, ESQUIRE)
     ATTORNEY ADVISOR
14   LAW AND POLICY SECTION
     950 PENNSYLVANIA AVENUE, N.W.
15   ROOM 2616
     WASHINGTON, D.C. 20530
16
     ATTORNEYS FOR THE UNITED STATES
17
18   U.S. DEPARTMENT OF JUSTICE
     TORTS BRANCH, CIVIL DIVISION
19   (BY:  DEANNA J. CHANG, ESQUIRE)
     POST OFFICE BOX 14271
20   WASHINGTON, D.C. 20044-4271
21      ATTORNEYS FOR THE UNITED STATES
22   KANNER & WHITELEY, LLC
23   (BY:  DAVID POTE, ESQUIRE)
     701 CAMP STREET
24   NEW ORLEANS, LOUISIANA 70130-3504
25      ATTORNEYS FOR LOUISIANA ATTORNEY
```

360

```
1    APPEARANCES (Continued):
2
3    KUCHLER, POLK, SCHELL, WEINER
     & RICHARDSON
4    (BY:  DEBORAH D. KUCHLER, ESQUIRE
        AND JANIKA D. POLK, ESQUIRE)
5    1615 POYDRAS STREET, SUITE 1300
     NEW ORLEANS, LOUISIANA 70112
6
     ATTORNEYS FOR ANADARKO PETROLEUM
7    AND MOEX OFFSHORE 2007, LLC
8
     BINGHAM McCUTCHEN
9    (BY:  MATTHEW I. KLIEGMAN, ESQUIRE)
     399 PARK AVENUE
10   NEW YORK, NEW YORK 10022-4689
11      ATTORNEYS FOR ANADARKO PETROLEUM
        AND MOEX OFFSHORE 2007, LLC
12
13   GODWIN RONQUILLO
     (BY:  BRUCE W. BOWMAN, JR., ESQUIRE)
14      FLOYD R. HARTLEY, JR., ESQUIRE)
        ISRAEL R. SILVAS, ESQUIRE)
15   SUITE 1700 1201 ELM STREET
     DALLAS, TEXAS 75270-2041
16
     ATTORNEYS FOR HALLIBURTON
17
18   JONES, WALKER, WAECHTER, POITEVENT,
     CARRERE & DENEGRE, LLP
19   (BY:  BRETT S. VENN, ESQUIRE)
     201 ST. CHARLES AVENUE
20   NEW ORLEANS, LOUISIANA 70170-5100
21      - AND -
22   JONES, WALKER, WAECHTER, POITEVENT,
     CARRERE & DENEGRE, LLP
23   (BY:  DOUGLAS C. LONGMAN, JR., ESQUIRE)
     600 JEFFERSON STREET, SUITE 1600
24   LAFAYETTE, LOUISIANA 70501
25      ATTORNEYS FOR WEATHERFORD
```

362

1 (Pages 359 to 362)

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009        Board-Certified Court Reporters        Facsimile: (504) 525-9109

Exhibit K
Page 122

Case 2:10-md-02179-CJB-DPC   Document 3156-6   Filed 07/06/11   Page 125 of 194

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010                    Reported By:
JOHN JOSEPH GISCLAIR VOL. II        March 15, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR

1              * * *
2
3         EXAMINATION INDEX
4
5                 Page
6   EXAMINATION BY MR. LEOPOLD..............366
7   EXAMINATION BY MR. POTE................419
8   EXAMINATION BY MS. POLK:  .............450
9   EXAMINATION BY MR. LARGE................473
10  EXAMINATION BY MR. REGAN................487
11  EXAMINATION BY MR. GOFORTH.............492
12
13
14             * * *
15        INDEX OF EXHIBITS
16
17
18                Page
19
20  Exhibit No. 621.......................378
21    Halliburton BP Deepwater Horizon
22  Investigation:  Preliminary Insights,
23  BP-HZN-BLY00170202 through
24  BP-HZN-BLY00170218
25
                                    363

---

1   Exhibit No. 622.......................455
2     Supplemental InSite Anywhere Access
3   Log for Deepwater Horizon/MC 252
4   Macondo in Response to CG Subpoena of
5   10.21.2010, HAL_0502725 through
6   HAL_0502730
7
8   Exhibit No. 623.......................511
9     Transcript of the Testimony of The
10  Joint United States Coast Guard/Bureau
11  of Ocean Energy Management
12  Investigation, date taken:  December
13  7, 2010, PM Session, USCG/BOEM Board
14  of Investigation( Re:  Deepwater
15  Horizon)
16
17
18
19
20
21
22
23
24
25
                                    364

---

1              S T I P U L A T I O N
2         It is stipulated and agreed by and
3   between counsel for the parties hereto that
4   the deposition of the aforementioned witness
5   is hereby being taken pursuant to the Federal
6   Rules of Civil Procedure;
7
8         All formalities, with the
9   exception of the reading and signing of the
10  transcript by the witness, are hereby waived;
11
12        All objections, except those as to
13  the form of the question and the
14  responsiveness of the answer, are hereby
15  reserved until such time as this deposition,
16  or any part thereof, may be used or sought to
17  be used in evidence.
18
19             * * *
20
21        DIANE TEWIS CLARK, RPR, RMR, CRR,
22  Certified Court Reporter, State of Louisiana,
23  officiated in administering the oath to the
24  witness.
25
                                    365

---

1         THE VIDEOGRAPHER:
2         We're now returning to the
3   record, it is 8:34 a.m.  It is March 15th,
4   2011.
5         Will the court reporter please
6   now swear in the witness.
7         JOHN JOSEPH GISCLAIR,
8   after having been first duly sworn by the
9   above-mentioned certified court reporter, was
10  examined and testified as follows:
11  EXAMINATION BY MR. LEOPOLD:
12       Q.    Hi, Mr. Gisclair, we're back
13  this morning and, again, I'm Matt Leopold
14  representing the United States and yesterday
15  we got through an hour of testimony and we're
16  going to continue following up on some of the
17  topics that we talked about yesterday and hit
18  a few more.
19        I started to ask you about a few
20  people that you work with and I want to throw
21  a couple more names out there, just of folks
22  I've seen on e-mails.
23        (Whereupon, an off-the-record
24  discussion was held).
25  EXAMINATION BY MR. LEOPOLD:
                                    366

2 (Pages 363 to 366)

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR VOL. II          March 15, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR



1        Q.    So I think you mentioned earlier
2    in your testimony Randy Hopper; is that
3    right?
4        A.    Yes.
5        Q.    Who is he?
6        A.    He's my immediate supervisor.
7    He's the mudlogging product line manager for
8    Sperry in Lafayette.
9        Q.    Does he have responsibility for
10   managing mudloggers?
11       A.    Indirectly.  The mudlogging
12   supervisors report to him.
13       Q.    And is Earl Fly his mudlogging
14   supervisor?
15       A.    Yes.
16       Q.    Earl Fly was the mudlogging
17   supervisor for the HORIZON crew?
18       A.    The Sperry crew on the HORIZON,
19   yes -- I'm sorry, the Sperry mudlogging crew
20   on the HORIZON.
21       Q.    And Randy Hopper manages Earl
22   Fly and other people in his position?
23       A.    Correct.
24       Q.    What about David Barquet?
25       A.    David Barquet?

367

1        Q.    Barquet.
2        A.    David Barquet is Randy Hopper's
3    counterpart in MWD.  He's the MWD product
4    line manager for the Gulf of Mexico in this
5    area.
6        Q.    How about a Chris Wilson?
7        A.    Chris Wilson is one of my direct
8    reports.  He's InSite's report working under
9    me.
10       Q.    You said you have four employees
11   working under you?
12       A.    Correct.
13       Q.    What about Dan Marr?
14       A.    Dan Marr is -- he's what's
15   called a fast team member.  He's a support
16   person in charge of supporting downhole tools
17   for MWD.
18
19
20
21
22
23
24
25

368

369

370

3 (Pages 367 to 370)

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 124

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010                        Reported By:
JOHN JOSEPH GISCLAIR VOL. II               March 15, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR



4 (Pages 371 to 374)

601 Poydras Street, Suite 1720         GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009         Board-Certified Court Reporters     Facsimile: (504) 525-9109

Exhibit K
Page 125



[redacted]

375

[redacted]

376

[redacted]

EXAMINATION BY MR. LEOPOLD:

Q. I would like to introduce an

377

exhibit. If you would turn in your binder to Tab 18.

A. (Complying).

[redacted]

378

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

JOHN JOSEPH GISCLAIR VOL. II        March 15, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR

Reported By:

**Page 379**

**Page 381**

```
1          A.     Yes.
2          Q.     Are you aware of whether
3   Mr. Joseph Keith had completed that process?
4   MR. HARTLEY:
5          Object.  Form.
6   THE WITNESS:
7          I'm not aware of Mr. Keith's
8   rank.  I don't know that -- well, I don't
9   know Mr. Keith's rank, so I can't say whether
10  or not he had reached the highest level.
11  EXAMINATION BY MR. LEOPOLD:
12         Q.     What does that process entail?
13  Can you tell us about the ranking process
14  that the mudloggers go through?
15         A.     Well, it's not -- it's not -- I
16  don't want to make it sound like a ranking
17  process, like he's ranked a nine out of ten.
18  It's essentially levels.
19         When you first hire on into the
20  mudlogging department, you are placed
21  essentially as a trainee and as you advance,
22  you can advance through several different
23  levels of mudlogger.  Each level represents
24  an increase in grade, a pay grade, and the
25  more skilled, the more experienced you
```

**Page 380**

```
8          Q.     We talked a little bit about
9   mudlogger training and your role in that.
10  Are you aware of any ongoing training that
11  mudloggers have to go through to stay current
12  on their job or certified to do their job?
13         A.     I don't know what processes they
14  have in place for refresher courses or
15  anything referring to the mudlogging
16  training.
17         Q.     Is there any kind of
18  certification to become a mudlogger that
19  you're aware of?
20         A.     There's an advancement process
21  that's in place for training of mudloggers
22  and advancing them through the several ranks,
23  several levels of field personnel.
24         Q.     And is that an internal Sperry
25  process that Sperry has created?
```

**Page 382**

```
1   become, the higher you can advance.
2          Q.     How many levels are included in
3   that process?
4          A.     I'm not familiar with the
5   changes they may have made recently.  And
6   when I was working in the field, there
7   were -- there were five levels for -- on the
8   MWD side.  They were labeled F13 through F17,
9   F13 being a trainee -- F13 being a trainee
10  and F17 being the most senior level.
11         Q.     And at what level is a mudlogger
12  allowed to perform activities independently
13  without oversight or direct supervision?
14         A.     I would say that would be more
15  based on an individual rather than a specific
16  level.
17         Q.     And who would make that type of
18  decision for Sperry?
19  MR. HARTLEY:
20         Object.  Form.
21  THE WITNESS:
22         Typically the supervisors
23  determine the crews, who works on what crews
24  and what tours they work.
25  EXAMINATION BY MR. LEOPOLD:
```

6 (Pages 379 to 382)

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009        Board-Certified Court Reporters        Facsimile: (504) 525-9109

Exhibit K
Page 127

1        Q.     And the supervisor in the case
2   of the HORIZON was Earl Fly; is that correct?
3        A.     Correct.
4        Q.     And would he make that
5   determination in conjunction with any other
6   managers at Sperry?
7        A.     The supervisors discuss amongst
8   themselves who they feel would work best on
9   what crews and who would be ready to hold
10  their own tour.
11       Q.     Were there any exams that
12  mudloggers take or have to pass before they
13  reach a certain certification level?
14       MR. HARTLEY:
15            Object.  Form.
16       THE WITNESS:
17            There is an advancement process
18  that they have to go through.  I'm not
19  familiar with all the nuances of it, but in
20  general, there's certain competencies they
21  have to pass.
22  EXAMINATION BY MR. LEOPOLD:
23       Q.     How does Sperry measure those
24  competencies?
25       MR. HARTLEY:

383

1   a part of the class that I teach.
2        Q.     What class is that, sir?
3        A.     It's the InSite surface software
4   portion of the mudlogging series for new
5   hires.
6        Q.     So that's a separate training
7   process than the one we've just been
8   discussing?
9        A.     Well, the competency is not a
10  training, necessarily a training process.  It
11  is more of a list of skills that any
12  mudlogger of any given level is expected to
13  know.
14       Q.     In your training process, or
15  your lecture, would you call it a lecture,
16  sir?
17       A.     It's a hands-on class.  It's a
18  classroom environment there.  There are
19  exercises and so forth, so I would classify
20  it as a class, not a lecture.
21       Q.     Okay.  Why do you stress
22  communications with the rig crew?
23       A.     It is an important part of what
24  a mudlogger needs to do.
25       Q.     Because as you've testified

385

1            Object.  Form.
2        THE WITNESS:
3            Again, I'm not entirely familiar
4   with the whole process, but there are written
5   measures that they have to comply to or prove
6   competency in, rather.
7   EXAMINATION BY MR. LEOPOLD:
8        Q.     Who would be more familiar with
9   the specifics of the mudlogger training
10  program?
11       A.     I would say our mudlogging PDC,
12  Danny Nicolinni.
13       Q.     Do you know if well control
14  training is included as part of that?
15       A.     I don't know.
16       Q.     Do you have stop-work authority
17  as discussed in that training?
18       A.     I don't know that it is.
19       Q.     Is this the training process
20  that you would have been -- played a part in
21  when you were talking about communications
22  with the rig crew?
23       A.     No.  When I was discussing the
24  training that I do and talking about
25  communication with the rig crew, that's just

384

1   earlier, the data in and of itself is not a
2   complete picture of everything going on on
3   the rig; is that right?
4        A.     Correct.
5        Q.     And part of the mudlogger's job
6   is to give the best picture he or she can as
7   to the conditions of the well and the rig
8   activities?
9        MR. HARTLEY:
10            Object to form.
11       THE WITNESS:
12            To the best of their ability.
13  EXAMINATION BY MR. LEOPOLD:
14       Q.     Are you aware what other -- are
15  you aware whether other members of the rig
16  crew on the HORIZON had the responsibility to
17  keep logs of rig activities?
18       A.     Of the mudloggers on the rig?
19       Q.     Whether mudloggers or Transocean
20  crew or BP personnel?
21       A.     I can't answer for the personnel
22  of BP and Transocean.  I can just say that
23  it's part of the mudlogger's responsibility
24  to keep a log of the rig activities.
25       Q.     Who assigns that responsibility

386

7 (Pages 383 to 386)

1   to the mudloggers?
2       A.   It's been part of the standard
3   operating procedure for years.
4       Q.   Is that something when your
5   client such as BP hires Sperry to perform
6   these services, is that an expected
7   responsibility?
8       MR. HARTLEY:
9           Object.  Form.
10      THE WITNESS:
11          I don't know what the customer's
12  expectations are as far as the log is
13  concerned.  I know it's just the Sperry --
14  it's a Sperry responsibility.  That's been
15  part of the mudlogging operations for a very
16  long time.
17  EXAMINATION BY MR. LEOPOLD:
18      Q.   So you're not aware of whether
19  other rig personnel, whether in the case of
20  the HORIZON or BP or Transocean were relying
21  on the mudloggers to create this log of rig
22  activity?
23      A.   I'm not aware of ever having to
24  present that logbook to customers or to rig
25  operators or anyone outside of Sperry.

387

1   the standard operating procedures are
2   typically customer requests.
3           If a customer expects a certain
4   task to be performed every day, maybe
5   something as simple as attending specific
6   meetings on a daily basis, or -- those
7   directives are typically given out on the
8   rig.  Sometimes additional tasks are given as
9   part of a well plan prior to their going out
10  to the job, but usually directives like that
11  come from the customer.
12      Q.   How were those expectations
13  communicated to the mudloggers on the rig?
14      MR. HARTLEY:
15          Objection.  Form.
16      THE WITNESS:
17          It would depend on the
18  directive.  If it's like -- as I said,
19  attending a meeting, it might be the well
20  site leader, the oil companies -- company man
21  on the rig, that just tells the mudlogging
22  crew, we need you at this meeting at this
23  time every day or it could be a specific set
24  of plots that they want e-mailed in every day
25  to the geologist in which case that might

389

1       Q.   Because you said before --
2   previously that the mudloggers are backup
3   eyes and ears for the well data; is that
4   right?
5       A.   They're a second set of eyes to
6   the rig crew.
7       Q.   Are they a second set of eyes on
8   rig activities also?
9       A.   Could you be more specific?
10      Q.   I guess what I'm getting at, are
11  you aware of whether the rig crew is keeping
12  their own logbook of activities going on in
13  the rig?
14      A.   No, I'm not.  It wouldn't matter
15  if they were or were not, the mudloggers are
16  still expected to keep up the logbook.
17      Q.   Okay.  Do you know who assigns
18  specific projects to the mudloggers on board
19  the HORIZON?
20      A.   What do you mean by "projects"?
21      Q.   Who defines their work
22  responsibilities?
23      A.   Well, their work
24  responsibilities are part of the standard
25  operating procedures.  Anything outside of

388

1   come as a written request or it might be
2   verbal.
3   EXAMINATION BY MR. LEOPOLD:
4       Q.   Do you know if there were direct
5   communications between the mudlogging crew
6   and the company man on the HORIZON?
7       A.   Well, that's a pretty broad
8   statement, but, yes, there's always direct
9   communication between the mudloggers and the
10  well site leaders.
11      Q.   That's normal?
12      A.   Yes.
13      Q.   And if -- and as we know, there
14  is also direct communication between the
15  drilling crew and the mudloggers?
16      A.   Yes.
17      Q.   But do you know whether the
18  mudloggers on the HORIZON had normal meetings
19  with the company man?
20      A.   I don't know if they had normal
21  meetings with just the company man.  I know
22  that they attended regular crew meetings,
23  meetings that were for the entire operating
24  crew including Transocean, BP and service
25  companies.

390

8 (Pages 387 to 390)

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

JOHN JOSEPH GISCLAIR VOL. II       March 15, 2011       DIANE TEWIS CLARK, RPR, RMR, CRR

Reported By:

1     Q.    You talked about earlier that
2  the Sperry data is broadcast on a
3  closed-circuit television throughout the rig.
4  What if the company man or other rig
5  personnel wanted certain data to be displayed
6  more prominently on that closed-circuit
7  broadcast, is that something that they would
8  contact the mudloggers about?
9     A.    Yes.
10     Q.    Are you aware of any
11  communications about the scaling or size of
12  data being displayed on the closed-circuit
13  television?
14     A.    No, I'm not aware of any of the
15  requests made for the displays.
16     Q.    But that is an example of a task
17  that the company man might assign a mudlogger
18  in addition to his or her normal duties?
19     MR. HARTLEY:
20        Object.  Form.
21     THE WITNESS:
22        Yeah, yes, that is something
23  that a company man might request.
24  EXAMINATION BY MR. LEOPOLD:
25     Q.    For example, if the company man

391

1     Q.    How could that -- if a mudlogger
2  had a poor relationship with the drilling
3  crew or the company man, how might that
4  affect his duties?
5     MR. HARTLEY:
6        Object.  Form.
7     THE WITNESS:
8        It might -- it's conceivable
9  that it might be a little more difficult to
10  get the information needed to enter into the
11  logbook among other things.  With a good
12  relationship, a lot of times the rig crew may
13  call the mud logger and explain things as
14  they're going or give them forewarning that
15  they're about to perform certain tasks that
16  will affect the data.  If there's not a good
17  working relationship, it may be more
18  incumbent upon the mudlogger to discover that
19  they're doing something and call and find out
20  what's going on.
21     Q.    So is it your testimony that
22  these rig activities, which could obscure or
23  make the data that Sperry is monitoring,
24  these activities could make it more difficult
25  to do their job, but yet whether the Sperry

393

1  wanted to zero in on a specific parameter
2  that was being monitored at the time, he
3  could ask a mudlogger to broadcast that on a
4  closed circuit?
5     A.    Yes, he could.
6     Q.    And however the scale was
7  displayed in the mudlogger's office could be
8  displayed throughout the entire rig?
9     A.    Yes.
10     Q.    Was there a designated screen --
11  you said that the mudloggers have six
12  monitors or they had six monitors on the
13  HORIZON?
14     A.    I'm --
15     MR. HARTLEY:
16        Object.  Form.
17     THE WITNESS:
18        I'm not certain of the number.
19  It know it was at least six.
20  EXAMINATION BY MR. LEOPOLD:
21     Q.    Okay.  And you talked about
22  earlier that it's important for the mudlogger
23  to maintain a good relationship with the crew
24  on the rig; is that right?
25     A.    Yes.

392

1  mudlogger knows about those activities is
2  dependent upon his relationship with the rig
3  crew?
4     MR. HARTLEY:
5        Object.  Form.
6     THE WITNESS:
7        It's dependent upon the
8  communication between him and the rig crew
9  and in some cases, perhaps the relationship
10  may affect the communication.
11  EXAMINATION BY MR. LEOPOLD:
12     Q.    Even if a mudlogger had a poor
13  relationship with the rig crew, would he
14  still be obligated to try to determine the
15  rig activities to the best of his ability?
16     MR. HARTLEY:
17        Object.  Form.
18     THE WITNESS:
19        Yes.
20  EXAMINATION BY MR. LEOPOLD:
21     Q.    So even -- is it part of the
22  mudlogger's job in Sperry's view to call and
23  investigate rig activities regardless of
24  whether the drilling floor has called the
25  mudlogger to inform them of the activities?

394

9 (Pages 391 to 394)

601 Poydras Street, Suite 1720       GAUDET KAISER, L.L.C.       Telephone: (504) 525-9100
New Orleans, LA 70130-6009      Board-Certified Court Reporters     Facsimile: (504) 525-9109

Exhibit K

Page 130

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:

JOHN JOSEPH GISCLAIR VOL. II          March 15, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR



```
1        MR. HARTLEY:
2            Object.  Form.
3        THE WITNESS:
4            Typically when a mudlogger sees
5    a response that -- sees a response on the
6    data that he feels needs an explanation and
7    he knows no immediate explanation, it's
8    expected that he would call the rig crew.
9    EXAMINATION BY MR. LEOPOLD:
10       Q.    Because without knowing, as you
11   said earlier, the data is only a partial
12   picture of what's going on at the well; is
13   that correct?
14       A.    Correct.
```

395

397

396

398

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 131

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

JOHN JOSEPH GISCLAIR VOL. II          March 15, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

Reported By:



399

401

