# EXHIBIT M

Page 1

1            UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
2

3

     IN RE:  OIL SPILL    MDL NO. 2179
4    BY THE OIL RIG
     "DEEPWATER HORIZON"  SECTION:  J
5    IN THE GULF OF
     MEXICO, ON APRIL     JUDGE BARBIER
6    20, 2010             MAG. JUDGE SHUSHAN
7

13

14

            Deposition of PAUL A. CHANDLER,
15   taken in the Pan American Life Center,
     Bayou Room, 11th Floor, 601 Poydras Street,
16   New Orleans, Louisiana 70130, on Wednesday,
     May 4, 2011.
17

18

     APPEARANCES:
19

20          LIEFF CABRASER HEIMANN & BERNSTEIN,
            LLP
21          (By:  Steven E. Fineman, Esquire and
                  Annika K. Martin, Esquire)
22          250 Hudson Street
            8th Floor
23          New York, New York  10013-1413
                (Plaintiff's Steering Committee)
24

25

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                         Reported by:
PAUL A. CHANDLER                                        May 4, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 2

1   APPEARANCES (continued):
2       GODWIN RONQUILLO
3       (By:  Floyd R. Hartley, Jr.,
              Esquire)
        1201 Elm Street
4       Suite 1700
        Dallas, Texas  75270-2041
5           (Attorneys for Halliburton)
6
7   BECK, REDDEN & SECREST, L.L.P.
        (By:  Eric J.R. Nichols, Esquire)
8       515 Congress
        Suite 1750
9       Austin, Texas  78701
            (Attorneys for Cameron
10           International Corporation)
11
12  JONES, WALKER, WAECHTER, POITEVENT,
        CARRÈRE & DENÈGRE L.L.P.
13      (By:  Joseph J. Lowenthal, Jr.,
              Esquire)
14      201 St. Charles Avenue
        New Orleans, Louisiana  70170-5100
15          (Attorneys for Weatherford)
16
17  KIRKLAND & ELLIS LLP
        (By:  Geoffrey A. David, Esquire)
18      601 Lexington Avenue
        New York, New York  10022
19          (Attorneys for BP)
20
21  MORGAN, LEWIS & BOCKIUS LLP
        (By:  Joseph Duffy, Esquire)
22      300 South Grand Avenue, 22nd Floor
        Los Angeles, California  90071-3132
23          (Attorneys for M-I SWACO)
24
25

Page 3

1   APPEARANCES (continued):
2       FRILOT, LLC
3       (By:  Paul C. Thibodeaux, Esquire)
        1100 Poydras Street, Suite 3700
4       New Orleans, Louisiana  70163
            (Attorneys for Transocean)
5
6   BINGHAM MCCUTCHEN
        (By:  Nancy M. Wilms, Esquire)
7       355 South Grand Avenue  Suite 4400
        Los Angeles, California 90071-3106
8           (Attorneys for Anadarko
            Petroleum and MOEX Offshore
9           2007, LLC)
10
11  WARE, JACKSON, LEE & CHAMBERS,
    L.L.P.
12      (By:  Margaret Bryant, Esquire)
        America Tower
13      2929 Allen Parkway
        Houston, Texas  77019
14          (Attorneys for Dril-Quip, Inc.)
15
16  U.S. DEPARTMENT OF JUSTICE
        ENVIRONMENT AND NATURAL RESOURCES
17      DIVISION
        (By:  Matthew Z. Leopold, Esquire)
18      Attorney Advisor Law and Policy
        Section
19      950 Pennsylvania Avenue, N.W.
        Room 2616
20      Washington, D.C.  20530
            (Attorneys for the United
21           States)
22
23
24
25

Page 4

1   THE VIDEOGRAPHER:
2
3
        Gilly DeLorimier
4
5
6   REPORTED BY:
7
8
9       JOSEPH R. KAISER, JR., CCR, RPR
        Certified Court Reporter
10      State of Louisiana
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 5

1               EXAMINATION INDEX
2
3                   Page No.
4
5   By Mr. Fineman          12
6
7
8   By Mr. Leopold          162
9
10
11  By Mr. Hartley          292
12
13
14  By Mr. Thibodeaux       319
15
16
17  By Mr. Nichols          321
18
19
20  By Ms. Wilms            344
21
22
23
24          *   *   *   *   *
25

2 (Pages 2 to 5)

Page 6

EXHIBITS

| No. | Page |
|-----|------|
| Exhibit 1579 | 28 |
| Exhibit 1580 | 34 |
| Exhibit 1581 | 41 |
| Exhibit 1582 | 45 |
| Exhibit 1583 | 47 |
| Exhibit 1584 | 56 |
| Exhibit 1585 | 58 |
| Exhibit 1586 | 70 |
| Exhibit 1587 | 132 |
| Exhibit 1588 | 134 |
| Exhibit 1589 | 137 |
| Exhibit 1590 | 142 |

*   *   *   *   *

Page 7

EXHIBITS (Continued):

| No. | Page |
|-----|------|
| Exhibit 1591 | 144 |
| Exhibit 1592 | 148 |
| Exhibit 1593 | 150 |
| Exhibit 1594 | 151 |
| Exhibit 1595 | 153 |
| Exhibit 1596 | 156 |
| Exhibit 1597 | 164 |
| Exhibit 1598 | 206 |
| Exhibit 1599 | 235 |
| Exhibit 1900 | 237 |
| Exhibit 1901 | 240 |
| Exhibit 1902 | 245 |

*   *   *   *   *

Page 8

EXHIBITS (Continued):

| No. | Page |
|-----|------|
| Exhibit 1903 | 247 |
| Exhibit 1904 | 251 |
| Exhibit 1905 | 262 |
| Exhibit 1906 | 264 |
| Exhibit 1907 | 269 |
| Exhibit 1908 | 274 |
| Exhibit 1909 | 279 |
| Exhibit 1910 | 281 |
| Exhibit 1911 | 283 |
| Exhibit 1912 | 287 |
| Exhibit 1913 | 289 |

*   *   *   *   *

Page 9

DESCRIPTIVE EXHIBIT INDEX

Exhibit 1579 - e-mail chain with attachment

Exhibit 1580 - e-mail chain with attachment

Exhibit 1581 - e-mail chain with attachment

Exhibit 1582 - e-mail dated 8/19/2009

Exhibit 1583 - e-mail chain

Exhibit 1584 - e-mail dated 10/21/2009

Exhibit 1585 - e-mail exchange with attachment

Exhibit 1586 -  Anadarko PowerPoint presentation

Exhibit 1587 - e-mail chain

Exhibit 1588 - e-mail dated 2/1/2010

Exhibit 1589 - e-mail chain

Exhibit 1590 - e-mail exchange

Exhibit 1591 - e-mail chain

*   *   *   *   *

Exhibit M
Page 3

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                              Reported by:

PAUL A. CHANDLER                                    May 4, 2011                          JOSEPH R. KAISER, JR., CCR, RPR

---

Page 10

DESCRIPTIVE EXHIBIT INDEX (Continued):

Exhibit 1592 - e-mail exchange

Exhibit 1593 - e-mail exchange

Exhibit 1594 - e-mail chain

Exhibit 1595 - e-mail chain

Exhibit 1596 - e-mail dated 4/14/2010

Exhibit 1597 - 30(b)(6) deposition notice

Exhibit 1598 - e-mail with attachment

Exhibit 1599 - e-mail with attachment

Exhibit 1900 - e-mail with attachment

Exhibit 1901 - e-mail chain

Exhibit 1902 - e-mail exchange

Exhibit 1903 - e-mail exchange

Exhibit 1904 - e-mail chain

* * * * *

---

Page 12

S T I P U L A T I O N

It is stipulated and agreed by and between counsel for the parties hereto that the deposition of the aforementioned witness is hereby being taken for all purposes allowed under Article 1421, et seq., of the Louisiana Code of Civil Procedure, in accordance with law, pursuant to notice;

That the formalities of reading and signing are specifically not waived;

That the formalities of filing, sealing, and certification are specifically waived;

That all objections, save those as to the form of the question and the responsiveness of the answer, are hereby reserved until such time as this deposition, or any part thereof, may be used or sought to be used in evidence.

JOSEPH R. KAISER, JR., CCR, RPR Certified Court Reporter in and for the State of Louisiana, officiated in administering the oath to the witness.

---

Page 11

DESCRIPTIVE EXHIBIT INDEX (Continued):

Exhibit 1905 - e-mail with attachment

Exhibit 1906 - e-mail exchange

Exhibit 1907 - e-mail chain

Exhibit 1908 - e-mail exchange

Exhibit 1909 - e-mail exchange

Exhibit 1910 - e-mail exchange

Exhibit 1911 - e-mail

Exhibit 1912 - e-mail with attachment

Exhibit 1913 - e-mail chain

* * * * *

---

Page 13

P R O C E E D I N G S

THE VIDEOGRAPHER:

This is the videotaped deposition of Paul Chandler. This deposition is being held today at 601 Poydras Street, New Orleans, Louisiana on May 4, 2011, at approximately 8:37 a.m. This is taken in the matter of the oil spill of the DEEPWATER HORIZON in the Gulf of Mexico on April 20th, 2010 in the United States District Court, Eastern District of Louisiana.

PAUL A. CHANDLER, after having been first duly sworn by the above-mentioned Certified Court Reporter, was examined and testified as follows:

EXAMINATION BY MR. FINEMAN:

Q.   Good morning, Mr. Chandler.

A.   Good morning.

Q.   My name is Steve Fineman, I'm here for the plaintiff's steering committee and I'm going to start today by asking you some questions. Okay?

A.   Okay.

---

4 (Pages 10 to 13)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                                          Reported by:
PAUL A. CHANDLER                                    May 4, 2011                                    JOSEPH R. KAISER, JR., CCR, RPR

Page 14

1    Q.   Have you ever had your
2  deposition taken before?
3    A.   I have not.
4    Q.   So a few rules for the
5  deposition. I'm going to ask you some
6  questions. When I do, I need you to
7  provide audible answers if they call for a
8  yes or no or a narrative. You understand?
9    A.   I do.
10   Q.   I need you to speak up so that
11 the court reporter can hear you and it will
12 come through on the video. Do you
13 understand that?
14   A.   I do.
15   Q.   During the course of the
16 deposition I may ask some questions that
17 are objectionable as to their form, and
18 your counsel will object, if appropriate.
19 But that doesn't mean you don't answer the
20 question unless she instructs you not to
21 answer. You understand that?
22   A.   I do.
23   Q.   Okay. Mr. Chandler, what's the
24 most advanced academic degree that you
25 have?

Page 15

1    A.   I have a Bachelor's of Science
2  degree.
3    Q.   In what discipline?
4    A.   In geology.
5    Q.   Okay. Do you have any -- is
6  that -- I'm sorry. That's the most
7  advanced, Bachelor of Science?
8    A.   That's correct.
9    Q.   What year did you obtain that
10 degree?
11   A.   1981.
12   Q.   From where?
13   A.   Louisiana Tech University.
14   Q.   Aside from your academic
15 training as a geologist, do you have any
16 additional professional training, including
17 any certification?
18   A.   I'm AAPG certified. I'm also
19 certified within the Texas geoscience
20 board.
21   Q.   Mr. Chandler, are you presently
22 an employee of Anadarko Petroleum
23 Corporation?
24   A.   I am.
25   Q.   For purposes of today's

Page 16

1  deposition -- strike that. Are you an
2  employee of any other Anadarko company?
3    A.   No.
4    Q.   For purposes of today's
5  deposition, when I use the word Anadarko,
6  I'm referring to Anadarko Petroleum
7  Corporation unless you tell me I'm wrong
8  about that. Okay?
9    A.   Okay.
10   Q.   When did you start with
11 Anadarko?
12   A.   I started with Anadarko, which
13 actually had been merged with Kerr-McGee.
14 I started with them in 1997.
15   Q.   Okay. And what was your title
16 when you started?
17   A.   Senior geologist.
18   Q.   At some point did your title
19 change?
20   A.   It did.
21   Q.   When was that?
22   A.   It changed several times over
23 the course of several years. It changed
24 from a senior to a senior staff and then
25 I'm at an advisory level now.

Page 17

1    Q.   In the 2009, 2010 time period,
2  what was your title?
3    A.   That was the advisory level
4  where I am now, so I'm a geoscience
5  advisor.
6    Q.   Is your title project geological
7  advisor?
8    A.   That's correct.
9    Q.   Thank you. And as a project
10 geological advisor in the 2009, 2010 time
11 period, what were your job
12 responsibilities?
13   A.   My job responsibilities were
14 primarily working development assets for
15 Anadarko in the eastern Gulf of Mexico.
16 There were development wells in our
17 existing fields that were to be worked and
18 recommended for additional wells. There
19 was some exploratory work that was actually
20 done, also.
21   Q.   Can you just define development
22 assets for me?
23   A.   These were existing fields that
24 had production already occurring in them
25 where there was additional development of

5 (Pages 14 to 17)

Exhibit M
Page 5

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

PAUL A. CHANDLER                                May 4, 2011                    Reported by:
                                                                JOSEPH R. KAISER, JR., CCR, RPR

Page 18

1 those fields that was possible. And so my
2 job, and the team that I worked with,
3 assessed those fields and determined if
4 there's additional drilling to be done.
5      Q.   Okay. I'm not a geologist so
6 some of my questions may seem sort of
7 elementary, but bear with me, if you will.
8      A.   Sure.
9      Q.   Can you explain in the simplest
10 terms possible for me, what a geologist
11 does in, in your position looking at
12 development assets for Anadarko? And I'm
13 really focussing still on the 2009, 2010
14 time period.
15      A.   Sure. What I would do or
16 someone like me in my position is that we
17 would go in and using the existing data
18 that we would have for whatever field that
19 we're looking at, we would use that data to
20 evaluate the field, perhaps re-map it to
21 look at the potential in terms of its
22 primary reservoirs that it's producing
23 from, as well as any other secondary zones
24 that may exist.
25           We would re-map it and look for

Page 19

1 additional wells that need to be drilled in
2 that field to fully develop them.
3      Q.   Okay. Do you have any expertise
4 in actual well drilling?
5      A.   No real expertise in well
6 drilling other than just from a geological
7 perspective.
8      Q.   In your position as project
9 geological advisor in the 2009, 2010 time
10 period, I think you mentioned eastern part
11 of the Gulf of Mexico?
12      A.   That's correct.
13      Q.   Okay. And can you give me some
14 idea what that means?
15      A.   Right. For the eastern Gulf
16 area that we work is in the area called
17 Mississippi Canyon. It extends south to
18 Atwater Valley, it extends east to DeSoto
19 and Lloyd Ridge. Those are the primary
20 areas of the eastern Gulf of Mexico that I
21 work, look at.
22      Q.   So is it fair to say that
23 your -- within Anadarko your particular
24 specialty or expertise is this particular
25 eastern region of the Gulf of Mexico?

Page 20

1      A.   That is correct.
2      Q.   And that was true in the 2009,
3 2010 time period?
4      A.   That's correct.
5      Q.   Was it also true in 2008?
6      A.   It was.
7      Q.   Okay. And in your position as
8 project geological advisor in the 2009,
9 2010 time period, who did you report
10 directly to?
11      A.   I reported directly to Alan
12 O'Donnell.
13      Q.   And in that time frame what was
14 Mr. O'Donnell's title?
15      A.   He was the general manager over
16 the eastern Gulf of Mexico.
17      Q.   What does that mean, the general
18 manager over the --
19      A.   It means that he oversees the
20 various asset teams working the eastern
21 Gulf and handles the business side of the
22 area.
23      Q.   And he's not a senior geologist
24 to you?
25      A.   He is not.

Page 21

1      Q.   Okay. One thing I should have
2 mentioned when we were talking about the
3 rules for the deposition. There's a
4 natural tendency to talk over each other a
5 little bit. In this context, I need to ask
6 you to wait until you're pretty sure I'm
7 finished and I'll do the same for you and
8 that way we won't talk over each other.
9      A.   Okay.
10      Q.   We did it this time.
11           Was there, in the 2009, 2010
12 time period, was there a geologist that you
13 reported to, a more senior geologist?
14      A.   No, there was not.
15      Q.   Okay. And in that time frame,
16 who reported to you?
17      A.   No one.
18      Q.   No one? You had no direct
19 reports?
20      A.   I had no direct reports; that's
21 correct.
22      Q.   Okay. We're going to talk today
23 about Mississippi Canyon 252 Block,
24 Macondo. Is there a -- what's the
25 shorthand that you and I can agree on so

6 (Pages 18 to 21)

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6029          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit M
Page 6

Page 22

1  that we can just pick one word or two words
2  to refer to the particular site?
3     A.  Macondo would be fine.
4     Q.  Okay.  With respect to Macondo,
5  were your job responsibilities any
6  different than you've already described?
7     A.  Slightly.
8     Q.  Can you explain how they were
9  slightly different?
10    A.  Sure.  Macondo was not an
11  existing field, it was an exploration
12  prospect.  It had no existing wells in it.
13       It was within the area that our
14  asset development team worked.  It was an
15  area that we had some expertise in and it
16  was decided internally at Anadarko that
17  this would be a project that our
18  development asset team would be responsible
19  for.
20    Q.  Can you explain the difference
21  between development and exploration?
22    A.  Sure.  Development is, it's set
23  up to exploit existing fields where we have
24  an interest.  It's set up to do development
25  of those fields.

Page 23

1       Exploration is working with
2  fields that have not been drilled yet.
3  These are prospects and as such, they,
4  they're different than the typical
5  development type work.
6     Q.  So in the instance of Macondo,
7  whereas you normally were on the
8  development side, you were working on the
9  exploration side?
10    A.  That's correct.
11    Q.  And we're going to spend some
12  more time, obviously, talking about your
13  role with Macondo, but with respect to your
14  role with Macondo, who did you report
15  directly to?
16    A.  I reported to Alan O'Donnell.
17    Q.  Did you report to anybody else?
18    A.  I did not.
19    Q.  Did anybody report to you with
20  respect to Macondo?
21    A.  They did not.
22    Q.  Now, I want to take you back to
23  the 2008 time period now.
24       Do you remember that -- strike
25  that.  Do you remember whether Anadarko

Page 24

1  made a bid for Macondo?
2     A.  I was told Anadarko made a bid
3  for Block 252.
4     Q.  For Block 252; right?  For the
5  lease; right?
6     A.  Yes.
7     Q.  Did you participate in any way
8  in that bid?
9     A.  I did not.
10    Q.  So if I tell you that Anadarko
11  made a bid in March of 2008, does that ring
12  a bell?
13    A.  Yes.
14    Q.  Okay.  But is it your testimony
15  that you did not participate in
16  consideration of that bid?
17    A.  That's correct.
18    Q.  And did you participate at all
19  in preparing any analyses or materials of
20  the site in connection with the Anadarko
21  bid in 2008?
22    A.  I did not.
23    Q.  Okay.  At some point did you
24  become aware that Anadarko's bid for
25  Macondo was just over $2 million?

Page 25

1     A.  I was told that, yes.
2     Q.  In your experience -- strike
3  that.  Based on your testimony so far, I
4  take it you played no role in determining
5  how much money that Anadarko would bid for
6  Macondo?
7     A.  That's correct.
8     Q.  By the way, just so the record's
9  clear, it wasn't called Macondo yet at that
10  point. We're talking about Mississippi
11  Canyon 252 Block; correct?
12    A.  Right.
13    Q.  I think Anadarko called it
14  Spyglass?
15    A.  That's right.  It was called
16  Spyglass.
17    Q.  At some point did you become
18  aware that BP had become the successful
19  bidder for Mississippi Canyon 252 Block?
20    A.  At some point I did.
21    Q.  Okay.  And at some point did you
22  become aware of the amount of BP's bid for,
23  successful bid for Macondo?
24    A.  At some point, yes.
25    Q.  Do you recall the number was

7 (Pages 22 to 25)

Exhibit M
Page 7

Page 26

1   about $34 million?
2       A.   That sounds about right.
3       Q.   Okay.  Do you recall any
4   discussion internally at Anadarko between
5   the difference between the approximately $2
6   million bid from Anadarko and the $34
7   million bid from BP?
8       MS. WILMS:
9           Object to form.
10      THE WITNESS:
11          No, no.
12  EXAMINATION BY MR. FINEMAN:
13      Q.   Do you recall that BP was
14  awarded the lease to Mississippi Canyon 252
15  Block in or about June of 2008?
16      A.   I'm not aware of that.
17      Q.   Does that sound about right?
18      A.   But it sounds about right.
19      Q.   Okay.  Do you recall that
20  shortly thereafter Anadarko began
21  considering whether to acquire interest in
22  Macondo?
23      A.   What do you mean by shortly
24  thereafter?
25      Q.   I see what your point is.  Let

Page 27

1   me start again.
2       A.   Okay.
3       Q.   Do you recall at some point that
4   Anadarko started so look at other
5   possibilities of acquiring an interest in
6   Macondo?
7       A.   At some point, yes.
8       Q.   Do you recall when that was?
9       A.   Yes, I do.
10      Q.   When was that?
11      A.   That was in August of 2009.
12      Q.   Do you recall the circumstances
13  of how you first learned about this?
14      A.   I do.
15      Q.   Can you explain that to us?
16      A.   Sure.  BP had a prospect called
17  Macondo in Mississippi Canyon 252 and
18  through our land department we were
19  informed that BP was looking for a partner.
20  And internally we were charged with seeing
21  if that was something that would be of
22  interest to us.
23      Q.   Well, can you tell me what land
24  department means?
25      A.   Our land department are people

Page 28

1   that secure our land position, either in
2   the Gulf of Mexico or onshore.  And they
3   are the typical group where prospects that
4   might be offered up for interest, they're
5   the group that this information would
6   likely go through.
7       Q.   Do you recall who you heard from
8   first about this possibility?
9       A.   Specifically, no, I don't.
10      Q.   Okay.  You mentioned a moment
11  ago that you were asked internally to look
12  at this.  Can you tell me what that means?
13      A.   Yes.
14      Q.   Who was asked?
15      A.   When the information was given
16  to us that there was a prospect that might
17  be of interest to us, internally it was put
18  to me, I believe, by Alan O'Donnell to
19  review this prospect.
20      MR. FINEMAN:
21          I'm going to mark as
22  Exhibit 1579, which is Tab 2 on the disk,
23  ANA MDL 000033441 to 33447.
24          (Whereupon, the document
25  referred to was marked as Exhibit No. 1579

Page 29

1   for identification.)
2   EXAMINATION BY MR. FINEMAN:
3       Q.   Take a quick minute to look
4   through that document.  I'm going to ask
5   you a couple of quick questions about it.
6       A.   (Witness reading document).
7       Q.   Mr. Chandler, this series of
8   pages at the top is an e-mail from Glenn
9   Raney to you which seems to include all
10  these materials; is that correct?
11      A.   That's right.
12      Q.   Who is Glenn Raney?
13      A.   Glenn Raney is the geophysicist
14  that works in our asset team.
15      Q.   Okay.  To the best of your
16  knowledge, do this e-mail and attachments
17  reflect the first time that you were
18  informed of the possibility of acquiring an
19  interest in Macondo?
20      A.   I think that's right.
21      Q.   And this is dated July 21, 2009?
22      A.   Right.
23      Q.   Okay.  If you look down at the
24  bottom of that page, there's an e-mail from
25  somebody called Nick Huch.  Do you see

8 (Pages 26 to 29)

Exhibit M
Page 8

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                    Reported by:
PAUL A. CHANDLER                                May 4, 2011                          JOSEPH R. KAISER, JR., CCR, RPR

Page 30

1  that?
2      A.   I do.
3      Q.   Who is Nick Huch?
4      A.   Nick Huch is our landman.
5      Q.   By that meaning he is with the
6  land department that we just discussed?
7      A.   That's correct.
8      Q.   That's what we call a landman?
9      A.   Landman.
10     Q.   And Mr. Huch is write -- you
11 weren't a recipient of this particular
12 e-mail so I'll read part it.  It says BP is
13 making 25, 30 percent available of their
14 hundred percent owned Macondo Prospect; is
15 that correct?
16     A.   That's correct.
17     Q.   And that's your memory of what
18 happened?
19     A.   That's right.
20     Q.   And this says they're seeking a
21 3:1 dry hole promote?
22     A.   Right.
23     Q.   What does that mean?
24     A.   That just means a 3 for 1
25 promote.  It has to do with us paying three

Page 31

1  times the initial cost of it to earn a
2  hundred percent.
3      Q.   Okay.  I understand, it's
4  economics.
5      A.   Right.
6      Q.   And it talks about drilling to a
7  total depth of 19,560 feet; correct?
8      A.   That is correct.
9      Q.   And that was your understanding
10 of the original parameters of the job;
11 correct?
12     A.   That's right.
13     Q.   Okay.  And then it says to what
14 they call the M54 seismic event.  What does
15 that mean?
16     A.   That is a BP terminology.  It's
17 referring to the stratigraphic position of
18 the reservoir rock that they're targeting,
19 that they see on their seismic data.  The M
20 stands for Miocene, 54 just stands for the
21 sequence within the Miocene.
22     Q.   You say it's a BP term.  It's
23 not a term that you used at Anadarko?
24     A.   It's not.  We would have just
25 called it the middle Miocene, or the middle

Page 32

1  Miocene No. 7, which is what we generally
2  refer to it as.
3      Q.   So in the other documents I've
4  seen that MM7?
5      A.   Right.
6      Q.   So there's different
7  terminology, basically, that we're dealing
8  with?
9      A.   There is.
10     MS. WILMS:
11          Object to form.
12 EXAMINATION BY MR. FINEMAN:
13     Q.   I'm sorry.  You can answer.
14     A.   There is.
15     Q.   There is?  Okay.  Now, did you
16 play a role in the decision by Anadarko
17 whether to acquire the interest in Macondo?
18     A.   Yes.
19     Q.   What role did you play?
20     A.   I did the geologic evaluation of
21 it.  So from a geological perspective, I
22 looked at the data that we had internally
23 at Anadarko.  We were provided data by BP
24 to do an initial evaluation of it.
25          And along with the asset team I

Page 33

1  worked with, we made a recommendation to
2  try to acquire an interest in this lease.
3      Q.   Prior to the Macondo experience,
4  had you ever worked on a project where
5  Anadarko was looking to obtain an interest
6  in the lease that was controlled by
7  somebody else?
8      A.   I don't remember one
9  specifically, no.
10     Q.   Okay.  So this exercise of
11 trying to decide whether or not Anadarko
12 should take an interest in Macondo, this
13 was the first time you had done something
14 like that?
15     A.   For Anadarko, that's correct.
16     Q.   Okay.  Had you done it for
17 somebody else?
18     A.   I have.
19     Q.   For who?
20     A.   For my former company, Ensench
21 Exploration.
22     Q.   How long has that been?
23     A.   I worked from -- at Ensench from
24 1981 to '97.  So it had been some time.
25     Q.   And when you worked there was

9 (Pages 30 to 33)

Page 34

1  that in the same geographic region of the
2  Gulf?
3      A.   It was not.  It was not in the
4  Gulf.  It was onshore.
5      Q.   Because of time constraints,
6  we're not going to spend any time on that.
7  Okay?
8      MR. FINEMAN:
9          I'm marking as 1580, which is
10 Tab 3, ANA MDL 000034501 through 34503.
11         (Whereupon, the document
12 referred to was marked as Exhibit No. 1580
13 for identification.)
14 EXAMINATION BY MR. FINEMAN:
15     Q.   Those are the attachments.
16         I can explain it to you later.
17 Let's not do it now.  It's because of the
18 way that Anadarko produced the documents.
19 They produced -- the e-mails were separate
20 from the natives and so we had to go back
21 and track the documents and see a color
22 version and then the document that has the,
23 the actual Bates number.
24     MS. WILMS:
25         Okay.

Page 35

1      MR. FINEMAN:
2          Okay?
3  EXAMINATION BY MR. FINEMAN:
4      Q.   Can you take a quick look at
5  that for me, Mr. Chandler?  I'm sorry, I'm
6  holding it.
7      MS. WILMS:
8          While Mr. Chandler is looking at
9  it I just want to note for the record
10 Mr. Fineman said it has initially two Bates
11 numbers, 34501 and 34502 and then a color
12 page with no Bates number.  And 34503, then
13 another color page with no Bates number.
14 EXAMINATION BY MR. FINEMAN:
15     Q.   Mr. Chandler, do you recall
16 these e-mails and attachments?
17     A.   Vaguely, yes, I do.
18     Q.   What are they?
19     A.   This has to do with the
20 reservoir evaluation of the Macondo
21 project.  This was after we did our initial
22 look at Macondo.  This is information that
23 came through BP, talking about how BP did
24 the distribution, the reservoir range
25 distribution.  The reservoir size

Page 36

1  distribution.
2          As Anadarko was doing our own
3  evaluation, our own range distribution, we
4  had some questions as to how BP got theirs.
5          So this has to do with their
6  explanation of that.
7      Q.   What is range distribution?
8      A.   Range distribution has to do
9  with determining what the low end,
10 recoverable reserve number would be for a
11 prospect and the high end and possibly a
12 mean or a P-50, if you would, likely number
13 for the size of the reserve.
14     Q.   So if you'll look at the bottom
15 of this first page, 34501, this is the
16 information coming from the BP reservoir
17 engineer; correct?
18     A.   That's correct.
19     Q.   Okay.
20     MS. WILMS:
21         You're talking about the period
22 that starts below are.
23     MR. FINEMAN:
24         Yes.  Thank you.
25     MS. WILMS:

Page 37

1          Okay.
2  EXAMINATION BY MR. FINEMAN:
3      Q.   And it says below are the
4  results of translating the Risk 2000 inputs
5  into Crystal Ball.  You see that?
6      A.   Yes.
7      Q.   What does that mean?
8      A.   Crystal Ball is a program that I
9  personally don't use.  This is a reservoir
10 engineering tool.  But I can tell you from,
11 from my perspective as a geologist this is
12 just simply a type of software program that
13 helps run the numbers, if you would, in
14 terms of the reservoir range.
15     Q.   Okay.  The next sentence says
16 the P90-Pmean-P10 range is 33-68-110 MMboe;
17 right?
18     A.   Yes.
19     Q.   What does that mean?
20     A.   This is the range that I was
21 talking about before where the P90 in this
22 case is 33 million barrels, the Pmean is 68
23 million barrels, the 110 is 110 million
24 barrels of oil, equivalent.
25         So in Crystal Ball, these are

10 (Pages 34 to 37)

Exhibit M
Page 10

Page 38

1  the numbers that were generated.
2      Q.  And then we go to the next
3  paragraph, it says the differences in this
4  range and the Risk range of 40-64-94 are
5  due to input parameter distributions and
6  appear reasonable.  You see that?
7      A.  I do.
8      Q.  What does that mean?
9      A.  I'm not sure what it means in
10  terms of what BP is talking about appears
11  reasonable.
12      So I can't really comment on
13  that.
14      Q.  Do you know what, when it says
15  the Risk range of 40-64-94, do you know
16  what that is referring to?
17      A.  The Risk range that he's talking
18  about is determining the risk of achieving
19  40 million barrels, 64 million barrels, 94
20  million barrels of oil equivalent.
21      Q.  In this context, what does risk
22  mean?
23      A.  Risk is, again, it's the chance
24  of acquiring, of actually obtaining those
25  size reserves or greater.  So it's the risk

Page 39

1  of obtaining 40 million barrels of oil
2  equivalent or greater.
3      Q.  Okay.  So risk meaning
4  opportunity or a chance?
5      MS. WILMS:
6      Object to form.
7      THE WITNESS:
8      Risk means chance.  It means
9  that the chance of that occurring.  And
10  there is a number usually applied to that.
11  EXAMINATION BY MR. FINEMAN:
12      Q.  Okay.  If you go to the top of
13  that document, of this page, I'm sorry.
14  There's an e-mail from you to Dawn Peyton;
15  correct?  At the very top of the page.
16      A.  Correct.
17      Q.  Who is Dawn Peyton?
18      A.  Dawn Peyton is the reservoir
19  engineer that's on our asset team.
20      Q.  She's Anadarko?
21      A.  She's Anadarko.
22      Q.  And Ben Manoochehri?
23      A.  Manoochehri.
24      Q.  Who is he?
25      A.  He's also a reservoir engineer

Page 40

1  at Anadarko.
2      Q.  What did you write there?  Can
3  you read that for me?
4      A.  I said I'm still confused, help.
5      Q.  Why were you confused and what
6  were you seeking help for?
7      A.  Because I'm not a reservoir
8  engineer, I'm a geologist.  So the numbers
9  that BP were giving us here, this range was
10  not the exact numbers that we were coming
11  up with.  The range seemed, seemed odd and
12  different.  We couldn't match those
13  numbers.
14      The explanation that's given
15  here at the bottom of the page, at the time
16  confused me.  I didn't understand how they
17  got those numbers.
18      Q.  Okay.  At some point, did you
19  come to understand their numbers?
20      A.  I did.
21      Q.  Okay.  And at some point, did
22  your internal analysis match with their
23  numbers or did it remain different?
24      A.  It remained different but only
25  by a slight amount.

Page 41

1      MR. FINEMAN:
2      This is Exhibit 1581.  It's
3  Tab 4, ANA MDL 000034958, 34193.  And,
4  again, with the same explanation as
5  earlier, there's a color attachment.
6      (Whereupon, the document
7  referred to was marked as Exhibit No. 1581
8  for identification.)
9  EXAMINATION BY MR. FINEMAN:
10      Q.  Take a quick look at that, sir.
11      A.  (Witness reading document).
12      Q.  Mr. Chandler, do you recall this
13  e-mail and the attachments thereto?
14      A.  I do.
15      Q.  And what is this e-mail and
16  attachment about?
17      A.  Dawn Peyton, the reservoir
18  engineer, was trying to understand how BP
19  got the reserve range that they did.  So
20  Dawn was trying to run the same type
21  software program to see if she could match
22  it.  Eventually she did.
23      It was determined that they used
24  a different type distribution model.  They
25  used a triangular distribution model as

11 (Pages 38 to 41)

Exhibit M
Page 11

Page 42

1 opposed to lognormal. Lognormal is more
2 what Anadarko uses. We didn't pick up on
3 that initially. So this is just talking
4 about that.
5     Q.   Okay. In the middle of the
6 page, there's an e-mail from you to
7 Ms. Peyton; correct?
8     A.   That's correct.
9     Q.   Dated August 19, 2009; correct?
10    A.   That's right.
11    Q.   Can you read that e-mail?
12    A.   Sure. It says hooray, we win.
13 Good work. We may never be able to
14 convince BP the errors of their ways but we
15 know we're right.
16    Q.   Let me stop you there. What
17 does that mean?
18    A.   It meant that we had a
19 discussion with BP concerning triangular
20 distribution versus lognormal distribution.
21 It was really more in the reservoir
22 engineering department but there was some
23 discussion as to what is the correct one to
24 use. We felt like the lognormal was the
25 correct one to use.

Page 43

1         At this point, we were convinced
2 that it was. So that's what this was
3 referring to.
4     Q.   Fair enough. Can you read the
5 next sentence for me?
6     A.   Let me know when you get your
7 economics finalized and we'll get it in
8 front of Allen with a recommendation.
9     Q.   Who is Allen in this context?
10    A.   This is, it's either Alan
11 O'Donnell or it's Allen Sanders. There was
12 a transfer, there was a change in our GM at
13 or about this point and I'm not sure which
14 Allen.
15    Q.   I'm going to show you a document
16 in a minute and I think we'll clear that
17 up. But what did you mean get your
18 economics finalized?
19    A.   Dawn's charge was to do the
20 economics on the Macondo prospect to
21 determine if we were going to join or not.
22 So she had to understand first how BP ran
23 their economics to see if the numbers we
24 were getting were somewhat, somewhat
25 similar.

Page 44

1         So having, having achieved that,
2 the next step would be to get the numbers
3 finalized so that we could make a
4 recommendation.
5     Q.   Okay. Your role here was
6 limited to the geology; correct?
7     A.   That's correct.
8     Q.   So were you, did you play any
9 role in the economic presentation?
10    A.   Only to the extent of providing
11 the geologic background for it.
12    Q.   But it wasn't your job to
13 decide, you know, what the economic
14 proposal would be in the event that
15 Anadarko decided to seek an interest in
16 Macondo; was it?
17    A.   No.
18    Q.   Whose decision would that have
19 been?
20    A.   Ultimately it would be the
21 general manager. Either Allen Sanders or
22 Alan O'Donnell, whoever was in charge at
23 that time.
24    Q.   Okay.
25    MR. FINEMAN:

Page 45

1         This is 1582.
2         (Whereupon, the document
3 referred to was marked as Exhibit No. 1582
4 for identification.)
5 EXAMINATION BY MR. FINEMAN:
6     Q.   ANA MDL 000034194, Tab 5.
7     A.   Okay.
8     Q.   This is an e-mail from you to
9 Allen Sanders at Anadarko; correct?
10    A.   That's correct.
11    Q.   Do you recall this e-mail?
12    A.   I don't specifically.
13    Q.   Okay. At this point in time,
14 does this help you to remember which Allen
15 the last e-mail was referring to?
16    A.   Yes.
17    Q.   And it was Allen Sanders?
18    A.   It was.
19    Q.   And Allen Sanders was the
20 general manager at this time?
21    A.   At this point, yes.
22    Q.   Do you recall when Mr. O'Donnell
23 took over from Mr. Sanders?
24    A.   I don't remember specifically.
25 It was very near this time but obviously a

12 (Pages 42 to 45)

Exhibit M
Page 12

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                   Reported by:
PAUL A. CHANDLER                                        May 4, 2011                        JOSEPH R. KAISER, JR., CCR, RPR

Page 46

1  little bit later.
2      Q.   Okay.  Can you read what you
3  wrote in the e-mail?
4      A.   Sure.
5      Q.   Which is dated August 19, 2009.
6      A.   Okay.  Allen, the team is ready
7  to meet with you and go over the economics
8  for the Macondo Prospect and make a
9  recommendation on our plan forward.  Let me
10  know when you might be available to meet
11  with us.  Thanks.
12      Q.   Why were you having that
13  communication with him as opposed to
14  somebody who was more involved in the
15  economic side?
16      A.   Well, even though Dawn ran the,
17  did the reservoir engineering and put
18  together the initial economics for it, I
19  was the one that kind of helped organize
20  all that.
21      I was not the official team
22  leader for it but some of that
23  responsibility did fall on me.  So I became
24  more or less the spokesman for it at this
25  point.

Page 47

1      Q.   Okay.  And the recommendation
2  that you were prepared to make was what?
3      A.   The recommendation we were
4  prepared to make was that we liked it from
5  a engineering standpoint, from a geological
6  point and our recommendation was to see if
7  we could acquire an interest in it.
8      MR. FINEMAN:
9      This is 1583.  ANA MDL
10  000041230, 41231.
11      (Whereupon, the document
12  referred to was marked as Exhibit No. 1583
13  for identification.)
14  EXAMINATION BY MR. FINEMAN:
15      Q.   Mr. Chandler, I'm going to ask
16  you questions, a couple of quick questions
17  about the first e-mail in the chain here,
18  which I think is the only one where you're
19  actually a recipient.  And this, that
20  e-mail is dated October 19, 2009.
21      Okay?
22      A.   Okay.
23      Q.   Why don't you go ahead and take
24  a minute and review that?
25      A.   You're talking about the very

Page 48

1  bottom one here?
2      Q.   I am.  I'm only going to ask you
3  a question about the first paragraph of
4  that e-mail.
5      A.   (Witness reading document).
6      Okay.
7      Q.   First of all, I notice -- and
8  this just may be my own bad document
9  review -- but there's a time lag here from,
10  from August to October.
11      Do you know what was going on in
12  that two-month period with respect to your
13  consideration of --
14      A.   Sure.
15      Q.   -- of Macondo?
16      MS. WILMS:
17      Object to form.  Go ahead.
18      THE WITNESS:
19      Sure.  The time lag just has to
20  do with the internal discussion on whether
21  or not to join.  The issue here was that
22  Macondo was evaluated by our development
23  asset team in the eastern Gulf but
24  technically Macondo was an exploration
25  prospect.

Page 49

1      So there was some discussion
2  internally at Anadarko as to who would
3  handle that.  It was ultimately determined
4  that we would handle that in the
5  development group.  But it also had to meet
6  our more stringent exploration reserve
7  guidelines.
8      So there was a lot of discussion
9  about those aspects at Macondo.  It brought
10  in a whole other group, our exploration
11  group, which had their say on their opinion
12  of Macondo.
13  EXAMINATION BY MR. FINEMAN:
14      Q.   And who was heading up that
15  group?
16      A.   That was Richard Hedley.
17      Q.   And this e-mail is from
18  Mr. Hedley; correct?
19      A.   That's correct.
20      Q.   And you're on the distribution
21  list of this e-mail; correct?
22      A.   I am.
23      Q.   Okay.  And Mr. Hedley invited
24  the recipients of the e-mail to attend the
25  Macondo presentation at 1:30 p.m. on

13 (Pages 46 to 49)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                    Reported by:
PAUL A. CHANDLER                                     May 4, 2011                              JOSEPH R. KAISER, JR., CCR, RPR

Page 50

1   Tuesday. You see that?
2       A.   I do.
3       Q.   Do you recall that presentation?
4       A.   Not specifically, I don't.
5       Q.   Okay. Generally, what would
6   have happened at a presentation like that?
7       A.   Sure.
8       MS. WILMS:
9           Object to form.
10      THE WITNESS:
11          Generally in a presentation like
12  this, we would present Macondo both as BP
13  had presented it to us and then as we had
14  evaluated and saw Macondo. Strictly
15  looking at the geologic merits of the
16  prospect, the reserve range of the
17  prospect, the economics of the prospect.
18          This was to bring everybody up
19  to speed internally at Anadarko to all
20  aspects of Macondo as we saw it.
21  EXAMINATION BY MR. FINEMAN:
22      Q.   Okay. Did your personal
23  assessment of the geology of the project
24  change at all from August to October?
25      A.   No.

Page 51

1       Q.   Okay. Mr. Hedley goes on to
2   write, this will be an opportunity to show
3   this relatively small -- and then
4   parenthetically, 60mmstb mean reserves) but
5   low risk Miocene prospect close to our
6   Pompano facility.
7           Did I read that correctly?
8       A.   That's right.
9       Q.   Do you know what he was talking
10  about there?
11      A.   I do.
12      Q.   Can you explain that?
13      A.   Sure. The Miocene, this Macondo
14  Miocene Prospect was considered less risky
15  in terms of achieving the reserve range
16  that had been outlined as compared to other
17  exploration prospects in that general area
18  in the Gulf of Mexico.
19          Because of that, it was, it was
20  deemed low risk in our shop at Anadarko.
21  It was relatively close to the Pompano
22  field and the Pompano facility, which was
23  some 27 miles or so to the north.
24          It was thought at that time and
25  later it was determined that if Macondo had

Page 52

1   been successful and reserves were obtained
2   there, the completion, those reserves would
3   go to the Pompano facility. Anadarko has
4   an interest in the Pompano facility so
5   there was some synergy there. So that's
6   what he's referring to.
7       Q.   Just to make sure I understand
8   this particular part of it, part of the
9   economic case for Anadarko going into
10  Macondo was the proximity of the Pompano
11  facility; is that correct?
12      A.   That's correct.
13      Q.   And the reason that was good is
14  because you wouldn't have to construct, you
15  could use the Pompano to produce the
16  reserve from Macondo; correct?
17      A.   That's correct.
18      Q.   Okay. You wouldn't have to
19  build a whole new facility for that
20  purpose?
21      A.   I wouldn't have to build a whole
22  new facility.
23      MS. WILMS:
24          Objection to form.
25      THE WITNESS:

Page 53

1           I'm sorry.
2       MS. WILMS:
3           That's okay.
4   EXAMINATION BY MR. FINEMAN:
5       Q.   I understand. Mr. Hedley refers
6   to this is a relatively small in that
7   sentence. You see that?
8       A.   I do.
9       Q.   Do you know, what did he mean by
10  that?
11      MS. WILMS:
12          Object to form.
13      THE WITNESS:
14          The exploration group has
15  slightly higher thresholds of prospect size
16  that they need to achieve. Generally a
17  hundred million barrels or greater is in a
18  general sense what our exploration is
19  looking at to pursue a prospect.
20          Macondo's mean value was less
21  than that. Whether it was BP's analysis or
22  Anadarko's analysis, the numbers were less
23  than a hundred million barrels equivalent.
24  So by that standard it was considered small
25  at Anadarko.

14 (Pages 50 to 53)

Page 54

1    EXAMINATION BY MR. FINEMAN:
2        Q.   So 60 million is the mean
3    reserve here; correct?  That's what
4    Mr. Hedley says?
5        A.   That's correct.
6        Q.   Was that consistent with your
7    understanding at the time?
8        A.   It is.  And was.
9        Q.   And that, in Anadarko's view was
10   considered relatively small; is that
11   correct?
12       MS. WILMS:
13           Object to form.
14       THE WITNESS:
15           Relatively small.  Still
16   significant, but relatively small.
17   EXAMINATION BY MR. FINEMAN:
18       Q.   Okay.  Later in that paragraph
19   Mr. Hedley says the prospect is considered
20   low risk as it has a high amplitude seismic
21   event with the far offset amplitude
22   brighter than the near offset data.
23           Did I read that correctly?
24       A.   You did.
25       Q.   What does that mean?

Page 55

1        MS. WILMS:
2            Object to form.
3    EXAMINATION BY MR. FINEMAN:
4        Q.   If you know.
5        A.   Yes, I know.  He's referring to
6    the amplitude versus offset, the AVO aspect
7    of the Macondo reservoir.
8            In this particular case, the far
9    offset being brighter than the near has to
10   do with a class of AVO.  It's arguably
11   Class 2.  This is a good thing in that it
12   gave us confidence that hydrocarbons were
13   present.
14       Q.   Okay.  And, again, this term
15   risk and low risk, low risk means there's a
16   low risk that you won't achieve your goal;
17   is that correct?
18       MS. WILMS:
19           Object to form.
20       THE WITNESS:
21           No.
22   EXAMINATION BY MR. FINEMAN:
23       Q.   Okay.
24       A.   Low risk has to do with a good
25   chance that you would achieve your

Page 56

1    reserves.  If a well was considered a high
2    risk or risky well, you would have less
3    chance of obtaining those reserves.
4        Q.   Okay.  I appreciate that.  It
5    helps.
6        MR. FINEMAN:
7            This is Exhibit 1584, ANA MDL
8    000041245.  Tab 7.
9            (Whereupon, the document
10   referred to was marked as Exhibit No. 1584
11   for identification.)
12   EXAMINATION BY MR. FINEMAN:
13       Q.   There you go, sir.  This is an
14   e-mail dated October 21, 2009 from Sherry
15   Baker to you; correct?
16       A.   That's correct.
17       Q.   And who is Sherry Baker?
18       A.   Sherry Baker is the geoscience
19   technologist that works with our risk
20   consistency team at Anadarko.
21       Q.   What is a risk consistency team?
22       A.   This is a team of geoscientists
23   that are present at Anadarko that review
24   prospects and review the risk that the
25   asset team places on them to make sure that

Page 57

1    it's consistent with how other teams risk
2    their prospects across the company.
3        Q.   Ultimately, did Anadarko's risk
4    consistency team agree with your team's
5    assessment?
6        MS. WILMS:
7            Object to form.
8        THE WITNESS:
9            In a general sense, they did.
10   Our original risk that we put on Anadarko
11   was a little over 60 percent.  After review
12   with the risk consistency team, they
13   actually upped that to about 76 percent.
14   EXAMINATION BY MR. FINEMAN:
15       Q.   Okay.  And did that become the
16   official position of Anadarko?
17       A.   It did.
18       MS. WILMS:
19           Object to form.
20       THE WITNESS:
21           It did in this case.
22   EXAMINATION BY MR. FINEMAN:
23       Q.   Okay.  I'll come back to that in
24   a moment.
25           In this e-mail, Ms. Baker is

15 (Pages 54 to 57)

Page 58

1  asking you, Paul, what would you consider
2  the key risk -- what would you consider the
3  key risk on Macondo?  What was your answer?
4      A.   My answer was reservoir.
5      Q.   What does that mean?
6      A.   It means of the various risk
7  components that go into that overall risk
8  number, in my opinion, the risk of finding
9  the reservoir rock as we had anticipated
10  was the highest of those risk categories.
11      Q.   And you expressed that view to
12  Ms. Baker?
13      A.   I believe that I did, yes.
14      Q.   And was that view taken into
15  account in the number that was ultimately
16  assigned to the risk?
17      MS. WILMS:
18          Object to form.
19      THE WITNESS:
20          It was.
21      MR. FINEMAN:
22          Next document is 1585, ANA MDL
23  000039054 to 39056.
24          (Whereupon, the document
25  referred to was marked as Exhibit No. 1585

Page 59

1  for identification.)
2  EXAMINATION BY MR. FINEMAN:
3      Q.   The top of the page is an e-mail
4  dated October 22, 2009 from Dawn Peyton to
5  you; correct?
6      A.   That's correct.
7      Q.   Okay.  She's attaching a couple
8  of documents for you, which I believe are
9  the documents attached to the e-mail; is
10  that correct?
11      A.   That's right.
12      Q.   Okay.  Can you -- in this e-mail
13  she says NPV almost doubles due to 20 MMBOE
14  higher mean and 10 percent increase in Pg.
15  You see that?
16      A.   Yes.
17      Q.   What does that mean?
18      A.   NPV means net present value.
19  That's a number that's generated through
20  our economics.  The 20 million barrels of
21  oil equivalent that she notes there is just
22  making note that the mean number that was
23  generated with some of our revised
24  economics after the RCT meeting increased.
25          And along with that, the Pg

Page 60

1  number, as I mentioned before, did change.
2  And it went up roughly from 65, 66 percent
3  to about 75 or 76 percent.
4      Q.   And Pg means?
5      A.   That's the probability of
6  geological success.
7      Q.   Okay.  So by this time, the
8  probability of geological success had gone
9  to 75?
10      A.   75 or 76.
11      Q.   Okay.  If you turn to the last
12  page of that exhibit.
13          This is dated October 22, 2009.
14  It's called risk consistency review and
15  summary; correct?
16      A.   Right.
17      Q.   Okay.  And then this apparently
18  refers to a meeting; is that correct?
19      A.   Yes.  Generally.
20      Q.   It says attendees and you're one
21  of the attendees; correct?
22      A.   That's correct.
23      Q.   Do you recall this meeting?
24      A.   I do.
25      Q.   Was this a meeting among these

Page 61

1  people and people from the risk consistency
2  team?
3      A.   That's correct.
4      Q.   Okay.  And what does this
5  document show us?
6      MS. WILMS:
7          Object to form.
8      THE WITNESS:
9          This is a summary document to
10  summarize the conclusions from our meeting
11  with the risk consistency team.  It
12  outlines, it outlines how the project team
13  saw the prospect and it shows how the RCT
14  organization reviewed, saw the prospect and
15  their conclusions from that review.
16  EXAMINATION BY MR. FINEMAN:
17      Q.   Okay.  So in the first, in this
18  box where it says prospect chance of
19  success?
20      A.   Okay.
21      Q.   It says, project team?
22      A.   Right.
23      Q.   And that's your team; correct?
24      A.   That's correct.
25      Q.   And then it says RCT guidance,

16 (Pages 58 to 61)

Exhibit M
Page 16

Page 62

1  that's the RCT's view; correct?
2      A.   That's correct.
3      Q.   The numbers are the same at this
4  point?
5      A.   They are.
6      Q.   Okay.  So your project team had
7  changed the view from the mid 60s to the
8  mid 70s by this point; is that correct?
9      A.   We had.
10     Q.   That's based on input from RCT?
11     A.   It was.
12     Q.   How important is this Pg risk
13  number -- strike that.  Is this Pg risk
14  number important in deciding whether to --
15  was there -- strike that.
16          Was this Pg risk number
17  important in Anadarko's decision whether to
18  seek an interest in Macondo?
19     MS. WILMS:
20          Object to form.
21     THE WITNESS:
22          Yes, it's important.
23  EXAMINATION BY MR. FINEMAN:
24     Q.   Why?
25     A.   Because it gives them an overall

Page 63

1  idea of the chance of success.  And it does
2  play into the economics in terms of net
3  reserves.
4      Q.   Okay.  And is there, at Anadarko
5  at this time was there sort of a threshold
6  below which one would conclude that it
7  wasn't worth doing?
8      MS. WILMS:
9          Object to form.
10     THE WITNESS:
11          In terms of what?
12  EXAMINATION BY MR. FINEMAN:
13     Q.   Like if the consensus of the
14  project team and the RCT people had decided
15  that the Pg risk was 60, would that have --
16  what would that have done?  It would have
17  made a difference in terms of whether
18  Anadarko would have made a proposal or not?
19     MS. WILMS:
20          Object to form.
21     THE WITNESS:
22          The difference would have been
23  in the net risk reserve numbers that would
24  have been generated from that and I don't
25  know if that would have ultimately made a

Page 64

1  difference or not.
2  EXAMINATION BY MR. FINEMAN:
3      Q.   Okay.  To some extent, these
4  numbers help drive the economics of the
5  transaction; is that correct?
6      A.   To some extent, that's correct.
7      Q.   If you look under key prospect
8  observations, the first bullet point is the
9  target reservoir is MM7/MM5 in a four-way
10  closure.  Correct?
11     A.   Correct.
12     Q.   What does that mean?
13     A.   The MM7/MM5 has to do with the
14  age of the rock.  Middle Miocene 7, middle
15  Miocene 5.  The middle Miocene 5 is
16  slightly older than the middle Miocene 7.
17          In our conclusion it would be
18  very close to the transition between those
19  two age rocks.  We couldn't tell for sure
20  which, the lowest part of the MM7 and the
21  highest part of the MM5.  So that was our
22  description of where the reservoir existed
23  stratographically.
24          The four-way closure had to do
25  with the structure.  In this particular

Page 65

1  case it was a structure that was closed on
2  all sides, which we refer to as a four-way
3  closure.
4      Q.   Is that a good thing?
5      MS. WILMS:
6          Object to form.
7      THE WITNESS:
8          It was in this case.
9  EXAMINATION BY MR. FINEMAN:
10     Q.   Why?
11     A.   Because it spoke to the tracking
12  mechanism for Macondo.
13     Q.   Did -- at this time, did BP
14  agree that the target reservoir was
15  MM7/MM5?
16     MR. DAVID:
17          Object to form.
18     THE WITNESS:
19          In a general sense, yes.  As I
20  mentioned before, there was a nomenclature
21  difference between BP and Anadarko.  But in
22  a product geological sense we were
23  referring to the same reservoir rock.
24  EXAMINATION BY MR. FINEMAN:
25     Q.   Okay.  The next bullet says

17 (Pages 62 to 65)

Exhibit M
Page 17

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

Reported by:

PAUL A. CHANDLER                    May 4, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 66

1  Macondo was close to the Isabela, Santa
2  Cruz and Blind Faith structures with
3  commercial hydrocarbons.
4       Did I read that correctly?
5       A.   Yes.
6       Q.   What did that mean?
7       A.   It had to do with the relative
8  distance to other existing fields in the
9  area that were similar to what we expected
10  at Macondo.
11       Q.   And what's the significance of
12  having similar fields nearby?
13       MS. WILMS:
14            Object to form.
15       THE WITNESS:
16            Analogous fields are always
17  important to show that the concept that we
18  were working with with Macondo worked in
19  other areas.
20  EXAMINATION BY MR. FINEMAN:
21       Q.   Okay.  And the next bullet says,
22  these nearby fields have MM7 net pay and
23  thickness ranging from 1300 [sic] to 250.
24            You see that?
25       A.   I do.

Page 67

1       MS. WILMS:
2            It says MM7 net pay sand
3  thickness.
4       MR. FINEMAN:
5            I'm sorry.
6       MS. WILMS:
7            No problem.
8  EXAMINATION BY MR. FINEMAN:
9       Q.   Let's start again.  The bullet
10  says these nearby fields have MM7 net pay
11  sand thickness ranging from 1300 -- I'm
12  sorry -- 130 to 250 feet.  You see that?
13       A.   I do.
14       Q.   Okay.  What does that mean?
15       A.   It's just describing the net pay
16  in those fields cited above there.  In that
17  particular age rock with net pay ranging
18  from 130 to 250 feet.
19       Q.   Okay.
20       MR. FINEMAN:
21            We need to take a quick break to
22  change the tape.
23       THE VIDEOGRAPHER:
24            This is the conclusion of
25  Tape 1.  The time is 9:34.

Page 68

1            (Off the record.)
2       THE VIDEOGRAPHER:
3            Returning to the record, it's
4  9:44.  This is the start of Tape 2.
5  EXAMINATION BY MR. FINEMAN:
6       Q.   Mr. Chandler, if you could look
7  again at the 39056 in front of you there, I
8  just have one more question on this.  If
9  you go down a couple more bullets, there's
10  one that says A/B amplitude conformance of
11  structure did not look very good based in
12  part to possible truncation of the MM7
13  target sand by a mass transport complex to
14  the east and shale-fill channel to the
15  west.  There is some downdip conformance to
16  the northwest.  You see that?
17       A.   Yes.
18       Q.   Can you explain what that means?
19       A.   For this particular prospect,
20  there appear to be places where the
21  reservoir sand itself was cut out, or
22  removed by a subsequent mass transport
23  complex, which is like a great mass wasting
24  of events, like a subsea avalanche, if you
25  will.  It rolls down the slope of the Gulf

Page 69

1  and it sometimes will take sand deposits
2  with it.
3            Because of that, the sand wasn't
4  evenly distributed over the structure and
5  because of that, you didn't get conformance
6  on all sides of the structure.  It was one
7  explanation as to why we didn't see
8  amplitude that conformed all the way around
9  the structure.
10       Q.   Can you define amplitude for me?
11       A.   Amplitude is what I mentioned
12  before with amplitude versus offset.  It's
13  a seismic event that shows a brightening of
14  that event at a potential formation or
15  reservoir.  And that brightening of the
16  event, if it conforms to a particular
17  structure, a structural point on a
18  structure, it's considered to be conformed.
19  And that's, this bullet point item is just
20  simply referring to that.
21       Q.   Okay.  I'm sorry.  At this point
22  in time, did you see anything geologically
23  in the structure here that caused you any
24  concerns about whether Anadarko should be
25  going into this, into Macondo?

18 (Pages 66 to 69)

Exhibit M
Page 18

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                                                Reported by:
PAUL A. CHANDLER                                    May 4, 2011                                    JOSEPH R. KAISER, JR., CCR, RPR

Page 70

1    MS. WILMS:
2        Object to form.
3    THE WITNESS:
4        I didn't see anything that
5    changed my mind on our initial
6    recommendation to do this.  From a geologic
7    perspective the prospect, in my opinion and
8    the opinion of our immediate asset team,
9    looked very strong and it was something
10   that we were interested in pursuing.
11       MR. FINEMAN:
12           Very quickly I want to look
13   at -- I'm going to show you one document
14   but it's a long document.  I have one
15   question about it.
16           This is 1586.  ANA MDL 00045796,
17   to 45827.  It's Tab 9.
18           (Whereupon, the document
19   referred to was marked as Exhibit No. 1586
20   for identification.)
21       MS. WILMS:
22           What page?
23   EXAMINATION BY MR. FINEMAN:
24       Q.   First of all, do you recognize
25   the document?

Page 71

1        A.   Yes.
2        Q.   What is it?
3        A.   This is the front cover to a
4    PowerPoint presentation concerning Macondo.
5        Q.   And the rest of the document is
6    the PowerPoint presentation; correct?
7        A.   Yes.
8        Q.   Okay.  And did you play any role
9    in preparing this document?
10       A.   I did.
11       Q.   Do you recall what parts of this
12   you prepared?
13       A.   I do.
14       Q.   Okay.  What parts?
15       A.   I played a part in the
16   recommendations page, the second page.
17       Q.   That would be -- can you give me
18   recommendation page is -- can you give me
19   the number?
20       A.   It is 45797.
21       Q.   Okay.  And what part of the
22   recommendation did you participate in?
23       A.   I was just part of the overall
24   team that put this together.  So I played a
25   supporting role for this.

Page 72

1        Q.   Okay.  Are there any other parts
2    of this document you participated in
3    preparing?
4        A.   Yes.
5        Q.   Which parts?
6        A.   I participated in the second
7    page on the location map.
8        Q.   Okay.
9    MS. WILMS:
10           That is, for the record, 45798.
11   THE WITNESS:
12           I participated in the prospect
13   summary page.
14   MS. WILMS:
15           This is 45799.
16   EXAMINATION BY MR. FINEMAN:
17       Q.   Right.  On that page, by the
18   way, it says on the bullets it says reserve
19   range?
20       A.   Yes.
21       Q.   This is, this says 8.8 MMBOE to
22   150 MMBOE, mean 60 MMBOE.  Correct?
23       A.   Correct.
24       Q.   And that's consistent with what
25   we talked about earlier; correct?

Page 73

1        A.   That's right.
2        Q.   And this is the relatively small
3    low risk?
4        A.   That's correct.
5    MS. WILMS:
6        Object to form.
7    EXAMINATION BY MR. FINEMAN:
8        Q.   Okay.  Other parts that you
9    participated in?
10       A.   I don't remember for sure on the
11   block ownership, if I prepared that slide
12   or somebody else did.
13       Q.   Okay.
14       A.   On the next page, the structure
15   map that's 45801, I prepared this.
16       Q.   Okay.  I don't have any
17   questions.  Go ahead.
18       A.   The next two or the next exhibit
19   are the seismic line, that was done by
20   someone else.  I'm familiar with it but I
21   didn't prepare that.
22           The next exhibit, that's 45803,
23   shows the geological setting.  I prepared
24   that map.
25           The next exhibit is a log of the

19 (Pages 70 to 73)

PAUL A. CHANDLER                              May 4, 2011                              JOSEPH R. KAISER, JR., CCR, RPR

Page 74

1    Isabela Discovery and a log from a prospect
2    called Ghost Rider and I prepared that.
3        Q.   What are these showing?
4        A.   These are showing similar pay
5    sections to what we anticipated at Macondo.
6    These were the analogous, the analogous
7    fields or analogous well that I mentioned
8    earlier.  Isabela was one of those fields
9    that was listed previously and that's the
10   discovery log over it.
11            Ghost Rider was a well that was
12   not a discovery, but it had sand that was
13   similar in age to we anticipated at
14   Macondo.  So these were analogous wells.
15       Q.   What are the graphs showing?
16       A.   The graphs for both, for both
17   logs show, show the sand itself.  On the
18   left side is a gamma ray, on the right side
19   is a resistivity curve.  It just outlines
20   the top of the base of the sand and gives
21   you an idea of whether it is a hydrocarbon
22   field or whether it's water field.
23       Q.   Okay.
24       A.   The next exhibit was an exhibit
25   that was provided for us by BP.  So it was

Page 75

1    included in our PowerPoint.
2            That's the same for the next
3    exhibit, which is 45806.  That was provided
4    for us by BP.
5        Q.   If it's got a BP logo on it, it
6    was provided by BP; is that correct?
7        MR. DAVID:
8            Object to form.
9        THE WITNESS:
10           I don't know that for certain.
11   EXAMINATION BY MR. FINEMAN:
12       Q.   Okay.  Go ahead.
13       A.   The next exhibit was also
14   provided by BP on the reservoir.  The next
15   Exhibit 45808, this is also, this was also
16   provided by BP, it's BP's interpretation.
17           The next Exhibit 45809 shows a
18   comparison of the structural interpretation
19   from BP's mapping to Anadarko's mapping.
20       Q.   Okay.
21       A.   I did not prepare, I did not
22   prepare this particular one.
23       Q.   Okay.  Go on.
24       A.   Okay.  The next one is a
25   comparison of the amplitudes that was

Page 76

1    provided to us by BP.  And the amplitudes
2    from the seismic data that we had at the
3    time we prepared this, in-house Anadarko.
4            The next exhibit is very similar
5    to the other one.  The next exhibit is the
6    same thing, except it apparently has a
7    structure with amplitude comparing BP's
8    interpretation to Anadarko's.
9        Q.   Okay.
10       A.   I didn't prepare this one,
11   either.  The next exhibit also shows that
12   comparison.  One of the differences, it
13   appears, is that the window of the
14   amplitude is changing from the Anadarko
15   interpretation.
16           So it appears as though the
17   window that the analysis was done for the
18   amplitude got larger as we went from one
19   exhibit to the other.  So it's just showing
20   how the amplitude could be interpreted
21   slightly different with a slightly
22   different way of approaching it.
23       Q.   Okay.
24       A.   I didn't prepare that.
25           The next exhibit, which is

Page 77

1    45813, is from Anadarko.  That's provided
2    to us.
3        Q.   Okay.  From BP, you mean?
4        A.   From BP.  The same for the next
5    exhibit, it just shows their far data set
6    versus the near data set.
7        Q.   Okay.
8        A.   The next exhibit, I also did not
9    prepare.  It's the seismic line that
10   Anadarko had in-house.
11           The next exhibit, 45816, is from
12   BP.  This is what they provided to us.  The
13   next exhibit, also, was one provided to us
14   by BP.  The next exhibit, which is 45818,
15   discusses tie-back opportunities.  I either
16   prepared this exhibit or gave support to
17   the preparation of this exhibit.
18       Q.   Okay.
19       A.   The next exhibit is, is an
20   exhibit that was provided to us by BP
21   talking about risk.
22       Q.   Let's stop here for a moment.
23   The bottom of that page, it says overall
24   chance of success is CA 67 percent.
25       A.   That's a BP, that's a BP

20 (Pages 74 to 77)

Exhibit M
Page 20

Page 78

1 terminology. I don't know what they mean
2 by that.
3     Q.   You don't know what that means?
4     A.   No.
5     Q.   Okay. This have anything to do
6 with the Pg number?
7     A.   I'm sure it does.
8     MR. DAVID:
9         Object to form.
10    THE WITNESS:
11        I'm sure it's a risk number, but
12 exactly what they mean by CA, I don't know.
13 EXAMINATION BY MR. FINEMAN:
14    Q.   Let's move on from this document
15 at this point.
16        So are you aware that Anadarko
17 did, in fact, acquire an interest in
18 Macondo?
19    A.   Yes.
20    MS. WILMS:
21        Object to form.
22 EXAMINATION BY MR. FINEMAN:
23    Q.   Do you recall how much the
24 interest was?
25    A.   Yes, I do.

Page 79

1     Q.   And what was that?
2     A.   That was 25 percent.
3     Q.   Okay. Prior to -- strike that.
4 Do you recall when the acquisition of the
5 interest in Macondo took place?
6     MS. WILMS:
7         Object to form.
8     THE WITNESS:
9         I don't remember specifically
10 when that was closed, no.
11 EXAMINATION BY MR. FINEMAN:
12    Q.   Do you recall prior to the
13 acquisition, Anadarko's acquisition of the
14 interest in Macondo, whether you ever
15 reviewed BP's initial exploration plan?
16    A.   I did not review BP's initial
17 exploration plan.
18    Q.   Okay. Prior to -- did you ever
19 review that plan?
20    A.   No.
21    Q.   Okay. Prior to Anadarko's
22 acquisition of its interest in Macondo, did
23 you ever review BP's Gulf of Mexico
24 regional oil spill response plan?
25    A.   No, I did not.

Page 80

1     Q.   Have you ever reviewed that
2 plan?
3     A.   I have not.
4     Q.   Prior to Anadarko's acquisition
5 of its interest in Macondo, did you
6 participate in any discussions about BP's
7 health, safety or environmental record?
8     A.   I did not.
9     Q.   Prior to the time Anadarko
10 acquired an interest in Macondo, did you
11 personally have any concerns about BP's
12 health, safety or environmental record?
13    A.   I did not.
14    Q.   Prior to Anadarko's acquisition
15 of its interest in Macondo, did you
16 participate in any discussions with any
17 Anadarko personnel regarding BP's ability
18 to manage an oil spill in connection with
19 Macondo?
20    A.   I did not.
21    Q.   Did you ever?
22    A.   I have never.
23    Q.   Prior to your -- strike that.
24 Prior to Anadarko's acquisition of its
25 interest in Macondo, did you personally

Page 81

1 have any concerns about BP's ability to
2 manage an oil spill in connection with
3 Macondo?
4     A.   No, I did not.
5     Q.   Are you aware that Anadarko was
6 considered a non-operator in connection
7 with Macondo?
8     A.   I am.
9     Q.   What is your understanding of
10 the role of a non-operator?
11    A.   The non- --
12    MS. WILMS:
13        Object to form.
14    THE WITNESS:
15        The non-operator is depending on
16 the operator to make the operational
17 decisions on the well.
18        Our role is to monitor what's
19 occurring, stay current with the activities
20 that's going on through information that
21 the operator provides us. But the
22 non-operator's dependent on the operator.
23 EXAMINATION BY MR. FINEMAN:
24    Q.   Is that the role that Anadarko
25 played with respect to Macondo?

21 (Pages 78 to 81)

Exhibit M
Page 21

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported by:
PAUL A. CHANDLER                              May 4, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 82

1    MS. WILMS:
2        Object to form.
3    THE WITNESS:
4        Yes.
5    EXAMINATION BY MR. FINEMAN:
6    Q.    And is that typical of a role of
7  a non-operator, in your experience?
8    A.   Yes, it is.
9    MS. WILMS:
10       Object to form.
11   EXAMINATION BY MR. FINEMAN:
12   Q.    Okay. Was Anadarko's role as a
13  non-operator with respect to Macondo
14  typical of other instances where Anadarko
15  has been a non-operator?
16   MS. WILMS:
17       Object to form.
18   THE WITNESS:
19       Yes.
20   EXAMINATION BY MR. FINEMAN:
21   Q.   What was your role as project
22  geological advisor regarding Macondo in the
23  January to April 2010 time period?
24   A.   In that time period, my role was
25  to monitor the drilling activities of the

Page 83

1  well. Once the well started drilling, as
2  it progressed, my role was to stay current
3  with information provided to me by BP so
4  that I could answer any questions that
5  might be posed to me by my general manager.
6    Q.   Okay. What was the purpose in
7  monitoring geological activity in the -- at
8  Macondo in the January, April 20, 2010 time
9  period?
10   A.   It was two-fold. First to,
11  again, stay current on the drilling
12  activity to the extent that we wanted to
13  know when we would reach our main
14  objective, when we would reach TD.
15       Once we reached our main
16  objective in TD, the analysis of that
17  reservoir was, of course, important to us.
18  And I needed to be informed as to how that
19  analysis was going in terms of the logging
20  on the well so that, again, I could answer
21  any questions posed to me by my manager.
22       And ultimately Anadarko would
23  have to make a decision to elect to
24  complete the well or not.
25   Q.   I'm sorry, what do you mean they

Page 84

1  would have to make a decision about whether
2  to complete the well or not?
3    A.   Once we reached TD and we -- and
4  log analysis was done on the reservoir, if
5  there was determined at that point there
6  was commerciality to the prospect, then the
7  next stage would be to make a decision to
8  carry on and complete the well.
9        That's a point in an election
10  that an operator or non-operator would have
11  to make, whether they wanted to take the
12  next step and complete the well, put in
13  facilities, do tie-backs, that sort of
14  thing.
15   Q.   Can you define the phrase
16  complete the well?
17   A.   From my perspective as a
18  geologist, it's just simply putting the
19  particular reservoir in question on
20  production.
21   Q.   And define TD.
22   A.   TD in this case was referring to
23  the total depth.
24   Q.   Okay. Did you have any -- in
25  the January to April 20, 2010 time

Page 85

1  period -- did you have any responsibilities
2  for monitoring drilling activity?
3    A.   No, I did not.
4    Q.   Do you know who did at Anadarko?
5    A.   Yes, I do.
6    Q.   Who was that?
7    A.   That would be Bob Quitzau.
8    Q.   Your role was limited to
9  geology; is that fair?
10   A.   That's fair.
11   Q.   What types of information was
12  Anadarko told to receive about operations
13  at Macondo?
14   MS. WILMS:
15       Object to form.
16   EXAMINATION BY MR. FINEMAN:
17   Q.   From the operator?
18   MS. WILMS:
19       Object to form.
20   THE WITNESS:
21       The information that we were
22  expecting to receive was information in the
23  form of daily drilling reports. Daily
24  geological reports.
25   EXAMINATION BY MR. FINEMAN:

22 (Pages 82 to 85)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                          Reported by:
PAUL A. CHANDLER                                  May 4, 2011                        JOSEPH R. KAISER, JR., CCR, RPR

Page 86

1    Q.   Drilling reports, geological
2  reports?
3    A.   That's right.
4    Q.   Anything else?
5    A.   As it was drilling, once we got
6  to the stage where we were running LWD
7  logs, that information would also be
8  available.
9    Q.   LW?
10   A.   Logging while drilling.
11   Q.   Logging while drilling?
12   A.   Right.
13   Q.   What does that show?
14   A.   It shows a log of the particular
15  lock that you're drilling in at the time.
16   Q.   Anything else that you -- any
17  other kinds of information that you were
18  expecting to receive?
19   A.   Mud logging information would be
20  another one.  Those were the basic tools.
21   Q.   What's a mud log?
22   A.   A mud log is a log that's
23  prepared by a mud logger on the well where
24  he's evaluating samples that he's seeing,
25  and any type of hydrocarbon shows that

Page 87

1  might be associated with those samples.
2    Q.   And of these types of
3  information, what were you looking at?
4    A.   I was primarily looking at
5  geological reports, I was primarily looking
6  at the LWD logging when it was occurring.
7  And once we got to the stage of doing all
8  the log analysis, that was also of interest
9  to me.
10   Q.   Okay.  And how did Anadarko
11  receive information regarding Macondo?  In
12  other words, how did Anadarko obtain the
13  daily drilling geological report, the mud
14  log reports, the LWD reports?
15   MS. WILMS:
16       Object to form.
17   THE WITNESS:
18       These reports were placed in a,
19  in what was called WellSpace, which was a
20  data center that was set up that Anadarko
21  had access to to go to to be able to
22  download these type reports and documents.
23  EXAMINATION BY MR. FINEMAN:
24   Q.   Okay.  I'm going to come back to
25  WellSpace in more detail later.

Page 88

1        Was there any other means of
2  Anadarko obtaining information about
3  operations at Macondo?
4    MS. WILMS:
5        Object to form.
6    THE WITNESS:
7        That would be through INSITE
8  Anywhere®, which is where real-time data
9  was occurring.  And for me, this was
10  primarily to obtain the LWD logging
11  information.
12  EXAMINATION BY MR. FINEMAN:
13   Q.   Okay.  Did you have -- were
14  there regularly scheduled meetings with BP
15  as operator to discuss operational progress
16  at Macondo?
17   MS. WILMS:
18       Object to form.
19   MR. DAVID:
20       Object.
21   THE WITNESS:
22       No.
23  EXAMINATION BY MR. FINEMAN:
24   Q.   Were there any meetings with BP
25  as operator discussed operational progress

Page 89

1  at Macondo, again, in the January to
2  April 20, 2010 time period?
3    MS. WILMS:
4        Object to form.
5    THE WITNESS:
6        Not that I was aware of.
7  EXAMINATION BY MR. FINEMAN:
8    Q.   Did you ever personally visit
9  the DEEPWATER HORIZON?
10   A.   No, I did not.
11   Q.   Were there regularly scheduled
12  meetings among Anadarko personnel for the
13  purpose of discussing operations at the
14  well?
15   A.   There were never any regularly
16  scheduled meetings that I was involved with
17  to discuss anything going on on the
18  Macondo.
19   Q.   Okay.  Did you personally have
20  regularly scheduled meetings with any other
21  Anadarko personnel regarding progress at
22  the Macondo well?
23   A.   Not regularly scheduled
24  meetings.  We met as needed.
25   Q.   Okay.  And you met with

23 (Pages 86 to 89)

Exhibit M
Page 23

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                        Reported by:
PAUL A. CHANDLER                              May 4, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 90

1  Mr. O'Donnell as needed?
2      A.   As needed; that is correct.
3      Q.   Okay.  How did you typically
4  communicate -- strike that.  You testified
5  a moment ago that you're staying current by
6  monitoring what was going on at the Macondo
7  well; correct?
8      MS. WILMS:
9          Object to form.
10     THE WITNESS:
11         That's right.
12 EXAMINATION BY MR. FINEMAN:
13     Q.   And you were reviewing,
14 primarily, geological reports, daily
15 geological reports?
16     MS. WILMS:
17         Object to form.
18     THE WITNESS:
19         That's correct.
20 EXAMINATION BY MR. FINEMAN:
21     Q.   Did you have a practice or
22 procedure for what you do after you read
23 those reports?
24     A.   I did not have a normal practice
25 or procedure after I would read the reports

Page 91

1  or after I reviewed the LWD logging while
2  we were in the drilling phase.  I reported
3  to the general manager on an as-needed
4  basis.
5      Q.   And you would decide if there
6  was something important enough to tell him;
7  is that correct?
8      A.   That's correct.
9      Q.   Was there somebody at BP that,
10 one person or persons that you communicated
11 with if you had questions about operations
12 at the Macondo well?
13     MS. WILMS:
14         Object to form.
15     THE WITNESS:
16         At Anadarko we have an
17 operations group.  That group consists of a
18 geologist or geologists that normally make
19 those type communications.  I would usually
20 work through our operations group if I had
21 questions concerning what was going on at
22 the well.  They would make the contact with
23 BP.
24         On occasion when I could not get
25 ahold of some of those people, I would

Page 92

1  contact BP directly.  And I did that on a
2  few occasions and Bobby Bodek, the
3  operations geologist for BP, was my contact
4  for that.
5  EXAMINATION BY MR. FINEMAN:
6      Q.   And who was the head of the
7  operations group at Anadarko that you would
8  try to communicate with, or would
9  communicate with?
10     A.   The geologist that was assigned
11 this role for Macondo was John Kamm.
12     Q.   John Kamm?
13     A.   Correct.
14     Q.   Is that K-A-M-M?
15     A.   I believe that's right.  John
16 Kamm.
17     Q.   Was Anadarko permitted to make
18 operational recommendations to BP in
19 connection with Macondo?
20     MS. WILMS:
21         Object to the form.
22     MR. DAVID:
23         Object to form.
24     THE WITNESS:
25         Not that I'm aware of.

Page 93

1  EXAMINATION BY MR. FINEMAN:
2      Q.   Okay.  Was Anadarko permitted to
3  raise questions, express concerns or make
4  objections regarding operations at Macondo?
5      MR. DAVID:
6          Object to form.
7      MS. WILMS:
8          Object to form.
9      THE WITNESS:
10         I'm sure Anadarko could raise
11 objections or ask questions if needed.
12 EXAMINATION BY MR. FINEMAN:
13     Q.   Did you, personally, ever raise
14 questions or express concerns about some
15 aspect of operations to BP?
16     MS. WILMS:
17         Object to form.
18     THE WITNESS:
19         I did.
20 EXAMINATION BY MR. FINEMAN:
21     Q.   And specifically what were the
22 nature of those concerns or objections?
23     MS. WILMS:
24         I believe your question was
25 whether he had questions or objections.

24 (Pages 90 to 93)

Page 94

1      MR. FINEMAN:
2          I asked a different question in
3   my head so that's probably where we got
4   confused.
5      THE WITNESS:
6          No problem.
7   EXAMINATION BY MR. FINEMAN:
8      Q.   Did you personally ever express
9   any concerns or objections to anybody at BP
10  about any aspect of operations at Macondo?
11     MS. WILMS:
12         Object to form.
13     THE WITNESS:
14         I had questions on a couple of
15  occasions.  I had questions concerning
16  getting some reports that we were due in
17  the normal course of work flow.  And I had
18  questions concerning the TD of the well.
19  EXAMINATION BY MR. FINEMAN:
20     Q.   The total depth?
21     A.   That's correct.
22     Q.   What were your questions about
23  the total depth?
24     A.   I asked BP, Bobby Bodek, of the
25  possibility of drilling deeper at Macondo.

Page 95

1   It was a simple question from me to him on
2   behalf of Anadarko.  We wanted to -- we
3   wanted to investigate the idea of drilling
4   deeper.  We wanted to find out what BP's
5   stand or opinion of that might be.
6      Q.   Why?
7      A.   Internally at Anadarko we
8   thought that there was a chance that there
9   may be additional sands beneath the main
10  reservoir sand.  We thought that there was
11  at least that possibility.
12         So we wanted to investigate the
13  idea of, perhaps, drilling a little deeper
14  at some point.
15     Q.   Do you recall what the response
16  was from BP to your question about whether
17  the well should be drilled deeper?
18     MR. DAVID:
19         Object to form.
20     THE WITNESS:
21         Yes.
22  EXAMINATION BY MR. FINEMAN:
23     Q.   What was the response?
24     A.   Ultimately BP said that they
25  were not interested in drilling deeper and

Page 96

1   that they wanted to TD the well where it
2   was.  And we ultimately agreed.
3      Q.   Okay.  Was the decision to TD
4   the well something that Anadarko had to
5   agree to?  Was that your understanding?
6      MS. WILMS:
7          Object to form.
8      MR. DAVID:
9          Object to form.
10     THE WITNESS:
11         Ask the question again.
12  EXAMINATION BY MR. FINEMAN:
13     Q.   Sure, sorry.
14         Was, to your knowledge, was, did
15  BP, was BP required to get Anadarko's
16  consent to a decision not to drill to total
17  depth as described in drilling plans or in
18  AFEs?
19     MR. DAVID:
20         Object to form.
21     MS. WILMS:
22         Object to form.
23     THE WITNESS:
24         To my knowledge, BP could call
25  TD where they felt appropriate.

Page 97

1   EXAMINATION BY MR. FINEMAN:
2      Q.   They didn't need your
3   permission?
4      MR. DAVID:
5          Object to form.
6      THE WITNESS:
7          In my opinion, that's correct.
8   EXAMINATION BY MR. FINEMAN:
9      Q.   Did you ever have any
10  disagreements with BP as to whether the pay
11  sand that was being drilled through was, in
12  their vernacular, M56 or M55 or in your
13  vernacular, something else?
14     MS. WILMS:
15         Object to form.
16     THE WITNESS:
17         No.  I never had any
18  disagreements with BP.  There was
19  discussion internally as to what sand it
20  was, was it the primary sand we were
21  targeting.  Those are normal, those are
22  normal type discussions.
23         But I had no disagreement with
24  BP about, about what sand we were in.
25  EXAMINATION BY MR. FINEMAN:

25 (Pages 94 to 97)

Page 98

1     Q.   You mentioned WellSpace, let's
2  talk a little bit about that.  Well, why
3  don't you describe WellSpace for me?
4     A.   WellSpace is a Schlumberger
5  product, I believe, which is a software
6  program that enables an operator to place,
7  to place data in it for access for the
8  non-operators.
9     Q.   And the kind of information that
10  Anadarko could obtain from WellSpace
11  included the daily drilling geological
12  reports, LWD reports, the mud log reports
13  that you described earlier?
14     MR. DAVID:
15         Object to form.
16     THE WITNESS:
17         That's right.  It would be that
18  and in addition to that, it would be other
19  evaluation that ultimately might be done on
20  that reservoir.  All the information done
21  in terms of reservoir evaluation would be,
22  would be included in WellSpace.
23  EXAMINATION BY MR. FINEMAN:
24     Q.   And generally speaking, who had
25  access to the WellSpace data for the data

Page 99

1  stored on WellSpace from -- strike that.
2         To your knowledge, who had
3  access to the Macondo information that was
4  on the WellSpace?
5     MR. DAVID:
6         Object to form.
7     THE WITNESS:
8         For WellSpace, I'm not sure
9  beyond myself who at Anadarko had access to
10  it.
11  EXAMINATION BY MR. FINEMAN:
12     Q.   Have you ever heard of a company
13  called MOEX Offshore?
14     A.   Yes.
15     Q.   Who is MOEX Offshore?
16     MS. WILMS:
17         Object to form.
18     THE WITNESS:
19         It's my understanding they were
20  the other non-operating entity in the
21  Macondo lease.
22  EXAMINATION BY MR. FINEMAN:
23     Q.   Did you ever speak to anybody
24  from MOEX Offshore?
25     A.   No.

Page 100

1     Q.   Do you know whether MOEX
2  Offshore had access to WellSpace with
3  respect to Macondo?
4     MR. DAVID:
5         Object to form.
6     THE WITNESS:
7         I don't know specifically.
8  EXAMINATION BY MR. FINEMAN:
9     Q.   This has been previously marked
10  as Exhibit 1213.  We can attach it to the
11  transcript.  Tab 11.
12     A.   (Witness looking at document).
13     Q.   Have you seen this e-mail
14  before?
15     A.   I don't recall it specifically,
16  no.
17     Q.   This is dated January 26, 2010
18  from Robert -- is it Bodek?
19     A.   Yes, I believe that's right.
20     Q.   Okay.  To a distribution list
21  that includes you; correct?
22     A.   That's correct.
23     Q.   And it says, it's addressed to,
24  I think it's Paul.  Well, it says PJ.
25  Could you add the following individuals to

Page 101

1  the access list for the Macondo WellSpace.
2  I believe that these individuals are all
3  new users.
4         And you're included among those
5  people; correct?
6     A.   That's correct.
7     Q.   Okay.  Are all these other
8  people listed on this exhibit Anadarko
9  personnel, as far as you know?
10     A.   They all appear to be, yes.
11     Q.   Okay.  Does this -- do you have
12  any knowledge of whether these people had
13  access to WellSpace?
14     A.   I know that, that most, if not
15  all, these people probably had access to
16  WellSpace, yes.
17     Q.   Okay.  Do you recall whether you
18  personally obtained access to WellSpace
19  soon after January 26, 2010?
20     A.   I don't recall specifically when
21  I, when I actually got access to it.
22     Q.   Okay.  To the best of your
23  memory, did you have access to WellSpace
24  from the time BP resumed drilling in
25  February?

26 (Pages 98 to 101)

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C.                 Telephone: (504) 525-9100
New Orleans, LA 70130-6029                   Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit M
Page 26

Page 102

1    MR. DAVID:
2        Object to the form.
3    THE WITNESS:
4        Yes.  Generally that would be
5    correct.
6    EXAMINATION BY MR. FINEMAN:
7    Q.   Okay.  I'm going to show you
8    what's been previously marked as
9    Exhibit 613.  For the record, it's HAL
10   0050569 through 50581.
11       Mr. Chandler, have you ever seen
12   this document before?
13   A.   I believe I've been shown this
14   document before, yes.
15   Q.   During your deposition?
16   A.   Correct.
17   Q.   Deposition preparation?
18   A.   That's correct.
19   Q.   Prior to that, had you ever seen
20   this before?
21   A.   No, I had not.
22   Q.   All right.  I'm going to come
23   back to that in one second.
24       Did Anadarko have any policies
25   or practices for review of information

Page 103

1    obtained via WellSpace?
2        MS. WILMS:
3        Object to form.
4    THE WITNESS:
5        Anadarko had no specific
6    practices or policies that I was aware of
7    regarding WellSpace.
8    EXAMINATION BY MR. FINEMAN:
9    Q.   Do you know whether specific
10   Anadarko personnel were tasked with
11   downloading and reviewing specific types of
12   information or reports from WellSpace?
13   A.   Only in regards to our
14   operations group.  Their task was to gather
15   the information, put into WellSpace, not
16   necessarily to evaluate it, but merely
17   gather it.
18   Q.   And then do what with it?
19   A.   Make it available to those who
20   might need it.  To make it part of our
21   files internally.
22   Q.   So was it somebody's job --
23   whose job was that?  Do you know the
24   specific person?
25   A.   Within the operations group that

Page 104

1    would be Sara Chapman.
2    Q.   And was it Ms. Chapman's job to
3    download everything that was put in
4    WellSpace regarding Macondo?
5        MS. WILMS:
6        Object to form.
7    THE WITNESS:
8        I couldn't speak to what her
9    specific job is.  In general, her job is to
10   gather that data.  Specifically I couldn't
11   tell you much more than that.
12   EXAMINATION BY MR. FINEMAN:
13   Q.   When you wanted information from
14   WellSpace, did you do it, did you download
15   it yourself or did you have somebody else
16   do it?
17   A.   I would generally download it
18   myself.
19   Q.   But there were no -- strike
20   that.  Were there any rules or policies
21   with respect to this, or was it up to the
22   individual user?
23       MS. WILMS:
24       Object to form.
25   THE WITNESS:

Page 105

1        It was generally up to the
2    individual user.  The operations group
3    would be the official download where they
4    would collect that data.  But generally,
5    the work flow was on a user specific type
6    basis.
7    EXAMINATION BY MR. FINEMAN:
8    Q.   Did Anadarko, to your knowledge,
9    have a central file room or space where all
10   of the downloads from WellSpace were kept?
11   A.   I believe that's correct.
12   Q.   And do you know who the
13   custodian of that file was?
14   A.   I don't know specifically.
15   Q.   All right.  But would it be
16   within the operations group?
17   A.   I don't know that specifically,
18   either.
19   Q.   Okay.  Do you know whether
20   Anadarko prepared any internal reports or
21   memoranda concerning the contents of
22   WellSpace data review?
23   A.   I'm not aware of it, no.
24   Q.   What were your personal
25   practices concerning downloading

27 (Pages 102 to 105)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported by:
PAUL A. CHANDLER                                May 4, 2011                       JOSEPH R. KAISER, JR., CCR, RPR

Page 106

1   information from WellSpace?
2       A.   I would download data as I
3   needed it, as it became available.  I would
4   put that in a shared file that our asset
5   team could access.
6           And that's where the data was
7   kept for our asset team.
8       Q.   Is asset team the same as
9   development?
10      A.   It is in this case, yes.
11      Q.   Okay.  But in this case?
12      A.   Right.  Asset team could be a
13  team used to assess development projects.
14  It could even be in regard to exploration
15  projects.  In this case, how it was an
16  exploration project.
17      Q.   Okay.  How did you decide
18  whether or not you'd check WellSpace to see
19  if there was anything there that you wanted
20  to download?
21      A.   It would depend on what was
22  going on at the well at the time.
23  Generally I would check WellSpace for
24  information.
25          If we were, if we were drilling,

Page 107

1   I would probably check it once a day to get
2   information.  As we got closer to our
3   primary objective, I would check it more
4   often.
5           If I knew that we weren't
6   drilling for whatever reason, I might not
7   check it that day.
8       Q.   Okay.  Do you have records of,
9   yourself, of the -- all the material that
10  you downloaded from WellSpace?
11      MS. WILMS:
12          Object to form.
13  EXAMINATION BY MR. FINEMAN:
14      Q.   I think you might have answered
15  this question already.
16      A.   Yeah.  We have files set up for
17  our asset team that has the data that we
18  downloaded from WellSpace.
19      Q.   Okay.  Were you satisfied,
20  personally, that is, were you satisfied
21  with the information that you could obtain
22  via WellSpace?
23      MS. WILMS:
24          Object to form.
25      THE WITNESS:

Page 108

1           From a geological perspective in
2   order for me to do my job, I was satisfied
3   with the data that I got from WellSpace.
4   EXAMINATION BY MR. FINEMAN:
5       Q.   Did you the find the data that
6   was available to you via WellSpace to be
7   timely?
8       MS. WILMS:
9           Object to form.
10      THE WITNESS:
11          Again, to do my job
12  geologically, I found it to be timely in
13  most instances.  As I mentioned before,
14  there was one occurrence where we were
15  missing some reports, which eventually we
16  did obtain.
17  EXAMINATION BY MR. FINEMAN:
18      Q.   Were you aware in the
19  January 2010 to April 20, 2010 time period
20  that BP maintained a private location in
21  WellSpace that was not acceptable to
22  Anadarko?
23      MR. DAVID:
24          Object to form.
25      THE WITNESS:

Page 109

1           I was not aware of that
2   specifically.
3   EXAMINATION BY MR. FINEMAN:
4       Q.   Is that the kind of thing you
5   would have liked to have known?
6       A.   Not necessarily.  It's not
7   uncommon for an operator to have a
8   different WellSpace file that might contain
9   more information than a non-operator might
10  not have.  That's not an uncommon practice.
11          But I was satisfied with the
12  data that they made available to me to do
13  my job geologically.
14      Q.   Okay.  Can you look at, back at
15  Exhibit 613 that's in front of you?
16          This is a document that appears
17  to be a log of -- a download and upload log
18  for WellSpace for the time period April 16,
19  2010 through April 20, 2010.
20          You see that at the top of the
21  page; correct?
22      A.   That's correct.
23      MS. WILMS:
24          I just want to note for the
25  record that it appears there's a blank page

28 (Pages 106 to 109)

601 Poydras Street, Suite 1720                     GAUDET KAISER, L.L.C.                    Telephone: (504) 525-9100
New Orleans, LA 70130-6029                     Board-Certified Court Reporters            Facsimile: (504) 525-9109

Exhibit M
Page 28

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                          Reported by:
PAUL A. CHANDLER                              May 4, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 110

1  in between every Bates labelled page on
2  this document.
3       MR. FINEMAN:
4          It's just a function of the
5  copying.
6       MS. WILMS:
7          No problem.
8       MR. FINEMAN:
9          That's not the way the document
10 exists.
11 EXAMINATION BY MR. FINEMAN:
12      Q.   This, if you look at this first
13 page, you see your name on a number of
14 downloads; correct?
15      A.   That's correct.
16      Q.   For example, on April 16, 2010,
17 at 7:33.  You see that?  It's at the top at
18 the far right?
19      A.   Yes.
20      Q.   It says that you downloaded a
21 draft report.  Apparently it's wireline
22 information.  Is that correct?
23      A.   That's what it says, that's
24 right.
25      Q.   Okay.  What is wireline info?

Page 111

1       A.   This would be referring to
2  logging information that was done via
3  wireline as opposed to real-time data and
4  LWD logging.
5       Q.   What is wireline data?
6       A.   This is logging data that's done
7  with a wireline.  This is done after you
8  reached your TD point.  And in this case it
9  was after we reached our final TD.
10         So this was part of the final
11 log analysis done by wireline log.
12      Q.   And just because I'm not a
13 geologist, what does wireline mean?
14      A.   The tool is literally sent down
15 the hole on wire.  On logging cable.  As
16 opposed, again, to real-time data where
17 it's transmitted via, via the bid and via
18 mud.
19      Q.   And what kind of information are
20 you obtaining when you get wireline
21 information?
22      A.   In many instances you're
23 obtaining some of the same data that you
24 can get from LWD logging.  Often you get
25 more detailed information from wireline

Page 112

1  logging.  In addition to the LWD log with
2  resistivity and gamma ray, you get things
3  like sonic data.  You get density neutron
4  data, you get image logs.  Through wireline
5  you can get sidewall cores, you can get
6  pressure tests and fluid samples.
7          That sort of thing.
8       Q.   And then it shows here, if you
9  look down the page a little bit, a number
10 of other entries where you, also on the
11 16th, we are downloading other wireline
12 reports; is that correct?
13      MS. WILMS:
14          Object to form.
15      THE WITNESS:
16          Yes.  Yes, it is.
17 EXAMINATION BY MR. FINEMAN:
18      Q.   Do you recall why on April 16,
19 2010, you were downloading this wireline
20 information?
21      A.   I don't recall specifically, but
22 that would be very near the point where we
23 were finishing most of our wireline log
24 evaluation.  So I'm sure this would be in
25 connection with that.

Page 113

1       Q.   Okay.  And then it also shows
2  here that you downloaded a number of -- on
3  the 16th, also -- a number of geological
4  reports.
5          Do you see that?  It continues
6  on to the next page as well.
7       A.   Yes.
8       Q.   And the reason for downloading
9  those reports, the geological reports was
10 what?
11      A.   Again, this was near the end of
12 the evaluation for the well.  For my
13 concern, geologically, we had completed
14 most of what we had intended to do to
15 evaluate the reservoir.  So this was in
16 connection with that and just making sure
17 that all our reports were downloaded to the
18 final analysis.
19      Q.   Okay.  If you go to Bates stamp
20 50574, you'll see an entry for you on
21 April 19, 2010 at 11:01.  You see that?
22      A.   I do.
23      Q.   And here you're downloading
24 something called drilling reports.  Do you
25 see that?

29 (Pages 110 to 113)

601 Poydras Street, Suite 1720                GAUDET KAISER, L.L.C.              Telephone: (504) 525-9100
New Orleans, LA 70130-6029               Board-Certified Court Reporters        Facsimile: (504) 525-9109
Exhibit M
Page 29

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                    Reported by:
PAUL A. CHANDLER                                      May 4, 2011                            JOSEPH R. KAISER, JR., CCR, RPR

Page 114

1     A.   I do.
2     Q.   Do you recall what that is that
3  you downloaded?
4     A.   Yes.  This was just the daily
5  drilling report that reflects what had
6  occurred over the previous 24 hours or so
7  and these were part of the reports that we
8  did not get initially.  These were some of
9  the missing reports that later we obtained.
10     Q.   Okay.  Is there a reason why
11  you, personally, were looking at drilling
12  reports at this time?
13     A.   I generally would download all
14  the data that came into WellSpace,
15  including daily drilling reports.  There
16  was no specific reason I was looking for
17  this drilling report other than
18  completeness of the file.
19     Q.   If you turn -- by the way, who
20  is Forrest Burton?
21     A.   Forrest Burton is a geologist
22  that works in the exploration group.
23     Q.   So he was not in your group?
24     A.   He was not in our group
25  specifically but, again, because Macondo

Page 115

1  was shared with our exploration group,
2  there were individuals that were interested
3  in it, also.
4     Q.   In fact, if you turn to 50578,
5  at the bottom there you'll see that
6  Mr. Burton was downloading drilling reports
7  on April 20th?
8     A.   578?
9     Q.   Yes.
10     A.   And who --
11     Q.   You're looking at Mr. Burton's
12  downloads at the bottom.  Do you see that?
13     A.   Yes.
14     Q.   Do you recall speaking with
15  Mr. Burton on or about April 20th about any
16  information that he was seeing in the daily
17  drilling reports?
18     A.   Specific to the daily drilling
19  reports in these downloads, no, I don't
20  recall.
21     Q.   Okay.  Do you recall generally
22  talking to him about Macondo on or about
23  the 19th or 20th?
24     A.   Generally, yes.
25     Q.   What were you talking about?

Page 116

1     A.   Generally, along about the 19th
2  or the 20th, we talked about the current
3  events going on at the Macondo well.
4     Q.   Specifically being what?
5     A.   I don't remember specifically.
6  Of course, by the 19th or the 20th we were
7  near the end of the Macondo well and I'm
8  sure it had to do with getting data on the
9  Macondo well, it had to be a data related
10  question.
11     Q.   If you turn the page to 50579,
12  there's an entry for you on April 20th,
13  7:32.  Again, you're downloading drilling
14  reports here; correct?
15     A.   That's correct.
16     Q.   Okay.  And I don't see your name
17  anywhere else on this log.  That looks like
18  the last time you downloaded, according to
19  this report, anyhow; is that correct?
20     MS. WILMS:
21        Object to form.
22     THE WITNESS:
23        That appears to be correct, yes.
24  EXAMINATION BY MR. FINEMAN:
25     Q.   In any of the information that

Page 117

1  you downloaded from WellSpace on, in the
2  April 16th to April 20th time period, did
3  you see anything that caused you any
4  concern about, about the operation at
5  Macondo?
6     A.   Again, as a geologist it was not
7  my job to evaluate the drilling operational
8  aspect of it.
9        Having said that, I didn't see
10  anything that caught my eye that was a
11  concern.
12     Q.   From a geological perspective?
13     A.   That's correct.
14     Q.   Did you take notes of the daily
15  reports that you saw or the downloads from
16  WellSpace?
17     A.   I didn't take specific notes on
18  those, no.
19     Q.   Okay.  What is INSITE Anywhere®?
20     A.   INSITE Anywhere® is the name
21  given to the software program that I
22  believe is, is owned by Halliburton, which
23  deals with real-time data.
24     Q.   Okay.  What does that mean,
25  real-time data?

30 (Pages 114 to 117)

601 Poydras Street, Suite 1720                        GAUDET KAISER, L.L.C.                       Telephone: (504) 525-9100
New Orleans, LA 70130-6029                          Board-Certified Court Reporters                  Facsimile: (504) 525-9109

Page 118

1     A.   It means that this is data that
2  is obtained real-time.  At the same time
3  the well is drilling, you're getting
4  current information.  Information through
5  LWD logging, information concerning depths,
6  penetration rates, so forth.
7          That's as opposed to WellSpace,
8  which is a static drop box where data is
9  dropped in periodically throughout the day
10 as needed.
11    Q.   Okay.  Had you used INSITE
12 Anywhere® prior to the Macondo project?
13    A.   Yes, I had.
14    Q.   And had you found it reliable?
15    A.   To do my job, yes.
16    Q.   I'm sorry.  I am assuming that
17 all of the conversations are in your
18 capacity as a geologist.
19          I'm going to show you what's
20 been previously marked as 1215, Tab 13.
21          This is an e-mail, again, from
22 Mr. Bodek at BP to a distribution list that
23 includes you; correct?
24    A.   That's correct.
25    Q.   It's dated February 2, 2010.

Page 119

1          In this e-mail it appears that
2  Mr. Bodek is asking somebody named Jose
3  Ortiz at Halliburton to add certain
4  individuals to the access list to receive
5  real-time data via INSITE Anywhere® for
6  Macondo; is that correct?
7     MS. WILMS:
8          Object to form.
9     THE WITNESS:
10         It appears to be, yes.
11 EXAMINATION BY MR. FINEMAN:
12    Q.   In the middle of that page it
13 lists a number of Anadarko Petroleum
14 personnel; correct?
15    A.   That is correct.
16    Q.   And you're one of those people?
17    A.   That's correct.
18    Q.   Now, to your knowledge, were the
19 people listed there, in addition to
20 yourself, Mr. Kamm, Ms. Peyton, Brian
21 O'Neill, Rebecca Isbell and Alan O'Donnell
22 the persons with access to INSITE Anywhere®
23 at Anadarko?
24    A.   To my knowledge, these people
25 did have access to INSITE Anywhere®.  Alan

Page 120

1  O'Donnell may not have had access
2  ultimately.  There was some discussion
3  about how many people should have access,
4  there was some discussion about limiting
5  the number of people that had access to it,
6  just for logistics.
7          I'm not sure what the final list
8  was, but most of the people on this list
9  that's shown here did have access.
10    Q.   Okay.  And later, Mr. Quitzau
11 had access; didn't he?
12    A.   That's correct.
13    Q.   And so did somebody called
14 Mr. Folger; correct, Derek Folger?
15    A.   That's correct.
16    Q.   Do you know of any other
17 Anadarko personnel who had access to INSITE
18 Anywhere® for Macondo?
19    A.   Right.  I believe that Mr. Paul
20 Shore, who is another geologist in our
21 group, at some point had access.
22    Q.   How did Anadarko use the
23 real-time data obtained via INSITE
24 Anywhere® for the Macondo well?
25    A.   I can speak to how I used it.

Page 121

1  How I used it was mainly for log
2  correlation.  As I mentioned, with the LWD
3  log giving you real-time data, it enabled
4  me to be able to tell where we were in the
5  geologic section.  It enabled me to be able
6  to correlate that to analogous fields or
7  analogous wells that would, again, help me
8  determine where I was in the geologic
9  section.
10    Q.   In this -- I hate to be
11 technical here -- but are you able to
12 speak, with respect to INSITE Anywhere® are
13 you able to speak to Anadarko's general use
14 of INSITE Anywhere®, or just your personal
15 use of it?
16    A.   I can speak to my personal use
17 of it and I can speak to the general use of
18 INSITE Anywhere® on behalf of Anadarko but
19 only within the realm of the geological
20 work that I do.
21    Q.   Okay.  I understand.  Did
22 Anadarko have any policies or practices for
23 review of information obtained via INSITE
24 Anywhere® for Macondo?
25    MS. WILMS:

31 (Pages 118 to 121)

Exhibit M
Page 31

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                Reported by:
PAUL A. CHANDLER                                    May 4, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 122

1       Object to form.
2       THE WITNESS:
3       Not that I'm aware of.
4   EXAMINATION BY MR. FINEMAN:
5       Q.   Were specific Anadarko personnel
6   tasked with reviewing the real-time data
7   via INSITE Anywhere® for Macondo?
8       MS. WILMS:
9       Object to form.
10      THE WITNESS:
11      There's a petrophysicist in our
12  group, Brian O'Neill, and his job was to
13  evaluate the logging data as it came in.
14  His principal work would be done off the
15  wireline log that would end up in WellSpace
16  and not in INSITE Anywhere®.
17      But he also contributed his
18  support, looking at the log that was
19  available through LWD and INSITE Anywhere®.
20  EXAMINATION BY MR. FINEMAN:
21      Q.   Okay.  Any other specific
22  Anadarko personnel that you are aware of
23  who were tasked with reviewing the data,
24  for specific purposes?
25      A.   No.  Not that I'm aware of.

Page 123

1       Q.   Okay.  Did Anadarko have a
2   policy about when Anadarko personnel should
3   be looking at the INSITE Anywhere® feed?
4       MS. WILMS:
5       Object to the form.
6       THE WITNESS:
7       Not a specific policy.  It was
8   assumed that we would look at as it needed
9   to be looked at.
10  EXAMINATION BY MR. FINEMAN:
11      Q.   How would you know when it
12  needed to be looked at?
13      A.   It would depend on what was
14  going on on the well.  If the well wasn't
15  drilling there wouldn't be a great need to
16  look at it.  But as the well was drilling,
17  of course there's a need to look at it in
18  regards to understanding how fast the
19  well's drilling, how quickly we might reach
20  our TD.
21      And then ultimately once we got
22  to our main pay zone, our reservoir, it was
23  assumed that the geologist, myself
24  specifically, would be looking at INSITE
25  Anywhere® to get a first look at what the

Page 124

1   reservoir rock would look like.
2       Q.   Okay.  And did you do that?
3       A.   I did.
4       Q.   And specifically, what were you
5   looking for?
6       A.   I was looking for the presence
7   of pay, I was looking for the presence of
8   the reservoir rock that we had predicted, I
9   was looking to see what the thickness of
10  that rock would be, I was looking to see if
11  there would be an indication of whether it
12  was hydrocarbon filled or water filled.
13      I was looking to see where
14  structurally this formation would be seen
15  to see how it fit our current mapping.
16      Q.   And you could see all that out
17  of, through the information obtained
18  through INSITE Anywhere®?
19      A.   I could see all that through
20  INSITE Anywhere®.  You couldn't do detailed
21  log analysis on it, but you could answer
22  basic questions about the reservoir through
23  INSITE Anywhere®.
24      Q.   And were you logged on to INSITE
25  Anywhere® on April 19th or 20th?

Page 125

1       A.   I don't recall that I was.
2       Q.   Did you make notes of what you
3   were viewing as you looked at real-time
4   data from INSITE Anywhere®?
5       A.   No, I did not.
6       Q.   Okay.  Did you print out images
7   from INSITE Anywhere® as you were looking
8   at the data?
9       A.   I did.
10      Q.   If you were looking at INSITE
11  Anywhere® data on April 19th or 20th and
12  you had printed information out, would you
13  still have that information?
14      MS. WILMS:
15      Object as to form.
16      THE WITNESS:
17      I can't really answer that.  I
18  didn't, to my knowledge.
19  EXAMINATION BY MR. FINEMAN:
20      Q.   You didn't --
21      A.   I didn't print out anything on
22  those dates, to my knowledge.
23      The logging of the drilling had
24  been completed, we reached our TD.  The LWD
25  data, I already obtained by that point.  So

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C.              Telephone: (504) 525-9100
New Orleans, LA 70130-6029                   Board-Certified Court Reporters         Facsimile: (504) 525-9109

Exhibit M
Page 32

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                    Reported by:
PAUL A. CHANDLER                                          May 4, 2011                              JOSEPH R. KAISER, JR., CCR, RPR

---

Page 126

1  INSITE Anywhere® at that point was not
2  something that I would likely be utilizing.
3  I would be accessing WellSpace at that
4  point.
5      Q.   Just so I'm clear in your
6  testimony, is your testimony that you don't
7  remember whether you were looking at INSITE
8  Anywhere® on the 19th and 20th?
9      A.   I don't recall that I was in
10 INSITE Anywhere® on the 19th and 20th.
11     Q.   Did you have to log in and log
12 out when you used INSITE Anywhere®?
13     A.   Yes.
14     Q.   And physically how did you do
15 that?
16     A.   Just from my computer in my
17 office.
18     Q.   All right.  So you could just,
19 you just had a password and you logged in
20 and then you would hit a logout button and
21 exit the system?
22     A.   That's correct.
23     Q.   Did you ever see any reports of,
24 or logs, that reflected when you logged in
25 and logged out of INSITE Anywhere®?

---

Page 127

1      A.   Only in connection with this
2  deposition.
3      MR. FINEMAN:
4          We have to stop, sorry, for a
5  minute.
6          (Off the record.)
7      THE VIDEOGRAPHER:
8          This is the conclusion of
9  Tape 2, the time is 10:46.
10         (Off the record.)
11     THE VIDEOGRAPHER:
12         Returning to the record, it's
13 10:57.  This is the start of Tape 3.
14 EXAMINATION BY MR. FINEMAN:
15     Q.   Mr. Chandler, who is Derek
16 Folger?
17     A.   Derek Folger is the geophysicist
18 that works in our exploration group.  He
19 was part of the other asset team working
20 exploration in regards to Macondo.
21     Q.   Did you ever have any
22 conversations with Mr. Folger in the
23 April 16th to April 20, 2010 time period
24 about anything that he viewed on INSITE
25 Anywhere®?

---

Page 128

1      A.   I don't recall anything
2  specifically.
3      Q.   Who is Brian O'Neill?
4      A.   Brian O'Neill is the
5  petrophysicist in our group.  His charge
6  was to do the final logging on evaluation
7  for the well.
8      Q.   I think you testified a little
9  bit ago about the reasons why he was using
10 INSITE Anywhere®?
11     A.   That's right.
12     Q.   Did you discuss with him what he
13 was seeing on INSITE Anywhere® in
14 April 16th, April 20th time period?
15     A.   I don't recall specific
16 discussions with Brian O'Neill during that
17 period.  It's possible, I just don't
18 remember specific discussion.
19     Q.   And who is Mr. Quitzau, Bob
20 Quitzau?
21     A.   Bob Quitzau is a drilling
22 engineer in our drilling group who was,
23 also, monitoring Macondo.
24     Q.   And as far as you know, did he
25 access information from INSITE Anywhere®?

---

Page 129

1      A.   I'm not aware that he accessed
2  information from INSITE Anywhere®.
3      Q.   Do you recall whether you had
4  any conversations with him about any
5  information he may have seen on INSITE
6  Anywhere® on the April 16th to April 20,
7  2010 time period?
8      A.   I don't recall specific
9  conversations with Bob Quitzau during that
10 time period.
11     Q.   To your knowledge, had someone
12 from Anadarko been viewing activity on
13 INSITE Anywhere® concerning Macondo on the
14 evening of April 20, 2010, could they have
15 seen indication of hydrocarbons in the
16 well?
17     MS. WILMS:
18         Object as to form.
19     MR. DAVID:
20         Object to form.
21     MR. HARTLEY:
22         Object to form.
23     THE WITNESS:
24         From my perspective as a
25 geologist I couldn't add to that, I

---

33 (Pages 126 to 129)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                   Reported by:
PAUL A. CHANDLER                                      May 4, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 130

1  couldn't comment on that. I don't know.
2  EXAMINATION BY MR. FINEMAN:
3      Q.   Was drill pipe pressure
4  something that you could see on INSITE
5  Anywhere®?
6      MS. WILMS:
7          Object as to form.
8      THE WITNESS:
9          Again, from a geological
10  perspective it's not something that I would
11  normally be looking at so I can't answer
12  that.
13  EXAMINATION BY MR. FINEMAN:
14      Q.   Is it -- I'm sorry. Is the
15  answer you don't know?
16      A.   I don't know.
17      Q.   Okay. Do you recall when
18  operations at Macondo well site began in
19  2010?
20      A.   It began in 2010 in February
21  with the DEEPWATER HORIZON moving in to
22  replace the MARIANAS well.
23      Q.   Okay. And what was your role
24  with respect to Macondo from the resumption
25  of drilling activities in early February

Page 131

1  through April 20, 2010?
2      MS. WILMS:
3          Object as to form.
4      THE WITNESS:
5          Again, it was to monitor the
6  drilling progress as best I could. Again,
7  concentrating on the drilling rate and
8  time, looking to when we would reach TD and
9  then evaluation of the reservoir once we
10  did.
11  EXAMINATION BY MR. FINEMAN:
12      Q.   Did you play any role in --
13  strike that. Do you know what an AFE is?
14      A.   Yes, I do.
15      Q.   What is it?
16      A.   It's the authority for
17  expenditure.
18      Q.   Did you play any role in
19  reviewing AFEs that came from BP?
20      A.   No.
21      Q.   Did you play any role in
22  approving those AFEs?
23      A.   No.
24      Q.   Were you ever asked to provide
25  information to the people making the

Page 132

1  decisions about whether to approve an AFE?
2      A.   No.
3      Q.   Okay. I'm giving you
4  Exhibit 1587, ANA MDL 000042525. Tab 16.
5  These are e-mails dated January 25, 2010.
6  The first one at the bottom is from
7  Mr. Bodek. You're not on the receiving end
8  of that e-mail, but the last sentence says,
9  Mr. Bodek's e-mail to others, is time frame
10  for resuming operations in Macondo is
11  approximately two weeks. You see that?
12      A.   I do.
13          (Whereupon, the document
14  referred to was marked as Exhibit No. 1587
15  for identification.)
16  EXAMINATION BY MR. FINEMAN:
17      Q.   So that coincides with your
18  memory that it was in early February that
19  operations were resumed; correct?
20      A.   That's correct.
21      Q.   And then you get an e-mail from
22  Mr. O'Donnell saying nice timing surprise;
23  correct?
24      A.   Correct.
25      Q.   And then you said in response --

Page 133

1  would you read that for me?
2      A.   Sounds good to me. It will be
3  nice to be ahead of schedule with BP for a
4  change.
5      Q.   Why did you say it would be nice
6  to be ahead of schedule with BP for a
7  change?
8      A.   Because when the MARIANAS moved
9  off it was due to Hurricane Ida that came
10  through and did a lot of rig damage. There
11  were a lot of estimates made as to how long
12  it would take to make those repairs. Our
13  fear was that it would take a much longer
14  time frame before we could be back on the
15  Macondo well drilling.
16          With the note from Mr. Bodek
17  about it occurring in early February, was,
18  was good news. It was somewhat of a
19  surprise. We feared that it would be much,
20  much later.
21      Q.   Okay. Did your note have
22  anything to do with past experience with BP
23  and their ability to stay on schedule?
24      A.   No. It was specific to the
25  situation here.

34 (Pages 130 to 133)

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C.                    Telephone: (504) 525-9100
New Orleans, LA 70130-6029                      Board-Certified Court Reporters            Facsimile: (504) 525-9109

Exhibit M
Page 34

Page 134

1    Q.   Okay.  I'm going to give you
2  1588, ANA MDL 000045222, Tab 17.  Have you
3  had a chance to look at that?
4    A.   Yes.
5        (Whereupon, the document
6  referred to was marked as Exhibit No. 1588
7  for identification.)
8  EXAMINATION BY MR. FINEMAN:
9    Q.   This is an e-mail dated
10 February 1, 2010 from you to John Kamm and
11 Nick Huch; correct?
12   A.   That's correct.
13   Q.   Just remind me, John Kamm was
14 the senior geologist?
15   A.   He is a senior geologist, he's
16 working in our operations group.  He would
17 be Bobby Bodek's counterpart.
18   Q.   And Nick Huch is the landman?
19   A.   He's the landman.
20   Q.   Can you read the first sentence
21 of that e-mail that you wrote?
22   A.   I was thinking it might be a
23 good idea to have a short pre-spud meeting
24 with BP for the Macondo, Lloyd Ridge 252,
25 which should resume operations by

Page 135

1  February 10th.
2    Q.   Okay.  Why did you think it
3  would be a good idea?
4    A.   I believe that it would be a
5  good idea because at that point Anadarko
6  was involved in the well.  We were now in
7  this, in this project.  And we had not had
8  a pre-spud meeting with BP concerning
9  Macondo, so I thought it might be a good
10 idea.
11   Q.   Did that meeting ever happen?
12   A.   That meeting never happened.
13   Q.   In, later in the the, e-mail,
14 you refer to APC's involvement from this
15 point now until TD.
16       You see that?
17   A.   I do.
18   Q.   What involvement were you
19 contemplating at that point, which is
20 February 1st, 2010?
21   A.   Well, again, at this point
22 Anadarko was in the project.  Prior to
23 that, we were not.  So when the, when the
24 DEEPWATER HORIZON moved on to Macondo, that
25 was approximately the point at which we, we

Page 136

1  became in the project.
2    Q.   Okay.  Earlier you testified
3  about the, your role during this time
4  period and you testified about Anadarko's
5  role as a non-operator.
6        Do you remember that testimony?
7    A.   I do.
8    Q.   So how does your contemplation
9  of involvement jibe with the
10 non-operational role of Anadarko?
11   A.   Involvement here would mean all
12 the things that I had mentioned earlier
13 about being a non-operator.  At this point,
14 we were a nonoperating party to this lease
15 and to this well.
16       So now I would need to be
17 monitoring the progress of the well, now I
18 would need to be collecting data on the
19 well that was provided to me.  And now I
20 would be needing to be able to pass that
21 information on to the general manager, or
22 to those within Anadarko that might look
23 for information on the well.
24   Q.   And do you recall why this
25 meeting didn't take place?

Page 137

1    A.   I don't recall specifically why
2  the meeting did not take place.
3    Q.   I'm going to give you 1589, ANA
4  MDL 000042121.  That's 42121.  Tab 18.
5  THE WITNESS:
6        Okay.
7        (Whereupon, the document
8  referred to was marked as Exhibit No. 1589
9  for identification.)
10 EXAMINATION BY MR. FINEMAN:
11   Q.   These are some e-mails dated
12 February 2, 2010.  And they concern, they
13 concern BP's Paleo analysis; is that
14 correct?
15   A.   That's correct.
16   Q.   What is Paleo or Paleo analysis?
17   A.   Paleo analysis just deals with
18 looking at the fossils in the rock, the
19 format.  The foraminifera, the mineral
20 fossils, all in an attempt to age date the
21 rock that you're drilling in.
22   Q.   And the middle e-mail on the
23 page of this exhibit is from Mr. Burton to
24 Mr. Kamm, you and Mr. Folger; correct?
25   A.   Correct.

35 (Pages 134 to 137)

Exhibit M
Page 35

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported by:
PAUL A. CHANDLER                          May 4, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 138

1    Q.    And in this e-mail, Mr. Burton
2  says, what can we expect for the well if BP
3  will not share their Paleo analysis with
4  us.  Do you see that?
5    A.    Yes.
6    Q.    Do you know what he's talking
7  about there?  Do you recall what he's
8  talking about?
9    A.    He's talking about whether or
10 not we would, we would obtain Paleo
11 analysis reports from BP concerning the
12 well.
13   Q.    And it appears the answer is
14 that you're not going to get it directly
15 from BP.  Is that correct?
16   A.    He's just simply saying that
17 he's concerned that he won't get it.
18 That's right.
19   Q.    Okay.  And then you respond in
20 the e-mail at the top of the page.  Could
21 you read the first two sentences?
22   A.    That plan is also good with me.
23 I'm amazed that BP would not share their
24 Paleo analysis with us but I would
25 definitely like to have the samples sent to

Page 139

1  PDI periodically.
2    Q.    Why were you amazed that BP
3  would not share their Paleo analysis with
4  you?
5    A.    This was just an opinion between
6  Mr. Burton and myself.  His opinion was
7  that we wouldn't get it, my opinion was
8  that we would get it.  So I'm just simply
9  saying I would be amazed if we did not get
10 that data from BP.
11       But I had no objection to us
12 getting our own samples and doing our own
13 Paleo work.
14   Q.    Is that what this says?  I'm
15 amazed that BP would not share their
16 analysis with us.
17   MR. DAVID:
18       Object to form.
19   THE WITNESS:
20       To me, that's, that's what,
21 that's what I'm saying, that's what it's
22 saying, is that I'm amazed that BP would
23 not share their Paleo analysis with us.
24       Mr. Burton thinks that they
25 would not.  At this point we're just

Page 140

1  beginning to get started in the well so
2  we're thinking ahead on the kind of data
3  that we'd need and the kind of data that BP
4  might provide.
5        My opinion was that BP would
6  probably share their Paleo analysis with
7  us.  His, his was that they would not.
8  EXAMINATION BY MR. FINEMAN:
9    Q.    Do you recall there being --
10 strike that.  Do you know what a well
11 control event is?
12   A.    Specifically -- could you ask
13 the question again?
14   Q.    What is a well control event?
15   A.    That's a very broad, that's a
16 very broad question.  I can't answer it
17 that way.  I don't know specifically what
18 you mean by a well control event.
19   Q.    Do you recall in February there
20 being -- do you know what a BOP is?
21   A.    I do.
22   Q.    What is a BOP?
23   A.    A blowout preventer.
24   Q.    Do you recall there being
25 problems with the BOP on the DEEPWATER

Page 141

1  HORIZON and there being a gas kick at
2  Macondo in February of 2010?
3    MR. DAVID:
4        Object to the form.
5    THE WITNESS:
6        I'm not aware of any issues with
7  the BOP.  It was not made aware, to my
8  knowledge, I was not aware of any issues
9  with the BOP.  There were some gas kicks of
10 shallow, in the shallow drilling portion.
11 I was aware of that.
12 EXAMINATION BY MR. FINEMAN:
13   Q.    Is a gas kick a well control
14 matter?
15   MS. WILMS:
16       Object to form.
17   THE WITNESS:
18       From my perspective as a
19 geologist I can't call it that.  A gas kick
20 isn't always a well control issue, but I'm
21 not a drilling engineer to be able to make
22 that call.
23 EXAMINATION BY MR. FINEMAN:
24   Q.    Are there any well control
25 events that are geological in nature?

36 (Pages 138 to 141)

Page 142

1    A.   I'm not sure that they are.
2    MR. FINEMAN:
3        Can I have 19?  20th.
4    EXAMINATION BY MR. FINEMAN:
5    Q.   At any point in the February
6    through April 20th time period, 2010, did
7    you have any concerns about BP's ability to
8    safely achieve TD at Macondo?
9    A.   I had no reason to be concerned,
10   no.
11   Q.   Did you talk to anybody else --
12   strike that.  Did you talk to anybody at
13   Anadarko in the February, March, early
14   April time period where concerns about BP's
15   ability to safely achieve TD were
16   discussed?
17   A.   No.  Not that I recall.
18   Q.   I'm going to give you a document
19   marked 1590, it's ANA MDL 000002656.
20   Tab 20.
21       (Whereupon, the document
22   referred to was marked as Exhibit No. 1590
23   for identification.)
24   THE WITNESS:
25       Okay.

Page 143

1    EXAMINATION BY MR. FINEMAN:
2    Q.   This is an e-mail dated
3    March 30, 2010.  Do you recall this, this
4    e-mails?
5    A.   Yes.  Yes, I do.
6    Q.   What does it concern?
7    A.   This just concerns a liner depth
8    and liner size.  We're talking about the 9
9    and 7/8 liner depth that they had reached.
10       Bob is, Bob's role is to monitor
11   this well and to update the asset team as
12   to what's going on with the well since he's
13   the drilling engineer and understands these
14   issues better than our asset team.
15       And so Bob's just updating us as
16   to where they are.  And this e-mail says
17   hopefully they'll reach their objectives in
18   this particular next hole section.
19   Q.   By Bob, you mean Mr. Quitzau?
20   A.   Bob Quitzau; that's correct.
21   Q.   And you write back to him;
22   correct?
23   A.   I do.
24   Q.   And what did you say?
25   A.   I said thanks for these updates,

Page 144

1    Bob.  This really helps.  It should start
2    to get really interesting below this point.
3    Q.   What did you mean by it should
4    start to get really interesting below this
5    point?
6    A.   Because below this point we're
7    in the final section before we get into our
8    main objective.  So from a geological point
9    of view, this is what it all led up to.
10   Q.   When you use the phrase main
11   objective, we're talking about getting to
12   the reservoir?
13   A.   Getting to the reservoir, that's
14   correct.
15   MR. FINEMAN:
16       I'm going to give you what's
17   marked as 1591, ANA MDL 000007517, 7518.
18   These are e-mails dated April 4, 2010.
19       (Whereupon, the document
20   referred to was marked as Exhibit No. 1591
21   for identification.)
22   EXAMINATION BY MR. FINEMAN:
23   Q.   The one at the bottom of the
24   page is from you to Mr. O'Donnell; correct?
25   A.   That's correct.

Page 145

1    Q.   Okay.  And generally, what are
2    you telling Mr. O'Donnell here?
3    A.   I'm giving him a description of
4    what I'm seeing on the, on the real-time
5    data, the LWD log, as to what the, as to
6    what the reservoir looked like.  This would
7    be our first look at the reservoir having
8    drilled down into it a little ways.
9    Q.   And then Mr. O'Donnell responds
10   by saying I just logged in to look at the
11   sand.
12       You see that?
13   A.   I do.
14   Q.   When he says he's just logged
15   in, he's logging into INSITE; correct?
16   A.   I don't know that.  He could
17   have logged into INSITE Anywhere®, he could
18   have also logged into WellSpace.  Data
19   would periodically be put into WellSpace.
20   Not real-time data, it's static data but
21   it's possible that static data could be
22   there at this point.
23       So I can't tell you for sure
24   what he logged into.
25   Q.   All right.  Can you read the

Page 146

1   next, what you wrote in response?
2   Actually, why don't you just read the first
3   two sentences to start with.
4       A.   At the top here?
5       Q.   Yes.  What you wrote.
6       A.   Yeah.  Yes, it does.  It
7   correlates really well with the Isabella
8   Upper sand which was our main target.
9       Q.   Let's stop there.  So this goes
10  back to the earlier prior testimony, as I
11  understand, your testimony where we were
12  talking about the comparisons between
13  Macondo and Isabella, among other sites?
14      A.   That's correct.
15      Q.   Okay.  Go on with the next
16  sentence.
17      A.   I'm really anxious to see the
18  resistivity all the way to the base to make
19  sure it does not have a water contact and
20  then I'm really excited to see if there is
21  any additional lobes below the current one.
22      Q.   What does that mean?
23      A.   At the time I wrote this, we
24  hadn't drilled all the way through the sand
25  yet.  So we had no idea how thick it was

Page 147

1   going to be and we also had no idea there
2   would be water in this, at least the
3   appearance of a water contact which might
4   reduce the overall size of the reservoir.
5          So I'm just telling him that,
6   that we're not, we're not through it yet,
7   but what I've seen so far correlates well
8   with the Isabella, Isabella sand.
9       Q.   What are the consequences of
10  having water contact?
11      A.   It has a water contact, and that
12  reduces the amount of hydrocarbons in
13  place.  So your overall net pay reservoir
14  would be smaller.
15      Q.   Okay.  And can you read the last
16  sentence for me?
17      A.   This could be a very nice Easter
18  present for us all.
19      Q.   Easter present for all of us;
20  right?
21      A.   For all of us.  I'm sorry.
22      Q.   That's okay.  What did you mean
23  by that?
24      A.   Well, this was occurring at
25  about Easter time in 2010.  We were pretty

Page 148

1   excited to see this, this pay.  This was,
2   again, what we were there to do.  It
3   appeared to come in very much like we had
4   expected it to, the rock quality appeared
5   to be what we had hoped it would be, so it
6   would be a nice Easter present.
7       Q.   I'm going to give you
8   Exhibit 1592, it's ANA MDL 000007964.
9          The reason I'm showing you this
10  document is to come back to something you
11  testified to earlier, which was about a
12  discussion internally about whether to
13  drill deeper beyond the current TD.
14          You remember that testimony?
15      A.   I do.
16          (Whereupon, the document
17  referred to was marked as Exhibit No. 1592
18  for identification.)
19  EXAMINATION BY MR. FINEMAN:
20      Q.   And this document from you seems
21  to be setting up a meeting of Anadarko
22  personnel to discuss possibility, possibly
23  drilling deeper beyond our current TD for
24  the Macondo well; correct?
25      A.   That's correct.

Page 149

1       Q.   Did that meeting take place?
2       A.   It did.
3       Q.   And what was the outcome of that
4   meeting?
5       A.   We discussed the geologic merits
6   to drilling deeper in the well, the
7   possibility of seeing additional pay.  How
8   much deeper we would need to drill in order
9   to do that, analogous fields in the area
10  and wells in the area that saw pay at our
11  stratigraphic depth.  Those things were
12  discussed and it was concluded that it did
13  have geologic merit.
14      Q.   Okay.  And then what action did
15  you or anybody else at Anadarko take based
16  on that view?
17      A.   I was asked to contact Bobby
18  Bodek to investigate the idea of possibly
19  drilling deeper.
20          I was not making a formal
21  recommendation.  I was just investigating
22  the idea of drilling deeper to see what
23  BP's thoughts on the matter would be.
24      Q.   Okay.  And just to close the
25  loop on this, this is 1593, it's ANA MDL

38 (Pages 146 to 149)

Page 150

1  000001946.
2      A.  Okay.
3      Q.  And is this what you're talking
4  about?  This was your -- I'm sorry.  This
5  is an April 12, 2010 e-mail from you to
6  Mr. Bodek in which you refer to a
7  conversation that you had with him briefly
8  over the weekend.  And does this -- this is
9  the follow-up communication with BP about
10  drilling deeper; is that correct?
11      A.  This is, I'd actually called
12  Bobby on the phone after our internal
13  meeting to, again, ask about the idea of
14  drilling deeper, to get their opinion.  He
15  couldn't give me an answer, of course,
16  immediately.
17          This was a followup e-mail to
18  that.
19          (Whereupon, the document
20  referred to was marked as Exhibit No. 1593
21  for identification.)
22  EXAMINATION BY MR. FINEMAN:
23      Q.  And ultimately what was the
24  decision about drilling deeper?
25      A.  The decision ultimately was

Page 151

1  that, no, we would not drill deeper.
2      Q.  Earlier, you testified about
3  some gaps in reports as we got into April.
4  Do you recall that?
5      A.  I do.
6      Q.  I'll show you a couple of
7  documents concerning that, so we can look
8  through that.
9      MR. FINEMAN:
10          This is 1594, ANA MDL 000053061,
11  53062.  It's Tab 25.
12          (Whereupon, the document
13  referred to was marked as Exhibit No. 1594
14  for identification.)
15      THE WITNESS:
16          Okay.
17  EXAMINATION BY MR. FINEMAN:
18      Q.  These are e-mails dated
19  April 12, 2010.  And it's primarily, or it
20  is an e-mail exchange between you and
21  Mr. Burton; correct?
22      A.  Yes.  Some of it is.  Yes, it
23  is.
24      Q.  And can you tell me what's going
25  on in this exchange?

Page 152

1      A.  Yeah.  Forest Burton, in our
2  exploration group, was looking for, was
3  looking for the, was looking for the logs
4  concerning Macondo.  He was just looking to
5  see if any of that data had been placed
6  out, I suppose, on INSITE Anywhere®.
7  Excuse me, on WellSpace.
8      Q.  And he wrote to you, he says
9  he's looking for Macondo wireline
10  information; correct?
11      A.  That's correct.
12      Q.  And it says, he says it does not
13  look like the files are on WellSpace.
14          You see that?
15      A.  That's right.
16      Q.  And then you write, I don't have
17  them either.  I've got to call into John
18  Kamm and I'll call BP myself if I don't
19  hear something soon; correct?
20      A.  That's right.
21      Q.  And then he responds, got to
22  love working with BP.  You see that?
23      A.  I do.
24      Q.  Do you know what he meant by
25  that?

Page 153

1      A.  I don't.
2      Q.  Did you ever talk to him about
3  that comment?
4      A.  I did not.
5      Q.  Mr. Forrest still -- I'm sorry,
6  Mr. Burton's still working with Anadarko?
7      A.  He is.
8      Q.  And the next document is 1595,
9  it's ANA MDL 000009518 to 9519.
10      THE WITNESS:
11          Okay.
12          (Whereupon, the document
13  referred to was marked as Exhibit No. 1595
14  for identification.)
15  EXAMINATION BY MR. FINEMAN:
16      Q.  These are e-mail exchanges on
17  April 19, 2010, again, starting with an
18  e-mail from Mr. Burton.  You are not on
19  that original e-mail but he was saying,
20  again, no well reports.  And then later,
21  later Mr. Trautman -- who is he?  Tim
22  Trautman?
23      A.  Tim Trautman is the general
24  manager for the exploration, for the
25  exploration group that was also sharing the

39 (Pages 150 to 153)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                     Reported by:
PAUL A. CHANDLER                                              May 4, 2011                        JOSEPH R. KAISER, JR., CCR, RPR

Page 154

1    Macondo responsibilities.
2        Q.   Okay.  And it appears that
3    later, he was asking you to update
4    everybody on actual information, actual
5    formation evaluation program that was
6    completed on Macondo.  You see that?
7        A.   I do.
8        Q.   And then you respond first about
9    BP, about why BP had stopped sending
10   reports; correct?
11       A.   That's right.
12       Q.   Did you then take steps to find
13   out what was going on with those reports?
14       A.   I did.  At this time I didn't
15   know why we had stopped getting the
16   reports.  There was a number of them from
17   the 15th, I think, through the 19th or so
18   that we were missing.
19           So I did, I called Bobby Bodek
20   again and asked why we weren't receiving
21   the reports any longer.
22       Q.   And he said?
23       A.   Initially Bobby didn't know,
24   either.  So he said he'd have to
25   investigate that and contact me again.

Page 155

1            He did, and he said the reason
2    was that once the, once the final casing
3    string had been run, that within BP's shop
4    the responsibility went from their drilling
5    group to their completion group.
6            And as such, it was his opinion
7    is that that's why the reports were
8    inadvertently dropped.  And he quickly got
9    them organized and sent to us.
10       MS. WILMS:
11           Can I make a comment on this
12   exhibit.
13       MR. FINEMAN:
14           Yes.
15       MS. WILMS:
16           I just noticed that for a couple
17   of the last exhibits, specifically, 7964
18   and 1946 and this current one, 1958, there
19   appears to be some highlighting on them
20   that may be what you guys did.
21       MR. FINEMAN:
22           It's not mine.  So I don't know
23   where it came from.
24       MS. WILMS:
25           Yes.  Okay.  Just for the

Page 156

1    record, it may not be on the original
2    document.  Anadarko produced them.
3        MR. FINEMAN:
4            I think the answer is not on the
5    original documents because it's not on the
6    pages that are in front of me.
7        MS. WILMS:
8            Okay.
9        MR. FINEMAN:
10           This is 1596.  ANA MDL
11   000002795.
12           (Whereupon, the document
13   referred to was marked as Exhibit No. 1596
14   for identification.)
15   EXAMINATION BY MR. FINEMAN:
16       Q.   Mr. Chandler, this is an e-mail
17   dated April 14, 2010 and it's from Teri
18   Powell.  Who is that?  Do you recall who
19   that is?
20       A.   Yes.  That's the executive
21   secretary for Darrell Hollek.
22       Q.   And who is Mr. Hollek?
23       A.   Mr. Hollek is the VP of
24   operations for the Gulf of Mexico.
25       Q.   And you were on the distribution

Page 157

1    list of this e-mail; correct?
2        A.   That's right.
3        Q.   The subject line is Macondo pipe
4    setting recommendation with Hollek;
5    correct?
6        A.   That's correct.
7        Q.   And it looks like a conference
8    call or a meeting was set up to address
9    that subject; is that correct?
10       A.   That's correct.
11       Q.   Do you recall that meeting?
12       A.   Vaguely, I do.
13       Q.   What do you recall about that
14   meeting?
15       A.   This was the meeting where we
16   talked about the TD of the well, we talked
17   about the possibility of drilling deeper.
18   We talked about, I believe, the
19   conversation that we had had with BP
20   discussing that idea.
21       Q.   Well, we talked earlier, we
22   looked at an earlier exhibit, about a call,
23   a meeting that took place on or about
24   April 12th concerning drilling deeper.
25       A.   Right.

40 (Pages 154 to 157)

Page 158

1    Q.   This appears to be a different
2  meeting with different people.  The subject
3  is pipe setting recommendation.
4    A.   Right.
5    Q.   So do you recall any differences
6  in the subject between the two meetings?
7    A.   The only differences was to
8  discuss what had been discussed, to more or
9  less close the loop on the discussion of
10 drilling deeper.  That it was BP's decision
11 and their preference to not drill deeper
12 and we were going to honor that.
13      So this was a meeting to talk
14 about that and that would be our final TD.
15   Q.   All right.  After the blowout at
16 the DEEPWATER HORIZON, did you play any
17 role or have you played any role with
18 respect to the Macondo in any respect?
19   A.   No.
20 MS. WILMS:
21      Object to form.
22 EXAMINATION BY MR. FINEMAN:
23   Q.   So have you had any role since
24 April 20th, 2010 in efforts to cap the
25 well?

Page 159

1    A.   No.
2    Q.   And, again, you had no
3  activities, you had no -- strike that.
4  Have you played any role at all with
5  respect to Macondo since April 20, 2010?
6    A.   Only regarding mapping the
7  reservoir after it was drilled and after we
8  had the information on the reservoir.  We
9  updated our maps with the most current
10 information, we re-mapped it, we looked at
11 it from a geological standpoint in terms of
12 how we viewed the reservoir post-drill.
13 But only in that regard.
14   Q.   And what was the purpose of that
15 exercise?
16   A.   So that we would understand what
17 the size of the reservoir was, that we
18 would understand what we had just drilled
19 so that if our asset team had been asked by
20 our upper management what was the size of
21 this reservoir, we would be able to answer
22 that.
23   Q.   Were you ever asked to evaluate
24 another, drilling another well for the same
25 reservoir?

Page 160

1    A.   We have worked on Macondo since,
2  since April 20th and we have been asked to
3  evaluate the reservoir in its entirety to
4  get a better picture of what it looked
5  like.  We have not made any recommendations
6  in terms of recommending drilling another
7  well at Macondo.
8    Q.   If somebody asked you to make a
9  recommendation for drilling another well at
10 Macondo, sitting here today what would you
11 say to them?
12 MS. WILMS:
13      Object as to form.
14 THE WITNESS:
15      Yeah, I wouldn't know how to
16 answer that.
17 EXAMINATION BY MR. FINEMAN:
18   Q.   Has anything changed about your
19 view of the reservoir sitting here today
20 compared to when you first started looking
21 at evaluating the reservoir?
22 MS. WILMS:
23      Object as to form.
24 THE WITNESS:
25      The reservoir as we evaluated it

Page 161

1  initially isn't significantly different
2  than what we found and what our final
3  mapping on the reservoir isn't
4  significantly different than what our
5  preliminary mapping was.
6  EXAMINATION BY MR. FINEMAN:
7    Q.   Is it basically about the same
8  size and of the same nature as you
9  forecast?
10   A.   Generally so.  It's, it's
11 slightly different in one aspect or another
12 but in a big picture sense, it is very near
13 what we originally had predicted.
14   Q.   Are there any meaningful
15 differences?
16   A.   It would be depend on your
17 definition of meaningful.  From my
18 perspective as a geologist there's not
19 meaningful differences between the way we
20 evaluate it and saw it pre-drill versus
21 post-drill.
22   Q.   Do you have any information
23 today about whether Anadarko, BP or MOEX
24 Offshore have intentions to drill another
25 well at Macondo?

41 (Pages 158 to 161)

Page 162

1      MS. WILMS:
2          Object as to form.
3      THE WITNESS:
4          I'm not aware of any formal
5  proposal within our company to drill a
6  well.
7  EXAMINATION BY MR. FINEMAN:
8      Q.   Are you aware of any -- have you
9  been requested to do any analysis of
10 drilling another well there?
11     MS. WILMS:
12         Object as to form.
13     THE WITNESS:
14         We always look at the reservoir,
15 we always look at it with the idea of it
16 being an asset and how it might be
17 developed.  We have done that sort of work
18 but, again, as a company, we've made no
19 formal recommendation to drill anything
20 else at Macondo.
21 EXAMINATION BY MR. FINEMAN:
22     Q.   Okay.  I understand.
23     MR. FINEMAN:
24         I think I'll stop here.
25     THE VIDEOGRAPHER:

Page 163

1          This is the conclusion of
2  Tape 3.  The time is 11:39.
3          (Off the record.)
4          (Recess for lunch at 11:40.)
5      THE VIDEOGRAPHER:
6          Returning to the record, it is
7  12:53, this is the start of Tape 4.
8  EXAMINATION BY MR. LEOPOLD:
9      Q.   Hi, Mr. Chandler, my name is
10 Matt Leopold and I'm here questioning on
11 behalf of the United States of America
12 today.  Thanks for being here.
13         I may cover a little bit of the
14 same ground that the previous counsel
15 covered and, but I may be asking some
16 different questions about it and maybe
17 getting into some new areas as well.
18     A.   Okay.
19     Q.   The first thing I want to ask
20 you is about your preparation for this
21 deposition.  And when I'm asking about
22 that, I don't want you to get into any
23 conversations with your lawyers.
24         But specifically I wanted to
25 know what documents you reviewed in

Page 164

1  preparation for today.
2      A.   I reviewed e-mails that were
3  provided for me by my counsel.  These
4  e-mails were in the form of a CD.  I
5  reviewed the contents of WellSpace that's
6  provided to me by counsel, also, provided
7  in the form of a CD.
8      Q.   Do you know the date range of
9  the e-mails, approximately what date range
10 do they cover?
11     A.   They covered approximately the
12 time between July, August of 2009 through
13 April 2010.
14     Q.   And were these e-mails only
15 e-mails that -- with your name on them or
16 were they e-mails from other employees at
17 Anadarko?
18     A.   Some of these were e-mails from
19 other employees at Anadarko.
20     Q.   Okay.  And I understand that
21 you've been designated by Anadarko to
22 answer certain questions on behalf of the
23 company today; is that right?
24     A.   That's right.
25     MR. LEOPOLD:

Page 165

1          I'd like to mark into evidence
2  the, Anadarko's 30(b)(6) deposition notice
3  as 1597.
4          (Whereupon, the document
5  referred to was marked as Exhibit No. 1597
6  for identification.)
7  EXAMINATION BY MR. LEOPOLD:
8      Q.   Have you ever seen this
9  document, Mr. Chandler?
10     A.   Yes.  Yes.
11     Q.   Would you turn to paragraph 15
12 in that document?
13     A.   Okay.
14     Q.   Are you familiar with that
15 paragraph?
16     A.   Yes, I am.
17     Q.   And have you been designated
18 today to answer questions related to the
19 data that Anadarko received and the use of
20 that data as indicated in that paragraph?
21     A.   Yes.  In regard to my geological
22 role.
23     Q.   What about for other Anadarko
24 employees and their uses of that
25 information?

42 (Pages 162 to 165)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                                Reported by:
PAUL A. CHANDLER                                    May 4, 2011                          JOSEPH R. KAISER, JR., CCR, RPR

Page 166

1      A.   No.
2      Q.   Okay.  Did you talk to anyone
3   other than your attorneys in preparation
4   for this deposition?
5      A.   No.
6      Q.   Have you made any written notes,
7   or prepared any documents in preparation
8   for today?
9      A.   No.
10     Q.   Have you ever talked to anyone
11  at Anadarko or BP, or really anywhere,
12  about the causes of the explosion and the
13  blowout at the Macondo well?
14     MS. WILMS:
15       Object to form.
16     THE WITNESS:
17       Not in specifics.  Only in
18  general broad terms in regard to what may
19  have been in a telecast or news program.
20  EXAMINATION BY MR. LEOPOLD:
21     Q.   To your knowledge, has Anadarko
22  done its own investigation into the causes
23  of the Macondo blowout?
24     A.   Not to my knowledge.
25     Q.   So no one at Anadarko has ever

Page 167

1   asked you for information about the root
2   causes that might be related to the
3   geology, something in your expertise?
4      MS. WILMS:
5        Object to form.
6      THE WITNESS:
7        No.
8   EXAMINATION BY MR. LEOPOLD:
9      Q.   Previous counsel asked about
10  your employer specifically at Anadarko and
11  you said it's Anadarko Petroleum
12  Corporation; is that right?
13     A.   That's correct.
14     Q.   Of the employees that have been
15  mentioned today that have already been
16  mentioned in this deposition, are you aware
17  of if any them worked for Anadarko E&P?
18     A.   I'm not aware of --
19     MS. WILMS:
20       Object to form.
21     THE WITNESS:
22       I'm not aware of that, no.
23  EXAMINATION BY MR. LEOPOLD:
24     Q.   Are you familiar with the
25  relationship between Anadarko Petroleum

Page 168

1   Corporation and Anadarko E&P?
2      A.   I am not.
3      Q.   Do you know any employees who
4   work for Anadarko E&P?
5      A.   I do not.
6      Q.   So do you normally partner with
7   any employees from that branch of the
8   corporation, or no?
9      MS. WILMS:
10       Object to form.
11     THE WITNESS:
12       No.
13  EXAMINATION BY MR. LEOPOLD:
14     Q.   So would you know if Anadarko
15  E&P would typically be involved in an
16  exploratory well like the one that was
17  being drilled at Macondo?
18     MS. WILMS:
19       Object to form.
20     THE WITNESS:
21       I wouldn't know.
22  EXAMINATION BY MR. LEOPOLD:
23     Q.   Do you know the function of that
24  company?
25     A.   I do not.

Page 169

1      MS. WILMS:
2        Object to form.
3   EXAMINATION BY MR. LEOPOLD:
4      Q.   So all your knowledge that
5   you're testifying today is related to
6   Anadarko Petroleum Corporation; is that
7   right?
8      A.   That's correct.
9      Q.   Thank you.
10       I want to try to understand a
11  little bit better the reasons and purposes
12  behind the data that you analyzed and the
13  recommendations you provide for Anadarko so
14  I'm going to be asking some questions along
15  those lines.
16       One thing that was left
17  unanswered from an hour ago or so is did
18  BP, in fact, share their Paleos with
19  Anadarko?
20     A.   Ultimately they did, yes.
21     Q.   Was there any -- strike that.
22  Did Anadarko have to specifically request
23  that BP show their Paleos, to your
24  knowledge?
25     A.   To my knowledge, we did not.

43 (Pages 166 to 169)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                              Reported by:
PAUL A. CHANDLER                                    May 4, 2011                          JOSEPH R. KAISER, JR., CCR, RPR

Page 170

1    Q.   Did they -- when did they
2  provide this information, as you recall?
3    A.   I don't remember specifically
4  when they provided it.  It was somewhere,
5  obviously, at the end of the well, into the
6  evaluation part of the well.  I couldn't
7  give you a specific date that they provided
8  it.
9    Q.   Would you say that your job as
10 an operations geologist -- that's right?
11   A.   No.  I'm a project geologist.
12   Q.   A project geologist?  Can you
13 describe the differences between the two
14 for me?
15   A.   Sure.  A project geologist is
16 responsible for projects, responsible for
17 drilling development wells in existing
18 fields, we're responsible for generating
19 new prospects for our company.
20      An operations geologist is more
21 concerned with the actual operations mode
22 of a given drilling well.  So the
23 day-to-day activities of what's going on on
24 the well, operational issues, an operations
25 geologist is concerned with those things.

Page 171

1    Q.   And you described earlier that
2  there's an exploration group that you work
3  with?
4    A.   That's right.
5    Q.   Is that where the operations
6  geologists are located in the company
7  structure?
8    A.   In our company structure the
9  operations geologist and the operations
10 group works for both exploration and
11 development.  They work for the entire
12 company.
13   Q.   Okay.  What's the function of
14 the exploration group, specifically?
15   A.   The exploration group is charged
16 with exploration.  They are charged with
17 finding new prospects that meet the size
18 requirements of our company for new
19 discoveries as opposed to development,
20 where we're developing existing fields.
21   Q.   But as you testified earlier, on
22 this well you were working on exploration
23 rather than development of a current asset;
24 is that correct?
25   A.   That's correct.  This well was

Page 172

1  an exception in that regard, in that our
2  exploration group was interested in it, but
3  our development group was the ones charged
4  with actually leading the charge, so to
5  speak, for the Macondo project.
6    Q.   So were you acting in any way as
7  an operations geologist on this well?  Let
8  me clarify.
9       Were you performing the
10 functions that an operations geologist
11 might perform for Macondo?
12   A.   No.
13   Q.   So even though your group was
14 leading the charge on the exploration at
15 Macondo, you didn't perform any functions
16 as an operations geologist?
17   A.   No.  The operations group
18 performed that.
19   Q.   And who specifically performed
20 the function?
21   A.   That was John Kamm.
22   Q.   Did that also include Robert
23 Quitzau?
24   A.   Bob Quitzau works for our
25 drilling group.

Page 173

1    Q.   And the drilling group is not in
2  the exploration group; is that right?
3    A.   The drilling group works for
4  both exploration and development.
5    Q.   Okay.  So just -- I'm trying to
6  keep up here.  We have the development
7  group, the exploration group and the
8  drilling group and they are all working
9  together on the Macondo Prospect; is that
10 right?
11   MS. WILMS:
12      Object as to form.
13   THE WITNESS:
14      They all come to bear in some,
15 in some manner on the Macondo Prospect;
16 that's right.
17
18   Q.   While was it specifically given
19 to your development group to lead the
20 charge for exploration at Macondo?
21   A.   Our development group took
22 charge of it because of where Macondo is
23 located.  The Macondo Prospect was not
24 large enough to meet the size requirements
25 of our exploration group.  We still

44 (Pages 170 to 173)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                                    Reported by:
PAUL A. CHANDLER                              May 4, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 174

1  recognized it as a geologically sound
2  prospect.  It had -- it had good attributes
3  from that standpoint.
4          And, also because of where it
5  was located.  It was very near our Pompano
6  facility which is located to the north.  We
7  have an interest in the Pompano facility.
8  It would likely be tied back to the Pompano
9  facility.
10         So for those reasons it was
11 decided by Anadarko management that the
12 development group work in the eastern Gulf,
13 the group I'm in would be the ones working
14 Macondo.
15     Q.   So since you're the ones working
16 Macondo, were you directing the other
17 groups, such as the drilling group or the
18 exploration group?
19     MS. WILMS:
20         Object to the form.
21     THE WITNESS:
22         No.
23 EXAMINATION BY MR. LEOPOLD:
24     Q.   So was it more of a
25 collaborative effort where everyone was

Page 175

1  playing their roles and sharing information
2  with one another?
3      MS. WILMS:
4          Object as to form.
5      THE WITNESS:
6          Our role was to observe and
7  monitor activities that were going on as it
8  was being drilled.
9          The drilling group, Bob Quitzau,
10 he was also to monitor the well in regards
11 to the well progress and the well reaching
12 its TD.
13         Our role was to observe and
14 gather data that was provided to us by BP.
15 That was as far as our role went.
16 EXAMINATION BY MR. LEOPOLD:
17     Q.   How often did Bob Quitzau or
18 anyone else in the drilling group provide
19 information to you and your group?
20     MS. WILMS:
21         Object as to form.
22     THE WITNESS:
23         Bob would provide information to
24 us as we would need it and as we would
25 request that from him.

Page 176

1          He was there to give us
2  information on drilling activities,
3  interpretation of drilling reports that we
4  might not understand or be able to follow.
5  So he was there to help us.
6  EXAMINATION BY MR. LEOPOLD:
7      Q.   Why is it important for you as a
8  geologist to understand what's taking place
9  on the drilling side?
10     A.   Our understanding of that really
11 focussed around the time required to get to
12 TD.  Our focus was are we going to be able
13 to get to TD on this well, are we going to
14 be able to evaluate the reservoir sand once
15 we get there.
16     Q.   So are those, that type of
17 information, does that require daily
18 updates on drilling?
19     A.   It doesn't require daily updates
20 on drilling.  There's certainly times when
21 that's important.  There's times when
22 there's no activity going on for one reason
23 or another and we know that dates are
24 required.  But, again, it was on an
25 as-needed basis.

Page 177

1      Q.   Can you give me an example of
2  one of those times when it's critical to
3  know exactly what's taking place with the
4  drilling operation?
5      MS. WILMS:
6          Object as to form.
7  EXAMINATION BY MR. LEOPOLD:
8      Q.   From your perspective as a
9  geologist?
10     A.   Only if there was something that
11 BP was doing in a drilling context that we
12 couldn't understand on a report.  I can't
13 give you a specific example.
14     Q.   Okay.  I'm going to get to some
15 e-mails and I'll ask you maybe if one of
16 those says anything.
17         Did you have any decision making
18 authority in your role?
19     MS. WILMS:
20         Object to form.
21     THE WITNESS:
22         In what manner?
23 EXAMINATION BY MR. LEOPOLD:
24     Q.   Well, let's start generally.
25 You testified that you have no direct

601 Poydras Street, Suite 1720                  GAUDET KAISER, L.L.C.                  Telephone: (504) 525-9100
New Orleans, LA 70130-6029                 Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit M
Page 45

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                   Reported by:
PAUL A. CHANDLER                                   May 4, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 178

1  reports, employees who reported to you;
2  right?
3        A.   That's right.
4        Q.   Did you have any decision making
5  authority, or the questions of whether or
6  not Anadarko was going to invest in a well?
7        A.   No.
8        Q.   Did you have any decision making
9  authority with regard to whether or not
10  explorations or operations were being
11  conducted in a safe manner?
12       A.   No.
13       Q.   What type of decision making
14  authority did you have?
15       MS. WILMS:
16            Object as to form.
17       THE WITNESS:
18            My role, again, was to monitor
19  the activities on the well, monitor the
20  results of the evaluation on the reservoir
21  rock, to be able to answer questions to my
22  general manager concerning those things.
23            And then ultimately to play a
24  role in the recommendation for Anadarko on
25  whether or not we would choose to complete

Page 179

1  the well down the road and be a part of
2  that.
3  EXAMINATION BY MR. LEOPOLD:
4        Q.   Would you characterize your role
5  as primarily an advisory role to your
6  superiors?
7        A.   My job was to report and keep
8  them informed, so, yes.
9        Q.   And why was that information
10  important to your boss and people above
11  him, in your opinion?
12       MS. WILMS:
13            Object as to form.
14       THE WITNESS:
15            My boss and people above him, of
16  course wanted to know the activities that
17  was going on in the Macondo in regard to
18  when we reach TD, what the reservoir rock
19  would look like, would we complete the
20  well.  These were big questions to be
21  answered.  They, of course, were interested
22  in that.
23  EXAMINATION BY MR. LEOPOLD:
24       Q.   Were those questions primarily
25  financial, to your knowledge, the question

Page 180

1  of whether Anadarko's going to spend money
2  to do the things you just mentioned?
3        A.   Certainly that was a big part of
4  it.  There would be a decision point to be
5  made at some point and they would certainly
6  want to be knowledgeable about the details
7  of the well when it came to that point.
8        Q.   Can you list for me the decision
9  points that you can remember in the Macondo
10  well that you provided information and
11  advice on?
12       MS. WILMS:
13            Object as to form.
14       THE WITNESS:
15            Only in regard to TD and the
16  reservoir rock itself.  Once we got to TD
17  there was discussion about the TD.  Once we
18  saw, we got a good evaluation of the
19  reservoir rock, there was discussion of
20  what the reservoir rock looked like, what
21  kind of reservoir it could be.
22  EXAMINATION BY MR. LEOPOLD:
23       Q.   Any other that you can recall,
24  any other decision points that Anadarko had
25  to make that you advised on?

Page 181

1        A.   Not that I can recall.
2        Q.   So it's fair to say you
3  primarily advised on total depth and
4  whether or not that BP as the operator had
5  reached the pay zone?  Am I phrasing that
6  correctly?
7        MS. WILMS:
8            Object as to form.
9        THE WITNESS:
10            The advisory role I had was to
11  outline what the reservoir rock looked
12  like, what the evaluation of it was like,
13  what we potentially could do from that
14  point forward in terms of completion and
15  TD.
16  EXAMINATION BY MR. LEOPOLD:
17       Q.   In performing that function for
18  Anadarko, did you ever evaluate or question
19  decisions that were being made by BP as the
20  driller?
21       MS. WILMS:
22            Object to the form.
23       THE WITNESS:
24            No.
25  EXAMINATION BY MR. LEOPOLD:

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C.                    Telephone: (504) 525-9100
New Orleans, LA 70130-6029                    Board-Certified Court Reporters                    Facsimile: (504) 525-9109

Exhibit M
Page 46

Page 182

1    Q.   So you never thought that based
2  on information you had, you might be
3  performing operations differently than what
4  BP was doing at a certain given -- at a
5  given time?
6      MS. WILMS:
7         Object as to form.
8      THE WITNESS:
9         No. We didn't evaluate BP's
10 operations on the well.
11     EXAMINATION BY MR. LEOPOLD:
12     Q.   Were there people at Anadarko
13 who were evaluating BP's operation?
14     A.   Not to my knowledge.
15     Q.   Bob Quitzau wasn't evaluating
16 day-to-day operations on the rig?
17     A.   He was not. Bob was there to,
18 to monitor the well to keep us in the asset
19 team informed of the progress of the well,
20 answering questions that we might have and
21 understanding that progress. He was not
22 there to evaluate BP's operation.
23     Q.   In evaluating those operations,
24 or, excuse me -- strike that. In informing
25 your group about the operations taking

Page 183

1  place on the well, was it necessary for you
2  to have information about earlier stages in
3  the well when you were nowhere near your
4  total depth?
5      MS. WILMS:
6         Object as to form.
7      THE WITNESS:
8         Yes.
9      EXAMINATION BY MR. LEOPOLD:
10     Q.   Why was that important to you?
11     A.   Because things that happened in
12 the early stages of drilling could have an
13 impact on our ability to reach TD.
14     Q.   And can you explain that for me?
15 I don't really understand, as a
16 non-geologist, why that's the case.
17     A.   If there were issues up-hole
18 that, that would cause an extra string of
19 casing to be set, or multiple extra strings
20 of casing to be set, we might not have
21 enough hole size to reach TD.
22        And if we did, the hole size
23 might be so small we couldn't run the
24 evaluation tools that we wanted to run to
25 evaluate the reservoirs the way we wanted

Page 184

1  to evaluate it. So it did have an impact
2  on the ultimate TD of the well.
3      Q.   And as you recall, did any of
4  those decisions have to be made at the
5  Macondo well? Specifically, whether they
6  had to set an extra string of casing?
7      MS. WILMS:
8         Object as to form.
9      THE WITNESS:
10        There was an extra string of
11 casing set. There was discussion about
12 that. But there was not, there was not a
13 conclusion that it would jeopardize our
14 ability to reach TD.
15     EXAMINATION BY MR. LEOPOLD:
16     Q.   Is that, the decision to set an
17 extra string of casing, was that something
18 that you evaluated and discussed with the
19 teams at Anadarko?
20     MS. WILMS:
21        Object as to form.
22     THE WITNESS:
23        They didn't evaluate it.
24     EXAMINATION BY MR. LEOPOLD:
25     Q.   Is it something that you

Page 185

1  discussed?
2      A.   There was very little, if any,
3  discussion about the setting of the casing.
4  There was some. Bob Quitzau was able to
5  inform us of what was involved in setting
6  that casing so we would understand. He was
7  there to help us understand what that meant
8  in terms of us reaching our TD.
9         But we didn't evaluate or
10 discuss in terms of evaluating BP's
11 decision to do it.
12     EXAMINATION BY MR. LEOPOLD:
13     Q.   You've been in this business for
14 quite a while; is that right?
15     A.   For a while.
16     Q.   Have you ever encountered a
17 situation where a decision that an operator
18 on a well is making could impact whether or
19 not you were going to reach total depth and
20 the things that you care about?
21     MS. WILMS:
22        Object as to form.
23     THE WITNESS:
24        I don't remember any specific
25 case where that actually occurred.

47 (Pages 182 to 185)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                     Reported by:
PAUL A. CHANDLER                                      May 4, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 186

1   EXAMINATION BY MR. LEOPOLD:
2      Q.   But is that, is it fair to say
3   that's one of the things that you're
4   getting paid to do is to make sure the
5   operator's decisions don't negatively
6   impact your ability to reach TD?
7      MS. WILMS:
8         Object as to form.
9      THE WITNESS:
10        Our concern was reaching TD.  So
11  everything done on the well was looked at
12  and monitored in regards to that.  We were
13  focussed on reaching TD and evaluating that
14  sand.
15  EXAMINATION BY MR. LEOPOLD:
16     Q.   Okay.  In the time frame that
17  you were working on Macondo, which I
18  believe you testified was from February 8th
19  through April of 2010, were you working on
20  any other wells at that time?
21     MS. WILMS:
22        Object as to form.
23     THE WITNESS:
24        There were other projects going
25  on at that time, yes.

Page 187

1   EXAMINATION BY MR. LEOPOLD:
2      Q.   How many projects did you have
3   going on at that time?
4      A.   I might have had one or two
5   projects going on at that time.
6      Q.   Is that a typical case load, if
7   you will, for a person in your position?
8      MS. WILMS:
9         Object as to form.
10     THE WITNESS:
11        Very typical.
12  EXAMINATION BY MR. LEOPOLD:
13     Q.   Thank you.  So you had one or
14  two other wells?
15     A.   I don't remember specifically
16  during that exact time window, but I'm sure
17  I had one or two.
18     Q.   So between -- would you say that
19  three wells would take up your entire
20  attention in your job?
21     MS. WILMS:
22        Object as to form.
23     THE WITNESS:
24        No.
25  EXAMINATION BY MR. LEOPOLD:

Page 188

1      Q.   Okay.  Do you have any other
2   responsibilities other than doing the types
3   of things that we've been talking about and
4   reviewing information on wells?
5      MS. WILMS:
6         Object as to form.
7      THE WITNESS:
8         I'm an asset development
9   geologist.  We have fields in the eastern
10  Gulf of Mexico that we work in terms of
11  drilling additional development wells.
12  That's my primary responsibility.
13  EXAMINATION BY MR. LEOPOLD:
14     Q.   And just to clarify, you may
15  have said this earlier, but when exactly
16  did you start on the Macondo project?
17     A.   Anadarko's role in the Macondo
18  project actually started in early February
19  some time.  We reviewed it with BP
20  initially in the summer of 2009.
21     Q.   And when did you personally get
22  involved in?
23     A.   In the summer of 2009 at our
24  first meeting.
25     Q.   I want to talk about your

Page 189

1   relationship with any BP employees on the
2   Macondo well.
3         You testified that you spoke
4   with Bobby Bodek at the time; is that
5   right?
6      A.   That's right.
7      Q.   Did you speak with any other BP
8   employees throughout your time on the
9   Macondo well?
10     A.   Not that I recall.
11     Q.   Are you familiar with Michael
12  Beirne?
13     A.   I know him by name, yes.
14     Q.   What about Pinky, Graham Pinky
15  Vinson?
16     A.   I don't recall.
17     Q.   Kate Payne?
18     A.   I don't recall.
19     Q.   To your recollection, Bobby
20  Bodek was the only person you spoke with at
21  BP regarding the Macondo?
22     A.   That is correct.
23     Q.   Were you the lead person for
24  communicating with BP about questions
25  related to geology?

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C.                     Telephone: (504) 525-9100
New Orleans, LA 70130-6029                   Board-Certified Court Reporters                Facsimile: (504) 525-9109

Exhibit M
Page 48

Page 190

```
1       A.   No.
2       MS. WILMS:
3          Object as to form.
4    EXAMINATION BY MR. LEOPOLD:
5       Q.   Who would that person have been
6    at Anadarko?
7       A.   That was John Kamm in our
8    operations group.
9       Q.   Okay.  But as you testified, you
10   did at times speak with Bobby Bodek.
11      A.   There were occasions when I
12   would; that's right.
13      Q.   Did John Kamm speak with them on
14   a more regular basis?
15      MS. WILMS:
16          Object to form.
17      THE WITNESS:
18          I don't know.
19   EXAMINATION BY MR. LEOPOLD:
20      Q.   Do you have any opinion on
21   whether Mr. Bodek or other people at BP
22   were experienced or inexperienced at their
23   job?
24      MS. WILMS:
25          Object as to form.
```

Page 191

```
1       THE WITNESS:
2          I have no opinion on that.
3    EXAMINATION BY MR. LEOPOLD:
4       Q.   Did you ever see any indication
5    that Mr. Bodek was irresponsible?
6       MS. WILMS:
7          Object as to form.
8       THE WITNESS:
9          I have no opinion on that.
10   EXAMINATION BY MR. LEOPOLD:
11      Q.   Mr. Chandler, do you have any
12   knowledge of government regulations for
13   drilling offshore oil wells?
14      A.   No, I don't.
15      Q.   So you don't have any knowledge
16   related to what the government might
17   require for certain geological parameters?
18      A.   No.  My extent of knowledge for
19   that would only be limited to surface
20   locations, EP work, that sort of thing.
21      Q.   What's EP work?  I'm sorry.
22      A.   Exploration plan, where you make
23   an initial proposal to drill a well at a
24   specific location.
25      Q.   So you're not aware of any
```

Page 192

```
1    requirements with regard to pore pressure
2    or fracture gradient within a well?
3       MS. WILMS:
4          Object as to form.
5       THE WITNESS:
6          No.
7    EXAMINATION BY MR. LEOPOLD:
8       Q.   Are those parameters that you
9    would be interested in in your role as a
10   geologist?
11      MS. WILMS:
12          Object as to form.
13      THE WITNESS:
14          Those parameters wouldn't be
15   involved in my role.
16   EXAMINATION BY MR. LEOPOLD:
17      Q.   Who of the people that you work
18   with on Macondo -- strike that.  Of the
19   people you were working with at Macondo,
20   who would be interested in pore pressure
21   and fracture gradient parameters?
22      MS. WILMS:
23          Object as to form.
24      THE WITNESS:
25          I don't know.
```

Page 193

```
1    EXAMINATION BY MR. LEOPOLD:
2       Q.   Were you at all interested in
3    lost returns events as they took place at
4    Macondo?
5       A.   Only in regard that it would
6    impact our timing on getting to TD.
7       Q.   And let me try to understand
8    that a little bit better.
9          You say the timing on getting to
10   TD and you mentioned that a couple of
11   times.  Why was the timing specifically
12   important for you in your role?
13      A.   We were interested in getting to
14   TD.  We were interested in seeing our main
15   reservoir sand, so anything that would
16   delay that would be, would be something we
17   would be interested in.
18          We wanted to get there as soon
19   as we reasonably could.
20      Q.   Was that for financial reasons
21   that you wanted to get there within a
22   specific amount of time?
23      A.   It's always, it's always cheaper
24   when the well is drilled quicker rather
25   than slower.  Only in that regard.
```

49 (Pages 190 to 193)

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C.                    Telephone: (504) 525-9100
New Orleans, LA 70130-6029                    Board-Certified Court Reporters                    Facsimile: (504) 525-9109

Exhibit M
Page 49

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                    Reported by:
PAUL A. CHANDLER                          May 4, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 194

1    Q.   Were your managers asking you
2  questions about whether or not the Macondo
3  well was being drilled on time?
4    MS. WILMS:
5       Object as to form.
6    THE WITNESS:
7       No.  They actually weren't.
8  EXAMINATION BY MR. LEOPOLD:
9    Q.   So was the timing something you
10  were just interested in by yourself?
11   A.   Not by myself.  Everybody
12  involved in the project was wanting to know
13  when we would get to TD and what the sand
14  would look like.  There were no specific
15  requests by a manager to outline when that
16  timing would be but we were all interested
17  in it.
18   Q.   So events like a kick in the
19  well could affect your ability to get to TD
20  on time; is that right?
21   MS. WILMS:
22       Object as to form.
23   THE WITNESS:
24       A kick in the well could delay
25  when we potentially could get to TD.

Page 195

1  EXAMINATION BY MR. LEOPOLD:
2    Q.   Are you aware of the kick that
3  took place on March 8th at Macondo?
4    A.   Yes.
5    Q.   Did you do any analysis of that
6  event in relationship with your job at
7  Anadarko?
8    A.   In what regard?
9    Q.   Any analysis whatsoever.
10   A.   Only to make note that we had a
11  kick and only to make note approximately
12  where that interval was that we had the
13  kick.  Only in that regard.
14   Q.   Is that interesting from a
15  geological perspective?
16   A.   It is.
17   Q.   And why is that?
18   A.   Just to know what it was, what
19  formation it was that might have had
20  hydrocarbons that gave us that kick.
21   Q.   Okay.  Are you familiar with any
22  analysis that BP did of the kick that took
23  place on March 8th and the reasons why?
24   MS. WILMS:
25       Object as to form.

Page 196

1    THE WITNESS:
2       No, I'm not.
3  EXAMINATION BY MR. LEOPOLD:
4    Q.   So to your knowledge, BP never
5  shared any analysis that they performed on
6  the reasons why the kick happened?
7    MR. DAVID:
8       Object to the form.
9    THE WITNESS:
10       The only thing BP provided in
11  regards to that was what they had in their
12  reports they put in, in WellSpace.
13  EXAMINATION BY MR. LEOPOLD:
14   Q.   And what information was that?
15   MR. DAVID:
16       Objection to the form.
17   THE WITNESS:
18       I don't recall specifically what
19  information they had regarding the well
20  kick, other than it simply being noted that
21  there was a kick and approximately the
22  interval that they had the kick.
23  EXAMINATION BY MR. LEOPOLD:
24   Q.   To your knowledge, was Anadarko
25  monitoring the well at the time of the kick

Page 197

1  on March 8th?
2    MS. WILMS:
3       Object as to form.
4    THE WITNESS:
5       Anadarko was monitoring the well
6  in that regard on March the 8th, I should
7  say.  Again, in regard to making it to TD.
8       So we were monitoring the well
9  in that regard.
10  EXAMINATION BY MR. LEOPOLD:
11   Q.   To your knowledge, was anyone
12  monitoring real-time data on March 8th?
13   MS. WILMS:
14       Object as to form.
15   THE WITNESS:
16       I don't recall.
17  EXAMINATION BY MR. LEOPOLD:
18   Q.   If someone was monitoring
19  real-time data, who would that have been on
20  your team or the other teams that we talked
21  about?
22   MS. WILMS:
23       Object as to form.
24   THE WITNESS:
25       I couldn't speculate who it

50 (Pages 194 to 197)

601 Poydras Street, Suite 1720                  GAUDET KAISER, L.L.C.              Telephone: (504) 525-9100
New Orleans, LA 70130-6029              Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit M
Page 50

Page 198

1  would be.
2  EXAMINATION BY MR. LEOPOLD:
3      Q.   If you would, turn with me to
4  Tab 19 in the binder in front of you.
5      This is previously marked
6  Exhibit 1071.
7      Have you ever seen this e-mail
8  before, Mr. Chandler?
9      A.   Let me look at it.
10  MR. LEOPOLD:
11      Can we go off the record to let
12  the witness take a look at the document?
13  THE VIDEOGRAPHER:
14      Off the record.  It's 1:26.
15      (Off the record.)
16  THE VIDEOGRAPHER:
17      Returning to the record, it is
18  1:29.
19  EXAMINATION BY MR. LEOPOLD:
20      Q.   Mr. Chandler, would you also
21  review Tab 21, which is previously marked
22  Exhibit 1072, and Tab 12 which is
23  previously marked Exhibit 1074.
24      A.   Okay.
25  MR. LEOPOLD:

Page 199

1      Go off the record.
2  THE VIDEOGRAPHER:
3      Off the record.  It is 1:29.
4      (Off the record.)
5  THE VIDEOGRAPHER:
6      Returning to the record, it is
7  1:30.
8  EXAMINATION BY MR. LEOPOLD:
9      Q.   Thank you, Mr. Chandler.
10      These are previously marked
11  exhibits, e-mails.  Let's start with
12  Tab 19.  Sorry.
13      This is an e-mail from Jonathan
14  Bellow to a distribution list that is
15  talking about the kick that took place on
16  March 8th and about some of their
17  reflections on that event.
18      And I just want to read you a
19  couple of lines from it since you've had
20  the chance to look at it and get your
21  thoughts.
22      Starting on the first line
23  towards the end, I want to spend some time
24  re-evaluating how we manage real-time pore
25  pressure detection for Macondo type wells.

Page 200

1  By Macondo type wells I mean those wells
2  without thick salt sections that usually
3  have narrow drilling windows for a large
4  part of the well.  I believe that we can
5  learn from Macondo to allow these kind of
6  wells to be successfully drilled without
7  subsurface NPT events.
8      And then skipping down midway
9  through the paragraph he also says, we have
10  not drilled a huge number of these no salt
11  narrow drilling window wells.
12      In your role as a geologist at
13  Anadarko, do you analyze the type of
14  information that he's referring to here
15  about salt windows and salt deposits and
16  how that affects the pay zones that you're
17  looking for?
18  MS. WILMS:
19      Object as to form.
20  MR. DAVID:
21      Object as to form.
22  THE WITNESS:
23      Only in regard to mapping the
24  existence of a salt feature itself.  In
25  terms of pore pressure and how that affects

Page 201

1  drilling, no.
2  EXAMINATION BY MR. LEOPOLD:
3      Q.   So in your role, you're not
4  interested in what the specific pore
5  pressure might be when you're drilling
6  through salt versus when you're drilling
7  through another type of formation?
8  MS. WILMS:
9      Object as to form.
10  THE WITNESS:
11      For my role, no.
12  EXAMINATION BY MR. LEOPOLD:
13      Q.   Is there anyone at Anadarko who
14  is interested in that type of information,
15  to your knowledge?
16  MS. WILMS:
17      Object as to form.
18  THE WITNESS:
19      No.  I don't know who that would
20  be.
21  EXAMINATION BY MR. LEOPOLD:
22      Q.   Is that something that Bob
23  Quitzau would have been looking at when he
24  was monitoring activity at Macondo?
25  MS. WILMS:

51 (Pages 198 to 201)

Exhibit M
Page 51

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported by:
PAUL A. CHANDLER                                    May 4, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 202

1          Object as to form.
2      THE WITNESS:
3          I can't speak as to whether he
4  looked at that or not.
5      EXAMINATION BY MR. LEOPOLD:
6      Q.   If BP was drilling in a way that
7  didn't allow for sufficient drilling margin
8  between -- to give them a buffer against
9  the fracture gradient, is something that
10 could affect them getting to total depth on
11 time and in a safe manner?
12     MS. WILMS:
13         Object as to form.
14     MR. DAVID:
15         Object as to form.
16     THE WITNESS:
17         That's an evaluation that I just
18 couldn't make.  That's not, that's not my
19 role or expertise.
20     EXAMINATION BY MR. LEOPOLD:
21     Q.   Okay.  If you would turn with me
22 to Tab 20 and this is previously marked
23 Exhibit 1072.  And in the middle of the
24 page, the e-mail from Stuart Lacy to
25 Jonathan Bellow, I'd like to read an

Page 203

1  excerpt of it and ask you your thoughts
2  about it.
3          On the second line, he says I
4  think we've been, we've all been -- excuse
5  me.  I think we were all a bit complacent
6  having been drilling sub-salt wells.  This
7  is a different kettle of fish.  One thought
8  is that we always used to check flow sands
9  and exploration wells but the drive for
10 increased performance has seen this
11 abandoned.
12         Likewise, drilling like a bat
13 out of hell in these PP narrow window wells
14 is perhaps not wise, especially considering
15 the drilling is relatively low percent of
16 the total time in these wells.  Drilling so
17 fast, we have to stop and circulate for ECD
18 doesn't really make any sense.
19         Did I read that correctly,
20 Mr. Chandler?
21     A.   Yes.  That's what's written.
22     Q.   And is the rate of penetration
23 or drilling rate something that, a
24 parameter that you would look at as a
25 geologist, in your role?

Page 204

1      A.   Yes.
2      Q.   It is?  What specifically is
3  interesting to you about that parameter?
4      A.   It speaks to the timing of the
5  well.  It speaks to how rapidly or not
6  rapidly we would reach the next casing
7  point or the final TD of the well.
8      Q.   Were you aware that these types
9  of conversations were taking place between
10 BP employees?
11     MS. WILMS:
12         Object as to form.
13     MR. DAVID:
14         Object as to form.
15     THE WITNESS:
16         I was not.
17     EXAMINATION BY MR. LEOPOLD:
18     Q.   Are you at all surprised that
19 they encountered problems, apparently,
20 because the rate of penetration of the well
21 was faster than what was the purpose of the
22 condition?
23     MR. DAVID:
24         Objection to form.
25     MS. WILMS:

Page 205

1          Object as to form.
2      THE WITNESS:
3          I can't comment on that.  I
4  don't have an opinion on that.
5      EXAMINATION BY MR. LEOPOLD:
6      Q.   But you testified that you did
7  look at rate of penetration?
8      A.   That's correct.
9      MS. WILMS:
10         Object as to form.
11     EXAMINATION BY MR. LEOPOLD:
12     Q.   Okay.  But, and part of that is
13 ensuring that the rate of penetration is
14 not too fast for the types of formations
15 you're drilling through; is that right?
16     MS. WILMS:
17         Object as to form.
18     MR. DAVID:
19         Object as to form.
20     THE WITNESS:
21         No, that's not right.  My
22 interest in rate of penetration was simply
23 to understand when we would get to the next
24 casing point, the timing of that, and when
25 we would reach TD.

52 (Pages 202 to 205)

Page 206

1  EXAMINATION BY MR. LEOPOLD:
2      Q.  Okay.  I'd like to go back and
3  talk about the information that was
4  available to Anadarko on the Macondo well.
5          We've already discussed INSITE
6  Anywhere® as one of the pieces of
7  information that was available to Anadarko;
8  right?
9      A.  That's correct.
10     Q.  We discussed WellSpace; correct?
11     A.  That's correct.
12     Q.  Is there anything else, any
13  other types of information or sources of
14  information that Anadarko had access to
15  related to the Macondo well?
16     MS. WILMS:
17         Object as to form.
18     THE WITNESS:
19         No.  Those were the two, two
20  sources of information.
21  EXAMINATION BY MR. LEOPOLD:
22     Q.  If you would, turn with me in
23  your binder to Tab 109.
24     MR. LEOPOLD:
25         I'd like to mark this Exhibit as

Page 207

1  1598.  It's Bates number ending in 1040.
2          (Whereupon, the document
3  referred to was marked as Exhibit No. 1598
4  for identification.)
5  EXAMINATION BY MR. LEOPOLD:
6      Q.  Are you familiar with this
7  e-mail, Mr. Chandler?
8      A.  No, I'm not.
9      Q.  Do you see that you were cc'd on
10  the e-mail from Nick Huch to Bobby Bodek?
11     A.  I do.
12     Q.  Do you recall ever seeing this
13  e-mail?
14     A.  I don't recall specifically
15  seeing it, no.
16     Q.  Is it an e-mail about Anadarko's
17  data requirement?
18     A.  Yes.
19     Q.  Okay.  If you would turn with me
20  to the next page.  Bates number ending in
21  1041.
22          Have you ever seen this document
23  which was attached to the e-mail?
24     A.  Yes, I have.
25     Q.  What is it?

Page 208

1      A.  This is Anadarko's requirements,
2  geologic requirements outlining where data
3  would be sent, giving contact numbers of
4  those that would receive the data.
5      Q.  Did you help create this
6  document?
7      A.  This document was created by our
8  operations group.  I'm sure that I did have
9  input in terms of wireline logs, the
10  numbers of which we needed field prints,
11  CD, that sort of thing.  I'm sure I had
12  input on that but I didn't create the
13  document.
14     Q.  Okay.  And it has an extensive
15  list of information here.
16          And it also has under each
17  category, let's just start with drilling
18  data, which is the first category on the
19  document.  It says if not uploading to a
20  dropbox, e-mail morning reports daily to --
21  and it gives an Anadarko e-mail address.
22     A.  Yes.
23     Q.  Are you aware that that
24  alternative process was used to deliver
25  information on the Macondo well to

Page 209

1  Anadarko?
2      MS. WILMS:
3          Object as to form.
4      THE WITNESS:
5          I'm not aware that it was.
6  EXAMINATION BY MR. LEOPOLD:
7      Q.  And when it says to a dropbox,
8  is that referring to WellSpace?
9      A.  It is in this case.
10     Q.  So were there ad hoc e-mails
11  from BP providing information to Anadarko
12  at other times?
13     MR. DAVID:
14         Object to form.
15     THE WITNESS:
16         Not to my knowledge.
17  EXAMINATION BY MR. LEOPOLD:
18     Q.  To the best of your
19  recollection, everything they provided to
20  you was either through WellSpace or through
21  INSITE Anywhere®?
22     A.  That's correct.
23     Q.  And on Bates -- page ending in
24  Bates number 1042, I see the Paleo report
25  are on there.

53 (Pages 206 to 209)

Exhibit M
Page 53

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

Reported by:

PAUL A. CHANDLER                    May 4, 2011              JOSEPH R. KAISER, JR., CCR, RPR

Page 210

1    A.   Yes.
2    Q.   Were those eventually added to
3  WellSpace?
4    A.   Eventually they were.
5    Q.   And if you would turn with me to
6  page 1043, which is the next page on the
7  document.  Do you see where it says towards
8  the top of the page, well cutting samples?
9    A.   Yes.
10   Q.   Was that another form of
11 information or data that was being
12 transmitted to Anadarko?
13   A.   It's pretty standard to request
14 one set of wet samples and one washed and
15 dried cutting sample upon conclusion of the
16 well, so, yes.
17   Q.   Were you involved in any way in
18 analyzing samples, cutting samples that
19 were coming out of the Macondo well?
20   A.   No.
21   Q.   Who at Anadarko would have been
22 involved in the analysis of cuttings coming
23 out of the well?
24   A.   Nobody at Anadarko was involved
25 in analysis of these cuttings.

Page 211

1    Q.   Were they analyzed by a
2  third-party contractor?
3    A.   They were only analyzed by Paleo
4  Data, Inc., which was the Paleo work that
5  we had performed independently from BP's
6  Paleo work.
7    Q.   Okay.  So Paleo Data, Inc.; is
8  that right?
9    A.   That's correct.
10   Q.   They analyzed the cuttings and
11 then they sent you reports on their
12 findings; is that correct?
13   A.   For Paleo Data; that's correct.
14   Q.   Was that the only purpose for
15 analyzing?
16   A.   That was the only purpose for
17 analyzing.
18   MS. WILMS:
19       Can we stop for a minute?
20       Did you get this through the MDL
21 or a different way?  I just noticed the
22 personal phone numbers which I think were
23 redacted off of this when it was provided
24 in the MDL.
25   MR. LEOPOLD:

Page 212

1       It's got an Anadarko Bates
2  number at the bottom.
3    MS. WILMS:
4       Right.  Right.  Not the MDL.  Do
5  you know what --
6    MR. LEOPOLD:
7       I believe this was produced in
8  the MDL but I'm not sure about that.
9    MS. WILMS:
10      That's it.  I have an issue of
11 replacing it with a redacted version.
12 EXAMINATION BY MR. LEOPOLD:
13   Q.   If you would, Mr. Chandler, turn
14 with me to Tab 82 in the binder.  This is
15 previously marked Exhibit 611.
16      And if you would, turn over to
17 the page ending in 33824.  Section 1.5.
18   MS. WILMS:
19      33824?
20   MR. LEOPOLD:
21      4.
22   MS. WILMS:
23      44.
24   MR. LEOPOLD:
25      Correct.

Page 213

1  EXAMINATION BY MR. LEOPOLD:
2    Q.   Mr. Chandler, this is the Sperry
3  report on the data that was being monitored
4  by the mud loggers that was provided to BP.
5  And if you see in Section 1.5 there, you
6  will see a section that says monitored
7  parameters.  You see that?
8    A.   I do.
9    Q.   I'd like to go through with you
10 and talk about specifically which of these
11 parameters that you accessed and were
12 looking at on a regular basis, or even at
13 all.
14   A.   Okay.
15   Q.   Were you interested in block
16 position?
17   A.   No.
18   Q.   Well, maybe let's do it this
19 way.  Why don't you look at the list of
20 monitored parameters that Sperry was
21 monitoring and tell me which are the
22 parameters that you were interested in.
23   A.   The gas information would be of
24 interest.
25   Q.   Can you stop there and explain

54 (Pages 210 to 213)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported by:
PAUL A. CHANDLER                     May 4, 2011                     JOSEPH R. KAISER, JR., CCR, RPR

Page 214

1  to me what you were interested in looking
2  at in the gas information?
3      A.   Gas increases, indication of
4  hydrocarbons, that would be something that
5  would be of interest to me.
6      Q.   Is that something that you saw
7  and analyzed at Macondo?
8      MS. WILMS:
9          Object as to form.
10     THE WITNESS:
11         I only would see it.  It wasn't
12 my role to analyze it other than to make
13 note of it.
14 EXAMINATION BY MR. LEOPOLD:
15     Q.   Okay.  Go ahead.
16     A.   Depth.  Gas analysis, again.
17 Hydrocarbon shows.
18     Q.   Let me stop you there.
19     A.   Okay.
20     Q.   What is a hydrocarbon show?
21     A.   It's where you actually see
22 indication of hydrocarbons in the drill
23 cuttings, either by visual description of
24 those cuttings themselves, stain,
25 fluorescents, that sort of thing, an

Page 215

1  indication of hydrocarbon on the sample or
2  gas increases associated with that sample.
3      Q.   And that was information being
4  provided by the mud loggers; is that
5  correct?
6      A.   That's correct.
7      Q.   To your knowledge, were the mud
8  loggers looking at the cutting samples and
9  then providing that data via INSITE?
10     MS. WILMS:
11         Object as to form.
12     THE WITNESS:
13         I have no reason to believe that
14 they weren't.
15 EXAMINATION BY MR. LEOPOLD:
16     Q.   I'm just trying to establish
17 that that's where that information's coming
18 from, to your knowledge; correct?
19     MS. WILMS:
20         Object as to form.
21     THE WITNESS:
22         The mud loggers would do their
23 evaluation.  It would be in the form of a
24 mud log.
25         I would pull that information

Page 216

1  from WellSpace.
2  EXAMINATION BY MR. LEOPOLD:
3      Q.   Okay.  So you weren't
4  necessarily watching this in real-time?
5      A.   The mud logs, no.
6      Q.   Okay.  Let's continue, if you
7  would.
8      A.   MWD data would be of interest.
9      Q.   And what is MWD?
10     A.   It's just measure while
11 drilling.  Again, it's the depth related, a
12 depth related piece of data.
13     Q.   And why is that interesting for
14 you?
15     A.   Again, it speaks to how fast the
16 drilling is occurring in terms of reaching
17 the next critical point, be it a casing
18 point or a TD.
19     Q.   Okay.  So, again, I mean, how
20 quickly the well's being drilled is
21 something that you're very interested in;
22 is that right?
23     MS. WILMS:
24         Object as to form.
25     THE WITNESS:

Page 217

1          Interested in seeing that the
2  well got to TD.  There is always interest
3  and concern on, on when that timing would
4  be that we reached TD.  Everybody's just
5  anxious to get the well to TD.
6  EXAMINATION BY MR. LEOPOLD:
7      Q.   If you would clarify something
8  for me about -- is that type of information
9  about how far along they're in the well, is
10 that something that BP could provide to
11 Anadarko on a regular basis?
12     MR. DAVID:
13         Object to the form.
14     THE WITNESS:
15         They did provide it on a regular
16 basis.
17 EXAMINATION BY MR. LEOPOLD:
18     Q.   Well, what I'm having trouble
19 understanding is what were you doing by
20 analyzing the information that BP wasn't
21 already doing itself when it provided all
22 the drilling reports and the mud logs and
23 so on and so forth?
24     MS. WILMS:
25         Object as to form.

55 (Pages 214 to 217)

601 Poydras Street, Suite 1720                GAUDET KAISER, L.L.C.                Telephone: (504) 525-9100
New Orleans, LA 70130-6029              Board-Certified Court Reporters        Facsimile: (504) 525-9109

Exhibit M
Page 55

Page 218

```
1      THE WITNESS:
2          My role was to observe that
3   data, make note of that data, know what was
4   going on in the well in terms of the
5   drilling progress to be able to answer any
6   questions that might be put to me by
7   Anadarko management.
8   EXAMINATION BY MR. LEOPOLD:
9      Q.   So was your -- the types of
10  things that you were doing, was that
11  duplicative of the types of things that BP
12  themselves were doing?
13     MS. WILMS:
14         Object as to form.
15     THE WITNESS:
16         I can't speak to what BP was
17  doing.
18  EXAMINATION BY MR. LEOPOLD:
19     Q.   Well, you can speak to the
20  reports that were being provided to
21  Anadarko; is that correct?
22     MS. WILMS:
23         Object as to form.
24     THE WITNESS:
25         Yes.
```

Page 219

```
1   EXAMINATION BY MR. LEOPOLD:
2      Q.   So based on the reports that are
3   being provided, the daily reports, the logs
4   the mud logs, the surface logging data,
5   logging while drilling, all that, did that
6   indicate that BP themselves were watching
7   and monitoring this information?
8      MS. WILMS:
9          Object as to form.
10     THE WITNESS:
11         I can't speak to that.  The
12  report had the data that it had.  I made
13  note of that data, I passed that
14  information along to the people that I
15  worked with.
16  EXAMINATION BY MR. LEOPOLD:
17     Q.   Okay.  But did you provide
18  additional analysis of that information?
19     MS. WILMS:
20         Object as to form.
21     THE WITNESS:
22         No.
23  EXAMINATION BY MR. LEOPOLD:
24     Q.   So your role is simply passing
25  information along; is that right?
```

Page 220

```
1      MS. WILMS:
2          Object as to form.
3      THE WITNESS:
4          My role was to make note of the
5   information to be able to inform my company
6   as to the progress of the well, when we
7   anticipated reaching TD and then the
8   evaluation of the potential sand,
9   hydrocarbon sand once we got there.
10  EXAMINATION BY MR. LEOPOLD:
11     Q.   Okay.  So to me, that sounds
12  like you were simply keeping your superiors
13  apprised of what was happening in the well
14  at what time and when you anticipated
15  reaching TD; is that correct?
16     MS. WILMS:
17         Object as to form.
18     THE WITNESS:
19         My role was to keep them advised
20  as to what was going on.
21  EXAMINATION BY MR. LEOPOLD:
22     Q.   Let's continue, if you would.
23     A.   Okay.
24     Q.   You were at MWD data?
25     A.   Right.  Rate of penetration, for
```

Page 221

```
1   the reasons we've been discussing.  And
2   that would be all under that section.
3      Q.   Do you know if any other
4   personnel at Anadarko was monitoring other
5   of these parameters?
6      MS. WILMS:
7          Object as to form.
8      THE WITNESS:
9          I don't know.
10  EXAMINATION BY MR. LEOPOLD:
11     Q.   You don't know if Bob Quitzau
12  was looking at any of the other parameters
13  on this list?
14     MS. WILMS:
15         Object as to form.
16     THE WITNESS:
17         I don't know.
18  EXAMINATION BY MR. LEOPOLD:
19     Q.   But you were designated by
20  Anadarko to answer questions related to
21  what data, what they were doing with the
22  data provided; correct?
23     MS. WILMS:
24         Object as to form.
25     THE WITNESS:
```

56 (Pages 218 to 221)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                    Reported by:
PAUL A. CHANDLER                                May 4, 2011                         JOSEPH R. KAISER, JR., CCR, RPR

Page 222

1      Who was doing with what data?
2   EXAMINATION BY MR. LEOPOLD:
3      Q.   What Anadarko was doing with the
4   data provided by BP.
5      MS. WILMS:
6          Object as to form.
7      THE WITNESS:
8          Ask the question one more time.
9   EXAMINATION BY MR. LEOPOLD:
10     Q.   Were you designated by Anadarko
11  to answer questions related to what data
12  was being provided and what Anadarko was
13  doing with that data from the Macondo well?
14     MS. WILMS:
15         In regard to the 30(b)(6)
16  notice?
17     THE WITNESS:
18         Yes.  For the 30(b)(6) notice in
19  regard to INSITE Anywhere®, yes.
20  EXAMINATION BY MR. LEOPOLD:
21     Q.   Was this data that we've been
22  talking from the monitored parameters
23  provided in INSITE Anywhere®?
24     A.   Some of that data was, some of
25  it, I'm not sure if it was or was not.

Page 223

1      Q.   And was some of it being
2   provided via WellSpace?
3      A.   Some of it would likely be in
4   drilling reports that would be in
5   WellSpace, yes.
6      Q.   Okay.  But you're testifying
7   other than what you know personally, you
8   looked at of these parameters, you don't
9   know of anybody else at Anadarko looked at
10  or what they used this information for?
11     MS. WILMS:
12         Object as to form.
13     THE WITNESS:
14         That's right.
15  EXAMINATION BY MR. LEOPOLD:
16     Q.   Okay.  So I think you looked,
17  were you finished with all the parameters
18  that you personally were aware of; correct?
19     A.   Yes.  Under this section, that's
20  right.
21     Q.   Okay.  Thank you.  If you would,
22  turn with me to Tab 107.
23         This is previously marked
24  Exhibit 555 and have you ever seen a
25  document, this document or a document like

Page 224

1   it before, Mr. Chandler?
2      MS. WILMS:
3          Object as to form.
4      THE WITNESS:
5          I have.
6   EXAMINATION BY MR. LEOPOLD:
7      Q.   What is it?
8      A.   This is a daily pore pressure
9   frac gradient report.
10     Q.   Is this the type of report that
11  was provided in WellSpace for Anadarko?
12     A.   Yes.
13     Q.   And is this, is this report
14  something that you would look at for, in
15  connection with your responsibilities?
16     A.   No.
17     MS. WILMS:
18         Object as to form.
19     THE WITNESS:
20         No.  This wasn't part of my
21  normal work flow.
22  EXAMINATION BY MR. LEOPOLD:
23     Q.   So you weren't interested in
24  leak-off tests indicating pressure
25  formation at various depths?

Page 225

1      A.   It was not my job to, to
2   evaluate that or be involved in that, no.
3      Q.   Do you know whose job it was at
4   Anadarko to look at that type of
5   information?
6      MS. WILMS:
7          Object as to form.
8      THE WITNESS:
9          No, I don't.
10  EXAMINATION BY MR. LEOPOLD:
11     Q.   Do you know if anyone at
12  Anadarko was looking at it at all?
13     MS. WILMS:
14         Object as to form.
15     THE WITNESS:
16         I don't know.
17  EXAMINATION BY MR. LEOPOLD:
18     Q.   Let's turn now to Tab 108.  This
19  is previously marked Exhibit 556.
20         Mr. Chandler, have you ever seen
21  a document like this or, in fact, this
22  document?
23     MS. WILMS:
24         Object as to form.
25     THE WITNESS:

57 (Pages 222 to 225)

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C.                  Telephone: (504) 525-9100
New Orleans, LA 70130-6029              Board-Certified Court Reporters              Facsimile: (504) 525-9109

Exhibit M
Page 57

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                     Reported by:
PAUL A. CHANDLER                                    May 4, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 226

1        I have.
2     EXAMINATION BY MR. LEOPOLD:
3        Q.   Okay.  What is it?
4        A.   This is a daily geologic report.
5        Q.   And was this the type of report
6     that was provided on the WellSpace by BP?
7        A.   That's correct.
8        Q.   And in connection with your
9     duties, was this the type of document that
10    you would look at and review?
11       A.   It is.
12       Q.   And what specifically are you
13    interested in in this daily geologic
14    report?
15       A.   In this type of report I'm
16    interested in the current TD, the current
17    depth.
18            I would be interested in where
19    they have listed the various casing sizes
20    to know and keep, keep abreast of where, in
21    depth where the different casing sizes were
22    set.
23            I would be interested in the
24    present operation column.  And I would be
25    interested in the activity over the last

Page 227

1     24 hours.
2        Q.   Did you ever write summaries of
3     these reports for your superiors?
4        A.   Only in regard to, again,
5     keeping my superiors apprised as to what
6     depth we were at and when we would
7     anticipate making it to the next casing
8     point or TD.
9        Q.   And I've been talking about your
10    superiors for a while now.  Are we
11    referring -- when I say that, do you
12    understand that I'm referring to Alan
13    O'Donnell?
14       A.   I would, I made that assumption,
15    yes.
16       Q.   Anybody else?
17       A.   No.  I reported to Alan
18    O'Donnell.
19       Q.   Okay.  And you didn't report up
20    the chain to any higher than Alan; is that
21    right?
22       A.   No.  No.  I'm Alan's direct
23    report.
24       Q.   So, again, you're saying that
25    the only thing that you're interested in

Page 228

1     from the daily geologic report is
2     essentially the progress that we're making
3     in drilling the well?  Is that an adequate
4     summary?
5        MS. WILMS:
6            Object as to form.
7        THE WITNESS:
8            I'm interested in the progress
9     that they've made, I'm interested in where
10    the casing sets were made, and depth.  I
11    would be interested in sample descriptions,
12    which in this particular example doesn't
13    have any.  But had it had sample
14    description, I would be interested in that
15    in regards to potential hydrocarbon shows.
16    EXAMINATION BY MR. LEOPOLD:
17       Q.   Okay.  Because that would
18    indicate there was hydrocarbons present at
19    that, at that area in the geology?
20       A.   That's correct.
21       Q.   Okay.  Thank you.
22       MR. FINEMAN:
23            Let's go ahead and take a break.
24    We're out of tape.
25       THE VIDEOGRAPHER:

Page 229

1            Off the record.  It is 1:57.
2     This is the conclusion of Tape 4.
3            (Off the record.)
4        THE VIDEOGRAPHER:
5            Returning to the record, it is
6     2:11, this is the start of Tape 6.
7     EXAMINATION BY MR. LEOPOLD:
8        Q.   Mr. Chandler, this is Matt
9     Leopold again for the United States.
10            So I'm going to be going into
11    some other topic areas than what we've been
12    talking about but I just wanted to clarify
13    one thing, which is the rate of penetration
14    and the speed at which a well was drilled
15    depends on many factors.  Would you agree
16    with that?
17       A.   Yes, I would.
18       Q.   And do you evaluate all things
19    that affect getting to total depth, or only
20    a fraction of those factors?
21       MS. WILMS:
22            Object as to form.
23       THE WITNESS:
24            In the case of Macondo, I really
25    didn't evaluate why the rate of penetration

58 (Pages 226 to 229)

Exhibit M
Page 58

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                     Reported by:
PAUL A. CHANDLER                                    May 4, 2011                          JOSEPH R. KAISER, JR., CCR, RPR

Page 230

1  was what it was.  That's BP's call.  They
2  were the operator, they could determine
3  their rate of penetration.
4  EXAMINATION BY MR. LEOPOLD:
5      Q.  Do you have any views based on
6  your knowledge of geology and of what an
7  appropriate rate of penetration is for a
8  certain formation?
9      MS. WILMS:
10         Object as to form.
11     THE WITNESS:
12         No, I don't.
13 EXAMINATION BY MR. LEOPOLD:
14     Q.   And with regard to events that
15 take place like kicks or lost circulation
16 in the well, do those types of events
17 affect the time it takes to get to total
18 depth?
19     MS. WILMS:
20         Object as to form.
21     THE WITNESS:
22         They would.
23 EXAMINATION BY MR. LEOPOLD:
24     Q.   So are you interested in
25 information on those types of events or

Page 231

1  evaluating those type of events?
2      A.   I would make note of those type
3  of events.  Yes, I would.
4      Q.   And if those types of events are
5  occurring regularly, is that something that
6  you or your superiors would be concerned
7  about?
8      MS. WILMS:
9          Object as to form.
10     THE WITNESS:
11         I would make note of those
12 events, whether they occurred regularly or
13 whether they occurred only once or twice.
14 EXAMINATION BY MR. LEOPOLD:
15     Q.   In fact, you did make note of
16 lost circulation events and kicks that
17 happened at Macondo?
18     A.   Only through observation, again,
19 so that I could report that to people
20 within our group, that the delay would be
21 attributable to a kick or lost circulation.
22     Q.   And why were they interested in
23 that information, to your knowledge?
24     A.   Again, it speaks to when we
25 would anticipate getting to the next casing

Page 232

1  point, when we would anticipate getting to
2  TD.
3      Q.   Did you know, in fact, that the
4  Macondo well was over time and over budget?
5      MS. WILMS:
6          Object as to form.
7      MR. DAVID:
8          Object as to form.
9      THE WITNESS:
10         I had been told that at some
11 point.
12 EXAMINATION BY MR. LEOPOLD:
13     Q.   Do you recall when you were told
14 that?
15     A.   No, I do not.
16     Q.   Did you make note of the kick
17 that occurred on October 26th, 2009?
18     A.   No, I did not.
19     Q.   Did you make note of the lost
20 returns event that occurred on
21 February 17th through 21st at the Macondo
22 well?
23     A.   I don't recall that one, no.
24     Q.   Do you recall lost returns that
25 occurred on March 2, 2010?

Page 233

1      A.   I recall the events in March
2  that led to a kick that led to a loss of
3  returns that led to stuck pipe.
4      Q.   Okay.  So you recall lost
5  returns on March 2nd, March 3rd and
6  eventually the kick on March 8th?
7      MS. WILMS:
8          Object as to form.
9      THE WITNESS:
10         I remember in general those
11 events, yes.
12 EXAMINATION BY MR. LEOPOLD:
13     Q.   When you say you were making
14 note of it, what exactly were you doing
15 with that information?
16     A.   Again, making observation of it,
17 being aware of it.  Being able to report
18 that to those that I worked with, my boss,
19 Alan O'Donnell, so that he would be aware
20 of what the situation was on the well.
21     Q.   And you did, in fact, report
22 those events to Mr. O'Donnell; is that
23 correct?
24     A.   I don't remember it
25 specifically, but I would assume that I

59 (Pages 230 to 233)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010
PAUL A. CHANDLER                                       May 4, 2011                          JOSEPH R. KAISER, JR., CCR, RPR

Page 234

1   did, yes.
2       Q.   Did you have -- strike that.
3   Were you instructed by Mr. O'Donnell to
4   report lost return events or kicks that
5   were taking place at the well?
6       MS. WILMS:
7           Object as to form.
8       THE WITNESS:
9           Not specifically.  His
10  assumption, I'm sure, was that I was to
11  keep them abreast of what was going on in
12  the well.
13  EXAMINATION BY MR. LEOPOLD:
14      Q.   To your knowledge, was he
15  getting that type of information through
16  any other channels?
17      A.   Not to my knowledge, no.
18      Q.   From your perspective, he was
19  depending on you to provide that type of
20  information?
21      MS. WILMS:
22          Object as to form.
23      THE WITNESS:
24          From my perspective, I assume
25  that he was depending on me for that

Page 235

1   information and I was providing that for
2   him.
3   EXAMINATION BY MR. LEOPOLD:
4       Q.   Did you have any knowledge as to
5   what he was doing with information about
6   those types of events?
7       MS. WILMS:
8           Object as to form.
9       THE WITNESS:
10          No, I don't.
11  EXAMINATION BY MR. LEOPOLD:
12      Q.   Do you recall lost return event
13  on March 21, 2010?
14      A.   Not specifically, no.
15      Q.   March 31st lost returns?
16      A.   No.
17      Q.   April 3rd?
18      A.   Not specifically by date, no.
19      Q.   But you probably would have
20  given note of that type of information; is
21  that right?
22      MS. WILMS:
23          Object as to form.
24      THE WITNESS:
25          I would likely have taken note

Page 236

1   of that.
2   EXAMINATION BY MR. LEOPOLD:
3       Q.   Your taking note, is that
4   memorialized in any way in your notes in
5   your office or any documents or, you
6   know --
7       A.   No.  It would be simply me
8   reading the report, observing that it
9   happened, verbally making sure that my boss
10  was aware of it.
11      Q.   When you reported to
12  Mr. O'Donnell, that was most likely oral
13  than verbal; is that correct?
14      MS. WILMS:
15          Object as to form.
16      THE WITNESS:
17          Most likely.
18  EXAMINATION BY MR. LEOPOLD:
19      Q.   If you would, turn in your
20  binder, turn with me to Tab 65.
21      MR. LEOPOLD:
22          I'd like to mark this exhibit
23  for the record as Exhibit 1599.
24          (Whereupon, the document
25  referred to was marked as Exhibit No. 1599

Page 237

1   for identification.)
2   EXAMINATION BY MR. LEOPOLD:
3       Q.   Have you ever seen this document
4   before, Mr. Chandler?
5       A.   Are you referring to the actual
6   document behind the e-mail?
7       Q.   Let's start with the e-mail.
8       A.   Okay.
9       Q.   Have you ever seen this e-mail?
10      A.   I don't recall it specifically.
11  I see that I was addressed on there, but I
12  don't recall it specifically.
13      Q.   Okay.  I'm going to just go
14  ahead and read it.  It says this is an
15  e-mail from Bobby Bodek to a distribution
16  list, including Mr. Chandler.  It says
17  gentleman, in the final MTD report from
18  Schlumberger -- I'm sorry.  Attached is the
19  final MTD report from Schlumberger.  This
20  report can also be found in the wireline
21  info folder in WellSpace.
22          Is this an example of Mr. Bodek
23  sending information by e-mail to the
24  Anadarko team?
25      A.   This is an example of MDT data

60 (Pages 234 to 237)

601 Poydras Street, Suite 1720                GAUDET KAISER, L.L.C.              Telephone: (504) 525-9100
New Orleans, LA 70130-6029               Board-Certified Court Reporters          Facsimile: (504) 525-9109

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported by:
PAUL A. CHANDLER                              May 4, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 238

1  that was put in the WellSpace.  In this
2  particular example, apparently he attached
3  it in an e-mail.
4      Q.    Turn with me to tab, to Tab 66.
5      MR. LEOPOLD:
6          I'd like to mark this as
7  Exhibit 1900.
8          (Whereupon, the document
9  referred to was marked as Exhibit No. 1900
10 for identification.)
11 EXAMINATION BY MR. LEOPOLD:
12     Q.    This is Bates number ending in
13 328841 and it's an e-mail from Robert Bodek
14 to John Kamm and Paul Chandler, among
15 others.  Clearly you were on this e-mail,
16 Mr. Chandler; is that right?
17     A.    That's right.
18     Q.    And what was the purpose of this
19 e-mail?
20     MS. WILMS:
21         Object to the form.
22     THE WITNESS:
23         This was an e-mail that was
24 informing myself and John Kamm of the
25 status of the formation evaluation in

Page 239

1  regards to the rotary sidewall.
2  EXAMINATION BY MR. LEOPOLD:
3      Q.    And what is a rotary sidewall?
4      A.    It's a core taken by a rotary
5  tool.  Unlike a conventional core that's
6  drilled vertically down as a conventional
7  core would be, this is drilled out into the
8  formation.  So it takes a small core sample
9  for a cruder analysis regarding reservoir
10 conditions.
11     Q.    Is this an example of
12 Mr. Bodek sending information via e-mail
13 that wasn't posted in WellSpace?
14     MS. WILMS:
15         Object as to form.
16     THE WITNESS:
17         This is an example of Mr. Bodek
18 keeping us informed as to the progress of
19 the rotary sidewalls and the program that
20 would entail that operation.
21         It wasn't a report showing the,
22 showing the actual sidewall core analysis
23 itself.  It was just outlining what depths
24 the cores would be taken.
25 EXAMINATION BY MR. LEOPOLD:

Page 240

1      Q.    So was that report, was there a
2  report eventually created from -- based on
3  the rotary sidewall cores that were taken?
4      A.    Anadarko never received the
5  report, if there was one done on the rotary
6  sidewalls.
7      Q.    So is it fair to say it was
8  never posted in WellSpace?
9      MS. WILMS:
10         Object as to form.
11     MR. DAVID:
12         Object as to form.
13     THE WITNESS:
14         But the final report was never
15 posted to WellSpace, to my knowledge.
16 EXAMINATION BY MR. LEOPOLD:
17     Q.    And to your knowledge, Anadarko
18 didn't receive it any other way?
19     A.    To my knowledge, we never
20 received the final core report, that's
21 correct.
22     Q.    All right.  If you would turn
23 with me in your binder to Tab 72.
24     MR. LEOPOLD:
25         I'd like to mark this as

Page 241

1  Exhibit 1901.  72.
2          (Whereupon, the document
3  referred to was marked as Exhibit No. 1901
4  for identification.)
5  EXAMINATION BY MR. LEOPOLD:
6      Q.    This is an e-mail with Bates
7  number stamped 7891.  And it's an e-mail
8  from Bobby Bodek to Paul Chandler, John
9  Kamm?
10     MS. WILMS:
11         Clarification.  You said Cram a
12 couple of times.
13 EXAMINATION BY MR. LEOPOLD:
14     Q.    Excuse me.  John Comm, is it?
15     MS. WILMS:
16         Kamm.
17 EXAMINATION BY MR. LEOPOLD:
18     Q.    Kamm, okay.  John Kamm.  And you
19 were copied on this e-mail; right,
20 Mr. Chandler?
21     A.    Yes, it was sent to me.
22     Q.    And what is this e-mail?
23     MS. WILMS:
24         Object as to form.
25     THE WITNESS:

61 (Pages 238 to 241)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                                    Reported by:
PAUL A. CHANDLER                                       May 4, 2011                        JOSEPH R. KAISER, JR., CCR, RPR

Page 242

1    This is Bobby Bodek, again,
2  keeping us informed on the status of some
3  of the information coming from the
4  reservoir analysis.  And in this case it
5  concerned a Pencor field report that would,
6  again, talk about, the some of the
7  reservoir parameters.
8  EXAMINATION BY MR. LEOPOLD:
9    Q.   Why was this information
10  interesting to you?
11    A.   This is information that our
12  reservoir engineer would be particularly
13  interested in in terms of understanding the
14  dynamics of the reservoir.  It's
15  information that I personally would not use
16  but those in our asset team might use.
17    Q.   Is this another example of
18  Mr. Bodek sending information in via e-mail
19  that wasn't posted in other places, either
20  WellSpace or INSITE Anywhere®?
21    MR. DAVID:
22      Object to the form.
23    MS. WILMS:
24      Object to form.
25    THE WITNESS:

Page 243

1    I would say this is an example
2  of Mr. Bodek sending an update on the
3  status of some of these reports.  This is
4  not the final Pencor field report.
5  EXAMINATION BY MR. LEOPOLD:
6    Q.   Right.  But he's providing
7  information via e-mail.  Would you agree
8  with that?
9    A.   He's providing some updated
10  information, yes.
11    Q.   And was that normal for him to
12  provide information to Anadarko via e-mail?
13    MS. WILMS:
14      Object to form.
15    MR. DAVID:
16      Object to form.
17    THE WITNESS:
18      He contacted Anadarko more
19  toward the end of the well in the
20  evaluation of the reservoir itself.
21      And occasionally he would do it
22  by e-mail, again, to keep us informed as to
23  the progress of the evaluation.  And when
24  he had something that was noteworthy in
25  terms of expectations of when we might

Page 244

1  receive a report, that could be sent in an
2  e-mail.  So on occasion, he did.
3  EXAMINATION BY MR. LEOPOLD:
4    Q.   On occasion or regularly?  How
5  would you characterize that?
6    MS. WILMS:
7      Object as to form.
8    THE WITNESS:
9      On occasion.
10  EXAMINATION BY MR. LEOPOLD:
11    Q.   At this point after they called
12  total depth, did he communicate with
13  Anadarko via e-mail more regularly?
14    MS. WILMS:
15      Object as to form.
16    MR. DAVID:
17      Object as to form.
18    THE WITNESS:
19      He never did really communicate
20  with Anadarko regularly via e-mail.  Only
21  on occasion.
22  EXAMINATION BY MR. LEOPOLD:
23    Q.   Okay.  Let's try to be more
24  specific.  Did he contact you or other
25  people, that you're aware of, on a daily

Page 245

1  basis?
2    MS. WILMS:
3      Object as to form.
4    THE WITNESS:
5      No.
6  EXAMINATION BY MR. LEOPOLD:
7    Q.   Did he contact them on a weekly
8  basis?
9    MS. WILMS:
10      Object as to form.
11    THE WITNESS:
12      I'm not aware of how often he
13  might have contacted other people.  He did
14  not contact me on a daily or weekly basis.
15  EXAMINATION BY MR. LEOPOLD:
16    Q.   Okay.  But were there weeks when
17  you heard from him more than once?
18    MS. WILMS:
19      Object as to form.
20    THE WITNESS:
21      I don't remember the specific
22  times and the number of times per week that
23  I might have heard from Bobby.  He
24  contacted me occasionally on an as-needed
25  basis.

62 (Pages 242 to 245)

601 Poydras Street, Suite 1720                        GAUDET KAISER, L.L.C.                        Telephone: (504) 525-9100
New Orleans, LA 70130-6029                        Board-Certified Court Reporters                        Facsimile: (504) 525-9109

Page 246

1    EXAMINATION BY MR. LEOPOLD:
2       Q.   Did you also have phone
3    conversations with Mr. Bodek, as well as
4    e-mail?
5       A.   I have had a phone conversation
6    with Mr. Bodek, yes.
7       Q.   Just one phone conversation?
8       A.   Just one that I can remember,
9    yes.
10      Q.   Let's turn to Tab 56 in your
11   binder.
12      MR. LEOPOLD:
13          I'd like to mark this as
14   Exhibit 1902.
15          (Whereupon, the document
16   referred to was marked as Exhibit No. 1902
17   for identification.)
18   EXAMINATION BY MR. LEOPOLD:
19      Q.   This is an e-mail from you,
20   Mr. Chandler, to Bobby Bodek.
21          Do you recall this e-mail?
22      A.   Yes.
23      Q.   And why did you send Mr. Bodek
24   this e-mail?
25      A.   We were looking for the wireline

Page 247

1    data that had been run on the well to this
2    point.
3          This is data that would normally
4    be put in WellSpace and I was looking for
5    that data, just questioning where it was.
6       Q.   Okay.  Did Mr. Bodek eventually
7    post this data in WellSpace as you
8    requested?
9       A.   Yes, he did.
10      Q.   Was it common for you to request
11   information of Mr. Bodek if you hadn't
12   received it in another channel?
13      MS. WILMS:
14          Object as to form.
15      THE WITNESS:
16          I would say it's not common.  It
17   did happen.  John Kamm is our operations
18   geologist and as such it's his job to be
19   the liaison between Anadarko and BP.  It
20   was really his job to make those type of
21   inquiries.  If there was some reason why he
22   couldn't do it, he's not available, I
23   might make those inquires myself.  But it
24   was actually John's role to do that.
25   EXAMINATION BY MR. LEOPOLD:

Page 248

1       Q.   Are you aware of how often
2    Mr. Kamm contacted Mr. Bodek?
3       A.   I'm not.
4       Q.   If you would, turn with me in
5    your binder to Tab 63.
6       MR. LEOPOLD:
7          I'd like to mark this as
8    Exhibit 1903.
9          (Whereupon, the document
10   referred to was marked as Exhibit No. 1903
11   for identification.)
12   EXAMINATION BY MR. LEOPOLD:
13      Q.   It's Bates number ending in
14   1264.  And let's -- Mr. Chandler, if I
15   could direct your attention to the e-mail
16   at the bottom of this stream.
17          It's an e-mail from James Miller
18   to you, John Kamm and Brian O'Neill.  Do
19   you recall this e-mail?
20      A.   I do.
21      Q.   And what was the subject of this
22   e-mail?
23      A.   This was a case where one of the
24   petrophysicists in our group, James Miller,
25   was trying to obtain digital data for a log

Page 249

1    that was run called an OBMI.  He was
2    looking for this particular digital data in
3    a particular format described here as DLIS.
4       Q.   What is OMBI [sic] and DLIS?
5       A.   OBMI is oil-based microimager.
6    It's a type of logging tool that was run on
7    the formation.  I couldn't tell you what
8    DLIS stands for.  It's a type of digital
9    format that generally is used for more
10   robust data sets like the old BMI data set
11   would be.
12      Q.   Do you know what Mr. Miller was
13   using this information for?
14      MS. WILMS:
15          Object as to form.
16      THE WITNESS:
17          Mr. Miller is the petrophysicist
18   so he would use this data to evaluate the
19   log itself.
20   EXAMINATION BY MR. LEOPOLD:
21      Q.   When you say evaluate the log,
22   what are you saying?  What does that mean?
23      MS. WILMS:
24          Object as to form.
25      THE WITNESS:

63 (Pages 246 to 249)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                          Reported by:
PAUL A. CHANDLER                              May 4, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

---

Page 250

1    Mr. Miller is, again, the
2  petrophysicist so he will be looking at the
3  logs to determine more information about
4  the reservoir itself. Its porosity, its
5  permeability, clay content, that sort of
6  thing.
7  EXAMINATION BY MR. LEOPOLD:
8    Q.   Okay. And you see at the top of
9  the page where this e-mail is forwarded to
10 John Kamm? Excuse me. By John Kamm to
11 Mr. Bodek?
12   A.   Yes.
13   Q.   And you testified that would
14 have been Mr. Kamm's role to send these
15 types of requests to Bodek?
16   A.   That's right.
17   Q.   But sometimes you filled in for
18 Mr. Kamm?
19   A.   On occasion, I did.
20   Q.   And the last e-mail we looked at
21 was on April 12th. This e-mail is dated
22 April 13th. It looks like you had
23 contacted by him twice in two days; is that
24 correct? Not you personally, but Anadarko.
25   MS. WILMS:

---

Page 251

1    Object as to form.
2  THE WITNESS:
3    You'll have to repeat that.
4  EXAMINATION BY MR. LEOPOLD:
5    Q.   The last e-mail we looked at was
6  dated April 12th and this one's April 13th;
7  right?
8    A.   Right.
9    Q.   That's two requests for
10 information in two days; is that right?
11   A.   Anadarko requested of BP?
12   Q.   Right.
13   A.   Yes. That's correct.
14   Q.   And you testified earlier that
15 you didn't, that Anadarko didn't
16 communicate with BP on a regular basis?
17   A.   We did not.
18   MS. WILMS:
19   Object as to form.
20 EXAMINATION BY MR. LEOPOLD:
21   Q.   Let's move on.
22   If you would, turn with me in
23 your binder to Tab 18.
24   MR. LEOPOLD:
25   I'd like to -- we're looking at

---

Page 252

1  the Bates number -- e-mail with the Bates
2  number stamp ending in 2886.
3    I'd like to mark this into the
4  record as 1904.
5    (Whereupon, the document
6  referred to was marked as Exhibit No. 1904
7  for identification.)
8  EXAMINATION BY MR. LEOPOLD:
9    Q.   Mr. Chandler, if you would, turn
10 the page with me to the first e-mail in
11 this e-mail chain. It's from Mr. Quitzau
12 to Mr. Bodek dated March 24th, 2010.
13   A.   Okay.
14   Q.   And have you ever seen this
15 e-mail before?
16   A.   I believe I have, yes.
17   Q.   Because you're copied up further
18 in the e-mail chain; is that right?
19   A.   Right.
20   Q.   And can you describe for me what
21 Mr. Quitzau is doing here? Is he
22 requesting information?
23   MS. WILMS:
24   Object as to form.
25   THE WITNESS:

---

Page 253

1    He's really just introducing
2  himself as the engineer that Anadarko
3  that's taking over from Josh Nichols, who
4  was initially on this project in the very
5  early stages of it. And then apparently he
6  had some questions concerning liners and
7  depths.
8  EXAMINATION BY MR. LEOPOLD:
9    Q.   Do you recall specifically when
10 Mr. Quitzau joined the team on the Macondo
11 well?
12   A.   I don't recall specifically but
13 it was very close to this time frame.
14   Q.   And you write -- he introduces
15 himself in the e-mail and he asks a couple
16 of questions; right?
17   A.   Yes.
18   Q.   Specifically he asks is the pore
19 pressure expected to come in higher than
20 planned. Did I read that right?
21   A.   That's what it says, yes.
22   Q.   Are you aware that Mr. Quitzau
23 was monitoring pore pressure at Macondo?
24   MS. WILMS:
25   Object as to form.

---

64 (Pages 250 to 253)

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C.                    Telephone: (504) 525-9100
New Orleans, LA 70130-6029                    Board-Certified Court Reporters            Facsimile: (504) 525-9109

Exhibit M
Page 64

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                        Reported by:
PAUL A. CHANDLER                           May 4, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 254

1    THE WITNESS:
2        No.
3    EXAMINATION BY MR. LEOPOLD:
4    Q.   Mr. Quitzau never talked to you
5    about the types of parameters he was
6    monitoring?
7    MS. WILMS:
8        Object as to form.
9    THE WITNESS:
10        No.  Mr. Quitzau would keep us
11   informed as to what was going on in the
12   well from his interpretation with data
13   provided by BP.
14   EXAMINATION BY MR. LEOPOLD:
15   Q.   Let's turn back to the first
16   page, Bates number 2886, and look at the
17   e-mail from Mr. Quitzau to you and Derek
18   Folger, with Mr. Pfister or Pfister
19   copied -- how do you pronounce his name?
20   A.   Pfister.
21   Q.   Pfister.  Mike Pfister.  Who is
22   he, sir?
23   A.   Mike Pfister is in our drilling
24   group.
25   Q.   And sorry if you already said

Page 255

1    this, but is Mr. Quitzau in your drilling
2    group as well?
3    A.   He is.  Mike Pfister is in a
4    managerial role in our drilling group.
5    Q.   Would he be Mr. Quitzau's
6    manager?
7    A.   I don't know for sure.
8    Q.   And Mr. Folger is on this e-mail
9    as well.  Which group was he in?
10   A.   Mr. Folger was in our
11   exploration group.
12   Q.   Okay.  And you're in the asset
13   group; correct?
14   A.   I'm in the developing group;
15   right.
16   Q.   Excuse me.  So you have the
17   development, exploration and drilling group
18   all in the same e-mail; is that correct?
19   MS. WILMS:
20        Object as to form.
21   THE WITNESS:
22        Yes, that appears to be correct.
23   EXAMINATION BY MR. LEOPOLD:
24   Q.   Okay.  So, I'm just going to
25   read this into the record here.

Page 256

1        It says Derek and Paul, here is
2    BP's response regarding casing setting on
3    Macondo.  I'm not in a position to dispute
4    BP's understanding of the centroid effects
5    in sands on this structure.  If the sands
6    are dipping and have hydrocarbons in them,
7    there is potential for taking a kick even
8    if the shales are overbalanced.
9        It may be safer to run the 11
10   and 7/8-inch liner here rather than taking
11   a kick and getting stuck.  It will be a
12   shorter liner and may not take long to set.
13        Let's stop there.
14   MS. WILMS:
15        The page says it will be a short
16   liner and may not take long to set.  Not
17   shorter.
18   MR. LEOPOLD:
19        Thank you.
20   EXAMINATION BY MR. LEOPOLD:
21   Q.   So why is Mr. Quitzau providing
22   this information to you and the others on
23   this e-mail chain?
24   MS. WILMS:
25        Object as to form.

Page 257

1    THE WITNESS:
2        That was really Mr. Quitzau's
3    role.  His role was to provide us with a
4    better understanding as to what was going
5    on in the well and what BP was doing.
6        So this is an example of him
7    performing that role.
8    EXAMINATION BY MR. LEOPOLD:
9    Q.   In your opinion, why is he
10   saying that it may be safer to run the 11
11   and 7/8-inch liner?
12   MS. WILMS:
13        Object as to form.
14   THE WITNESS:
15        I don't have an opinion on that.
16   That was his, that was his words, that was
17   his, that was his statement.  I can't add
18   anything to it.
19   EXAMINATION BY MR. LEOPOLD:
20   Q.   Well, why did he send you this
21   type of information?
22   MS. WILMS:
23        Object as to form.
24   THE WITNESS:
25        Again, I believe he wanted to

65 (Pages 254 to 257)

Page 258

1  keep us informed as best he could as to
2  what was going on on the well.
3  EXAMINATION BY MR. LEOPOLD:
4       Q.   But the information he's
5  providing here doesn't affect how you go
6  about doing your job; is that right?
7       MS. WILMS:
8            Object as to form.
9       THE WITNESS:
10           Only in the regard, once again,
11  to us being able to reach TD.  As I stated
12  earlier, too many unexpected casings are
13  set, it could jeopardize our ability to
14  actually reach TD and reach our objective
15  and that was my focus.
16  EXAMINATION BY MR. LEOPOLD:
17       Q.   If that was the case, if BP or
18  any operator that you're monitoring was
19  taking actions that might jeopardize TD,
20  what type of actions would you take?
21       MS. WILMS:
22            Object as to form.
23       THE WITNESS:
24            As a nonoperating party, we
25  could take no action.  It was BP's role to

Page 259

1  decide when and where to set casing.  We
2  wanted to know what that was.  We wanted to
3  know what our chances of reaching TD were
4  but it was BP's call where and when to set
5  casing.
6  EXAMINATION BY MR. LEOPOLD:
7       Q.   Is that based on your knowledge
8  of the contract that Anadarko had with BP?
9       MS. WILMS:
10            Object as to form.
11       THE WITNESS:
12            That's based on my understanding
13  as the general role of operator.
14  EXAMINATION BY MR. LEOPOLD:
15       Q.   And what's that based on?
16       MS. WILMS:
17            Object as to form.
18       THE WITNESS:
19            It's just based on my working
20  knowledge of how operators and
21  non-operators work.
22  EXAMINATION BY MR. LEOPOLD:
23       Q.   So are you saying if the
24  operator made a decision that could
25  jeopardize reaching TD, in your opinion,

Page 260

1  you wouldn't have taken any action?
2       MS. WILMS:
3            Object as to form.
4       THE WITNESS:
5            I can't speculate what kind of
6  action we might have or might not have
7  taken if that had been the case.
8  EXAMINATION BY MR. LEOPOLD:
9       Q.   Have you been involved in any
10  wells in the past where you have taken that
11  type of action?
12       MS. WILMS:
13            Object as to form.
14       THE WITNESS:
15            No, I have not.
16  EXAMINATION BY MR. LEOPOLD:
17       Q.   Haven't been involved in wells
18  in the past where you disagreed with the
19  decision made by an operator?
20       MS. WILMS:
21            Object as to form.
22       THE WITNESS:
23            Yes.
24  EXAMINATION BY MR. LEOPOLD:
25       Q.   And when you did disagree, what

Page 261

1  type of action did you take?
2       MS. WILMS:
3            Object as to form.
4       THE WITNESS:
5            I don't recall any action that I
6  took.
7  EXAMINATION BY MR. LEOPOLD:
8       Q.   So you didn't inform your
9  supervisors?
10       MS. WILMS:
11            Object as to form.
12       THE WITNESS:
13            In what regard?
14  EXAMINATION BY MR. LEOPOLD:
15       Q.   Well, let me rephrase the
16  question.
17       A.   Okay.
18       Q.   You've said that in the past
19  you've been working on wells where an
20  operator made a decision which you
21  disagreed with; is that right?
22       MS. WILMS:
23            Object as to form.
24       THE WITNESS:
25            Yes.  That's right.

66 (Pages 258 to 261)

Page 262

1  EXAMINATION BY MR. LEOPOLD:
2      Q.   Okay.  And did you do anything
3  in those situations, that you recall?
4      MS. WILMS:
5          Object as to form.
6      THE WITNESS:
7          I don't recall any specific
8  action that I took, no.
9  EXAMINATION BY MR. LEOPOLD:
10     Q.   Including you didn't take the
11  action of informing your manager that you
12  disagreed with the actions?
13     MS. WILMS:
14         Object as to form.
15     THE WITNESS:
16         I don't recall any specific
17  action that I took.
18  EXAMINATION BY MR. LEOPOLD:
19     Q.   Let's turn to Tab 1 in your
20  binder.
21     MR. LEOPOLD:
22         This is a e-mail with Bates
23  number ending in 2625.  I'd like to mark it
24  into the record as Exhibit 1905.
25         (Whereupon, the document

Page 263

1  referred to was marked as Exhibit No. 1905
2  for identification.)
3  EXAMINATION BY MR. LEOPOLD:
4      Q.   This is an e-mail, again, from
5  Mr. Quitzau to a distribution list.
6  Mr. Chandler, you are on this distribution
7  list?
8      A.   Yes, I am.
9      Q.   Okay.  And do you recall this
10  e-mail on March 29th, 2010?
11     A.   Not specifically.
12     Q.   Can you describe the nature of
13  this e-mail for me?
14     MS. WILMS:
15         Object as to form.
16     THE WITNESS:
17         This e-mail is really referring
18  to the attachment that's on the back page
19  which is a well schematic of the Macondo
20  well showing the various potential, showing
21  the various casing points and the potential
22  casing point and various expected markers
23  in the well.
24  EXAMINATION BY MR. LEOPOLD:
25     Q.   Okay.  The e-mail says good

Page 264

1  morning, Macondo well plan update is
2  attached.
3          Based on their mud weights, it
4  looks like the pore pressure is coming in
5  higher than expected.
6          Did I read that right?
7      A.   Yes.
8      Q.   Is mud weight a parameter that
9  Mr. Quitzau is monitoring, to your
10  knowledge?
11     MS. WILMS:
12         Object as to form.
13     THE WITNESS:
14         I think Mr. Quitzau was, was
15  gathering the information as best he could
16  about mud weight and pore pressure and
17  trying to, again, answer any questions that
18  we might have on the asset team as to what
19  the go forward plan might be.
20  EXAMINATION BY MR. LEOPOLD:
21     Q.   Does mud weight at all affect
22  your work as a geologist for Anadarko?
23     MS. WILMS:
24         Object as to form.
25     THE WITNESS:

Page 265

1          No.  It actually does not.
2  EXAMINATION BY MR. LEOPOLD:
3      Q.   Okay.  Do you have any idea why
4  Mr. Quitzau is sending you this e-mail
5  about mud weights and pore pressure if they
6  have no impact on your job?
7      MS. WILMS:
8          Object as to form.
9      THE WITNESS:
10         Again, other than just to keep
11  us generally informed on what was going on
12  on the well.
13  EXAMINATION BY MR. LEOPOLD:
14     Q.   Let's turn your binder to Tab 5.
15  Okay.  This is e-mail with Bates number
16  ending in 3500.
17     MR. LEOPOLD:
18         I'd like to mark it into the
19  record as Exhibit 1906.
20         (Whereupon, the document
21  referred to was marked as Exhibit No. 1906
22  for identification.)
23  EXAMINATION BY MR. LEOPOLD:
24     Q.   This is an e-mail from
25  Mr. Quitzau to you, Mr. Chandler.

67 (Pages 262 to 265)

Page 266

1      A.   Uh huh.
2      Q.   On March 30, 2010.  And I'm just
3  going to go ahead and read it.
4           I'm going to start with the
5  bottom e-mail in the chain.  Okay?
6      A.   Okay.
7      Q.   The subject is Macondo update.
8  It says updated well profile attached.
9  They reached the 9 and 7/8th inch liner
10  depth with a good 9 and 7/8th shoe test.
11  Hopefully they will reach the objectives in
12  the next hole session.
13           That was from Mr. Quitzau and
14  then you respond, say thanks for these
15  updates Bob, this really helps.  It should
16  start to get really interesting below this
17  point.
18           And then Mr. Quitzau's response
19  to you, he says yes, it will be
20  interesting.  I may take you up on your
21  offer to show me the seismic
22  interpretation.  They have the geotap tool
23  in the hole now but don't seem to be making
24  much use of it.  Hopefully they will run it
25  in the next hole and use it to calibrate

Page 267

1  their mud weights.
2           Can you describe to me what the
3  exchange was about between you and
4  Mr. Quitzau?
5      A.   Yes.  This is another example of
6  Mr. Quitzau keeping our team informed as to
7  progress of the well and helping us
8  understand what was going on.  In this
9  particular case they had set their 9 and
10  7/8ths casing, they got -- apparently,
11  according to this, they got a good shoe
12  test.  And what he's saying is that
13  hopefully now, in the next hole section
14  when we drill out of that casing point, we
15  will be in our, our target zone.  This is
16  where our expected reservoir pay to be.
17           So I was thanking him for that,
18  for the help.  And I, in the thread above
19  that I was just extending an offer to show
20  him our seismic interpretation of the
21  prospect just to keep him informed of what
22  it looked like geologically.
23      Q.   Was the liner depth and the shoe
24  test something that you cared about in
25  terms of data that was important to you?

Page 268

1      MS. WILMS:
2          Object as to form.
3      THE WITNESS:
4           In the regard that we were able
5  to get that liner and shoe test run and it
6  would enable us to be able to drill one
7  more hole section into our primary
8  reservoir sand interval.
9           So in that regard it was
10  important.  It meant that we had a good
11  chance of reaching our target.
12  EXAMINATION BY MR. LEOPOLD:
13      Q.   Okay.  And then when Mr. Quitzau
14  says to you hopefully they will run the
15  geotap tool in the hole and help calibrate
16  their mud weights, why was he saying that
17  to you, to your knowledge?
18      MS. WILMS:
19          Object as to form.
20      THE WITNESS:
21           The geotap tool is the tool used
22  to take pressure on the fly, so to speak,
23  while you're in the process of drilling.
24  It's something that I don't use, that's
25  something that is in our drilling group or

Page 269

1  operational group that may have an interest
2  in that.  He threw that in just to keep us
3  informed, again, that they had a geotap
4  tool and had not made use of it.
5  EXAMINATION BY MR. LEOPOLD:
6      Q.   Is calibrating mud weight
7  something that you were interested in?
8      MS. WILMS:
9          Object as to form.
10      THE WITNESS:
11           Again, only with regard to
12  increasing our likelihood to make it to TD,
13  make it to our objective sand and to TD.
14  EXAMINATION BY MR. LEOPOLD:
15      Q.   But you were not, you're saying
16  you are not interested in the geotap tool;
17  is that correct?
18      MS. WILMS:
19          Object as to form.
20      THE WITNESS:
21           It's not data that I would
22  routinely use, no.
23  EXAMINATION BY MR. LEOPOLD:
24      Q.   But others would use it at
25  Anadarko; is that correct?

68 (Pages 266 to 269)

Page 270

1      MS. WILMS:
2          Object as to form.
3      THE WITNESS:
4          I can't speak to what others
5  would use.
6  EXAMINATION BY MR. LEOPOLD:
7      Q.   Well, you just said it may have
8  been interesting to other people at
9  Anadarko.
10     MS. WILMS:
11         Object as to form.
12     THE WITNESS:
13         I don't remember saying that.
14 EXAMINATION BY MR. LEOPOLD:
15     Q.   Okay.  I'd like you to turn to
16 Tab 8.  This is a document ending in Bates
17 number 11081.
18     MR. LEOPOLD:
19         I'd like to mark this as
20 Exhibit 1907.
21         (Whereupon, the document
22 referred to was marked as Exhibit No. 1907
23 for identification.)
24 EXAMINATION BY MR. LEOPOLD:
25     Q.   This is an e-mail chain between

Page 271

1  Mr. Quitzau and Mr. Folger; is that right,
2  Mr. Chandler?
3      A.   It appears to be.
4      Q.   I'd like to direct your
5  attention to the e-mail in the middle of
6  the page from Mr. Folger to Mr. Quitzau
7  dated April 3, 2010.  And on that, at the
8  bottom of that e-mail it says Derek, right
9  now I'm only checking the reports in the
10 morning so I probably won't be able to
11 write any real-time updates.  Bob.
12         Did I read that correctly?
13     A.   Yes, that's what it says.
14     Q.   Do you know if Mr. Quitzau was
15 providing real-time updates to Anadarko
16 personnel on the status of the Macondo
17 well?
18     MS. WILMS:
19         Object as to form.
20     THE WITNESS:
21         I don't know.
22 EXAMINATION BY MR. LEOPOLD:
23     Q.   Based on this e-mail, do you
24 believe that he was providing real-time
25 updates?

Page 272

1      MS. WILMS:
2          Object as to form.
3      THE WITNESS:
4          I don't know.  I wasn't part of
5  this e-mail.
6  EXAMINATION BY MR. LEOPOLD:
7      Q.   Did Mr. Quitzau provide a
8  real-time update to you?
9      MS. WILMS:
10         Object as to form.
11     THE WITNESS:
12         He provided updates occasionally
13 when we would request them.  Or when he
14 thought it was necessary to try to help us
15 understand what was going on.
16         I don't know exactly what you
17 mean by real-time.
18 EXAMINATION BY MR. LEOPOLD:
19     Q.   Well, I'm just using the words
20 that Mr. Quitzau used.  Do you have any
21 idea what he means by real-time updates?
22     MS. WILMS:
23         Object as to form.
24     THE WITNESS:
25         I do not.

Page 273

1  EXAMINATION BY MR. LEOPOLD:
2      Q.   Did he provide to you updates or
3  information that was happening on the rig
4  in real-time?
5      MS. WILMS:
6          Object as to form.
7      THE WITNESS:
8          Again, I don't know what is
9  meant by real-time.
10         He updated us when we would ask
11 for information on what was going on in the
12 well and he would help us understand
13 reports that BP would provide.  In terms of
14 the real-time phraseology, I don't have an
15 opinion on that.
16 EXAMINATION BY MR. LEOPOLD:
17     Q.   Well, what is the meaning of
18 real-time to you?
19     MS. WILMS:
20         Object as to form.
21     THE WITNESS:
22         Real-time to me would indicate
23 it might be something referring to INSITE
24 Anywhere®, but I have no idea what Bob
25 Quitzau was referring to when he talked

69 (Pages 270 to 273)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                     Reported by:
PAUL A. CHANDLER                               May 4, 2011                          JOSEPH R. KAISER, JR., CCR, RPR

Page 274

1    about real-time.
2    EXAMINATION BY MR. LEOPOLD:
3        Q.   Did Mr. Quitzau provide
4    information to you about what was happening
5    on the rig within minutes or hours of the
6    event happening on the rig?
7        MS. WILMS:
8            Object as to form.
9        THE WITNESS:
10           I don't know the timing relative
11   to the events happening on the rig when he
12   would provide the data.
13   EXAMINATION BY MR. LEOPOLD:
14       Q.   And that's across the board, you
15   never knew the timing of the information
16   that was coming from Mr. Quitzau?
17       MS. WILMS:
18           I object to the form.
19       THE WITNESS:
20           I never knew the exact timing
21   relationship that you're referring to, no.
22       MR. LEOPOLD:
23           I'd like to, you to turn your
24   binder to Tab 9.  I'd like to mark this
25   exhibit into the record as 1908.  This is

Page 275

1    an e-mail ending in Bates number 2144.
2            (Whereupon, the document
3    referred to was marked as Exhibit No. 1908
4    for identification.)
5    EXAMINATION BY MR. LEOPOLD:
6        Q.   Mr. Chandler, are you familiar
7    with this document?
8        A.   Yes.
9        Q.   What is it?
10       A.   Well, it starts off with me
11   giving my boss, the general manager Alan
12   O'Donnell, an update as to a sand that we
13   saw below 17,7 in this case.  It was just
14   me giving a geological opinion on, on that
15   sand.  And, again, speaking to about the
16   timing on when we might reach our main
17   objective which is referred to here as the
18   M56 sand.
19       Q.   Okay.  If I may, I want to read
20   a line from your e-mail to Mr. O'Donnell.
21   It says -- well, I'll just go ahead and
22   start from the beginning.  It says just
23   another update.  The sand just below 17,700
24   appears thin, but probably productive and
25   it may still be giving them some trouble.

Page 276

1    Let's stop there.
2            What do you mean by giving them
3    some trouble?
4        A.   I don't remember in what context
5    this was used.  I honestly don't remember
6    what that was, what that was referring to.
7        Q.   Would it have been referring to
8    a sand formation having a difficult
9    fracture gradient or pore pressure?
10       MS. WILMS:
11           Object as to form.
12       THE WITNESS:
13           It could have been referring to
14   a sand where we may have had some gas
15   shows.
16   EXAMINATION BY MR. LEOPOLD:
17       Q.   And when you have gas shows, in
18   your opinion, does that mean it's giving
19   the rig trouble?
20       MS. WILMS:
21           Object to the form.
22       THE WITNESS:
23           Not at all.
24   EXAMINATION BY MR. LEOPOLD:
25       Q.   What do you mean by some

Page 277

1    trouble, specifically?
2        MS. WILMS:
3            Object as to form.
4        THE WITNESS:
5            Again, I don't remember
6    specifically what I was referring to with
7    that.
8    EXAMINATION BY MR. LEOPOLD:
9        Q.   Okay.  Going on, it says they
10   appear to have drilled deeper to 17,837 and
11   stopped for some reason.  The live data
12   indicates they are tripping out.
13           Do you recall if you were
14   monitoring live data at this time on
15   April 3rd?
16       A.   Yes.  I was probably monitoring
17   live data through INSITE Anywhere® at that
18   time, that's right.
19       Q.   What types of parameters would
20   have given you the information so that you
21   could determine that they were tripping out
22   of the hole at that time?
23       A.   INSITE Anywhere® will have a
24   header page that will show what their
25   current depth is, or show if the bit is on

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C.                  Telephone: (504) 525-9100
New Orleans, LA 70130-6029                    Board-Certified Court Reporters            Facsimile: (504) 525-9109

Exhibit M
Page 70

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                     Reported by:
PAUL A. CHANDLER                              May 4, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 278

1   bottom, or if they're tripping out.  So
2   it's just a matter of looking and seeing.
3       Q.   Okay.  But whether they're
4   tripping in or out of hole doesn't
5   necessarily relate to your geological
6   function; is that correct?
7       MS. WILMS:
8           Object as to form.
9       THE WITNESS:
10          Yes, it does.
11  EXAMINATION BY MR. LEOPOLD:
12      Q.   And how does it do that?
13      A.   Because, again, it speaks to
14  timing of the well.  If we're tripping out
15  of the hole, we're not drilling so it does
16  speak to when we'll reach our next casing
17  point or TD, our main objective.
18      Q.   So this is an example of you
19  providing Mr. O'Donnell with information
20  about how quickly or slowly operations are
21  taking places at Macondo; is that right?
22      MS. WILMS:
23          Object to form.
24      THE WITNESS:
25          It's an update as to where we

Page 279

1   are in the well and an idea as to the
2   timing of when we may be able to continue
3   on, yes.
4   EXAMINATION BY MR. LEOPOLD:
5       Q.   And before we move on, the
6   e-mail at the top of this chain from
7   Mr. Folger to you, it says looks like we're
8   back to drilling.  I never heard what the
9   issue was earlier.  Perhaps they were just
10  monitoring the gains they were taking.
11  Looks like mud weight is about the same as
12  it was this morning.  Anyway, they're
13  making hole again.  DF, Derek Folger.
14          Is that a typical type of update
15  that you would have gotten from Mr. Folger?
16      MS. WILMS:
17          Object to form.
18      THE WITNESS:
19          I didn't routinely get updates
20  from Mr. Folger.  He was part of the group
21  that was involved in the well.  He wasn't
22  necessarily there to update me or any other
23  folks in the asset team.  But this was,
24  this was normal banter between asset team
25  members, again, just trying to keep up with

Page 280

1   the drilling progress of the well.
2   EXAMINATION BY MR. LEOPOLD:
3       Q.   If you would turn with me in
4   your binder to Tab 14, this is e-mail with
5   Bates number ending in 9445.  I'd like to
6   mark into the record as Exhibit 1909.
7           (Whereupon, the document
8   referred to was marked as Exhibit No. 1909
9   for identification.)
10  EXAMINATION BY MR. LEOPOLD:
11      Q.   And, Mr. Chandler, what is this
12  document?
13      A.   Let me read it real quick.
14      Q.   Okay.
15      A.   This is a document from Bob
16  Quitzau to myself, my boss, Alan O'Donnell,
17  and Derek Folger.  John Kamm and Mike
18  Pfister are cc'ed on it and he's updating
19  everyone on the status of the well.
20          He refers to a morning report
21  where some geotap information was given.
22  He's getting, he's getting information,
23  interpretive information for us, trying to
24  help us understand what's going on in
25  regards to the main pay sand which we're in

Page 281

1   at this depth.
2       Q.   And is Mr. Quitzau raising some
3   questions in this e-mail?
4       MS. WILMS:
5           Object as to form.
6       THE WITNESS:
7           The only real question is he's
8   just asking, you know, who should be
9   forwarding questions, I guess, to BP.  And
10  I guess he's asking it of all the people on
11  this e-mail.
12  EXAMINATION BY MR. LEOPOLD:
13      Q.   Do you recall if a decision was
14  ever made about who should communicate
15  questions to BP?
16      A.   I do not.
17      Q.   To your knowledge, typically
18  Mr. Kamm was the one who would submit
19  questions to BP; is that right?
20      MS. WILMS:
21          Object to form.
22      THE WITNESS:
23          Yes.  Mr. Kamm's role was to
24  play that liaison role between the two
25  companies but I don't remember specific to

71 (Pages 278 to 281)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                Reported by:
PAUL A. CHANDLER                    May 4, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 282

1  this e-mail if they were followup questions
2  to BP.
3       MR. LEOPOLD:
4       If you would, turn to Tab 15.
5  I'd like to mark this into the record as
6  Exhibit 1920, Bates number ending in 3795.
7       I'm sorry, 1910. Excuse me.
8  Exhibit 1910.
9       (Whereupon, the document
10 referred to was marked as Exhibit No. 1910
11 for identification.)
12 EXAMINATION BY MR. LEOPOLD:
13      Q.   And this is an e-mail from you
14 to Bob Quitzau. It says Bob, did you ever
15 get an answer to your -- to you question.
16 I'm assuming you meant yours; is that
17 correct?
18      A.   Yes. That would be correct.
19      Q.   I don't know what Alan thinks
20 but you would probably be the most
21 qualified person to pose these questions to
22 BP.
23      Did I read that correctly?
24      A.   You did.
25      Q.   Okay. To your knowledge, did

Page 283

1  Mr. Quitzau take on the role of asking
2  questions about operations to BP?
3       MS. WILMS:
4       Object as to form.
5       THE WITNESS:
6       Again, I don't remember
7  specifically if he asked those questions to
8  BP. I'm just stating in this e-mail that
9  he would be more qualified to deal with
10 those issues than me.
11 EXAMINATION BY MR. LEOPOLD:
12      Q.   So you don't know if Mr. Quitzau
13 communicated with BP?
14      MS. WILMS:
15      Object as to form.
16      THE WITNESS:
17      I don't know if he communicated
18 specific to these questions to BP, no, I
19 don't.
20 EXAMINATION BY MR. LEOPOLD:
21      Q.   What about other questions? Do
22 you know if he posed other questioned to
23 BP?
24      MS. WILMS:
25      Object as to form.

Page 284

1       THE WITNESS:
2       I'm not aware of questions that
3  he, that he may have asked BP.
4  EXAMINATION BY MR. LEOPOLD:
5       Q.   Would you turn with me in your
6  binder to Tab 29?
7       This is an e-mail with Bates
8  number ending in 1252 and it's from
9  Mr. Bodek to you; right, Mr. Chandler?
10      A.   Yes, that's right.
11      (Whereupon, the document
12 referred to was marked as Exhibit No. 1911
13 for identification.)
14 EXAMINATION BY MR. LEOPOLD:
15      Q.   Do you recall this e-mail?
16      A.   Yes, I do.
17      Q.   Okay. It says good morning,
18 Paul, I got your voicemail from yesterday
19 afternoon. My apologies, but I was out of
20 the office at the time. Let's chat about
21 the plan forward at Macondo when you have
22 the time. Did I read that right?
23      A.   You did.
24      Q.   Do you remember having a
25 conversation with Mr. Bodek as a result of

Page 285

1  this e-mail?
2       A.   I remember talking to Mr. Bodek
3  about it in a general sense.
4       Here he's talking about drilling
5  an additional 100 feet to get to the base
6  of the reservoir. We very much wanted to
7  see how thick the reservoir was, we wanted
8  to see if there was a potential water
9  contact in the reservoir.
10      We were interested in those
11 aspects of it and even outlines ample
12 rathole for getting walls across it for
13 entire evaluation. So, yes, I remember
14 having this conversation.
15      Q.   So it refers to a voicemail that
16 you left for Mr. Bodek; is that right?
17      A.   It does.
18      Q.   Do you remember why you called
19 Mr. Bodek?
20      A.   I don't remember specifically
21 why I called. I think I'm safe to say I
22 was looking for an update on the well.
23      Q.   But you testified that you
24 didn't communicate with Mr. Bodek on a
25 regular basis; isn't that right?

72 (Pages 282 to 285)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                   Reported by:
PAUL A. CHANDLER                                May 4, 2011                        JOSEPH R. KAISER, JR., CCR, RPR

Page 286

1     MS. WILMS:
2         Object as to form.
3     THE WITNESS:
4         That's correct.  On a regular
5   basis, routinely, I did not.  Just on an
6   as-needed basis.  If it was information
7   that I needed and John Kamm, our operations
8   liaison person, was not around to ask it
9   and I thought it was important and
10  necessary enough, I would ask.
11  EXAMINATION BY MR. LEOPOLD:
12     Q.   So if this was important -- was
13  this an important conversation, to use your
14  word?
15     A.   Important in the regard that
16  once again, we were looking forward to
17  getting through the reservoir to seeing the
18  extent of the reservoir, understanding it,
19  understanding what it was that we were
20  drilling in.
21     Q.   Were you posing the question to
22  Mr. Bodek?
23     MS. WILMS:
24         Object as to form.
25     THE WITNESS:

Page 287

1         No, I don't know that I was.
2   EXAMINATION BY MR. LEOPOLD:
3      Q.   Okay.  What was the purpose of
4   the voicemail?
5      MS. WILMS:
6         Object as to form.
7      THE WITNESS:
8         Again, I don't remember the
9   voicemail specifically so I can't answer
10  that.
11  EXAMINATION BY MR. LEOPOLD:
12     Q.   I mean, do you recall having a
13  conversation with Mr. Bodek about drilling
14  beyond the depth that they had called?
15     MS. WILMS:
16         Object as to form.
17     THE WITNESS:
18         Yes.  There was a point where we
19  discussed drilling beyond the
20  current TD that we later achieved.  Not at
21  this point.
22     MR. LEOPOLD:
23         If you would turn with me to
24  Tab 33?  This is e-mail with Bates number
25  ending in 2080.  I'd like to mark it into

Page 288

1   the record as Exhibit 1912.
2         (Whereupon, the document
3   referred to was marked as Exhibit No. 1912
4   for identification.)
5   EXAMINATION BY MR. LEOPOLD:
6      Q.   And this is an e-mail from you,
7   Mr. Chandler, to that distribution list
8   at -- to Mr. O'Donnell and others.  And do
9   you recall this e-mail?
10     THE WITNESS:
11         I do.
12     Q.   I'd like to direct your
13  attention to the last, the last two
14  sentences of the e-mail.  And it says, I
15  don't know for sure if BP is stopping here
16  or not but I hope they continue to --
17  excuse me.  I hope they continue on deep
18  enough to get logs across all this new pay.
19  I attached a copy of the log.
20         So were you expressing the
21  thought that you were hoping BP would
22  continue drilling on at this point?
23     MS. WILMS:
24         Object as to form.
25     THE WITNESS:

Page 289

1         There were additional pay sands,
2   as I outlined in this e-mail, that was
3   below the main pay reservoir.  Where our
4   current TD at this writing was, was 18,360
5   which later turned out to be our final TD.
6         But at that depth we couldn't
7   get all logs across the new pay, so in
8   relationship to just the geological
9   evaluation of this, I wanted to see
10  additional footage below this in order to
11  get logs across this new pay.
12  EXAMINATION BY MR. LEOPOLD:
13     Q.   Do you recall if that position
14  was communicated to BP?
15     MS. WILMS:
16         Object as to form.
17     THE WITNESS:
18         We talked to BP at one point
19  about potentially drilling deeper.  We
20  posed the idea to BP that Anadarko would be
21  receptive toward the idea of drilling
22  deeper.
23  EXAMINATION BY MR. LEOPOLD:
24     Q.   Did you make a suggestion that
25  BP drill deeper?

73 (Pages 286 to 289)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported by:
PAUL A. CHANDLER                                        May 4, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 290

1          MS. WILMS:
2          Object as to form.
3      THE WITNESS:
4          No.  We did not.  We merely
5  posed the idea that Anadarko would not
6  object if BP chose to drill deeper.
7  EXAMINATION BY MR. LEOPOLD:
8      Q.   If you would turn in your binder
9  to Tab 34.  This is an e-mail Bates number
10 ending in 1796.  I'd like to mark it into
11 the record as Exhibit 1913.
12         (Whereupon, the document
13 referred to was marked as Exhibit No. 1913
14 for identification.)
15 EXAMINATION BY MR. LEOPOLD:
16     Q.   This is an e-mail chain when
17 you're on the bottom, Mr. Chandler.  But
18 I'd like to focus your attention to the
19 e-mail between Mr. O'Donnell and Mr. Hollek
20 and specifically the last sentence of the
21 e-mail.  It says, maybe we can talk them
22 into drilling deeper once pipe is set.
23         Did I read that correctly?
24     A.   You did.  That's what's written.
25     Q.   Do you recall Mr. O'Donnell

Page 291

1  having a conversation with BP about talking
2  them into drilling deeper?
3      MS. WILMS:
4          Object as to form.
5      THE WITNESS:
6          To my knowledge, Mr. O'Donnell
7  did not have a conversation with BP about
8  drilling deeper.
9  EXAMINATION BY MR. LEOPOLD:
10     Q.   Did he -- was there -- to your
11 knowledge, did Mr. Hollek disagree with the
12 recommendation that they have a
13 conversation in talking into drilling
14 deeper?
15     MS. WILMS:
16         Object as to form.
17     THE WITNESS:
18         To my knowledge, Mr. Hollek did
19 not disagree with that, no.
20 EXAMINATION BY MR. LEOPOLD:
21     Q.   To your knowledge, why didn't
22 they go forward with this plan to talk them
23 into drilling deeper?
24     MS. WILMS:
25         Object as to form.

Page 292

1      THE WITNESS:
2          Ask it again.  Who's they?
3  EXAMINATION BY MR. LEOPOLD:
4      Q.   Mr. O'Donnell or Mr. Hollek or
5  anyone at Anadarko.  You say that to your
6  knowledge, no one tried to talk BP into
7  drilling deeper; is that correct?
8      A.   That's not correct.
9      Q.   Okay.
10     A.   I was asked to contact Bobby
11 Bodek to pose an idea of drilling deeper.
12 The idea was to see if BP was receptive
13 toward the idea.  We told BP that we would
14 not object if BP wanted to drill deeper.
15         I merely posed that idea to
16 Bobby Bodek.  It was not a formal
17 recommendation, it was just posing the
18 idea.
19     Q.   But that's not what
20 Mr. O'Donnell was saying here; is it?
21 Mr. O'Donnell is saying maybe we can talk
22 them into drilling deeper; correct?
23     MS. WILMS:
24         Object as to form.
25     THE WITNESS:

Page 293

1          That's what Mr. O'Donnell said,
2  yes.
3  EXAMINATION BY MR. LEOPOLD:
4      Q.   Who is your direct supervisor;
5  correct?
6      A.   He is my direct supervisor.
7      Q.   Am I correct in saying that you
8  were the one who were tapped to contact BP?
9      A.   That's correct.
10     Q.   To make this case?
11     A.   That's correct.
12     Q.   And to your knowledge, there
13 were no other communications about drilling
14 deeper other than the one that you made?
15     MS. WILMS:
16         Object as to form.
17     THE WITNESS:
18         To my knowledge; that's correct.
19     THE VIDEOGRAPHER:
20         Off the record.  It is 3:12.
21 Conclusion of Tape 5.
22         (Off the record.)
23     THE VIDEOGRAPHER:
24         Returning to the record, it is
25 3:34, this is the start of Tape 6.

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C.                    Telephone: (504) 525-9100
New Orleans, LA 70130-6029                    Board-Certified Court Reporters                    Facsimile: (504) 525-9109

Exhibit M
Page 74

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 ___ Reported by:
PAUL A. CHANDLER                      May 4, 2011                      JOSEPH R. KAISER, JR., CCR, RPR

Page 294

1  EXAMINATION BY MR. HARTLEY:
2      Q.   Good afternoon, Mr. Chandler, my
3  name is Lloyd Hartley, I represent
4  Halliburton.  Do you understand who I
5  represent?
6      A.   Yes, I do.
7      Q.   I want to start off with where
8  Mr. Leopold left off at the end of his
9  questioning.  I'm handing you back what was
10  marked previously as 1592 and 1593.  Those
11  are the meeting notice and e-mail you
12  discussed with Mr. Fineman this morning.
13          Do you recall that?
14      A.   Yes, I do.
15      Q.   Okay.  In the first exhibit,
16  1592, that's the meeting notice where I
17  believe you said that there's going to be
18  an internal Anadarko meeting on April 12th
19  to discuss the feasibility or viability of
20  drilling deeper; is that right?
21  MS. WILMS:
22          Object as to form.
23  THE WITNESS:
24          Yes.  It says it's a meeting to
25  discuss the possibility of drilling deeper

Page 295

1  beyond our current TD.  That's true.
2  EXAMINATION BY MR. HARTLEY:
3      Q.   And in that meeting did you
4  discuss the geological merit of drilling
5  deeper than BP had at that point proposed?
6      A.   We did.
7      Q.   What was the conclusion that
8  y'all arrived at in that meeting?
9      A.   We concluded there was
10  geological merit to drilling deeper.  As
11  much as another 800, 900 feet deeper to see
12  the section beneath where we had currently
13  TDed for prospective sand.
14      Q.   And was what the basis for that
15  conclusion?  In other words, why did you
16  feel there was geological merit in drilling
17  deeper?
18      A.   In this meeting there were
19  opinions raised in the meeting about other
20  areas where in this particular geologic
21  section there had been other prospective
22  sands and this is on a regional basis
23  across the Gulf of Mexico.
24          And that even though seismically
25  there was no event that we could focus on

Page 296

1  to meet our current TD, that didn't
2  preclude the possibility of there being
3  productive sands there.
4      Q.   Based on your prior work in the
5  eastern Gulf of Mexico and familiarity with
6  the Macondo, the Mississippi Canyon,
7  rather, you felt that there was going to
8  become viability in the pay zone below that
9  TD?
10      A.   We felt as though there was
11  potential pay below our current TD.  We
12  hadn't drilled through those zones yet but
13  we thought that there was potential for
14  seeing additional sand between where we had
15  TDed and the next 800, 900 feet.
16      Q.   Now, and I think if I understood
17  correctly in response to Mr. Leopold's
18  questions, you said you were designated on
19  behalf of Anadarko to raise that
20  possibility with BP?
21      A.   Yes.  I was asked to inquire on
22  behalf of Anadarko to Bobby Bodek the
23  possibility of drilling deeper.  To simply
24  get an opinion from BP as to whether or not
25  they would be receptive toward the idea.

Page 297

1      Q.   Is that what Exhibit 1593, that
2  e-mail from you to Mr. Bodek on the
3  afternoon of April 12th is?
4      A.   Yep.  This is a followup e-mail
5  that followed the phone call that I made to
6  Mr. Bodek to discuss that idea.  He had
7  expressed to me in the phone conversation
8  that he of course was not authorized to
9  make that call, that he would have to ask
10  his superiors whether or not that was
11  something they would be receptive toward
12  and he'd get back with me.
13      Q.   That was in the phone call, you
14  said, he expressed that?
15      A.   That's correct.
16      Q.   So if I understand the timing
17  right, between about 12:30 and 1:00 y'all
18  have this meeting about the geological
19  merit of drilling deeper.
20          You then give Mr. Bodek a phone
21  call to discuss it and follow up at 1:22
22  with this e-mail.  Is that about accurate?
23      A.   Yes.  That's, that's about
24  accurate.
25      Q.   Did Mr. Bodek ever respond to

75 (Pages 294 to 297)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported by:
PAUL A. CHANDLER                              May 4, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 298

1  this e-mail you sent him the afternoon of
2  April 12th?
3      A.   He did.
4      Q.   Do you recall whether he gave
5  you a reason as to -- or did he answer
6  whether BP was willing to drill deeper?
7      A.   He did.  He answered on behalf
8  of BP that they were not willing to drill
9  deeper.
10     Q.   Did he explain why?
11     A.   In very general terms he
12 explained why.  Not in any great detail.
13     Q.   What were the general terms
14 expressed to why BP refused to drill
15 deeper?
16    MR. DAVID:
17        Object to the form.
18    THE WITNESS:
19        He expressed possible concerns
20 of additional pressure beneath where we
21 currently TDed that BP did not want to deal
22 with when they -- as potentially drilling
23 deeper.
24 EXAMINATION BY MR. HARTLEY:
25     Q.   By pressures, you're referring

Page 300

1  EXAMINATION BY MR. HARTLEY:
2      Q.   Do you recall ever having a
3  conversation with Mr. Bodek in which he
4  expressed those concerns on his own behalf
5  or on behalf of BP?
6     MR. DAVID:
7         Object to the form.
8     THE WITNESS:
9         I don't recall a specific
10 conversation like that, no.
11 EXAMINATION BY MR. HARTLEY:
12     Q.   Do you recall any
13 communications, whether e-mail or
14 conversations with BP, in which they
15 expressed those concerns to Anadarko?
16    MR. DAVID:
17        Object to form.
18    THE WITNESS:
19        There was an e-mail that came
20 out that dealt with the conclusion that BP
21 did not want to drill deeper.  And that
22 Anadarko would honor that decision.
23 EXAMINATION BY MR. HARTLEY:
24     Q.   Now, when you were responding to
25 Leopold's questions it sounded to me as

Page 299

1  to pore pressure?
2      A.   Pore pressures; that's right.
3      Q.   Did he explain that BP's concern
4  was the narrow window between pore
5  pressures and frac gradient if they kept
6  drilling deeper?
7     MR. DAVID:
8         Object to form.
9     THE WITNESS:
10        I don't recall he went into
11 specific explanation about that.  Just that
12 there was a pressure, there was a pressure
13 issue that BP would not want to, did not
14 want to address.
15 EXAMINATION BY MR. HARTLEY:
16     Q.   When you say that he explained
17 in general terms that pore pressure -- that
18 BP did not want to address or not deal
19 with, did he reference prior lost
20 circulation or well control issues on the
21 Macondo well?
22    MR. DAVID:
23        Object to form.
24    THE WITNESS:
25        I don't recall that he did.

Page 301

1  though you were careful to explain you on
2  behalf of Anadarko was not making a
3  suggestion to drill deeper, you were
4  exploring their receptiveness to the idea.
5  Is that fair to say?
6      A.   Yes.  I was not making a formal
7  recommendation to drill deeper.  I simply
8  was speaking on behalf of Anadarko, trying
9  to determine what BP's thoughts on drilling
10 deeper might be.  I simply said that we
11 would not object if BP was interested in
12 drilling deeper.
13     Q.   In your conversations with
14 Mr. Hollek and/or Mr. O'Donnell, did you
15 have a discussion about whether to make a
16 formal recommendation?
17    MS. WILMS:
18        Other than this meeting that we
19 talked about or --
20    MR. HARTLEY:
21        In the context of this meeting
22 or at any time thereafter.
23    THE WITNESS:
24        Yes, we did.
25 EXAMINATION BY MR. HARTLEY:

76 (Pages 298 to 301)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                          Reported by:
PAUL A. CHANDLER                                      May 4, 2011                        JOSEPH R. KAISER, JR., CCR, RPR

Page 302

1    Q.   What was that discussion?
2    A.   The discussion was that we would
3  not make such a formal recommendation.
4    Q.   Were there reasons why Anadarko
5  was not going to formally recommend
6  drilling deeper to explore when Anadarko
7  had come up with the decision that there
8  was geologic merit in doing so?
9    MS. WILMS:
10       Object as to form.
11    THE WITNESS:
12       Yes.
13  EXAMINATION BY MR. HARTLEY:
14    Q.   What were those reasons?
15    A.   The reasons were if BP was not
16  comfortable drilling deeper, Anadarko
17  didn't want to jeopardize the well in any
18  way.  We didn't want to do anything to
19  jeopardize the pay that had been discovered
20  and if BP as operator had issues with
21  drilling deeper, had reservations about
22  drilling deeper, we were not going to, we
23  were not going to push the issue.
24    Q.   Would it be fair to say you
25  would defer to the operator's decision on

Page 303

1  their comfort level with drilling beyond
2  that TD?
3    A.   We did.
4    Q.   In discussing those issues did
5  you talk about the specific reasons why BP
6  was uncomfortable drilling deeper?
7    A.   I don't recall that we did talk
8  about the very specific reasons other than
9  what I outlined earlier in general terms
10  about a possible pressure increase.  It
11  really focussed on, it really focussed on
12  whether or not BP would be receptive to the
13  idea.
14    Q.   Did you discuss at all the well
15  control or lost circulation event issues in
16  this conversation with Mr. Hollek and/or
17  Mr. O'Donnell?
18    A.   No, I don't recall that we did.
19    Q.   Did you have any conversations
20  of that nature with Mr. Quitzau?
21    A.   No, I don't recall that we did.
22    Q.   Do you recall any conversations
23  with Mr. Quitzau about the pressure issues
24  on the Macondo well?
25    MS. WILMS:

Page 304

1       Object as to form.
2    THE WITNESS:
3       I don't recall the specific
4  conversation with Mr. Quitzau, no.
5  EXAMINATION BY MR. HARTLEY:
6    Q.   Is it Quitzau?
7    A.   Quitzau.
8    Q.   Quitzau.  I'll try to get that
9  right in a few weeks.
10       Do you recall any specific
11  conversations with Mr. Quitzau in which he
12  discussed the narrow pore pressure and frac
13  gradient window?
14    A.   No.
15    Q.   You don't?
16    A.   I don't recall.
17    Q.   The rule is not to be stepping
18  on one another.
19       Did you discuss with Mr. Quitzau
20  any of the lost circulation events on the
21  Macondo well?
22    A.   I don't remember specific
23  conversations about that, no.
24    Q.   This morning you said that, you
25  explained some of the things you looked for

Page 305

1  in monitoring the real-time data otherwise,
2  and it seems to me that it's primarily in
3  terms of what's going to delay getting to
4  TD or the next casing point.  Is that fair?
5    A.   That's fair.
6    Q.   And part of what might delay
7  getting to the next casing point or getting
8  to TD would be things like kicks or lost
9  circulation.  Is that right?
10    A.   That would be right.
11    Q.   Is that one of the things on a
12  day-to-day, week-to-week basis you would
13  sort of monitor whether that was going on
14  on the well?
15    A.   Yes.
16    Q.   And you had access to WellSpace;
17  right?
18    A.   I did.
19    Q.   Did you also have access to
20  INSITE Anywhere®?
21    A.   I did.
22    Q.   Was it your practice to
23  routinely access --
24    MS. WILMS:
25       You want the question read back?

77 (Pages 302 to 305)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                          Reported by:
PAUL A. CHANDLER                                          May 4, 2011                                          JOSEPH R. KAISER, JR., CCR, RPR

Page 306

1    EXAMINATION BY MR. HARTLEY:
2       Q.   Was it a part of your regular
3    practice to access well site -- or
4    WellSpace and/or INSITE Anywhere® to get
5    those sorts of updates?
6       MS. WILMS:
7          Object as to form.
8       THE WITNESS:
9          Yes.  That was part of my
10   general work flow in regard to this well.
11   EXAMINATION BY MR. HARTLEY:
12      Q.   It's my understanding WellSpace
13   is a static database in which every day or
14   periodically certain material about the
15   well would be put in that dropbox?
16      A.   That's right.
17      Q.   Whereas INSITE Anywhere® is a
18   real-time streaming data source where you
19   can see what's going on on the well in
20   real-time.  Is that fair?
21      A.   That's right.
22      Q.   Did your pattern or practice of
23   accessing WellSpace and/or INSITE Anywhere®
24   differ?
25      MS. WILMS:

Page 307

1          Object as to form.
2       THE WITNESS:
3          It would depend on the situation
4    at that particular time.  If we were, if we
5    were drilling, I would monitor INSITE
6    Anywhere® more often than WellSpace because
7    I could get real-time data, again, focussed
8    on the LWD log for my work to make
9    correlations where we were in the geologic
10   section.  So I would access INSITE
11   Anywhere® more often.
12         WellSpace, I would access less
13   often while we were drilling.  There would
14   be reports put in there daily and I would
15   access those.  But while we were drilling,
16   INSITE Anywhere® I would use more often.
17   EXAMINATION BY MR. HARTLEY:
18      Q.   How often would you say you
19   would access INSITE Anywhere®?
20      MS. WILMS:
21         Object as to form.
22      THE WITNESS:
23         It would depend on where we were
24   in the geologic section.  If we were
25   drilling through long sections where we

Page 308

1    were not anticipating any potential sands,
2    certainly our pay section was near TD, in
3    that instance I would access INSITE
4    Anywhere® less frequently.
5          As we would get to, closer to
6    our main objective or closer to a potential
7    casing point, I might access it more
8    frequently.
9    EXAMINATION BY MR. HARTLEY:
10      Q.   Once they got to TD on the
11   Macondo well, did you access INSITE
12   Anywhere® again after that point?
13      A.   I don't recall that I accessed
14   INSITE Anywhere® after we reached TD.
15   Certainly my emphasis at that point would
16   be on WellSpace, where all our log
17   evaluation information would be placed.
18      Q.   I'll hand you back again what
19   was earlier marked as Exhibit 1597.  I
20   think it's also 1845 in an earlier
21   deposition.  And ask you to turn back to
22   topic 15.
23      A.   Okay.
24      Q.   We've talked for a few minutes
25   and you testified today about your

Page 309

1    patterns, your practice in accessing
2    information.
3          And I'm curious, you've been
4    designated, at least in part, to discuss
5    topic 15; right?
6       A.   That's correct.
7       Q.   And are you in a position to
8    testify about the pattern or practice of
9    Anadarko employees other than yourself in
10   accessing the WellSpace?
11      MS. WILMS:
12         Other than what he's already
13   testified to broadly about.
14      MR. HARTLEY:
15         It's my understanding from the
16   testimony earlier he wasn't able to testify
17   in any detail as to how often they used the
18   level of access to that sort of
19   information.
20      MS. WILMS:
21         Perhaps not in any detail.  Just
22   in broad testimony.
23   EXAMINATION BY MR. HARTLEY:
24      Q.   Other than, perhaps, who might
25   have access to WellSpace, are you in a

78 (Pages 306 to 309)

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C.                    Telephone: (504) 525-9100
New Orleans, LA 70130-6029                   Board-Certified Court Reporters            Facsimile: (504) 525-9109

Exhibit M
Page 78

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                Reported by:
PAUL A. CHANDLER                                May 4, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 310

1  position to testify on behalf of Anadarko
2  as to the level of access or frequency of
3  use by any other Anadarko employee of
4  WellSpace?
5      A.  No, I'm not.
6      Q.  How about for INSITE Anywhere®?
7  Other than the Anadarko employees who may
8  or may not have had access, are you in a
9  position to testify on behalf of Anadarko
10  as to the level of access, habit or
11  practice, what information other Anadarko
12  employees may have obtained from INSITE
13  Anywhere®?
14      A.  No, I'm not.
15      Q.  Are you in a position to testify
16  on behalf of Anadarko as to all of the
17  sources of data Anadarko received
18  electronically from the DEEPWATER HORIZON
19  Macondo well?
20      MS. WILMS:
21          You're talking what he's already
22  testified to?
23      THE WITNESS:
24          Yes.  And I might need to have
25  you ask the question again.

Page 311

1  EXAMINATION BY MR. HARTLEY:
2      Q.  Okay.  You testified that
3  Anadarko received information from
4  WellSpace, at least provide access to the
5  static dropbox?
6      A.  That's correct.
7      Q.  Anadarko received information on
8  a real-time basis through the INSITE
9  Anywhere® service provided by Sperry?
10      A.  That's right.
11      Q.  Are you aware of any other
12  sources of electronic data transmissions to
13  Anadarko from any party on the Macondo
14  well?
15      A.  No, I'm not.
16      Q.  Are you in a position to testify
17  on behalf of Anadarko as to how anybody
18  other than you used information obtained
19  from WellSpace?
20      A.  No, I'm not.
21      Q.  Are you in a position on behalf
22  of Anadarko to testify about how any
23  employee other than you used the
24  information obtained from INSITE Anywhere®?
25      A.  No, I'm not.

Page 312

1      Q.  I'm going to hand you, again,
2  what was marked Exhibit 1598 earlier today.
3  This is the first page is that e-mail from
4  Nick Huch to Mr. Bodek dated January 25,
5  2010.  Do you recall seeing this earlier
6  today?
7      A.  Yes, I do.
8      Q.  Let me direct your attention to
9  the very last page.  The bottom box on that
10  last page has a list of Anadarko employees
11  under the heading drop box/real-time
12  access.
13          Do you see that?
14      A.  I do.
15      Q.  Are you in a position to testify
16  on behalf of Anadarko as to the level of
17  access, either to WellSpace and/or INSITE
18  Anywhere® for any of the listed employees
19  other than yourself?
20      MS. WILMS:
21          Object as to form.
22      THE WITNESS:
23          No, I'm not.
24  EXAMINATION BY MR. HARTLEY:
25      Q.  Are you in a position to testify

Page 313

1  on behalf of Anadarko as to how any of
2  these employees other than yourself may
3  have used WellSpace or INSITE Anywhere®
4  data?
5      A.  No, I'm not.
6      Q.  Did you have communications in
7  the April 2010 time frame with any of the
8  employees listed who about their access or
9  use of INSITE Anywhere® data?
10      A.  I don't recall if I did.
11      Q.  Okay.  Do you recall having
12  conversations with these employees listed
13  on Exhibit 1598 in the April 2010 time
14  period about their use of information
15  obtained in WellSpace?
16      A.  I don't recall if I did.
17      Q.  In terms of the Anadarko
18  employees with access to WellSpace and/or
19  INSITE Anywhere®, was it Anadarko's
20  decision as to which employees to provide
21  such access?
22      MS. WILMS:
23          Object as to form.
24      THE WITNESS:
25          Yes, it was.

79 (Pages 310 to 313)

601 Poydras Street, Suite 1720              GAUDET KAISER, L.L.C.              Telephone: (504) 525-9100
New Orleans, LA 70130-6029              Board-Certified Court Reporters              Facsimile: (504) 525-9109

Exhibit M
Page 79

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                                    Reported by:
PAUL A. CHANDLER                                        May 4, 2011                          JOSEPH R. KAISER, JR., CCR, RPR

Page 314

1    EXAMINATION BY MR. HARTLEY:
2      Q.   So, for example, the employees
3    listed who may have had access to
4    WellSpace, that was an Anadarko decision as
5    to who could access it?
6      A.   That's correct.
7      Q.   And the same for INSITE
8    Anywhere®, Anadarko made the decision as to
9    which employees could INSITE Anywhere®
10   access?
11     A.   That's correct.
12     MS. WILMS:
13         Object.
14   EXAMINATION BY MR. HARTLEY:
15     Q.   To your knowledge, did BP place
16   any restrictions on the ability of those
17   employees to use data obtained from INSITE
18   Anywhere® ?
19     MR. DAVID:
20         Object to form.
21     THE WITNESS:
22         Not to my knowledge.
23   EXAMINATION BY MR. HARTLEY:
24     Q.   In other words, once an employee
25   was approved for access, do you have any

Page 315

1    understanding, have any restrictions on
2    those employees to use the data?
3      A.   I have no, I have no
4    understanding that there was a restriction.
5      Q.   Was the data available to those
6    Anadarko employees on a 24-hour basis,
7    seven days a week?
8      MS. WILMS:
9          Object as to form.
10     THE WITNESS:
11         I would assume so.
12   EXAMINATION BY MR. HARTLEY:
13     Q.   Are you in a position to testify
14   on behalf of Anadarko as to the
15   availability of that data to Anadarko
16   employees?
17     A.   No, I'm not.
18     Q.   Other than your own personal
19   access to INSITE Anywhere® and what you may
20   or may not have done, you're not in a
21   position to be aware of the availability of
22   that data?
23     A.   That's correct.
24     Q.   Was your ability to access
25   INSITE Anywhere® limited?

Page 316

1      A.   No, it wasn't.
2      Q.   You could log on anytime from
3    any PC?
4      MS. WILMS:
5          Object as to form.
6      THE WITNESS:
7          That's correct.
8    EXAMINATION BY MR. HARTLEY:
9      Q.   Was there any time restriction?
10   In other words, could you only access it
11   between certain hours?
12     A.   There were no time restrictions
13   that I was aware of.
14     Q.   Were there any restrictions
15   based upon drilling or other rig
16   operations?
17     A.   Not that I was aware of.
18     Q.   Were you aware of any
19   restrictions for example. That you were
20   not allowed to access it while certain
21   operations were going on on the rig?
22     A.   Not that I was aware of.
23     Q.   There may have been, you just
24   don't know?
25     A.   That's right.

Page 317

1    EXAMINATION BY MR. HARTLEY:
2      Q.   I'll hand you what was marked as
3    Exhibit 1215 that was shown to you earlier.
4          This is the February 2nd e-mail
5    from Mr. Bodek to Jose Ortiz. Do you
6    recall seeing this, being handed this
7    earlier today?
8      A.   Yes.
9      Q.   In the middle of the page under
10   Anadarko Petroleum it lists six employees
11   who had access to INSITE Anywhere®.
12         Do you see that?
13     A.   I do.
14     Q.   I think in addition to those six
15   you testified that a few other people, to
16   your knowledge, also had access.
17   Mr. Folger, Mr. Quitzau and Mr. Pfister?
18     A.   That's correct.
19     Q.   Are you aware of any employees
20   other than those nine on behalf of Anadarko
21   who had access to INSITE Anywhere®?
22     A.   I am not.
23     Q.   Are you aware of the reasoning
24   behind providing access to those specific
25   individuals?

80 (Pages 314 to 317)

601 Poydras Street, Suite 1720                          GAUDET KAISER, L.L.C.                          Telephone: (504) 525-9100
New Orleans, LA 70130-6029                         Board-Certified Court Reporters                    Facsimile: (504) 525-9109

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                          Reported by:
PAUL A. CHANDLER                                    May 4, 2011                         JOSEPH R. KAISER, JR., CCR, RPR

Page 318

1     A.    Only to the extent that our
2   operations group represented here by John
3   Kamm asked the different groups who would
4   be people who would be interested in having
5   access to INSITE Anywhere®.
6     Q.    Beyond that interaction with
7   Mr. Kamm are you aware of why these
8   particular individuals were chose or
9   selected by Anadarko for access?
10    A.    These were people that were on
11  our development asset team that were, that
12  were responsible for looking at the Macondo
13  well when it was being, when it was being
14  drilled.  It's also people in our
15  exploration group that had an interest in
16  Macondo well.  It's the petrophysicists
17  that would be doing the log analysis on the
18  well.
19    Q.    So judging by the employees'
20  position with the company, you can figure
21  out why they might have access?
22    A.    That's right.
23    Q.    Are you aware of the purpose to
24  which these particular employees used that
25  access?

Page 319

1     A.    No, I'm not.
2     Q.    Do you know whether any of these
3   employees monitored the real-time data
4   transmissions on a regular routine basis?
5     MS. WILMS:
6          Object to form.
7     THE WITNESS:
8          No.  No, I'm not.
9   EXAMINATION BY MR. HARTLEY:
10    Q.    Do you know whether anybody at
11  Anadarko monitored the real-time data
12  transmission through INSITE Anywhere® on a
13  daily basis as operations were ongoing?
14    A.    I'm not aware of the work flow
15  or routine of other people on that list
16  besides myself.
17    Q.    Is that something that could
18  have been done by Anadarko, have somebody
19  monitor it on a daily basis?
20    A.    I don't know.
21    MS. WILMS:
22          Object as to form.
23    MR. HARTLEY:
24          I pass the witness.  Thank you,
25  Mr. Chandler.

Page 320

1     THE VIDEOGRAPHER:
2          We're now off the record, it is
3   3:56.
4          (Off the record.)
5   EXAMINATION BY MR. THIBODEAUX:
6     Q.    Good afternoon, Mr. Chandler, my
7   name is Paul Thibodeaux and I represent
8   Transocean.
9          You're not aware of anyone at
10  Anadarko that had any concerns with the
11  ability of the DEEPWATER HORIZON rig or its
12  crew to competently and safely drill the
13  Macondo well; are you?
14    A.    I'm not.
15    Q.    You personally didn't have any
16  such concerns; correct?
17    A.    I had no such concerns; that's
18  correct.
19    Q.    Do you know if anyone at
20  Anadarko was monitoring the INSITE
21  Anywhere® data on April 20th when the
22  negative test was being conducted?
23    A.    I'm not aware.
24    Q.    Do you know if anybody at
25  Anadarko would have been assigned to

Page 321

1   monitor the INSITE Anywhere® data while the
2   negative test was being conducted?
3     A.    I'm not aware.
4     Q.    Do you if anyone at Anadarko was
5   aware on April 20th that during the
6   negative pressure test there was a 1400 PSI
7   differential between the drill pipe and the
8   kill line?
9     A.    I'm not aware.
10    Q.    From your earlier testimony, am
11  I right in understanding that Mr. Bob
12  Quitzau was responsible for evaluating the
13  drilling and operational decisions that
14  were being made by BP on Macondo?
15    MS. WILMS:
16          Object as to form.
17    THE WITNESS:
18          No.
19  EXAMINATION BY MR. THIBODEAUX:
20    Q.    That's not correct?
21    A.    That's not correct.
22    Q.    Was anybody at Anadarko
23  responsible for evaluating the drilling and
24  operational decisions of BP?
25    A.    No.

81 (Pages 318 to 321)

Page 322

1    Q.   Mr. Quitzau is a drilling
2  engineer?
3    A.   He is.
4    Q.   Mr. John Kamm was the Anadarko
5  operations geologist assigned to the
6  Macondo well?
7    A.   That's correct.
8    MR. THIBODEAUX:
9      All right.  That's all I have.
10 Thank you.
11   THE VIDEOGRAPHER:
12     Off the record, it is 3:59.
13     (Off the record.)
14   THE VIDEOGRAPHER:
15     Returning to the record, it's
16 4 p.m.
17 EXAMINATION BY MR. NICHOLS:
18   Q.   Mr. Chandler, I just want to
19 show you a couple more things.  I want to
20 show you a document marked previously as
21 Exhibit 1255.
22   MS. WILMS:
23     Counsel, while he's looking at
24 that could you identify yourself for the
25 record?

Page 323

1    MR. NICHOLS:
2      Yes, it's going to be on the
3  record eventually.  Eric Nichols.
4    MS. WILMS:
5      And you're representing?
6    MR. NICHOLS:
7      Represent Cameron.
8    MS. WILMS:
9      Sorry.  I'm not familiar with
10 all the characters.
11   MR. NICHOLS:
12     That's a nice way to put it.
13 EXAMINATION BY MR. NICHOLS:
14   Q.   Mr. Chandler, I've handed you
15 what's been marked previously as
16 Exhibit 1255.  And is this an e-mail, also
17 an e-mail that you recognize?
18   A.   Yes, it is.
19   Q.   And it's an e-mail that you
20 would have been one of the recipients on;
21 correct?
22   A.   That's correct.
23   Q.   And it's dated April the 9th of
24 2010; is that correct?
25   A.   That's correct.

Page 324

1    Q.   And what time of the day?
2    A.   It says 6:39.
3    Q.   P.m.?
4    A.   P.m.
5    Q.   And in this e-mail is
6  Mr. Quitzau reporting to you and others
7  that Bobby Bodek had called and said that
8  they were calling total depth at a
9  particular interval?
10   MS. WILMS:
11     Object as to form.
12   THE WITNESS:
13     Yes.
14 EXAMINATION BY MR. NICHOLS:
15   Q.   And what was the interval that
16 Mr. Bodek informed the folks at Anadarko
17 that was going to be the total depth?
18   A.   The total depth here was called
19 at 18360.
20   Q.   And do you know that that
21 ultimately was the total depth that was
22 called on the well?
23   A.   I do.
24   Q.   Now, you were shown some e-mails
25 just a little while ago that were dated a

Page 325

1  few days after this, in which Anadarko went
2  back to BP and asked if BP was considering
3  going deeper than this total depth of
4  18,360; correct?
5    MS. WILMS:
6      Object to form.
7    THE WITNESS:
8      Well, what we asked was would BP
9  be open to the idea of possibly going
10 deeper.
11 EXAMINATION BY MR. NICHOLS:
12   Q.   And the response was no;
13 correct?
14   A.   Ultimately, the response from BP
15 was that they did not want to do that.
16   Q.   And in Exhibit 1255 right at the
17 end of Mr. Quitzau's e-mail, does he
18 mention the reason that was expressed by BP
19 for stopping at this depth?
20   MS. WILMS:
21     Object as to form.
22   THE WITNESS:
23     He does.
24 EXAMINATION BY MR. NICHOLS:
25   Q.   What does he say?

82 (Pages 322 to 325)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                      Reported by:
PAUL A. CHANDLER                              May 4, 2011                           JOSEPH R. KAISER, JR., CCR, RPR

Page 326

1      A.   He says that they saw some --
2  and I'm reading this -- he says they saw
3  some abnormal resistivity in the small sand
4  just below the pay sand that may indicate
5  where they were losing returns.
6      Q.   And to put this in kind of
7  layperson's language, is what is being
8  expressed there is that there was a zone of
9  lower than anticipated pore pressure?
10     MS. WILMS:
11         Object as to form.
12     MR. DAVID:
13         Object as to form.
14 EXAMINATION BY MR. NICHOLS:
15     Q.   Into which mud had been lost?
16     MS. WILMS:
17         Object to form.
18     MR. DAVID:
19         Object to form.
20     THE WITNESS:
21         I wouldn't be able to comment on
22 that.
23 EXAMINATION BY MR. NICHOLS:
24     Q.   It's just not your field?
25     A.   It's not my responsibility.

Page 327

1      Q.   Okay.  But you did understand
2  that the reason it was being proffered by
3  BP for stopping at 18360 was an issue with
4  pore pressure?
5      MR. DAVID:
6         Object to the form.
7      THE WITNESS:
8         All I know is that from this
9  e-mail, that was one item that was offered
10 up, was the abnormal resistivity.
11 EXAMINATION BY MR. NICHOLS:
12     Q.   And resistivity in that e-mail,
13 that's another way of referring to pore
14 pressure?
15     A.   That's another way of referring
16 to pore pressure; that's correct.
17     Q.   Thank you, sir.  Now, as you
18 say, Anadarko went back and asked if BP
19 would consider going deeper than 18360;
20 correct?
21     MS. WILMS:
22         Object as to form.
23     THE WITNESS:
24         We asked if they would consider
25 the idea of drilling deeper below that at

Page 328

1  some point.
2  EXAMINATION BY MR. NICHOLS:
3      Q.   And then BP came back to
4  Anadarko and said that it would not do that
5  due to safety concerns and well bore
6  integrity issues; is that correct?
7      MR. DAVID:
8         Object to form.
9      MS. WILMS:
10         Object to form.
11     THE WITNESS:
12         That's correct.
13 EXAMINATION BY MR. NICHOLS:
14     Q.   And just to make sure that -- I
15 think you know exactly where I got that
16 language, but just to make sure the record
17 is clear, let me show you what's been
18 marked previously as Exhibit 1256 which
19 bears the BP numbers BP HZN MBI 00178357
20 and 8358.
21         And just for the record, just to
22 kind of tie the loop closed on this, is
23 that the exchange of e-mails that you
24 referred to earlier in your testimony about
25 kind of the final decision on total depth?

Page 329

1      A.   Let me read it here for just a
2  second.
3      Q.   Yes.
4      A.   Yes, this was our final notice
5  back to BP that, that we had agreed and
6  approved the TD at its current depth of
7  18360.
8      Q.   So the top portion of this
9  exhibit, Exhibit 1256, is an e-mail from
10 someone at Anadarko to BP; is that correct?
11     A.   That's correct.
12     Q.   And the person on behalf of
13 Anadarko is sending the e-mail is who, sir?
14     A.   It was sent, it was sent by Nick
15 Huch.
16     Q.   And I don't think we mentioned
17 Mr. Huch's name yet.  What is his position
18 at Anadarko?
19     A.   Nick is a landman for Anadarko.
20     Q.   And so would he be someone at
21 Anadarko who would have regular
22 responsibility to communicate with BP with
23 respect to this project?
24     MS. WILMS:
25         Object as to form.

83 (Pages 326 to 329)

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C.                    Telephone: (504) 525-9100
New Orleans, LA 70130-6029                   Board-Certified Court Reporters             Facsimile: (504) 525-9109

Exhibit M
Page 83

Page 330

1      THE WITNESS:
2      He would.
3  EXAMINATION BY MR. NICHOLS:
4      Q.   And what Mr. Huch is telling BP
5  is that Anadarko understands that BP is
6  stopping total depth at 18360 but would not
7  object if BP decides to go farther; is that
8  correct?
9      MS. WILMS:
10      Object as to form.
11      THE WITNESS:
12      Yes.  Yes.  That's correct.
13  EXAMINATION BY MR. NICHOLS:
14      Q.   And then Mr. Huch is actually
15  responding to an e-mail that Anadarko
16  received from BP earlier that day; is that
17  correct?
18      A.   That's correct.
19      Q.   And who at BP sent the e-mail to
20  Anadarko?
21      A.   It looks like Michael Beirne.
22      Q.   And Mr. Beirne, in his e-mail to
23  Anadarko, states that total depth was
24  called at 18,360 due to safety concerns and
25  well integrity issues; is that correct?

Page 331

1      MS. WILMS:
2      Object as to form.
3      THE WITNESS:
4      Yes.
5  EXAMINATION BY MR. NICHOLS:
6      Q.   I mean, those are his words;
7  correct?
8      A.   Yes.
9      Q.   And what were the safety
10  concerns and well integrity issues as --
11  well, let me ask you first, without jumping
12  too far ahead.
13      Did you understand what the
14  safety concerns and well integrity issues
15  were?
16      A.   No.
17      Q.   Did you ask?
18      A.   No.
19      Q.   Do you have any idea what was
20  being meant by that?
21      MS. WILMS:
22      Object as to form and, you know,
23  he's not on this e-mail.
24      THE WITNESS:
25      No.

Page 332

1  EXAMINATION BY MR. NICHOLS:
2      Q.   I mean, you did become aware at
3  the time that BP was calling it at 18360
4  because of their perception of safety
5  concerns and well integrity issues;
6  correct?
7      MS. WILMS:
8      Object to form.
9      MR. DAVID:
10      Object to form.
11      THE WITNESS:
12      They expressed to us that they
13  had concerns drilling deeper.  That was,
14  that was the end of my involvement in it.
15  EXAMINATION BY MR. NICHOLS:
16      Q.   Do you know if anyone at
17  Anadarko ever discussed with anyone at BP
18  what these safety concerns were?
19      MS. WILMS:
20      Object as to form.
21      THE WITNESS:
22      I don't know that anyone did.
23  EXAMINATION BY MR. NICHOLS:
24      Q.   You don't know one way or the
25  other?

Page 333

1      A.   I don't know one way or the
2  other.
3      Q.   And the same question with
4  respect to well integrity issues.  Do you
5  know if anyone at Anadarko discussed what
6  those were with BP?
7      A.   Not to my knowledge.
8      Q.   Mr. Chandler, I just want to
9  make sure the record is clear.  I mean,
10  what you're telling us here on the record
11  today is that you did not participate in
12  any discussions within Anadarko about
13  safety concerns or well integrity issues
14  that BP determined to exist with respect to
15  the Macondo well?
16      MR. DAVID:
17      Object to the form.
18      MS. WILMS:
19      Object as to form, other than
20  what he's testified to already at the April
21  12th meeting.
22      THE WITNESS:
23      My conversation concerning this
24  issue dealt with the geological possibility
25  of finding additional pay below where we

84 (Pages 330 to 333)

Page 334

1  TDed.  I did not involve the integrity,
2  wellbore integrity questions or anything
3  beyond that in an operational sense.
4  EXAMINATION BY MR. NICHOLS:
5     Q.   Yes, sir.  And I apologize but
6  I'm trying to mix and match your
7  responsibilities with discussions that you
8  participated in.
9        We know that you all had an
10 internal meeting at Anadarko an April the
11 12th on the issue of total depth; correct?
12    A.   That's correct.
13    Q.   And I just want to make sure the
14 record is clear.
15       Are you telling us that from --
16 are you telling us that at that meeting
17 there was no discussion within Anadarko
18 about safety concerns and well integrity
19 issues that BP had raised with respect to
20 the Macondo well?
21    MS. WILMS:
22       Object as to form.
23    THE WITNESS:
24       Our meeting concerned the
25 geological perspectiveness of drilling

Page 335

1  deeper and whether or not it was something
2  we wanted to do from a geological sense.
3        As a result of that, I was to
4  contact BP and ask if they were open to the
5  idea of drilling deeper and it was
6  disclosed by BP that they were not
7  interested in drilling deeper.  We did not
8  push the issue beyond that.
9        So those type conversations, to
10 my knowledge, never came up.
11 EXAMINATION BY MR. NICHOLS:
12    Q.   Yes, sir.  And remember I showed
13 you Exhibit 1255, I believe it was.  It's
14 not that one, it's the one we just -- so
15 1255 is an e-mail from April the 9th;
16 right, and it talks about an issue with
17 respect to sands below the pay sands;
18 correct?
19    MS. WILMS:
20       Object as to form.
21    THE WITNESS:
22       It does.
23 EXAMINATION BY MR. NICHOLS:
24    Q.   And you had a meeting on April
25 the 12th about the potential of drilling

Page 336

1  deeper than 18360; correct?
2     A.   Yes.  But it wasn't in reference
3  to this.
4     Q.   That's my question.  So I just
5  want to make sure the record's clear.  So
6  it's your testimony, Mr. Chandler, that
7  notwithstanding the reference in that
8  e-mail from April the 9th about an issue
9  with sands lower than the pay sands, that
10 at your internal meeting on April 12th at
11 Anadarko you all did not discuss any
12 potential safety concerns or well integrity
13 issues that would be caused by drilling
14 deeper than 18360?
15    MS. WILMS:
16       Object as to form.
17    THE WITNESS:
18       The e-mail dated April 9th that
19 refers to drilling below 18360, about a
20 hundred feet below that, is in reference to
21 smaller, lower quality sands that were seen
22 upon our TD at 18360.  These pay sands were
23 barely visible on our log.  They were at,
24 near TD.
25       The whole issue of drilling

Page 337

1  deeper beyond 18360 that's referred to in
2  this other document that I've got is
3  referring to drilling an additional 800 or
4  900 feet deeper than where our current TD
5  is.
6        It was the investigation of the
7  possibility after setting casing of
8  drilling out and drilling an additional
9  footage for this well.
10       So these are really talking
11 about two different things.
12 EXAMINATION BY MR. NICHOLS:
13    Q.   Okay.  Let me show you one more.
14 And this was marked previously as
15 Exhibit 1256, a two-page document.  Bates
16 numbers BP HZN MBI 0126338 and 339.
17    A.   You want me to read --
18    Q.   Just read it to yourself.
19    A.   Okay.
20    Q.   Now, do you see this is an
21 e-mail sent from Bobby Bodek to Michael
22 Beirne?
23    A.   Right.
24    Q.   And Michael Beirne is the person
25 from BP who sent the e-mail to Anadarko

85 (Pages 334 to 337)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported by:
PAUL A. CHANDLER                                    May 4, 2011                                    JOSEPH R. KAISER, JR., CCR, RPR

Page 338

1    that we looked at as Exhibit 1256, I think
2    it was. Is that correct?
3         A.   That's correct.
4         Q.   Okay. And so my first question
5    to you is: Have you ever seen this
6    verbiage before, that's in Exhibit 1257?
7         A.   Not before preparation for
8    this --
9         Q.   So you've had, so just to make
10   sure I'm clear, you may have seen this more
11   recently but you did not see this verbiage
12   at the time that we're talking about back
13   in April of 2010?
14        A.   That's correct.
15        Q.   Now, having read this, I just
16   want to make sure the record is clear. Was
17   it explained to Anadarko what is contained
18   in this e-mail?
19        MS. WILMS:
20            Object as to form.
21        THE WITNESS:
22            What's in this e-mail is a much
23   more detailed explanation than what was in
24   the previous e-mail sent to Anadarko.
25   EXAMINATION BY MR. NICHOLS:

Page 339

1         Q.   Right. But you understand what
2    I'm asking now. Even though if you didn't
3    see this e-mail, this verbiage in writing
4    at the time, was this description of the
5    issues, the operational issues that were
6    arising with respect to the Macondo well,
7    was this a description that was provided to
8    you or anyone else at Anadarko at the time
9    back in April of 2010?
10        MS. WILMS:
11            Object as to form.
12        THE WITNESS:
13            No.
14   EXAMINATION BY MR. NICHOLS:
15        Q.   And you're saying it was not, it
16   was not provided to you?
17        A.   This description dated April
18   13th was not provided to me; that's
19   correct.
20        Q.   And to your knowledge, it was
21   not provided to anyone else at Anadarko?
22        A.   To my knowledge, that's correct.
23        Q.   Do you recall any discussion,
24   either at your April 12th meeting or
25   anytime later within Anadarko, the types of

Page 340

1    issues that Mr. Bodek describes in the
2    e-mail that I've shown you as Exhibit 1257?
3         A.   I do not.
4         Q.   Now, having read this before
5    your deposition today, do you recognize
6    that Mr. Bodek is describing a situation in
7    which you've got a 14.15 PPG exposed sand
8    and you're taking losses in a 12.6 PPG
9    reservoir in the same hole section? Do you
10   see that he's describing that issue there?
11        MS. WILMS:
12            Object as to form.
13        MR. DAVID:
14            Object to form.
15        THE WITNESS:
16            I see that he's got that in the
17   e-mail; that's right.
18   EXAMINATION BY MR. NICHOLS:
19        Q.   And as a geologist, is that a
20   problem?
21        MR. DAVID:
22            Object to form.
23        MS. WILMS:
24            Object to form.
25        THE WITNESS:

Page 341

1            As a geologist, a project
2    geologist, this is not my role.
3    EXAMINATION BY MR. NICHOLS:
4         Q.   But you see here that Mr. Bodek
5    is saying in an e-mail that having that
6    situation, that is a 14.15 PPG exposed sand
7    and taking losses in a 12.6 PPG reservoir
8    in the same hole section, that that was
9    forcing BP's hand as operator?
10        MR. DAVID:
11            Object to form.
12        THE WITNESS:
13            I see that in the e-mail, yes.
14   EXAMINATION BY MR. NICHOLS:
15        Q.   And that BP had simply run out
16   of drilling margin?
17        MR. DAVID:
18            Object to form.
19        THE WITNESS:
20            That's what's in the e-mail,
21   yes, sir.
22   EXAMINATION BY MR. NICHOLS:
23        Q.   And while we're on that
24   language, did BP ever tell Anadarko, to
25   your knowledge, that it had run out of

86 (Pages 338 to 341)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                Reported by:
PAUL A. CHANDLER                                May 4, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 342

1  drilling margin?
2      MR. DAVID:
3          Object to the form.
4      THE WITNESS:
5          Not to my knowledge.
6  EXAMINATION BY MR. NICHOLS:
7      Q.   Did you ever hear that verbiage
8  being used in your meeting at Anadarko on
9  April the 12th or at any other time around
10 Anadarko?
11     A.   Not that I recall.
12     Q.   And with respect to going back
13 to what you were told, that e-mail at
14 12:55, if you would pick that up, that
15 Exhibit 1255. The first one there.
16         And that's the e-mail that makes
17 reference to the pressure issue in the sand
18 that was lower than the pay zone; correct?
19     A.   That's right.
20     Q.   And were you ever aware or were
21 you ever made aware that the pore pressure
22 in the pay sands was in the neighborhood of
23 12.6 PPG?
24     MS. WILMS:
25         Object as to form.

Page 343

1      THE WITNESS:
2          I don't recall that I was made
3  aware of that.
4  EXAMINATION BY MR. NICHOLS:
5      Q.   And do you recall whether that
6  was a pore pressure that was higher or
7  lower than what was anticipated to be in
8  the formation?
9      MS. WILMS:
10         Object as to form.
11     THE WITNESS:
12         I don't recall.
13 EXAMINATION BY MR. NICHOLS:
14     Q.   But of course the pore pressures
15 that would have been encountered at various
16 spaces in the well, would they have been in
17 those daily pore pressure fracture gradient
18 reports?
19     MS. WILMS:
20         Object to form.
21     MR. DAVID:
22         Object to form.
23     THE WITNESS:
24         I didn't look at the pore
25 pressure fracture gradient reports so I

Page 344

1  can't speak to it.
2  EXAMINATION BY MR. NICHOLS:
3      Q.   From your perspective,
4  Mr. Chandler, among your team, the team
5  that you described today, who would have
6  been most likely at Anadarko to be
7  monitoring such issues as pore pressures
8  and fracture gradients?
9      MS. WILMS:
10         Object to form.
11     THE WITNESS:
12         I don't know.
13 EXAMINATION BY MR. NICHOLS:
14     Q.   From what we looked at today, is
15 there a person that we've seen who has made
16 reference to pore pressures and fracture
17 gradients at Anadarko?
18     MS. WILMS:
19         Object to form.
20     THE WITNESS:
21         I don't know if there is a
22 person that was doing that.
23 EXAMINATION BY MR. NICHOLS:
24     Q.   No. From the documents that you
25 reviewed during your deposition, have you

Page 345

1  seen someone on the Anadarko team who made
2  reference to pore pressures and fracture
3  gradients?
4      MS. WILMS:
5          Object as to form.
6      THE WITNESS:
7          Yes. There was reference to
8  that.
9  EXAMINATION BY MR. NICHOLS:
10     Q.   And who was making those
11 references?
12     A.   Bob Quitzau.
13     MR. NICHOLS:
14         All right. That's all I have.
15 Thank you.
16     THE VIDEOGRAPHER:
17         We're going off the record, the
18 time is now 4:23. This is the end of
19 Tape 6.
20         (Off the record.)
21     THE VIDEOGRAPHER:
22         Were back on the record. The
23 time is now 4:27, this is the beginning of
24 Tape 7.
25 EXAMINATION BY MS. WILMS:

87 (Pages 342 to 345)

601 Poydras Street, Suite 1720                GAUDET KAISER, L.L.C.                Telephone: (504) 525-9100
New Orleans, LA 70130-6029              Board-Certified Court Reporters         Facsimile: (504) 525-9109

Exhibit M
Page 87

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                Reported by:
PAUL A. CHANDLER                                        May 4, 2011                          JOSEPH R. KAISER, JR., CCR, RPR

Page 346

```
 1      Q.   Hi, Mr. Chandler, as you know,
 2   I'm Nancy Wilms.  I have one question.  Are
 3   you aware of any communications from
 4   Anadarko to BP regarding the speed with
 5   which the Macondo well was being drilled?
 6      A.   No.
 7      MS. WILMS:
 8           That's the only question I have.
 9   Thank you.
10      THE VIDEOGRAPHER:
11           Off the record.  The time is now
12   4:28.
13           (Whereupon the deposition is
14   concluded at 4:27).
15
16
17
18
19
20
21
22
23
24
25
```

Page 347

```
 1
 2
 3           WITNESS' CERTIFICATE
 4
 5
 6
 7
 8      I, PAUL A. CHANDLER, read or have
 9   had the foregoing testimony read to me and
10   hereby certify that it is a true and
11   correct transcription of my testimony, with
12   the exception of any attached corrections
13   or changes.
14
15
16
17
18
19           PAUL A. CHANDLER
20
21
22
23
24
25
```

Page 348

```
 1           REPORTER'S CERTIFICATE
 2
 3
 4      I, JOSEPH R. KAISER, JR., Certified
 5   Court Reporter, State of Louisiana, do
 6   hereby certify that the above-mentioned
 7   witness, after having been first duly sworn
 8   by me to testify to the truth, did testify
 9   as hereinabove set forth;
10      That the testimony was reported by
11   me in shorthand and transcribed under my
12   personal direction and supervision, and is
13   a true and correct transcript, to the best
14   of my ability and understanding;
15      That I am not of counsel, not
16   related to counsel or the parties hereto,
17   and not in any way interested in the
18   outcome of this matter.
19
20
21      JOSEPH R. KAISER, JR., CCR, RPR
          Certified Court Reporter
          State of Louisiana
22
23
24
25
```

88 (Pages 346 to 348)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010
Reported by:

PAUL A. CHANDLER                                        May 4, 2011                          JOSEPH R. KAISER, JR., CCR, RPR

Page 349

**A**

**AAPG** 15:18
**abandoned** 203:11
**ability** 80:17 81:1
  133:23 142:7,15
  183:13 184:14 186:6
  194:19 258:13 314:16
  315:24 320:11 348:14
**able** 42:13 87:21 121:4
  121:5,11,13 136:20
  141:21 159:21 176:4
  176:12,14 178:21
  185:4 218:5 220:5
  233:17 258:11 268:4
  268:6 271:10 279:2
  309:16 326:21
**abnormal** 326:3 327:10
**above-mentioned**
  13:15 348:6
**abreast** 226:20 234:11
**academic** 14:24 15:14
**acceptable** 108:21
**access** 87:21 98:7,25
  99:3,9 100:2 101:1,13
  101:15,18,21,23
  106:5 119:4,22,25
  120:1,3,5,9,11,17,21
  128:25 206:14 305:16
  305:19,23 306:3
  307:10,12,15,19
  308:3,7,11 309:18,25
  310:2,8,10 311:4
  312:12,17 313:8,18
  313:21 314:3,5,10,25
  315:19,24 316:10,20
  317:11,16,21,24
  318:5,9,21,25
**accessed** 129:1 213:11
  308:13
**accessing** 126:3 306:23
  309:1,10
**account** 58:15
**accurate** 297:22,24
**achieve** 53:16 55:16,25
  142:8,15
**achieved** 44:1 287:20
**achieving** 38:18 51:15
**acquire** 26:21 32:17
  33:2 47:7 78:17
**acquired** 80:10
**acquiring** 27:5 29:18
  38:24
**acquisition** 79:4,13,13
  79:22 80:4,14,24
**acting** 172:6
**action** 149:14 258:25

260:1,6,11 261:1,5
  262:8,11,17
**actions** 258:19,20
  262:12
**activities** 81:19 82:25
  130:25 159:3 170:23
  175:7 176:2 178:19
  179:16
**activity** 83:7,12 85:2
  129:12 176:22 201:24
  226:25
**actual** 19:4 34:23 154:4
  154:4 170:21 237:5
  239:22
**ad** 209:10
**add** 100:25 119:3
  129:25 257:17
**added** 210:2
**addition** 98:18 112:1
  119:19 317:14
**additional** 15:16 17:18
  17:25 18:4 19:11 95:9
  146:21 149:7 188:11
  219:18 285:5 289:1
  289:10 296:14 298:20
  333:25 337:3,8
**address** 157:8 208:21
  299:14,18
**addressed** 100:23
  237:11
**adequate** 228:3
**administering** 12:25
**advanced** 14:24 15:7
**advice** 180:11
**advised** 180:25 181:3
  220:19
**advisor** 3:18 17:5,7,10
  19:9 20:8 82:22
**advisory** 16:25 17:3
  179:5 181:10
**AFE** 131:13 132:1
**AFEs** 96:18 131:19,22
**affect** 194:19 202:10
  229:19 230:17 258:5
  264:21
**aforementioned** 12:5
**afternoon** 284:19 294:2
  297:3 298:1 320:6
**age** 64:14,19 67:17
  74:13 137:20
**ago** 28:11 90:5 128:9
  169:17 324:25
**agree** 21:25 57:4 65:14
  96:5 229:15 243:7
**agreed** 12:3 96:2 329:5
**ahead** 47:23 48:17

73:17 75:12 133:3,6
  140:2 214:15 228:23
  237:14 266:3 275:21
  331:12
**ahold** 91:25
**Alan** 20:11 23:16 28:18
  43:10 44:22 119:21
  119:25 227:12,17,20
  233:19 275:11 280:16
  282:19
**Alan's** 227:22
**Allen** 3:13 43:8,9,11,14
  44:21 45:9,14,17,19
  46:6
**allow** 200:5 202:7
**allowed** 12:7 316:20
**alternative** 208:24
**amazed** 138:23 139:2,9
  139:15,22
**America** 3:12 163:11
**American** 1:15
**amount** 25:22 40:25
  147:12 193:22
**ample** 285:11
**amplitude** 54:20,21
  55:6 68:10 69:8,10,11
  69:12 76:7,14,18,20
**amplitudes** 75:25 76:1
**ANA** 28:23 34:10 41:3
  45:6 47:9 56:7 58:22
  70:16 132:4 134:2
  137:3 142:19 144:17
  148:8 149:25 151:10
  153:9 156:10
**Anadarko** 3:8 9:14
  15:22 16:2,5,6,11,12
  17:15 18:12 19:23
  22:16 23:25 24:2,10
  24:20 25:5,13 26:4,6
  26:20 27:4 31:23
  32:16,23 33:5,11,15
  34:18 36:2 39:20,21
  40:1 42:2 44:15 45:9
  49:2 50:19 51:20
  52:3,9 53:25 56:20,23
  57:10,16 63:4,18
  65:21 69:24 76:3,14
  77:1,10 78:16 80:9,17
  81:5,24 82:14 83:22
  85:4,12 87:10,12,20
  88:2 89:12,21 91:16
  92:7,17 93:2,10 95:2
  95:7 96:4 98:10 99:9
  101:8 102:24 103:5
  103:10 105:8,20
  108:22 119:13,23

120:17,22 121:18,22
  122:5,22 123:1,2
  129:12 135:5,22
  136:10,22 142:13
  148:21 149:15 153:6
  156:2 161:23 164:17
  164:19,21 165:19,23
  166:11,21,25 167:10
  167:11,17,25 168:1,4
  168:14 169:6,13,19
  169:22 174:11 178:6
  178:24 180:24 181:18
  182:12 184:19 190:6
  195:7 196:24 197:5
  200:13 201:13 206:4
  206:7,14 208:21
  209:1,11 210:12,21
  210:24 212:1 217:11
  218:7,21 221:4,20
  222:3,10,12 223:9
  224:11 225:4,12
  237:24 240:4,17
  243:12,18 244:13,20
  247:19 250:24 251:11
  251:15 253:2 259:8
  264:22 269:25 270:9
  271:15 289:20 290:5
  292:5 294:18 296:19
  296:22 300:15,22
  301:2,8 302:4,6,16
  309:9 310:1,3,7,9,11
  310:16,17 311:3,7,13
  311:17,22 312:10,16
  313:1,17 314:4,8
  315:6,14,15 317:10
  317:20 318:9 319:11
  319:18 320:10,20,25
  321:4,22 322:4
  324:16 325:1 327:18
  328:4 329:10,13,18
  329:19,21 330:5,15
  330:20,23 332:17
  333:5,12 334:10,17
  336:11 337:25 338:17
  338:24 339:8,21,25
  341:24 342:8,10
  344:6,17 345:1 346:4
**Anadarko's** 24:24
  53:22 54:9 57:3
  62:17 75:19 76:8
  79:13,21 80:4,14,24
  82:12 96:15 121:13
  136:4 165:2 180:1
  188:17 207:16 208:1
  313:19
**analogous** 66:16 74:6,6

74:7,14 121:6,7 149:9
**analyses** 24:19
**analysis** 40:22 53:21,22
  76:17 83:16,19 84:4
  87:8 111:11 113:18
  124:21 137:13,16,17
  138:3,11,24 139:3,16
  139:23 140:6 162:9
  195:5,9,22 196:5
  210:22,25 214:16
  219:18 239:9,22
  242:4 318:17
**analyze** 200:13 214:12
**analyzed** 169:12 211:1
  211:3,10 214:7
**analyzing** 210:18
  211:15,17 217:20
**and/or** 301:14 303:16
  306:4,23 312:17
  313:18
**Angeles** 2:22 3:7
**Annika** 1:21
**answer** 12:18 14:19,21
  32:13 58:3,4 83:4,20
  124:21 125:17 130:11
  130:15 138:13 140:16
  150:15 156:4 159:21
  160:16 164:22 165:18
  178:21 218:5 221:20
  222:11 264:17 282:15
  287:9 298:5
**answered** 107:14
  179:21 298:7
**answering** 182:20
**answers** 14:7
**anticipate** 227:7 231:25
  232:1
**anticipated** 58:9 74:5
  74:13 220:7,14 326:9
  343:7
**anticipating** 308:1
**anxious** 146:17 217:5
**anybody** 23:17,19 94:9
  99:23 142:11,12
  149:15 223:9 227:16
  311:17 319:10 320:24
  321:22
**anytime** 316:2 339:25
**Anyway** 279:12
**APC's** 135:14
**apologies** 284:19
**apologize** 334:5
**apparently** 60:17 76:6
  110:21 204:19 238:2
  253:5 267:10
**appear** 38:6 68:20

601 Poydras Street, Suite 1720                          GAUDET KAISER, L.L.C.                          Telephone: (504) 525-9100
New Orleans, LA 70130-6029                          Board-Certified Court Reporters                          Facsimile: (504) 525-9109

Exhibit M
Page 89

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                              Reported by:
PAUL A. CHANDLER                                    May 4, 2011                              JOSEPH R. KAISER, JR., CCR, RPR

Page 350

101:10 277:10
**appearance** 147:3
**APPEARANCES** 1:18
  2:1 3:1
**appeared** 148:3,4
**appears** 38:10 76:13,16
  109:16,25 116:23
  119:1,10 138:13
  154:2 155:19 158:1
  255:22 271:3 275:24
**applied** 39:10
**appreciate** 56:4
**apprised** 220:13 227:5
**approaching** 76:22
**appropriate** 14:18
  96:25 230:7
**approve** 132:1
**approved** 314:25 329:6
**approving** 131:22
**approximately** 13:7
  26:5 132:11 135:25
  164:9,11 195:11
  196:21
**April** 1:5 13:10 82:23
  83:8 84:25 89:2
  108:19 109:18,19
  110:16 112:18 113:21
  115:7,15 116:12
  117:2,2 124:25
  125:11 127:23,23
  128:14,14 129:6,6,14
  131:1 142:6,14
  144:18 150:5 151:3
  151:19 153:17 156:17
  157:24 158:24 159:5
  160:2 164:13 186:19
  235:17 250:21,22
  251:6,6 271:7 277:15
  294:18 297:3 298:2
  313:7,13 320:21
  321:5 323:23 333:20
  334:10 335:15,24
  336:8,10,18 338:13
  339:9,17,24 342:9
**area** 19:16,16 20:22
  22:13,15 51:17 66:9
  149:9,10 228:19
**areas** 19:20 66:19
  163:17 229:11 295:20
**arguably** 55:10
**arising** 339:6
**arrived** 295:8
**Article** 12:7
**Aside** 15:14
**asked** 28:11,14 94:2,24
  131:24 149:17 154:20

159:19,23 160:2,8
  167:1,9 283:7 284:3
  292:10 296:21 318:3
  325:2,8 327:18,24
**asking** 13:23 58:1
  119:2 154:3 163:15
  163:21 169:14 194:1
  281:8,10 283:1 339:2
**asks** 253:15,18
**aspect** 55:6 93:15 94:10
  117:8 161:11
**aspects** 49:9 50:20
  285:11
**assess** 106:13
**assessed** 18:3
**assessment** 50:23 57:5
**asset** 20:20 22:14,18
  29:14 32:25 39:19
  48:23 56:25 70:8
  106:4,7,8,12 107:17
  127:19 143:11,14
  159:19 162:16 171:23
  182:18 188:8 242:16
  255:12 264:18 279:23
  279:24 318:11
**assets** 17:14,22 18:12
**assigned** 58:16 92:10
  320:25 322:5
**associated** 87:1 215:2
**assume** 233:25 234:24
  315:11
**assumed** 123:8,23
**assuming** 118:16
  282:16
**assumption** 227:14
  234:10
**as-needed** 91:3 176:25
  245:24 286:6
**attach** 100:10
**attached** 59:9 207:23
  237:18 238:2 264:2
  266:8 288:19 347:12
**attaching** 59:7
**attachment** 9:3,4,6,12
  10:12,13,15 11:3,13
  41:5,16 263:18
**attachments** 29:16
  34:15 35:16 41:13
**attempt** 137:20
**attend** 49:24
**attendees** 60:20,21
**attention** 187:20
  248:15 271:5 288:13
  290:18 312:8
**Attorney** 3:18
**attorneys** 2:5,9,15,19

2:23 3:4,8,14,20
  166:3
**attributable** 231:21
**attributes** 174:2
**Atwater** 19:18
**audible** 14:7
**August** 27:11 42:9 46:5
  48:10 50:24 164:12
**Austin** 2:9
**authority** 131:16
  177:18 178:5,9,14
**authorized** 297:8
**availability** 315:15,21
**available** 30:13 46:10
  86:8 103:19 106:3
  108:6 109:12 122:19
  206:4,7 247:22 315:5
**avalanche** 68:24
**Avenue** 2:14,18,22 3:7
  3:19
**AVO** 55:6,10
**awarded** 26:14
**aware** 24:24 25:18,22
  26:16 78:16 81:5
  89:6 92:25 103:6
  105:23 108:18 109:1
  122:3,22,25 129:1
  141:6,7,8,11 162:4,8
  167:16,18,22 191:25
  195:2 204:8 208:23
  209:5 223:18 233:17
  233:19 236:10 244:25
  245:12 248:1 253:22
  284:2 311:11 315:21
  316:13,17,18,22
  317:19,23 318:7,23
  319:14 320:9,23
  321:3,5,9 332:2
  342:20,21 343:3
  346:3
**a.m** 13:7
**A/B** 68:10

_____

**B**

**Bachelor** 15:7
**Bachelor's** 15:1
**back** 23:22 34:20 57:23
  87:24 102:23 109:14
  133:14 143:21 146:10
  148:10 174:8 206:2
  254:15 263:18 279:8
  294:9 297:12 305:25
  308:18,21 325:2
  327:18 328:3 329:5
  338:12 339:9 342:12
  345:22

**background** 44:11
**bad** 48:8
**Baker** 56:15,17,18
  57:25 58:12
**Ball** 37:5,8,25
**banter** 279:24
**BARBIER** 1:5
**barely** 336:23
**barrels** 37:22,23,24
  38:19,19,20 39:1
  53:17,23 59:20
**base** 74:20 146:18
  285:5
**based** 25:3 62:10 68:11
  149:15 182:1 219:2
  230:5 240:2 259:7,12
  259:15,19 264:3
  271:23 296:4 316:15
**basic** 86:20 124:22
**basically** 32:7 161:7
**basis** 91:4 105:6 176:25
  190:14 213:12 217:11
  217:16 245:1,8,14,25
  251:16 285:25 286:5
  286:6 295:14,22
  305:12 311:8 315:6
  319:4,13,19
**bat** 203:12
**Bates** 34:23 35:10,12
  35:13 110:1 113:19
  207:1,20 209:23,24
  212:1 238:12 241:6
  248:13 252:1,1
  254:16 262:22 265:15
  270:16 275:1 280:5
  282:6 284:7 287:24
  290:9 337:15
**Bayou** 1:15
**bear** 18:7 173:14
**bears** 328:19
**BECK** 2:7
**began** 26:20 130:18,20
**beginning** 140:1 275:22
  345:23
**behalf** 95:2 121:18
  163:11 164:22 296:19
  296:22 298:7 300:4,5
  301:2,8 310:1,9,16
  311:17,21 312:16
  313:1 315:14 317:20
  329:12
**Beirne** 189:12 330:21
  330:22 337:22,24
**believe** 28:18 58:13
  59:8 92:15 93:24
  98:5 100:19 101:2

102:13 105:11 117:22
  120:19 135:4 157:18
  186:18 200:4 212:7
  215:13 252:16 257:25
  271:24 294:17 335:13
**bell** 24:12
**Bellow** 199:14 202:25
**Ben** 39:22
**beneath** 95:9 295:12
  298:20
**BERNSTEIN** 1:20
**best** 29:15 101:22
  131:6 209:18 258:1
  264:15 348:13
**better** 143:14 160:4
  169:11 193:8 257:4
**beyond** 99:9 148:13,23
  287:14,19 295:1
  303:1 318:6 334:3
  335:8 337:1
**bid** 24:1,2,8,11,16,21
  24:24 25:5,22,23 26:6
  26:7 111:17
**bidder** 25:19
**big** 161:12 179:20
  180:3
**binder** 198:4 206:23
  212:14 236:20 240:23
  246:11 248:5 251:23
  262:20 265:14 274:24
  280:4 284:6 290:8
**BINGHAM** 3:6
**bit** 21:5 46:1 98:2 112:9
  128:9 163:13 169:11
  193:8 203:5 277:25
**blank** 109:25
**Blind** 60:2
**block** 21:23 24:3,4
  25:11,19 26:15 73:11
  213:15
**blowout** 140:23 158:15
  166:13,23
**BMI** 249:10
**board** 15:20 274:14
**Bob** 85:7 128:19,21
  129:9 143:10,19,20
  144:1 172:24 175:9
  175:17,23 182:15,17
  185:4 201:22 221:11
  266:15 271:11 273:24
  280:15 282:14,14
  321:11 345:12
**Bobby** 92:2 94:24
  134:17 149:17 150:12
  154:19,23 189:4,19
  190:10 207:10 237:15

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                  Reported by:
PAUL A. CHANDLER                                May 4, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 351

241:8 242:1 245:23
246:20 292:10,16
296:22 324:7 337:21
**Bob's** 143:10,15
**BOCKIUS** 2:21
**Bodek** 92:2 94:24
  100:18 118:22 119:2
  132:7 133:16 149:18
  150:6 154:19 189:4
  189:20 190:10,21
  191:5 207:10 237:15
  237:22 238:13 239:12
  239:17 241:8 242:1
  242:18 243:2 246:3,6
  246:20,23 247:6,11
  248:2 250:11,15
  252:12 284:9,25
  285:2,16,19,24
  286:22 287:13 292:11
  292:16 296:22 297:2
  297:6,20,25 300:3
  312:4 317:5 324:7,16
  337:21 340:1,6 341:4
**Bodek's** 132:9 134:17
**BOP** 140:20,22,25
  141:7,9
**bore** 328:5
**boss** 179:10,15 233:18
  236:9 275:11 280:16
**bottom** 29:24 36:14
  40:15 48:1 77:23
  115:5,12 132:6
  144:23 212:2 248:16
  266:5 271:8 278:1
  290:17 312:9
**box** 61:18 118:8 312:9
**box/real-time** 312:11
**BP** 2:19 25:18 26:7,13
  27:16,19 30:12 31:16
  31:22 32:23 35:23,23
  36:4,16 38:10 40:9
  41:18 42:14,19 43:22
  50:12 65:13,21 74:25
  75:4,5,6,14,16 76:1
  77:3,4,12,14,20,25,25
  83:3 88:14,24 91:9,23
  92:1,3,18 93:15 94:9
  94:24 95:16,24 96:15
  96:15,24 97:10,18,24
  101:24 108:20 118:22
  131:19 133:3,6,22
  134:24 135:8 138:2
  138:11,15,23 139:2
  139:10,15,22 140:3,5
  150:9 152:18,22
  154:9,9 157:19

161:23 166:11 169:18
169:23 175:14 177:11
181:4,19 182:4
188:19 189:1,7,21,24
190:21 195:22 196:4
196:10 202:6 204:10
209:11 213:4 217:10
217:20 218:11,16
219:6 222:4 226:6
247:19 251:11,16
254:13 257:5 258:17
259:8 273:13 281:9
281:15,19 282:2,22
283:2,8,13,18,23
284:3 288:15,21
289:14,18,20,25
290:6 291:1,7 292:6
292:12,13,14 293:8
295:5 296:20,24
298:6,8,14,21 299:13
299:18 300:5,14,20
301:11 302:15,16
303:5,12 314:15
321:14,24 325:2,2,8
325:14,18 327:3,18
328:3,19,19 329:5,10
329:22 330:4,5,7,16
330:19 332:3,17
333:6,14 334:19
335:4,6 337:16,25
341:15,24 346:4
**BP's** 25:22 53:21 75:16
  75:19 76:7 79:15,16
  79:23 80:6,11,17 81:1
  95:4 137:13 142:7,14
  149:23 155:3 158:10
  182:9,13,22 185:10
  211:5 230:1 256:2,4
  258:25 259:4 299:3
  301:9 341:9
**branch** 168:7
**break** 67:21 228:23
**Brian** 119:20 122:12
  128:3,4,16 248:18
**briefly** 150:7
**brightening** 69:13,15
**brighter** 54:22 55:9
**bring** 50:18
**broad** 140:15,16
  166:18 309:22
**broadly** 309:13
**brought** 49:9
**Bryant** 3:12
**budget** 232:4
**buffer** 202:8
**build** 52:19,21

**bullet** 64:8 65:25 66:21
  67:9 69:19
**bullets** 68:9 72:18
**Burton** 114:20,21
  115:6,15 137:23
  138:1 139:6,24
  151:21 152:1 153:18
**Burton's** 115:11 153:6
**business** 20:21 185:13
**button** 126:20

_____

## C

**C** 3:2 13:1
**CA** 77:24 78:12
**cable** 111:15
**CABRASER** 1:20
**calibrate** 266:25
  268:15
**calibrating** 269:6
**California** 2:22 3:7
**call** 14:7 30:8 31:14
  96:24 141:19,22
  152:17,18 157:8,22
  230:1 259:4 297:5,9
  297:13,21
**called** 19:16 25:9,13,15
  27:16 29:25 31:25
  60:14 74:2 87:19
  99:13 113:24 120:13
  150:11 154:19 244:11
  249:1 285:18,21
  287:14 324:7,18,22
  330:24
**calling** 324:8 332:3
**Cameron** 2:9 323:7
**Canyon** 19:17 21:23
  25:11,19 26:14 27:17
  296:6
**cap** 158:24
**capacity** 118:18
**care** 185:20
**cared** 267:24
**careful** 301:1
**carry** 84:8
**CARRÈRE** 2:12
**case** 37:22 52:9 55:8
  57:21 65:1,8 84:22
  106:10,11,15 111:8
  183:16 185:25 187:6
  209:9 229:24 242:4
  248:23 258:17 260:7
  267:9 275:13 293:10
**casing** 155:2 183:19,20
  184:6,11,17 185:3,6
  204:6 205:24 216:17
  226:19,21 227:7

228:10 231:25 256:2
259:1,5 263:21,22
267:10,14 278:16
305:4,7 308:7 337:7
**casings** 258:12
**categories** 58:10
**category** 208:17,18
**caught** 117:10
**cause** 183:18
**caused** 69:23 117:3
  336:13
**causes** 166:12,22 167:2
**CCR** 4:9 12:22 348:20
**cc'd** 207:9
**cc'ed** 280:18
**CD** 164:4,7 208:11
**center** 1:15 87:20
**central** 105:9
**centroid** 256:4
**certain** 75:10 119:3
  164:22 182:4 191:17
  230:8 306:14 316:11
  316:20
**certainly** 176:20 180:3
  180:5 308:2,15
**CERTIFICATE** 347:3
  348:1
**certification** 12:14
  15:17
**certified** 4:9 12:23
  13:15 15:18,19 348:4
  348:21
**certify** 347:10 348:6
**chain** 9:3,4,6,9,16,19
  9:22 10:6,7,16,21
  11:6,15 47:17 227:20
  252:11,18 256:23
  266:5 270:25 279:6
  290:16
**CHAMBERS** 3:11
**chance** 38:23 39:4,8,9
  55:25 56:3 61:18
  63:1 77:24 95:8
  134:3 199:20 268:11
**chances** 259:3
**Chandler** 1:14 13:4,13
  13:19 14:23 15:21
  29:7 35:5,8,15 41:12
  47:15 68:6 102:11
  127:15 156:16 163:9
  165:9 191:11 198:8
  198:20 199:9 203:20
  207:7 212:13 213:2
  224:1 225:20 229:8
  237:4,16 238:14,16
  241:8,20 246:20

248:14 252:9 263:6
265:25 271:2 275:6
280:11 284:9 288:7
290:17 294:2 319:25
320:6 322:18 323:14
333:8 336:6 344:4
346:1 347:8,19
**change** 16:19 43:12
  50:24 60:1 67:22
  133:4,7
**changed** 16:22,23 62:7
  70:5 160:18
**changes** 347:13
**changing** 76:14
**channel** 68:14 247:12
**channels** 234:16
**Chapman** 104:1
**Chapman's** 104:2
**characterize** 179:4
  244:5
**characters** 323:10
**charge** 43:19 44:22
  128:5 172:4,14
  173:20,22
**charged** 27:20 171:15
  171:16 172:3
**Charles** 2:14
**chat** 284:20
**cheaper** 193:23
**check** 106:18,23 107:1
  107:3,7 203:8
**checking** 217:9
**choose** 178:25
**chose** 290:6 318:8
**circulate** 203:17
**circulation** 230:15
  231:16,21 299:20
  303:15 304:20 305:9
**circumstances** 27:12
**cited** 67:16
**Civil** 12:8
**Clarification** 241:11
**clarify** 172:8 188:14
  217:7 229:12
**class** 55:10,11
**clay** 250:5
**clear** 25:9 43:16 126:5
  328:17 333:9 334:14
  336:5 338:10,16
**Clearly** 238:15
**close** 51:5,21 64:18
  66:1 149:24 158:9
  253:13
**closed** 65:1 79:10
  328:22
**closer** 107:2 308:5,6

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                     Reported by:
PAUL A. CHANDLER                          May 4, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 352

closure 64:10,24 65:3
Code 12:8
coincides 132:17
collaborative 174:25
collect 105:4
collecting 136:18
color 34:21 35:11,13
  41:5
column 226:24
come 14:12 40:19
  57:23 87:24 102:22
  148:3,10 173:14
  253:19 302:7
comfort 303:1
comfortable 302:16
coming 36:16 40:10
  210:19,22 215:17
  242:3 264:4 274:16
Comm 241:14
comment 38:12 130:1
  153:3 155:11 205:3
  326:21
commercial 66:3
commerciality 84:6
committee 1:23 13:22
common 247:10,16
communicate 90:4 92:8
  92:9 244:12,19
  251:16 281:14 285:24
  329:22
communicated 91:10
  283:13,17 289:14
communicating 189:24
communication 46:13
  150:9
communications 91:19
  293:13 300:13 313:6
  346:3
companies 281:25
company 16:2 33:20
  57:2 99:12 162:5,18
  164:23 168:24 170:19
  171:6,8,12,18 220:5
  318:20
compared 51:16
  160:20
comparing 76:7
comparison 75:18,25
  76:12
comparisons 146:12
competently 32:10
complacent 203:5
complete 83:24 84:2,8
  84:12,16 178:25
  179:19
completed 113:13

125:24 154:6
completeness 114:18
completion 52:2 155:5
  181:14
complex 68:13,23
components 58:7
computer 126:16
concentrating 131:7
concept 66:17
concern 113:13 117:4
  117:11 137:12,13
  143:6 186:10 217:3
  299:3
concerned 138:17
  142:9 170:21,25
  231:6 242:5 334:24
concerning 42:19 71:4
  91:21 94:15,18
  105:21,25 118:5
  129:13 135:8 138:11
  151:7 152:4 157:24
  178:22 253:6 333:23
concerns 69:24 80:11
  81:1 93:3,14,22 94:9
  142:7,14 143:7
  298:19 300:4,15
  320:10,16,17 328:5
  330:24 331:10,14
  332:5,13,18 333:13
  334:18 336:12
conclude 63:6
concluded 149:12
  295:9 346:14
conclusion 64:17 67:24
  127:8 163:1 184:13
  210:15 229:2 293:21
  295:7,15 300:20
conclusions 61:10,15
condition 204:22
conditions 239:10
conducted 178:11
  320:22 321:2
conference 157:7
confidence 55:12
conformance 68:10,15
  69:5
conformed 69:8,18
conforms 69:16
confused 40:4,5,16
  94:4
Congress 2:8
connection 24:20 80:18
  81:2,6 92:19 112:25
  113:16 127:1 224:15
  226:8
consensus 63:13

consent 96:16
consequences 147:9
consider 58:1,2 327:19
  327:24
consideration 24:16
  48:13
considered 51:14 53:24
  54:10,19 56:1 69:18
  81:6
considering 26:21
  203:14 325:2
consistency 56:20,21
  57:4,12 60:14 61:1,11
consistent 54:6 57:1
  72:24
consists 91:17
constraints 34:5
construct 52:14
contact 91:22 92:1,3
  146:19 147:3,10,11
  149:17 154:25 208:3
  244:24 245:7,14
  285:9 292:10 293:8
  335:4
contacted 243:18
  245:13,24 248:2
  250:23
contain 109:8
contained 338:17
contemplating 135:19
contemplation 136:8
content 250:5
contents 105:21 164:5
context 21:5 38:21 43:9
  177:11 276:4 301:21
continue 216:6 220:22
  279:2 288:16,17,22
continued 2:1 3:1 7:1
  8:1 10:1 11:1
continues 113:5
contract 259:8
contractor 211:2
contributed 122:17
control 140:11,14,18
  141:13,20,24 299:20
  303:15
controlled 33:6
conventional 239:5,6
conversation 150:7
  157:19 246:5,7
  284:25 285:14 286:13
  287:13 291:1,7,13
  297:7 300:3,10
  303:16 304:4 333:23
conversations 118:17
  127:22 129:4,9

163:23 204:9 246:3
  300:14 301:13 303:19
  303:22 304:11,23
  313:12 335:9
convince 42:14
convinced 43:1
copied 241:19 252:17
  254:19
copy 288:19
copying 110:5
core 239:4,5,7,8,22
  240:20
cores 112:5 239:24
  240:3
corporation 2:10 15:23
  16:7 167:12 168:1,8
  169:6
correct 15:8 17:8 19:12
  20:1,4 21:21 23:10
  24:17 25:7,11 29:10
  30:7,15,16 31:7,8,11
  33:15 36:17,18 39:15
  39:16 42:7,8,9,23,25
  44:6,7 45:9,10 49:18
  49:19,21 52:11,12,16
  52:17 54:3,5,11 55:17
  56:15,16 59:5,6,10
  60:15,18,21,22 61:3
  61:23,24 62:1,2,8
  64:5,6,10,11 71:6
  72:22,23,25 73:4 75:6
  90:2,7,19 91:7,8
  92:13 94:21 97:7
  100:21,22 101:5,6
  102:5,16,18 105:11
  109:21,22 110:14,15
  110:22 112:12 116:14
  116:15,19,23 117:13
  118:23,24 119:6,14
  119:15,17 120:12,14
  120:15 126:22 132:19
  132:20,23,24 134:11
  134:12 137:14,15,24
  137:25 138:15 143:20
  143:22 144:14,24,25
  145:15 146:14 148:24
  148:25 150:10 151:21
  152:10,11,19 154:10
  157:1,5,6,9,10 167:13
  169:8 171:24,25
  189:22 205:8 206:9
  206:10,11 209:22
  211:9,12,13 212:25
  215:5,6,18 218:21
  220:15 221:22 223:18
  226:7 228:20 233:23

236:13 240:21 250:24
  251:13 255:13,18,22
  269:17,25 278:6
  282:17,18 286:4
  292:7,8,22 293:5,7,9
  293:11,18 297:15
  309:6 311:6 314:6,11
  315:23 316:7 317:18
  320:16,18 321:20,21
  322:7 323:21,22,24
  323:25 325:4,13
  327:16,20 328:6,12
  329:10,11 330:8,12
  330:17,18,25 331:7
  332:6 334:11,12
  335:18 336:1 338:2,3
  338:14 339:19,22
  342:18 347:11 348:13
corrections 347:12
correctly 51:7 54:23
  66:4 181:6 203:19
  271:12 282:23 290:23
  296:17
correlate 121:6
correlates 146:7 147:7
correlation 121:2
correlations 307:9
cost 31:1
counsel 12:4 14:18
  163:14 164:3,6 167:9
  322:23 348:15,16
counterpart 134:17
couple 29:5 47:16 59:7
  68:9 94:14 151:6
  155:16 193:10 199:19
  241:12 253:15 322:19
course 14:15 16:23
  83:17 94:17 116:6
  123:17 150:15 179:16
  179:21 297:8 343:14
court 1:1 4:9 12:23
  13:11,15 14:11 348:5
  348:21
cover 71:3 163:13
  164:10
covered 163:15 164:11
Cram 241:11
create 208:5,12
created 208:7 240:2
crew 320:12
critical 177:2 216:17
cruder 239:9
Cruz 66:2
Crystal 37:5,8,25
curious 309:3
current 81:19 83:2,11

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

Reported by:

PAUL A. CHANDLER

May 4, 2011

JOSEPH R. KAISER, JR., CCR, RPR

Page 353

90:5 116:2 118:4
124:15 146:21 148:13
148:23 155:18 159:9
171:23 226:16,16
277:25 287:20 289:4
295:1 296:1,11 329:6
337:4
**currently** 295:12
298:21
**curve** 74:19
**custodian** 105:13
**cut** 68:21
**cutting** 210:8,15,18
215:8
**cuttings** 210:22,25
211:10 214:23,24

**D**

**D** 13:1
**daily** 85:23,23 87:13
90:14 98:11 114:4,15
115:16,18 117:14
176:17,19 208:20
219:3 224:8 226:4,13
228:1 244:25 245:14
307:14 319:13,19
343:17
**Dallas** 2:4
**damage** 133:10
**Darrell** 156:21
**data** 18:17,19 31:19
32:22,23 54:22 76:2
77:5,6 87:20 88:8
98:7,25,25 104:10
105:4,22 106:2,6
107:17 108:3,5
109:12 111:3,5,6,16
111:23 112:3,4
114:14 116:8,9
117:23,25 118:1,8
119:5 120:23 121:3
122:6,13,23 125:4,8
125:11,25 136:18
139:10 140:2,3 145:5
145:18,20,20,21
152:5 165:19,20
169:12 175:14 197:12
197:19 207:17 208:2
208:4,18 210:11
211:4,7,13 213:3
215:9 216:8,12 218:3
218:3 219:4,12,13
220:24 221:21,22
222:1,4,11,13,21,24
237:25 247:1,3,5,7
248:25 249:2,10,10

249:18 254:12 267:25
269:21 274:12 277:11
277:14,17 305:1
306:18 307:7 310:17
311:12 313:4,9
314:17 315:2,5,15,22
319:3,11 320:21
321:1
**database** 306:13
**date** 137:20 164:8,9
170:7 235:18
**dated** 9:7,10,17 10:9
29:21 42:9 46:5
47:20 56:14 59:4
60:13 100:17 118:25
132:5 134:9 137:11
143:2 144:18 151:18
156:17 250:21 251:6
252:12 271:7 312:4
323:23 324:25 336:18
339:17
**dates** 125:22 176:23
**David** 2:17 65:16 75:7
78:8 88:19 92:22
93:5 95:18 96:8,19
97:4 98:14 99:5
100:4 102:1 108:23
129:19 139:17 141:3
196:7,15 200:20
202:14 204:13,23
205:18 209:13 217:12
232:7 240:11 242:21
243:15 244:16 298:16
299:7,22 300:6,16
314:19 326:12,18
327:5 328:7 332:9
333:16 340:13,21
341:10,17 342:2
343:21
**Dawn** 39:14,17,18
41:17,20 46:16 59:4
**Dawn's** 43:19
**day** 107:1,7 118:9
306:13 324:1 330:16
**days** 250:23 251:10
315:7 325:1
**day-to-day** 170:23
182:16 305:12
**deal** 283:9 298:21
299:18
**dealing** 32:7
**deals** 117:23 137:17
**dealt** 300:20 333:24
**decide** 33:11 44:13
91:5 106:17 259:1
**decided** 22:16 44:15

63:14 174:11
**decides** 330:7
**deciding** 62:14
**decision** 32:16 44:18
62:17 83:23 84:1,7
96:3,16 150:24,25
158:10 177:17 178:4
178:8,13 180:4,8,24
184:16 185:11,17
259:24 260:19 261:20
281:13 300:22 302:7
302:25 313:20 314:4
314:8 328:25
**decisions** 81:17 132:1
181:19 184:4 186:5
321:13,24
**deemed** 51:20
**deep** 288:17
**deeper** 94:25 95:4,13
95:17,25 148:13,23
149:6,8,19,22 150:10
150:14,24 151:1
157:17,24 158:10,11
277:10 287:19 289:19
289:22,25 290:6,22
292:11,14,22 293:14
294:20,25 295:5,10
295:11,17 296:23
297:19 298:6,9,15,23
299:6 300:21 301:3,7
301:10,12 302:6,16
302:21,22 303:6
325:3,10 327:19,25
332:13 335:1,5,7
336:1,14 337:1,4
**DEEPWATER** 1:4
13:9 89:9 130:21
135:24 140:25 158:16
310:18 320:11
**defer** 302:25
**define** 17:21 69:10
84:15,21
**definitely** 138:25
**definition** 161:17
**degree** 14:24 15:2,10
**delay** 193:16 194:24
231:20 305:3,6
**deliver** 208:24
**DeLorimier** 4:3
**density** 112:3
**DENÈGRE** 2:12
**department** 3:16 27:18
27:24,25 30:6 42:22
**depend** 106:21 123:13
161:16 307:3,23

**dependent** 81:22
**depending** 81:15
234:19,25
**depends** 229:15
**deposition** 1:14 10:10
12:5,20 13:4,5,8 14:2
14:5,16 16:1,5 21:3
102:15,17 127:2
163:21 165:2 166:4
167:16 308:21 340:5
344:25 346:13
**deposits** 69:1 200:15
**depth** 31:7 84:23 94:20
94:23 96:17 143:17,9
149:11 181:3 183:4
185:19 202:10 214:16
216:11,12 226:17,21
227:6 228:10 229:19
230:18 244:12 266:10
267:23 277:25 281:1
287:14 289:6 324:8
324:17,18,21 325:3
325:19 328:25 329:6
330:6,23 334:11
**depths** 118:5 224:25
239:23 253:7
**Derek** 120:14 127:15
127:17 254:17 256:1
271:8 279:13 280:17
**describe** 98:3 170:13
252:20 263:12 267:2
**described** 22:6 96:17
98:13 171:1 249:3
344:5
**describes** 340:1
**describing** 67:15 340:6
340:10
**description** 64:22
145:3 214:23 228:14
339:4,7,17
**descriptions** 228:11
**DESCRIPTIVE** 9:1
10:1 11:1
**designated** 164:21
165:17 221:19 222:10
296:18 309:4
**DeSoto** 19:18
**detail** 87:25 298:12
309:17,21
**detailed** 111:25 124:20
338:23
**details** 180:6
**detection** 199:25
**determine** 43:21 121:8
230:2 250:3 277:21
301:9

**determined** 18:3 41:23
49:3 51:25 84:5
333:14
**determining** 25:4 36:9
38:18
**develop** 19:2
**developed** 162:17
**developing** 171:20
255:14
**development** 17:14,16
17:21,25 18:12 22:14
22:18,21,22,24 23:5,8
48:22 49:5 106:9,13
170:17 171:11,19,23
172:3 173:4,6,19,21
174:12 188:8,11
255:17 318:11
**DF** 279:13
**differ** 306:24
**difference** 22:20 26:5
63:17,22 64:1 65:21
**differences** 30:6 76:12
158:5,7 161:15,19
170:13
**different** 22:6,9 23:4
32:6 40:12,23,24
41:24 76:21,22 94:2
109:8 158:1,2 161:1,4
161:11 163:16 203:7
211:21 226:21 318:3
337:11
**differential** 321:7
**differently** 182:3
**difficult** 276:8
**digital** 248:25 249:2,8
**dipping** 256:6
**direct** 21:18,20 177:25
227:22 248:15 271:4
288:12 293:4,6 312:8
**directing** 174:16
**direction** 348:12
**directly** 20:10,11 23:15
92:1 138:14
**disagree** 260:25 291:11
291:19
**disagreed** 260:18
261:21 262:12
**disagreement** 97:23
**disagreements** 97:10
97:18
**discipline** 15:3
**disclosed** 335:6
**discovered** 302:19
**discoveries** 171:19
**discovery** 74:1,10,12
**discuss** 88:15 89:17

601 Poydras Street, Suite 1720
New Orleans, LA 70130-6029

GAUDET KAISER, L.L.C.
Board-Certified Court Reporters

Telephone: (504) 525-9100
Facsimile: (504) 525-9109

Exhibit M
Page 93

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                              Reported by:
PAUL A. CHANDLER                                    May 4, 2011                            JOSEPH R. KAISER, JR., CCR, RPR

Page 354

128:12 148:22 158:8
185:10 294:19,25
295:4 297:6,21
303:14 304:19 309:4
336:11
**discussed** 30:6 88:25
142:16 149:5,12
158:8 184:18 185:1
206:5,10 287:19
294:12 304:12 332:17
333:5
**discusses** 77:15
**discussing** 89:13
157:20 221:1 303:4
**discussion** 26:4 42:19
42:23 48:20 49:1,8
97:19 120:2,4 128:18
148:12 158:9 180:17
180:19 184:11 185:3
301:15 302:1,2
334:17 339:23
**discussions** 80:6,16
97:22 128:16 333:12
334:7
**disk** 28:22
**dispute** 256:3
**distance** 66:8
**distributed** 69:4
**distribution** 35:24,25
36:1,3,7,8 41:24,25
42:20,20 49:20
100:20 118:22 156:25
199:14 237:15 263:5
263:6 288:7
**distributions** 38:5
**District** 1:1,1 13:11,12
**DIVISION** 3:17
**DLIS** 249:3,4,8
**document** 28:24 29:4,6
34:11,22 39:13 41:6
41:11 43:15 45:2
47:11 48:5,8 56:9
58:22,24 61:5,9 70:13
70:14,18,25 71:5,9
72:2 78:14 100:12
102:12,14 109:16
110:2,9 132:13 134:5
137:7 142:18,21
144:19 148:10,16,20
150:19 151:12 153:8
153:12 156:2,12
165:4,9,12 198:12
207:2,22 208:6,7,13
208:19 210:7 223:25
223:25,25 225:21,22
226:9 236:24 237:3,6

238:6 241:2 246:15
248:9 252:5 262:25
265:20 270:16,21
275:2,7 280:7,12,15
282:9 284:11 288:2
290:12 322:20 337:2
337:15
**documents** 32:3 34:18
34:21 59:8,9 87:22
151:7 156:5 163:25
166:7 236:5 344:24
**doing** 36:2 63:7 87:7
139:12 177:11 182:4
188:2 217:19,21
218:10,12,17 221:21
222:1,3,13 233:14
235:5 252:21 257:5
258:6 302:8 318:17
344:22
**doubles** 59:13
**downdip** 68:15
**download** 87:22 104:3
104:14,17 105:3
106:2,20 109:17
114:13
**downloaded** 107:10,18
110:20 113:2,17
114:3 116:18 117:1
**downloading** 103:11
105:25 112:11,19
113:8,23 115:6
116:13
**downloads** 105:10
110:14 115:12,19
117:15
**draft** 110:21
**dried** 210:15
**drill** 96:16 130:3
148:13 149:8 151:1
158:11 161:24 162:5
162:19 191:23 214:22
267:14 268:6 289:25
290:6 292:14 298:6,8
298:14 300:21 301:3
301:7 320:12 321:7
**drilled** 19:1 23:2 95:17
97:11 145:8 146:24
159:7,18 168:17
175:8 193:24 194:3
200:6,10 216:20
229:14 239:6,7
277:10 296:12 318:14
346:5
**driller** 181:20
**drilling** 18:4 19:4,6
31:6 82:25 83:1,11

85:2,23 86:1,5,10,11
86:15 87:13 91:2
94:25 95:3,13,25
96:17 98:11 101:24
106:25 107:6 113:24
114:5,11,15,17 115:6
115:17,18 116:13
117:7 118:3 123:15
123:16,19 125:23
128:21,22 130:25
131:6,7 133:15
137:21 141:10,21
143:13 148:23 149:6
149:19,22 150:10,14
150:24 155:4 157:17
157:24 158:10 159:24
160:6,9 162:10
170:17,22 172:25
173:1,3,8 174:17
175:9,18 176:2,3,9,18
176:20 177:4,11
183:12 188:11 191:13
200:3,11 201:1,5,6
202:6,7 203:6,12,15
203:16,23 205:15
208:17 216:11,16
217:22 218:5 219:5
223:4 228:3 254:23
255:1,4,17 268:23,25
278:15 279:8 280:1
285:4 286:20 287:13
287:19 288:22 289:19
289:21 290:22 291:2
291:8,13,23 292:7,11
292:22 293:13 294:20
294:25 295:4,10,16
296:23 297:19 298:22
299:6 301:9,12 302:6
302:16,21,22 303:1,6
307:5,13,15,25
316:15 321:13,23
322:1 327:25 332:13
334:25 335:5,7,25
336:13,19,25 337:3,8
337:8 341:16 342:1
**Dril-Quip** 3:14
**drive** 64:4 203:9
**drop** 118:8 312:11
**dropbox** 208:20 209:7
306:15 311:5
**dropped** 118:9 155:8
**dry** 30:21
**due** 38:5 59:13 94:16
133:9 328:5 330:24
**Duffy** 2:21
**duly** 13:14 348:7

**duplicative** 218:11
**duties** 226:9
**dynamics** 242:14
**D.C** 3:20

**E**

**E** 1:21 13:1,1
**earlier** 41:5 72:25 74:8
98:13 136:2,12
146:10 148:11 151:2
157:21,22 171:1,21
183:2 188:15 251:14
258:12 279:9 303:9
308:19,20 309:16
312:2,5 317:3,7
321:10 328:24 330:16
**early** 130:25 132:18
133:17 142:13 183:12
188:18 253:5
**earn** 31:1
**east** 19:18 68:14
**Easter** 147:17,19,25
148:6
**eastern** 1:1 13:11 17:15
19:10,15,20,25 20:16
20:20 48:23 174:12
188:9 296:5
**ECD** 203:17
**economic** 44:9,13
46:15 52:9
**economics** 31:4 43:7,18
43:20,23 46:7,18
50:17 59:20,24 63:2
64:4
**effects** 256:4
**effort** 174:25
**efforts** 158:24
**either** 28:1 43:10 44:21
76:11 77:15 105:18
152:17 154:24 209:20
214:23 242:19 312:17
339:24
**elect** 83:23
**election** 84:9
**electronic** 311:12
**electronically** 310:18
**elementary** 18:7
**ELLIS** 2:17
**Elm** 2:3
**emphasis** 308:15
**employee** 15:22 16:2
310:3 311:23 314:24
**employees** 164:16,19
165:24 167:14 168:3
168:7 178:1 189:1,8
204:10 309:9 310:7

310:12 312:10,18
313:2,8,12,18,20
314:2,9,17 315:2,6,16
317:10,19 318:19,24
319:3
**employer** 167:10
**enable** 268:6
**enabled** 121:3,5
**enables** 98:6
**encountered** 185:16
204:19 343:15
**engineer** 36:1 39:19
39:25 40:8 41:18
128:22 141:21 143:13
242:12 253:2 322:2
**engineering** 37:10
42:22 46:17 47:5
**Ensersch** 33:20,23
**ensuring** 205:13
**entail** 239:20
**entire** 171:11 187:19
285:13
**entirety** 160:3
**entity** 99:20
**entries** 112:10
**entry** 113:20 116:12
**ENVIRONMENT** 3:16
**environmental** 80:7,12
**EP** 191:20,21
**equivalent** 37:24 38:20
39:2 53:23 59:21
**Eric** 2:7 323:3
**errors** 42:14
**especially** 203:14
**Esquire** 1:21,21 2:3,7
2:13,17,21 3:2,6,12
3:17
**essentially** 228:2
**establish** 215:16
**estimates** 133:11
**et** 12:7
**evaluate** 18:20 103:16
113:15 117:7 122:13
159:23 160:3 161:20
176:14 181:18 182:9
182:22 183:25 184:1
184:23 185:9 225:2
229:18,25 249:18,21
**evaluated** 48:22 50:14
160:25 184:18
**evaluating** 86:24
160:21 182:13,15,23
185:10 186:13 231:1
321:12,23
**evaluation** 32:20,24
35:20 36:3 98:19,21

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

Reported by:

PAUL A. CHANDLER

May 4, 2011

JOSEPH R. KAISER, JR., CCR, RPR

Page 355

112:24 113:12 128:6
131:9 154:5 170:6
178:20 180:18 181:12
183:24 202:17 215:23
220:8 238:25 243:20
243:23 285:13 289:9
308:17
**evening** 129:14
**evenly** 69:4
**event** 31:14 44:14
54:21 69:13,14,16
140:11,14,18 195:6
199:17 232:20 235:12
274:6 295:25 303:15
**events** 68:24 116:3
141:25 193:3 194:18
200:7 230:14,16,25
231:1,3,4,12,16 233:1
233:11,22 234:4
235:6 274:11 304:20
**eventually** 41:22
108:15 210:2,4 233:6
240:2 247:6 323:3
**everybody** 50:18 154:4
194:11
**Everybody's** 217:4
**evidence** 12:21 165:1
**exact** 40:10 187:16
274:20
**exactly** 78:12 177:3
188:15 233:14 272:16
328:15
**EXAMINATION** 5:1
13:18 26:12 29:2
32:12 34:14 35:3,14
37:2 39:11 41:9 45:5
47:14 49:13 50:21
53:4 54:1,17 55:3,22
56:12 57:14,22 59:2
61:16 62:23 63:12
64:2 65:9,24 66:20
67:8 68:5 70:23
72:16 73:7 75:11
78:13,22 79:11 81:23
82:5,11,20 85:16,25
87:23 88:12,23 89:7
90:12,20 92:5 93:1,12
93:20 94:7,19 95:22
96:12 97:1,8,25 98:23
99:11,22 100:8 102:6
103:8 104:12 105:7
107:13 108:4,17
109:3 110:11 112:17
116:24 119:11 122:4
122:20 123:10 125:19
127:14 130:2,13

131:11 132:16 134:8
137:10 140:8 141:12
141:23 142:4 143:1
144:22 148:19 150:22
151:17 153:15 156:15
158:22 160:17 161:6
162:7,21 163:8 165:7
166:20 167:8,23
168:13,22 169:3
174:23 175:16 176:6
177:7,23 179:3,23
180:22 181:16,25
182:11 183:9 184:15
184:24 185:12 186:1
186:15 187:1,12,25
188:13 190:4,19
191:3,10 192:7,16
193:1 194:8 195:1
196:3,13,23 197:10
197:17 198:2,19
199:8 201:2,12,21
202:5,20 204:17
205:5,11 206:1,21
207:5 209:6,17
212:12 213:1 214:14
215:15 216:2 217:6
217:17 218:8,18
219:1,16,23 220:10
220:21 221:10,18
222:2,9,20 223:15
224:6,22 225:10,17
226:2 228:16 229:7
230:4,13,23 231:14
232:12 233:12 234:13
235:3,11 236:2,18
237:2 238:11 239:2
239:25 240:16 241:5
241:13,17 242:8
243:5 244:3,10,22
245:6,15 246:1,18
247:25 248:12 249:20
250:7 251:4,20 252:8
253:8 254:3,14
255:23 256:20 257:8
257:19 258:3,16
259:6,14,22 260:8,16
260:24 261:7,14
262:1,9,18 263:3,24
264:20 265:2,13,23
268:12 269:5,14,23
270:6,14,24 271:22
272:6,18 273:1,16
274:2,13 275:5
276:16,24 277:8
278:11 279:4 280:2
280:10 281:12 282:12

283:11,20 284:4,14
286:11 287:2,11
288:5 289:12,23
290:7,15 291:9,20
292:3 293:3 294:1
295:2 298:24 299:15
300:1,11,23 301:25
302:13 304:5 306:1
306:11 307:17 308:9
309:23 311:1 312:24
314:1,14,23 315:12
316:8 317:1 319:9
320:5 321:19 322:17
323:13 324:14 325:11
325:24 326:14,23
327:11 328:2,13
330:3,13 331:5 332:1
332:15,23 334:4
335:11,23 337:12
338:25 339:14 340:18
341:3,14,22 342:6
343:4,13 344:2,13,23
345:9,25
**examined** 13:16
**example** 110:16 177:1
177:13 228:12 237:22
237:25 238:2 239:11
239:17 242:17 243:1
257:6 267:5 278:18
314:2 316:19
**exception** 172:1 347:12
**excerpt** 203:1
**exchange** 9:12,20 10:3
10:4,18,19 11:4,7,9
11:10 151:20,25
267:3 328:23
**exchanges** 153:16
**excited** 146:20 148:1
**excuse** 152:7 182:24
203:4 241:14 250:10
255:16 282:7 288:17
**executive** 156:20
**exercise** 33:10 159:15
**exhibit** 6:5,6,8,9,11,12
6:14,15,17,18,20,21
7:5,6,8,9,11,12,14,15
7:17,18,20,21 8:5,6,8
8:9,11,12,14,15,17,18
8:20 9:1,3,4,6,7,9,10
9:12,14,16,17,19,20
9:22 10:1,3,4,6,7,9,10
10:12,13,15,16,18,19
10:21 11:1,3,4,6,7,9
11:10,12,13,15 28:22
28:25 34:12 41:2,7
45:3 47:12 56:7,10

58:25 60:12 70:19
73:18,22,25 74:24,24
75:3,13,15,17 76:4,5
76:11,19,25 77:5,8,11
77:13,14,16,17,19,20
100:10 101:8 102:9
109:15 132:4,14
134:6 137:8,23
142:22 144:20 148:8
148:17 150:20 151:13
153:13 155:12 156:13
157:22 165:5 198:6
198:22,23 202:23
206:25 207:3 212:15
223:24 225:19 236:22
236:23,25 238:7,9
241:1,3 246:14,16
248:8,10 252:6
262:24 263:1 265:19
265:21 270:20,22
274:25 275:3 280:6,8
282:6,8,10 284:12
288:1,3 290:11,13
294:15 297:1 308:19
312:2 313:13 317:3
322:21 323:16 325:16
328:18 329:9,9
335:13 337:15 338:1
338:6 340:2 342:15
**exhibits** 6:1 7:1 8:1
155:17 199:11
**exist** 18:24 333:14
**existed** 64:22
**existence** 200:24
**existing** 17:17,23 18:17
22:11,12,23 66:8
170:17 171:20
**exists** 110:10
**exit** 126:21
**expect** 138:2
**expectations** 243:25
**expected** 66:9 148:4
253:19 263:22 264:5
267:16
**expecting** 85:22 86:18
**expenditure** 131:17
**experience** 25:2 33:3
82:7 133:22
**experienced** 190:22
**expertise** 19:3,5,24
22:15 167:3 202:19
**explain** 18:9 22:8,20
27:15 34:16 51:12
68:18 183:14 213:25
298:10 299:3 301:1
**explained** 298:12

299:16 304:25 338:17
**explanation** 36:6 40:14
41:4 69:7 299:11
338:23
**exploit** 22:23
**exploration** 22:11,21
23:1,9 33:21 48:24
49:6,10 51:17 53:14
53:18 79:15,17
106:14,16 114:22
115:1 127:18,20
152:2 153:24,25
171:2,10,14,15,16,22
172:2,14 173:2,4,7,20
173:25 174:18 191:22
203:9 255:11,17
318:15
**explorations** 178:10
**exploratory** 17:19
168:16
**explore** 302:6
**exploring** 301:4
**explosion** 166:12
**exposed** 340:7 341:6
**express** 93:3,14 94:8
**expressed** 58:11 297:7
297:14 298:14,19
300:4,15 325:18
326:8 332:12
**expressing** 288:20
**extending** 267:19
**extends** 19:17,18
**extensive** 208:14
**extent** 44:10 64:3,6
83:12 191:18 286:18
318:1
**extra** 183:18,19 184:6
184:10,17
**eye** 117:10
**E&P** 167:17 168:1,4,15
**e-mail** 9:3,4,6,7,9,10,12
9:16,17,19,20,22 10:3
10:4,6,7,9,12,13,15
10:16,18,19,21 11:3,4
11:6,7,9,10,12,13,15
29:8,16,24 30:12
39:14 41:13,15 42:6
42:11 45:8,11,15 46:3
47:17,20 48:4 49:17
49:21,24 56:14 57:25
59:3,9,12 100:13
118:21 119:1 132:8,9
132:21 134:9,21
135:13 137:22 138:1
138:20 143:2,16
150:5,17 151:20

601 Poydras Street, Suite 1720
New Orleans, LA 70130-6029

GAUDET KAISER, L.L.C.
Board-Certified Court Reporters

Telephone: (504) 525-9100
Facsimile: (504) 525-9109

Exhibit M
Page 95

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

Reported by:

PAUL A. CHANDLER                    May 4, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 356

153:16,18,19 156:16
157:1 198:7 199:13
202:24 207:7,10,13
207:16,23 208:20,21
237:6,7,9,15,23 238:3
238:13,15,19,23
239:12 241:6,7,19,22
242:18 243:7,12,22
244:2,13,20 246:4,19
246:21,24 248:15,17
248:19,22 250:9,20
250:21 251:5 252:1
252:10,11,15,18
253:15 254:17 255:8
255:18 256:23 262:22
263:4,10,13,17,25
265:4,15,24 266:5
270:25 271:5,8,23
272:5 275:1,20 279:6
280:4 281:3,11 282:1
282:13 283:8 284:7
284:15 285:1 287:24
288:6,9,14 289:2
290:9,16,19,21
294:11 297:2,4,22
298:1 300:13,19
312:3 317:4 323:16
323:17,19 324:5
325:17 327:9,12
329:9,13 330:15,19
330:22 331:23 335:15
336:8,18 337:21,25
338:18,22,24 339:3
340:2,17 341:5,13,20
342:13,16
e-mails 34:19 35:16
132:5 137:11 143:4
144:18 151:18 164:2
164:4,9,14,15,16,18
177:15 199:11 209:10
324:24 328:23

                F
facilities 84:13
facility 51:6,22 52:3,4
52:11,19,22 174:6,7,9
fact 78:17 115:4 169:18
225:21 231:15 232:3
233:21
factors 229:15,20
fair 19:22 43:4 85:9,10
181:2 186:2 240:7
301:5 302:24 305:4,5
306:20
Faith 66:2
fall 46:23

familiar 73:20 165:14
167:24 189:11 195:21
207:6 275:6 323:9
familiarity 296:5
far 25:3 54:21 55:8
77:5 101:9 110:18
128:24 147:7 175:15
217:9 331:12
farther 330:7
fast 123:18 203:17
205:14 216:15
faster 204:21
fear 133:13
feared 133:19
feasibility 294:19
feature 200:24
February 101:25
118:25 130:20,25
132:18 133:17 134:10
135:1,20 137:12
140:19 141:2 142:5
142:13 186:18 188:18
232:21 317:4
feed 123:3
feel 295:16
feet 31:7 67:12,18
285:5 295:11 296:15
336:20 337:4
felt 42:24 96:25 296:7
296:10
field 18:18,20 19:2
22:11 51:22 74:22,22
208:10 242:5 243:4
326:24
fields 17:17,23 18:1,3
22:23,25 23:2 66:8,12
66:16,22 67:10,16
74:7,8 121:6 149:9
170:18 171:20 188:9
figure 318:20
file 105:9,13 106:4
109:8 114:18
files 103:21 107:16
152:13
filing 12:13
filled 124:12,12 250:17
final 111:9,10 113:18
120:7 128:6 144:7
155:2 158:14 161:2
204:7 237:17,19
240:14,20 243:4
289:5 328:25 329:4
finalized 43:7,18 44:3
financial 179:25 193:20
find 95:4 108:5 154:12
finding 58:8 171:17

333:25
findings 211:12
fine 22:3
Fineman 1:21 5:5
13:18,21 26:12 28:20
29:2 32:12 34:8,14
35:1,3,10,14 36:23
37:2 39:11 41:1,9
44:25 45:5 47:8,14
49:13 50:21 53:4
54:1,17 55:3,22 56:6
56:12 57:14,22 58:21
59:2 61:16 62:23
63:12 64:2 65:9,24
66:20 67:4,8,20 68:5
70:11,23 72:16 73:7
75:11 78:13,22 79:11
81:23 82:5,11,20
85:16,25 87:23 88:12
88:23 89:7 90:12,20
92:5 93:1,12,20 94:1
94:7,19 95:22 96:12
97:1,8,25 98:23 99:11
99:22 100:8 102:6
103:8 104:12 105:7
107:13 108:4,17
109:3 110:3,8,11
112:17 116:24 119:11
122:4,20 123:10
125:19 127:3,14
130:2,13 131:11
132:16 134:8 137:10
140:8 141:12,23
142:2,4 143:1 144:15
144:22 148:19 150:22
151:9,17 153:15
155:13,21 156:3,9,15
158:22 160:17 161:6
162:7,21,23 228:22
294:12
finished 21:7 223:17
finishing 112:23
first 13:14 27:13 28:8
29:17 33:13 36:15
43:22 47:17 48:3,7
61:17 64:8 70:24
83:10 110:12 123:25
132:6 134:20 138:21
145:7 146:2 154:8
160:20 163:19 188:24
199:22 208:18 252:10
254:15 294:15 312:3
331:11 338:4 342:15
348:7
fish 203:7
fit 124:15

Floor 1:15,22 2:22
flow 94:17 105:5 203:8
224:21 306:10 319:14
Floyd 2:2
fluid 112:6
fluorescents 214:25
fly 268:22
focus 176:12 258:15
290:18 295:25
focussed 176:11 186:13
303:11,11 307:7
focussing 18:13
folder 237:21
Folger 120:14,14
127:16,17,22 137:24
254:18 255:8,10
271:1,6 279:7,13,15
279:20 280:17 317:17
folks 279:23 324:16
follow 176:4 297:21
followed 297:5
following 100:25
follows 13:17
followup 150:17 282:1
297:4
follow-up 150:9
footage 289:10 337:9
foraminifera 137:19
forcing 341:9
forecast 161:9
foregoing 347:9
Forest 152:1
form 12:17 14:17 26:9
32:11 39:6 48:17
50:9 52:24 53:12
54:13 55:2,19 57:7,19
58:18 61:7 62:20
63:9,20 65:6,17 66:14
70:2 73:6 75:8 78:9
78:21 79:7 81:13
82:2,10,17 85:15,19
85:23 87:16 88:5,18
89:4 90:9,17 91:14
92:21,23 93:6,8,17
94:12 95:19 96:7,9,20
96:22 97:5,15 98:15
99:6,17 100:5 102:2
103:3 104:6,24
107:12,24 108:9,24
112:14 116:21 119:8
122:1,9 123:5 125:15
129:18,20,22 130:7
131:3 139:18 141:4
141:16 158:21 160:13
160:23 162:2,12
164:4,7 166:15 167:5

167:20 168:10,19
169:2 173:12 174:20
175:4,21 177:6,20
178:16 179:13 180:13
181:8,22 182:7 183:6
184:8,21 185:22
186:8,22 187:9,22
188:6 190:3,16,25
191:7 192:4,12,23
194:5,22 195:25
196:8,16 197:3,14,23
200:19,21 201:9,17
202:1,13,15 204:12
204:14,24 205:1,10
205:17,19 206:17
209:3,14 210:10
214:9 215:11,20,23
216:24 217:13,25
218:14,23 219:9,20
220:2,17 221:7,15,24
222:6 223:12 224:3
224:18 225:7,14,24
228:6 229:22 230:10
230:20 231:9 232:6,8
233:8 234:7,22 235:8
235:23 236:15 238:21
239:15 240:10,12
241:24 242:23 243:7
243:14,16 244:7,15
244:17 245:3,10,19
247:14 249:15,24
251:1,19 252:24
253:25 254:8 255:20
256:25 257:13,23
258:8,22 259:10,17
260:3,13,21 261:3,11
261:23 262:5,14
263:15 264:12,24
265:8 268:2,19 269:9
269:19 270:2,11
271:19 272:2,10,23
273:6,20 274:8,18
276:11,21 277:3
278:8,23 279:17
281:5,21 283:4,15,25
286:2,24 287:6,16
288:24 289:16 290:2
291:4,16,25 292:24
293:16 294:22 298:17
299:8,23 300:7,17
302:10 304:1 306:7
307:1,21 312:21
313:23 314:20 315:9
316:5 319:6,22
321:16 324:11 325:6
325:21 326:11,13,17

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010        Reported by:
PAUL A. CHANDLER                    May 4, 2011              JOSEPH R. KAISER, JR., CCR, RPR

Page 357

326:19 327:6,22
328:8,10 329:25
330:10 331:2,22
332:8,10,20 333:17
333:19 334:22 335:20
336:16 338:20 339:11
340:12,14,22,24
341:11,18 342:3,25
343:10,20,22 344:10
344:19 345:5
**formal** 149:20 162:4,19
292:16 301:6,16
302:3
**formalities** 12:11,13
**formally** 302:5
**format** 137:19 249:3,9
**formation** 69:14
124:14 154:5 195:19
201:7 224:25 230:8
238:25 239:8 249:7
276:8 343:8
**formations** 205:14
**former** 33:20
**Forrest** 114:20,21
153:5
**forth** 118:6 217:23
348:9
**forward** 46:9 181:14
264:19 284:21 286:16
291:22
**forwarded** 250:9
**forwarding** 281:9
**fossils** 137:18,20
**found** 108:12 118:14
161:2 237:20
**four-way** 64:9,24 65:2
**frac** 224:9 299:5
304:12
**fraction** 229:20
**fracture** 192:2,21
202:9 276:9 343:17
343:25 344:8,16
345:2
**frame** 20:13 21:15
132:9 133:14 186:16
253:13 313:7
**frequency** 310:2
**frequently** 304:4,8
**FRILOT** 3:2
**front** 43:8 68:7 71:3
109:15 156:6 198:4
**fully** 19:2
**function** 110:4 168:23
171:13 172:20 181:17
278:6
**functions** 172:10,15

**further** 252:17

_____
**G**

**G** 13:1
**gains** 279:10
**gamma** 74:18 112:2
**gaps** 151:3
**gas** 141:1,9,13,19
213:23 214:2,3,16
215:2 276:14,17
**gather** 103:14,17
104:10 175:14
**gathering** 264:15
**general** 20:15,17 44:21
45:20 51:17 53:18
57:9 65:19 83:5 91:3
104:9 121:13,17
136:21 153:23 166:18
178:22 233:10 259:13
275:11 285:3 298:11
298:13 299:17 303:9
306:10
**generally** 32:1 50:5,11
53:16 60:19 98:24
102:4 104:17 105:1,4
106:23 114:13 115:21
115:24 116:1 145:1
161:10 177:24 249:9
265:11
**generated** 38:1 59:19
59:23 63:24
**generating** 170:18
**gentleman** 237:17
**Geoffrey** 2:17
**geographic** 34:1
**geologic** 32:20 44:11
50:15 70:6 121:5,8
149:5,13 208:2 226:4
226:13 228:1 295:20
302:8 307:9,24
**geological** 17:6,10 19:6
19:9 20:8 32:21 47:5
60:6,8 65:22 73:23
82:22 83:7 85:24
86:1 87:5,13 90:14,15
98:11 108:1 113:3,9
117:12 121:19 130:9
141:25 144:8 159:11
165:21 191:17 195:15
275:14 278:5 289:8
295:4,10,16 297:18
333:24 334:25 335:2
**geologically** 69:22
108:12 109:13 113:13
174:1 267:22
**geologist** 15:15 16:17

18:5,10 20:23 21:12
21:13 37:11 40:8
84:18 91:18 92:3,10
111:13 114:21 117:6
118:18 120:20 123:23
129:25 134:14,15
141:19 161:18 170:10
170:11,12,15,20,25
171:9 172:7,10,16
176:8 177:9 188:9
192:10 200:12 203:25
247:18 264:22 322:5
340:19 341:1,2
**geologists** 91:18 171:6
**geology** 15:4 44:6
50:23 85:9 167:3
189:25 228:19 230:6
**geophysicist** 29:13
127:17
**geoscience** 15:19 17:4
56:18
**geoscientists** 56:22
**geotap** 266:22 268:15
268:21 269:3,16
280:21
**getting** 43:24 94:16
116:8 118:3 139:12
144:11,13 154:15
163:17 186:4 193:6,9
193:13 202:10 229:19
231:25 232:1 234:15
256:11 280:22,22
285:12 286:17 305:3
305:7,7
**Ghost** 74:2,11
**Gilly** 4:3
**give** 19:13 71:18 134:1
137:3 142:18 144:16
148:7 150:15 170:7
176:1 177:1,13 202:8
297:20
**given** 28:15 40:14
117:21 170:22 173:18
182:4,5 235:20
277:20 280:21
**gives** 62:25 74:20
208:21
**giving** 40:9 121:3 132:3
145:3 208:3 275:11
275:14,25 276:2,18
**Glenn** 29:8,12,13
**GM** 43:12
**go** 18:17 28:6 34:20
38:2 39:12 46:7
47:23 48:17 52:3
56:13 58:7 68:9

73:17 75:12,23 87:21
113:19 146:15 198:11
199:1 206:2 213:9
214:15 228:23 237:13
258:5 264:19 266:3
275:21 291:22 330:7
**goal** 55:16
**GODWIN** 2:2
**goes** 51:1 146:9
**going** 13:23 14:5 21:22
23:11 28:21 29:4
34:6 43:15,21 47:15
48:2,11 52:9 69:25
70:13 81:20 83:19
87:24 89:17 90:6
91:21 102:7,22
106:22 116:3 118:19
123:14 134:1 137:3
138:14 142:18 143:12
144:16 147:1 148:7
151:24 154:13 158:12
169:14 170:3 175:7
176:12,13,22 177:14
178:6 179:17 180:1
185:19 186:24 187:3
187:5 218:4 220:20
229:10,10 234:11
237:13 254:11 255:24
257:4 258:2 265:11
266:3,4 267:8 272:15
273:11 277:9 280:24
294:17 296:7 302:5
302:22,23 305:3,13
306:19 312:1 316:21
323:2 324:17 325:3,9
327:19 342:12 345:17
**good** 13:19,20 42:13
52:13 55:11,24 65:4
68:11 133:2,18
134:23 135:3,5,9
138:22 174:2 180:18
263:25 266:10 267:11
268:10 284:17 294:2
320:6
**gotten** 279:15
**government** 191:12,16
**gradient** 192:2,21
202:9 224:9 276:9
299:5 304:13 343:17
343:25
**gradients** 344:8,17
345:3
**Graham** 189:14
**Grand** 2:22 3:7
**graphs** 74:15,16
**great** 68:23 123:15

298:12
**greater** 38:25 39:2
53:17
**ground** 163:14
**group** 28:3,5 49:5,10
49:11,15 53:14 91:17
91:17,20 92:7 103:14
103:25 105:2,16
114:22,23,24 115:1
120:21 122:12 127:18
128:5,22 134:16
152:2 153:25 155:5,5
171:2,10,14,15 172:2
172:3,13,17,25 173:1
173:2,3,7,7,8,19,21
173:25 174:12,13,17
174:18 175:9,18,19
182:25 190:8 208:8
231:20 248:24 254:24
255:2,4,9,11,13,14,17
268:25 269:1 279:20
333:5
**groups** 174:17 318:3
**guess** 281:9,10
**guidance** 61:25
**guidelines** 49:7
**Gulf** 1:5 13:10 17:15
19:11,15,20,25 20:16
20:21 28:2 34:2,4
48:23 51:18 68:25
79:23 156:24 174:12
188:10 295:23 296:5
**guys** 155:20

_____
**H**

**habit** 310:10
**HAL** 102:9
**Halliburton** 2:5 117:22
119:3 294:4
**hand** 308:18 312:1
317:2 341:9
**handed** 317:6 323:14
**handing** 294:9
**handle** 49:3,4
**handles** 20:21
**happen** 135:11 247:17
**happened** 30:18 50:6
135:12 183:11 196:6
231:17 236:9
**happening** 220:13
273:3 274:4,6,11
**Hartley** 2:2 5:11
129:21 294:1,3 295:2
298:24 299:15 300:1
300:11,23 301:20,25
302:13 304:5 306:1

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

PAUL A. CHANDLER

May 4, 2011

Reported by:
JOSEPH R. KAISER, JR., CCR, RPR

Page 358

306:11 307:17 308:9
309:14,23 311:1
312:24 314:1,14,23
315:12 316:8 317:1
319:9,23
**hate** 121:10
**head** 92:6 94:3
**header** 277:24
**heading** 49:14 312:11
**health** 80:7,12
**hear** 14:11 152:19
342:7
**heard** 28:7 99:12
245:17,23 279:8
**Hedley** 49:16,18,23
51:1 53:5 54:4,19
**HEIMANN** 1:20
**held** 13:5
**hell** 203:13
**help** 40:4,6 45:14 64:4
121:7 176:5 185:7
208:5 267:18 268:15
272:14 273:12 280:24
**helped** 46:19
**helping** 267:7
**helps** 37:13 56:5 144:1
266:15
**hereinabove** 348:9
**hereto** 12:4 348:16
**Hi** 163:9 346:1
**high** 36:11 54:20 56:1
**higher** 53:15 59:14
227:20 253:19 264:5
343:6
**highest** 58:10 64:21
**highlighting** 155:19
**hit** 126:20
**hoc** 209:10
**holding** 35:6
**hole** 30:21 111:15
143:18 183:21,22
266:12,23,25 267:13
268:7,15 277:22
278:4,15 279:13
340:9 341:8
**Hollek** 156:21,22,23
157:4 290:19 291:11
291:18 292:4 301:14
303:16
**honestly** 276:5
**honor** 158:12 300:22
**hooray** 42:12
**hope** 288:16,17
**hoped** 148:5
**hopefully** 143:17
266:11,24 267:13

268:14
**hoping** 288:21
**HORIZON** 1:4 13:9
89:9 130:21 135:24
141:1 158:16 310:18
320:11
**hour** 169:17
**hours** 114:6 227:1
274:5 316:11
**Houston** 3:13
**Huch** 29:25 30:3,4,10
134:11,18 207:10
312:4 329:15 330:4
330:14
**Huch's** 329:17
**Hudson** 1:22
**huge** 200:10
**huh** 266:1
**hundred** 30:14 31:2
53:17,23 336:20
**Hurricane** 133:9
**hydrocarbon** 74:21
86:25 124:12 214:17
214:20 215:1 220:9
228:15
**hydrocarbons** 55:12
66:3 129:15 147:12
195:20 214:4,22
228:18 256:6
**HZN** 328:19 337:16

## I

**Ida** 133:9
**idea** 19:14 63:1 74:21
95:3,13 134:23 135:3
135:5,10 146:25
147:1 149:18,22
150:13 157:20 162:15
265:3 272:21 273:24
279:1 289:20,21
290:5 292:11,12,13
292:15,18 296:25
297:6 301:4 303:13
325:9 327:25 331:19
335:5
**identification** 29:1
34:13 41:8 45:4
47:13 56:11 59:1
70:20 132:15 134:7
137:9 142:23 144:21
148:18 150:21 151:14
153:14 156:14 165:6
207:4 237:1 238:10
241:4 246:17 248:11
252:7 263:2 265:22
270:23 275:4 280:9

282:11 284:13 288:4
290:14
**identify** 322:24
**image** 112:4
**images** 125:6
**immediate** 70:8
**immediately** 150:16
**impact** 183:13 184:1
185:18 186:6 193:6
265:6
**important** 62:12,14,17
62:22 66:17 83:17
91:6 176:7,21 179:10
183:10 193:12 267:25
268:10 286:9,12,13
286:15
**inadvertently** 155:8
**inch** 266:9
**include** 29:9 172:22
**included** 75:1 98:11,22
101:4
**includes** 100:21 118:23
237:16 262:10
**including** 15:16 114:15
237:16 262:10
**increase** 59:14 303:10
**increased** 59:24 203:10
**increases** 214:3 215:2
**increasing** 269:12
**independently** 211:5
**INDEX** 5:1 9:1 10:1
11:1
**indicate** 219:6 228:18
273:22 326:4
**indicated** 165:20
**indicates** 277:12
**indicating** 224:24
**indication** 124:11
129:15 191:4 214:3
214:22 215:1
**individual** 104:22
105:2
**individuals** 100:25
101:2 115:2 119:4
317:25 318:8
**inexperienced** 190:22
**info** 110:25 237:21
**inform** 185:5 220:5
261:8
**information** 28:5,15
35:22 36:16 81:20
83:3 85:11,21,22 86:7
86:17,19 87:3,11 88:2
88:11 98:9,20 99:3
102:25 103:12,15
104:13 106:1,24
107:2,21 109:9

110:22 111:2,19,21
111:25 112:20 115:16
116:25 118:4,4,5
121:23 124:17 125:12
125:13 128:25 129:2
129:5 131:25 136:21
136:23 152:10 154:4
159:8,10 161:22
165:25 167:1 170:2
175:1,19,23 176:2,17
179:9 180:10 182:2
183:2 188:4 196:14
196:19 200:14 201:14
206:3,7,13,14,20
208:15,25 209:11
210:11 213:23 214:2
215:3,25 217:8,20
219:7,14,18,25 220:5
223:10 225:5 230:25
231:23 233:15 234:15
234:20 235:1,5,20
237:23 239:12 242:3
242:9,11,15,18 243:7
243:10,12 247:11
249:13 250:3 251:10
252:22 256:22 257:21
258:4 264:15 273:3
273:11 274:4,15
277:20 278:19 280:21
280:22,23 286:6
308:17 309:2,19
310:11 311:3,7,18,24
313:14
**information's** 215:17
**informed** 77:19 29:18
83:18 179:8 182:19
239:18 242:2 243:22
254:11 258:1 265:11
267:6,21 269:3
324:16
**informing** 182:24
238:24 262:11
**initial** 31:1 32:24 35:21
46:18 70:5 79:15,16
191:23
**initially** 35:10 42:3
114:8 154:23 161:1
188:20 253:4
**input** 38:5 62:10 208:9
208:12
**inputs** 37:4
**inquire** 296:21
**inquires** 247:23
**inquiries** 247:21
**INSITE** 88:7 117:19,20
118:11 119:5,22,25

120:17,23 121:12,14
121:18,23 122:7,16
122:19 123:3,24
124:18,20,23,24
125:4,7,10 126:1,7,10
126:12,25 127:24
128:10,13,25 129:2,5
129:13 130:4 145:15
145:17 152:6 206:5
209:21 215:9 222:19
222:23 242:20 273:23
277:17,23 305:20
306:4,17,23 307:5,10
307:16,19 308:3,11
308:14 310:6,12
311:8,24 312:17
313:3,9,19 314:7,9,17
315:19,25 317:11,21
318:5 319:12 320:20
321:1
**instance** 23:6 308:3
**instances** 82:14 108:13
111:22
**instructed** 234:3
**instructs** 14:20
**integrity** 328:6 330:25
331:10,14 332:5
333:4,13 334:1,2,18
336:12
**intended** 113:14
**intentions** 161:24
**interaction** 318:6
**interest** 22:24 26:21
27:5,22 28:4,17 29:19
32:17 33:2,5,12 44:15
47:7 52:4 62:18
78:17,24 79:5,14,22
80:5,10,15,25 87:8
174:7 205:22 213:24
214:5 216:8 217:2
269:1 318:15
**interested** 70:10 95:25
115:2 172:2 179:21
192:9,20 193:2,13,14
193:17 194:10,16
201:4,14 213:15,22
214:1 216:21 217:1
224:23 226:13,16,18
226:23,25 227:25
228:8,9,11,14 230:24
231:22 242:13 269:7
269:16 285:10 301:11
318:4 335:7 348:17
**interesting** 144:2,4
195:14 204:3 216:13
242:10 266:16,20

601 Poydras Street, Suite 1720
New Orleans, LA 70130-6029

GAUDET KAISER, L.L.C.
Board-Certified Court Reporters
Exhibit M
Page 98

Telephone: (504) 525-9100
Facsimile: (504) 525-9109

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                              Reported by:
PAUL A. CHANDLER                                    May 4, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 359

270:8
internal 40:22 48:20
105:20 150:12 204:18
334:10 336:10
internally 22:16 26:4
27:20 28:11,17 32:22
49:2 50:19 95:7
97:19 103:21 148:12
International 2:10
interpretation 75:16,18
76:8,15 176:3 254:12
266:22 267:20
interpreted 76:20
interpretive 280:23
interval 195:12 196:22
268:8 324:9,15
introduces 253:14
introducing 253:1
invest 178:6
investigate 95:3,12
149:18 154:25
investigating 149:21
investigation 166:22
337:6
invited 49:23
involve 334:1
involved 46:14 89:16
135:6 168:15 185:5
188:22 192:15 194:12
210:17,22,24 225:2
260:9,17 279:21
involvement 135:14,18
136:9,11 332:14
in-house 76:3 77:10
irresponsible 191:5
Isabela 66:1 74:1,8
Isabella 146:7,13 147:8
147:8
Isbell 119:21
issue 48:21 141:20
212:10 279:9 299:13
302:23 327:3 333:24
334:11 335:8,16
336:8,25 340:10
342:17
issues 141:6,8 143:14
170:24 183:17 283:10
299:20 302:20 303:4
303:15,23 328:6
330:25 331:10,14
332:5 333:4,13
334:19 336:13 339:5
339:5 340:1 344:7
item 69:19 327:9

J

J 1:4 2:13
JACKSON 3:11
James 248:17,24
January 82:23 83:8
84:25 89:1 100:17
101:19 108:19 132:5
312:4
jeopardize 184:13
258:13,19 259:25
302:17,19
jibe 136:9
job 17:11,13 18:2 22:5
31:10 44:12 103:22
103:23 104:2,9,9
108:2,11 109:13
117:7 118:15 122:12
170:9 179:7 187:20
190:23 195:6 225:1,3
247:18,20 258:6
265:6
John 92:11,12,15
134:10,13 152:17
172:21 190:7,13
238:14,24 241:8,14
241:18 247:17 248:18
250:10,10 280:17
286:7 318:2 322:4
John's 247:24
join 43:21 48:21
joined 253:10
Jonathan 199:13
202:25
JONES 2:12
Jose 119:2 317:5
Joseph 2:13,21 4:9
12:22 348:4,20
Josh 253:3
Jr 2:2,13 4:9 12:22
348:4,20
JUDGE 1:5,6
judging 318:19
July 29:21 164:12
jumping 331:11
June 26:15
JUSTICE 3:16
J.R 2:7

K

K 1:21
KAISER 4:9 12:22
348:4,20
Kamm 92:11,12,16
119:20 134:10,13
137:24 152:18 172:21
190:7,13 238:14,24
241:9,16,18,18

247:17 248:2,18
250:10,10,18 280:17
281:18 286:7 318:3,7
322:4
Kamm's 250:14 281:23
Kate 189:17
keep 173:6 179:7
182:18 220:19 226:20
226:20 234:11 243:22
254:10 258:1 265:10
267:21 269:2 279:25
keeping 220:12 227:5
239:18 242:2 267:6
kept 105:10 106:7
299:5
Kerr-McGee 16:13
kettle 203:7
key 58:2,3 64:7
kick 141:1,13,19
194:18,24 195:2,11
195:13,20,22 196:6
196:20,21,22,25
199:15 231:21 232:16
233:2,6 256:7,11
kicks 141:9 230:15
231:16 234:4 305:8
kill 321:8
kind 46:19 98:9 109:4
111:19 140:2,3
180:21 200:5 260:5
326:6 328:22,25
kinds 86:17
KIRKLAND 2:17
knew 107:5 274:15,20
know 38:14,15 42:15
43:6 44:13 46:10
48:11 51:9 53:9 55:4
55:5 63:25 75:10
78:1,3,12 83:13 85:4
100:1,7 101:9,14
103:9,23 105:12,14
105:17,19 120:16
123:11 128:24 130:1
130:15,16 131:13
138:6 140:10,17,20
145:16 152:24 154:15
154:23 155:22 160:15
163:25 164:8 168:3
168:14,21,23 176:23
177:3 179:16 189:13
190:18 192:25 194:12
195:18 201:19 212:5
218:3 221:3,9,11,17
223:7,9 225:3,11,16
226:20 232:3 236:6
249:12 255:7 259:2,3

247:17 248:2,18
250:10,10,18 280:17
281:18 286:7 318:3,7
322:4
Kamm's 250:14 281:23
Kate 189:17
keep 173:6 179:7
182:18 220:19 226:20
226:20 234:11 243:22
254:10 258:1 265:10
267:21 269:2 279:25
keeping 220:12 227:5
239:18 242:2 267:6
kept 105:10 106:7
299:5
Kerr-McGee 16:13
kettle 203:7
key 58:2,3 64:7
kick 141:1,13,19
194:18,24 195:2,11
195:13,20,22 196:6
196:20,21,22,25
199:15 231:21 232:16
233:2,6 256:7,11
kicks 141:9 230:15
231:16 234:4 305:8
kill 321:8
kind 46:19 98:9 109:4
111:19 140:2,3
180:21 200:5 260:5
326:6 328:22,25
kinds 86:17
KIRKLAND 2:17
knew 107:5 274:15,20
know 38:14,15 42:15

271:14,21 272:4,16
273:8 274:10 281:8
282:19 283:12,17,22
287:1 288:15 316:24
319:2,10,20 320:19
320:24 324:20 327:8
328:15 331:22 332:16
332:22,24 333:1,5
334:9 344:12,21
346:1
knowledge 29:16 96:14
96:24 99:2 101:12
105:8 119:18,24
125:18,22 129:11
141:8 166:21,24
169:4,24,25 179:25
182:14 191:12,15,18
196:4,24 197:11
201:15 209:16 215:7
215:18 230:6 231:23
234:14,17 235:4
240:15,17,19 259:7
259:20 264:10 268:17
281:17 282:25 291:6
291:11,18,21 292:6
293:12,18 314:15,22
317:16 333:7 335:10
339:20,22 341:25
342:5
knowledgeable 180:6
known 109:5
K-A-M-M 92:14

L

L 12:1
labelled 110:1
Lacy 202:24
lag 48:9,19
land 27:18,23,25 28:1
30:6
landman 30:4,8,9
134:18,19 329:19
language 326:7 328:16
341:24
large 173:24 200:3
larger 76:18
law 3:18 12:9
lawyers 163:23
layperson's 326:7
lead 173:19 189:23
leader 46:22
leading 172:4,14
leak-off 224:24
learn 200:5
learned 27:13
lease 24:5 26:14 33:2,6

99:21 136:14
led 144:9 233:2,2,3
LEE 3:11
left 74:18 169:16
285:16 294:8
Leopold 3:17 5:8 163:8
163:10 164:25 165:7
166:20 167:8,23
168:13,22 169:3
174:23 175:16 176:6
177:7,23 179:3,23
180:22 181:16,25
182:11 183:9 184:15
184:24 185:12 186:1
186:15 187:1,12,25
188:13 190:4,19
191:3,10 192:7,16
193:1 194:8 195:1
196:3,13,23 197:10
197:17 198:2,10,19
198:25 199:8 201:2
201:12,21 202:5,20
204:17 205:5,11
206:1,21,24 207:5
209:6,17 211:25
212:6,12,20,24 213:1
214:14 215:15 216:2
217:6,17 218:8,18
219:1,16,23 220:10
220:21 221:10,18
222:2,9,20 223:15
224:6,22 225:10,17
226:2 228:16 229:7,9
230:4,13,23 231:14
232:12 233:12 234:13
235:3,11 236:2,18,21
237:2 238:5,11 239:2
239:25 240:16,24
241:5,13,17 242:8
243:5 244:3,10,22
245:6,15 246:1,12,18
247:25 248:6,12
249:20 250:7 251:4
251:20,24 252:8
253:8 254:3,14
255:23 256:18,20
257:8,19 258:3,16
259:6,14,22 260:8,16
260:24 261:7,14
262:1,9,18,21 263:3
263:24 264:20 265:2
265:13,17,23 268:12
269:5,14,23 270:6,14
270:18,24 271:22
272:6,18 273:1,16
274:2,13,22 275:5

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                              Reported by:
PAUL A. CHANDLER                                    May 4, 2011                          JOSEPH R. KAISER, JR., CCR, RPR

Page 360

276:16,24 277:8 278:11 279:4 280:2 280:10 281:12 282:3 282:12 283:11,20 284:4,14 286:11 287:2,11,22 288:5 289:12,23 290:7,15 291:9,20 292:3 293:3 294:8
**Leopold's** 296:17 300:25
**let's** 34:17 67:9 77:22 78:14 98:1 146:9 177:24 199:11 208:17 213:18 216:6 220:22 225:18 228:23 237:7 244:23 246:10 248:14 251:21 254:15 256:13 262:19 265:14 276:1 284:20
**level** 16:25 17:3 303:1 309:18 310:2,10 312:16
**LEWIS** 2:21
**Lexington** 2:18
**liaison** 247:19 281:24 286:8
**LIEFF** 1:20
**Life** 1:15
**liked** 47:4 109:5
**likelihood** 269:12
**Likewise** 103:2
**limited** 44:6 85:8 191:19 315:25
**limiting** 120:4
**line** 73:19 77:9 157:3 199:22 203:3 275:20 321:8
**liner** 143:7,8,9 256:10 256:12,16 257:11 266:9 267:23 268:5
**liners** 253:6
**lines** 169:15 199:19
**list** 49:21 100:20 101:1 118:22 119:4 120:7,8 157:1 180:8 199:14 208:15 213:19 221:13 237:16 263:5,7 288:7 312:10 319:15
**listed** 74:9 101:8 119:19 226:19 312:18 313:8,12 314:3
**lists** 119:13 317:10
**literally** 111:14
**little** 21:5 46:1 57:11 95:13 98:2 112:9

128:8 145:8 163:13 169:11 185:2 193:8 324:25
**live** 277:11,14,17
**LLC** 3:2,9
**Lloyd** 19:19 134:24 294:3
**LLP** 1:20 2:17,21
**load** 187:6
**lobes** 146:21
**located** 171:6 173:23 174:5,6
**location** 72:7 108:20 191:24
**locations** 191:20
**lock** 86:15
**log** 73:25 74:1,10 84:4 86:14,21,22,22 87:8 87:14 98:12 109:17 109:17 111:11,11 112:1,23 116:17 121:1,3 122:15,18 124:21 126:11,11 145:5 215:24 248:25 249:19,21 288:19 307:8 308:16 316:2 318:17 336:23
**logged** 124:24 126:19 126:24,25 145:10,14 145:17,18,24
**logger** 86:23
**loggers** 213:4 215:4,8 215:22
**logging** 83:19 86:10,11 86:19 87:6 88:10 91:1 111:2,4,6,15,24 112:1 118:5 122:13 125:23 128:6 145:15 219:4,5 249:6
**logistics** 120:6
**lognormal** 42:1,1,20,24
**logo** 75:5
**logout** 126:20
**logs** 74:17 86:7 112:4 126:24 152:3 208:9 216:5 217:22 219:3,4 250:3 288:18 289:7 289:11
**long** 33:22 70:14 133:11 256:12,16 307:25
**longer** 133:13 154:21
**look** 18:21,25 19:21 27:4 28:11 29:3,23 35:4,22 36:14 41:10 64:7 68:6,11 70:12

109:14 110:12 112:9 123:8,16,17,25 124:1 134:3 136:22 145:7 145:10 151:7 152:13 162:14,15 179:19 194:14 198:9,12 199:20 203:24 205:7 213:19 224:14 225:4 226:10 254:16 343:24
**looked** 32:22 70:9 123:9,12 125:3 145:6 157:22 159:10 160:4 180:20 181:11 186:11 202:4 223:8,9,16 250:20 251:5 267:22 304:25 338:1 344:14
**looking** 18:11,19 27:19 33:5 35:8 50:15 53:19 87:3,4,5 100:12 114:11,16 115:11 122:18 123:3,24 124:5,6,7,9,10,13 125:7,10 126:7 130:11 131:8 137:18 152:2,3,3,4,9 160:20 200:17 201:23 213:12 214:1 215:8 221:12 225:12 246:25 247:4 249:2 250:2 251:25 278:2 285:22 286:16 318:12 322:23
**looks** 116:17 157:7 250:22 264:4 279:7 279:11 330:21
**loop** 149:25 158:9 328:22
**Los** 2:22 3:7
**losing** 326:5
**loss** 233:2
**losses** 340:8 341:7
**lost** 193:3 230:15 231:16,21 232:19,24 233:4 234:4 235:12 235:15 299:19 303:15 304:20 305:8 326:15
**lot** 49:8 133:10,11
**Louisiana** 1:1,16 2:14 3:3 4:10 12:8,24 13:6 13:12 15:13 348:5,21
**love** 152:22
**low** 36:9 51:5,20 54:20 55:15,15,16,24 73:3 203:15
**Lowenthal** 2:13
**lower** 326:9 336:9,21 342:18 343:7

**lowest** 64:20
**lunch** 163:4
**LW** 86:9
**LWD** 86:6 87:6,14 88:10 91:1 98:12 111:4,24 112:1 118:5 121:2 122:19 125:24 145:5 307:8
**L.L.P** 2:7,12 3:11

**M**

**M** 3:6 31:19
**Macondo** 21:24 22:3,4 22:10 23:6,13,14,20 24:1,25 25:6,9,23 26:22 27:6,17 29:19 30:14 32:17 33:3,12 35:20,22 43:20 44:16 46:8 48:15,22,24 49:9 49:12,25 50:12,14,20 51:13,25 52:10,16 55:7 58:3 62:18 65:12 66:1,10,18 69:25 71:4 74:5,14 78:18 79:5,14,22 80:5 80:10,15,19,25 81:3,7 81:25 82:13,22 83:8 85:13 87:11 88:3,16 89:1,18,22 90:6 91:12 92:11,19 93:4 94:10 94:25 99:3,21 100:3 101:1 104:4 114:25 115:22 116:3,7,9 117:5 118:12 119:6 120:18,24 121:24 122:7 127:20 128:23 129:13 130:18,24 132:10 133:15 134:24 135:9,24 141:2 142:8 146:13 148:24 152:4 152:9 154:1,6 157:3 158:18 159:5 160:1,7 160:10 161:25 162:20 166:13,23 168:17 172:5,11,15 173:9,15 173:20,22,23 174:14 174:16 179:17 180:9 184:5 186:17 188:16 188:17 189:2,9,21 192:18,19 193:4 194:2 195:3 199:25 200:1,5 201:24 206:4 206:15 208:25 210:19 214:7 222:13 229:24 231:17 232:4,21 253:10,23 256:3

263:19 264:1 266:7 271:16 278:21 284:21 296:6 299:21 303:24 304:21 308:11 310:19 311:13 318:12,16 320:13 321:14 322:6 333:15 334:20 339:6 346:5
**Macondo's** 53:20
**MAG** 1:6
**main** 83:13,15 95:9 123:22 144:8,10 146:8 193:14 275:16 278:17 280:25 289:3 308:6
**maintained** 108:20
**making** 30:13 59:22 113:16 131:25 149:20 177:17 178:4,8,13 185:18 197:7 227:7 228:2 233:13,16 236:9 266:23 279:13 301:2,6 345:10
**manage** 80:18 81:2 199:24
**management** 159:20 174:11 218:7
**manager** 20:15,18 44:21 45:20 83:5,21 91:3 136:21 153:24 178:22 194:15 255:6 262:11 275:11
**managerial** 255:4
**managers** 194:1
**manner** 173:15 177:22 178:11 202:11
**Manoochehri** 39:22,23
**map** 72:7 73:15,24
**mapping** 75:19,19 124:15 159:6 161:3,5 200:23
**maps** 159:9
**March** 24:11 142:13 143:3 195:3,23 197:1 197:6,12 199:16 232:25 233:1,5,5,6 235:13,15 252:12 263:10 266:2
**Margaret** 3:12
**margin** 202:7 341:16 342:1
**MARIANAS** 130:22 133:8
**mark** 28:21 165:1 206:25 236:22 238:6 240:25 246:13 248:7

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                      Reported by:
PAUL A. CHANDLER                                    May 4, 2011                        JOSEPH R. KAISER, JR., CCR, RPR

Page 361

252:3 262:23 265:18
270:19 274:24 280:6
282:5 287:25 290:10
**marked** 28:25 34:12
41:7 45:3 47:12
56:10 58:25 70:19
100:9 102:8 118:20
132:14 134:6 137:8
142:19,22 144:17,20
148:17 150:20 151:13
153:13 156:13 165:5
198:5,21,23 199:10
202:22 207:3 212:15
223:23 225:19 236:25
238:9 241:3 246:16
248:10 252:6 263:1
265:21 270:22 275:3
280:8 282:10 284:12
288:3 290:13 294:10
308:19 312:2 317:2
322:20 323:15 328:18
337:14
**markers** 263:22
**marking** 34:9
**Martin** 1:21
**mass** 68:13,22,23
**match** 40:12,22 41:21
334:6
**material** 107:9 306:14
**materials** 24:19 29:10
**Matt** 163:10 229:8
**matter** 13:8 141:14
149:23 278:2 348:18
**Matthew** 3:17
**MBI** 328:19 337:16
**MCCUTCHEN** 3:6
**MDL** 1:3 28:23 34:10
41:3 45:6 47:9 56:7
58:22 70:16 132:4
134:2 137:4 142:19
144:17 148:8 149:25
151:10 153:9 156:10
211:20,24 212:4,8
**MDT** 237:25
**mean** 14:19 20:17
26:23 30:23 31:15
36:12 37:7,19 38:8,22
42:17 43:17 51:4
53:9,20 54:2,25 58:5
59:14,17,22 64:12
66:6 67:14 72:22
77:3 78:1,12 83:25
111:13 117:24 136:11
140:18 143:19 144:3
146:22 147:22 200:1
216:19 249:22 272:17

276:2,18,25 287:12
331:6 332:2 333:9
**meaning** 30:5 39:3
273:17
**meaningful** 161:14,17
161:19
**means** 19:14 20:19
27:24 28:12 30:24
38:9 39:8,8 55:15
58:6 59:18 60:4
68:18 78:3 88:1
118:1 272:21
**meant** 42:18 152:24
185:7 268:10 273:9
282:16 331:20
**measure** 216:10
**mechanism** 65:12
**meet** 46:7,10 49:5
171:17 173:24 296:1
**meeting** 59:24 60:18,23
60:25 61:10 134:23
135:8,11,12 136:25
137:2 148:21 149:1,4
150:13 157:8,11,14
157:15,23 158:2,13
188:24 294:11,16,18
294:24 295:3,8,18,19
297:18 301:18,21
333:21 334:10,16,24
335:24 336:10 339:24
342:8
**meetings** 88:14,24
89:12,16,20,24 158:6
**members** 279:25
**memoranda** 105:21
**memorialized** 236:4
**memory** 30:17 101:23
132:18
**mention** 325:18
**mentioned** 19:10 21:2
28:10 60:1 65:20
69:11 74:7 98:1
108:13 121:2 136:12
167:15,16 180:2
193:10 329:16
**merely** 103:16 290:4
292:15
**merged** 16:13
**merit** 149:13 295:4,10
295:16 297:19 302:8
**merits** 50:15 149:5
**met** 89:24,25
**Mexico** 1:5 13:10 17:15
19:11,20,25 20:16
28:2 51:18 79:23
156:24 188:10 295:23

296:5
**Michael** 189:11 330:21
337:21,24
**microimager** 249:5
**mid** 62:7,8
**middle** 31:25,25 42:5
64:14,14,15,16
119:12 137:22 202:23
271:5 317:9
**midway** 200:8
**Mike** 254:21,23 255:3
280:17
**miles** 51:23
**Miller** 248:17,24
249:12,17 250:1
**million** 24:25 26:1,6,7
37:22,23,23 38:19,19
38:20 39:1 53:17,23
54:2 59:20
**mind** 70:5
**mine** 155:22
**mineral** 137:19
**minute** 29:3 43:16
47:24 127:5 211:19
**minutes** 274:5 308:24
**Miocene** 31:20,21,25
32:1 51:5,13,14 64:14
64:15,15,16
**missing** 108:15 114:9
154:18
**Mississippi** 19:17 21:23
25:10,19 26:14 27:17
296:6
**mix** 334:6
**MMboe** 37:16 59:13
72:21,22,22
**MM5** 64:21
**MM7** 34:2 64:20 66:22
67:2,10 68:12
**MM7/MM5** 64:9,13
65:15
**mode** 170:21
**model** 41:24,25
**MOEX** 3:8 99:13,15,24
100:1 161:23
**moment** 28:10 57:24
77:22 90:5
**money** 25:5 180:1
**monitor** 81:18 82:25
131:5 143:10 175:7
175:10 178:18,19
182:18 305:13 307:5
319:19 321:1
**monitored** 186:12
213:3,6,20 222:22
319:3,11

**monitoring** 83:7 85:2
90:6 128:23 136:17
196:25 197:5,8,12,18
201:24 213:21 219:7
221:4 253:23 254:6
258:18 264:9 277:14
277:16 279:10 305:1
320:20 344:7
**MORGAN** 2:21
**morning** 13:19,20
208:20 264:1 271:10
279:12 280:20 284:17
294:12 304:24
**move** 78:14 251:21
279:5
**moved** 133:8 135:24
**moving** 130:21
**MTD** 237:17,19
**mud** 86:19,21,22,23
87:13 98:12 111:18
213:4 215:4,7,22,24
216:5 217:22 219:4
264:3,8,16,21 265:5
267:1 268:16 269:6
279:11 326:15
**multiple** 183:19
**MWD** 216:8,9 220:24
**M-I** 2:23
**M54** 31:14
**M55** 97:12
**M56** 97:12 275:18

_____

**N**

**N** 12:1 13:1
**name** 13:21 110:13
116:16 117:20 163:9
164:15 189:13 254:19
294:3 320:7 329:17
**named** 119:2
**Nancy** 3:6 346:2
**narrative** 14:8
**narrow** 200:3,11
203:13 299:4 304:12
**natives** 34:20
**natural** 31:6 21:4
**near** 45:25 54:22 55:9
77:6 112:22 113:11
116:7 161:12 174:5
183:3 308:2 336:24
**nearby** 66:12,22 67:10
**necessarily** 103:16
109:6 216:4 278:5
279:22
**necessary** 183:1 272:14

286:10
**need** 14:6,10 19:1 21:5
53:16 67:21 97:2
103:20 123:15,17
136:16,18 140:3
149:8 175:24 310:24
**needed** 83:18 89:24
90:1,2 93:11 106:3
118:10 123:8,12
208:10 286:7
**needing** 136:20
**negative** 320:22 321:2
321:6
**negatively** 186:5
**neighborhood** 342:22
**net** 59:18 63:2,23 66:22
67:2,10,15,17 147:13
**neutron** 112:3
**never** 42:13 80:22
89:15 97:17 135:12
182:1 196:4 240:4,8
240:14,19 244:19
254:4 274:15,20
279:8 335:10
**new** 1:16,23,23 2:14,18
2:18 3:3 13:6 52:19
52:22 101:3 163:17
170:19 171:17,18
288:18 289:7,11
**news** 133:18 166:19
**nice** 132:22 133:3,5
147:17 148:6 323:12
**Nichols** 2:7 5:17 253:3
322:17 323:1,3,6,11
323:13 324:14 325:11
325:24 326:14,23
327:11 328:2,13
330:3,13 331:5 332:1
332:15,23 334:4
335:11,23 337:12
338:25 339:14 340:18
341:3,14,22 342:6
343:4,13 344:2,13,23
345:9,13
**Nick** 29:5 30:3,4
134:11,18 207:10
312:4 329:14,19
**nine** 317:20
**nomenclature** 65:20
**non** 81:11
**nonoperating** 136:14
258:24
**non-geologist** 183:16
**non-operating** 99:20
**non-operational**
136:10

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

PAUL A. CHANDLER

Reported by:

May 4, 2011

JOSEPH R. KAISER, JR., CCR, RPR

Page 362

| | | | | |
|---|---|---|---|---|
| **non-operator** 81:6,10 | 39:6 48:17 50:9 | 259:10,17 260:3,13 | 125:25 310:12 311:18 | 60:7,11,17 61:4,17,20 |
| 81:15 82:7,13,15 | 53:12 54:13 55:2,19 | 260:21 261:3,11,23 | 311:24 313:15 314:17 | 62:6 63:4 64:3 65:25 |
| 84:10 109:9 136:5,13 | 57:7,19 58:18 61:7 | 262:5,14 263:15 | **obtaining** 38:24 39:1 | 66:21 67:14,19 69:21 |
| **non-operators** 98:8 | 62:20 63:9,20 65:6,17 | 264:12,24 265:8 | 56:3 88:2 111:20,23 | 71:8,14,21 72:1,8 |
| 259:21 | 66:14 70:2 73:6 75:8 | 268:2,19 269:9,19 | **obviously** 23:12 45:25 | 73:8,13,16 74:23 |
| **non-operator's** 81:22 | 78:9,21 79:7 81:13 | 270:2,11 271:19 | 170:5 | 75:12,20,23,24 76:9 |
| **normal** 90:24 94:17 | 82:2,10,17 85:15,19 | 272:2,10,23 273:6,20 | **occasion** 91:24 244:2,4 | 76:23 77:3,7,18 78:5 |
| 97:21,22 224:21 | 87:16 88:5,18,20 89:4 | 274:8,18 276:11,21 | 244:9,21 250:19 | 79:3,18,21 82:12 83:6 |
| 243:11 279:24 | 90:9,17 91:14 92:21 | 277:3 278:8,23 | **occasionally** 243:21 | 84:24 87:10,24 88:13 |
| **normally** 27:9 91:18 | 92:23 93:6,8,17 94:12 | 279:17 281:5,21 | 245:24 272:12 | 89:19,25 90:3 93:2 |
| 130:11 168:6 247:3 | 95:19 96:7,9,20,22 | 283:4,15,25 286:2,24 | **occasions** 92:2 94:15 | 96:3 100:20 101:7,11 |
| **north** 51:23 174:6 | 97:5,15 98:15 99:6,17 | 287:6,16 288:24 | 190:11 | 101:17,22 102:7 |
| **northwest** 68:16 | 100:5 102:2 103:3 | 289:16 290:2,6 291:4 | **occurred** 114:6 185:25 | 105:19 106:11,17 |
| **note** 35:9 59:22 109:24 | 104:6,24 107:12,24 | 291:16,25 292:14,24 | 231:12,13 232:17,20 | 107:8,19 109:14 |
| 133:16,21 195:10,11 | 108:9,24 112:14 | 293:16 294:22 298:17 | 232:25 | 110:25 113:1,19 |
| 214:13 218:3 219:13 | 116:21 119:18 122:1,9 | 299:8,23 300:7,17 | **occurrence** 108:14 | 114:10 115:21 116:16 |
| 220:4 231:2,11,15 | 123:5 125:15 129:18 | 301:11 302:10 304:1 | **occurring** 17:24 39:9 | 117:19,24 118:11 |
| 232:16,19 233:14 | 129:20,22 130:7 | 306:7 307:1,21 | 81:19 87:6 88:9 | 120:10 121:21 122:21 |
| 235:20,25 236:3 | 131:3 139:18 141:4 | 312:21 313:23 314:13 | 133:17 147:24 216:16 | 123:1 124:2 125:6 |
| **noted** 196:20 | 141:16 158:21 160:13 | 314:20 315:9 316:5 | 231:5 | 130:17,23 132:3 |
| **notes** 59:21 117:14,17 | 160:23 162:2,12 | 319:6,22 321:16 | **October** 47:20 48:10 | 133:21 134:1 135:2 |
| 125:2 166:6 236:4 | 166:15 167:5,20 | 324:11 325:6,21 | 50:24 56:14 59:4 | 136:2 137:6 138:19 |
| **noteworthy** 243:24 | 168:10,19 169:2 | 326:11,13,17,19 | 60:13 232:17 | 142:25 145:1 146:15 |
| **notice** 10:10 12:10 48:7 | 173:12 174:20 175:4 | 327:6,22 328:8,10 | **odd** 40:11 | 147:15,22 149:14,24 |
| 165:2 222:16,18 | 175:21 177:6,20 | 329:25 330:7,10 | **offer** 266:21 267:19 | 150:2 151:16 153:11 |
| 294:11,16 329:4 | 178:16 179:13 180:13 | 331:2,22 332:8,10,20 | **offered** 28:4 327:9 | 154:2 155:25 156:8 |
| **noticed** 155:16 211:21 | 181:8,22 182:7 183:6 | 333:17,19 334:22 | **office** 126:17 236:5 | 162:22 163:18 164:20 |
| **notwithstanding** 336:7 | 184:8,21 185:22 | 335:20 336:16 338:20 | 284:20 | 165:13 166:2 171:13 |
| **NPT** 200:7 | 186:8,22 187:9,22 | 339:11 340:12,14,22 | **official** 46:21 57:16 | 173:5 177:14 186:16 |
| **NPV** 59:13,18 | 188:6 190:3,16,25 | 340:24 341:11,18 | 105:3 | 188:1 190:9 195:21 |
| **number** 25:25 34:23 | 191:7 192:4,12,23 | 342:3,25 343:10,20 | **officiated** 12:24 | 198:24 202:21 205:12 |
| 35:12,13 36:10,12 | 194:5,22 195:25 | 343:22 344:10,19 | **offset** 54:21,22 55:6,9 | 206:2 207:19 208:14 |
| 39:10 58:8,15 59:19 | 196:8 197:3,14,23 | 345:5 | 69:12 | 211:7 213:14 214:15 |
| 59:22 60:1 62:13,14 | 200:19,21 201:9,17 | **objection** 52:24 139:11 | **offshore** 3:8 99:13,15 | 214:19 216:3,6,19 |
| 62:16 71:19 78:6,11 | 202:1,13,15 204:12 | 196:16 204:24 | 99:24 100:2 161:24 | 219:17 220:11,23 |
| 110:13 112:9 113:2,3 | 204:14 205:1,10,17 | **objectionable** 14:17 | 191:13 | 223:6,16,21 226:3 |
| 119:13 120:5 154:16 | 205:19 206:17 209:3 | **objections** 12:16 93:4 | **oil** 1:3,4 13:9 37:24 | 227:19 228:17,21 |
| 200:10 207:1,20 | 209:14 214:9 215:11 | 93:11,22,25 94:9 | 38:20 39:1 59:21 | 233:4 237:8,13 |
| 209:24 212:2 238:12 | 215:20 216:24 217:13 | **objective** 83:14,16 | 79:24 80:18 81:2 | 241:18 244:23 245:16 |
| 241:7 245:22 248:13 | 217:25 218:14,23 | 107:3 144:8,11 | 191:13 | 247:6 250:8 252:13 |
| 252:1,2 254:16 | 219:9,20 220:2,17 | 258:14 269:13 275:17 | **oil-based** 249:5 | 255:12,24 261:17 |
| 262:23 265:15 270:17 | 221:7,15,24 222:6 | 278:17 308:6 | **okay** 13:24,25 14:23 | 262:2 263:9,25 265:3 |
| 275:1 280:5 282:6 | 223:12 224:3,18 | **objectives** 143:17 | 15:5 16:8,9,15 18:5 | 265:15 266:5,6 |
| 284:8 287:24 290:9 | 225:7,14,24 228:6 | 266:11 | 19:3,13 20:7 21:1,9 | 268:13 270:15 275:19 |
| **numbers** 35:11 37:13 | 229:22 230:10,20 | **OBMI** 249:1,5 | 21:15,22 22:4 24:14 | 277:9 278:3 280:14 |
| 38:1 40:8,10,13,17,19 | 231:9 232:6,8 233:8 | **observation** 231:18 | 24:23 25:21 26:3,19 | 282:25 284:17 287:3 |
| 40:23 43:23 44:2 | 234:7,22 235:8,23 | 233:16 | 27:2 28:10 29:15,23 | 292:9 294:15 308:23 |
| 53:22 62:3 63:23 | 236:15 238:21 239:15 | **observations** 64:8 | 31:3,13 32:15 33:10 | 311:2 313:11 327:1 |
| 64:4 208:3,10 211:22 | 240:10,12 241:24 | **observe** 175:6,13 218:2 | 33:16 34:7,25 35:2 | 337:13,19 338:4 |
| 328:19 337:16 | 242:22,24 243:14,16 | **observing** 236:8 | 36:19 37:1,15 39:3,12 | **old** 249:10 |
| **N.W** 3:19 | 244:7,15,17 245:3,10 | **obtain** 15:9 33:5 87:12 | 40:18,21 42:5 44:5,24 | **older** 64:16 |
| | 245:19 247:14 249:15 | 88:10 98:10 107:21 | 45:7,13 46:2,6 47:1 | **OMBI** 249:4 |
| **O** | 249:24 251:1,19 | 108:16 138:10 248:25 | 47:21,22 48:6 49:23 | **once** 83:1,15 84:3 86:5 |
| | 252:24 253:25 254:8 | **obtained** 52:1 101:18 | 50:5,22 51:1 52:18 | 87:7 107:1 123:21 |
| **O** 12:1 13:1 | 255:20 256:25 257:13 | 103:1 114:9 118:2 | 53:3 54:18 55:14,23 | 131:9 155:2,2 176:14 |
| **oath** 12:25 | 257:23 258:8,22 | 120:23 121:23 124:17 | 56:4 57:15,23 59:7,12 | 180:16,17 220:9 |
| **object** 14:18 26:9 32:11 | | | | |

601 Poydras Street, Suite 1720
New Orleans, LA 70130-6029

GAUDET KAISER, L.L.C.
Board-Certified Court Reporters

Telephone: (504) 525-9100
Facsimile: (504) 525-9109

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

PAUL A. CHANDLER                          May 4, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 363

231:13 245:17 258:10 286:16 290:22 308:10 314:24
ones 172:3 174:13,15
one's 251:6
ongoing 319:13
onshore 28:2 34:4
open 325:9 335:4
operation 117:4 177:4 182:13,22 226:24 239:20
operational 81:16 88:15,25 92:18 117:7 170:24 269:1 321:13 321:24 334:3 339:5
operations 85:12 88:3 89:13 91:11,17,20 92:3,7 93:4,15 94:10 103:14,25 105:2,16 130:18 132:10,19 134:16,25 156:24 170:10,20,21,24 171:5,9,9 172:7,10,16 172:17 178:10 182:3 182:10,16,23,25 190:8 208:8 247:17 278:20 283:2 286:7 316:16,21 318:2 319:13 322:5
operator 81:16,21,22 84:10 85:17 88:15,25 98:6 109:7 181:4 185:17 230:2 258:18 259:13,24 260:19 261:20 302:20 341:9
operators 259:20
operator's 186:5 302:25
opinion 49:11 58:8 70:7,8 95:5 97:7 139:5,6,7 140:5 150:14 155:6 179:11 190:20 191:2,9 205:4 257:9,15 259:25 273:15 275:14 276:18 296:24
opinions 295:19
opportunities 77:15
opportunity 39:4 51:2
opposed 42:1 46:13 111:3,16 118:7 171:19
oral 236:12
order 108:2 149:8 289:10
organization 61:14

organize 46:19
organized 155:9
original 31:10 57:10 153:19 156:1,5
originally 161:13
Orleans 1:16 2:14 3:3 13:6
Ortiz 119:3 317:5
outcome 149:3 348:18
outline 181:11 194:15
outlined 51:16 289:2 303:9
outlines 61:12,12 74:19 285:11
outlining 208:2 239:23
overall 58:7 62:25 71:23 77:23 147:4,13
overbalanced 256:8
oversees 20:19
owned 30:14 117:22
ownership 73:11
O'Donnell 20:12 23:16 28:18 43:11 44:22 45:22 90:1 119:21 120:1 132:22 144:24 145:2,9 227:13,18 233:19,22 234:3 236:12 275:12,20 278:19 280:16 288:8 290:19,25 291:6 292:4,20,21 293:1 301:14 303:17
O'Donnell's 20:14
O'Neill 119:21 122:12 128:3,4,16 248:18

_____

P

P 12:1 13:1
page 5:3 6:2 7:2 8:2 29:24 35:12,13 36:15 39:13,15 40:15 42:6 59:3 60:12 70:22 71:16,16,18 72:7,13 72:17 73:14 77:23 109:21,25 110:1,13 112:9 113:6 116:11 119:12 137:23 138:20 144:24 202:24 207:20 209:23 210:6,6,8 212:17 250:9 252:10 254:16 256:15 263:18 271:6 277:24 312:3,9 312:10 317:9
pages 29:8 156:6
paid 186:4
Paleo 137:13,16,16,17

138:3,10,24 139:3,13 139:23 140:6 209:24 211:3,4,6,7,13
Paleos 169:18,23
Pan 1:15
paragraph 38:3 48:3 54:18 165:11,15,20 200:9
parameter 38:5 203:24 204:3 264:8
parameters 31:10 191:17 192:8,14,21 213:7,11,20,22 221:5 221:12 222:22 223:8 223:17 242:7 254:5 277:19
parenthetically 51:4
Parkway 3:13
part 12:20 19:10 30:12 52:8,8 64:20,21 68:12 71:15,21,23 103:20 111:10 114:7 127:19 170:6 179:1 180:3 200:4 205:12 224:20 272:4 279:20 305:6 306:2,9 309:4
participate 24:7,15,18 71:22 80:6,16 333:11
participated 72:2,6,12 73:9 334:8
particular 19:23,24 22:2 30:11 52:8 55:8 64:25 67:17 68:19 69:16 75:22 84:19 86:14 143:18 228:12 238:2 249:2,3 267:9 295:20 307:4 318:8 318:24 324:9
particularly 242:12
parties 12:4 348:16
partner 27:19 168:6
parts 71:11,14 72:1,5 73:8
party 136:14 258:24 311:13
pass 136:20 319:24
passed 219:13
passing 219:24
password 126:19
pattern 306:22 309:8
patterns 309:1
Paul 1:14 3:2 13:4,13 58:1 100:24 120:19 238:14 241:8 256:1 284:18 320:7 347:8 347:19

pay 66:22 67:2,10,15 67:17 74:4 97:10 123:22 124:7 147:13 148:1 149:7,10 181:5 200:16 267:16 280:25 288:18 289:1,3,7,11 296:8,11 302:19 308:2 326:4 333:25 335:17 336:9,22 342:18,22
paying 30:25
Payne 189:17
PC 316:3
PDI 139:1
Pencor 242:5 243:4
penetration 118:6 203:22 204:20 205:7 205:13,22 220:25 229:13,25 230:3,7
Pennsylvania 3:19
people 27:25 61:1,1 63:14 91:25 101:5,8 101:12,15 119:16,19 119:24 120:3,5,8 131:25 158:2 179:10 179:15 182:12 190:21 192:17,19 219:14 231:19 244:25 245:13 270:8 281:10 317:15 318:4,10,14 319:15
percent 30:13,14 31:2 57:11,13 59:14 60:2,3 77:24 79:2 203:15
perception 332:4
perform 172:11,15
performance 203:10
performed 172:18,19 196:5 211:5
performing 172:9 181:17 182:3 257:7
period 17:1,11 18:14 19:10 20:3,9 21:12 23:23 36:21 48:12 82:23,24 83:9 85:1 89:2 108:19 109:18 117:2 127:23 128:14 128:17 129:7,10 136:4 142:6,14 313:14
periodically 118:9 139:1 145:19 306:14
permeability 250:5
permission 97:3
permitted 92:17 93:2
person 91:10 103:24 187:7 189:20,23

190:5 282:21 286:8 329:12 337:24 344:15 344:22
personal 50:22 105:24 121:14,16 211:22 315:18 348:12
personally 37:9 80:11 80:25 89:8,19 93:13 94:8 101:18 107:20 114:11 188:21 223:7 223:18 242:15 250:24 320:15
personnel 80:17 89:12 89:21 101:9 103:10 119:14 120:17 122:5 122:22 123:2 148:22 221:4 271:16
persons 91:10 119:22
perspective 19:7 32:21 37:11 70:7 84:17 108:1 117:12 129:24 130:10 141:18 161:18 177:8 195:15 234:18 234:24 344:3
perspectiveness 334:25
Petroleum 3:8 15:22 16:6 119:13 167:11 167:25 169:6 317:10
petrophysicist 122:11 128:5 249:17 250:2
petrophysicists 248:24 318:16
Peyton 39:14,17,18 41:17 42:7 59:4 119:20
Pfister 254:18,18,20,21 254:21,23 255:3 280:18 317:17
Pg 59:14,25 60:4 62:12 62:13,16 63:15 78:6
phase 91:2
phone 150:12 211:22 246:2,5,7 297:5,7,13 297:20
phrase 84:15 144:10
phraseology 273:14
phrasing 181:5
physically 126:14
pick 22:1 42:2 342:14
picture 160:4 161:12
piece 216:12
pieces 206:6
Pinky 189:14,14
pipe 130:3 157:3 158:3 233:3 290:22 321:7
PJ 100:24

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                        Reported by:
PAUL A. CHANDLER                                    May 4, 2011                          JOSEPH R. KAISER, JR., CCR, RPR

Page 364

**place** 79:5 98:6,7
136:25 137:2 147:13
149:1 157:23 176:8
177:3 183:1 193:3
195:3,23 199:15
204:9 230:15 234:5
314:15
**placed** 87:18 152:5
308:17
**places** 56:25 68:20
242:19 278:21
**plaintiff's** 1:23 13:22
**plan** 46:9 79:15,17,19
79:24 80:2 138:22
191:22 264:1,19
284:21 291:22
**planned** 253:20
**plans** 96:17
**play** 32:16,19 44:8 63:2
71:8 131:12,18,21
158:16 178:23 281:24
**played** 25:4 71:15,24
81:25 158:17 159:4
**playing** 175:1
**Pmean** 37:22
**point** 16:18 24:23
25:10,17,20,21,24
26:25 27:3,7 40:18,21
43:1,13 45:13,21
46:25 47:6 62:4,8
64:8 69:17,19,21
78:15 84:5,9 95:14
111:8 112:22 120:21
125:25 126:1,4 135:5
135:15,19,21,25
136:13 139:25 142:5
144:2,5,6,8 145:22
180:4,5,7 181:14
204:7 205:24 216:17
216:18 227:8 232:1
232:11 244:11 247:2
263:22 266:17 267:14
278:17 287:18,21
288:22 289:18 295:5
305:4,7 308:7,12,15
328:1
**points** 180:9,24 263:21
**POITEVENT** 2:12
**policies** 102:24 103:6
104:20 121:22
**policy** 3:18 123:2,7
**Pompano** 51:6,21,22
52:3,4,10,15 174:5,7
174:8
**pore** 192:1,20 199:24
200:25 201:4 224:8

253:18,23 264:4,16
265:5 276:9 299:1,2,4
299:17 304:12 326:9
327:4,13,16 342:21
343:6,14,17,24 344:7
344:16 345:2
**porosity** 250:4
**portion** 141:10 329:8
**pose** 282:21 292:11
**posed** 83:5,21 283:22
289:20 290:5 292:15
**posing** 286:21 292:17
**position** 18:11,16 19:8
20:7 28:1 31:17
57:16 187:7 213:16
256:3 289:13 309:7
310:1,9,15 311:16,21
312:15,25 315:13,21
318:20 329:17
**possibilities** 27:5
**possibility** 28:8 29:18
94:25 95:11 148:22
149:7 157:17 294:25
296:2,20,23 333:24
337:7
**possible** 18:1,10 68:12
128:17 145:21 298:19
303:10
**possibly** 36:11 148:22
149:18 325:9
**post** 247:7
**posted** 239:13 240:8,15
242:19
**post-drill** 159:12
161:21
**potential** 18:21 69:14
220:8 228:15 256:7
263:20,21 285:8
296:11,13 308:1,6
335:25 336:12
**potentially** 181:13
194:25 289:19 298:22
**Powell** 156:18
**PowerPoint** 9:14 71:4
71:6 75:1
**Poydras** 1:15 3:3 13:6
**PP** 203:13
**PPG** 340:7,8 341:6,7
342:23
**practice** 90:21,24
109:10 305:22 306:3
306:22 309:1,8
310:11
**practices** 102:25 103:6
105:25 121:22
**preclude** 296:2

**predicted** 124:8 161:13
**preference** 158:11
**preliminary** 161:5
**preparation** 77:17
102:17 163:20 164:1
166:3,7 338:7
**prepare** 73:21 75:21,22
76:10,24 77:9
**prepared** 47:2,4 71:12
73:11,15,23 74:2 76:3
77:16 86:23 105:20
166:7
**preparing** 24:19 71:9
72:3
**presence** 124:6,7
**present** 50:12 55:13
56:23 59:18 147:18
147:19 148:6 226:24
228:18
**presentation** 9:14 44:9
49:25 50:3,6,11 71:4
71:6
**presented** 50:13
**presently** 15:21
**pressure** 112:6 130:3
192:1,20 199:25
200:25 201:5 224:8
224:24 253:19,23
264:4,16 265:5
268:22 276:9 298:20
299:1,12,12,17
303:10,23 304:12
321:6 326:9 327:4,14
327:16 342:17,21
343:6,17,25
**pressures** 298:25 299:2
299:5 343:14 344:7
344:16 345:2
**pretty** 21:6 147:25
210:13
**preventer** 140:23
**previous** 114:6 163:14
167:9 338:24
**previously** 74:9 100:9
102:8 118:20 198:5
198:21,23 199:10
202:22 212:15 223:23
225:19 294:10 322:20
323:15 328:18 337:14
**pre-drill** 161:20
**pre-spud** 134:23 135:8
**primarily** 17:14 87:4,5
88:10 90:14 151:19
179:5,24 181:3 305:2
**primary** 18:22 19:19
97:20 107:3 188:12

268:7
**principal** 122:14
**print** 125:6,21
**printed** 125:12
**prints** 208:10
**prior** 33:3 79:3,12,18
79:21 80:4,9,14,23,24
102:19 118:12 135:22
146:10 296:4 299:19
**private** 108:20
**probability** 60:5,8
**probably** 94:3 101:15
107:1 140:6 235:19
271:10 275:24 277:16
282:20
**problem** 67:7 94:6
110:7 340:20
**problems** 140:25
204:19
**procedure** 12:9 90:22
90:25
**process** 208:24 268:23
**produce** 52:15
**produced** 34:18,19
156:2 212:7
**producing** 18:22
**product** 65:22 98:5
**production** 17:24 84:20
**productive** 275:24
296:3
**professional** 15:16
**proffered** 327:2
**profile** 266:8
**program** 37:8,12 41:21
98:6 117:21 154:5
166:19 239:19
**progress** 88:15,25
89:21 131:6 136:17
175:11 182:19,21
218:5 220:6 228:2,8
239:18 243:23 267:7
280:1
**progressed** 83:2
**project** 17:6,9 19:8
20:8 22:17 33:4
35:21 50:23 61:12,21
62:6 63:14 82:21
106:16 118:12 135:7
135:22 136:1 170:11
170:12,15 172:5
188:16,18 194:12
253:4 329:23 341:1
**projects** 106:13,15
170:16 186:24 187:2
187:5
**promote** 30:21,25

**pronounce** 254:19
**proposal** 44:14 63:18
162:5 191:23
**proposed** 295:5
**prospect** 22:12 27:16
28:16,19 30:14 36:11
43:20 46:8 48:25
50:16,17,17 51:5,14
53:15,19 54:19 61:13
61:14,18 64:7 68:19
70:7 72:12 74:1 84:6
173:9,15,23 174:2
267:21
**prospective** 295:13,21
**prospects** 23:3 28:3
51:17 56:24 57:2
170:19 171:17
**provide** 14:7 131:24
140:4 169:13 170:2
175:18,23 217:10,15
219:17 234:19 243:12
257:3 272:7 273:2,13
274:3,12 311:4
313:20
**provided** 32:23 74:25
75:3,6,14,16 76:1
77:1,12,13,20 83:3
136:19 164:3,6,6
170:4,7 175:14
180:10 196:10 209:19
211:23 213:4 215:4
217:21 218:20 219:3
221:22 222:4,12,23
223:2 224:11 226:6
254:13 272:12 311:9
339:7,16,18,21
**provides** 81:21
**providing** 44:10 209:11
215:9 235:1 243:6,9
256:21 258:5 271:15
271:24 278:19 317:24
**proximity** 52:10
**PSI** 321:6
**pull** 215:25
**purpose** 52:20 83:6
89:13 159:14 204:21
211:14,16 238:18
287:3 318:23
**purposes** 12:7 15:25
16:4 122:24 169:11
**pursuant** 12:9
**pursue** 53:19
**pursuing** 70:10
**push** 302:23 335:8
**put** 28:17 46:17 57:10
71:24 84:12 103:15

601 Poydras Street, Suite 1720                          GAUDET KAISER, L.L.C.                         Telephone: (504) 525-9100
New Orleans, LA 70130-6029                          Board-Certified Court Reporters                  Facsimile: (504) 525-9109

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                           Reported by:

PAUL A. CHANDLER                                  May 4, 2011                        JOSEPH R. KAISER, JR., CCR, RPR

Page 365

| | | | | |
|---|---|---|---|---|
| 104:3 106:4 145:19 196:12 218:6 238:1 247:4 306:15 307:14 323:12 326:6 **putting** 84:18 **P-50** 36:12 **p.m** 49:25 322:16 324:3 324:4 **P90** 37:21 **P90-Pmean-P10** 37:16 ────── **Q** **qualified** 282:21 283:9 **quality** 148:4 336:21 **question** 12:17 14:20 48:3 68:8 70:15 84:19 93:24 94:2 95:1,16 96:11 107:15 116:10 140:13,16 179:25 181:18 222:8 261:16 281:7 282:15 286:21 305:25 310:25 333:3 336:4 338:4 346:2,8 **questioned** 283:22 **questioning** 163:10 247:5 294:9 **questions** 13:24 14:6 14:16 18:6 29:5 36:4 47:16,16 73:17 83:4 83:21 91:11,21 93:3 93:11,14,25 94:14,15 94:18,22 124:22 163:16 164:22 165:18 169:14 178:5,21 179:20,24 182:20 189:24 194:2 218:6 221:20 222:11 253:6 253:16 264:17 281:3 281:9,15,19 282:1,21 283:2,7,18,21 284:2 296:18 300:25 334:2 **quick** 29:3,5 35:4 41:10 47:16 67:21 280:13 **quicker** 193:24 **quickly** 70:12 123:19 155:8 216:20 278:20 **quite** 185:14 **Quitzau** 85:7 120:10 128:19,20,21 129:9 143:19,20 172:23,24 175:9,17 182:15 185:4 201:23 221:11 252:11,21 253:10,22 254:4,10,17 255:1 256:21 263:5 264:9 | 264:14 265:4,25 266:13 267:4,6 268:13 271:1,6,14 272:7,20 273:25 274:3,16 280:16 281:2 282:14 283:1 283:12 303:20,23 304:4,6,7,8,11,19 317:17 321:12 322:1 324:6 345:12 **Quitzau's** 255:5 257:2 266:18 325:17 ────── **R** **R** 2:2 4:9 12:22 13:1 348:4,20 **raise** 93:3,10,13 296:19 **raised** 295:19 334:19 **raising** 281:2 **ran** 43:22 46:16 **Raney** 29:9,12,13 **range** 35:24 36:3,7,8 37:14,16,20 38:4,4,15 38:17 40:9,11 41:19 50:16 51:15 72:19 164:8,9 **ranging** 66:23 67:11,17 **rapidly** 204:5,6 **rate** 131:7 203:22,23 204:20 205:7,13,22 220:25 229:13,25 230:3,7 **rates** 118:6 **rathole** 285:12 **ray** 74:18 112:2 **RCT** 59:24 61:13,25 62:10 63:14 **RCT's** 62:1 **reach** 83:13,14 123:19 131:8 143:17 179:18 183:13,21 184:14 185:19 186:6 204:6 205:25 258:11,14,14 266:11 275:16 278:16 **reached** 83:15 84:3 111:8,9 125:24 143:9 181:5 217:4 266:9 308:14 **reaching** 175:11 185:8 186:10,13 216:16 220:7,15 259:3,25 268:11 **read** 30:12 40:3 42:11 43:4 46:2 51:7 54:23 66:4 90:22,25 133:1 134:20 138:21 145:25 | 146:2 147:15 199:18 202:25 203:19 237:14 253:20 255:25 264:6 266:3 271:12 275:19 280:13 282:23 284:22 290:23 305:25 329:1 337:17,18 338:15 340:4 347:8,9 **reading** 12:11 29:6 41:11 48:5 236:8 326:2 **ready** 46:6 **real** 19:5 280:13 281:7 **really** 18:13 38:12 42:21 125:17 144:1,2 144:4 146:7,17,20 166:11 176:10 183:15 203:18 229:24 244:19 247:20 253:1 257:2 263:17 266:15,16 303:11,11 337:10 **realm** 121:19 **real-time** 88:8 111:3,16 117:23,25 118:2 119:5 120:23 121:3 122:6 125:3 145:4,20 197:12,19 199:24 216:4 271:11,15,24 272:8,17,21 273:4,9 273:14,18,22 274:1 305:1 306:18,20 307:7 311:8 319:3,11 **reason** 52:13 107:6 113:8 114:10,16 142:9 148:9 155:1 176:22 215:13 247:21 277:11 298:5 325:18 327:2 **reasonable** 38:6,11 **reasonably** 193:19 **reasoning** 317:23 **reasons** 128:9 169:11 174:10 193:20 195:23 196:6 221:1 302:4,14 302:15 303:5,8 **Rebecca** 119:21 **recall** 25:25 26:3,13,19 27:3,8,12 28:7 35:15 41:12 45:11,22 50:3 60:23 71:11 78:23 79:4,12 95:15 100:15 101:17,20 112:18,21 114:2 115:14,20,21 125:1 126:9 128:1,15 129:3,8 130:17 136:24 137:1 138:7 | 140:9,19,24 142:17 143:3 151:4 156:18 157:11,13 158:5 170:2 180:23 181:1 184:3 189:10,16,18 196:18 197:16 207:12 207:14 232:13,23,24 233:1,4 235:12 237:10,12 246:21 248:19 253:9,12 261:5 262:3,7,16 263:9 277:13 281:13 284:15 287:12 288:9 289:13 290:25 294:13 298:4 299:10,25 300:2,9,12 303:7,18 303:21,22 304:3,10 304:16 308:13 312:5 313:10,11,16 317:6 339:23 342:11 343:2 343:5,12 **receive** 85:12,22 86:18 87:11 119:4 208:4 240:18 244:1 **received** 165:19 240:4 240:20 247:12 310:17 311:3,7 330:16 **receiving** 132:7 154:20 **receptive** 289:21 292:12 296:25 297:11 303:12 **receptiveness** 301:4 **Recess** 163:4 **recipient** 30:11 47:19 **recipients** 49:24 323:20 **recognize** 70:24 323:17 340:5 **recognized** 174:1 **recollection** 189:19 209:19 **recommend** 302:5 **recommendation** 33:1 43:8 44:4 46:9 47:1,3 47:6 70:6 71:18,22 149:21 157:4 158:3 160:9 162:19 178:24 291:12 292:17 301:7 301:16 302:3 **recommendations** 71:16 92:18 160:5 169:13 **recommended** 17:18 **recommending** 160:6 **record** 35:9 68:1,3 72:10 80:7,12 102:9 109:25 127:6,10,12 | 156:1 163:3,6 198:11 198:14,15,17 199:1,3 199:4,6 229:1,3,5 236:23 252:4 255:25 262:24 265:19 274:25 280:6 282:5 288:1 290:11 293:20,22,24 320:2,4 322:12,13,15 322:25 323:3 328:16 328:21 333:9,10 334:14 338:16 345:17 345:20,22 346:11 **records** 107:8 **record's** 25:8 336:5 **recoverable** 36:10 **redacted** 211:23 212:11 **REDDEN** 2:7 **reduce** 147:4 **reduces** 147:12 **refer** 22:2 32:2 65:2 135:14 150:6 **reference** 299:19 336:2 336:7,20 342:17 344:16 345:2,7 **references** 345:11 **referred** 28:25 34:12 41:7 45:3 47:12 56:10 58:25 70:19 132:14 134:6 137:8 142:22 144:20 148:17 150:20 151:13 153:13 156:13 165:5 207:3 236:25 238:9 241:3 246:16 248:10 252:6 263:1 265:21 270:22 275:3,17 280:8 282:10 284:12 288:3 290:13 328:24 337:1 **referring** 16:6 31:17 38:16 43:3 45:15 52:6 55:5 65:23 69:20 84:22 111:1 200:14 209:8 227:11 227:12 237:5 263:17 273:23,25 274:21 276:6,7,13 277:6 298:25 327:13,15 337:3 **refers** 53:5 60:18 280:20 285:15 336:19 **reflect** 29:17 **reflected** 126:24 **reflections** 199:17 **reflects** 114:5 **refused** 298:14 **regard** 106:14 159:13 |

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

Reported by:

PAUL A. CHANDLER                    May 4, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 366

165:21 166:18 172:1
178:9 179:17 180:15
192:1 193:5,25 195:8
195:13 197:6,7,9
200:23 222:15,19
227:4 230:14 258:10
261:13 268:4,9
269:11 286:15 306:10
**regarding** 80:17 82:22
87:11 89:21 93:4
103:7 104:4 159:6
189:21 196:19 239:9
256:2 346:4
**regards** 103:13 123:18
127:20 175:10 186:12
196:11 228:15 239:1
280:25
**region** 19:25 34:1
**regional** 79:24 295:22
**regular** 190:14 213:12
217:11,15 251:16
285:25 286:4 306:2
319:4 329:21
**regularly** 88:14 89:11
89:15,20,23 231:5,12
244:4,13,20
**regulations** 191:12
**relate** 278:5
**related** 116:9 165:18
167:2 169:5 189:25
191:16 206:15 216:11
216:12 221:20 222:11
348:16
**relationship** 167:25
189:1 195:6 274:21
289:8
**relative** 66:7 274:10
**relatively** 51:3,21 53:6
54:10,15,16 73:2
203:15
**reliable** 118:14
**remain** 40:23
**remained** 40:24
**remember** 23:24,25
33:8 45:14,24 73:10
79:9 116:5 126:7
128:18 136:6 148:14
170:3 180:9 185:24
187:15 233:10,24
245:21 246:8 270:13
276:4,5 277:5 281:25
283:6 284:24 285:2
285:13,18,20 287:8
304:22 335:12
**remind** 134:13
**removed** 68:22

**repairs** 133:12
**repeat** 251:3
**rephrase** 261:15
**replace** 130:22
**replacing** 212:11
**report** 20:9 23:14,17,19
87:13 110:21 114:5
114:17 116:19 177:12
179:7 209:24 213:3
219:12 224:9,10,13
226:4,5,14,15 227:19
227:23 228:1 231:19
233:17,21 234:4
236:8 237:17,19,20
239:21 240:1,2,5,14
240:20 242:5 243:4
244:1 280:20
**reported** 4:6 20:11
21:13,16 23:16 91:2
178:1 227:17 236:11
348:10
**reporter** 4:9 12:23
13:16 14:11 348:5,21
**REPORTER'S** 348:1
**reporting** 324:6
**reports** 21:19,20 85:23
85:24 86:1,2 87:5,14
87:14,18,22 90:14,15
90:23,25 94:16 98:12
98:12,12 103:12
105:20 108:15 112:12
113:4,9,9,17,24 114:7
114:9,12,15 115:6,17
115:19 116:14 117:15
126:23 138:11 151:3
153:20 154:10,13,16
154:21 155:7 176:3
178:1 196:12 208:20
211:11 217:22 218:20
219:2,3 223:4 227:3
243:3 271:9 273:13
307:14 343:18,25
**represent** 294:3,5
320:7 323:7
**represented** 318:2
**representing** 323:5
**request** 169:22 175:25
210:13 247:10 272:13
**requested** 162:9 247:8
251:11
**requesting** 252:22
**requests** 194:15 250:15
251:9
**require** 176:17,19
191:17
**required** 96:15 176:11

176:24
**requirement** 207:17
**requirements** 171:18
173:24 192:1 208:1,2
**reservations** 302:21
**reserve** 36:10,13 41:19
49:6 50:16 51:15
52:16 54:3 63:23
72:18
**reserved** 12:19
**reserves** 38:25 51:4
52:1,2 56:1,3 63:3
**reservoir** 31:18 35:20
35:24,25 36:16 37:9
37:14 39:18,25 40:7
41:17 42:21 46:17
55:7 58:4,9 64:9,22
65:14,23 68:21 69:15
75:14 83:17 84:4,19
95:10 98:20,21
113:15 123:22 124:1
124:8,22 131:9
144:12,13 145:6,7
147:4,13 159:7,8,12
159:17,21,25 160:3
160:19,21,25 161:3
162:14 176:14 178:20
179:18 180:16,19,20
180:21 181:11 193:15
239:9 242:4,7,12,14
243:20 250:4 267:16
268:8 285:6,7,9
286:17,18 289:3
340:9 341:7
**reservoirs** 18:22
183:25
**resistivity** 74:19 112:2
146:18 326:3 327:10
327:12
**RESOURCES** 3:16
**respect** 22:4 23:13,20
48:12 81:25 82:13
100:3 104:21 121:12
130:24 158:18,18
159:5 329:23 333:4
333:14 334:19 335:17
339:6 342:12
**respond** 138:19 154:8
266:14 297:25
**responding** 300:24
333:15
**responds** 145:9 152:21
**response** 79:24 95:15
95:23 132:25 146:1
256:2 266:18 296:17
325:12,14

**responsibilities** 17:12
17:13 22:5 85:1
154:1 188:2 224:15
334:7
**responsibility** 46:23
155:4 188:12 326:25
329:22
**responsible** 22:18
170:16,16,18 318:12
321:12,23
**responsiveness** 12:18
**rest** 71:5
**restriction** 315:4 316:9
**restrictions** 314:16
315:1 316:12,14,19
**result** 284:25 335:3
**results** 37:4 178:20
**resume** 134:25
**resumed** 101:24 132:19
**resuming** 132:10
**resumption** 130:24
**return** 234:4 235:12
**Returning** 68:3 127:12
163:6 198:17 199:6
229:5 293:24 322:15
**returns** 193:3 232:20
232:24 233:3,5
235:15 326:5
**review** 28:19 47:24
48:9 56:23,24 57:11
60:14 61:15 79:16,19
79:23 102:25 105:22
121:23 198:21 226:10
**reviewed** 61:14 79:15
80:1 91:1 163:25
164:2,5 188:19
344:25
**reviewing** 90:13 103:11
122:6,23 131:19
188:4
**revised** 59:23
**re-evaluating** 199:24
**re-map** 18:20,25
**re-mapped** 159:10
**Richard** 49:16
**Rider** 74:2,11
**Ridge** 19:19 134:24
**rig** 1:4 133:10 182:16
273:3 274:5,6,11
276:19 316:15,21
320:11
**right** 19:15 24:4,5
25:12,15 26:2,17,18
29:11,20,22 30:19,22
31:5,12 32:5 37:17
42:10,15 51:8 59:11

60:16 61:22 72:17
73:1 74:18 86:3,12
90:11 92:15 98:17
100:19 102:22 105:15
106:12 110:18,24
120:19 126:18 128:11
138:18 145:25 147:20
152:15,20 154:11
157:2,25 158:4,15
164:23,24 167:12
169:7 170:10 171:4
173:2,10,16 178:2,3
185:14 189:5,6
190:12 194:20 205:15
205:21 206:8 211:8
212:4,4 216:22
219:25 220:25 223:14
223:20 227:21 235:21
238:16,17 240:22
241:19 243:6 250:16
251:7,8,10,12 252:18
252:19 253:16,20
255:15 258:6 261:21
261:25 264:6 271:1,8
277:18 278:21 281:19
284:9,10,22 285:16
285:25 294:20 297:17
299:2 304:9 305:9,10
305:17 306:16,21
309:5 311:10 316:25
318:22 321:11 322:9
325:16 335:16 337:23
339:1 340:17 342:19
345:14
**ring** 24:11
**risk** 37:4 38:4,15,17,18
38:21,23,25 39:3,8
51:5,20 54:20 55:15
55:15,15,16,24 56:2
56:19,21,24 57:1,3,10
57:12 58:2,3,6,7,8,10
58:16 60:14 61:1,11
62:12,13,16 63:15,23
73:3 77:21 78:11
**risky** 51:14 56:2
**road** 179:1
**Robert** 100:18 172:22
238:13
**robust** 249:10
**rock** 31:18 58:9 64:14
65:23 67:17 124:1,8
124:10 137:18,21
148:4 178:21 179:18
180:16,19,20 181:11
**rocks** 64:19
**role** 23:13,14 25:4

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                                                 Reported by:
PAUL A. CHANDLER                                          May 4, 2011                                          JOSEPH R. KAISER, JR., CCR, RPR

Page 367

32:16,19 44:5,9 71:8
71:25 81:10,18,24
82:6,12,21,24 83:2
85:8 92:11 130:23
131:12,18,21 136:3,5
136:10 143:10 158:17
158:17,23 159:4
165:22 175:6,13,15
177:18 178:18,24
179:4,5 181:10
188:17 192:9,15
193:12 200:12 201:3
201:11 202:19 203:25
214:12 218:2 219:24
220:4,19 247:24
250:14 255:4 257:3,3
257:7 258:25 259:13
281:23,24 283:1
341:2
**roles** 175:1
**rolls** 68:25
**RONQUILLO** 2:2
**room** 1:15 3:19 105:9
**root** 167:1
**rotary** 239:1,3,4,19
240:3,5
**roughly** 60:2
**routine** 319:4,15
**routinely** 269:22
279:19 286:5 305:23
**RPR** 4:9 12:22 348:20
**rule** 304:17
**rules** 14:4 21:3 104:20
**run** 37:13 41:20 155:3
183:23,24 247:1
249:1,6 256:9 257:10
266:24 268:5,14
341:15,25
**running** 86:6

—————————
**S**

**S** 12:1 13:1
**safe** 178:11 202:11
285:21
**safely** 142:8,15 320:12
**safer** 256:9 257:10
**safety** 80:7,12 328:5
330:24 331:9,14
332:4,18 333:13
334:18 336:12
**salt** 200:2,10,15,15,24
201:6
**sample** 210:15 215:1,2
228:11,13 239:8
**samples** 86:24 87:1
112:6 138:25 139:12

210:8,14,18,18 215:8
**sand** 67:2,11 68:13,21
69:1,3 74:12,17,20
95:10 97:11,19,20,24
145:11 146:8,24
147:8 176:14 186:14
193:15 194:13 220:8
220:9 268:8 269:13
275:12,15,18,23
276:8,14 280:25
295:13 296:14 326:3
326:4 340:7 341:6
342:17
**Sanders** 43:11 44:21
45:9,17,19,23
**sands** 95:9 203:8 256:5
256:5 289:1 295:22
296:3 308:1 335:17
335:17 336:9,9,21,22
342:22
**Santa** 66:1
**Sara** 104:1
**satisfied** 107:19,20
108:2 109:11
**save** 12:16
**saw** 50:14,20 61:13,14
117:15 149:10 161:20
180:18 214:6 275:13
326:1,2
**saying** 132:22 138:16
139:9,21,22 145:10
153:19 227:24 249:22
257:10 259:23 267:12
268:16 269:15 270:13
292:20,21 293:7
339:15 341:5
**says** 30:12,20 31:13
37:3,15 38:3,14 42:12
54:4,19 59:13 60:20
61:18,21,25 65:25
66:21 67:2,10 68:10
72:18,18,21 77:23
100:23,24 110:20,23
132:8 138:2 139:14
143:16 145:14 152:8
152:12,12 177:16
200:9 203:3 208:19
209:7 210:7 213:6
237:14,16 253:21
256:1,15 263:25
266:8,19 268:14
271:8,13 275:21,22
277:9 279:7 282:14
284:17 288:14 290:21
294:24 324:2 326:1,2
**schedule** 133:3,6,23

**scheduled** 88:14 89:11
89:16,20,23
**schematic** 263:19
**Schlumberger** 98:4
237:18,19
**Science** 15:1,7
**sealing** 12:14
**second** 71:16 72:6
102:23 203:3 329:2
**secondary** 18:23
**SECREST** 2:7
**secretary** 156:21
**section** 1:4 3:18 121:5,9
143:18 144:7 212:17
213:5,6 221:2 223:19
267:13 268:7 295:12
295:21 307:10,24
308:2 340:9 341:8
**sections** 74:5 200:2
307:25
**secure** 28:1
**see** 26:25 29:25 31:19
34:21 37:5 38:6
41:21 43:23 47:6
50:1 53:7 59:15
66:24 67:12 68:16
69:7,22 70:4 106:18
109:20 110:13,17
113:5,20,21,25 115:5
115:12 116:16 117:3
117:9 124:9,10,13,15
124:16,19 126:23
130:4 132:11 135:16
138:4 145:12 146:17
146:20 148:1 149:22
152:5,14,22 154:6
191:4 207:9 209:24
210:7 213:5,6,7
214:11,21 237:11
250:8 285:7,8 289:9
292:12 295:11 306:19
312:13 317:12 337:20
338:11 339:3 340:10
340:16 341:4,13
**seeing** 27:20 86:24
115:16 128:13 145:4
149:7 193:14 207:12
207:15 217:1 278:2
286:17 296:14 312:5
317:6
**seek** 44:15 62:18
**seeking** 30:20 40:6
**seen** 32:4 100:13
102:11,19 124:14
129:5,15 147:7 165:8
198:7 203:10 207:22

223:24 225:20 237:3
237:9 252:14 336:21
338:5,10 344:15
345:1
**seismic** 31:14,19 54:20
69:13 73:19 76:2
77:9 266:21 267:20
**seismically** 295:24
**selected** 318:9
**send** 246:23 250:14
257:20
**sending** 154:9 237:23
239:12 242:18 243:2
265:4 329:13
**senior** 16:17,24,24
20:23 21:13 134:14
134:15
**sense** 53:18 57:9 65:19
65:22 161:12 203:18
285:3 334:3 335:2
**sent** 111:14 138:25
155:9 208:3 211:11
241:21 244:1 298:1
329:14,14 330:19
337:21,25 338:24
**sentence** 37:15 43:5
53:7 132:8 134:20
146:16 147:16 290:20
**sentences** 138:21 146:3
288:14
**separate** 34:19
**seq** 12:8
**sequence** 31:21
**series** 29:7
**service** 311:9
**session** 266:12
**set** 22:22,24 77:5,6
87:20 107:16 157:8
183:19,20 184:6,11
184:16 210:14 226:22
249:10 256:12,16
258:13 259:1,4 267:9
290:22 348:9
**sets** 228:10 249:10
**setting** 73:23 148:21
157:4 158:3 185:3,5
256:2 337:7
**seven** 315:7
**shales** 256:8
**shale-fill** 68:14
**shallow** 141:10,10
**share** 138:3,23 139:3
139:15,23 140:6
169:18
**shared** 106:4 115:1
196:5

**sharing** 153:25 175:1
**Sherry** 56:14,17,18
**shoe** 266:10 267:11,23
268:5
**shop** 51:20 155:3
**Shore** 120:20
**short** 134:23 256:15
**shorter** 256:12,17
**shorthand** 21:25
348:11
**shortly** 26:20,23
**show** 43:15 51:2 61:5
66:17 70:13 74:17,17
86:13 102:7 118:19
151:6 169:23 214:20
266:21 267:19 277:24
277:25 322:19,20
328:17 337:13
**showed** 335:12
**showing** 74:3,4,15
76:19 148:9 239:21
239:22 263:20,20
**shown** 102:13 120:9
317:3 324:24 340:2
**shows** 61:13 69:13
73:23 75:17 76:11
77:5 86:14,25 112:8
113:1 214:17 228:15
276:15,17
**SHUSHAN** 1:6
**sic** 66:23 249:4
**side** 20:21 23:8,9 46:15
74:18,18 176:9
**sides** 65:2 69:6
**sidewalk** 112:5 239:1,3
239:22 240:3
**sidewalls** 239:19 240:6
**significance** 66:11
**significant** 54:16
**significantly** 161:1,4
**signing** 12:12
**similar** 43:25 66:9,12
74:4,13 76:4
**simple** 95:1
**simplest** 18:9
**simply** 37:12 69:20
84:18 138:16 139:8
196:20 205:22 219:24
220:12 236:7 296:23
301:7,10 341:15
**sir** 41:10 56:13 254:22
327:17 329:13 334:5
335:12 341:21
**site** 22:2 24:20 130:18
306:3
**sites** 146:13

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

Reported by:

PAUL A. CHANDLER                          May 4, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 368

sitting 160:10,19
situation 133:25 185:17
  233:20 307:3 340:6
  341:6
situations 262:3
six 317:10,14
size 35:25 36:13 38:25
  53:15 143:8 147:4
  159:17,20 161:8
  171:17 173:24 183:21
  183:22
sizes 226:19,21
skipping 200:8
slide 73:11
slight 40:25
slightly 22:7,9 53:15
  64:16 76:21,21
  161:11
slope 68:25
slower 193:25
slowly 278:20
small 51:3 53:6,24
  54:10,15,16 73:2
  183:23 239:8 326:3
smaller 147:14 336:21
software 37:12 41:21
  98:5 117:21
somebody 29:25 33:7
  33:17 46:14 73:12
  91:9 104:15 119:2
  120:13 160:8 319:18
somebody's 103:22
somewhat 43:24,24
  133:18
sonic 112:3
soon 101:19 152:19
  193:18
sorry 15:6 32:13 35:5
  39:13 53:1 67:5,12
  69:21 83:25 96:13
  118:16 127:4 130:14
  147:21 150:4 153:5
  191:21 199:12 237:18
  254:25 282:7 323:9
sort 18:6 63:5 84:13
  112:7 162:17 191:20
  208:11 214:25 250:5
  305:13 309:18
sorts 306:5
sought 12:21
sound 26:17 174:1
sounded 300:25
sounds 26:2,18 133:2
  220:11
source 306:18
sources 206:13,20

310:17 311:12
south 2:22 3:7 19:17
space 105:9
spaces 343:16
speak 14:10 99:23
  104:8 120:25 121:12
  121:13,16,17 172:5
  189:7 190:10,13
  202:3 218:16,19
  219:11 268:22 270:4
  278:16 344:1
speaking 98:24 115:14
  275:15 301:8
speaks 204:4,5 216:15
  231:24 278:13
specialty 19:24
specific 103:5,9,11,24
  104:9 105:5 114:16
  115:18 117:17 122:5
  122:21,24 123:7
  128:15,18 129:8
  133:24 170:7 177:13
  185:24 191:24 193:22
  194:14 201:4 244:24
  245:21 262:7,16
  281:25 283:18 299:11
  300:9 303:5,8 304:3
  304:10,22 317:24
specifically 12:12,14
  28:9 33:9 45:12,24
  50:4 79:9 93:21
  100:7,15 101:20
  104:10 105:14,17
  109:2 112:21 114:25
  116:4,5 123:24 124:4
  128:2 137:1 140:12
  140:17 155:17 163:24
  167:10 169:22 170:3
  171:14 172:19 173:18
  184:5 187:15 193:11
  196:18 204:2 207:14
  213:10 226:12 233:25
  234:9 235:14,18
  237:10,12 253:9,12
  253:18 263:11 277:1
  277:6 283:7 285:20
  287:9 290:20
specifics 166:17
speculate 197:25 260:5
speed 50:19 229:14
  346:4
spend 23:11 34:6 180:1
  199:23
Sperry 213:2,20 311:9
spill 1:3 13:9 79:24
  80:18 81:2

spoke 65:11 189:3,20
spokesman 46:24
Spyglass 25:14,16
St 2:14
staff 16:24
stage 84:7 86:6 87:7
stages 183:2,12 253:5
stain 214:24
stamp 113:19 252:2
stamped 241:7
stand 95:5
standard 53:24 210:13
standpoint 47:5 159:11
  174:3
stands 31:20,20 249:8
start 13:23 16:10 27:1
  67:9 68:4 127:13
  144:1,4 146:3 163:7
  177:24 188:16 199:11
  208:17 229:6 237:7
  266:4,16 275:22
  293:25 294:7
started 16:12,14,16
  27:4 83:1 140:1
  160:20 188:18
starting 153:17 199:22
starts 36:22 275:10
State 4:10 12:24 348:5
  348:21
stated 258:11
statement 257:17
states 1:1 3:21 13:11
  163:11 229:9 330:23
static 118:8 145:20,21
  306:13 311:5
stating 283:8
status 238:25 242:2
  243:3 271:16 280:19
stay 81:19 83:2,11
  133:23
staying 90:5
steering 1:23 13:22
step 44:2 84:12
stepping 304:17
steps 154:12
Steve 13:21
Steven 1:21
stipulated 12:3
stop 42:16 77:22 127:4
  146:9 162:24 203:17
  211:19 213:25 214:18
  256:13 276:1
stopped 154:9,15
  277:11
stopping 288:15 325:19
  327:3 330:6

stored 99:1
stratigraphic 149:11
stratographic 31:17
stratographically
  64:23
stream 248:16
streaming 306:18
Street 1:15,22 2:3 3:3
  13:6
Strictly 50:14
strike 16:1 23:24 25:2
  62:13,15 79:3 80:23
  90:4 99:1 104:19
  131:13 140:10 142:12
  159:3 169:21 182:24
  192:18 234:2
string 155:3 183:18
  184:6,10,17
stringent 49:6
strings 183:19
strong 70:9
structural 69:17 75:18
structurally 124:14
structure 64:25 65:1
  68:11 69:4,6,9,17,18
  69:23 73:14 76:7
  171:7,8 256:5
structures 66:2
Stuart 202:24
stuck 233:3 256:11
subject 157:3,9 158:2,6
  248:21 266:7
submit 281:18
subsea 68:24
subsequent 68:22
subsurface 200:7
sub-salt 203:6
success 60:6,8 61:19
  63:1 77:24
successful 25:18,23
  52:1
successfully 200:6
sufficient 202:7
suggestion 289:24
  301:3
Suite 2:4,8 3:3,7
summaries 227:2
summarize 61:10
summary 60:15 61:9
  72:13 228:4
summer 188:20,23
superiors 179:6 220:12
  227:3,5,10 231:6
  297:10
supervision 348:12
supervisor 293:4,6

supervisors 261:9
support 77:16 122:18
supporting 71:25
suppose 152:6
sure 18:8,15 21:6 22:10
  22:22 27:16 38:9
  42:12 43:13 46:4
  48:14,19 50:7 51:13
  52:7 56:25 64:19
  73:10 78:7,11 93:10
  96:13 99:8 112:24
  113:16 116:8 120:7
  142:1 145:23 146:19
  170:15 186:4 187:16
  208:8,11 212:8
  222:25 234:10 236:9
  255:7 288:15 328:14
  328:16 333:9 334:13
  336:5 338:10,16
surface 191:19 219:4
surprise 132:22 133:19
surprised 204:18
SWACO 2:23
sworn 13:14 348:7
synergy 52:5
system 126:21

—————————
             T
—————————

T 12:1,1
tab 28:22 34:10 41:3
  45:6 56:8 70:17
  100:11 118:20 132:4
  134:2 137:4 142:20
  151:11 198:4,21,22
  199:12 202:22 206:23
  212:14 223:22 225:18
  236:20 238:4,4
  240:23 246:10 248:5
  251:23 262:19 265:14
  270:16 274:24 280:4
  282:4 284:6 287:24
  290:9
take 23:22 25:4 29:3
  33:12 35:4 41:10
  47:23 67:21 69:1
  84:11 117:14,17
  133:12,13 136:25
  137:2 149:1,15
  154:12 187:19 198:12
  228:23 230:15 256:12
  256:16 258:20,25
  261:1 262:10 266:20
  268:22 283:1
taken 1:15 12:6 13:8
  14:2 58:14 235:25
  239:4,24 240:3 260:1

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported by:
PAUL A. CHANDLER                                                    May 4, 2011                              JOSEPH R. KAISER, JR., CCR, RPR

Page 369

260:7,10
**takes** 230:17 239:8
**talk** 21:4,8,22 98:2
    142:11,12 153:2
    158:13 166:2 188:25
    206:3 213:10 242:6
    290:21 291:22 292:6
    292:21 303:5,7
**talked** 72:25 116:2
    157:16,16,18,21
    166:10 197:20 254:4
    273:25 289:18 301:19
    308:24
**talking** 21:2 23:12
    25:10 35:23 36:21
    37:21 38:10,17 42:3
    47:25 51:9 77:21
    115:22,25 138:6,8,9
    143:8 144:11 146:12
    150:3 188:3 199:15
    222:22 227:9 229:12
    285:2,4 291:1,13
    310:21 337:10 338:12
**talks** 31:6 335:16
**tape** 67:22,25 68:4
    127:9,13 163:2,7
    228:24 229:2,6
    293:21,25 345:19,24
**tapped** 293:8
**target** 64:9 65:14 68:13
    146:8 267:15 268:11
**targeting** 31:18 97:21
**task** 103:14
**tasked** 103:10 122:6,23
**TD** 83:14,16 84:3,21,22
    94:18 96:1,3,25 111:8
    111:9 123:20 125:24
    131:8 135:15 142:8
    142:15 148:13,23
    157:16 158:14 175:12
    176:12,13 179:18
    180:15,16,17 181:15
    183:13,21 184:2,14
    185:8 186:6,10,13
    193:6,10,14 194:13
    194:19,25 197:7
    204:7 205:25 216:18
    217:2,4,5 220:7,15
    226:16 227:8 232:2
    258:11,14,19 259:3
    259:25 269:12,13
    278:17 287:20 289:4
    289:5 295:1 296:1,9
    296:11 303:2 305:4,8
    308:2,10,14 329:6
    336:22,24 337:4

**TDed** 295:13 296:15
    298:21 334:1
**team** 18:2 22:14,18
    29:14 32:25 39:19
    46:6,21 48:23 56:20
    56:21,22,25 57:4,12
    61:2,11,12,21,23 62:6
    63:14 70:8 71:24
    106:5,7,8,12,13
    107:17 127:19 143:11
    143:14 159:19 182:19
    197:20 237:24 242:16
    253:10 264:18 267:6
    279:23,24 318:11
    344:4,4 345:1
**teams** 20:20 57:1
    184:19 197:20
**team's** 57:4
**Tech** 15:13
**technical** 121:11
**technically** 48:24
**technologist** 56:19
**telecast** 166:19
**tell** 16:7 24:10 27:23
    28:12 37:10 64:19
    91:6 104:11 121:4
    145:23 151:24 213:21
    249:7 341:24
**telling** 145:2 147:5
    330:4 333:10 334:15
    334:16
**tendency** 21:4
**Teri** 156:17
**term** 31:22,23 55:14
**terminology** 31:16 32:7
    78:1
**terms** 18:10,21 37:14
    38:10 51:15 63:2,11
    63:17 83:19 98:21
    159:11 160:6 166:18
    181:14 185:8,10
    188:10 200:25 208:9
    216:16 218:4 242:13
    243:25 267:25 273:13
    298:11,13 299:17
    303:9 305:3 313:17
**test** 266:10 267:12,24
    268:5 320:22 321:2,6
**testified** 13:16 90:4
    128:8 136:2,4 148:11
    151:2 171:21 177:25
    186:18 189:3 190:9
    205:6 250:13 251:14
    285:23 308:25 309:13
    310:22 311:2 317:15
    333:20

**testify** 309:8,16 310:1,9
    310:15 311:16,22
    312:15,25 315:13
    348:8,8
**testifying** 169:5 223:6
**testimony** 24:14 25:3
    126:6,6 136:6 146:10
    146:11 148:14 309:16
    309:22 321:10 328:24
    336:6 347:9,11
    348:10
**tests** 112:6 224:24
**Texas** 2:4,9 3:13 15:19
**Thank** 17:9 36:24
    169:9 187:13 199:9
    223:21 228:21 256:19
    319:24 322:10 327:17
    345:15 346:9
**thanking** 267:17
**thanks** 46:11 143:25
    163:12 266:14
**theirs** 36:4
**thereof** 12:20
**thereto** 41:13
**Thibodeaux** 3:2 5:14
    320:5,7 321:19 322:8
**thick** 146:25 200:2
    285:7
**thickness** 66:23 67:3,11
    124:9
**thin** 275:24
**thing** 21:1 55:11 65:4
    76:6 84:14 109:4
    112:7 163:19 169:16
    191:20 196:10 208:11
    214:25 227:25 229:13
    250:6
**things** 112:2 136:12
    149:11 170:25 178:22
    180:2 183:11 185:20
    186:3 188:3 218:10
    218:11 229:18 304:25
    305:8,11 322:19
    337:11
**think** 19:10 25:13
    29:20 43:16 47:18
    100:24 107:14 128:8
    135:2 154:17 156:4
    162:24 203:4,5
    211:22 223:16 264:14
    285:21 296:16 308:20
    317:14 328:15 329:16
    338:1
**thinking** 134:22 140:2
**thinks** 139:24 282:19
**third-party** 211:2

**thought** 51:24 95:8,10
    135:9 182:1 203:7
    272:14 286:9 288:21
    296:13
**thoughts** 149:23 199:21
    203:1 301:9
**thread** 267:18
**three** 30:25 187:19
**threshold** 63:5
**thresholds** 53:15
**threw** 269:2
**tie** 328:22
**tied** 174:8
**tie-back** 77:15
**tie-backs** 84:13
**Tim** 153:21,23
**time** 12:19 17:1,10
    18:14 19:9 20:3,9,13
    21:10,12,15 23:12,23
    29:17 33:13,24 34:5,6
    40:15 44:23 45:13,20
    45:25 48:9,19 51:24
    54:7 60:7 63:5 65:13
    67:25 69:22 76:3
    80:9 82:23,24 83:8
    84:25 86:15 89:2
    101:24 106:22 108:19
    109:18 114:12 116:18
    117:2 118:2 127:9,23
    128:14 129:7,10
    131:8 132:9 133:14
    136:3 142:6,14
    146:23 147:25 154:14
    163:2 164:12 176:11
    182:5 186:16,20,25
    187:3,5,16 188:19
    189:4,8 193:22 194:3
    194:20 196:25 199:23
    202:11 203:16 220:14
    222:8 230:17 232:4
    253:13 277:14,18,22
    284:20,22 301:22
    307:4 313:7,13 316:9
    316:12 324:1 332:3
    338:12 339:4,8 342:9
    345:18,23 346:11
**timely** 108:7,12
**times** 16:22 31:1
    176:20,21 177:2
    190:10 193:11 209:12
    241:12 245:22,22
**timing** 132:22 193:6,9
    193:11 194:9,16
    204:4 205:24 217:3
    274:10,15,20 275:16
    278:14 279:2 297:16

**title** 16:15,18 17:2,6
    20:14
**today** 13:5,23 21:22
    160:10,19 161:23
    163:12 164:1,23
    165:18 166:8 167:15
    169:5 308:25 312:2,6
    317:7 333:11 340:5
    344:5,14
**today's** 15:25 16:4
**told** 24:2 25:1 85:12
    232:10,13 292:13
    342:13
**tool** 37:10 111:14 239:5
    249:6 266:22 268:15
    268:21,21 269:4,16
**tools** 86:20 183:24
**top** 29:8 39:12,15 59:3
    74:20 109:20 110:17
    138:20 146:4 210:8
    250:8 279:6 329:8
**topic** 229:11 308:22
    309:5
**total** 31:7 84:23 94:20
    94:23 96:16 181:3
    183:4 185:19 202:10
    203:16 229:19 230:17
    244:12 324:8,17,18
    324:21 325:3 328:25
    330:6,23 334:11
**Tower** 3:12
**track** 34:21
**tracking** 65:11
**training** 15:15,16
**transaction** 64:5
**transcribed** 348:11
**transcript** 100:11
    348:13
**transcription** 347:11
**transfer** 43:12
**transition** 64:18
**translating** 37:4
**transmission** 319:12
**transmissions** 311:12
    319:4
**transmitted** 111:17
    210:12
**Transocean** 3:4 320:8
**transport** 68:13,22
**Trautman** 153:21,22
    153:23
**triangular** 41:25 42:19
**tried** 292:6
**tripping** 277:12,21
    278:1,4,14
**trouble** 217:18 275:25

601 Poydras Street, Suite 1720                          GAUDET KAISER, L.L.C.                          Telephone: (504) 525-9100
New Orleans, LA 70130-6029                          Board-Certified Court Reporters                          Facsimile: (504) 525-9109

Exhibit M
Page 109

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

Reported by:

PAUL A. CHANDLER

May 4, 2011

JOSEPH R. KAISER, JR., CCR, RPR

Page 370

276:3,19 277:1
**true** 20:2,5 295:1
347:10 348:13
**truncation** 68:12
**truth** 348:8
**try** 33:2 92:8 169:10
193:7 244:23 272:14
304:8
**trying** 33:11 41:18,20
173:5 215:16 248:25
264:17 279:25 280:23
301:8 334:6
**Tuesday** 50:1
**turn** 60:11 114:19
115:4 116:11 165:11
198:3 202:21 206:22
207:19 210:5 212:13
212:16 223:22 225:18
236:19,20 238:4
240:22 246:10 248:4
251:22 252:9 254:15
262:19 265:14 270:15
274:23 280:3 282:4
284:5 287:23 290:8
308:21
**turned** 289:5
**twice** 231:13 250:23
**two** 22:1 35:10 64:19
73:18 132:11 138:21
146:3 158:6 170:13
187:4,14,17 206:19
206:19 250:23 251:9
251:10 281:24 288:13
337:11
**two-fold** 83:10
**two-month** 48:12
**two-page** 337:15
**type** 23:5 37:12 41:20
41:24 86:25 87:22
91:19 97:22 105:5
176:16 178:13 199:25
200:1,13 201:7,14
217:8 224:10 225:4
226:5,9,15 231:1,2
234:15,19 235:20
247:20 249:6,8
257:21 258:20 260:11
261:1 279:14 335:9
**types** 85:11 87:2
103:11 188:2 204:8
205:14 206:13 218:9
218:11 230:16,25
231:4 235:6 250:15
254:5 277:19 339:25
**typical** 23:4 28:3 82:6
82:14 187:6,11

279:14
**typically** 90:3 168:15
281:17

---
**U**
---

**U** 12:1
**Uh** 266:1
**ultimate** 184:2
**ultimately** 44:20 49:3
57:3 58:15 63:25
83:22 95:24 96:2
98:19 120:2 123:21
150:23,25 169:20
178:23 324:21 325:14
**unanswered** 169:17
**uncomfortable** 303:6
**uncommon** 109:7,10
**understand** 14:8,13,21
31:3 40:16,19 41:18
43:22 52:7 53:5
121:21 146:11 159:16
159:18 162:22 164:20
169:10 176:4,8
177:12 183:15 185:6
185:7 193:7 205:23
227:12 267:8 272:15
273:12 280:24 294:4
297:16 327:1 331:13
339:1
**understanding** 31:9
54:7 81:9 96:5 99:19
123:18 176:10 182:21
217:19 242:13 256:4
257:4 259:12 286:18
286:19 306:12 309:15
315:1,4 321:11
348:14
**understands** 143:13
330:5
**understood** 296:16
**unexpected** 258:12
**United** 1:1 3:20 13:11
163:11 229:9
**University** 15:13
**update** 143:11 154:3
243:2 264:1 266:7
272:8 275:12,23
278:25 279:14,22
285:22
**updated** 159:9 243:9
266:8 273:10
**updates** 143:25 176:18
176:19 266:15 271:11
271:15,25 272:12,21
273:2 279:19 306:5
**updating** 143:15

280:18
**upload** 109:17
**uploading** 208:19
**upped** 57:13
**upper** 146:8 159:20
**up-hole** 183:17
**use** 16:5 18:19 37:9
42:24,25 52:15
120:22 121:13,15,16
121:17 144:10 165:19
242:15,16 249:18
266:24,25 268:24
269:4,22,24 270:5
286:13 307:16 310:3
313:9,14 314:17
315:2
**user** 104:22 105:2,5
**users** 101:3
**uses** 42:2 165:24
**usually** 39:10 91:19
200:2
**utilizing** 126:2
**U.S** 3:16

---
**V**
---

**Vaguely** 35:17 157:12
**Valley** 19:18
**value** 53:20 59:18
**various** 20:20 58:6
224:25 226:19 263:20
263:21,22 343:15
**verbal** 236:13
**verbally** 236:9
**verbiage** 338:6,11
339:3 342:7
**vernacular** 97:12,13
**version** 34:22 212:11
**versus** 42:20 55:6
69:12 77:6 161:20
201:6
**vertically** 239:6
**viability** 294:19 296:8
**video** 14:12
**VIDEOGRAPHER**
4:1 13:12 67:23 68:2
127:7,11 162:25
163:5 198:13,16
199:2,5 228:25 229:4
293:19,23 320:1
322:11,14 345:16,21
346:10
**videotaped** 13:3
**view** 54:9 58:11,14 62:1
62:7 144:9 149:16
160:19
**viewed** 127:24 159:12

**viewing** 125:3 129:12
**views** 230:5
**Vinson** 189:15
**visible** 336:23
**visit** 89:8
**visual** 214:23
**voicemail** 284:18
285:15 287:4,9
**VP** 156:23

---
**W**
---

**WAECHTER** 2:12
**wait** 21:6
**waived** 12:12,15
**WALKER** 2:12
**walls** 285:12
**want** 23:22 35:9 70:12
109:24 163:19,22
169:10 180:6 188:25
199:18,23 275:19
294:7 298:21 299:13
299:14,18 300:21
302:17,18 305:25
322:18,19 325:15
333:8 334:13 336:5
337:17 338:16
**wanted** 83:12 84:11
95:2,3,4,12 96:1
104:13 106:19 163:24
179:16 183:24,25
193:18,21 229:12
257:25 259:2,2 285:6
285:7 289:9 292:14
335:2
**wanting** 194:12
**WARE** 3:11
**washed** 210:14
**Washington** 3:20
**wasn't** 25:9 44:12 63:7
69:3 123:14 182:15
214:11 217:20 224:20
239:13,21 242:19
272:4 279:21 309:16
316:1 336:2
**wasting** 68:23
**watching** 216:4 219:6
**water** 74:22 124:12
146:19 147:2,3,10,11
285:8
**way** 21:8 24:7 25:8
34:18 69:8 72:18
76:22 110:9 114:19
140:17 146:18,24
161:19 172:6 183:25
202:6 210:17 211:21
213:19 236:4 240:18

302:18 323:12 327:13
327:15 332:24 333:1
348:17
**ways** 42:14 145:8
**Weatherford** 2:15
**Wednesday** 1:16
**week** 245:22 315:7
**weekend** 150:8
**weekly** 245:7,14
**weeks** 132:11 245:16
304:9
**week-to-week** 305:12
**weight** 264:8,16,21
269:6 279:11
**weights** 264:3 265:5
267:1 268:16
**wellbore** 334:2
**wells** 17:16,18 19:1
22:12 74:14 121:7
149:10 170:17 186:20
187:14,19 188:4,11
191:13 199:25 200:1
200:1,6,11 203:6,9,13
203:16 260:10,17
261:19
**WellSpace** 87:19,25
98:1,3,4,10,22,25
99:1,4,8 100:2 101:1
101:13,16,18,23
103:1,7,12,15 104:4
104:14 105:10,22
106:1,18,23 107:10
107:18,22 108:3,6,21
109:8,18 114:14
117:1,16 118:7
122:15 126:3 145:18
145:19 152:7,13
164:5 196:12 206:10
209:8,20 210:3 216:1
223:2,5 224:11 226:6
237:21 238:1 239:13
240:8,15 242:20
247:4,7 305:16 306:4
306:12,23 307:6,12
308:16 309:10,25
310:4 311:4,19
312:17 313:3,15,18
314:4
**well's** 123:19 216:20
**went** 60:2 76:18 155:4
175:15 299:10 325:1
327:18
**weren't** 30:11 107:5
154:20 194:7 215:14
216:3 224:23
**west** 68:15

601 Poydras Street, Suite 1720
New Orleans, LA 70130-6029

GAUDET KAISER, L.L.C.
Board-Certified Court Reporters

Telephone: (504) 525-9100
Facsimile: (504) 525-9109

Exhibit M
Page 110

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                          Reported by:
PAUL A. CHANDLER                                May 4, 2011                      JOSEPH R. KAISER, JR., CCR, RPR

Page 371

| | | | | |
|---|---|---|---|---|
| **wet** 210:14 | 215:10,19 216:23 | 112:4,11,19,23 | 251:2 252:25 254:1,9 | 174:15 186:17,19 |
| **we'll** 43:7,16 278:16 | 217:24 218:13,22 | 122:15 152:9 208:9 | 255:21 257:1,14,24 | 192:19 259:19 261:19 |
| **we're** 18:19 21:22 | 219:8,19 220:1,16 | 237:20 246:25 | 258:9,23 259:11,18 | **works** 29:14 56:19 |
| 23:11 25:10 32:7 | 221:6,14,23 222:5,14 | **wise** 203:14 | 260:4,14,22 261:4,12 | 114:22 127:18 171:10 |
| 34:6 42:15 139:25 | 223:11 224:2,17 | **witness** 12:6,25 26:10 | 261:24 262:6,15 | 172:24 173:3 |
| 140:2 143:8 144:6,11 | 225:6,13,23 228:5 | 29:6 39:7 41:11 48:5 | 263:16 264:13,25 | **worth** 63:7 |
| 147:6,6 170:18 | 229:21 230:9,19 | 48:18 50:10 52:25 | 265:9 268:3,20 | **wouldn't** 52:14,18,21 |
| 171:20 228:2,24 | 231:8 232:5 233:7 | 53:13 54:14 55:20 | 269:10,20 270:3,12 | 123:15 139:7 160:15 |
| 251:25 278:14,15 | 234:6,21 235:7,22 | 57:8,20 58:19 61:8 | 271:20 272:3,11,24 | 168:21 192:14 260:1 |
| 279:7 280:25 320:2 | 236:14 238:20 239:14 | 62:21 63:10,21 65:7 | 273:7,21 274:9,19 | 326:21 |
| 338:12 341:23 345:17 | 240:9 241:10,15,23 | 65:18 66:15 70:3 | 276:12,22 277:4 | **write** 30:10 40:2 51:2 |
| **we've** 162:18 188:3 | 242:23 243:13 244:6 | 72:11 75:9 78:10 | 278:9,24 279:18 | 143:21 152:16 227:2 |
| 203:4,4 206:5 221:1 | 244:14 245:2,9,18 | 79:8 81:14 82:3,18 | 281:6,22 283:5,16 | 253:14 271:11 |
| 222:21 229:11 308:24 | 247:13 249:14,23 | 85:20 87:17 88:6,21 | 284:1 286:3,25 287:7 | **writing** 289:4 339:3 |
| 344:15 | 250:25 251:18 252:23 | 89:5 90:10,18 91:15 | 287:17 288:10,25 | **written** 166:6 203:21 |
| **whatsoever** 195:9 | 253:24 254:7 255:19 | 92:24 93:9,18 94:5,13 | 289:17 290:3 291:5 | 290:24 |
| **willing** 298:6,8 | 256:14,24 257:12,22 | 95:20 96:10,23 97:6 | 291:17 292:1,25 | **wrong** 16:7 |
| **Wilms** 3:6 5:20 26:8 | 258:7,21 259:9,16 | 97:16 98:16 99:7,18 | 293:17 294:23 298:18 | **wrote** 46:3 134:21 |
| 32:10 34:24 35:7 | 260:2,12,20 261:2,10 | 100:6,12 102:3 103:4 | 299:9,24 300:8,18 | 146:1,5,23 152:8 |
| 36:20,25 39:5 48:16 | 261:22 262:4,13 | 104:7,25 107:25 | 301:23 302:11 304:2 | |
| 50:8 52:23 53:2,11 | 263:14 264:11,23 | 108:10,25 112:15 | 306:8 307:2,22 | **Y** |
| 54:12 55:1,18 57:6,18 | 265:7 268:1,18 269:8 | 116:22 119:9 122:2 | 310:23 312:22 313:24 | **Yeah** 107:16 146:6 |
| 58:17 61:6 62:19 | 269:18 270:1,10 | 122:10 123:6 125:16 | 314:21 315:10 316:6 | 152:1 160:15 |
| 63:8,19 65:5 66:13 | 271:18 272:1,9,22 | 129:23 130:8 131:4 | 319:7,24 321:17 | **year** 15:9 |
| 67:1,6 70:1,21 72:9 | 273:5,19 274:7,17 | 137:5 139:19 141:5 | 324:12 325:7,22 | **years** 16:23 |
| 72:14 73:5 78:20 | 276:10,20 277:2 | 141:17 142:24 151:15 | 326:20 327:7,23 | **Yep** 297:4 |
| 79:6 81:12 82:1,9,16 | 278:7,22 279:16 | 153:10 160:14,24 | 328:11 330:1,11 | **yesterday** 284:18 |
| 85:14,18 87:15 88:4 | 281:4,20 283:3,14,24 | 162:3,13 166:16 | 331:3,24 332:11,21 | **York** 1:23,23 2:18,18 |
| 88:17 89:3 90:8,16 | 286:1,23 287:5,15 | 167:6,21 168:11,20 | 333:22 334:23 335:21 | **y'all** 295:8 297:17 |
| 91:13 92:20 93:7,16 | 288:23 289:15 290:1 | 173:13 174:21 175:5 | 336:17 338:21 339:12 | |
| 93:23 94:11 96:6,21 | 291:3,15,24 292:23 | 175:22 177:21 178:17 | 340:15,25 341:12,19 | **Z** |
| 97:14 99:16 103:2 | 293:15 294:21 301:17 | 179:14 180:14 181:9 | 342:4 343:1,11,23 | **Z** 3:17 |
| 104:5,23 107:11,23 | 302:9 303:25 305:24 | 181:23 182:8 183:7 | 344:11,20 345:6 | **zone** 123:22 181:5 |
| 108:8 109:23 110:6 | 306:6,25 307:20 | 184:9,22 185:23 | 347:3 348:7 | 267:15 296:8 326:8 |
| 112:13 116:20 119:7 | 309:11,20 310:20 | 186:9,23 187:10,23 | **word** 16:5 22:1 286:14 | 342:18 |
| 121:25 122:8 123:4 | 312:20 313:22 314:12 | 188:7 190:17 191:1,8 | **words** 22:1 87:12 | **zones** 18:23 200:16 |
| 125:14 129:17 130:6 | 315:8 316:4 319:5,21 | 192:5,13,24 194:6,23 | 257:16 272:19 295:15 | 296:12 |
| 131:2 141:15 155:10 | 321:15 322:22 323:4 | 196:1,9,17 197:4,15 | 314:24 316:10 331:6 | |
| 155:15,24 156:7 | 323:8 324:10 325:5 | 197:24 198:12 200:22 | **work** 17:19 19:16,21 | **$** |
| 158:20 160:12,22 | 325:20 326:10,16 | 201:10,18 202:2,16 | 23:5 42:13 91:20 | **$2** 24:25 26:5 |
| 162:1,11 166:14 | 327:21 328:9 329:24 | 204:15 205:2,20 | 94:17 105:5 121:20 | **$34** 26:1,6 |
| 167:4,19 168:9,18 | 330:9 331:1,21 332:7 | 206:18 209:4,15 | 122:14 139:13 162:17 | |
| 169:1 173:11 174:19 | 332:19 333:18 334:21 | 214:10 215:12,21 | 168:4 171:2,11 | **0** |
| 175:3,20 177:5,19 | 335:19 336:15 338:19 | 216:25 217:14 218:1 | 174:12 188:10 191:20 | **000001946** 150:1 |
| 178:15 179:12 180:12 | 339:10 340:11,23 | 218:15,24 219:10,21 | 191:21 192:17 211:4 | **000002656** 142:19 |
| 181:7,21 182:6 183:5 | 342:24 343:9,19 | 220:3,18 221:8,16,25 | 211:6 224:21 259:21 | **000002795** 156:11 |
| 184:7,20 185:21 | 344:9,18 345:4,25 | 222:7,17 223:13 | 264:22 296:4 306:10 | **000007517** 144:17 |
| 186:7,21 187:8,21 | 346:2,7 | 224:4,19 225:8,15,25 | 307:8 319:14 | **000007964** 148:8 |
| 188:5 190:2,15,24 | **win** 42:12 | 228:7 229:23 230:11 | **worked** 17:17 18:2 | **000009518** 153:9 |
| 191:6 192:3,11,22 | **window** 76:13,17 | 230:21 231:10 232:9 | 22:14 33:1,4,23,25 | **000033441** 28:23 |
| 194:4,21 195:24 | 187:16 200:11 203:13 | 233:9 234:8,23 235:9 | 66:18 160:1 167:17 | **000034194** 45:6 |
| 197:2,13,22 200:18 | 299:4 304:13 | 235:24 236:16 238:22 | 219:15 233:18 | **000034501** 34:10 |
| 201:8,16,25 202:12 | **windows** 200:3,15 | 239:16 240:13 241:25 | **working** 17:14 20:20 | **000034958** 41:3 |
| 204:11,25 205:9,16 | **wire** 111:15 | 242:25 243:17 244:8 | 23:1,8 66:18 127:19 | **000039054** 58:23 |
| 206:16 209:2 211:18 | **wireline** 110:21,25 | 244:18 245:4,11,20 | 134:16 152:22 153:6 | **000041230** 47:10 |
| 212:3,9,18,22 214:8 | 111:3,5,7,11,13,20,25 | 247:15 249:16,25 | 171:22 173:8 174:13 | **000041245** 56:8 |

601 Poydras Street, Suite 1720                         GAUDET KAISER, L.L.C.                              Telephone: (504) 525-9100
New Orleans, LA 70130-6029                        Board-Certified Court Reporters                         Facsimile: (504) 525-9109
Exhibit M

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

Reported by:

PAUL A. CHANDLER                                           May 4, 2011                            JOSEPH R. KAISER, JR., CCR, RPR

Page 372

**000042121** 137:4
**000042525** 132:4
**00045222** 134:2
**000053061** 151:10
**00045796** 70:16
**00178357** 328:19
**0050569** 102:10
**0126338** 337:16

---

**1**

**1** 30:24 67:25 134:10
    262:19
**1st** 135:20
**1.5** 212:17 213:5
**1:00** 297:17
**1:22** 297:21
**1:26** 198:14
**1:29** 198:18 199:3
**1:30** 49:25 199:7
**1:57** 229:1
**10** 59:14
**10th** 135:1
**10/21/2009** 9:10
**10:46** 127:9
**10:57** 127:13
**100** 285:5
**10013-1413** 1:23
**10022** 2:18
**1040** 207:1
**1041** 207:21
**1042** 209:24
**1043** 210:6
**107** 223:22
**1071** 198:6
**1072** 198:22 202:23
**1074** 198:23
**108** 225:18
**109** 206:23
**11** 100:11 256:9 257:10
**11th** 1:15
**11:01** 113:21
**11:39** 163:2
**11:40** 163:4
**110** 37:23,23
**1100** 3:3
**11081** 270:17
**12** 5:5 150:5 151:19
    198:22
**12th** 157:24 250:21
    251:6 294:18 297:3
    298:2 333:21 334:11
    335:25 336:10 339:24
    342:9
**12.6** 340:8 341:7
    342:23
**12:30** 297:17

**12:53** 163:7
**12:55** 342:14
**1201** 2:3
**1213** 100:10
**1215** 118:20 317:3
**1252** 284:8
**1255** 322:21 323:16
    325:16 335:13,15
    342:15
**1256** 328:18 329:9
    337:15 338:1
**1257** 338:6 340:2
**1264** 248:14
**13** 118:20
**13th** 250:22 251:6
    339:18
**130** 67:12,18
**1300** 66:23 67:11
**132** 6:17
**134** 6:18
**137** 6:20
**14** 156:17 280:4
**14.15** 340:7 341:6
**1400** 321:6
**142** 6:21
**1421** 12:7
**144** 7:5
**148** 7:6
**15** 165:11 282:4 308:22
    309:5
**15th** 154:17
**150** 7:8 72:22
**151** 7:9
**153** 7:11
**156** 7:12
**1579** 6:5 9:3 28:22,25
**1580** 6:6 9:4 34:9,12
**1581** 6:8 9:6 41:2,7
**1582** 6:9 9:7 45:1,3
**1583** 6:11 9:9 47:9,12
**1584** 6:12 9:10 56:7,10
**1585** 6:14 9:12 58:22
    58:25
**1586** 6:15 9:14 70:16
    70:19
**1587** 6:17 9:16 132:4
    132:14
**1588** 6:18 9:17 134:2,6
**1589** 6:20 9:19 137:3,8
**1590** 6:21 9:20 142:19
    142:22
**1591** 7:5 9:22 144:17
    144:20
**1592** 7:6 10:3 148:8,17
    294:10,16
**1593** 7:8 10:4 149:25

**150:20** 294:10 297:1
**1594** 7:9 10:6 151:10
    151:13
**1595** 7:11 10:7 153:8
    153:13
**1596** 7:12 10:9 156:10
    156:13
**1597** 7:14 10:10 165:3
    165:5 308:19
**1598** 7:15 10:12 207:1
    207:3 312:2 313:13
**1599** 7:17 10:13 236:23
    236:25
**16** 109:18 110:16
    112:18 132:4
**16th** 112:11 113:3
    117:2 127:23 128:14
    129:6
**162** 5:8
**164** 7:14
**17** 134:2
**17th** 232:21
**17,7** 275:13
**17,700** 275:23
**17,837** 277:10
**1700** 2:4
**1750** 2:8
**1796** 290:10
**18** 137:4 251:23
**18,360** 289:4 325:4
    330:24
**18360** 324:19 327:3,19
    329:7 330:6 332:3
    336:1,14,19,22 337:1
**1845** 308:20
**19** 42:9 46:5 47:20
    113:21 142:3 153:17
    198:4 199:12
**19th** 115:23 116:1,6
    124:25 125:11 126:8
    126:10 154:17
**19,560** 31:7
**1900** 7:18 10:15 238:7
    238:9
**1901** 7:20 10:16 241:1
    241:3
**1902** 7:21 10:18 246:14
    246:16
**1903** 8:5 10:19 248:8
    248:10
**1904** 8:6 10:21 252:4,6
    263:1
**1905** 8:8 11:3 262:24
    263:1
**1906** 8:9 11:4 265:19
    265:21
**1907** 8:11 11:6 270:20

**270:22**
**1908** 8:12 11:7 274:25
    275:3
**1909** 8:14 11:9 280:6,8
**1910** 8:15 11:10 282:7
    282:8,10
**1911** 8:17 11:12 284:12
**1912** 8:18 11:13 288:1
    288:3
**1913** 8:20 11:15 290:11
    290:13
**1920** 282:6
**1946** 155:18
**1958** 155:18
**1981** 15:11 33:24
**1997** 16:14

---

**2**

**2** 28:22 55:11 68:4
    118:25 127:9 137:12
    232:25
**2nd** 233:5 317:4
**2/1/2010** 9:17
**2:11** 229:6
**20** 1:6 59:13,20 83:8
    84:25 89:2 108:19
    109:19 127:23 129:6
    129:14 131:1 142:20
    159:5 202:22
**20th** 13:10 115:7,15,23
    116:2,6,12 117:2
    124:25 125:11 126:8
    126:10 128:14 142:3
    142:6 158:24 160:2
    320:21 321:5
**2000** 37:4
**2007** 3:9
**2008** 20:5 23:23 24:11
    24:21 26:15
**2009** 17:1,10 18:13
    19:9 20:2,8 21:11
    27:11 29:21 42:9
    46:5 47:20 56:14
    59:4 60:13 164:12
    188:20,23 232:17
**201** 2:14
**2010** 1:6 13:10 17:1,10
    18:13 19:9 20:3,9
    21:11 82:23 83:8
    84:25 89:2 100:17
    101:19 108:19,19
    109:19,19 110:16
    112:19 113:21 118:25
    127:23 129:7,14
    130:19,20 131:1
    132:5 134:10 135:20

**137:12** 141:2 142:6
    143:3 144:18 147:25
    150:5 151:19 153:17
    156:17 158:24 159:5
    164:13 186:19 232:25
    235:13 252:12 263:10
    266:2 271:7 312:5
    313:7,13 323:24
    338:13 339:9
**2011** 1:16 13:7
**20530** 3:20
**206** 7:15
**2080** 287:25
**21** 29:21 56:14 198:21
    235:13
**21st** 232:21
**2144** 275:1
**2179** 1:3
**22** 59:4 60:13
**22nd** 2:22
**235** 7:17
**237** 7:18
**24** 114:6 227:1
**24th** 252:12
**24-hour** 315:6
**240** 7:20
**245** 7:21
**247** 8:5
**25** 30:13 79:2 132:5
    151:11 312:4
**250** 1:22 66:23 67:12
    67:18
**251** 8:6
**252** 21:23 24:3,4 25:11
    25:19 26:14 27:17
    134:24
**26** 100:17 101:19
**26th** 232:17
**2616** 3:19
**262** 8:8
**2625** 262:23
**264** 8:9
**269** 8:11
**27** 51:23
**274** 8:12
**279** 8:14
**28** 6:5
**281** 8:15
**283** 8:17
**287** 8:18
**2886** 252:2 254:16
**289** 8:20
**29** 284:6
**29th** 263:10
**292** 5:11
**2929** 3:13

---

601 Poydras Street, Suite 1720
New Orleans, LA 70130-6029

GAUDET KAISER, L.L.C.
Board-Certified Court Reporters

Telephone: (504) 525-9100
Facsimile: (504) 525-9109

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

Reported by:

PAUL A. CHANDLER

May 4, 2011

JOSEPH R. KAISER, JR., CCR, RPR

Page 373

---

**3**

**3** 30:24 34:10 127:13
  163:2 271:7
**3rd** 233:5 235:17
  277:15
**3:1** 30:21
**3:12** 293:20
**3:34** 293:25
**3:56** 320:3
**3:59** 322:12
**30** 30:13 143:3 266:2
**30(b)(6)** 10:10 165:2
  222:15,18
**300** 2:22
**31st** 235:15
**319** 5:14
**321** 5:17
**328841** 238:13
**33** 37:22 287:24
**33-68-110** 37:16
**33447** 28:23
**33824** 212:17,19
**339** 337:16
**34** 6:6 290:9
**34193** 41:3
**344** 5:20
**34501** 35:11 36:15
**34502** 35:11
**34503** 34:10 35:12
**3500** 265:16
**355** 3:7
**3700** 3:3
**3795** 282:6
**39056** 58:23 68:7

**4**

**4** 1:16 13:7 41:3 144:18
  163:7 212:21 229:2
  322:16
**4/14/2010** 10:9
**4:23** 345:18
**4:27** 345:23 346:14
**4:28** 346:12
**40** 38:19 39:1
**40-64-94** 38:4,15
**41** 6:8
**41231** 47:10
**42121** 137:4
**44** 212:23
**4400** 3:7
**45** 6:9
**45797** 71:20
**45798** 72:10
**45799** 72:15
**45801** 73:15
**45803** 73:22

**45806** 75:3
**45808** 75:15
**45809** 75:17
**45813** 77:1
**45816** 77:11
**45818** 77:14
**45827** 70:17
**47** 6:11

**5**

**5** 45:6 64:15,15 265:14
  293:21
**50574** 113:20
**50578** 115:4
**50579** 116:11
**50581** 102:10
**515** 2:8
**53062** 151:11
**54** 31:20
**555** 223:24
**556** 225:19
**56** 6:12 246:10
**578** 115:8
**58** 6:14

**6**

**6** 229:6 293:25 345:19
**6:39** 324:2
**60** 54:2 57:11 63:15
  72:22
**60mmstb** 51:4
**60s** 62:7
**601** 1:15 2:18 13:5
**611** 212:15
**613** 102:9 109:15
**63** 248:5
**64** 38:19
**65** 60:2 236:20
**66** 60:2 238:4
**67** 77:24
**68** 37:22

**7**

**7** 32:1 56:8 64:14,16
  345:24
**7/8** 143:9
**7/8th** 266:9,10
**7/8ths** 267:10
**7/8-inch** 256:10 257:11
**7:32** 116:13
**7:33** 110:17
**70** 6:15
**70s** 62:8
**70130** 1:16
**70163** 3:3
**70170-5100** 2:14

**72** 240:23 241:1
**75** 60:3,9,10
**7518** 144:17
**75270-2041** 2:4
**76** 57:13 60:3,10
**77019** 3:13
**78701** 2:9
**7891** 241:7
**7964** 155:17

**8**

**8** 270:16
**8th** 1:22 186:18 195:3
  195:23 197:1,6,12
  199:16 233:6
**8.8** 72:21
**8/19/2009** 9:7
**8:37** 13:7
**800** 295:11 296:15
  337:3
**82** 212:14
**8358** 328:20

**9**

**9** 70:17 143:8 266:9,10
  267:9 274:24
**9th** 323:23 335:15
  336:8,18
**9:34** 67:25
**9:44** 68:4
**900** 295:11 296:15
  337:4
**90071-3106** 3:7
**90071-3132** 2:22
**94** 38:19
**9445** 280:5
**950** 3:19
**9519** 153:9
**97** 33:24

---

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C.                    Telephone: (504) 525-9100
New Orleans, LA 70130-6029                    Board-Certified Court Reporters                    Facsimile: (504) 525-9109

Exhibit M
Page 113