# EXHIBIT N

Page 1

1

2              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
3

     IN RE:  OIL SPILL    MDL NO. 2179
4    BY THE OIL RIG
     "DEEPWATER HORIZON"  SECTION:   J
5    IN THE GULF OF
     MEXICO, ON APRIL     JUDGE BARBIER
6    20, 2010             MAG. JUDGE SHUSHAN

7

8

14

15

16

17            Videotaped Deposition of ALAN
     O'DONNELL, taken in the Pan American Life
18   Center, 11th Floor, 601 Poydras Street, New
     Orleans, Louisiana 70130, on May 5, 2011.

19

     APPEARANCES:

20

21   LIEFF, CABRASER HEIMANN & BERNSTEIN
     By:  Steven E. Fineman, Esquire and
22   Annika K. Martin, Esquire
     250 Hudson Street, 8th Floor
23   New York, NY 10013-1413
              (Attorneys for Plaintiffs
24            Steering Committee)
25

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

Reported by:

ALAN O'DONNELL                                    May 5, 2011                                    SANDRA D. FILES, CCR

---

**Page 2**

1  APPEARANCES CONTINUED:
2
3  KIRKLAND & ELLIS, LLP
   By: Geoffrey A. David, Esquire and
4  Ryan Micallef, Esquire
   153 East 53rd Street
5  New York, NY 10022-4611
       (Attorneys FOR BP)
6
7
   GODWIN RONQUILLO
8  By: Floyd Hartley, Jr., Esquire
   1201 Elm Street, Suite 1700
9  Dallas, Texas 75270-2041
       (Attorneys for Halliburton)
10
11
   BINGHAM MCCUTCHEN LLP
12  By: Nancy M. Wilms, Esquire and
   Jennifer B. MikoLevine, Esquire
13  355 South Grand Avenue, Suite 4400
   Los Angeles, CA 90071-3106
14      (Attorneys for Anadarko
       Petroleum and MOEX Offshore
15      2007, LLC)
16
17  U.S. DEPARTMENT OF JUSTICE
   TORTS BRANCH, CIVIL DIVISION
18  By: Judy Harvey, Esquire
   Post Office Box 14271
19  Washington, D.C.  20044-4271
       (Attorneys for the United
20      States)
21
22
   JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE
23  & DENÈGRE L.L.P.
   By: William J. Joyce, Esquire
24  201 St. Charles Avenue
   New Orleans, Louisiana 70170-5100
25      (Attorneys for Weatherford)

---

**Page 3**

1  APPEARANCES CONTINUED:
2
3  BECK, REDDEN & SECREST
   By: Eric J.R. Nichols, Esquire
4  1221 McKinney Street, Suite 4500
   Houston, Texas 77010-2010
5      (Attorneys for Cameron)
6
7  WARE, JACKSON, LEE & CHAMBERS, L.L.P.
   By: Margaret Bryant, Esquire
8  America Tower
   2929 Allen Parkway
9  Houston, Texas 77019
       (Attorneys for Dril-Quip, Inc.)
10
11
   MUNGER, TOLLES & OLSON LLP
12  By: Allen Katz, Esquire
   355 South Grand Avenue, 35th Floor
13  Los Angeles, CA 70071-1560
14
15  SUTHERLAND ASBILL & BRENNAN LLP
   By: Stephany LeGrand, Esquire
16  1001 Fannin Street, Suite 3700
   Houston, Texas 77002-6760
17      (Attorneys for Transocean)
18
19
   MORGAN, LEWIS & BOCKIUS, LLP
20  By: Joseph Duffy, Esquire
   1000 Louisiana Street, Suite 4000
21  Houston, TX 77002
       (Attorneys for M-I SWACO)
22
23
24
25

---

**Page 4**

1  APPEARANCES CONTINUED:
2
3
4  THE VIDEOGRAPHER:
5
6
       KARL STIEGMAN, CLVS
7
8
9
10  REPORTED BY:
11
12
       SANDRA D. FILES, CCR, RPR
13      Certified Court Reporter
       State of Louisiana
14
15          *    *    *    *    *
16
17
18
19
20
21
22
23
24
25

---

**Page 5**

1
2          EXAMINATION INDEX
3
4              Page
5
6  MR. FINEMAN              15
7
8  MS. HARVEY              174
9
10  MR. HARTLEY             243
11
12  MS. LEGRAND             309
13          *    *    *    *    *
14
15
16
17
18
19
20
21
22
23
24
25

---

2 (Pages 2 to 5)

601 Poydras Street, Suite 1720
New Orleans, Louisiana 70130-6029

GAUDET KAISER, L.L.C
Board-Certified Court Reporters

Telephone (504) 525-9100
Facsimile: (504) 525-9109

Exhibit N

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

Reported by:

ALAN O'DONNELL                    May 5, 2011                    SANDRA D. FILES, CCR

Page 6

1           EXHIBIT INDEX
2
3    Number              Page
4
5    1914                79
6    1915                107
7    1916                109
8    1917                119
9    1918                123
10   1919                127
11   1920                131
12   1921                135
13   1922                139
14   1923                143
15   1924                151
16   1925                156
17   1926                160
18   1927                167
19   1928                185
20   1929                204
21   1930                211
22   1931                216
23   1932                224
24   1933                229
25   1934                237

Page 8

1    DESCRIPTIVE EXHIBIT LIST:
2
3    1914 - e-mail - From: Strickling,
4    Robert[Robert.Strickling@Anadarko.com]
5    Sent: Mon 10/19/2009 4:23:49 PM  - Subject:
6    RE: Value of Interest in Blacktail,
7    Silverton & Mauna Kea; ANA-MDL-000041074 -
8    ANA-MDL-000041075.
9
10   1915 - e-mail - From: Strickling,
11   Robert[Robert.Strickling@Anadarko.com]
12   Sent: Tue 10/20/2009 3:25:46 PM  - Subject:
13   RE: Economic Summary Slides for today's
14   review with Bob Daniels;
15   ANA-MDL-000041237.
16
17   1916 - e-mail - From: Strife,
18   Stuart[Stuart.Strife@Anadarko.com] Sent:
19   Tue 10/20/2009 19:15:25 PM  - Subject:
20   Maconda; ANA-MDL-000040182.
21
22   1917 - e-mail - From: Chandler,
23   Paul[Paul.Chandler@Anadarko.com] Sent: Fri
24   11/20/2009 9:03:55 PM  - Subject: FW: FYI;
25   ANA-MDL-000039191 - ANA-MDL-000039191.

Page 7

1    EXHIBITS CONTINUED:
2
3    Number              Page
4
5    1935                242
6    1936                309
7
8
9         *    *    *    *    *
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 9

1    DESCRIPTIVE EXHIBIT LIST CONTINUED:
2
3    1918 - e-mail - From: Hollek,
4    Darrell[Darrell.Hollek@Anadarko.com] Sent:
5    Wed 12/16/2009 8:32:54 PM  - Subject:
6    Macondo economics
7    ANA-MDL-000041677 - ANA-MDL-000041681.
8
9    1919 - bp - AUTHORIZATION FOR EXPENDITURE;
10   APC-SHS2A-000001082 - APC-SHS2A-000001084.
11
12   1920 - Letter to Michael Beirne, from
13   Nicholas G. Huch, dated February 18, 2010;
14   ANA-MDL-000030713 - ANA-MDL-000030714.
15
16   1921 - Letter to Michael Beirne, from
17   Nicholas G. Huch, dated March 30, 2010;
18   ANA-MDL-000030687 - ANA-MDL-00003068790.
19
20   1922 - Letter to Aimee Patel, from Nicholas
21   G. Huch, dated April 15, 2010;
22   ANA-MDL-000030726 - ANA-MDL-000030728.
23
24
25

3 (Pages 6 to 9)

601 Poydras Street, Suite 1720            GAUDET KAISER, L.L.C          Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029      Board-Certified Court Reporters     Facsimile (504) 525-9109

Exhibit N
Page 3

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                Reported by:
ALAN O'DONNELL                                     May 5, 2011                              SANDRA D. FILES, CCR

---

Page 10

DESCRIPTIVE EXHIBIT LIST CONTINUED:

1923 - e-mail - From: Allbritton,
Bert[Bert.Albritton@Anadarko.com] Sent: Mon
3/29/2009 7:22:22 PM - Subject: RE: 2nd
Supplemental AFE for Macondo (MC 252 # 1
Well); ANA-MDL-000058506 -
ANA-MDL-000058506.

1924 - e-mail - From: Peyton,
Dawn[Dawn.Peyton@Anadarko.com] Sent: Sun
4/4/2010 8:54:18 PM - Subject: FW: Macondo
supplement; ANA-MDL-0000049703.

1925 - e-mail - From: O'Donnell,
Alan[Alan.ODonnell@Anadarko.com] Sent: Thur
4/8/2010 5:12:58 PM - Subject: RE: Pompano
Capacity;
ANA-MDL-000008871 - ANA-MDL-000008872.

1926 - Macondo Post Drill (Utilizing BP
Amplitude Extraction ) 4/20/2010;
ANA-MDL-000263338 - ANA-MDL-000263345.

---

Page 11

DESCRIPTIVE EXHIBIT LIST CONTINUED:

1927 - Invoice, Month of Operation: 06,
2010; ANA-MDL-000262832 -
ANA-MDL-000262838.

1928 - e-mail - From: O'Donnell,
Alan<Alan.ODonnell@Anadarko.com> Sent:
Friday, November 20, 2009 9:08 PM -
Subject: RE: FYI; APC-HEC1-000004660 -
APC-HEC1-000004661; ADR005-001659 -
ADR005-001660.

1929 - e-mail - From: Hollek,
Darrell[Darrell.Hollek@Anadarko.com] Sent:
Mon 4/12/2010 3:11:58 PM - Subject: Re:
Macondo TD Reached;
ANA-MDL-000007365 - ANA-MDL-000007368;
ADR017-007365 - ADR017-0073658.

1930 - e-mail - From: Hollek,
Darrell[Darrell.Hollek@Anadarko.com] Sent:
Wed 4/14/2010 11:56:28 AM - Subject:
Macondo Pipe Setting Recommendation
w/Hollek; ANA-MDL-000002795.

---

Page 12

DESCRIPTIVE EXHIBIT LIST CONTINUED:

1931 - e-mail - From: Huch,
Nick[Nick.Huch@Anadarko.com] Sent: Tuesday,
April 20, 2010 3:17 PM - Subject: RE:
Macondo TA Letter Agreement to the T&A the
MC 252 # 1 Well; DWHMX00058228 -
DWHMX00058231.

1932 - e-mail - From: O'Donnell,
Alan<Alan.ODonnell@Anadarko.com> Sent:
Tuesday, April 6, 2010 10:52 PM (GMT)  -
Subject: Re: Macondo;
APC-HEC1-000004805; ADR005-001804.

1933 - e-mail - From: O'Donnell,
Alan[Alan.ODonnell@Anadarko.com] Sent: Thur
4/15/2010 1:34:36 PM - Subject: FW:
Evaluation complete at Macondo;
ANA-MDL-000008225;  ADR017-008225.

---

Page 13

DESCRIPTIVE EXHIBIT LIST CONTINUED:

1934 - e-mail - From: O'Donnell,
Alan[Alan.ODonnell@Anadarko.com] Sent: Fri
4/23/2010 3:07:38 PM - Subject: Macondo
Flow Rates; ANA-MDL-000261741;
ADR040-000150.

1935 - e-mail - From: Holley,
Susan[Susan.Holley@Anadarko.com] Sent: Wed
4/7/2010 7:34:50 PM - Subject: RE: Pompano
- Wattenburg Plant Discussion w
BP;ANA-MDL-000002028 - ANA-MDL-000002029;
ADR017-002028  - ADR017-002029.

1936 - e-mail - From: Bodek, Robert Sent:
Tue Feb 02  20:31:09 2010 - Subject: Add to
INSITEanywhere list for Macondo;
BP-HZN-MBI00175774.

              *   *   *   *   *

---

601 Poydras Street, Suite 1720                GAUDET KAISER, L.L.C                Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029         Board-Certified Court Reporters         Facsimile: (504) 525-9109

Exhibit N
Page 4

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

Reported by:

ALAN O'DONNELL                          May 5, 2011                          SANDRA D. FILES, CCR

Page 14

1        S T I P U L A T I O N
2
3        It is stipulated and agreed by and
4  between counsel for the parties hereto
5  that the deposition of the aforementioned
6  witness is hereby being taken under the
7  Federal Rules of Civil Procedure, for all
8  purposes, in accordance with law;
9        That the formalities of reading and
10 signing are specifically not waived;
11       That the formalities of sealing,
12 certification and filing are specifically
13 waived;
14       That all objections, save those as
15 to the form of the question and the
16 responsiveness of the answer, are hereby
17 reserved until such time as this
18 deposition, or any part thereof, may be
19 used or sought to be used in evidence.
20             * * * * *
21       SANDRA D. FILES, Certified Court
22 Reporter in and for the State of Louisiana,
23 officiated in administering the oath to the
24 witness.
25

Page 15

1        VIDEOGRAPHER:
2            This is the videotaped
3  deposition of Alan O'Donnell.  This
4  deposition is being held at 601 Poydras
5  Street, New Orleans, Louisiana, on May the
6  5th, 2011, at the time indicated on the
7  video screen, 8:32 a.m.
8            This deposition is being taken
9  in the matter of the Oil Spill by the
10 DEEPWATER HORIZON in the Gulf of Mexico on
11 April the 20th, 2010, in the United States
12 District Court, Eastern District, State of
13 Louisiana.  Would the court reporter please
14 swear in the witness.
15            ALAN O'DONNELL,
16 after having been first duly sworn by the
17 above-mentioned court reporter, did testify
18 as follows:
19 BY MR. FINEMAN:
20    Q.   Good morning, Mr. O'Donnell.  My
21 name is Steve Fineman and I'm here on
22 behalf of the Plaintiffs Steering
23 Committee.
24        And have you ever had your
25 deposition taken before?

Page 16

1    A.   I have years ago.
2    Q.   Years ago.  Well --
3    A.   Yeah.
4    Q.   Since it's been a while, let me
5  remind you of some of the procedures and
6  rules.  I'm going to be asking you a series
7  of questions, as will some of my colleagues
8  today, and when we do, the questions will
9  call for a yes, no or narrative answer.
10 You understand that?
11   A.   Yes.
12   Q.   Okay.  Because you're being --
13 your words are being taken down by the
14 court reporter and being picked up by the
15 videographer, I need you to speak clearly,
16 loudly enough and not to use huh-uhs or
17 shakes of the head.  Do you understand
18 that?
19   A.   I do.
20   Q.   Okay.  Another thing is, is that
21 there's a tendency in normal conversation
22 to sort of like finish each other's
23 sentences or to talk over each other.  In
24 this context I need you to wait until I'm
25 finished and I'll wait till you're

Page 17

1  finished.  That way we don't talk over each
2  other and we have a clean record.  Do you
3  understand that?
4    A.   Yes.
5    Q.   Sometimes during the course of
6  my questioning I will ask a -- a question
7  that may be objectionable as to the way I
8  have asked it, the form of the question,
9  and your counsel will object.  Unless she
10 instructs you not to answer a question, the
11 objection is just for the record and you
12 should answer the question if you
13 understand it.  Do you understand that?
14   A.   Yes.
15   Q.   Okay.  Mr. O'Donnell, do you
16 have any college degrees?
17   A.   I do.
18   Q.   And what are those degrees in or
19 that degree?
20   A.   I have a degree in petroleum
21 engineering from the University of
22 Oklahoma, graduated in December of 1984.
23   Q.   What's the degree?
24   A.   Petroleum engineering.
25   Q.   I'm sorry.  Is it a bachelor's

5 (Pages 14 to 17)

Exhibit N
Page 5

Page 18

1   degree?
2       A.   Bachelor, yes.
3       Q.   Okay.  Any other degrees?
4       A.   No.
5       Q.   Okay.  And what is the -- can
6   you describe for us the field of petroleum
7   engineering?
8       A.   Yes.  Petroleum engineering
9   is -- is a field that deals with evaluating
10  oil and gas properties, locating deposits
11  of oil and gas.  It can go from -- from I
12  guess in the broadest sense, it can be from
13  the drilling and design of the well to the
14  end completion and production of the well.
15  So it can go from the life cycle of the
16  well from conception through production and
17  abandonment of the well.  And the
18  engineering aspects in between.
19      Q.   Okay.  Do you have any
20  professional -- in addition to the academic
21  background, do you have any professional
22  training or certification in petroleum
23  engineering?
24      A.   I do.  I have a professional
25  certification in the State of Texas.

Page 19

1       Q.   Okay.  What is that
2   certification?
3       A.   It's a professional engineering
4   degree -- or not degree.  Professional
5   engineering certification, so I'm a
6   registered professional engineer in the
7   State of Texas.
8       Q.   Okay.  Specific to petroleum
9   engineering?
10      A.   It's a general -- it's a general
11  professional registration but, yes, it
12  is a -- I am a registered petroleum
13  engineer, yes.
14      Q.   Okay.  Do you have any specific
15  training in geology?
16      A.   I do have training in geology in
17  that we had training in school and I do
18  attend, periodically attend continuing
19  education classes in geology --
20      Q.   Okay.
21      A.   -- through -- through work or
22  some work sponsored class or an industry
23  class that has to do with my job.
24      Q.   Okay.  Do you have any specific
25  training -- strike that.

Page 20

1           Do you have any certifications
2   in geology?
3       A.   I do not.
4       Q.   Do you have any specific
5   training in -- in well drilling?
6       A.   Just a general overall education
7   that I got in my petroleum engineering
8   degree and practical knowledge that I
9   picked up along the way.
10      Q.   Okay.  Do you have any
11  certifications in drilling?
12      A.   I do not.
13      Q.   Okay.  Do you have any
14  professional training in accounting?
15      A.   I do not.
16      Q.   Do you have any professional
17  training in budget and finance?
18      A.   Professional training only in
19  the sense that I -- on-the-job training.  I
20  do work with capital budgets and I have
21  dealt with them for several years, so I
22  don't have any formal training in that
23  regard other than I did take classes
24  towards an MBA.  I got about halfway done
25  at the University of Houston.  That were --

Page 21

1   those were mainly basic classes, though,
2   they didn't specifically relate to my job,
3   the job that I have had on-the-job training
4   for years.
5       Q.   Okay.  Can you tell me what you
6   mean when you say capital budgets?
7       A.   Right.  Capital budget is -- is
8   a means of the company controlling how
9   their money is spent.  In any particular
10  year we'll have a -- an amount of money
11  that's dedicated towards capital projects.
12  That money will get allocated among various
13  groups, say, for instance, our Gulf of
14  Mexico group or one of our onshore groups.
15          They will be allocated a certain
16  amount of money to spend and then it's
17  their responsibility to go out and spend
18  that money as they represented the
19  opportunities in that budget.
20      Q.   Okay.  I'm going to come back to
21  that topic in a little bit.  I just wanted
22  to get that term defined since you used it.
23          When did you first go to work
24  for -- strike that.
25          Are you today presently an

6 (Pages 18 to 21)

Exhibit N
Page 6

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                    Reported by:
ALAN O'DONNELL                                    May 5, 2011                                    SANDRA D. FILES, CCR

Page 22

1    employee of Anadarko Petroleum Corporation?
2        A.   Yes.
3        Q.   Okay.  And are you today an
4    employee of any other Anadarko company?
5        A.   No.
6        Q.   Okay.  How long have you been an
7    employee of Anadarko Petroleum Corporation?
8        A.   I began work at Anadarko in
9    December of 1984, towards the year of the
10   year, so 26 years, 27 years.  I'm in my
11   27th year.
12       Q.   Okay.  Did you go to Anadarko
13   right after you got your petroleum
14   engineering degree?
15       A.   Yes.
16       Q.   Okay.  It's the only company
17   that you worked for?
18       A.   That's correct.
19       Q.   And what was your -- what is
20   your title today?
21       A.   My title is asset manager for
22   the eastern Gulf of Mexico.
23       Q.   Is asset manager different than
24   general manager?
25       A.   No.  I -- I was a general

Page 23

1    manager in my previous job over our
2    Carthage tight gas assets.  The -- the jobs
3    are not interchangeable, but they call them
4    asset managers offshore because there are
5    five of them in an overall bigger asset,
6    the Gulf of Mexico asset.  So they call it
7    area -- area or asset managers there.
8            So that it's general
9    manager -- I also have been considered a
10   general manager and have been a general
11   manager for a while.  So the two are almost
12   used interchangeably there.
13       Q.   Okay.  For purposes of today's
14   deposition, is it better to refer to you as
15   the general manager for the eastern Gulf of
16   Mexico or the asset manager for the eastern
17   Gulf of Mexico?
18       A.   I would say asset manager would
19   probably be more accurate.
20       Q.   Okay.  And how long you -- have
21   you held that title?
22       A.   I have been in this position
23   about a year and a half.
24       Q.   When did you first start in that
25   position?

Page 24

1        A.   It was around October 1st of
2    2009.
3        Q.   And prior to that, what position
4    did you have with the company?
5        A.   I was general manager over
6    Carthage and north Louisiana assets.
7        Q.   And that was -- that was on
8    land?
9        A.   Correct.  It's Carthage, Texas.
10       Q.   And prior to that?
11       A.   Prior to that I was -- I was an
12   asset manager over our mid-continent area.
13       Q.   Mid-continent?
14       A.   Mid-continent.  Right.  West
15   Texas mid-continent.
16       Q.   Okay.  Mid-continent meaning in
17   this context where?
18       A.   Kansas.
19       Q.   Okay.  Okay.  And before that?
20       A.   Prior to that I was development
21   manager in the Rocky Mountains for
22   development properties, still living in
23   Houston, but covering the Rocky Mountain
24   area.
25       Q.   And before that?

Page 25

1        A.   Before that I was the production
2    manager over our Austin Chalk assets.
3    Austin Chalk basically covers a wide swath
4    of Texas.
5        Q.   Okay.  And before that?
6        A.   Before that I was production
7    manager over our Bossier assets in north
8    Louisiana, tight gas assets.
9        Q.   And before that?
10       A.   Before that I was the reservoir
11   engineering manager for the offshore shelf
12   properties.
13       Q.   And anything else before that?
14       A.   Yes.  I was production
15   manager -- not production manager.
16   Property engineer for shelf properties
17   offshore.  And prior to that I was
18   reservoir engineering -- reservoir engineer
19   for our shelf properties offshore.  And
20   nothing prior to that.
21       Q.   Wow.  Those -- impressive you
22   worked your way up through the company.
23       A.   Yeah.
24       Q.   That's great.
25            Do you have a -- a résumé or a

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C                    Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029                 Board-Certified Court Reporters        Facsimile: (504) 525-9109

Exhibit N
Page 7

ALAN O'DONNELL                                    May 5, 2011                         SANDRA D. FILES, CCR

Page 26

1    CV that lays all that out?
2        A.   Do not.
3        Q.   Okay.  At what point in your
4    Anadarko career did you start having any
5    responsibility for budget and finance?
6        A.   Started back when -- when I was
7    in the Gulf of Mexico first and the shelf
8    properties.  I became the reservoir
9    engineering supervisor and I had -- I mean,
10   I looked at the budget and we dealt with
11   the budget, did economics.  Didn't really
12   have heavy budget responsibilities as far
13   as going in and justifying the budget to
14   management at that point in time.
15       Q.   Okay.  At what point did you
16   have that kind of responsibility?
17       A.   It really started when I became
18   a production engineering manager in our
19   Bossier assets and north Louisiana assets.
20   I had responsibility for operations and
21   maintenance budget and some capital
22   projects, like maintenance projects and
23   facilities projects.
24       Q.   Okay.  And what year was that?
25       A.   That would have been probably

Page 27

1    1994, around that time frame.
2        Q.   Okay.  And have you consistently
3    had some responsibility for budget and
4    finance since 1994?
5        A.   In some capacity, yes.
6        Q.   Okay.  Prior to becoming the
7    asset manager for the eastern Gulf of
8    Mexico had you had any responsibility for
9    capital budgets?
10       A.   Yes, in varying degrees.  We,
11   like I mentioned, we had always dealt with
12   a budget in one form or another in the
13   production managing job and then as a asset
14   manager for the -- for the Rockies I had
15   budget responsibilities.  It wasn't really
16   my responsibility to go out and execute the
17   projects, but to identify them and
18   recommend them to be done.  I have had
19   responsibilities for -- since I have been
20   in a management position.
21       Q.   Okay.  We're going to come back
22   and talk more about this specifically in a
23   little bit.  I just want to get a little
24   bit of the background.
25       A.   Yeah.

Page 28

1        Q.   So I think, make sure I got this
2    straight, you assumed your responsibilities
3    as asset manager for the eastern Gulf of
4    Mexico in -- on October 1, 2009, correct?
5        A.   Correct.
6        Q.   Okay.  Have your job
7    responsibilities been the same since
8    October 1, 2009?
9        A.   Yes.
10       Q.   Okay.  Generally speaking, what
11   are those responsibilities?
12       A.   Well, in addition to identifying
13   projects for the capital budget,
14   recommending the capital budget, the
15   responsibilities include managing the
16   development assets in my area, which
17   includes the Independence Hub.  We had
18   several producing properties there.
19            Also some non-operated
20   properties, Blind Faith and Pompano
21   platform.  And we also have another
22   operated property, our Neptune asset.  So I
23   look after the business dealings with those
24   assets.
25            I have a group of reservoir

Page 29

1    engineers, geologists and geophysicists
2    that are in my group that we -- we look
3    after -- going -- if there's additional
4    opportunities for drilling on these assets,
5    we look at that.  We do the -- the general
6    yearly reserve maintenance, capital
7    maintenance.  We -- we track all of the
8    numbers, all of the business numbers
9    dealing with these assets.  And if we have
10   additional opportunities to identify, other
11   exploitation wells or exploration wells,
12   then we will identify those and either
13   pursue those in our group or work on them
14   in conjunction with other groups.
15       Q.   When you use the phrase group or
16   the word group, what are you referring to?
17       A.   Well, my group is the eastern
18   Gulf of Mexico asset team.  There are
19   other -- other asset teams within the Gulf
20   of Mexico that -- that deal with
21   development properties, and then there are
22   exploration teams that are under another
23   vice-president that deal with exploration
24   in various parts of the Gulf of Mexico.  So
25   we work with those teams in -- in

8 (Pages 26 to 29)

Exhibit N
Page 8

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                           Reported by:
ALAN O'DONNELL                                    May 5, 2011                        SANDRA D. FILES, CCR

Page 30

1  identifying opportunities and sharing
2  knowledge.
3      Q.   Okay.  Are you considered to be
4  on the development side --
5      A.   Yes.
6      Q.   -- as opposed to the exploration
7  side?
8      A.   Correct.
9      Q.   Okay.  And which is different
10 from operations; is that correct?
11     A.   That's correct.
12     Q.   Okay.
13     A.   We do, in my group we do have
14 exploration potential that are smaller
15 targets.  We periodically identify
16 opportunities and their -- Independence Hub
17 asset is a -- a pretty large gas field and
18 there are drilling opportunities that --
19 that really technically are exploration
20 opportunities.  They are apart from other
21 existing fields.  Those fall under my -- my
22 area as well.
23     Q.   Is there a shorthand for
24 defining what we're -- what you mean when
25 we say -- what we mean when we say the

Page 31

1  eastern Gulf of Mexico?
2      A.   Well, it's -- there is a
3  boundary line drawn on a map.  But
4  it's -- it's -- it changes.  Really the --
5  the eastern gulf is everything from the
6  middle of Mississippi Canyon eastern --
7  eastward.  But it can change, depending on
8  the balance of assets and the discoveries
9  of where those assets are.  We may -- we
10 may bend the boundary a little bit.  If one
11 of the teams get overloaded with work, then
12 another team may pick it up, so -- but in
13 general the eastern Gulf of Mexico for us
14 is in the middle of Mississippi Canyon and
15 eastward.
16     Q.   Okay.  In your job as asset
17 manager for the eastern Gulf of Mexico, who
18 did you report directly to?
19     A.   Darrell Hollek is my boss right
20 now.
21     Q.   And was that true in 2009 and
22 2010?
23     A.   Yes.
24     Q.   Okay.  And who reported to you?
25 Did you have direct reports?

Page 32

1      A.   I did.  I had seven to nine
2  direct reports.
3      Q.   Okay.  And what -- what are the
4  nature of the jobs of the people who report
5  directly to you?
6      A.   Well, again, I have geologists,
7  geophysicists, reservoir engineers and
8  technical assistants that -- that are in my
9  group.  So two geologists, two
10 geophysicists, two reservoir engineers and
11 a technical assistant.
12     Q.   So, for example, yesterday we
13 talked to Mr. Chandler.  Is he -- was he a
14 direct report to you?
15     A.   Yes.
16     Q.   Okay.  Was -- do you know who
17 Bob Quitzau was?
18     A.   Yes.
19     Q.   Was he a direct report to you?
20     A.   No.
21     Q.   Okay.  Were responsibilities
22 that you just described generally as asset
23 manager for the eastern Gulf of Mexico the
24 same job responsibilities for the
25 Mississippi Canyon 252 block or what we may

Page 33

1  refer to as Macondo?
2      A.   Well, in -- in a sorts they
3  were.  The prospect was evaluated,
4  generated and evaluated within my shop in
5  conjunction with the exploration team.  We
6  did make the recommendation to drill that
7  well.  So yes, and it -- it was similar to
8  my responsibilities in other areas of the
9  eastern Gulf.
10     Q.   Okay.
11     A.   It was pursuant to my overall
12 responsibility in that area.
13     Q.   Okay.  I'm going to come back to
14 that in a little bit -- little bit.
15     A.   Okay.
16     Q.   Do you know what Anadarko E&P
17 is?
18     A.   Specifically I don't know all of
19 the subsidiaries of Anadarko and what their
20 functions are.  I know -- I work for
21 Anadarko Drilling Corporation, so I know
22 there are other subsidiaries that the
23 company owns.
24     Q.   Okay.  As far as you know, have
25 you ever acted on behalf of Anadarko E&P?

9 (Pages 30 to 33)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported by:
ALAN O'DONNELL                                    May 5, 2011                                    SANDRA D. FILES, CCR

Page 34

1     A.   Not specifically.  I know that I
2  have signed AFEs before under Anadarko E&P,
3  but I can't tell you exactly which ones.
4     Q.   Okay.  Do you know who at
5  Anadarko I should ask about what Anadarko
6  E&P is in relationship between Anadarko E&P
7  and Anadarko Petroleum?
8     A.   You could probably ask the land
9  department.
10    Q.   The land department, that would
11 be somebody like Nick Huch?
12    A.   Yes.
13    Q.   Okay.
14    MS. WILMS:
15         I think Jim Bryan is.
16    THE WITNESS:
17         Or Jim.
18    MR. FINEMAN:
19         Or Jim Bryan.  Okay.
20    MS. WILMS:
21         He's our 30(b)(6) witness
22 on that topic, also land.
23 BY MR. FINEMAN:
24    Q.   Okay.  Mr. O'Donnell, did you
25 become aware at some time shortly after or

Page 35

1  at the time you became eastern -- asset
2  manager for the eastern Gulf of Mexico,
3  that Anadarko was considering whether to
4  acquire an interest in the Macondo
5  prospect?
6     A.   Yes.
7     Q.   Okay.  Is that something that
8  you learned, that you knew about prior to
9  taking the job or after you took the job?
10    A.   I had no concept of this
11 prospect before I took the job, until I
12 learned of it after I got the job.
13    Q.   Okay.  By the way, who did you
14 succeed?
15    A.   A gentleman named Allen Sanders.
16    Q.   Okay.  And how long had he been
17 in that job, if you -- if you know?
18    A.   Around two years.
19    Q.   Okay.  Did you play any role in
20 the decision by Anadarko on whether to
21 acquire an interest in the Macondo
22 prospect?
23    A.   I played a role in that I -- my
24 team recommended the prospect.  The work
25 had been done prior to my arriving in the

Page 36

1  group towards evaluating the prospect, and
2  just after we got in the group, my team
3  recommended that we -- that we participate
4  in it.  So I paid -- played a role, in a
5  supervisory role over the group.
6     Q.   Okay.  Did you play any role in
7  designing the initial budget for -- for the
8  project?
9     A.   No.
10    Q.   Did you play any initial role
11 in -- in determining whether or not the
12 Macondo prospect had commercial viability?
13    A.   Yes.
14    Q.   What role did you play?
15    A.   Supervisory role.  Their -- a
16 team within my group evaluated the geologic
17 merits of it and economic merits of it and
18 that's what -- the basis of our
19 recommendation.
20    Q.   Okay.  The geologic merits of it
21 were primarily led by Paul Chandler?
22    A.   Correct.
23    Q.   And the economic aspects of it
24 were led by who?
25    A.   Dawn Peyton.

Page 37

1     Q.   Okay.  Is Miss Peyton still with
2  the company?
3     A.   Yes.
4     Q.   Okay.  Do you know what her
5  current job title is?
6     A.   Yes.  It's senior reservoir
7  engineer.
8     Q.   Is she a direct to you?
9     A.   Yes.
10    Q.   She's on your team?
11    A.   Correct.
12    Q.   Okay.  Did you play any role,
13 again, this is at the time where the
14 decision-making process was -- was going
15 on, about whether to acquire an interest in
16 Macondo, did you play any role in revenue
17 projections or profit projections?
18    A.   Those projections were done in
19 my group.
20    Q.   Okay.  When you say they were
21 done in your group, you mean that people --
22 in this instance, Dawn Peyton led people
23 who came up with numbers that were
24 presented to you and then what did you do
25 with them, those numbers?

10 (Pages 34 to 37)

Exhibit N
Page 10

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010          Reported by:
ALAN O'DONNELL                                    May 5, 2011                              SANDRA D. FILES, CCR

Page 38

1    A.   Well, we looked at the numbers
2  and -- to see if they met economic criteria
3  that we generally look at and make an
4  assessment of whether they would compete in
5  our portfolio or budget with other
6  projects.  And if they met our economic
7  criteria, then we would move forward and
8  recommend it to the higher, another higher
9  level.
10   Q.   Okay.  At that time what -- what
11 economic criteria are you referring to?
12   A.   Well, I can't specifically get
13 into what we looked at as far as economic
14 criteria, but in general we look at the
15 basic industry things, finding and
16 development costs, rate of return, present
17 value.  I think they are fairly standard
18 within the industry.
19   Q.   I'm sorry.  You said you can't
20 get into it.  I'm not sure I understand
21 that.
22   A.   Well, our specific economic
23 criteria that we utilized for making --
24 evaluating economic decisions, I assume
25 it's proprietary and we don't -- we don't

Page 39

1  have -- are not obliged to talk about that.
2    MS. WILMS:
3         How are confidential CBI
4  issues handled in these depositions?  Is
5  there --
6    MR. HARTLEY:
7         You have a period of time
8  after the deposition to designate the
9  confidential --
10   MS. WILMS:
11        Okay.  So we can do that.
12   MR. HARTLEY:
13        You can get into it and you
14 can designate it after the deposition.
15   MS. WILMS:
16        Okay.  Okay.  So it's okay
17 to talk about it.  We can designate it as
18 confidential and handle it that way.
19   THE WITNESS:
20        Okay.  So --
21   MS. WILMS:
22        Thank you.
23   MR. HARTLEY:
24        You're welcome.
25   THE WITNESS:

Page 40

1         So the main things that we
2  look at would be discounted present value,
3  a discounted profit to investment ratio.
4  BY MR. FINEMAN:
5    Q.   I'm sorry.  Can you say that
6  again?
7    A.   Discounted profit to investment
8  ratio, rate of return, finding and
9  development costs.  Those are -- those are
10 the key criteria that we look at.  We'll
11 gauge that prospect's materiality with
12 other opportunities that we have to invest.
13   Q.   You mentioned, you used the
14 phrase discounted in the profit to
15 investment ratio and the -- and the -- you
16 said present volume?
17   A.   Value.
18   Q.   Value.  I'm sorry.  Value.
19   A.   Yeah.
20   Q.   What do you mean by discounted
21 in this context?
22   A.   Well, common cash flow
23 calculation is discounting future cash flow
24 streams back to today's dollars.  That's
25 what I mean by discounting.  So we'll look

Page 41

1  at a present value discounted at 10
2  percent, discounted at 8 percent,
3  discounted at 15 percent.
4    Q.   I understand.  I'm going to ask
5  you questions and others may ask you
6  questions that seem sort of simple and
7  obvious, but that's part of this process.
8    A.   That's fine.
9    Q.   I don't want to testify for you,
10 so I may ask you questions that seem
11 simple.
12   A.   No problem.
13   Q.   Okay.  And can you explain a
14 little bit more about discounted profit to
15 investment ratio, what that means?
16   A.   Yes, it's a ratio of -- of the
17 amount of profit that we forecast for a
18 well, divided by the capital invested in
19 the well on a yearly basis and those --
20 those cash flow streams discounted back to
21 today's dollars.  So it's a -- it's a --
22 it's a measure of the impact of the
23 profitability of a well based on how much
24 money you spend on a well.
25   Q.   How much money you spend and how

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C          Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029    Board-Certified Court Reporters   Facsimile: (504) 525-9109

Exhibit N
Page 11

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported by:
ALAN O'DONNELL                                           May 5, 2011                              SANDRA D. FILES, CCR

Page 42

1  much money you think you're going to get?
2      A.   Correct.
3      Q.   And you mentioned a rate of
4  return as a separate category?
5      A.   Yes.
6      Q.   What does that mean?
7      A.   Rate of return is -- is
8  basically the rate at which you get your
9  money back. It's -- it's a discounting of
10 future cash flow streams to where you earn
11 zero percent rate of return that gives you
12 the rate of return of the project. So it's
13 just another economic criteria that we look
14 at. We don't focus on any one specific,
15 but we look at a package of information to
16 try to get an idea that's viability within
17 our overall portfolio.
18     Q.   Right. And rate of return is
19 measuring time?
20     A.   Correct.
21     Q.   Right. And funding and
22 development, that's -- that's the cost side
23 of things?
24     A.   Yes, that's -- that's the cost
25 of finding -- we generally -- on a per

Page 43

1  barrel basis, per barrel of oil basis.
2      Q.   Okay. Are there any other
3  criteria that you use in terms of your
4  economic analysis generally?
5      A.   Those are the main ones.
6      Q.   Okay. And were those -- I'm
7  going to come back to this in a little bit,
8  but were those the principal criteria that
9  you used and your team used in evaluating
10 Macondo?
11     A.   Yes.
12     Q.   And I take it you're aware that
13 at some point Anadarko acquired a 25
14 percent interest in Macondo prospect?
15     A.   Correct.
16     Q.   Do you recall when that
17 happened?
18     A.   That was towards the end of
19 2009.
20     Q.   Okay.
21     A.   I know we had -- we had started
22 working a deal with them, but I don't think
23 the deal ever really got signed until the
24 end of 2009. It may have been into 2010.
25     Q.   I will tell you, I think the

Page 44

1  documents were all signed on about
2  December 17th, 2009.
3      Q.   Okay.
4      Q.   Does that ring a bell, more or
5  less?
6      A.   Yeah, that's in the general
7  ballpark.
8      Q.   Okay. Did you play any role in
9  negotiating or structuring the actual
10 transaction that resulted in that
11 acquisition?
12     A.   No. I evaluated options that --
13 that we could potentially end up agreeing
14 to. But I didn't play any role in
15 negotiating any of the options. That would
16 have been our land department doing that.
17     Q.   Okay. And that would have been
18 Mr. Bryan or Mr. Huch?
19     A.   Correct.
20     Q.   Okay. Ultimately the
21 transaction involved, if I get the words
22 wrong I apologize, but trading well sites
23 for -- for this, for the Macondo
24 opportunity; is that correct?
25     A.   Trading leases.

Page 45

1      Q.   Trading leases.
2      A.   Yes.
3      Q.   Okay. Did you play any role in
4  selecting the properties that would be part
5  of that -- part of that trade?
6      A.   No. We -- we evaluated them as
7  far as determining what the value we
8  thought they had, which essentially was the
9  bonus value that we paid for them, but I
10 didn't -- I wasn't in a position to assess
11 how material those were to our portfolio
12 to -- to put them in, include them or not
13 include them in the trade.
14     Q.   Okay. The term bonus value,
15 that's just how much money you paid for the
16 lease?
17     A.   Correct.
18     Q.   Okay. Do you recall which
19 properties were involved in the -- in
20 the -- the trade part of the transaction?
21     A.   Not specifically.
22     Q.   Okay. We'll look at some
23 documents later that may help.
24     A.   Okay.
25     Q.   And I take it that's a normal

12 (Pages 42 to 45)

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C                      Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029           Board-Certified Court Reporters             Facsimile: (504) 525-9109

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010
ALAN O'DONNELL                          May 5, 2011                          Reported by:
                                                                SANDRA D. FILES, CCR

Page 46

1  part of -- of your practice, is when you
2  acquire a new opportunity, sometimes rather
3  than just paying with money, you trade
4  lease interests?
5      A.   That can happen, yes, trading
6  opportunity for opportunity.
7      Q.   Okay.  Are you aware that
8  in -- in or around this December 2009 time
9  period, that Anadarko Petroleum entered
10 into an operating agreement with BP and a
11 company called MOEX Offshore?
12     A.   Was I aware of that?
13     Q.   Yeah.
14     A.   Not specifically.  No one
15 notified me that -- that we did enter into
16 an agreement.  So I was not -- I know that
17 we generally enter into agreements like
18 that, but that's not done in my group.
19     Q.   Okay.  Did you play any
20 role in -- in -- strike that.
21          Have you ever seen the operating
22 agreement for the Macondo prospect?
23     A.   I have not.
24     Q.   Okay.  That's just not your
25 area?

Page 47

1      A.   Correct.
2      Q.   Okay.  Do you have an
3  understanding of Anadarko's role as a
4  non-operator with respect to the Macondo
5  prospect?
6      A.   Yes.
7      Q.   Okay.  What is that
8  understanding?
9      A.   My understanding is that we
10 agreed to participate with BP as the
11 operator.  We were a non-operating partner
12 in the well.  We invest in the well.  We
13 track the -- the progress of the well and
14 what we anticipate happens is we end up
15 with a usable discovery or we end up with a
16 dry hole, one or the other.  So we're
17 basically an investor in that -- in that
18 lease.
19     Q.   Okay.  What was -- did you
20 have -- strike that.
21          Did you have a role regarding
22 Macondo from January to April 20, 2010?
23     A.   I had a role as a non-operating
24 partner, yes.
25     Q.   Okay.  What was your role -- and

Page 48

1  right now I'm asking you specifically about
2  yourself.
3      A.   Okay.
4      Q.   What was your specific role?
5      A.   My role was to supervise my
6  group who was tracking progress of the
7  well.
8      Q.   Okay.  And -- and what was the
9  nature of that supervision?  In other
10 words, what would you do to supervise them?
11     A.   Well, as we track progress, we
12 keep up with where the well was in the
13 geologic section.  Our -- our interest was
14 seeing that a prospective horizon's tested
15 and try to understand where they are at any
16 particular time geologically.  And in the
17 end it was our responsibility to -- to make
18 sure that we had tested the prospective
19 section, geologic section.
20     Q.   Okay.  What does prospective
21 horizons mean?
22     A.   Well, geologic -- geologic zones
23 that we are targeting, we start out with a,
24 an idea of what we want to drill, and we
25 have ways of tracking where we are as we

Page 49

1  drill deeper.  And we try to understand at
2  any particular time where we are within
3  that geologic section.  It's not an exact
4  science, but that's -- that was part of my
5  group's responsibility, was to track that
6  and to see that we were testing the -- the
7  section that we wanted to test.
8      Q.   Okay.  Is it fair to say that
9  your -- your role as the supervisor was to
10 keep track of efforts to get to pay, to get
11 to the reservoir?
12     A.   Correct.
13     Q.   Okay.  Did you participate in
14 any way in any actual operations with
15 respect to Macondo?
16     A.   No.
17     Q.   Okay.  Did you ever visit the
18 DEEPWATER HORIZON yourself?
19     A.   No.
20     Q.   In the April 20 -- I'm sorry.
21 In the January to April 20, 2010 time
22 period, can you tell me generally what your
23 role was with respect to budget and finance
24 with respect to Macondo?
25     A.   We were tracking the budget and

13 (Pages 46 to 49)

Page 50

1  tracking the cost incurred on the well.
2  That's -- that's about it.
3      Q.   Tracking, can you tell me what
4  you mean by tracking?
5      A.   Well, we had certain amount of
6  capital available for that year, and as the
7  well progressed, the cost crept up and we
8  tried to figure out, okay, where is that
9  money going to come from?  What do we need
10  to do, if anything, to make sure that
11  there's money available to pay those
12  additional costs.  And of course, we -- we
13  track progress on the well.
14      Q.   Right.  Progress on the well
15  will ultimately lead to revenue?
16      A.   Eventually, we hope.
17      Q.   Hopefully, right?
18      A.   If they drill a successful well
19  with pay, yes.
20      Q.   Okay.  Since April 20, 2010,
21  have you had any role -- you specifically
22  any role with respect to Macondo?
23      A.   Yes.  The -- the prospect still
24  lies in -- in my group.  So we have had an
25  interest in -- in, along with the tragedy

Page 51

1  and everything that happened, we had an
2  interest in -- in understanding what was
3  going on there, but we also have an
4  interest in the pay section that we did
5  find.  So in the end, it will be in my
6  group or in a group like mine that will try
7  to figure out what we're going to do with
8  that in the future.
9      Q.   And when you are talking about
10  what we may do with it in the future, you
11  are talking about whether you will drill to
12  the same area again?
13      A.   Correct.
14      Q.   Okay.  Does Anadarko presently
15  have a plan for doing that?
16      A.   No.
17      Q.   Okay.  Has -- have you had any
18  conversations with people at BP about doing
19  that?
20      A.   No.
21      Q.   Okay.  Have you participated in
22  any meetings at Anadarko about a new
23  drilling project at Macondo?
24      A.   We have had meetings on it just
25  in an effort to try to figure out what, if

Page 52

1  anything, we can do.
2      Q.   Okay.  Do you recall when the
3  last of those meetings occurred?
4      A.   Seems like we had one here
5  recently, maybe a couple of weeks ago.
6      Q.   Okay.  Do you recall who was at
7  that meeting?
8      A.   Not everybody.  I know my team
9  was there.  We periodically, as a normal
10  course of business on my team, we get
11  together and talk about the things that
12  we're working on and what we can do to
13  progress them.  And this is one that we
14  periodically talk about really in a -- in a
15  weekly meeting we talk about, whether it's
16  for 10 seconds or 10 minutes.  We talk
17  about things, can we do anything to
18  keep -- to keep progressing in all of our
19  projects.
20      Q.   Okay.  To your knowledge are
21  there any -- have any documents been
22  generated analyzing the feasibility of a
23  new drilling project in Macondo?
24      A.   I think we do have documents,
25  but again, that's -- that's normal course

Page 53

1  of business for us.
2      Q.   Okay.  And just so I'm -- I'm
3  clear and I can move on.  At this point is
4  there -- does Anadarko have a plan for a
5  new drilling project at Macondo?
6      A.   No.  We have thoughts and ideas.
7  But we haven't -- we don't have a plan and
8  certainly -- certainly we're thinking about
9  things like that, but we don't -- we don't
10  have a plan as of today.
11      Q.   Okay.  Does the -- the 25
12  percent interest held by Anadarko in the
13  lease, it continues today; is that correct?
14      A.   It's my understanding, yes.
15      Q.   Okay.
16      MR. FINEMAN:
17          Can I have the -- yeah,
18  those.
19  BY MR. FINEMAN:
20      Q.   Yeah, I'm going to put in front
21  of you -- I don't need this.  I'm going to
22  put in front of you -- give it to him.
23  What's been previously marked as Exhibit
24  1597.  It is an agreed 30(b)(6) deposition
25  notice of Anadarko filed on April 4, 2011.

14 (Pages 50 to 53)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                     Reported by:
ALAN O'DONNELL                                       May 5, 2011                                  SANDRA D. FILES, CCR

Page 54

1      Mr. O'Donnell, have you seen
2  this before, the document, that is?
3      A.   Yes.
4      Q.   Okay.  Your lawyer showed it to
5  you at some point?
6      A.   Yes.
7      Q.   Can you look -- the pages aren't
8  numbered, but if you look at items 10, 11,
9  12 and 13, and if you would just take a
10 moment to review those, bearing this
11 question in mind.  I'd like -- I'm going to
12 ask you if you read it whether or not you
13 are prepared today to speak on behalf of
14 Anadarko on those subjects.
15     A.   Okay.  Okay.  Did you say 10
16 through 12?
17     Q.   10 through 13.
18     A.   Okay.
19     Q.   Mr. O'Donnell, you have read
20 items 10 through 13; is that correct?
21     A.   Yes.
22     Q.   Okay.  And are you prepared to
23 speak on behalf of Anadarko Petroleum
24 Corporation on those four items?
25     A.   Yes.

Page 55

1      Q.   Okay.  Generally speaking, how
2  does Anadarko determine the projected
3  revenue, if that's the -- the term you use,
4  of an oil prospect?
5      A.   Well, we will -- first of all,
6  we try to come up with a geologic analogue.
7  We try to have some idea or we have to have
8  some idea of what we're looking for
9  obviously.  So along with coming up with
10 that idea, we come up with analogues that
11 will give us some idea of what kind
12 of -- how much reserves we think we will
13 find, what kind of flow rate we think we
14 will get from -- from the reservoir.
15          Then we will get cost estimates
16 for drilling the well, completing the well,
17 installing facilities.  We will get time
18 estimates for when those investments should
19 occur.  And we'll also have a time estimate
20 for when we think the -- the well will come
21 online or start producing hydrocarbons.
22          We -- we take a -- an oil and
23 gas price forecast and utilize that in
24 coming up with a cash flow based on the
25 production, based on the investments, based

Page 56

1  on the timing that we -- we utilize.  And
2  then those cash flow estimates, basically
3  that's the revenue stream that -- that we
4  utilize and calculate our economic criteria
5  based on.
6      Q.   Okay.  That's very helpful, I
7  think you just described the whole thing
8  in a -- in a nutshell.  What I -- I want to
9  focus -- first I want to focus on the
10 revenue side.
11     A.   Okay.
12     Q.   Then we'll talk about the cost
13 side.  Is -- I want to make this simple
14 because the people who are watching this
15 aren't economists and they are not really
16 oil experts.  So is it as simple as
17 figuring out how much you might -- how much
18 money you might make, is it as simple as
19 figuring out your estimated BOE and
20 multiplying it by some average price of
21 what you would get for oil?
22     A.   No.
23     Q.   Okay.  I'm -- I was trying.  I
24 was hoping.
25          So tell me -- tell me where I

Page 57

1  went astray in how -- how you would -- how
2  you do figure out how much money you might
3  make off a particular project?
4      A.   Well, the key, if we are just
5  talking about the revenue side, the key
6  is -- is how much oil you make and what
7  year you make it and the price for the
8  product in the year that you produce it.
9  And subtract out transportation costs and
10 all for the -- for the cash flow side.
11          If you're just talking about
12 revenue, it's how much you make and how
13 much you get for it.
14     Q.   Okay.  So when you're
15 forecasting, when you're projecting, how --
16 how do you do that using that, the criteria
17 you just mentioned?
18     A.   For price forecast?
19     Q.   For value -- for estimating what
20 you might get.  So when you are deciding --
21 let's go back a minute to the time period
22 prior to signing the documents to get the
23 acquisition.  At that point people are
24 saying, at Anadarko are saying, well, how
25 much is this worth, so you can decide

15 (Pages 54 to 57)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

Reported by:

ALAN O'DONNELL                                    May 5, 2011                        SANDRA D. FILES, CCR

Page 58

1  whether the investment is worth it, right?
2      A.  Right.
3      Q.  Okay.  So how do you decide what
4  you think it might be worth?
5      A.  Okay.  We do -- I mentioned that
6  we have reserve estimates and we have price
7  forecasts.  We have -- we put ranges of
8  values on -- on key variables, like the
9  amount of oil that we recover, the rate at
10 which we recover them, the price that we
11 get for the product.  We put those -- we
12 quantify those in -- in terms of
13 distributions.
14         So we have a range of reserves,
15 range of flow rates, range -- generally a
16 range of prices.  And we will run basically
17 an economic analysis or projection based on
18 the ranges of variables that we think -- or
19 the distribution that represents each of
20 those key parameters.
21     Q.  Right.  So it's not that much
22 different than my very simple explanation,
23 it's just a more -- little bit more
24 complicated than that?
25     MS. WILMS:

Page 59

1         Object as to form.  I'm
2  just saying.
3  BY MR. FINEMAN:
4      Q.  Basically -- basically what
5  you're doing is -- basically what you're
6  doing, right, is you are -- is you are, you
7  think you're going to have so much oil
8  that you can -- that's commercially viable
9  in a particular spot, right?  That -- you
10 need to know that, or have a forecast of
11 that.
12     A.  Right.
13     Q.  Okay.  And then you have
14 projections on what the price or the -- the
15 commercial market for that oil would be at
16 the time you expect to extract the oil,
17 correct?
18     A.  Correct.
19     Q.  Okay.  And that those are the
20 two -- those are the principal variables in
21 determining how much you forecasted the --
22 the prospect might be worth?
23     A.  Those could be key variables or
24 there could be other key variables in there
25 as well.  I mean, as you have mentioned

Page 60

1  yourself, it's much more complicated
2  than -- than the layman understands.
3      Q.  Okay.  Always a mistake to
4  testify as the lawyer.
5         Okay.  So is there a written set
6  of guidelines that you all follow at
7  Anadarko that -- that lay out these
8  criteria?
9      A.  Not that I'm aware of.  I mean,
10 there are generally -- we take -- we do
11 take training courses in calculating
12 present value economics, and generally for
13 a lot of times different groups calculate
14 things in different ways as far as what's
15 important to -- to look at within the Gulf
16 of Mexico may not be the same as what's
17 most important in a tight gas play, for
18 instance.
19         So in general, the economics are
20 calculated the same way in that you come up
21 with a discounted cash flow stream, but
22 what is more important in some areas may
23 not be as important in other -- it's like
24 transportation costs offshore can be
25 a -- can be huge.  They may not be as much

Page 61

1  in some of the onshore plays.
2         So each of the parameters may --
3  may play a more important role in any one
4  particular area.
5      Q.  Okay.  And when you're -- the
6  reserves I get, because that, you rely
7  on your -- your geologists and -- and so
8  forth to tell you what you think the pay is
9  going to be for a particular site, correct?
10 We talked about that a little bit
11 yesterday.  And the price that -- that you
12 might get in the market at a particular
13 point in time, do you -- what's
14 the -- the -- what market do you use for --
15 for determining price?
16     A.  We have price decks that we use,
17 base price deck, what we call a stress
18 price deck and then an upside, that are
19 given to us by our marketing department.
20 And I'm not involved in -- in generating
21 that.
22     Q.  Okay.  You're not -- but when
23 you -- but you are responsible for the
24 economic modeling for projects within your
25 area, correct?

16 (Pages 58 to 61)

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C          Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029      Board-Certified Court Reporters      Facsimile: (504) 525-9109

Exhibit N
Page 16

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported by:
ALAN O'DONNELL                                    May 5, 2011                    SANDRA D. FILES, CCR

Page 62

1      A.   Correct.  Correct.
2      Q.   So can you tell me based on that
3  experience what -- like do you use an OPEC
4  market for price?  Do you use, you
5  know -- what -- what do you -- what do you
6  measure it against?
7      A.   I can't speak to how those price
8  decks are generated.  Our marketing
9  department would have to speak to that.  We
10  utilize the price decks that they give us.
11      Q.   Okay.  All right.  To your
12  memory are there -- strike that.
13          When you're evaluating the
14  potential revenue for a particular project,
15  I take it you run -- I think you -- you run
16  cash flow estimates, correct?
17      A.   Correct.
18      Q.   And were those kinds of cash
19  flow estimates run on Macondo?
20      A.   Yes, we did.  We ran them on
21  Macondo.
22      Q.   Okay.  Are there any other kind
23  of economic analyses that are -- that were
24  run on Macondo prior to the time that the
25  deal was entered into?

Page 63

1      A.   Not that I recall.
2      Q.   Okay.  The cash flow analyses or
3  the cash flow estimates for Macondo, have
4  you seen those recently?
5      A.   Recently?
6      Q.   Yes.
7      A.   Are you talking about the
8  pre-drill estimates?
9      Q.   I'm talking about the -- the
10  cash flow estimates prior to the time that
11  the deal was made.
12      A.   I saw what was -- what was
13  issued in the E-mails and I saw some
14  redacted material or economics with
15  redacted material in them.
16      Q.   Okay.  Do you, sitting here
17  today do you -- do you know whether or not
18  you have an unredacted set of the cash flow
19  estimates for Macondo in your possession?
20      A.   I would say that's probably
21  likely we do, but I haven't looked at them.
22      Q.   Okay.  Me either.
23          Do you recall as of December
24  2009 what Anadarko's projected revenue was
25  for the Macondo prospect?

Page 64

1      A.   I don't.  I don't recall.  We
2  had ranges of opportunities.  There --
3  there's -- it's expressed in terms of
4  probabilities and -- and I don't recall
5  specifically what -- what it would have
6  been.
7      Q.   Can you give -- I'm sorry to
8  interrupt you.
9          Can you give me what the range
10  was?
11      A.   I would be speculating if I told
12  you a range.
13      Q.   Okay.  The reason I asked you
14  earlier if you were prepared to speak on
15  behalf of the company about these topics is
16  because one of the topics is, you know, the
17  projected estimated revenue profit and that
18  kind of thing.
19      A.   Okay.  I didn't realize they
20  were talking about specific numbers.  I
21  thought they were just talking about the
22  general methodology.
23      MS. WILMS:
24          But there's documents,
25  right, that you can show him to refresh?

Page 65

1      MR. FINEMAN:
2          We'll see.  We will see if
3  any of them actually answer that question.
4  I'm not sure they do.
5      MS. WILMS:
6          We will see.
7  BY MR. FINEMAN:
8      Q.   To the best of your knowledge
9  was there a projected revenue number or
10  range attributed to Macondo prior to the
11  time that Anadarko entered into the deal to
12  acquire the interest?
13      A.   Yes, there would have been.
14      Q.   Okay.  But you don't remember
15  what that number or that range is today?
16      A.   I don't recall.
17      Q.   Is there anybody else who might
18  know that if I don't -- if I can't find it
19  in the documents?
20      A.   I doubt it.  We look at so many
21  numbers and they change.  As I mentioned
22  before, depending on the price forecast
23  that you use and depending on how the
24  geologic analogue may vary, we -- we change
25  flow rates, we change assumptions as we

17 (Pages 62 to 65)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported by:
ALAN O'DONNELL                                    May 5, 2011                                    SANDRA D. FILES, CCR

Page 66

1   learn more about the prospect and the
2   opportunity. We revise those cash flow
3   estimates and the range can change
4   tremendously.
5       Q.   I was going to -- that was my
6   next question. Did the figure change
7   between December 2009 and April 20, 2010?
8       A.   I doubt it because we wouldn't
9   have changed any of the economic
10  parameters. At that point in time the
11  project was approved in-house, so there
12  wouldn't have been any reason to go back
13  and change that.
14      Q.   At some point as you got -- as
15  it got closer to the time when
16  you -- strike that.
17          At some point you learned that
18  they had found a reserve and it looked like
19  it was going to be a successful well,
20  correct?
21      A.   It looked very promising, yes.
22      Q.   Right. At that point did you
23  have a sense of what the potential value
24  could be?
25      A.   It would have been the

Page 67

1   same -- the same pre-drill estimate. Over
2   time we would have -- we would have changed
3   the values as we -- as we learn parameters
4   that we utilize in our analysis, as we kind
5   of narrow the range of possibility down,
6   then at times we will go back and update
7   those, that cash flow forecast, but I don't
8   think we would have done that prior to,
9   say, logging the well.
10      Q.   Okay. We have used -- we have
11  talked about the capital budget. So as I
12  understand it, you -- that the -- for the
13  eastern Gulf of Mexico you had a specific
14  budget that you could spend for a fiscal
15  year?
16      A.   Correct.
17      Q.   Okay. And you had to figure out
18  how to make that budget -- strike that.
19          You had to figure out how to
20  make investment in Macondo fit that budget;
21  is that correct?
22      A.   Well, that -- because Macondo
23  was an exploration well it actually came
24  from an exploration budget. I looked after
25  the well. We recommended the prospect, but

Page 68

1   the money actually came, for accounting
2   reasons the money actually came from the
3   exploration budget, which is a -- was in --
4   under a different vice-president than --
5   than mine.
6       Q.   Okay. And who controlled that
7   budget?
8       A.   Stuart Strife was the
9   vice-president. It was his -- basically he
10  was the exploration manager over the Gulf
11  of Mexico at the time and he basically
12  controlled that budget.
13      Q.   Okay. So did you have any
14  responsibility for -- well, did you have
15  any responsibility for creating a budget
16  for Macondo?
17      A.   Well, Macondo was not budgeted
18  originally. We do set aside a certain
19  amount of money for opportunities that come
20  up like Macondo. We didn't really at the
21  beginning -- when we were setting the 2009
22  budget, I don't think that that was part of
23  the plan, because it was an outside
24  opportunity that was brought in.
25          So if an opportunity comes up

Page 69

1   that we had to invest in a prospect, then
2   they try to find the money for that.
3   Either something's not going to get done or
4   they have to shift money from a development
5   budget to an exploration budget.
6       Q.   But the budget -- but the money
7   that went to Macondo didn't come from your
8   budget, is that what you're --
9       A.   The money that went to drill
10  Macondo came from the exploration budget.
11      Q.   Okay. So when the opportunity
12  arises, somebody makes a decision. Once
13  the decision is made to invest -- in this
14  instance somebody made a decision to invest
15  in Macondo. Who made the decision where
16  the money was going to come from?
17      A.   Well, generally if it's an
18  exploration well, it will come from the
19  exploration budget. So that's kind of --
20      Q.   Okay.
21      A.   It's kind of commonly known that
22  that's how it works.
23      Q.   Okay. And in this particular
24  instance, it's your understanding that the
25  original cost of Macondo was going to be

18 (Pages 66 to 69)

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C                    Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029                Board-Certified Court Reporters         Facsimile: (504) 525-9109

Exhibit N
Page 18

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                    Reported by:
ALAN O'DONNELL                                              May 5, 2011                                      SANDRA D. FILES, CCR

Page 70

1  approximately $96 million?
2      A.   Yes.  We knew that it was going
3  to be in that ballpark.
4      Q.   Okay.  And that -- and Anadarko
5  signed up for 25 percent of that?
6      A.   Correct.
7      Q.   Okay.  And again, you -- you
8  didn't play any -- did you play -- you
9  didn't play any role in negotiating with BP
10  over the 25 percent figure?
11      A.   That's correct.
12      Q.   Okay.  That's something that
13  land did?
14      A.   Correct.
15      Q.   Okay.  Do you recall how much
16  more than $96 million the exploration
17  project cost?
18      A.   Well, the next AFE I believe
19  was -- first supplement was for $124
20  million.  So the incremental cost there was
21  due to Tropical Storm Ida damage on the
22  MARIANAS and then rig repair and then
23  bringing -- extra costs for bringing the
24  HORIZON in to finish that well out.
25      Q.   Okay.  And do you know how much

Page 71

1  Anadarko actually spent through April 20th?
2      A.   Through April 20th was about 120
3  million I believe.
4      Q.   How much did Anadarko spend?
5      A.   Oh, how much we had spent?  We
6  had spent a third -- the prospect was
7  promoted a third for a quarter, so we paid
8  a third of the cost up to about $105
9  million.  So we would have paid a third of
10  105 million and then 25 percent of the --
11  the 15 million left.
12      Q.   Okay.  Did you -- you testified
13  a little while ago that one of your
14  responsibilities was minding the expenses,
15  correct?
16      A.   Correct.
17      Q.   Did you play any role in cost
18  related decisions regarding the operations
19  of the well?
20      A.   No.
21      Q.   Okay.  So --
22      A.   Could you describe that a little
23  better, please, elaborate on it?
24      Q.   I'll ask it again.
25      A.   Okay.

Page 72

1      Q.   Did you in your job play any
2  role in making any cost-related decisions
3  regarding the operations at the well?
4      A.   No.
5      Q.   Okay.  So is it fair to say that
6  in terms of minding the expenses, is that
7  when BP sent the bill, you would look at
8  the bill and if you had -- and then pay the
9  bill?
10      A.   Yes.  Well, we would take a look
11  at the bill and ask our drilling department
12  if that looked reasonable and then we would
13  recommend that the -- the AFE be signed.
14  That's what we did in that case, which
15  is -- which is kind of typical for a -- for
16  a non-operated well.
17      MR. FINEMAN:
18          Okay.  We have to go off
19  the record right now and change the tape.
20      VIDEOGRAPHER:
21          We are going off the
22  record.  It's 9:30.  This is the end of
23  videotape number 1.
24      (Discussion off the record.)
25      VIDEOGRAPHER:

Page 73

1          We're back on the record.
2  This is the beginning of videotape number
3  2.  It's 9:41.
4  BY MR. FINEMAN:
5      Q.   Mr. O'Donnell, I want to go back
6  to some questions I was asking you a few
7  minutes ago about discussions that you
8  might be having or you were having with
9  Anadarko about possibly drilling again at
10  Macondo.
11          Have you participated in or run
12  any economic analysis of what would be
13  involved in going back in again?
14      A.   Going back in?
15      Q.   Going -- drilling -- drilling at
16  Macondo again in the future.
17      A.   Correct.  We have run some --
18  some scoping economics of -- or really it's
19  updating our original economics of what it
20  would take to drill that prospect again.
21      Q.   Okay.  And have you forecast
22  what the potential revenue would be from
23  drilling that, drilling Macondo?
24      A.   It would have been part of the
25  economics, yes.

19 (Pages 70 to 73)

601 Poydras Street, Suite 1720                        GAUDET KAISER, L.L.C                        Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029                 Board-Certified Court Reporters              Facsimile: (504) 525-9109

Exhibit N

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported by:
ALAN O'DONNELL                                    May 5, 2011                    SANDRA D. FILES, CCR

Page 74

1    Q.   Okay.  And that -- those figures
2  would be -- would have changed from back
3  in -- in late 2009?
4    A.   It's possible it would have
5  changed.  I mean, we would have had better
6  idea of what the reserves would be,
7  although we still don't have complete
8  information obviously.  We would have had a
9  better idea of what the flow rate would be,
10  the oil to gas ratio, things that as I
11  mentioned before, when we have a prospect,
12  as we learn more, we'll update the -- the
13  unknowns in that analysis and -- and we
14  have done that since April 20th.
15    Q.   Okay.  And sitting here today,
16  do you have a recollection of what the
17  potential revenue would be from that site
18  now?
19    A.   Do I have a specific number or
20  range of numbers?  No, I don't.
21    Q.   Okay.  But those numbers would
22  be reflected in these documents we have
23  discussed; is that correct?
24    A.   Yes, they -- there would be some
25  numbers in there, but again, we run a range

Page 75

1  of -- a range of possibilities and it would
2  have been a, probably a distribution of
3  outcomes.
4    Q.   Okay.  I understand.  Before we
5  broke we were talking about the AFE process
6  a little bit and I was asking you if you
7  just paid the bills as they came in.  Do
8  you recall that?
9    A.   Yes.
10    Q.   Okay.  And I think you testified
11  that what you would do is check with the
12  drilling people to see if the -- if the AFE
13  made sense; is that correct?
14    A.   If --
15    MS. WILMS:
16         Objection to form.  Go
17  ahead.
18    THE WITNESS:
19         We would ask the drilling
20  folks if the cost looked reasonable and the
21  timing looked reasonable and they would
22  give us their opinion on that.
23  BY MR. FINEMAN:
24    Q.   Okay.  Do you recall any
25  instance where you were told that the

Page 76

1  invoice was -- that the AFE rather was
2  unreasonable?
3    A.   I don't recall.
4    Q.   Okay.  Specific to Macondo?
5    A.   Right.  Correct.
6    Q.   The -- we're going to look at a
7  couple in a few minutes.  But the AFEs have
8  a -- the descriptive portion to them that
9  describe what work is being done in
10  connection with that particular AFE,
11  correct?
12    A.   Yes.
13    Q.   Okay.  Do you recall any
14  instance where you or your team concluded
15  that the work described in the AFE was
16  not -- had not been completed and therefore
17  there may be a reason not to pay the -- pay
18  the amount requested by the AFE?
19    A.   I don't recall that we had that
20  issue.
21    Q.   Are you aware -- strike that.
22         Earlier I believe you testified
23  that you don't think you've read the
24  operating agreement; is that correct?
25    A.   Correct.

Page 77

1    Q.   Are you aware that the operating
2  agreement has procedures specific to the
3  AFE process in the -- with respect to
4  Macondo?
5    A.   I haven't read it, so I presume
6  that it does.
7    Q.   Okay.  That wasn't your concern?
8    A.   Well, I knew that it was being
9  looked after in the land department.  If I
10  had specific questions or needed
11  information I would go to them.
12    Q.   Okay.  Fair enough.
13         Do you know what the
14  consequences would have been for Anadarko
15  if Anadarko had refused to pay the amount
16  requested by AFE?
17    MS. WILMS:
18         Object to the form.
19    THE WITNESS:
20         I don't.
21  BY MR. FINEMAN:
22    Q.   Do you recall ever being
23  concerned about there being -- about the
24  amount, the cost associated with Macondo
25  increasing from the original budgeted

20 (Pages 74 to 77)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010          Reported by:
ALAN O'DONNELL                                May 5, 2011                   SANDRA D. FILES, CCR

Page 78

1  amount?
2      A.   No, no concern of -- my interest
3  was understanding why the cost went up and
4  what the -- what the projected costs were
5  going forward and the timing of -- of those
6  costs.
7      Q.   Did you ever specifically speak
8  to anybody at BP about the AFEs or the
9  increase in costs associated with Macondo?
10     A.   I did not that I recall.
11     Q.   Do you recall participating in
12 any meetings at Anadarko
13 concerning -- regarding concerns about the
14 increased cost associated with Macondo?
15     A.   I don't recall that.
16     Q.   Okay.  What we're going to do
17 now is we're going to look at some
18 documents and I'll try to get through them
19 as quickly as we can.
20         Folks out there, I know there's
21 a lot of documents on the disks but I'm --
22 I will tell you what tabs I am going to
23 use.  Tab 4 will be the first document.
24         All right.  I am going to mark
25 Exhibit 1914 -- is that what that says?

Page 79

1      MS. MARTIN:
2          Yeah.
3  BY MR. FINEMAN:
4      Q.   Okay.  ANA-MDL-000041074 through
5  41118.  It appears here in two documents,
6  but it's actually consecutively numbered.
7          (Exhibit 1914 was marked
8  for identification.)
9          What I would like you to do is
10 just take a quick look at this and we're
11 going to ask -- I'll ask you some very
12 specific questions about it.
13     A.   Okay.
14     Q.   I'm not going to ask you any
15 questions about that -- that e-mail that
16 you are looking at right now.
17     A.   Okay.  I want to make sure I
18 know what --
19     Q.   Yeah, you look at whatever you
20 want.  I'm not -- since I am not going to
21 ask you questions about like every single
22 page, maybe what we should do is, I can ask
23 the questions; and then if after I ask the
24 questions, you think you need to spend some
25 time on it looking at it, we'll do it that

Page 80

1  way.
2      A.   Okay.
3      Q.   That way we don't waste our time
4  doing this right here.
5      A.   Sure.
6      Q.   Dawn Peyton was in your group,
7  correct?
8      A.   Correct.
9      Q.   Okay.  Who is Robert Strickling?
10     A.   Robert Strickling is a reservoir
11 engineer in the exploration group.
12     Q.   Okay.  This first -- first page
13 of this document of this exhibit is an
14 e-mail from Ms. Peyton to Mr. Strickling.
15 Do you see that?
16     A.   Yes.
17     Q.   Okay.  And she says to him here
18 is the presentation that we gave
19 management.  See that?
20     A.   Yes.
21     Q.   Okay.  You can put the e-mail
22 away.  The document that was attached to
23 this particular document.  You see that?
24     A.   Yes.
25     Q.   Okay.  You -- do you recall this

Page 81

1  document?
2      A.   I recall this document in some
3  form.  It may not be the exact same
4  document, because there were multiple
5  versions of it out, but I do recall this as
6  being one of the documents that -- that we
7  used for presenting the economics.
8      Q.   Okay.  And can you generally
9  explain to me what this is.
10     A.   Well, this is a -- this is an
11 economics evaluation package that typically
12 we'll -- we'll put together a document like
13 this to present to management and
14 this -- this document will end up more or
15 less getting paired down as it gets -- goes
16 through the approval process and become
17 more and more concise.  But a document in
18 this form is -- is -- has a lot more detail
19 in it than -- than it would eventually when
20 it gets approved.  So it's kind -- it's not
21 a living document, but it's -- at this
22 point in time this represented our
23 understanding of Macondo.
24     Q.   Okay.  And it's dated October
25 2009, correct?

21 (Pages 78 to 81)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010
ALAN O'DONNELL                                    May 5, 2011                         Reported by:
SANDRA D. FILES, CCR

Page 82

1     A.   Correct.
2     Q.   Did you -- do you recall whether
3  you played any role in preparing any of the
4  contents of this document?
5     A.   I don't recall that I prepared
6  any of this material at all.  I have --
7  because I was brand new in the group at
8  that point in time.
9     Q.   Okay.  We will look at a couple
10  of specific pages and you can tell me if
11  you --
12     A.   Okay.
13     Q.   -- if you recall.
14        Do you recall whether you played
15  any role when this was presented to
16  management?
17     A.   I did participate in some of the
18  latter recommendation meetings.  I do
19  recall that I was gone on one of the key
20  days it was presented to my boss, Darrell
21  Hollek.  But I think I was out for that
22  day, but over the course of a week or so,
23  we presented it up through the chain of
24  command.  So I was -- I was involved
25  in -- in vetting this document out

Page 83

1  definitely and the recommendation and the
2  upper approval stages.
3     Q.   So if I understand what you just
4  said, there were different presentations to
5  different levels of management, is that --
6     A.   Well, it was all some form, some
7  trimmed down form of this.  So the
8  presentation, as we learned new
9  information, we may or may not have updated
10  this presentation, depending on how germane
11  it is to the recommendation.  But
12  this -- this presentation would have been
13  consolidated down for each level of
14  management that we presented to.
15     Q.   Okay.  And without getting into
16  too much detail in this, can you briefly
17  describe for me the levels of management
18  that you walked through to get ultimate
19  approval?
20     A.   Yes.  We -- we presented it to
21  my boss, Darrell Hollek and his
22  counterpart, Stuart Strife.  And then we
23  presented it to Chuck Meloy and I believe
24  Bob Daniels was there, who are our senior
25  vice presidents; Chuck over worldwide Ops

Page 84

1  and Bob Daniels over worldwide exploration.
2  And then we presented it to Al Walker who
3  is our COO, and all over the course of a
4  couple of days.
5     Q.   And is it -- do you have to
6  clear each hurdle before you get to see the
7  next level management, is that how
8  it works?
9     A.   Generally, yes.
10     Q.   Okay.  Would you turn to page
11  410177, which is the second page of the
12  exhibit.
13        This says recommendation.  You
14  see that?
15     A.   Yes.
16     Q.   And can you explain to me what
17  this is?
18     A.   Let me read it real quick.
19     Q.   Sure.
20     A.   So we're basically recommending
21  that we participate in this opportunity
22  either on one or -- one of two general
23  conditions.  So it's a team recommendation
24  just giving management, we recommend either
25  one of these.

Page 85

1     Q.   Okay.  Neither one of these are
2  the deal that ultimately was reached, are
3  they?
4     A.   That's correct.
5     Q.   Yeah.
6     A.   There are some -- some variation
7  of this.  I know we ended up with a third
8  for a quarter promote that we paid and
9  neither one of these represents that.
10     Q.   Right.  Okay.  And did you
11  participate in -- in crafting this
12  recommendation?
13     A.   I don't recall that I did.
14     Q.   Okay.  If you turn to the
15  next -- well, 4 -- 41079.  I just have a
16  couple of questions on this page.  Do you
17  know what the phrase reserve range means?
18     A.   Yes.
19     Q.   What does that mean?
20     A.   That's the range of potential
21  recovery; if we find hydrocarbons, it will
22  be within that range.
23     Q.   Okay.  And what does this tell
24  us about the reserve range?
25     A.   Pardon me?

22 (Pages 82 to 85)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported by:
ALAN O'DONNELL                                    May 5, 2011                                    SANDRA D. FILES, CCR

Page 86

1     Q.   This says, after reserve range
2  it says 8. -- 8.8 MMBOE to 150 MMBOE, means
3  60 MMBOE, correct?
4     A.   Okay.
5     Q.   What does that mean?
6     A.   That -- that is the
7  range -- that means that there -- there's
8  a -- if we find hydrocarbons.  That will be
9  the range, 8.8 to 150 million barrels in
10 size.
11    Q.   Okay.
12    A.   And it has a mean of 60 million
13 barrels.  So this is from a reserve
14 distribution.  I'm not sure if that's a P10
15 or P90 spread, but typically it is.  So
16 it's 10 percent chance of finding one or
17 the other.
18    Q.   Okay.  When you were running
19 your economic analyses for what you thought
20 the revenue might be from the reservoir,
21 did you use the mean number or did you --
22 did you run different scenarios using the
23 different numbers in the range?
24    A.   I don't recall exactly what
25 these used, but typically we'll -- we'll

Page 87

1  run it on the mean and run it on a P10 and
2  P90 number.
3     Q.   Okay.  Under costs, see that?
4     A.   Yes.
5     Q.   It says a hundred million
6  dollars?
7     A.   Yes.
8     Q.   DHC.  What does that mean?
9     A.   That's dry hole cost.
10    Q.   Okay.  So that's the -- that's
11 the exploration cost?
12    A.   Correct.
13    Q.   And that's -- that's -- that's
14 the $96 million figure that ultimate -- was
15 the ultimate number, right?
16    A.   That's correct.
17    Q.   Okay.  Then it says $50 million
18 comp.  What does that mean?
19    A.   Completion.
20    Q.   That's the cost of completion?
21    A.   Yes.  That will be the future
22 cost when we would come back and -- and
23 complete that well and prepare it to flow.
24    Q.   Okay.  And then it says total
25 project, 850 million.  You see that?

Page 88

1     A.   Yes.
2     Q.   Okay.  What does total project
3  mean?
4     A.   Total project means drilling the
5  total number of wells, completing them,
6  installing subsea facilities, lay in a flow
7  line and umbilical back to whatever
8  platform we were going to tie this back to.
9     Q.   Okay.  So look at -- if you go
10 to 41109, and you look at the left bottom,
11 it says development investment.  You see
12 that?
13    A.   Yes.
14    Q.   If my math is correct,
15 these -- this adds up to 850 million.  Is
16 that -- is that -- are these the different
17 aspects of the 850 million projection?
18    A.   Yes, they should be.
19    Q.   So the hundred million is the
20 initial exploration well, correct?
21    A.   Correct.
22    Q.   The 50 million under
23 completions, the first one is complete
24 exploration well, correct?
25    A.   Correct.

Page 89

1     Q.   And that's the 50 million that
2  was from this other page?
3     A.   Right.
4     Q.   And then the other expenses are
5  as described there, correct?
6     A.   Yes.
7     Q.   Okay.  Now, at this point in the
8  project, is it -- is it fair -- have you
9  signed on for the 850 or have you just
10 signed on for the hundred?
11    A.   Just the hundred, gross.
12    Q.   Right.  So once
13 that's complete -- once that -- once that
14 part of the project was completed,
15 then -- then what happens?  How do you move
16 to the -- from an economic point of view,
17 how do you move on to the next -- the next
18 phase of the project?
19    A.   Well, the progression is you
20 drill your well and you decide whether you
21 want to set pipe on it or not, set casing.
22 When you decide to set casing on it, then
23 you will either drill another well or you
24 will go to project sanctioning, which means
25 what you will start the -- the work on the

23 (Pages 86 to 89)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported by:
ALAN O'DONNELL                                      May 5, 2011                        SANDRA D. FILES, CCR

Page 90

1  facilities and flowline and umbilical,
2  which tends to be the greatest cost in the
3  well.
4          So generally you'll -- you'll
5  get the information required from a well
6  like this, logs, things like that.  And
7  you'll get to some point where you say yes,
8  I have enough information that I will go to
9  sanctioning or no, I don't want to develop
10 this.
11     Q.   Okay.  So in April of 2010 when
12 you knew that you had a find, a discovery,
13 but before the incident, had any decision
14 been made about drilling a second or a --
15 and/or a third well?
16     A.   No, no decision had been made.
17     Q.   Okay.  And no decision had been
18 not to at that point?
19     A.   Correct.
20     Q.   Okay.  And the big expense item
21 here is this tie-back to Pompano?
22     A.   Yes.
23     Q.   Pompano was an existing Anadarko
24 facility?
25     MS. WILMS:

Page 91

1          Object to form.
2     THE WITNESS:
3          That is a BP operated
4  facility that we have 25 percent working
5  interest in.
6  BY MR. FINEMAN:
7     Q.   Sorry, I misspoke.
8          And the idea here was that it
9  was of economic value to be able to use the
10 existing -- to tie-back to the existing
11 facility rather than having to construct a
12 new extraction facility, correct?
13     A.   Yes.  Any -- any time you can
14 utilize existing facilities it saves on
15 your capital investment.  And this was the
16 case where we -- we thought that that would
17 be a good place to tie-back to.
18     Q.   Okay.  Where do these numbers
19 come from?  Were these provided by BP or
20 were these generated by you all?
21     MS. WILMS:
22          And just for the record,
23 the development investment numbers.
24     MR. FINEMAN:
25          Yeah.  The only numbers on

Page 92

1  the page.
2     MS. WILMS:
3          There's little tiny numbers
4  there.
5     THE WITNESS:
6          Well, we would have done --
7  originally we would have done our own
8  estimates and what these costs would be and
9  as -- as we learned more from BP and as
10 they decided they would share their numbers
11 with us, we would fine tune these numbers
12 into what they expected it would cost.  And
13 it looks like their -- their numbers --
14     MR. DAVID:
15          Object to form.
16 BY MR. FINEMAN:
17     Q.   Okay.  But these are the numbers
18 that you were using for presentation and
19 management?
20     A.   Yes.
21     Q.   Okay.  As you can see from this
22 page, most of the material has been
23 redacted.  That means that your lawyers
24 felt that it was privileged or otherwise
25 protected information.  So -- but I'm not

Page 93

1  going to ask you about any substance, but I
2  am going to ask you if you know what the
3  subject matter was that was included in
4  this big blank rectangle here.
5     A.   I don't know exactly what was
6  there, but in general we would put our
7  economics parameters, present values,
8  finding and development cost that we talked
9  about earlier.  That would be an area that
10 we would list those.  We would -- we would
11 list our reserve ranges and our cost ranges
12 and maybe -- well, we have -- our flow rate
13 expectations are in a graph down here, so
14 that likely would not have been in here.
15 So standard, standard economic criteria
16 that management would be interested in
17 looking at.
18     Q.   Okay.  Would the projected
19 revenue be in that box?
20     A.   In some form, yes, it probably
21 would have been in a form of a present
22 value, discounted present value.
23     Q.   Okay.  And on the right side, in
24 the right bottom, it says resource estimate
25 and then that little box has also been

24 (Pages 90 to 93)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                                                                Reported by:
ALAN O'DONNELL                                                              May 5, 2011                                              SANDRA D. FILES, CCR

Page 94

1  redacted.  You see that?
2      A.   Yes.
3      Q.   Do you recall what the subject
4  matter would be there?
5      A.   Yes.  That would have been a
6  reserve range, reserve estimates in more
7  detail likely than what would have been up
8  front.
9      Q.   Okay.  And just briefly can you
10  explain to me Macondo rate versus time,
11  something that was left for us to look at.
12      A.   Yes.  The rate versus time plot
13  is basically a forecast of -- of flow rates
14  over time for each of the P10, P50 and P90
15  reserve scenarios.  So in a case of the P10
16  or the higher end of the reserve range, the
17  flow rates were projected to be higher and
18  last for a longer time.  And of course, the
19  P50 and P90 were scaled back from there.
20      Q.   Just for the -- so the record is
21  complete, can you explain P10, P50, P90?
22      A.   That's a whole science into
23  itself.  But in a nutshell, it's a -- when
24  you look at a P10, P90 range, you are
25  looking at a distribution of possible

Page 95

1  outcomes.  So if you look at a P10 number,
2  that represents a 10 percent or greater or
3  less chance of finding that reserve or flow
4  rate and greater.  If you are looking at a
5  P90, it's 10 percent chance or greater that
6  you're going to find that rate or lower.
7          So it basically, it represents
8  the two end points of a distribution,
9  whether it be reserve range, cost range, a
10  rate.  But in general we use that for
11  reserve range.
12      Q.   Okay.  Thanks.
13          Can you turn the page?  Can you
14  tell me what this is?  This is 41110.
15      A.   Yes, this looks like -- looks
16  like economic outcomes for these particular
17  ranges for different promote scenarios.  So
18  the one to one would be a heads up, I call
19  a heads up deal where we pay 25 percent of
20  the exploration cost and earn 25 percent of
21  the well, two for one, three for one.
22          And these -- these parameters
23  would represent these end points in the
24  distribution for each one of these -- these
25  numbers at present value before tax, after

Page 96

1  tax, greater return.
2          And then the risk number would
3  be once you have taken the drilling risk
4  into account, the chance that you are going
5  to find hydrocarbons, then this would be a,
6  basically a risk to mean number, so
7  like a -- it's not an average, but it's
8  basically a risk to mean number.
9      Q.   Okay.  So this is -- these are
10  expense scenarios?
11      A.   Expense scenarios?
12      MS. WILMS:
13          Object to form.
14  BY MR. FINEMAN:
15      Q.   Strike -- strike that.
16          So what is -- tell me what gross
17  reserve add means in this context.
18      A.   Gross reserve add would mean
19  so -- so we -- the 41.7, that should be
20  million BOE would be --
21      Q.   Where are you -- where are you?
22  Oh, you are down here at the bottom?
23      A.   Say -- look at one -- one for
24  one --
25      Q.   Uh-huh.

Page 97

1      A.   The top section there, if you
2  look at gross reserve add all the way over
3  on the right --
4      Q.   Right.
5      A.   -- the gross reserve add, from
6  -- from that distribution of potential
7  reserve adds the risked mean is about 42
8  million barrels on a gross basis.  So that
9  -- that is what on a gross sense you could
10  expect to book if you were on that
11  distribution.
12      Q.   Okay.  I think I understand it.
13  And how was this information used?
14      A.   Well, this information would
15  have been put in here really for people to
16  see the effect of paying more promote on
17  the well.  So I think BP originally was
18  asking for a three for one promote.  They
19  could take a look at a three for one
20  promote and see how the economic parameters
21  degrade as you pay more of a promote or
22  less of a promote.
23      Q.   Again, for the record, can you
24  define what you -- the word promote as
25  you're using it here?

25 (Pages 94 to 97)

601 Poydras Street, Suite 1720                          GAUDET KAISER, L.L.C                          Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029                   Board-Certified Court Reporters                   Facsimile: (504) 525-9109

Exhibit N
Page 25

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                      Reported by:
ALAN O'DONNELL                                    May 5, 2011                              SANDRA D. FILES, CCR

Page 98

1      A.   Well, my -- my use of the word
2  promote -- which is not the official land
3  use of the word.  I don't know exactly how
4  they would define it, but my understanding
5  of promote is how much additional you pay
6  for that first well relative to what you
7  end up making as a working interest in the
8  well.
9      Q.   Right.  And it ended up here you
10 paid a third for 25 percent?
11     A.   Right.  Right.
12     Q.   Right.  Okay.  I understand.
13 Can you turn the page.  I -- can you tell
14 me what this is?
15     A.   Yes.  This is a sensitivity
16 analysis that we look at each of the -- the
17 parameters on the left, pricing capital,
18 promote, UR, initial production rate.  And
19 typically I don't know exactly how this was
20 done, but typically we will vary those --
21 those elements by, say, plus or minus 10
22 percent to see their effect on the rate of
23 return.  So it's called a sensitivity
24 analysis or a tornado plot.
25     Q.   Okay.  Is there information

Page 99

1  missing from this document?
2      A.   Lots of information missing on
3  this.
4      Q.   Right.  It's been redacted out,
5  right?
6      MS. WILMS:
7           Not on this page.  I mean,
8  we would put the redacted stamp on the
9  bottom of every page of a redacted
10 document, but if we redacted something out
11 of the content, it would have a little
12 redacted box, so --
13 BY MR. FINEMAN:
14     Q.   I'm sorry.  What I'm trying to
15 understand is I -- I can't figure this
16 document out by looking at it.  And what I
17 just want to understand is in the -- within
18 the box here --
19     A.   Uh-huh.
20     Q.   -- is there something -- is
21 there stuff missing?
22     A.   No.
23     Q.   This is the entire -- this is
24 the way this looks normally?
25     A.   Yes, yes.

Page 100

1      Q.   What does this tell you?
2      A.   Well, tells you on pricing, for
3  instance, if your price varied plus or
4  minus a certain percentage, this is the
5  effect on rate of return that you would
6  see.  Capital is the same.  If your capital
7  is saying -- and I'm using this for
8  instance, I don't know exactly what numbers
9  were used here.  But say if the capital was
10 increased or decreased by 10 percent, this
11 is the effect on rate of return they would
12 have.
13     Q.   Okay.
14     A.   So you can see your rate of
15 return there is 17 percent.  It's very
16 sensitive to pricing as you would expect.
17 If pricing varied by a certain percentage,
18 then it could take it down to 7 percent
19 rate of return or it could take it up to 27
20 percent rate of return.
21     Q.   All right.  So this -- this
22 document probably had some text on it that
23 provided --
24     A.   Not necessarily.  Probably was
25 verbalized when the presentation was made.

Page 101

1  These parameters may have been varied by
2  the same percentage each that -- I mean, if
3  Nancy said it wasn't redacted, so --
4      Q.   Well, she said this part wasn't
5  redacted.
6      MS. WILMS:
7           Yeah.  This page, correct.
8  BY MR. FINEMAN:
9      Q.   Yeah.
10     A.   Yeah.  So if there was any
11 additional data it would have been on this
12 graph.
13     Q.   Okay.  Turn to 4114.  Can you
14 tell me what this page shows us?
15     A.   This page shows the trade
16 opportunities that we were considering in
17 trade for -- for the trade portion of
18 Macondo --
19     Q.   Right.
20     A.   -- and how we valued those
21 prospects.
22     Q.   Okay.  Then do you -- do you
23 remember -- do you know what the subject
24 matter would be of the redacted portion?
25     A.   Yes.  It would be the -- what's

26 (Pages 98 to 101)

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C                 Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029           Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit N

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

ALAN O'DONNELL

Reported by:

May 5, 2011

SANDRA D. FILES, CCR

Page 102

1 listed at the top, the columns --
2     Q.   Uh-huh.
3     A.   -- for each of these
4 prospects -- it would be the -- the mean
5 net NPV 10, profit to investment ratio.  So
6 it would be the economic parameters for
7 each of these prospects listed across
8 there.
9     Q.   Okay.  And what is the -- what
10 are we -- the bottom of that chart says BP
11 Macondo prospect under various deal terms.
12 This -- this is comparable data to the one
13 we looked at a minute ago?
14     A.   It should be.
15     Q.   This chart, what is -- tell me
16 what NPV 10 means?
17     A.   Net present value of the cash
18 flow stream discounted back at 10 percent.
19 Discounted back to present, today.
20     Q.   Right.  So what does that tell
21 you if you were -- if you were doing a one
22 to one deal, it says 94 under net for
23 Macondo, under net success mean.  See that?
24     A.   Yes.
25     Q.   What does that mean?

Page 103

1     A.   Well, I -- I haven't checked the
2 numbers, but this should be reflected on
3 the previous page for the value of -- of
4 Macondo at -- at a one to one promote or
5 participating in that prospect at a one to
6 one promote.
7     Q.   So what does the 94 mean?  What
8 is it -- what is the -- what is
9 the -- translate to dollars?
10     A.   That would probably be $94
11 million.  It's a net present value 10, so
12 it's a -- it's a value and it doesn't -- I
13 don't see that they have the -- the dollar
14 number here or the symbols here, but that
15 would be millions of dollars.
16     Q.   Okay.  And so this is suggesting
17 that the net -- the NPV 10 for Macondo on a
18 one to one deal would be $94 million?
19     MS. WILMS:
20          Object to form.
21     THE WITNESS:
22          That would be the mean of
23 that distribution of outcomes.
24 BY MR. FINEMAN:
25     Q.   So the range could be, the

Page 104

1 ranges, whatever it is, below 94 and above
2 94?
3     A.   Correct.  That's right.
4     Q.   Okay.  Is that -- earlier you
5 testified you couldn't recall what the
6 projected revenue figures or value figures
7 would be.  Does this refresh your memory at
8 all?
9     A.   This is one set of numbers that
10 looks like it would be in a reasonable
11 range, yes.
12     Q.   So net present value 10, the
13 mean would be $94 million, at least as of
14 this point?
15     MS. WILMS:
16          Object to form.
17     THE WITNESS:
18          Well, it depends.
19 BY MR. FINEMAN:
20     Q.   On the one to one deal.
21     A.   On this specific set of
22 assumptions on that distribution, yes.
23     Q.   Okay.  Can you go to the next
24 page?  Can you tell me what this is?
25     A.   This looks like a materiality

Page 105

1 plot where we plot the risk profit to
2 investment ratio against what we call
3 materiality which is really net present
4 value.  So this was done to compare how
5 Macondo might look to some of the other
6 opportunities that we have in our
7 exploration portfolio, just to make sure
8 that it is something that -- that looks
9 like it would compete with a -- for
10 capital.
11     Q.   Uh-huh.  All of the detail has
12 been redacted, correct?
13     A.   Yes.
14     MS. WILMS:
15          Object to form.
16     THE WITNESS:
17          Well, yeah, you have your
18 Macondo point.  It's not all --
19 BY MR. FINEMAN:
20     Q.   There's no -- I can't -- can you
21 tell me any conclusions or outcomes from
22 this analysis from this exhibit?
23     A.   No, but you could -- you could
24 look at the scale and maybe infer something
25 on it.

27 (Pages 102 to 105)

601 Poydras Street, Suite 1720
New Orleans, Louisiana 70130-6029

GAUDET KAISER, L.L.C
Board-Certified Court Reporters

Telephone (504) 525-9100
Facsimile: (504) 525-9109

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported by:
ALAN O'DONNELL                              May 5, 2011                        SANDRA D. FILES, CCR

Page 106

1     Q.   It's not what I can do.  It's
2   what you can do that matters.
3     A.   No, I can't because I don't know
4   the points from the rest of the graph.
5     Q.   Okay.  Next page, can you tell
6   me what this is?
7     A.   Look like a similar plot.
8     Q.   Yeah.  Similarly illuminating,
9   right?
10    MS. WILMS:
11         Object to form.
12  BY MR. FINEMAN:
13    Q.   That's withdrawn.  Sorry.
14         Can you turn to the last page of
15  the exhibit.  All right.  Well, it's not
16  the last page.  The last page, some quote
17  from Donald Rumsfeld.  The -- the summary
18  page.  This says strong economic case.  Do
19  you see that?
20    A.   Yes.
21    Q.   Why -- why was it a strong
22  economic case?
23    A.   Well, the -- the economic
24  parameters must have looked positive
25  compared to the rest of the -- the

Page 107

1   investment portfolio, the exploration
2   portfolio, and I recall that they did.  It
3   looked -- it looked positive.
4     Q.   All right.  We're done with that
5   exhibit.  Number 5, please.  This is
6   Exhibit 1915, ANA-MDL-000041237.
7          (Exhibit 1915 was marked
8   for identification.)
9          This is e-mails dated October
10  20, 2009.  You are a recipient of these
11  e-mails, correct?
12    A.   Yes.
13    Q.   This -- this e-mail is from Nick
14  Huch.  He's the land man, right?
15    A.   Yes.
16    Q.   To a distribution list that
17  includes you, in which he says that, I told
18  BP late yesterday that we would be
19  recommending option 1 to our management.
20  BP has agreed and is going to do likewise,
21  correct?  I read that correctly, yes?
22    A.   Correct.
23    Q.   And option 1 is this one-third
24  for one-fourth deal that we have been
25  talking about, correct?

Page 108

1     A.   Yes.
2     Q.   Okay.  And it looks like the
3   contemplation is giving up interest in
4   Sawatch and Tobacco Root, correct?
5     A.   Correct.
6     Q.   Does that refresh your memory as
7   to which properties were involved in the --
8   in the trade transaction?
9     A.   Yes, it does.
10    Q.   And were those the two
11  properties?
12    A.   As I recall, yes.
13    Q.   Okay.  And then it says in the
14  e-mail from, this is from Mr. Strickling,
15  it says, if we accept this option, we will
16  be trading a net risk NPV of $11 million,
17  plus an additional $8 million of well
18  costs, for $81 million in Macondo net risk
19  NPV.  You see that?
20    A.   I do.
21    Q.   What does that mean?
22    A.   Well, that's the trade-off.
23  We -- we would invest the two blocks -- the
24  net present value of those two blocks are
25  our value in those blocks plus whatever

Page 109

1   well cost promote that we would have for
2   the value, the risked value that we would
3   see in the Macondo prospect.
4     Q.   Okay.  And -- and what does
5   risked value mean?
6     A.   That means value with the chance
7   of geologic success taking into account.
8     Q.   Okay.  Does this mean that you
9   were projecting $81 million as the value of
10  the -- of the interest in Macondo?
11    A.   That's one representation of the
12  value.  As I mentioned, it's a range of
13  values, but that is -- that is a risked
14  mean value.
15    Q.   Okay.  Can I have number 6,
16  please.  This is Exhibit 1916,
17  ANA-MDL-000040182.
18         (Exhibit 1916 was marked
19  for identification.)
20         This is an e-mail dated
21  October 20, from Richard Hedley.  Who is
22  Mr. Hedley?
23    A.   Richard is an exploration
24  manager in our Gulf of Mexico exploration
25  group.

28 (Pages 106 to 109)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported by:
ALAN O'DONNELL                              May 5, 2011                        SANDRA D. FILES, CCR

Page 110

1    Q.   Okay.  And this was to a
2  distribution list that included you,
3  correct?
4    A.   Yes.
5    Q.   This looks like it's -- this --
6  this e-mail is describing this process of
7  presenting to management, correct?
8    MS. WILMS:
9         Object to form.
10   THE WITNESS:
11        Let me read through it real
12 quick.
13 BY MR. FINEMAN:
14   Q.   Sure.
15   A.   Okay.
16   Q.   Is that correct?
17   A.   Yes.
18   Q.   Okay.  In this -- in the middle
19 of this e-mail Mr. Hedley writes, one thing
20 everyone was uneasy about was the BP claim
21 they do not have a well AFE for a hundred
22 million dollars ready to send out to a
23 potential partner.  What does that mean, if
24 you remember?
25   MS. WILMS:

Page 111

1         Object to form.
2    THE WITNESS:
3         Well, I can't put words
4  into Richard's mouth.
5  BY MR. FINEMAN:
6    Q.   I don't want you to.  I just --
7  you were -- you participated in the
8  conversations, if I remember your
9  testimony, and so I just want to know if
10 you -- if you know -- if you know what he's
11 talking about.
12   A.   Well, until you see an AFE, you
13 really don't know what it's going to be.
14 So we liked to -- we would have liked to
15 have seen an AFE at this time that
16 represented a hundred million dollars as
17 they -- as they said it would.  As it
18 turned out, it was 96, so that's okay.
19   Q.   Okay.  The next sentence says,
20 We need to scrutinize their well cost
21 estimate as part of any farm-in agreement.
22 You see that?  It's the next sentence.
23   A.   Oh, yes, I'm sorry.
24   Q.   It's okay.
25   A.   Okay.

Page 112

1    Q.   Do you know why he was saying at
2  this point that you need to scrutinize the
3  well cost estimate?
4    A.   Well, there -- there of course
5  was an issue of what rig they were going to
6  drill it with and -- and frankly there's an
7  issue of how much BP spends on drilling
8  wells.  So we would -- just needed to
9  understand what their cost forecasts were
10 and what their timing estimates were.
11   Q.   What's the issue with the amount
12 that BP spends drilling wells?
13   A.   They come over -- they had come
14 over AFE quite a few times.
15   Q.   I'm sorry.  Say that again.
16   A.   They had come over AFE or
17 their -- their costs tend to be on the high
18 side of what their estimates are.
19   Q.   That was your experience in
20 dealing with them in past -- in the past?
21   A.   Yes.
22   Q.   Did you participate in
23 scrutinizing the well cost estimate?
24   A.   No.
25   Q.   The next sentence, the last

Page 113

1  sentence of the e-mail says it wasn't
2  discussed where the 30 million -- $33
3  million would come from.  You see that?
4    A.   Yes.
5    Q.   Ultimately the $33 million is
6  the initial projected cost for Anadarko,
7  correct?
8    A.   Correct.
9    Q.   And is it the case at this point
10 it was still being decided whether it would
11 come from your budget or from exploration's
12 budget?
13   A.   That's correct.
14   MS. WILMS:
15        Object to form.
16 BY MR. FINEMAN:
17   Q.   And ultimately it came out of
18 the exploration budget?
19   A.   Yes.
20   MR. FINEMAN:
21        Can we take just a, like a
22 five-minute break right here?
23   MS. WILMS:
24        Sure.
25   VIDEOGRAPHER:

29 (Pages 110 to 113)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010        Reported by:
ALAN O'DONNELL                                    May 5, 2011                        SANDRA D. FILES, CCR

Page 114

1        Going off the record.  It's
2  10:23.  This is videotape number 2.
3        (Discussion off the record.)
4     VIDEOGRAPHER:
5        We are back on the record.
6  This is the beginning of videotape number
7  3.  It's 10:32.
8  BY MR. FINEMAN:
9     Q.   Mr. O'Donnell, I want to come
10 back to this concept of net risk NPV.
11 Remember we looked at this exhibit where
12 the number was 81 million for that -- for
13 that net risk NPV, at least as reflected in
14 that e-mail.
15    MS. MARTIN:
16        1915.
17 BY MR. FINEMAN:
18    Q.   1915.  Yeah.  Thank you.
19    A.   Okay.
20    Q.   Okay.  Is net risk NPV the same
21 thing as how much money you think you're
22 going to make from a particular well?
23    MS. WILMS:
24        Object to form.
25    THE WITNESS:

Page 115

1        No.  It's one possible
2  representation on a distribution of
3  possible outcomes.
4  BY MR. FINEMAN:
5     Q.   Okay.  And --
6     A.   It's a convenient single number,
7  but it's the -- there were a range of
8  potential outcomes of value there.
9     Q.   Okay.  So the amount of money
10 that you forecast you might make from a
11 particular well could be significantly
12 larger than your net risk NPV?
13    MS. WILMS:
14        Object to form.
15    THE WITNESS:
16        Or lower.
17 BY MR. FINEMAN:
18    Q.   But it could be -- it could be
19 much higher, could be lower is what you're
20 saying?
21    A.   Yes.
22    Q.   Okay.  And do you recall in the
23 instance of Macondo whether the
24 actual -- the forecast of the actual amount
25 of money you thought you were going to make

Page 116

1  was comparable to the net risk NPV or was
2  higher or lower?
3     MS. WILMS:
4        Object to form.
5     THE WITNESS:
6        Well, again, our -- we have
7  a distribution of possible outcomes, of
8  which this is one.
9  BY MR. FINEMAN:
10    Q.   Do you recall what the highest
11 figure was on your potential distribution
12 of outcomes?
13    A.   I don't recall.
14    MS. WILMS:
15        And if you need to refer to
16 some of the other documents -- I don't
17 know.
18    THE WITNESS:
19        I could.
20    MS. WILMS:
21        You want him to look
22 through the numbers?
23    THE WITNESS:
24        Yeah, I -- I can go back
25 and find that.

Page 117

1  BY MR. FINEMAN:
2     Q.   I mean, if you think there's an
3  exhibit that has that I would be thrilled
4  if you would point that out to me that we
5  could look at.  I mean, the -- the exhibit,
6  I mean, we do have the 94 number, right,
7  from -- from Exhibit 1914 at 41114.  But
8  that was -- that was on a one-to-one basis,
9  one-to-one transaction.
10    A.   Right, on document 41110?
11    Q.   Yes.
12    A.   You can take a look at one of
13 those scenarios and see the net present
14 value, the after-tax net present value.
15 That is a range of possible values for --
16 for that range of outcomes.  So that's the
17 range, P90, P50, P10 and then a risk
18 means --
19    Q.   I'm sorry.  Okay.  So you are
20 talking about -- is that the first line,
21 the BT NPV?
22    A.   That's before tax.  We typically
23 will look at an after tax.  So -- so a
24 representation would be somewhere in
25 between this one-to-one and two-to-one

30 (Pages 114 to 117)

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C          Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029   Board-Certified Court Reporters   Facsimile: (504) 525-9109

Exhibit N
Page 30

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010    Reported by:
ALAN O'DONNELL                          May 5, 2011                    SANDRA D. FILES, CCR

Page 118

1  since we did -- paid a third for a quarter.
2  And you could look at that range, P90 to
3  P10, to see what that P90 to P10 range was.
4      Q.  All right.  I understand.  Okay.
5  So -- but on this, if you are looking at
6  after tax NPV on one-to-one and P -- P90 of
7  a negative 84.8 number, correct?
8      A.  Correct.
9      Q.  And what does that mean?
10     A.  That means that we would lose
11 that much money on this prospect if -- if
12 we hit that P90 reserve scenario.
13     Q.  Okay.  And if you hit the P10,
14 then your after tax is 361 million?
15     A.  Correct.
16     Q.  All right.
17     A.  It -- yes.  But again, we -- we
18 talk in terms of ranges here and we
19 don't -- I mean, there's a one-in-ten
20 chance that you would hit that -- that high
21 end and a one-in-ten chance that you would
22 hit that low end.
23     Q.  Right.  I understand.  And is
24 there one of these that you rely more
25 heavily on in -- in this range?

Page 119

1      MS. WILMS:
2          Object to form.
3      THE WITNESS:
4          Well, for purposes of
5  summary, you use risk mean because it's
6  hard to represent these ranges all the
7  time, so --
8  BY MR. FINEMAN:
9      Q.  Right.  So that's your 57.5
10 number there?
11     A.  Right.  So -- so what this
12 allows is everybody that has a different
13 idea of what the geologic risk is in this
14 prospect, they may be at the higher end of
15 the range or the lower end of the range.
16 And this -- this risk mean is one way of
17 representing that distribution of outcomes.
18     Q.  All right.  I understand.  I
19 appreciate that and thank you for bringing
20 me back to that page because I had missed
21 that.
22          All right.  Let's look at 13,
23 tab 13, please.  This is Exhibit 1917,
24 ANA-MDL-000039191.
25          (Exhibit 1917 was marked

Page 120

1  for identification.)
2          This exhibit is a series of
3  e-mails dated November 20, 2009.  Take a
4  look at that e-mail.  Do you recall this
5  e-mail exchange?
6      A.  I do.
7      Q.  What does this e-mail exchange
8  concern?
9      A.  Well, it's concerning damage
10 done to MARIANAS after Tropical Storm Ida
11 and the fact that we didn't really know
12 that the rig had suffered some damage and
13 just our -- our -- basically our reaction
14 to that.
15     Q.  Can you read -- your -- the top
16 e-mail is from you to Mr. Chandler, Ms.
17 Peyton and Glenn Raney, correct?
18     A.  Yes.
19     Q.  Can you read what you wrote?
20     A.  Yes.  I wrote, "Bummer.  I'm
21 amazed that they didn't tell us about
22 this."
23     Q.  Why were you amazed that they
24 didn't tell you?
25     A.  Well, because we were working

Page 121

1  with them and trying to come to an
2  agreement, and then there was a long period
3  of silence after this and we as a -- having
4  an interest in -- in participating in this
5  prospect and eventually being able to drill
6  the well, we as a team were disappointed
7  that we didn't have more information on
8  this; and hence the use of my technical
9  term "bummer."
10     Q.  And the problem, one of the
11 problems I suppose, as I understand this
12 e-mail, is that you didn't know what the
13 additional costs would be to proceed,
14 correct?
15     A.  Right.  That's right.
16     Q.  Did you participate in any
17 conversations with anybody at BP concerning
18 their not telling you about the status of
19 the MARIANAS?
20     MR. DAVID:
21          Object to the form.
22     THE WITNESS:
23          No.
24 BY MR. FINEMAN:
25     Q.  And what -- what did you do as

31 (Pages 118 to 121)

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C          Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029     Board-Certified Court Reporters     Facsimile: (504) 525-9109

Exhibit N
Page 31

Page 122

1    a -- following your learning of the
2    problems with the MARIANAS?
3          MS. WILMS:
4                Object to form.
5          THE WITNESS:
6                Well, our drilling
7    department tried to understand what the
8    additional costs were and once -- once we
9    understood what the additional costs were,
10   then we re-ran the economics and presented
11   them to management; and fortunately, they
12   still look positive for us to -- to
13   participate in the opportunity.
14   BY MR. FINEMAN:
15         Q.   Can I have 17, please.
16               Do you know whether anybody at
17   Anadarko discussed the fact that BP did not
18   timely apprise you of the status of the
19   MARIANAS?
20         MR. DAVID:
21               Object to the form.
22         THE WITNESS:
23               I do not.
24   BY MR. FINEMAN:
25         Q.   You don't know?

Page 123

1          A.   No.
2          Q.   In your experience was BP's
3    failure to tell you -- to tell Anadarko in
4    a timely manner about the status of the
5    MARIANAS characteristic of the way that BP
6    conducts business?
7          MR. DAVID:
8                Object to the form.
9          THE WITNESS:
10               Not necessarily.  I
11   don't -- I am not familiar enough with how
12   they conduct business to -- to say -- have
13   an opinion on that.
14   BY MR. FINEMAN:
15         Q.   Okay.  This is Exhibit 1918,
16   ANA-MDL-000041677.  Paper -- it's one
17   exhibit, but it's stapled in two parts.
18   It's 41677 through 41683.
19               (Exhibit 1918 was marked
20   for identification.)
21         The --
22         MS. WILMS:
23               Might be a good idea to
24   take a second to look at the whole thing or
25   is it just going to be a targeted --

Page 124

1          MR. FINEMAN:
2                If after I ask the
3    questions, if he needs to take time, I'm
4    happy to do that.
5          MS. WILMS:
6                Sounds good.
7    BY MR. FINEMAN:
8          Q.   The top e-mail is, on the chain
9    is dated December 16, 2009, from you to
10   Mr. Hollek, correct?
11         A.   Yes.
12         Q.   Can you read what you wrote?
13         A.   "Darrell, we re-ran the Macondo
14   economics adjusting the initial well cost
15   to $131 million and tweaking the timing as
16   per Patsy's info below.  Economics did not
17   change much and still look very strong.
18   Should we set up a meeting to discuss with
19   Chuck?"
20         Q.   Okay.  So following up on your
21   prior testimony, this is your team having
22   to re-run the economics and you're
23   reporting to Mr. Hollek that even though
24   the cost went from 96 million to 131
25   million, it was your view that -- that the

Page 125

1    -- the transaction still looked very
2    strong?
3          A.   Yes.
4          Q.   And attached to the e-mail were
5    a couple of pages of revised economics,
6    correct?  It's 41682.
7          A.   Yes.  Yes.
8          Q.   Okay.  And this is basically the
9    same -- the same format of -- of chart that
10   we looked at earlier with respect to the
11   October presentation, correct?
12         MS. WILMS:
13               Object to form.
14         THE WITNESS:
15               Yes.
16   BY MR. FINEMAN:
17         Q.   And the -- you see in the --
18   again, we have a bunch of redacted material
19   from this rectangular box here.  You see
20   that?
21         A.   Yes.
22         Q.   And would the subject matter
23   here be the same as you described earlier
24   in the -- for the October document?
25         A.   It should be.

32 (Pages 122 to 125)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                      Reported by:
ALAN O'DONNELL                                      May 5, 2011                                      SANDRA D. FILES, CCR

Page 126

1    Q.   And as I understand on the
2  development investment side, the only
3  change that was made here was the -- well,
4  strike that.
5          What was the change made in --
6  in the development interest box?
7    A.   Initial well cost.
8    Q.   I'm sorry?
9    A.   Exploration well cost.
10   Q.   Okay.  And it was -- it went up
11 basically $30 million, correct?
12   A.   That's right.
13   Q.   Okay.  Do you recall whether
14 there was any other -- were there --
15 whether there were any other economic
16 changes reflected in this document?
17   MS. WILMS:
18       Object to form.
19   THE WITNESS:
20       I do not recall.
21 BY MR. FINEMAN:
22   Q.   All right.  Can I look at
23 Exhibit 18.  I'm sorry.  Did you want to
24 add something to your testimony?
25   A.   No.

Page 127

1    Q.   This is Exhibit 1919, APCSHS 2A
2  00001082 through 1084.  Tab 18.
3          (Exhibit 1918 was marked
4  for identification.)
5          Mr. O'Donnell, can you tell me
6  what this is?
7    A.   This looks like the BP AFE for
8  the initial drilling of the well, the
9  initial AFE.
10   Q.   Okay.  AFE is authorization for
11 expenditure, correct?
12   A.   Correct.
13   Q.   Okay.  And it says it was
14 prepared on August 28, 2009 in the left
15 corner, correct?
16   MS. WILMS:
17       Object to form.
18   THE WITNESS:
19       Yes.
20 BY MR. FINEMAN:
21   Q.   Okay.  And if you look at the
22 bottom right it looks like it's dated for
23 signature purposes December 17, 2009?
24   A.   Correct.
25   Q.   Is that your understanding?

Page 128

1          And it looks like it was signed
2  by Anadarko by Stuart Strife; is that
3  correct?
4    A.   Correct.
5    Q.   And Mr. Strife was the
6  vice-president for exploration for the Gulf
7  of Mexico?
8    A.   That's right.
9    Q.   Okay.  I think earlier you
10 testified that the budget was
11 coming from -- the dollars were coming from
12 exploration, correct?
13   A.   Right.
14   Q.   So that's why he was the one who
15 was signing this, correct?
16   A.   Yes.
17   Q.   Okay.  Did you play any role in
18 reviewing this AFE?
19   A.   No.  We pulled the well costs
20 from it.
21   Q.   Say that again, please?
22   A.   We utilized the well costs from
23 it.
24   Q.   What does that mean?
25   A.   The cost of the well, the AFE

Page 129

1  amount --
2    Q.   The --
3    A.   -- we utilized that in our
4  economics, the -- the $96 million --
5    Q.   Right.
6    A.   That's what we utilized in the
7  economics, that's what we got from this.
8    Q.   Okay.  And this was -- this AFE
9  reflects the original budgeted amount for
10 the project, correct?
11   MR. DAVID:
12       Object to form.
13 BY MR. FINEMAN:
14   Q.   The $96 million?
15   MR. DAVID:
16       Object to form.
17   THE WITNESS:
18       We did not have this in the
19 budget originally.
20 BY MR. FINEMAN:
21   Q.   I'm sorry.  I misspoke.
22 This -- this AFE concerns the -- the
23 original projected costs of the -- of the
24 project, the $96 million, correct?
25   MR. DAVID:

33 (Pages 126 to 129)

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C                    Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029          Board-Certified Court Reporters         Facsimile: (504) 525-9109

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                                              Reported by:
ALAN O'DONNELL                                                          May 5, 2011                                     SANDRA D. FILES, CCR

Page 130

1          Object to form.
2      THE WITNESS:
3              Yes, this was BP's AFE
4   projection, correct.
5   BY MR. FINEMAN:
6      Q.   Okay.  And, again, you -- so you
7   had no role in -- in reviewing or approving
8   this AFE; is that correct?
9      A.   Well, we -- my team presented
10  the economics package for -- to gain
11  Anadarko approval of this AFE.
12     Q.   Okay.  Did you play any role in
13  reviewing the description -- the project
14  description and comments?
15     A.   No.
16     Q.   Pardon?
17     A.   No.
18     Q.   Okay.  Do you know whose job it
19  would have been, if anyone's, to review the
20  project description before the AFE was
21  approved by Anadarko?
22     MS. WILMS:
23          Object to form.
24     THE WITNESS:
25          Someone in our drilling

Page 131

1   department would have looked at it and seen
2   if the cost was reasonable.
3   BY MR. FINEMAN:
4      Q.   Okay.  And would that
5   person -- would that person -- does the
6   drilling department report to you?
7      A.   No.
8      Q.   Who do they report to?
9      A.   Darrell Hollek.
10     Q.   Okay.  I'm going to give you a
11  document we're marking as 1920.  It's
12  ANA-MDL-000030713, 30714.
13          (Exhibit 1920 was marked
14  for identification.)
15          The first page of this exhibit
16  is a February 18, 2010, letter from
17  Mr. Huch to Mr. Beirne at BP, correct?
18     A.   Correct.
19     Q.   Do you know who Mr. Beirne is?
20     A.   I do not.
21     Q.   Okay.  And the letter suggests
22  that AFE -- supplemental AFE is being
23  attached, correct?
24     MS. WILMS:
25          Object to form.

Page 132

1      THE WITNESS:
2              It appears that's what it
3   says, yes.
4   BY MR. FINEMAN:
5      Q.   Okay.  And can you tell me as
6   the next -- the next document is a
7   supplemental authorization for expenditure?
8      A.   Yes.
9      Q.   Okay.  And in the left corner it
10  says date prepared, January 27, 2010.  Do
11  you see that?
12     A.   Yes.
13     Q.   And then again, it was signed by
14  Stuart Strife on behalf of Anadarko,
15  correct?
16     MS. WILMS:
17          Object to form.
18     THE WITNESS:
19          It looks like Stuart's
20  signature, but I can't be certain who would
21  have signed this.
22  BY MR. FINEMAN:
23     Q.   Okay.  Okay.  He's the VP of
24  exploration?
25     A.   Correct.

Page 133

1      Q.   Yeah.  And it's dated
2   February 18, 2010?
3      A.   Yes.
4      Q.   Did you play any role in
5   authorizing this supplemental authorization
6   for expenditure?
7      MS. WILMS:
8          Object to form.
9      THE WITNESS:
10          My group would have updated
11  the economics with this new cost projection
12  and -- and that's it.
13  BY MR. FINEMAN:
14     Q.   Okay.  Did anybody in your group
15  review the project description to determine
16  whether it was accurate or whether the AFE
17  was reasonable?
18     MS. WILMS:
19          Object to form.
20     THE WITNESS:
21          No.  That -- that would
22  have been done by the drilling department.
23  BY MR. FINEMAN:
24     Q.   Okay.  Do you know what the
25  $27.9 million in this supplemental

601 Poydras Street, Suite 1720                      GAUDET KAISER, L.L.C                   Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029             Board-Certified Court Reporters            Facsimile: (504) 525-9109

Exhibit N
Page 34

Page 134

1  authorization for expenditure concerned?
2      A.   It concerned additional drilling
3  costs that they had and that was their
4  projection of -- of what it was going to
5  take to reach TD at that point in time.
6      Q.   Okay.  This was the -- this
7  was -- this reflects the increase in the
8  projected costs of the project that we
9  discussed a little while ago, correct?
10     A.   Yes.
11     Q.   Okay.  I know we -- I asked you
12 earlier today about Anadarko E&P.  This AFE
13 showed that Anadarko E&P was paying 30
14 percent and Anadarko Petroleum Corporation
15 was paying 3.3 percent.  Do you see that?
16     A.   Yes.
17     Q.   Do you have any information
18 about Anadarko E&P paying 30 percent of
19 this, of this -- of the amount reflected in
20 this AFE?
21     MS. WILMS:
22         Object to form.
23     THE WITNESS:
24         No.
25 BY MR. FINEMAN:

Page 135

1      Q.   I'm going to give you 1921.
2  It's ANA MDL 000030687 through 30690.  It's
3  tab 22.
4          (Exhibit 1921 was marked
5  for identification.)
6          This exhibit, again, is
7  a -- this is a March 30, 2010 letter from
8  Mr. Huch to Mr. Beirne attaching a second
9  supplemental AFE concerning Macondo; is
10 that correct?
11     MS. WILMS:
12         Object to form.
13     THE WITNESS:
14         Yes.
15 BY MR. FINEMAN:
16     Q.   Attached to that is a letter
17 from Mr. Beirne to Anadarko.  I recognize
18 you were not a recipient.  Doesn't show you
19 as a recipient of that letter.  But have
20 you seen this letter before?
21     A.   I don't think I have seen this.
22     Q.   Okay.  If you look at the final
23 page of this exhibit, this is a second
24 supplemental authorization for expenditure,
25 correct?

Page 136

1      A.   Correct.
2      Q.   And it was prepared, according
3  to the document, on March 22nd, 2010,
4  correct?
5      A.   Correct.
6      Q.   And this one is -- is this again
7  signed by Mr. Strife?
8      A.   Yes, it appears to be.
9      Q.   Okay.  And did you -- do you
10 recall whether you played any role in
11 approving or authorizing this AFE?
12     A.   Again, my -- my group would have
13 updated the economics, if we did any.  I
14 don't recall specifically that we updated
15 economics for this AFE, though.
16     Q.   Okay.  Do you -- do you know
17 what this -- what expenses this second
18 supplemental authorization for expenditure
19 concerned?
20     MS. WILMS:
21         Object to form.
22     THE WITNESS:
23         I really don't.  I know
24 that they had drilling -- drilling delays
25 and things and rig repairs, but I don't

Page 137

1  know any specifics about that.
2  BY MR. FINEMAN:
3      Q.   Do you see that the total amount
4  of this AFE is $27 million?
5      A.   The supplement, yes, additional
6  $27 million.
7      Q.   Right.  And you see that the
8  project cost is now $151 million?
9      A.   Yes.
10     Q.   Did you play any -- strike that.
11         Do you recall participating in
12 any discussions or meetings at Anadarko
13 about this additional increase in the
14 project cost?
15     A.   I don't.
16     Q.   Do you recall -- strike that.
17         Did you speak with anybody at BP
18 about this additional increase in total
19 project costs?
20     A.   No.
21     Q.   Do you recall being concerned at
22 all about the -- this particular increase
23 in the project costs?
24     MS. WILMS:
25         Object to form.

35 (Pages 134 to 137)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                          Reported by:
ALAN O'DONNELL                                          May 5, 2011                              SANDRA D. FILES, CCR

Page 138

1     THE WITNESS:
2           Well, the concern I would
3   have had, that it -- is that it would make
4   the project uneconomic because costs are --
5   are going up on it.  But that would -- that
6   would be the only concern or not -- I mean
7   that would be the concern I would have
8   pertaining to my job.
9   BY MR. FINEMAN:
10    Q.   Right.  And do you recall
11  whether or not you had that concern?
12    MS. WILMS:
13          Object to form.
14    THE WITNESS:
15          I don't recall.  I really
16  don't.  Whenever the costs go up, there's
17  always a concern, but I don't recall
18  specifically whether I was concerned about
19  this.
20  BY MR. FINEMAN:
21    Q.   Okay.  And again, you don't
22  remember participating in any conversations
23  with your colleagues at Anadarko about the
24  increased costs --
25    MS. WILMS:

Page 139

1           Object to form.
2   BY MR. FINEMAN:
3     Q.   -- at this time?
4     A.   I do not recall.
5     Q.   Do you recall any conversations
6   about whether -- in connection with this
7   AFE, this March 2010 AFE, the second
8   supplemental authorization, do you recall
9   any conversations about
10  where -- conversations where you were asked
11  to look into these increased costs?
12    MS. WILMS:
13          Object to form.
14    THE WITNESS:
15          I don't recall if we were
16  ever asked.
17  BY MR. FINEMAN:
18    Q.   All right.  I will show you one
19  more of these.  This is 1922, ANA MDL
20  000030726, 30728.
21          (Exhibit 1922 was marked
22  for identification.)
23    MS. WILMS:
24          Is this an exhibit?
25    MR. FINEMAN:

Page 140

1           Yeah.  I'm sorry.  Is there
2   a problem?
3     MS. WILMS:
4           No.  I was just wondering
5   what's the exhibit number?
6     MR. FINEMAN:
7           It's 36.
8     MS. MARTIN:
9           1920.
10    MR. FINEMAN:
11          1920.
12    MS. MARTIN:
13          Is that what you want?
14    MR. FINEMAN:
15          What -- that says 1920.
16    MS. MARTIN:
17          Oh, 22.  I'm sorry.
18    MR. FINEMAN:
19          1922.  Here you go.
20    MS. WILMS:
21          Thank you.
22  BY MR. FINEMAN:
23    Q.   This document again is an
24  April 15, 2010 letter from Mr. Huch.  This
25  time to Aimee Patel at BP.  And it -- it

Page 141

1   purports to attach an AFE in the gross
2   amount of $3.5 million.  Attached is an
3   authorization for expenditure, correct?
4     A.   Correct.
5     Q.   And it appears the date prepared
6   is April 14, 2010.  Do you see that?
7     A.   Yes.
8     Q.   And it appears that you signed
9   this particular AFE, correct?
10    A.   Correct.
11    Q.   And it's dated April 15, 2010?
12    A.   Correct.
13    Q.   Why -- why did you sign this
14  particular AFE?
15    A.   Well, once we agreed to
16  participate in the well, we logged it and
17  we -- we saw that we had hydrocarbons that
18  we wanted to set pipe on.  We had internal
19  approval to set pipe.  So it was really a
20  formality, me signing this, and it implied
21  that the casing cost would come from the
22  development group instead of from the
23  exploration group since it is -- it is
24  going to be a development.
25          So that -- that's why I'm -- my

36 (Pages 138 to 141)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                                Reported by:
ALAN O'DONNELL                                            May 5, 2011                                    SANDRA D. FILES, CCR

Page 142

1   name is on the AFE and it's within my
2   signatory authority.  If that would have
3   been out of my signatory authority, then my
4   boss would have had to sign it.
5       Q.  Okay.  What was your signatory
6   authority?
7       A.  $5 million.
8       Q.  Okay.  And what was this AFE
9   specifically for?
10      A.  This was for setting production
11  casing.
12      Q.  Okay.  And do you recall
13  conversations where you or people in your
14  group assessed the reasonableness of the
15  expense?
16      A.  We did not assess the
17  reasonable -- reasonableness of the
18  expense.  The drilling department did and
19  then advised us that, yes, it looks
20  reasonable.
21      Q.  Okay.  23.  Wait.  Hold on.  Oh,
22  no.  I need -- let's do 21 first.  Well,
23  it's -- should be more than that.  Oh,
24  yeah.  All right.  Thanks.
25          This is 1923, ANA-MDL-000058506

Page 143

1   through 58514.
2           (Exhibit 1923 was marked
3   for identification.)
4           It's in two parts there.
5           If you first look at the e-mail
6   at the bottom, it starts in the bottom of
7   the second page.  It's from Mr. Huch to a
8   distribution list that includes you.  You
9   see that?
10      A.  Yes.
11      Q.  Dated March 29, 2010.  This is
12  referring to the second supplemental AFE in
13  the gross amount of $27 million that I
14  showed you a few minutes ago.  Do you see
15  that?
16      A.  Yes.
17      Q.  Okay.  And if you look at the
18  next page he's -- he's writing here that
19  that second supplemental AFE was for well
20  cost overruns.  You see that?
21      MS. WILMS:
22          I think the next page.
23      THE WITNESS:
24          Previous page?
25      MS. WILMS:

Page 144

1           Yeah, right here.
2       BY MR. FINEMAN:
3       Q.  The following page.
4       A.  Okay.  Okay.
5       Q.  Do you recall having any
6   conversations at this point in time with
7   Mr. Huch or anybody else about -- about
8   cost overruns with respect to Macondo?
9       A.  I'm sure we had some
10  conversation about it, but I don't recall
11  specific conversations.
12      Q.  Okay.  And -- and I know I asked
13  you this question earlier but I'm going to
14  ask it here just for context.  Do you
15  recall whether or not there was any concern
16  expressed at Anadarko over these or any
17  other well costs overruns?
18      MS. WILMS:
19          Object to form.
20      THE WITNESS:
21          Well, the -- I cannot speak
22  for the concern the drilling group may have
23  had.  But I -- but for my group, increased
24  costs mean the economics are going to get
25  more difficult.  So we would have had in my

Page 145

1   group over increasing costs because it
2   would have been -- make the project more
3   challenging.
4       BY MR. FINEMAN:
5       Q.  Do you recall reaching any
6   conclusions in light of these cost overruns
7   whether or not the project was any less
8   economically viable from Anadarko's
9   perspective?
10      MS. WILMS:
11          Object to form.
12      THE WITNESS:
13          I do not.
14      BY MR. FINEMAN:
15      Q.  Do you recall whether you
16  specifically inquired of your team about
17  this, the specifics of the well cost
18  overruns?
19      MS. WILMS:
20          Object to form.
21      THE WITNESS:
22          I don't recall
23  specifically, no.
24      BY MR. FINEMAN:
25      Q.  If you turn to the next part of

37 (Pages 142 to 145)

Page 146

1  this exhibit, it was an attachment to one
2  of the e-mails. Can you tell me what this
3  is? It starts at 58509.
4      A.  Looks like the output from an
5  economics program.
6      Q.  The outputs from a software
7  program?
8      A.  Yes.
9      Q.  Okay. Have you seen this
10 before?
11     A.  I have not.
12     Q.  Is this something that you, this
13 document in this format something that you
14 had seen in any form before?
15     MS. WILMS:
16          Object to form.
17     THE WITNESS:
18          I wouldn't say that I have
19 never seen an output like this before, but
20 usually what I see is a summary of this
21 information.
22 BY MR. FINEMAN:
23     Q.  Do you know -- do you have any
24 idea where this was generated or by whom?
25     MS. WILMS:

Page 147

1          Object to form.
2      THE WITNESS:
3          No.
4  BY MR. FINEMAN:
5      Q.  Can you -- by looking at it
6  right now, can you tell me what it says,
7  generally what it's describing?
8      MS. WILMS:
9          Object to form.
10     THE WITNESS:
11          Well, it looks like it's an
12 economics run for the Macondo prospect at
13 some point in time. As to the cost used
14 and the reserve ranges used, I can't really
15 vouch for that, but it appears to be an
16 economics output from a software package
17 for Macondo prospect at some point in time.
18 BY MR. FINEMAN:
19     Q.  It's attached to a
20 document -- do you know who Ben Manoochehri
21 is?
22     A.  Yes. He's a reservoir engineer
23 in my group.
24     Q.  Okay. And Bert Allbritton?
25     A.  She is a reservoir engineer in

Page 148

1  the exploration group.
2      Q.  Okay. And it appears that it
3  was attached to an e-mail exchange between
4  the two of them. Does that help you recall
5  where -- who may have generated this
6  document?
7      MS. WILMS:
8          Object to form.
9      THE WITNESS:
10          I have not seen this
11 document before.
12 BY MR. FINEMAN:
13     Q.  Okay. Fair enough. If you look
14 at the first page of the exhibit on the
15 bottom left, it says NPV summary.
16     A.  Okay.
17     Q.  And you see it says D-I-S-C and
18 then beneath that it says rate?
19     A.  Right.
20     Q.  Do you know what that means?
21     A.  That's discount rate that the
22 present value calculation was run in.
23     Q.  Okay. And then it says net
24 investment. Do you see that?
25     A.  Yes.

Page 149

1      Q.  What does that mean?
2      A.  I assume that that is our net
3  investment as represented by these
4  economics.
5      Q.  Okay. The amount of money
6  spent?
7      A.  Uh-huh.
8      Q.  I'm sorry?
9      A.  Yes.
10     Q.  Okay. And then before tax cash
11 flow, what does that mean?
12     A.  Well, that's -- that's the
13 cash -- that's the summary of the yearly
14 cash flow discounted at these specific
15 discount rates.
16     Q.  Okay. And -- and then after tax
17 flow is the same thing, just after tax,
18 correct?
19     A.  Correct.
20     Q.  Okay. And what would -- what
21 would the -- if you assume the discount
22 rate is zero and the -- what is the $351
23 million figure there refer to?
24     MS. WILMS:
25          Object to form.

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C                    Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit N
Page 38

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                    Reported by:
ALAN O'DONNELL                                              May 5, 2011                                SANDRA D. FILES, CCR

Page 150

1      THE WITNESS:
2            That's the after tax cash
3   flow at a discount rate of zero for that
4   one particular scenario.
5   BY MR. FINEMAN:
6      Q.   For that particular scenario
7   concerning Macondo?
8      A.   Yes.
9      Q.   Okay.  And then that number
10  decreases as the discount rate increases?
11     A.   Right.
12     Q.   Okay.  Do you recall whether you
13  have ever seen these kinds of numbers
14  associated with an economic analysis of
15  Macondo before?
16     MS. WILMS:
17           Object to form.
18     THE WITNESS:
19           I have seen lots -- lots of
20  different numbers, lots of different
21  projections, so this is -- this looks like
22  it's in the range of numbers that we have
23  seen.
24  BY MR. FINEMAN:
25     Q.   All right.  Can you -- can I

Page 151

1   look at 23, please.  This is 1924.
2   ANA-MDL-000049703, 49713.
3            (Exhibit 1924 was marked
4   for identification.)
5            The first page of this exhibit
6   is an e-mail exchange again between Miss --
7   Miss Allbritton and Miss Peyton, correct?
8      A.   Correct.
9      Q.   And at least Miss Peyton is in
10  your group, correct?
11     A.   That's right.
12     Q.   Okay.  And attached to that is
13  another set of economic data concerning
14  Macondo, correct?
15     A.   Correct.
16     Q.   Now, is -- is this a
17  form -- have you seen this before?
18     A.   Well, it's a similar economics
19  output.  I have seen these before.  I have
20  not seen this specific output before.
21     Q.   Okay.  This is similar to the
22  exhibit we just looked at, correct?
23     A.   Yes.
24     Q.   Just a slightly different
25  format?

Page 152

1      A.   Right.
2      Q.   And actually the NPV summary
3   data is the same, I think, to a -- as in
4   the other exhibit.  But did you -- is this
5   the kind of information that you received
6   on a regular basis?
7      A.   No.  I would receive some kind
8   of a summary of this.
9      Q.   Okay.  And what would that
10  summary look like?
11     A.   Similar to the -- to the
12  economic packages that you have seen before
13  where it's basically a summary box of
14  economic parameters and investment summary,
15  rate projections.
16     Q.   You wouldn't see it with this
17  detail, is that -- is that it?
18     A.   I would -- no, I would not
19  request this much detail.
20     Q.   The category "production and
21  revenue," do you know what that refers to?
22     A.   Yes, it should -- presumably
23  it's the revenue gain from production of
24  this cash flow -- or this production
25  stream.

Page 153

1      Q.   Okay.  So this shows dates
2   starting, looks like it start -- kicks in
3   2012, correct?
4      A.   Yes.
5      Q.   And what this shows us is for
6   these different columns, so financial gross
7   oil volume, MSTB.  What is that?
8      A.   That's in thousands of stock
9   tank barrels.
10     Q.   And that's the -- that is a
11  projection of gross -- gross oil volume by
12  year --
13     A.   Correct.
14     Q.   -- from Macondo?
15     A.   Yes.  In this set of assumptions
16  for reserves and rates, yes.
17     Q.   Okay.  I understand.
18     A.   Okay.
19     Q.   And gross production gas volume
20  MM -- MMSCF.  What is that?
21     A.   That is in -- that MMSCF is
22  million standard cubic feet.
23     Q.   Okay.  And then it says net oil
24  volume, MSTB.  What is that?
25     A.   That is our percentage share of

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C                 Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029          Board-Certified Court Reporters           Facsimile: (504) 525-9109

Exhibit N
Page 39

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                        Reported by:
ALAN O'DONNELL                                                  May 5, 2011                                    SANDRA D. FILES, CCR

Page 154

1  that gross production stream.
2      Q.  So that's the 25 percent?
3      MS. WILMS:
4          Object to form.
5      THE WITNESS:
6          Should be.
7  BY MR. FINEMAN:
8      Q.  Okay.  It should be, right?
9      A.  Should be.
10     Q.  Okay.  And then same with net
11 gas sales.  And then what is -- and then
12 total net oil, is that equivalency volume,
13 MBOE?
14     A.  Yes.
15     Q.  Okay.  What does that mean?
16     A.  That is energy conversion of gas
17 to a barrel equivalent to -- 6,000 cubic
18 feet of gas equals one barrel of oil
19 equivalent.
20     Q.  Okay.  And then the final column
21 is net oil revenue, correct?
22     A.  Correct.
23     Q.  And this is a projection of
24 revenue on a yearly basis starting in 2012?
25     A.  Yes, appears to be.

Page 155

1      Q.  Okay.  And do you know -- and
2  was this -- is this generated by a software
3  program?
4      A.  Yes.
5      Q.  Do you know what the name of
6  that software program is?
7      A.  Should be PEEP.
8      Q.  PEEP?
9      A.  PEEP, P-E-E-P.
10     Q.  Okay.  And this is something
11 that Anadarko uses as a matter of course?
12     MS. WILMS:
13         Object to form.
14     THE WITNESS:
15         Yes, we do, in our offshore
16 group.  International groups, we use this.
17 BY MR. FINEMAN:
18     Q.  Okay.  All right.  Do you have
19 any reason to think that any of this data
20 is incorrect?
21     MS. WILMS:
22         Object to form.
23     THE WITNESS:
24         Well, for its one
25 representation, yes, I don't think that

Page 156

1  it's incorrect.  But, again, this is a
2  best -- this is a one representation of
3  many potential outcomes.
4  BY MR. FINEMAN:
5      Q.  I understand.  Okay.  Let me --
6  can I have number 29, please.  This is
7  1925, ANA-MDL 00008871 through 8872.
8          (Exhibit 1925 was marked
9  for identification.)
10         Those zeros are starting to blur
11 together.
12         Okay.  This is a series of
13 e-mails from April 8, 2010.  Most of it has
14 been redacted.  But the e-mail in the
15 middle of the page is from you to Dawn
16 Peyton, correct?
17     A.  Correct.
18     Q.  And in that e-mail you say,
19 Looks like plenty of room for two wells.
20     A.  Right.
21     Q.  And that is in response to an
22 e-mail from Miss Peyton concerning the
23 capacity of Pompano, correct?
24     A.  Yes.
25     Q.  Okay.  Can you explain to me

Page 157

1  what this e-mail exchange is about?
2      MS. WILMS:
3          Object to form.
4      THE WITNESS:
5          Well, our -- the question
6  was: Does Pompano have enough spare
7  capacity to process gas from Macondo?  If
8  it turned out to be a discovery and a
9  development, would it have enough
10 processing capacity to process the liquids.
11 And Dawn's question to the BP person, Lisa
12 Wills was one of, you know, let me know
13 what the capacity of the Pompano is or what
14 it will be at that time.
15         Then my comment to Dawn is,
16 Looks like there's plenty of room for two
17 wells.  If we tied back two wells, we would
18 have plenty of room to process the oil.
19 BY MR. FINEMAN:
20     Q.  Okay.  Did -- at that point were
21 you thinking that there would be two wells
22 there instead of three which we had -- had
23 been discussed earlier?
24     MS. WILMS:
25         Object to form.

40 (Pages 154 to 157)

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C                  Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029           Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit N

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                   Reported by:
ALAN O'DONNELL                              May 5, 2011                        SANDRA D. FILES, CCR

Page 158

1    THE WITNESS:
2         Well, depends on where you
3  are on the reserve distribution.  If you
4  are at the higher end of the reserve range,
5  it would take more wells to develop.  Lower
6  end would take fewer wells.  So two well
7  scenario is right in the middle.
8  BY MR. FINEMAN:
9    Q.  Okay.  And then she responds to
10 you by saying, BP is expecting 40,000 BOPD.
11 You see that?
12   A.  Yes.
13   Q.  What does that mean?
14   MS. WILMS:
15         Object to form.
16   THE WITNESS:
17         They are expecting a flow
18 rate of 40,000 barrels a day from
19 whatever -- however many wells were drilled
20 at Macondo.
21 BY MR. FINEMAN:
22   Q.  Okay.  Does that mean that they
23 were expecting 40,000 barrels per day from
24 their -- from -- based on the discovery
25 or -- or --

Page 159

1    MS. WILMS:
2         Object to --
3    THE WITNESS:
4         No.  At this point in time
5  we're just asking if they had capacity for
6  a tie-back in case of a discovery.
7    MS. WILMS:
8         And I object to the form of
9  the question, which he didn't get a chance
10 to quite finish, so --
11   MR. FINEMAN:
12        It's okay.  I think I'm
13 done with that one.  I'm sorry?  What?  Let
14 me take five minutes then I can figure out
15 how I'm going to conclude.
16   VIDEOGRAPHER:
17        We're going off the record.
18 It's 11:21.  This is videotape number 3.
19        (Discussion off the record.)
20   VIDEOGRAPHER:
21        We're back on the record.
22 This is the beginning of videotape number
23 4.  It's 11:32.
24 BY MR. FINEMAN:
25   Q.  Mr. O'Donnell, I'm giving you

Page 160

1  1926.  It's ANA-MDL 000263338 through 3345.
2         (Exhibit 1926 was marked
3  for identification.)
4         It's tab --
5    MS. MARTIN:
6         37.
7  BY MR. FINEMAN:
8    Q.  37.  Have you had a chance to
9  look at the document?
10   A.  Yes.
11   Q.  Do you recall this document?
12   A.  Yes.
13   Q.  What is this document?
14   A.  Well, it's a -- it's a post
15 drill evaluation document, just summarizing
16 what we think we found in the well.
17   Q.  Okay.  And is this a document
18 that's prepared by Anadarko?
19   A.  The PowerPoint presentation
20 itself is an Anadarko document, but it's
21 utilizing some -- some maps from BP's
22 presentation.  So it's just basically a
23 compilation of what we understand about the
24 prospect at this time.
25   Q.  Okay.  On the front page it's

Page 161

1  called Macondo Post Drill Utilizing BP
2  Amplitude Extraction dated April 20, 2010,
3  correct?
4    A.  Yes.
5    Q.  What does amplitude extraction
6  mean?
7    A.  Well, I'm not a geophysicist,
8  but I just in -- kind of in laymen's terms,
9  that it's a -- it's a geophysical method of
10 pulling out an area for a prospect or a
11 field.
12   Q.  Okay.  On the bottom left corner
13 of this document there's some handwriting.
14 Do you see that?
15   A.  Yes.
16   Q.  Is that your handwriting?
17   A.  Looks like my handwriting.
18   Q.  Can you read what it says?
19   A.  Amp extraction, TVT thickness,
20 redo net sand.  Can't tell what that says.
21 Net pay, then net pay.  Yeah, it's my
22 handwriting.  I can't read it.
23   Q.  Do you have any idea what that
24 meant, that last note?
25   A.  Yes, redo the net sand map based

41 (Pages 158 to 161)

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C               Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit N
Page 41

Page 162

1  on what was found, actually found in the
2  well.
3      Q.   Okay.  If you look at the last
4  page of this exhibit.  It's called -- this
5  is called a Net Pay Isopach Map.  You see
6  that?
7      A.   Correct.
8      Q.   What does this reflect?  What
9  does this show us?
10     A.   This reflects geologically what
11 that sand might look like and what we
12 consider pay, which would be hydrocarbon
13 bearing zone.
14     Q.   Okay.  Is there -- what is
15 the -- is there any economic significance
16 to this map for your purposes?
17     MS. WILMS:
18          Object to form.
19     THE WITNESS:
20          Yes.  This would be -- this
21 map would be a representation of how big
22 the reservoir could be.
23 BY MR. FINEMAN:
24     Q.   When you say how -- how big the
25 reservoir could be, it's -- it's based on

Page 163

1  the data as of or about this time?
2      A.   Correct.
3      Q.   Okay.  And how big do the -- how
4  large is the reservoir according to this
5  mapping?
6      MS. WILMS:
7          Object to form.
8      THE WITNESS:
9          Well, I -- I can read on
10 here the acre feet, 279,692 acre feet.
11 BY MR. FINEMAN:
12     Q.   Okay.  And -- and what does --
13 what does that rest of the description --
14 it says 251 and what are -- what do those
15 initials mean?
16     MS. WILMS:
17          Object to form.
18     THE WITNESS:
19          251 barrels per acre foot.
20 That's a -- that's a recovery factor,
21 potential recovery factor that equals 70,
22 70.2 million barrels.
23 BY MR. FINEMAN:
24     Q.   Okay.  So that reflects what was
25 thought to be in the reservoir as of

Page 164

1  this -- the preparation of this report?
2      MS. WILMS:
3          Object to form.
4      THE WITNESS:
5          Not necessarily.  I mean,
6  this is a snapshot in time and our
7  estimates evolve over time.  So as we learn
8  more and understand the net pay more, you
9  know, we evolve this into something that --
10 that hopefully will narrow that -- that
11 band of uncertainty down for what it could
12 be.
13 BY MR. FINEMAN:
14     Q.   I appreciate that.  But my only
15 question is:  As of the time that this was
16 prepared, this is -- this is what was
17 thought to be there; is that correct?
18     MS. WILMS:
19          Object to form.
20     THE WITNESS:
21          Based on this specific map
22 which doesn't necessary mean it's -- it's
23 our only opinion on how big this should be.
24 BY MR. FINEMAN:
25     Q.   I understand.  Okay.

Page 165

1          To the best of your knowledge,
2  is there a -- a more recent version of this
3  particular analysis?
4      MS. WILMS:
5          Object to form.
6      THE WITNESS:
7          We have more recent maps
8  that we have made.  And again, we -- we
9  continue to refine our thoughts on -- as
10 the pay number refines and as our -- as our
11 seismic interpretation over this area
12 refines, we will alter these maps.  So this
13 is a snapshot in time, and it doesn't look
14 like it's unreasonable for what we would be
15 thinking at that time.
16 BY MR. FINEMAN:
17     Q.   Okay.  And have your thoughts
18 about the size of the reservoir changed
19 from -- from the time this was prepared?
20     MS. WILMS:
21          Object to form.
22     THE WITNESS:
23          It's still -- would still
24 be in that range.  We really don't know
25 much more than what we had at this point in

42 (Pages 162 to 165)

Exhibit N
Page 42

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported by:
ALAN O'DONNELL                                         May 5, 2011                    SANDRA D. FILES, CCR

Page 166

1  time.  So our range of uncertainty is still
2  pretty high.  And this -- this is still
3  a -- kind of a mean representation of that
4  range of possibilities.
5  BY MR. FINEMAN:
6      Q.   Okay.  And then below the
7  description we just read there's
8  a -- there's -- it says recovery factor.
9  251 BBLS/AC --
10     A.   Yes.
11     Q.   -- dash FT, not adjusted for
12  high GOR.  Do you know what that means,
13  that notation?
14     A.   Yes.  This recovery factor was
15  calculated based on our assumptions prior
16  to drilling through the interval.  And
17  from -- from samples, MDT samples, it looks
18  like the GOR could be higher than what
19  would be represented in the pre-drill
20  economics.  So what she's saying is we're
21  using the same oil recovery factor in these
22  estimates because we haven't --we don't
23  have good data to refine it at this point.
24     Q.   And what does GOR stand for?
25     A.   That's gas oil ratio.

Page 167

1      Q.   Okay.  I can't read what's in
2  this box up here.  I don't know if you can.
3      A.   No, I cannot.
4      Q.   Do you have any memory of what
5  is contained in that box, what that data
6  is?
7      A.   I really can't tell.
8      Q.   Do you recall whether or not
9  that had any -- there was any economic
10 significance to that data there?
11     MS. WILMS:
12         Object to form.
13     THE WITNESS:
14         I -- I doubt it because
15 this is a -- just an Isopach map.  They
16 would not put economics on an Isopach map.
17 BY MR. FINEMAN:
18     Q.   Can I have 38.  This is 1927,
19 ANA-MDL-000262832 through 262838.
20         (Exhibit 1927 was marked
21 for identification.)
22         Before you look at this, let me
23 ask you a question.  Since April 20, 2010,
24 have you played any role in reviewing any
25 invoices that have come to Anadarko from

Page 168

1  BP?
2      A.   No invoices.  I've looked at the
3  JIB and for costs associated with the
4  drilling of the well I look and -- and sign
5  off on those.
6      Q.   Okay.  I'm going to show you one
7  of those in a minute just so you can
8  identify it for me.
9      A.   Okay.
10     Q.   But this -- have you seen
11 this before, this exhibit?
12     A.   This specific one?
13     Q.   Or one -- or anything that looks
14 like this?
15     A.   Yes, I have.
16     Q.   Okay.  And is this -- this by
17 the way is -- it looks like it's addressed
18 to Anadarko Petroleum.  It's an invoice
19 dated July 2, 2010, from BP America
20 Production Company.  And at -- at the top
21 it says invoice month of operation, June
22 2010.  Did that -- did I recount that
23 accurately?
24     A.   Yes.
25     Q.   Okay.  So my question is whether

Page 169

1  or not you -- this is something -- this
2  type of document is something you have
3  seen?
4      A.   Yes, I have.
5      Q.   Okay.  And do you see these as
6  they come in on a monthly basis?
7      A.   I see these after the -- the
8  drilling, after we sign the pipe setting
9  AFE.
10     Q.   Right.
11     A.   I started receiving these.  And
12 again, as the -- the costs were coming in
13 on the specific well costs, I was getting
14 those JIBs to sign off on since it was
15 considered more of a development phase at
16 that point.
17     Q.   Okay.  For these -- this kind of
18 invoice, did you play any role or are you
19 playing any role in approving or
20 considering the approval of payment of
21 these invoices?
22     MS. WILMS:
23         Object to form.
24     THE WITNESS:
25         I did not get into the

43 (Pages 166 to 169)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported by:
ALAN O'DONNELL                                      May 5, 2011                        SANDRA D. FILES, CCR

Page 170

1  details of -- of the -- the cost behind the
2  payments.  I looked at them and basically
3  ran them through drilling and see if they
4  looked like they were appropriate and then
5  signed off on them, knowing that we have
6  auditors coming back at some point in time
7  looking at these.
8  BY MR. FINEMAN:
9     Q.   Are the -- is -- you can take a
10 look through it if you would like, if it's
11 helpful.  Is this invoice -- this invoice
12 seems to refer to something called cash
13 call and something referred to called
14 expenditure.  Do you see that?
15    A.   Yes.
16    Q.   Is -- is there a -- do you know
17 the difference between those two?
18    MS. WILMS:
19        Object as to form.
20    THE WITNESS:
21        Cash call is what they
22 project the next month's expenditure is
23 going to be so they -- they want to get
24 that cash up front so they will have cash
25 to cover it.  And the expenditure is the

Page 171

1  expenditure that they actually incurred in
2  the previous month.
3  BY MR. FINEMAN:
4     Q.   Okay.  And this invoice, if you
5  look at page 26 -- I'm sorry, 262834, this,
6  for example, the first item there says 252,
7  MC 252 incident response.  You see that?
8     A.   Yes.
9     Q.   Is that the kind of expense that
10 you have any role in reviewing or
11 authorizing?
12    A.   No.
13    MS. WILMS:
14        Object to form.
15 BY MR. FINEMAN:
16    Q.   Okay.  So is it fair to say that
17 your area of authority concerned well
18 operations --
19    A.   No.
20    Q.   -- in terms of expenses?
21    A.   No.
22    MS. WILMS:
23        Object to form.
24 BY MR. FINEMAN:
25    Q.   So I guess -- I'm sorry.  What

Page 172

1  I'm trying to understand is, post drilling
2  what expenses would you be -- would you
3  have authority to approve?
4     MS. WILMS:
5         Object to form.
6     THE WITNESS:
7         Well, the -- the JIB
8  expenses that were associated with the
9  drilling of the well come under -- they
10 come to me for approval.  And that's for
11 non-operated wells.  So I would have
12 approved those expenses associated with the
13 well AFEs, and I did not review the details
14 of those -- those costs that came in.  That
15 would have been done by our drilling
16 department, and we rely on auditors to go
17 back and track those costs and make sure
18 that they are appropriate costs.
19 BY MR. FINEMAN:
20    Q.   Okay.  So something like MC 252
21 incident response, charges that appear
22 here, who at Anadarko is responsible for
23 reviewing those and deciding whether to pay
24 them?
25    MS. WILMS:

Page 173

1         Object to form.
2     THE WITNESS:
3         You know, I don't know.
4  BY MR. FINEMAN:
5     Q.   Okay.  Do you play any role in
6  the decision whether at this point
7  -- strike that.
8         Since -- strike that.
9         With respect to any invoices
10 from BP to Anadarko concerning costs
11 associated with or in response to the
12 spill, do you have any responsibility for
13 reviewing or commenting on those sorts of
14 invoices?
15    A.   No.
16    Q.   Okay.  Do you have any
17 responsibility for determining whether
18 requests for reimbursement from BP are paid
19 or not?
20    A.   No.
21    MR. FINEMAN:
22        I think I'm done.
23    VIDEOGRAPHER:
24        We're going off the record.
25 It's 11:47.  This is videotape number 4.

44 (Pages 170 to 173)

601 Poydras Street, Suite 1720                GAUDET KAISER, L.L.C              Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029       Board-Certified Court Reporters      Facsimile: (504) 525-9109

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                     Reported by:
ALAN O'DONNELL                                    May 5, 2011                          SANDRA D. FILES, CCR

Page 174

1      (Discussion off the record.)
2      VIDEOGRAPHER:
3           We're back on the record.
4   This is videotape number 4.  It's 11:54.
5   BY MS. HARVEY:
6      Q.   Good afternoon, Mr. O'Donnell.
7   My name is Judy Harvey.  I'll be
8   representing the United States.  And
9   previously you went over some information
10  about the deposition and how it's going to
11  work and we will just jump right in.
12     A.   Okay.
13     Q.   And -- but if you have any
14  questions about what I'm saying or want me
15  to slow down, because I talk a little fast,
16  please don't -- feel free to interrupt me.
17     A.   Okay.
18     Q.   Okay.  We are going to go back
19  to the authorizations for expenditure which
20  have been previously marked exhibits 1919,
21  1920, 1921, and 1922.
22          So let's start with the initial
23  one, if you want refer to 1919 -- oh, or
24  tab -- you can also do tab 1.
25     A.   Easier to -- okay.

Page 175

1      Q.   And this authorization for
2   expenditure, as we discussed earlier,
3   covered the initial $96 million, correct?
4      A.   Correct.
5      Q.   And in the description of the
6   tangible and intangible equipment or --
7   sorry, tangible and intangible, the --
8   there's listed under the tangible box
9   tubulars.  And could you explain what
10  those -- what those tangible costs were
11  for?
12     MS. WILMS:
13          Object as to form.
14     THE WITNESS:
15          Well, I don't -- I don't
16  know the details of this AFE.
17  BY MS. HARVEY:
18     Q.   Just as they are described here.
19     MS. WILMS:
20          Object to form.
21     THE WITNESS:
22          A tangible is a piece of
23  equipment and I don't know the details of
24  what's in it.  I took the total cost timing
25  of this and utilized it in our economics

Page 176

1   projections.
2   BY MS. HARVEY:
3      Q.   And can you read the tangible
4   equipment that is described in the AFE?
5      A.   Let's see.  It says tubular 36
6   inch -- I think that's a 28 inch, 22.  I'm
7   not sure what the next one is, 16, 13 and
8   5/8ths, 11 and 7/8ths, C-O-N-T, which I'm
9   not sure what that means, and wellhead
10  cost.
11     Q.   Do you know what the 36 inch, 28
12  inch, 22 inch or any of those refer to?
13     MS. WILMS:
14          Object to form.
15     THE WITNESS:
16          Well, they are -- they are
17  casing sizes, tubulars.
18  BY MS. HARVEY:
19     Q.   And the cost -- the cost of
20  those is listed as that for -- for the
21  entire tangible description?
22     MR. DAVID:
23          Object to form.
24     THE WITNESS:
25          I can barely read that.

Page 177

1   BY MS. HARVEY:
2      Q.   Okay.  But they -- they
3   compromised part of the cost for this --
4   comprised part of the total project cost,
5   correct?
6      A.   Yes.  Yes.
7      MR. DAVID:
8          Object to form.
9   BY MS. HARVEY:
10     Q.   And the cost for the tangible
11  equipment, was that a cost that you ran
12  through the drilling department?
13     MS. WILMS:
14          Object to form.
15     THE WITNESS:
16          Well, they -- this was
17  provided to us by BP and so we didn't -- we
18  didn't run anything through them.  We
19  utilized the costs that were on this AFE
20  for our economic forecast.
21  BY MS. HARVEY:
22     Q.   Did -- was any analysis done of
23  the number that was arrived at for the
24  total cost for the tangible equipment?
25     A.   Not by my group and I don't know

45 (Pages 174 to 177)

601 Poydras Street, Suite 1720              GAUDET KAISER, L.L.C              Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029        Board-Certified Court Reporters       Facsimile: (504) 525-9109

Exhibit N
Page 45

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                              Reported by:
ALAN O'DONNELL                                   May 5, 2011                       SANDRA D. FILES, CCR

Page 178

1  if Anadarko did or not.
2      Q.   Okay.  To your -- attached to
3  this AFE are two other documents.  And the
4  first one, can you look at that and do you
5  know what that is?
6      A.   It looks like a wellbore
7  diagram.
8      Q.   And is it for the -- and it says
9  that it's for the Macondo prospect.
10     A.   Yes.
11     Q.   Okay.  And then can you tell me
12 what the next document is that's provided?
13     MS. WILMS:
14         Object to form.
15     THE WITNESS:
16         The next page?
17 BY MS. HARVEY:
18     Q.   Yes.
19     A.   That looks like a Macondo well
20 evaluation plan as listed at the top.
21     Q.   And --
22     A.   I don't know the details of
23 this, but it -- they -- what they list here
24 are formation evaluation tools and the
25 depths that they project that they are

Page 179

1  going to run those tools at.
2      Q.   Okay.  Thank you.
3          And to your -- to your knowledge
4  were the depths that they projected running
5  the tools at actually run at those depths?
6      MS. WILMS:
7          Object to form.
8      THE WITNESS:
9          I don't know.
10 BY MS. HARVEY:
11     Q.   Okay.  And to your knowledge was
12 the $96 million that are -- was projected
13 here, the estimated gross cost, was that
14 paid by Anadarko?
15     MS. WILMS:
16         Object to form.
17     THE WITNESS:
18         I'm sorry.  Could you
19 restate that?
20 BY MS. HARVEY:
21     Q.   The estimated gross cost, the
22 $96 million on the first page of the AFE,
23 was -- do you know if that was paid for by
24 Anadarko?
25     MS. WILMS:

Page 180

1          Object to form.
2      THE WITNESS:
3          We -- we had a working
4  interest in the well that we paid for a
5  third -- that the deal that we agreed to
6  was paying a third of the dry hole cost up
7  to $105 million and then 25 percent after
8  that.  So we actually would have paid
9  closer to a third up to this $96 million.
10 BY MS. HARVEY:
11     Q.   Right.  I'm sorry.  It's
12 the -- it's the Anadarko percentage.  I was
13 talking about the total cost.  But the
14 Anadarko percentage is listed above that.
15     A.   Oh.  Yes, initial working
16 interest, 33 percent; final working is 25
17 percent.  So that -- that cost would be a
18 break out of what were projected
19 expenditures on this -- this AFE scope
20 would be.
21     Q.   Okay.  And so that, the working
22 interest cost is Anadarko's percentage for
23 this AFE, looks like it's at 32 million?
24     A.   Yes.
25     MS. WILMS:

Page 181

1          Object to form.
2  BY MS. HARVEY:
3      Q.   And that represents -- since
4  this is the initial AFE, the 33 percent?
5      A.   Correct.
6      Q.   Okay.  Thank you.
7          Let's go to tab 2 which is the
8  supplemental AFE.
9      A.   Okay.
10     Q.   Previously exhibit -- introduced
11 Exhibit 1920.
12         And it -- again, it looks like
13 this one, Anadarko's share, two companies
14 are listed, Anadarko E&P and Anadarko
15 Petroleum Corporation.  And their
16 percentage of the AFE is listed here on
17 the -- well, on the -- on the cost of
18 the -- that Anadarko had paid for the
19 supplemental AFE.
20         Under the project description
21 and comments, it notes that the well was to
22 be drilled with the MARIANAS rig but
23 because of hurricane damage, the well will
24 be finished with the DEEPWATER HORIZON; is
25 that correct?

46 (Pages 178 to 181)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                    Reported by:
ALAN O'DONNELL                                        May 5, 2011                                SANDRA D. FILES, CCR

Page 182

1   A.   Correct.  Excuse me.  Correct.
2   Q.   If we could talk a little bit
3  about that, the switch of the -- of the
4  rigs from the MARIANAS to the -- to the
5  DEEPWATER HORIZON.
6        So you discussed before that
7  after the -- after the rig damage occurred,
8  there was going to be added cost to -- to
9  that, to the project?
10   A.   That was my understanding, yes.
11   MR. DAVID:
12        Object to form.
13  BY MS. HARVEY:
14   Q.   And that added cost, you re-ran
15  economic numbers to account for that added
16  cost, correct?
17   A.   Correct.
18   Q.   Okay.  I would like to introduce
19  at tab 22, which is an e-mail from you
20  about the added cost.  And this is similar
21  to an e-mail chain that you discussed
22  previously and -- did you see the tab?
23   A.   Yes, I do.
24   Q.   Okay.  And there's an
25  e-mail -- the first e-mail is from Todd

Page 183

1  Durkee who explains that the -- the damage
2  to the rig.  And can you discuss -- or the
3  second -- the second e-mail in the chain is
4  from your boss Darrell Hollek and -- and
5  can you explain what his concern was with
6  this -- he says I'm extremely disappointed
7  that BP has not disclosed this to us.
8   MR. DAVID:
9        Object to form.
10  BY MS. HARVEY:
11   Q.   Can you explain why it was a
12  problem that BP had not disclosed that
13  information to you?
14   MS. WILMS:
15        Object to form.
16   MR. DAVID:
17        Object to form.
18   THE WITNESS:
19        Well, Darrell's interest
20  was -- was just in understanding the deal,
21  the prospect.  And at this time we had not
22  signed a deal, and so when new information
23  enters into the -- the picture that -- that
24  hasn't been there, he was concerned that --
25  that the extra cost was going to be -- make

Page 184

1  the economics unviable.  And that's
2  really -- I can't really speak to anything
3  else on that.
4  BY MS. HARVEY:
5   Q.   And then your response to
6  Derrick's e-mail, can -- can you read the
7  response, please?
8   A.   Yes.  I am getting a new
9  appreciation --
10   MS. WILMS:
11        Object to form.
12   THE WITNESS:
13        -- for how things work
14  with BP.  And that speaks to the -- the
15  communication of the damage to the rig that
16  we didn't know about that.
17  BY MS. HARVEY:
18   Q.   Had you previously worked with
19  BP on other projects?
20   A.   Not in the Gulf of Mexico.
21   Q.   Where did you work -- what other
22  projects?
23   A.   Worked with -- BP operated some
24  of our properties in the Rocky Mountains.
25  We worked with BP, not real closely, but

Page 185

1  had a working relationship.  They were the
2  operating partner on one set of properties
3  and some other properties.
4   Q.   And had you experienced them
5  telling you or -- their -- in those
6  situations had they also not disclosed
7  certain things that were happening with the
8  well?
9   MS. WILMS:
10        Object to form.
11   MR. DAVID:
12        Object to form.
13   THE WITNESS:
14        No, I hadn't experienced
15  it.
16  BY MS. HARVEY:
17   Q.   Okay.  Thank you.  Oh, yes.
18  Okay.  And this is Exhibit 1928.
19        (Exhibit 1928 was marked
20  for identification.)
21        Turning to -- fast forwarding to
22  March, you testified earlier about
23  additional economic analyses that were
24  prepared at that -- at that time.  What new
25  information did you have regarding the

47 (Pages 182 to 185)

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C                    Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029             Board-Certified Court Reporters        Facsimile: (504) 525-9109

Page 186

1    economic viability of the well?
2         MS. WILMS:
3              Object to form.
4         THE WITNESS:
5              I can't recall specifically
6    at that point in time whether there would
7    have been any new well information, but
8    possibly the cost, the AFE cost, you know,
9    had been revised and that -- that would
10   have been probably the only change we would
11   have had up until that point in time.
12   BY MS. HARVEY:
13        Q.   Okay.  The -- any new
14   information that you received about the
15   geology of the well, where would that have
16   come from?
17        MS. WILMS:
18             Object to form.
19        MR. DAVID:
20             Object to form.
21        THE WITNESS:
22             Well, as we're drilling and
23   we log the well, we formulate our own
24   opinions on where we are in the geologic
25   section.

Page 187

1    BY MS. HARVEY:
2         Q.   Uh-huh.
3         A.   That -- that would have been the
4    main information that would be coming in at
5    that time.
6         Q.   And where was that
7    information -- where did you receive that
8    information?
9         MS. WILMS:
10             Object to form.
11        THE WITNESS:
12             From well logs.  As they
13   would log the well, we would get the well
14   logs and analyze them.  And Paul Chandler,
15   the geologist in my group, would keep track
16   of where we are in the geologic section.
17   BY MS. HARVEY:
18        Q.   Okay.  Would the -- he have
19   logged into Well -- WellSpace or INSITE
20   Anywhere?
21        MS. WILMS:
22             Object to form.
23        THE WITNESS:
24             Yes.
25   BY MS. HARVEY:

Page 188

1         Q.   And did you also have access
2    to -- to WellSpace?
3         A.   I did.
4         Q.   And did you log in as well?
5         A.   I did periodically just to check
6    where we were depth-wise and total cost to
7    date.
8         Q.   Okay.  So the -- the WellSpace
9    also had information about cost?
10        MS. WILMS:
11             Object to form.
12        THE WITNESS:
13             It did on the daily report.
14   It had -- it had costs, which basically
15   were the field estimated costs at that
16   point in time.
17   BY MS. HARVEY:
18        Q.   Did they contain a breakdown of
19   costs?
20        A.   I don't know.  I didn't look at
21   that kind of detail on there.
22        Q.   Okay.  So other than the cost
23   and the geology, were you looking at
24   anything else on WellSpace?
25        A.   No.

Page 189

1         Q.   Did you log into INSIGHT
2    Anywhere?
3         A.   I had periodically.  I would get
4    in there, think I did a handful of times
5    to -- to see the -- to see the real-time
6    log.
7         Q.   Uh-huh.
8         A.   Which first of all, I was new to
9    the -- to the software program, so I wanted
10   to get in and see how it worked and I just
11   wanted to see basically where they were as
12   they made progress drilling through the --
13   through the prospective section.
14        Q.   And did you look at anything
15   else on the -- on WellSpace?
16        A.   No.
17        Q.   And within your group, who else
18   was logged into or viewed -- to your
19   knowledge viewed information on WellSpace?
20        A.   Paul --
21        Q.   Right.
22        A.   -- would be the -- the main
23   person that would be keeping track of the
24   progress of the well.
25        Q.   Anybody else in the group?

48 (Pages 186 to 189)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

ALAN O'DONNELL                                           May 5, 2011                            Reported by:
                                                                                      SANDRA D. FILES, CCR

Page 190

1       A.    Dawn Peyton possibly.  I know
2   that she had access to it, but I don't know
3   if or how many times she may have accessed
4   it.
5       Q.    Do you know what kind of
6   information she would be looking at?
7       A.    Log data, just looking at the
8   same thing I would be looking at.
9       Q.    Okay.  And anybody else in the
10  group in your -- within your group?
11      A.    I don't think so.
12      Q.    And anybody else within
13  Anadarko, but possibly outside of your
14  group?
15      MS. WILMS:
16          Object to form.
17      THE WITNESS:
18          I don't know.  I don't
19  know.  Very possible.
20  BY MS. HARVEY:
21      Q.    When you did your economic
22  analyses, did you assume reaching a certain
23  depth?
24      MS. WILMS:
25          Object to form.

Page 191

1       THE WITNESS:
2           Did we assume reaching --
3   BY MS. HARVEY:
4       Q.    Reaching, that the well would
5   reach a certain depth?
6       A.    Well, yes.  We -- we assumed
7   that we would drill to the -- the prognosed
8   TD, total depth that we -- that was
9   projected in the AFE.  So yes, we -- we did
10  make the assumption that they would get the
11  well to that point --
12      Q.    Uh-huh.
13      A.    -- and case it, yes.
14      Q.    And why was it important to --
15  for your projections to know what the
16  projected total depth was?
17      MS. WILMS:
18          Object to form.
19      THE WITNESS:
20          Well, without knowing the
21  total depth, we don't know whether we're
22  going to test the interval that we want to
23  test.  So when we participate in the
24  prospect, we have a target depth that we
25  want to achieve that we think has the --

Page 192

1   the reservoir section that -- that we're
2   looking for.  So the total depth needs to
3   test that entire section or that's --
4   that's what we look for; otherwise, we
5   wouldn't drill the well.
6   BY MS. HARVEY:
7       Q.    And here were you able to test
8   the portion of the well that you had
9   expected to test?
10      A.    We think so.  In terms of
11  logging it with a log, we got logs across
12  what we considered the prospective section
13  or some of the prospective section.
14      Q.    Okay.  I would like to go to an
15  e-mail along these lines at tab 36.
16      A.    Okay.
17      Q.    And could you summarize what
18  this e-mail chain between you and
19  Mr. Hollek -- just starting on -- on
20  this -- this one page, the -- I guess you
21  have to look.
22      A.    Yeah.  Let me --
23      Q.    Yeah.
24      A.    -- if I could scan.
25      Q.    Yeah.  Yeah.

Page 193

1       A.    Make sure I'm --
2       Q.    The whole -- you will get the
3   whole string.
4       A.    Okay.
5       Q.    Okay.  Can you summarize what --
6   what these e-mails are concerning?
7       A.    Yeah.  We were interested in
8   whether they had tested the prospective
9   section or not.
10      Q.    And the -- there seems to be
11  some dispute here about whether or not BP
12  had reached total depth --
13      MS. WILMS:
14          Object to form.
15  BY MS. HARVEY:
16      Q.    -- in your e-mail from Mr. Huch?
17      MS. WILMS:
18          Object to form.
19      THE WITNESS:
20          Well, they -- yes, they --
21  they were -- BP was recommending that we
22  stop drilling and -- and we were -- my
23  group and I were interested in whether they
24  had tested the prospective section or not,
25  whether they met the AFE requirements and

49 (Pages 190 to 193)

601 Poydras Street, Suite 1720                 GAUDET KAISER, L.L.C              Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029        Board-Certified Court Reporters         Facsimile: (504) 525-9109

Exhibit N
Page 49

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                   Reported by:
ALAN O'DONNELL                              May 5, 2011                         SANDRA D. FILES, CCR

Page 194

1  whether -- whether we had seen the -- this
2  prospective section what we hoped to see in
3  the well.
4  BY MS. HARVEY:
5     Q.   And at this time did you know
6  whether you had reached the -- had been
7  able to test what you wanted to test?
8     A.   Well, it's -- it's a -- it's a
9  gray area.  I mean, we -- we -- the way we
10 considered it, we tested most of the
11 prospective sections, so we were happy with
12 that.  But really it was a moot point
13 because we -- not being the operator of the
14 well it's -- we -- all we could do was --
15 was question whether we had tested the
16 section or not and -- you know, as it
17 turned out, we tested the -- we had a good
18 pay section in the well, so we agreed with
19 them stopping.
20    Q.   On your e-mail dated April 12th
21 at 9:50 a.m. --
22    A.   Okay.
23    Q.   -- you discuss potentially -- or
24 you're talking about the test.  Can you
25 explain what you were -- or read the last

Page 195

1  two sentences or the last three sentences
2  of the e-mail?
3     A.   Sure.
4         Further he said that if they --
5  if they test here it might preclude us
6  testing in the second well which should be
7  in a better position to test the MTC.  It
8  seems like a weak argument to me.  We'll
9  get our talking points together and try to
10 talk them into it as soon as possible.
11    Q.   And here what is the MTC?
12    A.   Mass transport complex.
13    Q.   And that's the area of
14 the -- the -- the area that you wanted to
15 test?
16    MS. WILMS:
17        Object to form.
18    THE WITNESS:
19        Well --
20 BY MS. HARVEY:
21    Q.   Is it a -- is it like a -- a
22 layer, MTC?
23    MS. WILMS:
24        Object to form.
25    THE WITNESS:

Page 196

1         It's a -- it's -- I guess
2  it could be best described as subsea
3  section of the layer that we want to test
4  that's missing.  So what -- what this
5  gentleman was saying is that there is an
6  MTC in place and that the section that we
7  want to test deeper is not there.
8  BY MS. HARVEY:
9     Q.   Okay.
10    A.   We didn't see it that way at
11 this time.  And that was the question,
12 getting our talking points together, was --
13 was hey, let's get our points together and
14 let's talk to them about why we think that
15 there could be prospective section.
16        And in the end their -- their
17 argument was -- it was a reasonable
18 argument and -- and we agreed to stop the
19 well at that point.
20    Q.   And the last sentence does
21 suggest that you did in fact talk to them
22 about the testing and -- and whether to
23 stop.  Can you describe any conversations
24 that Anadarko had with BP?
25    MS. WILMS:

Page 197

1         Object to form.
2  THE WITNESS:
3         My conversation with our
4  exploration manager was -- was asking them
5  whether they were stopping at that point
6  and if they had considered drilling deeper,
7  and he gave me the reasons that they were
8  probably not going to drill deeper.
9  BY MS. HARVEY:
10    Q.   So you directly talked to BP's
11 exploration manager?
12    A.   I took -- yes, I had one or two
13 conversations with their exploration
14 manager about that.
15    Q.   And who was their exploration
16 manager that you talked to?
17    A.   I can't remember exactly his
18 name.  I'm sure there's an e-mail in here
19 with it on there.  Sorry.
20    Q.   Was there -- would these -- was
21 this a phone conversation?
22    A.   Yes.  Yes.
23    Q.   So one or two phone
24 conversations you had with the exploration
25 manager?

50 (Pages 194 to 197)

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C                    Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029          Board-Certified Court Reporters            Facsimile: (504) 525-9109

Page 198

```
 1      A.   Correct.
 2      Q.   Did anybody else from Anadarko
 3  talk to BP about the -- what the -- about
 4  the total depth and the stopping point?
 5      MS. WILMS:
 6           Object to form.
 7      THE WITNESS:
 8           I think -- I think Paul
 9  Chandler, a geologist in my group, talked
10  with them about that.
11  BY MS. HARVEY:
12      Q.   Anyone else at Anadarko?
13      A.   Not that I know of.
14      Q.   Okay.  Let's go to the next
15  e-mail up in the chain from Mr. Hollek to
16  you.  Could you read the -- the full
17  e-mail?
18      A.   Sure.
19           I guess as long as they are
20  committed to testing the section in the
21  next well we will get to see it.  My only
22  concern is that if we end up with some sort
23  of trade, we'll have a hard time arguing
24  for any value below this point.
25      Q.   Was there any kind of trade to
```

Page 199

```
 1  your knowledge that was being contemplated?
 2      A.   No.
 3      MS. WILMS:
 4           Object to form.
 5  BY MS. HARVEY:
 6      Q.   Why was it important to test the
 7  section in the next -- in -- so he -- he
 8  seems like he's saying that the -- it's
 9  important to test now.  What
10  additional -- or what additional data could
11  you get that would allow you to revise your
12  evaluation of the well?
13      MS. WILMS:
14           Object to form.
15      THE WITNESS:
16           Well, if we drill deeper
17  and found additional pay section then that
18  would -- that would affect the value of
19  the -- the opportunity.
20  BY MS. HARVEY:
21      Q.   Oh, sorry.  Let's mark -- okay.
22  Let's go to tab 26, please.
23           This is an earlier e-mail from
24  March, an e-mail chain from March.  And
25  we'll start at the -- if you want to read
```

Page 200

```
 1  the last, to yourself the last e-mail.
 2      A.   The most recent one in the
 3  chain?
 4      Q.   The earliest one in the chain.
 5      A.   Okay.
 6      Q.   From Richard Hedley?
 7      A.   Okay.  Okay.
 8      Q.   Okay.  Thanks.  And could you
 9  summarize what he is asking -- asking you
10  to do?
11      MS. WILMS:
12           Object to form.
13      THE WITNESS:
14           He just wants a status
15  update for his Monday morning meeting.
16  BY MS. HARVEY:
17      Q.   And who is the Monday morning
18  meeting with?
19      A.   Bob Daniels.
20      Q.   And who is Bob Daniels?
21      A.   He's Senior VP of exploration
22  for Anadarko.
23      Q.   Do you know how often he had
24  meetings with Bob Daniels?
25      MS. WILMS:
```

Page 201

```
 1           Object to form.
 2      THE WITNESS:
 3           I don't.  He was filling in
 4  for Stuart so he doesn't -- he probably
 5  didn't go to the meetings all that often.
 6  BY MS. HARVEY:
 7      Q.   So he was asking you for
 8  information that he could present to Bob
 9  Daniels?
10      A.   Yes.
11      Q.   And what's the sort of
12  information he was looking for?
13      MS. WILMS:
14           Object to form.
15      THE WITNESS:
16           He was looking for their
17  activity and total depth that they had
18  drilled.  He was also asking a question
19  about an update on a cost.
20  BY MS. HARVEY:
21      Q.   And he -- and so -- he also
22  mentions delays to the project?
23      MS. WILMS:
24           Object to form.
25      THE WITNESS:
```

51 (Pages 198 to 201)

Page 202

1          Yes.
2   BY MS. HARVEY:
3       Q.   And what kind of delays was he
4   referring to?
5       MS. WILMS:
6          Object to form.
7       THE WITNESS:
8          I don't know.
9   BY MS. HARVEY:
10      Q.   And in your e-mail response you
11  mention obtaining an estimate of remaining
12  drilling cost?
13      A.   Let me read this again real
14  quick. Okay. I'm sorry. What was the --
15  I'm sorry.
16      Q.   Okay. Oh, no.
17         The question is: Did you obtain
18  for him an estimate of outstanding drilling
19  cost?
20      MS. WILMS:
21         Object to form.
22      THE WITNESS:
23         I did not. What I relayed
24  to him was the AFE cost and the cost of the
25  dollars that we had spent to date. So I

Page 203

1   didn't give him a forecast of any remaining
2   cost.
3   BY MS. HARVEY:
4       Q.   Did you later give him a
5   forecast of the remaining costs? Do you
6   recall?
7       A.   I never would have given him a
8   forecast for the remaining cost. That --
9   that would have come from the drilling
10  department.
11      Q.   Okay.
12      MS. HARVEY:
13         Can we take a five-minute
14  break?
15      VIDEOGRAPHER:
16         Going off the record. It's
17  12:22. This is videotape number 4.
18      (A lunch break was taken.)
19      VIDEOGRAPHER:
20         We're back on the record. This
21  is the beginning of videotape number 5.
22  It's 1:31.
23      MS. HARVEY:
24         Before we start, I just wanted
25  to mark Exhibit 1929 into the record with

Page 204

1   the title Macondo TD reached from April 12,
2   2010.
3          (Exhibit 1929 was marked
4   for identification.)
5   BY MS. HARVEY:
6       Q.   I would like to start this
7   afternoon by backing up a little bit to
8   your responsibilities as the asset manager
9   for the eastern Gulf of Mexico.
10         If you could, estimate how many
11  development assets were under your
12  supervision at the time of April.
13      A.   Mainly four development assets:
14  Our Independence Hub and our Neptune asset,
15  which Anadarko operated and then Pompano
16  field and the Blind Faith field, which are
17  operating by other parties.
18      Q.   And the Macondo was only the
19  exploration well within your -- within your
20  program?
21      MS. WILMS:
22         Object to form.
23      THE WITNESS:
24         It was -- it was only the
25  prospect that we had drilling at the time

Page 205

1   and it was an exploration well, so, yes.
2   BY MS. HARVEY:
3       Q.   And in April about how much of
4   your time if you could estimate was spent
5   working on the Macondo prospect?
6       MS. WILMS:
7          Just to clarify, you're talking
8   about April 2010?
9       MS. HARVEY:
10         Yes.
11      MS. WILMS:
12         Yes, we have rolled around in
13  that area.
14      MS. HARVEY:
15         Thanks.
16  BY MS. HARVEY:
17      Q.   Yes, April 2010.
18      A.   For the total month of April?
19      Q.   Yes.
20      A.   Less than 5 percent I would
21  guess.
22      Q.   And what did those
23  responsibilities consist of?
24      A.   Well, we were -- the
25  responsibility of my group was tracking the

Exhibit N
Page 52

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                                                                                        Reported by:
ALAN O'DONNELL                                                                          May 5, 2011                                                    SANDRA D. FILES, CCR

Page 206

1   progress of the well as they were drilling
2   deeper and evaluating the prospective
3   section, geologic section, and tracking
4   across of the well.
5        Q.   Were you receiving updates on
6   the progress of the well?
7        A.   I did get periodic updates, yes.
8        Q.   Who were those from?
9        A.   I checked -- occasionally I
10  checked drilling reports to see where the
11  TD was at.  Also, I would get updates from
12  Paul Chandler on where we were
13  geologically, and occasionally I get a
14  drilling update from Bob Quitzau.
15       Q.   What did those updates -- what
16  form were those updates?
17       A.   No standard form.  Sometimes
18  it's verbal updates.  Maybe in a meeting.
19  Of course, the drilling reports were --
20  were what -- what you would probably see in
21  a drilling report and then if -- if I had
22  any other real communications or question,
23  then I would e-mail it to the drilling
24  group and then they would find the answer
25  and send it back to me.

Page 207

1        Q.   Can you estimate approximately
2   how many times in April you e-mailed the
3   drilling group?
4        MS. WILMS:
5            Object to form.
6        THE WITNESS:
7            I would say you probably know
8   better than I do because I haven't -- I
9   mean, I have looked at the e-mails, but I
10  certainly haven't counted them.
11  BY MS. HARVEY:
12       Q.   Would you say that you would
13  e-mail or have some sort of communication
14  with them more than twice a day?
15       A.   No.  No.
16       Q.   Once a day?
17       A.   Even that, if that.
18       Q.   So maybe once a week?
19       A.   Yeah, probably once a week.
20       Q.   About often were you getting
21  updates from Paul Chandler?
22       A.   I would talk to Paul once a day
23  and maybe more depending on where we are,
24  where we're drilling.  If we were drilling
25  through what would be prospective section,

Page 208

1   then we would talk a couple of times a day
2   or maybe three times.  I don't know.  But
3   sometimes we'd go for several days and not
4   talk about the well because they were in a
5   position where they -- where they were in
6   drilling the well was not a -- a -- not a
7   point that we were gathering more geologic
8   information so we -- basically we were up
9   to date at that point.
10       Q.   And about how often did you have
11  meetings, you know, with other people at
12  Anadarko?
13       A.   Other people.
14       MS. WILMS:
15           Object to form.
16  BY MS. HARVEY:
17       Q.   How often would you have a group
18  meeting with other individuals at Anadarko?
19       MS. WILMS:
20           Object to form.
21       THE WITNESS:
22           Is that pre -- pre-logging
23  or --
24  BY MS. HARVEY:
25       Q.   This would be -- let's first

Page 209

1   start early April.
2        A.   Okay.  So early April we would
3   be -- have just probably gotten logs in at
4   that point in time.  So we would have met a
5   couple of times, maybe a handful of times,
6   just to discuss the log and -- and that's
7   it.  I mean, really we didn't meet all that
8   much, to be honest with you.
9        Q.   And there -- I would like it if
10  we could -- let me just find the tab
11  number.  Tab 38 and we -- it's Bates number
12  ANA-MDL-0000002795.  And it's a meeting
13  invitation with the subject Macondo pipe
14  setting recommendation with Hollek.  Did
15  that meeting happen?
16       MS. WILMS:
17           Object to form.
18       THE WITNESS:
19           Yes, I think it did.
20  BY MS. HARVEY:
21       Q.   Do you know what was discussed
22  at that meeting?
23       A.   Pipe setting recommendation.
24       Q.   And what -- what was the pipe
25  setting -- what was your recommendation as

53 (Pages 206 to 209)

601 Poydras Street, Suite 1720                              GAUDET KAISER, L.L.C                         Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029                       Board-Certified Court Reporters                 Facsimile: (504) 525-9109

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                                  Reported by:
ALAN O'DONNELL                                          May 5, 2011                                          SANDRA D. FILES, CCR

Page 210

1  to the pipe setting?
2      A.  We recommended to agree with the
3  -- their -- BP's recommendation to set pipe
4  on the well and approved the pipe setting
5  AFE.
6      Q.  Okay.  And who was at that
7  meeting?
8      A.  It would be the list of
9  participants here, best I can remember.  I
10  know -- I know I was there and I know
11  Darrell was there and Paul was there, and
12  I'm not sure about the rest of the people
13  listed here but --
14      Q.  Was Bob Quitzau there?
15      A.  I think Bob was there.
16      Q.  So did Bob Quitzau provide -- or
17  did Paul Chandler provide any kind of
18  update?
19      A.  Well, at this point in time it
20  was really kind of a formality, approving
21  pipe.  I mean, we had decided to agree with
22  BP's decision to stop drilling and -- and
23  this was really just kind of a formality at
24  this point to agree to setting pipe since
25  we agreed to stop drilling.

Page 211

1      Q.  So this meeting occurred after
2  your earlier discussions with somebody at
3  BP about the total depth issue?
4      A.  That's my recollection, yes.
5      Q.  And I know you said you couldn't
6  recall precisely who it was that you spoke
7  to at BP about the total depth issue, but
8  could it have been Bobby Bodek?
9      A.  It was not Bobby, no.  I think
10  Paul Chandler and Bob Quitzau communicated
11  with Bobby.
12      Q.  I will mark this Macondo pipe
13  setting recommendation with Hollek as
14  exhibit 1930.
15          (Exhibit 1930 was marked
16  for identification.)
17  BY MS. HARVEY:
18      Q.  Earlier you spoke about the
19  importance of reaching total depth so that
20  you could obtain enough data to provide
21  more information as to the value of the
22  prospect; is that correct?
23  MS. WILMS:
24          Object as to form.
25      A.  Well, it's not a matter of

Page 212

1  reaching total depth.  It's a matter of
2  testing the prospective section or most of
3  the prospective section.  I mean, once we
4  get to where we tested, then -- then that's
5  far enough as far as we're concerned
6  geologically.  Once we have tested it,
7  then -- then we have seen the potential
8  that the well has.
9          So TD is -- is -- is not the
10  issue.  It's really, have we seen the
11  section we wanted to test in the first
12  place.
13      Q.  And then with that information,
14  if you obtain the data you need to do the
15  testing, you will then make a subsequent
16  decision as to whether to go forward with
17  the completion?
18  MS. WILMS:
19          Object to form.
20  THE WITNESS:
21          Well, yes.  If we test the
22  section, depending on what we see, we will
23  make a recommendation to move forward or
24  not.
25  BY MS. HARVEY:

Page 213

1      Q.  I would like to go back actually
2  to the second supplemental AFE, which for
3  your information is tab 3, previously
4  introduced into the record.  And on the
5  third page after the cover letters in the
6  description, if you could read the first
7  and second sentence.
8      A.  Which page are you on?
9      Q.  I'm on page or Bates number
10  000030690.
11      A.  690.  Okay.  I'm sorry.  Could
12  you state your question again?
13      Q.  It's the box labeled project
14  description/comments.
15      A.  Okay.  You want me to read --
16      Q.  Read out loud.
17      A.  -- BP's AFE?
18      Q.  Yes, please.
19      A.  Okay.  I'll do my best here.
20  "This second supplemental AFE includes
21  additional funds to finish drilling
22  evaluation and abandonment of the Macondo
23  exploration well as provided in the
24  original AFE number -- I can't read that.
25      Q.  That's fine.

54 (Pages 210 to 213)

Page 214

1     A.   "Dated August 28th, 2009 and
2  first supplemental AFE dated January 27th
3  2010.  The first supplemental AFE was
4  exceeded due to unexpected lost circulation
5  and well control events resulting in
6  earlier than planned setting of the 16 inch
7  and 13 and 5/8ths inch casing strings.  The
8  well will now require both the risk
9  contingencies liner and 11 and 7/8ths and
10  one contingency liner 9 and 7/8ths to reach
11  planned TD.  Anticipated completion date is
12  May 1, 2010."
13     Q.   Do you know what they are
14  referring to when they talk about
15  unexpected lost circulation and well
16  control events?
17     MS. WILMS:
18           Object to form.
19     THE WITNESS:
20           Not really.  They -- they are
21  the operators and they were taking care of
22  the drilling issues.  This was a
23  supplemental AFE that we were approving the
24  cost on.  So, no.
25  BY MS. HARVEY:

Page 215

1     Q.   Had you heard about any well
2  control events?
3     A.   I had heard that they had had
4  some -- some issues while drilling it, but
5  I don't know what they were or the extent
6  of them.
7     Q.   Do you know if you conveyed any
8  of that information to Mr. Hollek?
9     A.   I may have.  I don't know
10  specifically what I would have told them.
11  My interest was in a -- a passing interest
12  there as far as with the well test of
13  prospective section.  So just as it related
14  to my -- what my group's function is.
15     Q.   Do you know what would have
16  happened if Anadarko had not approved this
17  supplemental AFE?
18     A.   No.
19     MS. WILMS:
20           Object to form.
21  BY MS. HARVEY:
22     Q.   Okay.  After you-all made the
23  decision to agree to the total depth --
24  I'll turn to tab number 15, and could
25  you -- explain if you could what this

Page 216

1  document -- not the cover e-mail, but the
2  actual document itself.
3     MS. HARVEY:
4           And for the record, this is
5  Bates number DWHMX-00058228 through 58231.
6  We'll mark this as exhibit 1931.
7           (Exhibit 1931 was marked
8  for identification.)
9  BY MS. HARVEY:
10     Q.   It has the "Subject:  Temporary
11  abandonment, OCS-G 32308 number one well,
12  Macondo, Mississippi Canyon block 252 OCS,
13  Gulf of Mexico."  And could you explain
14  what this document is?
15     A.   The BP document?
16     Q.   Yes.
17     A.   It is an agreement to
18  temporarily abandon the well.
19     Q.   And if you read the second
20  paragraph into the record, the first
21  sentence of the second paragraph.
22     A.   "This letter shall evidence the
23  parties decision to temporarily abandon
24  OCS-G 32306, number 1 well, Macondo well,
25  in accordance with the previously approved

Page 217

1  original AFE and terms and provisions of
2  the Macondo OA.
3     Q.   And this document has your
4  signature --
5     A.   Yes.
6     Q.   -- on it?  Thanks.  And you --
7  you had signed on behalf of Anadarko E&P
8  Company?
9     A.   Yes.
10     Q.   And you also signed on behalf of
11  Anadarko Petroleum Corporation?
12     A.   Correct.
13     Q.   And you testified earlier that
14  you were not aware of Anadarko E&P Company?
15     MS. WILMS:
16           Objection to form.
17     THE WITNESS:
18           I was not aware early on that
19  they were a part of the well.
20  BY MS. HARVEY:
21     Q.   Did --
22     A.   I had heard of the company
23  before, but I don't -- I didn't know they
24  were part of the well.
25     Q.   Before signing this document had

55 (Pages 214 to 217)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

ALAN O'DONNELL

May 5, 2011

Reported by:

SANDRA D. FILES, CCR

Page 218

1  you heard that they were part of the well?
2      MS. WILMS:
3          Object to form.
4      THE WITNESS:
5          Probably so.  I think I -- the
6  casing AFE I'm sure had the -- had the two
7  companies on it.
8  BY MS. HARVEY:
9      Q.   But you don't remember
10  discussing with anybody --
11     A.   No.
12     Q.   -- why?
13     A.   No.
14     Q.   And you don't know why they
15  were -- they had to be --
16     A.   That's correct.
17     Q.   Okay.  Did -- are you aware of
18  any other information that you reviewed
19  that BP sent to you in connection with this
20  form that you signed?
21     MS. WILMS:
22         Object to form.
23     THE WITNESS:
24         No.
25  BY MS. HARVEY:

Page 219

1      Q.   Did they provide for you any
2  information about the procedures that they
3  were going to use to temporarily abandon
4  the well?
5      A.   They didn't, no, they didn't
6  provide me any of that.
7      Q.   Would they -- is it possible
8  that they provided somebody else at
9  Anadarko?
10     MS. WILMS:
11         Object to form.
12     THE WITNESS:
13         Probably not.
14  BY MS. HARVEY:
15     Q.   Let's go back to tab number 4,
16  which is the last AFE.  This is the one
17  that you signed, previously marked Exhibit
18  1922.
19     A.   Okay.
20     Q.   And there are actually two pages
21  with your -- with your signature.  On the
22  first page, which is Bates number 00030692,
23  can you read the project description and
24  comments.
25     A.   Okay.  "Authority is requested

Page 220

1  to fund the 9 and 7/8ths by 7 inch
2  production casing, casing hanger, cement
3  casing accessories, LDS, lockdown sleeve,
4  and installation of LDS on the Macondo
5  MC252 number 1 well.  The plan is to
6  temporarily abandon the well following this
7  casing string for a future completion
8  operation.  The casing installation" -- I'm
9  sorry.  "All casing installation
10  intangible" -- I don't know what the next
11  word is, "and cost is covered under the dry
12  hole AFE for the exploration well as part
13  of the temporary abandonment operations."
14     Q.   Thank you.  So was this
15  document -- did you sign it around the same
16  time that you signed the previous form, the
17  authorization for --
18     A.   This was 15th.  The other one
19  was the 20th.
20     Q.   Right.  So for the -- do you
21  know -- this -- this document -- are any of
22  these operations that you just described
23  part of the temporary abandonment
24  procedure?
25     MS. WILMS:

Page 221

1          Object to form.
2      THE WITNESS:
3          I'm not really the right person
4  to be asking that.
5  BY MS. HARVEY:
6      Q.   Do you know if the -- the
7  payment was ever invoiced for this?
8      MS. WILMS:
9          Object to form.
10     THE WITNESS:
11         I do not know.
12  BY MS. HARVEY:
13     Q.   So you're not aware if Anadarko
14  paid for the -- what was authorized?
15     A.   I -- I didn't see it.
16     Q.   You testified earlier that you
17  reviewed some of the invoices for the
18  events that happened after April 20th?
19     MS. WILMS:
20         Object to form.
21     THE WITNESS:
22         Prior to April 20th.
23  BY MS. HARVEY:
24     Q.   Oh, the earlier invoice which
25  broke down the well costs and -- sorry.

56 (Pages 218 to 221)

601 Poydras Street, Suite 1720
New Orleans, Louisiana 70130-6029

GAUDET KAISER, L.L.C
Board-Certified Court Reporters

Telephone (504) 525-9100
Facsimile: (504) 525-9109

Exhibit N
Page 56

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                    Reported by:
ALAN O'DONNELL                                                         May 5, 2011                                    SANDRA D. FILES, CCR

Page 222

1  The response costs and that sort of thing,
2  that you had reviewed that AFE or that
3  invoice?
4       MS. WILMS:
5          Object to form.
6       THE WITNESS:
7          I'm sorry.  What was the
8  question?
9  BY MS. HARVEY:
10      Q.   Is it true that earlier you
11  testified -- you -- you looked at a
12  document that was an invoice and it had a
13  cost, breakdown of costs incurred for the
14  response to the DEEPWATER incident?
15      A.   Yes, joint interest bill.
16      Q.   Yes?
17      A.   Yes.
18      Q.   Right.  Did you review a joint
19  interest bill for any of the costs that are
20  described in this authorization for
21  expenditure?
22      A.   I don't recall these
23  expenditures coming through in a joint
24  interest bill that I saw and signed off on
25  it.  It could happen.  I don't recall if it

Page 223

1  were --
2       Q.   Could it have -- at that point
3  would it have come through the production
4  side of things?
5       MS. WILMS:
6          Object to -- sorry.
7  BY MS. HARVEY:
8       Q.   Your -- you had testified
9  earlier that at this point the reason you
10  signed off on this AFE was that it was
11  considered -- it came from the production
12  budget?
13      MS. WILMS:
14          Object to form.
15  BY MS. HARVEY:
16      Q.   Is that what -- did it come --
17  did -- why did you sign off on this AFE?
18      A.   Well, I signed off on this AFE
19  because at that -- the decision was
20  made to TD the well, then we basically
21  approved setting pipe on it, and it was a
22  formality signing the -- the operating
23  party's AFE that they sent us.  So that's
24  why I signed off, and it was really
25  considered in the development group at that

Page 224

1  point in time.  It would come from our
2  development budget.
3       Q.   And then any costs that were
4  paid out of this AFE, the subsequent costs
5  that were incurred, would be paid for by
6  the development group?
7       MS. WILMS:
8          Object to form.
9       THE WITNESS:
10          That -- yes, if any costs came
11  through, then it would have gone into the
12  development's group -- gone against the
13  development group's budget.
14  BY MS. HARVEY:
15      Q.   Going back to some of the
16  economic analyses that you were doing in
17  March and April, I wanted to discuss an
18  e-mail that you wrote to Mr. Hollek at tab
19  31, which is Bates number
20  APC-HEC1-000004805.
21      A.   Okay.
22      Q.   And that's exhibit 1932.
23          (Exhibit 1932 was marked
24  for identification.)
25  BY MS. HARVEY:

Page 225

1       Q.   I'll let you read it.  This
2  e-mail starts off from Mr. Hollek to you
3  and he's asking questions and you're
4  responding.  If you could summarize the
5  information that he's asking you.
6       A.   He had heard a couple of
7  different mean reserve numbers being talked
8  about for potential reserves at the well or
9  at the prospect.  And then my response
10  was -- was clarifying that our single best
11  number was the 60 million barrel number.
12      Q.   And was that number -- what --
13  what analysis -- what time had you arrived
14  at that number?  What was the date that you
15  did the analysis that arrived at that
16  number?
17      MS. WILMS:
18          Object to form.
19      THE WITNESS:
20          There was no one day that it
21  be our -- our reserve analysis was an
22  iteration from the start and basically as
23  we gathered information, we -- we find that
24  reserve range.  As I stated before, this is
25  a result of -- not a result.  But it

57 (Pages 222 to 225)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                     Reported by:
ALAN O'DONNELL                                             May 5, 2011                                    SANDRA D. FILES, CCR

Page 226

1   represents a number and a range of
2   potential outcomes.  So there wasn't a
3   single day that you could tie that to, that
4   particular number to.
5   BY MS. HARVEY:
6       Q.   But it's based on information
7   you received after entering into the
8   agreement with BP?
9       A.   Yes.
10      MS. WILMS:
11          Object to form.
12  BY MS. HARVEY:
13      Q.   And the analysis, was that
14  primarily done by Dawn Peyton?
15      MS. WILMS:
16          Object to form.
17      THE WITNESS:
18          It was done by a team of people.
19  She would have been one of probably three
20  or four people that would have participated
21  in coming up with that number.
22  BY MS. HARVEY:
23      Q.   And the data that she used or
24  her team used in coming up with that
25  number, was that based on data from the

Page 227

1   WellSpace and from -- or from real INSITE?
2       MS. WILMS:
3          Object to form.
4       THE WITNESS:
5          Some of the numbers would have
6   come from data that was in that.  But once
7   we had logs over the section that we
8   considered pay, then we would run an
9   analysis of -- open hole log analysis and
10  basically come up with a net pay number and
11  that number would have been used in
12  any -- in any analysis after -- well, any
13  analysis after the open hole logs were run.
14      So, again, it's as you get data, you
15  kind of refine your estimate.  And, you
16  know, these numbers change, you know.
17  Sometimes, depending what data is coming
18  in, they can change weekly or the range of
19  reserve range can change that often.
20  BY MS. HARVEY:
21      Q.   And the data that you were
22  looking at to make these estimates, it was
23  data that, is it fair to say, would not be
24  available to people who -- or to entities
25  that were not part of the agreement?

Page 228

1       MS. WILMS:
2          Object to form.
3   BY MS. HARVEY:
4       Q.   Some of the data would not have
5   been available to other parties?
6       MS. WILMS:
7          Object to form.
8       THE WITNESS:
9          There are parts of the data that
10  would be proprietary to the partners in
11  this -- in this prospect, yes.  But again,
12  it started out as a broad estimate, and as
13  time went on and we learned things, the
14  range of uncertainty will narrow down and
15  never really will be eliminated, but it
16  will be narrowed down.  So the log data was
17  not available to the other parties.
18  BY MS. HARVEY:
19      Q.   And that's typical of when you
20  are drilling a well, you wouldn't share
21  certain information with other parties?
22      MS. WILMS:
23          Object to form.
24      THE WITNESS:
25          With competitors.

Page 229

1   BY MS. HARVEY:
2       Q.   With competitors.
3       A.   No, we wouldn't necessarily
4   share that.
5       Q.   But if you were to enter into a
6   subsequent agreement with somebody, you
7   might share that data?
8       MS. WILMS:
9          Object to form.
10      THE WITNESS:
11          Yes, I think -- yeah.  That's a
12  pretty broad question.
13  BY MS. HARVEY:
14      Q.   Strike it.  Fine.  Let's go to
15  tab number ANA-MDL-000008225, Exhibit 1933,
16  which is titled -- it's an e-mail titled
17  evaluation complete at Macondo, and it's
18  dated April 15th 2010.
19          (Exhibit 1933 was marked
20  for identification.)
21      A.   Okay.
22      Q.   And could you describe the data
23  that was included in the evaluation?
24      MS. WILMS:
25          Object to form.

58 (Pages 226 to 229)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010          Reported by:
ALAN O'DONNELL                          May 5, 2011                    SANDRA D. FILES, CCR

Page 230

1    THE WITNESS:
2        Honestly, I'm not the right
3    person to describe all this data.  I'm not
4    an expert in the use of -- of all these
5    logs.  This was a -- a -- this was a
6    compilation of data that was used to come
7    up with some results that we fine tune the
8    reserve evaluation, but I can't describe
9    how -- how all these work, if that's what
10   you're asking.
11   BY MS. HARVEY:
12       Q.    But from this data you were able
13   to conclude that you had the information
14   you needed to conduct -- or to evaluate the
15   value of the well?
16   MS. WILMS:
17       Object to form.
18   THE WITNESS:
19       We utilize this data to narrow
20   the range of uncertainty.
21   BY MS. HARVEY:
22       Q.    Do you know if there was any
23   other data that was provided other than
24   what's listed here?
25   MS. WILMS:

Page 231

1        Object to form.
2    THE WITNESS:
3        I do not.
4    BY MS. HARVEY:
5        Q.    Do you know if there are any
6    communications that people at Anadarko had
7    with BP concerning the logs?
8        A.    I don't know specifically about
9    communications.  I don't know dates or
10   anything like that.  But generally we'll
11   talk with the operator and -- and
12   understand their opinion.
13   MS. HARVEY:
14       Can we take 5-minute break?
15   VIDEOGRAPHER:
16       We're going off the record.
17   This is videotape number 5.  It's 2:02.
18       (Discussion off the record.)
19   THE VIDEOGRAPHER:
20       We're back on the record.  This
21   is videotape number 5.  It's 2:12.
22   BY MS. HARVEY:
23       Q.    Just a question about the
24   document at tab 39, the evaluation complete
25   at Macondo.  It said that the rotary

Page 232

1    sidewall cores have been/are going to be
2    processed on location and sent to Omni
3    (Weatherford) Labs in Houston for further
4    analysis; is that right?
5        A.    Yes.
6        Q.    Do you know if you received
7    those later analyses?
8        A.    I do not know specifically
9    whether we received them or not.
10       Q.    Do you know if you received any
11   analyses from BP after the Macondo
12   incident?
13       A.    Any analysis or specifically --
14       Q.    Any of the mud -- the logging
15   analysis?
16       A.    I can't say that we received
17   anything specifically from BP, but we did
18   have access to much of this data real-time.
19   I don't know what final log formats we
20   received, but we did -- we did have some of
21   this data as it was logging real-time.
22       Q.    And was any data added after the
23   Macondo incident?
24       A.    I don't know specifically.
25       Q.    Do you know if there was any

Page 233

1    information that you received from BP on
2    the rate of flow from the Macondo well
3    after April 20th?
4        A.    After the incident?
5        Q.    Yes, after the incident.
6        A.    We get all our information from
7    public sources, so any information we
8    received would have been press release data
9    or updates from the Coast Guard.
10       Q.    Did you do any of your own
11   analyses of flow rate?
12       A.    We did, yes.
13       Q.    And is -- could you describe
14   those analyses?
15   MS. WILMS:
16       Object to form.
17   THE WITNESS:
18       Describe --
19   BY MS. HARVEY:
20       Q.    When you do that analysis of
21   flow rate?
22   MS. WILMS:
23       Object to form.
24   THE WITNESS:
25       We did -- we did some analysis

59 (Pages 230 to 233)

601 Poydras Street, Suite 1720                  GAUDET KAISER, L.L.C              Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029         Board-Certified Court Reporters        Facsimile: (504) 525-9109

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported by:
ALAN O'DONNELL                                                    May 5, 2011                          SANDRA D. FILES, CCR

Page 234

1  trying to come up with an idea of what the
2  well could be flowing, just to have an
3  opinion for our management in case they
4  were looking for it.  And again, it would
5  have been using data that we had, based on
6  data we early -- assumed early on and fine
7  tuned as we got additional information.
8  BY MS. HARVEY:
9      Q.  And I would like to turn to tab
10  40, which is an e-mail from Dawn Peyton to
11  you dated April 23rd, 2010.  The subject is
12  titled Macondo flow rates.
13      A.  Okay.
14      Q.  And can you read -- can you read
15  the e-mail in its entirety please into the
16  record?
17      A.  Sure.  "I'm calculating an AOF
18  of 45,000 barrel a day.  This is what I
19  think the Macondo was flowing when the
20  riser was connected and the fire was
21  burning.  With the rise disconnected and
22  with seawater gradient to the mudline, I
23  calculate 35,000 barrels a day.  In reality
24  it is probably more because I think Brian's
25  average perm of 107 is low.

Page 235

1      Q.  And can -- do you know what AOF
2  means?
3      A.  Absolute open flow.
4      Q.  Then the e-mail in the last
5  sentence refers to a Brian.  Do you know
6  who that is?
7      A.  I think that Brian is referring
8  to a petro physicist in the Gulf of Mexico
9  or was in the Gulf of Mexico group at the
10  time who was doing -- helping us with log
11  calculations and estimates.
12      Q.  Do you know Brian's last name?
13      A.  Brian O'Neill.
14      Q.  Brian O'Neill.  Okay.  And do
15  you know what the term average perm of
16  107md means?
17      A.  Yes, I know the term average
18  perm is the ability of the rock -- it's the
19  measure of the ability of the rock to flow
20  fluids through it.
21      Q.  And md is --
22      A.  That's millidarcy.  It's a --
23  the units of measure in permeability are in
24  darcys and this 107 millidarcys.  It's just
25  a measure of the ability of the rock to

Page 236

1  flow.
2      Q.  And how did -- do you know how
3  Brian came up with that estimate?
4      MS. WILMS:
5          Object to form.
6      THE WITNESS:
7          Specifically I don't.
8  BY MS. HARVEY:
9      Q.  Do you know if subsequent
10  analysis were done to come up with another
11  estimate of flow rate?
12      MS. WILMS:
13          Object to form.
14      THE WITNESS:
15          I don't know, but at this point
16  in time we were trying to have a running
17  estimate in case we were asked.
18  BY MS. HARVEY:
19      Q.  Were you ever asked?
20      A.  I don't recall if we were or
21  not.
22      Q.  Did you have any involvement in
23  the response to the Macondo spill incident?
24      A.  Personally?
25      Q.  Yes.

Page 237

1      A.  No, except for my group trying
2  to be prepared to answer reservoir
3  questions and geologic questions.
4      Q.  And to your knowledge your group
5  was not asked to provide that information
6  to your management?
7      MS. WILMS:
8          Object to form.
9      THE WITNESS:
10          Not specifically that I recall.
11  BY MS. HARVEY:
12      Q.  Did you have discussions with BP
13  over the flow rate?
14      A.  Not that I recall.
15      Q.  That's exhibit 1934, e-mail
16  dated 4/23/2010, subject Macondo flow
17  rates.
18          (Exhibit 1934 was marked
19  for identification.)
20  BY MS. HARVEY:
21      Q.  Could we go to Exhibit Number
22  32, please.  Tab number 32, sorry.  This is
23  an e-mail dated April 7, 2010 from Susan
24  Holley -- oh, no.  I'm sorry.  From Darrell
25  Hollek to Susan Holley, Jim Bryan

60 (Pages 234 to 237)

Page 238

1   yourself -- yourself and cee-ceed Jerry
2   Windlinger, Bates number --
3       MS. WILMS:
4       I'm sorry.  Did you say it was
5   from Darrell Hollek?
6       MS. HARVEY:
7       Yes.
8       MS. WILMS:
9       Oh, it's at the top.  I
10  apologize.
11  BY MS. HARVEY:
12      Q.   And it's Bates number
13  ANA-MDL-00002028.  I might have missed a
14  zero in there.
15           And this e-mail, the subject of
16  this e-mail is Pompano/Wattenberg plant
17  discussion with BP.  If you could read into
18  the record -- actually, if you could read
19  it first and then summarize what this
20  e-mail was about.
21      A.   Okay.  You want me to summarize
22  the Susan Holley -- from Susan Holley part?
23      Q.   Yes.
24      A.   Well, this -- there had been
25  some discussion, apparently prior to

Page 239

1   drilling this well, there had been some
2   discussion of this Wattenberg plant that I
3   think Anadarko was interested in acquiring
4   an interest in.  And apparently there was
5   some high level discussions of a possible
6   trade of value.  And that's really the
7   extent of my knowledge of it.
8       Q.   So the potential trade of the
9   Wattenberg plant for the Macondo prospect?
10      MS. WILMS:
11      Object to form.
12      THE WITNESS:
13      Both of them are mentioned in
14  this, and they are talking about a trade,
15  but a trade could take many different forms
16  in the end.  So I don't know -- I don't
17  know the specifics of what they are talking
18  about here.
19  BY MS. HARVEY:
20      Q.   But it involved those two
21  interests?
22      A.   Apparently so, yes.
23      Q.   And it says Susan -- Susan
24  Holley's e-mail says in the second
25  sentence, "Now based on what we see, our

Page 240

1   share of Macondo could be worth a lot.  We
2   will need to look back at our expected case
3   economics"; is that right?
4       A.   Where are you reading?
5       Q.   This is the first e-mail top of
6   the page?
7       A.   Which line?
8       Q.   It is the -- sorry.  This is the
9   e-mail at the top of the page starting on
10  the second -- I'll just read the whole
11  thing.
12      MS. WILMS:
13      For the record, this is the one
14  from Darrell Hollek.
15  BY MS. HARVEY:
16      Q.   This is the e-mail from Darrell
17  Hollek where he responding to Susan
18  Holley's e-mail about a potential trade of
19  the Wattenberg plant and it says, "Very
20  interesting.  We did not know the results
21  of Macondo until this past weekend.  It
22  sounds like they started the conversation
23  before they knew Macondo was worth
24  anything.  Now based on what I see, our
25  share of Macondo could be worth a lot.  We

Page 241

1   will need to look back at our expected case
2   economics."
3       Do you know what Mr. Hollek was
4   referring to when he says, "Now based on
5   what I see our share of Macondo could be
6   worth a lot."?
7       MS. WILMS:
8       Object to form.
9       THE WITNESS:
10      Well, April 7th we would
11  have -- we would have seen the pay section
12  in the open hole logs.  So that reduces the
13  uncertainty, the range of reserves.  So,
14  you know, at this point in time we were
15  thinking that Macondo could be an economic
16  opportunity for us to go forward with.  And
17  certainly prior to drilling, where you
18  haven't drilled that section before, now
19  you think we'll have a log across it, there
20  is some value to it.  So he was -- he was
21  thinking that it may be something that we
22  could potentially trade or work in a trade
23  with Wattenberg plant -- or for the
24  Wattenberg plant.
25  BY MS. HARVEY:

61 (Pages 238 to 241)

Page 242

1    Q.   So that's why it was important
2  to get the data for the Macondo well?
3       MS. WILMS:
4            Object to form.
5  BY MS. HARVEY:
6    Q.   Or the --
7    A.   Well, we had the data at that
8  point in time.
9    Q.   But at this point they hadn't
10 yet reached total depth?
11      MS. WILMS:
12           Object to form.
13      THE WITNESS:
14           Well, we had -- I think we had
15 cut some pay section by that time though
16 and we had seen open hole logs, if I
17 recall.
18 BY MS. HARVEY:
19   Q.   Okay.
20   A.   I may be wrong on my timing, but
21 this statement there implies that we had
22 seen open hole logs and that there is some
23 value to that well beyond just exploration
24 value.
25   Q.   Thanks.  Marked exhibit 1935.

Page 243

1           (Exhibit 1935 was marked
2  for identification.)
3       MS. HARVEY:
4            I have no further questions.
5  Thank you.
6       MS. WILMS:
7            Thank you.
8       VIDEOGRAPHER:
9            We're going off the record at
10 2:24.  This is videotape number 5.
11      (Discussion off the record.)
12      VIDEOGRAPHER:
13           We're back on the record,
14 beginning of tape number 6.  It's 2:30.
15 BY MR. HARTLEY:
16   Q.   Good afternoon, Mr. O'Donnell.
17 My name is Floyd Hartley.  I represent
18 Halliburton.  Do you understand who I am
19 and who I represent?
20   A.   Yes.
21   Q.   I think most of the questions
22 have been gone over at some length today,
23 but I have a few follow-up questions I
24 would like to go over with you.  I want to
25 hand you again what's been marked

Page 244

1  previously as Exhibit 1597.  It's a copy of
2  the Anadarko 30(b)(6) notice.  You remember
3  Mr. Fineman asked you some questions about
4  that earlier this morning?
5    A.   Yes.
6    Q.   It's my understanding you are
7  not here testifying on behalf of Anadarko
8  E&P Company LP; is that correct?
9    A.   My understanding is I am
10 testifying for Anadarko Petroleum
11 Corporation.
12   Q.   Just APC?
13   A.   Yes.
14   Q.   I just want to make sure because
15 I know you had signed at least a few of
16 these documents, including the AFE that the
17 U.S. just showed you, on behalf of Anadarko
18 E&P.  But you are not today testifying on
19 that corporation's behalf?
20   A.   Am I speaking out of place here?
21      MS. WILMS:
22           No.  No.  No.  You are
23 absolutely right, the witness for Anadarko.
24 BY MR. HARTLEY:
25   Q.   I want to make sure, your

Page 245

1  understanding.
2    A.   Yeah, that's my understanding,
3  for Anadarko Petroleum Corporation.
4    Q.   I want to direct your attention
5  to topic 11 on Exhibit 1597.  In response
6  to Mr. Fineman's question, you had
7  indicated you are here testifying about
8  topic 10 through 13, correct?
9    A.   Correct.
10   Q.   In topic 11, the existence,
11 nature and substance of mud log
12 communications and/or analyses and/or post
13 mud log communications and/or analyses
14 regarding the commercial viability of the
15 Macondo prospect (Mississippi Canyon Block
16 252).
17           Did I read that correctly?
18   A.   Yes.
19   Q.   Are you here on behalf of
20 Anadarko Petroleum Corporation to testify
21 on this topic in particular?
22   A.   Yes.
23   Q.   Do you have knowledge regarding
24 the access that Anadarko Petroleum
25 Corporation employees had to mud log

Exhibit N
Page 62

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                Reported by:
ALAN O'DONNELL                                   May 5, 2011                        SANDRA D. FILES, CCR

Page 246

1  communications?
2     A.  I am aware that we had some
3  access to them, but I don't know exactly
4  who had that access.  I know I had -- I had
5  some access to it.
6     Q.  Now, earlier this morning in
7  response to several questions you had
8  mentioned both WellSpace and INSITE
9  Anywhere.  Do you recall that?
10    A.  Yes.
11    Q.  Are you aware of whether
12 Anadarko Petroleum Corporation had access
13 to data from the Macondo well other than
14 through WellSpace or INSITE Anywhere?
15    A.  I'm not aware of any.
16    Q.  To shorten up some of my
17 questions, if I say Anadarko, will you
18 agree that that refers to Anadarko
19 Petroleum Corporation --
20    A.  Yes.
21    Q.  -- and excludes the E&P entity?
22    A.  Yes.
23    Q.  Are you familiar with the
24 distinction between mud log communications
25 and post mud log communications?

Page 247

1     A.  No, I'm not.
2     MS. WILMS:
3         Let me just state for the record
4  that we made certain objections as to vague
5  and ambiguity of certain of these topics,
6  so --
7     A.  I have never heard the term post
8  mud log.
9     Q.  Nor had I.  That's why I was
10 curious.
11    MS. WILMS:
12        We're giving it our best shot.
13 BY MR. HARTLEY:
14    Q.  So is it your understanding then
15 that topic 11 from your standpoint, you're
16 here to discuss certain aspects of
17 Anadarko's access to data through WellSpace
18 and/or INSITE Anywhere?
19    A.  Well, I'm here to talk about
20 specifically what it says here.  But I
21 don't see WellSpace, INSITE Anywhere listed
22 on this, but to the extent that -- I mean,
23 we had mud log access through
24 those -- through those software packages.
25    Q.  Did Anadarko receive mud log

Page 248

1  communication from BP directly?
2     A.  I don't know.
3     Q.  Did Anadarko receive mud log
4  communication through any source other than
5  WellSpace or INSITE Anywhere?
6     A.  Not that I know of.
7     Q.  Now, you testified earlier that
8  you had access to both WellSpace and INSITE
9  Anywhere?
10    A.  Yes.
11    Q.  Let's talk about WellSpace
12 first.  It's my understanding that that's a
13 static drop box; is that fair to say?
14    A.  I'm not expert in it, so I
15 couldn't --
16    Q.  How often would you access or
17 did you access WellSpace?
18    A.  Maybe 5 to 10 times at various
19 times, just a guess.
20    Q.  For what purpose would you
21 access WellSpace?
22    A.  I would look to look at the
23 daily reports, just to see where -- what
24 total depth we're at and what the current
25 cost is.

Page 249

1     Q.  To track both the ongoing cost
2  of operations as well as your progress
3  towards TD?
4     A.  Yes.
5     Q.  Would you review -- did you
6  review any documents or material uploaded
7  to WellSpace other than as pertains to that
8  information?
9     A.  I may have, but I was new to
10 both those software packages.  So I tested
11 them out just to see what was there, but
12 I -- you know, I was looking at, mainly at
13 the daily reports on a regular basis -- or
14 the times that I did get in there.
15    Q.  When you say the daily reports,
16 you are referring to BP daily reports or
17 Sperry daily operations reports or other
18 materials?
19    A.  You know, I don't recall which
20 one it was.  I was just mainly looking for
21 TD and current costs.
22    Q.  Are you familiar with the access
23 to which other Anadarko employees used
24 WellSpace?
25    A.  To a limited degree.  I didn't

63 (Pages 246 to 249)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                              Reported by:
ALAN O'DONNELL                                    May 5, 2011                                    SANDRA D. FILES, CCR

Page 250

1    ask them about it. I knew that other
2    employees were accessing that package and
3    getting information from it, but I never
4    asked them specific questions about what
5    they were getting from it.
6        Q.   You understood Mr. Chandler had
7    access and he would periodically access
8    WellSpace to get information to update you?
9        A.   Correct.
10       Q.   Similarly, Miss Peyton had
11   access?
12       A.   Correct.
13       Q.   And you understood that she was
14   accessing WellSpace to get information and
15   update you and Mr. Chandler and others?
16       A.   Correct.
17   MS. WILMS:
18       Object to form.
19   BY MR. HARTLEY:
20       Q.   Did you -- were you aware that
21   Mr. Quitzau had access to WellSpace?
22       A.   Specifically I did not know, but
23   he's a driller so I assume he did.
24       Q.   He's not in your group?
25       A.   That's correct.

Page 251

1        Q.   Do you know what Mr. Chandler or
2    Miss Peyton specifically accessed in
3    WellSpace?
4        A.   Anything pertaining to geologic
5    information; depths, trying to find where
6    we're at in the section, that would be
7    the -- anything pertaining to that, I think
8    they probably would have looked at some
9    point in time, mainly Paul Chandler.
10       Q.   Mainly Paul to look for geologic
11   information to assess the progress of the
12   well and the stratigraphy?
13       A.   Stratigraphy?
14       Q.   Stratigraphy.
15       A.   Yes.
16       Q.   Extra vowel in there.
17       Are you familiar with any
18   restrictions that were placed on Anadarko's
19   access to WellSpace?
20       A.   I'm not familiar with any.
21       Q.   Were you limited in your ability
22   in terms of times of day or any other
23   limits on your ability to access WellSpace?
24       A.   Not that I know of.
25       Q.   Was there information to your

Page 252

1    knowledge included in WellSpace to which
2    you were not entitled to access on the
3    DEEPWATER HORIZON or the Macondo well?
4        A.   Not that I know of.
5        Q.   Were you restricted in your
6    ability to monitor information about
7    certain rig activity or drilling
8    operations?
9        A.   Was I restricted --
10   MS. WILMS:
11       Object to form.
12   BY MR. HARTLEY:
13       Q.   Were you restricted?
14       A.   Oh, was I restricted?
15   MS. WILMS:
16       Object to form.
17   THE WITNESS:
18       Not that I know of. But I
19   didn't wade very deep into it so I
20   wasn't -- I was looking for very specific
21   information when I got in.
22   BY MR. HARTLEY:
23       Q.   Were you involved in decisions
24   or discussions within Anadarko as to who
25   would have access to WellSpace?

Page 253

1        A.   I don't recall specifically. I
2    know there was a list of people that was
3    approved. I don't recall who approved it.
4    But I know the people had -- several people
5    in that group were on that list, myself
6    included.
7        Q.   You don't recall whether you
8    were involved in deciding which Anadarko
9    employees were going to access WellSpace
10   for you?
11       A.   I don't recall specifically.
12       Q.   Other than Mr. Chandler, Miss
13   Peyton, are you aware of any other Anadarko
14   employees within your group who accessed
15   WellSpace?
16       A.   I was not aware of any.
17       Q.   Do you know the frequency with
18   which Mr. Chandler and/or Miss Peyton
19   accessed WellSpace?
20   MS. WILMS:
21       Object to form.
22   THE WITNESS:
23       Specifically, no.
24   BY MR. HARTLEY:
25       Q.   Let's turn our attention to

64 (Pages 250 to 253)

601 Poydras Street, Suite 1720                      GAUDET KAISER, L.L.C                      Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029              Board-Certified Court Reporters              Facsimile: (504) 525-9109

Exhibit N

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                                   Reported by:
ALAN O'DONNELL                                              May 5, 2011                              SANDRA D. FILES, CCR

Page 254

1   INSITE Anywhere.  You had access to INSITE
2   Anywhere?
3       A.   I did.
4       Q.   How frequently would you access
5   the real-time data transmission supplied
6   through that service?
7       A.   As I recall, I tracked the
8   progress on several occasions.  I didn't
9   track it on a daily basis, but as we would
10  drill through what we considered
11  prospective section, obviously it would be
12  of interest to us, so -- I can't remember
13  the total number of times other than when
14  we were drilling pay section.  I probably
15  accessed, you know, a nominal number of
16  times, maybe 5 to 10 times.
17      Q.   When you would access it that 5
18  to 10 times, what were you looking for?
19      A.   I was just tracking where --
20  whether we were logging pay or not
21  essentially.
22      Q.   What information provided
23  through that INSITE Anywhere access allowed
24  you to determine that?
25      A.   Well, mainly the electric logs

Page 255

1   and gamma ray logs.  The gamma ray would
2   tell us whether they were in sand and the
3   electric logs would tell us whether it had
4   resistivity or not and that's the standard
5   thing that I would look at just on
6   a -- just checking it and keeping track of
7   it.  That's what I would look at.
8       Q.   And how long would you spend
9   accessing INSITE Anywhere to evaluate or
10  review that information?
11      MS. WILMS:
12          Object to form.
13      THE WITNESS:
14          Depends on how much time I had
15  to research it and how soon we were -- or
16  how close we were getting to getting
17  through the pay section and depending on
18  when I left logged in as I -- when I left
19  my computer.  So I know there were times I
20  stayed in, logged in for probably maybe a
21  few hours.  But most of the time I would
22  get in there and check it and get
23  out -- just get out essentially.  I mean, I
24  didn't spend a lot of time in there.
25  BY MR. HARTLEY:

Page 256

1       Q.   More or less a spot-check of how
2   things are at that given time rather than
3   monitoring, say, if they were drilling
4   through a specific zone of interest for an
5   hour, would you monitor that specific hour
6   or just sort of spot-check?
7       A.   I would spot-check.  I would
8   have it on because it was cumbersome to get
9   in it, so I would have it on.  Likely when
10  we were logging the pay section, I probably
11  had it on, at least if it was during normal
12  working hours, I probably had it on on my
13  desktop while I was doing some other work.
14      Q.   At any of those instances where
15  you -- where you had it on or you were
16  monitoring through these pay zones, did you
17  pay attention to the other data that was
18  transmitted through INSITE Anywhere other
19  than just as it pertained to analysis of
20  pay zones?
21      MS. WILMS:
22          Object to form.
23      THE WITNESS:
24          Not really, no.
25  BY MR. HARTLEY:

Page 257

1       Q.   Do you know whether anybody else
2   in your group had access to INSITE
3   Anywhere?
4       A.   I think that Dawn and Paul both
5   had access to INSITE Anywhere.
6       Q.   Are you familiar with the uses
7   to which they put INSITE Anywhere?
8       A.   Not specifically, but I think
9   their interest was similar to mine in
10  looking at the pay section and geologically
11  trying to figure out where we were in the
12  prospective section.
13      Q.   Are you familiar with any
14  restrictions on your access to INSITE
15  Anywhere placed on it by BP?
16      A.   No, I wasn't aware of any, but I
17  know -- I remember we frequently had times
18  where we couldn't get data, but I think it
19  was just data update issues.  I don't
20  remember seeing any restriction signs come
21  up or warning signs or anything like that.
22      Q.   Did you have any communications
23  with anybody within Anadarko or BP as to
24  limited times where you could access INSITE
25  Anywhere?

65 (Pages 254 to 257)

601 Poydras Street, Suite 1720                   GAUDET KAISER, L.L.C                    Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029         Board-Certified Court Reporters         Facsimile: (504) 525-9109

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                                      Reported by:
ALAN O'DONNELL                                                   May 5, 2011                                                   SANDRA D. FILES, CCR

Page 258

1      MS. WILMS:
2          Object to form.
3      THE WITNESS:
4          No.
5  BY MR. HARTLEY:
6      Q.   Were you able to monitor the
7  real-time data transmission through INSITE
8  Anywhere 24/7?
9      MS. WILMS:
10          Object to form.
11      A.   I didn't really try.
12      Q.   Do you know whether that was
13  available to Anadarko?
14      MR. DAVID:
15          Object to form.
16      THE WITNESS:
17          I don't know.  No, I don't know
18  really.
19  BY MR. HARTLEY:
20      Q.   That's a fair answer.  Did you
21  discuss with Mr. Chandler or Miss Peyton
22  any inabilities to monitor data through
23  INSITE Anywhere?
24      A.   Not that I recall.
25      Q.   Did they mention any problems

Page 259

1  with their ability to access or the
2  information that was available through
3  INSITE Anywhere?
4      A.   Not that I recall.
5      Q.   Do you know whether there was
6  anybody within your group at Anadarko who
7  was monitoring INSITE Anywhere on a regular
8  basis?
9      MS. WILMS:
10          Object to form.
11      THE WITNESS:
12          During the drilling of this well
13  or --
14  BY MR. HARTLEY:
15      Q.   We'll start with during drilling
16  operations, was there an Anadarko employee
17  assigned to monitor the real-time data?
18      MS. WILMS:
19          Object to form.
20      THE WITNESS:
21          Not that I know specifically.
22  BY MR. HARTLEY:
23      Q.   Do you have a general sense that
24  that was the case?
25      MS. WILMS:

Page 260

1          Object to form.
2      THE WITNESS:
3          Not for INSITE Anywhere, no.  I
4  don't know that they -- anybody would
5  specifically monitor that all the time.
6  BY MR. HARTLEY:
7      Q.   Now, you had testified that you
8  logged on maybe 5 or 10 times and you
9  understood that Mr. Chandler and Miss
10  Peyton both would access it at various
11  times.  Other than the three of you, are
12  you familiar with anybody else within your
13  group or otherwise at Anadarko, who on a
14  daily basis accessed INSITE Anywhere to
15  monitor well operations?
16      MS. WILMS:
17          Object to form.
18      THE WITNESS:
19          I don't basically know
20  everybody's job duties and what their
21  requirements are on their job, so I would
22  have to say that I don't really know.
23  BY MR. HARTLEY:
24      Q.   Right.  I'm going to hand you
25  what's previously been marked as exhibit

Page 261

1  1912.  This is an e-mail from Mr. Chandler
2  to you dated April 9th of 2010.
3          Do you have a general memory of
4  having received this e-mail?
5      A.   Read it real quick.
6      Q.   Certainly.
7      A.   Okay.
8      Q.   Do you generally recall
9  receiving this e-mail?
10      A.   I do.
11      Q.   Did you have a separate
12  discussion with Mr. Chandler about this
13  additional pay below the lower lobe of the
14  N56 on April 9th?
15      A.   I don't recall that we had any
16  further conversation about this.
17      Q.   Okay.  Do you recall having a
18  conversation with Mr. Hollek on the
19  9th about -- about this topic?
20      A.   I do.  I do.  I think I sent him
21  an e-mail that said we could possibly have
22  cut some additional pay.
23      Q.   Was this e-mail a part of
24  Mr. Chandler's keeping you updated
25  periodically about the developments of the

601 Poydras Street, Suite 1720                          GAUDET KAISER, L.L.C                          Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029                   Board-Certified Court Reporters                   Facsimile: (504) 525-9109

Exhibit N
Page 66

Page 262

1  well?
2     A.  Yes.
3     Q.  Was this an abnormal occurrence
4  for Mr. Chandler to send you an e-mail of
5  this nature?
6     MS. WILMS:
7        Object to form.
8     THE WITNESS:
9        An abnormal occurrence?  No.
10  BY MR. HARTLEY:
11     Q.  It was part of his regular job
12  to provide you with these sorts of updates?
13     A.  That's correct, not -- only when
14  it's warranted.
15     Q.  As opposed to -- as applies to,
16  say, to the pay zones or progress towards
17  TD, he would keep you apprised of those
18  sorts of features?
19     A.  No.  He wouldn't keep me
20  apprised if we weren't cutting any pay
21  then.  He was not giving me a periodic
22  update unless we were going through a pay
23  section like this.
24     Q.  If the well was proceeding
25  through a pay section, he would update you

Page 263

1  as to progress and sort of the results that
2  were being obtained?
3     MS. WILMS:
4        Object to form.
5     THE WITNESS:
6        Not periodically.  Just when it
7  warranted.
8  BY MR. HARTLEY:
9     Q.  Okay.  Towards the end, second
10  to last sentence on the e-mail reads, "I
11  don't know for sure if BP is stopping here
12  or not.  But I hope they continue on deep
13  enough to get logs across all this new
14  pay."
15        Did I read that sentence
16  correctly?
17     A.  Yes.
18     Q.  Did you have a conversation with
19  either Mr. Chandler or Mr. Hollek on the
20  9th about this desire to go deeper?
21     A.  Well, yes.  I had further
22  conversation about us wanting to test what
23  we considered the full prospective section
24  of the well.
25     Q.  I am going to hand you what's

Page 264

1  previously been marked as Exhibit 1255.
2  This is an e-mail from Quitzau to you and
3  several others a little later that same day
4  on April 9.
5        Do you recall receiving this
6  e-mail?
7     A.  I do.
8     Q.  In the first sentence of this
9  e-mail, Mr. Quitzau writes, "Bobby Bodek
10  called and notified me that they had
11  drilled ahead to 18360 and called this
12  final TD."
13        Did I read that correctly?
14     A.  Yes.
15     Q.  This is about 40 minutes after
16  the e-mail that we just looked at, you're
17  being advised that BP has stopped at this
18  point.  Do you recall that?
19     A.  Yes.
20     Q.  And in the last sentence of this
21  e-mail, Mr. Quitzau writes, "He says they
22  saw some abnormal resistivity in the small
23  sand just below the pay sand that may
24  indicate where they were losing returns."
25        Did I read that correctly?

Page 265

1     A.  Yes.
2     Q.  When it refers to abnormal
3  resistivity, that's a reference to pore
4  pressure, right?
5     A.  I don't know.
6     Q.  That's sort of in the geological
7  realm, not yours?
8     A.  Well, I don't know.  He doesn't
9  define specifically, what he means by
10  abnormal resistivity so I can't tell you
11  exactly what he's meaning there.
12     Q.  Did -- did you call Mr. Quitzau
13  after you received this e-mail and ask him
14  about that?
15     A.  Possibly.  I don't recall.
16     Q.  Toward the end of that sentence
17  he references these lost returns.  Did you
18  discuss those -- losing returns with
19  Mr. Quitzau after receiving this e-mail
20  that Friday night?
21     A.  That's possible.
22     Q.  Possible.  Do you remember
23  having a conversation that evening with
24  him?
25     A.  I don't remember specifically,

67 (Pages 262 to 265)

Page 266

1  no.
2      MS. WILMS:
3          I'm sorry.  Based on this last
4  question, I am going to object to going
5  outside the scope of the 30(b)(6) topics.
6  I am not going to instruct the witness not
7  to answer the questions.  I just want to
8  make the objection and hopefully a
9  continuing one so I don't have to repeat
10  it; to the extent your questions are going
11  outside the scope of topics 10 through 13,
12  that Mr. O'Donnell is testifying as an
13  individual as opposed to a 30(b)(6)
14  witness.
15      MR. HARTLEY:
16          So then is he not being
17  presented as a fact witness on issues in
18  which he was specifically involved?
19      MS. WILMS:
20          That's correct.  He's been
21  noticed, as far as my understanding, was
22  that this deposition notice was just as a
23  30(b)(6) witness, not individually.
24      MR. HARTLEY:
25          Is there an agreement by

Page 267

1  Anadarko to reproduce him at a later time
2  in his capacity as a fact witness?
3      MS. WILMS:
4          Well, I'm just saying I'm going
5  to allow you to ask the questions.
6      MR. HARTLEY:
7          0kay.
8      MS. WILMS:
9          I'm just saying not as a
10  30(b)(6) witness.
11      MR. HARTLEY:
12          Okay.  I just want to make sure
13  that --
14      MS. WILMS:
15          I'm not instructing him not to
16  answer.
17      MR. HARTLEY:
18          All right.
19  BY MR. HARTLEY:
20      Q.   At this time, April 9th of 2010,
21  had you heard from Mr. Quitzau or others
22  within Anadarko about these lost return
23  issues on the Macondo well?
24      A.   I don't recall.
25      Q.   Had you heard about issues,

Page 268

1  problems or concerns about a narrow pore
2  pressure and fracture gradient window on
3  the well?
4      A.   No, I had not heard -- I had not
5  heard that as an issue that I recall.
6      MS. WILMS:
7          I'm sorry.  I didn't get from
8  you, is it okay if this is just a
9  continuing objection, so I don't repeat to
10  the extent your question is outside?
11      MR. HARTLEY:
12          Certainly.  Certainly.  You can
13  have a continuing objection and obviously
14  we have a concern that, if he's not later
15  going to be produced as a fact witness, if
16  there's an issue with his testimony not
17  being offered admissible at a later point,
18  then we would obviously want him coming
19  back as a fact witness on these e-mails.
20      MS. WILMS:
21          Right.  My position is that we
22  expected a 30(b)(6) only deposition.  But
23  again, I'm not going to instruct the
24  witness not to answer the question; it's
25  just in his individual capacity.

Page 269

1      MR. HARTLEY:
2          Understood.
3  BY MR. HARTLEY:
4      Q.   Let me hand you, Mr. O'Donnell,
5  what was previously marked as Exhibit 1913.
6  I'll try to stretch farther.
7          This is e-mail from you to
8  Mr. Hollek, the evening of April 9th at
9  7:33 p.m.
10          Do you remember sending this
11  e-mail?
12      A.   Yes, I do.
13      Q.   Okay.  In that e-mail to Mr.
14  Hollek at 7:33 you write, "It looks like BP
15  is stopping here.  We should be able to get
16  logs over some of the lower shaley
17  sections.  I can't argue with getting logs
18  and setting pipes set across main sand.
19  Maybe we can talk them into drilling deeper
20  once the pipe is set."
21          Did I read that correctly?
22      A.   Yes.
23      Q.   This is referring to your
24  earlier discussions about seeing potential
25  pay zones deeper down, right?

Exhibit N
Page 68

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported by:
ALAN O'DONNELL                                  May 5, 2011                        SANDRA D. FILES, CCR

Page 270

1      MS. WILMS:
2          Object to form.
3      THE WITNESS:
4          We were trying to test the
5  prospective section; and if there was
6  section that we could test, then my group
7  was interested in that since we were
8  looking after the commercial reserve
9  aspects of the well.
10 BY MR. HARTLEY:
11     Q.   Right.  So -- so at 6 o'clock
12 that evening, Mr. Chandler advises you
13 that -- that he's hoping you can continue
14 deep enough to get logged across this new
15 pay zone.  6:39 Mr. Quitzau informs you
16 that BP is calling TD, and then a little
17 less than an hour later, you are conveying
18 this information to Mr. Hollek, saying you
19 want to drill -- drill deeper to further
20 explore that prospect; is that -- is that
21 fair?
22     MS. WILMS:
23         Object as to form.
24     THE WITNESS:
25         Well, it's my group's interest

Page 271

1  to look after the economic and business
2  aspects of this well, and if we were able
3  to drill deeper and test what we considered
4  more prospective section, then we wanted to
5  do that.  But we -- we weren't the
6  operator.  We weren't making the call on
7  whether we could do that or not.
8  BY MR. HARTLEY:
9      Q.   Ultimately you would like to
10 produce hydrocarbons and get some return on
11 your investment?
12     A.   Absolutely.
13     Q.   And you thought there was a
14 prospect of doing so -- or at least a
15 prospect a little deeper down?
16     MS. WILMS:
17         Object to form.
18     THE WITNESS:
19         We thought there was additional
20 prospective section deeper down.
21 BY MR. HARTLEY:
22     Q.   Were you keeping Mr. Hollek
23 apprised on a regular basis as to the
24 development of the Macondo well?
25     MS. WILMS:

Page 272

1          Object to form.
2      THE WITNESS:
3          On a regular basis?
4  BY MR. HARTLEY:
5      Q.   Yes, sir.
6      A.   Daily basis?  Not on a daily
7  basis.
8      Q.   On an as-needed basis?
9      A.   On an as-needed basis.
10     Q.   When you received information
11 about pay zones and/or progress towards TD
12 that was of sufficient interest, you would
13 convey that to Mr. Hollek?
14     A.   At logical points, yes.
15     Q.   Did you have a conversation with
16 him on the evening of April 9th about the
17 prospect below the TD BP was calling?
18     A.   I don't recall specifically, but
19 at this point in time he knew that we
20 thought that there could be additional
21 potential beneath this pay section as I
22 outlined in this sentence.  We thought, if
23 we could drill deeper, then we would like
24 to test that, if that was something that
25 the operator thought was -- they were able

Page 273

1  to do.
2      Q.   Right.  At least at that time
3  that Friday evening, you wanted to explore
4  the option with the operator as to whether
5  it's a possibility to drill deeper?
6      A.   We were interested in -- in, if
7  we could, we were interested in drilling
8  deeper to test whatever section that we
9  left there.
10     Q.   I'm going to hand you -- this is
11 an unmarked copy, but it is the same as
12 Exhibit 1929 that was in U.S.'s notebook
13 tab 36.  You were asked a few questions
14 about this earlier.  I'm not going to be
15 redundant, but I do have a few things I
16 would like to follow up with.
17         I want to start with the third
18 page in, that's Bates marked ending 7367.
19 Do you have that page in front of?
20     A.   I do.
21     Q.   The top e-mail on that page was
22 sent on the morning of April 10 by
23 Mr. Chandler to you and others, and I want
24 to direct your attention to that second
25 paragraph of that e-mail, second to last

69 (Pages 270 to 273)

601 Poydras Street, Suite 1720                GAUDET KAISER, L.L.C              Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029        Board-Certified Court Reporters         Facsimile: (504) 525-9109

Exhibit N

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported by:
ALAN O'DONNELL                                                    May 5, 2011                                    SANDRA D. FILES, CCR

Page 274

1  sentence. "The pressure change however may
2  have occurred at our last 25 feet before TD
3  according to BP and this is what they will
4  argue is the reason for TD."
5        Did I read that sentence
6  correctly?
7     A.  Yes.
8     Q.  Were you familiar with the
9  pressure change that Mr. Chandler was
10  referring to in this e-mail?
11     MS. WILMS:
12        Object to form.
13     THE WITNESS:
14        No.
15  BY MR. HARTLEY:
16     Q.  Do you know today what
17  Mr. Chandler meant when he referred to this
18  pressure change?
19     A.  No.  I -- I -- I really don't
20  know details about it.
21     Q.  I understand it may be outside
22  of your realm.  On the preceding page,
23  Bates ending 7366, in the middle of that
24  page, you send an e-mail to Mr. Hollek at
25  8:16 a.m. on Monday April 12.  "Technically

Page 275

1  BP may not have fulfilled their objective
2  depth.  Hopefully we will understand
3  whether or not we are in a pressure
4  transition from the open hole logs."
5        Did I read that correctly?
6     A.  Yes.
7     Q.  What did you mean by pressure
8  transition?
9     A.  Pressure transition that
10  would -- would -- which -- pressure
11  transition that would prompt BP to call
12  this TD.
13     Q.  What sort of pressure
14  transition?  Various pore pressures at
15  different levels in the well?  Different
16  frac gradients?
17     MS. WILMS:
18        Object; form.
19     THE WITNESS:
20        Pressure transition is just a
21  general understanding on my part of, we
22  can't drill deeper, we are reaching a limit
23  of where -- how far we can drill without
24  setting pipe.
25  BY MR. HARTLEY:

Page 276

1     Q.  Okay.  So is it fair to say then
2  at this point you -- you were exploring
3  whether there was an issue with the safety
4  of drilling deeper?
5     A.  No.
6     MS. WILMS:
7        Object to form.
8     THE WITNESS:
9        I wasn't -- I was -- I was
10  pursuing whether we could drill deeper,
11  whether BP was going to stop drilling at
12  that point in time for whatever reasons
13  they deemed necessary.  And again, I
14  was -- I was wanting to see all of the
15  section tested to the point that they were
16  willing to go deeper.
17  BY MR. HARTLEY:
18     Q.  Right.  It's fair to say that
19  you wanted to go as deep down as could
20  safely be done to explore the viability of
21  producing those sands?
22     MS. WILMS:
23        Object to form.
24     THE WITNESS:
25        Right.

Page 277

1  BY MR. HARTLEY:
2     Q.  And at this point you weren't
3  sure whether or not there were safety
4  issues with going deeper, if there was some
5  sort of pressure transition that BP was
6  seeing?
7     MS. WILMS:
8        Object to form.
9     THE WITNESS:
10        I'm sorry.  Say that again.
11  BY MR. HARTLEY:
12     Q.  At this point you were not
13  certain of whether BP saw some sort of
14  pressure transition that would prevent or
15  inhibit their ability to safely drill
16  deeper?
17     MS. WILMS:
18        Object to form.
19     THE WITNESS:
20        Well, it was relayed to me
21  through the drilling group that they had
22  reached a pressure transition.
23  BY MR. HARTLEY:
24     Q.  Did you -- who in the drilling
25  group had apprised you of that?

70 (Pages 274 to 277)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                                Reported by:
ALAN O'DONNELL                                               May 5, 2011                                        SANDRA D. FILES, CCR

Page 278

1      A.   Bob Quitzau was our contact in
2  the drilling group.
3      Q.   Did he explain when he told you
4  that what he meant by pressure transition?
5      MS. WILMS:
6          Object to form.
7      THE WITNESS:
8          He may have.  But I -- I -- I
9  can't regurgitate that definition for you.
10  BY MR. HARTLEY:
11     Q.   Right, over a year ago.  Had you
12  heard at this time about any concerns with
13  wellbore integrity if deeper drilling with
14  ensued?
15     A.   I'm not aware of any.
16     Q.   Had you heard of any safety
17  concerns with drilling deeper than the
18  18360 TD BP was calling?
19     MS. WILMS:
20          Object to form.
21     THE WITNESS:
22          Just in general or specific
23  concerns.
24  BY MR. HARTLEY:
25     Q.   Separate and -- separate and

Page 279

1  apart from his pressure transition that
2  Mr. -- that Mr. Quitzau mentioned?
3      A.   I wasn't aware of any safety
4  concerns outside the realm of normal
5  drilling concerns that occur in the Gulf of
6  Mexico drilling.
7      Q.   The e-mail that follows that one
8  was sent back to you by Mr. Hollek at 9:10
9  that same Monday morning.  The last two
10  sentences read, "It doesn't appear there's
11  a lot to lose and it would help design the
12  next well, question mark.  I guess I could
13  better understand it if we were looking at
14  minimal pay section."
15          Did I read that correctly?
16     A.   Yes.
17     Q.   Had Anadarko decided at that
18  point that it was more than just a minimal
19  pay section below that 18360 level?
20     MS. WILMS:
21          Object to form.
22     THE WITNESS:
23          No, I don't think we decided
24  anything.
25  BY MR. HARTLEY:

Page 280

1      Q.   Was -- it was a prospect at that
2  point that there's more than a minimal pay
3  section?
4      MS. WILMS:
5          Object to form.
6      THE WITNESS:
7          I'm sorry.  State that again.
8  Let me understand the question.
9  BY MR. HARTLEY:
10     Q.   Was there an understanding by
11  you that the information you were receiving
12  and evaluating at that point revealed that
13  the prospect below 18360 was more than just
14  a minimal --
15     A.   No.
16     Q.   -- pay section?
17     A.   We didn't know if there was
18  anything there.
19     Q.   Okay.  Did you have any
20  conversation with Mr. Hollek between 8:16
21  a.m. when you sent the e-mail and his
22  response at 9:10 about either the pressure
23  transition or the pay section that was
24  being evaluated below 18360?
25     A.   Not, not that I recall.

Page 281

1      Q.   Did you discuss at any time on
2  the morning of April 12th the risks or
3  rewards of deeper drilling in exploring
4  that pay section?
5      MS. WILMS:
6          Object to form.
7      THE WITNESS:
8          I know we had some discussion.
9  I can't tell you the times and when we --
10  we had had discussions on -- on why we
11  would want to drill deeper.  If it was --
12  BP deemed it appropriate to do so.  We
13  talked about -- in this general time frame,
14  we talked about the deeper section and have
15  we reached testing the full prospective
16  section that we saw.
17          So I can't say that there was
18  any one conversation that we had between
19  this e-mail and this e-mail that that
20  occurred other than we had conversations
21  periodically about that.  So --
22  BY MR. HARTLEY:
23     Q.   I'm just trying to piece
24  together the chronology and --
25     A.   I understand.  I'm just saying

71 (Pages 278 to 281)

601 Poydras Street, Suite 1720                          GAUDET KAISER, L.L.C                          Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029                   Board-Certified Court Reporters                   Facsimile: (504) 525-9109

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported by:
ALAN O'DONNELL                          May 5, 2011                        SANDRA D. FILES, CCR

Page 282

1  that conversation spanned multiple e-mails.
2      Q.   Understood.  On the first page
3  of this exhibit 1929, the Bates stamp 7365,
4  you respond 40 minutes after Mr. Hollek's
5  e-mail and write, "Their exploration
6  manager told me that they believe there is
7  a mass transport complex below the sand and
8  that this well is not in a good location to
9  test the section below.  Further he said
10  that if they test here, it might preclude
11  us testing the second well, which should be
12  in a better position to test MTC.  It seems
13  like a weak argument to me.  We will get
14  our talking points together and try to talk
15  them into it ASAP."
16          Did I read that correctly?
17     A.   Yes.
18     Q.   Do you recall who the
19  exploration manager at BP with whom you
20  discussed this was?
21     MS. WILMS:
22          Object to form.
23     THE WITNESS:
24          I don't recall his name.
25  BY MR. HARTLEY:

Page 283

1      Q.   Did you talk to that exploration
2  manager or anybody else at BP to try to
3  talk them into drilling deeper after you
4  sent this e-mail?
5      A.   No.
6      Q.   Why is that?
7      A.   Well, BP had called TD of the
8  well.  They had made the decision to stop
9  drilling and we signed off on that decision
10  and left it at that.
11     Q.   Okay.  You were apprised on the
12  evening of April 9th, that Friday, that BP
13  had called TD, right?
14     A.   We were apprised that they were
15  planning on calling that TD.  We
16  didn't -- I don't believe we had gotten the
17  official e-mail that they were calling that
18  TD at that point in time.
19     Q.   So the e-mail that Mr. Quitzau
20  sent that BP was calling TD, you viewed
21  that as tentative?
22     MS. WILMS:
23          Object to form.
24     THE WITNESS:
25          Yeah, I -- I didn't -- I don't

Page 284

1  know when the official -- when they
2  officially called TD, whenever they -- I
3  presume that the official notification will
4  be when their land man sent a notification
5  e-mail.
6  BY MR. HARTLEY:
7      Q.   Did you think on the morning of
8  April 12 that it was still a possibility
9  that BP had not called TD on the well?
10     MS. WILMS:
11          Object to form.
12     THE WITNESS:
13          Well, I thought there was --
14  there was a chance that they could drill
15  deeper by setting pipe and drilling out
16  through the casing string.  And again, our
17  interest was -- was business.  We wanted to
18  see if there was prospective section to
19  test.  We wanted to explore whether we
20  could do that or not.  So our -- I mean,
21  that was our interest.  I'm sorry.  I must
22  have -- I forgot the question.  Maybe you
23  could tell me the question again.  I
24  apologize.
25  BY MR. HARTLEY:

Page 285

1      Q.   Let's start back on April 9.
2  Mr. Quitzau sends you the e-mail that
3  evening, you and others, the e-mail saying
4  that BP called TD at 18360, right?
5      A.   Right.
6      Q.   You viewed that as being
7  tentative until you get formal notification
8  from the land man?
9      A.   Yes.  That's -- I read that as,
10  that's what they are planning on doing,
11  that they haven't done it yet or we would
12  have gotten an official notification from
13  the land department.
14     Q.   So when you and Mr. Hollek are
15  circulating e-mails that Monday morning,
16  you are still viewing it as a possibility
17  that BP might be persuaded to drill deeper
18  to explore this additional pay zone?
19     MS. WILMS:
20          Object to form.
21     THE WITNESS:
22          I don't know whether they could
23  be persuaded or not.  I -- I can tell you
24  what my group's interest was, and that was
25  seeing the full section tested if BP deemed

72 (Pages 282 to 285)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                          Reported by:
ALAN O'DONNELL                                                May 5, 2011                                          SANDRA D. FILES, CCR

Page 286

1  it possible to do it.
2  BY MR. HARTLEY:
3      Q.   Your interest at that point was
4  at least in trying to talk them into it
5  ASAP?
6      MS. WILMS:
7          Object to form.
8      THE WITNESS:
9          Talk them into it was a bit of
10  arrogance on my part.  I don't know that I
11  would be able to talk them into anything.
12  And in retrospect, that was probably not
13  even a possibility.  They likely had made
14  up their mind at that point in time and I
15  was -- it was a well.  You don't drill
16  these wells very often, so I was -- I was
17  excited about seeing the full section
18  there.
19          So I probably -- I probably was
20  fooling myself in thinking that they would
21  drill any deeper there.
22  BY MR. HARTLEY:
23      Q.   In your conversations with the
24  exploration manager for BP, did that person
25  convey to you any concerns BP had with

Page 287

1  drilling deeper?
2      A.   He did.  He said that they --
3      MR. DAVID:
4          Object to form.
5      THE WITNESS:
6          He said that they had had --
7  they had had some drilling issues.  I'm not
8  sure what those issues are, but he said
9  that they had drilling issues that was
10  causing them to want to call that TD.
11  BY MR. HARTLEY:
12      Q.   Do you recall any specifics
13  other than drilling issues?
14      MS. WILMS:
15          Object to form.
16      THE WITNESS:
17          Well, they -- he mentioned to me
18  that they did not see the prospective
19  section beneath that -- or beneath the TD
20  at that point in time that we thought
21  potentially could be there.
22  BY MR. HARTLEY:
23      Q.   So BP wasn't -- didn't have the
24  same opinion as to drilling deeper to find
25  the -- to explore this additional pay zone?

Page 288

1      MR. DAVID:
2          Objection; form.
3      THE WITNESS:
4          That was my understanding.
5  BY MR. HARTLEY:
6      Q.   Separate and apart from the
7  disagreement between Anadarko and BP as to
8  the pay zone, did he explain further about
9  what he meant by drilling issues BP had
10  been experiencing?
11      MR. DAVID:
12          Object to form.
13      THE WITNESS:
14          Could you restate the first part
15  of that.  I don't -- separate and apart
16  from our disagreement on the pay zone.
17  BY MR. HARTLEY:
18      Q.   Right.  I had asked you whether
19  he had explained drilling issues and then
20  you said that they didn't see an additional
21  pay zone.  But you -- Anadarko and BP
22  seemed to not --
23      A.   Not see the extra prospective
24  section?
25      MR. DAVID:

Page 289

1          Object to form.
2  BY MR. HARTLEY:
3      Q.   Yes.
4      A.   Right.  Sorry.
5      Q.   Separate from that discussion,
6  did the exploration manager from BP
7  describe or explain what he meant by these
8  drilling issues?
9      MR. DAVID:
10          Objection to the form.
11      THE WITNESS:
12          Not in enough detail that I
13  could relay them to anybody.  The
14  communication about, about progress and
15  drilling issues came through the drilling
16  department.
17  BY MR. HARTLEY:
18      Q.   In your conversation do you
19  recall him mentioning pore
20  pressure/fracture gradient issues?
21      A.   Not that I recall.
22      MR. DAVID:
23          Objection to the form.
24  BY MR. HARTLEY:
25      Q.   Do you recall conversation about

73 (Pages 286 to 289)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                   Reported by:
ALAN O'DONNELL                                    May 5, 2011                              SANDRA D. FILES, CCR

Page 290

1   lost circulation events?
2       MR. DAVID:
3           Objection to the form.
4       THE WITNESS:
5           Not specifically, not that it
6   couldn't have happened, but I don't
7   specifically recall.
8   BY MR. HARTLEY:
9       Q.   Do you recall him mentioning
10  prior kicks or well control events?
11      MR. DAVID:
12          Object to the form.
13      THE WITNESS:
14          Not specifically.
15  BY MR. HARTLEY:
16      Q.   I hand you what has been
17  previously marked as Exhibit 1592.  At the
18  bottom of that page is a meeting notice
19  from Mr. Chandler to you and a group of
20  others at 10:22 a.m. that Monday morning.
21  Do you see that?
22      A.   Yes.
23      Q.   Do you recall receiving this
24  meeting notice?
25      A.   Yes.

Page 291

1       Q.   Do you recall attending the
2   meeting?
3       A.   Yes.
4       Q.   Was this a meeting in which
5   Anadarko was discussing the geological
6   merit of drilling below 18360 on the
7   Macondo well?
8       A.   Yes.
9       Q.   Who else was at this meeting?
10      A.   I recall members of my team were
11  at the meeting.  I don't recall
12  specifically the members outside of my
13  team.  I think -- believe Bob Quitzau was
14  there as well.
15      Q.   In his meeting did Mr. Quitzau
16  explain his understanding of BP's concerns
17  with drilling deeper and why they called
18  TD?
19      A.   I don't recall specifically what
20  he said, but he did give us some reasons
21  for why they don't want to drill any
22  deeper.
23      Q.   Do you recall any specifics
24  about what those reasons may have been?
25      A.   They would have related to well

Page 292

1   control issues.  They had been having well
2   control issues, but I don't recall
3   specifically what it was that he was
4   expressing a concern about or would have
5   relayed that BP was concerned about.
6       Q.   In that meeting on April 12th
7   you do recall, though, that he was talking
8   about well control issues and that's why --
9   what led BP to call TD?
10      MR. DAVID:
11          Objection to form.
12      THE WITNESS:
13          I don't recall that
14  specifically.
15  BY MR. HARTLEY:
16      Q.   Do you recall whether he
17  mentioned prior kicks or lost circulation?
18      A.   Not specific information like
19  that.
20      Q.   Do you recall any discussion of
21  pore pressure/fracture gradient, pressure
22  transitions?  Just trying to jog your
23  memory.
24      A.   Well, yeah.  The meeting was
25  over a year ago.  I can't specifically

Page 293

1   remember our dialogue from that meeting.
2       Q.   Right.
3       A.   But it was a meeting to -- to
4   try to decide whether we wanted to ask them
5   to drill deeper or not on TD.
6       Q.   What was Anadarko's conclusion
7   on that question, whether to ask BP to
8   drill deeper?
9       A.   Well, at that point in time BP
10  had apparently made a decision not to drill
11  any deeper and our recommendation at that
12  time was -- or our response to them was,
13  they were okay with stopping here and
14  setting pipe, but if you decided you wanted
15  to drill deeper, we would support that.  So
16  we -- we made the decision to agree with BP
17  to stop drilling at that point.
18      MR. DAVID:
19          Objection to form.
20  BY MR. HARTLEY:
21      Q.   Did Anadarko decide in that
22  meeting to request that BP drill deeper?
23      A.   No.
24      Q.   Did you make a decision in that
25  meeting to explore the possibility that BP

74 (Pages 290 to 293)

Page 294

1   might consider drilling deeper?
2       MS. WILMS:
3           Object to form.
4       THE WITNESS:
5           Explore the possibility they
6   may -- I think at that point in time we
7   knew they didn't want to drill deeper.
8   BY MR. HARTLEY:
9       Q.   Did Anadarko appoint anybody to
10  contact BP to further discuss about calling
11  TD or drilling deeper?
12      MS. WILMS:
13          Object to form.
14      THE WITNESS:
15          I don't recall if -- if it was
16  this point in time or not, but I know we
17  sent them an e-mail that said we would
18  support you if you wanted to drill deeper,
19  but we basically agree with you setting
20  pipe right here.
21  BY MR. HARTLEY:
22      Q.   So at that point Anadarko is
23  willing because of the well control issues
24  to not explore that lower section?
25      MS. WILMS:

Page 295

1           Object to form.
2       THE WITNESS:
3           Well, we -- we relayed to BP
4   that if they were willing to drill deeper,
5   we would support that.  So we wanted to see
6   additional prospective section.  BP being
7   the operator made that call.
8   BY MR. HARTLEY:
9       Q.   Let me hand you what's been
10  previously marked as Exhibit 1593.  Bottom
11  e-mail on that page is from Mr. Chandler to
12  Mr. Bodek, copying you the afternoon of
13  April 12th at 1:22 p.m.
14          Mr. Chandler starts the e-mail
15  writing, "I wanted to follow up with you to
16  see if BP has entertained the idea of
17  drilling deeper below our current TD after
18  the 7 inch casing has been set."
19          Did I read that sentence
20  correctly?
21      A.   Yes.
22      Q.   Did you have a conversation with
23  Mr. Chandler between the time of the
24  meeting we just discussed and the time he
25  sent this e-mail about furthering a

Page 296

1   conversation with BP about drilling below
2   the current TD?
3       MS. WILMS:
4           Object to form.
5       THE WITNESS:
6           Well, we met in this meeting to
7   talk about that exact subject and out of
8   that meeting came this e-mail that he sent.
9   BY MR. HARTLEY:
10      Q.   But was Mr. Chandler charged
11  with asking BP whether they would entertain
12  the idea of drilling deeper?
13      MS. WILMS:
14          Object to form.
15      THE WITNESS:
16          Well, at that point in time we
17  knew that that was when the well was going
18  to be TD'd, but we still wanted to tell
19  them, if you wanted to drill deeper, we
20  would support you doing that.
21  BY MR. HARTLEY:
22      Q.   Did you have any conversations
23  with Mr. Chandler about his discussions
24  with BP about this issue?
25      A.   Post this meeting?

Page 297

1       Q.   At or about April 9th through
2   April 12th, 2010 time frame.
3       A.   I don't recall specific
4   conversation with Paul Chandler and myself
5   at that time about that topic.  But we
6   could have.  I -- I don't know.  I can't
7   recall.
8       Q.   Were you aware that he and
9   Mr. Bodek were talking over that weekend
10  about this issue?
11      A.   I know they had been in
12  communication, but I don't know
13  specifically what they were talking about.
14      Q.   Do you know why Mr. Chandler was
15  asking in this first sentence on whether BP
16  was still entertaining the idea if Anadarko
17  in that meeting had decided that they were
18  good with calling it there?
19      MS. WILMS:
20          Object to form.
21      THE WITNESS:
22          Well, for completeness, we
23  wanted to tell them that we were willing to
24  support them if they wanted to drill
25  deeper, if they deemed it possible to go

75 (Pages 294 to 297)

Exhibit N
Page 75

Page 298

1  deeper.  And if you read the entirety of
2  the e-mail, it basically gets to the point,
3  it is our bottom line is we are agreeing
4  with calling TD, but if they wanted to
5  drill deeper, we would support that.
6        VIDEOGRAPHER:
7            You have two minutes of your
8  time.
9        MR. HARTLEY:
10            Anybody want to give me 10
11  minutes?  Nobody?
12  BY MR. HARTLEY:
13      Q.  I will hand you one more
14  document then.  I am going to hand you
15  what's been previously marked --
16        MS. LEGRAND:
17            Ten minutes.
18        MR. HARTLEY:
19            Ten minutes?  Thank you.
20        MS. WILMS:
21            I guess they like drawing the
22  suspense out or something.
23        MR. HARTLEY:
24            Really it's not that good.
25  BY MR. HARTLEY:

Page 299

1      Q.  I have handed you what's been
2  marked previously Exhibit 1256.  The bottom
3  e-mail is from Mr. Beiren to Mr. Huch and
4  Naoki Ishii.  You were not copied on either
5  of these e-mails.
6            Have you seen them at any time
7  before today?
8      A.  Yes, I believe I did.
9      Q.  And I think a few minutes ago
10  you were testifying about BP formally
11  calling TD at 18360 and Anadarko agreeing
12  with that.  Do you recall that testimony?
13      A.  Yes.
14      Q.  Are these a series of e-mails
15  you were referring to in that formal
16  calling of TD?
17      A.  Yes.
18      Q.  Were there any discussions to
19  which you were a party between the April
20  12th meeting and discussion with BP and
21  April 14th about Anadarko's position on TD?
22      A.  Not that I recall.
23      Q.  Other than the e-mails we have
24  looked at, are you aware of any specific
25  formal request by Anadarko that BP drill

Page 300

1  deeper than 18360?
2      A.  Formal request?
3      Q.  Yes, sir.
4      A.  No.
5      Q.  We talked about some
6  conversations and some, I guess, maybe
7  optimistic language requesting them to
8  entertain the idea.  But you're weren't
9  aware of any formal --
10      A.  No.
11        MS. WILMS:
12            Object to form.
13  BY MR. HARTLEY:
14      Q.  Are you familiar with the joint
15  operating agreement between Anadarko and
16  BP?
17        MS. WILMS:
18            Object to form.
19        THE WITNESS:
20            I'm aware of its existence.
21  BY MR. HARTLEY:
22      Q.  You are not aware of the rights,
23  entitlements, obligations of the parties?
24      A.  That's correct.
25      Q.  In this bottom e-mail from

Page 301

1  Mr. Beiren, the first sentence reads, "Due
2  to safety concerns and wellbore integrity
3  issues, BP as operator has deemed the
4  Macondo exploratory well as achieving
5  objective depth at 18360 md.  Did I read
6  that correctly?
7      A.  Yes.
8      Q.  Do you recall when the first
9  time you saw this e-mail was?
10      A.  It was weeks after the e-mail
11  was first sent.  I don't recall seeing it
12  at this point in time or even on this day,
13  I don't think I recall -- I don't recall
14  seeing it.
15      Q.  Do you know whether it was
16  before or after the April 20th blowout?
17      A.  It would have been after that.
18      Q.  Do you recall whether Mr. Hollek
19  mentioned anything about his hearing about
20  these issues from BP prior to April 20th?
21        MS. WILMS:
22            Object to form.
23        THE WITNESS:
24            Hearing about what issues.
25  BY MR. HARTLEY:

76 (Pages 298 to 301)

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C                    Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029            Board-Certified Court Reporters            Facsimile: (504) 525-9109

Exhibit N
Page 76

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported by:
ALAN O'DONNELL                                    May 5, 2011                                    SANDRA D. FILES, CCR

Page 302

1    Q.   Safety concerns, wellbore
2  integrity, why BP was calling TD at 18360.
3        MS. WILMS:
4            Object to form.
5        THE WITNESS:
6            I'm not sure of the conversation
7  that he had with -- potential conversation
8  he had with the drilling group relaying
9  those -- those issues to him.
10 BY MR. HARTLEY:
11   Q.   Were you a party to any of those
12 conversations regarding the safety concerns
13 or wellbore integrity issues after April
14 12th when you had your meeting?
15       MS. WILMS:
16           Object to form.
17       THE WITNESS:
18           I'm not aware of any.
19 BY MR. HARTLEY:
20   Q.   Did you hear about any other
21 safety concerns or wellbore integrity
22 issues from Mr. Chandler, Miss Peyton or
23 anybody else on your team?
24   A.   After the 12th?
25   Q.   After the 12th.

Page 303

1    A.   I don't recall that we discussed
2  it after the 12th.
3    Q.   When you had your meeting on the
4  12th and Mr. Quitzau generally explained
5  drilling issues and why BP was calling TD,
6  was there a discussion among the Anadarko
7  employees there about monitoring the well
8  more closely through INSITE Anywhere --
9    A.   No.
10   Q.   -- or otherwise?
11       MS. WILMS:
12           Object to form.
13 BY MR. HARTLEY:
14   Q.   Was there any concern raised
15 about the safety or wellbore integrity
16 issues of the well in that meeting?
17       MS. WILMS:
18           Object to form.
19       THE WITNESS:
20           Not that I recall.  But it --
21 Bob would have been relaying things that BP
22 would have told him and relaying them to us
23 if he said anything so -- but I don't
24 recall -- I don't recall any other issues
25 being raised.

Page 304

1  BY MR. HARTLEY:
2    Q.   Are you familiar with what
3  Mr. Quitzau's role or responsibilities were
4  with respect to the Macondo well?
5        MS. WILMS:
6            Object to form.
7        THE WITNESS:
8            Yes.
9  BY MR. HARTLEY:
10   Q.   What was his role or
11 responsibility as you understood it?
12   A.   His role was to track progress
13 of the well and report back to my group on
14 that progress.
15   Q.   Do you know how frequently he
16 did that?
17   A.   Well, whenever we would ask him
18 he would -- he would get an update for us
19 or if we were in key times in the well,
20 setting pipe, he could give us updates.
21   Q.   If he became aware of wellbore
22 integrity issues or safety concerns, would
23 you expect him to convey that to your
24 group?
25       MS. WILMS:

Page 305

1            Object to form.
2        THE WITNESS:
3            No, not necessarily.
4  BY MR. HARTLEY:
5    Q.   Why is that?  Is that not
6  something that the asset group would be
7  interested in?
8    A.   Well, we're not the operator of
9  the well.
10   Q.   Right.
11   A.   BP operates the well.  They are
12 -- they are responsible for the integrity
13 of the well and the safety of the well and
14 we are as a none -- non-operating partner
15 are investors in the well and we're
16 monitoring progress of the well.  So we
17 don't have any input into that, the
18 drilling issues like that.
19   Q.   Would you not want to know there
20 were wellbore integrity concerns that might
21 compromise what looks to be a profitable
22 well?
23       MS. WILMS:
24           Object to form.
25       THE WITNESS:

77 (Pages 302 to 305)

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C                    Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029             Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit N
Page 77

Page 306

1        As it relates to the economics
2  of the well and usability of that wellbore
3  and the viability of that as an investment
4  for us, yes, we would be interested in
5  that.
6  BY MR. HARTLEY:
7      Q.   Were you aware of prior kicks on
8  the well?
9      A.   I was aware of general wellbore
10 concerns and issues.  We had had a
11 supplement that referenced that and in the
12 A&P summary, but I wasn't aware of any
13 specific issues that they had.
14     Q.   Were you familiar with the kick
15 that occurred on the well on March 8 of
16 2010?
17     A.   Not specifically.
18     Q.   Were you aware that, that
19 operations were essentially shut down for a
20 period of time to -- because of stuck drill
21 pipe and they had to drill a bypass?
22     MR. DAVID:
23         Object to the form.
24     THE WITNESS:
25         I was aware of the stuck drill

Page 307

1  pipe, yes.
2  BY MR. HARTLEY:
3      Q.   What sort of impact or why would
4  that information come to you in the asset
5  group?
6      A.   Well, it affects the cost and
7  the timing of the well, when a well should
8  reach TD.  And like I said, we're
9  interested in the economics of that well
10 and the things that go into the economics.
11     Q.   How did that information about
12 the stuck drill pipe come to your
13 attention?  Was that through Mr. Quitzau or
14 monitoring of the WellSpace and/or INSITE
15 Anywhere?
16     MS. WILMS:
17         Object to form.
18     MR. DAVID:
19         Object to form.
20     THE WITNESS:
21         It could be either source.
22 BY MR. HARTLEY:
23     Q.   Do you recall whether
24 Mr. Quitzau apprised you of the March 8th
25 kick?

Page 308

1      MS. WILMS:
2          Object to form.
3      THE WITNESS:
4          Specifically, no.  I wouldn't be
5  surprised if he did and it probably would
6  have been me prompting him to, you know,
7  for an update on the well or it could have
8  been us reading the daily reports and
9  seeing that they are not making any
10 progress, too.
11     MR. HARTLEY:
12         I think I'm beyond my time.
13 Thank you.
14     MS. WILMS:
15         Not with the extra ten minutes
16 you are not, so you did good.
17     MR. HARTLEY:
18         All right.  Thank you.
19     THE VIDEOGRAPHER:
20         We're off the record.  This is
21 the end of videotape number 6.  It's 3:21.
22         (A break was taken.)
23     VIDEOGRAPHER:
24         We're back on the record.  This
25 is the beginning of videotape number 7.

Page 309

1  It's 3:33.
2  BY MS. LEGRAND:
3      Q.   Good afternoon, Mr. O'Donnell.
4  My name is Stephany LeGrand and this is
5  Allen Katz.  We are here representing
6  Transocean.  I have just a few questions
7  for you today.  I think we will be pretty
8  brief.  I am going to hand you a copy of
9  what's going to be marked Exhibit 1936,
10 BP-HZN-MBI00175774.
11         (Exhibit 1936 was marked
12 for identification.)
13 BY MS. LEGRAND:
14     Q.   This is an e-mail requesting
15 INSITE Anywhere access for a variety of
16 folks, including some people who appear to
17 be employees of Anadarko Petroleum.
18         Do you see that list of people?
19     A.   I do.
20     Q.   You have spoken about some of
21 the people listed here, specifically Mr.
22 Chandler and Miss Peyton and yourself in
23 terms of their access.  I would like to ask
24 about John Kamm.  Is he in your group?
25     A.   No, he's not.

78 (Pages 306 to 309)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported by:
ALAN O'DONNELL                                    May 5, 2011                                    SANDRA D. FILES, CCR

Page 310

1    Q.    What group is he in?
2    A.    He is in -- he's a geologist --
3  or -- he's in Darrell Hollek's group. So
4  he's in the Gulf of Mexico group, but he's
5  mainly a geologist that acts as a liaison
6  with other operators, for outside operated
7  wells.
8    Q.    Why might he need INSITE access,
9  if you know?
10    MS. WILMS:
11      Object to form.
12    THE WITNESS:
13      I'm sorry. I'm sorry. What's
14  the question.
15  BY MS. LEGRAND:
16    Q.    Do you know why Mr. Kamm might
17  require INSITE access? Are you aware of
18  why he might acquire -- require that
19  access?
20    MS. WILMS:
21      Object to form.
22    THE WITNESS:
23      He is a -- he is a liaison for
24  communications with operating partners for
25  outside operated wells so that these

Page 311

1  partners don't have other people calling
2  and the line of communication becoming
3  confused. So to track progress, he would
4  have access to INSITE Anywhere and
5  WellSpace.
6  BY MS. LEGRAND:
7    Q.    What about Mr. O'Neill, Brian
8  O'Neill?
9    A.    Brian supports our group in
10  doing log analysis. When we run open hole
11  logs, he will take the log, analyze them,
12  report back to us potential pay in a well.
13    Q.    Okay. And so he's part of your
14  group?
15    A.    He is not part of my group.
16  He's -- he was part of the Gulf of Mexico
17  general development group.
18    Q.    Is Rebecca Isbell part of your
19  group?
20    A.    No. She had a similar function
21  to John Kamm. I think they were -- they
22  were in the same group.
23    Q.    You touched a little bit about
24  INSITE access. I just wanted to ask a
25  couple of questions with a little bit more

Page 312

1  specificity.
2    MS. WILMS:
3      Counsel, I'm sorry. Excuse me.
4  Can we get the same continuing objection
5  that I just got with counsel for
6  Halliburton to the extent to which the
7  questions go outside the scope of
8  Mr. O'Donnell's 30(b)(6) deposition notice,
9  that we object to the -- exceeding the
10  scope and that he's here testifying as an
11  individual as opposed to a 30(b)(6)
12  witness?
13    MS. LEGRAND:
14      Sure.
15  BY MS. LEGRAND:
16    Q.    Specifically did you log into
17  INSITE Anywhere on April 20th?
18    A.    On April 20th? I don't recall
19  specifically whether I logged in that day
20  or not.
21    Q.    It was the day of the incident
22  so, if that helps jog your memory.
23    A.    I don't remember whether I
24  logged in that day or not.
25    Q.    So did you possibly observe any

Page 313

1  of the readings or any of the data during
2  the negative pressure test?
3    MS. WILMS:
4      Object to form.
5    THE WITNESS:
6      I wouldn't have looked at it
7  with that in mind.
8  BY MS. LEGRAND:
9    Q.    Do you know of anyone at
10  Anadarko who did?
11    A.    No, I don't.
12    Q.    Do you know if Mr. Quitzau
13  logged in? Did he communicate to you that
14  he logged in on April 20th, the day of the
15  incident?
16    A.    Not that I recall.
17    Q.    Do you know whether Anadarko has
18  a practice of logging in to track that sort
19  of progress in terms of an operational
20  side, negative pressure tests?
21    A.    No. As a non-operator,
22  that's -- that's up to operator to track
23  that, those issues and evaluate those
24  problems or whatever -- whatever is going
25  on with the well. Bob Quitzau's job would

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C                    Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029            Board-Certified Court Reporters            Facsimile: (504) 525-9109

Exhibit N
Page 79

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                Reported by:
ALAN O'DONNELL                                            May 5, 2011                            SANDRA D. FILES, CCR

Page 314

1  be just report to my group the progress.
2      Q.   Have you seen the drilling
3  contract that was executed between
4  Transocean and BP?
5      A.   No.
6      Q.   Are you aware that Transocean
7  was paid on a day-rate basis as a drilling
8  contractor?
9      MR. DAVID:
10         Objection to the form.
11     THE WITNESS:
12         No.
13 BY MS. LEGRAND:
14     Q.   Do you -- are you aware that
15 Transocean was not compensated based on the
16 profitability of the well?
17     MR. DAVID:
18         Objection to the form.
19     THE WITNESS:
20         No.  I'm not a driller.  I have
21 no knowledge of those issues.
22 BY MS. LEGRAND:
23     Q.   Based on your experience in the
24 industry you have never interacted with the
25 drilling contractors?

Page 315

1      A.   Not really from my experience.
2      Q.   In terms of your experience with
3  the budget for the Macondo well and
4  profitability analysis, did you receive a
5  detailed budget from BP?
6      A.   No.
7      Q.   Did Anadarko prepare a detailed
8  budget?
9      A.   What do you mean by detailed
10 budget?  Are you talking about an AFE?
11     Q.   Cost analysis, expenditures,
12 what the ultimate AFE was breaking down
13 into by line items that would be part of
14 the overall project.
15     A.   We received the AFE that's in
16 the -- in the evidence, but we didn't get
17 any kind of a detailed analysis of it that
18 I know of.
19     Q.   Do you traditionally get a
20 detailed analysis of those costs and
21 expenditures?
22     A.   Not necessarily.
23     MS. WILMS:
24         Object to form.
25     THE WITNESS:

Page 316

1         Not necessarily.
2  BY MS. LEGRAND:
3      Q.   To your knowledge did Transocean
4  have any input into your review of the
5  economic criteria you discussed this
6  morning?
7      A.   Not to my knowledge.
8      Q.   Did they participate in any way
9  in the return on investment analysis that
10 Anadarko performed --
11     A.   Not to my knowledge.
12     Q.   -- to your knowledge?  To your
13 knowledge, did they participate in any sort
14 of analysis regarding profitability of the
15 well?
16     A.   Not to my knowledge.
17     Q.   Did they participate in
18 developing any sorts of rates of return or
19 revenue projections?
20     A.   Not to my knowledge.
21     Q.   Did they participate in any
22 sorts of estimations of the amount oil in
23 the reservoir or the expected production
24 from the well?
25     A.   Not to my knowledge.

Page 317

1      Q.   Did they participate in any way
2  in determining the commercial viability of
3  the well?
4      A.   Not to my knowledge.
5      Q.   Did they participate in any
6  discussions with you or anyone that you're
7  aware of at Anadarko with respect to
8  tracking budgets for the project?
9      A.   Not to my knowledge.
10     MS. LEGRAND:
11         I think that's it.  We don't
12 have anything further.
13     MS. WILMS:
14         Thank you.
15     VIDEOGRAPHER:
16         We're going off the record.
17 It's 3:40.  This is videotape number 7.
18         (The deposition concluded.)
19
20
21
22
23
24
25

80 (Pages 314 to 317)

Page 318

```
 1
 2        WITNESS' CERTIFICATE
 3
 4
 5        I, ALAN O'DONNELL, have read or have
 6   had the foregoing testimony read to me and
 7   hereby certify that it is a true and
 8   correct transcription of my testimony, with
 9   the exception of any attached corrections
10   or changes.
11
12
13
14
15
            _____
16           ALAN O'DONNELL
17
     (Check One)
18
     ( )  NO CORRECTIONS.
19   ( )  CORRECTIONS; ERRATA SHEET(S)
          ENCLOSED.
20
21
22
23
24
25
```

Page 319

```
 1        REPORTER'S CERTIFICATE
 2
 3        I, SANDRA D. FILES, Certified Court
 4   Reporter, do hereby certify that the
 5   above-named witness, after having been
 6   first duly sworn by me to testify to the
 7   truth, did testify as hereinabove set
 8   forth;
 9        That the testimony was reported by
10   me in shorthand and transcribed under my
11   personal direction and supervision, and is
12   a true and correct transcript, to the best
13   of my ability and understanding;
14        That I am not of counsel, not
15   related to counsel or the parties hereto,
16   and not in any way interested in the
17   outcome of this matter.
18
19
20
21        _____
22        SANDRA D. FILES, CCR
          CERTIFIED COURT REPORTER
23
24
25
```

Exhibit N
Page 81

**A**

**abandon** 216:18,23 219:3 220:6
**abandonment** 18:17 213:22 216:11 220:13 220:23
**ability** 235:18,19,25 251:21,23 252:6 259:1 277:15 319:13
**able** 91:9 121:5 192:7 194:7 230:12 258:6 269:15 271:2 272:25 286:11
**abnormal** 262:3,9 264:22 265:2,10
**above-mentioned** 15:17
**above-named** 319:5
**Absolute** 235:3
**absolutely** 244:23 271:12
**academic** 18:20
**accept** 108:15
**access** 188:1 190:2 232:18 245:24 246:3 246:4,5,12 247:17,23 248:8,16,17,21 249:22 250:7,7,11,21 251:19,23 252:2,25 253:9 254:1,4,17,23 257:2,5,14,24 259:1 260:10 309:15,23 310:8,17,19 311:4,24
**accessed** 190:3 251:2 253:14,19 254:15 260:14
**accessing** 250:2,14 255:9
**accessories** 220:3
**account** 96:4 109:7 182:15
**accounting** 20:14 68:1
**accurate** 23:19 133:16
**accurately** 168:23
**achieve** 191:25
**achieving** 301:4
**acquire** 35:4,21 37:15 46:2 65:12 310:18
**acquired** 43:13
**acquiring** 239:3
**acquisition** 44:11 57:23
**acre** 163:10,10,19
**acted** 33:25
**activity** 201:17 252:7
**acts** 310:5
**actual** 44:9 49:14

115:24,24 216:2
**add** 13:17 96:17,18 97:2,5 126:24
**added** 182:8,14,15,20 232:22
**addition** 18:20 28:12
**additional** 29:3,10 50:12 98:5 101:11 108:17 121:13 122:8 122:9 134:2 137:5,13 137:18 185:23 199:10 199:10,17 213:21 234:7 261:13,22 271:19 272:20 285:18 287:25 288:20 295:6
**addressed** 168:17
**adds** 88:15 97:7
**adjusted** 166:11
**adjusting** 124:14
**administering** 14:23
**admissible** 268:17
**ADR005-001659** 11:11
**ADR005-001660** 11:12
**ADR005-001804** 12:18
**ADR017-002028** 13:14
**ADR017-002029** 13:14
**ADR017-007365** 11:19
**ADR017-0073658** 11:19
**ADR017-008225** 12:20
**ADR040-000150** 13:7
**advised** 142:19 264:17
**advises** 270:12
**AFE** 10:6 70:18 72:13 75:5,12 76:1,10,15,18 77:3,16 110:21 111:12,15 112:14,16 127:7,9,10 128:18,25 129:8,22 130:3,8,11 130:20 131:22,22 133:16 134:12,20 135:9 136:11,15 137:4 139:7,7 141:1,9 141:14 142:1,8 143:12,19 169:9 175:16 176:4 177:19 178:3 179:22 180:19 180:23 181:4,8,16,19 186:8 191:9 193:25 202:24 210:5 213:2 213:17,20,24 214:2,3 214:23 215:17 217:1 218:6 219:16 220:12 222:2 223:10,17,18 223:23 224:4 244:16 315:10,12,15

**AFEs** 34:2 76:7 78:8 172:13
**affect** 199:18
**aforementioned** 14:5
**afternoon** 174:6 204:7 243:16 295:12 309:3
**after-tax** 117:14
**ago** 16:1,2 52:5 71:13 73:7 102:13 134:9 143:14 278:11 292:25 299:9
**agree** 210:2,21,24 215:23 246:18 293:16 294:19
**agreed** 14:3 47:10 53:24 107:20 141:15 180:5 194:18 196:18 210:25
**agreeing** 44:13 298:3 299:11
**agreement** 12:6 46:10 46:16,22 76:24 77:2 111:21 121:2 216:17 226:8 227:25 229:6 266:25 300:15
**agreements** 46:17
**ahead** 75:17 264:11
**Aimee** 9:20 140:25
**Al** 84:2
**Alan** 1:17 15:3,15 318:5,16
**Alan<Alan.ODonnel...** 11:8 12:11
**Alan[Alan.ODonnell...** 10:16 12:17 13:4
**Allbritton** 10:3 147:24 151:7
**Allen** 3:8,12 35:15 309:5
**allocated** 21:12,15
**allow** 199:11 267:5
**allowed** 254:23
**allows** 119:12
**alter** 165:12
**amazed** 120:21,23
**ambiguity** 247:5
**America** 3:8 168:19
**American** 1:17
**amount** 21:10,16 41:17 50:5 58:9 68:19 76:18 77:15,24 78:1 112:11 115:9,24 129:1,9 134:19 137:3 141:2 143:13 149:5 316:22
**Amp** 161:19

**amplitude** 10:22 161:2 161:5
**ANA** 135:2 139:19
**Anadarko** 2:14 22:1,4 22:7,8,12 26:4 33:16 33:19,21,25 34:2,5,5 34:6,7 35:3,20 43:13 46:9 51:14,22 53:4,12 53:25 54:14,23 55:2 57:24 60:7 65:11 70:4 71:1,4 73:9 77:14,15 78:12 90:23 113:6 122:17 123:3 128:2 130:11,21 132:14 134:12,13,14 134:18 135:17 137:12 138:23 144:16 155:11 160:18,20 167:25 168:18 172:22 173:10 178:1 179:14,24 180:12,14 181:14,14 181:18 190:13 196:24 198:2,12 200:22 204:15 208:12,18 215:16 217:7,11,14 219:9 221:13 231:6 239:3 244:2,7,10,17 244:23 245:3,20,24 246:12,17,18 247:25 248:3 249:23 252:24 253:8,13 257:23 258:13 259:6,16 260:13 267:1,22 279:17 288:7,21 291:5 293:21 294:9 294:22 297:16 299:11 299:25 300:15 303:6 309:17 313:10,17 315:7 316:10 317:7
**Anadarko's** 47:3 63:24 145:8 180:22 181:13 247:17 251:18 293:6 299:21
**analogue** 55:6 65:24
**analogues** 55:10
**analyses** 62:23 63:2 86:19 185:23 190:22 224:16 232:7,11 233:11,14 245:12,13
**analysis** 43:4 58:17 67:4 73:12 74:13 98:16,24 105:22 150:14 165:3 177:22 225:13,15,21 226:13 227:9,9,12,13 232:4 232:13,15 233:20,25

236:10 256:19 311:10 315:4,11,17,20 316:9 316:14
**analyze** 187:14 311:11
**analyzing** 52:22
**ANA-MDL** 156:7 160:1
**ANA-MDL-0000002...** 209:12
**ANA-MDL-000002029** 13:13
**ANA-MDL-000002795** 11:25
**ANA-MDL-0000049...** 10:13
**ANA-MDL-000007365** 11:18
**ANA-MDL-000007368** 11:18
**ANA-MDL-000008225** 12:20 229:15
**ANA-MDL-000008871** 10:19
**ANA-MDL-000008872** 10:19
**ANA-MDL-00002028** 238:13
**ANA-MDL-000030687** 9:18
**ANA-MDL-0000306...** 9:18
**ANA-MDL-000030713** 9:14 131:12
**ANA-MDL-000030714** 9:14
**ANA-MDL-000030726** 9:22
**ANA-MDL-000030728** 9:22
**ANA-MDL-000039191** 8:25,25 119:24
**ANA-MDL-000040182** 8:20 109:17
**ANA-MDL-000041074** 8:7 79:4
**ANA-MDL-000041075** 8:8
**ANA-MDL-000041237** 8:15 107:6
**ANA-MDL-000041677** 9:7 123:16
**ANA-MDL-000041681** 9:7
**ANA-MDL-000049703** 151:2
**ANA-MDL-000058506**

601 Poydras Street, Suite 1720
New Orleans, Louisiana 70130-6029

GAUDET KAISER, L.L.C
Board-Certified Court Reporters
Exhibit N
Page 82

Telephone (504) 525-9100
Facsimile: (504) 525-9109

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010
Reported by:

ALAN O'DONNELL
May 5, 2011
SANDRA D. FILES, CCR

10:7,8 142:25
**ANA-MDL-000261741**
13:6
**ANA-MDL-000262832**
11:4 167:19
**ANA-MDL-000262838**
11:5
**ANA-MDL-000263338**
10:23
**ANA-MDL-000263345**
10:23
**and/or** 90:15 245:12,12
245:13 247:18 253:18
272:11 307:14
**Angeles** 2:13 3:13
**Annika** 1:22
**answer** 14:16 16:9
17:10,12 65:3 206:24
237:2 258:20 266:7
267:16 268:24
**anticipate** 47:14
**Anticipated** 214:11
**anybody** 65:17 78:8
121:17 122:16 133:14
137:17 144:7 189:25
190:9,12 198:2
218:10 257:1,23
259:6 260:4,12 287:2
289:13 294:9 298:10
302:23
**anyone's** 130:19
**AOF** 234:17 235:1
**apart** 30:20 279:1
288:6,15
**APC** 244:12
**APCSHS** 127:1
**APC-HEC1-0000046...**
11:10
**APC-HEC1-0000046...**
11:11
**APC-HEC1-0000048...**
12:14 224:20
**APC-SHS2A-000001...**
9:10
**APC-SHS2A-000001...**
9:10
**apologize** 44:22 238:10
284:24
**apparently** 238:25
239:4,22 293:10
**appear** 172:21 279:10
309:16
**APPEARANCES** 1:19
2:1 3:1 4:1
**appears** 79:5 132:2
136:8 141:5,8 147:15

148:2 154:25
**applies** 262:15
**appoint** 294:9
**appreciate** 119:19
164:14
**appreciation** 184:9
**apprise** 122:18
**apprised** 262:17,20
271:23 277:25 283:11
283:14 307:24
**appropriate** 170:4
172:18 281:12
**approval** 81:16 83:2,19
130:11 141:19 169:20
172:10
**approve** 172:3
**approved** 66:11 81:20
130:21 172:12 210:4
215:16 216:25 223:21
253:3,3
**approving** 130:7
136:11 169:19 210:20
214:23
**approximately** 70:1
207:1
**April** 1:5 9:21 12:5,12
15:11 47:22 49:20,21
50:20 53:25 66:7
71:1,2 74:14 90:11
140:24 141:6,11
156:13 161:2 167:23
194:20 204:1,12
205:3,8,17,18 207:2
209:1,2 221:18,22
224:17 229:18 233:3
234:11 237:23 241:10
261:2,14 264:4
267:20 269:8 272:16
273:22 274:25 281:2
283:12 284:8 285:1
292:6 295:13 297:1,2
299:19,21 301:16,20
302:13 312:17,18
313:14
**area** 23:7,7 24:12,24
28:16 30:23 33:12
46:25 51:12 61:4,25
93:9 161:10 165:11
171:17 194:9 195:13
195:14 205:13
**areas** 33:8 60:22
**argue** 269:17 274:4
**arguing** 198:23
**argument** 195:8 196:17
196:18 282:13
**arises** 69:12

**arrived** 177:23 225:13
225:15
**arriving** 35:25
**arrogance** 286:10
**ASAP** 282:15 286:5
**ASBILL** 3:15
**aside** 68:18
**asked** 17:8 64:13
134:11 139:10,16
144:12 236:17,19
237:5 244:3 250:4
273:13 288:18
**asking** 16:6 48:1 73:6
75:6 97:18 159:5
197:4 200:9,9 201:7
201:18 221:4 225:3,5
230:10 296:11 297:15
**aspects** 18:18 36:23
88:17 247:16 270:9
271:2
**assess** 45:10 142:16
251:11
**assessed** 142:14
**assessment** 38:4
**asset** 22:21,23 23:4,5,6
23:7,16,18 24:12 27:7
27:13 28:3,22 29:18
29:19 30:17 31:16
32:22 35:1 204:8,14
305:6 307:4
**assets** 23:2 24:6 25:2,7
25:8 26:19,19 28:16
28:24 29:4,9 31:8,9
204:11,13
**assigned** 259:17
**assistant** 32:11
**assistants** 32:8
**associated** 77:24 78:9
78:14 150:14 168:3
172:8,12 173:11
**assume** 38:24 149:2,21
190:22 191:2 250:23
**assumed** 28:2 191:6
234:6
**assumption** 191:10
**assumptions** 65:25
104:22 153:15 166:15
**astray** 57:1
**as-needed** 272:8,9
**attach** 141:1
**attached** 80:22 125:4
131:23 135:16 141:2
147:19 148:3 151:12
178:2 318:9
**attaching** 135:8
**attachment** 146:1

**attend** 19:18,18
**attending** 291:1
**attention** 245:4 253:25
256:17 273:24 307:13
**Attorneys** 1:23 2:5,9,14
2:19,25 3:5,9,17,21
**attributed** 65:10
**auditors** 170:6 172:16
**August** 127:14 214:1
**Austin** 25:2,3
**authority** 142:2,3,6
171:17 172:3 219:25
**authorization** 9:9
127:10 132:7 133:5
134:1 135:24 136:18
139:8 141:3 175:1
220:17 222:20
**authorizations** 174:19
**authorized** 221:14
**authorizing** 133:5
136:11 171:11
**available** 50:6,11
227:24 228:5,17
258:13 259:2
**Avenue** 2:13,24 3:12
**average** 56:20 96:7
234:25 235:15,17
**aware** 34:25 43:12 46:7
46:12 60:9 76:21
77:1 217:14,18
218:17 221:13 246:2
246:11,15 250:20
253:13,16 257:16
278:15 279:3 297:8
299:24 300:9,20,22
302:18 304:21 306:7
306:9,12,18,25
310:17 314:6,14
317:7
**A&P** 306:12
**a.m** 15:7 194:21 274:25
280:21 290:20

**B**

**B** 2:12
**Bachelor** 18:2
**bachelor's** 17:25
**back** 21:20 26:6 27:21
33:13 40:24 41:20
42:9 43:7 57:21
66:12 67:6 73:1,5,13
73:14 74:2 87:22
88:7,8 94:19 102:18
102:19 114:5,10
116:24 119:20 157:17
159:21 170:6 172:17

174:3,18 203:20
206:25 213:1 219:15
224:15 231:20 240:2
241:1 243:13 268:19
279:8 285:1 304:13
308:24 311:12
**background** 18:21
27:24
**backing** 204:7
**balance** 31:8
**ballpark** 44:7 70:3
**band** 164:11
**BARBIER** 1:5
**barely** 176:25
**barrel** 43:1,1 154:17,18
225:11 234:18
**barrels** 86:9,13 97:8
153:9 158:18,23
163:19,22 234:23
**base** 61:17
**based** 41:23 55:24,25
55:25 56:5 58:17
62:2 158:24 161:25
162:25 164:21 166:15
226:6,25 234:5
239:25 240:24 241:4
266:3 314:15,23
**basic** 21:1 38:15
**basically** 25:3 42:8
47:17 56:2 58:16
59:4,4,5 68:9,11
84:20 94:13 95:7
96:6,8 120:13 125:8
126:11 152:13 160:22
170:2 188:14 189:11
208:8 223:20 225:22
227:10 260:19 294:19
298:2
**basis** 36:18 41:19 43:1
43:17 97:8 117:8
152:6 154:24 169:6
249:13 254:9 259:8
260:14 271:23 272:3
272:6,7,8,9 314:7
**Bates** 209:11 213:9
216:5 219:22 224:19
238:2,12 273:18
274:23 282:3
**BBLS/AC** 166:9
**bearing** 54:10 162:13
**BECK** 3:3
**becoming** 27:6 311:2
**been/are** 232:1
**began** 22:8
**beginning** 68:21 73:2
114:6 159:22 203:21

601 Poydras Street, Suite 1720
New Orleans, Louisiana 70130-6029

GAUDET KAISER, L.L.C
Board-Certified Court Reporters
Exhibit N
Page 83

Telephone (504) 525-9100
Facsimile: (504) 525-9109

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010    Reported by:
ALAN O'DONNELL                    May 5, 2011                    SANDRA D. FILES, CCR

Page 322

**behalf** 15:22 33:25 54:13,23 64:15 132:14 217:7,10 244:7,17,19 245:19
**Beiren** 299:3 301:1
**Beirne** 9:12,16 131:17 131:19 135:8,17
**believe** 70:18 71:3 76:22 83:23 282:6 283:16 291:13 299:8
**bell** 44:4
**Ben** 147:20
**bend** 31:10
**beneath** 148:18 272:21 287:19,19
**BERNSTEIN** 1:21
**Bert** 147:24
**Bert[Bert.Albritton...** 10:4
**best** 65:8 156:2 165:1 196:2 210:9 213:19 225:10 247:12 319:12
**better** 23:14 71:23 74:5 74:9 195:7 207:8 279:13 282:12
**beyond** 242:23 308:12
**big** 90:20 93:4 162:21 162:24 163:3 164:23
**bigger** 23:5
**bill** 72:7,8,9,11 222:15 222:19,24
**bills** 75:7
**BINGHAM** 2:11
**bit** 21:21 27:23,24 31:10 33:14,14 41:14 43:7 58:23 61:10 75:6 182:2 204:7 286:9 311:23,25
**Blacktail** 8:6
**blank** 93:4
**Blind** 28:20 204:16
**block** 32:25 216:12 245:15
**blocks** 108:23,24,25
**blowout** 301:16
**blur** 156:10
**Bob** 8:14 32:17 83:24 84:1 200:19,20,24 201:8 206:14 210:14 210:15,16 211:10 278:1 291:13 303:21 313:25
**Bobby** 211:8,9,11 264:9
**BOCKIUS** 3:19
**Bodek** 13:16 211:8

264:9 295:12 297:9
**BOE** 56:19 96:20
**bonus** 45:9,14
**book** 97:10
**BOPD** 158:10
**boss** 31:19 82:20 83:21 142:4 183:4
**Bossier** 25:7 26:19
**bottom** 88:10 93:24 96:22 99:9 102:10 127:22 143:6,6 148:15 161:12 290:18 295:10 298:3 299:2 300:25
**boundary** 31:3,10
**box** 2:18 93:19,25 99:12,18 125:19 126:6 152:13 167:2,5 175:8 213:13 248:13
**bp** 2:5 9:9 10:21 46:10 47:10 51:18 70:9 72:7 78:8 91:3,19 92:9 97:17 102:10 107:18,20 110:20 112:7,12 121:17 122:17 123:5 127:7 131:17 137:17 140:25 157:11 158:10 161:1 168:1,19 173:10,18 177:17 183:7,12 184:14,19,23,25 193:11,21 196:24 198:3 211:3,7 216:15 218:19 226:8 231:7 232:11,17 233:1 237:12 238:17 248:1 249:16 257:15,23 263:11 264:17 269:14 270:16 272:17 274:3 275:1,11 276:11 277:5,13 278:18 281:12 282:19 283:2 283:7,12,20 284:9 285:4,17,25 286:24 286:25 287:23 288:7 288:9,21 289:6 292:5 292:9 293:7,9,16,22 293:25 294:10 295:3 295:6,16 296:1,11,24 297:15 299:10,20,25 300:16 301:3,20 302:2 303:5,21 305:11 314:4 315:5
**BP's** 123:2 130:3 160:21 197:10 210:3 210:22 213:17 291:16

**BP-HZN-MBI00175...** 13:19 309:10
**BP;ANA-MDL-0000...** 13:13
**BRANCH** 2:17
**brand** 82:7
**break** 113:22 180:18 203:14,18 231:14 308:22
**breakdown** 188:18 222:13
**breaking** 315:12
**BRENNAN** 3:15
**Brian** 235:5,7,13,14 236:3 311:7,9
**Brian's** 234:24 235:12
**brief** 309:8
**briefly** 83:16 94:9
**bringing** 70:23,23 119:19
**broad** 228:12 229:12
**broadest** 18:12
**broke** 75:5 221:25
**brought** 68:24
**Bryan** 34:15,19 44:18 237:25
**Bryant** 3:7
**BT** 117:21
**budget** 20:17 21:7,19 26:5,10,11,12,13,21 27:3,12,15 28:13,14 36:7 38:5 49:23,25 67:11,14,18,20,24 68:3,7,12,15,22 69:5 69:5,6,8,10,19 113:11 113:12,18 128:10 129:19 223:12 224:2 224:13 315:3,5,8,10
**budgeted** 68:17 77:25 129:9
**budgets** 20:20 21:6 27:9 317:8
**bummer** 120:20 121:9
**bunch** 125:18
**burning** 234:21
**business** 28:23 29:8 52:10 53:1 123:6,12 271:1 284:17
**bypass** 306:21

─────────────────
**C**
─────────────────
**CA** 2:13 3:13
**CABRASER** 1:21
**calculate** 56:4 60:13 234:23
**calculated** 60:20

166:15
**calculating** 60:11 234:17
**calculation** 40:23 148:22
**calculations** 235:11
**call** 16:9 23:3,6 61:17 95:18 105:2 170:13 170:21 265:12 271:6 275:11 287:10 292:9 295:7
**called** 46:11 98:23 161:1 162:4,5 170:12 170:13 264:10,11 283:7,13 284:2,9 285:4 291:17
**calling** 270:16 272:17 278:18 283:15,17,20 294:10 297:18 298:4 299:11,16 302:2 303:5 311:1
**Cameron** 3:5
**Canyon** 31:6,14 32:25 216:12 245:15
**capacity** 10:18 27:5 156:23 157:7,10,13 159:5 267:2 268:25
**capital** 20:20 21:6,7,11 26:21 27:9 28:13,14 29:6 41:18 50:6 67:11 91:15 98:17 100:6,6,9 105:10
**care** 214:21
**career** 26:4
**CARRÈRE** 2:22
**Carthage** 23:2 24:6,9
**case** 72:14 91:16 94:15 106:18,22 113:9 159:6 191:13 234:3 236:17 240:2 241:1 259:24
**cash** 40:22,23 41:20 42:10 55:24 56:2 57:10 60:21 62:16,18 63:2,3,10,18 66:2 67:7 102:17 149:10 149:13,14 150:2 152:24 170:12,21,24 170:24
**casing** 89:21,22 141:21 142:11 176:17 214:7 218:6 220:2,2,3,7,8,9 284:16 295:18
**category** 42:4 152:20
**causing** 287:10
**CBI** 39:3

**CCR** 4:12 319:22
**cee-ceed** 238:1
**cement** 220:2
**Center** 1:18
**certain** 21:15 50:5 68:18 100:4,17 132:20 185:7 190:22 191:5 228:21 247:4,5 247:16 252:7 277:13
**certainly** 53:8,8 207:10 241:17 261:6 268:12 268:12
**CERTIFICATE** 318:2 319:1
**certification** 14:12 18:22,25 19:2,5
**certifications** 20:1,11
**Certified** 4:13 14:21 319:3,22
**certify** 318:7 319:4
**chain** 82:23 124:8 182:21 183:3 192:18 198:15 199:24 200:3 200:4
**Chalk** 25:2,3
**challenging** 145:3
**CHAMBERS** 3:7
**chance** 86:16 95:3,5 96:4 109:6 118:20,21 159:9 160:8 284:14
**Chandler** 8:22 32:13 36:21 120:16 187:14 198:9 206:12 207:21 210:17 211:10 250:6 250:15 251:1,9 253:12,18 258:21 260:9 261:1,12 262:4 263:19 270:12 273:23 274:9,17 290:19 295:11,14,23 296:10 296:23 297:4,14 302:22 309:22
**Chandler's** 261:24
**change** 31:7 65:21,24 65:25 66:3,6,13 72:19 124:17 126:3,5 186:10 227:16,18,19 274:1,9,18
**changed** 66:9 67:2 74:2 74:5 165:18
**changes** 31:4 126:16 318:10
**characteristic** 123:5
**charged** 296:10
**charges** 172:21
**Charles** 2:24

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

Reported by:

ALAN O'DONNELL

May 5, 2011

SANDRA D. FILES, CCR

Page 323

**chart** 102:10,15 125:9
**check** 75:11 188:5
    255:22 318:17
**checked** 103:1 206:9,10
**checking** 255:6
**chronology** 281:24
**Chuck** 83:23,25 124:19
**circulating** 285:15
**circulation** 214:4,15
    290:1 292:17
**Civil** 2:17 14:7
**claim** 110:20
**clarify** 205:7
**clarifying** 225:10
**class** 19:22,23
**classes** 19:19 20:23
    21:1
**clean** 17:2
**clear** 53:3 84:6
**clearly** 16:15
**close** 255:16
**closely** 184:25 303:8
**closer** 66:15 180:9
**CLVS** 4:6
**Coast** 233:9
**colleagues** 16:7 138:23
**college** 17:16
**column** 154:20
**columns** 102:1 153:6
**come** 21:20 27:21
    33:13 43:7 50:9 55:6
    55:10,20 60:20 68:19
    69:7,16,18 87:22
    91:19 112:13,13,16
    113:3,11 114:9 121:1
    141:21 167:25 169:6
    172:9,10 186:16
    203:9 223:3,16 224:1
    227:6,10 230:6 234:1
    236:10 257:20 307:4
    307:12
**comes** 68:25
**coming** 55:9,24 128:11
    128:11 169:12 170:6
    187:4 222:23 226:21
    226:24 227:17 268:18
**command** 82:24
**comment** 157:15
**commenting** 173:13
**comments** 130:14
    181:21 219:24
**commercial** 36:12
    59:15 245:14 270:8
    317:2
**commercially** 59:8
**committed** 198:20

**Committee** 1:24 15:23
**common** 40:22
**commonly** 69:21
**communicate** 313:13
**communicated** 211:10
**communication** 184:15
    207:13 248:1,4
    289:14 297:12 311:2
**communications**
    206:22 231:6,9
    245:12,13 246:1,2
    246:25 257:22 310:24
**comp** 87:18
**companies** 181:13
    218:7
**company** 21:8 22:4,16
    24:4 25:22 33:23
    37:2 46:11 64:15
    168:20 217:8,14,22
    244:8
**comparable** 102:12
    116:1
**compare** 105:4
**compared** 106:25
**compensated** 314:15
**compete** 38:4 105:9
**competitors** 228:25
    229:2
**compilation** 160:23
    230:6
**complete** 12:19 74:7
    87:23 88:23 89:13
    94:21 229:17 231:24
**completed** 76:16 89:14
**completeness** 297:22
**completing** 55:16 88:5
**completion** 18:14 87:19
    87:20 212:17 214:11
    220:7
**completions** 88:23
**complex** 195:12 282:7
**complicated** 58:24 60:1
**comprised** 177:4
**compromise** 305:21
**compromised** 177:3
**computer** 255:19
**concept** 35:10 114:10
**conception** 18:16
**concern** 77:7 78:2
    120:8 138:2,6,7,11,17
    144:15,22 183:5
    198:22 268:14 292:4
    303:14
**concerned** 77:23 134:1
    134:2 136:19 137:21
    138:18 171:17 183:24

212:5 292:5
**concerning** 78:13 120:9
    121:17 135:9 150:7
    151:13 156:22 173:10
    193:6 231:7
**concerns** 78:13 129:22
    268:1 278:12,17,23
    279:4,5 286:25
    291:16 301:2 302:1
    302:12,21 304:22
    305:20 306:10
**concise** 81:17
**conclude** 159:15
    230:13
**concluded** 76:14
    317:18
**conclusion** 293:6
**conclusions** 105:21
    145:6
**conditions** 84:23
**conduct** 123:12 230:14
**conducts** 123:6
**confidential** 39:3,9,18
**confused** 311:3
**conjunction** 29:14 33:5
**connected** 234:20
**connection** 76:10 139:6
    218:19
**consecutively** 79:6
**consequences** 77:14
**consider** 162:12 294:1
**considered** 23:9 30:3
    169:15 192:12 194:10
    197:6 223:11,25
    227:8 254:10 263:23
    271:3
**considering** 35:3
    101:16 169:20
**consist** 205:23
**consistently** 27:2
**consolidated** 83:13
**construct** 91:11
**contact** 278:1 294:10
**contain** 188:18
**contained** 167:5
**contemplated** 199:1
**contemplation** 108:3
**content** 99:11
**contents** 82:4
**context** 16:24 24:17
    40:21 96:17 144:14
**contingencies** 214:9
**contingency** 214:10
**continue** 165:9 263:12
    270:13
**CONTINUED** 2:1 3:1

4:1 7:1 9:1 10:1 11:1
    12:1 13:1
**continues** 53:13
**continuing** 19:18 266:9
    268:9,13 312:4
**contract** 314:3
**contractor** 314:8
**contractors** 314:25
**control** 214:5,16 215:2
    290:10 292:1,2,8
    294:23
**controlled** 68:6,12
**controlling** 21:8
**convenient** 115:6
**conversation** 16:21
    144:10 197:3,21
    240:22 261:16,18
    263:18,22 265:23
    272:15 280:20 281:18
    282:1 289:18,25
    295:22 296:1 297:4
    302:6,7
**conversations** 51:18
    111:8 121:17 138:22
    139:5,9,10 142:13
    144:6,11 196:23
    197:13,24 281:20
    286:23 296:22 300:6
    302:12
**conversion** 154:16
**convey** 272:13 286:25
    304:23
**conveyed** 215:7
**conveying** 270:17
**COO** 84:3
**copied** 299:4
**copy** 244:1 273:11
    309:8
**copying** 295:12
**cores** 232:1
**corner** 127:15 132:9
    161:12
**Corporation** 22:1,7
    33:21 54:24 134:14
    181:15 217:11 244:11
    245:3,20,25 246:12
    246:19
**corporation's** 244:19
**correct** 22:18 24:9 28:4
    28:5 30:8,10,11 36:22
    37:11 42:2,20 43:15
    44:19,24 45:17 47:1
    49:12 51:13 53:13
    54:20 59:17,18 61:9
    61:25 62:1,1,16,17
    66:20 67:16,21 70:6

70:11,14 71:15,16
    73:17 74:23 75:13
    76:5,11,24,25 80:7,8
    81:25 82:1 85:4 86:3
    87:12,16 88:14,20,21
    88:24,25 89:5 90:19
    91:12 101:7 104:3
    105:12 107:11,21,22
    107:25 108:4,5 110:3
    110:7,16 113:7,8,13
    118:7,8,15 120:17
    121:14 124:10 125:6
    125:11 126:11 127:11
    127:12,15,24 128:3,4
    128:12,15 129:10,24
    130:4,8 131:17,18,23
    132:15,25 134:9
    135:10,25 136:1,4,5
    141:3,4,9,10,12
    149:18,19 151:7,8,10
    151:14,15,22 153:3
    153:13 154:21,22
    156:16,17,23 161:3
    162:7 163:2 164:17
    175:3,4 177:5 181:5
    181:25 182:1,1,16,17
    198:1 211:22 217:12
    218:16 244:8 245:8,9
    250:9,12,16,25
    262:13 266:20 300:24
    318:8 319:12
**corrections** 318:9,18
    318:19
**correctly** 107:21
    245:17 263:16 264:13
    264:25 269:21 274:6
    275:5 279:15 282:16
    295:20 301:6
**cost** 42:22,24 50:1,7
    55:15 56:12 69:25
    70:17,20 71:8,17
    75:20 77:24 78:3,14
    87:9,11,20,22 90:2
    92:12 93:8,11 95:9,20
    109:1 111:20 112:3,9
    112:23 113:6 124:14
    124:24 126:7,9
    128:25 131:2 133:11
    137:8,14 141:21
    143:20 144:8 145:6
    145:17 147:13 170:1
    175:24 176:10,19,19
    177:3,4,10,11,24
    179:13,21 180:6,13
    180:17,22 181:17
    182:8,14,16,20

601 Poydras Street, Suite 1720
New Orleans, Louisiana 70130-6029

GAUDET KAISER, L.L.C
Board-Certified Court Reporters
Exhibit N
Page 85

Telephone (504) 525-9100
Facsimile (504) 525-9109

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                  Reported by:
ALAN O'DONNELL                                   May 5, 2011                          SANDRA D. FILES, CCR

Page 324

183:25 186:8,8 188:6
188:9,22 201:19
202:12,19,24,24
203:2,8 214:24
220:11 222:13 248:25
249:1 307:6 315:11
**costs** 38:16 40:9 50:12
57:9 60:24 70:23
78:4,6,9 87:3 92:8
108:18 112:17 121:13
122:8,9 128:19,22
129:23 134:3,8
137:19,23 138:4,16
138:24 139:11 144:17
144:24 145:1 168:3
169:12,13 172:14,17
172:18 173:10 175:10
177:19 188:14,15,19
203:5 221:25 222:1
222:13,19 224:3,4,10
249:21 315:20
**cost-related** 72:2
**counsel** 14:4 17:9 312:3
312:5 319:14,15
**counted** 207:10
**counterpart** 83:22
**couple** 52:5 76:7 82:9
84:4 85:16 125:5
208:1 209:5 225:6
311:25
**course** 17:5 50:12
52:10,25 82:22 84:3
94:18 112:4 155:11
206:19
**courses** 60:11
**court** 1:2 4:13 14:21
15:12,13,17 16:14
319:3,22
**cover** 170:25 213:5
216:1
**covered** 175:3 220:11
**covering** 24:23
**covers** 25:3
**crafting** 85:11
**creating** 68:15
**crept** 50:7
**criteria** 38:2,7,11,14,23
40:10 42:13 43:3,8
56:4 57:16 60:8
93:15 316:5
**cubic** 153:22 154:17
**cumbersome** 256:8
**curious** 247:10
**current** 37:5 248:24
249:21 295:17 296:2
**cut** 242:15 261:22

**cutting** 262:20
**CV** 26:1
**cycle** 18:15
**C-O-N-T** 176:8

—————
**D**
—————

**D** 4:12 14:21 319:3,22
**daily** 188:13 248:23
249:13,15,16,17
254:9 260:14 272:6,6
308:8
**Dallas** 2:9
**damage** 70:21 120:9,12
181:23 182:7 183:1
184:15
**Daniels** 8:14 83:24 84:1
200:19,20,24 201:9
**darcys** 235:24
**Darrell** 31:19 82:20
83:21 124:13 131:9
183:4 210:11 237:24
238:5 240:14,16
310:3
**Darrell's** 183:19
**Darrell[Darrell.Holl...**
9:4 11:15,22
**dash** 166:11
**data** 101:11 102:12
151:13 152:3 155:19
163:1 166:23 167:5
167:10 190:7 199:10
211:20 212:14 226:23
226:25 227:6,14,17
227:21,23 228:4,9,16
229:7,22 230:3,6,12
230:19,23 232:18,21
232:22 233:8 234:5,6
242:2,7 246:13
247:17 254:5 256:17
257:18,19 258:7,22
259:17 313:1
**date** 132:10 141:5
188:7 202:25 208:9
214:11 225:14
**dated** 9:13,17,21 81:24
107:9 109:20 120:3
124:9 127:22 133:1
141:11 143:11 161:2
168:19 194:20 214:1
214:2 229:18 234:11
237:16,23 261:2
**dates** 153:1 231:9
**David** 2:3 92:14 121:20
122:20 123:7 129:11
129:15,25 176:22
177:7 182:11 183:8

183:16 185:11 186:19
258:14 287:3 288:1
288:11,25 289:9,22
290:2,11 292:10
293:18 306:22 307:18
313:14
**Dawn** 36:25 37:22 80:6
156:15 157:15 190:1
226:14 234:10 257:4
**Dawn's** 157:11
**Dawn[Dawn.Peyton...**
10:11
**day** 82:22 158:18,23
207:14,16,22 208:1
225:20 226:3 234:18
234:23 251:22 264:3
301:12 312:19,21,24
313:14
**days** 82:20 84:4 208:3
**day-rate** 314:7
**deal** 29:20,23 43:22,23
62:25 63:11 65:11
85:2 95:19 102:11,22
103:18 104:20 107:24
180:5 183:20,22
**dealing** 29:9 112:20
**dealings** 28:23
**deals** 18:9
**dealt** 20:21 26:10 27:11
**December** 17:22 22:9
44:2 46:8 63:23 66:7
124:9 127:23
**decide** 57:25 58:3
89:20,22 293:4,21
**decided** 92:10 113:10
210:21 279:17,23
293:14 297:17
**deciding** 57:20 172:23
253:8
**decision** 35:20 69:12,13
69:14,15 90:13,16,17
173:6 210:22 212:16
215:23 216:23 223:19
283:8,9 293:10,16,24
**decisions** 38:24 71:18
72:2 252:23
**decision-making** 37:14
**deck** 61:17,18
**decks** 61:16 62:8,10
**decreased** 100:10
**decreases** 150:10
**dedicated** 21:11
**deemed** 276:13 281:12
285:25 297:25 301:3
**deep** 252:19 263:12
270:14 276:19

**deeper** 49:1 196:7
197:6,8 199:16 206:2
263:20 269:19,25
270:19 271:3,15,20
272:23 273:5,8
275:22 276:4,10,16
277:4,16 278:13,17
281:3,11,14 283:3
284:15 285:17 286:21
287:1,24 291:17,22
293:5,8,11,15,22
294:1,7,11,18 295:4
295:17 296:12,19
297:25 298:1,5 300:1
**DEEPWATER** 1:4
15:10 49:18 181:24
182:5 222:14 252:3
**define** 97:24 98:4 265:9
**defined** 21:22
**defining** 30:24
**definitely** 83:1
**definition** 278:9
**degrade** 97:21
**degree** 17:19,20,23
18:1 19:4,4 20:8
22:14 249:25
**degrees** 17:16,18 18:3
27:10
**delays** 136:24 201:22
202:3
**DENÈGRE** 2:23
**department** 2:17 34:9
34:10 44:16 61:19
62:9 72:11 77:9
122:7 131:1,6 133:22
142:18 172:16 177:12
203:10 285:13 289:16
**depending** 31:7 65:22
65:23 83:10 207:23
212:22 227:17 255:17
**depends** 104:18 158:2
255:14
**deposition** 1:17 14:5,18
15:3,4,8,25 23:14
39:8,14 53:24 174:10
266:22 268:22 312:8
317:18
**depositions** 39:4
**deposits** 18:10
**depth** 190:23 191:5,8
191:16,21,24 192:2
193:12 198:4 201:17
211:3,7,19 212:1
215:23 242:10 248:24
275:2 301:5
**depths** 178:25 179:4,5

251:5
**depth-wise** 188:6
**Derrick's** 184:6
**describe** 18:6 71:22
76:9 83:17 196:23
229:22 230:3,8
233:13,18 289:7
**described** 32:22 56:7
76:15 89:5 125:23
175:18 176:4 196:2
220:22 222:20
**describing** 110:6 147:7
**description** 130:13,14
130:20 133:15 163:13
166:7 175:5 176:21
181:20 213:6 219:23
**description/comments**
213:14
**descriptive** 8:1 9:1 10:1
11:1 12:1 13:1 76:8
**design** 18:13 279:11
**designate** 39:8,14,17
**designing** 36:7
**desire** 263:20
**desktop** 256:13
**detail** 81:18 83:16 94:7
105:11 152:17,19
188:21 289:12
**detailed** 315:5,7,9,17
315:20
**details** 170:1 172:13
175:16,23 178:22
274:20
**determine** 55:2 133:15
254:24
**determining** 36:11 45:7
59:21 61:15 173:17
317:2
**develop** 90:9 158:5
**developing** 316:18
**development** 24:20,22
28:16 29:21 30:4
38:16 40:9 42:22
69:4 88:11 91:23
93:8 126:2,6 141:22
141:24 157:9 169:15
204:11,13 223:25
224:2,6,13 271:24
311:17
**developments** 261:25
**development's** 224:12
**DHC** 87:8
**diagram** 178:7
**dialogue** 293:1
**difference** 170:17
**different** 22:23 30:9

Case 2:10-md-02179-CJB-DPC   Document 3156-9   Filed 07/06/11   Page 88 of 106

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                        Reported by:
ALAN O'DONNELL                              May 5, 2011                        SANDRA D. FILES, CCR

Page 325

58:22 60:13,14 68:4
83:4,5 86:22,23 88:16
95:17 119:12 150:20
150:20 151:24 153:6
225:7 239:15 275:15
275:15
**difficult** 144:25
**direct** 31:25 32:2,14,19
37:8 245:4 273:24
**direction** 319:11
**directly** 31:18 32:5
197:10 248:1
**disagreement** 288:7,16
**disappointed** 121:6
183:6
**disclosed** 183:7,12
185:6
**disconnected** 234:21
**discount** 148:21 149:15
149:21 150:3,10
**discounted** 40:2,3,7,14
40:20 41:1,2,3,14,20
60:21 93:22 102:18
102:19 149:14
**discounting** 40:23,25
42:9
**discoveries** 31:8
**discovery** 47:15 90:12
157:8 158:24 159:6
**discuss** 124:18 183:2
194:23 209:6 224:17
247:16 258:21 265:18
281:1 294:10
**discussed** 74:23 113:2
122:17 134:9 157:23
175:2 182:6,21
209:21 282:20 295:24
303:1 316:5
**discussing** 218:10
291:5
**discussion** 13:12 72:24
114:3 159:19 174:1
231:18 238:17,25
239:2 243:11 261:12
281:8 289:5 292:20
299:20 303:6
**discussions** 73:7 137:12
211:2 237:12 239:5
252:24 269:24 281:10
296:23 299:18 317:6
**disks** 78:21
**dispute** 193:11
**distinction** 246:24
**distribution** 58:19 75:2
86:14 94:25 95:8,24
97:6,11 103:23

104:22 107:16 110:2
115:2 116:7,11
119:17 143:8 158:3
**distributions** 58:13
**District** 1:2,2 15:12,12
**divided** 41:18
**DIVISION** 2:17
**document** 54:2 78:23
80:13,22,23 81:1,2,4
81:12,14,17,21 82:4
82:25 99:1,10,16
100:22 117:10 125:24
126:16 131:11 132:6
136:3 140:23 146:13
147:20 148:6,11
160:9,11,13,15,17,20
161:13 169:2 178:12
216:1,2,14,15 217:3
217:25 220:15,21
222:12 231:24 298:14
**documents** 44:1 45:23
52:21,24 57:22 64:24
65:19 74:22 78:18,21
79:5 81:6 116:16
178:3 244:16 249:6
**doing** 44:16 51:15,18
59:5,6 80:4 102:21
224:16 235:10 256:13
271:14 285:10 296:20
311:10
**dollar** 103:13
**dollars** 40:24 41:21
87:6 103:9,15 110:22
111:16 128:11 202:25
**Donald** 106:17
**doubt** 65:20 66:8
167:14
**drawing** 298:21
**drawn** 31:3
**drill** 10:21 33:6 48:24
49:1 50:18 51:11
69:9 73:20 89:20,23
112:6 121:5 160:15
161:1 191:7 192:5
197:8 199:16 254:10
270:19,19 271:3
272:23 273:5 275:22
275:23 276:10 277:15
281:11 284:14 285:17
286:15,21 291:21
293:5,8,10,15,22
294:7,18 295:4
296:19 297:24 298:5
299:25 306:20,21,25
307:12
**drilled** 158:19 181:22

201:18 241:18 264:11
**driller** 250:23 314:20
**drilling** 18:13 20:5,11
29:4 30:18 33:21
51:23 52:23 53:5
55:16 72:11 73:9,15
73:15,23,23 75:12,19
88:4 90:14 96:3
112:7,12 122:6 127:8
130:25 131:6 133:22
134:2 136:24,24
142:18 144:22 166:16
168:4 169:8 170:3
172:1,9,15 177:12
186:22 189:12 193:22
197:6 202:12,18
203:9 204:25 206:1
206:10,14,19,21,23
207:3,24,24 208:6
210:22,25 213:21
214:22 215:4 228:20
239:1 241:17 252:7
254:14 256:3 259:12
259:15 269:19 273:7
276:4,11 277:21,24
278:2,13,17 279:5,6
281:3 283:3,9 284:15
287:1,7,9,13,24 288:9
288:19 289:8,15,15
291:6,17 293:17
294:1,11 295:17
296:1,12 302:8 303:5
305:18 314:2,7,25
**Dril-Quip** 3:9
**drop** 248:13
**dry** 47:16 87:9 180:6
220:11
**due** 70:21 214:4 301:1
**Duffy** 3:20
**duly** 15:16 319:6
**Durkee** 183:1
**duties** 260:20
**DWHMX-00058228**
216:5
**DWHMX00058228**
12:7
**DWHMX00058231**
12:8
**D-I-S-C** 148:17
**D.C** 2:19

**E**

**E** 1:21
**earlier** 64:14 76:22
93:9 104:4 125:10,23
128:9 134:12 144:13

157:23 175:2 185:22
199:23 211:2,18
214:6 217:13 221:16
221:24 222:10 223:9
244:4 246:6 248:7
269:24 273:14
**earliest** 200:4
**early** 209:1,2 217:18
234:6,6
**earn** 42:10 95:20
**Easier** 174:25
**East** 2:4
**eastern** 1:2 15:12 22:22
23:15,16 27:7 28:3
29:17 31:1,5,6,13,17
32:23 33:9 35:1,2
67:13 204:9
**eastward** 31:7,15
**economic** 8:13 36:17
36:23 38:2,6,11,13,22
38:24 42:13 43:4
56:4 58:17 61:24
62:23 66:9 73:12
86:19 89:16 91:9
93:15 95:16 97:20
102:6 106:18,22,23
126:15 150:14 151:13
152:12,14 162:15
167:9 177:20 182:15
185:23 186:1 190:21
224:16 241:15 271:1
316:5
**economically** 145:8
**economics** 9:6 26:11
60:12,19 63:14 73:18
73:19,25 81:7,11 93:7
122:10 124:14,16,22
125:5 129:4,7 130:10
133:11 136:13,15
144:24 146:5 147:12
147:16 149:4 151:18
166:20 167:16 175:25
184:1 240:3 241:2
306:1 307:9,10
**economists** 56:15
**education** 19:19 20:6
**effect** 97:16 98:22
100:5,11
**effort** 51:25
**efforts** 49:10
**either** 29:12 63:22 69:3
84:22,24 89:23
263:19 280:22 299:4
307:21
**elaborate** 71:23
**electric** 254:25 255:3

**elements** 98:21
**eliminated** 228:15
**ELLIS** 2:3
**Elm** 2:8
**employee** 22:1,4,7
259:16
**employees** 245:25
249:23 250:2 253:9
253:14 303:7 309:17
**ENCLOSED** 318:19
**ended** 85:7 98:9
**energy** 154:16
**engineer** 19:6,13 25:16
25:18 37:7 80:11
147:22,25
**engineering** 17:21,24
18:7,8,18,23 19:3,5,9
20:7 22:14 25:11,18
26:9,18
**engineers** 29:1 32:7,10
**ensued** 278:14
**enter** 46:15,17 229:5
**entered** 46:9 62:25
65:11
**entering** 226:7
**enters** 183:23
**entertain** 296:11 300:8
**entertained** 295:16
**entertaining** 297:16
**entire** 99:23 176:21
192:3
**entirety** 234:15 298:1
**entities** 227:24
**entitled** 252:2
**entitlements** 300:23
**entity** 246:21
**equals** 154:18 163:21
**equipment** 175:6,23
176:4 177:11,24
**equivalency** 154:12
**equivalent** 154:17,19
**Eric** 3:3
**ERRATA** 318:19
**Esquire** 1:21,22 2:3,4,8
2:12,12,18,23 3:3,7
3:12,15,20
**essentially** 45:8 254:21
255:23 306:19
**estimate** 55:19 67:1
93:24 111:21 112:3
112:23 202:11,18
204:10 205:4 207:1
227:15 228:12 236:3
236:11,17
**estimated** 56:19 64:17
179:13,21 188:15

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                      Reported by:
ALAN O'DONNELL                                    May 5, 2011                                    SANDRA D. FILES, CCR

Page 326

**estimates** 55:15,18 56:2 58:6 62:16,19 63:3,8 63:10,19 66:3 92:8 94:6 112:10,18 164:7 166:22 227:22 235:11
**estimating** 57:19
**estimations** 316:22
**evaluate** 230:14 255:9 313:23
**evaluated** 33:3,4 36:16 44:12 45:6 280:24
**evaluating** 18:9 36:1 38:24 43:9 62:13 206:2 280:12
**evaluation** 12:19 81:11 160:15 178:20,24 199:12 213:22 229:17 229:23 230:8 231:24
**evening** 265:23 269:8 270:12 272:16 273:3 283:12 285:3
**events** 214:5,16 215:2 221:18 290:1,10
**eventually** 50:16 81:19 121:5
**everybody** 52:8 119:12
**everybody's** 260:20
**evidence** 14:19 216:22 315:16
**evolve** 164:7,9
**exact** 49:3 81:3 296:7
**exactly** 34:3 86:24 93:5 98:3,19 100:8 197:17 246:3 265:11
**EXAMINATION** 5:2
**example** 32:12 171:6
**exceeded** 214:4
**exceeding** 312:9
**exception** 318:9
**exchange** 120:5,7 148:3 151:6 157:1
**excited** 286:17
**excludes** 246:21
**Excuse** 182:1 312:3
**execute** 27:16
**executed** 314:3
**exhibit** 6:1 8:1 9:1 10:1 11:1 12:1 13:1 53:23 78:25 79:7 80:13 84:12 105:22 106:15 107:5,6,7 109:16,18 114:11 117:3,5,7 119:23,25 120:2 123:15,17,19 126:23 127:1,3 131:13,15 135:4,6,23 139:21,24

140:5 143:2 146:1 148:14 151:3,5,22 152:4 156:8 160:2 162:4 167:20 168:11 181:10,11 185:18,19 203:25 204:3 211:14 211:15 216:6,7 219:17 224:22,23 229:15,19 237:15,18 237:21 242:25 243:1 244:1 245:5 260:25 264:1 269:5 273:12 282:3 290:17 295:10 299:2 309:9,11
**exhibits** 7:1 174:20
**existence** 245:10 300:20
**existing** 30:21 90:23 91:10,10,14
**expect** 59:16 97:10 100:16 304:23
**expectations** 93:13
**expected** 92:12 192:9 240:2 241:1 268:22 316:23
**expecting** 158:10,17,23
**expenditure** 9:9 127:11 132:7 133:6 134:1 135:24 136:18 141:3 170:14,22,25 171:1 174:19 175:2 222:21
**expenditures** 180:19 222:23 315:11,21
**expense** 90:20 96:10,11 142:15,18 171:9
**expenses** 71:14 72:6 89:4 136:17 171:20 172:2,8,12
**experience** 62:3 112:19 123:2 314:23 315:1,2
**experienced** 185:4,14
**experiencing** 288:10
**expert** 230:4 248:14
**experts** 56:16
**explain** 41:13 81:9 84:16 94:10,21 156:25 175:9 183:5 183:11 194:25 215:25 216:13 278:3 288:8 289:7 291:16
**explained** 288:19 303:4
**explains** 183:1
**explanation** 58:22
**exploitation** 29:11
**exploration** 29:11,22 29:23 30:6,14,19 33:5

67:23,24 68:3,10 69:5 69:10,18,19 70:16 80:11 84:1 87:11 88:20,24 95:20 105:7 107:1 109:23,24 113:18 126:9 128:6 128:12 132:24 141:23 148:1 197:4,11,13,15 197:24 200:21 204:19 205:1 213:23 220:12 242:23 282:5,19 283:1 286:24 289:6
**exploration's** 113:11
**exploratory** 301:4
**explore** 270:20 273:3 276:20 284:19 285:18 287:25 293:25 294:5 294:24
**exploring** 276:2 281:3
**expressed** 64:3 144:16
**expressing** 292:4
**extent** 215:5 239:7 247:22 266:10 268:10 312:6
**extra** 70:23 183:25 251:16 288:23 308:15
**extract** 59:16
**extraction** 10:22 91:12 161:2,5,19
**extremely** 183:6
**E&P** 33:16,25 34:2,6,6 134:12,13,18 181:14 217:7,14 244:8,18 246:21
**e-mail** 8:3,10,17,22 9:3 10:3,10,15 11:7,14,21 12:3,10,16 13:3,9,16 79:15 80:14,21 107:13 108:14 109:20 110:6,19 113:1 114:14 120:4,5,7,16 121:12 124:8 125:4 143:5 148:3 151:6 156:14,18,22 157:1 182:19,21,25,25 183:3 184:6 192:15 192:18 193:16 194:20 195:2 197:18 198:15 198:17 199:23,24 200:1 202:10 206:23 207:13 216:1 224:18 225:2 229:16 234:10 234:15 235:4 237:15 237:23 238:15,16,20 239:24 240:5,9,16,18 261:1,4,9,21,23 262:4

263:10 264:2,6,9,16 264:21 265:13,19 269:7,11,13 273:21 273:25 274:10,24 279:7 280:21 281:19 281:19 282:5 283:4 283:17,19 284:5 285:2,3 294:17 295:11,14,25 296:8 298:2 299:3 300:25 301:9,10 309:14
**e-mailed** 207:2
**e-mails** 63:13 107:9,11 120:3 146:2 156:13 193:6 207:9 268:19 282:1 285:15 299:5 299:14,23

————————
**F**
**facilities** 26:23 55:17 88:6 90:1 91:14
**facility** 90:24 91:4,11 91:12
**fact** 120:11 122:17 196:21 266:17 267:2 268:15,19
**factor** 163:20,21 166:8 166:14,21
**failure** 123:3
**fair** 49:8 72:5 77:12 89:8 148:13 171:16 227:23 248:13 258:20 270:21 276:1,18
**fairly** 38:17
**Faith** 28:20 204:16
**fall** 30:21
**familiar** 123:11 246:23 249:22 251:17,20 257:6,13 260:12 274:8 300:14 304:2 306:14
**Fannin** 3:16
**far** 26:12 33:24 38:13 45:7 60:14 212:5,5 215:12 266:21 275:23
**farm-in** 111:21
**farther** 269:6
**fast** 174:15 185:21
**feasibility** 52:22
**features** 262:18
**Feb** 13:17
**February** 9:13 131:16 133:2
**Federal** 14:7
**feel** 174:16
**feet** 153:22 154:18

163:10,10 274:2
**felt** 92:24
**fewer** 158:6
**field** 18:6,9 30:17 161:11 188:15 204:16 204:16
**fields** 30:21
**figure** 50:8 51:7,25 57:2 66:6 67:17,19 70:10 87:14 99:15 116:11 149:23 159:14 257:11
**figures** 74:1 104:6,6
**figuring** 56:17,19
**filed** 53:25
**FILES** 4:12 14:21 319:3,22
**filing** 14:12
**filling** 201:3
**final** 135:22 154:20 180:16 232:19 264:12
**finance** 20:17 26:5 27:4 49:23
**financial** 153:6
**find** 51:5 55:13 65:18 69:2 85:21 86:8 90:12 95:6 96:5 116:25 206:24 209:10 225:23 251:5 287:24
**finding** 38:15 40:8 42:25 86:16 93:8 95:3
**fine** 41:8 92:11 213:25 229:14 230:7 234:6
**Fineman** 1:21 5:6 15:19,21 34:18,23 40:4 53:16,19 59:3 65:1,7 72:17 73:4 75:23 77:21 79:3 91:6,24 92:16 96:14 99:13 101:8 103:24 104:19 105:19 106:12 110:13 111:5 113:16 113:20 114:8,17 115:4,17 116:9 117:1 119:8 121:24 122:14 122:24 123:14 124:1 124:7 125:16 126:21 127:20 129:13,20 130:5 131:3 132:4,22 133:13,23 134:25 135:15 137:2 138:9 138:20 139:2,17,25 140:6,10,14,18,22 144:2 145:4,14,24 146:22 147:4,18

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

Reported by:

ALAN O'DONNELL
May 5, 2011
SANDRA D. FILES, CCR

Page 327

148:12 150:5,24
154:7 155:17 156:4
157:19 158:8,21
159:11,24 160:7
162:23 163:11,23
164:13,24 165:16
166:5 167:17 170:8
171:3,15,24 172:19
173:4,21 244:3
**Fineman's** 245:6
**finish** 16:22 70:24
159:10 213:21
**finished** 16:25 17:1
181:24
**fire** 234:20
**first** 15:16 21:23 23:24
26:7 55:5 56:9 70:19
78:23 80:12,12 88:23
98:6 117:20 131:15
142:22 143:5 148:14
151:5 171:6 178:4
179:22 182:25 189:8
208:25 212:11 213:6
214:2,3 216:20
219:22 238:19 240:5
248:12 264:8 282:2
288:14 297:15 301:1
301:8,11 319:6
**fiscal** 67:14
**fit** 67:20
**five** 23:5 159:14
**five-minute** 113:22
203:13
**Floor** 1:18,22 3:12
**flow** 13:6 40:22,23
41:20 42:10 55:13,24
56:2 57:10 58:15
60:21 62:16,19 63:2,3
63:10,18 65:25 66:2
67:7 74:9 87:23 88:6
93:12 94:13,17 95:3
102:18 149:11,14,17
150:3 152:24 158:17
233:2,11,21 234:12
235:3,19 236:1,11
237:13,16
**flowing** 234:2,19
**flowline** 90:1
**Floyd** 2:8 243:17
**fluids** 235:20
**focus** 42:14 56:9,9
**folks** 75:20 78:20
309:16
**follow** 60:6 273:16
295:15
**following** 122:1 124:20

144:3 220:6
**follows** 15:18 279:7
**follow-up** 243:23
**fooling** 286:20
**foot** 163:19
**forecast** 41:17 55:23
57:18 59:10 65:22
67:7 73:21 94:13
115:10,24 177:20
203:1,5,8
**forecasted** 59:21
**forecasting** 57:15
**forecasts** 58:7 112:9
**foregoing** 318:6
**forgot** 284:22
**form** 14:15 17:8 27:12
59:1 75:16 77:18
81:3,18 83:6,7 91:1
92:15 93:20,21 96:13
103:20 104:16 105:15
106:11 110:9 111:1
113:15 114:24 115:14
116:4 119:2 121:21
122:4,21 123:8
125:13 126:18 127:17
129:12,16 130:1,23
131:25 132:17 133:8
133:19 134:22 135:12
136:21 137:25 138:13
139:1,13 144:19
145:11,20 146:14,16
147:1,9 148:8 149:25
150:17 151:17 154:4
155:13,22 157:3,25
158:15 159:8 162:18
163:7,17 164:3,19
165:5,21 167:12
169:23 170:19 171:14
171:23 172:5 173:1
175:13,20 176:14,23
177:8,14 178:14
179:7,16 180:1 181:1
182:12 183:9,15,17
184:11 185:10,12
186:3,18,20 187:10
187:22 188:11 190:16
190:25 191:18 193:14
193:18 195:17,24
197:1 198:6 199:4,14
200:12 201:1,14,24
202:6,21 204:22
206:16,17 207:5
208:15,20 209:17
211:24 212:19 214:18
215:20 217:16 218:3
218:20,22 219:11

220:16 221:1,9,20
222:5 223:14 224:8
225:18 226:11,16
227:3 228:2,7,23
229:9,25 230:17
231:1 233:16,23
236:5,13 237:8
239:11 241:8 242:4
242:12 250:18 252:11
252:16 253:21 255:12
256:22 258:2,10,15
259:10,19 260:1,17
262:7 263:4 270:2,23
271:17 272:1 274:12
275:18 276:7,23
277:8,18 278:6,20
279:21 280:5 281:6
282:22 283:23 284:11
285:20 286:7 287:4
287:15 288:2,12
289:1,10,23 290:3,12
292:11 293:19 294:3
294:13 295:1 296:4
296:14 297:20 300:12
300:18 301:22 302:4
302:16 303:12,18
304:6 305:1,24
306:23 307:17,19
308:2 310:11,21
313:4 314:10,18
315:24
**formal** 20:22 285:7
299:15,25 300:2,9
**formalities** 14:9,11
**formality** 141:20
210:20,23 223:22
**formally** 299:10
**format** 125:9 146:13
151:25
**formation** 178:24
**formats** 232:19
**forms** 239:15
**formulate** 186:23
**forth** 61:8 319:8
**fortunately** 122:11
**forward** 38:7 78:5
212:16,23 241:16
**forwarding** 185:21
**found** 66:18 160:16
162:1,1 199:17
**four** 54:24 204:13
226:20
**frac** 275:16
**fracture** 268:2
**frame** 27:1 281:13
297:2

**frankly** 112:6
**free** 174:16
**frequency** 253:17
**frequently** 254:4
257:17 304:15
**Fri** 8:23 13:4
**Friday** 11:9 265:20
273:3 283:12
**front** 53:20,22 94:8
160:25 170:24 273:19
**FT** 166:11
**fulfilled** 275:1
**full** 198:16 263:23
281:15 285:25 286:17
**function** 215:14 311:20
**functions** 33:20
**fund** 220:1
**funding** 42:21
**funds** 213:21
**further** 195:4 232:3
243:4 261:16 263:21
270:19 282:9 288:8
294:10 317:12
**furthering** 295:25
**future** 40:23 42:10 51:8
51:10 73:16 87:21
220:7
**FW** 8:24 10:12 12:18
**FYI** 8:24 11:10

---

## G

**G** 9:13,17,21
**gain** 130:10 152:23
**gamma** 255:1,1
**gas** 18:10,11 23:2 25:8
30:17 55:23 60:17
74:10 153:19 154:11
154:16,18 157:7
166:25
**gathered** 225:23
**gathering** 208:7
**gauge** 40:11
**general** 19:10,10 20:6
22:24,25 23:8,10,10
23:15 24:5 29:5
31:13 38:14 44:6
60:19 64:22 84:22
93:6 95:10 259:23
261:3 275:21 278:22
281:13 306:9 311:17
**generally** 28:10 32:22
38:3 42:25 43:4
46:17 49:22 55:1
58:15 60:10,12 69:17
81:8 84:9 90:4 147:7
231:10 261:8 303:4

**generated** 33:4 52:22
62:8 91:20 146:24
148:5 155:2
**generating** 61:20
**gentleman** 35:15 196:5
**Geoffrey** 2:3
**geologic** 36:16,20 48:13
48:19,22,22 49:3 55:6
65:24 109:7 119:13
186:24 187:16 206:3
208:7 237:3 251:4,10
**geological** 265:6 291:5
**geologically** 48:16
162:10 206:13 212:6
257:10
**geologist** 187:15 198:9
310:2,5
**geologists** 29:1 32:6,9
61:7
**geology** 19:15,16,19
20:2 186:15 188:23
**geophysical** 161:9
**geophysicist** 161:7
**geophysicists** 29:1 32:7
32:10
**germane** 83:10
**getting** 81:15 83:15
169:13 184:8 196:12
207:20 250:3,5
255:16,16 269:17
**give** 53:22 55:11 62:10
64:7,9 75:22 131:10
135:1 203:1,4 291:20
298:10 304:20
**given** 61:19 203:7
256:2
**gives** 42:11
**giving** 84:24 108:3
159:25 247:12 262:21
**Glenn** 120:17
**GMT** 12:12
**go** 18:11,15 21:17,23
22:12 27:16 57:21
66:12 67:6 72:18
73:5 75:16 77:11
88:9 89:24 90:8
104:23 116:24 138:16
140:19 172:16 174:18
181:7 192:14 198:14
199:22 201:5 208:3
212:16 213:1 219:15
229:14 237:21 241:16
243:24 263:20 276:16
276:19 297:25 307:10
312:7
**GODWIN** 2:7

601 Poydras Street, Suite 1720
New Orleans, Louisiana 70130-6029
GAUDET KAISER, L.L.C
Board-Certified Court Reporters
Exhibit N
Page 89
Telephone (504) 525-9100
Facsimile (504) 525-9109

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

Reported by:

ALAN O'DONNELL

May 5, 2011

SANDRA D. FILES, CCR

Page 328

**goes** 81:15
**going** 16:6 21:20 26:13
27:21 29:3 33:13
37:14 41:4 42:1 43:7
50:9 51:3,7 53:20,21
54:11 59:7 61:9 66:5
66:19 69:3,16,25 70:2
72:21 73:13,14,15
76:6 78:5,16,17,22,24
79:11,14,20 88:8 93:1
93:2 95:6 96:4
107:20 111:13 112:5
114:1,22 115:25
123:25 131:10 134:4
135:1 138:5 141:24
144:13,24 159:15,17
168:6 170:23 173:24
174:10,18 179:1
182:8 183:25 191:22
197:8 203:16 219:3
224:15 231:16 232:1
243:9 253:9 260:24
262:22 263:25 266:4
266:4,6,10 267:4
268:15,23 273:10,14
276:11 277:4 296:17
298:14 309:8,9
313:24 317:16
**good** 15:20 91:17
123:23 124:6 166:23
174:6 194:17 243:16
282:8 297:18 298:24
308:16 309:3
**GOR** 166:12,18,24
**gotten** 209:3 283:16
285:12
**gradient** 234:22 268:2
289:20 292:21
**gradients** 275:16
**graduated** 17:22
**Grand** 2:13 3:12
**graph** 93:13 101:12
106:4
**gray** 194:9
**great** 25:24
**greater** 95:2,4,5 96:1
**greatest** 90:2
**gross** 89:11 96:16,18
97:2,5,8,9 141:1
143:13 153:6,11,11
153:19 154:1 179:13
179:21
**group** 21:14 28:25 29:2
29:13,15,16,17 30:13
32:9 36:1,2,5,16
37:19,21 46:18 48:6

50:24 51:6,6 80:6,11
82:7 109:25 133:10
133:14 136:12 141:22
141:23 142:14 144:22
144:23 145:1 147:23
148:1 151:10 155:16
177:25 187:15 189:17
189:25 190:10,10,14
193:23 198:9 205:25
206:24 207:3 208:17
223:25 224:6,12
235:9 237:1,4 250:24
253:5,14 257:2 259:6
260:13 270:6 277:21
277:25 278:2 290:19
302:8 304:13,24
305:6 307:5 309:24
310:1,3,4 311:9,14,15
311:17,19,22 314:1
**groups** 21:13,14 29:14
60:13 155:16
**group's** 49:5 215:14
224:13 270:25 285:24
**Guard** 233:9
**guess** 18:12 171:25
192:20 196:1 198:19
205:21 248:19 279:12
298:21 300:6
**guidelines** 60:6
**gulf** 1:5 15:10 21:13
22:22 23:6,15,17 26:7
27:7 28:3 29:18,19,24
31:1,5,13,17 32:23
33:9 35:2 60:15
67:13 68:10 109:24
128:6 184:20 204:9
216:13 235:8,9 279:5
310:4 311:16

─────────
**H**
─────────

**half** 23:23
**halfway** 20:24
**Halliburton** 2:9 243:18
312:6
**hand** 243:25 260:24
263:25 269:4 273:10
290:16 295:9 298:13
298:14 309:8
**handed** 299:1
**handful** 189:4 209:5
**handle** 39:18
**handled** 39:4
**handwriting** 161:13,16
161:17,22
**hanger** 220:2
**happen** 46:5 209:15

222:25
**happened** 43:17 51:1
215:16 221:18 290:6
**happening** 185:7
**happens** 47:14 89:15
**happy** 124:4 194:11
**hard** 119:6 198:23
**Hartley** 2:8 5:10 39:6
39:12,23 243:15,17
244:24 247:13 250:19
252:12,22 253:24
255:25 256:25 258:5
258:19 259:14,22
260:6,23 262:10
263:8 266:15,24
267:6,11,17,19
268:11 269:1,3
270:10 271:8,21
272:4 274:15 275:25
276:17 277:1,11,23
278:10,24 279:25
280:9 281:22 282:25
284:6,25 286:2,22
287:11,22 288:5,17
289:2,17,24 290:8,15
292:15 293:20 294:8
294:21 295:8 296:9
296:21 298:9,12,18
298:23,25 300:13,21
301:25 302:10,19
303:13 304:1,9 305:4
306:6 307:2,22
308:11,17
**Harvey** 2:18 5:8 174:5
174:7 175:17 176:2
176:18 177:1,9,21
178:17 179:10,20
180:10 181:2 182:13
183:10 184:4,17
185:16 186:12 187:1
187:17,25 188:17
190:20 191:3 192:6
193:15 194:4 195:20
196:8 197:9 198:11
199:5,20 200:16
201:6,20 202:2,9
203:3,12,23 204:5
205:2,9,14,16 207:11
208:16,24 209:20
211:17 212:25 214:25
215:21 216:3,9
217:20 218:8,25
219:14 221:5,12,23
222:9 223:7,15
224:14,25 226:5,12
226:22 227:20 228:3

228:18 229:1,13
230:11,21 231:4,13
231:22 233:19 234:8
236:8,18 237:11,20
238:6,11 239:19
240:15 241:25 242:5
242:18 243:3
**head** 16:17
**heads** 95:18,19
**hear** 302:20
**heard** 215:1,3 217:22
218:1 225:6 247:7
267:21,25 268:4,5
278:12,16
**hearing** 301:19,24
**heavily** 118:25
**heavy** 26:12
**Hedley** 109:21,22
110:19 200:6
**HEIMANN** 1:21
**held** 15:4 23:21 53:12
**help** 45:23 148:4
279:11
**helpful** 56:6 170:11
**helping** 235:10
**helps** 312:22
**hereinabove** 319:7
**hereto** 14:4 319:15
**hey** 196:13
**high** 112:17 118:20
166:2,12 239:5
**higher** 38:8,8 94:16,17
115:19 116:2 119:14
158:4 166:18
**highest** 116:10
**hit** 118:12,13,20,22
**Hold** 142:21
**hole** 47:16 87:9 180:6
220:12 227:9,13
241:12 242:16,22
275:4 311:10
**Hollek** 9:3 11:14,21
31:19 82:21 83:21
124:10,23 131:9
183:4 192:19 198:15
209:14 211:13 215:8
224:18 225:2 237:25
238:5 240:14,17
241:3 261:18 263:19
269:8,14 270:18
271:22 272:13 274:24
279:8 280:20 285:14
301:18
**Hollek's** 282:4 310:3
**Holley** 13:9 237:24,25
238:22,22

**Holley's** 239:24 240:18
**honest** 209:8
**Honestly** 230:2
**hope** 50:16 263:12
**hoped** 194:2
**hopefully** 50:17 164:10
266:8 275:2
**hoping** 56:24 270:13
**HORIZON** 1:4 15:10
49:18 70:24 181:24
182:5 252:3
**horizons** 48:21
**horizon's** 48:14
**hour** 256:5,5 270:17
**hours** 255:21 256:12
**Houston** 3:4,9,16,21
20:25 24:23 232:3
**Hub** 28:17 30:16
204:14
**Huch** 9:13,17,21 12:3
34:11 44:18 107:14
131:17 135:8 140:24
143:7 144:7 193:16
299:3
**Hudson** 1:22
**huge** 60:25
**huh-uhs** 16:16
**hundred** 87:5 88:19
89:10,11 110:21
111:16
**hurdle** 84:6
**hurricane** 181:23
**hydrocarbon** 162:12
**hydrocarbons** 55:21
85:21 86:8 96:5
141:17 271:10

─────────
**I**
─────────

**Ida** 70:21 120:10
**idea** 42:16 48:24 55:7,8
55:10,11 74:6,9 91:8
119:13 123:23 146:24
161:23 234:1 295:16
296:12 297:16 300:8
**ideas** 53:6
**identification** 79:8
107:8 109:19 120:1
123:20 127:4 131:14
135:5 139:22 143:3
151:4 156:9 160:3
167:21 185:20 204:4
211:16 216:8 224:24
229:20 237:19 243:2
309:12
**identify** 27:17 29:10,12
30:15 168:8

─────────

GAUDET KAISER, L.L.C
Board-Certified Court Reporters

Exhibit N
Page 90

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                                         Reported by:
ALAN O'DONNELL                                                    May 5, 2011                                              SANDRA D. FILES, CCR

Page 329

identifying 28:12 30:1
illuminating 106:8
impact 41:22 307:3
implied 141:20
implies 242:21
importance 211:19
important 60:15,17,22
    60:23 61:3 191:14
    199:6,9 242:1
impressive 25:21
inabilities 258:22
inch 176:6,6,11,12,12
    214:6,7 220:1 295:18
incident 90:13 171:7
    172:21 222:14 232:12
    232:23 233:4,5
    236:23 312:21 313:15
include 28:15 45:12,13
included 93:3 110:2
    229:23 252:1 253:6
includes 28:17 107:17
    143:8 213:20
including 244:16
    309:16
incorrect 155:20 156:1
increase 78:9 134:7
    137:13,18,22
increased 78:14 100:10
    138:24 139:11 144:23
increases 150:10
increasing 77:25 145:1
incremental 70:20
incurred 50:1 171:1
    222:13 224:5
Independence 28:17
    30:16 204:14
INDEX 5:2 6:1
indicate 264:24
indicated 15:6 245:7
individual 266:13
    268:25 312:11
individually 266:23
individuals 208:18
industry 19:22 38:15
    38:18 314:24
infer 105:24
info 124:16
information 42:15 74:8
    77:11 83:9 90:5,8
    92:25 97:13,14 98:25
    99:2 121:7 134:17
    146:21 152:5 174:9
    183:13,22 185:25
    186:7,14 187:4,7,8
    188:9 189:19 190:6
    201:8,12 208:8

211:21 212:13 213:3
    215:8 218:18 219:2
    225:5,23 226:6
    228:21 230:13 233:1
    233:6,7 234:7 237:5
    249:8 250:3,8,14
    251:5,11,25 252:6,21
    254:22 255:10 259:2
    270:18 272:10 280:11
    292:18 307:4,11
informs 270:15
inhibit 277:15
initial 36:7,10 88:20
    98:18 113:6 124:14
    126:7 127:8,9 174:22
    175:3 180:15 181:4
initials 163:15
input 305:17 316:4
inquired 145:16
INSIGHT 189:1
INSITE 187:19 227:1
    246:8,14 247:18,21
    248:5,8 254:1,1,23
    255:9 256:18 257:2,5
    257:7,14,24 258:7,23
    259:3,7 260:3,14
    303:8 307:14 309:15
    310:8,17 311:4,24
    312:17
INSITEanywhere
    13:18
installation 220:4,8,9
installing 55:17 88:6
instance 21:13 37:22
    60:18 69:14,24 75:25
    76:14 100:3,8 115:23
instances 256:14
instruct 266:6 268:23
instructing 267:15
instructs 17:10
intangible 175:6,7
    220:10
integrity 278:13 301:2
    302:2,13,21 303:15
    304:22 305:12,20
interacted 314:24
interchangeable 23:3
interchangeably 23:12
interest 8:6 35:4,21
    37:15 43:14 48:13
    50:25 51:2,4 53:12
    65:12 78:2 91:5 98:7
    108:3 109:10 121:4
    126:6 180:4,16,22
    183:19 215:11,11
    222:15,19,24 239:4

254:12 256:4 257:9
    270:25 272:12 284:17
    284:21 285:24 286:3
interested 93:16 193:7
    193:23 239:3 270:7
    273:6,7 305:7 306:4
    307:9 319:16
interesting 240:20
interests 46:4 239:21
internal 141:18
International 155:16
interpretation 165:11
interrupt 64:8 174:16
interval 166:16 191:22
introduce 182:18
introduced 181:10
    213:4
invest 40:12 47:12 69:1
    69:13,14 108:23
invested 41:18
investment 40:3,7,15
    41:15 58:1 67:20
    88:11 91:15,23 102:5
    105:2 107:1 126:2
    148:24 149:3 152:14
    271:11 306:3 316:9
investments 55:18,25
investor 47:17
investors 305:15
invitation 209:13
invoice 11:3 76:1
    168:18,21 169:18
    170:11,11 171:4
    221:24 222:3,12
invoiced 221:7
invoices 167:25 168:2
    169:21 173:9,14
    221:17
involved 44:21 45:19
    61:20 73:13 82:24
    108:7 239:20 252:23
    253:8 266:18
involvement 236:22
in-house 66:11
Isbell 311:18
Ishii 299:4
Isopach 162:5 167:15
    167:16
issue 76:20 112:5,7,11
    211:3,7 212:10 268:5
    268:16 276:3 296:24
    297:10
issued 63:13
issues 39:4 214:22
    215:4 257:19 266:17
    267:23,25 277:4

287:7,8,9,13 288:9,19
    289:8,15,20 292:1,2,8
    294:23 301:3,20,24
    302:9,13,22 303:5,16
    303:24 304:22 305:18
    306:10,13 313:23
    314:21
item 90:20 171:6
items 54:8,20,24
    315:13
iteration 225:22

J

J 1:4 2:23
JACKSON 3:7
January 47:22 49:21
    132:10 214:2
Jennifer 2:12
Jerry 238:1
JIB 168:3 172:7
JIBs 169:14
Jim 34:15,17,19 237:25
job 19:23 21:2,3 23:1
    27:13 28:6 31:16
    32:24 35:9,9,11,12,17
    37:5 72:1 130:18
    138:8 260:20,21
    262:11 313:25
jobs 23:2 32:4
jog 292:22 312:22
John 309:24 311:21
joint 222:15,18,23
    300:14
JONES 2:22
Joseph 3:20
Joyce 2:23
Jr 2:8
JUDGE 1:5,6
Judy 2:18 174:7
July 168:19
jump 174:11
June 168:21
JUSTICE 2:17
justifying 26:13
J.R 3:3

K

K 1:22
Kamm 309:24 310:16
    311:21
Kansas 24:18
KARL 4:6
Katz 3:12 309:5
Kea 8:7
keep 48:12 49:10 52:18
    52:18 187:15 262:17

262:19
keeping 189:23 255:6
    261:24 271:22
key 40:10 57:4,5 58:8
    58:20 59:23,24 82:19
    304:19
kick 306:14 307:25
kicks 153:2 290:10
    292:17 306:7
kind 26:16 55:11,13
    62:22 64:18 67:4
    69:19,21 72:15 81:20
    152:5,7 161:8 166:3
    169:17 171:9 188:21
    190:5 198:25 202:3
    210:17,20,23 227:15
    315:17
kinds 62:18 150:13
KIRKLAND 2:3
knew 35:8 70:2 77:8
    90:12 240:23 250:1
    272:19 294:7 296:17
know 32:16 33:16,18
    33:20,21,24 34:1,4
    35:17 37:4 43:21
    46:16 52:8 59:10
    62:5 63:17 64:16
    65:18 70:25 77:13
    78:20 79:18 85:7,17
    93:2,5 98:3,19 100:8
    101:23 106:3 111:9
    111:10,10,13 112:1
    116:17 120:11 121:12
    122:16,25 130:18
    131:19 133:24 134:11
    136:16,23 137:1
    144:12 146:23 147:20
    148:20 152:21 155:1
    155:5 157:12,12
    164:9 165:24 166:12
    167:2 170:16 173:3,3
    175:16,23 176:11
    177:25 178:5,22
    179:9,23 184:16
    186:8 188:20 190:1,2
    190:5,18,19 191:15
    191:21 194:5,16
    198:13 200:23 202:8
    207:7 208:2,11
    209:21 210:10,10,10
    211:5 214:13 215:5,7
    215:9,15 217:23
    218:14 220:10,21
    221:6,11 227:16,16
    230:22 231:5,8,9
    232:6,8,10,19,24,25

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010
Reported by:
ALAN O'DONNELL                                    May 5, 2011                            SANDRA D. FILES, CCR

Page 330

235:1,5,12,15,17
236:2,9,15 239:16,17
240:20 241:3,14
244:15 246:3,4 248:2
248:6 249:12,19
250:22 251:1,24
252:4,18 253:2,4,17
254:15 255:19 257:1
257:17 258:12,17,17
259:5,21 260:4,19,22
263:11 265:5,8
274:16,20 280:17
281:8 284:1 285:22
286:10 294:16 297:6
297:11,12,14 301:15
304:15 305:19 308:6
310:9,16 313:9,12,17
315:18
**knowing** 170:5 191:20
**knowledge** 20:8 30:2
52:20 65:8 165:1
179:3,11 189:19
199:1 237:4 239:7
245:23 252:1 314:21
316:3,7,11,12,13,16
316:20,25 317:4,9
**known** 69:21

**L**

**L** 14:1
**labeled** 213:13
**Labs** 232:3
**land** 24:8 34:8,10,22
44:16 70:13 77:9
98:2 107:14 284:4
285:8,13
**language** 300:7
**large** 30:17 163:4
**larger** 115:12
**late** 74:3 107:18
**law** 14:8
**lawyer** 54:4 60:4
**lawyers** 92:23
**lay** 60:7 88:6
**layer** 195:22 196:3
**layman** 60:2
**laymen's** 161:8
**lays** 26:1
**LDS** 220:3,4
**lead** 50:15
**learn** 66:1 67:3 74:12
164:7
**learned** 35:8,12 66:17
83:8 92:9 228:13
**learning** 122:1
**lease** 45:16 46:4 47:18

53:13
**leases** 44:25 45:1
**led** 36:21,24 37:22
292:9
**LEE** 3:7
**left** 71:11 88:10 94:11
98:17 127:14 132:9
148:15 161:12 255:18
255:18 273:9 283:10
**LeGrand** 3:15 5:12
298:16 309:2,4,13
310:15 311:6 312:13
312:15 313:8 314:13
314:22 316:2 317:10
**length** 243:22
**letter** 9:12,16,20 12:6
131:16,21 135:7,16
135:19,20 140:24
216:22
**letters** 213:5
**let's** 57:21 119:22
142:22 174:22 176:5
181:7 196:13,14
198:14 199:21,22
208:25 219:15 229:14
248:11 253:25 285:1
**level** 38:9 83:13 84:7
239:5 279:19
**levels** 83:5,17 275:15
**LEWIS** 3:19
**liaison** 310:5,23
**LIEFF** 1:21
**lies** 50:24
**life** 1:17 18:15
**light** 145:6
**liked** 111:14,14
**likewise** 107:20
**limit** 275:22
**limited** 249:25 251:21
257:24
**limits** 251:23
**line** 31:3 88:7 117:20
240:7 298:3 311:2
315:13
**liner** 214:9,10
**lines** 192:15
**liquids** 157:10
**Lisa** 157:11
**list** 8:1 9:1 10:1 11:1
12:1 13:1,18 93:10,11
107:16 110:2 143:8
178:23 210:8 253:2,5
309:18
**listed** 102:1,7 175:8
176:20 178:20 180:14
181:14,16 210:13

230:24 247:21 309:21
**little** 21:21 27:23,23
31:10 33:14,14 41:14
43:7 58:23 61:10
71:13,22 75:6 92:3
93:25 99:11 134:9
174:15 182:2 204:7
264:3 270:16 271:15
311:23,25
**living** 24:22 81:21
**LLC** 2:15
**LLP** 2:3,11 3:11,15,19
**lobe** 261:13
**locating** 18:10
**location** 232:2 282:8
**lockdown** 221:3
**log** 186:23 187:13
188:4 189:1,6 190:7
192:11 209:6 227:9
228:16 232:19 235:10
241:19 245:11,13,25
246:24,25 247:8,23
247:25 248:3 311:10
311:11 312:16
**logged** 141:16 187:19
189:18 255:18,20
260:8 270:14 312:19
312:24 313:13,14
**logging** 67:9 192:11
232:14,21 254:20
256:10 313:18
**logical** 272:14
**logs** 90:6 187:12,14
192:11 209:3 227:7
227:13 230:5 231:7
241:12 242:16,22
254:25 255:1,3
263:13 269:16,17
275:4 311:11
**long** 22:6 23:20 35:16
121:2 198:19 255:8
**longer** 94:18
**look** 28:23 29:2,5 38:3
38:14 40:2,10,25
42:13,15 45:22 54:7,8
60:15 65:20 72:7,10
76:6 78:17 79:10,19
82:9 88:9,10 94:11,24
95:1 96:23 97:2,19
98:16 105:5,24 106:7
116:21 117:5,12,23
118:2 119:22 120:4
122:12 123:24 124:17
126:22 127:21 135:22
139:11 143:5,17
148:13 151:1 152:10

160:9 162:3,11
165:13 167:22 168:4
170:10 171:5 178:4
188:20 189:14 192:4
192:21 240:2 241:1
248:22,22 251:10
255:5,7 271:1
**looked** 26:10 38:1,13
63:21 66:18,21 67:24
72:12 75:20,21 77:9
102:13 106:24 107:3
107:3 114:11 125:1
125:10 131:1 151:22
168:2 170:2,4 207:9
222:11 251:8 264:16
299:24 313:6
**looking** 55:8 79:16,25
93:17 94:25 95:4
99:16 118:5 147:5
170:7 188:23 190:6,7
190:8 192:2 201:12
201:16 227:22 234:4
249:12,20 252:20
254:18 257:10 270:8
279:13
**looks** 92:13 95:15,15
99:24 104:10,25
105:8 108:2 110:5
127:7,22 128:1
132:19 142:19 146:4
147:11 150:21 153:2
156:19 157:16 161:17
166:17 168:13,17
178:6,19 180:23
181:12 269:14 305:21
**Los** 2:13 3:13
**lose** 118:10 279:11
**losing** 264:24 265:18
**lost** 214:4,15 265:17
267:22 290:1 292:17
**lot** 60:13 78:21 81:18
240:1,25 241:6
255:24 279:11
**lots** 99:2 150:19,19,20
**loud** 213:16
**loudly** 16:16
**Louisiana** 1:2,18 2:24
3:20 4:13 14:22 15:5
15:13 24:6 25:8
26:19
**low** 118:22 234:25
**lower** 95:6 115:16,19
116:2 119:15 158:5
261:13 269:16 294:24
**LP** 244:8
**lunch** 203:18

**L.L.P** 2:23 3:7

**M**

**M** 2:12
**Maconda** 8:20
**Macondo** 9:6 10:6,12
10:21 11:17,24 12:6
12:13,19 13:5,18 33:1
35:4,21 36:12 37:16
43:10,14 44:23 46:22
47:4,22 49:15,24
50:22 51:23 52:23
53:5 62:19,21,24 63:3
63:19,25 65:10 67:20
67:22 68:16,17,20
69:7,10,15,25 73:10
73:16,23 76:4 77:4,24
78:9,14 81:23 94:10
101:18 102:11,23
103:4,17 105:5,18
108:18 109:3,10
115:23 124:13 135:9
144:8 147:12,17
150:7,15 151:14
153:14 157:7 158:20
161:1 178:9,19 204:1
204:18 205:5 209:13
211:12 213:22 216:12
216:24 217:2 220:4
229:17 231:25 232:11
232:23 233:2 234:12
234:19 236:23 237:16
239:9 240:1,21,23,25
241:5,15 242:2
245:15 246:13 252:3
267:23 271:24 291:7
301:4 304:4 315:3
**MAG** 1:6
**main** 40:1 43:5 187:4
189:22 269:18
**maintenance** 26:21,22
29:6,7
**making** 38:23 72:2
98:7 271:6 308:9
**man** 107:14 284:4
285:8
**management** 26:14
27:20 80:19 81:13
82:16 83:5,14,17 84:7
84:24 92:19 93:16
107:19 110:7 122:11
234:3 237:6
**manager** 22:21,23,24
23:1,9,10,11,15,16,18
24:5,12,21 25:2,7,11
25:15,15 26:18 27:7

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C                    Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029           Board-Certified Court Reporters            Facsimile: (504) 525-9109

Exhibit N
Page 92

Case 2:10-md-02179-CJB-DPC   Document 3156-9   Filed 07/06/11   Page 94 of 106

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported by:
ALAN O'DONNELL                                May 5, 2011                                SANDRA D. FILES, CCR

Page 331

27:14 28:3 31:17
32:23 35:2 68:10
109:24 197:4,11,14
197:16,25 204:8
282:6,19 283:2
286:24 289:6
**managers** 23:4,7
**managing** 27:13 28:15
**manner** 123:4
**Manoochehri** 147:20
**map** 31:3 161:25 162:5
162:16,21 164:21
167:15,16
**mapping** 163:5
**maps** 160:21 165:7,12
**March** 9:17 135:7
136:3 139:7 143:11
185:22 199:24,24
224:17 306:15 307:24
**Margaret** 3:7
**MARIANAS** 70:22
120:10 121:19 122:2
122:19 123:5 181:22
182:4
**mark** 78:24 199:21
203:25 211:12 216:6
279:12
**marked** 53:23 79:7
107:7 109:18 119:25
123:19 127:3 131:13
135:4 139:21 143:2
151:3 156:8 160:2
167:20 174:20 185:19
204:3 211:15 216:7
219:17 224:23 229:19
237:18 242:25 243:1
243:25 260:25 264:1
269:5 273:18 290:17
295:10 298:15 299:2
309:9,11
**market** 59:15 61:12,14
62:4
**marketing** 61:19 62:8
**marking** 131:11
**Martin** 1:22 79:11
114:15 140:8,12,16
160:5
**mass** 195:12 282:7
**material** 45:11 63:14
63:15 82:6 92:22
125:18 249:6
**materiality** 40:11
104:25 105:3
**materials** 249:18
**math** 88:14
**matter** 15:9 93:3 94:4

101:24 125:22 155:11
211:25 212:1 319:17
**matters** 106:2
**Mauna** 8:7
**MBA** 20:24
**MBOE** 154:13
**MC** 10:6 12:7 171:7
172:20
**MCCUTCHEN** 2:11
**McKinney** 3:4
**MC252** 220:5
**md** 235:21 301:5
**MDL** 1:3 135:2 139:19
**MDT** 166:17
**mean** 21:6 26:9 30:24
30:25 37:21 40:20,25
42:6 48:21 50:4
59:25 60:9 74:5
85:19 86:5,12,21 87:1
87:8,18 88:3 96:6,8
96:18 97:7 99:7
101:2 102:4,23,25
103:7,22 104:13
108:21 109:5,8,14
110:23 117:2,5,6
118:9,19 119:5,16
128:24 138:6 144:24
149:1,11 154:15
158:13,22 161:6
163:15 164:5,22
166:3 194:9 207:9
209:7 210:21 212:3
225:7 247:22 255:23
275:7 284:20 315:9
**meaning** 24:16 265:11
**means** 21:8 41:15
85:17 86:2,7 88:4
89:24 92:23 96:17
102:16 109:6 117:18
118:10 148:20 166:12
176:9 235:2,16 265:9
**meant** 161:24 274:17
278:4 288:9 289:7
**measure** 41:22 62:6
235:19,23,25
**measuring** 42:19
**meet** 209:7
**meeting** 52:7,15 124:18
200:15,18 206:18
208:18 209:12,15,22
210:7 211:1 290:18
290:24 291:2,4,9,11
291:15 292:6,24
293:1,3,22,25 295:24
296:6,8,25 297:17
299:20 302:14 303:3

303:16
**meetings** 51:22,24 52:3
78:12 82:18 137:12
200:24 201:5 208:11
**Meloy** 83:23
**members** 291:10,12
**memory** 62:12 104:7
108:6 167:4 261:3
292:23 312:22
**mention** 202:11 258:25
**mentioned** 27:11 40:13
42:3 57:17 58:5
59:25 65:21 74:11
109:12 239:13 246:8
279:2 287:17 292:17
301:19
**mentioning** 289:19
290:9
**mentions** 201:22
**merit** 291:6
**merits** 36:17,17,20
**met** 38:2,6 193:25
209:4 296:6
**method** 161:9
**methodology** 64:22
**Mexico** 1:5 15:10 21:14
22:22 23:6,16,17 26:7
27:8 28:4 29:18,20,24
31:1,13,17 32:23 35:2
60:16 67:13 68:11
109:24 128:7 184:20
204:9 216:13 235:8,9
279:6 310:4 311:16
**Micallef** 2:4
**Michael** 9:12,16
**middle** 31:6,14 110:18
156:15 158:7 274:23
**mid-continent** 24:12,13
24:14,15,16
**MikoLevine** 2:12
**millidarcy** 235:22
**millidarcys** 235:24
**million** 70:1,16,20 71:3
71:9,10,11 86:9,12
87:5,14,17,25 88:15
88:17,19,22 89:1
96:20 97:8 103:11,18
104:13 108:16,17,18
109:9 110:22 111:16
113:2,3,5 114:12
118:14 124:15,24,25
126:11 129:4,14,24
133:25 137:4,6,8
141:2 142:7 143:13
149:23 153:22 163:22
175:3 179:12,22

180:7,9,23 225:11
**millions** 103:15
**mind** 54:11 286:14
313:7
**minding** 71:14 72:6
**mine** 51:6 68:5 257:9
**minimal** 279:14,18
280:2,14
**minus** 98:21 100:4
**minute** 57:21 102:13
168:7
**minutes** 52:16 73:7
76:7 143:14 159:14
264:15 282:4 298:7
298:11,17,19 299:9
308:15
**missed** 119:20 238:13
**missing** 99:1,2,21 196:4
**Mississippi** 31:6,14
32:25 216:12 245:15
**misspoke** 91:7 129:21
**mistake** 60:3
**MM** 153:20
**MMBOE** 86:2,2,3
**MMSCF** 153:20,21
**modeling** 61:24
**MOEX** 2:14 46:11
**moment** 54:10
**Mon** 8:5 10:4 11:16
**Monday** 200:15,17
274:25 279:9 285:15
290:20
**money** 21:9,10,12,16
21:18 41:24,25 42:1,9
45:15 46:3 50:9,11
56:18 57:2 68:1,2,19
69:2,4,6,9,16 114:21
115:9,25 118:11
149:5
**monitor** 252:6 256:5
258:6,22 259:17
260:5,15
**monitoring** 256:3,16
259:7 303:7 305:16
307:14
**month** 11:3 168:21
171:2 205:18
**monthly** 169:6
**month's** 170:22
**moot** 194:12
**MORGAN** 3:19
**morning** 15:20 200:15
200:17 244:4 246:6
273:22 279:9 281:2
284:7 285:15 290:20
316:6

**Mountain** 24:23
**Mountains** 24:21
184:24
**mouth** 111:4
**move** 38:7 53:3 89:15
89:17 212:23
**MSTB** 153:7,24
**MTC** 195:7,11,22
196:6 282:12
**mud** 232:14 245:11,13
245:25 246:24,25
247:8,23,25 248:3
**mudline** 234:22
**multiple** 81:4 282:1
**multiplying** 56:20
**MUNGER** 3:11
**M-I** 3:21

___

**N**

**N** 14:1
**name** 15:21 142:1
155:5 174:7 197:18
235:12 243:17 282:24
309:4
**named** 35:15
**Nancy** 2:12 101:3
**Naoki** 299:4
**narrative** 16:9
**narrow** 67:5 164:10
228:14 230:19 268:1
**narrowed** 228:16
**nature** 32:4 48:9
245:11 262:5
**necessarily** 100:24
123:10 164:5 229:3
305:3 315:22 316:1
**necessary** 164:22
276:13
**need** 16:15,24 50:9
53:21 59:10 79:24
111:20 112:2 116:15
142:22 212:14 240:2
241:1 310:8
**needed** 77:10 112:8
230:14
**needs** 124:3 192:2
**negative** 118:7 313:2
313:20
**negotiating** 44:9,15
70:9
**neither** 85:1,9
**Neptune** 28:22 204:14
**net** 102:15,17,22,23
103:11,17 104:12
105:3 108:16,18,24
114:10,13,20 115:12

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010          Reported by:
ALAN O'DONNELL                              May 5, 2011                          SANDRA D. FILES, CCR

Page 332

116:1 117:13,14
148:23 149:2 153:23
154:10,12,21 161:20
161:21,21,25 162:5
164:8 227:10
**never** 146:19 203:7
228:15 247:7 250:3
314:24
**new** 1:18,23 2:5,24
15:5 46:2 51:22
52:23 53:5 82:7 83:8
91:12 133:11 183:22
184:8 185:24 186:7
186:13 189:8 249:9
263:13 270:14
**Nicholas** 9:13,17,20
**Nichols** 3:3
**Nick** 34:11 107:13
**Nick[Nick.Huch@A...**
12:4
**night** 265:20
**nine** 32:1
**nominal** 254:15
**non-operated** 28:19
72:16 172:11
**non-operating** 47:11
47:23 305:14
**non-operator** 47:4
313:21
**normal** 16:21 45:25
52:9,25 256:11 279:4
**normally** 99:24
**north** 24:6 25:7 26:19
**notation** 166:13
**note** 161:24
**notebook** 273:12
**notes** 181:11
**notice** 53:25 244:2
266:22 290:18,24
312:8
**noticed** 266:21
**notification** 284:3,4
285:7,12
**notified** 46:15 264:10
**November** 11:9 120:3
**NPV** 102:5,16 103:17
108:16,19 114:10,13
114:20 115:12 116:1
117:21 118:6 148:15
152:2
**number** 6:3 7:3 65:9,15
72:23 73:2 74:19
86:21 87:2,15 88:5
95:1 96:2,6,8 103:14
107:5 109:15 114:2,6
114:12 115:6 117:6

118:7 119:10 140:5
150:9 156:6 159:18
159:22 165:10 173:25
174:4 177:23 203:17
203:21 209:11,11
213:9,24 215:24
216:5,11,24 219:15
219:22 220:5 224:19
225:11,11,12,14,16
226:1,4,21,25 227:10
227:11 229:15 231:17
231:21 237:21,22
238:2,12 243:10,14
254:13,15 308:21,25
317:17
**numbered** 54:8 79:6
**numbers** 29:8,8 37:23
37:25 38:1 64:20
65:21 74:20,21,25
86:23 91:18,23,25
92:3,10,11,13,17
95:25 100:8 103:2
104:9 116:22 150:13
150:20,22 182:15
225:7 227:5,16
**nutshell** 56:8 94:23
**NY** 1:23 2:5
**N56** 261:14

_____

## O

**O** 14:1
**OA** 217:2
**oath** 14:23
**object** 17:9 59:1 77:18
91:1 92:15 96:13
103:20 104:16 105:15
106:11 110:9 111:1
113:15 114:24 115:14
116:4 119:2 121:21
122:4,21 123:8
125:13 126:18 127:17
129:12,16 130:1,23
131:25 132:17 133:8
133:19 134:22 135:12
136:21 137:25 138:13
139:1,13 144:19
145:11,20 146:16
147:1,9 148:8 149:25
150:17 154:4 155:13
155:22 157:3,25
158:15 159:2,8
162:18 163:7,17
164:3,19 165:5,21
167:12 169:23 170:19
171:14,23 172:5
173:1 175:13,20

176:14,23 177:8,14
178:14 179:7,16
180:1 181:1 182:12
183:9,15,17 184:11
185:10,12 186:3,18
186:20 187:10,22
188:11 190:16,25
191:18 193:14,18
195:17,24 197:1
198:6 199:4,14
200:12 201:1,14,24
202:6,21 204:22
207:5 208:15,20
209:17 211:24 212:19
214:18 215:20 218:3
218:22 219:11 221:1
221:9,20 222:5 223:6
223:14 224:8 225:18
226:11,16 227:3
228:2,7,23 229:9,25
230:17 231:1 233:16
233:23 236:5,13
237:8 239:11 241:8
242:4,12 250:18
252:11,16 253:21
255:12 256:22 258:2
258:10,15 259:10,19
260:1,17 262:7 263:4
266:4 270:2,23
271:17 272:1 274:12
275:18 276:7,23
277:8,18 278:6,20
279:21 280:5 281:6
282:22 283:23 284:11
285:20 286:7 287:4
287:15 288:12 289:1
290:12 294:3,13
295:1 296:4,14
297:20 300:12,18
301:22 302:4,16
303:12,18 304:6
305:1,24 306:23
307:17,19 308:2
310:11,21 312:9
313:4 315:24
**objection** 17:11 75:16
217:16 266:8 268:9
268:13 288:2 289:10
289:23 290:3 292:11
293:19 312:4 314:10
314:18
**objectionable** 17:7
**objections** 14:14 247:4
**objective** 275:1 301:5
**obligations** 300:23
**obliged** 39:1

**observe** 312:25
**obtain** 202:17 211:20
212:14
**obtained** 263:2
**obtaining** 202:11
**obvious** 41:7
**obviously** 55:9 74:8
254:11 268:13,18
**occasionally** 206:9,13
**occasions** 254:8
**occur** 55:19 279:5
**occurred** 52:3 182:7
211:1 274:2 281:20
306:15
**occurrence** 262:3,9
**OCS** 216:12
**OCS-G** 216:11,24
**October** 24:1 28:4,8
81:24 107:9 109:21
125:11,24
**offered** 268:17
**Office** 2:18
**official** 98:2 283:17
284:1,3 285:12
**officially** 284:2
**officiated** 14:23
**offshore** 2:14 23:4
25:11,17,19 46:11
60:24 155:15
**oh** 71:5 96:22 111:23
140:17 142:21,23
174:23 180:15 185:17
199:21 202:16 221:24
237:24 238:9 252:14
**oil** 1:3,4 15:9 18:10,11
43:1 55:4,22 56:16,21
57:6 58:9 59:7,15,16
74:10 153:7,11,23
154:12,18,21 157:18
166:21,25 316:22
**okay** 16:12,20 17:15
18:3,5,19 19:1,8,14
19:20,24 20:10,13
21:5,20 22:3,6,12,16
23:13,20 24:16,19,19
25:5 26:3,15,24 27:2
27:6,21 28:6,10 30:3
30:9,12 31:16,24 32:3
32:16,21 33:10,13,15
33:24 34:4,13,19,24
35:7,13,16,19 36:6,20
37:1,4,8,12,20 38:10
39:11,16,16,16,20
41:13 43:2,6,20 44:3
44:8,17,20 45:3,14,18
45:22,24 46:7,19,24

47:2,7,19,25 48:3,8
48:20 49:8,13,17 50:8
50:20 51:14,17,21
52:2,6,20 53:2,11,15
54:4,15,15,18,22 55:1
56:6,11,23 57:14 58:3
58:5 59:13,19 60:3,5
61:5,22 62:11,22 63:2
63:16,22 64:13,19
65:14 67:10,17 68:6
68:13 69:11,20,23
70:4,7,12,15,25 71:12
71:21,25 72:5,18
73:21 74:1,15,21 75:4
75:10,24 76:4,13 77:7
77:12 78:16 79:4,13
79:17 80:2,9,12,17,21
80:25 81:8,24 82:9,12
83:15 84:10 85:1,10
85:14,23 86:4,11,18
87:3,10,17,24 88:2,9
89:7 90:11,17,20
91:18 92:17,21 93:18
93:23 94:9 95:12
96:9 97:12 98:12,25
100:13 101:13,22
102:9 103:16 104:4
104:23 106:5 108:2
108:13 109:4,8,15
110:1,15,18 111:18
111:19,24,25 114:19
114:20 115:5,9,22
117:19 118:4,13
123:15 124:20 125:8
126:10,13 127:10,13
127:21 128:9,17
129:8 130:6,12,18
131:4,10,21 132:5,9
132:23,23 133:14,24
134:6,11 135:22
136:9,16 138:21
142:5,8,12,21 143:17
144:4,4,12 146:9
147:24 148:2,13,16
148:23 149:5,10,16
149:20 150:9,12
151:12,21 152:9
153:1,17,18,23 154:8
154:10,15,20 155:1
155:10,18 156:5,12
156:25 157:20 158:9
158:22 159:12 160:17
160:25 161:12 162:3
162:14 163:3,12,24
164:25 165:17 166:6
167:1 168:6,9,16,25

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C              Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029            Board-Certified Court Reporters       Facsimile (504) 525-9109

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010
ALAN O'DONNELL

Reported by:
May 5, 2011

SANDRA D. FILES, CCR

Page 333

169:5,17 171:4,16
172:20 173:5,16
174:12,17,18,25
177:2 178:2,11 179:2
179:11 180:21 181:6
181:9 182:18,24
185:17,18 186:13
187:18 188:8,22
190:9 192:14,16
193:4,5 194:22 196:9
198:14 199:21 200:5
200:7,7,8 202:14,16
203:11 209:2 210:6
213:11,15,19 215:22
218:17 219:19,25
224:21 229:21 234:13
235:14 238:21 242:19
261:7,17 263:9
267:12 268:8 269:13
276:1 280:19 283:11
293:13 311:13
**Oklahoma** 17:22
**OLSON** 3:11
**Omni** 232:2
**once** 69:12 89:12,13,13
96:3 122:8,8 141:15
207:16,18,19,22
212:3,6 223:19 227:6
269:20
**ones** 34:3 43:5
**one-fourth** 107:24
**one-in-ten** 118:19,21
**one-third** 107:23
**one-to-one** 117:8,9,25
118:6
**ongoing** 249:1
**online** 55:21
**onshore** 21:14 61:1
**on-the-job** 20:19 21:3
**OPEC** 62:3
**open** 227:9,13 235:3
241:12 242:16,22
275:4 311:10
**operated** 28:22 91:3
184:23 204:15 310:6
310:25
**operates** 305:11
**operating** 46:10,21
76:24 77:1 185:2
204:17 223:22 300:15
310:24
**operation** 11:3 168:21
220:8
**operational** 313:19
**operations** 26:20 30:10
49:14 71:18 72:3

171:18 220:13,22
249:2,17 252:8
259:16 260:15 306:19
**operator** 47:11 194:13
231:11 271:6 272:25
273:4 295:7 301:3
305:8 313:22
**operators** 214:21 310:6
**opinion** 75:22 123:13
164:23 231:12 234:3
287:24
**opinions** 186:24
**opportunities** 21:19
29:4,10 30:1,16,18,20
40:12 64:2 68:19
101:16 105:6
**opportunity** 44:24 46:2
46:6,6 66:2 68:24,25
69:11 84:21 122:13
199:19 241:16
**opposed** 30:6 262:15
266:13 312:11
**Ops** 83:25
**optimistic** 300:7
**option** 107:19,23
108:15 273:4
**options** 44:12,15
**original** 69:25 73:19
77:25 129:9,23
213:24 217:1
**originally** 68:18 92:7
97:17 129:19
**Orleans** 1:18 2:24 15:5
**other's** 16:22
**outcome** 319:17
**outcomes** 75:3 95:1,16
103:23 105:21 115:3
115:8 116:7,12
117:16 119:17 156:3
226:2
**outlined** 272:22
**output** 146:4,19 147:16
151:19,20
**outputs** 146:6
**outside** 68:23 190:13
266:5,11 268:10
274:21 279:4 291:12
310:6,25 312:7
**outstanding** 202:18
**overall** 20:6 23:5 33:11
42:17 315:14
**overloaded** 31:11
**overruns** 143:20 144:8
144:17 145:6,18
**owns** 33:23
**o'clock** 270:11

**O'Donnell** 1:17 10:15
11:7 12:10,16 13:3
15:3,15,20 17:15
34:24 54:1,19 73:5
114:9 127:5 159:25
174:6 243:16 266:12
269:4 309:3 318:5,16
**O'Donnell's** 312:8
**O'Neill** 235:13,14
311:7,8

_____

**P**

**P** 14:1 118:6
**package** 42:15 81:11
130:10 147:16 250:2
**packages** 152:12
247:24 249:10
**page** 5:4 6:3 7:3 79:22
80:12 84:10,11 85:16
89:2 92:1,22 95:13
98:13 99:7,9 101:7,14
101:15 103:3 104:24
106:5,14,16,16,18
119:20 131:15 135:23
143:7,18,22,24 144:3
148:14 151:5 156:15
160:25 162:4 171:5
178:16 179:22 192:20
213:5,8,9 219:22
240:6,9 273:18,19,21
274:22,24 282:2
290:18 295:11
**pages** 54:7 82:10 125:5
219:20
**paid** 36:4 45:9,15 71:7
71:9 75:7 85:8 98:10
118:1 173:18 179:14
179:23 180:4,8
181:18 221:14 224:4
224:5 314:7
**paired** 81:15
**Pan** 1:17
**Paper** 123:16
**paragraph** 216:20,21
273:25
**parameters** 58:20 61:2
66:10 67:3 93:7
95:22 97:20 98:17
101:1 102:6 106:24
152:14
**Pardon** 85:25 130:16
**Parkway** 3:8
**part** 14:18 41:7 45:4,5
45:20 46:1 49:4
68:22 73:24 89:14
101:4 111:21 145:25

177:3,4 217:19,24
218:1 220:12,23
227:25 238:22 261:23
262:11 275:21 286:10
288:14 311:13,15,16
311:18 315:13
**participants** 210:9
**participate** 36:3 47:10
49:13 82:17 84:21
85:11 112:22 121:16
122:13 141:16 316:13
316:8,13,17,21 317:1
317:5
**participated** 51:21
73:11 111:7 226:20
**participating** 78:11
103:5 121:4 137:11
138:22
**particular** 21:9 48:16
49:2 57:3 59:9 61:4,9
61:12 62:14 69:23
76:10 80:23 95:16
114:22 115:11 137:22
141:9,14 150:4,6
165:3 226:4 245:21
**parties** 14:4 204:17
216:23 228:5,17,21
300:23 319:15
**partner** 47:11,24
110:23 185:2 305:14
**partners** 228:10 310:24
311:1
**parts** 29:24 123:17
143:4 228:9
**party** 299:19 302:11
**party's** 223:23
**passing** 215:11
**Patel** 9:20 140:25
**Patsy's** 124:16
**Paul** 36:21 187:14
189:20 198:8 206:12
207:21,22 210:11,17
211:10 251:9,10
257:4 297:4
**Paul[Paul.Chandler...**
8:23
**pay** 49:10 50:11,19
51:4 61:8 72:8 76:17
76:17 77:15 95:19
97:21 98:5 161:21,21
162:5,12 164:8
165:10 172:23 194:18
199:17 227:8,10
241:11 242:15 254:14
254:20 255:17 256:10
256:16,17,20 257:10

261:13,22 262:16,20
262:22,25 263:14
264:23 269:25 270:15
272:11,21 279:14,19
280:2,16,23 281:4
285:18 287:25 288:8
288:16,21 311:12
**paying** 46:3 97:16
134:13,15,18 180:6
**payment** 169:20 221:7
**payments** 170:2
**PEEP** 155:7,8,9
**people** 32:4 37:21,22
51:18 56:14 57:23
75:12 97:15 142:13
208:11,13 210:12
226:18,20 227:24
231:6 253:2,4,4
309:16,18,21 311:1
**percent** 41:2,2,3 42:11
43:14 53:12 70:5,10
71:10 86:16 91:4
95:2,5,19,20 98:10,22
100:10,15,18,20
102:18 134:14,15,18
154:2 180:7,16,17
181:4 205:20
**percentage** 100:4,17
101:2 153:25 180:12
180:14,22 181:16
**performed** 316:10
**period** 39:7 46:9 49:22
57:21 121:2 306:20
**periodic** 206:7 262:21
**periodically** 19:18
30:15 52:9,14 188:5
189:3 250:7 261:25
263:6 281:21
**perm** 234:25 235:15,18
**permeability** 235:11
**person** 131:5,5 157:11
189:23 221:3 230:3
286:24
**personal** 319:11
**Personally** 236:24
**perspective** 145:9
**persuaded** 285:17,23
**pertained** 256:19
**pertaining** 138:8 251:4
251:7
**pertains** 249:7
**petro** 235:8
**petroleum** 2:14 17:20
17:24 18:6,8,22 19:8
19:12 20:7 22:1,7,13
34:7 46:9 54:23

601 Poydras Street, Suite 1720
New Orleans, Louisiana 70130-6029

GAUDET KAISER, L.L.C
Board-Certified Court Reporters
Exhibit N
Page 95

Telephone (504) 525-9100
Facsimile (504) 525-9109

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

Reported by:

ALAN O'DONNELL

May 5, 2011

SANDRA D. FILES, CCR

Page 334

134:14 168:18 181:15
217:11 244:10 245:3
245:20,24 246:12,19
309:17
**Peyton** 10:10 36:25
37:1,22 80:6,14
120:17 151:7,9
156:16,22 190:1
226:14 234:10 250:10
251:2 253:13,18
258:21 260:10 302:22
309:22
**phase** 89:18 169:15
**phone** 197:21,23
**phrase** 29:15 40:14
85:17
**physicist** 235:8
**pick** 31:12
**picked** 16:14 20:9
**picture** 183:23
**piece** 175:22 281:23
**pipe** 11:24 89:21
141:18,19 169:8
209:13,23,24 210:1,3
210:4,21,24 211:12
223:21 269:20 275:24
284:15 293:14 294:20
304:20 306:21 307:1
307:12
**pipes** 269:18
**place** 91:17 196:6
212:12 244:20
**placed** 251:18 257:15
**Plaintiffs** 1:23 15:22
**plan** 51:15 53:4,7,10
68:23 178:20 220:5
**planned** 214:6,11
**planning** 283:15
285:10
**plant** 13:12 238:16
239:2,9 240:19
241:23,24
**platform** 28:21 88:8
**play** 35:19 36:6,10,14
37:12,16 44:8,14 45:3
46:19 60:17 61:3
70:8,8,9 71:17 72:1
128:17 130:12 133:4
137:10 169:18 173:5
**played** 35:23 36:4 82:3
82:14 136:10 167:24
**playing** 169:19
**plays** 61:1
**please** 15:13 71:23
107:5 109:16 119:23
122:15 128:21 151:1

156:6 174:16 184:7
199:22 213:18 234:15
237:22
**plenty** 156:19 157:16
157:18
**plot** 94:12 98:24 105:1
105:1 106:7
**plus** 98:21 100:3
108:17,25
**PM** 8:5,12,19,24 9:5
10:5,12,17 11:9,16
12:5,12,18 13:5,11
**point** 26:3,14,15 43:13
53:3 54:5 57:23
61:13 66:10,14,17,22
81:22 82:8 89:7,16
90:7,18 104:14
105:18 112:2 113:9
117:4 134:5 144:6
147:13,17 157:20
159:4 165:25 166:23
169:16 170:6 173:6
186:6,11 188:16
191:11 194:12 196:19
197:5 198:4,24 208:7
208:9 209:4 210:19
210:24 223:2,9 224:1
236:15 241:14 242:8
242:9 251:9 264:18
268:17 272:19 276:2
276:12,15 277:2,12
279:18 280:2,12
283:18 286:3,14
287:20 293:9,17
294:6,16,22 296:16
298:2 301:12
**points** 95:8,23 106:4
195:9 196:12,13
272:14 282:14
**POITEVENT** 2:22
**Pompano** 10:17 13:11
28:20 90:21,23
156:23 157:6,13
204:15
**Pompano/Wattenberg**
238:16
**pore** 265:3 268:1
**portfolio** 38:5 42:17
45:11 105:7 107:1,2
**portion** 76:8 101:17,24
192:8
**position** 23:22,25 24:3
27:20 45:10 195:7
208:5 268:21 282:12
299:21

**positive** 106:24 107:3
122:12
**possession** 63:19
**possibilities** 75:1 166:4
**possibility** 67:5 273:5
284:8 285:16 286:13
293:25 294:5
**possible** 74:4 94:25
115:1,3 116:7 117:15
190:19 195:10 219:7
239:5 265:21,22
286:1 297:25
**possibly** 73:9 186:8
190:1,13 261:21
265:15 312:25
**post** 2:18 10:21 160:14
161:1 172:1 245:12
246:25 247:7 296:25
**potential** 30:14 62:14
66:23 73:22 74:17
85:20 97:6 110:23
115:8 116:11 156:3
163:21 212:7 225:8
226:2 239:8 240:18
269:24 272:21 302:7
311:12
**potentially** 44:13
194:23 241:22 287:21
**PowerPoint** 160:19
**Poydras** 1:18 15:4
**practical** 20:8
**practice** 46:1 313:18
**pre** 208:22
**preceding** 274:22
**precisely** 211:6
**preclude** 195:5 282:10
**preparation** 164:1
**prepare** 87:23 315:7
**prepared** 54:13,22
64:14 82:5 127:14
132:10 136:2 141:5
160:18 164:16 165:19
185:24 237:2
**preparing** 82:3
**present** 38:16 40:2,16
41:1 60:12 81:13
93:7,21,22 95:25
102:17,19 103:11
104:12 105:3 108:24
117:13,14 148:22
201:8
**presentation** 80:18
83:8,10,12 92:18
100:25 125:11 160:19
160:22
**presentations** 83:4

**presented** 37:24 82:15
82:20,23 83:14,20,23
84:2 122:10 130:9
266:17
**presenting** 81:7 110:7
**presently** 21:25 51:14
**presidents** 83:25
**press** 233:8
**pressure** 265:4 268:2
274:1,9,18 275:3,7,9
275:10,13,20 277:5
277:14,22 278:4
279:1 280:22 292:21
313:2,20
**pressures** 275:14
**pressure/fracture**
289:20 292:21
**presumably** 152:22
**presume** 77:5 284:3
**pretty** 30:17 166:2
229:12 309:7
**prevent** 277:14
**previous** 23:1 103:3
143:24 171:2 220:16
**previously** 53:23 174:9
174:20 181:10 182:22
184:18 213:3 216:25
219:17 244:1 260:25
264:1 269:5 290:17
295:10 298:15 299:2
**pre-drill** 63:8 67:1
166:19
**pre-logging** 208:22
**price** 55:23 56:20 57:7
57:18 58:6,10 59:14
61:11,15,16,17,18
62:4,7,10 65:22 100:3
**prices** 58:16
**pricing** 98:17 100:2,16
100:17
**primarily** 36:21 226:14
**principal** 43:8 59:20
**prior** 24:3,10,11,20
25:17,20 27:6 35:8,25
57:22 62:24 63:10
65:10 67:8 124:21
166:15 221:22 238:25
241:17 290:10 292:17
301:20 306:7
**privileged** 92:24
**probabilities** 64:4
**probably** 23:19 26:25
34:8 63:20 75:2
93:20 100:22,24
103:10 186:10 197:8
201:4 206:20 207:7

207:19 209:3 218:5
219:13 226:19 234:24
251:8 254:14 255:20
256:10,12 286:12,19
286:19 308:5
**problem** 41:12 121:10
140:2 183:12
**problems** 121:11 122:2
258:25 268:1 313:24
**procedure** 14:7 220:24
**procedures** 16:5 77:2
219:2
**proceed** 121:13
**proceeding** 262:24
**process** 37:14 41:7 75:5
77:3 81:16 110:6
157:7,10,18
**processed** 232:2
**processing** 157:10
**produce** 57:8 271:10
**produced** 268:15
**producing** 28:18 55:21
276:21
**product** 57:8 58:11
**production** 18:14,16
25:1,6,14,15 26:18
27:13 55:25 98:18
142:10 152:20,23,24
153:19 154:1 168:20
220:2 223:3,11
316:23
**professional** 18:20,21
18:24 19:3,4,6,11
20:14,16,18
**profit** 37:17 40:3,7,14
41:14,17 64:17 102:5
105:1
**profitability** 41:23
314:16 315:4 316:14
**profitable** 305:21
**prognosed** 191:7
**program** 146:5,7 155:3
155:6 189:9 204:20
**progress** 47:13 48:6,11
50:13,14 52:13
189:12,24 206:1,6
249:2 251:11 254:8
262:16 263:1 272:11
289:14 304:12,14
305:16 308:10 311:3
313:19 314:1
**progressed** 50:7
**progressing** 52:18
**progression** 89:19
**project** 36:8 42:12
51:23 52:23 53:5

601 Poydras Street, Suite 1720
New Orleans, Louisiana 70130-6029

GAUDET KAISER, L.L.C
Board-Certified Court Reporters
Exhibit N
Page 96

Telephone (504) 525-9100
Facsimile: (504) 525-9109

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                                Reported by:
ALAN O'DONNELL                                          May 5, 2011                                          SANDRA D. FILES, CCR

Page 335

57:3 62:14 66:11
70:17 87:25 88:2,4
89:8,14,18,24 129:10
129:24 130:13,20
133:15 134:8 137:8
137:14,19,23 138:4
145:2,7 170:22 177:4
178:25 181:20 182:9
201:22 213:13 219:23
315:14 317:8
**projected** 55:2 63:24
64:17 65:9 78:4
93:18 94:17 104:6
113:6 129:23 134:8
179:4,12 180:18
191:9,16
**projecting** 57:15 109:9
**projection** 58:17 88:17
130:4 133:11 134:4
153:11 154:23
**projections** 37:17,17
37:18 59:14 150:21
152:15 176:1 191:15
316:19
**projects** 21:11 26:22,22
26:23 27:17 28:13
38:6 52:19 61:24
184:19,22
**promising** 66:21
**promote** 85:8 95:17
97:16,18,20,21,22,24
98:2,5,18 103:4,6
109:1
**promoted** 71:7
**prompt** 275:11
**prompting** 308:6
**properties** 18:10 24:22
25:12,16,19 26:8
28:18,20 29:21 45:4
45:19 108:7,11
184:24 185:2,3
**property** 25:16 28:22
**proprietary** 38:25
228:10
**prospect** 33:3 35:5,11
35:22,24 36:1,12
43:14 46:22 47:5
50:23 55:4 59:22
63:25 66:1 67:25
69:1 71:6 73:20
74:11 102:11 103:5
109:3 118:11 119:14
121:5 147:12,17
160:24 161:10 178:9
183:21 191:24 204:25
205:5 211:22 225:9

228:11 239:9 245:15
270:20 271:14,15
272:17 280:1,13
**prospective** 48:14,18
48:20 189:13 192:12
192:13 193:8,24
194:2,11 196:15
206:2 207:25 212:2,3
215:13 254:11 257:12
263:23 270:5 271:4
271:20 281:15 284:18
287:18 288:23 295:6
**prospects** 101:21 102:4
102:7
**prospect's** 40:11
**protected** 92:25
**provide** 210:16,17
211:20 219:1,6 237:5
262:12
**provided** 91:19 100:23
177:17 178:12 213:23
219:8 230:23 254:22
**provisions** 217:1
**public** 233:7
**pulled** 128:19
**pulling** 161:10
**purports** 141:1
**purpose** 248:20
**purposes** 14:8 23:13
119:4 127:23 162:16
**pursuant** 33:11
**pursue** 29:13
**pursuing** 276:10
**put** 45:12 53:20,22 58:7
58:11 80:21 81:12
93:6 97:15 99:8
111:3 167:16 257:7
**P-E-E-P** 155:9
**p.m** 269:9 295:13
**P10** 86:14 87:1 94:14
94:15,21,24 95:1
117:17 118:3,3,13
**P50** 94:14,19,21 117:17
**P90** 86:15 87:2 94:14
94:19,21,24 95:5
117:17 118:2,3,6,12

_____
**Q**
_____

**quantify** 58:12
**quarter** 71:7 85:8
118:1
**question** 14:15 17:6,8
17:10,12 54:11 65:3
66:6 144:13 157:5,11
159:9 164:15 167:23
168:25 194:15 196:11

201:18 202:17 206:22
213:12 222:8 229:12
231:23 245:6 266:4
268:10,24 279:12
280:8 284:22,23
293:7 310:14
**questioning** 17:6
**questions** 16:7,8 41:5,6
41:10 73:6 77:10
79:12,15,21,23,24
85:16 124:3 174:14
225:3 237:3,3 243:4
243:21,23 244:3
246:7,17 250:4 266:7
266:10 267:5 273:13
309:6 311:25 312:7
**quick** 79:10 84:18
110:12 202:14 261:5
**quickly** 78:19
**quite** 112:14 159:10
**Quitzau** 32:17 206:14
210:14,16 211:10
250:21 264:2,9,21
265:12,19 267:21
270:15 278:1 279:2
283:19 285:2 291:13
291:15 303:4 307:13
307:24 313:12
**Quitzau's** 304:3 313:25
**quote** 106:16

_____
**R**
_____

**raised** 303:14,25
**ran** 62:20 170:3 177:11
**Raney** 120:17
**range** 58:14,15,15,16
64:9,12 65:10,15 66:3
67:5 74:20,25 75:1
85:17,20,22,24 86:1,7
86:9,23 94:6,16,24
95:9,9,11 103:25
104:11 109:12 115:7
117:15,16,17 118:2,3
118:25 119:15,15
150:22 158:4 165:24
166:1,4 225:24 226:1
227:18,19 228:14
230:20 241:13
**ranges** 58:7,18 64:2
93:11,11 95:17 104:1
118:18 119:6 147:14
**rate** 38:16 40:8 42:3,7
42:8,11,12,18 55:13
58:9 74:9 93:12
94:10,12 95:4,6,10
98:18,22 100:5,11,14

100:19,20 148:18,21
149:22 150:3,10
152:15 158:18 233:2
233:11,21 236:11
237:13
**rates** 13:6 58:15 65:25
94:13,17 149:15
153:16 234:12 237:17
316:18
**ratio** 40:3,8,15 41:15
41:16 74:10 102:5
105:2 166:25
**ray** 255:1,1
**reach** 134:5 191:5
214:10 307:8
**reached** 11:17 85:2
193:12 194:6 204:1
242:10 277:22 281:15
**reaching** 145:5 190:22
191:2,4 211:19 212:1
275:22
**reaction** 120:13
**read** 54:12,19 76:23
77:5 84:18 107:21
110:11 120:15,19
124:12 161:18,22
163:9 166:7 167:1
176:3,25 184:6
194:25 198:16 199:25
202:13 213:6,15,16
213:24 216:19 219:23
225:1 234:14,14
238:17,18 240:10
245:17 261:5 263:15
264:13,25 269:21
274:5 275:5 279:10
279:15 282:16 285:9
295:19 298:1 301:5
318:5,6
**reading** 14:9 240:4
308:8
**readings** 313:1
**reads** 263:10 301:1
**ready** 110:22
**real** 84:18 110:11
184:25 202:13 206:22
227:1 261:5
**reality** 234:23
**realize** 64:19
**really** 26:11,17 27:15
30:19 31:4 43:23
52:14 56:15 68:20
73:18 97:15 105:3
111:13 120:11 136:23
138:15 141:19 147:14
165:24 167:7 184:2,2

194:12 209:7 210:20
210:23 212:10 214:20
221:3 223:24 228:15
239:6 256:24 258:11
258:18 260:22 274:19
298:24 315:1
**realm** 265:7 274:22
279:4
**real-time** 189:5 232:18
232:21 254:5 258:7
259:17
**reason** 64:13 66:12
76:17 155:19 223:9
274:4
**reasonable** 72:12 75:20
75:21 104:10 131:2
133:17 142:17,20
196:17
**reasonableness** 142:14
142:17
**reasons** 68:2 197:7
276:12 291:20,24
**Rebecca** 311:18
**recall** 43:16 45:18 52:2
52:6 63:1,23 64:1,4
65:16 70:15 75:8,24
76:3,13,19 77:22
78:10,11,15 80:25
81:2,5 82:2,5,13,14
82:19 85:13 86:24
94:3 104:5 107:2
108:12 115:22 116:10
116:13 120:4 126:13
126:20 136:10,14
137:11,16,21 138:10
138:15,17 139:4,5,8
139:15 142:12 144:5
144:10,15 145:5,15
145:22 148:4 150:12
160:11 167:8 186:5
203:6 211:6 222:22
222:25 236:20 237:10
237:14 242:17 246:9
249:19 253:1,3,7,11
254:7 258:24 259:4
261:8,15,17 264:5,18
265:15 267:24 268:5
272:18 280:25 282:18
282:24 287:12 289:19
289:21,25 290:7,9,23
291:1,10,11,19,23
292:2,7,13,16,20
294:15 297:3,7
299:12,22 301:8,11
301:13,13,18 303:1
303:20,24,24 307:23

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                                                                   Reported by:
ALAN O'DONNELL                                                          May 5, 2011                                                           SANDRA D. FILES, CCR

Page 336

312:18 313:16
**receive** 152:7 187:7
   247:25 248:3 315:4
**received** 152:5 186:14
   226:7 232:6,9,10,16
   232:20 233:1,8 261:4
   265:13 272:10 315:15
**receiving** 169:11 206:5
   261:9 264:5 265:19
   280:11 290:23
**recipient** 107:10
   135:18,19
**recognize** 135:17
**recollection** 74:16
   211:4
**recommend** 27:18 38:8
   72:13 84:24
**recommendation** 11:24
   33:6 36:19 82:18
   83:1,11 84:13,23
   85:12 209:14,23,25
   210:3 211:13 212:23
   293:11
**recommended** 35:24
   36:3 67:25 210:2
**recommending** 28:14
   84:20 107:19 193:21
**record** 17:2,11 72:19
   72:22,24 73:1 91:22
   94:20 97:23 114:1,3,5
   159:17,19,21 173:24
   174:1,3 203:16,20,25
   213:4 216:4,20
   231:16,18,20 234:16
   238:18 240:13 243:9
   243:11,13 247:3
   308:20,24 317:16
**recount** 168:22
**recover** 58:9,10
**recovery** 85:21 163:20
   163:21 166:8,14,21
**rectangle** 93:4
**rectangular** 125:19
**redacted** 63:14,15
   92:23 94:1 99:4,8,9
   99:10,12 101:3,5,24
   105:12 125:18 156:14
**REDDEN** 3:3
**redo** 161:20,25
**reduces** 241:12
**redundant** 273:15
**refer** 23:14 33:1 116:15
   149:23 170:12 174:23
   176:12
**reference** 265:3
**referenced** 306:11

references 265:17
**referred** 170:13 274:17
**referring** 29:16 38:11
   143:12 202:4 214:14
   235:7 241:4 249:16
   269:23 274:10 299:15
**refers** 152:21 235:5
   246:18 265:2
**refine** 165:9 166:23
   227:15
**refines** 165:10,12
**reflect** 162:8
**reflected** 74:22 103:2
   114:13 126:16 134:19
**reflects** 129:9 134:7
   162:10 163:24
**refresh** 64:25 104:7
   108:6
**refused** 77:15
**regard** 20:23
**regarding** 47:21 71:18
   72:3 78:13 185:25
   245:14,23 302:12
   316:14
**registered** 19:6,12
**registration** 19:11
**regular** 152:6 249:13
   259:7 262:11 271:23
   272:3
**regurgitate** 278:9
**reimbursement** 173:18
**relate** 21:2
**related** 71:18 215:13
   291:25 319:15
**relates** 306:1
**relationship** 34:6 185:1
**relative** 98:6
**relay** 289:13
**relayed** 202:23 277:20
   292:5 295:3
**relaying** 302:8 303:21
   303:22
**release** 233:8
**rely** 61:6 118:24 172:16
**remaining** 202:11
   203:1,5,8
**remember** 65:14
   101:23 110:24 111:8
   114:11 138:22 197:17
   210:9 218:9 244:2
   254:12 257:17,20
   265:22,25 269:10
   293:1 312:23
**remind** 16:5
**repair** 70:22
**repairs** 136:25

**repeat** 266:9 268:9
**report** 31:18 32:4,14,19
   131:6,8 164:1 188:13
   206:21 304:13 311:12
   314:1
**reported** 4:10 31:24
   319:9
**reporter** 4:13 14:22
   15:13,17 16:14 319:4
   319:22
**REPORTER'S** 319:1
**reporting** 124:23
**reports** 31:25 32:2
   206:10,19 248:23
   249:13,15,16,17
   308:8
**represent** 95:23 119:6
   243:17,19
**representation** 109:11
   115:2 117:24 155:25
   156:2 162:21 166:3
**represented** 21:18
   81:22 111:16 149:3
   166:19
**representing** 119:17
   174:8 309:5
**represents** 58:19 85:9
   95:2,7 181:3 226:1
**reproduce** 267:1
**request** 152:19 293:22
   299:25 300:2
**requested** 76:18 77:16
   219:25
**requesting** 300:7
   309:14
**requests** 173:18
**require** 214:8 310:17
   310:18
**required** 90:5
**requirements** 193:25
   260:21
**research** 255:15
**reserve** 29:6 58:6 66:18
   85:17,24 86:1,13
   93:11 94:6,6,15,16
   95:3,9,11 96:17,18
   97:2,5,7 118:12
   147:14 158:3,4 225:7
   225:21,24 227:19
   230:8 270:8
**reserved** 14:17
**reserves** 55:12 58:14
   61:6 74:6 153:16
   225:8 241:13
**reservoir** 25:10,18,18
   26:8 28:25 32:7,10

37:6 49:11 55:14
   80:10 86:20 147:22
   147:25 162:22,25
   163:4,25 165:18
   192:1 237:2 316:23
**resistivity** 255:4 264:22
   265:3,10
**resource** 93:24
**respect** 47:4 49:15,23
   49:24 50:22 77:3
   125:10 144:8 173:9
   304:4 317:7
**respond** 282:4
**responding** 225:4
   240:17
**responds** 158:9
**response** 156:21 171:7
   172:21 173:11 184:5
   184:7 202:10 222:1
   222:14 225:9 236:23
   245:5 246:7 280:22
   293:12
**responsibilities** 26:12
   27:15,19 28:2,7,11,15
   32:21,24 33:8 71:14
   204:8 205:23 304:3
**responsibility** 21:17
   26:5,16,20 27:3,8,16
   33:12 48:17 49:5
   68:14,15 173:12,17
   205:25 304:11
**responsible** 61:23
   172:22 305:12
**responsiveness** 14:16
**rest** 106:4,25 163:13
   210:12
**restate** 179:19 288:14
**restricted** 252:5,9,13
   252:14
**restriction** 257:20
**restrictions** 251:18
   257:14
**result** 225:25,25
**resulted** 44:10
**resulting** 214:5
**results** 230:7 240:20
   263:1
**retrospect** 286:12
**return** 38:16 40:8 42:4
   42:7,11,12,18 96:1
   98:23 100:5,11,15,19
   100:20 267:22 271:10
   316:9,18
**returns** 264:24 265:17
   265:18
**revealed** 280:12

**revenue** 37:16 50:15
   55:3 56:3,10 57:5,12
   62:14 63:24 64:17
   65:9 73:22 74:17
   86:20 93:19 104:6
   152:21,23 154:21,24
   316:19
**review** 8:14 54:10
   130:19 133:15 172:13
   222:18 249:5,6
   255:10 316:4
**reviewed** 218:18
   221:17 222:2
**reviewing** 18:18 130:7
   130:13 167:24 171:10
   172:23 173:13
**revise** 66:2 199:11
**revised** 125:5 186:9
**rewards** 281:3
**re-ran** 122:10 124:13
   182:14
**re-run** 124:22
**Richard** 109:21,23
   200:6
**Richard's** 111:4
**rig** 1:4 70:22 112:5
   120:12 136:25 181:22
   182:7 183:2 184:15
   252:7
**right** 21:7 22:13 24:14
   31:19 42:18,21 48:1
   50:14,17 58:1,2,21
   59:6,9,12 62:11 64:25
   66:22 72:19 76:5
   78:24 79:16 80:4
   85:10 87:15 89:3,12
   93:23,24 97:3,4 98:9
   98:11,11,12 99:4,5
   100:21 101:19 102:20
   104:3 106:9,15 107:4
   107:14 113:22 117:6
   117:10 118:4,16,23
   119:9,11,18,22
   121:15,15 126:12,22
   127:22 128:8,13
   129:5 137:7 138:10
   139:18 142:24 144:1
   147:6 148:19 150:11
   150:25 151:11 152:1
   154:8 155:18 156:20
   158:7 169:10 174:11
   180:11 189:21 220:20
   221:3 222:18 230:2
   232:4 240:3 244:23
   260:24 265:4 267:18
   268:21 269:25 270:11

601 Poydras Street, Suite 1720                                          GAUDET KAISER, L.L.C                                          Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029                          Board-Certified Court Reporters                          Facsimile: (504) 525-9109

Exhibit N

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                Reported by:
ALAN O'DONNELL                                    May 5, 2011                           SANDRA D. FILES, CCR

Page 337

273:2 276:18,25
278:11 283:13 285:4
285:5 288:18 289:4
293:2 294:20 305:10
308:18
**rights** 300:22
**rigs** 182:4
**ring** 44:4
**rise** 234:21
**riser** 234:20
**risk** 96:2,3,6,8 105:1
108:16,18 114:10,13
114:20 115:12 116:1
117:17 119:5,13,16
214:8
**risked** 97:7 109:2,5,13
**risks** 281:2
**Robert** 13:16 80:9,10
**Robert[Robert.Stric...**
8:4,11
**rock** 235:18,19,25
**Rockies** 27:14
**Rocky** 24:21,23 184:24
**role** 35:19,23 36:4,5,6
36:10,14,15 37:12,16
44:8,14 45:3 46:20
47:3,21,23,25 48:4,5
49:9,23 50:21,22 61:3
70:9 71:17 72:2 82:3
82:15 128:17 130:7
130:12 133:4 136:10
167:24 169:18,19
171:10 173:5 304:3
304:10,12
**rolled** 205:12
**RONQUILLO** 2:7
**room** 156:19 157:16,18
**Root** 108:4
**rotary** 231:25
**RPR** 4:12
**rules** 14:7 16:6
**Rumsfield** 106:17
**run** 58:16 62:15,15,19
62:24 73:11,17 74:25
86:22 87:1,1 147:12
148:22 177:18 179:1
179:5 227:8,13
311:10
**running** 86:18 179:4
236:16
**Ryan** 2:4
**résumé** 25:25

———————
**S**
**s** 14:1 273:12
**safely** 276:20 277:15

**safety** 276:3 277:3
278:16 279:3 301:2
302:1,12,21 303:15
304:22 305:13
**sales** 154:11
**samples** 166:17,17
**sanctioning** 89:24 90:9
**sand** 161:20,25 162:11
255:2 264:23,23
269:18 282:7
**Sanders** 35:15
**SANDRA** 4:12 14:21
319:3,22
**sands** 276:21
**save** 14:14
**saves** 91:14
**saw** 63:12,13 141:17
222:24 264:22 277:13
281:16 301:9
**Sawatch** 108:4
**saying** 57:24,24 59:2
100:7 112:1 115:20
158:10 166:20 174:14
196:5 199:8 267:4,9
270:18 281:25 285:3
**says** 78:25 80:17 84:13
86:1,2 87:5,17,24
88:11 93:24 102:10
102:22 106:18 107:17
108:13,15 111:19
113:1 127:13 132:3
132:10 140:15 147:6
148:15,17,18,23
153:23 161:18,20
163:14 166:8 168:21
171:6 176:5 178:8
183:6 239:23,24
240:19 241:4 247:20
264:21
**scale** 105:24
**scaled** 94:19
**scan** 192:24
**scenario** 118:12 150:4
150:6 158:7
**scenarios** 86:22 94:15
95:17 96:10,11
117:13
**school** 19:17
**science** 49:4 94:22
**scope** 180:19 266:5,11
312:7,10
**scoping** 73:18
**screen** 15:7
**scrutinize** 111:20 112:2
**scrutinizing** 112:23
**sealing** 14:11

**seawater** 234:22
**second** 84:11 90:14
123:24 135:8,23
136:17 139:7 143:7
143:12,19 183:3,3
195:6 213:2,7,20
216:19,21 239:24
240:10 263:9 273:24
273:25 282:11
**seconds** 52:16
**SECREST** 3:3
**section** 1:4 48:13,19,19
49:3,7 51:4 97:1
186:25 187:16 189:13
192:1,3,12,13 193:9
193:24 194:2,16,18
196:3,6,15 198:20
199:7,17 206:3,3
207:25 212:2,3,11,22
215:13 227:7 241:11
241:18 242:15 251:6
254:11,14 255:17
256:10 257:10,12
262:23,25 263:23
270:5,6 271:4,20
272:21 273:8 276:15
279:14,19 280:3,16
280:23 281:4,14,16
282:9 284:18 285:25
286:17 287:19 288:24
294:24 295:6
**sections** 194:11 269:17
**see** 38:2 49:6 65:2,2,6
75:12 80:15,19,23
84:6,14 87:3,25 88:11
92:21 94:1 97:16,20
98:22 100:6,14
102:23 103:13 106:19
108:19 109:3 111:12
111:22 113:3 117:13
118:3 125:17,19
132:11 134:15 137:3
137:7 141:6 143:9,14
143:20 146:20 148:17
148:24 152:16 158:11
161:14 162:5 169:5,7
170:3,14 171:7 176:5
182:22 189:5,5,10,11
194:2 196:10 198:21
206:10,20 212:22
221:15 239:25 240:24
241:5 247:21 248:23
249:11 276:14 284:18
287:18 288:20,23
290:21 295:5,16
309:18

**seeing** 48:14 257:20
269:24 277:6 285:25
286:17 301:11,14
308:9
**seen** 46:21 54:1 63:4
111:15 131:1 135:20
135:21 146:9,14,19
148:10 150:13,19,23
151:17,19,20 152:12
168:10 169:3 194:1
212:7,10 241:11
242:16,22 299:6
314:2
**seismic** 165:11
**selecting** 45:4
**send** 110:22 206:25
262:4 274:24
**sending** 269:10
**sends** 285:2
**senior** 37:6 83:24
200:21
**sense** 18:12 20:19
66:23 75:13 97:9
259:23
**sensitive** 100:16
**sensitivity** 98:15,23
**sent** 8:5,12,18,23 9:4
10:4,11,16 11:8,15,22
12:4,11,17 13:4,10,16
72:7 218:19 223:23
232:2 261:20 273:22
279:8 280:21 283:4
283:20 284:4 294:17
295:25 296:8 301:11
**sentence** 111:19,22
112:25 113:1 196:20
213:7 216:21 235:5
239:25 263:10,15
264:8,20 265:16
272:22 274:1,5
295:19 297:15 301:1
**sentences** 16:23 195:1
195:1 279:10
**separate** 42:4 261:11
278:25,25 288:6,15
289:5
**series** 16:6 120:2
152:16 299:14
**service** 254:6
**set** 60:5 63:18 68:18
89:21,21,22 104:9,21
124:18 141:18,19
151:13 153:15 185:2
210:3 269:18,20
295:18 319:7
**setting** 11:24 68:21

142:10 169:8 209:14
209:23,25 210:1,4,24
211:13 214:6 223:21
269:18 275:24 284:15
293:14 294:19 304:20
**seven** 32:1
**shakes** 16:17
**shaley** 269:16
**share** 92:10 153:25
181:13 228:20 229:4
229:7 240:1,25 241:5
**sharing** 30:1
**SHEET(S)** 318:19
**shelf** 25:11,16,19 26:7
**shift** 69:4
**shop** 33:4
**shorten** 246:16
**shorthand** 30:23
319:10
**shortly** 34:25
**shot** 247:12
**show** 64:25 135:18
139:18 162:9 168:6
**showed** 54:4 134:13
143:14 244:17
**shows** 101:14,15 153:1
153:5
**SHUSHAN** 1:6
**shut** 306:19
**side** 30:4,7 42:22 56:10
56:13 57:5,10 93:23
112:18 126:2 223:4
313:20
**sidewall** 232:1
**sign** 141:13 142:4
168:4 169:8,14
220:15 223:17
**signatory** 142:2,3,5
**signature** 127:23
132:20 217:4 219:21
**signed** 34:2 43:23 44:1
70:5 72:13 89:9,10
128:1 132:13,21
136:7 141:8 170:5
183:22 217:7,10
218:20 219:17 220:16
222:24 223:10,18,24
244:15 283:9
**significance** 162:15
167:10
**significantly** 115:11
**signing** 14:10 57:22
128:15 141:20 217:25
223:22
**signs** 257:20,21
**silence** 121:3

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010
Reported by:

ALAN O'DONNELL                                May 5, 2011                          SANDRA D. FILES, CCR

Page 338

| | | | | |
|---|---|---|---|---|
| **Silverton** 8:7 | **source** 248:4 307:21 | **spread** 86:15 | **stress** 61:17 | **Sun** 10:11 |
| **similar** 33:7 106:7 | **sources** 233:7 | **St** 2:24 | **stretch** 269:6 | **supervise** 48:5,10 |
| 151:18,21 152:11 | **South** 2:13 3:12 | **stages** 83:2 | **Strickling** 8:3,10 80:9 | **supervision** 48:9 |
| 182:20 257:9 311:20 | **spanned** 282:1 | **stamp** 99:8 282:3 | 80:10,14 108:14 | 204:12 319:11 |
| **Similarly** 106:8 250:10 | **spare** 157:6 | **stand** 166:24 | **Strife** 8:17 68:8 83:22 | **supervisor** 26:9 49:9 |
| **simple** 41:6,11 56:13 | **speak** 16:15 54:13,23 | **standard** 38:17 93:15 | 128:2,5 132:14 136:7 | **supervisory** 36:5,15 |
| 56:16,18 58:22 | 62:7,9 64:14 78:7 | 93:15 153:22 206:17 | **strike** 19:25 21:24 | **supplement** 10:13 |
| **single** 79:21 115:6 | 137:17 144:21 184:2 | 255:4 | 46:20 47:20 62:12 | 70:19 137:5 306:11 |
| 225:10 226:3 | **speaking** 28:10 55:1 | **standpoint** 247:15 | 66:16 67:18 76:21 | **supplemental** 10:6 |
| **sir** 272:5 300:3 | 244:20 | **stapled** 123:17 | 96:15,15 126:4 | 131:22 132:7 133:5 |
| **site** 61:9 74:17 | **speaks** 184:14 | **start** 23:24 26:4 48:23 | 137:10,16 173:7,8 | 133:25 135:9,24 |
| **sites** 44:22 | **specific** 19:8,14,24 20:4 | 55:21 89:25 153:2 | 229:14 | 136:18 139:8 143:12 |
| **sitting** 63:16 74:15 | 38:22 42:14 48:4 | 174:22 199:25 203:24 | **string** 193:3 220:7 | 143:19 181:8,19 |
| **situations** 185:6 | 64:20 67:13 74:19 | 204:6 209:1 225:22 | 284:16 | 213:2,20 214:2,3,23 |
| **size** 86:10 165:18 | 76:4 77:2,10 79:12 | 259:15 273:17 285:1 | **strings** 214:7 | 215:17 |
| **sizes** 176:17 | 82:10 104:21 144:11 | **started** 26:6,17 43:21 | **strong** 106:18,21 | **supplied** 254:5 |
| **sleeve** 220:3 | 149:14 151:20 164:21 | 169:11 228:12 240:22 | 124:17 125:2 | **support** 293:15 294:18 |
| **Slides** 8:13 | 168:12 169:13 250:4 | **starting** 153:2 154:24 | **structuring** 44:9 | 295:5 296:20 297:24 |
| **slightly** 151:24 | 252:20 256:4,5 | 156:10 192:19 240:9 | **Stuart** 68:8 83:22 | 298:5 |
| **slow** 174:15 | 278:22 292:18 297:3 | **starts** 143:6 146:3 | 128:2 132:14 201:4 | **supports** 311:9 |
| **small** 264:22 | 299:24 306:13 | 225:2 295:14 | **Stuart's** 132:19 | **suppose** 121:11 |
| **smaller** 30:14 | **specifically** 14:10,12 | **state** 4:13 14:22 15:12 | **Stuart[Stuart.Strife...** | **sure** 28:1 38:20 48:18 |
| **snapshot** 164:6 165:13 | 21:2 27:22 33:18 | 18:25 19:7 213:12 | 8:18 | 50:10 65:4 79:17 |
| **software** 146:6 147:16 | 34:1 38:12 45:21 | 247:3 280:7 | **stuck** 306:20,25 307:12 | 80:5 84:19 86:14 |
| 155:2,6 189:9 247:24 | 46:14 48:1 50:21 | **stated** 225:24 | **stuff** 99:21 | 105:7 110:14 113:24 |
| 249:10 | 64:5 78:7 136:14 | **statement** 242:21 | **subject** 8:5,12,19,24 | 144:9 172:17 176:7,9 |
| **somebody** 34:11 69:12 | 138:18 142:9 145:16 | **States** 1:2 2:20 15:11 | 9:5 10:5,12,17 11:10 | 193:1 195:3 197:18 |
| 69:14 211:2 219:8 | 145:23 186:5 215:10 | 174:8 | 11:16,23 12:5,13,18 | 198:18 210:12 218:6 |
| 229:6 | 231:8 232:8,13,17,24 | **static** 248:13 | 13:5,11,17 93:3 94:3 | 234:17 244:14,25 |
| **something's** 69:3 | 236:7 237:10 247:20 | **status** 121:18 122:18 | 101:23 125:22 209:13 | 263:11 267:12 277:3 |
| **soon** 195:10 255:15 | 250:22 251:2 253:1 | 123:4 200:14 | 216:10 234:11 237:16 | 287:8 302:6 312:14 |
| **sorry** 17:25 38:19 40:5 | 253:11,23 257:8 | **stayed** 255:20 | 238:15 296:7 | **surprised** 308:5 |
| 40:18 49:20 64:7 | 259:21 260:5 265:9 | **Steering** 1:24 15:22 | **subjects** 54:14 | **Susan** 237:23,25 |
| 91:7 99:14 106:13 | 265:25 266:18 272:18 | **Stephany** 3:15 309:4 | **subsea** 88:6 196:2 | 238:22,22 239:23,23 |
| 111:23 112:15 117:19 | 290:5,7,14 291:12,19 | **Steve** 15:21 | **subsequent** 212:15 | 240:17 |
| 126:8,23 129:21 | 292:3,14,25 297:13 | **Steven** 1:21 | 224:4 229:6 236:9 | **Susan[Susan.Holley...** |
| 140:1,17 149:8 | 306:17 308:4 309:21 | **STIEGMAN** 4:6 | **subsidiaries** 33:19,22 | 13:10 |
| 159:13 171:5,25 | 312:16,19 | **stipulated** 14:3 | **substance** 93:1 245:11 | **suspense** 298:22 |
| 175:7 179:18 180:11 | **specificity** 312:1 | **stock** 153:8 | **subtract** 57:9 | **SUTHERLAND** 3:15 |
| 197:19 199:21 202:14 | **specifics** 137:1 145:17 | **stop** 193:22 196:18,23 | **succeed** 35:14 | **SWACO** 3:21 |
| 202:15 213:11 220:9 | 239:17 287:12 291:23 | 210:22,25 276:11 | **success** 102:23 109:7 | **swath** 25:3 |
| 221:25 222:7 223:6 | **speculating** 64:11 | 283:8 293:17 | **successful** 50:18 66:19 | **swear** 15:14 |
| 237:22,24 238:4 | **spend** 21:16,17 41:24 | **stopped** 264:17 | **suffered** 120:12 | **switch** 182:3 |
| 240:8 266:3 268:7 | 41:25 67:14 71:4 | **stopping** 194:19 197:5 | **sufficient** 272:12 | **sworn** 15:16 319:6 |
| 277:10 280:7 284:21 | 79:24 255:8,24 | 198:4 263:11 269:15 | **suggest** 196:21 | **symbols** 103:14 |
| 289:4 310:13,13 | **spends** 112:7,12 | 293:13 | **suggesting** 103:16 | |
| 312:3 | **spent** 21:9 71:1,5,6 | **Storm** 70:21 120:10 | **suggests** 131:21 | |
| **sort** 16:22 41:6 198:22 | 149:6 202:25 205:4 | **straight** 28:2 | **Suite** 2:8,13 3:4,16,20 | **T** |
| 201:11 207:13 222:1 | **Sperry** 249:17 | **stratigraphy** 251:12,13 | **summarize** 192:17 | **T** 14:1,1 |
| 256:6 263:1 265:6 | **spill** 1:3 15:9 173:12 | 251:14 | 193:5 200:9 225:4 | **TA** 12:6 |
| 275:13 277:5,13 | 236:23 | **stream** 56:3 60:21 | 238:19,21 | **tab** 78:23 119:23 127:2 |
| 307:3 313:18 316:13 | **spoke** 211:6,18 | 102:18 152:25 154:1 | **summarizing** 160:15 | 135:3 160:4 174:24 |
| **sorts** 33:2 173:13 | **spoken** 309:20 | **streams** 40:24 41:20 | **summary** 8:13 106:17 | 174:24 181:7 182:19 |
| 262:12,18 316:18,22 | **sponsored** 19:22 | 42:10 | 119:5 146:20 148:15 | 182:22 192:15 199:22 |
| **sought** 14:19 | **spot** 59:9 | **Street** 1:18,22 2:4,8 3:4 | 149:13 152:2,8,10,13 | 209:10,11 213:3 |
| **sounds** 124:6 240:22 | **spot-check** 256:1,6,7 | 3:16,20 15:5 | 152:14 306:12 | 215:24 219:15 224:18 |
| | | | | 229:15 231:24 234:9 |

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C                    Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029            Board-Certified Court Reporters            Facsimile (504) 525-9109

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported by:
ALAN O'DONNELL                                        May 5, 2011                              SANDRA D. FILES, CCR

Page 339

237:22 273:13
**tabs** 78:22
**take** 20:23 43:12 45:25
  54:9 55:22 60:10,11
  62:15 72:10 73:20
  79:10 97:19 100:18
  100:19 113:21 117:12
  120:3 123:24 124:3
  134:5 158:5,6 159:14
  170:9 203:13 231:14
  239:15 311:11
**taken** 1:17 14:6 15:8,25
  16:13 96:3 203:18
  308:22
**talk** 16:23 17:1 27:22
  39:1,17 52:11,14,15
  52:16 56:12 118:18
  174:15 182:2 195:10
  196:14,21 198:3
  207:22 208:1,4
  214:14 231:11 247:19
  248:11 269:19 282:14
  283:1,3 286:4,9,11
  296:7
**talked** 32:13 61:10
  67:11 93:8 197:10,16
  198:9 225:7 281:13
  281:14 300:5
**talking** 51:9,11 57:5,11
  63:7,9 64:20,21 75:5
  107:25 111:11 117:20
  180:13 194:24 195:9
  196:12 205:7 239:14
  239:17 282:14 292:7
  297:9,13 315:10
**tangible** 175:6,7,8,10
  175:22 176:3,21
  177:10,24
**tank** 153:9
**tape** 72:19 243:14
**target** 191:24
**targeted** 123:25
**targeting** 48:23
**targets** 30:15
**tax** 95:25 96:1 117:22
  117:23 118:6,14
  149:10,16,17 150:2
**TD** 11:17 134:5 191:8
  204:1 206:11 212:9
  214:11 223:20 249:3
  249:21 262:17 264:12
  270:16 272:11,17
  274:2,4 275:12
  278:18 283:7,13,15
  283:18,20 284:2,9
  285:4 287:10,19

291:18 292:9 293:5
  294:11 295:17 296:2
  298:4 299:11,16,21
  302:2 303:5 307:8
**TD'd** 296:18
**team** 29:18 31:12 33:5
  35:24 36:2,16 37:10
  43:9 52:8,10 76:14
  84:23 121:6 124:21
  130:9 145:16 226:18
  226:24 291:10,13
  302:23
**teams** 29:19,22,25
  31:11
**technical** 32:8,11 121:8
**technically** 30:19
  274:25
**tell** 21:5 34:3 43:25
  49:22 50:3 56:25,25
  61:8 62:2 78:22
  82:10 85:23 95:14
  96:16 98:13 100:1
  101:14 102:15,20
  104:24 105:21 106:5
  120:21,24 123:3,3
  127:5 132:5 146:2
  147:6 161:20 167:7
  178:11 255:2,3
  265:10 281:9 284:23
  285:23 296:18 297:23
**telling** 121:18 185:5
**tells** 100:2
**temporarily** 216:18,23
  219:3 220:6
**temporary** 216:10
  220:13,23
**ten** 298:17,19 308:15
**tend** 112:17
**tendency** 16:21
**tends** 90:2
**tentative** 283:21 285:7
**term** 21:22 45:14 55:3
  121:9 235:15,17
  247:7
**terms** 43:3 58:12 64:3
  72:6 102:11 118:18
  161:8 171:20 192:10
  217:1 251:22 309:23
  313:19 315:2
**test** 49:7 191:22,23
  192:3,7,9 194:7,7,24
  195:5,7,15 196:3,7
  199:6,9 212:11,21
  215:12 263:22 270:4
  270:6 271:3 272:24
  273:8 282:9,10,12

284:19 313:2
**tested** 48:14,18 193:8
  193:24 194:10,15,17
  212:4,6 249:10
  276:15 285:25
**testified** 71:12 75:10
  76:22 104:5 128:10
  185:22 217:13 221:16
  222:11 223:8 248:7
  260:7
**testify** 15:17 41:9 60:4
  245:20 319:6,7
**testifying** 244:7,10,18
  245:7 266:12 299:10
  312:10
**testimony** 111:9 124:21
  126:24 268:16 299:12
  318:6,8 319:9
**testing** 49:6 195:6
  196:22 198:20 212:2
  212:15 281:15 282:11
**tests** 313:20
**Texas** 2:9 3:4,9,16
  18:25 19:7 24:9,15
  25:4
**text** 100:22
**thank** 39:22 114:18
  119:19 140:21 179:2
  181:6 185:17 220:14
  243:5,7 298:19
  308:13,18 317:14
**Thanks** 95:12 142:24
  200:8 205:15 217:6
  242:25
**thereof** 14:18
**thickness** 161:19
**thing** 16:20 56:7 64:18
  110:19 114:21 123:24
  149:17 190:8 222:1
  240:11 255:5
**things** 38:15 40:1 42:23
  52:11,17 53:9 60:14
  74:10 90:6 136:25
  184:13 185:7 223:4
  228:13 256:2 273:15
  303:21 307:10
**think** 28:1 34:15 38:17
  42:1 43:22,25 52:24
  55:12,13,20 56:7 58:4
  58:18 59:7 61:8
  62:15 67:8 68:22
  75:10 76:23 79:24
  82:21 97:12,17
  114:21 117:2 128:9
  135:21 143:22 152:3
  155:19,25 159:12

160:16 173:22 176:6
  189:4 190:11 191:25
  192:10 196:14 198:8
  198:8 209:19 210:15
  211:9 218:5 229:11
  234:19,24 235:7
  239:3 241:19 242:14
  243:21 251:7 257:4,8
  257:18 261:20 279:23
  284:7 291:13 294:6
  299:9 301:13 308:12
  309:7 311:21 317:11
**thinking** 53:8 157:21
  165:15 241:15,21
  286:20
**third** 71:6,7,8,9 85:7
  90:15 98:10 118:1
  180:5,6,9 213:5
  273:17
**thought** 45:8 64:21
  86:19 91:16 115:25
  163:25 164:17 271:13
  271:19 272:20,22,25
  284:13 287:20
**thoughts** 53:6 165:9,17
**thousands** 153:8
**three** 95:21 97:18,19
  157:22 195:1 208:2
  226:19 260:11
**thrilled** 117:3
**Thur** 10:16 12:17
**tie** 88:8 226:3
**tied** 157:17
**tie-back** 90:21 91:10,17
  159:6
**tight** 23:2 25:8 60:17
**till** 16:25
**time** 14:17 15:6 26:14
  27:1 34:25 35:1
  37:13 38:10 39:7
  42:19 46:8 48:16
  49:2,21 55:17,19
  57:21 59:16 61:13
  62:24 63:10 65:11
  66:10,15 67:2 68:11
  79:25 80:3 81:22
  82:8 91:13 94:10,12
  94:14,18 111:15
  119:7 124:3 134:5
  139:3 140:25 144:6
  147:13,17 157:14
  159:4 160:24 163:1
  164:6,7,15 165:13,15
  165:19 166:1 170:6
  183:21 185:24 186:6
  186:11 187:5 188:16

194:5 196:11 198:23
  204:12,25 205:4
  209:4 210:19 220:16
  224:1 225:13 228:13
  235:10 236:16 241:14
  242:8,15 251:9
  255:14,21,24 256:2
  260:5 267:1,20
  272:19 273:2 276:12
  278:12 281:1,13
  283:18 286:14 287:20
  293:9,12 294:6,16
  295:23,24 296:16
  297:2,5 298:8 299:6
  301:9,12 306:20
  308:12
**timely** 122:18 123:4
**times** 60:13 67:6
  112:14 189:4 190:3
  207:2 208:1,2 209:5,5
  248:18,19 249:14
  251:22 254:13,16,16
  254:18 255:19 257:17
  257:24 260:8,11
  281:9 304:19
**timing** 56:1 75:21 78:5
  112:10 124:15 175:24
  242:20 307:7
**tiny** 92:3
**title** 22:20,21 23:21
  37:5 204:1
**titled** 229:16,16 234:12
**Tobacco** 108:4
**today** 16:8 21:25 22:3
  22:20 53:10,13 54:13
  63:17 65:15 74:15
  102:19 134:12 243:22
  244:18 274:16 299:7
  309:7
**today's** 8:13 23:13
  40:24 41:21
**Todd** 182:25
**told** 64:11 75:25 107:17
  215:10 278:3 282:6
  303:22
**TOLLES** 3:11
**tools** 178:24 179:1,5
**top** 97:1 102:1 120:15
  124:8 168:20 178:20
  238:9 240:5,9 273:21
**topic** 21:21 34:22 245:5
  245:8,10,21 247:15
  261:19 297:5
**topics** 64:15,16 247:5
  266:5,11
**tornado** 98:24

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported by:

ALAN O'DONNELL                       May 5, 2011                    SANDRA D. FILES, CCR

Page 340

**TORTS** 2:17
**total** 87:24 88:2,4,5
  137:3,18 154:12
  175:24 177:4,24
  180:13 188:6 191:8
  191:16,21 192:2
  193:12 198:4 201:17
  205:18 211:3,7,19
  212:1 215:23 242:10
  248:24 254:13
**touched** 311:23
**Tower** 3:8
**track** 29:7 47:13 48:11
  49:5,10 50:13 172:17
  187:15 189:23 249:1
  254:9 255:6 304:12
  311:3 313:18,22
**tracked** 254:7
**tracking** 48:6,25 49:25
  50:1,3,4 205:25 206:3
  254:19 317:8
**trade** 45:5,13,20 46:3
  101:15,17,17 108:8
  198:23,25 239:6,8,14
  239:15 240:18 241:22
  241:22
**trade-off** 108:22
**trading** 44:22,25 45:1
  46:5 108:16
**traditionally** 315:19
**tragedy** 50:25
**training** 18:22 19:15,16
  19:17,25 20:5,14,17
  20:18,19,22 21:3
  60:11
**transaction** 44:10,21
  45:20 108:8 117:9
  125:1
**transcribed** 319:10
**transcript** 319:12
**transcription** 318:8
**transition** 275:4,8,9,11
  275:14,20 277:5,14
  277:22 278:4 279:1
  280:23
**transitions** 292:22
**translate** 103:9
**transmission** 254:5
  258:7
**transmitted** 256:18
**Transocean** 3:17 309:6
  314:4,6,15 316:3
**transport** 195:12 282:7
**transportation** 57:9
  60:24
**tremendously** 66:4

**tried** 50:8 122:7
**trimmed** 83:7
**Tropical** 70:21 120:10
**true** 31:21 222:10
  318:7 319:12
**truth** 319:7
**try** 42:16 48:15 49:1
  51:6,25 55:6,7 69:2
  78:18 195:9 258:11
  269:6 282:14 283:2
  293:4
**trying** 56:23 99:14
  121:1 172:1 234:1
  236:16 237:1 251:5
  257:11 270:4 281:23
  286:4 292:22
**tubular** 176:5
**tubulars** 175:9 176:17
**Tue** 8:12,19 13:17
**Tuesday** 12:4,12
**tune** 92:11 230:7
**tuned** 234:7
**turn** 84:10 85:14 95:13
  98:13 101:13 106:14
  145:25 215:24 234:9
  253:25
**turned** 111:18 157:8
  194:17
**Turning** 185:21
**TVT** 161:19
**tweaking** 124:15
**twice** 207:14
**two** 23:11 32:9,9,10
  35:18 59:20 79:5
  84:22 95:8,21 108:10
  108:23,24 123:17
  143:4 148:4 156:19
  157:16,17,21 158:6
  170:17 178:3 181:13
  195:1 197:12,23
  218:6 219:20 239:20
  279:9 298:7
**two-to-one** 117:25
**TX** 3:21
**type** 169:2
**typical** 72:15 228:19
**typically** 81:11 86:15
  86:25 98:19,20
  117:22
**T&A** 12:6

**U**

**U** 14:1
**Uh-huh** 96:25 99:19
  102:2 105:11 149:7
  187:2 189:7 191:12

**ultimate** 83:18 87:14
  87:15 315:12
**ultimately** 44:20 50:15
  85:2 113:5,17 271:9
**umbilical** 88:7 90:1
**uncertainty** 164:11
  166:1 228:14 230:20
  241:13
**understand** 16:10,17
  17:3,13,13 38:20 41:4
  48:15 49:1 67:12
  75:4 83:3 97:12
  98:12 99:15,17 112:9
  118:4,23 119:18
  121:11 122:7 126:1
  153:17 156:5 160:23
  164:8,25 172:1
  231:12 243:18 274:21
  275:2 279:13 280:8
  281:25
**understanding** 47:3,8,9
  51:2 53:14 69:24
  78:3 81:23 98:4
  127:25 182:10 183:20
  244:6,9 245:1,2
  247:14 248:12 266:21
  275:21 280:10 288:4
  291:16 319:13
**understands** 60:2
**understood** 122:9
  250:6,13 260:9 269:2
  282:2 304:11
**uneasy** 110:20
**uneconomic** 138:4
**unexpected** 214:4,15
**United** 1:2 2:19 15:11
  174:8
**units** 235:23
**University** 17:21 20:25
**unknowns** 74:13
**unmarked** 273:11
**unreasonable** 76:2
  165:14
**unredacted** 63:18
**unviable** 184:1
**update** 67:6 74:12
  200:15 201:19 206:14
  210:18 250:8,15
  257:19 262:22,25
  304:18 308:7
**updated** 83:9 133:10
  136:13,14 261:24
**updates** 206:5,7,11,15
  206:16,18 207:21
  233:9 262:12 304:20
**updating** 73:19

**uploaded** 249:6
**upper** 83:2
**upside** 61:18
**UR** 98:18
**usability** 306:2
**usable** 47:15
**use** 16:16 29:15 43:3
  55:3 61:14,16 62:3,4
  65:23 78:23 86:21
  91:9 95:10 98:1,3
  119:5 121:8 155:16
  219:3 230:4
**uses** 155:11 257:6
**usually** 146:20
**utilize** 55:23 56:1,4
  62:10 67:4 91:14
  230:19
**utilized** 38:23 128:22
  129:3,6 175:25
  177:19
**utilizing** 10:21 160:21
  161:1
**U.S** 2:17 244:17 273:12

**V**

**vague** 247:4
**value** 8:6 38:17 40:2,17
  40:18,18 41:1 45:7,9
  45:14 57:19 60:12
  66:23 91:9 93:22,22
  95:25 102:17 103:3
  103:11,12 104:6,12
  105:4 108:24,25
  109:2,2,5,6,9,12,14
  115:8 117:14,14
  148:22 198:24 199:18
  211:21 230:15 239:6
  241:20 242:23,24
**valued** 101:20
**values** 58:8 67:3 93:7
  109:13 117:15
**variables** 58:8,18 59:20
  59:23,24
**variation** 85:6
**varied** 100:3,17 101:1
**variety** 309:15
**various** 21:12 29:24
  102:11 248:18 260:10
  275:14
**vary** 65:24 98:20
**varying** 27:10
**verbal** 206:18
**verbalized** 100:25
**version** 165:2
**versions** 81:5
**versus** 94:10,12

**vetting** 82:25
**viability** 36:12 42:16
  186:1 245:14 276:20
  306:3 317:2
**viable** 59:8 145:8
**vice** 83:25
**vice-president** 29:23
  68:4,9 128:6
**video** 15:7
**videographer** 4:4 15:1
  16:15 72:20,25
  113:25 114:4 159:16
  159:20 173:23 174:2
  203:15,19 231:15,19
  243:8,12 298:6
  308:19,23 317:15
**videotape** 72:23 73:2
  114:2,16 159:18,22
  173:25 174:4 203:17
  203:21 231:17,21
  243:10 308:21,25
  317:17
**videotaped** 1:17 15:2
**view** 89:16 124:25
**viewed** 189:18,19
  283:20 285:6
**viewing** 285:16
**visit** 49:17
**volume** 40:16 153:7,11
  153:19,24 154:12
**vouch** 147:15
**vowel** 251:16
**VP** 132:23 200:21

**W**

**w** 13:12
**wade** 252:19
**WAECHTER** 2:22
**wait** 16:24,25 142:21
**waived** 14:10,13
**walked** 83:18
**Walker** 2:22 84:2
**want** 27:23 41:9 48:24
  56:8,9,13 73:5 79:17
  79:20 89:21 90:9
  99:17 111:6,9 114:9
  116:21 126:23 140:13
  170:23 174:14,23
  191:22,25 196:3,7
  199:25 213:15 238:21
  243:24 244:14,25
  245:4 266:7 267:12
  268:18 270:19 273:17
  273:23 281:11 287:10
  291:21 294:7 298:10
  305:19

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 — Reported by:
ALAN O'DONNELL — May 5, 2011 — SANDRA D. FILES, CCR

Page 341

**wanted** 21:21 49:7
141:18 189:9,11
194:7 195:14 203:24
212:11 224:17 271:4
273:3 276:19 284:17
284:19 293:4,14
294:18 295:5,15
296:18,19 297:23,24
298:4 311:24
**wanting** 263:22 276:14
**wants** 200:14
**WARE** 3:7
**warning** 257:21
**warranted** 262:14
263:7
**Washington** 2:19
**wasn't** 27:15 45:10
77:7 101:3,4 113:1
226:2 252:20 257:16
276:9 279:3 287:23
306:12
**waste** 80:3
**watching** 56:14
**Wattenberg** 239:2,9
240:19 241:23,24
**Wattenburg** 13:12
**way** 17:1,7 20:9 25:22
35:13 39:18 49:14
60:20 80:1,3 97:2
99:24 119:16 123:5
168:17 194:9 196:10
316:8 317:1 319:16
**ways** 48:25 60:14
**weak** 195:8 282:13
**Weatherford** 2:25
232:3
**Wed** 9:5 11:23 13:10
**week** 82:22 207:18,19
**weekend** 240:21 297:9
**weekly** 52:15 227:18
**weeks** 52:5 301:10
**welcome** 39:24
**wellbore** 178:6 278:13
301:2 302:1,13,21
303:15 304:21 305:20
306:2,9
**wellhead** 176:9
**wells** 29:11,11 88:5
112:8,12 156:19
157:17,17,21 158:5,6
158:19 172:11 286:16
310:7,25
**WellSpace** 187:19
188:2,8,24 189:15,19
227:1 246:8,14
247:17,21 248:5,8,11

248:17,21 249:7,24
250:8,14,21 251:3,19
251:23 252:1,25
253:9,15,19 307:14
311:5
**went** 57:1 69:7,9 78:3
124:24 126:10 174:9
228:13
**weren't** 262:20 271:5,6
277:2 300:8
**West** 24:14
**we'll** 21:10 40:10,25
45:22 55:19 56:12
65:2 74:12 79:25
81:12,12 86:25,25
195:8 198:23 199:25
216:6 231:10 241:19
259:15
**we're** 27:21 30:24
47:16 51:7 52:12
53:8 55:8 73:1 76:6
78:16,17 79:10 84:20
107:4 131:11 159:5
159:17,21 166:20
173:24 174:3 186:22
191:21 192:1 203:20
207:24 212:5 231:16
231:20 243:9,13
247:12 248:24 251:6
305:8,15 307:8
308:20,24 317:16
**wide** 25:3
**William** 2:23
**willing** 276:16 294:23
295:4 297:23
**Wills** 157:12
**Wilms** 2:12 34:14,20
39:2,10,15,21 58:25
64:23 65:5 75:15
77:17 90:25 91:21
92:2 96:12 99:6
101:6 103:19 104:15
105:14 106:10 110:8
110:25 113:14,23
114:23 115:13 116:3
116:14,20 119:1
122:3 123:22 124:5
125:12 126:17 127:16
130:22 131:24 132:16
133:7,18 134:21
135:11 136:20 137:24
138:12,25 139:12,23
140:3,20 143:21,25
144:18 145:10,19
146:15,25 147:8
148:7 149:24 150:16

154:3 155:12,21
157:2,24 158:14
159:1,7 162:17 163:6
163:16 164:2,18
165:4,20 167:11
169:22 170:18 171:13
171:22 172:4,25
175:12,19 176:13
177:13 178:13 179:6
179:15,25 180:25
183:14 184:10 185:9
186:2,17 187:9,21
188:10 190:15,24
191:17 193:13,17
195:16,23 196:25
198:5 199:3,13
200:11,25 201:13,23
202:5,20 204:21
205:6,11 207:4
208:14,19 209:16
211:23 212:18 214:17
215:19 217:15 218:2
218:21 219:10 220:25
221:8,19 222:4 223:5
223:13 224:7 225:17
226:10,15 227:2
228:1,6,22 229:8,24
230:16,25 233:15,22
236:4,12 237:7 238:3
238:8 239:10 240:12
241:7 242:3,11 243:6
244:21 247:2,11
250:17 252:10,15
253:20 255:11 256:21
258:1,9 259:9,18,25
260:16 262:6 263:3
266:2,19 267:3,8,14
268:6,20 270:1,22
271:16,25 274:11
275:17 276:6,22
277:7,17 278:5,19
279:20 280:4 281:5
282:21 283:22 284:10
285:19 286:6 287:14
294:2,12,25 296:3,13
297:19 298:20 300:11
300:17 301:21 302:3
302:15 303:11,17
304:5,25 305:23
307:16 308:1,14
310:10,20 312:2
313:3 315:23 317:13
**Windlinger** 238:2
**window** 268:2
**withdrawn** 106:13
**witness** 14:6,24 15:14

34:16,21 39:19,25
75:18 77:19 91:2
92:5 103:21 104:17
105:16 110:10 111:2
114:25 115:15 116:5
116:18,23 119:3
121:22 122:5,22
123:9 125:14 126:19
127:18 129:17 130:2
130:24 132:1,18
133:9,20 134:23
135:13 136:22 138:1
138:14 139:14 143:23
144:20 145:12,21
146:17 147:2,10
148:9 150:1,18 154:5
155:14,23 157:4
158:1,16 159:3
162:19 163:8,18
164:4,20 165:6,22
167:13 169:24 170:20
172:6 173:2 175:14
175:21 176:15,24
177:15 178:15 179:8
179:17 180:2 183:18
184:12 185:13 186:4
186:21 187:11,23
188:12 190:17 191:1
191:19 193:19 195:18
195:25 197:2 198:7
199:15 200:13 201:2
201:15,25 202:7,22
204:23 207:6 208:21
209:18 212:20 214:19
217:17 218:4,23
219:12 221:2,10,21
222:6 224:9 225:19
226:17 227:4 228:8
228:24 229:10 230:1
230:18 231:2 233:17
233:24 236:6,14
237:9 239:12 241:9
242:13 244:23 252:17
253:22 255:13 256:23
258:3,16 259:11,20
260:2,18 262:8 263:5
266:6,14,17,23 267:2
267:10 268:15,19,24
270:3,24 271:18
272:2 274:13 275:19
276:8,24 277:9,19
278:7,21 279:22
280:6 281:7 282:23
283:24 284:12 285:21
286:8 287:5,16 288:3
288:13 289:11 290:4

290:13 292:12 294:4
294:14 295:2 296:5
296:15 297:21 300:19
301:23 302:5,17
303:19 304:7 305:2
305:25 306:24 307:20
308:3 310:12,22
312:12 313:5 314:11
314:19 315:25 318:2
319:5
**wondering** 140:4
**word** 29:16 97:24 98:1
98:3 220:11
**words** 16:13 44:21
48:10 111:3
**work** 19:21,22 20:20
21:23 22:8 29:13,25
31:11 33:20 35:24
76:9,15 89:25 174:11
184:13,21 230:9
241:22 256:13
**worked** 22:17 25:22
184:18,23,25 189:10
**working** 43:22 52:12
91:4 98:7 120:25
180:3,15,16,21 185:1
205:5 256:12
**works** 69:22 84:8
**worldwide** 83:25 84:1
**worth** 57:25 58:1,4
59:22 240:1,23,25
241:6
**wouldn't** 66:8,12
146:18 152:16 192:5
228:20 229:3 262:19
308:4 313:6
**Wow** 25:21
**write** 269:14 282:5
**writes** 110:19 264:9,21
**writing** 143:18 295:15
**written** 60:5
**wrong** 44:22 242:20
**wrote** 120:19,20 124:12
224:18
**w/Hollek** 11:25

**Y**

**yeah** 16:3 25:23 27:25
40:19 44:6 46:13
53:17,20 79:2,19 85:5
91:25 101:7,9,10
105:17 106:8 114:18
116:24 133:1 140:1
142:24 144:1 161:21
192:22,23,25,25
193:7 207:19 229:11

601 Poydras Street, Suite 1720
New Orleans, Louisiana 70130-6029

GAUDET KAISER, L.L.C
Board-Certified Court Reporters
Exhibit N
Page 103

Telephone (504) 525-9100
Facsimile: (504) 525-9109

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010            Reported by:

ALAN O'DONNELL            May 5, 2011            SANDRA D. FILES, CCR

Page 342

245:2 283:25 292:24
**year** 21:10 22:9,10,11
23:23 26:24 50:6
57:7,8 67:15 153:12
278:11 292:25
**yearly** 29:6 41:19
149:13 154:24
**years** 16:1,2 20:21 21:4
22:10,10 35:18
**yesterday** 32:12 61:11
107:18
**York** 1:23 2:5
**you-all** 215:22

**Z**
**zero** 42:11 149:22
150:3 238:14
**zeros** 156:10
**zone** 162:13 256:4
270:15 285:18 287:25
288:8,16,21
**zones** 48:22 256:16,20
262:16 269:25 272:11

**$**
**$105** 71:8 180:7
**$11** 108:16
**$124** 70:19
**$131** 124:15
**$151** 137:8
**$27** 137:4,6 143:13
**$27.9** 133:25
**$3.5** 141:2
**$30** 126:11
**$33** 113:2,5
**$351** 149:22
**$5** 142:7
**$50** 87:17
**$8** 108:17
**$81** 108:18 109:9
**$94** 103:10,18 104:13
**$96** 70:1,16 87:14
129:4,14,24 175:3
179:12,22 180:9

**0**
**0kay** 267:7
**00001082** 127:2
**000030687** 135:2
**000030690** 213:10
**000030726** 219:20
**00008871** 156:7
**000263338** 160:1
**00030692** 219:22
**02** 13:17
**06** 11:3

**1**
**1** 10:6 12:7 28:4,8
72:23 107:19,23
174:24 214:12 216:24
220:5
**1st** 24:1
**1:22** 295:13
**1:31** 203:22
**1:34:36** 12:18
**10** 41:1 52:16,16 54:8
54:15,17,20 86:16
95:2,5 98:21 100:10
102:5,16,18 103:11
103:17 104:12 245:8
248:18 254:16,18
260:8 266:11 273:22
298:10
**10/19/2009** 8:5
**10/20/2009** 8:12,19
**10:22** 290:20
**10:23** 114:2
**10:32** 114:7
**10:52** 12:12
**1000** 3:20
**1001** 3:16
**10013-1413** 1:23
**10022-4611** 2:5
**105** 71:10
**107** 6:6 234:25 235:24
**107md** 235:16
**1084** 127:2
**109** 6:7
**11** 54:8 176:8 214:9
245:5,10 247:15
**11th** 1:18
**11/20/2009** 8:24
**11:21** 159:18
**11:32** 159:23
**11:47** 173:25
**11:54** 174:4
**11:56:28** 11:23
**119** 6:8
**12** 54:9,16 204:1
274:25 284:8
**12th** 194:20 281:2
292:6 295:13 297:2
299:20 302:14,24,25
303:2,4
**12/16/2009** 9:5
**12:22** 203:17
**120** 71:2
**1201** 2:8
**1221** 3:4
**123** 6:9
**1255** 264:1
**1256** 299:2

**127** 6:10
**13** 54:9,17,20 119:22
119:23 176:7 214:7
245:8 266:11
**131** 6:11 124:24
**135** 6:12
**139** 6:13
**14** 141:6
**14th** 299:21
**14271** 2:18
**143** 6:14
**15** 5:6 9:21 41:3 71:11
140:24 141:11 215:24
**15th** 220:18 229:18
**150** 86:2,9
**151** 6:15
**153** 2:4
**156** 6:16
**1592** 290:17
**1593** 295:10
**1597** 53:24 244:1 245:5
**16** 124:9 176:7 214:6
**160** 6:17
**167** 6:18
**17** 100:15 122:15
127:23
**17th** 44:2
**1700** 2:8
**174** 5:8
**18** 9:13 126:23 127:2
131:16 133:2
**18360** 264:11 278:18
279:19 280:13,24
285:4 291:6 299:11
300:1 301:5 302:2
**185** 6:19
**19:15:25** 8:19
**1912** 261:1
**1913** 269:5
**1914** 6:5 8:3 78:25 79:7
117:7
**1915** 6:6 8:10 107:6,7
114:16,18
**1916** 6:7 8:17 109:16
109:18
**1917** 6:8 8:22 119:23
119:25
**1918** 6:9 9:3 123:15,19
127:3
**1919** 6:10 9:9 127:1
174:20,23
**1920** 6:11 9:12 131:11
131:13 140:9,11,15
174:21 181:11
**1921** 6:12 9:16 135:1,4
174:21

**1922** 6:13 9:20 139:19
139:21 140:19 174:21
219:18
**1923** 6:14 10:3 142:25
143:2
**1924** 6:15 10:10 151:1
151:3
**1925** 6:16 10:15 156:7
156:8
**1926** 6:17 10:21 160:1
160:2
**1927** 6:18 11:3 167:18
167:20
**1928** 6:19 11:7 185:18
185:19
**1929** 6:20 11:14 203:25
204:3 273:12 282:3
**1930** 6:21 11:21 211:14
211:15
**1931** 6:22 12:3 216:6,7
**1932** 6:23 12:10 224:22
224:23
**1933** 6:24 12:16 229:15
229:19
**1934** 6:25 13:3 237:15
237:18
**1935** 7:5 13:9 242:25
243:1
**1936** 7:6 13:16 309:9
309:11
**1984** 17:22 22:9
**1994** 27:1,4

**2**
**2** 73:3 114:2 168:19
181:7
**2A** 127:1
**2nd** 10:5
**2:02** 231:17
**2:12** 231:21
**2:24** 243:10
**2:30** 243:14
**20** 1:6 11:9 12:5 47:22
49:20,21 50:20 66:7
107:10 109:21 120:3
161:2 167:23
**20th** 15:11 71:1,2 74:14
220:19 221:18,22
233:3 301:16,20
312:17,18 313:14
**20:31:09** 13:17
**20044-4271** 2:19
**2007** 2:15
**2009** 11:9 24:2 28:4,8
31:21 43:19,24 44:2
46:8 63:24 66:7

**68:21 74:3 81:25**
107:10 120:3 124:9
127:14,23 214:1
**201** 2:24
**2010** 1:6 9:13,17,21
11:4 12:5,12 13:17
15:11 31:22 43:24
47:22 49:21 50:20
66:7 90:11 131:16
132:10 133:2 135:7
136:3 139:7 140:24
141:6,11 143:11
156:13 161:2 167:23
168:19,22 204:2
205:8,17 214:3,12
229:18 234:11 237:23
261:2 267:20 297:2
306:16
**2011** 1:18 15:6 53:25
**2012** 153:3 154:24
**204** 6:20
**21** 142:22
**211** 6:21
**216** 6:22
**2179** 1:3
**22** 135:3 140:17 176:6
176:12 182:19
**22nd** 136:3
**224** 6:23
**229** 6:24
**23** 142:21 151:1
**23rd** 234:11
**237** 6:25
**24/7** 258:8
**242** 7:5
**243** 5:10
**25** 43:13 53:11 70:5,10
71:10 91:4 95:19,20
98:10 154:2 180:7,16
274:2
**250** 1:22
**251** 163:14,19 166:9
**252** 10:6 12:7 32:25
171:6,7 172:20
216:12 245:16
**26** 22:10 171:5 199:22
**262834** 171:5
**262838** 167:19
**27** 22:10 100:19 132:10
**27th** 22:11 214:2
**279,692** 163:10
**28** 127:14 176:6,11
**28th** 214:1
**29** 143:11 156:6
**2929** 3:8

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C          Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029      Board-Certified Court Reporters       Facsimile (504) 525-9109

Exhibit N
Page 104

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported by:
ALAN O'DONNELL                                        May 5, 2011                            SANDRA D. FILES, CCR

Page 343

**3**

**3** 114:7 159:18 213:3
**3.3** 134:15
**3/29/2009** 10:5
**3:07:38** 13:5
**3:11:58** 11:16
**3:17** 12:5
**3:21** 308:21
**3:25:46** 8:12
**3:33** 309:1
**3:40** 317:17
**30** 9:17 113:2 134:13
   134:18 135:7
**30(b)(6)** 34:21 53:24
   244:2 266:5,13,23
   267:10 268:22 312:8
   312:11
**30690** 135:2
**30714** 131:12
**30728** 139:20
**309** 5:12 7:6
**31** 224:19
**32** 180:23 237:22,22
**32306** 216:24
**32308** 216:11
**33** 180:16 181:4
**3345** 160:1
**35th** 3:12
**35,000** 234:23
**355** 2:13 3:12
**36** 140:7 176:5,11
   192:15 273:13
**361** 118:14
**37** 160:6,8
**3700** 3:16
**38** 167:18 209:11
**39** 231:24

**4**

**4** 53:25 78:23 85:15
   159:23 173:25 174:4
   203:17 219:15
**4/12/2010** 11:16
**4/14/2010** 11:23
**4/15/2010** 12:18
**4/20/2010** 10:22
**4/23/2010** 13:5 237:16
**4/4/2010** 10:12
**4/7/2010** 13:11
**4/8/2010** 10:17
**4:23:49** 8:5
**40** 234:10 264:15 282:4
**40,000** 158:10,18,23
**4000** 3:20
**41.7** 96:19
**410177** 84:11

**41079** 85:15
**41109** 88:10
**41110** 95:14 117:10
**41114** 117:7
**41118** 79:5
**4114** 101:13
**41677** 123:18
**41682** 125:6
**41683** 123:18
**42** 97:7
**4400** 2:13
**45,000** 234:18
**4500** 3:4
**49713** 151:2

**5**

**5** 1:18 107:5 203:21
   205:20 231:17,21
   243:10 248:18 254:16
   254:17 260:8
**5th** 15:6
**5-minute** 231:14
**5/8ths** 176:8 214:7
**5:12:58** 10:17
**50** 88:22 89:1
**53rd** 2:4
**57.5** 119:9
**58231** 216:5
**58509** 146:3
**58514** 143:1

**6**

**6** 12:12 109:15 243:14
   270:11 308:21
**6,000** 154:17
**6:39** 270:15
**60** 86:3,12 225:11
**601** 1:18 15:4
**690** 213:11

**7**

**7** 100:18 220:1 237:23
   295:18 308:25 317:17
**7th** 241:10
**7/8ths** 176:8 214:9,10
   220:1
**7:22:22** 10:5
**7:33** 269:9,14
**7:34:50** 13:11
**70** 163:21
**70.2** 163:22
**70071-1560** 3:13
**70130** 1:18
**70170-5100** 2:24
**7365** 282:3
**7366** 274:23

**7367** 273:18
**75270-2041** 2:9
**77002** 3:21
**77002-6760** 3:16
**77010-2010** 3:4
**77019** 3:9
**79** 6:5

**8**

**8** 41:2 86:2 156:13
   306:15
**8th** 1:22 307:24
**8.8** 86:2,9
**8:16** 274:25 280:20
**8:32** 15:7
**8:32:54** 9:5
**8:54:18** 10:12
**81** 114:12
**84.8** 118:7
**850** 87:25 88:15,17
   89:9
**8872** 156:7

**9**

**9** 214:10 220:1 264:4
   285:1
**9th** 261:2,14,19 263:20
   267:20 269:8 272:16
   283:12 297:1
**9:03:55** 8:24
**9:08** 11:9
**9:10** 279:8 280:22
**9:30** 72:22
**9:41** 73:3
**9:50** 194:21
**90071-3106** 2:13
**94** 102:22 103:7 104:1
   104:2 117:6
**96** 111:18 124:24

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C                    Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029              Board-Certified Court Reporters            Facsimile: (504) 525-9109