# EXHIBIT O

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                              Reported by:

**JIM W. BRYAN**                     **May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR**

## 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL    MDL NO. 2179
BY THE OIL RIG
"DEEPWATER HORIZON"  SECTION:  J
IN THE GULF OF
MEXICO ON APRIL 20,  JUDGE BARBIER
2010            MAG. JUDGE SHUSHAN

Deposition of JIM W. BRYAN, taken in the Pan American Life Center, Bayou Room, 11th Floor, 601 Poydras Street, New Orleans, Louisiana 70130, on Friday, May 6, 2011.

APPEARANCES:

KIRKLAND & ELLIS LLP
(By:  Ryan Micallef, Esquire)
300 North LaSalle
Chicago, Illinois  60654
   (Attorneys for BP)

## 2

1
2  APPEARANCES (continued):
   LIEFF, CABRASER, HEIMANN &.
   BERNSTEIN,LLP
3  (By:  Steven E. Fineman, Esquire and
   Anika K. Martin, Esquire)
4  250 Hudson Street, 8th Floor
   New York, New York  10013
5     (Attorneys for MDL 2185
      Securities plaintiffs
6     Subclass)
7
8  U.S. DEPARTMENT OF JUSTICE
   TORTS BRANCH, CIVIL DIVISION
9  (By:  Nancy Flickinger, Esquire, and
   Judy Harvey, Esquire)
10 Post Office Box 14271
   Washington, D.C.  20044-4271
11    (Attorneys for the United
      States)
12
13
14 MORGAN, LEWIS & BOCKIUS LLP
   (By:  Steven A. Luxten, Esquire)
15 1000 Louisiana Street
   Suite 4000
16 Houston, Texas  77002-5006
      (Attorneys for M-I SWACO)
17
18 GODWIN RONQUILLO
   (By: Floyd R. Hartley, Jr., Esquire,
19 Aimee Williams, Esquire)
   1201 Elm Street
20 Suite 1700
   Dallas, Texas  75270-2041
21    (Attorneys for Halliburton)
22
23
24
25

## 3

1  APPEARANCES (continued):
2
   MS. BARBARA B. DUNBAR
3  Attorney at Law
   Anadarko Petroleum Company
4  1201 Lake Robbins Drive
   The Woodlands, TX  77380
5     (Attorneys for Anadarko
      Petroleum and MOEX Offshore
6     2007, LLC)
7
8  JONES, WALKER, WAECHTER, POITEVENT,
      CARRÈRE & DENÈGRE L.L.P.
9  (By:  Thomas M. Nosewicz, Esquire)
   201 St. Charles Avenue
10 New Orleans, Louisiana  70170-5100
      (Attorneys for Weatherford)
11
12
13 SUTHERLAND ASBILL & BRENNAN LLP
   (By:  Stephany LeGrand, Esquire)
14 1001 Fannin
   Suite 3700
15 Houston, Texas 77002-6760
      (Attorneys for Transocean)
16
17
18 MUNGER TOLLES & OLSON
   (By:  Allen Katz, Esquire)
19 355 South Grand Avenue
   35th Floor
20 Los Angeles, California  90071-1560
      (Attorneys for Transocean)
21
22
23
24
25

## 4

1  APPEARANCES (continued):
2  WARE, JACKSON, LEE & CHAMBERS,
   L.L.P.
3  (By:  John E. "Jay" Nelson, Esquire)
   America Tower
4  2929 Allen Parkway
   Houston, Texas  77019
5     (Attorneys for Dril-Quip, Inc.)
6
7  BECK, REDDEN & SECREST, L.L.P.
   (By:  Thomas G. Ganucheau, Esquire)
8  One Houston Center
   1221 McKinney Street, Suite 4500
9  Houston, Texas  77010-2010
      (Attorneys for Cameron
10     International Corporation)
11
12 BINGHAM McCUTCHEN
   (By:  Peter C. Neger, Esquire)
13 399 Park Avenue.
   New York, New York  10022-4689
14    (Attorneys for Anadarko
      Petroleum and MOEX Offshore
15    2007, LLP
16
17
18 THE VIDEOGRAPHER:
19    Gilly Delormier
20
   REPORTED BY:
21
22    JOSEPH R. KAISER, JR., CCR, RPR
      Certified Court Reporter
23    State of Louisiana
24
25    *  *  *  *  *

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**   **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6029    Board-Certified Court Reporters**   **Facsimile: (504) 525-9109**

Exhibit O
Page 1

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                    Reported by:

**JIM W. BRYAN**                    **May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR**

---

5

EXAMINATION INDEX

Page No.

By Mr. Fineman            9

By Ms. Flickinger         124

By Mr. Hartley            137

By Mr. Katz               150

*   *   *   *   *

---

7

DESCRIPTIVE EXHIBIT INDEX

Exhibit 1937 - Bid Form

Exhibit 1938 - E-mail chain, 10/07/09

Exhibit 1939 - E-mail chain

Exhibit 1940 - E-mail chain, 11/17/09

Exhibit 1941 - E-mail chain, 11/23-24/09

Exhibit 1942 - Lease Exchange Agreement

Exhibit 1943 - Macondo Prospect, Well
              Participation Agreement

Exhibit 1944 - Letter to MMS from Wendy
              Rodriguez, with attachments

Exhibit 1945 - Letter to MMS from Vera
              Wells, with attachments

Exhibit 1946 - E-mail chain, 12/21/09

Exhibit 1947 - E-mail chain

Exhibit 1948 - E-mail chain

*   *   *   *   *

---

6

EXHIBITS

                    Page
No.

Exhibit 1937        24

Exhibit 1938        39

Exhibit 1939        48

Exhibit 1940        56

Exhibit 1941        66

Exhibit 1942        69

Exhibit 1943        75

Exhibit 1944        94

Exhibit 1945        100

Exhibit 1946        119

Exhibit 1947        125

Exhibit 1948        127

*   *   *   *   *

---

8

S T I P U L A T I O N

It is stipulated and agreed by and among counsel for the parties hereto that the deposition of the aforementioned witness is hereby being taken for all purposes allowed under Article 1421, et seq., of the Louisiana Code of Civil Procedure, in accordance with law, pursuant to notice;

That the formalities of reading and signing are specifically not waived;

That the formalities of filing, sealing, and certification are specifically waived;

That all objections, save those as to the form of the question and the responsiveness of the answer, are hereby reserved until such time as this deposition, or any part thereof, may be used or sought to be used in evidence.

JOSEPH R. KAISER, JR., CCR, RPR Certified Court Reporter in and for the State of Louisiana, officiated in administering the oath to the witness.

---

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**          **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6029     Board-Certified Court Reporters**          **Facsimile: (504) 525-9109**

Exhibit O
Page 2

**JIM W. BRYAN**                    **May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR**

---

9

```
 1        P R O C E E D I N G S
 2     THE VIDEOGRAPHER:
 3          This is the videotape deposition
 4  of Jim Bryan.  This deposition is being
 5  held today at 601 Poydras Street, New
 6  Orleans, Louisiana, on May 6th, 2011.  The
 7  time is 8:30 a.m.
 8          This deposition is being taken
 9  in the matter of the oil spill of the
10  DEEPWATER HORIZON in the Gulf of Mexico, on
11  April 20th, 2010, taken in the United
12  States District Court, Eastern District of
13  Louisiana.
14          JIM W. BRYAN,
15  after having been first duly sworn by
16  the above-mentioned Certified Court
17  Reporter, was examined and testified as
18  follows:
19  EXAMINATION BY MR. FINEMAN:
20     Q.   Good morning, Mr. Bryan.  My
21  name is Steve Fineman.  I'm here asking
22  questions on behalf of the Plaintiff's
23  Steering Committee in this case.
24          Have you ever had your
25  deposition taken before?
```

10

```
 1     A.   No.
 2     Q.   Let me just go over some of the
 3  rules with you.  I'm going to be asking you
 4  a series of questions today, as well maybe
 5  some of my colleagues.  Those questions
 6  will ask for a yes or a no or a narrative
 7  response.  Do you understand that?
 8     A.   Yes, sir.
 9     Q.   Because we're being -- your
10  words are being taken down and my questions
11  are being taken down by the court reporter,
12  and you're being filmed, I need you to
13  speak audibly, clearly.  Slowly is probably
14  a good idea.  If you have a broken -- to
15  speaking clearly.  And you need to answer
16  with a yes or no and not nods of the head
17  or uh-huhs and huh-uhs.  Do you understand
18  that?
19     A.   Yes, sir.
20     Q.   During the course of the
21  deposition, I may ask a question that's in
22  poor form, and your lawyer, your counsel,
23  is entitled to object to that question.
24  Unless he instructs you not to answer the
25  question, however, if you understand my
```

11

```
 1  question, you should answer it after he
 2  objects.
 3          Do you understand that?
 4     A.   Yes.
 5     Q.   In normal human conversation, we
 6  tend to speak over each other.  You may
 7  finish my sentence.  I may try to finish
 8  yours.  For this purpose -- for this, for a
 9  record that we're going to try to make
10  here, it's best that you try to wait until
11  I'm finished and then answer, and I'll try
12  to wait for your answer without
13  interrupting.
14          Do you understand?
15     A.   Yes, sir.
16     Q.   Mr. Bryan, do you have any
17  college degrees?
18     A.   Yes.
19     Q.   What are those degrees?
20     A.   I have a bachelor of business
21  administration from Texas A&M University.
22     Q.   What year did you get that
23  master's?
24     A.   Oh, I'm sorry -- a bachelor's.
25     Q.   A bachelor's.  My fault.
```

12

```
 1     A.   1979.
 2     Q.   And do you have any other
 3  academic degrees besides the B.A., is that
 4  what it was?
 5     A.   It's called a B.B.A.
 6     Q.   B.B.A.?
 7     A.   Yes.
 8     Q.   In business administration?
 9     A.   That's the only degree I have.
10     Q.   Do you have any professional
11  training in business administration or
12  accounting or finance or anything like
13  that?
14     A.   No, not in accounting or
15  finance.
16     Q.   Do you have -- I'm sorry.
17     A.   The answer's no.
18     Q.   Do you have any certifications
19  of any sort?
20     A.   A certified professional
21  landman.
22     Q.   A certified professional
23  landman?
24     A.   Yes.
25     Q.   What does that mean?
```

3 (Pages 9 to 12)

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**          **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6029      Board-Certified Court Reporters**          **Facsimile: (504) 525-9109**

Exhibit O
Page 3

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                         Reported by:
**JIM W. BRYAN**                        *May 6, 2011* JOSEPH R. KAISER, JR., CCR, RPR

---

13

1     A.   Through the American Association
2  of Professional Landmen, it is a
3  certification based on years of experience,
4  testing.  And so it's -- I think I've had
5  that certification since 1990, I believe.
6     Q.   You have to do anything to keep
7  up with that certification?
8     A.   You do.  Every -- I believe it's
9  every five years you have to, you know,
10 attend various educational events, and so I
11 think you have to earn a number of points
12 in order to recertify, basic.
13    Q.   What is a landman?
14    A.   Well, a landman basically is
15 that person that is, in the oil and gas
16 business, charged with acquiring
17 leaseholds, the rights to access minerals
18 and drill upon properties.  And in
19 negotiations of joint ventures, various
20 agreements were used, you know, in
21 conducting operations.
22    Q.   So you're like the business guy?
23    A.   Yes, sir.
24    Q.   The deal guy?
25    A.   Yes.

14

1     Q.   Are you presently an employee of
2  the Anadarko Petroleum Corporation?
3     A.   Yes, sir.
4     Q.   Are you presently employed at
5  any other Anadarko company?
6     A.   No.
7     Q.   Are you an officer of Anadarko
8  Petroleum?
9     A.   No.
10    Q.   What is your present title?
11    A.   My present title is director,
12 Gulf of Mexico land.
13    Q.   How long have you had that
14 title?
15    A.   Since 2006.
16    Q.   And prior to the time -- I'm
17 sorry.  When did you start working for
18 Anadarko?
19    A.   Well, in 2006.  I was with
20 Kerr-McGee Oil and Gas Corporation, and
21 they were acquired by Anadarko Petroleum.
22    Q.   Did you hold a similar position
23 with that company?
24    A.   I did.
25    Q.   And you were the director of --

15

1  the land director?
2     A.   I think my title with Kerr-McGee
3  was land manager.
4     Q.   How long were you with
5  Kerr-McGee?
6     A.   Since 1999.  But Kerr-McGee
7  acquired the company I was working for
8  prior to that, and so the combined years
9  involved with those entities is roughly 26.
10    Q.   And have you always been a
11 landman?
12    A.   Yes.
13    Q.   Tell me a little bit about your
14 job responsibilities as a director of Gulf
15 of Mexico land for Anadarko.
16        By the way, is it okay if I use
17 Anadarko as short for Anadarko Petroleum?
18 If I'm speaking about a different Anadarko
19 entity, I'll be clear.  Is that okay?
20    A.   Yes.  You're asking me what my
21 duties are?
22    Q.   Yes, as Director of Gulf of
23 Mexico land.
24    A.   I manage a group that includes
25 the four landmen, analysts, and

16

1  administrative assistant, along with an oil
2  scout that is within our group.  We
3  basically support the exploration and
4  production divisions in our offshore
5  business.
6        We are in charge of lease
7  acquisitions, negotiating various
8  agreements -- operating agreements,
9  participation agreements.  We -- my job, I
10 participate on the -- kind of the
11 management teams of both the exploration
12 group and the development operations group.
13        We -- you know, we meet
14 regularly with those people, but our job
15 for the most part is those activities
16 around acquiring leaseholds, negotiating
17 joint ventures.
18    Q.   Do you have any responsibility
19 for the actual analysis or decision making
20 that goes into whether or not a potential
21 site or prospect is commercially viable?
22    A.   No.
23    Q.   That's dealt with by others in
24 the company?  And is it the case that, once
25 a decision like that is made, they come to

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.    Telephone: (504) 525-9100**
**New Orleans, LA 70130-6029    Board-Certified Court Reporters    Facsimile: (504) 525-9109**

Exhibit O
Page 4

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                          Reported by:

**JIM W. BRYAN**                    *May 6, 2011* **JOSEPH R. KAISER, JR., CCR, RPR**

17

1   you to try to make the deal?
2          MR. NEGER:
3              Objection to form.
4       THE WITNESS:
5              Well --
6   EXAMINATION BY MR. FINEMAN:
7       Q.   You can answer.
8       A.   Okay.  If I could explain that a
9   little bit.
10      Q.   Sure.
11      A.   The way we work, there's
12  typically a team that would involve, you
13  know, a geologist and a geophysicist, you
14  know, and use an engineer, reservoir
15  engineer typically, and landman from my
16  group.  And so, it is not so much that
17  they're deciding whether or not to
18  participate in a project, and they come to
19  us to go to -- you know, try to make that
20  happen or negotiate some arrangements.
21  It's more of a team effort, I suppose.
22          And so it's not a hands-off
23  necessarily in there.  You're sort of all
24  participating as, you know, you move
25  through the decision process.

18

1       Q.   Okay.  Your responsibility
2   extends for the entire Gulf of Mexico, not
3   some region of the Gulf of Mexico?
4       A.   It is for the entire Gulf of
5   Mexico.
6       Q.   And is there someone you
7   reported to?  Do you have a direct report?
8       A.   Yes.  Yes.
9       Q.   And who is that?
10      A.   My direct boss is Hank Wood.
11      Q.   Okay.  Do you know who
12  Mr. Wood -- excuse me.  Was your direct
13  report to Mr. Wood in the 2009-2010 time
14  period?
15      A.   Yes.
16      Q.   Who did he report to?
17      A.   During that time he reports --
18  he reported to Bob Abendschein.
19      Q.   All right.  And what is
20  Mr. Wood's title?
21      A.   He is the vice president of
22  land.
23      Q.   What was your -- did you have
24  any reporting relationship with Gerald
25  Hollek?

19

1       A.   No.
2       Q.   And did you have -- you said a
3   minute ago you had a direct report to you?
4       A.   I do.
5       Q.   Can you identify who those
6   people were in the 2009-2010 time period?
7       A.   Yes.  Judy Ezink, Salamar
8   Antonio, Frank Meyer, Nick Huch, Jeff
9   Packman, at that time Todd Adam, Steve
10  Wallace, Debra Purcell, Vera Wells.  I
11  believe that's all.
12      Q.   Okay.  Of those people that you
13  mentioned, which, if any, were working with
14  respect to the Macondo, the Mississippi
15  Canyon 252-block Macondo Prospect?
16      A.   Primarily Nick Huch.  Steve
17  Wallace, he executed the agreements on my
18  behalf when I was not present.
19      Q.   Okay.  We'll come back to that.
20      A.   Okay.
21      Q.   What is Mr. Huch's -- what was
22  Mr. Huch's title in the 2009-2010 time
23  period?
24      A.   Project land advisor.
25      Q.   And Mr. Wallace?

20

1       A.   Project land advisor, also.
2       Q.   Did your job -- were your job
3   responsibilities the same for the Macondo
4   Prospect -- for working on the Macondo
5   Prospect as they generally were during the
6   2009-2010 time period?
7          MR. NEGER:
8              Objection to form.
9       THE WITNESS:
10             Repeat that.  I'm sorry.
11  EXAMINATION BY MR. FINEMAN:
12      Q.   Sure.  You've described for me
13  generally what your job responsibilities
14  were in the 2009-2010 time period.
15          My only question now is:  Were
16  your responsibilities with respect to the
17  Macondo Prospect basically the same
18  responsibilities?
19      A.   Yes.
20      Q.   What is Anadarko E&P?
21      A.   Anadarko E&P is a subsidiary of
22  Anadarko Petroleum Corporation.
23      Q.   And what's the purpose of
24  Anadarko E&P?
25      A.   We had really three entities in

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100**
**New Orleans, LA 70130-6029      Board-Certified Court Reporters      Facsimile: (504) 525-9109**

Exhibit O
Page 5

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                    Reported by:

**JIM W. BRYAN**                    *May 6, 2011* JOSEPH R. KAISER, JR., CCR, RPR

---

21

```
 1    the Gulf of Mexico, and it was from the
 2    corporate structure standpoint.  I don't
 3    necessarily know the answer to that, but we
 4    did have three entities total in the Gulf
 5    of Mexico.
 6         Q.   And those were?
 7         A.   Anadarko Petroleum Corporation,
 8    Anadarko E&P Company and Kerr-McGee Oil and
 9    Gas Corporation.
10         Q.   Okay.  And can you tell me what
11    the business operation of Anadarko E&P was?
12    What did it do?
13         A.   Well, Anadarko E&P acquired
14    leases.  They were leaseholders.  Most
15    often, Anadarko Petroleum was designated as
16    the operator of an interest that was held
17    by E&P that we -- it was those kind of
18    activities.
19         Q.   In your capacity as director of
20    the Gulf of Mexico land, were you
21    responsible for providing services to
22    Anadarko E&P?
23         A.   Yes.
24         Q.   Okay.  But you weren't an
25    employee of that company; you were an
```

22

```
 1    employee of Petroleum?
 2         A.   Right.  Yes, sir.
 3         Q.   I'm going to ask you about
 4    Kerr-McGee in a little bit and move on from
 5    that right now.
 6         A.   Yes, sir.
 7         MR. FINEMAN:
 8              I'm going to put in front of you
 9    what's been previously marked as
10    Exhibit 1597.  It's a 30(b)(6) deposition
11    of Anadarko filed April 4th, 2007.
12              Have you seen that document
13    before?
14         A.   No.
15         Q.   You have not?
16         A.   Oh, I'm sorry.  Let me look.
17    I'm sorry.  The pages I have, I didn't know
18    what the first page was.
19         Q.   Okay.  Fair enough.  The first
20    date first isn't very important.  What I
21    really want to know is if you're prepared
22    today to speak on behalf of the company on
23    certain topics in that document.  And not
24    waste a whole bunch of time with this, I'm
25    going to tell you the topics.  If you need
```

23

```
 1    to review ask me and we'll do it.  If you
 2    don't, then don't.
 3              But if I understand, you've been
 4    designated to speak on behalf of Anadarko
 5    on topics 1, 2, 5, 6, part of 7, 29 and 31.
 6    I don't think that that's correct,?
 7         MR. NEGER:
 8              I don't think that's correct,
 9    Mr. Fineman.  Mr. Bryan has been designated
10    on topics 1, 2, part of 5, 6, 8, 29 and 31.
11         MR. FINEMAN:
12              Why don't we go off the record
13    for a minute so we can straighten this out.
14         THE VIDEOGRAPHER:
15              Off the record at 8:44.  This is
16    Tape 1.
17              (Off the record.)
18         THE VIDEOGRAPHER:
19              Returning to the record, it is
20    8:48.
21    EXAMINATION BY MR. FINEMAN:
22         Q.   While we were off the record,
23    Mr. Bryan, you had an opportunity to review
24    topics 1, 2, 5, 6, 7, 8, 29 and 31;
25    correct?
```

24

```
 1         A.   Yes.
 2         Q.   And are you prepared today to
 3    testify on behalf of Anadarko on those
 4    topics?
 5         A.   Yes.
 6         Q.   Are you aware that in -- or do
 7    you recall that in March of 2008, Anadarko
 8    bid for a hundred percent of what became
 9    known as the Macondo Prospect?
10         A.   Yes.
11         MR. FINEMAN:
12              This is Tab 2.  I'm going to put
13    in front of you what we're marking as 1937,
14    ANA-MDL-000031300 through 31303.
15              (Whereupon, the document
16    referred to was marked as Exhibit No. 1937
17    for identification.)
18    EXAMINATION BY MR. FINEMAN:
19         Q.   Do you recall this document?
20         A.   I do, yes.
21         Q.   Okay.  What is this document?
22         A.   This -- this is the bid form
23    that you would submit to -- at that time,
24    the MMS or Minerals Management Service when
25    you were placing a bid for an oil and gas
```

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**     **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6029     Board-Certified Court Reporters**     **Facsimile: (504) 525-9109**

Exhibit O
Page 6

25

```
 1    lease at an OCS lease sale.
 2        Q.   And this document, although it's
 3    not signed by you, it does have your name;
 4    correct?
 5        A.   Yes, it does.
 6        Q.   And was it your -- part of your
 7    job responsibility as the director of Gulf
 8    of Mexico land to submit these sorts of
 9    documents on behalf of the company?
10        A.   Yes.
11        Q.   Okay.  The document indicates
12    that Anadarko -- this was a submission by
13    Anadarko E&P; correct?
14        A.   Yes.
15        Q.   And it indicates that Anadarko
16    E&P bid $2.145 million, approximately, for
17    Mississippi canyon 252-block; correct?
18        A.   Yes.
19        Q.   If you turn to the third page of
20    the Exhibit, there's a -- there's a chart
21    there that, as I understand it, lists the
22    different bids for the prospect.  Is that
23    true?
24        A.   Yes, I believe that's -- yes.
25        Q.   Okay.  And are you aware that --
```

26

```
 1    or do you recall that ultimately BP was the
 2    successful bidder for what became known as
 3    the Macondo Prospect?
 4        A.   I do know that they were.
 5        Q.   Okay.  And you see that on
 6    there, next to BP Exploration, there's a
 7    $34 million number, approximately?
 8        A.   Yes.
 9        Q.   Sitting here today, do you
10    recall why there was such a disparity
11    between what BP bid on this prospect and
12    what Anadarko E&P bid on the prospect?
13        A.   I -- I don't know that.
14        Q.   Is that the kind of -- did you
15    play any role in deciding how much money
16    would be offered for a particular project?
17        A.   Yes.
18        Q.   Do you recall whether you played
19    any role in deciding how much Anadarko
20    would bid for what became known as the
21    Macondo Prospect?
22        A.   Yes.
23        Q.   Do you recall why the bid was
24    relatively low compared to the other
25    bidders?
```

27

```
 1        A.   Of course, I can't account for
 2    what BP or any other parties, because I
 3    don't know their process relative to how
 4    they may've bid.  But I know for our -- for
 5    our part of it, with Anadarko, we basically
 6    bid an amount that we feel like the lease
 7    is worth.
 8        Q.   At that point -- at that point
 9    Anadarko E&P determined that the lease was
10    worth approximately $2.1 million?
11        A.   Yes.
12        MR. NEGER:
13             Object to form.
14    EXAMINATION BY MR. FINEMAN:
15        Q.   You can answer.
16        A.   Yes.
17        Q.   Do you recall that in or about
18    June 2008, BP obtained lease rights to what
19    they call the Macondo Prospect?
20        A.   Yes.
21        Q.   And do you recall that in the
22    July-August 2009 time period, that Anadarko
23    Petroleum began considering whether to
24    acquire an interest in the Macondo
25    Prospect?
```

28

```
 1        A.   Yes.
 2        Q.   Did you play a role of any sort
 3    in the decision by Anadarko to
 4    acquire interest in the Macondo Prospect?
 5        A.   Yes.  Some role.
 6        Q.   Okay.  What was that role?
 7        A.   The primary landman that was
 8    working on the -- with the team that was
 9    available and that worked in my group,
10    reported to me, that was essentially my
11    involvement prior to any of the
12    negotiations or commencement of the
13    negotiations.
14        Q.   I want to try to distinguish
15    between playing a role in the
16    decision-making process, as to whether to
17    seek to acquire the interest, and
18    negotiating the deal.
19        A.   Okay.
20        Q.   Is that a fair distinction to
21    draw?
22        A.   I think so.
23        Q.   Okay.  So the question is
24    whether you played a role in the
25    decision-making process at Anadarko and
```

Exhibit O
Page 7

29

1  whether or not to seek the -- to obtain an
2  interest in the Macondo Prospect?
3      A.  Okay.
4      Q.  Okay.  Did you?
5      A.  I'll try to answer your
6  question.  The greater role we would've
7  played, I would've played, Nick Huch
8  would've played in our group, would've been
9  post the -- the decision to actually
10  attempt to do that.
11     Q.  Okay.
12     A.  The evaluation is not so much
13  what our group would do, but we -- we -- to
14  the extent that we participate in the
15  meetings and, you know, the presentations
16  to management, recommending participation,
17  that's, we would -- our evaluation would be
18  to basically try to frame and, to some
19  extent, the terms upon which we would
20  attempt to participate and the terms on
21  which we would evaluate, you know the
22  economics or the folks that do that would.
23     Q.  The deal terms?
24     A.  Yes.
25     Q.  Is it fair to characterize

30

1  Mr. Huch as your point person on the
2  Macondo Prospect?
3      A.  Yes.  And he -- he really would
4  be the point person for any activities we
5  had in that geographical area of the Gulf
6  of Mexico.  So for Mississippi Canyon and
7  really for other areas, he was -- he's the
8  primary land contact.
9      Q.  And then reporting to you?
10     A.  Yes.
11     Q.  Okay.  Was it your normal course
12  and practice with respect to meet with
13  Mr. Huch on a periodic basis to discuss
14  whatever he was working on?
15     A.  Yes.  Not -- not structured
16  necessarily, but more informal.
17     Q.  Okay.  Were you proximate to one
18  another in the office?
19     A.  Yes.
20     Q.  How proximate?
21     A.  Oh, his office is two -- two
22  doors down.
23     Q.  So you discussed with him on an
24  infrequent basis -- I meant to say --
25  informal basis what was going on at

31

1  Macondo?
2      A.  Yes.
3      Q.  Did you have any formal
4  scheduled meetings of your team?
5      A.  We -- we have a staff meeting.
6      Q.  What -- I'm sorry to interrupt.
7      A.  At that time, I think we had a
8  weekly.
9      Q.  So at that time, 2009 -- right
10  now we're talking -- let's focus right now
11  on 2000 -- on August 2009 through
12  December 2009.
13     A.  Okay.
14     Q.  Okay.  During that time period,
15  you had weekly meetings with your staff?
16     A.  Yes.
17     Q.  Okay.  And was the Macondo
18  Prospect the subject of discussions at
19  those weekly meetings?
20     A.  At some.  It would -- it would
21  not be necessarily every time, but there
22  would be mention of it usually.
23     Q.  Okay.  And was it primarily
24  Mr. Huch presenting what was going on
25  there?

32

1      A.  Yes.
2      Q.  And were minutes kept of those
3  meetings?
4      A.  No.
5      Q.  To your knowledge, did anybody
6  take notes of those meetings?
7      A.  No.  It was -- it was kind of a
8  more of a roundtable, we're kind of
9  checking in with each other on what -- you
10  know, what the projects are and that kind
11  of thing.
12     Q.  Sure.  Okay.  Do you recall that
13  by the end of December of 2009, Anadarko
14  Petroleum and Anadarko E&P had acquired a
15  combined 25 interest in the Macondo
16  Prospect?
17     A.  In the lease.
18     Q.  Yes.
19     A.  In the lease.
20     Q.  In the lease?
21     A.  Yes, sir.
22     Q.  Okay.  Now, I think you
23  mentioned a little while ago that you
24  played a role in negotiating the
25  transaction that resulted in the Anadarko

Exhibit O
Page 8

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                    Reported by:
**JIM W. BRYAN**                                   **May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR**

---

33

1  company's acquisition of its interest in
2  the Macondo Prospect; correct?
3      A.  Yes.
4      Q.  Okay.  What was your role in
5  negotiating that deal?
6      A.   My role was -- I guess I would
7  describe it as being more on the front end
8  of of that.  I had a few discussions with
9  BP regarding -- the transaction was to be
10 structured in part as a lease exchange.
11         And so the -- kind of the
12 component that were making up that exchange
13 were essentially what my conversations were
14 with BP.
15         Once -- one we'd sort of settled
16 on what those elements were going to be,
17 basically, Nick was certainly more involved
18 than I was at that point in, you know,
19 negotiating the actual contracts and then,
20 you know, moving those through to get them
21 executed.
22     Q.  Okay.  We're going to look at
23 some documents that'll help us work through
24 some of this.
25         But who at BP were you primarily

---

34

1  dealing with?
2      A.  Kemper Howe.
3      Q.  Kemper Howe?
4      A.  Kemper Howe, yes.
5      Q.  Anybody else at BP that you were
6  talking to?
7      A.  I don't recall having any
8  conversation with anybody but Kemper.  I
9  mean, there's a chance I might've talked to
10 Kirk Wardlaw.  I don't recall specifically.
11     Q.  And do you recall what
12 Mr. Howe -- was he your equivalent at BP?
13     A.  I'm not exactly sure of their
14 structure, but I believe that to be the
15 case.
16     Q.  Okay.  And Mr. Wardlaw, what's
17 his --
18     A.  His title, I believe, is chief
19 land negotiator.  And, again, I'm not
20 exactly sure what their structure is or
21 reporting relationship, but it's -- it's at
22 least my impression that Kemper, is more
23 my, I guess, direct counterpart.
24     Q.  Did you have -- again, in this,
25 2009 time period that we're talking about,

---

35

1  did you have any communications with
2  somebody named Mike Buehrin?
3      A.  Yes.  Yes.
4      Q.  So you might've talked to him,
5  Mr. Howe, or Mr. Wardlaw about the deal?
6      A.  Yes.
7      Q.  Okay.  A minute ago, you
8  mentioned that you were primarily involved
9  with the plan.
10     A.  Uh-huh.
11     Q.  Okay.  Just so I'm clear, what
12 is -- what is the front end compared to the
13 middle or the back end?
14     A.  Yes.  I guess what I was
15 referring to, that we were attempting with
16 BP to trade an interest in some leases,
17 basically.  And so, I guess, my front end
18 is that I was trying to at least reach some
19 agreement, in a verbal sense, with BP on
20 what that was going to be, what those
21 leases were.
22         Once that that was, you know,
23 essentially decided, then it sort of moved
24 into the drafting and negotiating of the --
25 the actual contracts.  And so, I guess,

---

36

1  mine was more less specific as to detail
2  and more general as to what was actually
3  going to be involved in the -- in the
4  trade.
5      Q.  Am I correct in understanding
6  that in this transaction there were --
7  there was sort of the dollars part and then
8  there's the lease exchange part?
9      A.  Yes.
10     Q.  Okay.  And you said that you
11 were involved with at least the front end
12 on the lease exchange part, and we'll look
13 at some documents.
14     A.  Okay.
15     Q.  What about the dollars part, was
16 that something that you were involved in
17 here, deciding how much money would be --
18 be paid?
19     A.  Not -- we had discussions
20 relative to what the -- basically, what the
21 disproportionate spending would be, not
22 necessarily what those total dollars would
23 end up being.  That's --
24     Q.  Well, I guess my question is, in
25 the normal course of your job, are you

---

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.    Telephone: (504) 525-9100**
**New Orleans, LA 70130-6029    Board-Certified Court Reporters    Facsimile: (504) 525-9109**

Exhibit O
Page 9

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                              Reported by:

**JIM W. BRYAN**                      **May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR**

---

37

1  response -- do you have the authority to
2  decide how much money the company's going
3  to spend on a particular project?
4      A.  No.
5      Q.  Okay.  That's -- and are you in
6  a position to negotiate over the dollars?
7      A.  Yes.
8      Q.  Okay.  Given parameters set by
9  somebody else?
10     A.  Yes.
11     Q.  Okay.  So in this particular
12 instance, did you play any role in
13 negotiating the dollars part of the deal?
14     A.  No.
15     Q.  Do you know who did?
16     A.  I'm trying to be clear.
17         Nick would've been the primary
18 negotiator for that, Nick Huch.  If you're
19 asking who decided what those dollars would
20 be, that's the management authority
21 hierarchy at Anadarko.
22     Q.  Okay.  And do you know -- with
23 respect to the Macondo Prospect, who
24 would've been making those decisions?
25     A.  Yes.