```
 1
 2    Q.    So of the four that we talked
 3  about, only stand pipe pressure was
 4  available; is that right?
 5    A.    Yes.
 6    Q.    To the Sperry mudlogger?
 7    A.    Yes.
 8    Q.    If a mudlogger has limited
 9  information to work with, should he focus
10  more closely on the information that's
11  available?
12    MR. HARTLEY:
13        Object.  Form.
14    THE WITNESS:
15        Well, when a mudlogger is
16  monitoring the rig, he's looking at the
17  entire picture.  He is not looking -- he's
18  not looking at one piece of data for one
19  indicator.  He's looking at all of the data
20  as a whole.
21  EXAMINATION BY MR. LEOPOLD:
22    Q.    Okay.  If I recall correctly,
23  the only primary duties that Mr. Keith was
24  carrying out at this time was well
25  monitoring; is that right?
```

400

402

11 (Pages 399 to 402)

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 132

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
Reported By:
JOHN JOSEPH GISCLAIR VOL. II        March 15, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR

| | |
|---|---|
| 1     MR. HARTLEY: | 1    Transocean drilling crew had seen that, that |
| 2         Object.  Form. | 2    would be an anomaly; isn't that right? |
| 3     THE WITNESS: | 3        MR. GOFORTH: |
| 4         I can't answer for all of the | 4        Objection. |
| 5     duties that Mr. Keith was performing the | 5    THE WITNESS: |
| 6     night of the accident. | 6        I can't answer for the rig crew. |
| 7     EXAMINATION BY MR. LEOPOLD: | 7    They have a more direct knowledge of the rig |
| 8     Q.    But we know some of the other | 8    operations.  They may know exactly why it's |
| 9     mudlogging duties that take place while | 9    doing what it's doing and there would be no |
| 10    drilling is taking place, he was not engaged | 10   reason to make any adjustments. |
| 11    in; isn't that right? | 11   EXAMINATION BY MR. LEOPOLD: |
| 12    A.    That may be a fair assumption, | 12   Q.    At this time, wasn't two out of |
| 13    yes. | 13   the four kick indicator parameters that we |
| 14    Q.    I think I recall you saying | 14   discussed were obscured for the Transocean |
| 15    yesterday, that he had fewer duties than he | 15   drilling crew? |
| 16    would if there were active drilling? | 16   MR. HARTLEY: |
| 17    A.    Typically the mudloggers' | 17       Object.  Form. |
| 18    workload is reduced if they're not drilling, | 18   MR. GOFORTH: |
| 19    if they've completed drilling operations. | 19       Object.  Form. |
| 20    Q.    What other duties would he have? | 20   THE WITNESS: |
| 21    A.    I'm not sure of all of the | 21       To the best of my knowledge, |
| 22    responsibilities Mr. Keith had while he was | 22   they had two kick indicators available to |
| 23    on tour.  One of those responsibilities was | 23   them, flow-out and stand pipe pressure. |
| 24    rig monitoring, but I don't know what else he | 24   EXAMINATION BY MR. LEOPOLD: |
| 25    was responsible for. | 25   Q.    Should a mudlogger establish |
| 403 | 405 |

| | |
|---|---|
| 1     Q.    Okay.  So if Mr. Keith had one | 1    that he should contact the crew if there's |
| 2     of the four primary kick indicators available | 2    activities taking place that obscure his |
| 3     to him and he saw fluctuations in the drill | 3    ability to interpret the data; isn't that |
| 4     pipe pressure, would that be a reason for him | 4    right? |
| 5     to contact the rig crew? | 5    A.    I'm sorry, can you repeat that? |
| 6     MR. HARTLEY: | 6    Q.    Do you agree that the mudlogger |
| 7         Object.  Form. | 7    should call the rig crew if there's rig |
| 8     THE WITNESS: | 8    activities taking place that hamper or hinder |
| 9         If he saw fluctuations in the | 9    his ability to monitor the data accurately; |
| 10    drill pipe pressure that he felt needed an | 10   isn't that right? |
| 11    explanation, he felt that was outside of the | 11   A.    I think it's part of good |
| 12    norm, then, yes, he would be expected to call | 12   communication that the crew be made available |
| 13    the rig floor. | 13   when certain activities make monitoring a |
| 14    EXAMINATION BY MR. LEOPOLD: | 14   little more difficult. |
| 15    Q.    Do you think the fluctuations in | 15   EXAMINATION BY MR. LEOPOLD: |
| 16    the drill pipe pressure that we've talked | 16   Q.    And it could be critical to |
| 17    about would warrant that response? | 17   having a complete picture of what's taking |
| 18    A.    The increase in stand pipe | 18   place on a rig; couldn't it? |
| 19    pressure from 2108 to 2114 and the stand pipe | 19   MR. HARTLEY: |
| 20    pressure decrease from 2126 to 2130 are both | 20       Object.  Form. |
| 21    changes in stand pipe pressure that if are | 21   THE WITNESS: |
| 22    seen by the mudlogger, that it would -- it | 22       In some cases. |
| 23    should raise his interest and warrant a call | 23   EXAMINATION BY MR. LEOPOLD: |
| 24    to the rig floor. | 24   Q.    To your knowledge, did Mr. Keith |
| 25    Q.    And it's also the case if the | 25   contact the drilling crew about these |
| 404 | 406 |

12 (Pages 403 to 406)

Exhibit K
Page 133

1  anomalies that we discussed?
2       MR. HARTLEY:
3          Object.  Form.
4       THE WITNESS:
5          I don't know.
6  EXAMINATION BY MR. LEOPOLD:
7       Q.   Did he contact them when they
8  were dumping the trip tanks across the flow
9  line?
10      A.   I don't know.
11      Q.   What about dumping the sand
12  traps, was that an activity that prompted him
13  to call the rig floor?
14      A.   I don't know.
15      Q.   What about when they bypassed
16  the Sperry flow meter, is that an activity
17  that prompted him to call the rig floor?
18      A.   I believe Mr. Keith was told
19  ahead of time, that when they shut down for
20  the sheen test, if it passed, they were going
21  to divert overboard.
22      Q.   Okay.  What about when they were
23  displacing seawater from the riser, is that
24  an activity that Mr. Keith -- should have
25  prompted Mr. Keith to call the drilling
                                              407

1  floor?
2       MR. HARTLEY:
3          Object.  Form.
4       THE WITNESS:
5          Again, I believe Mr. Keith was
6  informed prior that they were going to be
7  displacing.
8  EXAMINATION BY MR. LEOPOLD:
9       Q.   So any of these types of
10  activities, if a drilling crew should notify
11  a mudlogger that these types of activities
12  are taking place as well; is that right?
13      A.   Yes.  A lot of times, what the
14  rig crew may do is just announce it on the
15  PA, what they're doing at any given time.
16      Q.   Do you know if that was done on
17  the HORIZON?
18      A.   I know of at least one rig
19  activity that was announced on the PA and
20  that was the crane operations.
21      Q.   Okay.  If the drilling crew was
22  not informing the mudlogger of rig activities
23  that were taking place and it was obscuring
24  the Sperry data, is that the type of issue
25  that a mudlogger should notify the company
                                              408

1  man about?
2       MR. HARTLEY:
3          Object.  Form.
4       MR. GOFORTH:
5          Objection.  Form.
6       THE WITNESS:
7          I would say it would depend on
8  the operations and the data being collected.
9  EXAMINATION BY MR. LEOPOLD:
10      Q.   What about the operations in the
11  last two hours of the HORIZON?
12      MR. HARTLEY:
13         Object.  Form.
14      THE WITNESS:
15         I'm sorry, could you rephrase
16  the question?
17  EXAMINATION BY MR. LEOPOLD:
18      Q.   Sure.  If the drilling crew was
19  not notifying the mudlogger of rig operations
20  that was obscuring the Sperry data, is that
21  the type of thing that the mudlogger should
22  notify the company man about?
23      MR. HARTLEY:
24         Object.  Form.
25      THE WITNESS:
                                              409

1          Again, it depends.
2       MR. GOFORTH:
3          Object.  Form.
4       THE WITNESS:
5          Again, it depends on the
6  circumstances.  During the specific
7  operations in the last two hours, not
8  necessarily.
9  EXAMINATION BY MR. LEOPOLD:
10      Q.   Even though you testified
11  previously that the mudlogger was flying
12  blind, essentially, that's not something that
13  the company man should know about?
14      MR. HARTLEY:
15         Object.  Form.
16      THE WITNESS:
17         Well, I wouldn't necessarily say
18  that the mudloggers were flying blind.
19      MR. GOFORTH:
20         Object.
21      THE WITNESS:
22         They were partially blind to
23  some of the kick indicators.  All of the data
24  was still being collected in the database.
25  To say that they were blind to me seems like
                                              410

13 (Pages 407 to 410)

1  they couldn't see anything.  They could see
2  data, but there were just a number of rig
3  activities that were going on at one time to
4  make certain interpretations difficult.
5  EXAMINATION BY MR. LEOPOLD:
6      Q.    Are those types -- are those rig
7  activities something that the company man on
8  board would know about already?
9      A.    I would expect so.
10      Q.    But if a mudlogger felt that his
11  ability to accurately capture the data was
12  inhibited, is that something that he should
13  notify the company man about?
14      A.    Again, it depends on -- it
15  depends on the data being collected and the
16  rig operations at the time.
17      Q.    Okay, I'm referring to the data
18  and the rig operations in the last two hours
19  of the HORIZON.
20      A.    I can't really answer for what
21  BP may consider important for data
22  collection.  I can say that at the specific
23  juncture in rig operations after it was
24  presumed to have a good negative test and
25  you're beginning displacement operations and,

411

1  wants to see a specific piece of data that is
2  not displayed in InSite Anywhere, it's a
3  simple request, can we see this additionally
4  and it would be made available to them.
5      Q.    Okay.  Are the four kick
6  indicators we talked about displayed
7  routinely in InSite Anywhere?
8      A.    There is a surface -- surface
9  log with similar data to what you see here
10  that is available in InSite Anywhere.  Of the
11  kick indicators, flow-out, gas, stand pipe
12  pressure, pick any of those -- those should
13  be available on InSite Anywhere without a
14  user having to request them.
15      Q.    Are you aware of why clients are
16  interested in InSite Anywhere data if they
17  don't have a direct role in the drilling
18  operations?
19      MR. HARTLEY:
20          Object.  Form.
21  EXAMINATION BY MR. LEOPOLD:
22      Q.    Why would someone be monitoring
23  the InSite Anywhere data?
24      MR. HARTLEY:
25          Object.  Form.

413

1  you know, approaching the last steps of
2  setting a cement plug and unlatching the
3  riser, that there are numerous rig
4  maintenance operations that need to take
5  place before the rig leaves location.
6          They have to get done at some
7  point.  The expectation is these duties have
8  to be performed and it's between BP and
9  Transocean to decide, you know, what
10  operations can be done at what times, what
11  would be appropriate times to perform what
12  duties.
13      Q.    Let's move on to a different
14  topic.  We've talked about InSite and InSite
15  Anywhere.  One of the questions that I had is
16  that -- is the InSite Anywhere data any less
17  robust than the InSite -- the primary InSite
18  data that's collected at the Houston office?
19      A.    Well, the InSite Anywhere draws
20  its data from the InSite database.  So
21  whatever is in the InSite database can be
22  made available in the InSite Anywhere.  By
23  default, not every piece of data is displayed
24  in InSite Anywhere.  It's a more user
25  friendly interface and if a customer or user

412

1      THE WITNESS:
2          I can -- I can't answer for
3  individuals why any one person would want
4  InSite Anywhere.  I can say, in general,
5  InSite Anywhere provides a means for -- for
6  instance, drilling engineers to see where the
7  rig is and at any given point in operations,
8  to see if they've reached a specific depth on
9  a geological side.
10          It's an easy way for geologists
11  and petrophysicists to see where they are in
12  drilling operations in relation to their
13  target and if they're passing through the
14  formations they expect to pass through.  So
15  it's an easy interface for them to get a log
16  of rig information on their own very quickly.
17  EXAMINATION BY MR. LEOPOLD:
18      Q.    Does it give information about
19  the commercial viability of a well?
20      A.    No, it doesn't -- well, I mean,
21  it provides data to where they can draw their
22  own assumptions, but it does not provide any
23  direct value of the well or the operations.
24      Q.    Would the -- a lot of the data
25  that you just mentioned would be collected

414

14 (Pages 411 to 414)

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 135

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

JOHN JOSEPH GISCLAIR VOL. II        March 15, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR        Reported By:

---

1    during drilling operations; is that right?
2        A.    During actual drilling of the
3    well or perhaps during wireline operations.
4        Q.    What about temporary -- during
5    temporary abandonment, is the data collected
6    different than what's being collected while
7    drilling?
8        A.    Well, in general, the geological
9    side isn't as involved in the P and A
10   operations and as interested in it.  They've
11   already discovered what they wanted to
12   discover.  They've already drilled presumably
13   down to their target, so they have the
14   information that they need -- they need.
15   Typically the data collected at this point is
16   of more interest to, you know, the drilling
17   engineer types to see where they were in
18   operations and whatnot.
19           Again, I couldn't answer for --
20   I couldn't make a blanket statement why
21   everybody would want to look at InSite
22   Anywhere.
23       Q.    You're familiar with the
24   business and why clients pay for this type of
25   information?

415

---

1    abandonment; is that right?
2        A.    It's already been collected and
3    stored in the InSite database.  It's still
4    available for viewing from InSite Anywhere,
5    but there is no additional information being
6    added to it.
7        Q.    We're almost out of time here,
8    but finally I want to ask about the Sperry
9    flow-out meter.  Would that be affected, the
10   readings of the flow-out meter be affected by
11   the types of material that's being run down
12   the drilling -- down the pipe that the
13   material's flowing down?
14       A.    No.  It's a fluid height
15   indicator.  It doesn't matter what type of
16   fluid it is, in general.  It's just going to
17   bounce a signal off the surface of the fluid
18   and then it determines the time it takes that
19   signal to make the round trip from the sensor
20   to the fluid height and back.
21       Q.    What about spacer materials made
22   from form squeeze, LCN material?
23       A.    Those fluids should not affect
24   flow-out readings.
25       Q.    Are you aware whether it would

417

---

1        A.    Yes.
2    MR. HARTLEY:
3            Object.  Form.
4    THE WITNESS:
5            Yes.
6    EXAMINATION BY MR. LEOPOLD:
7        Q.    One of the reasons is for
8    geological information; is that correct?
9        A.    Correct.
10       Q.    And from that information, can
11   you draw conclusions about the reservoir and
12   commercial viability?
13       A.    Well, the geologists and
14   petrophysicists should be able to draw
15   certain conclusions based on the data.
16       Q.    But during temporary
17   abandonment, none of the geological or the
18   commercial viability information is
19   available; is that right?
20       A.    No.  It's always available on
21   InSite Anywhere, as long as the site is up
22   and running and as long as the customer wants
23   it up and running.
24       Q.    Let me be more specific:  That
25   data is not being collected during temporary

416

---

1    affect the paddle type flow-out sensor?
2        A.    The paddle is a little more
3    susceptible to fluid densities.  The heavier
4    the fluid, the more force it's going to exert
5    on the paddle.  If it's a much lighter fluid,
6    the same volume passing that sensor may not
7    have the force to move the paddle as much as
8    a heavier fluid.
9        Q.    So the loss containment
10   materials that I just described could have a
11   different impact on a paddle sensor versus a
12   Sperry sonic sensor?
13       A.    It's possible.
14       Q.    Can you explain to me how does
15   fluid height, measuring fluid height in a
16   pipe that's flowing, how do you get from
17   fluid height to flow rate?
18       A.    It's a variance.  Basically when
19   you are receiving a certain amount of fluid,
20   let's say, a hundred gallons a minute coming
21   out of the return line and there's a specific
22   height associated with that, the more fluid
23   that flows through that line, the higher the
24   fluid is going to be.  So you get readings, a
25   low reading and a high reading in its most

418

---

15 (Pages 415 to 418)

Exhibit K
Page 136

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

JOHN JOSEPH GISCLAIR VOL. II      March 15, 2011      DIANE TEWIS CLARK, RPR, RMR, CRR

Reported By:



| | |
|---|---|
| 1  basic form and you just do a linear | 1 |
| 2  calibration.  The flow-out would typically be | 2 |
| 3  calibrated on three or four or even five | 3 |
| 4  points instead of two. | 4 |
| 5       MR. LEOPOLD: | 5 |
| 6          All right.  Thanks, | 6 |
| 7  Mr. Gisclair.  I have no further questions. | 7 |
| 8       THE WITNESS: | 8 |
| 9          Thank you. | 9 |
| 10      THE VIDEOGRAPHER: | 10 |
| 11         The end of Tape 1 and it is | 11 |
| 12  9:33.  We're now off the record. | 12 |
| 13         (Whereupon, a brief recess was | 13 |
| 14  taken.) | 14 |
| 15      THE VIDEOGRAPHER: | 15 |
| 16         Returning to the record, it is | 16 |
| 17  9:45, the start of Tape 2. | 17 |
| 18  EXAMINATION BY MR. POTE: | 18 |
| 19      Q.   I'm David Pote for Louisiana. | 19 |
| 20  My esteemable colleagues have done an | 20 |
| 21  excellent job of thorough questioning, so | 21 |
| 22  hopefully I won't be too long.  Maybe some | 22 |
| 23  basic questions and taking a step back and | 23 |
| 24  looking at the broader picture so I can | 24 |
| 25  clarify some things for my own understanding. | 25 |
| 419 | 421 |

| | |
|---|---|
| 1          Is it correct that there has not | 1 |
| 2  been a formal investigation by Halliburton | 2 |
| 3  into this accident other than what you've | 3 |
| 4  done yourself? | 4 |
| 5       MR. HARTLEY: | 5 |
| 6          Object.  Form. | 6 |
| 7       THE WITNESS: | 7 |
| 8          I'm not aware of a formal | 8 |
| 9  investigation by Halliburton, no. | 9 |
| 10  EXAMINATION BY MR. POTE: | 10 |
| 11      Q.   As far as you know, you're the | 11 |
| 12  only person to have looked into anything | 12 |
| 13  regarding the accident; is that correct? | 13 |
| 14      MR. HARTLEY: | 14 |
| 15         Object.  Form. | 15 |
| 16  EXAMINATION BY MR. POTE: | 16 |
| 17      Q.   For Halliburton? | 17 |
| 18      A.   From Sperry, yes. | 18 |
| 19      Q.   And you say from Sperry, what | 19 |
| 20  about from Halliburton? | 20 |
| 21      A.   I'm not aware of what might have | 21 |
| 22  been done on the Halliburton side. | 22 |
| 23 | 23 |
| 24 | 24 |
| 25 | 25 |
| 420 | 422 |

16 (Pages 419 to 422)

601 Poydras Street, Suite 1720       GAUDET KAISER, L.L.C.       Telephone: (504) 525-9100
New Orleans, LA 70130-6009       Board-Certified Court Reporters       Facsimile: (504) 525-9109

Exhibit K
Page 137

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR VOL. II      March 15, 2011      DIANE TEWIS CLARK, RPR, RMR, CRR      Reported By:



Page 423 (left)

423

Page 425 (right)

1    type of rig activities that can interfere
2    with data monitoring, and I know at least
3    from your testimony yesterday and in
4    testimony before that, I've seen everything
5    from crane activity to mud displacement,
6    overboard diversion, waves at sea, I mean, it
7    seems like there's a lot of stuff I've heard.
8         Let's talk about one by one, the
9    rig activities that you think can interfere
10   with the monitoring of data.
11       A.    Well, that's such a long list, I
12   wouldn't be able to name them all off the top
13   of my head.  Potentially, any rig activity
14   that would affect the sensor reading other
15   than what would typically be seen during
16   normal drilling activities or normal rig
17   operations could influence -- potentially
18   influence an interpretation.
19       So if it's an activity that is
20   not directly related to well activities,
21   meaning the wellbore activities, it could
22   potentially affect the data-enhanced
23   interpretation.
24       Q.    So would a mudlogger have that
25   same perspective -- would you assume that a

425

Page 424 (left)

19       Q.    Let's talk about the rig
20   activities that interfere with data
21   monitoring and I want to kind of take a step
22   back again here just to look at the big
23   picture, because I don't know if you've
24   actually given this specific testimony, but
25   can you just list -- give me a list of the

424

Page 426 (right)

1    mudlogger would also have the same response,
2    that the list is just too long to even begin
3    to --
4        A.    Oh, sure.
5        Q.    Okay.  What -- in your
6    estimation, can you tell me what percentage
7    of the time -- it sounds like from the way
8    you're describing these rig activities, is
9    there a percentage of time that any given --
10   that at least one of these rig activities
11   which can interfere with data monitoring is
12   going on on the rig; is it on a constant
13   basis?
14   MR. HARTLEY:
15       Objection.  Form.
16   THE WITNESS:
17       I wouldn't say that it's a
18   constant basis, but I would label it as
19   frequent, you know, you can have several
20   activities during the course of any given day
21   or any given tour that would affect sensor
22   readings and that would warrant an
23   explanation.
24   EXAMINATION BY MR. POTE:
25       Q.    Let me start, maybe with the

426

17 (Pages 423 to 426)

601 Poydras Street, Suite 1720      GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6009      Board-Certified Court Reporters      Facsimile: (504) 525-9109

Exhibit K
Page 138

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

JOHN JOSEPH GISCLAIR VOL. II        March 15, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR

Reported By:

| | |
|---|---|
| 1  list here.  I think you mentioned mud | 1  shut down the pumps or bring the pumps up, |
| 2  displacement; is that correct?  Is that one | 2  those are immediately noticed -- well, |
| 3  of the rig activities? | 3  actually that's not a secondary activity. |
| 4      A.  Mud displacement in a manner | 4      Like I said, the list can be so |
| 5  that it's taken from an unmonitored pit or | 5  overwhelming that -- well, depending on the |
| 6  not returned to a monitored pit. | 6  sensors, crane operations can be one, if |
| 7      Q.  Okay. | 7  they're using the flow-out sensor, the sonic |
| 8      A.  But not all mud displacement, in | 8  flow-out sensor on the flow line.  The |
| 9  fact, a lot of mud displacement -- mud | 9  exchange of fluid in the trip tanks, those |
| 10  displacement is a term when they're just | 10  are fairly common and can affect the |
| 11  changing out one fluid for another.  They may | 11  mudlogger's ability to monitor, depending on |
| 12  be changing from 14-pound mud to 16-pound mud | 12  what they're doing with the fluid. |
| 13  during normal drilling operations even though | 13      Q.  Okay.  It seems like maybe in |
| 14  it's a fairly big increase.  That's call | 14  your Congressional testimony at some point, |
| 15  displacing 14-pound mud with 16-pound mud. | 15  there was mention of mere waves at sea |
| 16      They may be taking 14 from one | 16  affecting some type of reading and I think |
| 17  pit -- I'm sorry, taking 16 from one pit and | 17  the person taking testimony was sort of |
| 18  returning the 14 to another pit, but those | 18  incredulous that that could be something that |
| 19  pits may still be monitored in which case it | 19  would affect a reading, but could you clarify |
| 20  may not inhibit the mudloggers' ability to | 20  for me what that actually affected?  Do you |
| 21  monitor the pit volume gains and losses. | 21  recall that testimony? |
| 22  However, if those same displacements are done | 22      A.  I remember discussing sea motion |
| 23  from unmonitored pits, then you do inhibit | 23  to the Coast Guard and I can fairly safely |
| 24  the mudlogger's ability to monitor gains and | 24  say that the Coast Guard members of the board |
| 25  losses. | 25  knew exactly what I was talking about.  On |
|                          427 |                          429 |

| | |
|---|---|
| 1      Q.  Well, there's mud displacement, | 1  any floating vessel, all you have to do is |
| 2  you also mentioned overboard diversion of | 2  look at a pot of water and see if you're in |
| 3  fluids; is that correct? | 3  calm seas, you're going to have a calm level |
| 4      A.  Yes.  In the case of the | 4  of fluid in that pot.  The more wave action |
| 5  HORIZON, the manner in which they dumped | 5  you get, the more it starts to sway back and |
| 6  fluid overboard did inhibit the mudlogger's | 6  forth. |
| 7  ability to monitor. | 7      If you're using a sensor to |
| 8      Q.  What are some of the major other | 8  determine how high the fluid is in that pot, |
| 9  rig activities which can interfere with that? | 9  that swaying back and forth of the fluid will |
| 10  Let me stop you, I'm sorry, let me strike | 10  affect that sensor reading.  You can expect |
| 11  that. | 11  to get a more ragged reading.  It's going to |
| 12      I think your testimony was that | 12  be basically rolling up and down and the same |
| 13  some rig activity are obvious and some are | 13  can be expected of any floating vessel. |
| 14  less obvious from the respect of the | 14      Q.  In some of your testimony |
| 15  mudlogger's perspective, rig activities going | 15  yesterday and also your previous testimony, |
| 16  on on a rig; is that correct? | 16  you've alluded to the absence of sensors as |
| 17      A.  Correct. | 17  possibly -- in my view, the way you stated |
| 18      Q.  What are some of the obvious | 18  it, was possibly contributing to the |
| 19  ones? | 19  interference of rig activities with data |
| 20      A.  Mud transfers, transferring mud | 20  monitoring.  Let's talk about that for a |
| 21  from one pit to another especially from the | 21  minute. |
| 22  active pit to a reserve pit or back and | 22      Counsel for the United States |
| 23  forth. | 23  yesterday -- I think you had testified that |
| 24      Q.  Okay.  Any others? | 24  the overboard diversion was a problem because |
| 25      A.  Obviously, when they, you know, | 25  there's no sensor to monitor overboard |
|                          428 |                          430 |

18 (Pages 427 to 430)

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009      Board-Certified Court Reporters      Facsimile: (504) 525-9109

Exhibit K
Page 139

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR VOL. II        March 15, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR        Reported By:

1    diversion of fluids; is that correct?
2         MR. HARTLEY:
3              Object.  Form.
4         THE WITNESS:
5              I can't say that diverting
6    overboard was a problem.  I'm saying that the
7    way it was diverted created a problem in
8    monitoring flow-out from the Sperry sensor.
9    EXAMINATION BY MR. POTE:
10        Q.    Could that have been alleviated
11   with a sensor placed somewhere to monitor
12   that overboard diversion?
13        A.    Yes.
14        Q.    Do you know why such a sensor
15   was not put in place either by Transocean or
16   anybody else?
17        A.    Well, Transocean had a sensor in
18   such a place that it would not be affected by
19   diverting overboard.  The Sperry sensor
20   placement was -- was agreed upon by the
21   Sperry personnel who rigged it up and the
22   Transocean personnel on the rig to help
23   determine the location.
24        Q.    Okay.  I just want to make sure
25   I'm straight, though, because I think when I

431

1    from rig to rig, so what may be obscured on
2    one rig may not be obscured on another rig.
3         Q.    Okay.  Well, let's follow that
4    same line of questioning, for pit-to-pit
5    transfers.  I think you also had testified in
6    your prior testimony that maybe to Congress,
7    that there were no sensors between the active
8    pits to monitor pit-to-pit transfer; is that
9    correct?
10        A.    No, sir.  Each of the active and
11   reserve pits had a pit sensor.  There is no
12   sensor to determine fluid rate when a
13   transfer is moved from one pit to another.
14        Q.    Okay.
15        A.    So you can monitor the pit
16   volumes, but you can't monitor how quickly
17   the fluid is moving from one pit to another.
18        Q.    Let's focus on those sensors to
19   monitor fluid rate between pit-to-pit
20   transfer.  Are you familiar with those
21   sensors elsewhere in the industry or on other
22   rigs other than the DEEPWATER HORIZON?
23        A.    I've never seen -- I've never
24   seen data stored in the mudlogging system and
25   I know Sperry does not have any sensors that

433

1    asked you if the interference problem that
2    you referred to could have been alleviated by
3    sensor, you said yes.  So -- can you
4    elaborate on that?  What do you mean by that?
5    In a way that's different than what was in
6    place?
7         A.    Well, the manner in which the
8    fluid was diverted overboard created a
9    problem for monitoring flow-out for the
10   mudlogger, but not for Transocean.  If you
11   want to alleviate that problem for the
12   mudlogger, you would either move the
13   mudlogging sensor or put a second mudlogging
14   sensor in a location similar to Transocean's
15   to where it would not be affected, whether
16   you're diverting overboard or not.
17        Q.    Do you know why such a second
18   sensor was not put in place?
19        A.    No, I don't know.
20        Q.    Are such sensor placements that
21   you -- such alternative sensor placements
22   that you're now referring to, have you ever
23   seen those type of placements elsewhere in
24   the industry or on other rigs?
25        A.    The sensor placements will vary

432

1    will measure that fluid rate.
2         Q.    Okay.
3         A.    Whether or not it's capable of
4    being measured would be a question for the
5    rig operator.
6         Q.    Okay.  So do you have any
7    opinion on whether such a fluid rate sensor,
8    if I'm getting that right, would be a
9    feasible thing to put on a rig?
10        MR. HARTLEY:
11             Object.  Form.
12        THE WITNESS:
13             I have no opinion.  It would
14   depend on the equipment.
15   EXAMINATION BY MR. POTE:
16        Q.    Okay.  Are there any other areas
17   of rig activities which potentially interfere
18   with data monitoring that could be alleviated
19   by different or additional sensor placement?
20        MR. HARTLEY:
21             Object.  Form.
22        THE WITNESS:
23             Well, we would have to talk
24   about specific cases of interference,
25   specific rig activities.  There can be so

434

19 (Pages 431 to 434)

1    many sensors placed in so many locations on
2    the rig that measure so many different
3    variables, you can't make a blanket
4    statement, you know, if he did this one
5    thing, it will alleviate them all.
6        Q.    Okay.
7        A.    You would have to take them on a
8    case-by-case basis and, in fact, on a
9    rig-by-rig basis.
10       Q.    Is it fair to say that as a
11   general matter, additional or different
12   sensor placement for any given rig activity
13   is a logical solution to look at or potential
14   solution to look at when dealing with this
15   problem of rig activities interfering with
16   data monitoring?
17       MR. HARTLEY:
18           Object.  Form.
19       THE WITNESS:
20           It's a logical assumption, but
21   it may not always be a feasible or practical
22   assumption -- feasible or practical
23   implementation.
24   EXAMINATION BY MR. POTE:
25       Q.    Okay.  But that feasibility and

435

1    activities, any significant rig activities
2    which could affect data monitoring or there
3    was some way to project current rig
4    activities on data, some way that a person
5    monitoring data could know what rig
6    activities were going on when they happened
7    rather than have to guess and call the rig
8    floor and have personal communications
9    amongst themselves to figure out what rig
10   activities were going on?
11       MR. HARTLEY:
12           Object.  Form.
13   EXAMINATION BY MR. POTE:
14       Q.    Wouldn't that be better?
15       A.    It seems such a system would
16   facilitate an accurate rig activities log.
17       Q.    Let's talk about the offshore
18   transmissions.  I think your testimony given
19   previously was to the effect that someone
20   looking at an off -- InSite Anywhere or any
21   other onshore data streaming would have to
22   know what's going on on the rig activitywise
23   in order to make sense of the data; is that
24   correct?
25       A.    In a large part, yes.

437

1    practicality is something you would still
2    look at on a case-by-case basis with respect
3    to each rig activity; is that correct?
4        A.    Yes.
5        Q.    Do you know if any effort like
6    that is underway by Halliburton or Sperry?
7        A.    No, I'm not aware of any effort
8    for that.
9        Q.    Just a broad general question
10   here.  Wouldn't it be better, everyone on the
11   rig, especially mudloggers and people
12   monitoring data like Sperry does, wouldn't it
13   be better if they were able to know at all
14   times what rig activities were occurring
15   rather than to have to make personal or
16   direct communication between rig personnel?
17       MR. HARTLEY:
18           Object.  Form.
19       THE WITNESS:
20           You mean if the information were
21   just readily available to any given person on
22   the rig without having to ask or be told?
23   EXAMINATION BY MR. POTE:
24       Q.    Let's assume somehow there were
25   a system to announce any and all rig

436

1        Q.    And is there any built-in way,
2    anything that's built into the data or that
3    supplements the data, that allows someone
4    looking at the data onshore to do that?
5        A.    There can be.
6        Q.    Can you elaborate?
7        A.    The remarks that I had entered
8    in accompaniment with the logs that were
9    presented as evidence during these
10   depositions, those remarks are stored in the
11   database, in the InSite database, and
12   wherever that data is transmitted, those
13   remarks will be transmitted as well.
14           So it's possible if the rig
15   activities log is stored electronically in
16   the database, then those remarks can be made
17   available on InSite Anywhere.  So that if a
18   mudlogger is entering rig activities on the
19   rig and someone is looking at the time-based
20   data, be it at their house or office or
21   whatever, the InSite Anywhere, they would see
22   that time-based data and they would see the
23   accompanying rig remarks, the rig activities
24   along with it.
25       Q.    You're speaking about something

438

20 (Pages 435 to 438)

Exhibit K
Page 141

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:

JOHN JOSEPH GISCLAIR VOL. II          March 15, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

---

**Page 439**

1    that would be going on in realtime
2    observation of the data?
3         A.    Yes.
4         Q.    Is that systemically -- this
5    might have been asked already.  Forgive me
6    if --
7         A.    That's all right.
8         Q.    If I'm going over stuff already
9    asked.  Is it typical that mudloggers enter
10   rig activities that are going on and that
11   that data gets transferred in realtime over
12   InSite Anywhere or the other offshore
13   streaming data?
14        MR. HARTLEY:
15            Object.  Form.
16        THE WITNESS:
17            What was discussed earlier was
18   that that was a change in operations made
19   after the Macondo accident in that the
20   mudloggers, in addition to writing down
21   their -- either in addition to or in
22   placement of -- writing down the rig activity
23   in a logbook, they're expected to write all
24   of those rig activities -- enter all those
25   rig activities into the InSite database.

---

**Page 440**

1            So what I just described would
2    be possible.
3         Q.    Okay.
4         A.    Prior to the accident, that was
5    not a standard operating procedure.  The
6    standard operating procedure, they would
7    write everything down in the logbook.
8         Q.    Wouldn't you agree that it's a
9    good question, because this is the question I
10   have, let's look at prior to the accident,
11   without that supplemental data indicating rig
12   activities, someone onshore were using InSite
13   Anywhere looking at the data, not knowing
14   what's going on on the rig, what would be the
15   point of the data, of the streaming, what
16   would be the point of InSite Anywhere, what
17   would be the point of looking at data onshore
18   if someone didn't know what was going on on
19   the rig?
20        MR. HARTLEY:
21            Object.  Form.
22        THE WITNESS:
23            It depends on what they're
24   looking for.  For instance, a depth-based --
25   depth-based MWD or a depth-based mud log is

---

**Page 441**

1    almost completely independent of rig
2    activity.  It doesn't matter if they were
3    transferring fluid.  Fluid transfers are not
4    presented on a depth-based log.  You're just
5    looking at formation data.
6            So as they are on bottom
7    drilling, there are a lot of people that are
8    very interested in monitoring what's the
9    depth-based logs as they're going.  If they
10   wanted to watch surface data time log such as
11   what we've been looking at, then, yes, proper
12   interpretation would be very difficult.  But
13   it's not impossible under certain conditions.
14           If they are on bottom drilling
15   and all parameters are holding fairly steady,
16   you can glean a lot of information and
17   accurate interpretation of -- from those logs
18   if there are no other rig activity.
19           So while the rig activities log
20   helps identify certain sensor responses,
21   they're not always necessary for some
22   interpretations, but in areas where a rig
23   activity will affect a sensor beyond what it
24   would normally see during normal operations,
25   things of that nature, would absolutely need

---

**Page 442**

1    to be explained to have a proper
2    interpretation.
3         Q.    So it's fair to say, especially
4    considering the way the things played out in
5    the hours leading up to the accident, is it
6    fair to say that -- would you agree that it's
7    fair to say that if monitoring a well,
8    ominous well flow or a potential well kick,
9    if monitoring the data for that purpose was
10   for that purpose, one, looking at the InSite
11   Anywhere or onshore data could not be certain
12   as to what they were seeing based on
13   potential rig activities that they didn't
14   know about; correct?
15        A.    In the hours leading up to the
16   accident, the rig activities were absolutely
17   essential and doing a proper interpretation.
18        Q.    Let's switch subjects to -- real
19   quick to your employees.
20           I know there have been questions
21   sort of along these lines, but are there any
22   policies that Halliburton or Sperry has with
23   respect to employee reviews, reviewing
24   employee performance, in other words, where
25   Joe Keith, Cathleenia Willis or any of the

---

21 (Pages 439 to 442)

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 142

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

JOHN JOSEPH GISCLAIR VOL. II          March 15, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

| | |
|---|---|
| 1   other Sperry employees on the rig subject to | 1      Q.    Well, it's a statement.  I don't |
| 2   any kind of performance review, based on | 2   have a transcript, or anything.  This is a |
| 3   Sperry policy? | 3   statement basically that I've taken from your |
| 4      MR. HARTLEY: | 4   prior testimony.  So I will just read the |
| 5        Object.  Form. | 5   statement and ask you if you agree with it. |
| 6      THE WITNESS: | 6      A.    Okay. |
| 7        Halliburton has an annual | 7      Q.    The only way for a Sperry |
| 8   performance review where performance over the | 8   employee monitoring data on the rig to |
| 9   prior year is reviewed and goals are set for | 9   determine whether or not a problem with the |
| 10   the year following that. | 10   well is apparent enough to call the rig floor |
| 11        I'm not part of that process for | 11   would be to sit and monitor the data? |
| 12   field personnel.  So I really couldn't answer | 12      MR. HARTLEY: |
| 13   for how the field personnel actually measured | 13        Object.  Form. |
| 14   what they've accomplished over the year and | 14      THE WITNESS: |
| 15   what goals they may have set for the coming | 15        I'm not sure in what context |
| 16   year. | 16   that was said, but just on the surface, if I |
| 17   EXAMINATION BY MR. POTE: | 17   recall, I would -- the intention there I was |
| 18      Q.    So you have no knowledge of any | 18   saying that if -- if he -- for instance, a |
| 19   specific review status or review results for | 19   mudlogger is analyzing cuttings that were |
| 20   any of the Sperry employees on the rig? | 20   coming out of the hole, he is not sitting in |
| 21      A.    No, sir. | 21   front of the computer, looking at the screen, |
| 22      Q.    Do you know who would? | 22   monitoring the rest of the data coming in. |
| 23      A.    Danny Nicolinni. | 23   He's concentrating on that one task.  So in |
| 24      Q.    Danny? | 24   order for him to monitor the rig outside of |
| 25      A.    Nicolinni. | 25   alarms that warn him of specific events, the |
| 443 | 445 |
| 1      Q.    N-i-c -- | 1   only way for him to identify certain |
| 2      A.    N-I-C-O-L-I-N-N-I. | 2   indicators or certain activities is for him |
| 3      Q.    Do you have any reason to | 3   to actually be sitting in front of the |
| 4   believe that any of the employees for Sperry | 4   monitor looking at it.  He doesn't have eyes |
| 5   on the rig were incompetent? | 5   in the back of his head.  He's not going to |
| 6      MR. HARTLEY: | 6   see it from his microscope. |
| 7        Object.  Form. | 7   EXAMINATION BY MR. POTE: |
| 8      THE WITNESS: | 8      Q.    Just a real quick, basic |
| 9        Not my by measurements.  I have | 9   question:  Another way of saying it, in order |
| 10   the rig crew that I've known on the HORIZON | 10   for a mudlogger like Joe Keith, or anyone |
| 11   and have always worked in a very professional | 11   else, to do their job properly, they would |
| 12   manner.  That's from my experience. | 12   need to be at their station monitoring the |
| 13   EXAMINATION BY MR. POTE: | 13   data; correct? |
| 14      Q.    I think you had offered | 14      A.    It depends on the job.  If the |
| 15   testimony previously that the only way for | 15   job is rig monitoring, yes, the rig |
| 16   Sperry employees monitoring data on the rig | 16   monitoring has to be done from sitting in |
| 17   to determine whether or not a problem with | 17   front of the computer screens watching the |
| 18   the well would be apparent enough to call the | 18   displays. |
| 19   rig floor would be to sit and monitor the | 19      Q.    And if you testified that you |
| 20   data.  Do you agree with that statement? | 20   have any knowledge, whether or not Joe Keith |
| 21      MR. HARTLEY: | 21   was at his station monitoring data in the two |
| 22        Object.  Form. | 22   hours leading up to the rig accident? |
| 23      THE WITNESS: | 23      MR. HARTLEY: |
| 24        I'm sorry? | 24        Object.  Form. |
| 25   EXAMINATION BY MR. POTE: | 25      THE WITNESS: |
| 444 | 446 |

22 (Pages 443 to 446)

Exhibit K
Page 143

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

JOHN JOSEPH GISCLAIR VOL. II      March 15, 2011      DIANE TEWIS CLARK, RPR, RMR, CRR

Reported By:

| | |
|---|---|
| 1    I believe Mr. Keith had | 1    quick couple of questions about Sperry and |
| 2  testified that at some point just prior to | 2  Halliburton.  I know you had testified |
| 3  9 o'clock, he had taken a break. | 3  earlier as to Sperry's general mission. |
| 4  EXAMINATION BY MR. POTE: | 4         Who pays your paycheck?  Who is |
| 5    Q.    Do you have any knowledge of how | 5  on your paycheck, when you get paid, is it |
| 6  long that break lasted or when he returned to | 6  Halliburton or Sperry? |
| 7  his station relative to the events? | 7    A.    My wife would like to say her. |
| 8    A.    No.  Outside of Mr. Keith's | 8  Gee, I would have to say Halliburton, but as |
| 9  testimony, no. | 9  my paycheck is directly deposited, I don't |
| 10    Q.    What -- do you have an opinion | 10  receive a piece of paper with a number on it. |
| 11  as to whether extra personnel would have | 11    Q.    Right.  You don't pay attention. |
| 12  helped alleviate the problems of rig | 12  Is it fair to say if you were a |
| 13  operations interfering with data monitoring? | 13  Halliburton -- if you're a Sperry employee, |
| 14    MR. HARTLEY: | 14  you're also an employee of Halliburton; is |
| 15       Object.  Form. | 15  that correct? |
| 16  EXAMINATION BY MR. POTE: | 16    A.    Correct. |
| 17    Q.    This is another variation of the | 17    MR. POTE: |
| 18  sensor question.  We talked about sensors | 18       Thank you, Mr. Gisclair.  I have |
| 19  being a possible way to alleviate this | 19  no further questions. |
| 20  interference problem.  Would extra personnel | 20    THE WITNESS: |
| 21  theoretically help alleviate any one of those | 21       Thank you. |
| 22  problems? | 22    THE VIDEOGRAPHER: |
| 23    A.    Theoretically, just as the | 23       Off the record.  It's 10:21. |
| 24  mudloggers are acting as a second set of eyes | 24       (Whereupon, a brief recess was |
| 25  to the rig crew, if they were a secondary | 25  taken.) |
| 447 | 449 |

| | |
|---|---|
| 1  mudlogging personnel charged with helping | 1    THE VIDEOGRAPHER: |
| 2  out, you know, two hands are better than one. | 2       Returning to the record.  It is |
| 3    Q.    Correct.  Are you aware of any | 3  10:32.  This is the start of Tape 3. |
| 4  regulations, guidelines or voluntary industry | 4  EXAMINATION BY MS. POLK: |
| 5  standards, that may apply to data monitoring | 5    Q.    Good morning, Mr. Gisclair.  My |
| 6  such as that performed by Sperry? | 6  name is Janika Polk and I have just a small |
| 7    A.    No, I'm not. | 7  amount of questions for you today.  During |
| 8    Q.    You haven't familiarized | 8  the investigations that you conducted |
| 9  yourself with the Code of Federal Regulations | 9  relative to this incident, did you have any |
| 10  or anything like that, the International | 10  communications with anyone from Anadarko |
| 11  Organization for Standardization, American | 11  Petroleum Corporation? |
| 12  Petroleum Institute, the Society of Petroleum | 12    MR. HARTLEY: |
| 13  Engineers, American Society of Testing | 13       Object.  Form. |
| 14  Materials, you're not aware of any kind of | 14    THE WITNESS: |
| 15  regulations like that that would control | 15       Regarding? |
| 16  Sperry's data monitoring? | 16  EXAMINATION BY MS. POLK: |
| 17    A.    I know that the government has | 17    Q.    Regarding the incident. |
| 18  released recently, certain regulations that | 18    A.    No, I did not. |
| 19  are expectations of rig operations.  I've not | 19    Q.    Did you have any communications |
| 20  gone through and reviewed those yet. | 20  with anyone from MOEX regarding the incident? |
| 21    Q.    Okay.  Is that something that | 21    A.    No, I did not. |
| 22  you plan on doing? | 22    Q.    And you told us about you |
| 23    A.    Yes.  To see what of those | 23  conducted some investigations where you |
| 24  regulations pertain in my duties, yes. | 24  interviewed several people; correct? |
| 25    Q.    I'm almost done here.  Just a | 25    MR. HARTLEY: |
| 448 | 450 |

23 (Pages 447 to 450)

601 Poydras Street, Suite 1720      GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6009      Board-Certified Court Reporters      Facsimile: (504) 525-9109

Exhibit K
Page 144

1        Object.  Form.
2        THE WITNESS:
3            I don't know if you would
4    categorize it as an interview, but, yes, I
5    did research into the rig activities with
6    several people.
7    EXAMINATION BY MS. POLK:
8        Q.    And you spoke to several people
9    and you asked them questions about the
10   incident; right?
11       A.    Yes.
12       Q.    Did any of those individuals
13   mention anything about Anadarko?
14       A.    No.
15       Q.    Did any of those individuals
16   mention anything about MOEX?
17       A.    No.
18       Q.    Did you have any knowledge about
19   any involvement that Anadarko may have had
20   relative to this well prior to the incident?
21       A.    No.
22       Q.    What about MOEX?
23       A.    No.
24       Q.    Other than the InSite Anywhere
25   information that you've already talked about,

451

1    conducting some investigations relative to
2    login information; is that correct?
3        A.    Correct.
4    MR. HARTLEY:
5            Object.  Form.
6        THE WITNESS:
7            I made some inquiries, yes.
8    EXAMINATION BY MS. POLK:
9        Q.    You haven't got full responses
10   back on those inquiries?
11       A.    That's correct.
12       MS. POLE:
13           For the record, we would like to
14   reserve our right to redepose this witness or
15   any other appropriate witness that's
16   identified on the 30(b)(6) notice relative to
17   login information and any other areas of
18   inquiry that Mr. Gisclair was not prepared to
19   testify full on today.
20   EXAMINATION BY MS. POLK:
21
22
23
24
25

453

1    do you know of any other information relative
2    to the Macondo well that was supplied by BP
3    to MOEX?
4        A.    No.
5        Q.    Do you know of any other
6    information, and when I say other
7    information, other than InSite Anywhere that
8    was supplied by BP to Anadarko?
9        A.    No.
10       Q.    You told us that Exhibit 614,
11   that was marked yesterday as the InSite
12   Anywhere log, and that shows us the people
13   that were logged on at a given time; correct?
14       A.    Correct.
15       Q.    Can I direct your attention to
16   Exhibit 614, please?
17       A.    Well, if I may, I can't really
18   answer for the intention of that document,
19   whether it was intended to show every login
20   and logoff.  I know that it does show certain
21   people logged in and some of the things that
22   they opened while they were -- while they
23   were logged into InSite Anywhere.
24       Q.    And you say that because
25   yesterday you explained to us you're still

452

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23       Q.    You've offered some testimony
24   that -- I recall at the MBI hearings
25   specifically you offered testimony that this

454

24 (Pages 451 to 454)

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009      Board-Certified Court Reporters      Facsimile: (504) 525-9109

Exhibit K
Page 145

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:

JOHN JOSEPH GISCLAIR VOL. II        March 15, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR



| | |
|---|---|
| 1  log may not be complete and you told us | |
| 2  yesterday that you've requested additional | |
| 3  information. | |
| 4          If I could refer your attention | |
| 5  to Tab 8, which we will mark as Exhibit 622. | |
| 6      A.    I'm sorry, what tab? | |
| 7      Q.    The one you have open right | |
| 8  there. | |
| 9      A.    Okay. | |
| 10     Q.    And we will mark this as | |
| 11 Exhibit 622. | |
| 12         (Exhibit No. 622.marked for | |
| 13 identification) | |
| 14 EXAMINATION BY MS. POLK: | |
| 15     Q.    Have you seen that document | |
| 16 before? | |
| 17     A.    Yes, I have. | |
| 18     Q.    Is -- | |
| 19 MR. REGAN: | |
| 20         Counsel, does Exhibit 622 have | |
| 21 handwriting on it?  The one I have has | |
| 22 handwriting. | |
| 23     MR. BOWMAN: | |
| 24         Yeah.  Can we substitute the | |
| 25 other one for what we passed out yesterday? | |

455

457

| | |
|---|---|
| 1  However you want to do it. | |
| 2      MS. POLK: | |
| 3          If you have another one, that's | |
| 4  fine. | |
| 5      MR. BOWMAN: | |
| 6          We gave it to you yesterday. | |
| 7      THE VIDEOGRAPHER: | |
| 8          We're off the record.  It's | |
| 9  10:38. | |
| 10         (Whereupon, an off-the-record | |
| 11 discussion was held.) | |
| 12     THE VIDEOGRAPHER: | |
| 13         Returning to the record.  It is | |
| 14 10:39. | |
| 15 EXAMINATION BY MS. POLK: | |

456

458

25 (Pages 455 to 458)

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009        Board-Certified Court Reporters        Facsimile: (504) 525-9109

Exhibit K
Page 146

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010          Reported By:
JOHN JOSEPH GISCLAIR VOL. II        March 15, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR



**Page 459** (image — redacted)

**Page 461**

1  alarms are there for the mudloggers -- for
2  the mudloggers' benefit to help the
3  mudloggers do their job.  I would say that if
4  a BP or any company man came to a mudlogger
5  requesting that they change their alarms,
6  that it would have to be -- if it's outside
7  what the normal boundary would be for that
8  particular mudlogger's taste, they would have
9  significant reason to do it; otherwise, it
10  might, in fact, impede mudlogging operations.
11      Q.    And Sperry mudloggers work for
12  BP; right?
13      A.    I'm sorry?
14      Q.    The mudloggers who are employed
15  by Sperry are employed by BP?
16      MR. REGAN:
17          Object to form.
18      MR. HARTLEY:
19          Object to form.
20      THE WITNESS:
21          No, the Sperry employees work
22  for Sperry/Halliburton.
23  EXAMINATION BY MS. POLK:
24      Q.    Right.  I understand that.  I
25  probably asked a bad question.  BP hired

**Page 460**

*(top portion image — redacted)*

7      Q.    Okay.  You gave some testimony
8  regarding alarms that the mudlogger set.  I
9  recall you saying that BP couldn't change a
10  mudlogger's -- an alarm set by a mudlogger.
11  Do you recall that?
12      A.    Yes.  BP personnel do not have
13  access to the InSite system directly from
14  their office.  It may change those alarms.
15  Those alarms have to be made on the computer
16  in the mudlogger's -- in the mudlogger's
17  unit.
18      Q.    But BP could ask a mudlogger to
19  make any change to an alarm that they may
20  want; right?
21      MR. REGAN:
22          Object to the form.
23      THE WITNESS:
24          They could make a request that
25  the mudloggers change the alarms, but the

**Page 462**

1  Sperry; correct?
2      A.    Yes.
3      Q.    And on those alarms that we just
4  talked about, would Anadarko or MOEX be able
5  to change any settings on those alarms -- on
6  those alarms?
7      A.    No.
8      Q.    BP makes the decision as to how
9  many mudloggers Sperry will send out or sent
10  out to the DEEPWATER HORIZON; correct?
11      MR. REGAN:
12          Object to form.
13      THE WITNESS:
14          I'm sorry, could you rephrase?
15  EXAMINATION BY MS. POLK:
16      Q.    Sure.  Who makes the decision as
17  to how many mudloggers Sperry sent out to the
18  DEEPWATER HORIZON?
19      A.    Typically the customer will
20  determine how much personnel they want to pay
21  for and the rig operator will determine how
22  many personnel can be accommodated on the
23  rig.
24      Q.    And the customer was BP;
25  correct?

26 (Pages 459 to 462)

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009        Board-Certified Court Reporters        Facsimile: (504) 525-9109

Exhibit K
Page 147

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

JOHN JOSEPH GISCLAIR VOL. II        March 15, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR

Reported By:

| | |
|---|---|
| 1   A.   Correct. | 1   THE WITNESS: |
| 2   Q.   And do you have any reason to | 2   It's my understanding that BP |
| 3  believe that BP did not designate how many | 3  had the overall decision of overall well |
| 4  mudloggers they wanted on this rig? | 4  operations and things governing those well |
| 5   MR. REGAN: | 5  operations and the logistics involved in |
| 6   Object to the form. | 6  that.  So in the grand scheme of things, it's |
| 7   THE WITNESS: | 7  my understanding that BP was in charge of the |
| 8   I don't -- I wasn't familiar | 8  entire operation. |
| 9  with the -- contractual settlement that | 9  EXAMINATION BY MS. POLK: |
| 10  determined how many personnel InSite Anywhere | 10   Q.   I asked you earlier about your |
| 11  service was going to appear, mudlogging | 11  personal communications with anyone from |
| 12  included. | 12  Anadarko or MOEX as it relates to Sperry and |
| 13  EXAMINATION BY MS. POLK: | 13  your testimony as a 30(b)(6) witness for |
| 14   Q.   Who would know that? | 14  Sperry.  Are you aware of anyone at Sperry |
| 15   A.   Someone from BP and on the | 15  who had any communications with Anadarko |
| 16  Sperry side, I would say, Earl Fly, the | 16  relative to the Macondo well? |
| 17  mudlogging supervisor. | 17   MR. HARTLEY: |
| 18   Q.   Okay.  How are mudloggers -- if | 18   Object.  Form. |
| 19  you only have two mudloggers on the rig as | 19   THE WITNESS: |
| 20  was the case with the DEEPWATER HORIZON, how | 20   Yes. |
| 21  was it possible for them to provide 24-hour | 21  EXAMINATION BY MS. POLK: |
| 22  monitoring? | 22   Q.   What communications are you |
| 23   A.   Well, there were only two | 23  aware of? |
| 24  mudloggers on the HORIZON at the time of the | 24   A.   I believe -- well, I had an |
| 25  accident.  During drilling operations, there | 25  InSite support person dedicated to Anadarko. |
| 463 | 465 |

| | |
|---|---|
| 1  were more personnel.  But during -- at the | 1  His name was Jimmy Ramirez.  Jimmy's |
| 2  time of the accident, there were two | 2  responsibility was like that of José's at BP |
| 3  mudloggers on tour.  They were working | 3  who was charged with providing Anadarko the |
| 4  12-hour shifts.  So one would come on, | 4  data that they needed and as Anadarko was a |
| 5  12 hours later, the other one would come back | 5  partner on the Macondo well, I would have -- |
| 6  to relieve them. | 6  I would expect Jimmy to work with José to |
| 7   Q.   So there would be periods where | 7  ensure that Anadarko was provided the data |
| 8  there was no mudlogger monitoring data, for | 8  that they needed as a partner on that well. |
| 9  example, if there was a break time or if | 9   Q.   And when was this person |
| 10  someone had to use the facilities; is that | 10  assigned to work with Anadarko on this? |
| 11  correct? | 11   A.   Jimmy has been working with |
| 12   A.   That's correct. | 12  Anadarko for years.  I don't know what date |
| 13   Q.   Was it Sperry's understanding | 13  he started working with them as a customer, |
| 14  that BP was the ultimate decision maker on | 14  but he's been with Anadarko for a number of |
| 15  all matters relative to the Macondo well? | 15  years. |
| 16   MR. REGAN: | 16   Q.   Was this -- are we talking about |
| 17   Object to the form. | 17  technical assistance?  What type of |
| 18   THE WITNESS: | 18  assistance are we talking about?  Are we |
| 19   It depends on the decision. | 19  talking about setting up the database or |
| 20  Could you be more specific? | 20  something more substantive? |
| 21  EXAMINATION BY MS. POLK: | 21   MR. HARTLEY: |
| 22   Q.   What decisions did Sperry | 22   Object.  Form. |
| 23  understand BP had the ultimate authority on? | 23   THE WITNESS: |
| 24   MR. REGAN: | 24   Well, in the case of the |
| 25   Object to the form. | 25  Macondo, Jimmy would ensure that Anadarko had |
| 464 | 466 |

27 (Pages 463 to 466)

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009        Board-Certified Court Reporters        Facsimile: (504) 525-9109

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR VOL. II        March 15, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR

Reported By:

1    the templates that they wanted to see on
2    InSite Anywhere.  If it were an
3    Anadarko-operated job, generally that's
4    entirely Jimmy's responsibility for ensuring
5    that the data is collected and transmitted to
6    bank and the data is accurate and all of the
7    InSite Anywhere displays are to Anadarko's
8    liking.
9    EXAMINATION BY MS. POLK:
10       Q.    And so I want to limit this
11   discussion to the Macondo project.  Do you
12   understand that?
13       A.    Okay.
14       Q.    You said that he would make sure
15   that the correct templates were set up; is
16   that correct?
17       A.    He would work as a liaison
18   between Anadarko and José to ensure that
19   Anadarko was satisfied with the displays they
20   were getting.  As this was a BP-operated job,
21   it fell more under José's responsibility to
22   ensure that the entire InSite Anywhere site
23   was presentable and accurate.
24       Q.    So he wouldn't have any
25   involvement with having any discussions with

467

1    Anywhere services for Sperry, no.
2        Q.    Okay.  Are you aware of any
3    communications from anyone at Sperry and MOEX
4    regarding anything else relative to the
5    Macondo well?
6        A.    No.
7        Q.    You've testified in great detail
8    regarding how one -- what information a
9    person needs to accurately interpret the
10   InSite Anywhere data; correct?
11       A.    Correct.  And is it fair to say
12   that BP was in a good position to be able to
13   accurately interpret InSite data?
14       MR. REGAN:
15           Object to the form.
16       THE WITNESS:
17           It depends on the BP personnel
18   and where they're located.
19   EXAMINATION BY MS. POLK:
20       Q.    BP had a well site leader on the
21   rig; correct?
22       A.    Correct.
23       Q.    BP also had someone being on the
24   rig having knowledge of rig activities;
25   correct?

469

1    anyone at Anadarko regarding interpreting
2    data on InSite Anywhere; is that correct?
3        MR. REGAN:
4            Object to form.
5        THE WITNESS:
6            Typically not.  Typically the
7    interpretation is left to the customer.
8    EXAMINATION BY MS. POLK:
9        Q.    And you're not aware of any of
10   those communications between he and anyone at
11   Anadarko; are you?
12       A.    No, I'm not.
13       Q.    Would the same be true for what
14   we just talked about relative to MOEX?
15       A.    Yes, that would be true.  I'm
16   not aware of any communications with MOEX.
17   Other than -- well, in fact, I can't say that
18   José was in touch with MOEX.  José received
19   the user list for InSite Anywhere from BP.
20   So he may not have had any interface at all
21   with MOEX.
22       Q.    So sitting here today, you're
23   not aware of any communications between
24   anyone at Sperry and MOEX?
25       A.    Regarding InSite and InSite

468

1        A.    Correct.
2        MR. REGAN:
3            Object to the form.
4    EXAMINATION BY MS. POLK:
5        Q.    And BP also had access to the
6    InSite data; correct?
7        A.    Correct.
8        Q.    The InSite Anywhere data that is
9    presented is in realtime, but it's stored in
10   varying intervals; correct?
11       A.    Correct.
12       Q.    So depending upon the nature of
13   the data, it could be stored in five- or
14   ten-second intervals; is that correct?
15       A.    As an example, yes.
16       Q.    What if any time delays occurred
17   between the point where the data was captured
18   and the point where it actually showed up on
19   InSite Anywhere?
20       A.    What is that time delay?
21       Q.    Yes.
22       A.    The time delay will vary
23   depending on the networking infrastructure
24   and physical distance of the job -- from the
25   rig to the location where it's being

470

28 (Pages 467 to 470)

1  transmitted.  But just to give you an
2  example, I -- on the Macondo, I would expect
3  it to be just a matter of seconds.  On the
4  job I was testing in Nigeria, receiving data
5  in Houston, it was less than five seconds
6  from almost halfway across the world.
7       Q.     Did you look at that issue at
8  all relative to the Macondo well?
9       MR. HARTLEY:
10          Object.  Form.
11      THE WITNESS:
12          No, I did not.
13  EXAMINATION BY MS. POLK:
14      Q.     In order to see an actual trend
15  on the InSite Anywhere data, you have to wait
16  several minutes to see an actual trend; is
17  that correct?
18      A.     It depends on the trend, but,
19  generally, yes, you have to wait several
20  minutes and again depending on the scales,
21  you have to wait a little bit of time to
22  determine in what direction the data is
23  going.
24      Q.     Okay.  And the point is that if
25  the chart that we have now, the data that

471

1  you've printed out, is not what someone was
2  looking at in realtime; correct?
3       A.     The chart is similar to what was
4  being displayed in the mudlogger's unit for
5  rig monitoring.
6       Q.     And I asked a bad question.  But
7  in terms of evaluating a chart, when someone
8  is sitting down evaluating a chart in
9  realtime, they don't see immediately the
10  trends that we can see now looking at the
11  data in total; correct?
12      A.     Correct.  Again, you have to
13  wait several minutes to -- to identify
14  correctly any given trend once it starts.
15      Q.     You talked briefly about
16  WellSpace.  WellSpace is simply a file
17  depository.  It's not a realtime
18  data collection?
19      A.     That's my understanding of it.
20      Q.     The data that is entered into
21  WellSpace is generally something or it is
22  something that has already occurred, correct?
23  And sometimes 24 hours ago; correct?
24      A.     Correct.
25      MS. POLK:

472

1           Can we take a short break?
2       THE VIDEOGRAPHER:
3           Off the record.  It's 10:56.
4           (Whereupon, an off-the-record
5  discussion was held.)
6       THE VIDEOGRAPHER:
7           Returning to the record.  It is
8  11:05.
9  EXAMINATION BY MR. LARGE:
10      Q.     Mr. Gisclair, William Large,
11  again, for the PSC.  I have a couple of
12  questions regarding InSite access and
13  Halliburton/Sperry-Sun's customers,
14  generally.
15
16
17
18
19
20
21
22
23
24
25

473

474

29 (Pages 471 to 474)

Exhibit K
Page 150

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:

JOHN JOSEPH GISCLAIR VOL. II          March 15, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR



|     |     |
| --- | --- |
| 1   | 475 |

**Page 477**

18    Q.    I'm sure you've been asked this,
19  but are you a -- technically an employee of
20  Sperry-Sun or Halliburton?
21    A.    Both.  I work for the Sperry,
22  division of Halliburton.  Since Halliburton
23  owns Sperry, I hence work for Halliburton.
24    Q.    To your knowledge, is Sperry a
25  separate business entity, is it separately

**Page 478**

1  incorporated?
2    A.    I'm not familiar with the in's
3  and out's of their relationship between the
4  divisions and corporate.
5    Q.    What you said earlier about
6  being both Halliburton and Sperry-Sun
7  employees, is the same for Mr. Ortiz?
8    A.    Yes.
9    Q.    Is the same true for all the
10  Sperry employees?
11    A.    Yes.
12    Q.    Let's talk now about the other
13  companies with whom Sperry-Sun and
14  Halliburton do business and provide their
15  InSite services and InSite Anywhere services.
16        Let me ask you about Anadarko.
17  Anadarko -- strike that.

30 (Pages 475 to 478)

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 151

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

JOHN JOSEPH GISCLAIR VOL. II          March 15, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR



601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 152



601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 153

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

JOHN JOSEPH GISCLAIR VOL. II          March 15, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

Reported By:



**Page 487**