---

38

1      Q.  Who?
2      A.  It would've been, at that time,
3  Stewart Strife, who was the vice president
4  of exploration for the Gulf of Mexico.  It
5  would've been Bob Daniels the, I think,
6  senior VP for exploration.  And I believe
7  that those expenditure levels would've --
8  it would've involved Al Walker as well.
9      Q.  What about Mr. Hollek, would he
10 have been involved there?
11     A.  He was involved, and -- because
12 the Macondo well, the prospect was an
13 exploratory prospect.  And it was -- it was
14 worked really from two different groups
15 within Anadarko.  The development group,
16 they -- they were kind of, in some
17 respects, taking the lead on the evaluation
18 of the prospect, primarily because it was
19 proximal to a facility that we had with BP.
20         And so it was -- it was really
21 kind of a joint effort between the
22 development, operations unit, and the
23 exploration group.  And so -- but at the
24 end of the day, the exploration hierarchy
25 management had to approve those

---

39

1  expenditures, because it was an exploratory
2  well.
3      Q.  What was the nearby facility?
4      A.  The platform's called Pompano.
5      Q.  All right.
6         Can I have Exhibit 8 -- Tab 8.
7  Sorry.
8         Mr. Bryan, I'm going to give you
9  what we're marking as 1938.  It's
10 ANA-MDL-000038300 through 38301.
11         (Whereupon, the document
12 referred to was marked as Exhibit No. 1938
13 for identification?)
14 EXAMINATION BY MR. FINEMAN:
15     Q.  Take a quick moment to look at
16 that.
17     A.  Okay.
18     Q.  My questions are going to focus
19 on the first -- the lower e-mail.
20     A.  Okay.
21     Q.  Okay.  This is a -- these are
22 e-mails dated October 7, 2009; is that
23 correct?
24     A.  Yes.
25     Q.  And you are on the distribution

---

40

1  of these e-mails; correct?
2      A.  Yes.
3      Q.  Okay.  And the first e-mail is
4  from Richard Hedley.  You see that?
5      A.  Yes, sir.
6      Q.  Okay.  Who is Mr. Hedley?
7      A.  Richard Hedley is the -- he's
8  one of the exploration managers for the
9  Gulf of Mexico.  He, at that time, was and
10 still is the Western exploration -- or
11 Western Gulf of Mexico exploration manager.
12     Q.  Okay.  Who was -- who at that
13 time was the Eastern Gulf of Mexico
14 exploration manager?
15     A.  The central -- well, we combined
16 the central and eastern, but it would've
17 been Tim Trautman -- Trautman.
18     Q.  The first sentence of that
19 e-mail says:  Please be aware that Nick is
20 talking to BP about the Macondo deal.
21         You see that?
22     A.  Yes.
23     Q.  So this is consistent with what
24 you were telling me earlier about how
25 Mr. Huch had sort of taken the lead in

---

10 (Pages 37 to 40)

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**      **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6029     Board-Certified Court Reporters**      **Facsimile: (504) 525-9109**

Exhibit O
Page 10

41

1 discussing the deal with BP; is that
2 correct?
3     A.   Yes.  I -- I don't recall
4 exactly when the handoff would've been, but
5 at that point it did appear that he was
6 the -- kind of the lead negotiator.
7     Q.   Okay.  And as the lead
8 negotiator, he was -- he was reporting to
9 you?
10    A.   Yes.
11    Q.   And was the relationship that
12 you had with him at this time such that he
13 had what freedom to sort of do his own
14 thing, or was he reporting to you sort of
15 like on a -- on a daily basis?
16    MR. NEGER:
17        Objection to form.
18 EXAMINATION BY MR. FINEMAN:
19    Q.   You can answer.
20    A.   Okay.  Nick is very capable.
21 The way -- the way that I work with them
22 and they with me is that they -- they're
23 pretty much charged with -- once we are,
24 you know, negotiating something, they're --
25 they're quite capable of handling that.  We

42

1 do -- we do -- you know, have discussions
2 about it.  But it's not something that I
3 need to look over their shoulder, so to
4 speak, very often.
5         You know, they -- they work
6 with -- in negotiating and drafting the
7 agreements, they work with our legal staff.
8 And so I'm quite comfortable with how
9 they -- how they do that.
10    Q.   Did you have to approve what he
11 does before he does it?  In other words,
12 does he have the authority to make the
13 deal?
14    A.   Within -- within certain
15 parameters, yes.
16    Q.   Okay.  With respect to Macondo,
17 did he have the authority to sort of -- to
18 make the deal, or did you have to approve
19 of it finally before it was done?
20    A.   Well, it would've been several
21 people to approve.
22        You know, the way -- the way it
23 works is that, you know, we'll -- we can
24 present an opportunity to our management
25 for approval, and normally, we have

43

1 outlined some terms upon which we want to
2 do that.  And so, you know, if they vary
3 far from that, then we -- we normally
4 would -- you know, he would, you know,
5 visit with me.  And depending on, you know,
6 kind of the nature of it, we would, you
7 know, take that with the exploration
8 management or the production management and
9 however it worked.
10    Q.   Okay.  This first paragraph,
11 this e-mail goes on to talk about the
12 possibility of -- of giving up lease
13 interests in other projects in exchange for
14 getting Macondo; is that true?
15    A.   Yes.
16    Q.   Okay.  And this is what you
17 talked about earlier in terms of the lease
18 exchange part of the deal?  This is the
19 beginning of that discussion --
20    A.   Yes.
21    Q.   -- is that true?  Okay.
22    A.   And I don't know -- I don't
23 remember exactly what -- you know, at what
24 point, if it was the beginning or end, but
25 we clearly had not reached any final

44

1 agreement at that point.
2     Q.   Okay.  You look at the paragraph
3 below that.  It says -- the second sentence
4 says -- the third sentence says:  The mean
5 reserves are about 60 mmstb.
6         You see that?
7     A.   Yes, I do.
8     Q.   Do you know what that means?
9     A.   That would be 60 million stock
10 tank barrels.
11    Q.   What does "mean reserves" mean?
12    A.   The way our analysis is
13 conducted, it's typically done on a -- or
14 in a manner that says there's a kind of a
15 minimum case that we would expect to find,
16 there's a maximum case we expect to find,
17 and in the middle of that is sort of the
18 expected case.  It's just a way of doing
19 economic evaluations for investment
20 decisions.
21    Q.   Understood.  And here it's 60
22 was the mean that they're talking about?
23    A.   Well, actually, that -- yeah.
24 The mean resource size would be 60 million
25 barrels.

601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6029    Board-Certified Court Reporters        Facsimile: (504) 525-9109

Exhibit O
Page 11

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010       *Reported by:*

**JIM W. BRYAN**       **May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR**

---

45

1      Q.   It goes on to say:  A successful
2  discovery could tie back to our existing
3  Pompano Facility - which is need of
4  additional oil.
5          Do you see that?
6      A.   Yes, I do.
7      Q.   Do you know what that means?
8      A.   Yes.  The Pompano facility was
9  installed, I think, in the mid '90s.  So
10  it's -- it's a -- it's a field that is on
11  decline.  You know, it's not -- the
12  facility itself is not handling, you know,
13  any kind of a peak rate of oil or gas.  And
14  so, in other words, that's -- that's a
15  reference to the capacity at the platform.
16      Q.   Okay.  And what does it mean
17  that a successful discovery could tie back
18  to Pompano?
19      A.   It would be a -- rather than a
20  stand-alone platform or facility, it would
21  be a subsea tie back to that facility, and
22  then the oil and gas is processed and
23  handled there.
24      Q.   Okay.  This issue became a deal
25  point; didn't it?

---

46

1      A.   Yes, it did.
2      Q.   For Macondo?
3      A.   Yes.
4      Q.   Okay.  So this became important
5  to what you and Mr. Huch were trying to
6  negotiate; is that true?
7      A.   Yes.
8      Q.   Okay.  We'll come back to that
9  in a moment then.
10          And it was -- I'm just -- it was
11  important, because it was economically
12  beneficial to Anakarko if you could tie
13  back to Pompano; correct?
14      A.   Yes.
15      Q.   All right.  Okay.  The next
16  sentence there says:  Macondo is very
17  similar but slightly smaller than the
18  Isabella Discovery.
19          You see that?
20      A.   Yes.
21      Q.   Do you know what that means?
22      A.   I know what the Isabella
23  Discovery is.  I believe -- well, it's
24  involves BP and, I believe, Nobile Energy.
25  I think -- I think what they're -- what

---

47

1  they're saying is it's a -- it's a
2  comparison on a geologic basis.
3      Q.   Okay.  The last sentence of that
4  paragraph says:  We have -- we have 25
5  percent of Pompano Field, and it would be
6  clean if we farmed in to Macondo for 25
7  percent WI.
8          You see that?
9      A.   Yes, I do.
10      Q.   What -- do you know what that
11  means?
12      A.   Yes.  We do have a 25 percent
13  working interest in Pompano field.  It
14  would -- it's always a better situation if
15  you're -- if you're owner of the host
16  facility or clean.  It's always a --
17  simpler, I think, is probably what they're
18  trying to refer to.  But it's a simpler
19  arrangement if you have a 25 percent
20  interest in the host facility, or Pompano
21  in this case, and you have the same working
22  interest in the -- the property that's
23  being tied back to that.  It just -- it
24  just creates less complexity with the
25  production handling arrangement.

---

48

1      Q.   Is the term "stock tank barrels"
2  the equivalent of barrels of oil
3  equivalent?
4      A.   I don't know.  I believe that
5  stock tank barrel is a -- well, it's a
6  term.  I'm not exactly -- but barrel of oil
7  equivalent is a -- a method by which you
8  convert or you -- or you convert gas to oil
9  or vice versa.
10      MR. FINEMAN:
11          This is a Tab 10, number 1939,
12  ANA-MDL-000036510 through 36511.
13          (Whereupon, the document
14  referred to was marked as Exhibit No. 1939
15  for identification.)
16  EXAMINATION BY MR. FINEMAN:
17      Q.   I'll give you a minute to look
18  at it.
19      A.   Okay.  Thank you.
20          Okay.
21      Q.   The only question that we have
22  about this -- well, do you recall this
23  e-mail?
24      A.   I recall seeing it.
25      Q.   Can you tell me what it is?

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**    **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6029    Board-Certified Court Reporters**    **Facsimile: (504) 525-9109**

Exhibit O
Page 12

49

```
 1        A.   It is a -- well, there's two
 2   parts.  One is, Nick Huch is forwarding to
 3   me a counteroffer that we had received from
 4   BP, from Kemper Howe at BP.  It's a
 5   counteroffer to a proposal that we had made
 6   earlier on participation in the Mississippi
 7   Canyon 252.
 8        Q.   Is this typically the way that
 9   Mr. Huch communicated to you what was going
10   on, just by sending you an e-mail?
11        A.   Some e-mail.  We would have
12   conversations, also.
13        Q.   Okay.  Do you recall at this
14   point whether or not you were actively
15   engaged in the negotiating process or were
16   you leaving it to Mr. Huch?
17        A.   I -- my recollection is that I
18   probably had some conversation with Kemper
19   Howe after this, because some of the --
20   some of the things that are being talked
21   about relative to the -- you know, the
22   other leases that are included in the
23   exchange, are different than what it
24   actually ended up being.
25             So I don't know the exact time
```

50

```
 1   of it, but I think I probably talked to
 2   Kemper beyond or after this.
 3        Q.   Do you remember what you
 4   would've said to him at that time about
 5   this kind of proposal?
 6        A.   Well, my recollection is that we
 7   were -- we were trying to, you know, fix
 8   what the leases were that were in the lease
 9   exchange.  Most of my conversations
10   revolved around the inclusion or not
11   including this Garden Banks 997 lease.  And
12   so that's -- that's why I believe that I
13   talked to Kemper after this.
14        Q.   Okay.  That lease was ultimately
15   included in the deal; right?
16        A.   I believe that was excluded.
17        Q.   I'm sorry.  That was the one --
18   okay.
19        A.   Yes, that was excluded.
20        Q.   Okay.  So most of your -- it
21   sounds like most of your role at this time
22   was -- was over which  properties were
23   being included or not included in the
24   transaction?
25        A.   That's correct.
```

51

```
 1        MR. FINEMAN:
 2             Can I have Tab 12, please?
 3   EXAMINATION BY MR. FINEMAN:
 4        Q.   Okay.  I'm going to give you
 5   what's been previously marked as
 6   Exhibit 1915, ANA-MDL-000041237.
 7        A.   Okay.
 8             (Whereupon, the document
 9   referred to was previously marked as
10   Exhibit No. 1915 for identification.)
11   EXAMINATION BY MR. FINEMAN:
12        Q.   This document is e-mails dated
13   October 20, 2009.  I believe you're on the
14   distribution list of the e-mail -- the
15   second of the e-mails; is that correct?
16        A.   The one at the top of the page?
17        Q.   Yes.
18        A.   Yes, sir.  That is correct.
19        Q.   And this is an e-mail from
20   Mr. Huch in which he's saying: I told BP
21   late yesterday that we'd be recommending
22   Option 1 to our management.  BP has agreed
23   and is going to do likewise.
24             You see that?
25        A.   Yes, I do.
```

52

```
 1        Q.   And then Option 1 is described
 2   below.  You see that?  It's in the earlier
 3   e-mail.
 4        A.   Yes, uh-huh.
 5        Q.   To the best of your knowledge,
 6   was that the ultimate -- the deal that was
 7   ultimately struck as described in Option 1?
 8        MR. MICALLEF:
 9             Object to form.
10        MR. FINEMAN:
11             You can answer.
12        THE WITNESS:
13             Yes.  Yes, that was the --
14   ultimately, the -- the prospect Sawatch and
15   Tobacco Root were the prospects that --
16   that were -- or the leases that were traded
17   comprised those two prospects.
18   EXAMINATION BY MR. FINEMAN:
19        Q.   Okay.  And in that option, which
20   ultimately became the deal, it says:  We
21   pay one-third for one-quarter of the well
22   costs.
23             Do you see that?
24        A.   Yes.
25        Q.   What does that mean?
```

13 (Pages 49 to 52)

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                    Reported by:

**JIM W. BRYAN**                 *May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR*

---

53

1      A.   You would -- you would have a
2   25 percent interest.  But for the first
3   well, up to a certain point, you would pay
4   one-third of the costs for a 25 percent
5   interest.
6      **Q.   Did you play any role in**
7   **negotiating those terms?**
8      A.   Not directly with BP, as I
9   recall.  That was -- that was the -- that
10  would've been what Nick, I believe, had
11  talked to BP mostly about.
12     **Q.   Okay.**
13     A.   I don't recall the conversation
14  relative to the -- I'm not really certain.
15     **Q.   Okay.  Did you approve or were**
16  **you asked to approve that part of the**
17  **transaction?**
18     A.   I was not directly asked to
19  approve that.
20     **Q.   Do you know who would've**
21  **approved that part of the transaction**
22  **terms?**
23     A.   It would've been through the
24  presentation through our management -- the
25  exploration management, probably in

---

54

1   consultation with the development side as
2   well.
3      **Q.   Okay.  So somebody in management**
4   **would've authorized the actual --**
5      A.   Sure.
6      **Q.   -- economic terms?**
7      A.   Yes.
8      **Q.   Okay.  And it looks like it was**
9   **Mr. Huch who was the one communicating with**
10  **BP at this point over finalizing these**
11  **terms?**
12     A.   Yes.
13     **Q.   Do you know who Mr. Huch was**
14  **communicating with?**
15     A.   Michael Buehner, for the most
16  part.
17     **Q.   In the description of the Option**
18  **1 that became the deal, there's a phrase**
19  **there that says $81 million of Macondo net**
20  **risk NPV.  You see that?**
21     A.   Yes.
22     MR. MICALLEF:
23          Object to form.
24  EXAMINATION BY MR. FINEMAN:
25     **Q.   Do you know what that means?**

---

55

1      A.   Can I read this just a second?
2      **Q.   Of course.**
3      A.   What they're referring to is
4   that the -- the net present value of the
5   assets we were delivering, plus the
6   disproportionate spending, which at that
7   time was estimated to be $8 million, we
8   were gaining or acquiring an NPV of
9   $81 million.
10     **Q.   And --**
11     A.   Which was the -- the way we
12  evaluated the Macondo.
13     **Q.   Okay.  And NPV is net present**
14  **value?**
15     A.   Yes, it is.
16     **Q.   And what is the -- what does**
17  **"net risk" mean in this context?**
18     A.   It basically says that you've --
19  you've risked the chance of success in your
20  geological economic evaluation.
21     **Q.   Do you play -- strike that.**
22          **Did you play any role in**
23  **calculating this net risk NPV figure?**
24     A.   No.
25     MR. FINEMAN:

---

56

1          I'm going to give you a document
2   that's been marked 1940.  It's
3   ANA-MDL-000041474.
4          (Whereupon, the document
5   referred to was marked as Exhibit No. 1940
6   for identification.)
7   BY MR. FINEMAN:
8      **Q.   These are e-mails dated**
9   **December 17, 2009.  The first of which, the**
10  **one on the bottom, is from you to a**
11  **distribution list that includes Mr. Hollek,**
12  **Mr. Strife, Mr. Wood, Mr. Huch, and**
13  **Mr. O'Donnell; correct?**
14     A.   Yes.
15     **Q.   Do you recall this e-mail?**
16     A.   I do recall it.
17     **Q.   Okay.  Can you tell me what this**
18  **is about?**
19     A.   Can I read this just a minute?
20     **Q.   Absolutely.**
21     MR. FINEMAN:
22          This is probably a good time for
23  us to take a short break, anyhow.  So why
24  don't you read it.
25     THE VIDEOGRAPHER:

---

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**      **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6029      Board-Certified Court Reporters**    **Facsimile: (504) 525-9109**

Exhibit O
Page 14

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                    Reported by:
**JIM W. BRYAN**                                    **May 6, 2011  JOSEPH R. KAISER, JR., CCR, RPR**

57

1            This concludes Tape 1.  The time
2    is 9:24.
3            (Off the record.)
4    THE VIDEOGRAPHER:
5            Returning to the record, it is
6    9:34.  This is the start of Tape 2.
7    EXAMINATION BY MR. FINEMAN:
8        Q.    Mr. Bryan, before we went on
9    break, I had asked you a question about
10   what -- what this is, what you were talking
11   about here.
12           Could you tell me now?
13       A.    Yes.  The -- you know, one of
14   the central parts of our participation in
15   the Mississippi Canyon 252 prospect with BP
16   was that it was -- one of the attractions
17   was we could potentially have a subsea tie
18   back development to Pompano, which is a
19   platform we owned with BP.
20           There were some conversations
21   around -- we wanted some surety that that
22   was actually going to take place in the
23   event we had, you know, a commercial
24   development.
25           We had -- the qualification was

58

1    that if it was, you know, technically
2    feasible, then it would be tied back to
3    Pompano.  We were just looking for maybe a
4    little stronger provision to cause that to
5    happen.  And so that's basically the
6    context of what that means.
7        Q.    Did you get that?
8        A.    Yes.
9        Q.    And you -- at the end of the
10   day, you were satisfied that it was
11   technically feasible -- technically
12   feasible there would be a tie back to
13   Pompano?
14       A.    Yeah.  And what we didn't --
15   what we did -- well, our position would've
16   been we would like to -- liked to have had
17   that by mutual consent, but at the end of
18   the day, we had a form of that.  So we --
19   we satisfied ourselves that we had at least
20   as much surety as we could get that, you
21   know, all things considered, it was
22   feasible that we would -- there would be a
23   tie back to Pompano.
24       Q.    In what document did that
25   agreement appear?

59

1        A.    That appears, I believe, in the
2    participation -- the Well Participation
3    Agreement.
4        Q.    Okay.  And I take it this is
5    something that you were directly involved
6    in negotiating and resolving?
7        A.    Yes.  I didn't -- I didn't
8    recall the -- the relative timing of that,
9    but it appears that I was engaged in some
10   conversations.
11       Q.    And who with BP did you
12   communicate with about this issue?
13       A.    I believe that was also Kemper
14   Howe.
15       Q.    The date of this e-mail is
16   November 17th.  It's about a month after
17   the April 20th document that we're looking
18   at.  Do you know what accounts for the
19   timeline there?
20   MR. NEGER:
21           Objection to form.
22   EXAMINATION BY MR. FINEMAN:
23       Q.    You can answer.
24       A.    The -- the negotiation of
25   agreements takes some time.  And that

60

1    delay, I would attribute to, you know,
2    negotiations, drafting, you know,
3    conversations around the agreement itself.
4    MR. FINEMAN:
5            This is Tab 15.  I'm going to
6    show you what's been previously marked as
7    Exhibit 1917, ANA-MDL-000039191 through
8    39192.
9            (Whereupon, the document
10   referred to was previously marked as
11   Exhibit No. 1917 for identification.)
12   EXAMINATION BY MR. FINEMAN:
13       Q.    The e-mail exchange starts on
14   the second page and works back to the first
15   page, and I believe you are copied on the
16   first three of the e-mails.
17       A.    That's correct.
18       Q.    Okay.  Do you recall this e-mail
19   exchange?
20       A.    Yes.
21       Q.    Can you explain to me what this
22   e-mail exchange is about?
23       A.    It's about the Transocean
24   Marianas drilling rig that was used to
25   initially -- or for the initial drilling

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**      **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6029    Board-Certified Court Reporters**      **Facsimile: (504) 525-9109**

Exhibit O
Page 15

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                Reported by:

**JIM W. BRYAN**            *May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR*

---

61

1   operation on Mississippi Canyon 252.
2        Q.   And in the -- it's about --
3        A.   I'm sorry.  Well, it goes on --
4   it principally is about the -- the rig
5   being damaged in a hurricane.
6        Q.   And what -- and it goes on to
7   talk about what the potential impact of
8   that is on the deal; is that correct?
9        A.   Yes, it does.
10       Q.   Okay.  And in the middle e-mail
11  from Mr. Hollek to a number of people,
12  including you, he says this is a real
13  concern to me.  Right?
14       A.   Yes.
15       Q.   And what he's concerned about
16  is, he's not sure where we are with giving
17  approval to participate, but I think based
18  on this new information that has not been
19  disclosed by BP, we need another few weeks
20  to make our decision to participate and
21  fully understand our commitment and timing.
22       Do you see that?
23  MR. MICALLEF:
24       Objection to form.
25  MR. NEGER:

---

62

1        Objection to form.
2  EXAMINATION BY MR. FINEMAN:
3        Q.   Do you see that?
4        A.   Yes.
5        Q.   Do you recall the -- do you
6  recall participating in conversations about
7  these issues with your colleagues at
8  Anadarko?
9        A.   Yes.
10       Q.   What -- what conversations do
11  you recall?
12       A.   The -- well, the primary issue
13  was we didn't know what the costs to -- you
14  know, to repair the Marianas would be, and
15  so that was going to be a consideration in,
16  you know, how much cost exposure we would
17  have once we joined the project.
18       Q.   So is the question whether or
19  not it's still commercially liable in light
20  of the new information?
21       A.   That is a question.  At this
22  time, I don't know that we had the
23  information to determine that.
24       Q.   Okay.  In that e-mail,
25  Mr. Hollek wrote, Jim or Nick, can you help

---

63

1  me understand where we are with BP at this
2  time?  I am extremely disappointed that BP
3  has not disclosed this to us.
4        Do you see that?
5        A.   Yes, I do.
6        Q.   And I presume the Jim that's
7  being referring to is you?
8        A.   I believe so.
9        Q.   Okay.  And do you recall whether
10  you did anything to help Mr. Hollek
11  understand where you were -- where you were
12  with BP at that time?
13       A.   I don't know if specifically --
14  I don't remember specifically.  I think
15  Nick was engaged -- Nick Huch was engaged
16  with BP on those conversations, and I
17  believe that's where we -- we obtained any
18  additional information we were looking for.
19       Q.   Do you recall whether you
20  personally communicated with anybody at BP
21  about this issue?
22       A.   I don't, specifically.
23       Q.   You don't recall?
24       A.   I don't recall.
25       Q.   Do you recall participating in

---

64

1  any conversations with your colleagues --
2  any of your colleagues at Anadarko about
3  Mr. Hollek's concern, that BP had not
4  disclosed the information?
5  MR. MICALLEF:
6        Object to form.
7  THE WITNESS:
8        Yes, I remember discussions
9  about that.
10  EXAMINATION BY MR. FINEMAN:
11       Q.   What discussions do you
12  remember?
13       A.   I think it -- one was that we
14  were going to be -- we're attempting to
15  negotiate an arrangement to be joining in
16  the project.
17       This -- the conversations were
18  around, this could potentially be a
19  significant, you know, financial event
20  potentially.  You know, we were --
21  Darrell's -- we were mainly, I think,
22  addressing Darrell's disappointment that
23  this wasn't more, you know, forthcoming.
24  It appears that we obtained the information
25  from some source other than from BP.

---

16  (Pages 61 to 64)

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                      Reported by:
**JIM W. BRYAN**                            **May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR**

---

65

1      Q.   Do you recall any conversations
2   in and around this November 20, 2009, time
3   period about whether the deal should
4   proceed, because there was a concern that
5   BP was concealing information from you?
6      MR. MICALLEF:
7          Object to form.
8      THE WITNESS:
9          I don't -- I think -- I think I
10  -- at least in my -- I interpreted the
11  question to be that we needed to understand
12  what the impacts were.  You know, it was --
13  I think there was a disappointment that we
14  got this from some other source, like I
15  said, but I think it was -- we needed more
16  data, I think, to evaluate, you know, what
17  position we were in.
18  EXAMINATION BY MR. FINEMAN:
19     Q.   Did you ever have a concern
20  during your negotiations -- you said you
21  were involved in the negotiations with
22  BP -- about whether BP was being candid
23  with you about the Macondo Prospect?
24     A.   No.
25     MR. FINEMAN:

---

66

1          Tab 19 will be the next one.
2          This is Exhibit 1941,
3   ANA-MDL-000041406 to 41487.
4          (Whereupon, the document
5   referred to was marked as Exhibit No. 1941
6   for identification.)
7   EXAMINATION BY MR. FINEMAN:
8      Q.   Again, Mr. Bryan, the e-mail
9   exchange actually begins on the preceding
10  page and concludes on the first page.
11         And I believe you are copied on
12  these e-mails.
13     A.   Yes.  That is correct.
14     Q.   Okay.  These e-mails are dated
15  November 23 and November 24, 2009.  Do you
16  recall this e-mail exchange?
17     A.   Yes.
18     Q.   Okay.  Can you tell me what this
19  is about?
20     A.   Let me just review this, one
21  second.
22     Q.   Sure.
23     A.   I think you asked me what this
24  was about.
25     Q.   Yes, sir.

---

67

1      A.   We obtained the information that
2   what the -- the impact on costs for the
3   well were going to be, and then we
4   undertook -- our people in our company
5   undertook to re-look at the economic
6   evaluation based on that new cost estimate.
7      Q.   And this is following up from
8   the prior discussion we had about the
9   impact of the chain -- of losing the
10  Marianas to having to get a new rig; right?
11     A.   Yes.
12     Q.   OKay.  And is it the fact that
13  the conclusion was made that -- strike
14  that.
15         Do you know what the outcome of
16  this new economic analysis was?
17     A.   The -- well, the outcome was we
18  did -- we looked at the economics at the
19  direction of the management, and the
20  decision was to still proceed.
21     Q.   Okay.  And so at this point the
22  deal proceeds to the documentation phase?
23     A.   Yes.
24     Q.   Okay.
25     A.   It was probably ongoing, as a I

---

68

1   recall.
2      Q.   But at least, at this point, you
3   have clearance to go ahead and finalize the
4   documents?
5      A.   Yes.
6      Q.   All right.  What role did you
7   play in drafting or preparing the
8   transaction documents?
9      A.   None that I recall.
10     Q.   Who would've done that?
11     A.   It would've been Nick -- Nick
12  Huch primarily, with the consultation of
13  our in-house legal counsel.
14     Q.   The transaction documents are
15  documents that -- are the forms of the
16  documents, documents that are typically
17  used in the industry?
18     MR. NEGER:
19         Objection to form.
20     MR. FINEMAN:
21         I'll withdraw it.  We'll talk
22  about it one by one.
23         Can I have 21, please.
24  EXAMINATION BY MR. FINEMAN:
25     Q.   Did you -- you said a minute ago

---

17 (Pages 65 to 68)

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**       **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6029    Board-Certified Court Reporters**       **Facsimile: (504) 525-9109**

69

1  that you didn't play any role in drafting
2  or preparing the documents.  Did you review
3  the transaction documents before they were
4  executed?
5      A.   As I recall, I was not in the
6  office when they were executed.  And so, I
7  don't think I saw the exact final draft
8  execution, you know, documents.  I probably
9  saw some iterations of those prior to that.
10     MR. FINEMAN:
11         I'm going to give you documents
12  marked 1942, APC-SHS2A-000008493 through
13  8523.  It's Tab 21.
14         (Whereupon, the document
15  referred to was marked as Exhibit No. 1942
16  for identification.)
17  EXAMINATION BY MR. FINEMAN:
18     Q.   Do you recognize this document,
19  Mr. Bryan?
20     A.   I do.
21     Q.   What is this document?
22     A.   It is a Lease Exchange
23  Agreement.
24     Q.   And what does this Lease
25  Exchange Agreement show us or tell us?

70

1      A.   Well, among many things --
2      MR. NEGER:
3          Objection to form.
4  EXAMINATION BY MR. FINEMAN:
5      Q.   What is the purpose of this
6  document?
7      A.   It was -- the purpose of the
8  document was to effect an exchange of four
9  leases that our company owned with one
10  lease that BP owned.
11     Q.   Okay.  The document is between
12  BP Exploration Production Inc., Anadarko
13  Petroleum Corporation, and Anadarko E&P
14  Company; correct?
15     A.   Correct.
16     Q.   Okay.  Turn to the second page
17  of the document.
18         There's -- in items 1.4, 1.5,
19  1.6, those are the identities of the
20  properties at issue; correct?
21     A.   Yes.
22     Q.   Okay.  So the properties that
23  Anadarko E&P -- or the transferring or the
24  interests in those properties that are
25  being transferred are described in 1.5;

71

1  correct?
2      A.   Yes.
3      Q.   And the properties -- or the
4  interests in the properties that Anadarko
5  Petroleum are trading are identified in
6  1.6; correct?
7      A.   Yes.
8      Q.   And the interests that BP is
9  providing is -- in exchange for those is
10  identified in 1.4; correct?
11     A.   Yes.
12     Q.   Now, if you turn to the next
13  page of that document, under 2.1, it says
14  conveyance of the BP Property, the AEP
15  Property, and the APC Property.
16         You see that?
17     A.   Yes.
18     Q.   This talks about, in part, that
19  BP will assign and convey the BP Property
20  to APC and AEP in exchange for the AEP
21  Property and the APC Property; right?
22     A.   Yes.
23     Q.   And that's what we just -- those
24  are the -- it's referring to the properties
25  we just referred to?