```
 3          MR. LARGE:
 4          Thank you very much,
 5   Mr. Gisclair, and I will pass the witness.
 6          THE VIDEOGRAPHER:
 7          Off the record.  It is 11:23.
 8          (Whereupon, an off-the-record
 9   discussion was held.)
10          THE VIDEOGRAPHER:
11          Returning to the record, it's
12   11:24.
13   EXAMINATION BY MR. REGAN:
14      Q.    Mr. Gisclair, my name is Matt
15   Regan.  A few additional questions.  First of
16   all you mentioned a Jimmy Ramirez.  Can you
17   spell his name?
18      A.    J-I-M-M-I-E R-A-M-I-E-Z --
19      Q.    I understand that's
20   the InSite --
21      A.    I'm sorry, R-A-M-I-E-R-E-Z,
22   Ramirez, something like that.
23      Q.    Okay.  That is the Sperry InSite
24   person who is dedicated to Anadarko; is that
25   correct?
```

**Page 488**

```
 1      A.    Yes.  Anadarko is his main
 2   customer.
 3      Q.    Does Mr. Ramirez work at
 4   Anadarko's offices?
 5      A.    I don't know if he has an actual
 6   cubicle at Anadarko.  I believe he just
 7   visits the customer on a very regular basis
 8   during the week.
 9      Q.    If you could open up the binder
10   in front of you to Exhibit 613, please?
11      A.    (Complying).
12      Q.    Which I think is one of the last
13   tabs.  It's the WellSpace --
14      A.    Oh, it's the WellSpace.
15      Q.    Yes.  If it's not there, perhaps
16   it's somewhere else in the file here.
17      A.    614.
18          MR. REGAN:
19          I think your counsel may have a
20   copy of it there.
21          THE WITNESS:
22          A lot of the pages in here have
23   been removed.
24          MR. HARTLEY:
25          It's Tab 18 from yesterday's
```

**Page 489**

```
 1   notebook.
 2          THE REPORTER:
 3          Can we go off the record?
 4          MR. REGAN:
 5          Yeah.  Off the record.
 6          THE VIDEOGRAPHER:
 7          Off the record.  It's 11:26.
 8          (Whereupon, an off-the-record
 9   discussion was held.)
10          THE VIDEOGRAPHER:
11          Returning to the record.  It's
12   11:26.
13   EXAMINATION BY MR. REGAN:
```

**Page 490**

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 154

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR VOL. II          March 15, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

Reported By:



**491**

```
 1      Q.   Have you had any meetings,
 2  conversations, e-mails, phone calls, anything
 3  with any BP lawyers since April the 20th of
 4  2010?
 5      A.   Outside of these depositions
 6  and, of course, not that -- the Coast Guard
 7  hearings, not that I can recall, no, sir.
 8      Q.   And you're talking about --
 9  you've answered some questions today for some
10  BP lawyers and yesterday, I guess, and you're
11  talking about the questions you were asked at
12  the time of the Coast Guard hearings by BP
13  lawyers.  That's what you're referring to?
14      A.   Correct.
15      Q.   Other than some sort of
16  proceeding of this sort, you've had no
17  contact in any way with any BP lawyer?
18      A.   Not that I can recall.
19      Q.   Okay.  Have you had any contact
20  with anyone from BP other than in these
21  proceedings or similar proceedings to this
22  since April the 20th of 2010?
23      A.   Regarding the Macondo?  I'm
24  sorry --
25      Q.   First of all, regarding
```

**493**

```
12      THE VIDEOGRAPHER:
13           Off the record.  It's 11:29.
14           (Whereupon, an off-the-record
15  discussion was held.)
16      THE VIDEOGRAPHER:
17           Returning to the record.  It's
18  12:31.  Start of Tape 4.
19  EXAMINATION BY MR. GOFORTH:
20      Q.   I don't think you were asked
21  this question directly, sir, so I'm going to
22  ask you.
23           You understand, first of all,
24  that I represent Transocean?
25      A.   Yes, sir.
```

**492**

```
 1  anything.
 2      A.   I had spent a couple of days on
 3  the DD3 to help arrange certain data
 4  acquisition for the relief efforts.  In those
 5  operations I may have had contact with BP
 6  operations personnel, but that was only
 7  regarding the data collection on that well.
 8      Q.   All right.
 9      A.   But I don't recall --
10      Q.   That had nothing -- there was no
11  conversation, no part of your conversation
12  concerned the DEEPWATER HORIZON or the
13  April 20th incident?
14      A.   No, sir.
15      Q.   Well, you've testified several
16  times with regard to the April 20th incident,
17  have you not, sir?
18      A.   Yes, sir.
19      Q.   You've testified before the
20  National Commission?
21      A.   Yes, sir.
22      Q.   You've testified before the
23  National Academy of Sciences?
24      A.   Yes, sir.
25      Q.   Or Engineers, I guess.  You
```

**494**

**34 (Pages 491 to 494)**

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 155

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR VOL. II        March 15, 2011        Reported By:
DIANE TEWIS CLARK, RPR, RMR, CRR

1    testified in the MBI proceedings, the Coast
2    Guard proceedings?
3        A.    Yes, sir.
4        Q.    A couple of times?
5        A.    Yes, twice.
6        Q.    Any other testimony that you've
7    given with regard to this incident that you
8    can recall?
9        A.    By testimony, are you referring
10   to anything under oath?
11       Q.    Yeah.
12       A.    Because the Academies and the
13   Commission appearances were not under oath.
14       Q.    Okay.  I assume you told them
15   the truth?
16       A.    Yes, sir.
17       Q.    So as far as you're concerned,
18   that's a distinction without a difference;
19   isn't it?
20       A.    Well, I'm familiar with the
21   nuances of certain legal terms.  In my view
22   testimony has always meant specifically under
23   oath, but if it's otherwise --
24       Q.    I think that might be right, but
25   with regard to you, that's a distinction

495

1        Q.    Both times?
2        A.    Yes, sir.
3        Q.    You reread the statements, I
4    guess, that you made to the National Academy
5    and the National Commission?
6        A.    Yes, sir.
7        Q.    Is there anything in that that
8    you think you need to change in any of that
9    testimony or statement?
10       A.    No, sir.
11       Q.    I can reread that testimony
12   today and it's just as true as it was when
13   you said it before these various entities; is
14   that correct?
15       A.    There are, I guess, naturally
16   with anyone, there are certain things I would
17   like to go back and clarify, but as far as
18   truthful statements, as far as the facts are
19   concerned, I stand by what I testified to.
20       Q.    Okay.  That was going to be my
21   next question.  You stand by your testimony
22   that you've given?
23       A.    Yes, sir.
24       Q.    Let me ask you, sir:  Are you
25   familiar with Sperry-Sun's contract with BP

497

1    without a difference.  You tell the truth
2    whenever you're talking?
3        A.    Yes, sir.
4        Q.    You're going to tell me the
5    truth today?
6        A.    Yes, sir.
7        Q.    Have you reread that testimony
8    that you've given?
9            MR. HARTLEY:
10               Objection.  Form.
11           THE WITNESS:
12               Yes, sir.
13   EXAMINATION BY MR. GOFORTH:
14       Q.    Have you reread it recently?
15           MR. HARTLEY:
16               Objection.  Form.
17           THE WITNESS:
18               Define recently.
19   EXAMINATION BY MR. GOFORTH:
20       Q.    Well, the last couple of weeks.
21       A.    Yes, sir.  It was a couple of
22   weeks ago, I believe.
23       Q.    You reread your Coast Guard
24   testimony?
25       A.    Yes, sir.

496

1    regarding its work on the DEEPWATER HORIZON?
2        A.    No, sir.
3        Q.    Do you know whether or not
4    Sperry-Sun and/or Halliburton had its own
5    contract with BP or whether it was just one
6    contract between both entities and BP?
7        A.    I'm not familiar with the -- the
8    contract process, the end results of those
9    processes.
10       Q.    Have you ever been informed by
11   anyone what Sperry-Sun's duties and
12   obligations are under any contractual
13   relationship that it might have with BP?
14           MR. HARTLEY:
15               Object.  Form.
16           THE WITNESS:
17               Again, I'm not familiar with the
18   contractual obligations between BP and
19   Sperry.
20   EXAMINATION BY MR. GOFORTH:
21       Q.    Okay.  That really is not quite
22   what I asked you.
23       A.    I'm sorry.
24       Q.    Have you ever been informed by
25   anyone of any of the duties or

498

35 (Pages 495 to 498)

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

JOHN JOSEPH GISCLAIR VOL. II      March 15, 2011      DIANE TEWIS CLARK, RPR, RMR, CRR      Reported By:

1    responsibilities of Sperry-Sun as they're
2    listed or documented in the contract that
3    Sperry-Sun had with BP?
4          MR. HARTLEY:
5                Object. Form.
6          THE WITNESS:
7                I have no recollection of being
8    informed that these are the services that we
9    will provide according to the specific -- any
10   specific contract. So I guess the answer to
11   that would be no.
12   EXAMINATION BY MR. GOFORTH:
13         Q.    Do you assume with me, as I do,
14   that there was a contract between BP and
15   Sperry-Sun and/or Halliburton regarding the
16   services, the duties, the obligations of
17   Sperry-Sun and its work at the -- on the
18   DEEPWATER HORIZON?
19         MR. HARTLEY:
20               Object. Form.
21         THE WITNESS:
22               I assume that there is a
23   contract. I would have no idea what it
24   encompasses.
25   EXAMINATION BY MR. GOFORTH:

499

1          correct?
2          A.    Can you be specific?
3          Q.    Do you know what indemnity --
4          A.    In part, but I would like to
5    hear you define it.
6          Q.    To define indemnity?
7          A.    Yes, sir.
8          Q.    Well, I'm not going to take the
9    time to do that. But I just want to know if
10   you know anything about what the indemnity
11   provisions may state in the contract between
12   BP and Halliburton?
13         MR. HARTLEY:
14               Object. Form.
15         THE WITNESS:
16               Not knowing the contract, I
17   don't know what the contract would state
18   under any topic.
19   EXAMINATION BY MR. GOFORTH:
20         Q.    Do you know whether Sperry-Sun
21   agreed to have continuous full-time
22   monitoring of various data on board the
23   DEEPWATER HORIZON?
24         MR. HARTLEY:
25               Object. Form.

501

1          Q.    Have you never seen the contract
2    between Sperry-Sun and one of its operator
3    customers?
4          A.    I believe in my 17 years I've
5    seen maybe a couple of contracts.
6          Q.    All right, sir. Were either of
7    those contracts with BP?
8          A.    I don't recall. I don't believe
9    so, but I can't say for certain.
10         Q.    In any event, you assumed that
11   there was a contract between BP and
12   Sperry-Sun?
13         A.    Yes, sir.
14         Q.    Have you ever had brought to
15   your attention any indemnity provisions in
16   any contract between BP and Sperry-Sun and/or
17   Halliburton?
18         MR. HARTLEY:
19               Object. Form.
20         THE WITNESS:
21               No, sir, I'm not familiar with
22   the -- again, the contractual obligations.
23   EXAMINATION BY MR. GOFORTH:
24         Q.    And that includes the indemnity
25   provisions contained in these contracts;

500

1          THE WITNESS:
2                BP hired Sperry mudlogging
3    services, provided in those mudlogging
4    specifics are rig monitoring services, yes.
5    EXAMINATION BY MR. GOFORTH:
6          Q.    Is it fair to say in terms of
7    the duties and responsibilities, the
8    expectations, the representations that are
9    contained in any written document between BP,
10   Sperry-Sun and Halliburton contained any of
11   those duties and obligations?
12         MR. HARTLEY:
13               Object. Form.
14         THE WITNESS:
15               I wouldn't know how detailed the
16   contract would be in as far as outlining
17   specific duties. The service companies would
18   be responsible for that.
19   EXAMINATION BY MR. GOFORTH:
20         Q.    How many mudloggers are usually
21   on a rig at one time?
22         A.    During what types of operations?
23         Q.    Well, the type operations that's
24   going on on April the 20th.
25         A.    During P and A operations of

502

36 (Pages 499 to 502)

Exhibit K
Page 157

1    that nature, in general, it would be at least
2    two mudlogging employees.  It's generally up
3    to the customer to determine how many
4    personnel they want on the rig.
5        Q.    That would be one on each shift?
6        A.    Yes, sir.
7        Q.    And here that's the case, there
8    were two people?
9        A.    Yes.
10        Q.    Mr. Keith, Ms. Willis?
11        A.    Yes, sir.
12        Q.    Is that typical for the number
13    of mudloggers that were on the rigs during
14    contracts or during times that Sperry-Sun was
15    doing work for BP?
16        MR. REGAN:
17            Object to form.
18        THE WITNESS:
19            I couldn't say for certain if
20    the habit of having two mudlogging employees
21    on a rig during those operations were
22    habitual throughout all BP rigs.
23    EXAMINATION BY MR. GOFORTH:
24        Q.    What about the DD3, how many
25    mudloggers on the DD3?

503

1        A.    I'm not aware of what the crew
2    was on the DD3 during P and A operations.
3    During drilling operations, they had more
4    employees.
5        Q.    How many?
6        A.    During drilling operations,
7    there were two mudloggers, two sample
8    catchers, two MWD engineers, I believe two
9    directional drillers and I believe also an
10    MWD tool specialist.
11        Q.    Was there an equal number on the
12    DEEPWATER HORIZON during drilling operations?
13        A.    Except for the tool specialist,
14    yes.
15        Q.    Do you have available to you the
16    30(b)(6) questions or topics that were shown
17    to you?
18        A.    Yes, sir.
19        Q.    Now, is my understanding correct
20    that you supposedly are able to speak to the
21    first ten?
22        A.    Not to Item No. 9.
23        Q.    Okay.  How about 11 and 12?  Are
24    you able to speak to 11 and 12?
25        A.    To an extent, yes, sir.

504

1        Q.    To what extent?
2        A.    Well, I'd say ask your questions
3    and we will see.
4        Q.    Well, if I didn't make that
5    clear, I asked you a question and that was to
6    what extent are you familiar?  That may seem
7    a little broad to you or out of order or
8    something, but it's my question.
9        A.    Well, it seems a little broad,
10    but if you want a for instance, if you want
11    to know the design specifications, the actual
12    circuitry behind the flow sensor, that's
13    outside my realm.  We would have to contact
14    the manufacturer.
15            So depending on how detailed you
16    want to be in these topics, I may or may not
17    be able to answer them, but I will do my
18    best.
19        Q.    Back to No. 9 for a second.
20    "Nature and substance of mud log
21    communication."
22            It's my understanding from your
23    earlier testimony, that that's being
24    double-checked, somebody is looking into it
25    other than you?

505

1        MR. HARTLEY:
2            Object.  Form.
3    EXAMINATION BY MR. GOFORTH:
4        Q.    Is that correct?
5        A.    What part is being
6    double-checked?
7        Q.    "That the nature and substance
8    of mud log communications and/or analyses
9    and/or post mud log communications or
10    analyses."
11            Now, is some of that being
12    checked by others?
13        MR. HARTLEY:
14            Object.  Form.
15        THE WITNESS:
16            Yes.  The mud logs are -- the
17    mud logs do go through a QC process.
18    EXAMINATION BY MR. GOFORTH:
19        Q.    And who is it that you said was
20    in charge of that QC?
21        A.    It can be different individuals
22    that will QC the data.
23        Q.    Who will be able to speak to us
24    about it if I need -- if I need somebody to
25    quiz about that, to ask them questions, who

506

37 (Pages 503 to 506)

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:

JOHN JOSEPH GISCLAIR VOL. II          March 15, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

1  would that be?
2          A.    I may be able to answer your
3  questions.  I'm familiar with the QC process.
4          Q.    Let me address your attention
5  then to No. 11.  "The location of the
6  physical equipment installed."
7          Are you familiar with the
8  location of all of the Channel 14 or
9  closed-circuit transmission points, monitors
10  on the rig?
11          A.    No, I'm not familiar with all of
12  the camera locations for the closed-circuit
13  TV.  That was not Sperry equipment.
14          Q.    The realtime data, as I
15  understand it, is transmitted to shore via
16  satellite?
17          A.    Yes, sir.
18          Q.    It is to -- transmitted directly
19  to the BP office onshore; is this correct?
20          A.    Yes, sir.
21          Q.    Onshore, it is -- I wasn't quite
22  sure about this.  Is it viewable through the
23  Sperry-Sun InSite program and through the
24  InSite Anywhere program?
25          A.    Depending on the end users.

507

1  better medium for that would be viewing it
2  in InSite Any -- I'm sorry, the full version
3  InSite.
4          Q.    So is it the case that the BP
5  office onshore, anyone could view this data
6  in realtime if they chose to do so?
7          MR. HARTLEY:
8              Object.  Form.
9          MR. REGAN:
10              Object.  Form.
11          THE WITNESS:
12              If they were an approved user on
13  InSite Anywhere, they could view the logs and
14  displays any time they wanted to.
15  EXAMINATION BY MR. GOFORTH:
16          Q.    So anyone who's approved had
17  access to view the data?
18          A.    Yes, sir.
19          Q.    Do you know which of the BP
20  personnel at the BP office were approved?
21          A.    We do have an access list of all
22  personnel that were approved to view the
23  Macondo data.
24          Q.    If someone at BP had a laptop
25  and access to InSite Anywhere, they could log

509

1  Some people would have access to the full
2  InSite.  Others would have access to the
3  InSite Anywhere.  Some people may have access
4  to both.
5          Q.    What about BP?
6          A.    Well, I guess I should have been
7  specific.  That was to whom I was referring.
8  In BP's office, there would have been a few
9  users that had access to both InSite and
10  InSite Anywhere.  The majority of BP users
11  would have had access to InSite Anywhere.
12          Q.    To view the data, do you have to
13  have access to InSite, the InSite program, or
14  InSite Anywhere -- in order to look at it,
15  what do you have to have access to?
16          A.    It depends on what you want to
17  look at.  If you want to look at just the
18  basic plot, the data, pull back historical
19  data, or watch that data populate that plot
20  in realtime, you can do that using InSite
21  Anywhere.  You can also do certain downloads
22  of data in InSite Anywhere.  You can watch
23  realtime displays in InSite Anywhere.
24          If you wanted to access the full
25  gamut and actually view the raw data, the

508

1  onto the remote, if they were approved?
2          A.    Yes, sir.  If they have internet
3  connectivity and were an approved user for
4  that well.
5          Q.    Could they view the realtime
6  data?
7          A.    Yes, sir.
8          Q.    I suppose the reason or do you
9  agree that the data is sent to shore so that
10  it can be monitored?
11          MR. HARTLEY:
12              Object.  Form.
13          THE WITNESS:
14              I can't answer for why the
15  customers decide that they want their
16  realtime data.  In general, they just make
17  their request and -- so I can't say why BP
18  chose to use the InSite Anywhere service.
19  EXAMINATION BY MR. GOFORTH:
20          Q.    I'm going to ask you to look at
21  Page 40 of your testimony given on December
22  the 7th, 2010.
23          A.    Should I attach a sticker to
24  this or does it already have a number?
25          Q.    Well, why don't you attach a

510

38 (Pages 507 to 510)

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 159

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

JOHN JOSEPH GISCLAIR VOL. II          March 15, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

Reported By:

1   sticker to it.  That's a good idea.  We will
2   just make that an exhibit.  We'll make that
3   623.  That's the next one we have here.
4        Q.    You're going to make a lawyer of
5   me yet.
6        (Exhibit No. 623 marked for
7   identification.)
8   EXAMINATION BY MR. GOFORTH:
9        Q.    Are you an engineer?
10       A.    That was once my job title.
11       Q.    Okay.  So is the guy who drives
12  a train.  Are you an engineer?
13       A.    Certified engineer?
14       Q.    Are you an educated engineer,
15  graduate engineer?
16       A.    I do not have an engineering
17  degree.
18       Q.    Okay.  Page 40, Line 16:  "Is it
19  your understanding that this data is sent to
20  shore so that it can be monitored?"
21            And what was your answer to
22  that, sir?
23       A.    I'm sorry, what page did you
24  say?
25       Q.    Page 40.

511

1            By "he," I was pointing to the
2   Halliburton lawyer.
3   EXAMINATION BY MR. GOFORTH:
4        Q.    This data is captured and shown
5   on the rig so that the data can be monitored.
6   Do you agree with that?
7        MR. HARTLEY:
8            Object.  Form.
9        THE WITNESS:
10           Yes, sir.
11  EXAMINATION BY MR. GOFORTH:
12       Q.    The data is available in the BP
13  well site leader's office; isn't that
14  correct?
15       A.    Displays are available in the
16  well site leader's office, yes.
17       Q.    So just as everywhere else, if
18  you're looking at the display, you can see
19  the data?
20       A.    You can -- you can see the
21  traces, yes.  You can see some of the data.
22       Q.    That's on a closed-circuit TV;
23  isn't it?
24       A.    I believe that's how it was
25  displayed in the company man's office.

513

1        A.    40, okay.  Line 16?
2        Q.    Right.
3        A.    "It is your understanding that
4   this data is sent to shore so that it can be
5   monitored?
6            "Yes, sir."
7            Yes, I did say that.
8        Q.    That was your answer?
9        A.    Yes, sir.
10       Q.    And this time you were giving
11  what you would call testimony?
12       A.    Yes, sir.
13       Q.    And you've already told me that
14  you read this and you don't have any changes?
15       A.    Well --
16  MR. HARTLEY:
17           Object.  Form.
18  EXAMINATION BY MR. GOFORTH:
19       Q.    You stand by it?
20       A.    Yes, sir.  I would like to
21  clarify "monitoring."
22       Q.    When -- he can ask you some
23  questions about that if he would like.
24       A.    Sure.
25  MR. GOFORTH:

512

1        Q.    What some people have called
2   Channel 14?
3        A.    I'm not certain of the channel
4   that my logging displays were on.
5        Q.    Do you know how many places
6   these displays can be monitored on the rig
7   itself?
8        A.    No, I'm not aware of the
9   locations of those TVs.
10       Q.    But we know though that at least
11  one was in the mudlogger's office?
12       A.    Yes, sir.
13       Q.    And we know one was in the BP
14  well site leader's office, at least one?
15       A.    It's my understanding, yes.
16       Q.    Do you know if any other
17  companies have access to the data onshore,
18  any companies other than BP and Halliburton?
19       A.    Anadarko and MOEX were listed as
20  partners on the well.  They were given access
21  by BP to view the data on InSite Anywhere.
22       Q.    To your knowledge, did they
23  monitor the data?
24       A.    I wouldn't know.
25       Q.    With regard to the monitoring, I

514

39 (Pages 511 to 514)

Exhibit K
Page 160

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR VOL. II          March 15, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR          Reported By:

| # | |
|---|---|
| 1 | want to make one thing perfectly clear, that |
| 2 | is one of the services that Sperry-Sun |
| 3 | provided on the HORIZON; correct? |
| 4 | MR. REGAN: |
| 5 | Objection.  Form. |
| 6 | THE WITNESS: |
| 7 | Yes. |
| 8 | EXAMINATION BY MR. GOFORTH: |
| 9 | Q.    That rig monitoring means |
| 10 | capturing service parameters and all other |
| 11 | rig and drilling data pertinent to the rig |
| 12 | and monitoring those throughout the life of |
| 13 | the well; is that correct? |
| 14 | A.    It sounds accurate. |
| 15 | Q.    Kick detection is part of the |
| 16 | mudlogger's job -- |
| 17 | A.    Yes, sir, that's one of them. |
| 18 | Q.    It's part -- in fact, that's |
| 19 | part of the training regimen for mudloggers; |
| 20 | isn't it? |
| 21 | A.    It's my understanding, yes. |
| 22 | Q.    In fact, the mudloggers, when |
| 23 | they're doing their job, they monitor the |
| 24 | realtime data to look for kick indicators? |
| 25 | A.    Yes, sir, in part. |

515

| # | |
|---|---|
| 1 | operator? |
| 2 | A.    Yes, sir, the customer. |
| 3 | Q.    BP, on the DEEPWATER HORIZON |
| 4 | that was -- |
| 5 | A.    That was BP. |

517



| # | |
|---|---|
| 1 | Q.    Mr. Keith's job was to monitor |
| 2 | the realtime data for kick indicators on the |
| 3 | evening of April the 24th -- April 20th, |
| 4 | excuse me? |
| 5 | MR. HARTLEY: |
| 6 | Object.  Form. |
| 7 | THE WITNESS: |
| 8 | One of his duties was to act as |
| 9 | a backup rig monitor to the rig crew and part |
| 10 | of rig monitoring includes kick detection. |
| 11 | EXAMINATION BY MR. GOFORTH: |
| 12 | Q.    A backup, that's his primary |
| 13 | job; isn't it?  Wouldn't you say? |
| 14 | MR. HARTLEY: |
| 15 | Objection.  Form. |
| 16 | EXAMINATION BY MR. GOFORTH: |
| 17 | Q.    To monitor the rig, that's his |
| 18 | primary job; right? |
| 19 | A.    I can't say for what Mr. Keith's |
| 20 | primary roles and responsibilities were at |
| 21 | that time.  That's something to be determined |
| 22 | by the rig operator, what they deem is to be |
| 23 | their primary duties and the mudlogger on |
| 24 | tour. |
| 25 | Q.    And that's BP as the rig |

516

518

40 (Pages 515 to 518)

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 161

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:

JOHN JOSEPH GISCLAIR VOL. II          March 15, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR



```
17        Q.    I think you said you encouraged
18   constant communication between the mudloggers
19   and the drill crew; correct?
20        A.    Proper rig monitoring does
21   require a -- good communication lines between
22   mudlogging and the rig crew.
23        Q.    It also requires attention to
24   any rig activities that are going on by the
25   mudloggers; correct?
                                              521
```

```
 1   MR. HARTLEY:
 2        Object.  Form.
 3   THE WITNESS:
 4        Rig activities by the mudlogger?
 5   EXAMINATION BY MR. GOFORTH:
 6        Q.    No, sir.  He should be aware of
 7   rig activities?
 8        A.    Yes, that's the purpose of the
 9   communication is for him -- he or she to be
10   aware of rig activities.
```

519

520

522

41 (Pages 519 to 522)

Exhibit K
Page 162



Page 523:

12    Q.    If fact, mudloggers -- I'm not
13  sure you were asked this question -- but
14  mudloggers on the DEEPWATER HORIZON were
15  asked to and did attend the daily morning
16  meetings where the daily activities were
17  discussed; correct?
18        MR. HARTLEY:
19            Object.  Form.
20        THE WITNESS:
21            Yes, sir.
22  EXAMINATION BY MR. GOFORTH:
23    Q.    I assume that the reason for
24  that is -- and I'm sure you would agree -- is
25  so that the mudloggers are aware of what the

Page 524:

1   drill crew and the BP well site leaders
2   intended to be doing that day?
3         MR. HARTLEY:
4             Object.  Form.
5         THE WITNESS:
6             I would assume that would be one
7   of the intentions.
8   EXAMINATION BY MR. GOFORTH:
9     Q.    Do you know whether this was the
10  first P and A that Mr. Keith had ever gone
11  through?
12    A.    No, sir, it's not.
13    Q.    Let me ask you about this
14  blowout sensor and visual inspection --
15    A.    Okay.

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 163

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:

JOHN JOSEPH GISCLAIR VOL. II        March 15, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11   EXAMINATION BY MR. GOFORTH:
12       Q.    You trust it; don't you?
13       A.    Yes, sir.
14       Q.    As far as you're concerned, he's
15   a good employee?
16       A.    Yes.
17       Q.    Good mudlogger?
18       A.    Yes, sir.
19       Q.    Experienced?
20       A.    Yes, sir.
21       Q.    If he looked at the camera to
22   see that there was no flow, you would believe
23   it?
24       A.    Yes, sir.
25       Q.    All right.  Let's talk about the
                                              527
```

```
 1   recommended the location?
 2       A.    I don't recall reading this.
 3       Q.    Do you recall reading that
 4   Transocean placed the sensor where Sperry-Sun
 5   wanted it?
 6       A.    I don't recall testimony to
 7   that, but --
 8       Q.    You know that they did, however?
 9       A.    Do I know that Transocean placed
10   that sensor --
11       Q.    Where Sperry-Sun recommended it
12   be placed?
13       A.    I can't say that from personal
14   knowledge, no.
15       Q.    Do you know that -- I think you
16   said that Sperry-Sun accepted and approved
17   the location -- excuse me.  You said that
18   Transocean accepted and approved the
19   location?
20       A.    I know that Sperry cannot put a
21   sensor on Transocean's rig without
22   Transocean's approval, so if Sperry wanted to
23   place a transducer or -- transducer or flow
24   sensor anywhere on the rig, they would need
25   Transocean's approval.
                                              529
```

```
 1   location of that sensor; all right, sir?
 2       A.    Okay.
 3       Q.    It was placed after the valve
 4   that was closed to direct the flow overboard.
 5   Am I correct in that?
 6       A.    Yes, sir.
 7       Q.    Do you know exactly where it
 8   was?
 9       A.    It was mounted on top of the
10   return line just a few feet, I believe, about
11   5 or 6 feet before the flow line entered the
12   gumbo box.
13       Q.    Do you know that Sperry-Sun
14   recommended that location?
15       MR. HARTLEY:
16           Object.  Form.
17       THE WITNESS:
18           I had not received definitive
19   word about who had picked the location.
20   EXAMINATION BY MR. GOFORTH:
21       Q.    Have you read Mr. Keith's
22   testimony at the Coast Guard hearings?
23       A.    Not entirely.
24       Q.    Did you read that part where he
25   says they recommended -- that Sperry-Sun
                                              528
```

```
 1       Q.    Or allowance?
 2       A.    Yes, sir.
 3       Q.    Not necessarily that they
 4   approved the location, in the sense that they
 5   wanted it located there, they allowed it to
 6   be located at the location that Sperry-Sun
 7   picked.  Isn't that really the case?
 8       A.    Well, I would say that if
 9   Transocean did not want it in a specific
10   location, they would deny it.
11       Q.    Agreed, agreed.  But it wasn't
12   Transocean's job or responsibility to pick
13   the location of the Sperry-Sun sensor.  Would
14   you agree with that?
15       MR. HARTLEY:
16           Object.  Form.
17       THE WITNESS:
18           It would depend on the sensor,
19   but in general, I would agree with that.
20   EXAMINATION BY MR. GOFORTH:
21       Q.    He just handed me a note that
22   I've just got an hour and a half left.
23       A.    Is that all?
24       Q.    Are you up for another hour and
25   a half of listening to me?
                                              530
```

43 (Pages 527 to 530)

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009        Board-Certified Court Reporters        Facsimile: (504) 525-9109

Exhibit K
Page 164

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

JOHN JOSEPH GISCLAIR VOL. II     March 15, 2011     DIANE TEWIS CLARK, RPR, RMR, CRR

Reported By:

1     A.    Sure.
2     Q.    Okay.
3         MR. HARTLEY:
4             We don't agree.  I'm already
5     tired.
6         MR. REGAN:
7             Objection.  Form.
8         MR. GOFORTH:
9             You've heard all you want to
10    already.
11    EXAMINATION BY MR. GOFORTH:
12    Q.    Did BP know where the sensor
13    was?
14        MR. REGAN:
15            Object to form.
16        THE WITNESS:
17            I don't know.
18        MR. GOFORTH:
19            What is your objection to that?
20        MR. REGAN:
21            I don't have to state my
22    objection.
23        MR. GOFORTH:
24            Yeah, you do.
25        MR. REGAN:

531

1     have known at the time of the writing of the
2     Bly report the sensor location.
3     Q.    You don't know whether they knew
4     beforehand?
5     A.    No, sir, I don't.
6     Q.    Wouldn't that be something the
7     well site leader should know?
8     A.    I couldn't really say --
9         MR. REGAN:
10            Object to the form.
11        THE WITNESS:
12            -- if that is something expected
13    of a well site leader to know the sensor
14    location of all the well site service
15    company's sensors.
16    EXAMINATION BY MR. GOFORTH:
17    Q.    Do you know if BP knew that when
18    it was going overboard, diverted overboard,
19    that Sperry-Sun was unable to accurately
20    monitor the flow-out?
21    A.    I don't know.
22    Q.    Do you know that Transocean's
23    High Tech flow-out sensor was before the
24    valve that directed the flow overboard?
25    A.    That's my understanding of its

533

1             I object to the form of the
2     question.
3         MR. GOFORTH:
4             Pardon me?
5         MR. REGAN:
6             I objected to the form of your
7     question.
8         MR. GOFORTH:
9             And what --
10        MR. REGAN:
11            Lack of foundation.
12        THE REPORTER:
13            I can' hear you.
14        MR. REGAN:
15            My objection is to form.
16    EXAMINATION BY MR. GOFORTH:
17    Q.    Can you answer the question?
18    A.    I don't know if BP was aware of
19    the sensor location at the time of the
20    operations.
21    Q.    Do you know now that they were
22    then aware?
23    A.    If I recall, unless I'm mixing
24    up my reports, if I recall, it was listed in
25    the Bly report as being bypassed.  So BP must

532

1     location.
2     Q.    As a result of the location of
3     the -- of the Sperry-Sun flow-out monitor,
4     during the time that the spacer and the
5     seawater were being diverted overboard,
6     flow-out, which is one kick indicator, I
7     think you said --
8     A.    Yes, sir.
9     Q.    -- could not be read by the
10    Sperry-Sun sensor?
11    A.    Correct.
12    Q.    Similarly, at this time, pit
13    gain, which is another kick indicator,
14    couldn't be monitored?
15    A.    The pit gain, the pit levels and
16    hence the pit gain, could be monitored, but
17    it would have no -- it would not have had any
18    influence from fluid coming out of the hole.
19    You would only be able the see transfers.
20    Q.    And fluid coming out of the hole
21    would be what you want with regard to -- want
22    to know about with regard to any indication
23    of a kick?
24    A.    Yes, sir.
25    Q.    And, again, that's because of

534

44 (Pages 531 to 534)

601 Poydras Street, Suite 1720         GAUDET KAISER, L.L.C.         Telephone: (504) 525-9100
New Orleans, LA 70130-6009         Board-Certified Court Reporters         Facsimile: (504) 525-9109

Exhibit K
Page 165

1    the location of the Sperry-Sun sensor?
2        A.    Well, the pit sensors were not
3    Sperry-Sun's.  They were Transocean's.
4        Q.    Right, but the location of the
5    Sperry-Sun flow-out meter sensor?
6        A.    Yes.
7        Q.    Was -- if there was kick
8    activity during the period that the seawater
9    and the spacer were being displaced, going
10   overboard, the mudlogger was inhibited from
11   seeing that because of the location?
12       A.    Of the flow-out.
13       Q.    Of the flow-out sensor?
14       A.    Yes, sir, the flow-out sensor.
15       Q.    And if you consider that the gas
16   may have been high enough to become a kick
17   indicator, there was nothing to show that
18   indicator either; is that correct?
19       A.    Correct.  The gas -- the gas
20   trap was bypassed as well.
21       Q.    So those indicators not being
22   available, what was left was the standby --
23   the stand pipe checking the pressures and to
24   check the flow visually; correct?
25       A.    Well, the visual flow, a visual

535

1    no flow-out.
2        Q.    Now, flow check like that is the
3    best method to check whether or not a well is
4    flowing; is it not, sir?
5        A.    It's the most immediate, yes,
6    sir.
7        Q.    That was -- he conducted that
8    flow-out check, to make this perfectly clear
9    for the record, in the few moments before the
10   crew became -- began diverting overboard?
11       A.    Yes, sir, within that six-minute
12   window for when they shut down for the sheen
13   test and they brought the pumps back up.
14       Q.    That's what he told you; didn't
15   he?
16       A.    Yes, sir.
17       Q.    Increase in pressure?  I believe
18   they just gave me a question to ask you.  Is
19   that all right?
20       A.    Yes, sir.
21       Q.    Did Sperry-Sun refuse
22   Transocean's flow-out data?
23       A.    No, sir, not at the time of the
24   accident.
25       Q.    Did the mudlogger?

537

1    flow check using the cameras at the gumbo box
2    would have been of no use because the fluid
3    was not going into the gumbo box.  If the
4    fluid had been going into the gumbo box, then
5    it would have been going pass the Sperry
6    flow-out sensor.
7        So you cannot -- we cannot get a
8    reading on flow-out while they were dumping
9    overboard and we cannot get a visual of while
10   they were dumping overboard.
11       Q.    When you had the visual was the
12   moment before they began dumping overboard?
13       A.    It was just after they had shut
14   down for the sheen test.
15       Q.    Which was --
16       A.    Approximately --
17       Q.    -- during the period of time
18   between 2108 and 2114?
19       A.    Yes, sir.
20       Q.    Sometime during that period of
21   time is when Mr. Keith conducted his visual
22   examination to determine flow-out?
23       A.    Yes, sir.
24       Q.    And he saw none?
25       A.    Yes, sir -- yes, correct, he saw

536

1        A.    By Sperry, I'm referring to the
2    mudloggers.
3        Q.    He did not have access to
4    Sperry-Sun's High Tech data?
5        A.    You mean Transocean's High Tech
6    data.
7        Q.    Yes, Transocean's?
8        A.    In the weeks and months prior to
9    the accident, the Transocean flow-out data
10   was not stored to the database.  I don't know
11   if that capability was there at the time of
12   the Macondo operations.  The data was not
13   being stored to our database and hence it
14   could not be viewed.
15       Q.    So you're saying that Mr. Keith
16   had no access to the Transocean High Tech
17   data?
18       MR. HARTLEY:
19           Object to the form.
20   EXAMINATION BY MR. GOFORTH:
21       Q.    During that period of time?
22       MR. HARTLEY:
23           Object.  Form.
24       THE WITNESS:
25           At that time that data was not

538

45 (Pages 535 to 538)

Exhibit K
Page 166

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

JOHN JOSEPH GISCLAIR VOL. II        March 15, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR

Reported By:

1   being stored in the InSite database, so he
2   could not put it up on display.
3   EXAMINATION BY MR. GOFORTH:
4       Q.    Did he have any other means of
5   accessing the High Tech data?
6       A.    That would be a question, as far
7   as the capabilities of the High Tech system,
8   whether or not it could transmit that to us
9   and it would be a question for the provider
10  of High Tech.
11      Q.    You don't know that?
12      A.    No, sir.
13      Q.    So as far as you know, Mr. Keith
14  might have had access, direct access to the
15  High Tech data in the moments and hours
16  preceding this incident?
17      MR. HARTLEY:
18          Object.  Form.
19      THE WITNESS:
20          I don't know if that data could
21  have been sent to him.  I know that that data
22  was not being sent and stored to him.  So at
23  the time of the accident, that data was not
24  available to Mr. Keith.
25  EXAMINATION BY MR. GOFORTH:

539

1   does not mean that the well is flowing if
2   there's evidence that someone visually
3   checked for flow and didn't see any.  Would
4   you agree with that?
5       MR. REGAN:
6          Object to the form.
7       THE WITNESS:
8          If the increase in stand pipe
9   pressure coincided with the visual flow
10  checking, if they were performed at the same
11  -- if the visual flow check was performed at
12  the same time you had the pressure increase,
13  then -- it would at least appear that the
14  well would not be flowing.
15  EXAMINATION BY MR. GOFORTH:
16      Q.    Well, what if it's not at the
17  same time that you have the visual check.
18  What if you have the visual check both
19  before -- if you have the stand pipe pressure
20  both before and after the increase?
21      A.    I'm sorry, can you clarify that?
22      Q.    Yeah, yeah, I'm sorry.
23          Let's assume for me that you had
24  increase in pressure on the stand pipe, at
25  least once or twice, before and after, you

541

1       Q.    He couldn't see?  He had no
2   access to it?
3       A.    Correct.
4       Q.    Is the increase in pressure one
5   of traditional kick indicators?
6       A.    No, sir.
7       Q.    I think you testified on several
8   occasions that the increases in pressure were
9   curiosities or might be viewed as
10  curiosities; correct?
11      A.    Yes, sir.
12      Q.    If that's all you have to go on,
13  that's not a whole lot of information?
14      A.    No, sir.
15      Q.    So if one of the pieces of
16  evidence that you do have is that one of
17  Sperry-Sun's employees, Mr. Keith, visually
18  checked the flow, and found none, saw none,
19  that would be extremely important, would it
20  not, sir, in view of the lack of other
21  perhaps indicators?
22      A.    Well, would what be important?
23      Q.    That he saw no flow?
24      A.    Yes.
25      Q.    Increase in stand pipe pressure

540

1   have the visual flow check, but didn't see
2   any flow when you have the check.  That
3   doesn't mean then that the -- the fact that
4   the stand pipe pressure may be increased does
5   not mean that there's flow?
6       A.    Right.
7       MR. REGAN:
8          Object to the form.
9       MR. GOFORTH:
10          Let's change out the tape.
11      THE VIDEOGRAPHER:
12          This is the end of Tape 4.  The
13  time is 1:28.
14          (Whereupon, a brief recess was
15  taken.)
16      THE VIDEOGRAPHER:
17          Returning to the record.  It's
18  1:39, the start of Tape 5.
19  EXAMINATION BY MR. GOFORTH:
20      Q.    All right, sir.  I was asking
21  you some questions that I want to see if we
22  can clarify.
23      A.    Sure.
24      Q.    For me.  For you, I think you
25  pretty well understand it.

542

46 (Pages 539 to 542)

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009        Board-Certified Court Reporters        Facsimile: (504) 525-9109

Exhibit K
Page 167

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR VOL. II          March 15, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR
Reported By:

1  I was talking about the
2  Transocean data that was coming across their
3  High Tech system at, I suppose, at the same
4  time or commensurately with the Sperry-Sun
5  data.
6      It's my understanding that the
7  flow meters, that the flow sensor was before
8  the valve to divert to overboard for the
9  Transocean sensor, but it was after that for
10  the -- for is Sperry-Sun sensor; is that
11  correct?
12      A.   Correct.
13      Q.   And the mudlogger had available
14  to him on his screens in the mudlogger
15  office, he had available to him the -- the
16  Sperry-Sun data --
17      A.   Yes.
18      Q.   -- on the screen?
19      A.   Yes.
20      Q.   I think you were telling me that
21  he did not have available to him or access to
22  the Transocean High Tech data.  Were you
23  telling me that?
24      A.   Yes, sir.
25      Q.   Mr. Keith, in his testimony, and

543

1  if it's okay with you, I'm just going to read
2  his testimony.
3      A.   Okay.
4      Q.   And have you tell me what he
5  means.  And I was the one that was asking
6  him.  This is on Page 116 of his testimony
7  before the Coast Guard.  Line 19:
8      "You were able to have the
9  screens from the Transocean sensors in front
10  of you that you could see?"
11      He corrected me.  He said:  "Not
12  their screens.  We have their data hooked up
13  to our barrier box and so forth to where we
14  can get the data."
15      Now, can you explain that to me?
16  MR. REGAN:
17      Object to the form.
18  MR. HARTLEY:
19      Object.  Form.
20  THE WITNESS:
21      I'm not exactly sure to what
22  he's referring.  I can explain how the
23  Transocean data got into the InSite system.
24  EXAMINATION BY MR. GOFORTH:
25      Q.   But it says -- what he said was:

544

1  "We have their data hooked up to our barrier
2  box"?
3      A.   Yes, sir.
4      Q.   Tell me what that is.
5      A.   Well, the Transocean data did
6  not actually pass through the barrier box.
7  The Transocean data was transmitted over a
8  medium called PROFIBUS.  The barrier box is
9  what's used when we were on our own sensors.
10  So if we hook up our own flow sensor, that
11  electronic signal passes through the barrier
12  box.  When we are receiving the High Tech
13  data from Transocean, that's passing through
14  the PROFIBUS system.
15      Q.   All right.  I'm wondering if
16  that's a distinction without a difference,
17  also with regard to Mr. Keith's ability to
18  access the data because he says:  "We have
19  their data hooked up to our barrier box" and
20  so forth, "to where we can get the data."
21      That's kind of the key thing to
22  me.  Isn't he saying there that he can get
23  the Transocean data?
24  MR. HARTLEY:
25      Object.  Form.

545

1  MR. REGAN:
2      Object.  Form.
3  THE WITNESS:
4      We can receive and store
5  whatever Transocean transmits to us.  But
6  it's not a complete data replication like
7  InSite does with its data exchange from one
8  ADI to another.  Whenever you are exchanging
9  data between different companies, there's
10  typically a selection of data that's
11  assigned.  There's not a complete database.
12  EXAMINATION BY MR. GOFORTH:
13      Q.   All right.  I apologize for
14  interrupting you.  What is it that then --
15  Mr. Keith had access to of the High Tech data
16  that evening?
17      A.   It's a fairly long list, but I
18  can name the main sensors, the -- all of the
19  pit sensors where Transocean sensors.  The
20  data was transmitted over High Tech and
21  PROFIBUS to us, along with depth readings,
22  the hook load, the torque, the rotary, mud
23  temperatures, sensors of that nature, the
24  stroke rates.
25      Q.   Was the flow-out available?

546

47 (Pages 543 to 546)

Exhibit K
Page 168

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

JOHN JOSEPH GISCLAIR VOL. II          March 15, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

Reported By:

1     A.   It was not -- it was not stored
2  in the database.  Typically, whenever those
3  transmissions are set up, everything that is
4  sent is stored to the database.  I don't know
5  if it was part of the transmission.  I know
6  that it was not stored in the database.
7     Q.   It could have been something
8  that he had access to however on that
9  evening; you just don't know?
10    A.   By access, if you mean viewing
11 it on a realtime display, realtime monitor,
12 no, he could not because it was not stored in
13 the database.
14    Q.   You see, I don't know what the
15 barrier box means.  He could get the data
16 that evening, the High Tech data, that's
17 correct; isn't it, sir?
18    MR. HARTLEY:
19        Object.  Form.
20    THE WITNESS:
21        He could get some of the High
22 Tech data.
23 EXAMINATION BY MR. GOFORTH:
24    Q.   But you don't know whether he
25 could get the flow-out data or not?

547

1  access that evening; is that right?
2  Could that have been Mr. Keith?
3     A.   I saw -- I saw no saved data of
4  the Transocean flow-out sensor in the InSite
5  database for the life of the Macondo well.
6     Q.   Let me move along here.  Let's
7  talk about what Mr. Keith did for you that
8  evening or was viewing.  He had the
9  closed-caption TV that displayed the InSite
10 data; correct?
11    A.   That was one of the channels
12 available, yes.
13    Q.   What if he switched channels,
14 what could he see on other channels?
15    A.   I'm not familiar with all of the
16 camera placements and what was available on
17 the channels.  I just know two.
18    Q.   Were there other screens or
19 tools for monitoring in the mudlogger's
20 cabin?
21    A.   Monitoring the rig data?
22    Q.   Uh-huh.
23    A.   Yes, sir, the mudlogger had his
24 own computer screens that he was using to
25 monitor rig data.

549

1     A.   I know that he was not
2  getting --
3     MR. HARTLEY:
4        Object.  Form.
5     THE WITNESS:
6        I know he was not getting the
7  flow-out.  I do not know if it was possible
8  for him to receive flow-out from the High
9  Tech system.
10 EXAMINATION BY MR. GOFORTH:
11    Q.   Okay, how do you know that he
12 was not?
13    A.   Because it was not being stored
14 to the database.
15    Q.   He wasn't getting the -- he
16 wasn't looking at the High Tech flow-out data
17 that evening?
18    A.   Correct.
19    Q.   And you don't know whether he
20 could have or not?
21    A.   He could not because it was not
22 stored in the database.
23    Q.   I'm not talking about that
24 evening.  I understand what you're saying.
25 Somebody perhaps made a decision not to

548

1     Q.   Did he view the realtime data,
2  however, on this closed-caption TV channel or
3  could he view on his computer the realtime
4  data?
5     A.   What realtime data?
6     Q.   The InSite realtime data.
7     A.   Well, the InSite data on the
8  closed-circuit TV was just a replication of
9  what he had on one of his computer monitors.
10 So what he sees on one of his displays is
11 what was broadcast over the TV.
12        I find it unlikely he would be
13 viewing low-resolution TV when he could be
14 viewing his computer screen.
15    Q.   I see.  Okay.  How big is the
16 screen on that TV?
17    A.   I couldn't say for certain.  I
18 believe they were about 19 or 20 inch.
19    Q.   What about on the computer?
20    A.   I'm sorry, I misunderstood.  I
21 don't know what size the TV screen was.  The
22 computer monitors were 19- or 20-inch
23 screens, I believe.  I couldn't say for
24 certain.
25    Q.   Do you know what portion of the

550

48 (Pages 547 to 550)

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 169

1    screen would actually show the realtime data?
2        A.    Well, he had several screens
3    with different displays up.  So he could have
4    one display on one computer, one screen, and
5    a separate display on another screen.  So he
6    could be looking at -- he could have at any
7    given time three, four, five different
8    displays, three, four, five different
9    monitors at the same time.
10        Q.    Including the High Tech data?
11        A.    Well, the High Tech data would
12    have been on display along with the Sperry
13    data.  It's just a typical rig monitoring
14    template that he would have been watching.
15        Q.    Do you know where his equipment
16    is located?
17        A.    What equipment?
18        Q.    In his office, say, the monitors
19    that would show him, is it right in front of
20    him, the monitors?
21        A.    Yes.  They are monitors that are
22    mounted along the wall.
23        Q.    With regard to the questions
24    that you received or the topics that you
25    received with regard to your service as the

551

1    30(b)(6) corporate representative, how many
2    numbered items are there that you -- that
3    were foisted upon you to testify about?
4        MR. HARTLEY:
5            Object.  Form.
6        THE WITNESS:
7            I'm not exactly sure what you're
8    asking.
9            Could you restate or clarify?
10    EXAMINATION BY MR. GOFORTH:
11        Q.    Yes.  How many numbered items,
12    do you see -- you're looking at the 30(b)(6)
13    with regard to your testimony; right?
14        A.    Yes, sir.
15        Q.    How many numbered items are
16    there?
17        MR. HARTLEY:
18            Object.  Form.
19        THE WITNESS:
20            There are 12 items listed on
21    Exhibit A.
22    EXAMINATION BY MR. GOFORTH:
23        Q.    I'm going to ask you about some
24    others and see if you're the proper person to
25    talk to about those.  Okay?

552

1        A.    Okay.
2        Q.    I'm going to read to you:
3    "Sperry-Sun's duties and responsibilities
4    under the contract it executed with BP for
5    its work on the Macondo project or prospect."
6            Are you the proper person to
7    talk about that?
8        MR. HARTLEY:
9            Objection.  Form.
10        THE WITNESS:
11            What number is that?
12    EXAMINATION BY MR. GOFORTH:
13        Q.    It's not listed.
14        A.    Oh.
15        Q.    That's the reason I was reading
16    it to you.
17        A.    I'm sorry, you were reading and
18    I was trying to find it.
19        Q.    "Sperry-Sun's duties and
20    responsibilities under the contract or
21    contracts it executed with BP for its work on
22    the Macondo prospect"?
23        MR. HARTLEY:
24            Object.  Form.
25        THE WITNESS:

553

1            I'm not familiar with the
2    contract.
3    EXAMINATION BY MR. GOFORTH:
4        Q.    Okay.  Who would I need to talk
5    to about the contractual duties and
6    responsibilities of Sperry-Sun under that
7    contract?
8        A.    I guess my first -- the first
9    person I would look for would be the salesman
10    for the BP account.
11        Q.    And --
12        A.    I don't know who that would have
13    been to finalize the contract.
14        Q.    All right.  And to your
15    knowledge, that salesman would be the person
16    who could tell me the duties and
17    responsibilities or the best person to tell
18    me the duties and responsibilities under the
19    contract or contracts?
20        A.    He would know what's in the
21    contract.
22        Q.    And you don't know -- you can't
23    give us a name?
24        A.    No, not at this time.
25        Q.    I'm going to read another one to

554

49 (Pages 551 to 554)

Exhibit K
Page 170

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR VOL. II          March 15, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR                Reported By:

1    you.
2        A.    Okay.
3        Q.    "Information regarding all
4    physical equipment including sensors
5    installed or relied upon by you or by
6    Sperry-Sun," excuse me, "to produce the raw
7    InSite data including, but not limited to
8    their locations, their functions, and their
9    accuracy"?
10       A.    I could.
11       MR. HARTLEY:
12           Objection.  Form.
13       THE WITNESS:
14           I could speak on that topic.
15   EXAMINATION BY MR. GOFORTH:
16       Q.    And you have been talking about
17   that to some extent?
18       A.    Yes, sir.
19       Q.    There's nothing about the
20   location or the function or the accuracy of
21   the InSite data that you would need to turn
22   to someone else to answer?
23       MR. HARTLEY:
24           Object.  Form.
25       THE WITNESS:
                                          555

1    personnel that were assigned to the HORIZON.
2        Q.    That would be Mr. Keith?
3        A.    He might be one of them.
4        Q.    Mr. Gray?
5        A.    He would be another.
6        Q.    Ms. Willis?
7        A.    Ms. Willis, I would expect
8    Ms. Willis to know sensor placements.  I
9    don't know that she was responsible for
10   rigging any of them up, but she certainly
11   would have been responsible for maintenance
12   of the Sperry sensors.
13       Q.    Keith and Gray are the most
14   likely people to know the location and the
15   decision with regard to placing the sensors
16   where they were?
17       A.    The mudlogging sensors, yes.
18       Q.    I'm going to read you another
19   one.
20       A.    Okay.
21       Q.    "All realtime data and
22   information that was available for viewing in
23   the mudlogger's cabin on the DEEPWATER
24   HORIZON"?
25       A.    I could answer to that.
                                          557

1            I don't know that there would be
2    a single person that would know the answer to
3    every conceivable topic under that heading.
4    EXAMINATION BY MR. GOFORTH:
5        Q.    Are you the most knowledgeable
6    person within the company that you're aware
7    of with regard to these topics?
8        A.    I believe I have a well-rounded
9    knowledge that would cover most topics, yes.
10       Q.    I'm going to read you another
11   one?
12       A.    Okay.
13       Q.    "The persons and entities who
14   decided the location of all physical
15   equipment including sensors installed or
16   relied upon by Sperry-Sun to produce the raw
17   InSite data"?
18       A.    I could answer some of that.
19   Some sensors which I'm not familiar with, I
20   might have to ask the rig crews.  They would
21   be a little more familiar as far as exact
22   sensor placements.
23       Q.    And who are you talking about
24   with the rig crews?
25       A.    Well, MWD and mudlogging
                                          556

1        Q.    What was the totality of the
2    realtime data and information that was
3    available for viewing in the mudlogger's
4    cabin on the HORIZON?
5        A.    By totality, you want me to list
6    everything that was available?
7        Q.    What was available, generally
8    speaking, first of all?
9        A.    We're talking hundreds of pieces
10   of data, but in general, the main surface
11   parameters that are typically displayed on a
12   rig monitoring template, the flow-in,
13   flow-out, the pressures, the hook --
14       Q.    Let me ask you --
15       MR. HARTLEY:
16           Let him answer.
17   EXAMINATION BY MR. GOFORTH:
18       Q.    Let me ask you, let me -- okay,
19   go ahead.
20       MR. GOFORTH:
21           I was just trying to make it a
22   little easier.
23   EXAMINATION BY MR. GOFORTH:
24       Q.    Anything other than what you've
25   already discussed here in your testimony
                                          558

50 (Pages 555 to 558)

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 171

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:

JOHN JOSEPH GISCLAIR VOL. II        March 15, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR

| | |
|---|---|
| 1    yesterday and today? | 1        Once you have the list, you know |
| 2        A.    I'm sorry? | 2    who has access.  I have the list, so. |
| 3        Q.    Is there data available to the | 3    EXAMINATION BY MR. GOFORTH: |
| 4    mudlogger that we -- that haven't been | 4        Q.    You have the list? |
| 5    discussed or asked about or testified by you | 5        A.    Yes, sir. |
| 6    over the last couple of days? | 6        Q.    Do you have it with you? |
| 7    MR. HARTLEY: | 7        A.    No, sir.  I just don't have it |
| 8        Objection.  Form. | 8    memorized. |
| 9    THE WITNESS: | 9        Q.    And you don't have it here? |
| 10        During the operations on the | 10        A.    No, sir.  I didn't bring any of |
| 11    night of the 20th, some data would have been | 11    my documentation with me. I was hoping you |
| 12    irrelevant, such as data that's only relevant | 12    would give me everything I need. |
| 13    when you're drilling, for instance, ROP.  ROP | 13        Q.    I wish I could see it.  I would |
| 14    is a drilling parameter that wasn't necessary | 14    give it to you. |
| 15    the night of the 20th. | 15    MR. HARTLEY: |
| 16    EXAMINATION BY MR. GOFORTH: | 16        We're out of time. |
| 17        Q.    Okay, I think that's good | 17    MR. GOFORTH: |
| 18    enough.  Number 17, the next one? | 18        Well, the foreman has said |
| 19        A.    Okay. | 19    "quitting time."  So with that, I say, thank |
| 20        Q.    "All persons and entities who | 20    you. |
| 21    had the ability to use or access the InSite | 21    THE WITNESS: |
| 22    and/or InSite Anywhere service either on the | 22        Thank you. |
| 23    HORIZON or onshore, as well as all the | 23    THE VIDEOGRAPHER: |
| 24    locations where those persons or entities | 24        Off the record.  It is 2:00 p.m. |
| 25    were able to use or access the InSite and/or | 25        (Whereupon, an off-the-record |
| 559 | 561 |

| | |
|---|---|
| 1    InSite Anywhere service"? | 1    discussion was held.) |
| 2        A.    I could help compile an overall | 2    THE VIDEOGRAPHER: |
| 3    picture of that. | 3        Returning to the record.  It is |
| 4        Q.    Have you done that? | 4    2:00 p.m. |
| 5        A.    To an extent, yes. | 5    MR. HARTLEY: |
| 6        Q.    And have you done that in | 6        Halliburton will reserve its |
| 7    writing or on a computer screen or anything | 7    questions for this witness. |
| 8    of that sort? | 8    THE VIDEOGRAPHER: |
| 9        A.    The only written log of who had | 9        This concludes this deposition. |
| 10    formal access to the InSite system is the | 10    It is 2:00 p.m.  we're off the record. |
| 11    list of users for the InSite Anywhere and the | 11 |
| 12    server logs for InSite Anywhere access. | 12        (Whereupon the deposition was |
| 13        Q.    Do you know whether or not that | 13    concluded.) |
| 14    list of users who have access or entities who | 14        * * * |
| 15    have access has been produced in this | 15 |
| 16    litigation? | 16 |
| 17        A.    I don't know if it's been | 17 |
| 18    produced and assigned Bates numbers and all | 18 |
| 19    that. | 19 |
| 20        Q.    Okay.  Would there be someone | 20 |
| 21    who would be better able to speak to that | 21 |
| 22    list and who all had access? | 22 |
| 23    MR. HARTLEY: | 23 |
| 24        Object.  Form. | 24 |
| 25    THE WITNESS: | 25 |
| 560 | 562 |