72

1      A.   Yes.
2      Q.   Okay.  And then it say the pre-
3  exchange and post-exchange interests of
4  each of the parties in the AEP Property,
5  the APC Property, and the BP Property are
6  set out in Exhibit A-2; correct?
7      A.   Yes.
8      Q.   Okay.  So if we go to 8508 -- at
9  the bottom, it's the Bates No. 8508.  It's
10  the Exhibit A-2 continued.  You see that?
11     A.   Yes.
12     Q.   And this shows the -- as I
13  understand it, this shows the reallocated
14  interest in the Macondo Prospect after the
15  transfer of the properties that we've
16  discussed; correct?
17     MR. NEGER:
18         Objection to form.
19     THE WITNESS:
20         Yes.
21  EXAMINATION BY MR. FINEMAN:
22     Q.   Okay.  This shows that BP has
23  65 percent interest, it shows that Anadarko
24  E&P has 22.5 percent interest, and Anadarko
25  Petroleum has a 2.5 percent interest; is

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                    Reported by:
**JIM W. BRYAN**              **May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR**

---

73

```
1    that correct?
2         MR. MICALLEF:
3            Object to form.
4         THE WITNESS:
5            That is correct.
6    EXAMINATION BY MR. FINEMAN:
7         Q.  Okay.  Can you tell me why the
8    deal was structured so that Anadarko
9    Petroleum received 2.5 percent and Anadarko
10   E&P received 22.5 percent interest?
11        A.  Yes.
12        Q.  Okay.  Please do.
13        A.  Okay.  When you're doing a lease
14   exchange like this, those things are
15   taken -- or the components of the trade are
16   taken under -- or reviewed under a fair
17   market value evaluation, you know.
18            In this case, a -- well,
19   90 percent of the value in the trade was
20   being derived from a leasehold that was
21   held by Anadarko E&P.  Ten percent of it
22   was from APC or Anadarko Petroleum
23   Corporation.
24        Q.  So the interests correlate to
25   the amount of interest being given up by
```

---

74

```
1    each of the companies?
2         A.  Or on the value -- on the value
3    basis.  That's right.
4         Q.  Okay.  All right.  I understand.
5            If you'll look very quickly at
6    8505.
7         A.  Okay.
8         Q.  The document was executed on
9    behalf of Anadarko E&P and Anadarko
10   Petroleum by Steve Wallace; correct?
11        A.  That is correct.
12        Q.  And Mr. Wallace works --
13   direct reported to you; correct?
14        A.  Yes.
15        Q.  And did you authorize Mr.
16   Wallace to execute the document on your
17   behalf -- strike that.
18            Did you authorize Mr. Wallace to
19   execute the document?
20        MR. MICALLEF:
21            Objection to form.
22        THE WITNESS:
23            I did.  At the -- at the time,
24   it was executed, I was away from the
25   office.
```

---

75

```
1            We are -- he has a similar
2    attorney-in-fact -- designation, as I do
3    from the company.  So, therefore, he is
4    the -- sort of my backup, if you will.
5    BY MR. FINEMAN:
6         Q.  What does "attorney-in-fact"
7    mean in the context in which you just used
8    it?
9         A.  It means that me and others that
10   are -- that are designated by the company
11   to be an agent and attorney-in-fact or
12   attorney-in-fact are authorized to execute
13   certain documents.
14        Q.  And, again -- okay.
15        MR. FINEMAN:
16            Tab 20 is the next document.
17   This is 1943, ANA-MDL-000030613, through
18   30650.
19            (Whereupon, the document
20   referred to was marked as Exhibit No. 1943
21   for identification.)
22   EXAMINATION BY MR. FINEMAN:
23        Q.  This document is entitled
24   Macondo Prospect Well Participation
25   Agreement, Deepwater Gulf of Mexico.
```

---

76

```
1    Correct?
2         A.  Yes.
3         Q.  Do you recall this document?
4         A.  I do.
5         Q.  Okay.  What is this document?
6         A.  This is the document that --
7    that sets forth the provisions of the
8    participation by Anadarko in the drilling
9    of the -- of the Mississippi Canyon 252
10   Macondo well.
11        Q.  Is this document the document
12   that essentially lays out the economic
13   terms of the relationship between Anadarko
14   and BP with respect to the well?
15        A.  Yes.
16        Q.  Okay.  Can you -- this document,
17   by the way is -- the same was true, I
18   think, of the Lease Exchange Agreement and
19   the same will be true of the Operating
20   Agreement.  The documents were signed on
21   December 17, 2009, effective October 1,
22   2009; is that correct?
23        A.  They're dated the 17th.  I
24   actually think that they were signed after
25   the 17th but dated the 17th.
```

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**      **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6029     Board-Certified Court Reporters**      **Facsimile: (504) 525-9109**

Exhibit O
Page 19

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                                    Reported by:

**JIM W. BRYAN**                    **May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR**

77

1      Q.   Why was -- why was that?
2      A.   I believe because that's the
3   date that we had approval of the -- the AFE
4   for the well.
5      Q.   And why -- is it your
6   understanding that the documents were
7   effective as of October 1, 2009?
8      A.   Yes.
9      Q.   Why is it that you signed -- you
10  signed documents on or about December 17th
11  and have them effective in October?
12     A.   Well, in this case, the actual
13  commencement of operations on the well with
14  the Marianas, I believe it was October the
15  9th they had commenced.  And so we were
16  dating that prior to the actual
17  commencement for the -- to effect our full
18  participation in the drilling of the well.
19     Q.   Okay.  So you wanted it dated
20  prior to the time the operation actually
21  began?
22     A.   Yes.
23     Q.   I understand.  Why is Kerr-McGee
24  Oil and Gas Corporation a party to the Well
25  Participation Agreement?

78

1      A.   Because Kerr-McGee Oil and Gas
2   Corporation is a 25 percent owner in
3   Pompano, and certain provisions were being
4   made for Pompano.  And so that's the reason
5   they -- they were listed as well.
6      Q.   And this goes back to our
7   discussion earlier about the potential tie
8   back to Pompano; correct?
9      A.   Yes.
10     Q.   Okay.  So Kerr-McGee was made a
11  part of the Well Participation Agreement,
12  because you needed their -- that company's
13  consent for the tie back provisions that
14  appear in this document; is that correct?
15     A.   Yes.
16     Q.   But Kerr-McGee had no
17  participation interest in the Macondo
18  Prospect; correct?
19     A.   That is correct.
20     Q.   Okay.  In Recital B on the first
21  page?
22     A.   Okay.
23     Q.   It says that APC -- that's
24  Anadarko Petroleum; correct?
25     A.   Yes.

79

1      Q.   Says it owns an undivided
2   25 percent working interest in the Macondo
3   Prospect area following execution of the
4   Lease Exchange Agreement as hereinafter
5   defined and a subsequent assignment from
6   its affiliate Anadarko E&P Company of AEP's
7   record title interest in the Macondo
8   Prospect area.
9      A.   Uh-huh.
10     Q.   You see that?
11     A.   Yes.
12     Q.   Can you explain that to me?
13     A.   The -- pursuant to the Lease
14  Exchange Agreement, there was the --
15  because of the -- the fair value that was
16  being delivered from the various entities,
17  as we talked about before, the Anadarko E&P
18  and the Anadarko Petroleum Corporation each
19  ended up with an interest in the
20  Mississippi Canyon 252 lease.  And so that
21  really -- the AN -- the decision of AEP and
22  APC only existed to effect that Lease
23  Exchange Agreement.  The intent was always
24  going to be that following the Lease
25  Exchange Agreement execution, that those --

80

1   the conveyance would be made where that
2   25 percent interest was completely in
3   Anadarko Petroleum Corporation.
4      Q.   And why was that?  Why did you
5   want to get all the interest in Anadarko
6   Petroleum?
7      A.   Well, it was always the intent
8   that we were only have one entity
9   participate, and that would be Anadarko
10  Petroleum Corporation.
11     Q.   Okay.  Do you recall when the
12  actual transfer of Anadarko E&P's interest
13  to Anadarko Petroleum occurred?
14     A.   The assignments -- well, the
15  assignment from BP to those two entities, I
16  believe, was approved in the end -- near
17  the end of February.
18          The assignment of the AE&P
19  interest into Anadarko Petroleum
20  Corporation was effective April 1st.
21     Q.   So it happened some time after
22  these documents were executed?
23     A.   That's correct.
24     Q.   Okay.  Is there a reason that it
25  took until April to do that?

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**          **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6029     Board-Certified Court Reporters**    **Facsimile: (504) 525-9109**

Exhibit O
Page 20

81

1    A.  I don't know of a specific
2  reason.
3    Q.  Okay.  Did you play any role in
4  negotiating the terms of this Well
5  Participation Agreement?
6    A.  No.
7    Q.  Did you play a role in preparing
8  a draft of the document?
9    A.  No.
10    Q.  Do you recall whether you read
11  the document before it was executed?
12    A.  I read -- I read documents.  You
13  know, like I say, I was -- I was not in the
14  office at the time the final was executed.
15  So I doubt that I read the final, final
16  one, maybe.
17    Q.  Who -- who was responsible for
18  ultimately approving the final version of
19  of the document?
20    A.  Well, it would've been -- once
21  the -- you know, the kind of commercial
22  terms are agreed to and really represented
23  in the agreement, as we have improved them
24  internally, it really is a function of our
25  landman -- in this case, Nick Huch -- and

82

1  our legal staff in-house to arrive at the
2  final document.
3      We are generally satisfied when
4  our -- our land negotiator is -- you know,
5  says the document's in a form that he's
6  satisfied with, and especially our legal
7  counsel in-house, when they say the
8  document is good to execute.  That's --
9  that's generally our process.
10      And, you know, in cases where
11  you have a Lease Exchange Agreement, we
12  have accounting people and some tax people
13  involved, too.  So it's -- there may be
14  several that have input into that.
15    Q.  Okay.  Can you just take a quick
16  look at 623, the last three digits.
17    A.  Okay.
18    Q.  And, again, was Mr. Wallace
19  executing the document on behalf of
20  Anadarko Petroleum and on behalf of
21  Kerr-McGee?
22    A.  Yes.
23    Q.  Is there a reason that the
24  document -- is there a reason that Anadarko
25  E&P is not a party to this document?

83

1    A.  I believe it's because it was
2  always intended that APC was the entity
3  that would be the participant in Macondo.
4    Q.  All right.  I understand.
5      The other -- the other big
6  document in the transaction is the
7  operating agreement; is that correct?
8    A.  That's correct.
9    MR. FINEMAN:
10      All right.  This -- I'm sorry,
11  but it's Tab 25.  This has been previously
12  marked -- thank goodness -- as 1243.
13      (Whereupon, the document
14  referred to was previously marked as
15  Exhibit No. 1243 for identification.)
16  EXAMINATION BY MR. FINEMAN:
17    Q.  I am not going to ask you to
18  read the entire document in the exhibit.
19  If any of my questions require that you
20  read pages or information, that's fine.
21      The first page of the exhibit is
22  entitled Ratification and Joinder of
23  Operating Agreement, Macondo Prospect;
24  correct?
25    A.  Yes.

84

1    Q.  Okay.  Have you seen this
2  document before?
3    A.  I have.
4    Q.  Okay.  What is this?
5    A.  This is the -- the document that
6  Anadarko E&P and Anadarko Petroleum
7  Corporation signed to effectively join the
8  operator.  The operator was executed prior
9  to our participation.
10    Q.  Okay.  So if you turn to the
11  next page, the -- yes.  Right there.
12    A.  Okay.
13    Q.  This document is dated
14  October 1, 2009.  It was executed
15  December 17, 2009; correct?
16    A.  Correct.
17    Q.  And it is signed on behalf of
18  Anadarko E&P and Anadarko Petroleum by
19  Mr. Wallace; correct?
20    A.  That is correct.
21    Q.  Did you participate in -- well,
22  strike that.
23      This -- all this joinder does is
24  indicate your participation in the
25  operating agreement; is that correct?

21 (Pages 81 to 84)

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                    Reported by:
**JIM W. BRYAN**                    **May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR**

85

```
 1        MR. MICALLEF:
 2        Object to form.
 3   EXAMINATION BY MR. FINEMAN:
 4     Q.  All what this document does is
 5   indicate Anadarko E&P is Anadarko
 6   Petroleum's joinder of the operating
 7   agreement; is that correct?
 8     A.  Right. Yes, sir.
 9     Q.  Okay. And the document -- this
10   joinder also refers to a company called
11   MOEX Offshore 2007, LLC. You see that?
12     A.  Yes.
13     Q.  Okay. For purposes of the
14   deposition today, I'm going to refer to
15   that company as MOEX. Is that okay?
16     A.  Yes.
17     Q.  Who was MOEX?
18     A.  MOEX, as I appreciate it, is a
19   subsidiary -- subsidiary of Mitsui, a
20   Japanese corporation.
21     Q.  And what was MOEX's role with
22   respect to the operating agreement?
23     A.  They were a non-operating party,
24   co-owner.
25     Q.  And they had 10 percent
```

86

```
 1   interest?
 2     A.  Yes.
 3     Q.  Okay. I'm going to come back to
 4   them in a little bit.
 5        So, I think a minute ago, you
 6   mentioned that this -- if you turn to the
 7   front face page of the actual offering
 8   agreement, it's called the Macondo
 9   Prospect, Offshore Deepwater Operating
10   Agreement; correct?
11     A.  Yes.
12     Q.  And this document, you said, was
13   already in existence at the time you
14   executed the joinder; is that correct?
15     A.  Yes.
16     Q.  And it was in existence because
17   it had already been entered into between --
18   by and between BP and MOEX; is that
19   correct?
20     A.  Yes.
21     Q.  Did Anadarko play any role in
22   negotiating the terms of the operating
23   agreement?
24     A.  No.
25     Q.  To the best of your knowledge,
```

87

```
 1   did Anadarko express any concerns or offer
 2   any changes to the operating agreement?
 3     A.  Not that I'm aware. It was --
 4   as I appreciate it, it was executed,
 5   obviously, before we were -- we ratified
 6   it.
 7     Q.  But to -- but to your knowledge,
 8   did Anadarko ask for any changes to the
 9   operating agreement before executing the
10   joinder?
11     A.  No.
12     Q.  Do you know whose responsibility
13   it was at Anadarko to be familiar with the
14   terms of the operating agreement?
15     A.  It would've been Nick Huch.
16   Primarily, Nick is the -- kind of the lead
17   negotiator for this.
18     Q.  Have you ever read this
19   document?
20     A.  In its entirety?
21     Q.  Yes.
22     A.  I don't believe so.
23     Q.  Have you ever read portions of
24   of it?
25     A.  Yes, I have.
```

88

```
 1     Q.  What portions have you read?
 2     A.  The portions relative to the
 3   exploration, well proposals, AFEs, voting
 4   thresholds, non-consent provisions, the --
 5   the rights and duties of the operator. I
 6   think primarily those.
 7     Q.  Okay. And did you read those in
 8   connection to your preparation for the
 9   deposition?
10     A.  I did.
11     Q.  Prior to that time, had you ever
12   read the document?
13     A.  No.
14     Q.  Okay. In your responsibilities,
15   as director of Gulf of Mexico land, did you
16   have any reason to know or read the
17   contents of the document?
18        MR. NEGER:
19        Of this document?
20        MR. FINEMAN:
21        Yes. In his job.
22        THE WITNESS:
23        Specifically this document?
24   EXAMINATION BY MR. FINEMAN:
25     Q.  Yes, sir.
```

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.     Telephone: (504) 525-9100**
**New Orleans, LA 70130-6029     Board-Certified Court Reporters     Facsimile: (504) 525-9109**

Exhibit O
Page 22

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                               Reported by:

**JIM W. BRYAN**               **May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR**

---

89

```
 1        A.  I would've relied upon Nick in
 2   his expertise in that regard.  I did not
 3   necessarily need to read the documents.
 4        Q.  You had no responsibility for
 5   processing AFEs?
 6        A.  Only to the extent that our
 7   group participates in that process.
 8        Q.  Okay.  What -- what role did you
 9   play, or did your group play, in reviewing
10   AFEs with respect to Macondo?
11        A.  Well, our group -- sometimes
12   the -- sometimes AFEs are sent to my
13   attention; sometimes they're sent to
14   others.  But our group -- our analysts in
15   the group basically take those and, in some
16   cases, initiate the process for routing
17   those internally for our group.
18        Q.  Okay.  In this particular
19   instance, did Mr. Huch play a role in
20   receiving AFEs and communicating with BP
21   concerning AFEs?
22        A.  Yes.  I believe that he and I
23   both may have been the recipients of
24   those -- of those transmittals, but he did
25   play a role in that.
```

90

```
 1        Q.  Okay.  Did you play, or did your
 2   group play, any role in deciding whether an
 3   AFE would be paid?
 4        MR. NEGER:
 5            Object to the form.
 6        THE WITNESS:
 7            No.
 8   EXAMINATION BY MR. FINEMAN:
 9        Q.  You were the messenger?
10        A.  Well, we were part of the
11   process, I suppose.
12        Q.  Okay.  What role did you play in
13   that process?
14        A.  We would -- for the most part,
15   we received those correspondences.  We
16   would initiate the routing, if you will,
17   for approval internally, and we would
18   typically be the group -- most likely the
19   lead landman, in this case, to -- to
20   respond to those, to transmit our approval
21   back to the operator.
22        Q.  Any other role played in
23   processing AFEs?
24        A.  Not really.  Not that I recall.
25        Q.  Can you turn to a page -- IT'S
```

91

```
 1   almost at the very end of that document.
 2   It's 1836.
 3            This is Exhibit K, health,
 4   safety, and environment.  You see that?
 5        A.  I do.
 6        Q.  Okay.  Do you recall ever
 7   looking at this document before?
 8        A.  No.
 9        Q.  Do you recall looking at this
10   document during your deposition
11   preparation?
12        A.  I do.
13        Q.  So you saw it during depo prep,
14   but prior to that, you hadn't looked at it
15   before?
16        A.  Well, I'll tell you, the --
17   there's -- there was a reference, I think,
18   in one of the correspondence from BP that
19   referenced Exhibit K.  So not being
20   familiar with it, I did look through this.
21        Q.  Okay.  But prior to the time
22   that you looked at this in connection with
23   your deposition preparation, had you ever
24   seen this before?
25        A.  No.
```

92

```
 1        Q.  Do you recall whether you had
 2   any conversations with anybody at BP
 3   concerning the subject matter of the
 4   document?
 5        A.  I did not.
 6        Q.  Do you know who at Anadarko
 7   would have been familiar with the contents
 8   of Exhibit K?
 9        A.  I don't.
10        Q.  Do you -- do you have any
11   recollection of discussing the contents of
12   Exhibit K or the subject matter of health,
13   safety, and environment with anybody --
14   health, safety, environment in connection
15   with Macondo with anybody at Anadarko?
16        A.  No.
17        Q.  Do you recall prior to the --
18   whether prior to the completion of the
19   transaction in December of 2009 ever seeing
20   a health, safety, and environmental
21   management plan or a plan from BP?
22        A.  No.
23        Q.  Do you know whether anybody in
24   your department did?
25        A.  I -- I don't know that they did.
```

23  (Pages 89 to 92)

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**          **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6029     Board-Certified Court Reporters**          **Facsimile: (504) 525-9109**

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                                                 Reported by:

**JIM W. BRYAN**                    **May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR**

93

1      Q.   Okay.  Do you know whether or
2  not at any time Anadarko requested a
3  meeting to discuss health, safety,
4  environment matters with BP?
5      A.   I'm not aware of anything like
6  that.
7      MR. NEGER:
8          Your question relates to the
9  Macondo well?
10     MR. FINEMAN:
11         Yes, they all do.  Thanks.
12 EXAMINATION BY MR. FINEMAN:
13     Q.   If I wanted to ask somebody at
14 Anadarko about this document, do you know
15 who I would talk to?
16     MR. NEGER:
17         You mean Exhibit K?
18     MR. FINEMAN:
19         I'm sorry, yes.
20 EXAMINATION BY MR. FINEMAN:
21     Q.   Okay.
22     A.   I would assume our -- our
23 equivalent personnel in our health, safety,
24 environmental area.
25     Q.   Do you know who that person

94

1  would be?
2      A.   For the Gulf of Mexico, it would
3  be Dick Keelan.
4      Q.   Can you spell the last name for
5  me?
6      A.   Yes.  It's K-E-E-L-A-N, I
7  believe.
8      Q.   Were there any other transaction
9  documents, besides the ones we've looked
10 at -- you know what, before you answer that
11 question, let's look at some other
12 documents that I do want to show you.
13     MR. FINEMAN:
14         So I'm going to give you
15 document 1944.  It's Tab 5.  This
16 document -- the exhibit only includes a
17 couple of Bates-stamped numbered documents.
18 But I'm not -- I can't recall the source of
19 the other documents, the other pages.
20         So the two pages at the end of
21 this exhibit are ANA-MDL-000020295 and 296.
22 The other pages of the exhibit do not have
23 Bates-stamp numbers.
24         (Whereupon, the document
25 referred to was marked as Exhibit No. 1944

95

1  for identification.)
2  EXAMINATION BY MR. FINEMAN:
3      Q.   So I'm giving you 1944.
4      MR. NEGER:
5          And are you representing that
6  the two pages which do have Bates stamps on
7  them are a part of the document that is not
8  numbered?
9      MR. FINEMAN:
10         I'm going to ask the question.
11 For purposes of my examination, it's part
12 of one exhibit.  I'm not making
13 representations about what belongs with
14 what.  Just the way we've assembled it.
15 Hopefully, the witness can tell me.  We can
16 separate them, too, if we need to.  It
17 doesn't matter.
18     MR. NEGER:
19         Okay.
20 EXAMINATION BY MR. FINEMAN:
21     Q.   Could you take a look at this
22 exhibit.  This is a letter -- the front
23 page is a letter dated February 11, 2010,
24 to MMS from Wendy Rodriguez at Anadarko;
25 correct?

96

1      A.   That is correct.
2      Q.   Who is Wendy Rodriguez?
3      A.   She was one of our analysts that
4  worked in our group at the time.
5      Q.   Okay.  Did she report to you?
6      A.   She -- well, actually, she
7  reported to Debra Purcell who reports to
8  me.
9      Q.   Okay.  She's in your group?
10     A.   She is.
11     Q.   Okay.  Do you know what this
12 document and the pages attached to it are?
13     A.   Yes.  This is the -- well, this
14 is a transmittal too the MMS of the
15 assignment from BP into Anadarko E&P of 22
16 and a half percent working interest in the
17 Mississippi Canyon Block 252.
18     Q.   And then if I go a couple of
19 more pages into the document, I think it's
20 the same thing for Anadarko Petroleum; is
21 that correct?
22     A.   That is correct.
23     Q.   So these are the formal
24 assignments from BP to the Anadarko
25 companies of the 25 percent interest that

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**      **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6029    Board-Certified Court Reporters**      **Facsimile: (504) 525-9109**

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                                         Reported by:
**JIM W. BRYAN**                          *May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR*

---

97

1    we've been discussing?
2        A.   Yes.
3        Q.   Okay.  And these appear to be
4    documents showing that those assignments
5    were approved by MMS; is that correct?
6        A.   That is correct.
7        Q.   Okay.  And the last two pages of
8    the document, which are the ones with the
9    Bates stamp numbers, these are -- these are
10   designations by the Anadarko companies that
11   BP will be the operator; is that correct?
12       A.   That's correct.
13       Q.   And is it your understanding
14   that these two pages of designations are
15   related to the assignment of leases?
16       A.   Yes.
17       Q.   Okay.  And these documents are
18   also signed by Mr. Wallace; correct?
19       A.   That is correct.
20       MR. NEGER:
21           Counsel, I would like to note
22   for the record that pages, other than the
23   ones which are Bates numbered, appear to
24   have a "received" stamp from MMS on
25   February 12 of --

---

98

1        MR. FINEMAN:
2           I'm going to --
3        MR. NEGER:
4           Okay.
5        MR. FINEMAN:
6           I was going to do that now.
7        MR. NEGER:
8           Okay.  Great.
9    EXAMINATION BY MR. FINEMAN:
10       Q.   So the question I had -- was
11   going to ask you is, these documents bear
12   "received" stamps by MMS showing
13   February 12, 2010; is that correct?
14       MR. NEGER:
15           Objection to form.
16       MR. MICALLEF:
17           Objection, form.
18       THE WITNESS:
19           Yes.
20   EXAMINATION BY MR. FINEMAN:
21       Q.   Okay.  The cover letter shows
22   February 12, 2010, was received; correct?
23       A.   That is correct.
24       Q.   All right.  And the -- if you
25   look at just the second -- the assignment

---

99

1    from BP to Anadarko E&P, which is the
2    second page of the exhibit.
3        A.   Okay.
4        Q.   That shows that the document was
5    received by MMS on February 12th?
6        A.   That -- that is correct.
7        Q.   Okay.  And at the bottom of the
8    page, it shows that the approval was dated
9    February 23, 2010?
10       A.   That is correct.
11       Q.   The next page shows that the
12   documents were signed by BP -- on behalf of
13   BP and Anadarko E&P on December 17th, 2009;
14   is that correct?
15       A.   That is correct.
16       Q.   Do you -- do you know why the
17   documents were not -- this document was not
18   sent to MMS until February 11, even though
19   it was signed in December of 2009?
20       A.   I do not.
21       Q.   And then, if you turn a couple
22   of more pages to the assignment from BP to
23   Anadarko Petroleum, that also shows that it
24   was received on February 12 by MMS; is that
25   correct?

---

100

1        A.   That is correct.
2        Q.   And it shows it was approved on
3    February 23, 2010; correct?
4        A.   That is correct.
5        Q.   And then again -- on the next
6    page, it also shows the documents were
7    signed by -- on behalf of BP and Anadarko
8    Petroleum on December 17, 2009; correct?
9        A.   That's correct.
10       Q.   And then the designation of
11   operator documents, where it shows --
12   stamped received February 23, 2010;
13   correct?
14       A.   That is correct.
15       Q.   And again, those were dated on
16   behalf of Anadarko Petroleum and Anadarko
17   E&P on December 17, 2009?
18       A.   That is correct.
19       MR. FINEMAN:
20           This is Exhibit 1945.  Again,
21   the first page of this document does not
22   have a Bates stamp number.  The second and
23   third pages are 000023862 to 23863.
24           (Whereupon, the document
25   referred to was marked as Exhibit No. 1945

---

25 (Pages 97 to 100)

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100**
**New Orleans, LA 70130-6029    Board-Certified Court Reporters      Facsimile: (504) 525-9109**

101

```
1    for identification.)
2        MR. NEGER:
3            Which tab is --
4        MR. HARTLEY:
5            Which tab is this?
6        MR. FINEMAN:
7            I'm sorry.  This is Tab 7.
8    EXAMINATION BY MR. FINEMAN:
9        Q.   The first -- the first page of
10   this document is a letter dated April 20,
11   2010, from Vera Wells at Anadarko E&P; is
12   that correct?
13       A.   That is correct.  This was
14   signed by Vera Wells.  The letterhead says
15   Anadarko E&P.
16       Q.   Fair enough.  And who is Vera
17   Wells?
18       A.   Vera Wells is also an analyst in
19   our group.
20       Q.   And she reports either directly
21   or indirectly to you?
22       A.   She does.
23       Q.   Okay.  And do you know what this
24   document -- this cover letter and the
25   following attached pages are?
```

102

```
1        A.   It is transmitting the -- to the
2    MMS an assignment from Anadarko E&P Company
3    to Anadarko Petroleum Company of 22 and a
4    half net percent working interest.
5        Q.   And this is that transfer that
6    was contemplated in the Well Participation
7    Agreement that we looked at earlier?
8        A.   Yes.
9        Q.   Okay.  This -- if you turn to
10   the second page, it shows that this -- this
11   is the actual assignment document; correct?
12       A.   That is correct.
13       Q.   Okay.  And it shows that it was
14   received by MMS -- stamped "received" on
15   April 21, 2010?
16       A.   Yes.
17       Q.   Is that correct?
18       A.   Uh-huh (affirmative).
19       Q.   And it shows at the bottom of
20   the page that it was approved on April 28,
21   2010?
22       A.   Correct.
23       Q.   Okay.  And the next page shows
24   that you signed the document on behalf of
25   both Anadarko E&P and Anadarko Petroleum?
```

103

```
1        A.   That is correct.
2        Q.   And it appears that you dated
3    the document April 15, 2010?
4        A.   That is correct.
5        Q.   Okay.  Do you know why it was in
6    mid April 2010 that the document -- that
7    you executed this document and not back in
8    December?
9        A.   Specifically, no.  I suspect
10   it's just probably a administrative delay.
11   It wasn't dated as timely maybe as it
12   should.  The assignment was -- you know,
13   for the second part, for the assignment
14   from ANP to APC, you really couldn't have
15   submitted that until the previous one
16   was -- was approved.
17       Q.   Okay.  And do you know why --
18   strike that.
19       MR. FINEMAN:
20           Why don't we take a 5-minute
21   break right here?
22       MR. NEGER:
23           Sure.
24       THE VIDEOGRAPHER:
25           Off the record.  This is Tape 2.
```

104

```
1    The time is 10:20.
2            (Off the record.)
3        THE VIDEOGRAPHER:
4            Returning to the record, it is
5    10:36.  This is the start of Tape 3.
6    EXAMINATION BY MR. FINEMAN:
7        Q.   Mr. Bryan, do you recall having
8    any conversations with any of your
9    colleagues at Anadarko about the timing of
10   submitting the assignment of interest from
11   Anadarko E&P to Anadarko Petroleum?
12       A.   Yes.
13       Q.   What conversations do you
14   recall?
15       A.   Well, the -- the conversations
16   were actually much after the fact.  There
17   was a mention raised as to the timing of
18   when we actually submitted the assignments
19   for approval.
20       Q.   And when did that conversation
21   take place?
22       A.   I don't remember specifically.
23   It seemed like it was two or three months
24   after the -- the Macondo incident.
25       Q.   So sometime in the summer of
```

26  (Pages 101 to 104)

105

```
 1   2010?
 2       A.   Most likely, yes.
 3       Q.   Who did you speak with about it?
 4       A.   Nick, Nick Huch.
 5       Q.   And what was the substance of
 6   that conversation?
 7       A.   I think he was just advising me
 8   that we had made this -- oh, I had executed
 9   the assignments in the first place, April
10   15th.  They were made effective April the
11   1st.  And I think he was just advising me
12   that they were approved later on in April,
13   the -- I think the 28th or something like
14   that.
15       Q.   Do you know why he brought it to
16   your attention?
17       A.   I think the -- at the time, I
18   believe the -- just the timing of
19   all that was just really close around the
20   incident itself.
21       Q.   And why did that matter?
22       A.   Honest truth, I don't remember
23   him saying specifically why it mattered
24   other than the -- the effect that -- I
25   think he was just highlighting the
```

106

```
 1   effective date for me.  And that the -- the
 2   interest had been combined into one entity,
 3   the APC entity.
 4       Q.   Did his bringing that issue to
 5   your attention, was that important to you
 6   to?  Did you bring it -- then bring it to
 7   somebody else's attention?
 8       MR. NEGER:
 9           Objection to form.
10       THE WITNESS:
11           At that time, I don't recall
12   bringing it to anybody else's attention.
13   It -- to me, I kind of get the information
14   where I didn't place a lot of significance
15   on that at that time.
16   BY MR. FINEMAN:
17       Q.   Did you have any other further
18   conversation with anybody about that issue,
19   other than lawyers?
20       A.   Not other than lawyers.
21       Q.   Were you ever asked about that
22   issue by in-house counsel?
23       MR. NEGER:
24           You can answer that yes or no.
25       THE WITNESS:
```

107

```
 1           No.
 2       EXAMINATION BY MR. FINEMAN:
 3       Q.   Prior to entering into the
 4   transaction concerning Macondo in December
 5   of 2009, did you conduct or direct anyone
 6   in your department to conduct any due
 7   diligence investigation of BP?
 8       A.   Other than -- no.  Other than
 9   things directly connected with our
10   participation in the -- in the well, in the
11   lease, there was not any other due
12   diligence that I recall.
13       Q.   Did you do due diligence with
14   respect to -- did you conduct or direct
15   someone to conduct a due diligence of BP
16   specific to the Macondo Prospect?
17       A.   Repeat that, would you?  I'm
18   sorry.
19       Q.   Sure.  Let me ask you some more
20   specific questions.
21       A.   Okay.
22       Q.   We'll go about it that way.
23       A.   Okay.
24       Q.   Prior to December 17, 2009, did
25   Anadarko review BP's initial exploration
```

108

```
 1   plan?
 2       A.   No.
 3       Q.   Prior to December 17, 2009, did
 4   Anadarko review BP's Gulf of Mexico
 5   regional oil spill response plan?
 6       A.   No.
 7       Q.   Prior to December 17, 2009, did
 8   you participate in any discussions at
 9   Anadarko about BP's past health, safety or
10   environmental record in connection with the
11   decision whether to acquire interest in the
12   Macondo Prospect?
13       A.   No, sir.
14       Q.   Do you know whether any such
15   conversations took place?
16       A.   I do not.
17       Q.   By December 17, 2009, do you
18   know whether Anadarko had any concerns
19   about BP's health, safety, or environmental
20   record?
21       MR. MICALLEF:
22           Object to form.
23       THE WITNESS:
24           I don't.
25       EXAMINATION BY MR. FINEMAN:
```

27 (Pages 105 to 108)

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                          Reported by:

**JIM W. BRYAN**                    **May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR**

---

109

1     Q.  Did you?
2     A.  I did not.
3     Q.  As of December 17, 2009, did you
4  participate in any discussions at Anadarko
5  regarding BP's ability to manage or contain
6  a blowout?
7     A.  No.
8     Q.  As of December 17, 2009 --
9  strike that.
10        Do you know whether any such
11  conversations took place at Anadarko?
12    A.  I'm not aware of any.
13    Q.  As of December 17, 2009, did you
14  participate in any conversations at
15  Anadarko regarding BP's ability to contain
16  an oil spill in connection with the Macondo
17  Prospect?
18    MR. MICALFF:
19        Object to form.
20  EXAMINATION BY MR. FINEMAN:
21    Q.  You can answer.
22    A.  Would you repeat that?  I'm
23  sorry.
24    Q.  Sure.  As of December 17, 2009,
25  had you participated in any conversations

110

1  at Anadarko about BP's ability to contain
2  an oil spill at the Macondo Prospect?
3     A.  No.
4     Q.  As of December 17, 2009, do you
5  know whether Anadarko had any concerns
6  about BP's ability to manage or contain a
7  blowout?
8     A.  No.
9     Q.  A little while ago, I asked you
10  about MOEX.  Do you recall that?
11    A.  Yes.
12    Q.  Okay.  Prior to the time that
13  Anadarko entered into the December 17,
14  2009, documents, including the Joint
15  Operating Agreement, did you conduct or
16  direct anyone to conduct any due diligence
17  investigation of MOEX?
18    MR. NEGER:
19        Object to the form.
20  THE WITNESS:
21        No, I did not.
22  EXAMINATION BY MR. FINEMAN:
23    Q.  Prior to seeing MOEX's
24  involvement in the Macondo Prospect, were
25  you aware of the existence of MOEX?