51 (Pages 559 to 562)

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009        Board-Certified Court Reporters        Facsimile: (504) 525-9109

Exhibit K

Page 172



```
 1
 2
 3
 4          WITNESS' CERTIFICATE
 5
 6          I have read or have had the
 7   foregoing testimony read to me and hereby
 8   certify that it is a true and correct
 9   transcription of my testimony with the
10   exception of any attached corrections or
11   changes.
12
13
14   _____
         JOHN JOSEPH GISCLAIR
15
16
17
18   PLEASE INDICATE
19   ( ) NO CORRECTIONS
20   ( ) CORRECTIONS; ERRATA SHEET(S) ENCLOSED
21
22
23
24
25
                                            563
```

```
 1          REPORTER'S CERTIFICATE
 2          I, Diane Tewis Clark, RPR, RMR, CRR,
 3   Certified Court Reporter, State of Louisiana,
 4   do hereby certify that above-named witness,
 5   after having been duly sworn by me to testify
 6   to the truth, did testify as hereinabove set
 7   forth;
 8          That this testimony was reported by me
 9   in the stenotype reporting method and
10   transcribed thereafter by me on computer, and
11   that same is a true and correct transcript to
12   the best of my ability and understanding;
13          That I am not of counsel, nor related to
14   counsel or the parties hereto, and in no way
15   interested in the outcome of this matter.
16
17
18   _____
19       Diane Tewis Clark, RPR, RMR, CRR
20       Certified Court Reporter
21
22
23
24
25
                                            564
```

Exhibit K
Page 173

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:

JOHN JOSEPH GISCLAIR VOL. II     March 15, 2011     DIANE TEWIS CLARK, RPR, RMR, CRR

1

```
            A
abandonment
415:5 416:17
   417:1
ability
386:12 394:15
   406:3,9
   411:11
   423:11
   427:20,24
   428:7 429:11
   520:8,12,14
   545:17
   559:21
   564:12
able
399:17 400:14
   416:14 424:6
   425:12
   436:13 462:4
   469:12 482:1
   504:20,24
   505:17
   506:23 507:2
   534:19 544:8
   559:25
   560:21
abovementioned
366:9
abovenamed
564:4
absence
430:16
absolutely
441:25 442:16
academies
378:15 495:12
academy
494:23 497:4
accepted
529:16,18
access
364:2 456:18
   460:13 470:5
   473:12
   491:18 508:1
   508:2,3,9,11
   508:13,15,24
   509:17,21,25
   514:17,20
   527:6 538:3
   538:16
   539:14,14
   540:2 543:21
   545:18
   546:15 547:8
   547:10 549:1
   559:21,25
   560:10,12,14
   560:15,22
   561:2
accessing
539:5
accident
370:2,2 399:5
   403:6 420:3
   420:13
   422:11,16,17
   423:1,8
   439:19 440:4
   440:10 442:5
   442:16
   446:22
   459:24
   463:25 464:2
   537:24 538:9
   539:23
accommodated
462:22
accompaniment
438:8
accompany
```

```
376:21
accompanying
438:23
accomplished
443:14
account
554:10
accuracy
482:19 555:9
   555:20
accurate
424:4,5 437:16
   441:17 467:6
   467:23
   515:14
accurately
406:9 411:11
   424:7 469:9
   469:16,19
   533:19
acquisition
494:4
act
516:8
acting
447:24 482:20
action
430:4
active
400:7 403:16
   438:22 433:7
   433:10
actively
400:4 474:6
activities
368:20 370:4
   370:12,13
   373:2 377:10
   379:5,17
   382:12 386:8
   386:17,24
   388:8,12
   393:22,24
   394:1,15,23
   394:25
   397:16 398:2
   406:2,8,13
   408:10,11,22
   411:3,7
   423:10
   424:20 425:1
   425:9,16,20
   425:21 426:8
   426:10,20
   427:3 428:9
   428:15
   430:19
   434:17,25
   435:15
   436:14 437:1
   437:1,4,6,10
   437:16
   438:15,18,23
   439:10,24,25
   440:12
   441:19
   442:13,16
   446:2 451:5
   458:4 469:24
   485:7 521:24
   522:4,7,10
   523:16
   526:12
activity
387:22 407:12
   407:16,24
   408:19
   423:22 425:5
   425:13,19
   428:13 429:3
   435:12 436:3
   439:22 441:2
   441:18,23
```

```
457:24 535:8
activitywise
437:22
actual
415:2 471:14
   471:16
   480:19 488:5
   505:11
add
482:2
added
417:6
addition
391:18 439:20
   439:21
additional
379:23 389:8
   417:5 434:19
   435:11 455:2
   487:15
additionally
413:3
address
490:19 491:6
   491:21,25
   492:4 507:4
adi
474:10,11,14
   474:15,19
   476:12
   478:25
   481:23 546:8
adjustments
405:10
administering
365:23
administration
492:7
advance
381:21,22
   382:1
advancement
380:20 383:17
advancing
380:22
advise
374:4
advisor
360:13
affairs
377:3
affect
393:4,16
   394:10
   417:23 418:1
   425:14,22
   426:21
   429:10,19
   430:10 437:2
   441:23
aforementioned
365:4
ago
472:23 479:9
   479:11
   496:22
agree
406:6 440:8
   442:6 444:20
   445:5 510:9
   513:6 523:24
   525:17
   530:14,19
   531:4 541:4
agreed
365:2 401:10
   431:20
   501:21
   530:11,11
ahead
407:19 558:19
alarm
```

```
460:10,19
alarms
445:25 460:8
   460:14,15,25
   461:1,5
   462:3,5,6
alleviate
432:11 435:5
   447:12,19,21
alleviated
431:10 432:2
   434:18
allowance
530:1
allowed
382:12 530:5
allows
431:3
alluded
430:16
alternative
432:21
american
359:21 448:11
   448:13
amount
418:19 450:7
anadarko
362:6,11
   450:10
   451:13,19
   452:8 454:4
   454:8 462:4
   465:12,15,25
   466:3,4,7,10
   466:12,14,25
   467:18,19
   468:1,11
   478:16,17,19
   478:22,24
   479:12,18
   481:5 487:24
   488:1,6
   514:19
anadarkoope...
467:3
anadarkos
467:7 488:4
analyses
506:8,10
analysis
483:5
analyzing
423:3 445:19
annotated
395:18
announce
408:14 436:25
announced
408:19
annual
443:7
anomalies
407:1
anomaly
405:2
answer
365:14 386:21
   399:2 403:4
   405:6 411:20
   414:2 415:19
   443:12
   452:18
   483:21
   499:10
   505:17 507:2
   510:14
   511:21 512:8
   532:17
   555:22 556:2
   556:18
   557:25
```

```
558:16
answered
493:9
anybody
400:13,14
anymore
431:16
apologize
546:13
apparent
444:18 445:10
apparently
458:8
appear
457:18 463:11
   541:13
appearances
360:1 361:1
   362:1 495:13
appearing
457:14
appears
378:13 396:4
   456:23
   457:18,23
   490:14 492:1
apply
448:5
appreciate
480:4
approaching
412:1
appropriate
412:11 453:15
approval
529:22,25
approve
480:10
approved
509:12,16,20
   509:22 510:1
   510:3 529:16
   529:18 530:4
approximately
536:16
april
359:5 454:3,12
   454:25
   489:25 493:3
   493:22
   494:13,16
   502:24 516:3
   516:3 517:8
   521:9
architecture
476:19
archive
481:1
archived
480:17,20
archives
480:11,14
archiving
480:7
area
368:5
areas
434:16 441:22
   453:17
arrange
494:3
asked
371:10 372:9
   432:1 439:5
   439:9 451:9
   459:15
   461:25
   465:10 472:6
   477:18
   492:20
   493:11
   498:22 505:5
   523:11,13,15
```

```
559:5
asking
542:20 544:5
   552:8
assessment
423:19
assign
391:17
assigned
373:18,24
   466:10 492:5
   546:11 557:1
   560:18
assigns
386:25 388:17
assist
483:4
assistance
466:17,18
assisting
378:22 483:2
associated
418:22
assume
425:25 436:24
   495:14
   499:13,22
   523:23 524:6
   541:23
assumed
480:5 500:10
assumption
403:12 435:20
   435:22
assumptions
414:22
attach
510:23,25
attached
563:10
attend
523:15
attended
390:22
attending
389:5,19
attention
449:11 452:15
   455:4 500:15
   507:4 521:23
attorney
360:13,25
attorneys
360:16,21,25
   361:8,12,18
   361:23 362:6
   362:11,16,25
authority
384:16 464:23
available
401:18 402:1,4
   402:11 404:2
   405:22
   406:12
   412:22 413:4
   413:10,13
   416:19,20
   417:4 436:21
   438:17
   504:15
   513:12,15
   535:22
   539:24
   543:13,15,21
   546:25
   549:12,16
   557:22 558:3
   558:6,7
   559:3
avenue
360:14 362:9
   362:19
```

601 Poydras Street, Suite 1720     GAUDET KAISER, L.L.C.     Telephone: (504) 525-9100
New Orleans, LA 70130-6009     Board-Certified Court Reporters     Facsimile: (504) 525-9109

Exhibit K
Page 174

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

JOHN JOSEPH GISCLAIR VOL. II        March 15, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR

Reported By:

2

```
aware
 372:25 380:10
 380:19 381:2
 381:7 386:14
 386:15
 387:18,23
 388:11
 391:10,14
 398:24 399:11
 413:15
 417:25 420:8
 420:21,25
 436:7 448:3
 448:14
 465:14,23
 468:9,16,23
 469:2 474:5
 504:1 514:8
 522:6,10
 523:25 525:4
 526:7 532:18
 532:22 556:6

        B

back
 366:12 377:20
 417:20
 419:23 422:6
 424:22
 428:22 430:5
 430:9 446:5
 453:10 457:8
 458:16
 459:19,22
 460:5 464:5
 497:17
 505:19
 508:18 526:5
 537:13
backup
 388:2 480:22
 516:9,12
backups
 480:25
bad
 461:25 472:6
bank
 467:6
barbier
 359:5
barely
 396:13
barquet
 367:24,25
 368:1,2
barrier
 544:13 545:1,6
 545:8,11,19
 547:15
based
 380:3 382:15
 395:23
 400:13
 416:15
 442:12 443:2
 485:14
basic
 419:1,23 446:8
 508:18
basically
 379:13 418:18
 422:22
 430:12 445:3
 476:20 523:9
basis
 389:6 426:13
 426:18 435:8
 435:9 436:2
 484:17 488:7
bates
 378:24 379:8
 489:19

491:16
 560:18
baton
 360:10
bayou
 359:20
beck
 361:14
began
 524:16 526:1
 536:12
 537:10
beginning
 411:25
behalf
 360:3
believe
 377:14,22
 407:18 408:5
 444:4 447:1
 463:3 465:24
 473:15
 481:10
 486:19 488:6
 496:22 500:4
 500:8 504:8
 504:9 513:24
 526:9 527:22
 528:10
 537:17
 550:18,23
 556:8
bement
 372:9,14,15,16
 373:1 374:8
 376:24
benefit
 461:2
best
 383:8 386:6,12
 394:15
 405:21
 505:18 537:3
 554:17
 564:12
better
 436:10,13
 437:14 448:2
 484:5 485:13
 509:1 560:21
beyond
 441:23
big
 424:7,15,22
 427:14
 550:15
binder
 378:1 488:9
bingham
 362:8
bit
 380:8 471:21
blanket
 415:20 435:3
blew
 522:25
blind
 410:12,18,22
 410:25
blowout
 524:14
bly
 532:25 533:2
board
 361:23 388:18
 411:8 429:24
 501:22
bob
 377:2
boem
 364:13
boody

459:13
bottom
 441:6,14
bounce
 417:17
boundary
 461:7
bowman
 362:13 455:23
 456:5
box
 360:19 527:10
 528:12 536:1
 536:3,4
 544:13 545:2
 545:6,8,12
 545:19
 547:15
bp
 361:8 363:21
 371:2 386:20
 386:22 387:5
 387:20
 390:24
 411:21 412:8
 452:2,8
 454:15,17
 459:8 460:9
 460:12,18
 461:4,12,15
 461:25 462:8
 462:24 463:3
 463:15
 464:14,23
 465:2,7
 466:2 468:19
 469:12,17,20
 469:23 470:5
 473:16 474:3
 474:21,25
 475:21 476:8
 477:3 481:12
 481:17,24
 482:6,7
 483:16,22,24
 484:4 486:16
 486:17 493:3
 493:10,12,17
 493:20 494:5
 497:25 498:5
 498:6,13,18
 499:3,14
 500:7,11,16
 501:12 502:2
 502:9 503:15
 503:22
 507:19 508:5
 508:10 509:4
 509:19,20,24
 510:17
 513:12
 514:13,18,21
 516:25 517:3
 517:5 524:1
 531:12
 532:18,25
 533:17 553:4
 553:21
 554:10
bphznbly001...
 363:23
bphznbly001...
 363:24
bpoperated
 467:20
bps
 476:10,20
 481:18
 486:21 508:8
bragg
 371:18 374:4
 377:1
branch

360:18
break
 447:3,6 464:9
 473:1
brett
 362:19
brief
 419:13 449:24
 542:14
briefly
 472:15
bring
 429:1 561:10
broad
 390:7 436:9
 505:7,9
broadcast
 391:2,7 392:3
 550:11
broader
 419:24
brooke
 361:21
brought
 500:14 522:24
 526:5 537:13
bruce
 362:13
building
 359:21 475:21
 476:7,13
built
 438:2
builtin
 438:1
bureau
 360:14
business
 415:24 477:25
 478:14
bypassed
 407:15 526:23
 532:25
 535:20

        C

cabin
 549:20 557:23
 558:4
calculations
 422:24
calibrated
 419:3
calibration
 419:2
california
 361:7,7
call
 385:15 393:13
 393:19
 394:22 395:8
 398:11
 404:12,23
 406:7 407:13
 407:17,25
 427:14 437:7
 444:18
 445:10
 512:11
called
 368:15 394:24
 514:1 521:7
 523:4 545:8
calls
 493:2
calm
 430:3,3
camera
 507:12 527:8
 527:21
 549:16

cameras
 527:7 536:1
cameron
 361:18
camp
 360:23
cant
 381:9 386:21
 397:19 403:4
 405:6 411:20
 414:2 431:5
 433:16 435:3
 452:17
 457:16 500:9
 503:19
 508:21 514:3
 550:17,24
certainly
 557:10
certificate
 563:4 564:1
certification
 380:18 383:13
certified
 365:22 366:9
 380:12
 511:13 564:3
 564:20
certify
 563:8 564:4
cg
 364:4
chang
 360:19
change
 379:24 439:18
 460:9,14,19
 460:25 461:5
 462:5 497:8
 519:7 542:10
changes
 382:5 404:21
 422:17
 512:14
 563:11
changing
 427:11,12
channel
 507:8 514:2,3
 550:2
channels
 549:11,13,14
 549:17
charge
 368:16 465:7
 476:5 506:20
 520:24
charged
 448:1 466:3
charles
 362:19
chart
 395:17,22
 396:3 471:25
 472:3,7,8
charts
 399:24
check
 535:24 536:1
 537:2,3,8
 541:11,17,18
 542:1,2
checked
 506:12 540:18
 541:3
checking
 535:23 541:10
chevron
 473:25 474:4,8
 474:18
 475:12 477:5
 477:7 486:2
 486:4,8,10
 486:14
chevrons
```

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:

JOHN JOSEPH GISCLAIR VOL. II        March 15, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR

3

475:14
477:16 486:7
**chicago**
361:4
**childress**
361:15
**choice**
475:11
**choose**
475:7,9
**chose**
509:6 510:18
**chris**
368:6,7
**christopher**
361:6 459:3
**circuit**
392:4
**circuitry**
505:12
**circumstances**
410:6
**civil**
360:18 365:6
**clare**
459:3
**clarify**
419:25 429:19
485:20
497:17
512:21
541:21
542:22 552:9
**clark**
365:21 564:2
564:19
**class**
385:1,2,17,20
**classify**
385:19
**classroom**
385:18
**clean**
480:18,25
**clear**
422:21 505:5
515:1 537:8
**client**
387:5
**clients**
413:15 415:24
**climbing**
397:5
**closed**
392:4 528:4
**closedcaption**
549:9 550:2
**closedcircuit**
391:3,6,12
507:9,12
513:22 550:8
**closely**
402:10
**coast**
364:10 429:23
429:24 493:6
493:12 495:1
496:23
528:22 544:7
**code**
448:9
**coincided**
541:9
**colleagues**
419:20
**collect**
424:13
**collected**
409:8 410:24
411:15
412:18
414:25 415:5

415:6,15
416:25 417:2
467:5
**collection**
411:22 472:18
494:7
**com**
490:19 492:4
**come**
389:11 390:1
464:4,5
480:11
**comes**
480:20
**coming**
418:20 443:15
445:20,22
482:18
485:21
534:18,20
543:2
**commensurately**
543:4
**commercial**
414:19 416:12
416:18
**commission**
494:20 495:13
497:5
**committee**
360:3
**common**
429:10
**communicated**
389:13
**communication**
384:25 390:9
390:14 394:8
394:10
406:12
436:16
505:21
521:18,21
522:9
**communications**
384:21 385:22
390:5 391:11
437:8 450:10
450:19
465:11,15,22
468:10,16,23
469:3 485:4
506:8,9
522:12,15
**companies**
389:20 390:25
478:13
502:17
514:17,18
546:9
**company**
389:20 390:6
390:19,21
391:4,17,23
391:25 393:3
408:25
409:22
410:12 411:7
411:13
421:10 461:4
513:25 556:6
**companys**
533:15
**compare**
483:15
**compared**
481:16
**compensate**
423:21
**competencies**
383:20,24
**competency**
384:6 385:9

**compile**
560:2
**complete**
386:2 406:17
455:1 483:7
546:6,11
**completed**
381:3 403:19
480:17
**completely**
441:1
**completion**
483:10 518:2
**comply**
384:5
**complying**
378:3 488:11
489:22
491:14
**computer**
445:21 446:17
460:15
474:14
549:24 550:3
550:9,14,19
550:22 551:4
560:7 564:10
**computers**
480:25 481:22
**conceivable**
393:8 556:3
**concentrating**
445:23
**concern**
525:13,15
**concerned**
387:13 494:12
495:17
497:19
527:14
**conclude**
399:16
**concluded**
562:13
**concludes**
562:9
**conclusions**
379:8,21,25
380:2 416:11
416:15
**conditions**
386:7 441:13
**conducted**
450:8,23
536:21 537:7
**conducting**
368:19 369:6
453:1
**confirm**
523:4
**congress**
433:6
**congressional**
429:14
**conjunction**
383:5 401:24
**connect**
481:22
**connected**
479:1
**connectivity**
510:3
**conoco**
474:2
**consider**
411:21 535:15
**considered**
373:18
**considering**
442:4
**constant**
426:12,18

521:18
**contact**
391:8 404:5
406:1,25
407:7 493:17
493:19 494:5
505:13
**contacting**
485:8
**contained**
500:25 502:9
502:10
**containment**
418:9
**content**
379:1
**context**
445:15
**continue**
366:16 526:6
**continued**
361:1 362:1
522:22,22
**continuous**
501:21
**continuously**
520:8
**contract**
497:25 498:5,6
498:8 499:2
499:10,14,23
500:1,11,16
501:11,16,17
502:16 553:4
553:20 554:2
554:7,13,19
554:21
**contracts**
500:5,7,25
503:14
553:21
554:19
**contractual**
463:9 498:12
498:18
500:22 554:5
**contributing**
430:18
**control**
384:13 424:16
448:15
**controlled**
477:11
**conversation**
372:19 494:11
494:11
**conversations**
369:23,24
374:7 493:2
**coordination**
486:13
**copy**
488:20
**corporate**
478:4 552:1
**corporation**
361:18 450:11
**correct**
367:23 368:12
376:19 383:2
383:3 386:4
395:13,14
416:8,9
420:1,13
424:9,11
427:2 428:3
428:16,17
431:1 433:9
436:3 437:24
442:14
446:13 448:3
449:15,16

450:24
452:13,14
453:2,3,11
454:15,20
458:2,19,20
462:1,10,25
463:1 464:11
464:12
467:15,16
468:2 469:10
469:11,21,22
469:25 470:1
470:6,7,10
470:11,14
471:17 472:2
472:11,12,22
472:23,24
473:20 476:6
477:8 479:2
481:2,3
486:23 487:2
487:25
493:14
497:14 501:1
504:19 506:4
507:19
513:14 515:3
515:13
519:18
521:15,16,19
521:25
523:17 525:2
525:11,16
526:2,13
528:5 534:11
535:18,19,24
536:25 540:3
540:10
543:11,12
547:17
548:18
549:10 563:8
564:11
**corrected**
544:11
**corrections**
563:10,19,20
**correctly**
402:22 472:14
475:22
478:25
**couldnt**
373:17 406:18
411:1 415:19
415:20
443:12 460:9
476:22 477:1
479:13,15
492:8 503:19
533:8 534:14
540:1 550:17
550:23
**counsel**
365:3 373:1
374:4 375:10
375:24 377:1
430:22
455:20
488:19
564:13,14
**counter**
423:24
**counterpart**
368:3
**couple**
366:21 449:1
473:11 494:2
495:4 496:20
496:21 500:5
559:6
**course**
426:20 493:6
**courses**

380:14
**court**
359:1 365:22
366:5,9
564:3,20
**cover**
556:9
**crane**
408:20 425:5
429:6
**create**
378:17 387:21
**created**
380:25 431:7
432:8
**creek**
482:13
**crew**
367:17,18,19
373:23 374:9
384:22,25
385:22
386:16,20
388:6,11
389:22 390:5
390:15,22,24
392:23 393:3
393:12 394:3
394:8,13
395:8 399:4
399:10
401:14 404:5
405:1,6,15
406:1,7,12
406:25
408:10,14,21
409:18
444:10
447:25
482:22,23
504:1 516:9
521:19,22
522:13,22,24
524:1,16,25
525:25
537:10
**crews**
382:23,23
383:9 480:21
482:15
556:20,24
**criteria**
423:2
**critical**
406:16
**crr**
365:21 564:2
564:19
**cubicle**
488:6
**curiosities**
540:9,10
**current**
380:11 437:3
**customer**
389:2,3,11
412:25
416:22
462:19,24
466:13 468:7
473:25
474:23
480:10 483:5
483:9 488:2
488:7 503:3
517:2
**customers**
387:11,24
473:13,17,22
474:23,24
500:3 510:15
**cuttings**
445:19

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010                                    Reported By:
JOHN JOSEPH GISCLAIR VOL. II          March 15, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

4

| | | | | |
|---|---|---|---|---|
| **D** | 501:22 | 412:9 510:15 | 449:9 | **differently** |
| **daily** | 506:22 | **decided** | **deposition** | 521:14 |
| 389:6 523:15 | 507:14 | 556:14 | 359:18 365:4 | **difficult** |
| 523:16 | 508:12,18,19 | **decision** | 365:15 562:9 | 379:16 393:9 |
| **dallas** | 508:19,22,25 | 382:18 462:8 | 562:12 | 393:24 398:10 |
| 362:15 | 509:5,17,23 | 462:16 | **depositions** | 398:16 |
| **dan** | 510:6,9,16 | 464:14,19 | 438:10 493:5 | 406:14 411:4 |
| 368:13,14 | 511:19 512:4 | 465:3 548:25 | **depository** | 441:12 |
| **daniel** | 513:4,5,12 | 557:15 | 472:17 | **direct** |
| 361:20 | 513:19,21 | **decisions** | **depth** | 368:7 370:3 |
| **danny** | 514:17,21,23 | 464:22 | 414:8 546:21 | 371:20 376:2 |
| 384:12 443:23 | 515:11,24 | **decrease** | **depthbased** | 379:1 382:13 |
| 443:24 | 516:2 521:13 | 404:20 | 440:24,25,25 | 390:4,8,14 |
| **data** | 525:18,21,23 | **dedicated** | 441:4,9 | 399:9 405:7 |
| 371:12 373:10 | 526:21 | 465:25 476:18 | **derek** | 413:17 |
| 377:18 380:3 | 537:22 538:4 | 487:24 | 459:13 | 414:23 |
| 386:1 388:3 | 538:6,9,12 | **deem** | **described** | 436:16 |
| 391:2,5,12 | 538:17,25 | 516:22 | 418:10 440:1 | 452:15 528:4 |
| 393:16,23 | 539:5,15,20 | **deep** | **describing** | 539:14 |
| 395:6,11,18 | 539:21,23 | 484:1 | 397:4 426:8 | **directed** |
| 395:24 | 543:2,5,16 | **deepwater** | 479:24 | 533:24 |
| 398:17 | 544:12 | 359:4 363:21 | **design** | **direction** |
| 399:18,20,22 | 544:12,14,23 | 364:3,14 | 505:11 | 471:22 |
| 400:24 401:7 | 545:1,5,7,13 | 368:21 | **designate** | **directional** |
| 401:15,19,20 | 545:18,19,20 | 433:22 | 463:3 | 482:16,23 |
| 401:21 | 545:23 546:6 | 462:10,18 | **designated** | 484:25 |
| 402:18,19 | 546:7,9,10 | 463:20 | 392:10 | 486:20 504:9 |
| 406:3,9 | 547:15,16,22 | 494:12 498:1 | **designed** | **directive** |
| 408:24 409:8 | 547:25 | 499:18 | 483:8 | 389:18 |
| 409:20 | 548:16 549:3 | 501:23 | **detail** | **directives** |
| 410:23 411:2 | 549:10,21,25 | 504:12 517:3 | 469:7 | 389:7,10 |
| 411:11,15,17 | 550:1,4,5,6 | 523:14 | **detailed** | **directly** |
| 411:21 | 550:7 551:1 | 557:23 | 458:2 502:15 | 425:20 449:9 |
| 412:16,18,20 | 551:10,11,13 | **default** | 505:15 | 460:13 |
| 412:23 413:1 | 555:7,21 | 412:23 | **detection** | 473:18 475:1 |
| 413:9,16,23 | 556:17 | **define** | 515:15 516:10 | 479:1 481:22 |
| 414:21,24 | 557:21 558:2 | 496:18 501:5,6 | **determination** | 485:12 486:3 |
| 415:5,15 | 558:10 559:3 | **defines** | 383:5 | 492:21 |
| 416:15,25 | 559:11,12 | 388:21 | **determine** | 507:18 |
| 423:11 424:5 | **database** | **definitive** | 382:23 394:14 | **discernible** |
| 424:13,14,20 | 410:24 412:20 | 528:18 | 401:22 430:8 | 396:13 |
| 425:2,10 | 412:21 417:3 | **degravelles** | 431:23 | **discover** |
| 426:11 | 438:11,11,16 | 360:8 | 433:12 | 393:18 415:12 |
| 430:19 | 439:25 | **degree** | 444:17 445:9 | 432:16 |
| 433:24 | 466:19 474:1 | 511:17 | 462:20,21 | 537:10 |
| 434:18 | 538:10,13 | **delay** | 471:22 503:3 | **division** |
| 435:16 | 539:1 546:11 | 470:20,22 | 536:22 | 360:12,18 |
| 436:12 437:2 | 547:2,4,6,13 | **delays** | **determined** | 421:9,19 |
| 437:4,5,21 | 548:14,22 | 470:16 | 463:10 516:21 | 477:22 |
| 437:23 438:2 | 549:5 | **denegre** | **determines** | **divisions** |
| 438:3,4,12 | **databases** | 362:18,22 | 417:18 | 478:4 |
| 438:20,22 | 474:6 | **densities** | **development** | **document** |
| 439:2,11,13 | **dataenhanced** | 418:3 | 421:16,18,22 | 378:10,18,20 |
| 440:11,13,15 | 425:22 | **deny** | 422:1 | 452:18 454:9 |
| 440:17 441:5 | **date** | 530:10 | **diane** | 455:15 |
| 441:10 442:9 | 364:12 454:3,4 | **department** | 365:21 564:2 | 456:17,20,22 |
| 442:11 | 466:12 | 360:11,18 | 564:19 | 489:19,21 |
| 444:16,20 | **david** | 378:15 | **diaz** | 502:9 |
| 445:8,11,22 | 360:23 367:24 | 381:20 | 459:9 | **documentation** |
| 446:13,21 | 367:25 368:2 | **depend** | **didnt** | 561:11 |
| 447:13 448:5 | 419:19 | 389:17 409:7 | 374:11 440:18 | **documented** |
| 448:16 464:8 | **day** | 434:14 | 442:13 505:4 | 499:2 |
| 466:4,7 | 370:1 389:4,23 | 530:18 | 518:20 523:3 | **doesnt** |
| 467:5,6 | 389:24 | **dependent** | 523:11 | 414:20 417:15 |
| 468:2 469:10 | 426:20 | 394:2,7 | 525:14 | 441:2 446:4 |
| 469:13 470:6 | 483:15 | **depending** | 537:14 541:3 | 542:3 |
| 470:8,13,17 | 486:22 524:2 | 429:5,11 | 542:1 561:10 | **doing** |
| 471:4,15,22 | **days** | 470:12,23 | **difference** | 393:19 405:9,9 |
| 471:25 | 486:23 494:2 | 471:20 | 495:18 496:1 | 408:15 422:8 |
| 472:11,18,20 | 559:6 | 474:22 | 545:16 | 424:10 |
| 473:19 | **dd3** | 505:15 | **different** | 429:12 |
| 474:13,19,20 | 494:3 503:24 | 507:25 | 381:22 412:13 | 442:17 |
| 477:7,14 | 503:25 504:2 | **depends** | 415:6 418:11 | 448:22 458:4 |
| 479:17,23 | **dealing** | 410:1,5 411:14 | 432:5 434:19 | 503:15 |
| 480:6,11,19 | 435:14 | 411:15 | 435:2,2,11 | 515:23 524:2 |
| 481:2,9,20 | **deanna** | 440:23 | 457:2,4 | **domengeaux** |
| 482:3,18,19 | 360:19 | 446:14 | 459:16 | 360:5 |
| 483:19 | **deborah** | 464:19 | 486:10,12 | **dont** |
| 483:14,16 | 362:4 | 469:17 | 506:21 546:9 | 372:18 373:19 |
| 484:11,12,13 | **december** | 471:18 | 551:3,7,8 | 375:25 |
| 484:16 | 364:12 510:21 | 508:16 | **differential** | 380:13 381:8 |
| 485:14,15,21 | **decide** | **deposited** | 398:20 | 381:8,16 |
| 494:3,7 | | | | 384:15,18 |

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:

JOHN JOSEPH GISCLAIR VOL. II     March 15, 2011     DIANE TEWIS CLARK, RPR, RMR, CRR

5

| | | | | |
|---|---|---|---|---|
| 387:11 | 415:2,7,16 | 437:19 | 466:7,25 | 546:16 547:9 | 490:12 |

387:11
390:20
400:19,20
403:24 407:5
407:10,14
413:17 421:4
421:23 423:2
423:16
424:23
432:19 445:1
449:9,11
451:3 454:8
457:5,13
458:22 463:8
466:12 472:9
474:3 479:16
488:5 491:11
492:20 494:9
500:8,8
501:17
510:25
512:14
517:14
518:13 527:6
527:12 529:2
529:6 531:4
531:17,21
532:18 533:3
533:5,21
538:10
539:11,20
547:4,9,14
547:24
548:19
550:21
554:12,22
556:1 557:9
560:17 561:7
561:9
**doublechecked**
505:24 506:6
**douglas**
362:23
**downhole**
368:16
**downloads**
508:21
**draw**
396:4 414:21
416:11,14
477:1
**draws**
412:19
**drill**
396:2,4,12,15
396:18 397:9
397:23 398:3
398:21 400:2
400:5,8
404:3,10,16
521:19
522:13 524:1
526:11
**drilled**
415:12
**driller**
523:6
**drillers**
482:17 504:9
**drilling**
373:6 390:15
393:2 394:24
396:7,7
401:14
403:10,16,18
403:19 405:1
405:15
406:25
407:25
408:10,21
409:18
413:17 414:6
414:12 415:1

415:2,7,16
417:12
425:16
427:13 441:7
441:14
463:25
484:25
486:20 504:3
504:6,12
515:11
559:13,14
**drive**
359:19
**drives**
480:24 511:11
**drop**
398:2
**dropping**
397:25
**due**
379:16 396:24
423:22
**duly**
366:8 564:5
**dump**
522:23
**dumped**
428:5
**dumping**
407:8,11 536:8
536:10,12
**duties**
391:18 393:4
402:23 403:5
403:9,15,20
412:7,12
448:24
498:11,25
499:16 502:7
502:11,17
516:8,23
517:8,23
553:3,19
554:5,16,18

**E**
**earl**
367:13,16,21
383:2 463:16
**earlier**
367:1 376:5
386:1 391:1
392:22
395:11
422:14
439:17 449:3
465:10 478:5
481:10
505:23
**early**
473:15
**ears**
388:3
**easier**
558:22
**easterling**
361:20
**eastern**
359:2
**easy**
414:10,15
**edgar**
459:6,23
474:21 475:8
475:13,14
477:6,9,16
479:21
**educated**
511:14
**edwards**
360:5
**effect**

437:19
**effort**
436:5,7
**efforts**
422:23 494:4
**either**
378:14 431:15
432:12
439:21 500:6
535:18
559:22
**elaborate**
432:4 438:6
**electronic**
545:11
**electronically**
438:15
**ellis**
361:2,6
**elm**
362:15
**email**
490:19 491:6
491:21,25
492:4
**emailed**
389:24
**emails**
366:22 493:2
**employed**
461:14,15
**employee**
369:19 376:1,7
442:23,24
445:8 449:13
449:14 459:8
459:12
477:19 485:8
485:8 490:24
490:24 491:9
491:10
527:15
**employees**
368:10 375:13
442:19 443:1
443:20 444:4
444:16 459:5
461:21
475:19,20
476:1,4,13
477:11 478:7
478:10
481:24 482:6
484:24
485:12 486:3
486:9 503:2
503:20 504:4
540:17
**employers**
459:1
**enclosed**
563:20
**encompasses**
499:24
**encouraged**
521:17
**ends**
491:16
**energy**
364:11
**engaged**
403:10
**engineer**
415:17 511:9
511:12,13,14
511:15
**engineering**
511:16
**engineers**
414:6 448:13
494:25 504:8
**ensure**