111

1     A.  I was.
2     Q.  What did you know about MOEX at
3  that time?
4     A.  I obviously knew they were a
5  U.S. subsidiary of Mitsui.  I was aware
6  that they had been -- well, that they had
7  been involved in a lease-sale acquisition
8  arrangement with BP prior to that.
9        Other than that, I didn't know a
10  lot about them.
11    Q.  Did you take any steps prior to
12  December 17, 2009, to find out anything
13  more about them?
14    A.  No.  MOEX was, you know,
15  basically a participant in this when we
16  joined it essentially.  I think -- I don't
17  know the extent, or the -- or how long they
18  had actually negotiated with BP to acquire
19  this interest in Mississippi Canyon 252,
20  but it was -- it was prior to our actual
21  joining, obviously, because the operating
22  agreement was already executed.
23    Q.  They had a 10 percent -- strike
24  that.
25        MOEX had a 10 percent interest;

112

1  correct?
2     A.  That is correct.
3     Q.  And were you concerned at all
4  about or did you -- strike that.
5        Did you conduct any
6  investigation or conduct any due diligence
7  as to whether MOEX was capable of
8  satisfying their 10 percent interest in the
9  prospect?
10    MR. NEGER:
11        Objection to form.  You can
12  answer.
13    THE WITNESS:
14        No.
15  EXAMINATION BY MR. FINEMAN:
16    Q.  Okay.  You just -- you assumed
17  that they could because they had been --
18  they already made the deal with BP?
19    A.  Well -- yeah.  BP was a party
20  that actually contracted with them.  We
21  didn't really have the ability to conduct
22  that kind of a review, I don't think.
23    Q.  Had you had any prior dealings
24  with MOEX?  You, being Anadarko.
25    A.  Right.  I believe that we owned

28  (Pages 109 to 112)

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                                   Reported by:

**JIM W. BRYAN**                         **May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR**

---

113

1  an interest together in a lease also with
2  BP. But other than that, not really in the
3  operational involvement that I can recall.
4      Q.  Have you ever met anybody from
5  MOEX?
6      A.  No. You know -- no. I've never
7  met the principals that -- that are there
8  now, and I don't recall meeting anybody
9  else. I'm not -- I could have. I'm just
10  not clear on it.
11      Q.  Does the name Naoki Ishii mean
12  anything to you?
13      A.  I just know the name. He -- you
14  know, he's involved in a lot of the same
15  correspondence that I might received. So
16  that's how I know him. I've never met him.
17      Q.  Did you ever talk to him on the
18  telephone?
19      A.  I don't believe so.
20      Q.  Prior to December 17, 2009, did
21  Anadarko conduct any investigation or
22  evaluation of MOEX's financial condition?
23      A.  No.
24      Q.  Prior to December 17, 2009, did
25  Anadarko conduct any investigation to

---

114

1  satisfy itself that MOEX could satisfy its
2  10 percent obligations under the operating
3  agreement?
4      MR. NEGER:
5          Objection.
6  THE WITNESS:
7          No.
8  EXAMINATION BY MR. FINEMAN:
9      Q.  As of December 17, 2009, did
10  Anadarko know anything about MOEX's
11  expertise in deepwater drilling?
12      A.  Not that I'm aware of.
13      Q.  To your knowledge, today, does
14  MOEX have any expertise in deepwater
15  drilling?
16      A.  Not that I know of. I don't
17  know if they -- of course, my knowledge is
18  really about the Gulf of Mexico, and
19  they're a worldwide corporation. So I
20  really don't know.
21      Q.  Well, MOEX is not a worldwide
22  corporation?
23      A.  I'm sorry. Well, the -- well,
24  the parent company is. But as far as MOEX,
25  I don't know if -- like, I don't know of a

---

115

1  deepwater operation that MOEX is the
2  operator, which would lead you to believe
3  what their experience level is.
4      Q.  That was my next question
5  actually. Thank you.
6      A.  Oh?
7      Q.  Did you -- as of December 17,
8  2009, did you know with MOEX had ever been
9  engaged as an operator on a deepwater
10  drilling project?
11      A.  Not that I know of.
12      Q.  Have you ever heard of a company
13  called Mitsui Oil Exploration Company, also
14  known as MOECO?
15      A.  I've heard of Mitsui. I don't
16  know specifically of that entity
17  necessarily.
18      Q.  Okay. Have you ever met anybody
19  from any Mitsui company in connection with
20  the Macondo Prospect?
21      A.  No.
22      Q.  Have you ever talked to anybody
23  from any Mitsui company in connection with
24  the Macondo Prospect?
25      A.  No.

---

116

1      Q.  From December 17th to -- strike
2  that.
3          From December 17, 2009, through
4  April 20, 2010, did you play any role with
5  respect to the Macondo Prospect?
6      A.  No.
7      Q.  Is it fair to say after the deal
8  was done that your responsibilities with
9  respect to the project were over?
10      A.  For the most part. I mean, you
11  know, it kind of goes into an operational
12  mode at that point. We would receive, you
13  know, in a supplemental way, the
14  correspondence, you know. We may
15  participate in some meetings and in that
16  sense, but more in the operational sense
17  and not necessarily what -- with the land
18  or negotiations function would be.
19      Q.  Since April 20, 2010, have you
20  had any role with respect to Macondo?
21      A.  Yes.
22      Q.  What has your role been?
23      A.  Well, this. We have been
24  involved in various correspondences about
25  the incident. Immediately following the

---

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**          **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6029     Board-Certified Court Reporters**        **Facsimile: (504) 525-9109**

Exhibit O
Page 29

117

1  incident, I was receiving some updates from
2  the operator.  It's been a variety of
3  activities.
4      Q.   Well, I guess what I'm really
5  interested in, aside from receiving
6  information about what's going on,
7  generally, do you have a formative role to
8  play at this point, since April 20th with
9  respect to Macondo?
10         Sorry.  That's such a bad
11  question.  Let me start again.
12         Since April 20th, 2010, have you
13  had any role that requires that you take
14  any action concerning the Macondo Prospect?
15     MR. NEGER:
16         Objection to form.
17     THE WITNESS:
18         I can't think of any specific --
19  there's just -- you know, there's a lot of
20  things that we do and are asked to, you
21  know, sometimes advise on or look into
22  things.  It's just -- it's many things.
23  EXAMINATION BY MR. FINEMAN:
24     Q.   Can you give me some examples of
25  those many things?

118

1      A.   I'm trying to think off the top
2  of my head.  I don't know of a specific
3  example at this second.  But --
4      Q.   Do you have any knowledge of
5  whether Anadarko is discussing drilling
6  again at Macondo?
7      A.   I do know there are -- there
8  have been discussions.
9      Q.   Have you participated in any of
10  those discussions?
11     A.   I have not.
12     Q.   Do you have any role to play in
13  those discussions?
14     A.   I don't.
15     Q.   What do you know about those
16  discussions?
17     A.   I just know that there have been
18  some discussions.  And it really -- it's
19  really based around, you know, the teams
20  evaluate their properties.  And as far as
21  specific, I wouldn't necessarily -- I
22  wouldn't necessarily say drilling, because
23  I don't think that's kind of the -- the
24  main part of the conversation.
25         But it's basically been more of

119

1  a resource evaluation, I would guess.  And
2  is there a -- what could be done about
3  that, what drilling.  But there's not -- I
4  don't think there's any clarity around
5  specifically what activities would take
6  place.
7      Q.   Have you had any conversations
8  with anybody at BP regarding new or future
9  projects at Macondo?
10     A.   No.
11     MR. FINEMAN:
12         Okay.  That's all I have.
13     THE VIDEOGRAPHER:
14         Off the the record.  It's 10:52.
15         (Off the record.)
16     THE VIDEOGRAPHER:
17         Returning to the record, it's
18  11:00.
19     MR. FINEMAN:
20         Mr. Bryan, I'm sorry.  I do have
21  one more document to cover with you.  We're
22  going to mark this document as 1946.  It's
23  ANA-MDL-000040009 to 40015, Tab 4.
24         (Whereupon, the document
25  referred to was marked as Exhibit No. 1946

120

1  for identification.)
2  EXAMINATION BY MR. FINEMAN:
3      Q.   You can take a look at that.
4  Just skim through it real quick, because
5  you'll see what it is.
6      A.   Okay.
7      Q.   Okay.  The front page of the
8  document is an e-mail from Wendy Rodriguez
9  to Mr. Huch, attaching some documents.  Do
10  you see that?
11     A.   Yes, I do.
12     Q.   And then if you look at the
13  documents that are attached, the first
14  document is called Designation of
15  Applicants.  Do you see that?
16     A.   I do.
17     Q.   And the document has your name
18  on it; correct?
19     A.   It does.
20     Q.   Can you tell me what this
21  document is?
22     A.   This document is -- well, it's
23  where Anadarko Petroleum Corporation is
24  designating BP Exploration and Production,
25  Inc. as a designated applicant under oil

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.       Telephone: (504) 525-9100
New Orleans, LA 70130-6029     Board-Certified Court Reporters     Facsimile: (504) 525-9109**

Exhibit O
Page 30

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                    Reported by:
**JIM W. BRYAN**                              **May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR**

121

1    spill financial responsibility.
2        Q.   Okay.  And what are the -- what
3    does that mean?
4        A.   Well --
5        Q.   As far as you know.
6        MR. NEGER:
7            Well, objection for the reason
8    that calls for a legal conclusion.
9        MR. FINEMAN:
10           Yes, I don't want that.  It's
11   just --
12   EXAMINATION BY MR. FINEMAN:
13       Q.   What do you understand this
14   document to be doing?  What's its purpose?
15       A.   Well, under the -- under the
16   oil -- my understanding, is under the Oil
17   Pollution Act of 1990, a party has to be
18   designated as -- as the designated
19   applicant for oil spill responsibility and
20   response.  That's what it means to me.
21       Q.   What does this -- does this
22   document commit Anadarko Petroleum to
23   anything?
24       MR. NEGER:
25           The same objection.

122

1        MR. FINEMAN:
2            Sure.
3        THE WITNESS:
4            I don't know the answer to that
5    question.
6    EXAMINATION BY MR. FINEMAN:
7        Q.   Do you recall why your name
8    appears on this document?
9        A.   Because I tip -- well, as agent
10   and attorney-in-fact for the corporation, I
11   typically signed these type of documents.
12       Q.   Okay.  Is this the kind of
13   document -- strike that.
14           Is this the kind of document you
15   signed in the normal course of your job?
16       A.   It is.
17       Q.   Okay.  Have you -- has your name
18   appeared on this type of document in other
19   projects?
20       A.   Oh, yes, uh-huh.
21       Q.   Okay.  And is this a document
22   that you're asked to sign by lawyers, or is
23   this something that you just normally take
24   care of for your department?
25       A.   It's done through our

123

1    department.  It's a -- I would say it's
2    more of a required regulatory document.
3        Q.   Okay.  The next document is --
4    this particular designation of applicant
5    documents for Anadarko petroleum; right?
6    And then the next document, two pages
7    later, is the the same thing for BP -- I'm
8    sorry -- for Anadarko E&P; is that correct?
9        A.   That is correct.
10       Q.   And before you submit this
11   document -- before you submitted this --
12   strike that.
13           Did you cause this document to
14   be submitted to MMS?
15       A.   It's -- just in the normal
16   course of our work, that's what happens.  I
17   didn't have to direct anybody to do that.
18       Q.   It just goes in as the normal
19   course of all the other MMS materials?
20       A.   Right.
21       Q.   Okay.
22       MR. FINEMAN:
23           All right.  I don't have any
24   other questions.
25       THE VIDEOGRAPHER:

124

1            Off the record.  It's 11:09.
2            (Off the record.)
3        THE VIDEOGRAPHER:
4            Return to the record.  It's
5    11:11.
6    EXAMINATION BY MS. FLICKINGER:
7        Q.   Good morning, Mr. Bryan.  I'm
8    Nancy Flickinger for the United States of
9    America, and I'll be asking you some
10   additional questions.  This is my
11   colleague, Judy Harvey.
12       A.   Okay.
13       Q.   And you're already familiar with
14   the deposition format from this morning's
15   testimony.  So I won't go into that.
16       A.   Okay.
17       Q.   And I just have a few additional
18   things to go through with you.
19           If you could turn to Tab No.
20   10.  Earlier you testified concerning --
21   concerning the information that Anadarko
22   had received about the hurricane damage for
23   the Marianas; right?
24       A.   Yes.
25       MS. FLICKINGER:

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.       Telephone: (504) 525-9100**
**New Orleans, LA 70130-6029     Board-Certified Court Reporters       Facsimile: (504) 525-9109**
Exhibit O
Page 31

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                    Reported by:
**JIM W. BRYAN**                                    **May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR**

---

125

1          This will be Exhibit 1947, and
2     it's Bates No. APC-HEC1-00004654, and,
3     again, that's Tab 10.
4          (Whereupon, the document
5     referred to was marked as Exhibit No. 1947
6     for identification.)
7     EXAMINATION BY MS. FLICKINGER:
8          Q.   Part of this e-mail, I think,
9     you've seen in an earlier exhibit this
10    morning.  But let me direct your attention
11    to the top sentence up here where you
12    wrote, We have not yet executed the
13    agreements with BP.  We will not sign the
14    agreements until everyone is on board with
15    the status of the rig damage and we have
16    full disclosure from BP.
17         Do you remember writing that?
18         A.   I don't specifically, but I -- I
19    probably did.  It looks like it.
20         Q.   Okay.  So around that period of
21    time, was there a decision to kind of hold
22    off on proceeding with the negotiations and
23    the agreement until Anadarko was satisfied
24    concerning the economic impact of the
25    damage to the rig?

---

126

1          A.   Yeah.  I think -- I think that's
2     essentially correct.  I think what we were
3     trying to determine, one, was what was the
4     overall impact  and I -- and I believe I
5     was trying to let these various people know
6     that we'd not executed the agreements yet.
7     You know, we -- we still have some time to
8     find out what the -- the problem is with
9     the Marianas and what potentially the costs
10    are.
11         Q.   Okay.  Thanks.  Let me ask you a
12    few questions again about Anadarko E&P.
13    I'll just call it AEP, if that's okay?
14         A.   Okay.
15         Q.   Is that a subsidiary that's
16    wholly owned by Anadarko Petroleum
17    Corporation?
18         A.   It is, and I don't know the
19    exact legal structure.  I believe it's
20    called indirect subsidiary, and I'm not
21    sure what the distinction is, but it is a
22    wholly-owned subsidiary as I appreciate it.
23         Q.   And does it have any employees
24    who are not authorized -- does it have any
25    employees?

---

127

1          A.   No.
2          Q.   And officers and directors, do
3     you know who they are?
4          A.   I don't, no.
5          Q.   Were they included in the deal
6     primarily because of the tax arrangements?
7          A.   The AEP?
8          Q.   Yes.
9          A.   Yes.  It was just the -- the two
10    entities, APC and AE&P, being in the thing
11    were only to effect the transfer of the
12    lease exchange.
13         Q.   Okay.  If you could turn to Tab
14    34.
15         MS. FLICKINGER:
16              This is Tab 34.  It does not
17    have a Bates number for some reason, and
18    this is marked as Exhibit 1948.
19              (Whereupon, the document
20    referred to was marked as Exhibit No. 1948
21    for identification.)
22    EXAMINATION BY MS. FLICKINGER:
23         Q.   You can take a minute and look
24    at that.  I'm only going to be asking you
25    about the top couple of e-mails.

---

128

1          A.   Okay.
2          MR. NEGER:
3              On the first page?
4          MS. FLICKINGER:
5              On the first page, yes.
6     EXAMINATION BY MS. Flickinger:
7          Q.   So basically, lower down,
8     there's confirmation that the exchange
9     should be valued at $10.9 million; correct?
10         A.   That is correct.
11         Q.   And then up here, there's an
12    e-mail from Jana Pair to Ron Buehner.  Who
13    are they?  Do you know?
14         A.   Ron Buehner, I think his name is
15    pronounced, he was our -- he's one of our
16    tax accountants.  Jana Pair, I believe, was
17    also in the tax area, but I'm not exactly
18    sure about that.
19         Q.   Okay.  Jana Pair writes, Thanks.
20    BP assigned interest to AEP and to APC,
21    then AEP subsequently assigned its interest
22    to APC.  Do we normally treat that as a
23    dividend up the chain, or was there some
24    sort of intercompany sale that I'm not
25    seeing?

---

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100**
**New Orleans, LA 70130-6029     Board-Certified Court Reporters     Facsimile: (504) 525-9109**

Exhibit O
Page 32

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                                                    Reported by:
**JIM W. BRYAN**                          **May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR**

---

129

1    What does -- do you understand
2 what "dividend up the chain" means?
3    A.   I don't.  It may have some
4 meaning in the -- the tax accounting world,
5 but I -- I don't remember seeing that, and
6 I don't know what that means, actually.
7    Q.   And then Mr. Buehner responds,
8 dividend up.
9    MR. NEGER:
10       What's the question?
11    THE WITNESS:
12       That -- that seems kind of
13 cryptic.  I don't know.  I don't know what
14 they're talking about.
15    EXAMINATION BY MS. FLICKINGER:
16    Q.   Okay.  In your capacity as a
17 30(B)6 designee, for topic No. 8, where
18 you're tasked to deal with various
19 contracting agreements, do you know what
20 the arrangement was?
21       Was there consideration provided
22 between APC and AEP in connection with the
23 exchange?
24    A.   The only -- the only
25 consideration that would've -- in my mind,

---

130

1 would've been the different interests that
2 were being acquired.  You know, ANP was
3 acquiring for the -- for the purpose of the
4 exchange, 22 and a half percent and APC
5 20 -- or 2 and a half percent.  As far as I
6 know, there was no exchange between those
7 two.  If that's -- I'm answering your
8 question.
9    Q.   Okay.  So when there was a
10 subsequent assignment from AEP to APC, was
11 there any consideration provided back and
12 forth?
13    A.   No.
14    Q.   Going back to the lease exchange
15 a minute, which was previously marked as
16 Exhibit 1942, and it's Tab at 17 -- a
17 different version.  I think, of it as Tab
18 17.  I just want to go back and go over it
19 two sections.  So let me direct your
20 attention to page 3.
21    A.   Okay.
22    Q.   Section 2.2, you may have
23 already covered this, but I just want to be
24 clear.
25       AEP assignment to APC, and it

---

131

1 reads:  Immediately following delivery of
2 the Assignment of the BP Property to AEP,
3 AEP will deliver an assignment of all of
4 its rights, title and interest in the BP
5 property to APC.  And then it's defined,
6 Subsequent AEP Assignment.
7       Was there a separate document or
8 writing that AEP was anticipated to provide
9 to APC consistent with this section 2.2?
10    A.   Other than an assignment?
11    Q.   Other than the submission to the
12 MMS.
13    A.   I'm not sure I understand your
14 question.
15    Q.   The subsequent AEP assignment,
16 was there an assignment as between AEP and
17 APC that was made pursuant to the Lease
18 Exchange Agreement?
19    A.   No.  The only one I'm aware of
20 is the one that was included in the
21 submission to -- the transmission to the
22 MMS.
23    Q.   To MMS that was previously
24 marked?
25    A.   That's correct.

---

132

1    Q.   Okay.  Now, let me direct your
2 attention to the Well Participation
3 Agreement, which has been previously marked
4 as Exhibit 1943, and it's at Tab 18, of the
5 Government's exhibits.
6       Mr. Bryan, had you read this
7 Well Participation Agreement before your
8 preparation for your deposition?
9    A.   I have -- I have read parts of
10 it and probably scanned through it a couple
11 of different times.  But I have looked at
12 it.
13    Q.   Okay.  Did you read it at the
14 time it was being negotiated?
15    A.   Again, I probably read some
16 iterations of it.  I -- I did not execute
17 the final document.  But, again, you know,
18 our landman would've -- in consultation
19 with our in-house counsel, would've
20 basically completed the document to its
21 final form.  So -- but I don't know that I
22 actually read -- at the time we were
23 executing it, the final version before it
24 was executed.
25    Q.   Okay.  And this is for

---

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**         **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6029     Board-Certified Court Reporters**    **Facsimile: (504) 525-9109**

Exhibit O
Page 33

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                    Reported by:
**JIM W. BRYAN**                            **May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR**

133

1    participation in the initial Macondo well;
2    correct?
3        A.   That is correct.
4        Q.   Okay.  Can I direct your
5    attention to the definition of IEW or
6    initial exploratory well?
7        A.   Okay.
8        MR. NEGER:
9             Where is that?
10       MS. FLICKINGER:
11            It's on page 2, on the Well
12   Participation Agreement.
13       MR. NEGER:
14            Okay.
15   EXAMINATION BY MS. FLICKINGER:
16       Q.   And the final -- it defines the
17   well currently being drilled by the
18   operator on the Macondo Prospect area and
19   any substitute wells.
20            And then the final sentence
21   says, the interest in the IEW assigned to
22   APC consists of all tangible personal
23   property in the well, including the tubular
24   and wellhead costs as set forth in the AFE.
25            You see that?

134

1        A.   Yes, I do.
2        Q.   Do you have an understanding of
3    what "tangible personal property" means?
4        A.   In the context of the well, I
5    can only imagine that was the -- you know,
6    the equipment that at that time had already
7    been installed in the well.  You know, we
8    were joining after the commencement of the
9    operation.  So I don't know specifically
10   what those things would be, but I think
11   they would be those sorts of things.
12       Q.   Is tangible personal property
13   something in your capacity as land manager
14   would use -- is that a concept that you use
15   in drafting the various agreements?
16       A.   You know, I don't see that much.
17   I see that it's here, obviously, but that's
18   not a term we use a lot.
19       Q.   Are you involved in the
20   invoicing and the payments that take place
21   once the joint operating agreements are
22   completed?
23       A.   No, ma'am.
24       Q.   You're not?
25       A.   No.

135

1        Q.   Do you have any knowledge as to
2    whether the invoices were directed to
3    Anadarko Petroleum, to APC or not?
4        A.   I don't specifically remember
5    seeing that they were.  I don't know.
6        Q.   Would it surprise you to learn
7    that the 25 percent share was paid for by
8    APC during the month after the agreement
9    was completed?
10       MR. NEGER:
11            Objection to form.
12   EXAMINATION BY MS. FLICKINGER:
13       Q.   Or would that be consistent with
14   your understanding?
15       A.   That would -- that would be
16   consistent with our understanding.  In our
17   mind, we don't -- as a part of my work, I
18   don't separate the two.  Like I say, it
19   was -- there were two entities for the
20   effect of the lease exchange.  And to
21   answer your question, it would not surprise
22   me that APC paid for 25 percent.
23       Q.   All right.  And just a few more
24   questions.
25            We had talked earlier about the

136

1    due diligence that was undertaken before
2    the signature on the documents in
3    December 2009.
4        A.   Right.
5        Q.   Did Anadarko have any meetings
6    with BP concerning health, safety, and
7    environmental issues prior to that time?
8        A.   No.
9        Q.   Did you review the application
10   for a permit to drill that BP had submitted
11   to MMS?
12       A.   Prior to --
13       Q.   Prior to --
14       A.   -- December 17th.
15       Q.   Yes.
16       A.   No.
17       Q.   Prior to December of 2009, did
18   you review any of BP's submissions to MMS?
19       A.   Not -- no.
20       Q.   Did anybody at Anadarko that
21   you're aware of have any discussions
22   concerning the health -- the health,
23   safety, and environmental records of BP
24   companies, nationally and in the United
25   States?

34 (Pages 133 to 136)

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**        **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6029    Board-Certified Court Reporters**      **Facsimile: (504) 525-9109**

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                        Reported by:

**JIM W. BRYAN**                **May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR**

---

137

1     A.  No.
2     MS. FLIGLINGER:
3          Let's go off the record.
4     THE VIDEOGRAPHER:
5          Off the record.  It's 11:26.
6          (Off the record).
7     THE VIDEOGRAPHER:
8          Back on the record.
9     MS. FLICKINGER:
10         I think that concludes my
11    questioning.
12    THE VIDEOGRAPHER:
13         Off the record.  It's 11:27.
14         (Off the record.)
15    THE VIDEOGRAPHER:
16         Returning to the record, it's
17    11:29.
18    EXAMINATION BY MR. HARTLEY:
19    Q.   Good morning, Mr. Bryan.  My
20    name is Floyd Hartley.  I represent
21    Halliburton.
22         Do you understand who I am and
23    who I represent?
24    A.   I do.
25    Q.   If I recall correctly, your

---

138

1     title with Anadarko Petroleum Corporation
2     is director of Gulf of Mexico land;
3     correct?
4     A.   That's correct.
5     Q.   And you are only an employee of
6     Anadarko Petroleum Corporation, not
7     Anadarko E&P?
8     A.   That is correct.
9     Q.   If you'd turn your attention to
10    Exhibit 1845, Deposition Notice.  Was yours
11    marked 1597?
12    A.   Yes, it was.
13    Q.   It's been marked and entered
14    twice.
15         Your appearance here today on
16    behalf of Anadarko Petroleum Corporation to
17    testify about certain topics that you've
18    gone over with Mr. Fineman this morning, is
19    that your understanding?
20    A.   That is correct.
21    Q.   Are you here on behalf of
22    Anadarko E&P to address any of the topics
23    in this deposition notice?
24    A.   Again, in -- in our mind, those
25    aren't different entities necessarily.  So

---

139

1     there's not a different hierarchy or that
2     kind of structure.
3     Q.   So any knowledge you would have
4     on behalf of APC would also be on behalf of
5     APE?
6     A.   It would.
7     Q.   Okay.  I turn your attention to
8     Topic 5.
9     A.   Okay.
10    Q.   As I understand it, you're here
11    to testify generally about Anadarko's
12    understanding or knowledge about the
13    meaning and intended drilling contract, et
14    cetera, as set forth in this topic; is that
15    right?
16    A.   Under -- number 5, I think I
17    could testify to parts of, I believe so,
18    yes.
19    Q.   Okay.  That's fair enough.  Are
20    you aware of any agreements with BP
21    regarding indemnity agreements, joint
22    operation or otherwise referenced in here
23    after April 20th of 2010?
24    A.   Not after April 20th.
25    Q.   Okay.  Are you aware of any --

---

140

1     any agreements related to drilling
2     contracts, service agreements, mineral
3     leases, indemnity agreements, or otherwise
4     listed in Topic 5 with Halliburton?
5     A.   I don't have any specific
6     knowledge of those.  I assume there are
7     some.
8     Q.   Are you aware of any specific
9     contracts for the topics addressed in Topic
10    5 with  Halliburton or Halliburton Energy
11    Services, Inc., for the Macondo well?
12    A.   No.  No.  I mean, in our case,
13    those are typically agreements between the
14    operator and the service company.
15    Q.   You had discussed Exhibit 1243
16    earlier, the Joint Operating Agreement
17    between Anadarko and BP?
18    A.   Correct.
19    Q.   You recall that?
20    A.   I do.
21    Q.   You don't have a similar
22    contract, understanding, or agreement
23    between Anadarko and Halliburton?
24    A.   No.
25    Q.   Are you aware of any contractual

---

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**        **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6029     Board-Certified Court Reporters**        **Facsimile: (504) 525-9109**

Exhibit O
Page 35

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                      Reported by:

**JIM W. BRYAN**                        **May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR**

---

141

1   relationship between Anadarko and
2   Halliburton with respect to the Deepwater
3   Horizon, or the Macondo well?
4       A.   I'm not.
5       Q.   Look down at Topic No. 8.
6   You're here today, as I understand it, to
7   testify in terms of Anadarko's knowledge
8   about the relationship with BP and the
9   terms of the Joint Operating Agreement; is
10   that right?
11       A.   That is correct.
12       Q.   Are you generally familiar with
13   the terms of the Joint Operating Agreement?
14       A.   I am.
15       Q.   You've had an opportunity to
16   review and have an understanding of
17   Anadarko's rights and responsibilities
18   under that agreement?
19       A.   Yes.
20       Q.   Let's turn to Exhibit 1243,
21   which is the Joint Operating Agreement
22   you've discussed with Mr. Fineman.
23       A.   Okay.
24       Q.   Do you see that?
25       A.   I do.