466:7,25
467:18,22
**ensuring**
467:4
**entail**
381:12
**enter**
393:10 439:9
439:24
**entered**
438:7 472:20
527:10
528:11
**entering**
438:18
**entire**
390:23 392:8
402:17 424:8
465:8 467:22
520:2
**entirely**
384:3 467:4
528:23
**entities**
497:13 498:6
556:13
559:20,24
560:14
**entitled**
456:17
**entity**
477:25
**entries**
454:16,21
458:22
489:24 490:6
490:8 491:1
**entry**
457:10,10,13
457:16
**environment**
360:12 385:18
**equal**
504:11
**equipment**
434:14 474:14
507:6,13
551:15,17
555:4 556:15
**errata**
563:20
**escaped**
397:19
**especially**
428:21 436:11
442:3
**esquire**
360:5,9,13,19
360:23 361:3
361:6,10,14
361:15,20,21
362:4,4,9,13
362:14,14,19
362:23
**essential**
442:17
**essentially**
381:18,21
410:12
**establish**
405:25
**esteemable**
419:20
**estimation**
426:6
**evaluating**
472:7,8
**evening**
516:3 517:8,13
518:3,7
519:3,4,9
521:8 522:13

546:16 547:9
547:16
548:17,24
549:1,8
**event**
370:4 500:10
**events**
445:25 447:7
**eventually**
480:6
**everybody**
415:21
**evidence**
365:17 438:9
540:16 541:2
**exact**
479:15 556:21
**exactly**
405:8 429:25
528:7 544:21
552:7
**examination**
363:3,6,7,8,9
363:10,11
366:11,25
369:1,11
371:19 372:2
372:12,24
373:21 374:6
374:24
375:11,17
376:4,18
377:8,24
378:8 379:19
381:11
382:25
383:22 384:7
386:13
387:17 390:3
391:24
392:20
394:11,20
395:9 400:22
401:8 402:21
403:7 404:14
405:11,24
406:15,23
407:6 408:8
409:9,17
410:9 411:5
413:21
414:17 416:6
419:18
420:10,16
421:7,17
423:17
426:24 431:9
434:15
435:24
436:23
437:13
443:17
444:13,25
446:7 447:4
450:16 451:7
453:8,20
454:10
455:14
456:15
458:11
461:23
462:15
463:13
464:21 465:9
465:21 467:9
468:8 469:19
470:4 471:13
473:9 476:2
477:4 484:2
484:14 485:9
485:19
487:13
489:13

546:16 547:9
547:16
548:17,24
549:1,8
490:12
492:19
496:13,19
498:20
499:12,25
500:23
501:19 502:5
502:19
503:23 506:3
506:18
509:15
510:19 511:8
512:18 513:3
513:11 515:8
516:11,16
517:25
519:25 521:5
521:5 523:22
524:8 526:19
527:11
528:20
530:20
531:11
532:16
533:16
536:22
538:20 539:3
539:25
541:15
542:19
544:24
546:12
547:23
548:10
552:10,22
553:12 554:3
555:15 556:4
557:13,23
559:16 561:3
**examined**
366:10
**example**
391:16,25
397:17 464:9
470:15 471:2
**exams**
383:11
**excellent**
419:21
**exception**
365:9 563:10
**exchange**
429:9 546:7
**exchanging**
546:8
**excuse**
396:9 516:4
520:21
520:17 555:6
**executed**
553:4,21
**exercises**
385:19
**exert**
418:4
**exhibit**
363:20 364:1,8
378:1,5,6
395:16
452:10,16
453:23 455:5
455:11,12,20
456:17 457:8
457:16,22
458:1,17,18
488:10
489:15
491:13,16
511:2,6
552:21
**exhibits**
363:15
**expect**

601 Poydras Street, Suite 1720     GAUDET KAISER, L.L.C.     Telephone: (504) 525-9100
New Orleans, LA 70130-6009     Board-Certified Court Reporters     Facsimile: (504) 525-9109

Exhibit K
Page 178

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:

JOHN JOSEPH GISCLAIR VOL. II        March 15, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR

6

411:9 414:14
422:2 423:25
424:3 430:10
460:5 466:6
471:2 557:7
**expectation**
412:7
**expectations**
387:12 389:12
448:19 502:8
**expected**
385:12 387:6
388:16 395:8
404:12
430:13
439:23
533:12
**expects**
389:3
**expedient**
460:4
**experience**
373:6 396:25
444:12
485:10
**experienced**
381:25 482:16
527:19
**expert**
373:9,19
**explain**
393:13 398:2
418:14
544:15,22
**explained**
397:15 442:1
452:25
**explanation**
395:6,7 404:11
426:23
**explanations**
397:13,15
**extends**
458:17
**extensive**
477:2
**extent**
374:3 420:25
504:25 505:1
505:6 555:17
560:5
**extra**
447:11,20
**extremely**
540:19
**eyes**
388:3,5,7
446:4 447:24
482:21

**F**

**f13**
382:8,9,9
**f17**
382:8,10
**facilitate**
437:16 483:19
**facilities**
464:10 474:7
475:5
**facility**
474:2,21 477:3
477:13,15
479:25 480:8
480:22 481:9
481:12,16,17
483:13,17
485:22 486:8
486:21
**fact**
427:9 435:8
461:10

468:17
482:11
483:24
490:24 491:9
515:18,22
521:11
523:12 525:6
542:3
**factor**
424:15
**facts**
497:18
**fair**
399:16 403:12
435:10 442:3
442:6,7
449:12
469:11
476:21
486:14 502:6
**fairly**
427:14 429:10
429:23
441:15
546:17
**familiar**
370:6 382:4
383:19 384:3
384:8 415:23
433:20
459:13,24,25
463:8 478:2
492:2,6
495:20
497:25 498:7
498:17
500:21 505:6
507:3,7,11
517:11
549:15 554:1
556:19,21
**familiarized**
448:8
**far**
387:12 420:11
480:13
483:24
495:17
497:17,18
502:16
527:14 539:6
539:13
556:21
**fast**
368:15
**feasibility**
435:25
**feasible**
434:9 435:21
435:22
**federal**
365:5 448:9
**feel**
383:8
**feels**
395:6
**feet**
528:10,11
**felt**
467:21
**felt**
373:4 404:10
404:11
411:10
**fewer**
403:15
**field**
380:23 382:6
443:12,13
**figure**
437:9
**file**
472:16 488:16

**fill**
370:13
**final**
480:16 490:5,5
**finalize**
554:13
**finally**
417:8
**find**
393:19 457:15
485:11
550:12
553:18
**findings**
375:4,12,18
377:5,9
**fine**
456:4
**firewall**
475:10
**first**
366:8 376:9,15
381:19 457:8
477:6 481:19
487:15
490:14
492:23
493:25
504:21
524:10 554:8
554:8 558:8
**five**
382:7 419:3
470:13 471:5
479:14 551:7
551:8
**flat**
396:5
**floating**
430:1,13
**floor**
359:20 394:24
398:11
404:13,24
407:13,17
408:1 437:8
444:19
445:10
520:24 521:7
523:4
**flow**
407:8,16
418:17 429:8
442:8 505:12
525:7,23
527:22 528:4
528:11
529:23
533:24
535:24,25
536:1 537:2
540:18,23
541:3,9,11
542:1,2,5
543:7,7
545:10
**flowin**
520:9 558:12
**flowing**
417:13 418:16
537:4 541:1
541:14
**flowout**
398:7 405:23
413:11 417:9
417:10,24
418:1 419:2
429:7,8
431:8 432:9
519:6 520:11
520:12
526:21 527:1
527:9 533:20

533:23 534:3
534:6 535:5
535:12,13,14
536:6,8,22
537:1,8,22
538:9 546:25
547:25 548:7
548:8,16
549:4 558:13
**flows**
418:23
**floyd**
362:14
**fluctuations**
404:3,9,15
**fluid**
417:14,16,17
417:20 418:3
418:4,5,8,15
418:15,17,19
418:22,24
427:11 428:6
429:9,12
430:4,8,9
432:8 433:12
433:17,19
434:1,7
441:3,3
519:11,12
541:20,23
536:2,4
**fluids**
417:23 428:3
431:1 522:23
**fly**
367:13,16,22
383:2 463:16
**flying**
410:11,18
**focus**
402:9 433:18
490:8
**foisted**
552:3
**folks**
366:21 368:19
**follow**
433:3 474:20
**following**
366:16 422:10
422:16
443:10
**follows**
366:10
**force**
418:4,7
**foregoing**
563:7
**foreman**
561:18
**forewarning**
393:14
**forgive**
439:5
**form**
365:13 368:23
369:8 371:15
371:24 372:6
372:23
373:13,15
374:2,20
375:7,16,21
376:13 377:7
377:12
379:11 381:5
382:20
383:15 384:1
386:10 387:9
389:15
391:20
392:16 393:6
394:5,17
395:2 400:17

401:2 402:13
403:2 404:7
405:17,19
406:20 407:3
408:3 409:3
409:5,13,24
410:3,15
413:20,25
416:3 417:22
419:1 420:6
420:15 421:6
421:13
423:14
426:15 431:3
434:11,21
435:18
436:18
437:12
439:15
440:21 443:5
444:7,22
445:13
450:13 451:1
453:5 454:6
458:6 460:22
461:17,19
462:12 463:6
464:17,25
465:18
466:22 468:4
469:15 470:3
471:10
475:24
476:24
483:19 484:7
484:20
486:25
490:11
496:10,16
498:15 499:5
499:20
500:19
501:14,25
502:13
503:17 506:2
506:14 509:8
509:10
510:12
512:17 513:8
515:5 516:6
517:20
519:20 521:2
522:2 523:19
524:4 527:4
528:16
530:16 531:7
531:15 532:1
532:6,15
533:10
538:19,23
539:18 541:6
542:8 544:17
544:19
545:25 546:2
547:19 548:4
552:5,18
553:9,24
555:12,24
559:8 560:24
**formal**
420:2,8 560:10
**formalities**
365:8
**format**
457:1,3 459:16
**formation**
441:5
**formations**
414:14
**forth**
385:19 428:23

401:2 402:13
403:2 404:7
405:17,19
406:20 407:3
408:3 409:3
409:5,13,24
410:3,15
413:20,25
416:3 417:22
419:1 420:6
420:15 421:6
421:13
423:14
426:15 431:3
434:11,21
435:18
436:18
437:12
439:15
440:21 443:5
444:7,22
445:13
450:13 451:1
453:5 454:6
458:6 460:22
461:17,19
462:12 463:6
464:17,25
465:18
466:22 468:4
469:15 470:3
471:10
475:24
476:24
483:19 484:7
484:20
486:25
490:11
496:10,16
498:15 499:5
499:20
500:19
501:14,25
502:13
503:17 506:2
506:14 509:8
509:10
510:12
512:17 513:8
515:5 516:6
517:20
519:20 521:2
522:2 523:19
524:4 527:4
528:16
530:16 531:7
531:15 532:1
532:6,15
533:10
538:19,23
539:18 541:6
542:8 544:17
544:19
545:25 546:2
547:19 548:4
552:5,18
553:9,24
555:12,24
559:8 560:24

430:6,9
544:13
545:20 564:7
**found**
540:18
**foundation**
532:11
**four**
368:10 401:11
402:2 404:2
405:13 413:5
419:3 551:7
551:8
**frame**
458:18 460:2
**francisco**
361:7
**frequent**
426:19 484:17
**friendly**
412:25
**front**
445:21 446:3
446:17
488:10
489:14 544:9
551:19
**frug**
360:8
**fulfill**
373:6
**full**
422:7,19 453:9
453:19
481:25 508:1
508:24 509:2
**fullfledged**
482:14 483:22
**fulltime**
501:21
**fully**
420:25
**function**
555:20
**functions**
555:8
**further**
419:7 449:19

**G**

**gain**
534:13,15,16
**gains**
398:8 427:21
427:24
**gallons**
418:20
**gamut**
508:25
**gannaway**
361:14
**gas**
413:11 519:7,9
519:11
520:14
535:15,19,19
**gee**
449:8
**general**
374:13 383:20
414:4 415:8
417:16
435:11 436:9
449:3 474:9
503:1 510:16
530:19
558:10
**generally**
467:3 471:19
472:21
473:14 475:2
475:4 503:2

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009        Board-Certified Court Reporters        Facsimile: (504) 525-9109

Exhibit K
Page 179

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010                         Reported By:
JOHN JOSEPH GISCLAIR VOL. II          March 15, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

7

```
    558:7
geoff
  361:14
geological
  414:9  415:8
  416:8,17
geologist
  389:25
geologists
  414:10  416:13
geren
  361:20,21
getting
  388:10  434:8
  467:20
  519:10  548:2
  548:6,15
gisclair
  359:18  366:7
  366:12
  378:10  419:7
  449:18  450:5
  453:18
  456:16
  473:10  481:7
  487:5,14
  489:14,23
  491:18
  492:10
  563:14
give
  370:8  386:6
  393:14
  397:17
  414:18
  424:25  471:1
  523:8  554:23
  561:12,14
given
  378:14  385:12
  389:7,8
  398:16
  408:15  414:7
  424:24  426:9
  426:20,21
  435:12
  436:21
  437:18
  452:13  460:2
  472:14  495:7
  496:8  497:22
  510:21
  514:20  551:7
giving
  375:25  512:10
glean
  441:16
go
  373:3  377:20
  380:11
  381:14
  383:18
  398:18
  458:12
  459:22
  479:20  480:6
  482:1  483:8
  483:9  489:3
  497:17
  506:17
  540:12
  558:19
goals
  443:9,15
godwin
  362:13
goes
  424:9  474:21
  477:14
goforth
  361:20,20
  363:11  405:3
  405:18  409:4
```

```
  410:2,19
  492:19
  496:13,19
  498:20
  499:12,25
  500:23
  501:19  502:5
  502:19
  503:23  506:3
  506:18
  509:15
  510:19  511:8
  512:18,25
  513:3,11
  515:8  516:11
  516:16
  517:25
  519:25  521:5
  522:5  523:22
  524:8  526:19
  527:11
  528:20
  530:20  531:8
  531:11,18,23
  532:3,8,16
  533:16
  538:20  539:3
  539:25
  541:15  542:9
  542:19
  544:24
  546:12
  547:23
  548:10
  552:10,22
  553:12  554:3
  555:15  556:4
  558:17,20,23
  559:16  561:3
  561:17
going
  366:16  371:3
  386:2  388:12
  389:9  393:14
  393:20
  395:12
  407:20  408:6
  411:3  417:16
  418:4,24
  424:5  426:12
  428:15  430:3
  430:11  437:6
  437:10,22
  439:1,8,10
  440:14,18
  441:9  446:5
  463:11
  471:23
  475:13  490:1
  492:21  496:4
  497:20  501:8
  502:24
  510:20  511:4
  521:24  526:8
  533:18  535:9
  536:3,4,5
  544:1  552:23
  553:2  554:25
  556:10
  557:18
good
  392:23  393:11
  393:16
  406:11
  411:24
  422:13  440:9
  450:5  469:12
  511:1  521:21
  527:15,17
  559:17
gotten
  459:19
governing
  465:4
```

```
government
  377:2  448:17
grade
  381:24,24
gradual
  396:23
graduate
  511:15
grand
  465:6
gray
  369:15,23
  557:4,13
great
  397:1  469:7
  476:9
guard
  364:10  429:23
  429:24  493:16
  493:12  495:2
  496:23
  528:22  544:7
guess
  388:10  396:23
  397:4  437:7
  458:13  480:2
  480:5  481:18
  493:10
  494:25  497:4
  497:15
  499:10  508:6
  554:8
guidelines
  448:4
gulf
  359:5  368:4
  370:24  474:5
  377:20,23
gumbo
  527:10  528:12
  536:1,3,4
guy
  511:11

──────────
     H
──────────
habit
  503:20
habitual
  503:22
hadnt
  459:19
hafle
  457:11,17
  459:8
hal
  364:5,6
half
  530:22,25
halfway
  471:6
halliburton
  362:16  363:21
  369:5,18,19
  369:20
  371:17  372:3
  375:2,13,19
  376:1,6,23
  376:25  420:2
  420:9,17,20
  420:22
  421:19,21,25
  422:8,15
  436:6  442:22
  443:7  449:2
  449:6,8,13
  449:14
  454:18,21
  459:5,11,11
  461:22
  473:13
  475:19,19
  477:10,14,15
```

```
  477:20,22,22
  477:23  478:6
  478:14
  489:19
  490:23  491:9
  498:4  499:15
  500:17
  501:12
  502:10  513:2
  514:18  562:6
halliburton...
  490:19  492:4
hamper
  406:8
hand
  480:21
handed
  530:21
hands
  448:2
handson
  385:17
handwriting
  455:21,22
happened
  437:6
happening
  379:18  395:24
  396:1,15
  397:22  421:1
  524:22
hard
  480:24
hartley
  362:14  368:22
  369:7  371:14
  371:23  372:5
  372:22
  373:12  374:1
  374:19  375:6
  375:15,20
  376:12  377:6
  377:11
  379:10  381:4
  382:19
  383:14,25
  386:9  387:8
  389:14
  391:19
  392:15  393:15
  394:4,16
  395:1  400:16
  401:1  402:12
  403:1  404:6
  405:16
  406:19  407:2
  408:2  409:2
  409:12,23
  410:14
  413:19,24
  416:2  420:5
  420:14  421:5
  421:12
  423:13
  426:14  431:2
  434:10,20
  435:17
  436:17
  437:11
  439:14
  440:20  443:4
  444:6,21
  445:12
  446:23
  447:14
  452:25
  453:4  454:5
  458:5  461:18
  465:17
  466:21  471:9
  475:23
  476:23
  488:24
```

```
  490:10  496:9
  496:15
  498:14  499:4
  499:19
  500:18
  501:13,24
  502:12  506:1
  506:13  509:7
  510:11
  512:16  513:7
  516:5,14
  517:19
  519:19  521:1
  522:1  523:18
  524:3  527:3
  528:15
  530:15  531:3
  538:18,22
  539:17
  544:18
  545:24
  547:18  548:3
  552:4,17
  553:8,23
  555:11,23
  558:15  559:7
  560:23
  561:15  562:5
havent
  448:8  453:9
  559:4
head
  425:13  446:5
  458:12
heading
  421:2  556:3
hear
  501:5  532:13
heard
  425:7  526:17
  531:9
hearings
  454:24  493:7
  493:12
  528:22
heart
  424:10
heavier
  418:3,8
height
  417:14,20
  418:15,15,17
  418:22
held
  366:24  456:11
  473:5  487:9
  489:9  492:15
  562:1
help
  372:10,21
  373:2  375:1
  378:17
  431:22
  447:21  461:2
  477:12  483:8
  494:3  560:2
helped
  370:12  377:16
  447:12
helpful
  370:14  480:5
helping
  370:8  448:1
  485:1
helps
  441:20
hereinabove
  564:6
hereto
  365:3  564:14
hes
  367:6,7  368:3
  368:8,14,15
```

```
  381:17
  402:16,17,19
  445:23  446:5
  459:24,25
  466:14
  527:14
  544:22
hi
  366:12
high
  418:25  430:8
  533:23
  535:16  538:4
  538:5,16
  539:5,7,10
  539:15  543:3
  542:12
  545:12
  546:15,20
  547:16,21
  548:8,16
  551:10,11
higher
  382:1  418:23
  484:11
highest
  381:10
hinder
  406:8
hire
  381:19
hired
  461:25  502:2
hires
  385:5  387:5
historical
  508:18
hit
  366:17
hitt
  459:18
hold
  383:9
holding
  441:15
hole
  445:20  534:18
  534:20
holthaus
  360:8
hook
  545:10  546:22
  558:13
hooked
  544:12  545:1
  545:19
hopefully
  419:22
hoping
  561:11
hopper
  367:2,21
hoppers
  368:2
horizon
  359:4  363:21
  364:3,15
  367:17,18,20
  368:21  370:5
  370:22,23
  371:1,9
  383:2  386:16
  387:20
  388:19  390:6
  390:18
  392:13
  408:17
  409:11
  411:19  423:1
  428:5  433:22
  444:10
  462:10,18
```

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 180

Case 2:10-md-02179-CJB-DPC   Document 3156-6   Filed 07/06/11   Page 183 of 194

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010                                           Reported By:
JOHN JOSEPH GISCLAIR VOL. II          March 15, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

8

463:20,24
494:12 498:1
499:18
501:23
504:12 515:3
517:3 523:14
557:1,24
558:4 559:23
host
473:18 474:6
475:6,9
hosted
479:22
hosting
474:15
hour
366:15 530:22
530:24
hours
395:18 409:11
410:7 411:18
442:5,15
446:22 464:5
472:23
483:14
486:22 518:8
539:15
house
438:20
houston
361:11,15,17
361:22
412:18 471:5
476:11
477:17
482:13
484:23
hugh
361:10
hundred
418:20
hundreds
558:9

I

id
505:2
idea
423:9 499:23
511:1
identification
378:7 455:13
511:7
identified
453:16 454:12
identify
377:17 401:21
441:20 446:1
458:25
472:13
identifying
370:14
illinois
361:4
im
366:13 367:19
381:7 382:4
383:18 384:3
387:23
388:10,14
391:14
392:14,18
399:1 403:21
406:5 409:15
411:17
419:19 420:8
420:21
427:17
428:10 431:6
431:25 434:8
436:7 439:8
443:11

444:24
445:15 448:7
448:25 455:6
458:12,13
459:9 461:13
462:14
468:12,15
474:5 477:18
478:2 486:7
487:21
492:21
493:23
495:20 498:7
498:17,23
500:21 501:8
504:1 507:3
507:11 509:2
510:20
511:23 514:3
514:8 517:11
523:12,24
531:4 532:23
538:1 541:21
541:22 544:1
544:21
545:15
548:23
549:15
550:20 552:7
552:23 553:2
553:17 554:1
554:25
556:10,19
557:18 559:2
immediate
367:6 395:7
537:5
immediately
429:2 472:9
impact
418:11
impede
461:10
implementation
435:23
important
385:23 392:22
411:21
540:19,22
impossible
441:13
inactive
399:25
inch
550:18
incident
450:9,17,20
451:10,20
494:13,16
495:7 518:12
539:16
include
480:3
included
382:2 384:14
423:25 424:3
463:12
includes
500:24 516:10
including
390:24 551:10
555:4,7
556:15
inclusions
423:14
incompetent
444:5
incorporated
478:1
increase
381:24 396:11
397:1,9
404:18

427:14
537:17 540:4
540:25 541:8
541:12,20,24
increased
542:4
increases
540:8
incredulous
429:18
incumbent
393:18
indemnity
500:15,24
501:3,6,10
independent
441:1 480:1
independently
382:12
index
363:3,15
indicate
521:6 522:11
563:18
indicated
522:14
indicating
440:11
indication
401:25 520:18
534:22
indicator
398:13 399:12
401:18
402:19
405:13
417:15 534:6
534:13
535:17,18
indicators
398:6 401:10
401:12 404:2
405:22
410:23 413:6
413:11 446:2
515:24 516:2
518:22 519:2
519:5 535:21
540:5,21
indirectly
367:11
individual
382:15 483:6
individuals
377:5 380:5
414:3 451:12
451:15
454:14 459:1
506:21
industry
432:24 433:21
448:4
influence
425:17,18
534:18
inform
394:25 521:7
information
370:7 371:5,7
372:11
375:24
377:15
379:24
393:10 402:9
402:10
414:16,18
415:14,25
416:8,10,18
417:5 436:20
441:16
451:25 452:1
452:6,7
453:2,17

455:3 458:3
458:9 469:8
540:13 555:3
557:22 558:2
informed
408:6 498:10
498:24 499:8
informing
408:22
infrastructure
470:23
inhibit
427:20,23
428:6
inhibited
411:12 526:22
535:10
inhouse
484:11 486:18
input
377:18 379:1
inquiries
453:7,10 460:3
inquiry
453:18 457:6
ins
478:2
insights
363:22
insite
364:2 385:3
412:14,14,16
412:17,17,19
412:20,21,22
412:24 413:2
413:7,10,13
413:16,23
414:4,5
415:21
416:21 417:3
417:4 421:24
422:1,3,11
422:18,24,25
423:24 424:8
437:20
438:11,17,21
439:12,25
440:12,16
442:10
451:24 452:7
452:11,23
456:18,24
460:13
463:10
465:25 467:2
467:7,22
468:2,19,25
468:25
469:10,13
470:6,8,19
471:15
473:12,19,19
474:1,6,19
475:6,9,20
476:5,18
477:7 478:15
478:15
479:22 480:1
480:15
481:21,23,25
482:8 483:14
483:23
484:13
485:21
486:18
487:20,23
491:18
507:23,24
508:2,3,9,10
508:11,13,13
508:14,20,22
508:23 509:2
509:3,13,25

510:18
514:21 539:1
544:23 546:7
549:4,9
550:6,7
555:7,21
556:17
559:21,22,25
560:1,10,11
560:12
insites
368:8
inspection
524:14 525:22
installed
507:6 555:5
556:15
instance
398:6 414:6
440:24
445:18
505:10
559:13
instances
480:10
institute
448:12
intended
452:19 524:2
intention
424:8 445:17
452:18
intentions
524:7
interact
484:17
interaction
486:12
interest
404:23 415:16
interested
413:16 415:10
441:8 564:15
interface
412:25 414:15
468:20
interfere
424:20 425:1,9
426:11 428:9
434:17
interfering
423:10 430:19
432:1 434:24
447:20
interfering
435:15 447:13
internal
371:17 372:10
374:4 375:23
377:1 380:24
international
361:18 448:10
internet
510:2
interpret
399:17 406:3
469:9,13
interpretation
374:23 395:23
425:18,23
441:12,17
442:2,17
468:7
interpretat...
371:12 411:4
441:22
interpreted
424:7
interpreting
373:9 468:1
interrupting
546:14

intervals
470:10,14
interview
451:4
interviewed
369:17 375:10
450:24
introduce
377:25
investigate
394:23
investigation
363:22 364:12
364:14 420:2
420:9
investigations
450:8,23 453:1
involved
371:12 415:9
465:5
involvement
376:2 377:21
451:19
467:25
irrelevant
559:1
isnt
395:19 403:11
405:2 406:3
406:10 415:9
495:19
513:13,23
515:20
516:13 530:7
545:22
547:17
israel
362:14
issue
408:24 471:7
item
504:22
items
552:2,11,15,20
ive
366:22 425:4,7
433:23,23
444:10 445:3
448:19
479:23,24
489:14 500:4
526:17
530:22

J

jaime
459:9
james
372:9 376:24
janika
362:4 450:6
jefferson
360:6 362:23
jimmie
487:18
jimmy
466:1,6,11,25
487:16
jimmys
466:1 467:4
job
370:12 380:12
380:12 386:5
389:10
393:25
394:22
419:21
446:11,14,15
461:3 467:3
467:20
470:24 471:4
480:16,17

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 181

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR VOL. II          March 15, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

Reported By:

9

511:10
515:16,23
516:1,13,18
517:6,8,12
517:14,16
530:12
**jobs**
477:12 485:1
**joe**
442:25 446:10
446:20 527:8
**john**
359:18 366:7
563:14
**joint**
364:10
**jones**
362:18,22
**joseph**
359:18 366:7
381:3 563:14
**josé**
466:6 467:18
468:18,18
476:6,9
**josés**
466:2 467:21
**jp**
491:23
**jr**
362:13,14,23
**judge**
359:5,6
**juncture**
411:23
**justice**
360:11,18
378:16

**K**

**kanner**
360:22
**karen**
359:19
**keegan**
361:6
**keep**
386:17,24
388:16 517:7
**keeping**
388:11
**keith**
369:13 380:4
381:3 399:11
399:19 401:5
402:23 403:5
403:22 404:1
406:24
407:18,24,25
408:5 442:25
446:10,20
447:1 503:10
517:12
518:22
521:14 523:2
523:8,10
524:10,22
525:4,8,10
525:22 526:7
536:21
538:15
539:13,24
540:17
543:25
546:15 549:2
549:7 557:2
557:13
**keiths**
381:7,9 447:8
516:1,19
528:21
545:17

**kelly**
369:15,23,25
370:1,10
**key**
545:21
**kick**
398:13,17
401:10,12,18
401:21,23,25
404:2 405:13
405:22
407:23 413:5
413:11 442:8
515:15,24
516:2,10
518:21 519:2
520:19 534:6
534:13,23
535:7,16
540:5
**kicks**
424:17
**kill**
398:21,25
**kind**
371:5 380:17
398:2 424:21
443:2 448:14
545:21
**kirkland**
361:2,6
**kliegman**
362:9
**knew**
429:25 524:22
533:3,17
**know**
369:12 373:19
380:13 381:8
381:9 384:13
384:15,18
385:13
387:11,13
388:17 390:4
390:13,17,20
390:21
392:19
396:25 398:1
399:2,6,11
399:15
400:20 403:8
403:24 405:8
407:5,10,14
408:16,18
410:13 411:8
412:1,9
415:16
420:11 421:1
421:8,9,9,23
422:12,23
423:2,5,22
423:24
424:23 425:2
426:19
428:25
431:14
432:17,19
433:25 435:4
436:5,13
437:5,22
440:18
442:14,20
443:22 448:2
448:17 449:2
451:3 452:1
452:5,20
453:22 459:5
463:14
466:12 474:2
474:3 483:24
488:5 490:22
490:25 491:8
498:3 501:3

501:9,10,17
501:20
502:15
505:11
509:19 514:5
514:10,13,16
514:24
517:14,17,22
517:22 518:7
518:10,13
519:8 523:3
524:9 528:7
528:13 529:8
529:9,15,20
531:12,17
532:18,21
533:3,7,13
533:17,21,22
534:22
538:10
539:11,13,20
539:21 547:4
547:5,9,14
547:24 548:1
548:6,7,11
548:19
549:17
550:21,25
551:15
554:12,20,22
556:1,2
557:8,9,14
560:13,17
561:1
**knowing**
395:10 440:13
501:16
**knowledge**
370:3 373:5
374:12,17,22
399:9,12
400:14,19
405:7,21
406:24
443:18
446:20 447:5
451:18
469:24
477:24
478:19 481:8
481:25 482:6
483:16
485:11
514:22
529:14
554:15 556:9
**knowledgeable**
556:5
**known**
444:10 533:1
**knows**
394:1 395:7
**kuchler**
362:3,4
**kyoko**
491:2,3

**L**

**label**
398:16 426:18
**labeled**
382:8
**labelling**
398:23
**lack**
532:11 540:20
**lafayette**
359:19 360:6
362:24 367:8
479:25,25
480:7,13,21
481:1
**landmark**

483:3
**laptop**
509:24
**large**
360:5 363:9
437:25 473:9
473:10 476:2
477:4 484:2
484:14 485:9
485:19 487:3
**larger**
481:11
**lasalle**
361:3
**lasted**
447:6
**law**
360:14
**lawyer**
473:17 493:17
511:4 513:2
**lawyers**
493:3,10,13
**lcn**
417:22
**leader**
389:20 469:20
533:7,13
**leaders**
390:10 513:13
513:16
514:14 524:1
526:11
**leading**
442:5,15
446:22
**leaves**
412:5
**leaving**
479:24
**lecture**
385:15,15,20
**left**
370:1 468:7
530:22
535:22
**legal**
371:17 372:10
373:1 375:23
377:1 495:21
**leopold**
360:13 363:6
366:11,13,25
369:1,11
371:19 372:2
372:12,24
373:21 374:6
374:24
375:11,17
376:4,18
377:8,24
378:8 379:19
381:11
382:25
383:22 384:7
386:13
387:17 390:3
391:24
392:20
394:11,20
395:9 400:22
401:8 402:21
403:7 404:14
405:11,24
406:15,23
407:6 408:8
409:9,17
410:9 411:5
413:21
414:17 416:6
419:5
**level**
381:10,23

382:10,11,16
383:13
385:12 430:3
**levels**
380:23 381:18
381:23 382:2
382:7 534:15
**lewis**
361:10
**liaison**
467:17
**life**
359:21 515:12
549:5
**light**
423:1,7
**lighter**
418:5
**liking**
467:8
**limit**
467:10
**limited**
402:8 555:7
**line**
367:7 368:4
396:5 398:21
398:25 407:9
418:21,23
429:8 433:4
511:18 512:1
527:9 528:10
528:11 544:7
**linear**
419:1
**lines**
442:21 521:21
**list**
385:11 424:25
424:25
425:11 426:2
427:1 429:4
457:23
468:19
509:21
546:17 558:5
560:11,14,22
561:1,2,4
**listed**
454:9 459:1
499:2 514:19
532:24
552:20
553:13
**listening**
530:25
**listing**
456:23
**litigation**
376:3 560:16
**little**
380:8 393:9
406:14 418:2
471:21 505:7
505:9 524:19
556:21
558:22
**llc**
360:22 361:12
361:20 362:7
362:11
**llp**
361:2,6,14
362:18,22
**load**
546:22
**located**
469:18 480:8
530:5,6
551:16
**location**
412:5 431:23

432:14
470:25
474:16,16
481:2 507:5
507:8 528:1
528:14,19
529:1,17,19
530:4,6,10
530:13
532:19 533:2
533:14 534:1
534:2 535:1
535:4,11
555:20
556:14
557:14
**locations**
435:1 507:12
514:9 555:8
559:24
**log**
364:3 368:20
370:9 373:2
374:22
386:24
387:12,21
413:9 414:15
442:6 437:16
433:18
440:25 441:4
441:10,19
452:12 455:1
456:18 457:2
457:8,10,14
457:15 458:1
458:17,18,22
505:20 506:8
506:9 509:25
560:9
**logbook**
371:11 377:10
380:4 387:24
388:12,16
393:11
439:23 440:7
**logged**
452:13,21,23
454:4,12,14
454:19
457:19,25
459:2
**logger**
370:10 393:13
**logging**
514:4
**logical**
423:20 424:2
435:13,20
**login**
452:19 453:2
453:17
457:18
490:13,18
**logins**
456:24 457:23
**logistics**
465:5
**logoff**
452:20
**logouts**
456:24 457:24
**logs**
386:17 438:8
441:9,17
482:8 506:16
506:17
509:13
560:12
**long**
387:16 416:21
416:22
419:22
425:11 426:2

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 182

447:6 546:17
longer
479:6
longman
362:23
look
395:16,21,25
397:21
415:21
421:24
422:17 423:6
424:22 430:2
435:13,14
436:2 440:10
453:22 457:9
458:21 471:7
508:14,17,17
510:20
515:24
521:12 554:9
looked
420:12 525:22
526:25
527:21
looking
371:13 399:19
399:22
400:23 401:4
401:6,13
402:16,17,18
402:19
419:24 422:9
437:20 438:4
438:19
440:13,17,24
441:5,11
442:10
445:21 446:4
472:2,10
482:18
505:24
513:18
548:16 551:6
552:12
lose
520:11
loss
398:8 418:9
losses
427:21,25
lost
480:23 520:13
lot
393:12 408:13
414:24 422:2
425:7 427:9
441:7,16
488:22
517:22
540:13
louisiana
359:2,19,22
360:6,10,24
360:25
361:11 362:5
362:20,24
365:22
419:19 564:3
low
418:25
lowresolution
550:13

M

machines
480:18 481:20
macondo
364:4 370:22
370:25 371:1
439:19 452:2
464:15
465:16 466:5