---

142

1       Q.   Let me direct your attention in
2   particular to Section 5.7, page 22. The
3   number's in the middle. We have separate
4   Bates numbers, so I can't use that.
5       A.   Okay. I see 5.7.
6       Q.   Is it your understanding that
7   Anadarko was a participating party in this
8   agreement?
9       A.   We were a non-operator.
10       Q.   Non-operating participating
11   party?
12       A.   That's true.
13       Q.   The first sentence -- or Section
14   5.7, rather, discusses the information to
15   which Anadarko's entitled to in -- in
16   jointly operating this well or jointly
17   participating in this well with BP. Is
18   that fair?
19       A.   That's -- that's fair.
20       Q.   Okay. What is your
21   understanding of the information to which
22   Anadarko was entitled as this well was
23   progressing?
24       A.   Well, other than what's listed
25   here or these things that are listed here?

---

143

1       Q.   Generally, what is your
2   understanding?
3       A.   Generally, the -- in a -- in a
4   drilling operation, such as this, we would
5   be provided with certain drilling reports,
6   logs and information that might be obtained
7   from the operation, those kind of things.
8   Operational issues.
9       Q.   Are you aware of any
10   restrictions placed on Anadarko in terms of
11   its ability to access those sorts of
12   reports or information?
13       A.   I'm not aware of any.
14       Q.   Do you know whether there were
15   any time limits on when Anadarko could or
16   could not access that information?
17       A.   Not that I'm aware of.
18       Q.   Do you know whether there were
19   any limits on which operation you could get
20   information about or access that
21   information?
22       A.   Not that I'm aware.
23       Q.   Did you, yourself, have any
24   involvement or role in accessing that
25   information that was available during the

---

144

1   drilling operation?
2       A.   No.
3       Q.   In your role as the land manager
4   in the Gulf of Mexico, you just weren't
5   involved at that point; is that fair?
6       A.   That would not have been part of
7   our role.
8       Q.   Do you recall between January
9   31st of 2010 and April 20th of 2010 whether
10   you received any of these daily drilling
11   reports or the daily operation reports or
12   real-time data transmissions?
13       MR. NEGER:
14           You're asking Mr. Bryan or the
15   company?
16       MR. HARTLEY:
17           The company. If he is -- okay.
18   Good point.
19   EXAMINATION BY MR. HARTLEY:
20       Q.   Individually, do you recall
21   receiving any?
22       A.   I would not have been the
23   recipient of those.
24       Q.   Okay. Are you aware of that
25   sort of information coming into Anadarko?

---

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100**
**New Orleans, LA 70130-6029     Board-Certified Court Reporters        Facsimile: (504) 525-9109**

Exhibit O
Page 36

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                    Reported by:
**JIM W. BRYAN**                    **May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR**

---

145

1    A.  Sure.  Yes.
2    Q.  **What is your understanding of**
3  **who received that sort of information?**
4    A.  I don't know who all received
5  the information.  I would assume that the
6  geologist for the project.  I'm not -- I'm
7  not certain if those come into our
8  operations geologist and then are
9  disseminated.  But typically, all the wells
10  that are being drilled, whether it's -- you
11  know, whatever different prospects and
12  things, they -- they are typically
13  generated into a report that -- as sort of
14  the company's drilling report.
15      So those -- those reports, as
16  they would come from BP, they would go to
17  maybe more than one recipient within a
18  company, and, typically, they get placed
19  into a report that has all the operations.
20    Q.  **So if I understand then,**
21  **somebody within Anadarko would receive**
22  **those reports or access to the reports that**
23  **are produced by BP or others on the well**
24  **and then summarizes them internally to**
25  **Anadarko and distributes them?**

146

1    A.  That's -- yes.  That's -- that
2  is the way the information poses.
3    Q.  **Now, the group of people**
4  **receiving that information, is that the**
5  **asset team or the operations group?**
6    A.  Yeah.  I'm -- I'm almost certain
7  that the -- both of those probably received
8  pieces of that.
9    Q.  **Are you familiar with the**
10  **frequency with which those people in either**
11  **the operations or asset group access the**
12  **information?**
13    A.  I don't know.  I don't know.
14    Q.  **Do you know whether anybody**
15  **within Anadarko was charged with the**
16  **responsibility for monitoring well progress**
17  **on a day-to-day-basis?**
18    A.  I don't know.
19    Q.  **Do you know whether anybody with**
20  **Anadarko was actually monitoring the well**
21  **on a day-to-day-basis between, say,**
22  **April 15th, 2010, and April 20th?**
23    A.  I don't know.
24    Q.  **Do you know whether there were**
25  **any restrictions on Anadarko's ability to**

147

1  monitor the well during that time frame?
2    A.  I don't know.
3    Q.  **Do you know whether anybody with**
4  **Anadarko monitored the well at particular**
5  **critical junctions, critical activities?**
6    A.  I do not know.
7  MR. NEGER:
8      Objection to form.
9  EXAMINATION BY MR. HARTLEY:
10    Q.  **Do you know whether there was**
11  **any sort of standard or policy within**
12  **Anadarko as to when to access information**
13  **about the well such as the Macondo well?**
14    A.  I'm not aware of a specific
15  policy that would -- that would dictate
16  that.
17    Q.  **Do you know of any standard**
18  **practice within either the asset group, the**
19  **operations group, as to the frequency with**
20  **which they would monitor well activities?**
21    A.  I don't think there's a standard
22  practice.  You know, the drilling of the
23  well is certainly of interest to many
24  people within the organization.  So -- but
25  I don't know of any standard practice that

148

1  says at these times you will do these
2  monitoring activities.
3    Q.  **Are you familiar with WellSpace,**
4  **or INSITE Anywhere®?**
5    A.  I'm not.  I want to say I've
6  heard the terms.  I'm not -- I don't have
7  any familiarity with it.
8    Q.  **You're not sure what their**
9  **services provide?**
10    A.  I -- I don't have any idea.
11    Q.  **Are you familiar with the people**
12  **within Anadarko who had access to those**
13  **services?**
14    A.  Only -- I don't know the
15  specific people that would.  I barely know
16  what they are.
17    Q.  **Right.**
18  MR. NEGER:
19      I'm going to object to the form
20  of this line of questions.  I think it's
21  beyond the scope of the 30(b)(6) notice,
22  but I'm going to let you ask them anyway.
23  MR. HARTLEY:
24      Right.  My understanding, he's
25  here to testify to the Joint Operating

37 (Pages 145 to 148)

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**          **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6029     Board-Certified Court Reporters**          **Facsimile: (504) 525-9109**

Exhibit O
Page 37

149

1    Agreement and the Section 5.7 and just
2    about the source of information to which
3    you're entitled in the access.
4         MR. NEGER:
5         Right.
6         MR. HARTLEY:
7         -- by probing what he may or may
8    know about that.
9         MR. NEGER:
10        Okay.
11   EXAMINATION BY MR. HARTLEY:
12        Q.   On page 23 of the Joint
13   Operating Agreement, I direct your
14   attention -- it's in the Paragraph B that
15   carries over from the preceding page.
16   Toward the end, there's a clause:
17   Provided, however, the information and data
18   set forth in this Article 5.7(B), shall be
19   provided in real-time, if it is available
20   to the operator in real-time, and a
21   participating party has contractual rights
22   to utilize the real-time system that the
23   operator is utilizing and has agreed to pay
24   any incremental expenses associated with
25   accessing that information and data from

150

1    that real-time system.
2         Did I read that clause
3    correctly?
4         A.   I believe so.
5         Q.   Do you know whether Anadarko
6    took advantage of its rights to access data
7    on the Macondo well in real time?
8         A.   I don't know specifically.
9         Q.   Do you know whether there were
10   any limits on its ability to access data in
11   real-time, other than perhaps transmission
12   it from via satellite on technological
13   issues?
14        A.   I'm not aware of any.
15        MR. HARTLEY:
16        Okay, Mr. Bryan, I think I'm
17   done.
18        THE VIDEOGRAPHER:
19        We're off the record. It's
20   11:40.
21        (Off the record.)
22        THE VIDEOGRAPHER:
23        Returning to the record, it's
24   11:41.
25   EXAMINATION BY MR. KATZ:

151

1         Q.   Good morning. I'm Allen Katz,
2    and I'm representing Transocean, and
3    Stephany LeGrand is here with me.
4         A.   Okay.
5         Q.   Now, as I understand it, in this
6    case, the operating agreement had already
7    been entered into between British Petroleum
8    and MOEX before Anadarko entered the
9    transaction; correct?
10        A.   That is correct.
11        Q.   Even so, my understanding is
12   somebody at Anadarko would review a
13   contract of this nature before Anadarko
14   entered into it; is that correct?
15        A.   That's correct.
16        Q.   And based on your experience
17   with the company, who -- do you know who
18   actually reviewed it, or would you have an
19   expectation of which departments would
20   review it?
21        MR. NEGER:
22        Objection to form. You can
23   answer.
24        THE WITNESS:
25        Okay. Well, our negotiator --

152

1    landman that was working on the project,
2    Nick Huch, would have. It would've been
3    in-house counsel that would have.
4    EXAMINATION BY MR. KATZ:
5         Q.   Now, when you refer to in-house
6    counsel, is there a particular person or a
7    group of persons in-house that you would
8    expect to review a contract of this nature
9    before Anadarko entered into it?
10        A.   There was a -- the legal -- the
11   part of the legal department that supports
12   our offshore land group is usually two --
13   mostly two attorneys. That would be -- at
14   that time, would've either been Jeff Smith.
15        Q.   Is it J-E-F-F?
16        A.   It's J-E-F -- yes, J-E-F-F, and
17   Barbara Dunbar would be two most likely
18   attorneys that we would call upon for legal
19   advice of contracts, that kind of thing.
20        Q.   And are they both officed in
21   Houston?
22        A.   In the Woodlands.
23        Q.   In the Woodlands.
24        A.   Jeff Smith is no longer with the
25   company, but he would've been at that time.

38  (Pages 149 to 152)

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                                    Reported by:

**JIM W. BRYAN**                              **May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR**

153

1      Q.   And in situations where Anadarko
2   is one of the original parties to an
3   operating agreement, would those two people
4   from the legal department be the ones that,
5   at that time, would've done joint operating
6   agreements?
7      A.   That's -- most likely.
8      Q.   Now, as I understand it, you did
9   not read this particular Joint Operating
10   Agreement before preparing for your
11   deposition; is that correct?
12      A.   That's correct.
13      Q.   Are you generally familiar, in
14   your position, with the typical terms that
15   are in the Joint Operating Agreement?
16      A.   I am.
17      MR. NEGER:
18          Objection to the form.
19   EXAMINATION BY MR. KATZ:
20      Q.   Do you know whether there -- let
21   me rephrase that.
22          Do you participate in any -- in
23   any industry groups for landmen?
24      A.   If do.
25      Q.   And what groups do you

154

1   participate in?
2      A.   Well, I'm kind of transitioning
3   out of being the chairman of the OCS
4   advisory board.
5      Q.   And the OCS advisory board, is
6   that part of an organization?
7      A.   It is -- has an affiliation with
8   the American Association of Professional
9   Landmen.  It's not so much a direct
10   committee of it, but it's kind of in
11   association.
12      Q.   And do you know if the American
13   Association of Professional Landmen puts
14   out a model of a Joint Operating Agreement?
15      MR. NEGER:
16          Objection to form.
17      THE WITNESS:
18          They do.  If I can explain a
19   little bit.
20          The -- there is a model -- a
21   deepwater model form operating agreement
22   that has kind of gone through a couple of
23   of different iterations and revisions.  I
24   believe it -- I believe it can be found at
25   the AAPL or the American Association of

155

1   Professional Landmen website as well as the
2   OCS advisory board website.
3          So it is -- it's not so much
4   published by those organizations, but it's
5   made available through them.  If -- that's
6   not very clear, I guess.
7   EXAMINATION BY MR. KATZ:
8      Q.   Do you know who is involved in
9   developing that form that is available on
10   their website?
11      A.   There have been a number of
12   people.  Going -- even going back to
13   probably to 1998 -- '97, kind of time
14   frame, there was an effort by a group of
15   companies that were, you know, sort of some
16   of the primary active companies in
17   deepwater to come up with a form and -- I
18   wouldn't use the term standard form,
19   because it's more of a -- kind of a
20   starting point for negotiations.
21          But -- so that was undertaken in
22   late '90s.  I want to say it was -- it was
23   kind of finished and made available in 2000
24   kind of time frame.  And then about three
25   or so years ago, it was sort of looked at

156

1   again for revisions or updates or things
2   that kind of needed to be addressed.  And
3   so there's been a couple of iterations of
4   what is a -- a form of a deepwater
5   operating agreement.
6   EXAMINATION BY MR. KATZ:
7      Q.   And do you know the key -- do
8   you know the names of the key individuals
9   who've been involved in the -- the
10   development of that form or provisions?
11      MR. NEGER:
12          Object to the form.
13      THE WITNESS:
14          I'll leave somebody out.  I
15   can -- I can tell you that the companies
16   primarily and the individuals if -- but I'm
17   going back for several years.  All right.
18          When it was originally done in
19   the earlier '90s -- I'm sorry -- in the
20   late '90s, you would've had representatives
21   from Oryx Energy Company, Texaco, Shell,
22   Chevron, Amoco.  It could be other --
23   Conoco.  There were a number of companies
24   that participated.
25   EXAMINATION BY MR. KATZ:

39 (Pages 153 to 156)

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**        **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6029     Board-Certified Court Reporters**     **Facsimile: (504) 525-9109**

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                    Reported by:
**JIM W. BRYAN**                    **May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR**

---

157

1      Q.   And do you remember the names of
2   the keyplayers?
3      A.   Oh --
4      Q.   If any?
5      A.   BHP was -- I don't know if I
6   mentioned BHP.  But it would've been --
7   okay.  I'm going to try this.  At Shell, I
8   believe it was Bill Gordon; BHP, it was
9   Scott Cornwell; Texaco was Dan Mills and, I
10  believe, Jeff Packman, as well; Conoco, I
11  believe it was Jim Higgins.
12        Who am I leaving out?  Oryx was
13  Doug Bradley and Mark Haney.  And I
14  actually sat in on one meeting, although
15  there were many of them when I was at Oryx
16  Energy Company at that time.
17        I'm trying to think.  Amoco was
18  Bill Morrison, I believe.  I don't recall
19  the Chevron representative.  I'm sorry.
20     Q.   Now, without -- without getting
21  into the the details of the indemnity
22  provisions of the Joint Operating
23  Agreement, do -- are you able to say
24  whether the provisions dealing with the
25  responsibility of the operator and the

---

158

1   sharing of the costs and what happens, if
2   there's gross negligence -- without getting
3   into the details of what they mean, do you
4   know if those are taken from that -- that
5   standard form or similar to what's in the
6   standard form?
7      MR. MICALLEF:
8          Objection to form.
9      THE WITNESS:
10         I don't think there is wide
11  variation.  To go back to the way the
12  process was sort of undertaken to begin
13  with, with regard to trying to come up with
14  a -- more of a model form, I guess,
15  deepwater operating agreement, they took
16  a -- they took a sampling of operating
17  agreements that company -- that various
18  companies had used and try to -- try to
19  take provisions from -- you know, from
20  several of them.
21        A lot of times -- well, a lot of
22  those provisions were either alike or
23  similar.  And so it's at least my
24  impression and my recollection that there
25  was not a wide variation in those type of

---

159

1   issues you're talking about among various
2   operating agreements.
3      EXAMINATION BY MR. KATZ:
4      Q.   Do you have any involvement in
5   drilling contracts?
6      A.   I do not.
7      Q.   Are you generally familiar with
8   the content of drilling contracts, for
9   example, that Anadarko enters into when
10  it's -- when it is the operator?
11     A.   Really, only -- only to the
12  extent that when we were -- when we were
13  employing a number of rigs in the Gulf of
14  Mexico, we had -- in our group, in our land
15  group, we -- we were involved in
16  negotiating the assignments of those
17  contracts to other operators when they
18  wanted to use those rigs.  We never really
19  got into any sort of detailed negotiating
20  around the contract.  It was more
21  negotiating assignments of those contracts
22  to other operators.
23        In other words, if we had a
24  Transocean rig, and we wanted to assign it
25  to another operator, we would make an

---

160

1   assignment of the Transocean contract with
2   Anadarko.
3      Q.   Do you have any general
4   understandings of how the indemnity
5   provisions of the drilling contract are set
6   out as between the operator and the
7   drilling contractor?
8      MR. NEGER:
9          I'm sorry.  Can I have that
10  question read back, please?
11         (Previous testimony read).
12     MR. NEGER:
13         I'm going to object to the form
14  on the grounds that I think that's beyond
15  the scope of the 30(b)(6) designation for
16  this witness.  But if you know, I'm going
17  to allow you to answer the question.
18     THE WITNESS:
19         And really, it's beyond sort of
20  my expertise in what our group does.
21     EXAMINATION BY MR. KATZ:
22     Q.   When did you first hear about
23  the blowout of the Macondo well?
24     A.   Probably 8 o'clock or so on the
25  21st of April.

---

40  (Pages 157 to 160)

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**      **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6029    Board-Certified Court Reporters**      **Facsimile: (504) 525-9109**

161

1      Q.   And have you had any discussions
2  with anyone at Anadarko, other than a
3  lawyer, about the potential consequences of
4  the blowout for Anadarko's business?
5      A.   Not -- not that I recall, other
6  than with lawyers.
7      MR. KATZ:
8           I think that's it.  Oh, one more
9  question.
10 EXAMINATION BY MR. KATZ:
11     Q.   Do you know if BP was one of the
12 firms that played a role in the development
13 of the model of the joint operating
14 agreements that on the landmen and OCS
15 advisory board websites that you referred
16 to?
17     A.   I do.  I don't specifically
18 recall they were there for the original
19 effort in the 1997-98 time frame.  But the
20 revision, I know they were involved in.
21 There was undertaking three or so years
22 ago.
23     Q.   And do you know who the
24 representative from BP was that was
25 involved in that?

162

1      A.   My recollection is there was
2  possibly two.  One was Bill Moore, and I
3  want to say that the subcommittee -- or the
4  person involved -- there was a subcommittee
5  of the OCS advisory board that sort of
6  undertook the agreement review and
7  revision.  I want to say Kirk Wardlaw was
8  involved in that committee.  He was at BP.
9      MR. KATZ:
10          Okay.
11     THE VIDEOGRAPHER:
12          Off the record.  This is the end
13 of Tape 3.  The time is 11:55.
14          (Whereupon this is the
15 conclusion of the deposition at 11:57)
16
17
18
19
20
21
22
23
24
25

163

1
2
3           WITNESS' CERTIFICATE
4
5
6
7
8           I, JIM W. BRYAN, read or have had
9  the foregoing testimony read to me and
10 hereby certify that it is a true and
11 correct transcription of my testimony, with
12 the exception of any attached corrections
13 or changes.
14
15
16
17
18
19          Jim W. Bryan
20
21
22
23
24
25

164

1          REPORTER'S CERTIFICATE
2          I, JOSEPH R. KAISER, JR., Certified
3  Court Reporter, State of Louisiana, do
4  hereby certify that the above-mentioned
5  witness, after having been first duly sworn
6  by me to testify to the truth, did testify
7  as hereinabove set forth;
8          That the testimony was reported by
9  me in shorthand and transcribed under my
10 personal direction and supervision, and is
11 a true and correct transcript, to the best
12 of my ability and understanding;
13          That I am not of counsel, not
14 related to counsel or the parties hereto,
15 and not in any way interested in the
16 outcome of this matter.
17
18
19          JOSEPH R. KAISER, JR., CCR, RPR
            Certified Court Reporter
            State of Louisiana
20
21
22
23
24
25

41 (Pages 161 to 164)

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                    Reported by:
**JIM W. BRYAN**                      **May 6, 2011  JOSEPH R. KAISER, JR., CCR, RPR**

165

| | | | | |
|---|---|---|---|---|
| **A** | 35:25 54:4 77:12 | **agreement** 7:10,12 | 14:21 15:15,17,17 | 141:7,17 142:15 |
| **a2** 72:6,10 | 77:16 80:12 86:7 | 35:19 44:1 58:25 | 15:18 20:20,21,22 | 146:25 161:4 |
| **aapl** 154:25 | 102:11 111:20 | 59:3 60:3 69:23 | 20:24 21:7,8,11 | **anakarko** 46:12 |
| **abendschein** 18:18 | **adam** 19:9 | 69:25 75:25 76:18 | 21:13,15,22 22:11 | **analysis** 16:19 |
| **ability** 109:5,15 | **additional** 45:4 | 76:20 77:25 78:11 | 23:4 24:3,7 25:12 | 44:12 67:16 |
| 110:1,6 112:21 | 63:18 124:10,17 | 79:4,14,23,25 | 25:13,15 26:12,19 | **analyst** 101:18 |
| 143:11 146:25 | **address** 138:22 | 81:5,23 82:11 | 27:5,9,22 28:3,25 | **analysts** 15:25 |
| 150:10 164:12 | **addressed** 140:9 | 83:7,23 84:25 | 32:13,14,25 37:21 | 89:14 96:3 |
| **able** 157:23 | 156:2 | 85:7,22 86:8,10 | 38:15 62:8 64:2 | **anamdl000020295** |
| **abovementioned** | **addressing** 64:22 | 86:23 87:2,9,14 | 70:12,13,23 71:4 | 94:21 |
| 9:16 164:4 | **administering** 8:25 | 102:7 110:15 | 72:23,24 73:8,9 | **anamdl000030613** |
| **absolutely** 56:20 | **administration** | 111:22 114:3 | 73:21,22 74:9,9 | 75:17 |
| **academic** 12:3 | 11:21 12:8,11 | 125:23 131:18 | 76:8,13 78:24 | **anamdl000031300** |
| **access** 13:17 143:11 | **administrative** | 132:3,7 133:12 | 79:6,17,18 80:3,5 | 24:14 |
| 143:16,20 145:22 | 16:1 103:10 | 135:8 140:16,22 | 80:9,12,13,19 | **anamdl000036510** |
| 146:11 147:12 | **advantage** 150:6 | 141:9,13,18,21 | 82:20,24 84:6,6 | 48:12 |
| 148:12 149:3 | **advice** 152:19 | 142:8 149:1,13 | 84:18,18 85:5,5 | **anamdl000038300** |
| 150:6,10 | **advise** 117:21 | 151:6 153:3,10,15 | 86:21 87:1,8,13 | 39:10 |
| **accessing** 143:24 | **advising** 105:7,11 | 154:14,21 156:5 | 92:6,15 93:2,14 | **anamdl000039191** |
| 149:25 | **advisor** 19:24 20:1 | 157:23 158:15 | 95:24 96:15,20,24 | 60:7 |
| **account** 27:1 | **advisory** 154:4,5 | 162:6 | 97:10 99:1,13,23 | **anamdl000040009** |
| **accountants** 128:16 | 155:2 161:15 | **agreements** 13:20 | 100:7,16,16 | 119:23 |
| **accounting** 12:12 | 162:5 | 16:8,8,9 19:17 | 101:11,15 102:2,3 | **anamdl000041237** |
| 12:14 82:12 129:4 | **ae** 80:18 127:10 | 42:7 59:25 125:13 | 102:25,25 104:9 | 51:6 |
| **accounts** 59:18 | **aep** 71:14,20,20 | 125:14 126:6 | 104:11,11 107:25 | **anamdl000041474** |
| **acquire** 27:24 28:4 | 72:4 79:21 126:13 | 129:19 134:15,21 | 108:4,9,18 109:4 | 56:3 |
| 28:17 108:11 | 127:7 128:20,21 | 139:20,21 140:1,2 | 109:11,15 110:1,5 | **anamdl000041486** |
| 111:18 | 129:22 130:10,25 | 140:3,13 153:6 | 110:13 112:24 | 66:3 |
| **acquired** 14:21 | 131:2,3,6,8,15,16 | 158:17 159:2 | 113:21,25 114:10 | **angeles** 3:20 |
| 15:7 21:13 32:14 | **aeps** 79:6 | 161:14 | 118:5 120:23 | **anika** 2:3 |
| 130:2 | **afe** 77:3 90:3 | **ahead** 68:3 | 121:22 123:5,8 | **anp** 103:14 130:2 |
| **acquiring** 13:16 | 133:24 | **aimee** 2:19 | 124:21 125:23 | **answer** 8:18 10:15 |
| 16:16 55:8 130:3 | **afes** 88:3 89:5,10 | **al** 38:8 | 126:12,16 135:3 | 10:24 11:1,11,12 |
| **acquisition** 33:1 | 89:12,20,21 90:23 | **alike** 158:22 | 136:5,20 138:1,6 | 17:7 21:3 27:15 |
| 111:7 | **affiliate** 79:6 | **allen** 3:18 4:4 151:1 | 138:7,16,22 | 29:5 41:19 52:11 |
| **acquisitions** 16:7 | **affiliation** 154:7 | **allow** 160:17 | 140:17,23 141:1 | 59:23 94:10 |
| **act** 121:17 | **affirmative** 102:18 | **allowed** 8:7 | 142:7,22 143:10 | 106:24 109:21 |
| **action** 117:14 | **aforementioned** | **america** 4:3 124:9 | 143:15 144:25 | 112:12 122:4 |
| **active** 155:16 | 8:5 | **american** 1:15 13:1 | 145:21,25 146:15 | 135:21 151:23 |
| **actively** 49:14 | **agent** 75:11 122:9 | 154:8,12,25 | 146:20 147:4,12 | 160:17 |
| **activities** 16:15 | **ago** 19:3 32:23 35:7 | **amoco** 156:22 | 148:12 150:5 | **answering** 130:7 |
| 21:18 30:4 117:3 | 68:25 86:5 110:9 | 157:17 | 151:8,12,13 152:9 | **answers** 12:17 |
| 119:5 147:5,20 | 155:25 161:22 | **amount** 27:6 73:25 | 153:1 159:9 160:2 | **anticipated** 131:8 |
| 148:2 | **agreed** 8:3 51:22 | **anadarko** 3:3,5 | 161:2 | **antonio** 19:8 |
| **actual** 16:19 33:19 | 81:22 149:23 | 4:14 14:2,5,7,18 | **anadarkos** 139:11 | **anybody** 32:5 34:5 |

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100**
**New Orleans, LA 70130-6029        Board-Certified Court Reporters        Facsimile: (504) 525-9109**

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                 Reported by:

**JIM W. BRYAN**                     **May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR**

166

34:8 63:20 92:2
92:13,15,23
106:12,18 113:4,8
115:18,22 119:8
123:17 136:20
146:14,19 147:3
**anyway** 148:22
**apc** 71:15,20,21
72:5 73:22 78:23
79:22 83:2 103:14
106:3 127:10
128:20,22 129:22
130:4,10,25 131:5
131:9,17 133:22
135:3,8,22 139:4
**apchec100004654**
125:2
**apcshs2a0000084...**
69:12
**ape** 139:5
**appear** 41:5 58:25
78:14 97:3,23
**appearance** 138:15
**appearances** 1:19
2:1 3:1 4:1
**appeared** 122:18
**appears** 59:1,9
64:24 103:2 122:8
**applicant** 120:25
121:19 123:4
**applicants** 120:15
**application** 136:9
**appreciate** 85:18
87:4 126:22
**approval** 42:25
61:17 77:3 90:17
90:20 99:8 104:19
**approve** 38:25
42:10,18,21 53:15
53:16,19
**approved** 53:21
80:16 97:5 100:2
102:20 103:16
105:12
**approving** 81:18

**approximately**
25:16 26:7 27:10
**april** 1:5 9:11 22:11
59:17 80:20,25
101:10 102:15,20
103:3,6 105:9,10
105:12 116:4,19
117:8,12 139:23
139:24 144:9
146:22,22 160:25
**area** 30:5 79:3,8
93:24 128:17
133:18
**areas** 30:7
**arent** 138:25
**arrangement** 47:19
47:25 64:15 111:8
129:20
**arrangements**
17:20 127:6
**arrive** 82:1
**article** 8:7 149:18
**asbill** 3:13
**aside** 117:5
**asked** 53:16,18
57:9 66:23 106:21
110:9 117:20
122:22
**asking** 9:21 10:3
15:20 37:19 124:9
127:24 144:14
**assembled** 95:14
**asset** 146:5,11
147:18
**assets** 55:5
**assign** 71:19 159:24
**assigned** 128:20,21
133:21
**assignment** 79:5
80:15,18 96:15
97:15 98:25 99:22
102:2,11 103:12
103:13 104:10
130:10,25 131:2,3
131:6,10,15,16

160:1
**assignments** 80:14
96:24 97:4 104:18
105:9 159:16,21
**assistant** 16:1
**associated** 149:24
**association** 13:1
154:8,11,13,25
**assume** 93:22 140:6
145:5
**assumed** 112:16
**attached** 96:12
101:25 120:13
163:12
**attaching** 120:9
**attachments** 7:14
7:16
**attempt** 29:10,20
**attempting** 35:15
64:14
**attend** 13:10
**attention** 89:13
105:16 106:5,7,12
125:10 130:20
132:2 133:5 138:9
139:7 142:1
149:14
**attorney** 3:3
**attorneyinfact** 75:2
75:6,11,12 122:10
**attorneys** 1:23 2:5
2:11,16,21 3:5,10
3:15,20 4:5,9,14
152:13,18
**attractions** 57:16
**attribute** 60:1
**audibly** 10:13
**august** 31:11
**authority** 37:1,20
42:12,17
**authorize** 74:15,18
**authorized** 54:4
75:12 126:24
**available** 28:9
143:25 149:19

155:5,9,23
**avenue** 3:9,19 4:13
**aware** 24:6 25:25
40:19 87:3 93:5
109:12 110:25
111:5 114:12
131:19 136:21
139:20,25 140:8
140:25 143:9,13
143:17,22 144:24
147:14 150:14

___

**B**
**bachelor** 11:20
**bachelors** 11:24,25
**back** 19:19 35:13
45:2,17,21 46:8
46:13 47:23 57:18
58:2,12,23 60:14
78:6,8,13 86:3
90:21 103:7
130:11,14,18
137:8 155:12
156:17 158:11
160:10
**backup** 75:4
**bad** 117:10
**banks** 50:11
**barbara** 3:2 152:17
**barbier** 1:5
**barely** 148:15
**barrel** 48:5,6
**barrels** 44:10,25
48:1,2
**based** 13:3 61:17
67:6 118:19
151:16
**basic** 13:12
**basically** 13:14
16:3 20:17 27:5
29:18 33:17 35:17
36:20 55:18 58:5
89:15 111:15
118:25 128:7
132:20

**basis** 30:13,24,25
41:15 47:2 74:3
**bates** 72:9 95:6
97:9,23 100:22
125:2 127:17
142:4
**batesstamp** 94:23
**batesstamped**
94:17
**bayou** 1:15
**bear** 98:11
**beck** 4:7
**began** 27:23 77:21
**beginning** 43:19,24
**begins** 66:9
**behalf** 9:22 19:18
22:22 23:4 24:3
25:9 74:9,17
82:19,20 84:17
99:12 100:7,16
102:24 138:16,21
139:4,4
**believe** 13:5,8
19:11 25:24 34:14
34:18 38:6 46:23
46:24 48:4 50:12
50:16 51:13 53:10
59:1,13 60:15
63:8,17 66:11
77:2,14 80:16
83:1 87:22 89:22
94:7 105:18
112:25 113:19
115:2 126:4,19
128:16 139:17
150:4 154:24,24
157:8,10,11,18
**belongs** 95:13
**beneficial** 46:12
**bernstein** 2:2
**best** 11:10 52:5
86:25 164:11
**better** 47:14
**beyond** 50:2 148:21
160:14,19

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**     **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6029     Board-Certified Court Reporters**     **Facsimile: (504) 525-9109**

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010          Reported by:

**JIM W. BRYAN**          **May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR**

167

**bhp** 157:5,6,8
**bid** 7:2 24:8,22,25
25:16 26:11,12,20
26:23 27:4,6
**bidder** 26:2
**bidders** 26:25
**bids** 25:22
**big** 83:5
**bill** 157:8,18 162:2
**bingham** 4:12
**bit** 15:13 17:9 22:4
86:4 154:19
**block** 96:17
**blowout** 109:6
110:7 160:23
161:4
**board** 125:14 154:4
154:5 155:2
161:15 162:5
**bob** 18:18 38:5
**bockius** 2:13
**boss** 18:10
**bottom** 56:10 72:9
99:7 102:19
**box** 2:10
**bp** 1:23 26:1,6,11
27:2,18 33:9,14
33:25 34:5,12
35:16,19 38:19
40:20 41:1 46:24
49:4,4 51:20,22
53:8,11 54:10
57:15,19 59:11
61:19 63:1,2,12
63:16,20 64:3,25
65:5,22,22 70:10
70:12 71:8,14,19
71:19 72:5,22
76:14 80:15 86:18
89:20 91:18 92:2
92:21 93:4 96:15
96:24 97:11 99:1
99:12,13,22 100:7
107:7,15 111:8,18
112:18,19 113:2

119:8 120:24
123:7 125:13,16
128:20 131:2,4
136:6,10,23
139:20 140:17
141:8 142:17
145:16,23 161:11
161:24 162:8
**bps** 107:25 108:4,9
108:19 109:5,15
110:1,6 136:18
**bradley** 157:13
**branch** 2:8
**break** 56:23 57:9
103:21
**brennan** 3:13
**bring** 106:6,6
**bringing** 106:4,12
**british** 151:7
**broken** 10:14
**brought** 105:15
**bryan** 1:14 9:4,14
9:20 11:16 23:9
23:23 39:8 57:8
66:8 69:19 104:7
119:20 124:7
132:6 137:19
144:14 150:16
163:8,19
**buehner** 54:15
128:12,14 129:7
**buehrin** 35:2
**bunch** 22:24
**business** 11:20 12:8
12:11 13:16,22
16:5 21:11 161:4

— C —
**cabraser** 2:2
**calculating** 55:23
**california** 3:20
**call** 27:19 126:13
152:18
**called** 12:5 39:4
85:10 86:8 115:13

120:14 126:20
**calls** 121:8
**cameron** 4:9
**candid** 65:22
**cant** 27:1 94:18
117:18 142:4
**canyon** 19:15 25:17
30:6 49:7 57:15
61:1 76:9 79:20
96:17 111:19
**capable** 41:20,25
112:7
**capacity** 21:19
45:15 129:16
134:13
**care** 122:24
**carries** 149:15
**carrÈre** 3:8
**case** 9:23 16:24
34:15 44:15,16,18
47:21 73:18 77:12
81:25 90:19
140:12 151:6
**cases** 82:10 89:16
**cause** 58:4 123:13
**ccr** 4:22 8:22
164:18
**center** 1:15 4:8
**central** 40:15,16
57:14
**certain** 22:23 42:14
53:3,14 75:13
78:3 138:17 143:5
145:7 146:6
**certainly** 33:17
147:23
**certificate** 163:3
164:1
**certification** 8:14
13:3,5,7
**certifications** 12:18
**certified** 4:22 8:23
9:16 12:20,22
164:2,19
**certify** 163:10

164:4
**cetera** 139:14
**chain** 7:4,5,7,8,17
7:19,20 67:9
128:23 129:2
**chairman** 154:3
**chambers** 4:2
**chance** 34:9 55:19
**changes** 87:2,8
163:13
**characterize** 29:25
**charge** 16:6
**charged** 13:16
41:23 146:15
**charles** 3:9
**chart** 25:20
**checking** 32:9
**chevron** 156:22
157:19
**chicago** 1:22
**chief** 34:18
**civil** 2:8 8:8
**clarity** 119:4
**clause** 149:16 150:2
**clean** 47:6,16
**clear** 15:19 35:11
37:16 113:10
130:24 155:6
**clearance** 68:3
**clearly** 10:13,15
43:25
**close** 105:19
**code** 8:8
**colleague** 124:11
**colleagues** 10:5
62:7 64:1,2 104:9
**college** 11:17
**combined** 15:8
32:15 40:15 106:2
**come** 16:25 17:18
19:19 46:8 86:3
145:7,16 155:17
158:13
**comfortable** 42:8
**coming** 144:25

**commenced** 77:15
**commencement**
28:12 77:13,17
134:8
**commercial** 57:23
81:21
**commercially**
16:21 62:19
**commit** 121:22
**commitment** 61:21
**committee** 9:23
154:10 162:8
**communicate**
59:12
**communicated**
49:9 63:20
**communicating**
54:9,14 89:20
**communications**
35:1
**companies** 74:1
96:25 97:10
136:24 155:15,16
156:15,23 158:18
**company** 3:3 14:5
14:23 15:7 16:24
21:8,25 22:22
25:9 67:4 70:9,14
75:3,10 79:6
85:10,15 102:2,3
114:24 115:12,13
115:19,23 140:14
144:15,17 145:18
151:17 152:25
156:21 157:16
158:17
**companys** 33:1
37:2 78:12 145:14
**compared** 26:24
35:12
**comparison** 47:2
**completed** 132:20
134:22 135:9
**completely** 80:2
**completion** 92:18

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**    **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6029**    **Board-Certified Court Reporters**    **Facsimile: (504) 525-9109**

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                              Reported by:

**JIM W. BRYAN**                    **May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR**

168

**complexity** 47:24
**component** 33:12
**components** 73:15
**comprised** 52:17
**concealing** 65:5
**concept** 134:14
**concern** 61:13 64:3
  65:4,19
**concerned** 61:15
  112:3
**concerning** 89:21
  92:3 107:4 117:14
  124:20,21 125:24
  136:6,22
**concerns** 87:1
  108:18 110:5
**concludes** 57:1
  66:10 137:10
**conclusion** 67:13
  121:8 162:15
**condition** 113:22
**conduct** 107:5,6,14
  107:15 110:15,16
  112:5,6,21 113:21
  113:25
**conducted** 44:13
**conducting** 13:21
**confirmation** 128:8
**connected** 107:9
**connection** 88:8
  91:22 92:14
  108:10 109:16
  115:19,23 129:22
**conoco** 156:23
  157:10
**consent** 58:17
  78:13
**consequences**
  161:3
**consideration**
  62:15 129:21,25
  130:11
**considered** 58:21
**considering** 27:23
**consistent** 40:23

**consists** 133:22
**consultation** 54:1
  68:12 132:18
**contact** 30:8
**contain** 109:5,15
  110:1,6
**contemplated**
  102:6
**content** 159:8
**contents** 88:17 92:7
  92:11
**context** 55:17 58:6
  75:7 134:4
**continued** 2:1 3:1
  4:1 72:10
**contract** 139:13
  140:22 151:13
  152:8 159:20
  160:1,5
**contracted** 112:20
**contracting** 129:19
**contractor** 160:7
**contracts** 33:19
  35:25 140:2,9
  152:19 159:5,8,17
  159:21
**contractual** 140:25
  149:21
**conversation** 11:5
  34:8 49:18 53:13
  104:20 105:6
  106:18 118:24
**conversations**
  33:13 49:12 50:9
  57:20 59:10 60:3
  62:6,10 63:16
  64:1,17 65:1 92:2
  104:8,13,15
  108:15 109:11,14
  109:25 119:7
**convert** 48:8,8
**convey** 71:19
**conveyance** 71:14
  80:1

**coowner** 85:24
**copied** 60:15 66:11
**cornwell** 157:9
**corporate** 21:2
**corporation** 4:10
  14:2,20 20:22
  21:7,9 70:13
  73:23 77:24 78:2
  79:18 80:3,10,20
  84:7 85:20 114:19
  114:22 120:23
  122:10 126:17
  138:1,6,16
**correct** 23:6,8,25
  25:4,13,17 33:2
  36:5 39:23 40:1
  41:2 46:13 50:25
  51:15,18 56:13
  60:17 61:8 66:13
  70:14,15,20 71:1
  71:6,10 72:6,16
  73:1,5 74:10,11
  74:13 76:1,22
  78:8,14,18,19,24
  80:23 83:7,8,24
  84:15,16,19,20,25
  85:7 86:10,14,19
  95:25 96:1,21,22
  97:5,6,11,12,18
  97:19 98:13,22,23
  99:6,10,14,15,25
  100:1,3,4,8,9,13
  100:14,18 101:12
  101:13 102:11,12
  102:17,22 103:1,4
  112:1,2 120:18
  123:8,9 126:2
  128:9,10 131:25
  133:2,3 138:3,4,8
  138:20 140:18
  141:11 151:9,10
  151:14,15 153:11
  153:12 163:11
  164:11
**corrections** 163:12

**correctly** 137:25
  150:3
**correlate** 73:24
**correspondence**
  91:18 113:15
  116:14
**correspondences**
  90:15 116:24
**cost** 62:16 67:6
**costs** 52:22 53:4
  62:13 67:2 126:9
  133:24 158:1
**couldnt** 103:14
**counsel** 8:4 10:22
  68:13 82:7 97:21
  106:22 132:19
  152:3,6 164:13,14
**counteroffer** 49:3,5
**counterpart** 34:23
**couple** 94:17 96:18
  99:21 127:25
  132:10 154:22
  156:3
**course** 10:20 27:1
  30:11 36:25 55:2
  114:17 122:15
  123:16,19
**court** 1:1 4:22 8:23
  9:12,16 10:11
  164:3,19
**cover** 98:21 101:24
  119:21
**covered** 130:23
**creates** 47:24
**critical** 147:5,5
**cryptic** 129:13
**currently** 133:17

**D**
**daily** 41:15 144:10
  144:11
**dallas** 2:20
**damage** 124:22
  125:15,25
**damaged** 61:5

**dan** 157:9
**daniels** 38:5
**darrells** 64:21,22
**data** 65:16 144:12
  149:17,25 150:6
  150:10
**date** 22:20 59:15
  77:3 106:1
**dated** 39:22 51:12
  56:8 66:14 76:23
  76:25 77:19 84:13
  95:23 99:8 100:15
  101:10 103:2,11
**dating** 77:16
**day** 38:24 58:10,18
**daytodaybasis**
  146:17,21
**deal** 13:24 17:1
  28:18 29:23 33:5
  35:5 37:13 40:20
  41:1 42:13,18
  43:18 45:24 50:15
  52:6,20 54:18
  61:8 65:3 67:22
  73:8 112:18 116:7
  127:5 129:18
**dealing** 34:1 157:24
**dealings** 112:23
**dealt** 16:23
**debra** 19:10 96:7
**december** 31:12
  32:13 56:9 76:21
  77:10 84:15 92:19
  99:13,19 100:8,17
  103:8 107:4,24
  108:3,7,17 109:3
  109:8,13,24 110:4
  110:13 111:12
  113:20,24 114:9
  115:7 116:1,3
  136:3,14,17
**decide** 37:2
**decided** 35:23
  37:19
**deciding** 17:17

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100**
**New Orleans, LA 70130-6029      Board-Certified Court Reporters      Facsimile: (504) 525-9109**

Case 2:10-md-02179-CJB-DPC   Document 3156-10   Filed 07/06/11   Page 47 of 62

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                    Reported by:
JIM W. BRYAN                                  May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR

169

26:15,19 36:17
90:2
**decision** 16:19,25
17:25 28:3 29:9
61:20 67:20 79:21
108:11 125:21
**decisionmaking**
28:16,25
**decisions** 37:24
44:20
**decline** 45:11
**deepwater** 1:4 9:10
75:25 86:9 114:11
114:14 115:1,9
141:2 154:21
155:17 156:4
158:15
**defined** 79:5 131:5
**defines** 133:16
**definition** 133:5
**degree** 12:9
**degrees** 11:17,19
12:3
**delay** 60:1 103:10
**deliver** 131:3
**delivered** 79:16
**delivering** 55:5
**delivery** 131:1
**delormier** 4:19
**denÈgre** 3:8
**department** 2:8
92:24 107:6
122:24 123:1
152:11 153:4
**departments**
151:19
**depending** 43:5
**depo** 91:13
**deposition** 1:14 8:5
8:20 9:3,4,8,25
10:21 22:10 85:14
88:9 91:10,23
124:14 132:8
138:10,23 153:11
162:15

**derived** 73:20
**describe** 33:7
**described** 20:12
52:1,7 70:25
**description** 54:17
**descriptive** 7:1
**designated** 21:15
23:4,9 75:10
120:25 121:18,18
**designating** 120:24
**designation** 75:2
100:10 120:14
123:4 160:15
**designations** 97:10
97:14
**designee** 129:17
**detail** 36:1
**detailed** 159:19
**details** 157:21
158:3
**determine** 62:23
126:3
**determined** 27:9
**developing** 155:9
**development** 16:12
38:15,22 54:1
57:18,24 156:10
161:12
**dick** 94:3
**dictate** 147:15
**didnt** 22:17 45:25
58:14 59:7,7
62:13 69:1 106:14
111:9 112:21
123:17
**different** 15:18
25:22 38:14 49:23
130:1,17 132:11
138:25 139:1
145:11 154:23
**digits** 82:16
**diligence** 107:7,12
107:13,15 110:16
112:6 136:1
**direct** 18:7,10,12

19:3 34:23 74:13
107:5,14 110:16
123:17 125:10
130:19 132:1
133:4 142:1
149:13 154:9
**directed** 135:2
**direction** 67:19
164:10
**directly** 53:8,18
59:5 101:20 107:9
**director** 14:11,25
15:1,14,22 21:19
25:7 88:15 138:2
**directors** 127:2
**disappointed** 63:2
**disappointment**
64:22 65:13
**disclosed** 61:19
63:3 64:4
**disclosure** 125:16
**discovery** 45:2,17
46:18,23
**discuss** 30:13 93:3
**discussed** 30:23
72:16 140:15
141:22
**discusses** 142:14
**discussing** 41:1
92:11 97:1 118:5
**discussion** 43:19
67:8 78:7
**discussions** 31:18
33:8 36:19 42:1
64:8,11 108:8
109:4 118:8,10,13
118:16,18 136:21
161:1
**disparity** 26:10
**disproportionate**
36:21 55:6
**disseminated** 145:9
**distinction** 28:20
126:21
**distinguish** 28:14

**distributes** 145:25
**distribution** 39:25
51:14 56:11
**district** 1:1,1 9:12
9:12
**dividend** 128:23
129:2,8
**division** 2:8
**divisions** 16:4
**document** 22:12,23
24:15,19,21 25:2
25:11 39:11 48:13
51:8,12 56:1,4
58:24 59:17 60:9
66:4 69:14,18,21
70:6,8,11,17
71:13 74:8,16,19
75:16,19,23 76:3
76:5,6,11,11,16
78:14 81:8,11,19
82:2,8,19,24,25
83:6,13,18 84:2,5
84:13 85:4,9
86:12 87:19 88:12
88:17,19,23 91:1
91:7,10 92:4
93:14 94:15,16,24
95:7 96:12,19
97:8 99:4,17
100:21,24 101:10
101:24 102:11,24
103:3,6,7 119:21
119:22,24 120:8
120:14,17,21,22
121:14,22 122:8
122:13,14,18,21
123:2,3,6,11,13
125:4 127:19
131:7 132:17,20
**documentation**
67:22
**documents** 25:9
33:23 36:13 68:4
68:8,14,15,16,16
69:2,3,8,11 75:13

76:20 77:6,10
80:22 81:12 82:5
89:3 94:9,12,17
94:19 97:4,17
98:11 99:12,17
100:6,11 110:14
120:9,13 122:11
123:5 136:2
**doesnt** 95:17
**doing** 44:18 73:13
121:14
**dollars** 36:7,15,22
37:6,13,19
**dont** 21:2 23:2,2,6
23:8,12 26:13
27:3 34:7,10 41:3
43:22,22 48:4
49:25 53:13 56:24
62:22 63:13,14,22
63:23,24 65:9
69:7 81:1 87:22
92:9,25 103:20
104:22 105:22
106:11 108:24
111:16 112:22
113:8,19 114:16
114:20,25,25
115:15 118:2,14
118:23 119:4
121:10 122:4
123:23 125:18
126:18 127:4
129:3,5,6,13,13
132:21 134:9,16
135:4,5,17,18
140:5,21 145:4
146:13,13,18,23
147:2,21,25 148:6
148:10,14 150:8
157:5,18 158:10
161:17
**doors** 30:22
**doubt** 81:15
**doug** 157:13
**draft** 69:7 81:8

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010

**JIM W. BRYAN**

Reported by:

**May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR**

170

**drafting** 35:24 42:6 60:2 68:7 69:1 134:15
**draw** 28:21
**drill** 13:18 136:10
**drilled** 133:17 145:10
**drilling** 60:24,25 76:8 77:18 114:11 114:15 115:10 118:5,22 119:3 139:13 140:1 143:4,5 144:1,10 145:14 147:22 159:5,8 160:5,7
**drilquip** 4:5
**drive** 3:4
**due** 107:6,11,13,15 110:16 112:6 136:1
**duly** 9:15 164:5
**dunbar** 3:2 152:17
**duties** 15:21 88:5

**E**
**earlier** 40:24 43:17 49:6 52:2 78:7 102:7 124:20 125:9 135:25 140:16 156:19
**earn** 13:11
**eastern** 1:1 9:12 40:13,16
**economic** 44:19 54:6 55:20 67:5 67:16 76:12 125:24
**economically** 46:11
**economics** 29:22 67:18
**educational** 13:10
**effect** 70:8 77:17 79:22 105:24 127:11 135:20
**effective** 76:21 77:7

77:11 80:20 105:10 106:1
**effectively** 84:7
**effort** 17:21 38:21 155:14 161:19
**either** 101:20 146:10 147:18 152:14 158:22
**elements** 33:16
**ellis** 1:21
**elm** 2:19
**elses** 106:7,12
**email** 7:4,5,7,8,17 7:19,20 39:19 40:3,19 43:11 48:23 49:10,11 51:14,19 52:3 56:15 59:15 60:13 60:18,22 61:10 62:24 66:8,16 120:8 125:8 127:25
**emails** 39:22 40:1 51:12,15 56:8 60:16 66:12,14 127:25
**employed** 14:4
**employee** 14:1 21:25 22:1 138:5
**employees** 126:23 126:25
**employing** 159:13
**ended** 49:24 79:19
**energy** 46:24 140:10 156:21 157:16
**engaged** 49:15 59:9 63:15,15 115:9
**engineer** 17:14,15
**entered** 86:17 110:13 138:13 151:7,8,14 152:9
**entering** 107:3
**enters** 159:9
**entire** 18:2,4 83:18

**entirety** 87:20
**entities** 15:9 20:25 21:4 79:16 80:15 127:10 135:19 138:25
**entitled** 10:23 75:23 83:22 142:15,22 149:3
**entity** 15:19 80:8 83:2 106:2,3 115:16
**environment** 91:4 92:13,14 93:4
**environmental** 92:20 93:24 108:10,19 136:23
**equipment** 134:6
**equivalent** 34:12 48:2,3,7 93:23
**especially** 82:6
**esquire** 1:21 2:3,3,9 2:9,14,18,19 3:9 3:13,18 4:3,7,12
**essentially** 28:10 33:13 35:23 76:12 111:16 126:2
**estimate** 67:6
**estimated** 55:7
**et** 8:7 139:13
**evaluate** 29:21 65:16 118:20
**evaluated** 55:12
**evaluation** 29:12 29:17 38:17 55:20 67:6 73:17 113:22 119:1
**evaluations** 44:19
**event** 57:23 64:19
**events** 13:10
**evidence** 8:21
**evironmental** 136:7
**exact** 49:25 69:7 126:19
**exactly** 34:13,20 41:4 43:23 48:6

128:17
**examination** 5:1 9:19 17:6 20:11 23:21 24:18 27:14 39:14 41:18 48:16 51:3,11 52:18 54:24 57:7 59:22 60:12 62:2 64:10 65:18 66:7 68:24 69:17 70:4 72:21 73:6 75:22 83:16 85:3 88:24 90:8 93:12,20 95:2,11 95:20 98:9,20 101:8 104:6 107:2 108:25 109:20 110:22 112:15 114:8 117:23 120:2 121:12 122:6 124:6 125:7 127:22 128:6 129:15 133:15 135:12 137:18 144:19 147:9 149:11 150:25 152:4 153:19 155:7 156:6,25 159:3 160:21 161:10
**examined** 9:17
**example** 118:3 159:9
**examples** 117:24
**exception** 163:12
**exchange** 7:10 33:10,12 36:8,12 43:13,18 49:23 50:9 60:13,19,22 66:9,16 69:22,25 70:8 71:9,20 72:3 73:14 76:18 79:4 79:14,23,25 82:11 127:12 128:8 129:23 130:4,6,14 131:18 135:20

**excluded** 50:16,19
**excuse** 18:12
**execute** 74:16,19 75:12 82:8 132:16
**executed** 19:17 33:21 69:4,6 74:8 74:24 80:22 81:11 81:14 84:8,14 86:14 87:4 103:7 105:8 111:22 125:12 126:6 132:24
**executing** 82:19 87:9 132:23
**execution** 69:8 79:3 79:25
**exhibit** 6:5,6,8,9,11 6:12,14,15,17,18 6:20,21 7:1,2,4,5 7:7,8,10,11,13,15 7:17,19,20 22:10 24:16 25:20 39:6 39:12 48:14 51:6 51:10 56:5 60:7 60:11 66:2,5 69:15 72:6,10 75:20 83:15,18,21 91:3,19 92:8,12 93:17 94:16,21,22 94:25 95:12,22 99:2 100:20,25 119:25 125:1,5,9 127:18,20 130:16 132:4 138:10 140:15 141:20
**exhibits** 6:1 132:5
**existed** 79:22
**existence** 86:13,16 110:25
**existing** 45:2
**expect** 44:15,16 152:8
**expectation** 151:19
**expected** 44:18
**expenditure** 38:7

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                      Reported by:

**JIM W. BRYAN**                    **May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR**

171

**expenditures** 39:1
**expenses** 149:24
**experience** 13:3
  115:3 151:16
**expertise** 89:2
  114:11,14 160:20
**explain** 17:8 60:21
  79:12 154:18
**exploration** 16:3,11
  26:6 38:4,6,23,24
  40:8,10,11,14
  43:7 53:25 70:12
  88:3 107:25
  115:13 120:24
**exploratory** 38:13
  39:1 133:6
**exposure** 62:16
**express** 87:1
**extends** 18:2
**extent** 29:14,19
  89:6 111:17
  159:12
**extremely** 63:2
**ezink** 19:7

**F**
**face** 86:7
**facility** 38:19 39:3
  45:3,8,12,20,21
  47:16,20
**fact** 67:12 104:16
**fair** 22:19 28:20
  29:25 73:16 79:15
  101:16 116:7
  139:19 142:18,19
  144:5
**familiar** 87:13
  91:20 92:7 124:13
  141:12 146:9
  148:3,11 153:13
  159:7
**familiarity** 148:7
**fannin** 3:14
**far** 43:3 114:24
  118:20 121:5

130:5
**farmed** 47:6
**fault** 11:25
**feasible** 58:2,11,12
  58:22
**february** 80:17
  95:23 97:25 98:13
  98:22 99:5,9,18
  99:24 100:3,12
**feel** 27:6
**field** 45:10 47:5,13
**figure** 55:23
**filed** 22:11
**filing** 8:13
**filmed** 10:12
**final** 43:25 69:7
  81:14,15,15,18
  82:2 132:17,21,23
  133:16,20
**finalize** 68:3
**finalizing** 54:10
**finally** 42:19
**finance** 12:12,15
**financial** 64:19
  113:22 121:1
**find** 44:15,16
  111:12 126:8
**fine** 83:20
**fineman** 2:3 5:5
  9:19,21 17:6
  20:11 22:7 23:9
  23:11,21 24:11,18
  27:14 39:14 41:18
  48:10,16 51:1,3
  51:11 52:10,18
  54:24 55:25 56:7
  56:21 57:7 59:22
  60:4,12 62:2
  64:10 65:18,25
  66:7 68:20,24
  69:10,17 70:4
  72:21 73:6 75:5
  75:15,22 83:9,16
  85:3 88:20,24
  90:8 93:10,12,18

93:20 94:13 95:2
  95:9,20 98:1,5,9
  98:20 100:19
  101:6,8 103:19
  104:6 106:16
  107:2 108:25
  109:20 110:22
  112:15 114:8
  117:23 119:11,19
  120:2 121:9,12
  122:1,6 123:22
  138:18 141:22
**finish** 11:7,7
**finished** 11:11
  155:23
**firms** 161:12
**first** 9:15 22:18,19
  22:20 39:19 40:3
  40:18 43:10 53:2
  56:9 60:14,16
  66:10 78:20 83:21
  100:21 101:9,9
  105:9 120:13
  128:3,5 142:13
  160:22 164:5
**five** 13:9
**fix** 50:7
**flickinger** 2:9 5:8
  124:6,8,25 125:7
  127:15,22 128:4,6
  129:15 133:10,15
  135:12 137:9
**fliglinger** 137:2
**floor** 1:15 2:4 3:19
**floyd** 2:18 137:20
**focus** 31:10 39:18
**folks** 29:22
**following** 67:7 79:3
  79:24 101:25
  116:25 131:1
**follows** 9:18
**foregoing** 163:9
**form** 7:2 8:17 10:22
  17:3 20:8 24:22
  27:13 41:17 52:9

54:23 58:18 59:21
  61:24 62:1 64:6
  65:7 68:19 70:3
  72:18 73:3 74:21
  82:5 85:2 90:5
  98:15,17 106:9
  108:22 109:19
  110:19 112:11
  117:16 132:21
  135:11 147:8
  148:19 151:22
  153:18 154:16,21
  155:9,17,18 156:4
  156:10,12 158:5,6
  158:8,14 160:13
**formal** 31:3 96:23
**formalities** 8:11,13
**format** 124:14
**formative** 117:7
**forms** 68:15
**forth** 76:7 130:12
  133:24 139:14
  149:18 164:7
**forthcoming** 64:23
**forwarding** 49:2
**found** 154:24
**four** 15:25 70:8
**frame** 29:18 147:1
  155:14,24 161:19
**frank** 19:8
**freedom** 41:13
**frequency** 146:10
  147:19
**friday** 1:16
**front** 22:8 24:13
  33:7 35:12,17
  36:11 86:7 95:22
  120:7
**full** 77:17 125:16
**fully** 61:21
**function** 81:24
  116:18
**further** 106:17
**future** 119:8

**G**
**gaining** 55:8
**ganucheau** 4:7
**garden** 50:11
**gas** 13:15 14:20
  21:9 24:25 45:13
  45:22 48:8 77:24
  78:1
**general** 36:2 160:3
**generally** 20:5,13
  82:3,9 117:7
  139:11 141:12
  143:1,3 153:13
  159:7
**generated** 145:13
**geographical** 30:5
**geologic** 47:2
**geological** 55:20
**geologist** 17:13
  145:6,8
**geophysicist** 17:13
**gerald** 18:24
**getting** 43:14
  157:20 158:2
**gilly** 4:19
**give** 39:8 48:17
  51:4 56:1 69:11
  94:14 117:24
**given** 37:8 73:25
**giving** 43:12 61:16
  95:3
**go** 10:2 17:19 23:12
  68:3 72:8 96:18
  107:22 124:15,18
  130:18,18 137:3
  145:16 158:11
**godwin** 2:18
**goes** 16:20 43:11
  45:1 61:3,6 78:6
  116:11 123:18
**going** 10:3 11:9
  22:3,8,25 24:12
  30:25 31:24 33:16
  33:22 35:20 36:3
  37:2 39:8,18 49:9

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**         **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6029**     **Board-Certified Court Reporters**   **Facsimile: (504) 525-9109**

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                Reported by:

**JIM W. BRYAN**                    **May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR**

172

| | | | | |
|---|---|---|---|---|
| 51:4,23 56:1 | 159:13 | 61:15,16 82:5 | 125:6 127:21 | **important** 22:20 |
| 57:22 60:5 62:15 | **guy** 13:22,24 | 113:14 128:15 | **identified** 71:5,10 | 46:4,11 106:5 |
| 64:14 67:3 69:11 | | 148:24 | **identify** 19:5 | **impression** 34:22 |
| 79:24 83:17 85:14 | **H** | **hierarchy** 37:21 | **identities** 70:19 | 158:24 |
| 86:3 94:14 95:10 | **hadnt** 91:14 | 38:24 139:1 | **iew** 133:5,21 | **improved** 81:23 |
| 98:2,6,11 117:6 | **half** 96:16 102:4 | **higgins** 157:11 | **ill** 11:11 15:19 29:5 | **incident** 104:24 |
| 119:22 127:24 | 130:4,5 | **highlighting** 105:25 | 48:17 68:21 91:16 | 105:20 116:25 |
| 130:14 148:19,22 | **halliburton** 2:21 | **hold** 14:22 125:21 | 124:9 126:13 | 117:1 |
| 155:12,12 156:17 | 137:21 140:4,10 | **hollek** 18:25 38:9 | 156:14 | **included** 49:22 |
| 157:7 160:13,16 | 140:10,23 141:2 | 56:11 61:11 62:25 | **illinois** 1:22 | 50:15,23,23 127:5 |
| **good** 9:20 10:14 | **handled** 45:23 | 63:10 | **im** 9:21 10:3 11:11 | 131:20 |
| 56:22 82:8 124:7 | **handling** 41:25 | **holleks** 64:3 | 11:24 12:16 14:16 | **includes** 15:24 |
| 137:19 144:18 | 45:12 47:25 | **honest** 105:22 | 15:18 20:10 22:3 | 56:11 94:16 |
| 151:1 | **handoff** 41:4 | **hopefully** 95:15 | 22:8,16,17,24 | **including** 50:11 |
| **goodness** 83:12 | **handsoff** 17:22 | **horizon** 1:4 9:10 | 24:12 31:6 34:13 | 61:12 110:14 |
| **gordon** 157:8 | **haney** 157:13 | 141:3 | 34:19 35:11 37:16 | 133:23 |
| **governments** 132:5 | **hank** 18:10 | **host** 47:15,20 | 39:8 42:8 46:10 | **inclusion** 50:10 |
| **grand** 3:19 | **happen** 17:20 58:5 | **houston** 2:15 3:15 | 48:6 50:17 51:4 | **incremental** 149:24 |
| **great** 98:8 | **happened** 80:21 | 4:4,8,9 152:21 | 53:14 56:1 60:5 | **indemnity** 139:21 |
| **greater** 29:6 | **happens** 123:16 | **howe** 34:2,3,4,12 | 61:3 69:11 83:10 | 140:3 157:21 |
| **gross** 158:2 | 158:1 | 35:5 49:4,19 | 85:14 86:3 87:3 | 160:4 |
| **grounds** 160:14 | **hartley** 2:18 5:11 | 59:14 | 93:5,19 94:14,18 | **index** 5:1 7:1 |
| **group** 15:24 16:2 | 101:4 137:18,20 | **huch** 19:8,16 29:7 | 95:3,10,12 98:2 | **indicate** 84:24 85:5 |
| 16:12,12 17:16 | 144:16,19 147:9 | 30:1,13 31:24 | 101:7 107:17 | **indicates** 25:11,15 |
| 28:9 29:8,13 | 148:23 149:6,11 | 37:18 40:25 46:5 | 109:12,22 113:9,9 | **indirect** 126:20 |
| 38:15,23 89:7,9 | 150:15 | 49:2,9,16 51:20 | 114:12,23 117:4 | **indirectly** 101:21 |
| 89:11,14,15,17 | **harvey** 2:9 124:11 | 54:9,13 56:12 | 118:1 119:20 | **individually** 144:20 |
| 90:2,18 96:4,9 | **head** 10:16 118:2 | 63:15 68:12 81:25 | 123:7 124:7 | **individuals** 156:8 |
| 101:19 146:3,5,11 | **health** 91:3 92:12 | 87:15 89:19 105:4 | 126:20 127:24 | 156:16 |
| 147:18,19 152:7 | 92:14,20 93:3,23 | 120:9 152:2 | 128:17,24 130:7 | **industry** 68:17 |
| 152:12 155:14 | 108:9,19 136:6,22 | **huchs** 19:21,22 | 131:13,19 141:4 | 153:23 |
| 159:14,15 160:20 | 136:22 | **hudson** 2:4 | 143:13,17,22 | **informal** 30:16,25 |
| **groups** 38:14 | **hear** 160:22 | **huhuhs** 10:17 | 145:6,6 146:6,6 | **information** 61:18 |
| 153:23,25 | **heard** 115:12,15 | **human** 11:5 | 147:14 148:5,6,19 | 62:20,23 63:18 |
| **guess** 33:6 34:23 | 148:6 | **hundred** 24:8 | 148:22 150:14,16 | 64:4,24 65:5 67:1 |
| 35:14,17,25 36:24 | **hedley** 40:4,6,7 | **hurricane** 61:5 | 151:1,2 154:2 | 83:20 106:13 |
| 117:4 119:1 155:6 | **heimann** 2:2 | 124:22 | 156:16,19 157:7 | 117:6 124:21 |
| 158:14 | **held** 9:5 21:16 | | 157:17,19 160:9 | 142:14,21 143:6 |
| **gulf** 1:5 9:10 14:12 | 73:21 | **I** | 160:13,16 | 143:12,16,20,21 |
| 15:14,22 18:2,3,4 | **help** 33:23 62:25 | **idea** 10:14 148:10 | **imagine** 134:5 | 143:25 144:25 |
| 21:1,4,20 25:7 | 63:10 | **identification** 24:17 | **immediately** | 145:3,5 146:2,4 |
| 30:5 38:4 40:9,11 | **hereinabove** 164:7 | 39:13 48:15 51:10 | 116:25 131:1 | 146:12 147:12 |
| 40:13 75:25 88:15 | **hereinafter** 79:4 | 56:6 60:11 66:6 | **impact** 61:7 67:2,9 | 149:2,17,25 |
| 94:2 108:4 114:18 | **hereto** 8:4 164:14 | 69:16 75:21 83:15 | 125:24 126:4 | **infrequent** 30:24 |
| 138:2 144:4 | **hes** 30:7 40:7 51:20 | 95:1 101:1 120:1 | **impacts** 65:12 | **inhouse** 68:13 82:1 |