466:25
467:11 469:5
471:2,8
493:23
509:23
538:12 549:5
553:5,22
mag
359:6
main
360:9 400:9
488:1 546:18
558:10
maintain
392:23
maintenance
412:4 557:11
major
428:8
majority
482:7 508:10
majors
474:4
maker
464:14
man
389:20 390:6
390:19,21
391:4,17,23
391:25 393:3
409:1,22
410:13 411:7
411:13 461:4
manage
477:12
management
364:11
manager
367:7 368:4
managers
371:20 383:6
manages
367:21
managing
367:10
manner
427:4 428:5
432:7 444:12
mans
513:25
manufacturer
505:14
march
359:23 366:3
mark
378:4 455:5,10
457:10,17
459:18
marked
378:6 452:11
453:24
455:12
456:16
458:18
489:15 511:6
marr
368:13,14
material
417:11,22
materials
417:13,21
418:10
448:14
matt
366:13 487:14
matter
388:14 401:14
417:15
435:11 441:2
471:3 564:15
matters
464:15

matthew
360:13 361:3
362:9
mbi
454:24 495:1
mc
364:3
mccutchen
362:8
mckinney
361:16
mdl
359:3
mean
388:20 396:22
414:20 425:6
432:4 436:20
538:5 541:11
542:3,5
547:10
meaning
425:21
means
414:5 515:9
539:4 544:5
547:15
meant
495:22
measure
383:23 434:1
435:2
measured
434:4 443:13
measurements
422:25 444:9
measures
384:5
measuring
418:15
medium
509:1 545:8
meeting
389:19,22
meetings
389:6 390:18
390:21,22,23
493:1 523:16
member
368:15
members
386:15 429:24
memorized
561:8
mention
429:15 451:13
451:16
mentioned
367:1 368:25
370:17 375:1
376:5 414:25
420:23
422:12,14
427:1 428:2
473:15
475:18
483:12
487:16
mere
429:15
met
377:1
meter
407:16 417:9
417:10 535:5
meters
543:7
method
537:3 564:9
mexico
359:5 368:4
370:25 474:5
478:20,23

mi
361:12
michael
360:9
microscope
446:6
minute
418:20 430:21
minutes
471:16,20
472:13
mission
449:3
misunderstood
550:20
mixing
532:23
modeling
484:12
modifications
422:2 423:7
modified
423:2
modify
423:3
moeco
362:7,11
450:20
451:16,22
452:3 454:11
462:4 465:12
468:14,16,18
468:21,24
469:3 490:24
491:10,24
514:19
moment
536:12
moments
537:9 539:15
monitor
400:15 406:9
423:11
427:21,24
428:7 429:11
430:25
431:11 433:8
433:15,16,19
444:19
445:11,24
446:4 483:23
483:24 485:1
514:23
515:23 516:1
516:9,17
518:2 519:2
519:9 520:1
520:5,9,12
533:20 534:3
547:11
549:25
monitored
392:2 427:6,19
483:14
486:22
510:10
511:20 512:5
513:5 514:6
519:3 534:14
534:16
monitoring
379:3,15,15
393:23
400:24
402:16,25
403:24
406:13
413:22
424:15,21
425:2,10
426:11

430:20 431:8
432:9 434:18
435:16
436:12 437:2
437:5 441:8
442:7,9
444:16 445:8
445:22
446:12,15,16
446:21
447:13 448:5
448:16
463:22 464:8
472:5 481:13
482:15,21
483:25
484:12
485:14,21
501:22 502:4
512:21
514:25 515:9
515:12
516:10 517:9
517:15
518:12,18
521:20
549:19,21
551:13
558:12
monitors
392:12,12
507:9 550:9
550:22 551:9
551:18,20,21
months
538:8
monty
369:15 370:19
370:21
moran
377:2
morgan
361:10
morning
366:13 370:2
450:5 523:15
motion
429:22
mounted
528:9 551:22
move
412:13 418:7
432:12 549:6
moved
370:24 433:13
moving
433:17
mud
370:10 393:13
396:7,7,8,9
425:5 427:1
427:4,8,9,9
427:12,12,15
427:15 428:1
428:20,20
440:25
505:20 506:8
506:9,16,17
524:17,25
546:22
mudlogger
370:21 380:9
380:18
381:23
382:11 384:9
385:12,24
391:17 392:3
392:22 393:1
393:18 394:1
394:12,25
395:4 399:6
399:8 400:3
401:12 402:6

402:8,15
404:22
405:25 406:6
408:11,22,25
409:19,21
410:11
411:10
425:24 426:1
432:10,12
438:18
445:19
446:10 460:8
460:10,18
461:4 464:8
516:23 522:4
527:17
535:10
537:25
543:13,14
549:23 559:4
mudloggers
367:10 380:11
380:21
381:14
383:12 386:5
386:18,19,23
387:1,21
388:2,15,18
389:13 390:9
390:15,18
391:8 392:7
392:11
394:22
403:17
410:18
427:20,24
428:6,15
429:11
436:11 439:9
439:20
447:24
460:10,16,16
460:25 461:1
461:2,3,8,11
461:14 462:9
462:17 463:4
463:18,19,24
464:3 472:4
482:16,22
484:18 485:2
502:20
503:13,25
504:7 514:11
515:16,19,22
517:23
521:18,25
523:12,14,25
538:2 549:19
557:23 558:3
mudlogging
367:7,11,13,16
367:19
373:23 374:9
374:13,23
380:15
381:20
384:11 385:4
387:15
389:21 390:5
403:9 432:13
432:13
433:24 448:1
461:10
463:11,17
485:6
486:18 502:2
502:3 503:2
503:20
521:22
556:25
557:17
mwd
368:3,3,17
382:8 440:25

601 Poydras Street, Suite 1720     GAUDET KAISER, L.L.C.     Telephone: (504) 525-9100
New Orleans, LA 70130-6009     Board-Certified Court Reporters     Facsimile: (504) 525-9109

Exhibit K
Page 183

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010          Reported By:
JOHN JOSEPH GISCLAIR VOL. II          March 15, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

11

```
482:17,23          nine              409:13,24          502:11             422:5 426:5         415:18
485:1,3            381:17            410:3,15,20        obscure            427:7 428:24        425:17
486:19 504:8       norm              413:20,25          393:22 406:2       429:13              427:13 429:6
504:10             404:12            416:3 420:6        obscured           431:24 433:3        439:18
556:25             normal            420:15 421:6       398:7,8 401:14     433:14 434:2        441:24
                   390:11,18,20      421:13             405:14             434:6,16            447:13
                   391:18            423:14 431:3       423:22 433:1       435:6,25            448:19
        N          425:16,16         434:11,21          433:2              440:3 445:6         461:10
nail               427:13            435:18             obscuring          448:21 454:1        463:25 465:4
479:15             441:24 461:7      436:18             408:23 409:20      455:9 456:16        465:5 480:2
name               517:24 518:1      437:12             observation        457:7 460:7         494:5,6
370:17 425:12      normally          439:15             439:2              463:18              502:22,23,25
450:6 459:10       441:24            440:21 443:5       obvious            467:13 469:2        503:21 504:2
459:12 466:1       north             444:7,22           428:13,14,18       471:24              504:3,6,12
473:24             361:3             445:13             obviously          487:23              517:24
487:14,17          note              446:24             422:14 424:15      489:23              532:20
490:15             530:21            447:15             428:25             491:14              538:12
546:18             notebook          450:13 451:1       occasion           493:19              559:10
554:23             489:1 491:13      453:5 454:6        521:12             495:14             operator
names              notice            458:6 460:22       occasions          497:20             434:5 462:21
366:21 368:25      453:16 457:1      461:17,19          540:8              498:21              478:20,22
490:13             noticed           462:12 463:6       occur              504:23             479:19 481:5
national           429:2 457:7       464:17,25          458:22             511:11,18          500:2 516:22
378:15 494:20      519:17,22         465:18             occurred           512:1 524:15       517:1
494:23 497:4       523:3             466:22 468:4       459:25 470:16      528:2 531:12      operators
497:5              notify            469:15 470:3       472:22             544:1,3            387:25
natural            408:10,25         471:10             occurrence         548:11            opinion
360:12             409:22            475:24             518:11             550:15             434:7,13
naturally          411:13            476:24             occurring          552:25 553:1       447:10
497:15             520:23            483:19 484:7       436:14             554:4 555:2       order
nature            notifying          484:20             ocean              556:12             437:23 445:24
441:25 470:12      409:19            485:18             364:11             557:20             446:9 471:14
503:1 505:20      nuances            490:11             oclock             558:18             505:7 508:14
506:7 546:23       383:19 495:21     498:15 499:5       447:3              559:17,19         ordered
nearly            number             499:20             offered            560:20             526:11
396:5              370:5 379:8,16    500:19             444:14 454:23     ominous            organization
necessarily        379:16            501:14,25          454:25             442:8              448:11
385:10 410:8       392:18 411:2      502:13             office             once              orleans
410:17 530:3       449:10            503:17 506:2       360:19 392:7       472:14 511:10      359:22 360:24
necessary          466:14            506:14 509:8       412:18             541:25 561:1       362:5,20
441:21 559:14      479:15            509:10             438:20            ones               482:11
need               481:21,23         510:12             460:14 474:2       377:21 428:19      497:19
389:22 412:4       482:5 489:19      512:17 513:8       475:15            ongoing            ortiz
415:14,14          489:24            516:6 517:20       476:11             380:10             459:6,23
441:25             503:12            519:20 521:2       477:16 479:4      onshore            474:21 475:8
446:12 485:5       504:11            522:2 523:19       480:14             437:21 438:4       475:13,14
497:8 506:24       510:24            524:4 527:4        507:19 508:8       440:12,17          476:6,15
506:24             553:11            528:16             509:5,20           442:11             477:6,9,16
529:24 554:4       559:18            530:16             513:13,16,25       474:10 486:3       478:7 479:21
555:21            numbered           531:15 532:1       514:11,14          507:19,21         outcome
561:12             552:2,11,15       533:10             543:15             509:5 514:17       564:15
needed            numbers            538:19,23          551:18             559:23            outlining
372:11 393:10      378:24 560:18     539:18 541:6       offices           open               502:16
404:10 466:4      numerous           542:8 544:17       477:3 486:4        455:7 458:14      outs
466:8              397:14 412:3      544:19             488:4              458:15 488:9       478:3
needs              485:24            545:25 546:2       officiated         opened            outside
385:24 395:6                         547:19 548:4       365:23             452:22 457:19      387:25 388:25
469:9                                552:5,18          offshore           operates           404:11
negative                  O          553:24             362:7,11          476:7 483:16       445:24 447:8
411:24            oath                555:24             437:17            operating          461:6 475:6
networking         365:23 495:10     560:24             439:12 475:3       387:3 388:25       493:5 505:13
470:23             495:13,23        objected           offtherecord       389:1 390:23      overall
never             object             532:6              366:23 456:10      440:5,6            465:3,3 560:2
433:23,23          371:15,24        objection          473:4 487:8        476:5             overboard
500:1              372:6,23          368:23 369:8       489:8 492:14      operation          407:21 425:6
new                373:13,15         389:15 405:4       561:25             373:6 465:8        428:2,6
359:22 360:24      374:2,20          409:5 426:15      oh                  518:1              430:24,25
362:5,10,10        375:7,16,21       486:25             426:4 488:14      operational        431:6,12,19
362:20 371:2       376:13 377:7      496:10,16          553:14             486:9              432:8,16
371:3 385:4        377:12            515:5 516:15      oil                operations          519:13
482:11             379:11 381:5      526:15 531:7       359:3,4 376:17     371:3,8 374:23     522:24 526:2
484:23             382:20            531:19,22          389:20             375:25             528:4 533:18
nic                383:15 384:1      532:15 553:9       okay               387:15             533:18,24
444:1              386:10 387:9      555:12 559:9       369:16 385:21      403:19 405:8       534:5 535:10
nicolinni          391:20           objections          388:17            408:20 409:8       536:9,10,12
384:12 443:23      392:16 393:6      365:12             392:21             409:10,19          537:10 543:8
443:25 444:2       394:5,17         obligated          397:21             410:7 411:16      overseas
nigeria            395:12 400:17     394:14             398:19             411:18,23,25      370:24
471:4              401:2 402:13     obligation         402:22 404:1       412:4,10          oversight
night              403:2 404:7       520:22             407:22             413:18 414:7       382:13
403:6 517:7        405:17,19        obligations         408:21             414:12,23        overwhelming
518:17             406:20 407:3      498:12,18          411:17 413:5       415:1,3,10        429:5
559:11,15          408:3 409:3       499:16                                                  owns
                                     500:22
```

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 184

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR VOL. II          March 15, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR          Reported By:

12

```
    477:23

         P

pa
  408:15,19
package
  483:8
paddle
  418:1,2,5,7,11
page
  363:5,18 379:8
  489:21,25
  490:6 491:2
  491:16,17,22
  510:21
  511:18,23,25
  544:6
pages
  378:23 488:22
paid
  424:12 449:5
palmintier
  360:8,9
pan
  359:20
paper
  449:10
paperwork
  480:16
parallels
  477:1
parameter
  392:1 400:15
  400:24
  559:14
parameters
  405:13 441:15
  486:9,11
  515:10
  558:11
pardon
  532:4
park
  362:9
parker
  459:4
part
  365:16 384:14
  384:20 385:1
  385:23 386:5
  386:23 387:2
  387:15
  388:24 389:9
  394:21
  406:11
  423:11,19
  424:7,12
  437:25
  443:11 457:5
  484:23 486:8
  494:11 501:14
  506:5 515:15
  515:18,19,25
  516:9 528:24
  547:5
partial
  395:11
partially
  410:22
participation
  422:3
particular
  396:5 461:8
parties
  365:3 564:14
partner
  466:5,8
partners
  475:6 514:20
pass
  383:12,21
  414:14 487:5

passed
  407:20 455:25
passes
  545:11
passing
  414:13 418:6
  545:13
path
  474:20 475:12
  477:5 479:17
paths
  474:22 479:23
  480:3
patrice
  361:15
pay
  381:24 415:24
  449:11
  462:20
paycheck
  449:4,5,9
pays
  449:4
pdc
  384:11
pennsylvania
  360:14
people
  366:20 367:22
  374:25 375:9
  375:19
  436:11 441:7
  450:24 451:6
  451:8 452:12
  452:21
  485:24 503:8
  508:1,3
  514:1 557:14
percentage
  426:6,9
perfectly
  515:1 537:8
perform
  374:14 382:12
  387:5 393:15
  412:11
performance
  442:24 443:2,8
  443:8
performed
  389:4 412:8
  448:6 541:10
  541:11
performing
  403:5 485:14
period
  519:18,23
  520:2 535:8
  536:17,20
  538:21
periods
  370:13 464:7
person
  368:16 369:14
  369:17 414:3
  420:12
  429:17
  436:21 437:4
  465:25 466:9
  469:9 476:16
  487:24 491:6
  491:9 520:23
  552:24 553:6
  554:9,15,17
  556:2,6
personal
  436:15 437:8
  465:11
  529:13
personnel
  380:23 386:20

386:21
  387:19 391:5
  431:21,22
  436:16
  443:12,13
  447:11,20
  448:1 454:17
  454:19,22
  460:12
  462:20,22
  463:10 464:1
  469:17
  482:17 483:3
  494:6 503:4
  509:20,22
  557:1
persons
  490:18 556:13
  559:20,24
perspective
  425:25 428:15
pertain
  448:24
pertinent
  515:11
petroleum
  362:6,11
  448:12,12
  450:11
petrophysic...
  414:11 416:14
  483:4
phoeun
  459:4
phone
  493:2
physical
  470:24 507:6
  555:4 556:14
pick
  413:12 530:12
picked
  528:19 530:7
picture
  386:2,6 395:12
  398:15
  402:17
  406:17
  419:24
  422:21
  424:23 560:3
piece
  398:15,16
  399:17,20,22
  401:20
  402:18
  412:23 413:1
  449:10
pieces
  401:21,24
  540:15 558:9
pipe
  396:2,4,12,15
  396:18 397:4
  397:9,23,24
  398:3,14,21
  398:23,24
  399:23,24,25
  400:1,2,3,5
  400:6,7,8,9
  401:25 402:3
  404:4,10,16
  404:18,19,21
  405:23
  413:11
  417:12
  418:16 519:6
  520:2 535:23
  540:25 541:8
  541:19,24
  542:4
pit
  398:8 427:5,6

427:17,17,18
  427:21
  428:21,22,22
  433:11,13,15
  433:17 519:7
  534:12,15,15
  534:16 535:2
  546:19
pits
  427:19,23
  433:8,11
pittopit
  433:4,8,19
place
  380:14,21
  403:9,10
  406:2,8,18
  408:12,23
  412:5 431:15
  431:18 432:6
  432:18
  521:15
  529:23
placed
  381:20 431:11
  435:1 528:3
  529:4,9,12
placement
  370:16 371:8
  431:20
  434:19
  435:12
  439:22
placements
  432:20,21,23
  432:25
  549:16
  556:22 557:8
places
  514:5
placing
  557:15
plaintiffs
  360:3
plan
  389:9 448:22
planning
  483:2,3,10
  484:13
played
  384:20 442:4
plays
  424:15
please
  366:5 452:16
  488:10
  563:18
plot
  400:21 508:18
  508:19
plots
  389:24
plug
  412:2
plumb
  398:25
plumbed
  399:9,12,15
pm
  364:13
point
  412:7 414:7
  415:15
  429:14
  440:15,16,17
  447:2 470:17
  470:18
  471:24
  476:15 525:7
  525:20
  526:20
pointed

527:9
pointing
  513:1
points
  419:4 507:9
  525:23
poitevent
  362:18,22
pole
  453:12
policies
  442:22 474:24
policy
  360:14 443:3
polk
  362:3,4 363:8
  450:4,6,16
  451:7 453:8
  453:20
  454:10
  455:14 456:2
  456:15
  458:11
  461:23
  462:15
  463:13
  464:21 465:9
  465:21 467:9
  468:8 469:19
  470:4 471:13
  472:25
poor
  393:2 394:12
popoff
  522:25
populate
  508:19
portion
  385:4 476:10
  550:25
portions
  378:20
position
  367:22 469:12
possibilities
  424:17
possible
  397:12 418:13
  423:23
  438:14 440:2
  447:19
  463:21 548:7
possibly
  430:17,18
post
  360:19 506:9
pot
  430:2,4,8
pote
  360:23 363:7
  419:18,19
  420:10,16
  421:7,17
  423:17
  426:24 431:9
  434:15
  435:24
  436:23
  437:13
  443:17
  444:13,25
  446:7 447:4
  447:16
  449:17
potential
  398:12 424:17
  435:13 442:8
  442:13
potentially
  425:13,17,22
  434:17
  481:24

pounds
  396:19
poydras
  359:21 362:5
practical
  435:21,22
practicality
  436:1
preceding
  539:16
predecessor
  460:1
preliminary
  363:22
prepared
  453:18
present
  377:4 387:24
  424:13
presentable
  467:23
presentation
  378:13
presented
  375:18 438:9
  441:4 470:9
president
  372:8 376:24
  377:2,16
pressure
  396:2,4,12,16
  396:18 397:5
  397:9,23,25
  398:3,14,20
  398:23,25
  399:23,25
  400:4,7,10
  401:25 402:3
  404:4,10,16
  404:19,20,21
  405:23
  413:12 519:7
  537:17 540:4
  540:8,25
  541:9,12,19
  541:24 542:4
pressures
  535:23 558:13
presumably
  415:12
presumed
  411:24
pretty
  390:7 460:4
  484:9 542:25
previous
  430:15
previously
  388:2 410:11
  437:19
  444:15
primary
  401:12 402:23
  404:2 412:17
  482:22
  516:12,18,20
  516:23 519:5
printed
  472:1
prior
  370:4,25
  378:23 389:9
  408:6 433:6
  440:4,10
  443:9 445:4
  447:2 451:20
  538:8
probably
  461:25 479:14
problem
  430:24 431:6,7
  432:1,9,11
```

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010          Reported By:
JOHN JOSEPH GISCLAIR VOL. II          March 15, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

13

435:15
444:17 445:9
447:20
525:11
**problems**
447:12,22
**procedure**
365:6 387:3
440:5,6
**procedures**
388:25 389:1
**proceeding**
493:16
**proceedings**
493:21,21
495:1,2
**process**
373:20 376:3
380:20,25
381:3,12,13
381:17 382:3
383:17 384:4
384:19 385:7
385:10,14
420:24
443:11 484:4
498:8 506:17
507:3
**processes**
380:13 498:9
**produce**
424:6 555:6
556:16
**produced**
560:15,18
**product**
367:7 368:3
**production**
483:11
**professional**
444:11
**profibus**
545:8,14
546:21
**program**
384:10 422:3
423:23 424:8
481:25 492:5
492:7 507:23
507:24
508:13
**project**
371:22 372:4
372:21
373:25
374:10 375:2
437:3 467:11
479:18 553:5
**projects**
388:18,20
478:19 484:1
**prominently**
391:6
**prompted**
407:12,17,25
**proper**
379:15 441:11
442:1,17
521:20
552:24 553:6
**properly**
446:11
**prospect**
553:5,22
**prove**
384:5
**provide**
371:6 372:10
401:5 414:22
463:21
478:14 499:9
**provided**

375:12,24
466:7 502:3
515:3
**provider**
539:9
**provides**
414:5,21 458:8
**providing**
458:3 466:3
**provisions**
500:15,25
501:11
**psc**
473:11
**pull**
482:1 508:18
522:20
**pump**
520:5 522:24
**pumping**
400:2,5,8
526:1
**pumps**
397:6,10 398:4
429:1,1
523:1,2,7
524:25 526:5
537:13
**purpose**
442:9,10 522:8
**pursuant**
365:5
**put**
371:2 431:15
432:13,18
434:9 489:14
518:22
529:20 539:2
**putting**
423:4

_____
**Q**
_____
**qc**
506:17,20,22
507:3
**quality**
482:19
**quantify**
475:2
**question**
365:13 399:3
409:16
422:13 434:4
436:9 440:9
440:9 446:9
447:18
459:17
461:25 472:6
484:10
492:21
497:21 505:5
505:8 523:13
532:2,7,17
537:18 539:6
539:9
**questioning**
419:21 433:4
**questions**
412:15 419:7
419:23
442:20 449:1
449:19 450:7
451:9 459:15
473:12
487:15
492:11 493:9
493:11
504:16 505:2
506:25 507:3
512:23
542:21
551:23 562:7

**quick**
442:19 446:8
449:1
**quickly**
414:16 433:16
**quite**
498:21 507:21
**quitting**
561:19
**quiz**
506:25

_____
**R**
_____
**rack**
396:9
**ragged**
430:11
**raise**
404:23
**ramierez**
487:21
**ramiez**
487:18
**ramirez**
466:1 487:16
487:22 488:3
**ramp**
396:18,21,24
396:25
**ran**
483:22
**randy**
367:2,21 368:2
**range**
491:16
**rank**
381:8,9
**ranked**
381:17
**ranking**
381:13,16
**ranks**
380:22
**rate**
418:17 433:12
433:19 434:1
434:7 520:6
**rates**
546:24
**raw**
401:6 477:6
508:25 555:6
556:16
**reach**
383:13 480:13
**reached**
380:3 381:10
414:8
**reacted**
521:14
**read**
445:4 512:14
528:21,24
534:9 544:1
553:2 554:25
556:10
557:18 563:6
563:7
**readable**
401:19
**readily**
436:21
**reading**
365:9 399:7
418:25,25
425:14
429:16,19
430:10,11
519:10 529:2
529:3 536:8
553:15,17

**readings**
417:10,24
418:24
426:22
519:11
529:6
**ready**
371:2 383:9
**real**
442:18 446:8
**really**
373:17 411:20
443:12
452:17
479:13 480:1
483:7 492:8
498:21 530:7
533:8
**realm**
505:13
**realtime**
399:24 439:1
439:11 459:6
470:9 472:2
472:9,17
477:2 481:13
482:10,14,24
483:14
484:22 485:5
507:14
508:20,23
509:6 510:5
510:16
515:24 516:2
547:11,11
550:1,3,5,6
551:1 557:21
558:2
**reason**
374:10,13
404:4 405:10
444:3 461:9
463:2 510:8
523:8,10,23
525:10,13,15
553:15
**reasons**
372:20,25
373:24
376:16 416:7
**reassessing**
422:9
**reassessment**
421:2,11
423:12
**recall**
372:18 375:25
377:21
402:22
403:14
429:21
445:17
454:24 460:9
460:11 493:7
493:18 494:9
495:8 500:8
522:19 529:2
529:3,6
532:23,24
**receive**
449:10 481:20
546:4 548:8
**received**
373:10 459:21
468:18
528:18
551:24,25
**receives**
474:1,19
**receiving**
418:19 471:4
545:12
**recess**

419:13 449:24
542:14
**recognize**
459:9 491:24
**recollection**
499:7
**recommended**
528:14,25
529:1,11
**record**
366:3 419:12
419:16
449:23 450:2
453:13 456:8
456:13 473:3
473:7 487:7
487:11 489:9
489:5,7,11
492:13,17
537:9 542:17
561:24 562:3
562:10
**recreate**
368:20 370:9
373:2
**recreating**
371:11 377:10
**recreation**
380:4
**redden**
361:14
**redepose**
453:14
**reduced**
403:18
**reevaluate**
422:24
**refer**
396:20 455:4
457:7
**referred**
432:2
**referring**
374:18 380:15
411:17
432:22
458:16
493:13 495:9
508:7 538:1
544:22
**refresher**
380:14
**refuse**
537:21
**regan**
361:3 363:10
373:14
455:19
460:21
461:16
462:11 463:5
464:16,24
463:9 469:14
470:2 483:18
484:6,19
485:17
486:24
487:13,15
488:18 489:4
489:13
490:12 492:9
503:16 509:9
515:4 526:14
531:6,14,20
531:25 532:5
532:10,14
533:9 541:5
542:7 544:16
546:1
**regard**
494:16 495:7
495:25
514:25

419:13 449:24
542:14
**recognize**
459:9 491:24
**recollection**
499:7
**recommended**
528:14,25
529:1,11
**record**
366:3 419:12

534:21,22
545:17
551:23,25
552:13 556:7
557:15
**regarding**
420:13 450:15
450:17,20
458:9 460:8
468:1,25
469:4,8
473:12 485:6
493:23,25
494:7 498:1
499:15 555:3
**regardless**
394:23
**regards**
484:13
**regimen**
515:19
**regular**
390:22 488:7
**regulations**
448:4,9,15,18
448:24
**related**
425:20 564:13
**relates**
465:12
**relation**
414:12
**relationship**
373:23 374:9
392:23 393:2
393:12,17
394:2,9,13
478:3 498:13
**relative**
447:7 450:9
451:20 452:1
453:1,16
464:15
465:16
468:14 469:4
471:8
**released**
448:18
**relevant**
559:12
**relied**
555:5 556:16
**relief**
494:4
**relieve**
464:6
**relying**
387:20
**remaining**
401:17 491:1
**remarks**
376:1 377:19
438:7,10,13
438:16,23
**remember**
429:22 518:23
**remote**
501:1
**remove**
482:2
**removed**
468:23
**removing**
396:8,9
**repeat**
406:5
**rephrase**
409:15 462:14
476:3
**replication**
546:6 550:8
**report**

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 186

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010          Reported By:
JOHN JOSEPH GISCLAIR VOL. II          March 15, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

14

367:12 368:8
532:25 533:2
reported
564:8
reporter
365:22 366:5,9
489:2 532:12
564:3,20
reporters
564:1
reporting
564:9
reports
368:8 532:24
represent
492:24
representat...
502:8
representative
552:1
representing
366:14
represents
381:23
request
390:1 391:23
413:3,14
460:24
477:12
510:17
requested
455:2
requesting
461:5
requests
389:2 391:15
474:24
require
521:21
requires
422:3 521:23
reread
496:7,14,23
497:3,11
research
451:5
reserve
428:22 433:11
453:14 562:6
reserved
365:15
reservoir
416:11 483:2
reservoirs
483:5
resources
360:12
respect
422:9 428:14
436:2 442:23
respond
374:5 460:3
response
364:4 395:5,5
397:13
404:17 426:1
responses
441:20 453:9
responsibil...
388:22,24
403:22,23
499:1 502:7
516:20
517:12,15
518:10,14,17
520:23 553:3
553:20 554:6
554:17,18
responsibility
367:9 386:16
386:23,25
387:7,14

466:2 467:4
467:21
530:12
responsible
403:25 502:18
557:9,11
responsiveness
365:14
rest
445:22
restate
552:9
result
422:16 534:2
results
443:19 498:8
retooled
420:24
retooling
421:2,11
retrospective
423:6
return
418:21 528:10
returned
427:6 447:6
returning
366:2 419:16
427:18 450:2
456:13 473:7
487:11
489:11
492:17
519:11
542:17 562:3
review
375:4 380:3
443:2,8,19
443:19
reviewed
379:23 443:9
448:20
reviewing
442:23
reviews
442:23
richardson
362:3
rig
359:4 369:25
370:1,3,13
371:2,4
373:10
379:17,18
384:22,25
385:22 386:3
386:7,15,17
386:18,24
387:19,21,24
388:6,8,11
388:13 389:8
389:13,21
391:3,4
392:8,24
393:12,22
394:2,8,13
394:15,23
395:8 396:24
397:15
398:11 399:4
399:9,10
400:14
402:16
403:24 404:5
404:13,24
405:6,7
406:7,7,18
407:13,17
408:14,18,22
409:19 411:2
411:6,16,18
411:23 412:3
412:5 414:7

414:16
423:10,22
424:11,19
425:1,9,13
425:16 426:8
426:10,12
427:3 428:9
428:13,15,16
430:19
431:22 433:1
433:1,2,2
434:5,9,17
434:25 435:2
435:12,15
436:3,11,14
436:16,22,25
437:1,3,5,7
437:9,16,22
438:14,18,19
438:23,23
439:10,22,24
439:25
440:11,14,19
441:1,18,19
441:22
442:13,16
443:1,20
444:5,10,16
444:19 445:8
445:10,24
446:15,15,22
447:12,25
448:19 451:5
462:21,23
463:14,19
469:21,24,24
470:25 472:5
474:11 475:1
475:4,13
477:15 479:2
479:3,21
480:20
482:21,22
485:6 502:4
502:21 503:4
503:21
507:10 513:5
515:11,11
516:9,9,10
516:17,22,25
517:18
520:24 521:7
521:20,22,24
522:4,7,10
522:22,24
523:4 529:21
529:24
549:21,25
551:13
556:20,24
558:12
rigbyrig
435:9
rigged
431:21
rigging
557:10
right
367:3 369:22
373:11 386:3
388:4 392:24
395:19
397:19
400:25
401:15 402:4
402:25
403:11 405:2
406:4,10
408:12 415:1
416:19 417:1
419:6 424:9
424:14,17
434:8 439:7

449:11
451:10
453:14,22
455:7 460:20
461:12,24
482:11 494:8
495:24 500:6
512:2 516:18
527:25 528:1
535:4 537:19
542:6,20
545:15
546:13 549:1
551:19
552:13
554:14
rigs
432:24 433:22
503:13,22
rigup
370:6 371:8
riser
396:10 407:23
412:3 522:23
524:17
rmr
365:21 564:2
564:19
robust
412:17
role
370:20 380:9
413:17
roles
516:20
rolling
430:12
ronquillo
362:13
room
359:20 360:15
rop
559:13,13
rotary
546:22
roth
376:24 377:15
377:23
378:14
rouge
360:10
roughly
524:20
round
417:19
routinely
413:7
roy
360:5
rpr
365:21 564:2
564:19
rules
365:6
run
417:11 477:10
477:13
481:21,24
running
398:4 416:22
416:23
459:23

S

safely
429:23
salesman
554:9,15
sample
504:7
san
361:7

sand
407:11
satellite
474:11 479:1
507:16
satisfied
467:19 526:25
527:1
saved
549:3
savvy
373:5
saw
404:3,9 520:24
525:12,18,23
536:24,25
540:18,23
549:3,3
saying
403:14 431:6
445:18 446:9
460:9 527:7
538:15
545:22
548:24
says
528:25 544:25
545:18
scale
392:6
scales
471:20
scaling
391:11
schell
362:3
scheme
465:6
sciences
494:23
screen
392:10 445:21
543:18
550:14,16,21
551:1,4,5
560:7
screens
446:17 543:14
544:9,12
549:18,24
550:23 551:2
sea
425:6 429:15
429:22
seas
430:3
seawater
396:8 407:23
526:1 534:5
535:8
second
388:5,7 432:13
432:17
447:24
505:19
secondary
429:3 447:25
482:24
seconds
471:3,5
secret
361:14
section
359:4 360:14
see
396:12 397:1,8
411:1,1
413:1,3,9
414:6,8,11
415:17 423:6
430:2 438:21
438:22

441:24 446:6
448:23 454:3
454:8,11,14
454:16,18,21
457:13,15
458:23 467:1
471:14,16
472:9,10
489:23 490:2
490:4,16,20
491:3,5,17
505:3 513:18
513:20,21
520:18
525:22
527:22
534:19 540:1
541:3 542:1
542:21
544:10
547:14
549:14
550:15
552:12,24
561:13
seeing
442:12 535:11
seen
366:22 378:9
404:22 405:1
425:4,15
432:23
433:23,24
455:15
456:19 500:1
500:5
sees
395:4,5 550:10
select
473:17
selection
546:10
send
462:9
senior
370:21 382:10
sense
423:19 437:23
486:17 530:4
sensor
370:16 371:7
417:19 418:1
418:6,11,12
425:14
426:21 429:7
429:8 430:7
430:10,25
430:8,11,14
431:17,19
432:3,13,14
432:18,20,21
432:25
433:11,12
434:7,19
435:12
441:20,23
447:18
505:12
524:14 528:1
529:4,10,21
529:24
530:13,18
531:12
532:19 533:2
533:13,23
534:10 535:1
535:5,13,14
536:6 543:7
543:9,10
545:10 549:4
552:22 557:8
sensors
370:15,15

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR VOL. II        March 15, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR   Reported By:

15

| | | | | | |
|---|---|---|---|---|---|
| 429:6 430:16 | 477:2 481:8 | 400:12 | 378:23,25 | 464:20 499:9 | 478:13 |
| 433:7,18,21 | 481:16 482:9 | 433:10 | **slight** | 499:10 501:2 | 484:18 |
| 433:25 435:1 | 482:9,12 | 443:21 | 396:18,21,24 | 502:17 508:7 | 486:13 498:4 |
| 447:18 | 484:4,11,15 | 492:21,25 | **slope** | 530:9 | 499:1,3,15 |
| 533:15 535:2 | 484:16,22 | 493:7 494:14 | 396:23 | **specifically** | 499:17 500:2 |
| 544:9 545:9 | 485:11 486:4 | 494:17,18,21 | **slowly** | 372:17 373:8 | 500:12,16 |
| 546:18,19,19 | 486:10,14 | 494:24 495:3 | 397:5 | 374:17 | 501:20 |
| 546:23 555:4 | **shells** | 495:16 496:3 | **small** | 378:21 379:2 | 502:10 |
| 556:15,19 | 474:19 475:5 | 496:6,12,21 | 398:15 450:6 | 421:20 | 503:14 |
| 557:12,15,17 | 476:19 | 496:25 497:2 | 481:21,23 | 454:25 | 507:23 515:2 |
| **sent** | 483:13 | 497:6,10,23 | 482:6 | 495:22 | 528:13,25 |
| 462:9,17 510:9 | 485:20 | 497:24 498:2 | **society** | **specifications** | 529:4,11,16 |
| 511:19 512:4 | **shift** | 500:6,13,21 | 448:12,13 | 505:11 | 530:6,13 |
| 539:21,22 | 503:5 | 501:7 503:6 | **software** | **specifics** | 533:19 534:3 |
| 547:4 | **shifts** | 503:11 | 385:3 420:23 | 372:18 384:9 | 534:10 535:1 |
| **separate** | 464:4 | 504:18,25 | 421:3,16,18 | 502:4 | 535:5 537:21 |
| 385:6 477:25 | **shore** | 507:17,20 | 421:22,24 | **spell** | 543:4,10,16 |
| 551:5 | 507:15 510:9 | 509:18 510:2 | 422:10,11,18 | 487:17 | 554:6 555:6 |
| **separately** | 511:20 512:4 | 510:7 511:22 | 423:6 474:16 | **spend** | 556:16 |
| 477:25 | **short** | 512:6,9,12 | **solution** | 476:9 | **sperrysuns** |
| **series** | 473:1 | 512:20 | 435:13,14 | **spent** | 473:13 497:25 |
| 385:4 | **show** | 513:10 | **somebody** | 494:2 | 498:11 535:3 |
| **server** | 452:19,20 | 514:12 | 505:24 506:24 | **sperry** | 538:4 540:17 |
| 560:12 | 535:17 551:1 | 515:17,25 | 548:25 | 367:8,18,19 | 553:3,19 |
| **service** | 551:19 | 517:2 518:2 | **sonic** | 369:5,20 | **spike** |
| 390:24 463:11 | **showed** | 518:6,13,20 | 418:12 429:7 | 370:20 372:8 | 397:3 |
| 502:17 | 470:18 | 518:25 | **soon** | 373:9 380:24 | **spill** |
| 510:18 | **shown** | 519:15 520:4 | 460:6 | 380:25 | 359:3 376:17 |
| 533:14 | 504:16 513:4 | 520:7,10 | **sophisticated** | 382:18 383:6 | **spoke** |
| 551:25 | **shows** | 521:4,10 | 481:12 | 383:23 387:15 | 372:13 421:3 |
| 559:22 560:1 | 452:12 | 522:6 523:21 | **sorry** | 387:13,14,25 | 451:8 |
| **services** | **shushan** | 524:12,23,24 | 367:19 406:5 | 391:2 393:23 | **square** |
| 387:6 469:1 | 359:6 | 525:3,5,11 | 409:15 | 393:25 | 482:12 |
| 478:15,15 | **shut** | 525:24 526:3 | 427:17 | 395:18 | **squeeze** |
| 499:8,16 | 407:19 429:1 | 526:13,23 | 428:10 | 400:23 | 417:22 |
| 502:3,4 | 519:16 | 527:13,18,20 | 444:24 455:6 | 401:15,19 | **st** |
| 515:2 | 520:15 | 527:24 528:1 | 458:12,13 | 402:6 407:16 | 362:19 |
| **session** | 522:25 523:1 | 528:6 530:2 | 461:13 | 408:24 | **staff** |
| 364:13 | 523:5,7 | 533:5 534:8 | 462:14 486:7 | 409:20 417:8 | 483:25 484:25 |
| **set** | 524:25 | 534:24 | 487:21 | 418:12 | 485:1 |
| 388:5,7 389:23 | 536:13 | 535:14 | 493:24 | 420:18,19,25 | **staffed** |
| 443:9,15 | 537:12 | 536:19,23,25 | 498:23 509:2 | 421:10,19,21 | 484:23 485:24 |
| 447:24 460:8 | **shutting** | 537:4,6,11 | 511:23 | 421:25 422:8 | 486:8,22 |
| 460:10 | 523:3 | 537:16,20,23 | 541:21,22 | 422:15 | **stage** |
| 467:15 | **side** | 539:12 540:6 | 550:20 | 424:10 431:8 | 483:10,11 |
| 482:21 547:3 | 382:8 414:9 | 540:11,14,20 | 553:17 559:2 | 431:19,21 | **stand** |
| 564:6 | 415:9 420:22 | 542:20 | **sort** | 433:25 436:6 | 379:20 397:4 |
| **setting** | 463:16 | 543:24 545:3 | 422:5 429:17 | 436:12 | 397:24 |
| 412:2 466:19 | **signal** | 547:17 | 442:21 | 442:22 443:1 | 398:14,23,24 |
| **settings** | 417:17,19 | 549:23 | 493:15,16 | 443:3,20 | 399:23,24,25 |
| 462:5 | 545:11 | 552:14 | 560:8 | 444:4,16 | 400:1,3,6,7 |
| **settlement** | **signatures** | 555:18 561:5 | **sought** | 445:7 448:6 | 400:9 401:25 |
| 463:9 | 377:17 | 561:7,10 | 365:16 | 449:1,6,13 | 402:3 404:18 |
| **setup** | **significant** | **sit** | **sound** | 461:11,15,21 | 404:19,21 |
| 474:9 479:10 | 437:1 461:9 | 444:19 445:11 | 381:16 | 462:2 462:1 | 405:23 |
| 479:12 | **signing** | **site** | **sounds** | 462:9,17 | 413:11 |
| 485:11 | 365:9 | 389:20 390:10 | 426:7 515:14 | 463:16 | 497:19,21 |
| **seven** | **silvas** | 416:21 | **spacer** | 464:22 | 512:19 519:6 |
| 486:23 | 362:14 | 467:22 | 417:21 526:1 | 465:12,14,14 | 520:2 535:23 |
| **seventh** | **similar** | 469:20 | 534:4 535:9 | 468:24 469:1 | 540:25 541:8 |
| 491:15 | 413:9 432:14 | 485:13 | **speak** | 469:3 476:1 | 541:19,24 |
| **share** | 472:3 474:25 | 513:13,16 | 481:18 504:20 | 476:13 477:6 | 542:14 |
| 377:23 | 476:20 | 514:14 524:1 | 504:24 | 477:11,11,21 | **standard** |
| **shared** | 493:21 | 526:11 533:7 | 506:23 | 477:23,24 | 387:2 388:24 |
| 377:14 | **similarly** | 533:13,14 | 555:14 | 478:10 | 389:1 440:5 |
| **sharp** | 480:14 534:12 | **sitting** | 560:21 | 479:25 | 440:6 |
| 396:25 397:3 | **simple** | 445:20 446:3 | **speaking** | 484:24 485:2 | **standardiza...** |
| **sheen** | 389:5 413:3 | 446:16 | 438:25 558:8 | 485:2,7,8,12 | 448:11 |
| 407:20 519:14 | **simplest** | 468:22 472:8 | **specialist** | 486:3,8 | **standards** |
| 519:16 | 481:19 | 521:15 | 504:10,13 | 487:23 | 448:5 |
| 520:15 | **simply** | **six** | **specific** | 491:19 502:2 | **standby** |
| 522:21 525:1 | 457:23 472:16 | 392:11,12,19 | 382:15 388:9 | 507:13 | 520:1 535:22 |
| 525:9,25 | **simultaneously** | **sixminute** | 388:18 389:5 | 529:20,22 | **start** |
| 536:14 | 379:17 | 537:11 | 389:23 392:1 | 536:5 538:1 | 419:17 426:25 |
| 537:12 | **single** | **size** | 395:22 410:6 | 551:12 | 450:3 492:18 |
| **sheet** | 556:2 | 391:11 550:21 | 411:22 413:1 | 557:12 | 542:18 |
| 563:20 | **sir** | **skilled** | 414:8 416:24 | **sperrys** | **started** |
| **shell** | 369:3 375:3 | 381:25 | 418:21 | 370:15 394:22 | 366:19 458:23 |
| 473:22 474:4,8 | 376:11 | **skills** | 424:24 | 448:16 449:3 | 466:11 |
| 474:25 475:3 | 378:11,19 | 385:11 | 434:24,25 | 464:13 | **starting** |
| 475:8,11,16 | 380:1 385:2 | **slide** | 443:19 | **sperrysun** | 489:25 |
| 476:12,16,17 | 385:16 | 379:13 | 445:25 | 475:19 476:4 | **starts** |
| | | **slides** | 458:14 | 477:20 478:6 | 430:5 472:14 |

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:

JOHN JOSEPH GISCLAIR VOL. II        March 15, 2011        DIANE TEWIS CLARK, RPR, RMR, CRR

16

```
state                520:6            swaying              518:15 543:1        427:10              439:7 444:12
 365:22 501:11      study             430:9                548:23            terms                453:11,15
 501:17            521:12             swear                555:16            458:2 472:7          456:3 459:10
 531:21 564:3      stuff              366:6                556:23 558:9       485:13              464:12 467:3
stated              425:7 439:8      switch              tanks               495:21 502:6        472:19
 430:17            subject            442:18             407:8 429:9        test                 474:12
statement           443:1            switched            tanner             407:10 411:24        475:11 480:4
 390:8 415:20      subjective         549:13             361:10             519:14,16           480:7 484:9
 435:4 444:20      484:9             sworn               tape               520:16              487:19
 445:1,3,5        subjects            366:8 564:5        419:11,17          522:21 525:1        492:10
 497:9            442:18             syntheticbased      450:3 492:18       525:10,25           493:13
statements         subpoena           396:7              542:10,12,18       536:14              495:18,25
 497:3,18         364:4              system              target             537:13              502:23 503:7
states              substance         433:24 436:25      414:13 415:13     testified            505:12,23
 359:1 360:16      505:20 506:7       437:15             task               366:10 385:25       511:1,3
 360:21           substantive         456:25             371:11 373:7       410:10              513:22,24
 364:10            466:20             460:13             374:15 389:4       410:23 433:5        515:17,18
 366:14           substitute          473:19             391:16             446:19 447:2        516:12,17,21
 430:22            455:24             474:12 476:5       445:23             449:2 469:7         516:25
station             suite             482:1 539:7        tasking            481:10              521:16 522:8
 446:12,21         360:6 361:11       543:3 544:23       371:21             494:15,19,22        523:8 526:17
 447:7            361:16,21           545:14 548:9       tasks              495:1 497:19        533:25
status              362:5,15,23       560:10             389:8 393:15       540:7 559:5         534:25
 443:19            suited             systemically       485:14            testify              537:14
stay                374:14            439:4              taste              453:19 552:3        540:12,13
 380:11           summarize                              461:8              564:5,6            545:13,16,21
steady              379:7            _____  teach              testimony            546:10
 398:5 441:15      summary                              385:1              364:9 366:15        547:16
steering            379:14                 T            team               367:2 393:21        553:15
 360:3            supervision         tab                368:15             422:15,20           559:12,17
stenotype           382:13            378:2 455:5,6     teams              424:24 425:3        theirs
 564:9            supervisor          488:25             421:22 422:1,4     425:4 428:12        480:22
step                367:6,14,17      tabler              tech               429:14,17,21        theoretically
 419:23 422:6      383:1 463:17       369:21,22         533:23 538:4,5      430:14,15           447:21,23
 424:21           486:19,19,20       tabs                538:16 539:5       433:6 437:18        thereof
stephanie           supervisors       488:13            539:7,10,15        444:15 445:4        365:16
 371:18 376:25     367:12 382:22     take                543:3,22          447:9 454:23        theres
steps               383:7             371:10 383:12      545:12             454:25 460:7        380:20 383:20
 412:1            supplemental        395:16,21         546:15,20          465:13              390:8 393:16
sticker             364:2 440:11      403:9 412:4       547:16,22          473:16 495:6        396:11 406:1
 510:23 511:1      456:18             422:5 424:21       548:9,16           495:9,22           406:7 418:21
stipulated          457:14,15        435:7 473:1       technical            496:7,24           425:7 428:1
 365:2            supplements         490:14 501:8      373:4,5 466:17      497:9,11,21         430:25
stop                438:3            taken              technically         505:23              481:23
 428:10           supplied            359:20 364:12     477:19             510:21              484:24 485:1
stopwork            452:2,8           365:5 371:1       television          512:11              485:4 541:2
 384:16           support             401:22             391:3,13           526:18              542:5 546:9
store               368:15 465:25    419:14 427:5      tell                528:22 529:6        546:11
 546:4             476:18             445:3 447:3       381:13 395:23      543:25 544:2        555:19
stored              486:18            449:25             396:1 398:9        544:6 552:13       theyre
 417:3 422:25      supporting         542:15            422:19 426:6       558:25 563:7        388:5 393:14
 433:24            368:16            takes              454:3 456:19       563:9 564:8         393:15,19
 438:10,15         suppose            417:18             479:16 496:1      testing              396:8 403:18
 470:9,13          510:8 543:3       talk               496:4 518:15      448:13 471:4        408:15
 538:10,13         supposedly         368:18 369:4       519:22            tewis                414:13 423:3
 539:1,22          504:20             374:12 376:9       520:17,21         361:11,17,22        427:10 429:7
 547:1,4,6,12     sure                424:19 425:8       522:18            362:15              429:12
 548:13,22         403:21 409:18      430:20             525:12 544:4      texas                439:23
storing             426:4 431:24      434:23             545:4 554:16      361:11,17,22        440:23 441:9
 474:15            445:15             437:17             554:17            362:15              441:21
straight            462:16            453:21            telling            thank                469:18 480:1
 431:25 475:4      467:14            478:12 481:8       543:20,23          419:9 449:18        482:18,20
 480:20 484:3      477:18             486:2 527:25      tells               449:21 487:4       499:1 515:23
streaming           507:22            549:7 552:25      389:21 399:10      492:10              theyve
 437:21 439:13     512:24            553:7 554:4       temperatures        561:19,22          403:19 414:8
 440:15            523:13,24         talked              546:23            thanks               415:10,12
street              531:1 542:23      366:17 369:12     template           419:6              443:14
 359:21 360:6,9    544:21 552:7       369:14            457:20 551:14     thats                thing
 360:23 361:7      surface            370:18 380:18     558:12            369:21,22           409:21 434:9
 361:11,16        385:3 413:8,8       391:1 392:21      templates          380:21             435:5 515:1
 362:5,15,23       417:17            401:9 402:2       458:14 467:1        384:25 385:6        545:21
 482:12            441:10            404:16             467:15             387:14 390:7       things
stress              445:16           412:14 413:6      temporary           390:11 397:2      393:11,13
 385:21            558:10            447:18             415:4,5 416:16      402:10             419:25
strike             susceptible       451:25 462:4       416:25            410:12              441:25 442:4
 428:10 475:16     418:3             468:14            ten                 412:18             452:21 465:4
 478:17           suspect            472:15            381:17 490:5        417:11             465:6 483:12
 479:10           525:10             518:21             504:21            418:16              497:16
 484:15           suspicious        talking            tensecond          422:12,22          518:18
stroke             398:18            384:21,24         470:14              425:11             think
 546:24           sway               429:25 457:9      term               427:14 429:3        367:1 370:11
strokes            430:5             466:16,18,19                          432:5 438:2        397:19
                                    493:8,11                                                  398:12
                                    496:2 517:7
```

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009        Board-Certified Court Reporters        Facsimile: (504) 525-9109

Exhibit K
Page 189

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR VOL. II          March 15, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR          Reported By:

17

| | | | | |
|---|---|---|---|---|
| 403:14 | 561:16,19 | 515:19 | 468:13,15 | ultimate |
| 404:15 | **timebased** | **transcribed** | 478:9 481:4 | 464:14,23 |
| 406:11 424:2 | 438:19,22 | 564:10 | 486:16 | **unable** |
| 425:9 427:1 | **times** | **transcript** | 497:12 563:8 | 518:23 533:19 |
| 428:12 | 393:12 395:22 | 364:9 365:10 | 564:11 | **understand** |
| 429:16 | 501:23 | 445:2 564:11 | **trust** | 461:24 464:23 |
| 430:23 | 412:10,11 | **transcription** | 527:12 | 467:12 |
| 431:25 433:5 | 436:14 | 563:9 | **truth** | 475:21 |
| 437:18 | 494:16 495:4 | **transducer** | 495:15 496:1,5 | 478:18,24 |
| 444:14 | 497:1 503:14 | 529:23,23 | 564:6 | 487:19 |
| 453:23 | **tired** | **transfer** | **truthful** | 492:23 |
| 475:18 | 531:5 | 433:8,13,20 | 497:18 | 507:15 |
| 488:12,19 | **title** | 474:13 | **try** | 542:25 |
| 492:20 | 511:10 | **transferred** | 368:20 377:20 | 548:24 |
| 495:24 497:8 | **today** | 439:11 | 394:14 | **understanding** |
| 518:9 521:17 | 379:21 450:7 | **transferring** | **trying** | 419:25 422:7 |
| 529:15 534:7 | 453:19 | 428:20 441:3 | 553:18 558:21 | 422:20 457:3 |
| 540:7 542:24 | 468:22 493:9 | **transfers** | **tsuji** | 464:13 465:2 |
| 543:20 | 496:5 497:12 | 428:20 433:5 | 490:15 | 465:7 472:19 |
| 559:17 | 559:1 | 441:3 534:19 | **tuesday** | 481:15 |
| **thinking** | **told** | **transmission** | 359:22 | 504:19 |
| 423:4 | 373:4 399:14 | 397:2 475:12 | **turn** | 505:22 |
| **third** | 399:21 | 479:3,17 | 378:1 395:15 | 511:19 512:3 |
| 369:14,16 | 407:18 | 507:9 547:5 | 454:2 489:20 | 514:15 |
| 482:21,25 | 436:22 | **transmissions** | 491:12,15 | 515:21 |
| **thorough** | 450:22 | 437:18 480:12 | 555:21 | 533:25 543:6 |
| 419:21 | 452:10 455:1 | 480:12 547:3 | **tv** | 564:12 |
| **thought** | 459:14 | **transmit** | 507:13 513:22 | **underway** |
| 373:8,20 | 495:14 | 475:7 539:8 | 549:9 550:2 | 422:23 436:6 |
| **three** | 512:13 | **transmits** | 550:8,11,13 | **unit** |
| 401:11 419:3 | 518:16 523:2 | 546:5 | 550:16,21 | 460:17 472:4 |
| 474:4 490:5 | 523:6 537:14 | **transmitted** | **tvs** | **united** |
| 551:7,8 | **tommy** | 438:12,13 | 514:9 | 359:1 360:16 |
| **throw** | 376:24 459:18 | 467:5 471:1 | **twice** | 360:21 |
| 366:20 | 459:22 460:4 | 473:18 | 495:5 541:25 | 364:10 |
| **time** | **tool** | 474:10 475:1 | **two** | 366:14 |
| 365:15 376:10 | 504:10,13 | 475:4 507:15 | 395:17 405:12 | 430:22 |
| 376:15 | **tools** | 507:18 545:7 | 405:22 | **unlatching** |
| 387:16 | 368:16 549:19 | 546:20 | 409:11 410:7 | 412:2 |
| 389:23 392:2 | **top** | **transocean** | 411:18 419:4 | **unmonitored** |
| 395:24,25 | 425:12 528:9 | 361:23 386:19 | 446:21 448:2 | 427:5,23 |
| 396:2,5 | **topic** | 386:22 | 463:19,23 | **unusual** |
| 397:6,23 | 412:14 501:18 | 387:20 | 464:2 482:10 | 519:23 520:18 |
| 399:4,13,20 | 555:14 556:3 | 390:24 | 490:5 503:2 | 520:25 521:8 |
| 400:6,25 | **topics** | 400:21 405:1 | 503:8,20 | **ursprung** |
| 402:24 | 366:17 504:16 | 405:14 412:9 | 504:7,7,8,8 | 369:15 370:19 |
| 405:12 | 505:16 | 431:15,17,22 | 549:17 | **uscg** |
| 407:19 | 551:24 556:7 | 432:10 | **type** | 364:13 |
| 408:15 411:3 | 556:9 | 492:24 | 370:7 382:17 | **use** |
| 411:16 417:7 | **torque** | 524:16 529:4 | 408:24 | 464:10 474:3 |
| 417:18 426:7 | 546:22 | 529:9,18 | 409:21 | 480:22 482:7 |
| 426:9 441:10 | **torts** | 530:9 538:9 | 415:24 | 510:18 536:2 |
| 452:13 | 360:18 | 538:16 543:2 | 417:15 418:1 | 559:21,25 |
| 457:20 | **total** | 543:9,22 | 425:1 429:16 | **useful** |
| 458:17 | 472:11 | 544:9,23 | 432:23 | 370:8 |
| 459:23 460:1 | **totality** | 545:5,7,13 | 466:17 | **user** |
| 460:2 463:24 | 558:1,5 | 545:23 546:5 | 502:23 | 412:24,25 |
| 464:2,9 | **touch** | 546:19 549:4 | **types** | 413:14 458:4 |
| 470:16,20,22 | 468:18 | **transoceans** | 398:1 408:9,11 | 459:12 |
| 471:21 | **tour** | 370:16 400:20 | 411:6 415:17 | 468:19 |
| 476:10 479:7 | 370:11 383:10 | 432:14 | 417:11 | 490:13 |
| 479:8,12 | 403:23 | 529:21,22,25 | 502:22 | 509:12 510:3 |
| 493:12 501:9 | 426:21 464:3 | 530:12 | **typical** | **users** |
| 502:21 | 516:24 | 533:22 535:3 | 371:8 397:8 | 481:21 483:22 |
| 509:14 | **toure** | 537:22 538:5 | 439:9 503:12 | 490:15 |
| 512:10 | 382:24 | 538:7 | 551:13 | 507:25 508:9 |
| 516:21 | **traces** | **trap** | **typically** | 508:10 |
| 518:11 | 513:21 | 535:20 | 382:22 389:2,7 | 560:11,14 |
| 519:12,18,24 | **track** | **traps** | 395:4 400:1 | **usually** |
| 520:2,13 | 516:16 | 407:12 | 400:2 403:17 | 389:10 502:20 |
| 524:18,20 | **traditional** | **treated** | 415:15 419:2 | **utilizing** |
| 525:7 526:8 | 540:5 | 480:14 | 425:15 | 483:13 |
| 526:12,20 | **train** | **trend** | 462:19 468:6 | |
| 527:7 532:19 | 511:12 | 471:14,16,18 | 468:6 479:20 | _____ |
| 533:1 534:4 | **trainee** | 472:14 | 485:2,7 | **V** |
| 534:12 | 381:21 382:9,9 | **trends** | 517:23 519:6 | **value** |
| 536:17,21 | **training** | 472:10 | 546:10 547:2 | 414:23 |
| 537:23 | 380:9,10,16,21 | **trip** | 558:11 | **valve** |
| 538:11,21,25 | 384:9,14,17 | 376:6,8,22 | | 522:25 528:3 |
| 539:23 | 384:19,24 | 407:8 417:19 | _____ | 533:24 543:8 |
| 541:12,17 | 385:6,10,10 | 429:9 | **U** | **variables** |
| 542:13 543:4 | 385:14 | **true** | **uhhuh** | 435:3 |
| 557:7,9 | | | 549:22 | **variance** |
| 554:24 | | | | |

| |
|---|
| 418:18 |
| **variation** |
| 447:17 |
| **various** |
| 478:20 497:13 |
| 501:22 |
| **vary** |
| 432:25 470:22 |
| 474:15,22 |
| **varying** |
| 470:10 |
| **vast** |
| 482:7 |
| **venn** |
| 362:19 |
| **verbal** |
| 390:2 |
| **version** |
| 509:2 |
| **versus** |
| 418:11 |
| **vessel** |
| 430:1,13 |
| **viability** |
| 414:19 416:12 |
| 416:18 |
| **vice** |
| 372:8 376:24 |
| 377:2,16 |
| **video** |
| 527:8 |
| **videographer** |
| 366:1 419:10 |
| 419:15 |
| 449:22 450:1 |
| 456:7,12 |
| 473:2,6 |
| 487:6,10 |
| 489:6,10 |
| 492:12,16 |
| 542:11,16 |
| 561:23 562:2 |
| 562:8 |
| **view** |
| 394:22 423:18 |
| 424:4 430:17 |
| 495:21 |
| 508:12,25 |
| 509:5,13,17 |
| 509:22 510:5 |
| 514:21 |
| 540:20 550:1 |
| 550:3 |
| **viewable** |
| 507:22 |
| **viewed** |
| 538:14 540:9 |
| **viewing** |
| 417:4 509:1 |
| 547:10 549:8 |
| 550:13,14 |
| 557:22 558:3 |
| **views** |
| 423:22 |
| **vince** |
| 369:21,22 |
| **visits** |
| 488:7 |
| **visual** |
| 524:14 525:6 |
| 525:21,22 |
| 526:24 527:7 |
| 535:25,25 |
| 536:9,11,21 |
| 541:9,11,17 |
| 541:18 542:1 |
| **visually** |
| 535:24 540:17 |
| 541:2 |
| **volume** |
| 359:16 418:6 |
| 427:21 519:7 |

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit K
Page 190

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
JOHN JOSEPH GISCLAIR VOL. II          March 15, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

18

| | | | | | |
|---|---|---|---|---|---|
| **volumes**<br>433:16<br>**voluntary**<br>448:4<br><br>———————<br>**W**<br>**waechter**<br>362:18,22<br>**wait**<br>471:15,19,21<br>472:13<br>**waived**<br>365:10<br>**walker**<br>362:18,22<br>**wall**<br>551:22<br>**want**<br>366:20 381:16<br>389:24<br>395:15,21<br>414:3 415:21<br>417:8 424:21<br>431:24<br>432:11 456:1<br>460:20<br>462:20<br>467:10 475:5<br>482:2,3,4<br>485:20 501:9<br>503:4 505:10<br>505:10,16<br>508:16,17<br>510:15 515:1<br>530:9 531:9<br>534:21,21<br>542:21 558:5<br>**wanted**<br>391:5 392:1<br>415:11<br>441:10 463:4<br>467:1 508:24<br>509:14 529:5<br>529:22 530:5<br>**wants**<br>413:1 416:22<br>**warn**<br>445:25<br>**warrant**<br>398:11 404:17<br>404:23<br>426:22<br>**washington**<br>360:15,20<br>376:6,10,16<br>**wasnt**<br>399:17,19,21<br>405:12<br>459:23 463:8<br>507:21<br>525:21 526:8<br>530:11<br>548:15,16<br>559:14<br>**watch**<br>441:10 482:17<br>508:19,22<br>**watching**<br>446:17 458:10<br>527:8 551:14<br>**water**<br>430:2 484:1<br>**wave**<br>430:4<br>**waves**<br>425:6 429:15<br>**way**<br>397:3 398:5<br>414:10<br>422:13<br>423:21 426:7<br>430:17 431:7 | 432:5 437:3<br>437:4 438:1<br>442:4 444:15<br>445:7 446:1<br>446:9 447:19<br>482:4 493:17<br>564:14<br>**weatherford**<br>362:25<br>**week**<br>486:23 488:8<br>**weeks**<br>496:20,22<br>538:8<br>**weiner**<br>362:3<br>**wellbore**<br>425:21 484:12<br>**wellrounded**<br>556:8<br>**wells**<br>478:20 483:6<br>**wellspace**<br>472:16,16,21<br>488:13,14<br>489:18 492:5<br>492:7<br>**went**<br>376:10<br>**weve**<br>374:25 380:5<br>385:7 404:16<br>412:14<br>441:11<br>456:16<br>478:21<br>**whatnot**<br>415:18<br>**whats**<br>368:14 370:20<br>393:20<br>395:12,24<br>396:1,15<br>397:22<br>406:17 415:6<br>421:1 422:7<br>424:5 437:22<br>440:14 441:8<br>481:15 545:9<br>554:20<br>**whatsoever**<br>423:9<br>**whiteley**<br>360:22<br>**whos**<br>509:16<br>**wife**<br>449:7<br>**william**<br>360:5 473:10<br>**willis**<br>369:13 442:25<br>503:10 557:6<br>557:7,8<br>**wilson**<br>368:6,7<br>**window**<br>537:12<br>**wiped**<br>480:18,25<br>**wireline**<br>415:3<br>**wish**<br>561:13<br>**wit**<br>482:13<br>**witness**<br>365:4,10,24<br>366:6 368:24<br>369:9 371:16<br>371:25 372:7<br>373:16 374:5 | 374:21 375:8<br>375:22<br>376:14<br>377:13<br>379:12 381:6<br>382:21<br>383:16 384:2<br>386:11<br>387:10<br>389:16<br>391:21<br>392:17 393:7<br>394:6,18<br>395:3 400:18<br>401:3 402:14<br>403:3 404:8<br>405:5,20<br>406:21 407:4<br>408:4 409:6<br>409:14,25<br>410:4,16,21<br>414:1 416:4<br>419:8 420:7<br>421:14<br>423:15<br>426:16 431:4<br>434:12,22<br>435:19<br>436:19<br>439:16<br>440:22 443:6<br>444:8,23<br>445:14<br>446:25<br>449:20<br>450:14 451:2<br>453:6,14,15<br>454:7 458:7<br>460:23<br>461:20<br>462:13 463:7<br>464:18 465:1<br>465:13,19<br>466:23 468:5<br>469:16<br>471:11<br>475:25<br>476:25<br>483:20 484:8<br>484:21 487:1<br>487:5 488:21<br>496:11,17<br>498:16 499:6<br>499:21<br>500:20<br>501:15 502:1<br>502:14<br>503:18<br>506:15<br>509:11<br>510:13 513:9<br>515:6 516:7<br>517:21<br>519:21 521:3<br>522:3 523:20<br>524:5 526:16<br>527:5 528:17<br>530:17<br>531:16<br>533:11<br>538:24<br>539:19 541:7<br>544:20 546:3<br>547:20 548:5<br>552:6,19<br>553:10,25<br>555:13,25<br>559:9 560:25<br>561:21 562:7<br>563:4 564:4<br>**wondering**<br>545:15<br>**wont**<br>419:22 | **woodway**<br>361:21<br>**word**<br>528:19<br>**wording**<br>378:23<br>**words**<br>422:7 424:1<br>442:24<br>**work**<br>366:20 368:19<br>369:6,19<br>372:4,9<br>375:1,5<br>377:9 378:21<br>382:24 383:8<br>388:21,23<br>402:9 459:5<br>461:11,21<br>466:6,10<br>467:17 475:3<br>475:20<br>477:21,23<br>478:21<br>479:17 486:3<br>488:3 498:1<br>499:17<br>503:15 553:5<br>553:21<br>**worked**<br>370:23 444:11<br>**working**<br>368:8,11 370:5<br>382:6 393:17<br>464:3 466:11<br>466:13<br>476:10<br>**workload**<br>403:18<br>**works**<br>382:23 474:13<br>485:13<br>**world**<br>471:6<br>**wouldnt**<br>388:14 399:6<br>410:17<br>425:12<br>426:12<br>436:10,12<br>437:14 440:8<br>467:24<br>502:15<br>514:24<br>516:13 533:6<br>**wright**<br>360:5<br>**write**<br>439:23 440:7<br>**writing**<br>439:20,22<br>533:1 560:7<br>**written**<br>384:4 390:1<br>502:9 560:9<br>**wrong**<br>453:23<br><br>———————<br>**X**<br><br>———————<br>**Y**<br>**yamamoto**<br>491:2<br>**yeah**<br>391:22 455:24<br>489:5 495:11<br>531:24<br>541:22,22<br>**year**<br>443:9,10,14,16<br>**years** | 370:6 387:3<br>466:12,15<br>479:9,11,14<br>500:4<br>**yesterday**<br>366:14,17<br>401:9 403:15<br>422:14 425:3<br>430:15,23<br>452:11,25<br>453:25 455:2<br>455:25 456:6<br>489:16<br>493:10 559:1<br>**yesterdays**<br>488:25<br>**york**<br>362:10,10<br>**youre**<br>380:19 387:18<br>398:23<br>411:25<br>415:23<br>422:11,25<br>426:8 430:2<br>430:3,7<br>432:16,22<br>438:25 441:4<br>448:14<br>449:13,14<br>452:25 468:9<br>468:22 493:8<br>493:10,13<br>495:17 496:2<br>496:4 511:4<br>513:18<br>527:14<br>538:15<br>548:24 552:7<br>552:12,24<br>556:6 559:13<br>**youve**<br>385:25 420:3<br>424:23<br>430:16<br>451:25<br>454:23 455:2<br>456:19 469:7<br>472:1 477:18<br>493:9,16<br>494:15,19,22<br>495:6 496:8<br>497:22<br>512:13<br>518:21<br>521:11 531:9<br>558:24<br>**yutaka**<br>490:15,23,23<br>491:19,22<br><br>———————<br>**Z**<br>**zero**<br>392:1<br><br>———————<br>**0**<br>**00**<br>524:18,19<br>561:24 562:4<br>562:10<br>**01**<br>395:25 396:3<br>**0215**<br>378:24<br>**0216**<br>378:24<br>**0217**<br>378:25<br>**05**<br>473:8<br>**0502725**<br>364:5 | **0502730**<br>364:6<br>**050569**<br>489:19<br>**08**<br>396:1,3,14,17<br>525:1<br><br>———————<br>**1**<br>**1**<br>398:23,25<br>399:23,25<br>400:1,7<br>419:11<br>542:13,18<br>**10**<br>364:5 449:23<br>450:3 456:9<br>456:14 473:3<br>**1000**<br>361:11<br>**100224689**<br>362:10<br>**11**<br>473:8 487:7,12<br>489:7,12<br>492:13<br>504:23,24<br>507:5<br>**116**<br>544:6<br>**11th**<br>359:20<br>**12**<br>464:5 489:25<br>492:18<br>504:23,24<br>552:20<br>**1201**<br>362:15<br>**121**<br>359:19<br>**1221**<br>361:16<br>**12hour**<br>464:4<br>**13**<br>457:17<br>**1300**<br>362:5<br>**14**<br>396:15,17<br>401:11<br>427:16,18<br>490:1,7<br>507:8 514:2<br>526:4,5<br>**14271**<br>360:19<br>**14pound**<br>396:6 427:12<br>427:15<br>**15**<br>359:23 526:4<br>**15th**<br>366:3<br>**16**<br>427:17 457:17<br>490:7 511:18<br>512:1<br>**1600**<br>362:23 518:8<br>**1615**<br>362:5<br>**1650**<br>458:23 459:2,3<br>**1659**<br>459:4<br>**16pound**<br>427:12,15<br>**17** |

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010
Reported By:
JOHN JOSEPH GISCLAIR VOL. II          March 15, 2011          DIANE TEWIS CLARK, RPR, RMR, CRR

19

```
500:4 559:18
1700
 362:15 518:8
1719
 459:4
1730
 518:9
18
 378:2 488:25
1816
 490:14
19
 544:7 550:18
  550:22

_____2_____
2
 359:16 400:1
  419:17
  522:24 523:1
  561:24 562:4
  562:10
20
 359:5 550:18
200444271
 360:20
2007
 362:7,11
201
 362:19
2010
 359:6 364:5,13
  376:20 493:4
  493:22
  510:22
2011
 359:23 366:4
20530
 360:15
20inch
 550:22
20th
 454:3,9,12,15
  454:17,19
  489:25 490:1
  493:3,22
  494:13,16
  502:24 516:3
  517:9 521:9
  559:11,15
21
 364:5 449:23
2108
 404:19 519:15
  520:14 525:1
  536:18
2114
 404:19 536:18
2126
 404:20
2130
 404:20
215
 379:9
2179
 359:3
2246
 459:2,4
23
 487:7
24
 472:23 483:14
  485:22,25
  486:22
  487:12
24hour
 463:21 482:15
  483:25
24th
 516:3
250
```

```
396:19
252
 364:3
26
 397:22,24
  489:7,12
2616
 360:15
27
 398:19
28
 542:13
29
 492:13

_____3_____
3
 450:3 523:1
30
 397:22,24
  453:16
  465:13
  504:16 552:1
  552:12
300
 361:3
31
 492:18
32
 450:3 490:6
33
 419:12
34
 366:3
366
 363:6
378
 363:20
38
 456:9
39
 456:14 542:18
399
 362:9

_____4_____
4
 490:6 492:18
  523:1 542:12
40
 510:21 511:18
  511:25 512:1
400
 361:11
419
 363:7
45
 419:17
450
 363:8
4500
 361:16
455
 364:1
473
 363:9
487
 363:10
4900
 361:21
492
 363:11

_____5_____
5
 490:7 528:11
  542:18
500
 360:6
511
```

```
364:8
552
 491:17
555
 361:7
556
 360:6
56
 473:3
57
 489:25
58
 457:17
581
 489:20

_____6_____
6
 453:16 465:13
  504:16
  528:11 552:1
  552:12
600
 362:23
601
 359:21
60654
 361:4
613
 488:10 489:15
614
 452:10,16
  453:23 457:8
  457:16 458:1
  458:18,22
  488:17
  491:13
618
 360:9
620
 395:16
621
 363:20 378:5,6
622
 364:1 455:5,11
  455:12,20
  456:17
  457:22
  458:17
623
 364:8 511:3,6

_____7_____
7
 364:13 485:22
  485:25
70056
 361:22
701
 360:23
70112
 362:5
70130
 359:22
701303504
 360:24
701705100
 362:20
70501
 360:6 362:24
70503
 359:19
70801
 360:10
750
 361:21
752702041
 362:15
770025006
 361:11
770102010
```

```
361:17
7th
 510:22

_____8_____
8
 366:3 455:5
  524:18,19

_____9_____
9
 395:25 396:1,3
  396:3,14,15
  396:17,17
  397:22,22,24
  397:24
  398:19
  401:11
  419:12,17
  447:3 490:1
  490:7 504:22
  505:19 525:1
  526:4,4,5
94104
 361:7
950
 360:14
```

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009          Board-Certified Court Reporters          Facsimile: (504) 525-9109