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                     Reported by:
**JIM W. BRYAN**                     **May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR**

173

82:7 106:22
132:19 152:3,5,7
**initial** 60:25 107:25
133:1,6
**initially** 60:25
**initiate** 89:16 90:16
**input** 82:14
**insite** 148:4
**installed** 45:9 134:7
**instance** 37:12
89:19
**instructs** 10:24
**intended** 83:2
139:13
**intent** 79:23 80:7
**intercompany**
128:24
**interest** 21:16
27:24 28:4,17
29:2 32:15 33:1
35:16 47:13,20,22
53:2,5 72:14,23
72:24,25 73:10,25
78:17 79:2,7,19
80:2,5,12,19 86:1
96:16,25 102:4
104:10 106:2
108:11 111:19,25
112:8 113:1
128:20,21 131:4
133:21 147:23
**interested** 117:5
164:15
**interests** 43:13
70:24 71:4,8 72:3
73:24 130:1
**internally** 81:24
89:17 90:17
145:24
**international** 4:10
**interpreted** 65:10
**interrupt** 31:6
**interrupting** 11:13
**investigation** 107:7
110:17 112:6

113:21,25
**investment** 44:19
**invoices** 135:2
**invoicing** 134:20
**involve** 17:12
**involved** 15:9 33:17
35:8 36:3,11,16
38:8,10,11 59:5
65:21 82:13 111:7
113:14 116:24
134:19 144:5
155:8 156:9
159:15 161:20,25
162:4,8
**involvement** 28:11
110:24 113:3
143:24 159:4
**involves** 46:24
**isabella** 46:18,22
**ishii** 113:11
**isnt** 22:20
**issue** 45:24 59:12
62:12 63:21 70:20
106:4,18,22
**issues** 62:7 136:7
143:8 150:13
159:1
**items** 70:18
**iterations** 69:9
132:16 154:23
156:3
**ive** 13:4 113:6,16
115:15 148:5

_____

**J**

**jackson** 4:2
**jana** 128:12,16,19
**january** 144:8
**japanese** 85:20
**jay** 4:3
**jef** 152:16
**jeff** 19:8 152:14,15
152:16,24 157:10
**jim** 1:14 9:4,14
62:25 63:6 157:11

163:8,19
**job** 15:14 16:9,14
20:2,2,13 25:7
36:25 88:21
122:15
**john** 4:3
**join** 84:7
**joinder** 83:22 84:23
85:6,10 86:14
87:10
**joined** 62:17
111:16
**joining** 64:15
111:21 134:8
**joint** 13:19 16:17
38:21 110:14
134:21 139:21
140:16 141:9,13
141:21 148:25
149:12 153:5,9,15
154:14 157:22
161:13
**jointly** 142:16,16
**jones** 3:8
**joseph** 4:22 8:22
164:2,18
**jr** 2:18 4:22 8:22
164:2,18
**judge** 1:5,6
**judy** 2:9 19:7
124:11
**julyaugust** 27:22
**junctions** 147:5
**june** 27:18
**justice** 2:8

_____

**K**

**kaiser** 4:22 8:22
164:2,18
**katz** 3:18 5:14
150:25 151:1
152:4 153:19
155:7 156:6,25
159:3 160:21
161:7,10 162:9

**keelan** 94:3,6
**keep** 13:6
**kemper** 34:2,3,4,8
34:22 49:4,18
50:2,13 59:13
**kept** 32:2
**kerrmcgee** 14:20
15:2,5,6 21:8 22:4
77:23 78:1,10,16
82:21
**key** 156:7,8
**keyplayers** 157:2
**kind** 16:10 21:17
26:14 32:7,8,10
33:11 38:16,21
41:6 43:6 44:14
45:13 50:5 81:21
87:16 106:13
112:22 116:11
118:23 122:12,14
125:21 129:12
139:2 143:7
152:19 154:2,10
154:22 155:13,19
155:23,24 156:2
**kirk** 34:10 162:7
**kirkland** 1:21
**knew** 111:4
**know** 13:9,20 16:13
17:13,14,19,24
18:11 21:3 22:17
22:21 26:4,13
27:3,4 29:15,21
32:10 33:18,20
35:22 37:15,22
41:24 42:1,5,22
42:23 43:2,4,4,5,7
43:22,23 44:8
45:7,11,12 46:21
46:22 47:10 48:4
49:21,25 50:7
53:20 54:13,25
57:13,23 58:1,21
59:18 60:1,2
62:13,14,16,22

63:13 64:19,20,23
65:12,16 67:15
69:8 73:17 81:1
81:13,21 82:4,10
87:12 88:16 92:6
92:23,25 93:1,14
93:25 94:10 96:11
99:16 101:23
103:5,12,17
105:15 108:14,18
109:10 110:5
111:2,9,14,17
113:6,13,14,16
114:10,16,17,20
114:25,25 115:8
115:11,16 116:11
116:13,14 117:19
117:21 118:2,7,15
118:17,19 121:5
122:4 126:5,7,18
127:3 128:13
129:6,13,13,19
130:2,6 132:17,21
134:5,7,9,16
135:5 143:14,18
145:4,11 146:13
146:13,14,18,19
146:23,24 147:2,3
147:6,10,17,22,25
148:14,15 149:8
150:5,8,9 151:17
153:20 154:12
155:8,15 156:7,8
157:5 158:4,19
160:16 161:11,20
161:23
**knowledge** 32:5
52:5 86:25 87:7
114:13,17 118:4
135:1 139:3,12
140:6 141:7
**known** 24:9 26:2,20
115:14

_____

**L**

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**   **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6029    Board-Certified Court Reporters**   **Facsimile: (504) 525-9109**

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                    Reported by:
**JIM W. BRYAN**                                    **May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR**

174

**lake** 3:4
**land** 14:12 15:1,3
  15:15,23 18:22
  19:24 20:1 21:20
  25:8 30:8 34:19
  82:4 88:15 116:17
  134:13 138:2
  144:3 152:12
  159:14
**landman** 12:21,23
  13:13,14 15:11
  17:15 28:7 81:25
  90:19 132:18
  152:1
**landmen** 13:2
  15:25 153:23
  154:9,13 155:1
  161:14
**lasalle** 1:22
**late** 51:21 155:22
  156:20
**law** 3:3 8:9
**lawyer** 10:22 161:3
**lawyers** 106:19,20
  122:22 161:6
**lays** 76:12
**lead** 38:17 40:25
  41:6,7 87:16
  90:19 115:2
**learn** 135:6
**lease** 7:10 16:6 25:1
  25:1 27:6,9,18
  32:17,19,20 33:10
  36:8,12 43:12,17
  50:8,11,14 69:22
  69:24 70:10 73:13
  76:18 79:4,13,20
  79:22,24 82:11
  107:11 113:1
  127:12 130:14
  131:17 135:20
**leasehold** 73:20
**leaseholders** 21:14
**leaseholds** 13:17
  16:16

**leases** 21:14 35:16
  35:21 49:22 50:8
  52:16 70:9 97:15
  140:3
**leasesale** 111:7
**leave** 156:14
**leaving** 49:16
  157:12
**lee** 4:2
**legal** 42:7 68:13
  82:1,6 121:8
  126:19 152:10,11
  152:18 153:4
**legrand** 3:13 151:3
**letter** 7:13,15 95:22
  95:23 98:21
  101:10,24
**letterhead** 101:14
**level** 115:3
**levels** 38:7
**lewis** 2:13
**liable** 62:19
**lieff** 2:2
**life** 1:15
**light** 62:19
**liked** 58:16
**likewise** 51:23
**limits** 143:15,19
  150:10
**line** 148:20
**list** 51:14 56:11
**listed** 78:5 140:4
  142:24,25
**lists** 25:21
**little** 15:13 17:9
  22:4 32:23 58:4
  86:4 110:9 154:19
**llc** 3:6 85:11
**llp** 1:21 2:2,13 3:13
  4:15
**logs** 143:6
**long** 14:13 15:4
  111:17
**longer** 152:24
**look** 22:16 33:22

36:12 39:15 42:3
  44:2 48:17 74:5
  82:16 91:20 94:11
  95:21 98:25
  117:21 120:3,12
  127:23 141:5
**looked** 67:18 91:14
  91:22 94:9 102:7
  132:11 155:25
**looking** 58:3 59:17
  63:18 91:7,9
**looks** 54:8 125:19
**los** 3:20
**losing** 67:9
**lot** 106:14 111:10
  113:14 117:19
  134:18 158:21,21
**louisiana** 1:1,16
  2:14 3:10 4:23 8:8
  8:24 9:6,13 164:3
  164:19
**low** 26:24
**lower** 39:19 128:7
**luxten** 2:14

---

**M**

**maam** 134:23
**macondo** 7:11
  19:14,15 20:3,4
  20:17 24:9 26:3
  26:21 27:19,24
  28:4 29:2 30:2
  31:1,17 32:15
  33:2 37:23 38:12
  40:20 42:16 43:14
  46:2,16 47:6
  54:19 55:12 65:23
  72:14 75:24 76:10
  78:17 79:2,7 83:3
  83:23 86:8 89:10
  92:15 93:9 104:24
  107:4,16 108:12
  109:16 110:2,24
  115:20,24 116:5
  116:20 117:9,14

118:6 119:9 133:1
  133:18 140:11
  141:3 147:13
  150:7 160:23
**mag** 1:6
**main** 118:24
**making** 16:19
  33:12 37:24 95:12
**manage** 15:24
  109:5 110:6
**management** 16:11
  24:24 29:16 37:20
  38:25 42:24 43:8
  43:8 51:22 53:24
  53:25 54:3 67:19
  92:21 93:4
**manager** 15:3
  40:11,14 134:13
  144:3
**managers** 40:8
**manner** 44:14
**march** 24:7
**marianas** 60:24
  62:14 67:10 77:14
  124:23 126:9
**mark** 119:22
  157:13
**marked** 22:9 24:16
  39:12 48:14 51:5
  51:9 56:2,5 60:6
  60:10 66:5 69:12
  69:15 75:20 83:12
  83:14 94:25
  100:25 119:25
  125:5 127:18,20
  130:15 131:24
  132:3 138:11,13
**market** 73:17
**marking** 24:13
  39:9
**martin** 2:3
**masters** 11:23
**materials** 123:19
**matter** 9:9 92:3,12
  95:17 105:21

164:16
**mattered** 105:23
**maximum** 44:16
**mayve** 27:4
**mccutchen** 4:12
**mckinney** 4:8
**mdl** 1:3 2:5
**mean** 12:25 34:9
  44:4,11,11,22,24
  45:16 52:25 55:17
  75:7 93:17 113:11
  116:10 121:3
  140:12 158:3
**meaning** 129:4
  139:13
**means** 44:8 45:7
  46:21 47:11 54:25
  58:6 75:9 121:20
  129:2,6 134:3
**meant** 30:24
**meet** 16:13 30:12
**meeting** 31:5 93:3
  113:8 157:14
**meetings** 29:15
  31:4,15,19 32:3,6
  116:15 136:5
**mention** 31:22
  104:17
**mentioned** 19:13
  32:23 35:8 86:6
  157:6
**messenger** 90:9
**met** 113:4,7,16
  115:18
**method** 48:7
**mexico** 1:5 9:10
  14:12 15:15,23
  18:2,3,5 21:1,5,20
  25:8 30:6 38:4
  40:9,11,13 75:25
  88:15 94:2 108:4
  114:18 138:2
  144:4 159:14
**meyer** 19:8
**mi** 2:16

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                      Reported by:
JIM W. BRYAN                              May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR

175

micallef 1:21 52:8
54:22 61:23 64:5
65:6 73:2 74:20
85:1 98:16 108:21
109:18 158:7
michael 54:15
mid 45:9 103:6
middle 35:13 44:17
61:10 142:3
mightve 34:9 35:4
mike 35:2
million 25:16 26:7
27:10 44:9,24
54:19 55:7,9
128:9
mills 157:9
mind 129:25
135:17 138:24
mine 36:1
mineral 140:2
minerals 13:17
24:24
minimum 44:15
minute 19:3 23:13
35:7 48:17 56:19
68:25 86:5 127:23
130:15
minutes 32:2
mississippi 19:14
25:17 30:6 49:6
57:15 61:1 76:9
79:20 96:17
111:19
mitsui 85:19 111:5
115:13,15,19,23
mms 7:13,15 24:24
95:24 96:14 97:5
97:24 98:12 99:5
99:18,24 102:2,14
123:14,19 131:12
131:22,23 136:11
136:18
mmstb 44:5
mode 116:12
model 154:14,20,21

158:14 161:13
moeco 115:14
moex 3:5 4:14
85:11,15,17,18
86:18 110:10,17
110:25 111:2,14
111:25 112:7,24
113:5 114:1,14,21
114:24 115:1,8
151:8
moexs 85:21
110:23 113:22
114:10
moment 39:15 46:9
money 26:15 36:17
37:2
monitor 147:1,20
monitored 147:4
monitoring 146:16
146:20 148:2
month 59:16 135:8
months 104:23
moore 162:2
morgan 2:13
morning 9:20
124:7 125:10
137:19 138:18
151:1
mornings 124:14
morrison 157:18
move 17:24 22:4
moved 35:23
moving 33:20
munger 3:18
mutual 58:17

N

name 9:21 25:3
94:4 113:11,13
120:17 122:7,17
128:14 137:20
named 35:2
names 156:8 157:1
nancy 2:9 124:8
naoki 113:11

narrative 10:6
nationally 136:24
nature 43:6 151:13
152:8
near 80:16
nearby 39:3
necessarily 17:23
21:3 30:16 31:21
36:22 89:3 115:17
116:17 118:21,22
138:25
need 10:12,15
22:25 42:3 45:3
61:19 89:3 95:16
needed 65:11,15
78:12 156:2
neger 4:12 17:2
20:7 23:7 27:12
41:16 59:20 61:25
68:18 70:2 72:17
88:18 90:4 93:7
93:16 95:4,18
97:20 98:3,7,14
101:2 103:22
106:8,23 110:18
112:10 114:4
117:15 121:6,24
128:2 129:9 133:8
133:13 135:10
144:13 147:7
148:18 149:4,9
151:21 153:17
154:15 156:11
160:8,12
negligence 158:2
negotiate 17:20
37:6 46:6 64:15
negotiated 111:18
132:14
negotiating 16:7,16
28:18 32:24 33:5
33:19 35:24 37:13
41:24 42:6 49:15
53:7 59:6 81:4
86:22 159:16,19

159:21
negotiation 59:24
negotiations 13:19
28:12,13 60:2
65:20,21 116:18
125:22 155:20
negotiator 34:19
37:18 41:6,8 82:4
87:17 151:25
nelson 4:3
net 54:19 55:4,13
55:17,23 102:4
never 113:6,16
159:18
new 1:15 2:4,4 3:10
4:13,13 9:5 61:18
62:20 67:6,10,16
119:8
nick 19:8,16 29:7
33:17 37:17,18
40:19 41:20 49:2
53:10 62:25 63:15
63:15 68:11,11
81:25 87:15,16
89:1 105:4,4
152:2
nobile 46:24
nods 10:16
nonconsent 88:4
nonoperating
85:23 142:10
nonoperator 142:9
normal 11:5 30:11
36:25 122:15
123:15,18
normally 42:25
43:3 122:23
128:22
north 1:22
nosewicz 3:9
note 97:21
notes 32:6
notice 8:10 138:10
138:23 148:21
november 59:16

65:2 66:15,15
npv 54:20 55:8,13
55:23
number 13:11 26:7
48:11 61:11
100:22 127:17
139:16 155:11
156:23 159:13
numbered 94:17
95:8 97:23
numbers 94:23
97:9 142:3,4

O

oath 8:25
object 10:23 27:13
52:9 54:23 64:6
65:7 73:3 85:2
90:5 108:22
109:19 110:19
148:19 156:12
160:13
objection 17:3 20:8
41:17 59:21 61:24
62:1 68:19 70:3
72:18 74:21 98:15
98:17 106:9
112:11 114:5
117:16 121:7,25
135:11 147:8
151:22 153:18
154:16 158:8
objections 8:16
objects 11:2
obligations 114:2
obtain 29:1
obtained 27:18
63:17 64:24 67:1
143:6
obviously 87:5
111:4,21 134:17
occurred 80:13
oclock 160:24
ocs 25:1 154:3,5
155:2 161:14

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                                                    Reported by:
JIM W. BRYAN                                              May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR

176

162:5
**october** 39:22
  51:13 76:21 77:7
  77:11,14 84:14
**odonnell** 56:13
**offer** 87:1
**offered** 26:16
**offering** 86:7
**office** 2:10 30:18,21
  69:6 74:25 81:14
**officed** 152:20
**officer** 14:7
**officers** 127:2
**officiated** 8:24
**offshore** 3:5 4:14
  16:4 85:11 86:9
  152:12
**oh** 11:24 22:16
  30:21 105:8 115:6
  122:20 157:3
  161:8
**oil** 1:3,4 9:9 13:15
  14:20 16:1 21:8
  24:25 45:4,13,22
  48:2,6,8 77:24
  78:1 108:5 109:16
  110:2 115:13
  120:25 121:16,16
  121:19
**okay** 15:16,19 17:8
  18:1,11 19:12,19
  19:20 21:10,24
  22:19 24:21 25:11
  25:25 26:5 28:6
  28:19,23 29:3,4
  29:11 30:11,17
  31:13,14,17,23
  32:12,22 33:4,22
  34:16 35:7,11
  36:10,14 37:5,8
  37:11,22 39:17,20
  39:21 40:3,6,12
  41:7,20 42:16
  43:10,16,21 44:2
  45:16,24 46:4,8

46:15 47:3 48:19
  48:20 49:13 50:14
  50:18,20 51:4,7
  52:19 53:12,15
  54:3,8 55:13
  56:17 59:4 60:18
  61:10 62:24 63:9
  66:14,18 67:12,21
  67:24 70:11,16,22
  72:2,8,22 73:7,12
  73:13 74:4,7
  75:14 76:5,16
  77:19 78:10,20,22
  80:11,24 81:3
  82:15,17 84:1,4
  84:10,12 85:9,13
  85:15 86:3 88:7
  88:14 89:8,18
  90:1,12 91:6,21
  93:1,21 95:19
  96:5,9,11 97:3,7
  97:17 98:4,8,21
  99:3,7 101:23
  102:9,13,23 103:5
  103:17 107:21,23
  110:12 112:16
  115:18 119:12
  120:6,7 121:2
  122:12,17,21
  123:3,21 124:12
  124:16 125:20
  126:11,13,14
  127:13 128:1,19
  129:16 130:9,21
  132:1,13,25 133:4
  133:7,14 139:7,9
  139:19,25 141:23
  142:5,20 144:17
  144:24 149:10
  150:16 151:4,25
  157:7 162:10
**olson** 3:18
**once** 16:24 33:15
  35:22 41:23 62:17
  81:20 134:21

**onequarter** 52:21
**ones** 94:9 97:8,23
  153:4
**onethird** 52:21
  53:4
**ongoing** 67:25
**operating** 16:8
  76:19 83:7,23
  84:25 85:6,22
  86:9,22 87:2,9,14
  110:15 111:21
  114:2 134:21
  140:16 141:9,13
  141:21 142:16
  148:25 149:13
  151:6 153:3,5,9
  153:15 154:14,21
  156:5 157:22
  158:15,16 159:2
  161:13
**operation** 21:11
  61:1 77:20 115:1
  134:9 139:22
  143:4,7,19 144:1
  144:11
**operational** 113:3
  116:11,16 143:8
**operations** 13:21
  16:12 38:22 77:13
  145:8,19 146:5,11
  147:19
**operator** 21:16
  84:8,8 88:5 90:21
  97:11 100:11
  115:2,9 117:2
  133:18 140:14
  149:20,23 157:25
  159:10,25 160:6
**operators** 159:17
  159:22
**opportunity** 23:23
  42:24 141:15
**option** 51:22 52:1,7
  52:19 54:17
**order** 13:12

**organization**
  147:24 154:6
**organizations**
  155:4
**original** 153:2
  161:18
**originally** 156:18
**orleans** 1:16 3:10
  9:6
**oryx** 156:21 157:12
  157:15
**outcome** 67:15,17
  164:16
**outlined** 43:1
**overall** 126:4
**owned** 57:19 70:9
  70:10 112:25
  126:16
**owner** 47:15 78:2
**owns** 79:1

――――――――――
**P**
**packman** 19:9
  157:10
**page** 5:3 6:2 22:18
  25:19 51:16 60:14
  60:15 66:10,10
  70:16 71:13 78:21
  83:21 84:11 86:7
  90:25 95:23 99:2
  99:8,11 100:6,21
  101:9 102:10,20
  102:23 120:7
  128:3,5 130:20
  133:11 142:2
  149:12,15
**pages** 22:17 83:20
  94:19,20,22 95:6
  96:12,19 97:7,14
  97:22 99:22
  100:23 101:25
  123:6
**paid** 36:18 90:3
  135:7,22
**pair** 128:12,16,19

**pan** 1:15
**paragraph** 43:10
  44:2 47:4 149:14
**parameters** 37:8
  42:15
**parent** 114:24
**park** 4:13
**parkway** 4:4
**part** 8:20 16:15
  23:5,10 25:6 27:5
  33:10 36:7,8,12
  36:15 37:13 43:18
  53:16,21 54:16
  71:18 78:11 90:10
  90:14 95:7,11
  103:13 116:10
  118:24 125:8
  135:17 144:6
  152:11 154:6
**participant** 83:3
  111:15
**participate** 16:10
  17:18 29:14,20
  61:17,20 80:9
  84:21 108:8 109:4
  109:14 116:15
  153:22 154:1
**participated**
  109:25 118:9
  156:24
**participates** 89:7
**participating** 17:24
  62:6 63:25 142:7
  142:10,17 149:21
**participation** 7:12
  16:9 29:16 49:6
  57:14 59:2,2
  75:24 76:8 77:18
  77:25 78:11,17
  81:5 84:9,24
  102:6 107:10
  132:2,7 133:1,12
**particular** 26:16
  37:3,11 89:18
  123:4 142:2 147:4

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                    Reported by:

**JIM W. BRYAN**                    **May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR**

177

152:6 153:9
**parties** 8:4 27:2
    72:4 153:2 164:14
**parts** 49:2 57:14
    132:9 139:17
**party** 77:24 82:25
    85:23 112:19
    121:17 142:7,11
    149:21
**pay** 52:21 53:3
    149:23
**payments** 134:20
**peak** 45:13
**people** 16:14 19:6
    19:12 42:21 61:11
    67:4 82:12,12
    126:5 146:3,10
    147:24 148:11,15
    153:3 155:12
**percent** 24:8 47:5,7
    47:12,19 53:2,4
    72:23,24,25 73:9
    73:10,19,21 78:2
    79:2 80:2 85:25
    96:16,25 102:4
    111:23,25 112:8
    114:2 130:4,5
    135:7,22
**period** 18:14 19:6
    19:23 20:6,14
    27:22 31:14 34:25
    65:3 125:20
**periodic** 30:13
**permit** 136:10
**person** 13:15 30:1,4
    93:25 152:6 162:4
**personal** 133:22
    134:3,12 164:10
**personally** 63:20
**personnel** 93:23
**persons** 152:7
**peter** 4:12
**petroleum** 3:3,5
    4:14 14:2,8,21
    15:17 20:22 21:7

21:15 22:1 27:23
32:14 70:13 71:5
72:25 73:9,22
74:10 78:24 79:18
80:3,6,10,13,19
82:20 84:6,18
96:20 99:23 100:8
100:16 102:3,25
104:11 120:23
121:22 123:5
126:16 135:3
138:1,6,16 151:7
**petroleums** 85:6
**phase** 67:22
**phrase** 54:18
**pieces** 146:8
**place** 57:22 104:21
    105:9 106:14
    108:15 109:11
    119:6 134:20
**placed** 143:10
    145:18
**placing** 24:25
**plaintiffs** 2:5 9:22
**plan** 35:9 92:21,21
    108:1,5
**platform** 45:15,20
    57:19
**platforms** 39:4
**play** 26:15 28:2
    37:12 53:6 55:21
    55:22 68:7 69:1
    81:3,7 86:21 89:9
    89:9,19,25 90:1,2
    90:12 116:4 117:8
    118:12
**played** 26:18 28:24
    29:7,7,8 32:24
    90:22 161:12
**playing** 28:15
**please** 40:19 51:2
    68:23 73:12
    160:10
**plus** 55:5
**point** 27:8,8 30:1,4

33:18 41:5 43:24
44:1 45:25 49:14
53:3 54:10 67:21
68:2 116:12 117:8
144:5,18 155:20
**points** 13:11
**poitevent** 3:8
**policy** 147:11,15
**pollution** 121:17
**pompano** 39:4 45:3
    45:8,18 46:13
    47:5,13,20 57:18
    58:3,13,23 78:3,4
    78:8
**poor** 10:22
**portions** 87:23 88:1
    88:2
**poses** 146:2
**position** 14:22 37:6
    58:15 65:17
    153:14
**possibility** 43:12
**possibly** 162:2
**post** 2:10 29:9
**postexchange** 72:3
**potential** 16:20
    61:7 78:7 161:3
**potentially** 57:17
    64:18,20 126:9
**poydras** 1:15 9:5
**practice** 30:12
    147:18,22,25
**pre** 72:2
**preceding** 66:9
    149:15
**prep** 91:13
**preparation** 88:8
    91:11,23 132:8
**prepared** 22:21
    24:2
**preparing** 68:7
    69:2 81:7 153:10
**present** 14:10,11
    19:18 42:24 55:4
    55:13

**presentation** 53:24
**presentations**
    29:15
**presenting** 31:24
**presently** 14:1,4
**president** 18:21
    38:3
**presume** 63:6
**pretty** 41:23
**previous** 103:15
    160:11
**previously** 22:9
    51:5,9 60:6,10
    83:11,14 130:15
    131:23 132:3
**primarily** 19:16
    31:23 33:25 35:8
    38:18 68:12 87:16
    88:6 127:6 156:16
**primary** 28:7 30:8
    37:17 62:12
    155:16
**principally** 61:4
**principals** 113:7
**prior** 14:16 15:8
    28:11 67:8 69:9
    77:16,20 84:8
    88:11 91:14,21
    92:17,18 107:3,24
    108:3,7 110:12,23
    111:8,11,20
    112:23 113:20,24
    136:7,12,13,17
**probably** 10:13
    47:17 49:18 50:1
    53:25 56:22 67:25
    69:8 103:10
    125:19 132:10,15
    146:7 155:13
    160:24
**probing** 149:7
**problem** 126:8
**procedure** 8:9
**proceed** 65:4 67:20
**proceeding** 125:22

**proceeds** 67:22
**process** 17:25 27:3
    28:16,25 49:15
    82:9 89:7,16
    90:11,13 158:12
**processed** 45:22
**processing** 89:5
    90:23
**produced** 145:23
**production** 16:4
    43:8 47:25 70:12
    120:24
**professional** 12:10
    12:20,22 13:2
    154:8,13 155:1
**progress** 146:16
**progressing** 142:23
**project** 17:18 19:24
    20:1 26:16 37:3
    62:17 64:16
    115:10 116:9
    145:6 152:1
**projects** 32:10
    43:13 119:9
    122:19
**pronounced** 128:15
**properties** 13:18
    50:22 70:20,22,24
    71:3,4,24 72:15
    118:20
**property** 47:22
    71:14,15,15,19,21
    71:21 72:4,5,5
    131:2,5 133:23
    134:3,12
**proposal** 49:5 50:5
**proposals** 88:3
**prospect** 7:11
    16:21 19:15 20:4
    20:5,17 24:9
    25:22 26:3,11,12
    26:21 27:19,25
    28:4 29:2 30:2
    31:18 32:16 33:2
    37:23 38:12,13,18

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                    Reported by:
**JIM W. BRYAN**                    **May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR**

178

52:14 57:15 65:23
72:14 75:24 78:18
79:3,8 83:23 86:9
107:16 108:12
109:17 110:2,24
112:9 115:20,24
116:5 117:14
133:18
**prospects** 52:15,17
145:11
**provide** 131:8
148:9
**provided** 129:21
130:11 143:5
149:17,19
**providing** 21:21
71:9
**provision** 58:4
**provisions** 76:7
78:3,13 88:4
156:10 157:22,24
158:19,22 160:5
**proximal** 38:19
**proximate** 30:17,20
**ps** 80:12
**published** 155:4
**purcell** 19:10 96:7
**purpose** 11:8 20:23
70:5,7 121:14
130:3
**purposes** 8:7 85:13
95:11
**pursuant** 8:9 79:13
131:17
**put** 22:8 24:12
**puts** 154:13

**Q**
**qualification** 57:25
**question** 8:17 10:21
10:23,25 11:1
20:15 28:23 29:6
36:24 48:21 57:9
62:18,21 65:11
93:8 94:11 95:10

98:10 115:4
117:11 122:5
129:10 130:8
131:14 135:21
160:10,17 161:9
**questioning** 137:11
**questions** 9:22 10:4
10:5,10 39:18
83:19 107:20
123:24 124:10
126:12 135:24
148:20
**quick** 39:15 82:15
120:4
**quickly** 74:5
**quite** 41:25 42:8

**R**
**raised** 104:17
**rate** 45:13
**ratification** 83:22
**ratified** 87:5
**reach** 35:18
**reached** 43:25
**read** 55:1 56:19,24
81:10,12,12,15
83:18,20 87:18,23
88:1,7,12,16 89:3
132:6,9,13,15,22
150:2 153:9
160:10,11 163:8,9
**reading** 8:11
**reads** 131:1
**real** 61:12 120:4
150:7
**reallocated** 72:13
**really** 20:25 22:21
30:3,7 38:14,20
53:14 79:21 81:22
81:24 90:24
103:14 105:19
112:21 113:2
114:18,20 117:4
118:18,19 159:11
159:18 160:19

**realtime** 144:12
149:19,20,22
150:1,11
**reason** 78:4 80:24
81:2 82:23,24
88:16 121:7
127:17
**recall** 24:7,19 26:1
26:10,18,23 27:17
27:21 32:12 34:7
34:10,11 41:3
48:22,24 49:13
53:9,13 56:15,16
59:8 60:18 62:5,6
62:11 63:9,19,23
63:24,25 65:1
66:16 68:1,9 69:5
76:3 80:11 81:10
90:24 91:6,9 92:1
92:17 94:18 104:7
104:14 106:11
107:12 110:10
113:3,8 122:7
137:25 140:19
144:8,20 157:18
161:5,18
**receive** 116:12
145:21
**received** 49:3 73:9
73:10 90:15 97:24
98:12,22 99:5,24
100:12 102:14,14
113:15 124:22
144:10 145:3,4
146:7
**receiving** 89:20
117:1,5 144:21
146:4
**recertify** 13:12
**recipient** 144:23
145:17
**recipients** 89:23
**recital** 78:20
**recognize** 69:18
**recollection** 49:17

50:6 92:11 158:24
162:1
**recommending**
29:16 51:21
**record** 11:9 23:12
23:15,17,19,22
57:3,5 79:7 97:22
103:25 104:2,4
108:10,20 119:14
119:15,17 124:1,2
124:4 137:3,5,6,8
137:13,14,16
150:19,21,23
162:12
**records** 136:23
**redden** 4:7
**refer** 47:18 85:14
152:5
**reference** 45:15
91:17
**referenced** 91:19
139:22
**referred** 24:16
39:12 48:14 51:9
56:5 60:10 66:5
69:15 71:25 75:20
83:14 94:25
100:25 119:25
125:5 127:20
161:15
**referring** 35:15
55:3 63:7 71:24
**refers** 85:10
**regard** 89:2 158:13
**regarding** 33:9
109:5,15 119:8
139:21
**region** 18:3
**regional** 108:5
**regularly** 16:14
**regulatory** 123:2
**related** 97:15 140:1
164:14
**relates** 93:8
**relationship** 18:24

34:21 41:11 76:13
141:1,8
**relative** 27:3 36:20
49:21 53:14 59:8
88:2
**relatively** 26:24
**relied** 89:1
**relook** 67:5
**remember** 43:23
50:3 63:14 64:8
64:12 104:22
105:22 125:17
129:5 135:4 157:1
**repair** 62:14
**repeat** 20:10
107:17 109:22
**rephrase** 153:21
**report** 18:7,13,16
19:3 96:5 145:13
145:14,19
**reported** 4:20 18:7
18:18 28:10 74:13
96:7 164:8
**reporter** 4:22 8:23
9:17 10:11 164:3
164:19
**reporters** 164:1
**reporting** 18:24
30:9 34:21 41:8
41:14
**reports** 18:17 96:7
101:20 143:5,12
144:11,11 145:15
145:22,22
**represent** 137:20
137:23
**representations**
95:13
**representative**
157:19 161:24
**representatives**
156:20
**represented** 81:22
**representing** 95:5
151:2

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100**
**New Orleans, LA 70130-6029      Board-Certified Court Reporters      Facsimile: (504) 525-9109**

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                    Reported by:
**JIM W. BRYAN**                          **May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR**

179

**requested** 93:2
**require** 83:19
**required** 123:2
**requires** 117:13
**reserved** 8:19
**reserves** 44:5,11
**reservoir** 17:14
**resolving** 59:6
**resource** 44:24
  119:1
**respect** 19:14 20:16
  30:12 37:23 42:16
  76:14 85:22 89:10
  107:14 116:5,9,20
  117:9 141:2
**respects** 38:17
**respond** 90:20
**responds** 129:7
**response** 10:7 37:1
  108:5 121:20
**responsibilities**
  15:14 20:13,16
  20:18 88:14 116:8
  141:17
**responsibility**
  16:18 18:1 25:7
  87:12 89:4 121:1
  121:19 146:16
  157:25
**responsible** 21:21
  81:17
**responsiveness**
  8:18
**restrictions** 143:10
  146:25
**resulted** 32:25
**return** 124:4
**returning** 23:19
  57:5 104:4 119:17
  137:16 150:23
**review** 23:1,23
  66:20 69:2 107:25
  108:4 112:22
  136:9,18 141:16
  151:12,20 152:8

  162:6
**reviewed** 73:16
  151:18
**reviewing** 89:9
**revision** 161:20
  162:7
**revisions** 154:23
  156:1
**revolved** 50:10
**richard** 40:4,7
**rig** 1:4 60:24 61:4
  67:10 125:15,25
  159:24
**right** 18:19 22:2,5
  31:9,10 39:5
  46:15 50:15 61:13
  67:10 68:6 71:21
  74:3,4 83:4,10
  84:11 85:8 98:24
  103:21 112:25
  123:5,20,23
  124:23 135:23
  136:4 139:15
  141:10 148:17,24
  149:5 156:17
**rights** 13:17 27:18
  88:5 131:4 141:17
  149:21 150:6
**rigs** 159:13,18
**risk** 54:20 55:17,23
**risked** 55:19
**robbins** 3:4
**rodriguez** 7:14
  95:24 96:2 120:8
**role** 26:15,19 28:2
  28:5,6,15,24 29:6
  32:24 33:4,6
  37:12 50:21 53:6
  55:22 68:6 69:1
  81:3,7 85:21
  86:21 89:8,19,25
  90:2,12,22 116:4
  116:20,22 117:7
  117:13 118:12
  143:24 144:3,7

  161:12
**ron** 128:12,14
**ronquillo** 2:18
**room** 1:15
**root** 52:15
**roughly** 15:9
**roundtable** 32:8
**routing** 89:16
  90:16
**rpr** 4:22 8:22
  164:18
**rules** 10:3
**ryan** 1:21

─────────
**S**

**safety** 91:4 92:13
  92:14,20 93:3,23
  108:9,19 136:6,23
**salamar** 19:7
**sale** 25:1 128:24
**sampling** 158:16
**sat** 157:14
**satellite** 150:12
**satisfied** 58:10,19
  82:3,6 125:23
**satisfy** 114:1,1
**satisfying** 112:8
**save** 8:16
**saw** 69:7,9 91:13
**sawatch** 52:14
**saying** 47:1 51:20
  105:23
**says** 40:19 44:3,4,4
  44:14 46:16 47:4
  52:20 54:19 55:18
  61:12 71:13 78:23
  79:1 82:5 101:14
  133:21 148:1
**scanned** 132:10
**scheduled** 31:4
**scope** 148:21
  160:15
**scott** 157:9
**scout** 16:2
**sealing** 8:14

**second** 44:3 51:15
  55:1 60:14 66:21
  70:16 98:25 99:2
  100:22 102:10
  103:13 118:3
**secrest** 4:7
**section** 1:4 130:22
  131:9 142:2,13
  149:1
**sections** 130:19
**securities** 2:5
**see** 26:5 40:4,21
  44:6 45:5 46:19
  47:8 51:24 52:2
  52:23 54:20 61:22
  62:3 63:4 71:16
  72:10 79:10 85:11
  91:4 120:5,10,15
  133:25 134:16,17
  141:24 142:5
**seeing** 48:24 92:19
  110:23 128:25
  129:5 135:5
**seek** 28:17 29:1
**seen** 22:12 84:1
  91:24 125:9
**sending** 49:10
**senior** 38:6
**sense** 35:19 116:16
  116:16
**sent** 89:12,13 99:18
**sentence** 11:7 40:18
  44:3,4 46:16 47:3
  125:11 133:20
  142:13
**separate** 95:16
  131:7 135:18
  142:3
**seq** 8:8
**series** 10:4
**service** 24:24 140:2
  140:14
**services** 21:21
  140:11 148:9,13
**set** 37:8 72:6

  133:24 139:14
  149:18 160:5
  164:7
**sets** 76:7
**settled** 33:15
**share** 135:7
**sharing** 158:1
**shell** 156:21 157:7
**shes** 96:9
**short** 15:17 56:23
**shorthand** 164:9
**shoulder** 42:3
**show** 60:6 69:25
  94:12
**showing** 97:4 98:12
**shows** 72:12,13,22
  72:23 98:21 99:4
  99:8,11,23 100:2
  100:6,11 102:10
  102:13,19,23
**shushan** 1:6
**side** 54:1
**sign** 122:22 125:13
**signature** 136:2
**signed** 25:3 76:20
  76:24 77:9,10
  84:7,17 97:18
  99:12,19 100:7
  101:14 102:24
  122:11,15
**significance** 106:14
**significant** 64:19
**signing** 8:12
**similar** 14:22 46:17
  75:1 140:21 158:5
  158:23
**simpler** 47:17,18
**sir** 10:8,19 11:15
  13:23 14:3 22:2,6
  32:21 40:5 51:18
  66:25 85:8 88:25
  108:13
**site** 16:21
**sitting** 26:9
**situation** 47:14

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                 Reported by:

**JIM W. BRYAN**                    **May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR**

180

**situations** 153:1
**size** 44:24
**skim** 120:4
**slightly** 46:17
**slowly** 10:13
**smaller** 46:17
**smith** 152:14,24
**somebody** 35:2
    37:9 54:3 93:13
    106:7 145:21
    151:12 156:14
**sorry** 11:24 12:16
    14:17 20:10 22:16
    22:17 31:6 39:7
    50:17 61:3 83:10
    93:19 101:7
    107:18 109:23
    114:23 117:10
    119:20 123:8
    156:19 157:19
    160:9
**sort** 12:19 17:23
    28:2 33:15 35:23
    36:7 40:25 41:13
    41:14 42:17 44:17
    75:4 128:24
    144:25 145:3,13
    147:11 155:15,25
    158:12 159:19
    160:19 162:5
**sorts** 25:8 134:11
    143:11
**sought** 8:21
**sounds** 50:21
**source** 64:25 65:14
    94:18 149:2
**south** 3:19
**speak** 10:13 11:6
    22:22 23:4 42:4
    105:3
**speaking** 10:15
    15:18
**specific** 36:1 81:1
    107:16,20 117:18
    118:2,21 140:5,8

**specifically** 8:12,14
    34:10 63:13,14,22
    88:23 103:9
    104:22 105:23
    115:16 119:5
    125:18 134:9
    135:4 150:8
    161:17
**spell** 94:4
**spend** 37:3
**spending** 36:21
    55:6
**spill** 1:3 9:9 108:5
    109:16 110:2
    121:1,19
**st** 3:9
**staff** 31:5,15 42:7
    82:1
**stamp** 97:9,24
    100:22
**stamped** 100:12
    102:14
**stamps** 95:6 98:12
**standalone** 45:20
**standard** 147:11,17
    147:21,25 155:18
    158:5,6
**standpoint** 21:2
**start** 14:17 57:6
    104:5 117:11
**starting** 155:20
**starts** 60:13
**state** 4:23 8:24
    164:3,19
**states** 1:1 2:11 9:12
    124:8 136:25
**status** 125:15
**steering** 9:23
**stephany** 3:13
    151:3
**steps** 111:11
**steve** 9:21 19:9,16
    74:10
**steven** 2:3,14

**stewart** 38:3
**stipulated** 8:3
**stock** 44:9 48:1,5
**straighten** 23:13
**street** 1:15 2:4,14
    2:19 4:8 9:5
**strife** 38:3 56:12
**strike** 55:21 67:13
    74:17 84:22
    103:18 109:9
    111:23 112:4
    116:1 122:13
    123:12
**stronger** 58:4
**struck** 52:7
**structure** 21:2
    34:14,20 126:19
    139:2
**structured** 30:15
    33:10 73:8
**subclass** 2:6
**subcommittee**
    162:3,4
**subject** 31:18 92:3
    92:12
**submission** 25:12
    131:11,21
**submissions** 136:18
**submit** 24:23 25:8
    123:10
**submitted** 103:15
    104:18 123:11,14
    136:10
**submitting** 104:10
**subsea** 45:21 57:17
**subsequent** 79:5
    130:10 131:6,15
**subsequently**
    128:21
**subsidiary** 20:21
    85:19,19 111:5
    126:15,20,22
**substance** 105:5
**substitute** 133:19
**success** 55:19

**successful** 26:2
    45:1,17
**suite** 2:15,20 3:14
    4:8
**summarizes** 145:24
**summer** 104:25
**supervision** 164:10
**supplemental**
    116:13
**support** 16:3
**supports** 152:11
**suppose** 17:21
    90:11
**sure** 17:10 20:12
    32:12 34:13,20
    54:5 61:16 66:22
    103:23 107:19
    109:24 122:2
    126:21 128:18
    131:13 145:1
    148:8
**surety** 57:21 58:20
**surprise** 135:6,21
**suspect** 103:9
**sutherland** 3:13
**swaco** 2:16
**sworn** 9:15 164:5
**system** 149:22
    150:1

_____
                    **T**
**tab** 24:12 39:6
    48:11 51:2 60:5
    66:1 69:13 75:16
    83:11 94:15 101:3
    101:5,7 119:23
    124:19 125:3
    127:13,16 130:16
    130:17 132:4
**take** 32:6 39:15
    43:7 56:23 57:22
    59:4 82:15 89:15
    95:21 103:20
    104:21 111:11
    117:13 119:5

**120:3 122:23**
    127:23 134:20
    158:19
**taken** 1:14 8:6 9:8
    9:11,25 10:10,11
    40:25 73:15,16
    158:4
**takes** 59:25
**talk** 43:11 61:7
    68:21 93:15
    113:17
**talked** 34:9 35:4
    43:17 49:20 50:1
    50:13 53:11 79:17
    115:22 135:25
**talking** 31:10 34:6
    34:25 40:20 44:22
    57:10 129:14
    159:1
**talks** 71:18
**tangible** 133:22
    134:3,12
**tank** 44:10 48:1,5
**tape** 23:16 57:1,6
    103:25 104:5
    162:13
**tasked** 129:18
**tax** 82:12 127:6
    128:16,17 129:4
**team** 17:12,21 28:8
    31:4 146:5
**teams** 16:11 118:19
**technically** 58:1,11
    58:11
**technological**
    150:12
**telephone** 113:18
**tell** 15:13 21:10
    22:25 48:25 56:17
    57:12 66:18 69:25
    73:7 91:16 95:15
    120:20 156:15
**telling** 40:24
**ten** 73:21
**tend** 11:6

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**     **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6029     Board-Certified Court Reporters**     **Facsimile: (504) 525-9109**

Exhibit O
Page 57

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                    Reported by:

**JIM W. BRYAN**                    **May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR**

181

**term** 48:1,6 134:18
155:18
**terms** 29:19,20,23
43:1,17 53:7,22
54:6,11 76:13
81:4,22 86:22
87:14 141:7,9,13
143:10 148:6
153:14
**testified** 9:17
124:20
**testify** 24:3 138:17
139:11,17 141:7
148:25 164:6,6
**testimony** 124:15
160:11 163:9,11
164:8
**testing** 13:4
**texaco** 156:21
157:9
**texas** 2:15,20 3:15
4:4,9 11:21
**thank** 48:19 83:12
115:5
**thanks** 93:11
126:11 128:19
**thatll** 33:23
**thats** 10:21 12:9
16:23 19:11 23:6
23:8 25:24 29:17
36:23 37:5,20
45:14,14 47:22
50:12,12,25 56:2
58:5 60:17 63:6
63:17 71:23 74:3
77:2 78:4,23
80:23 82:8,9 83:8
83:20 97:12 100:9
113:16 117:10
118:23 119:12
121:20 123:16
125:3 126:1,13,15
130:7 131:25
134:17 138:4
139:19 142:12,19

142:19 146:1,1
151:15 153:7,12
155:5 160:14
161:8
**thereof** 8:20
**theres** 17:11 25:20
25:20 26:6 34:9
36:8 44:14,16
49:1 54:18 70:18
91:17 117:19,19
119:3,4 128:8,11
139:1 147:21
149:16 156:3
158:2
**theyre** 17:17 41:22
41:24,25 44:22
46:25 47:1,17
55:3 76:23 89:13
114:19 129:14
**thing** 32:11 41:14
96:20 123:7
127:10 152:19
**things** 49:20 58:21
70:1 73:14 107:9
117:20,22,22,25
124:18 134:10,11
142:25 143:7
145:12 156:1
**think** 13:4,11 15:2
23:6,8 28:22 31:7
32:22 38:5 45:9
46:25,25 47:17
50:1 61:17 63:14
64:13,21 65:9,9
65:13,15,16 66:23
69:7 76:18,24
86:5 88:6 91:17
96:19 105:7,11,13
105:17,25 111:16
112:22 117:18
118:1,23 119:4
125:8 126:1,1,2
128:14 130:17
134:10 137:10
139:16 147:21

148:20 150:16
157:17 158:10
160:14 161:8
**third** 25:19 44:4
100:23
**thomas** 3:9 4:7
**three** 20:25 21:4
60:16 82:16
104:23 155:24
161:21
**thresholds** 88:4
**tie** 45:2,17,21 46:12
57:17 58:12,23
**tied** 47:23 58:2
**tim** 40:17
**time** 8:19 9:7 14:16
18:13,17 19:6,9
19:22 20:6,14
22:24 24:23 27:22
31:7,9,14,21
34:25 38:2 40:9
40:13 41:12 49:25
50:4,21 55:7
56:22 57:1 59:25
62:22 63:2,12
65:2 74:23 77:20
80:21 81:14 86:13
88:11 91:21 93:2
96:4 104:1 105:17
106:11,15 110:12
111:3 125:21
126:7 132:14,22
134:6 136:7
143:15 147:1
150:7 152:14,25
153:5 155:13,24
157:16 161:19
162:13
**timeline** 59:19
**timely** 103:11
**times** 132:11 148:1
158:21
**timing** 59:8 61:21
104:9,17 105:18

**tip** 122:9
**title** 14:10,11,14
15:2 18:20 19:22
34:18 79:7 131:4
138:1
**tobacco** 52:15
**today** 9:5 10:4
22:22 24:2 26:9
85:14 114:13
138:15 141:6
**todd** 19:9
**told** 51:20
**tolles** 3:18
**top** 51:16 118:1
125:11 127:25
**topic** 129:17 139:8
139:14 140:4,9
141:5
**topics** 22:23,25
23:5,10,24 24:4
138:17,22 140:9
**torts** 2:8
**total** 21:4 36:22
**tower** 4:3
**trade** 35:16 36:4
73:15,19
**traded** 52:16
**trading** 71:5
**training** 12:11
**transaction** 32:25
33:9 36:6 50:24
53:17,21 68:8,14
69:3 83:6 92:19
94:8 107:4 151:9
**transcribed** 164:9
**transcript** 164:11
**transcription**
163:11
**transfer** 72:15
80:12 102:5
127:11
**transferred** 70:25
**transferring** 70:23
**transitioning** 154:2
**transmission**

131:21 150:11
**transmissions**
144:12
**transmit** 90:20
**transmittal** 96:14
**transmittals** 89:24
**transmitting** 102:1
**transocean** 3:15,20
60:23 151:2
159:24 160:1
**trautman** 40:17,17
**treat** 128:22
**true** 25:23 43:14,21
46:6 76:17,19
142:12 163:10
164:11
**truth** 105:22 164:6
**try** 11:7,9,10,11
17:1,19 28:14
29:5,18 157:7
158:18,18
**trying** 35:18 37:16
46:5 47:18 50:7
118:1 126:3,5
157:17 158:13
**tubular** 133:19
**turn** 25:19 70:16
71:12 84:10 86:6
90:25 99:21 102:9
124:19 127:13
138:9 139:7
141:20
**twice** 138:14
**two** 30:21,21 38:14
49:1 52:17 80:15
94:20 95:6 97:7
97:14 104:23
123:6 127:9 130:7
130:19 135:18,19
152:12,13,17
153:3 162:2
**tx** 3:4
**type** 122:11,18
158:25
**typical** 153:14

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100**
**New Orleans, LA 70130-6029      Board-Certified Court Reporters      Facsimile: (504) 525-9109**

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                          Reported by:

**JIM W. BRYAN**                    **May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR**

182

**typically** 17:12,15 44:13 49:8 68:16 90:18 122:11 140:13 145:9,12 145:18

**U**

**uhhuh** 35:10 52:4 79:9 102:18 122:20
**uhhuhs** 10:17
**ultimate** 52:6
**ultimately** 26:1 50:14 52:7,14,20 81:18
**understand** 10:7,17 10:25 11:3,14 23:3 25:21 61:21 63:1,11 65:11 72:13 74:4 77:23 83:4 121:13 129:1 131:13 137:22 139:10 141:6 145:20 151:5 153:8
**understanding** 36:5 77:6 97:13 121:16 134:2 135:14,16 138:19 139:12 140:22 141:16 142:6,21 143:2 145:2 148:24 151:11 164:12
**understandings** 160:4
**understood** 44:21
**undertaken** 136:1 155:21 158:12
**undertaking** 161:21
**undertook** 67:4,5 162:6
**undivided** 79:1
**unit** 38:22

**united** 1:1 2:11 9:11 124:8 136:24
**university** 11:21
**updates** 117:1 156:1
**use** 15:16 17:14 134:14,14,18 142:4 155:18 159:18
**usually** 31:22 152:12
**utilize** 149:22
**utilizing** 149:23

**V**

**value** 55:4,14 73:17 73:19 74:2,2 79:15
**valued** 128:9
**variation** 158:11,25
**variety** 117:2
**various** 13:10,19 16:7 79:16 116:24 126:5 129:18 134:15 158:17 159:1
**vary** 43:2
**ventures** 13:19 16:17
**vera** 7:15 19:10 101:11,14,16,18
**verbal** 35:19
**versa** 48:9
**version** 81:18 130:17 132:23
**viable** 16:21
**vice** 18:21 38:3 48:9
**videographer** 4:17 9:2 23:14,18 56:25 57:4 103:24 104:3 119:13,16 123:25 124:3 137:4,7,12,15 150:18,22 162:11

**videotape** 9:3
**visit** 43:5
**voting** 88:3
**vp** 38:6

**W**

**waechter** 3:8
**wait** 11:10,12
**waived** 8:12,15
**walker** 3:8 38:8
**wallace** 19:10,17,25 74:10,12,16,18 82:18 84:19 97:18
**want** 22:21 28:14 43:1 80:5 94:12 121:10 130:18,23 148:5 155:22 162:3,7
**wanted** 57:21 77:19 93:13 159:18,24
**wardlaw** 34:10,16 35:5 162:7
**ware** 4:2
**washington** 2:10
**wasnt** 64:23 103:11
**waste** 22:24
**way** 15:16 17:11 41:21,21 42:22,22 44:12,18 49:8 55:11 76:17 95:14 107:22 116:13 146:2 158:11 164:15
**weatherford** 3:10
**website** 155:1,2,10
**websites** 161:15
**wed** 33:15 51:21 126:6
**weekly** 31:8,15,19
**weeks** 61:19
**wellhead** 133:24
**wells** 7:16 19:10 101:11,14,17,18 133:19 145:9
**wellspace** 148:3

**wendy** 7:13 95:24 96:2 120:8
**went** 57:8
**western** 40:10,11
**weve** 72:15 94:9 95:14 97:1
**whats** 20:23 22:9 34:16 51:5 60:6 117:6 121:14 129:10 142:24 158:5
**wholly** 126:16
**whollyowned** 126:22
**whove** 156:9
**wi** 47:7
**wide** 158:10,25
**williams** 2:19
**withdraw** 68:21
**witness** 8:6,25 17:4 20:9 52:12 64:7 65:8 72:19 73:4 74:22 88:22 90:6 95:15 98:18 106:10,25 108:23 110:20 112:13 114:6 117:17 122:3 129:11 151:24 154:17 156:13 158:9 160:16,18 163:3 164:5
**wont** 124:15
**wood** 18:10,12,13 56:12
**woodlands** 3:4 152:22,23
**woods** 18:20
**words** 10:10 42:11 45:14 159:23
**work** 17:11 33:23 41:21 42:5,7 123:16 135:17
**worked** 28:9 38:14 43:9 96:4

**working** 14:17 15:7 19:13 20:4 28:8 30:14 47:13,21 79:2 96:16 102:4 152:1
**works** 42:23 60:14 74:12
**world** 129:4
**worldwide** 114:19 114:21
**worth** 27:7,10
**wouldnt** 118:21,22 155:18
**wouldve** 29:6,7,8,8 37:17,24 38:2,5,7 38:8 40:16 41:4 42:20 50:4 53:10 53:20,23 54:4 58:15 68:10,11 81:20 87:15 89:1 129:25 130:1 132:18,19 152:2 152:14,25 153:5 156:20 157:6
**writes** 128:19
**writing** 125:17 131:8
**wrote** 62:25 125:12

**X**

**Y**

**yeah** 44:23 58:14 112:19 126:1 146:6
**year** 11:22
**years** 13:3,9 15:8 155:25 156:17 161:21
**yesterday** 51:21
**york** 2:4,4 4:13,13
**youd** 138:9
**youll** 74:5 120:5
**youre** 10:12 13:22 15:20 17:23 22:21

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100**
**New Orleans, LA 70130-6029      Board-Certified Court Reporters      Facsimile: (504) 525-9109**

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 — Reported by:
**JIM W. BRYAN**                    **May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR**

183

37:18 47:15,15
51:13 73:13
122:22 124:13
129:18 134:24
136:21 139:10
141:6 144:14
148:8 149:3 159:1
**youve** 20:12 23:3
55:18,19 125:9
138:17 141:15,22

___
**Z**
___

___
**0**
___
**00** 119:18
**000023862** 100:23
**07** 7:4
**09** 7:4,7,8,17 124:1

___
**1**
___
**1** 23:5,10,16,24
27:10 51:22 52:1
52:7 54:18 57:1
70:18,18,19,25
71:6,10,13 76:21
77:7 84:14
**10** 7:4 48:11 85:25
104:1,5 111:23,25
112:8 114:2
119:14 124:20
125:3 128:9
**100** 6:17
**1000** 2:14
**1001** 3:14
**10013** 2:4
**100224689** 4:13
**11** 7:7,8 95:23
99:18 119:18
124:1,5,5 137:5
137:13,17 150:20
150:24 162:13,15
**119** 6:18
**11th** 1:15
**12** 7:17 51:2 97:25
98:13,22 99:24
**1201** 2:19 3:4

**1221** 4:8
**124** 5:8
**1243** 83:12,15
140:15 141:20
**125** 6:20
**127** 6:21
**12th** 99:5
**137** 5:11
**1421** 8:7
**14271** 2:10
**145** 25:16
**15** 60:5 103:3
**150** 5:14
**1597** 22:10 138:11
**15th** 105:10 146:22
**17** 7:7 56:9 76:21
84:15 100:8,17
107:24 108:3,7,17
109:3,8,13,24
110:4,13 111:12
113:20,24 114:9
115:7 116:3
130:16,18
**1700** 2:20
**17th** 59:16 76:23,25
76:25 77:10 99:13
116:1 136:14
**18** 132:4
**1836** 91:2
**1845** 138:10
**19** 66:1
**1915** 51:6,10
**1917** 60:7,11
**1937** 6:5 7:2 24:13
24:16
**1938** 6:6 7:4 39:9
39:12
**1939** 6:8 7:5 48:11
48:14
**1940** 6:9 7:7 56:2,5
**1941** 6:11 7:8 66:2
66:5
**1942** 6:12 7:10
69:12,15 130:16
**1943** 6:14 7:11

75:17,20 132:4
**1944** 6:15 7:13
94:15,25 95:3
**1945** 6:17 7:15
100:20,25
**1946** 6:18 7:17
119:22,25
**1947** 6:20 7:19
125:1,5
**1948** 6:21 7:20
127:18,20
**1979** 12:1
**1990** 13:5 121:17
**199798** 161:19
**1998** 155:13
**1999** 15:6
**1st** 80:20 105:11

___
**2**
___
**2** 23:5,10,24 24:12
25:16 27:10 57:6
71:13 72:25 73:9
103:25 130:5,22
130:22 131:9,9
133:11
**20** 1:5 51:13 65:2
75:16 101:10
104:1 116:4,19
130:5
**2000** 31:11 155:23
**200444271** 2:10
**2006** 14:15,19
**2007** 3:6 4:15 22:11
85:11
**2008** 24:7 27:18
**2009** 27:22 31:9,11
31:12 32:13 34:25
39:22 51:13 56:9
65:2 66:15 76:21
76:22 77:7 84:14
84:15 92:19 99:13
99:19 100:8,17
107:5,24 108:3,7
108:17 109:3,8,13
109:24 110:4,14

111:12 113:20,24
114:9 115:8 116:3
136:3,17
**20092010** 18:13
19:6,22 20:6,14
**201** 3:9
**2010** 1:6 9:11 95:23
98:13,22 99:9
100:3,12 101:11
102:15,21 103:3,6
105:1 116:4,19
117:12 139:23
144:9,9 146:22
**2011** 1:16 9:6
**20th** 9:11 59:17
117:8,12 139:23
139:24 144:9
146:22
**21** 7:17 68:23 69:13
102:15
**2179** 1:3
**2185** 2:5
**21st** 160:25
**22** 72:24 73:10
96:15 102:3 130:4
142:2
**23** 66:15 99:9 100:3
100:12 149:12
**2324** 7:8
**23863** 100:23
**24** 6:5 57:2 66:15
**25** 32:15 47:4,6,12
47:19 53:2,4 78:2
79:2 80:2 83:11
96:25 135:7,22
**250** 2:4
**252** 49:7 57:15 61:1
76:9 79:20 96:17
111:19
**252block** 19:15
25:17
**26** 15:9 137:5
**27** 137:13
**28** 102:20
**28th** 105:13

**29** 23:5,10,24
137:17
**2929** 4:4
**296** 94:21

___
**3**
___
**3** 104:5 130:20
162:13
**30** 9:7 22:10 129:17
148:21 160:15
**300** 1:22
**30650** 75:18
**31** 23:5,10,24
**31303** 24:14
**31st** 144:9
**34** 26:7 57:6 127:14
127:16
**355** 3:19
**35th** 3:19
**36** 104:5
**36511** 48:12
**3700** 3:14
**38301** 39:10
**39** 6:6
**39192** 60:8
**399** 4:13

___
**4**
___
**4** 70:18 71:10
119:23
**40** 150:20
**4000** 2:15
**40015** 119:23
**41** 150:24
**41487** 66:3
**44** 23:15
**4500** 4:8
**48** 6:8 23:20
**4th** 22:11

___
**5**
___
**5** 23:5,10,24 70:18
70:25 72:24,25
73:9,10 94:15
139:8,16 140:4,10
142:2,5,14 149:1

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.     Telephone: (504) 525-9100**
**New Orleans, LA 70130-6029     Board-Certified Court Reporters     Facsimile: (504) 525-9109**

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010    Reported by:

**JIM W. BRYAN**  **May 6, 2011 JOSEPH R. KAISER, JR., CCR, RPR**

184

```
      149:18
52 119:14
55 162:13
56 6:9
57 162:15
5minute 103:20

        6
6 1:16 22:10 23:5
   23:10,24 70:19
   71:6 129:17
   148:21 160:15
60 44:5,9,21,24
601 1:15 9:5
60654 1:22
623 82:16
65 72:23
66 6:11
69 6:12
6th 9:6

        7
7 23:5,24 39:22
   101:7 142:2,5,14
   149:1,18
70130 1:16
701705100 3:10
75 6:14
752702041 2:20
770025006 2:15
770026760 3:15
770102010 4:9
77019 4:4
77380 3:4

        8
8 9:7 23:10,15,20
   23:24 39:6,6 55:7
   129:17 141:5
   160:24
81 54:19 55:9
8505 74:6
8508 72:8,9
8523 69:13
8th 2:4
```

```
        9
9 5:5 57:2,6 128:9
90 73:19
900711560 3:20
90s 45:9 155:22
   156:19,20
94 6:15
97 155:13
997 50:11
9th 77:15
```

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**  **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6029    Board-Certified Court Reporters**  **Facsimile: (504) 525-9109**

Exhibit O
Page 61