# EXHIBIT P

Page 368

1                UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF LOUISIANA
2

3

        IN RE:  OIL SPILL     MDL NO. 2179
4       BY THE OIL RIG
        "DEEPWATER HORIZON"   SECTION:   J
5       IN THE GULF OF
        MEXICO, ON APRIL      JUDGE BARBIER
6       20, 2010              MAG. JUDGE SHUSHAN
7

13

14                     VOLUME II
15          Deposition of MICHAEL C. SERIO,
        taken in the Pan American Life Center,
16      Bayou Room, 11th Floor, 601 Poydras Street,
        New Orleans, Louisiana 70130, on Friday,
17      April 29, 2011.
18
19      APPEARANCES:
20

                deGRAVELLES, PALMINTIER, HOLTHAUS, &
21              FRUGÉ
                (By:  John W. deGravelles, Esquire,
22                   Sherry Lassere, Esquire)
                618 Main Street
23              Baton Rouge, Louisiana  70801-1910
                    (Plaintiff's Steering Committee)
24
25

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010
Reported by:

MICHAEL C. SERIO VOL. II                     April 29, 2011                     JOSEPH R. KAISER, JR., CCR, RPR

---

Page 369

```
 1   APPEARANCES (continued):
 2
 3       GALLOWAY JOHNSON TOMPKINS, BURR AND
         SMITH, APLC
 4       (By:  Lambert J. "Joe" Hassinger,
              Jr., Esquire)
 5       701 Poydras Street
         40th Floor
 6       New Orleans, Louisiana 70139
              (Attorneys for the State of
 7              Louisiana)
 8
         BINGHAM MCCUTCHEN
 9       (By:  David Yamin, Esquire)
         One Federal Street
10       Boston, Massachusetts  02110-1726
              (Attorneys for Anadarko
11              Petroleum and MOEX Offshore
                2007, LLC)
12
13
         KUCHLER POLK SCHELL WEINER &
14       RICHESON, LLC
         (By:  Terrance A. Prout, Esquire)
15       1615 Poydras Street
         Suite 1300
16       New Orleans, Louisiana  70112
              (Attorneys for Anadarko
17              Petroleum and MOEX Offshore
                2007, LLC)
18
19
         GODWIN RONQUILLO
20       (By:  Floyd R. Hartley, Jr.,
              Esquire and Elisaveta (Leiza)
21              Dolghih, Esquire)
         1201 Elm Street
22       Suite 1700
         Dallas, Texas  75270-2041
23              (Attorneys for Halliburton)
24
25
```

---

Page 370

```
 1   APPEARANCES (continued):
 2
 3       BECK, REDDEN & SECREST, L.L.P.
         (By:  Patrice B. Childress, Esquire)
 4       One Houston Center
         1221 McKinney Street
 5       Suite 4500
         Houston, Texas  77010-2010
 6              (Attorneys for Cameron
                International Corporation)
 7
 8
         JONES, WALKER, WAECHTER, POITEVENT,
 9       CARRÈRE & DENÈGRE L.L.P.
         (By:  Tarak Anada, Esquire)
10       201 St. Charles Avenue
         New Orleans, Louisiana  70170-5100
11              (Attorneys for Weatherford)
12
13
         JONES, WALKER, WAECHTER, POITEVENT,
14       CARRÈRE & DENÈGRE L.L.P.
         (By:  Douglas C. Longman, Jr.,
15              Esquire)
         600 Jefferson Street
16       Suite 1600
         Lafayette, Louisiana  70501
17              (Attorneys for Weatherford)
18
19
         KIRKLAND & ELLIS LLP
20       (By:  Walter R. Lancaster, Esquire)
         333 South Hope Street
21       Los Angeles, California  90071
              (Attorneys for BP)
22
23
24
25
```

---

Page 371

```
 1   APPEARANCES (continued):
 2
 3       KIRKLAND & ELLIS LLP
         (By:  Taylor L. Broadhead, Esquire)
 4       555 California Street
         San Francisco, California  94104
 5              (Attorneys for BP)
 6
 7       OFFICE OF THE SOLICITOR
         DIVISION OF ADMINISTRATION
 8       (By:  Lance Wenger, Esquire)
         755 Parfet Street, Suite 151
 9       Lakewood, Colorado  80215
10
11       MORGAN, LEWIS & BOCKIUS LLP
         (By:  John C. Funderburk, Esquire)
12       1000 Louisiana Street  Suite 4000
         Houston, Texas  77002-5006
13              (Attorneys for M-I SWACO)
14
15       PREIS & ROY, PLC
         (By:  Robert L. Blankenship,
16              Esquire)
         Versailles Centre
17       102 Versailles Boulevard, Suite 400
         Lafayette Louisiana  70501
18              (Attorneys for Transocean)
19
20
         FRILOT, LLC
21       (By:  Paul C. Thibodeaux, Esquire)
         1100 Poydras Street, Suite 3700
22       New Orleans, Louisiana  70163
              (Attorneys for Transocean)
23
24
25
```

---

Page 372

```
 1   APPEARANCES (continued):
 2
 3       WARE, JACKSON, LEE & CHAMBERS,
         L.L.P.
 4       (By:  Margaret Bryant, Esquire)
         America Tower
 5       2929 Allen Parkway
         Houston, Texas  77019
 6              (Attorneys for Dril-Quip, Inc.)
 7
 8       OFFICE OF THE ATTORNEY GENERAL
         STATE OF ALABAMA
 9       (By:  Peter J. Smyczek, Esquire)
         501 Washington Avenue
10       Montgomery, Alabama  36130-0152
              (Special Deputy Attorney General
11              for the State of Alabama)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

2 (Pages 369 to 372)

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6029          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit P

Page 2

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                              Reported by:
MICHAEL C. SERIO VOL. II                            April 29, 2011                     JOSEPH R. KAISER, JR., CCR, RPR

---

Page 373

```
1    THE VIDEOGRAPHER:
2
3        Mark Ancalade
4
5
6
7
8
9
10
11
12
13
14
15
     REPORTED BY:
16
17
18       JOSEPH R. KAISER, JR., CCR, RPR
         Certified Court Reporter
19       State of Louisiana
20
21
22       *   *   *   *   *
23
24
25
```

---

Page 375

```
1                EXHIBITS
2
3                            Page
     No.
4
5    Exhibit 2129          377
6
7    Exhibit 2130          384
8
9    Exhibit 2131          403
10
11   Exhibit 2132          403
12
13   Exhibit 2133          403
14
15   Exhibit 2134          446
16
17
18
19
20
         *   *   *   *   *
21
22
23
24
25
```

---

Page 374

```
1           EXAMINATION INDEX
2
3               Page No.
4
5
     By Mr. Lancaster        377
6
7
8
     By Mr. Thibodeaux       456
9
10
11   By Mr. Yamin            541
12
13
14   By Mr. Hartley          546
15
16
17
     By Mr. deGravelles      559
18
19
20
21       *   *   *   *   *
22
23
24
25
```

---

Page 376

```
1    DESCRIPTIVE EXHIBIT INDEX
2
3    Exhibit 2129 - two pages from Halliburton
     website
4
5    Exhibit 2130 - two pages from Halliburton
6    website
7
8    Exhibit 2131 - six pages from Halliburton
     website
9
10
11   Exhibit 2132 - jointly authored article
12
13   Exhibit 2133 - U.S. land-offshore cementing
     work methods
14
15   Exhibit 2134 - cementing database
16
17
18
19
20
21       *   *   *   *   *
22
23
24
25
```

---

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C.                    Telephone: (504) 525-9100
New Orleans, LA 70130-6029                   Board-Certified Court Reporters               Facsimile: (504) 525-9109

Exhibit P
Page 3

Page 377

1            S T I P U L A T I O N
2
3       It is stipulated and agreed by and
4  between counsel for the parties hereto that
5  the deposition of the aforementioned
6  witness is hereby being taken for all
7  purposes allowed under Article 1421, et
8  seq., of the Louisiana Code of Civil
9  Procedure, in accordance with law, pursuant
10 to notice;
11      That the formalities of reading and
12 signing are specifically not waived;
13      That the formalities of filing,
14 sealing, and certification are specifically
15 waived;
16      That all objections, save those as
17 to the form of the question and the
18 responsiveness of the answer, are hereby
19 reserved until such time as this
20 deposition, or any part thereof, may be
21 used or sought to be used in evidence.
22      JOSEPH R. KAISER, JR., CCR, RPR
23 Certified Court Reporter in and for
24 the State of Louisiana, officiated in
25 administering the oath to the witness.

Page 378

1         P R O C E E D I N G S
2       THE VIDEOGRAPHER:
3           We are now back on the record,
4  this is the beginning of Tape 1 on April
5  the 29th, 2011 at the time indicated on the
6  video screen, which is 8:30.
7           MICHAEL C. SERIO,
8  after having been previously duly sworn by
9  the above-mentioned Certified Court
10 Reporter, was examined and testified as
11 follows:
12 EXAMINATION BY MR. LANCASTER:
13     Q.   Good morning, Mr. Serio.
14     A.   Good morning.
15     Q.   Please open your binder to
16 Tab 9?
17     MR. LANCASTER:
18         We're going to mark Tab 9 as
19 Exhibit 2129.
20         (Whereupon, the document
21 referred to was marked as Exhibit No. 2129
22 for identification.)
23 EXAMINATION BY MR. LANCASTER:
24     Q.   And do you see that that is
25 another occasion where Halliburton is

Page 379

1  providing information to its customers and
2  others about the benefits of foam cement?
3       MR. HARTLEY:
4           Object, form.
5  EXAMINATION BY MR. LANCASTER:
6       Q.   It's right in front of you.  You
7  see that?
8       A.   How would you define that?
9       Q.   The way I define it is, isn't
10 Exhibit 2129 another occasion on which
11 Halliburton is describing to its customers
12 and others the benefit of foam cement?  Is
13 that what Exhibit 2129 is?
14      MR. HARTLEY:
15          Object to form.
16      THE WITNESS:
17          Yes, sir, I agree.
18 EXAMINATION BY MR. LANCASTER:
19      Q.   Right.  In fact, if you look in
20 the right-hand column it even lists
21 advantages.  It says quote, advantages,
22 helps improve mud displacement, prevent gas
23 migration and protect the formation.
24          Would you agree that those are
25 true statements, based upon your 30 years

Page 380

1  of experience at Halliburton?
2       MR. HARTLEY:
3           Object to form.
4       THE WITNESS:
5           Based on the four plus years I
6  have.  I have 30 with Halliburton, not all
7  if it was with foam cement.  But based on
8  my limited years of foam cementing, yes, I
9  agree.
10 EXAMINATION BY MR. LANCASTER:
11      Q.   That's fine.  And go down to
12 that first bullet point, it says one of the
13 advantages of foam cement is quote, cement
14 formation bonds that really hold up because
15 all the mud has been removed.
16          Did I read that correctly, under
17 bullet point one?  Did I read that
18 correctly, sir?
19      A.   You read that correctly, yes,
20 sir.
21      Q.   It doesn't say because some of
22 the mud has been removed, it says all the
23 mud has been removed; correct?
24      MR. HARTLEY:
25          Object to form.

4 (Pages 377 to 380)

Exhibit P
Page 4

Page 381

1  EXAMINATION BY MR. LANCASTER:
2      Q.   Is that what it says?
3  MR. HARTLEY:
4      Object to form.
5  THE WITNESS:
6      The word all is in there.
7  EXAMINATION BY MR. LANCASTER:
8      Q.   Right.  And then the next bullet
9  point says, quote the compressed gas
10 bubbles in foam cement shrink or expand,
11 but they don't move around or coalesce.
12 Instead, they maintain pressure while the
13 cement hydrates.
14     Did I read that correctly?
15     A.   Yes, sir.
16     Q.   And that's describing what we
17 talked about yesterday, which is that
18 critical time period between when the
19 cement goes from a liquid to when it goes
20 to a gel; correct?
21 MR. HARTLEY:
22     Object to form.
23 THE WITNESS:
24     When the cement hydrates?
25 EXAMINATION BY MR. LANCASTER:

Page 382

1      Q.   Right.  They maintain pressure
2  while the cement hydrates.  Isn't that
3  describing that period of time where gas
4  can flow between when the cement is a
5  liquid and when it's going to a gel?  Isn't
6  that true, sir?
7  MR. HARTLEY:
8      Object to form.
9  THE WITNESS:
10     That's not what I understand is
11 when cement hydrates.
12 EXAMINATION BY MR. LANCASTER:
13     Q.   Okay.  When the cement hydrates,
14 what do you understand that to mean?
15     A.   That's a chemical process when
16 it goes from a liquid to a solid.
17     Q.   Right.  And I'm --
18     A.   It's not the same thing as what
19 you're --
20     Q.   And on that way, it attains what
21 they call gel strength; right?  On the way
22 to becoming a solid it gels; right?
23     A.   Well, my opinion, when it's
24 hydration process begins, the cement is
25 chemically becoming hard.  So that's like

Page 383

1  at the end of this gel.
2      Q.   Let's take your definition.  So
3  let's go from the period of time when the
4  cement is a liquid to the point in time
5  where it hydrates.  What Halliburton is
6  telling its customers and others is that
7  the benefit of foam cement is that the
8  result is virtually no gas migration into
9  the cement, ever, while the cement is being
10 placed while it sets.
11     Did I read that correctly?
12     A.   Yes, sir.
13     Q.   And that's the benefit of foam
14 cement that's described there; correct?
15 MR. HARTLEY:
16     Object to form.
17 THE WITNESS:
18     That's what I understand that to
19 state.
20 EXAMINATION BY MR. LANCASTER:
21     Q.   Right.  And it doesn't say
22 virtually no gas migration into the cement,
23 ever, except in severe gas flow situations.
24 It doesn't say that; does it?
25 MR. HARTLEY:

Page 384

1      Object to form.
2  EXAMINATION BY MR. LANCASTER:
3      Q.   It doesn't say it; does it, sir?
4  MR. HARTLEY:
5      Object to form.
6  THE WITNESS:
7      No.  I don't see that in here.
8  EXAMINATION BY MR. LANCASTER:
9      Q.   Right.  And it also doesn't say
10 virtually no gas migration into the cement,
11 ever, except on cement jobs we pour for BP.
12 It doesn't say that, either; does it?
13 MR. HARTLEY:
14     Object to form.
15 THE WITNESS:
16     No, sir, it doesn't say that.
17 MR. LANCASTER:
18     Please turn to Tab 11.  Tab 11,
19 which we're going to mark as Exhibit 2130,
20 is another informational piece put out by
21 Halliburton in 2005 at Halliburton.com that
22 is entitled Opti-Cem™ RT cement job design
23 and simulation system.
24 EXAMINATION BY MR. LANCASTER:
25     Q.   Do you see that?

5 (Pages 381 to 384)

Exhibit P
Page 5

Page 385

```
 1      A.  Yes, sir.
 2          (Whereupon, the document
 3   referred to was marked as Exhibit No. 2130
 4   for identification.)
 5   EXAMINATION BY MR. LANCASTER:
 6      Q.  And under that says now, see
 7   what's happening while you can still do
 8   something about it.
 9          Did I read that correctly?
10      A.  Yes, sir.
11      Q.  All right.  And then it goes on,
12   it says this advanced software program
13   simulates the job while it is actually
14   going on, letting you adjust the
15   displacement rate as needed and telling you
16   how fast you can safely pump.
17          Did I read that correctly?
18      A.  Yes, sir.
19      Q.  All right.  And have you ever
20   used Opti-Cem™ RT before?
21      A.  No, sir.  I have not.
22      Q.  All right.  Well, let's at least
23   read what Halliburton tells its customers
24   and others that Opti-Cem™ RT lets you do.
25   If you look down at the bullet point right
```

Page 386

```
 1   here?  You're with me?
 2      A.  Okay.
 3      Q.  All right.  It says Opti-Cem™ RT
 4   also lets you:  See where your fluids are
 5   downhole.  Did I read that correctly?
 6   MR. HARTLEY:
 7          Object to form.
 8   THE WITNESS:
 9          Yes, sir, you read those words
10   correctly.
11   EXAMINATION BY MR. LANCASTER:
12      Q.  Thank you.  The next bullet says
13   See ECD in real-time, enabling you to pump
14   as fast as safely possible.
15          Did I read that correctly?
16      A.  Yes, sir, you did.
17      Q.  And who does the pumping on a
18   cement job?  Is that part, is that the
19   specially trained ZoneSealSM process cement
20   team member?  Are they the ones that do the
21   pumping on the cement job?
22      A.  That would be our service
23   supervisor on location.
24      Q.  It would be a Halliburton
25   person; right?
```

Page 387

```
 1      A.  Yes, sir.
 2      Q.  All right.
 3      A.  During the mixing of the cement.
 4   That's what you're talking about?
 5      Q.  And the person that's using
 6   Opti-Cem™ RT on a well like Macondo would
 7   be a Halliburton person; right?
 8   MR. HARTLEY:
 9          Object to form.
10   THE WITNESS:
11          Yeah, it would be a Halliburton
12   employee, yes.
13   EXAMINATION BY MR. LANCASTER:
14      Q.  Okay.  And then it says, third
15   bullet point, compare what was planned
16   versus what is actually occurring, allowing
17   you necessary corrections to become -- I'll
18   read that again.
19          Opti-Cem™ RT also lets you:
20   Third bullet point, compare what was
21   planned versus what is actually occurring,
22   allowing any necessary corrections to
23   become obvious in time to respond.
24          Did I read that correctly?
25      A.  Yes, you did.
```

Page 388

```
 1      Q.  All right.  And then we go down
 2   at the very bottom under how it works.  It
 3   says at the end, the results give the
 4   onsite specialist downhole information that
 5   is invaluable when last-minute decisions
 6   must be made.
 7          This is yet another reference by
 8   Halliburton to its ability to respond to
 9   last-minute decisions; right?
10   MR. HARTLEY:
11          Object to form.
12   EXAMINATION BY MR. LANCASTER:
13      Q.  Correct?
14   MR. HARTLEY:
15          Object to form.
16   THE WITNESS:
17          That's what it says, yes, sir.
18   EXAMINATION BY MR. LANCASTER:
19      Q.  Right.  And were you aware that
20   on the Macondo well, managing ECDs were one
21   of the items of concern?
22          Were you aware of that?
23      A.  No, sir.
24      Q.  But Halliburton tells its
25   customers that when it's doing a cement
```

6 (Pages 385 to 388)

Exhibit P
Page 6

Page 389

1  job, it can see ECD in real-time, enabling
2  its personnel to pump as fast as safely as
3  possible. That's what Halliburton tells
4  its customers; right?
5      MR. HARTLEY:
6         Object to form.
7      THE WITNESS:
8         Repeat that again. I'm sorry.
9  EXAMINATION BY MR. LANCASTER:
10     Q.   Sure. Halliburton tells its
11  customers that when it's pumping the cement
12  job and using Opti-Cem™ RT, it can see ECDs
13  in real-time, enabling the Halliburton
14  personnel to pump as fast as safely
15  possible. That's what it tells its
16  customers; right?
17     MR. HARTLEY:
18        Object to form.
19     THE WITNESS:
20        Yes, sir.
21  EXAMINATION BY MR. LANCASTER:
22     Q.   Now, turn it over. You have to
23  take it out of the binder, if you will, and
24  hold it up for the camera so they can see
25  this bottom chart. Just hold it up to the

Page 390

1  camera just for a minute to see that graph.
2         Have you ever seen a graph like
3  that for the Macondo well? The ECD design
4  versus real-time graph? Have you ever seen
5  that for the Macondo well?
6      A.   No, sir. I don't recall ever
7  seeing that.
8      Q.   When you got the post-job report
9  did you look through it to see if there was
10  a graph like this one on Exhibit 2130?
11     MR. HARTLEY:
12        Object to form.
13  EXAMINATION BY MR. LANCASTER:
14     Q.   ECD, design versus real-time?
15     MR. HARTLEY:
16        Object to form.
17     THE WITNESS:
18        I don't recall looking through
19  it, to be honest.
20  EXAMINATION BY MR. LANCASTER:
21     Q.   All right. Well, you've seen
22  these kinds of graphs on Opti-Cem™ reports
23  over your career; right? ECD graphs;
24  right? That's a standard option in
25  Opti-Cem™?

Page 391

1      A.   Right.
2      Q.   All right.
3      A.   On the simulation.
4      Q.   On the simulation. Okay. You
5  see where that blue line, horizontal blue
6  line and it says that's the ECD at weak
7  zone calculated? Do you see that?
8      A.   Yes, sir.
9      Q.   And that's typical on an
10  Opti-Cem™ simulation, to put a line there
11  for the weak zone or the frac or fracture
12  zone; right?
13     A.   Yes, sir.
14     Q.   And the idea is you want to keep
15  your ECDs below that; right?
16     A.   Yes, sir.
17     Q.   And then look at what it says
18  beneath that box. It says in addition to
19  your typical pressure, rate and density
20  summary, because you can see equivalent
21  circulating density, ECD, in real-time,
22  Opti-Cem™ RT allows you to pump as fast as
23  safely possible.
24        It says that right below that
25  graph; doesn't it?

Page 392

1      A.   Yes, sir, it does.
2      Q.   So it says that the Opti-Cem™,
3  that the Halliburton specially trained
4  ZoneSealSM process cementing specialist can
5  watch ECDs real-time while the cement's
6  being pumped and keep them below the frac
7  gradient.
8         That's what they're telling the
9  customers; right?
10     MR. HARTLEY:
11        Object to form.
12     THE WITNESS:
13        I'd say you got to attempt.
14  EXAMINATION BY MR. LANCASTER:
15     Q.   You got to attempt to do it.
16  Right.
17     A.   He may be able to. I don't
18  know.
19     Q.   Right. Well, and if you're
20  watching it and you see the ECDs climbing,
21  then the Opti-Cem™, the Halliburton
22  operator should take some steps to keep it
23  from going right through the roof; right?
24     MR. HARTLEY:
25        Object to form.

7 (Pages 389 to 392)

Exhibit P
Page 7

Page 393

1  EXAMINATION BY MR. LANCASTER:
2      Q.   He should try, he should attempt
3  to do something; right?
4      MR. HARTLEY:
5          Object to form.
6      THE WITNESS:
7          If RT is running and --
8  EXAMINATION BY MR. LANCASTER:
9      Q.   If RT is running.  Well, can you
10 think of any good reason not to be running
11 this wonderful technology that Halliburton
12 has on a well like Macondo?  Is there any
13 good reason not to be running it?
14     MR. HARTLEY:
15         Object to form.
16     THE WITNESS:
17         No.  I can't see any reason not
18 to run it, no, sir.
19 EXAMINATION BY MR. LANCASTER:
20     Q.   Now, let's go Tab 13.  Tab 13 is
21 another document from the Halliburton
22 website entitled cementing, innovative
23 cement enhancement, proven techniques for a
24 successful cement job, planning, testing
25 and evaluation.  Did I read that correctly?

Page 394

1      A.   Yes, sir, you did.
2      Q.   All right.  And then the very
3  first sentence says, quote, Halliburton,
4  the industry leader in cementing
5  innovation, offers proven solutions for
6  every cement job.
7          That's what it says; right, sir?
8      A.   Yes, sir, that's what it says.
9      Q.   It doesn't say proven solutions
10 for most jobs; does it?
11     MR. HARTLEY:
12         Object to form.
13 EXAMINATION BY MR. LANCASTER:
14     Q.   Does it, sir?
15     A.   No, it doesn't.
16     MR. HARTLEY:
17         Object to form.
18 EXAMINATION BY MR. LANCASTER:
19     Q.   It doesn't say proven solutions
20 for every job except jobs we do for BP;
21 does it, sir?
22     MR. HARTLEY:
23         Object to form.
24     THE WITNESS:
25         No, sir, it does not.

Page 395

1  EXAMINATION BY MR. LANCASTER:
2      Q.   Turn to the third page.  You see
3  where it says Halliburton's displacement
4  facility?
5      A.   Yes, sir.
6      Q.   It says quote, Halliburton's
7  displacement facility is unique to the
8  industry.  A large-scale test model employs
9  equipment and materials to simulate actual
10 cementing conditions.
11         Do you know if that was ever
12 done for the Macondo well, either before or
13 after April 20th?
14     A.   No, sir, I don't.
15     Q.   Who would I ask, who would I go
16 to to find that out; do you know?  Do you
17 have any ideas?
18     A.   No, sir.  No.  I'm not --
19     Q.   I'm sorry, didn't mean to
20 interrupt.  Go ahead.
21     A.   I can only give you an opinion
22 who I think.  I don't know who.
23     Q.   Well, if you were looking to
24 find the answer to that, who would be the
25 first person you would go to, if you were

Page 396

1  trying to find out the answer to that?
2      A.   I would probably talk to Jesse
3  first.
4      Q.   Mr. Gagliano?
5      A.   Yes, sir.
6      Q.   Even if he wasn't involved
7  post-April 20th, wasn't there some
8  post-April 20th investigation that
9  Halliburton was doing?  Is there like a lab
10 manager that you're aware of that you would
11 go to to find out that?
12         I'll withdraw the question.
13     A.   I don't understand.
14     Q.   We're on a time limit, let me
15 move on.  So turn to the next page.
16         You see where it says on page 4
17 that it's got this nice little output here,
18 but then it has Cast-V™.  Do you see that?
19     A.   Yes, sir.
20     Q.   All right.  Under Cast-V™,
21 trademark, it says quote, the newest
22 generation Circumferential Acoustic
23 Scanning Tool, the Cast-V™ is a rotating
24 ultrasonic pulse echo tool which yields
25 unprecedented radial analysis for both

8 (Pages 393 to 396)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

Reported by:

MICHAEL C. SERIO VOL. II     April 29, 2011     JOSEPH R. KAISER, JR., CCR, RPR

Page 397

1  cement evaluation and casing inspection
2  services. With multiple scanner sizes to
3  optimize wellbore conditions, downhole
4  digital processing, built-in navigation
5  information and real-time processing, the
6  Cast-V™ provides instance downhole
7  analysis. Well site analysis is enhanced
8  by 3-D presentation capabilities available
9  immediately after logging.
10      Did I read that correctly, sir?
11      A.  Yes, sir.
12      Q.  And then looking at this chart,
13  do you see on the left-hand side it says
14  problem? Do you see that?
15      A.  Yes, sir.
16      Q.  And on the right-hand side it
17  says Halliburton solution?
18      A.  Yes, sir, I do.
19      Q.  And so on this chart Halliburton
20  identifies the number of different
21  cementing related problems and it says what
22  the Halliburton solution is for the
23  problem; right?
24      MR. HARTLEY:
25        Object to form.

Page 398

1      THE WITNESS:
2        Yes, sir.
3  EXAMINATION BY MR. LANCASTER:
4      Q.  Right. So now look under
5  channelling is a problem. The Halliburton
6  solution is to use PET/Cast-V™ to determine
7  orientation and size of channels. Do you
8  see that?
9      A.  Yes, sir.
10      Q.  All right. If Halliburton
11  believed that channelling was going to
12  occur on the Macondo well, why wouldn't
13  they recommend to BP the Halliburton
14  solution? Can you think of any reason for
15  Halliburton not to do that?
16      MR. HARTLEY:
17        Object to form.
18      THE WITNESS:
19        Unless I'm misunderstanding this
20  wrong, this is like after, this is after
21  the cement job.
22  EXAMINATION BY MR. LANCASTER:
23      Q.  Right.
24      A.  Yeah, okay.
25      Q.  But if Halliburton believed that

Page 399

1  when they poured that cement it was for
2  sure going to channel, there was going to
3  be a channelling problem, why wouldn't they
4  recommend to BP the Halliburton solution
5  for channelling?
6      MR. HARTLEY:
7        Object to form.
8  EXAMINATION BY MR. LANCASTER:
9      Q.  Can you think of any good
10  reason?
11      MR. HARTLEY:
12        Object to form.
13      THE WITNESS:
14        I don't know the answer to that
15  question.
16  EXAMINATION BY MR. LANCASTER:
17      Q.  Well, are you aware that
18  Halliburton is saying channelling occurred
19  and is blaming BP for the 11 men dying on
20  the rig? Are you aware of that, sir?
21      MR. HARTLEY:
22        Object to form.
23      THE WITNESS:
24        No, sir.
25  EXAMINATION BY MR. LANCASTER:

Page 400

1      Q.  Well, do you think that before
2  Halliburton blames BP for channelling and
3  channeling occurring, that Halliburton
4  should at least have offered BP the
5  Halliburton solution to channelling?
6      MR. HARTLEY:
7        Object to form.
8  EXAMINATION BY MR. LANCASTER:
9      Q.  Wouldn't that have been the
10  right thing to do under the ZoneSealSM
11  process?
12      MR. HARTLEY:
13        Object to form.
14      THE WITNESS:
15        I didn't feel qualified to
16  answer that one.
17  EXAMINATION BY MR. LANCASTER:
18      Q.  Why not, sir? It's not a
19  technical question, sir, it's about doing
20  the right thing, the Halliburton way, the
21  ZoneSealSM process way. If Halliburton
22  really believed that channeling was
23  occurring, shouldn't they have offered BP
24  the Halliburton solution to channelling?
25      MR. HARTLEY:

9 (Pages 397 to 400)

601 Poydras Street, Suite 1720     GAUDET KAISER, L.L.C.     Telephone: (504) 525-9100
New Orleans, LA 70130-6029     Board-Certified Court Reporters     Facsimile: (504) 525-9109

Exhibit P
Page 9

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010      Reported by:
MICHAEL C. SERIO VOL. II      April 29, 2011      JOSEPH R. KAISER, JR., CCR, RPR

Page 401

1      Object to form.
2      THE WITNESS:
3      Taking too long.  Can you repeat
4   it one more time?
5      EXAMINATION BY MR. LANCASTER:
6      Q.   Sure.  If Halliburton truly
7   believed that channelling was, in fact,
8   going to occur and potentially put lives at
9   risk, should Halliburton have at least
10   recommended the Halliburton solution to
11   channelling to BP?
12      MR. HARTLEY:
13      Object to form.
14      EXAMINATION BY MR. LANCASTER:
15      Q.   Wouldn't that have been the
16   right thing to do?
17      MR. HARTLEY:
18      Object to form.
19      THE WITNESS:
20      I don't know.
21      EXAMINATION BY MR. LANCASTER:
22      Q.   As Halliburton sitting here -- I
23   mean, as the lead technical professional
24   with 30 years at Halliburton, you don't
25   know the answer to that question?  You're

Page 402

1   going to tell that to the Judge and jury?
2      MR. HARTLEY:
3      Object to form.
4      EXAMINATION BY MR. LANCASTER:
5      Q.   Really?
6      MR. HARTLEY:
7      Object to form.  It's not going
8   to help to badger him, he's a 30(b)(6)
9   witness.
10      MR. LANCASTER:
11      You know what, let me ask this
12   question.
13      EXAMINATION BY MR. LANCASTER:
14      Q.   Would you agree that one
15   reasonable scenario is that Halliburton
16   didn't really believe that channelling was,
17   in fact, going to occur and that's why they
18   didn't offer BP the Halliburton solution?
19      MR. HARTLEY:
20      Object to form.
21      THE WITNESS:
22      I can't answer that.
23      EXAMINATION BY MR. LANCASTER:
24      Q.   Let's go to Tab 14.  Tab 14 is a
25   jointly authored article about foam cement,

Page 403

1   authored by three employees of Halliburton
2   and somebody from Anadarko.
3      Do you see that?
4      A.   Yes, sir.
5      Q.   All right.  And it's titled foam
6   cement -- foamed conventional lightweight
7   cement slurry for ultralow density and low
8   ECDs solves lost circulation problem across
9   coal formations, a case history.
10      This is actually an article
11   about coal formations; right?
12      MR. HARTLEY:
13      Objection to form.
14      THE WITNESS:
15      That's what it states, yes, sir.
16      EXAMINATION BY MR. LANCASTER:
17      Q.   It does list in the right-hand
18   column foam cement offers many advantages,
19   including the following.  And then it lists
20   a bunch of advantages; right?
21      A.   Yes, sir, I see that.
22      Q.   And the good news is for the
23   sake of time I'm not going to go through
24   that one.  I just liked it because
25   Anadarko's on it.

Page 404

1      MR. YAMIN:
2      We --
3      MR. LANCASTER:
4      So we do have someone from
5   Anadarko here.
6      MR. YAMIN:
7      Counsel, are you marking Tab 13
8   as an exhibit?
9      MR. LANCASTER:
10      My apologies.  Tab 13 was 2131
11   and Tab 14 is Exhibit 2132.
12      (Whereupon, the documents
13   referred to were marked as Exhibit No. 2131
14   and Exhibit No. 2132 for identification.)
15      MR. LANCASTER:
16      And then we're going to go to
17   Tab 16 and we're going to mark that 2133.
18      (Whereupon, the document
19   referred to was marked as Exhibit No. 2133
20   for identification.)
21      MR. LANCASTER:
22      And what we realized last night,
23   when -- what we realized last night is that
24   the way it was produced from Halliburton is
25   it all has the same Bates number and even

10 (Pages 401 to 404)

601 Poydras Street, Suite 1720      GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6029      Board-Certified Court Reporters      Facsimile: (504) 525-9109

Exhibit P
Page 10

Page 405

1  though the document says it has page
2  numbers, it doesn't have page numbers.
3        We thought that would really be
4  inconvenient for the witness so what we did
5  is we got it reprinted off in color and
6  it's got sequential Halliburton Bates
7  numbers.  And I'm not sure, technologically
8  speaking, how that all happened but it is
9  what it is.
10     THE WITNESS:
11        Okay.
12     MR. LANCASTER:
13        So now we can at least turn to
14  the pages and be on the same page.  I'm
15  going to give you the flagged, it has flags
16  so it can help you focus on the document.
17     THE WITNESS:
18        Okay.
19  EXAMINATION BY MR. LANCASTER:
20     Q.   Do you have it now where we are
21  now calling Exhibit 2133 in front of you
22  which is U.S. land-offshore cementing work
23  methods, prepared for North American region
24  districts, April 2010.
25        Do you have that in front of

Page 406

1  you, sir?
2     A.   Yes, sir.
3     Q.   And you testified a little bit
4  earlier yesterday that there were these
5  things called Halliburton work methods;
6  right?
7     A.   Yes, sir.
8     Q.   And I'm not going to ask you --
9  if you want to read the whole document you
10  can do that but then we're going to go off
11  the record.  I'm not going to ask you about
12  the record, what I'm going to ask you to do
13  is I'm going to ask you to turn to page 782
14  under the Bates number system.
15        It's about halfway through.
16  Numbers in the lower right-hand corner
17  should get you to 782, the last three
18  digits.  You have 782, sir?
19     A.   Yes, sir.
20     Q.   And the title is foam cementing
21  and ZoneSealSM isolation processes; right?
22     A.   Yes, sir.
23     Q.   All right.  And then it states
24  the objective.  The objective of this
25  document is to help ensure the proper

Page 407

1  design and placement of foamed cement
2  slurry designs as well as the ZoneSealSM
3  insulation process.
4        Did I read that correctly?
5     A.   Yes.
6     Q.   I want you to go down to bullet
7  point No. 9.  Bullet point No. 9 says
8  recommend foaming spacers because increases
9  foam rheologies are more effective at hole
10  cleaning.  Do you see that?
11     A.   Yes, sir.
12     Q.   Do you know if the Halliburton
13  specially trained ZoneSealSM team on the
14  Macondo well followed the Halliburton work
15  method and foamed the spacers?  Do you know
16  if they did that?
17     A.   No, sir, I do not.
18     Q.   But if they were following the
19  work method they should have done that;
20  right?
21     MR. HARTLEY:
22        Object to form.
23     THE WITNESS:
24        I wouldn't say should have done
25  that.

Page 408

1  EXAMINATION BY MR. LANCASTER:
2     Q.   Well, isn't that what this says?
3  Recommend foaming spacers because increased
4  foam rheologies are more effective at hole
5  cleaning?  Isn't it telling the Halliburton
6  folks that they should foam the spacers?
7     MR. HARTLEY:
8        Object to form.
9     THE WITNESS:
10        It says to recommend it.
11  EXAMINATION BY MR. LANCASTER:
12     Q.   So they should have at least
13  recommended to BP that the spacers should
14  be foamed; right?  Or recommended it to
15  each other?
16     A.   To the customer, yes, sir.
17     Q.   All right.  So if you're
18  following the Halliburton work method, you
19  should recommend foaming the spacers
20  because increased foaming rheologies are
21  more effective at hole cleaning; correct?
22     MR. HARTLEY:
23        Object to form.
24     THE WITNESS:
25        Yes.

11 (Pages 405 to 408)

Exhibit P
Page 11

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                          Reported by:
MICHAEL C. SERIO VOL. II                          April 29, 2011                          JOSEPH R. KAISER, JR., CCR, RPR

Page 409

1  EXAMINATION BY MR. LANCASTER:
2      Q.   Now, if you turn to the front,
3  page 567 and 566.  566 title is Tuned
4  Spacer III.
5          Do you see that?
6      A.   Yes, sir.
7      Q.   And Tuned Spacer III is what
8  they used on the Macondo well; right?
9      A.   I wasn't, I'm not aware of the
10  spacer they used.
11      Q.   Well, I think the record will
12  reflect the Tuned Spacer III is what was
13  used on the Macondo well.  Now, turn to
14  page 567.  At the very top it says beware
15  of foaming.  Do you see that?
16      A.   Yes, sir, I see that.
17      Q.   And then in a ball point it says
18  do not use D-Air 3000L if the intention is
19  to foam the spacer during a ZoneSealSM job.
20          That's what that says; right?
21      A.   Yes, sir.
22      Q.   Were you aware that they used
23  D-Air 3000 on the Macondo job?
24      A.   D-Air 3000L?
25      Q.   Is there a difference, sir?

Page 410

1      A.   Yes.  This is a liquid and
2  that's a powder.
3      Q.   Do you know if the effects would
4  be the same?
5      A.   No.
6      Q.   With D-Air 3000 versus D-Air
7  3000L?
8      A.   No, sir.
9      Q.   So you don't know as you sit
10  here today whether or not D-Air 3000L and
11  D-Air 3000 would have the same negative
12  effects on foam spacer; do you?
13      MR. HARTLEY:
14          Object to form.
15      THE WITNESS:
16          No, sir.
17  EXAMINATION BY MR. LANCASTER:
18      Q.   That's kind of the thing you'd
19  want to the test out before you put your
20  slurry down the hole if you're going to use
21  D-Air 3000, whether or not it will
22  contaminate?  That's my question.
23      A.   Okay.  I'm sorry.
24      Q.   Isn't it true that before you
25  use D-Air 3000, you would want to test its

Page 411

1  compatibility with a Tuned Spacer III if
2  you're going to foam it.  You'd want to
3  test that before you put it in the hole;
4  right?
5      MR. HARTLEY:
6          Object to form.
7      THE WITNESS:
8          If you were to foam the spacer?
9  EXAMINATION BY MR. LANCASTER:
10      Q.   Yes.  If you're going to foam
11  Tuned Spacer III, wouldn't you want to test
12  its compatibility with D-Air 3000 before
13  you put it down a customer's well?
14      MR. HARTLEY:
15          Object to form.
16      THE WITNESS:
17          I'm not sure of the effect.
18  EXAMINATION BY MR. LANCASTER:
19      Q.   Right.  Unless you test it, you
20  don't know the effect; right?
21      MR. HARTLEY:
22          Object to form.
23      THE WITNESS:
24          I'm not sure.
25  EXAMINATION BY MR. LANCASTER:

Page 412

1      Q.   If it were your job and you had
2  D-Air 3000 and you were going to foam your
3  Tuned Spacer III, wouldn't you want to know
4  if they were compatible?
5      MR. HARTLEY:
6          Object to form.
7      THE WITNESS:
8          I would find out.
9  EXAMINATION BY MR. LANCASTER:
10      Q.   You would find out?
11      A.   I would find out.
12      Q.   And if nobody had the answer
13  you'd want to test it; right?
14      MR. HARTLEY:
15          Object to form.
16      THE WITNESS:
17          It's an option, yes, sir.
18  EXAMINATION BY MR. LANCASTER:
19      Q.   If nobody has the answer, can
20  you think of any other way to get the
21  answer other than to test?
22      A.   No.
23      Q.   So you'd test; right?
24      MR. HARTLEY:
25          Object to form.

12 (Pages 409 to 412)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010
MICHAEL C. SERIO VOL. II                    April 29, 2011

Reported by:
JOSEPH R. KAISER, JR., CCR, RPR

Page 413

```
 1        THE WITNESS:
 2        Yeah.
 3   EXAMINATION BY MR. LANCASTER:
 4        Q.   Thank you.  All right.  So let's
 5   turn to page 585 of the Halliburton land
 6   offshore work method.  This is
 7   Exhibit 2133.
 8        MR. deGRAVELLES:
 9        2132?
10        MR. HARTLEY:
11        It is 33.
12   EXAMINATION BY MR. LANCASTER:
13        Q.   It is 33.  So, again, turn to
14   page 585 of the Halliburton U.S.
15   land-offshore work methods, which is
16   Exhibit 2133.
17        Do you have that in front of
18   you?
19        A.   Yes, sir.
20        Q.   Do you see the midway down,
21   there's a section called pipe
22   centralization.  Do you see that, sir?
23        A.   Yes, sir.
24   [REDACTED]
25   [REDACTED]
```

Page 414

```
 1   [REDACTED]
 2   [REDACTED]
 3   [REDACTED]
 4   [REDACTED]
 5   [REDACTED]
 6        Do you see that, sir?
 7        A.   Yes, sir.
 8        Q.   Did the specially trained
 9   ZoneSealSM cementing team on the Macondo
10   well use the eccentricity option in
11   Opti-Cem™, to your knowledge?
12        A.   I do not know.
13        Q.   Where, if you were, if you
14   wanted to find out, is there someplace you
15   would look?  Is that contained in the
16   Opti-Cem™ report?  Is that beyond the
17   actual computer on which it was run?  How
18   would you find that out, if they had used
19   the eccentricity options?
20        A.   I'm not sure.
21        Q.   All right.
22        A.   I'm not familiar with the
23   program.
24        Q.   So what's interesting here is
25   what Halliburton is writing in its own
```

Page 415

```
 1   internal work methods, is that there are
 2   ways to help compensate for less than
 3   adequate centralization; right?
 4        MR. HARTLEY:
 5        Object to form.
 6        THE WITNESS:
 7        I'm reading this to say on the
 8   simulation.
 9   EXAMINATION BY MR. LANCASTER:
10        Q.   Right.
11        A.   You can simulate it, yeah.
12        Q.   Right.  So Halliburton is saying
13   as part of its work methods that if there,
14   if a specially trained ZoneSealSM cementing
15   team is faced with the situation where
16   adequate centralization cannot be achieved,
17   that there are potentially ways to
18   compensate as much as possible with other
19   parameters such as rate and fluid
20   rheologies; right?
21        MR. HARTLEY:
22        Object to form.
23   EXAMINATION BY MR. LANCASTER:
24        Q.   Right?
25        A.   You just read that correctly,
```

Page 416

```
 1   yes, sir.
 2        Q.   Right.  And, in fact, that's not
 3   the only way that Halliburton says you can
 4   compensate for less than adequate
 5   centralization; isn't that true?
 6        You won't find it in that
 7   paragraph.  My question is --
 8        A.   Okay.
 9        Q.   -- that's not the only way to
10   compensate for less than adequate
11   centralization; isn't that true?
12        A.   Object to form.
13        THE WITNESS:
14        I'm actually drawing a blank.
15   EXAMINATION BY MR. LANCASTER:
16        Q.   Well, I'll help you out because
17   it's right on page 589.  Turn to page 589
18   of Exhibit 2133.  You see the title of
19   page 589, identifying opportunities to
20   utilize swell technology as part of the
21   primary zonal isolation process, quote
22   cement assurance tool, end quote.
23        Do you see that?
24        A.   Yes, sir.
25        Q.   And I'm sure that really is
```

13 (Pages 413 to 416)

601 Poydras Street, Suite 1720
New Orleans, LA 70130-6029

GAUDET KAISER, L.L.C.
Board-Certified Court Reporters

Telephone: (504) 525-9100
Facsimile: (504) 525-9109

Exhibit P
Page 13

Page 417

1 swell technology. That's a bad pun, I take
2 it back. Withdrawn.
3      Let's go under information. It
4 says quote, swell technology can be used to
5 address the following customer needs and
6 concerns. And the second bullet point,
7 poor centralization. Do you see that, sir?
8      A. Yes, sir, I see it.
9      Q. To your knowledge, did the
10 specially trained ZoneSealSM cementing team
11 for Halliburton offer to BP or advise them
12 that they had this swell technology, cement
13 assurance tool that could be used to
14 address poor centralization? Anybody from
15 Halliburton do that?
16      MR. HARTLEY:
17           Object to form.
18      THE WITNESS:
19           I don't know.
20 EXAMINATION BY MR. LANCASTER:
21      Q. If they were following the
22 Halliburton work method and they were faced
23 with poor centralization, that's one of the
24 things that they should have considered;
25 right?

Page 418

1      MR. HARTLEY:
2           Object to form.
3      THE WITNESS:
4           That would be a consideration if
5 you felt you had poor centralization.
6 EXAMINATION BY MR. LANCASTER:
7      Q. Right. And I guess if they
8 didn't feel it was poor centralization,
9 then they didn't have to consider using
10 swell technology; correct?
11      MR. HARTLEY:
12           Object to form.
13      THE WITNESS:
14           I don't know enough about this
15 to feel confident what I'm telling you.
16 EXAMINATION BY MR. LANCASTER:
17      Q. All right. The other thing it
18 says is that swell technology can be used
19 to address the following customer needs and
20 concerns, including micro annulus, mud
21 channels, and poor cement coverage.
22           It says that, too; right?
23      A. Yes.
24      Q. Let's go to page 839.
25           You have page 839 of

Page 419

1 Exhibit 2133 in front of you, sir?
2      A. Yes.
3      Q. Entitled spacer and surfactant
4 design. Says the objective, to design a
5 spacer program which provides 100 percent
6 hole cleaning throughout the cemented
7 interval. Did I read that correctly?
8      A. Yes, you did.
9      Q. Turn to the next page, page 840.
10 Under comments -- do you see where it says
11 comments?
12      A. Yes.
13      Q. The second paragraph, quote, the
14 first recommendations to the customer
15 should be proper hole conditioning prior to
16 and during cementing. If the customer is
17 unable or unwilling to properly condition
18 the hole, spacer design should be taken to
19 the extreme to help prevent a poor cement
20 job. Did I read that correctly, sir?
21      A. Yes, sir, you did.
22      Q. Customers should be encouraged
23 to make wiper trips, circulate the hole
24 sufficiently, reciprocate or rotate the
25 pipe and pump as fast as possible. If

Page 420

1 customer is unable or unwilling to use
2 these steps, the YP and/or the weight of
3 the spacer can be increased.
4           Did I read that correctly?
5      A. Yes, sir.
6      Q. Did the specially trained
7 ZoneSealSM cement team on the Macondo well
8 take the spacer design to the extreme, to
9 your knowledge?
10      A. I don't know.
11      Q. All right. If they were
12 following the Halliburton work method and
13 if BP was unable or unwilling to get proper
14 conditioning of the hole, if they were
15 following the work method they should have
16 taken the design to the extreme; right?
17      MR. HARTLEY:
18           Object to form.
19      THE WITNESS:
20           If BP would agree with the
21 change.
22 EXAMINATION BY MR. LANCASTER:
23      Q. Right. They should have at
24 least tried; right?
25      MR. HARTLEY:

14 (Pages 417 to 420)

Page 421

1    Object to form.
2    THE WITNESS:
3        At least recommended it.
4    EXAMINATION BY MR. LANCASTER:
5    Q.   Right.  At least recommended it.
6    I agree.
7        All right.  Please turn to page
8    891, go all the way back.  Do you have that
9    in front of you, sir?
10   A.   Yes, sir.
11   Q.   Page 891 of Exhibit 2133 is
12   entitled GOM critical cementing action
13   process.  Did I read that title correctly?
14   A.   Yes, sir.
15   Q.   And it's got a little caution
16   barb and it says these items require the
17   notification of the appropriate personnel
18   minimum of 10 days prior to the job.  At a
19   minimum, one operational support person
20   consisting of local technical support
21   and/or service coordinator will be notified
22   to review all job parameters, fluids and
23   lab data and the Opti-Cem™ simulation.
24       Did I read that correctly?
25   A.   Yes, sir.

Page 422

1    Q.   And the first thing it says is
2    if you have a well with a gas flow
3    potential greater than eight.
4        Did I read that correctly?
5    A.   Uh huh.
6    Q.   Right?
7    A.   Yes, you did.
8    Q.   And then it goes on and says,
9    has a little phone logo and says if any of
10   the above situations are encountered, the
11   following personnel should be notified by
12   e-mail and voice contact of the upcoming
13   operation.  This procedure can be invoked
14   by anyone involved in the cementing
15   process.
16       And the people are to be
17   notified are the region manager, technical
18   advisors, technical professionals, GOM lab
19   manager, operations manager, service
20   coordinators, account representatives,
21   PDCs.  Do you see that, sir?
22   A.   Yes, sir.
23   Q.   Let's take them one by one.
24   First of all, on the Macondo well where the
25   gas flow potential and Opti-Cem™ were

Page 423

1    simulated as being 10, do you know if
2    the -- Mr. Gagliano or anybody else on the
3    cement team notified the appropriate
4    personnel 10 days before the job?
5    MR. HARTLEY:
6        Object to form.
7    THE WITNESS:
8        I don't know.
9    EXAMINATION BY MR. LANCASTER:
10   Q.   All right.  If Mr. Gagliano and
11   the Halliburton cement team were following
12   the Halliburton offshore work method, he
13   should notify the appropriate personnel;
14   correct?
15   MR. HARTLEY:
16       Object to form.
17   THE WITNESS:
18       He is one of the appropriate
19   personnel.
20   EXAMINATION BY MR. LANCASTER:
21   Q.   All right.  And then -- and
22   when that -- once that happened, would he
23   also be at a minimum one operational
24   support person?  Would he be that person,
25   too?

Page 424

1    MR. HARTLEY:
2        Object to form.
3    THE WITNESS:
4        I think he could be considered
5    that person.
6    EXAMINATION BY MR. LANCASTER:
7    Q.   Basically under the sentence
8    these items require the notification of the
9    appropriate personnel a minimum of 10 days
10   prior to the job, at a minimum one
11   operational support person consisting of
12   local technical support and/or service
13   coordinator will be notified, Mr. Gagliano
14   could fulfill all of those roles under the
15   Halliburton work methods; is that right?
16   A.   In my opinion.
17   MR. HARTLEY:
18       Object to form.
19   EXAMINATION BY MR. LANCASTER:
20   Q.   So he basically just needs to
21   inform himself; right?
22   MR. HARTLEY:
23       Object to form.
24   EXAMINATION BY MR. LANCASTER:
25   Q.   Is that right?

15 (Pages 421 to 424)

Exhibit P
Page 15

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                                                                                   Reported by:
MICHAEL C. SERIO VOL. II                                    April 29, 2011                                    JOSEPH R. KAISER, JR., CCR, RPR

Page 425

1      MR. HARTLEY:
2          Object to form.
3      MR. LANCASTER:
4          I'll withdraw the question.
5      THE WITNESS:
6          Okay.
7      EXAMINATION BY MR. LANCASTER:
8      Q.   But he isn't all the positions
9  listed. He's not the GOM lab manager, he's
10 not the regional manager, he's not the
11 operations manager, he's not the PDC;
12 right? He's not all of those things?
13     A.   No, sir.
14     Q.   All right. So in the case of
15 the Macondo well, if Mr. Gagliano is
16 following the Halliburton offshore work
17 methods, he or somebody on the cementing
18 team should -- and you had a gas flow
19 potential greater than eight -- should have
20 notified the region manager, technical
21 advisors, technical professionals all the
22 people listed on page 891; correct?
23     MR. HARTLEY:
24         Object to form.
25     MR. LANCASTER:

Page 426

1          I don't have a lot of time.
2      THE WITNESS:
3          I'm trying here.
4      EXAMINATION BY MR. LANCASTER:
5      Q.   The question is: Mr. Gagliano's
6  cement team, if they're on the Macondo well
7  and they thought there was a gas flow
8  potential greater than eight, they should
9  have contacted the people listed or the
10 positions listed on page 891; correct?
11     MR. HARTLEY:
12         Object, form.
13     THE WITNESS:
14         In my opinion, someone on this,
15 listed here needs to be -- want to make
16 sure they're aware. And since Jesse's the
17 in-house account rep for BP, then --
18 EXAMINATION BY MR. LANCASTER:
19     Q.   Time out. It doesn't say
20 contact one of the following --
21     MR. HARTLEY:
22         You should let him finish his
23 answer or not?
24     MR. LANCASTER:
25         No, because it's not responsive.

Page 427

1      EXAMINATION BY MR. LANCASTER:
2      Q.   The question -- what it says is
3  if any of the above situations are
4  encountered, the following personnel should
5  be notified. It doesn't say one of the
6  following personnel, it says the following
7  personnel.
8          That's what it says, sir; right?
9      MR. HARTLEY:
10         Object to form.
11     EXAMINATION BY MR. LANCASTER:
12     Q.   It doesn't say you only need to
13 notify one of the personnel; does it?
14     MR. HARTLEY:
15         Object to form.
16     THE WITNESS:
17         It appears to say all of them.
18     MR. LANCASTER:
19         All right. Thank you, sir.
20 EXAMINATION BY MR. LANCASTER:
21     Q.   Now, you testified yesterday
22 about the collection of gas flow potential
23 data in the GOM. There was a very
24 important project to Halliburton. Do you
25 remember that testimony?

Page 428

1      MR. HARTLEY:
2          Object to form.
3      THE WITNESS:
4          (Witness nods head).
5      EXAMINATION BY MR. LANCASTER:
6      Q.   You remember; right?
7      A.   Yeah. I mean, not every single
8  thing. I remember doing it, yes.
9      Q.   And there was an e-mail from you
10 that you were shown that said we will need
11 to huddle up right after lunch and come up
12 with a plan of attack. And you couldn't
13 remember if a plan of attack -- if you guys
14 ever huddled and what the plan was?
15     A.   Uh huh.
16     Q.   Do you remember today, or you're
17 still --
18     A.   No, sir. The same as yesterday.
19     Q.   Okay. But I'm not sure if it
20 was asked. If it was asked, I apologize.
21     A.   Okay.
22     Q.   But in this effort to gather GFP
23 data, first of all, who gave you the -- the
24 directions were coming from Ronnie Faul;
25 right; initially to you?

16 (Pages 425 to 428)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                Reported by:
MICHAEL C. SERIO VOL. II                                April 29, 2011                      JOSEPH R. KAISER, JR., CCR, RPR



Page 429

1      A.  I think that's correct, yes,
2  sir.  That's where it came from.
3      Q.  And then you e-mailed a bunch of
4  people and they were all Halliburton
5  businesspeople, they weren't lawyers;
6  right?
7      A.  No, sir.  They weren't.
8      Q.  Right.  Were lawyers at any time
9  when you were pulling together this GFP
10  data, were any Halliburton lawyers or
11  outside Halliburton lawyers directing you
12  and telling you what to do?
13      A.  No, sir.
14      Q.  Okay.  Do you know where this
15  GFP data is?  Because we have not seen it.
16      A.  No, sir, I don't.
17      Q.  Did you ever have it on your
18  computer?
19      A.  I possibly had it in the
20  spreadsheet, yes, sir.
21      Q.  Okay.  Well, we're going to
22  reserve the right to reopen your deposition
23  once we get a chance to see that gas flow
24  data that you were involved in, in pulling
25  together.

Page 431

1
2
3
4
5
6
7  EXAMINATION BY MR. LANCASTER:
8      Q.  Well, have you ever run a
9  program or been able to run a program where
10  you ran one Opti-Cem™ with foam cement and
11  another Opti-Cem™ without foam cement so
12  you could compare the difference?
13      A.  No, sir.  I don't think I've
14  ever done that.
15
16
17
18
19
20
21
22
23
24
25

Page 430

1          Let's go to -- I know you say
2  you never reviewed the production casing
3  design reports for the Macondo well; is
4  that right?
5      A.  Yes, sir.  That is correct.
6      Q.  But let me ask you a few
7  questions.  First of all, am I right that
8  Opti-Cem™ does not have an input for foam
9  versus unfoamed cement?
10      MR. HARTLEY:
11          Object to form.
12  EXAMINATION BY MR. LANCASTER:
13      Q.  To the best of your knowledge.
14      A.  I don't understand what you're
15  asking.
16      Q.  Well, you understand in any
17  model where you're going to run a
18  simulation you can put, you can have
19  certain inputs.  Like you can input the
20  number and position of centralizers; right?
21      A.  Yes, sir.
22
23
24
25

Page 432

1
2
3
4
5
6  EXAMINATION BY MR. LANCASTER:
7      Q.  All right.  Please turn to
8  Tab 22 in your binder.  We're done with
9  that document for now.  Thank you.
10      A.  Okay.  I'm there.
11      Q.  All right.  Tab 22 has
12  previously been marked as Exhibit 716A and
13  it is the 9 and 7/8ths by 7-inch production
14  casing design report prepared by
15  Halliburton for Brian Morel, dated
16  April 15, 2010 at 6:12 p.m.
17          Do you have that in front of
18  you?
19      A.  Yes, sir.
20      Q.  And even though you haven't
21  never read the Macondo Opti-Cem™ report,
22  you have reviewed a number of Opti-Cem™
23  reports during the course of your career;
24  correct?
25      A.  Yes, sir.

17 (Pages 429 to 432)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                      Reported by:
MICHAEL C. SERIO VOL. II                          April 29, 2011                          JOSEPH R. KAISER, JR., CCR, RPR

Page 433

```
 1      Q.   And you've --
 2      A.   It's been a while but yes, sir.
 3      Q.   And you were trained in
 4 Opti-Cem™ and you generally know how to
 5 read the Opti-Cem™ reports; correct?
 6      A.   Generally, yes, sir.
 7      Q.   All right.  So please turn to
 8 page 15 of Exhibit 716A.
 9      A.   I'm sorry, what page number?
10      Q.   15.
11      A.   15?
12      Q.   Yes.
13      A.   Which exhibit?
14      Q.   It's your tab --
15      A.   12 of 12?
16      Q.   It's behind Tab 22.
17      A.   Okay.  I'm in the next document.
18 Sorry.
19      Q.   The first document in Tab,
20 behind Tab 22 should be Exhibit 716A.  Does
21 it have a time stamp at the bottom of 6:12
22 p.m.?
23      A.   Yes, sir.
24      Q.   And are you at page 15?
25      A.   Yes, sir, I'm there.
```

Page 435

Page 434

Page 436

601 Poydras Street, Suite 1720                     GAUDET KAISER, L.L.C.                    Telephone: (504) 525-9100
New Orleans, LA 70130-6029                     Board-Certified Court Reporters              Facsimile: (504) 525-9109

Exhibit P
Page 18



601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C.                    Telephone: (504) 525-9100
New Orleans, LA 70130-6029                    Board-Certified Court Reporters                    Facsimile: (504) 525-9109

Exhibit P
Page 19

Page 441

1
2
3
4
5
6
7
8
9
10
11
12
13
14    Q.   All right.
15    MR. LANCASTER:
16        We have to break.
17    THE VIDEOGRAPHER:
18        This is the end of Tape 1, we're
19 now off the record at 9:29.
20        (Off the record.)
21    THE VIDEOGRAPHER:
22        This is the beginning of Tape 2,
23 we're now back on the record, the time is
24 9:38.
25    EXAMINATION BY MR. LANCASTER:

Page 442

1
2
3
4
5
6
7
8
9
10
11
12
13    Q.   So as I discussed earlier, the
14 post-job report which was reviewed both
15 before it was sent to BP and then through
16 the e-mails that we received in discovery,
17 reviewed by a number of people after it was
18 sent to BP, continues to say that
19 Halliburton estimated the top of cement at
20 17,300 feet.
21        That's right here, it's
22 Exhibit 713. We looked at it.  Right?
23    A.   Yes, sir.
24    MR. HARTLEY:
25        Object to form.

Page 443

1 EXAMINATION BY MR. LANCASTER:
2    Q.   So what Halliburton is telling
3 BP, that based upon all its analysis of the
4 data post-job on the Macondo well, that
5 notwithstanding the Opti-Cem™ model which
6 predicted a top of cement of 16,139 feet
7 for a severe GFP situation, that
8 Halliburton concluded based upon its
9 analysis of the data post-job is that the
10 estimate top of cement was 17,300 feet;
11 right?
12    MR. HARTLEY:
13        Object to form.
14    THE WITNESS:
15        Estimated.
16 EXAMINATION BY MR. LANCASTER:
17    Q.   Right.
18    A.   Top of cement, yeah, 17,300,
19 yes.
20    Q.   And 17,300 feet is more in line
21 with the estimate that Opti-Cem™ made for
22 the minor gas flow situation than it is for
23 the severe gas flow situation; correct?
24    MR. HARTLEY:
25        Object to form.

Page 444

1    THE WITNESS:
2        Yes, sir, it's close to that
3 now.
4 EXAMINATION BY MR. LANCASTER:
5    Q.   And so that's an indicator that
6 Halliburton believed that the model with
7 the severe gas flow potential did not come
8 to fruition in real life, that the model
9 was in error on the Macondo well, that it
10 really happened, according to Halliburton
11 with its best estimate, was that the top of
12 cement was 17,300 feet; correct?
13    MR. HARTLEY:
14        Object to form.
15    THE WITNESS:
16        I wasn't aware of any of this.
17 So I don't feel qualified to agree with
18 that statement.
19 EXAMINATION BY MR. LANCASTER:
20    Q.   Well, you've read a number of
21 post-job reports in your career; right?
22 Haven't you?
23    A.   I read a few.
24    Q.   A few?
25    A.   Uh huh.

20 (Pages 441 to 444)

Exhibit P
Page 20

Page 445

1    Q.    Probably more than five; right?
2    A.    On the ones when I was in-house.
3    Q.    You were in-house for several
4  years; right?
5    A.    Yes, sir.  Five and a half
6  years.
7    Q.    Right.  So you probably did more
8  than five cement jobs?
9    A.    Yes, sir.
10    Q.    And as a diligent Halliburton
11  employee, you would have reviewed every
12  post-job report you sent to the client;
13  right?
14    A.    Yes, sir.
15    Q.    And when you estimate top of
16  cement in a post-job report, you're telling
17  the client that Halliburton's best estimate
18  of what the actual top of cement is for the
19  job is whatever is reported in the post-job
20  report; right?
21    A.    I don't know if I ever estimated
22  top of cement.  Well, I've never been on
23  location in that capacity.
24    Q.    Right.  But isn't --
25    A.    When that report was generated,

Page 446

1  I've never done that.  I've also never done
2  a job such as this, a foam production job
3  In my time in the customer's office.
4    Q.    Okay.  But isn't that a standard
5  thing that's reported, estimated top of
6  cement, to a client?
7    A.    I can't tell if it's standard or
8  if it's not.  In this current role I don't
9  look at them.
10    Q.    Is there ever a time in your
11  career where when you gave a client a
12  post-job report you didn't give them an
13  estimate of top of cement, that you can
14  recall?
15    A.    That I did not?
16    Q.    Right.
17    A.    Yes, sir, I think so.
18    Q.    Let's move on because I'm
19  running out of time.
20          So you talked a little bit
21  yesterday about these spreadsheets where
22  you are collecting data about the use of
23  foam cement in the Gulf of Mexico.
24          Do you recall that?
25    A.    Yes, sir.

Page 447

1    Q.    And the -- I actually went out
2  and had them printed off larger because my
3  tired eyes can't read all that fine print.
4  And we actually put them together so you
5  would actually read them.
6    MR. HARTLEY:
7          Do you have an extra copy for
8  me?
9    MR. LANCASTER:
10          This is going to be the official
11  copy right here.  Put that sticker, 2134.
12          (Whereupon, the document
13  referred to was marked as Exhibit No. 2134
14  for identification.)
15    MR. LANCASTER:
16          So the massive copy that's all
17  taped together and highlighted, we're going
18  to mark as Exhibit 2134.  All right.  And
19  that's what is known as ZoneSealSM or foam
20  with tubulars modified June 10, 2010,
21  minimum water depth 1500 feet.
22          That's Exhibit 2134, for the
23  record.
24    MR. HARTLEY:
25          What's the depth?

Page 448

1    MR. LANCASTER:
2          1500 feet.
3  EXAMINATION BY MR. LANCASTER:
4    Q.    So the record's going to be what
5  the record's going to be.  So maybe our
6  math last night wasn't perfect because it
7  got to be pretty late.
8          But does it sound about right,
9  that there were 348 foam cement jobs in the
10  Gulf of Mexico done by Halliburton for its
11  customers during the time period of this
12  data review that we marked as Exhibit 2134?
13  Does that sound about right?
14    A.    I don't honestly know.
15    Q.    Well, do you know how many
16  wells, where -- do you know how many wells
17  on Exhibit 2134 Halliburton pumped with
18  foam cement at a depth greater than 17,000
19  feet?
20    A.    No, sir.
21    Q.    We counted 17.  Do you know how
22  many wells that Halliburton used foam
23  cement with D-Air 3000?
24          Do you know how many wells,
25  according to Exhibit 2134 and our human

21 (Pages 445 to 448)

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C.                    Telephone: (504) 525-9100
New Orleans, LA 70130-6029                    Board-Certified Court Reporters                    Facsimile: (504) 525-9109

Exhibit P
Page 21

Page 449

1  counting, Halliburton pumped foam cement
2  with D-Air 3000?
3      A.   No, sir, I don't.
4      Q.   We counted eight.
5      A.   Okay.
6      Q.   Do you know how many wells,
7  according to Exhibit 2134 and our human
8  counting last night, where Halliburton
9  pumped foam cement with D-Air 3000 at a
10 depth greater than 17,000 feet?
11     A.   No, sir, I don't.
12     Q.   We counted one.  You might guess
13 which well that was?
14     MR. HARTLEY:
15         Object to form.
16     THE WITNESS:
17         You want a guess?  No, sir.
18 EXAMINATION BY MR. LANCASTER:
19     Q.   It's the Macondo well.
20     A.   Okay.
21     Q.   Did anybody from Halliburton, to
22 your knowledge, ever tell BP that it had
23 never used a foam cement with D-Air 3000 in
24 the Gulf of Mexico at a depth below 17,000
25 feet before the Macondo well?

Page 450

1      A.   I don't know.
2      Q.   Is it Halliburton's practice in
3  your 30 years of experience to use its
4  customers as real-life experiments to test
5  out unproven designs?
6      MR. HARTLEY:
7          Object to form.
8      THE WITNESS:
9          I don't appreciate that
10 question.
11 EXAMINATION BY MR. LANCASTER:
12     Q.   Well, whether you appreciate it
13 or not, is it Halliburton's practice in
14 your 30 years to use its customers as
15 real-life experiments to test out unproven
16 designs?
17     MR. HARTLEY:
18         Object to form.
19     THE WITNESS:
20         No.
21 EXAMINATION BY MR. LANCASTER:
22     Q.   Is it Halliburton's practice to
23 try out for the first time an unproven
24 cement slurry in deepwater applications
25 where Opti-Cem™ says that the gas flow

Page 451

1  potential is severe?
2      MR. HARTLEY:
3          Object to form.
4      THE WITNESS:
5          Repeat that, please.
6  EXAMINATION BY MR. LANCASTER:
7      Q.   Sure.  Is it Halliburton's
8  experience -- strike that.  Is it
9  Halliburton's practice, in your experience,
10 to try out for the first time unproven
11 cement slurries in deepwater applications
12 where its Opti-Cem™ modeling says the gas
13 flow potential is severe?
14     MR. HARTLEY:
15         Object to form.
16     THE WITNESS:
17         I don't know.
18 EXAMINATION BY MR. LANCASTER:
19     Q.   If the specially trained
20 ZoneSealSM cement team was doing things the
21 ZoneSealSM way, the right way, shouldn't
22 one of them have told BP, hey, guys, we're
23 going to pump a cement slurry design to a
24 depth we've never done before?  Shouldn't
25 they have told BP that?

Page 452

1      MR. HARTLEY:
2          Object to form.
3      THE WITNESS:
4          To a depth we've never --
5  EXAMINATION BY MR. LANCASTER:
6      Q.   Sure.  If the specially trained
7  ZoneSealSM cement team was doing things the
8  ZoneSealSM way, the Halliburton right way,
9  shouldn't one of the members of the team
10 have told BP that the foam slurry design
11 with D-Air 3000 that Halliburton was going
12 to pump had never been pumped at a depth
13 that great before?
14         Should they have told BP that?
15     MR. HARTLEY:
16         Object to form.
17     THE WITNESS:
18         Not in my opinion.
19 EXAMINATION BY MR. LANCASTER:
20     Q.   Don't you think that might be an
21 important thing that the customer might
22 want to know, that you're proposing to pump
23 a design, a cement design that you've never
24 applied at a depth that great in a well
25 where you're saying is severe -- that the

22 (Pages 449 to 452)

Exhibit P
Page 22

Page 453

1  gas flow potential is severe?  Don't you
2  think a customer might want to know that
3  you'd never done that before?
4      MR. HARTLEY:
5          Object to form.
6      THE WITNESS:
7          It would depend on the depths of
8  the job that we have, I guess.
9  EXAMINATION BY MR. LANCASTER:
10     Q.   But according to this, you had
11 never applied foam cement with D-Air 3000
12 at a depth below 17,000 feet in the history
13 of Halliburton in the GOM.  Isn't that
14 something that BP is entitled to know
15 before you guys pump the cement down the
16 hole?
17     MR. HARTLEY:
18         Object to form.
19     THE WITNESS:
20         We had pumped on the job with
21 D-Air, pumps met with D-Air before.
22 EXAMINATION BY MR. LANCASTER:
23     Q.   But never at that depth?
24     MR. HARTLEY:
25         Object to form.

Page 454

1      THE WITNESS:
2          That doesn't jump out at me, no,
3  sir.
4  EXAMINATION BY MR. LANCASTER:
5      Q.   Was BP entitled to trust
6  Halliburton to know how its foam cement
7  would work with D-Air 3000 and that
8  Halliburton knew how to pump a proper
9  cement slurry on the Macondo well?  Was BP
10 entitled to trust Halliburton to do that?
11     MR. HARTLEY:
12         Object to form.
13     THE WITNESS:
14         Yes, sir.
15 EXAMINATION BY MR. LANCASTER:
16     Q.   Prior to the incident, did
17 anyone at Halliburton, to your knowledge,
18 tell BP that if we pump this cement slurry
19 with six centralizers in the hole, the
20 cement is not going to work?
21     A.   I don't know.
22     MR. HARTLEY:
23         Object to form.
24 EXAMINATION BY MR. LANCASTER:
25     Q.   To your knowledge, prior to the

Page 455

1  incident did anyone from Halliburton tell
2  BP if we pump this cement, we will be
3  creating a safety hazard or unsafe
4  condition?  Did anyone tell BP that?
5      MR. HARTLEY:
6          Object to form.
7      THE WITNESS:
8          I don't know.
9  EXAMINATION BY MR. LANCASTER:
10     Q.   Well, if any of the members of
11 the specially trained ZoneSealSM process
12 cementing team believed that pumping the
13 cement job on April 19, 2010 would result
14 in an unsafe well condition, then pursuant
15 to the Halliburton policy for a stop work
16 authority, somebody should have said
17 something to BP or Transocean.
18         Isn't that true, sir?
19     MR. HARTLEY:
20         Object to form.
21     THE WITNESS:
22         Restate that, please.
23 EXAMINATION BY MR. LANCASTER:
24     Q.   Sure.  If any of the members of
25 the specially trained ZoneSealSM process

Page 456

1  cementing team believed that pumping the
2  foam cement job on April 19, 2010 would
3  result in an unsafe well condition, then
4  pursuant to Halliburton's policy regarding
5  stop work authority, somebody should have
6  said something to BP or to Transocean.
7          Correct?
8      MR. HARTLEY:
9          Object to form.
10     THE WITNESS:
11         That they felt something that
12 meant to -- I'm sorry, state that again.
13         I want to get it straight.
14     MR. LANCASTER:
15         Sure.  I'll do it one more time.
16     THE WITNESS:
17         One more time.
18 EXAMINATION BY MR. LANCASTER:
19     Q.   If any of the members of the
20 specially trained ZoneSealSM process
21 cementing team believed that pumping the
22 foam cement job on April 19, 2010 would
23 result in an unsafe well condition, then
24 pursuant to Halliburton's policy regarding
25 stop work authority, one of them should

23 (Pages 453 to 456)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010
MICHAEL C. SERIO VOL. II                    April 29, 2011                    Reported by
JOSEPH R. KAISER, JR., CCR, RPR

Page 457

1 have said something to BP or Transocean;
2 right?
3      MR. HARTLEY:
4          Object to form.
5      THE WITNESS:
6          I'm not sure the stop work
7 authority is exactly -- I would feel if
8 anyone felt that something was, you know,
9 anything major or something, they would
10 have said something.
11     MR. LANCASTER:
12         Okay. Thank you.
13         That's all the questions I have.
14     THE VIDEOGRAPHER:
15         We're now off the record at
16 9:52.
17     MR. LANCASTER:
18         And I'm going to cede any of my
19 remaining time to -- I'll give it back to
20 the plaintiffs. To the PSC.
21         (Off the record.)
22     THE VIDEOGRAPHER:
23         We're now back on the record,
24 the time is 9:58.
25 EXAMINATION BY MR. THIBODEAUX:

Page 458

1      Q.   Good morning, Mr. Serio, my name
2 is Paul Thibodeaux and this is my
3 colleague, Robert Blankenship, and we
4 represent Transocean.
5      A.   Yes, sir.
6      Q.   We've never met before today;
7 correct?
8      A.   No, sir.
9      Q.   I want to go into -- jump back
10 to your background a little bit. We talked
11 about how you have a degree in petroleum
12 engineering; correct?
13     A.   Yes, sir.
14     Q.   Okay. Did you ever sit for the
15 professional engineering licensing board
16 test?
17     A.   No, sir.
18     Q.   Okay. Have you ever been
19 retained as an expert regarding any
20 cementing issues?
21     A.   No, sir.
22     Q.   Okay. Your title was, your
23 title is right now and was, on April 20th,
24 lead technical professional at Halliburton;
25 right?

Page 459

1      A.   Yes, sir. That's correct.
2      Q.   As a lead technical professional
3 at Halliburton, you were not aware of
4 anyone within Halliburton that had concerns
5 with the DEEPWATER HORIZON's rig crew,
6 their competency in particular?
7      A.   No, sir.
8      Q.   You personally had no concerns
9 with the rig crew's competency; correct?
10     A.   No, sir.
11     Q.   As a lead technical professional
12 at Halliburton, you were not aware of
13 anyone within Halliburton that had any
14 concerns regarding the ability of the
15 DEEPWATER HORIZON rig to safely perform its
16 duties at the Macondo well; correct?
17     A.   Correct.
18     Q.   And you personally had no
19 problems with that; correct?
20     A.   No, sir.
21     Q.   Let's jump into some of the
22 different testing that was done on the
23 Macondo cement slurry that was run for the
24 final production casing job.
25     A.   Okay.

Page 460

1      Q.   Regarding stability test, what
2 is a foam cement stability test?
3      MR. HARTLEY:
4          Object to form.
5      THE WITNESS:
6          I've never actually run one.
7 EXAMINATION BY MR. THIBODEAUX:
8      Q.   You are familiar with stability
9 tests; correct?
10     A.   I have a general knowledge.
11     Q.   What is your knowledge of what a
12 stability test is?
13     A.   The way it's conducted?
14     Q.   Sure.
15     A.   Okay. To my limited knowledge
16 here, the slurry is poured into a plastic
17 graduated cylinder, allowed to cure, and
18 then I think it's cut into three, after
19 it's hard it's cut into three equal length
20 pieces. And then I think the specific
21 gravity of each is checked for density
22 consistency.
23     Q.   And -- I'm sorry. Were you
24 finished?
25     A.   That's about all I know.

24 (Pages 457 to 460)

Page 461

1     Q.   If a cement slurry that is being
2  tested for stability fails the stability
3  test, what does that indicate?
4     MR. HARTLEY:
5         Object to form.
6     THE WITNESS:
7         Well, that the density's going
8  to be varying, you know, from the top to
9  the bottom of the slurry.
10  EXAMINATION BY MR. THIBODEAUX:
11     Q.   It's also that the cement slurry
12  is unstable; correct?
13     MR. HARTLEY:
14         Object to the form.
15     THE WITNESS:
16         Yes, sir.  As far as I know.
17  EXAMINATION BY MR. THIBODEAUX:
18     Q.   As a petroleum engineer with
19  30 years of cementing experience with
20  Halliburton, you would not run an unstable
21  foam cement in a hydrocarbon bearing zone;
22  correct?
23     MR. HARTLEY:
24         Object to form.
25     THE WITNESS:

Page 462

1         If I knew the slurry was
2  unstable, sure, I don't think I would do
3  that.
4  EXAMINATION BY MR. THIBODEAUX:
5     Q.   You would not run it; correct?
6     A.   I would not recommend it, no,
7  sir.
8     Q.   Do you know how long it takes to
9  perform a foamed cement stability test?
10     A.   No.  I can't say.  I don't know.
11     Q.   Do you know if it's a matter of
12  days?
13     MR. HARTLEY:
14         Object to form.
15     THE WITNESS:
16         I don't know what it is.
17  EXAMINATION BY MR. THIBODEAUX:
18     Q.   You don't know?
19     A.   I don't know.
20     Q.   All right.  For foamed cement
21  jobs for production casing in deepwater
22  wells, it's standard practice for
23  Halliburton to provide stability tests on
24  the cement slurry that will actually be
25  running into the well; correct?

Page 463

1     MR. HARTLEY:
2         Object to form.
3     THE WITNESS:
4         Not to my knowledge.
5  EXAMINATION BY MR. THIBODEAUX:
6     Q.   If the customer requires that a
7  stability test be provided, then
8  Halliburton will provide that test;
9  correct?
10     A.   Yes, sir.
11     Q.   All right.  So what is a static
12  gel strength transition time test?
13     A.   Okay.  Well, that's a measure of
14  the gel strength development of the cement
15  slurry.  Basically a cement slurry.
16     Q.   It's a measure of the time in
17  which it takes for the cement to transition
18  from its hydrostatic state to a gelled
19  state; correct?
20     MR. HARTLEY:
21         Object to form.
22     THE WITNESS:
23         Can you repeat the initial one?
24  You said a -- what did you say?  What did
25  you ask?

Page 464

1  EXAMINATION BY MR. THIBODEAUX:
2     Q.   Sure.
3     A.   A gel strength test?
4     Q.   Yes.  A static gel strength
5  transition time test.
6     A.   Okay.
7     Q.   That tests determines the time
8  in which it takes for a cement slurry to
9  transition from its hydrostatic state to a
10  state in which it acts like cement once it
11  acts as a gel; correct?
12     A.   It's a time test and it's a
13  measure of the gel strength for a
14  particular time.
15     Q.   Okay.
16     A.   Yeah.
17     Q.   Regarding a deepwater well with
18  a high gas flow potential, a static gel
19  strength transition time test is important;
20  correct?
21     MR. HARTLEY:
22         Object to form.
23     THE WITNESS:
24         I would say, I would agree with
25  that.

25 (Pages 461 to 464)

Page 465

1  EXAMINATION BY MR. THIBODEAUX:
2      Q.   Why do you think it's important?
3      A.   For a well with a high gas flow
4  potential?  Yes, you would want a, a
5  minimize transition time.
6      Q.   And why would you want to
7  minimize that transition time?
8      MR. HARTLEY:
9          Object to form.
10     THE WITNESS:
11         Well, that's a point at which if
12  there's going to be some influx into the
13  slurry, that's when it's going to happen so
14  you want that to be short.
15  EXAMINATION BY MR. THIBODEAUX:
16     Q.   You want the transition time to
17  be short because of the potential for gas
18  to migrate through the slurry before it
19  reaches that gel strength; correct?
20     A.   I said the ultimate 500 PSI per
21  hundred square foot gel strength.
22     Q.   Now, if gas does migrate through
23  the cement slurry before it is transitioned
24  to that 500 PSI gel strength you just
25  talked about, that can result in

Page 466

1  contamination of the cement; correct?
2      MR. HARTLEY:
3          Object to form.
4      THE WITNESS:
5          Yes, contamination, yes, sir.
6  EXAMINATION BY MR. THIBODEAUX:
7      Q.   It can also result in
8  channelling within the cement; correct?
9      MR. HARTLEY:
10         Object to form.
11     THE WITNESS:
12         I would agree with that, yes,
13  sir.
14  EXAMINATION BY MR. THIBODEAUX:
15     Q.   You would agree with that?
16     A.   It depends on how much influx
17  you get.
18     Q.   Sure.  But it can result in
19  channelling in the cement; correct?
20     MR. HARTLEY:
21         Object to form.
22     THE WITNESS:
23         It's a possibility.
24  EXAMINATION BY MR. THIBODEAUX:
25     Q.   It can also result in nitrogen

Page 467

1  breakdown -- breakout; correct?
2      MR. HARTLEY:
3          Object to form.
4      THE WITNESS:
5          I don't know the answer to that
6  one.
7  EXAMINATION BY MR. THIBODEAUX:
8      Q.   Okay.  Mr. Serio, what is a zero
9  gel time test?
10     A.   That's the time from -- let's
11  see.  That's the time to 100 pounds per
12  hundred square foot.  A static gel.  In my
13  knowledge.
14     Q.   Stated differently, is a zero
15  gel time test, does that test the time
16  before a cement begins to gel?
17     MR. HARTLEY:
18         Object to form.
19     THE WITNESS:
20         No.  I mean, it's, it's gelling
21  in that time.  Because it goes up to
22  100 pounds per hundred square foot and
23  that's a measurement of gel strength.
24  EXAMINATION BY MR. THIBODEAUX:
25     Q.   So is that the time until it

Page 468

1  reaches that 100 pounds?
2      A.   That's correct.  Yes, sir.
3      Q.   Now, for a deepwater well where
4  you're going to be running cement in the
5  production casing, in the production zone,
6  a zero gel time test is also important;
7  correct?
8      MR. HARTLEY:
9          Object to form.
10     THE WITNESS:
11         If you run the transition time
12  test you're going to get to zero gel, so --
13  EXAMINATION BY MR. THIBODEAUX:
14     Q.   That's going to be part of the
15  static gel strength transition time?
16     A.   Yes, sir.
17     Q.   And you would run the zero gel
18  time test for the same reason that you
19  would run the static gel strength test;
20  correct?
21     MR. HARTLEY:
22         Object to form.
23     THE WITNESS:
24         It's all part of the same test.
25  You're going to get that, you're going to

26 (Pages 465 to 468)

Page 469

1  get the zero gel time and the transition
2  time from the same test.
3      EXAMINATION BY MR. THIBODEAUX:
4      Q.   Okay.  What is a settlement
5  test?
6      A.   Again, I have a general
7  knowledge of this, I never worked in a lab,
8  but it's a measurement of if the slurry
9  settles or not.
10      Q.   Well, a foamed cement production
11  casing job in a deepwater well, why would
12  you run a settlement test?
13      MR. HARTLEY:
14          Object to form.
15      THE WITNESS:
16          If you would run one, you would
17  check for settling.
18      MR. THIBODEAUX:
19          Excuse me?
20      THE WITNESS:
21          If you would run one you would
22  be checking for settling.
23      EXAMINATION BY MR. THIBODEAUX:
24      Q.   I'm sorry.  Why would you be
25  interested in learning whether the slurry

Page 470

1  settled?
2      MR. HARTLEY:
3          Object to form.
4      THE WITNESS:
5          Because you do not want the
6  slurry to settle, you want it to be uniform
7  throughout.
8      EXAMINATION BY MR. THIBODEAUX:
9      Q.   And why do you want it to be
10  uniform throughout?
11      MR. HARTLEY:
12          Object to form.
13      THE WITNESS:
14          You just want a consistent
15  slurry.
16      EXAMINATION BY MR. THIBODEAUX:
17      Q.   So if you do not run a
18  settlement test, you can't determine if you
19  will have a consistent slurry distribution;
20  correct?
21      A.   That's the way to check that
22  particular slurry.
23      Q.   Are there other ways to check
24  it?
25      MR. HARTLEY:

Page 471

1          Object to form.
2      THE WITNESS:
3          Not to my knowledge.
4      EXAMINATION BY MR. THIBODEAUX:
5      Q.   You're not aware of any?
6      A.   No, sir.
7      Q.   If BP required a specific
8  settlement test to be run for foamed cement
9  jobs in a production casing area, you would
10  have expected Jesse Gagliano to know that;
11  correct?
12      MR. HARTLEY:
13          Object to form.
14      THE WITNESS:
15          Yes.
16      EXAMINATION BY MR. THIBODEAUX:
17      Q.   As a petroleum engineer with
18  30 years of experience in cementing with
19  Halliburton, you would not proceed with a
20  production casings cement job without
21  seeing test results establishing an
22  acceptable static gel strength transition
23  time; correct?
24      MR. HARTLEY:
25          Object to form.

Page 472

1      THE WITNESS:
2          Can you read again from where
3  you said --
4      EXAMINATION BY MR. THIBODEAUX:
5      Q.   Sure.  You would not --
6      A.   You would proceed.  At that
7  point, yes.
8      Q.   You would not proceed with a
9  production casing cement job without seeing
10  test results establishing an acceptable
11  static gel strength conditioning time --
12  transition time, I'm sorry.
13      MR. HARTLEY:
14          Object to the form.
15      THE WITNESS:
16          Transition time?  What type of
17  slurry we're talking about?
18      EXAMINATION BY MR. THIBODEAUX:
19      Q.   A foam cement slurry.
20      A.   I'd say not necessarily.  But to
21  my knowledge, the test you're talking
22  about -- I'm confused now.  If you're
23  talking the base cement prior to it being
24  foamed, the static gel strength.
25      Q.   Okay.  But you would want to see

27 (Pages 469 to 472)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                    Reported by:
MICHAEL C. SERIO VOL. II                              April 29, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 473

1  a static gel strength test on the base
2  cement before it was run to the production;
3  is that correct?
4      A.   I never, in my time designed a
5  foam production casing cement so I guess my
6  answer is no.
7  EXAMINATION BY MR. THIBODEAUX:
8      Q.   What if it wasn't a foam job?
9  What if it was a regular base cement job,
10 would you want to see a static gel strength
11 test before you ran the base cement into a
12 production zone?
13     MR. HARTLEY:
14         Object to form.
15     THE WITNESS:
16         Not necessarily.
17 EXAMINATION BY MR. THIBODEAUX:
18     Q.   And why not?
19     A.   It would depend on the flow
20 potential.
21     Q.   What if you had severe gas flow
22 potential?
23     A.   Then I would probably run it.
24     Q.   You would probably run it or you
25 would run it?

Page 474

1      A.   I would run it.
2      Q.   You would -- before running the
3  cement job you would ensure that you had an
4  acceptable static gel strength transition
5  time test; correct?
6      A.   Yes.
7      Q.   Now, the same question with
8  respect to fluid loss test. Before running
9  a cement job in a deepwater well in a
10 production zone, as a petroleum engineer
11 and in your 30 years of experience with
12 Halliburton, you would want to see a fluid
13 loss test, an acceptable fluid loss test
14 before that job was run; correct?
15     MR. HARTLEY:
16         Object to form.
17     THE WITNESS:
18         If I was setting up the test, I
19 would request a fluid loss test.
20 EXAMINATION BY MR. THIBODEAUX:
21     Q.   Okay. What about a free water
22 test? As a petroleum engineer with
23 30 years of experience with Halliburton,
24 before you ran a production casing cement
25 job in a deepwater well you would also want

Page 475

1  to see an acceptable free water test;
2  correct?
3      MR. HARTLEY:
4          Object to form.
5      THE WITNESS:
6          If I was setting up the test, I
7  would request that, yes, sir.
8  EXAMINATION BY MR. THIBODEAUX:
9      Q.   Now, with respect to free water,
10 fluid loss, static gel transition time
11 tests, you would expect Jesse Gagliano to
12 also request those tests; correct?
13     MR. HARTLEY:
14         Object to form.
15     THE WITNESS:
16         I don't know what -- I don't
17 know what Jesse would request.
18 EXAMINATION BY MR. THIBODEAUX:
19     Q.   Well, based on the same
20 reasoning that you would request the tests,
21 wouldn't you expect somebody else at
22 Halliburton to request those tests?
23     MR. HARTLEY:
24         Object to form.
25     THE WITNESS:

Page 476

1          I would expect them to.
2  EXAMINATION BY MR. THIBODEAUX:
3      Q.   You would expect them to?
4      A.   In my opinion.
5      Q.   As a petroleum engineer with
6  30 years of experience at Halliburton in
7  cementing, you would not proceed with a
8  production casing cement job without seeing
9  an acceptable foam spacer compatibility
10 test; correct?
11     MR. HARTLEY:
12         Object to form.
13     THE WITNESS:
14         You said a foam spacer
15 compatibility test with the mud or --
16 EXAMINATION BY MR. THIBODEAUX:
17     Q.   Sure. With the mud.
18     MR. HARTLEY:
19         Object to form.
20     THE WITNESS:
21         I would probably set up a
22 compatibility test with the spacer ahead of
23 the cement and the mud.
24 EXAMINATION BY MR. THIBODEAUX:
25     Q.   You probably would or you would?

28 (Pages 473 to 476)

601 Poydras Street, Suite 1720                        GAUDET KAISER, L.L.C.                 Telephone: (504) 525-9100
New Orleans, LA 70130-6029                        Board-Certified Court Reporters          Facsimile: (504) 525-9109

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                    Reported by:
MICHAEL C. SERIO VOL. II                          April 29, 2011                          JOSEPH R. KAISER, JR., CCR, RPR

Page 477

1     A.   I would.  I would.
2     Q.   And you would do that because of
3  the potential for contamination of the
4  cement slurry by the actual mud; correct?
5     A.   The spacer.
6     Q.   The spacer?
7     A.   Okay.  You asked me if I would
8  set up a compatibility test with the spacer
9  and the mud; right?
10    Q.   Correct.
11    A.   What was that question?
12    Q.   And you would do that because of
13  the potential contamination that would
14  result from the mud to the spacer or to the
15  cement; correct?
16    MR. HARTLEY:
17        Object to form.
18    THE WITNESS:
19        I mean, I don't want my spacer
20  to be incompatible with the mud.
21  EXAMINATION BY MR. THIBODEAUX:
22    Q.   You don't want it to be
23  incompatible with mud; correct?
24    A.   Yes.
25    Q.   Now, in a situation where there

Page 478

1  is a heavier density -- I'm sorry, lighter
2  density mud in the rathole, then the
3  density of the cement in the shoe track
4  above it, you would also require there to
5  be some type of compatibility test with
6  respect to the interface between that
7  cement and the mud in the rathole; correct?
8     MR. HARTLEY:
9         Object to form.
10    THE WITNESS:
11        In my opinion, if it's the same
12  mud, just a lighter density, I would feel
13  that would not be necessary.
14  EXAMINATION BY MR. THIBODEAUX:
15    Q.   Lighter density than what?
16    A.   You said there's a lighter
17  density of mud in the rathole.
18    Q.   Lighter density than the cement;
19  right.
20    A.   Oh?
21    Q.   When you have lighter density
22  mud in the rathole as opposed, compared to
23  the density of the cement above it, there's
24  a potential for those to interchange;
25  correct?

Page 479

1     A.   Yes.
2     Q.   There's a potential for mixing
3  of those; correct?
4     A.   Yes.
5     Q.   There's a potential for
6  contamination of the cement in the shoe
7  track by that rat -- by the mud in the
8  rathole; correct?
9     MR. HARTLEY:
10        Object to form.
11    THE WITNESS:
12        If that swapping occurs.
13  EXAMINATION BY MR. THIBODEAUX:
14    Q.   Now, because of the potential
15  for that swapping, you would not proceed
16  with running that cement in the production
17  casing zone without a compatibility test
18  regarding that mud and that cement that's
19  in the shoe track; correct?
20    MR. HARTLEY:
21        Object to form.
22    THE WITNESS:
23        I would probably want to know
24  the effect of those.
25  EXAMINATION BY MR. THIBODEAUX:

Page 480

1     Q.   You probably would, or you
2  would?
3     A.   I would want to know.
4     Q.   And you would expect anybody at
5  Halliburton to want to know that; correct?
6     MR. HARTLEY:
7         Object to form.
8     THE WITNESS:
9         In my opinion, yes.
10  EXAMINATION BY MR. THIBODEAUX:
11    Q.   Okay.  You're familiar with the
12  retarder additives that Halliburton has;
13  correct?
14    A.   Yes, sir.
15    Q.   Okay.  Why do you add a retarder
16  to a foam slurry?
17    MR. HARTLEY:
18        Object to form.
19    THE WITNESS:
20        To extend the thickening time.
21  EXAMINATION BY MR. THIBODEAUX:
22    Q.   Now, by extending the thickening
23  time, you are retarding the cement curing
24  process; correct?
25    MR. HARTLEY:

29 (Pages 477 to 480)

601 Poydras Street, Suite 1720                     GAUDET KAISER, L.L.C.                      Telephone: (504) 525-9100
New Orleans, LA 70130-6029                    Board-Certified Court Reporters                 Facsimile: (504) 525-9109

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                                    Reported by:
MICHAEL C. SERIO VOL. II                           April 29, 2011                        JOSEPH R. KAISER, JR., CCR, RPR

Page 481

1        Object to form.
2        THE WITNESS:
3            I'd agree with that.
4    EXAMINATION BY MR. THIBODEAUX:
5        Q.   And because it retards, because
6    the retarder retards the curing process, it
7    also affects the compressive strength
8    developing; correct?
9        MR. HARTLEY:
10           Object to form.
11   EXAMINATION BY MR. THIBODEAUX:
12       Q.   Of the cement.
13       MR. HARTLEY:
14           Object to form.
15       THE WITNESS:
16           Yes.
17   EXAMINATION BY MR. THIBODEAUX:
18       Q.   It extends the amount of time in
19   which the cement attains higher levels of
20   compressive strength; right?
21       MR. HARTLEY:
22           Object to form.
23       THE WITNESS:
24           It's temperature dependent.
25   EXAMINATION BY MR. THIBODEAUX:

Page 482

1        Q.   It's also temporal in that if
2    you add a retarder, there's an extended
3    time which the cement takes longer to
4    develop its compressive strength; correct?
5        MR. HARTLEY:
6            Object to form.
7        THE WITNESS:
8            Again, it's temperature
9    dependent. I mean, a cement without a
10   retarder may take the same amount of time
11   as a cement with retarder. A cement
12   without retarder at a cooler temperature
13   may take the same amount of time of cement
14   with retarder, retarder for the depth it's
15   going to be at, so it takes longer, I mean,
16   you know.
17   EXAMINATION BY MR. THIBODEAUX:
18       Q.   Assuming the temperature is the
19   same, though. Assume the temperature is
20   the same, when you add retarder to a cement
21   slurry it will reduce -- I'm sorry -- it
22   will extend the amount of time for the
23   cement to reach base levels of compressive
24   strength; right?
25       MR. HARTLEY:

Page 483

1        Object to form.
2        THE WITNESS:
3            What do you mean by extend? I
4    mean --
5    EXAMINATION BY MR. THIBODEAUX:
6        Q.   Well, if you do not add the
7    retarder, then you'll reach, for example, a
8    compressive strength of 500 PSI before you
9    would if you did add the retarder; right?
10       A.   You might not get that,
11   depending on the temperature in the --
12   because of the job you might even get it
13   out of the pipe. I mean --
14       Q.   Okay. Assume the job, assume
15   the job takes, based on the temperatures
16   downhole, a cement slurry without retarder
17   added to it will take you five hours to
18   reach 500 PSI. You're with me?
19       A.   At a particular temperature.
20       Q.   At a particular temperature.
21       A.   Yes, sir.
22       Q.   Assume you had the same
23   variables with respect to temperature and
24   you add a retarder to it, it would then
25   take you longer than five hours to reach

Page 484

1    the 500 PSI compressive strength; right?
2        A.   Yes.
3        Q.   Thank you.
4        A.   Uh huh.
5        Q.   Adding a retarder to a cement
6    slurry also reduces the stability of that
7    slurry; correct?
8        A.   I don't believe that.
9        Q.   Why don't you agree with that?
10       A.   I don't think that, I don't
11   think that in my opinion, I don't think it
12   happens.
13       Q.   You don't think it affects the
14   stability?
15       A.   No, sir.
16       Q.   When you add a retarder to a
17   cement slurry, it increases the static gel
18   strength transition time; right?
19       MR. HARTLEY:
20           Object to form.
21       THE WITNESS:
22           That's temperature dependent,
23   again.
24   EXAMINATION BY MR. THIBODEAUX:
25       Q.   Okay. For the same reasons and

30 (Pages 481 to 484)

Page 485

1  based on the variables we talked about a
2  second ago where compressive strength
3  development is extended, it also carries
4  over to static gel strength time.  Static
5  gel strength time would be extended when
6  you add a retarder if you have the same
7  temperature downhole; right?
8      A.   Just because you add a retarder
9  to -- well, a cement slurry is going to
10 have a transition time and that's going to
11 be what it is.  You know, with the
12 additives that are in it.
13      It's the same as the compressive
14 strength.  I mean, you set it -- on that
15 example you said that, that without
16 retarder versus one with, the same
17 temperature, but the cement without
18 retarder, I mean, if that's good for the
19 job you're not going to have the one with
20 retarder so what does it matter?
21      Q.   For example, if you had a
22 concentration of eight gallons of retarder
23 that you were adding to a cement slurry and
24 you decided to increase that to nine
25 gallons?

Page 486

1      A.   Okay.
2      Q.   Okay.  That would increase your
3  static gel transition time; correct?
4      MR. HARTLEY:
5          Object to form.
6      THE WITNESS:
7          One gallon?  I'd say no.  I
8  don't think it would have much of an effect
9  but we'd have to run it to see.
10 EXAMINATION BY MR. THIBODEAUX:
11     Q.   But if it had an effect it would
12 be that it would extend that transition
13 time; correct?
14     MR. HARTLEY:
15         Object to form.
16     THE WITNESS:
17         I don't know if it would.
18 EXAMINATION BY MR. THIBODEAUX:
19     Q.   One reason that you would
20 increase the retarder concentration used in
21 a cement slurry is so that you can increase
22 the pump time for the job; right?
23     MR. HARTLEY:
24         Object to form.
25     THE WITNESS:

Page 487

1          Why don't you --
2  EXAMINATION BY MR. THIBODEAUX:
3      Q.   One reason to increase the
4  retarder concentration in a cement slurry
5  would be to increase the pump time;
6  correct?
7      MR. HARTLEY:
8          Object to form.
9      THE WITNESS:
10         Yes.  You would increase
11 retarder to increase thickening time.
12 EXAMINATION BY MR. THIBODEAUX:
13     Q.   Which relates to the pump time?
14     A.   The pump time.
15     Q.   Another reason that you would
16 increase the retarder concentration in a
17 cement slurry is to decrease the cement
18 circulation rate; correct?
19     MR. HARTLEY:
20         Object to form.
21     THE WITNESS:
22         I don't understand that
23 question.
24 EXAMINATION BY MR. THIBODEAUX:
25     Q.   It would be so that you can

Page 488

1  decrease the rate at which you circulate
2  the cement, to run the cement?
3      MR. HARTLEY:
4          Object to form.
5      THE WITNESS:
6          Like the rate in which you're
7  pumping?
8  EXAMINATION BY MR. THIBODEAUX:
9      Q.   Correct.
10     A.   If there was retarder in there
11 for that?
12     Q.   You would want to increase the
13 thickening -- I mean, I'm sorry, you would
14 want to increase the pump time so that you
15 can lower the pressure at which you are
16 circulating the cement; correct?
17     MR. HARTLEY:
18         Object to form.
19     THE WITNESS:
20         My opinion, you put retarder
21 there cement to extend the thickening time
22 only.
23 EXAMINATION BY MR. THIBODEAUX:
24     Q.   For example, if you wanted to,
25 if you wanted to decrease your rate at

31 (Pages 485 to 488)

Exhibit P
Page 31

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

Reported by:

MICHAEL C. SERIO VOL. II                     April 29, 2011                  JOSEPH R. KAISER, JR., CCR, RPR

Page 489

1  which you circulate cement to below four
2  barrels per minute, okay?  You could add a
3  retarder to that so that you can increase
4  your pumping time and therefore lower your
5  rate; correct?
6      MR. HARTLEY:
7          Object to form.
8      THE WITNESS:
9          If you needed additional
10  thickening time on the cement, the thing to
11  do would be to add retarder.
12  EXAMINATION BY MR. THIBODEAUX:
13      Q.   And that would allow you to
14  reduce the rate or the speed at which you
15  are pumping the cement down into the hole;
16  correct?
17      MR. HARTLEY:
18          Object to form.
19      THE WITNESS:
20          Yes.  That's more time, that's
21  more thickening time.
22  EXAMINATION BY MR. THIBODEAUX:
23      Q.   Now, by increasing the pump time
24  and lowering the cement circulation rate,
25  that is a way that you can reduce the open

Page 490

1  hole equivalent circulation density values;
2  correct?
3      MR. HARTLEY:
4          Object to form.
5      THE WITNESS:
6          Is a way to -- yes, rate has an
7  effect on ECDs.
8  EXAMINATION BY MR. THIBODEAUX:
9      Q.   Does the Opti-Cem™ model have --
10  are you able to input retarder information
11  into the Opti-Cem™ so that it accounts for
12  that in its results?
13      A.   No.
14      Q.   All right.  Retarder decreases
15  the viscosity of the cement slurry;
16  correct?
17      A.   Some do.
18      Q.   So some don't?
19      A.   Yes.  To my knowledge.
20      Q.   But when you extend the
21  transition time, by its nature, you're
22  extending the time, you're extending the
23  time to which the cement begins to
24  transition into a gel; correct?
25      MR. HARTLEY:

Page 491

1      Object to form.
2      THE WITNESS:
3          You're saying extend the
4  transition time.
5  EXAMINATION BY MR. THIBODEAUX:
6      Q.   The static gel strength
7  transition time.
8      A.   Why would you want to extend --
9      Q.   When you add a retarder, it
10  takes the cement longer to become -- to
11  gel; correct?
12      MR. HARTLEY:
13          Object to form.
14      THE WITNESS:
15          I'm not absolutely sure on that,
16  but I don't think so.
17  EXAMINATION BY MR. THIBODEAUX:
18      Q.   What tests do you perform on a
19  cement slurry to determine yield strength?
20      MR. HARTLEY:
21          Object to form.
22      THE WITNESS:
23          Yield strength?  Yield point?
24  EXAMINATION BY MR. THIBODEAUX:
25      Q.   Yield strength.  Yield point.

Page 492

1      A.   Yield point?
2      Q.   Correct.
3      A.   It's based on the rheology
4  numbers.
5      Q.   It's based on the rheology
6  numbers?
7      A.   Yes, sir.
8      Q.   So what tests would you perform
9  to determine that yield point?
10      A.   You would run RPOs on the
11  slurry, rheology.
12      Q.   Rheology?
13      A.   Yes.  That's one way.
14      Q.   And why would you perform a
15  yield point test for a cement slurry that's
16  going to be run in a production zone?
17      MR. HARTLEY:
18          Object to form.
19      THE WITNESS:
20          I don't see, I don't see the
21  reason of that number, in knowing that
22  number for the cement slurry.
23  EXAMINATION BY MR. THIBODEAUX:
24      Q.   What information does the yield
25  point test give you?

32 (Pages 489 to 492)

Page 493

1     MR. HARTLEY:
2          Object to form.
3     THE WITNESS:
4          The yield point test run in a
5     lab?
6     EXAMINATION BY MR. THIBODEAUX:
7     Q.   Right.
8     A.   What information does that give
9     you?
10    Q.   Yes.
11    A.   Start a rheology.
12    Q.   My question is:  What is a yield
13    point, how do you define a yield point?
14    A.   I'll have to get a definition
15    for you.
16    Q.   You just don't know?
17    MR. HARTLEY:
18          Object to form.
19    THE WITNESS:
20          No.
21    EXAMINATION BY MR. THIBODEAUX:
22    Q.   Is it related to the compressive
23    strength of the cement?
24    MR. HARTLEY:
25          Object to form.

Page 494

1     THE WITNESS:
2          Not to my knowledge.
3     EXAMINATION BY MR. THIBODEAUX:
4     Q.   Okay.  All right.  I'm going to
5     move on to what kind of data input for the
6     Opti-Cem™ report and things of that nature.
7          Halliburton relies on its
8     customer, a customer like BP to provide
9     certain data that Halliburton has designed
10    in the foam cement job; right?
11    MR. HARTLEY:
12          Object to form.
13    THE WITNESS:
14          You're talking about the job in
15    question here?
16    MR. THIBODEAUX:
17          We can talk about generally.
18    THE WITNESS:
19          You said a foam cement job.
20    EXAMINATION BY MR. THIBODEAUX:
21    Q.   Sure.  For a foam cement job,
22    Halliburton relies on BP to provide it with
23    certain information regarding that job so
24    it can design the cement program; correct?
25    A.   Yes.

Page 495

1     Q.   Okay.  Examples of those things
2     that -- for that information that
3     Halliburton relies on BP to provide would
4     be bottom hole circulating temperature;
5     correct?
6     A.   That's a number we like to get,
7     yes, sir.
8     Q.   You'd like to get it from the
9     customer; right?
10    A.   Yes, sir.
11    Q.   Okay.  The same with bottom hole
12    static temperature; correct?
13    A.   Yes, sir.
14    Q.   The same with surface mud
15    weights; correct, that will be used?
16    A.   Mud weights, yes, sir.
17    Q.   The same with bottom hole
18    equivalent mud weights; correct?
19    A.   Yes, sir.
20    Q.   Also, bottom hole equivalent
21    static density; correct?
22    A.   Mud.  Yes.
23    Q.   Related to the mud; right?
24    A.   Right.
25    Q.   Also, bottom hole equivalent

Page 496

1     circulating density; right?
2     A.   Equivalent -- yes, sir.  Sure.
3     Q.   That's information you want to
4     get from your customer?
5     A.   Right.  Uh huh.  That's just mud
6     only circulating?
7     Q.   Assume so for now; right.
8     A.   Okay.
9     Q.   Also, from, you'd like to get
10    from your customer open hole pore pressure;
11    right?
12    A.   Right.  Yeah.
13    Q.   For example, you, Halliburton
14    wants to know when designing its cement
15    program what the highest pore pressure is
16    of the formation in the zone in which it's
17    going to be cemented; right?
18    A.   Sure.
19    Q.   Why is that important?
20    A.   Well, you need to make sure that
21    you will never do the job, you will never
22    go under that value.  You want to make sure
23    you exceed that value.
24    Q.   You want to make sure that the
25    density, that the densities of the cement

33 (Pages 493 to 496)

Page 497

1  that's being run into formation cover, are
2  able to cover and hold back the formation
3  pore pressure, the highest formation pore
4  pressure; right?
5      A.  Sure.
6      Q.  How does a customer like BP
7  communicate the information we just talked
8  about to Halliburton?
9      A.  I don't know.
10     Q.  You don't know?
11     A.  No, sir.
12     Q.  When with were at Conoco working
13 in-house and vetted, how did Conoco
14 communicate that information to you?
15     A.  It was provided for me in a
16 document.  Pore pressure chart.  Migrating
17 chart.  Draft, practical.
18     Q.  When that information is
19 provided to Halliburton by a customer,
20 Halliburton doesn't do any type of analysis
21 to check and see whether it's right, they
22 just use the information and assume that
23 what the customer gave it is correct;
24 right?
25     A.  Correct.

Page 498

1      MR. YAMIN:
2          Object to form.
3      THE WITNESS:
4          I can only speak for myself.
5  EXAMINATION BY MR. THIBODEAUX:
6      Q.  Okay.  In your experience?
7      A.  I assume what they -- if they
8  thought it was right and I assumed it was
9  right.
10     Q.  Now, pressure, temperature and
11 mud weight information that's provided by a
12 customer is then, it's inputted into the
13 Opti-Cem™ model; correct?
14     MR. LANCASTER:
15         Object to form.
16     THE WITNESS:
17         It's been years since I've run
18 one of these, okay.  So --
19 EXAMINATION BY MR. THIBODEAUX:
20     Q.  If you know?
21     A.  Yeah, I think so.
22     MR. THIBODEAUX:
23         We're out of tape, so let's stop
24 right here.
25     THE VIDEOGRAPHER:

Page 499

1          This is the end of Tape 2, we're
2  now off the record at 10:38.
3          (Off the record.)
4      THE VIDEOGRAPHER:
5          This is the beginning of Tape 3,
6  we're now back on the record, the time is
7  10:50.
8  EXAMINATION BY MR. THIBODEAUX:
9      Q.  Mr. Serio, I think we were
10 talking before the break about various
11 information that BP provides or a customer
12 provides to Halliburton so that Halliburton
13 can design the cementing job?
14     A.  Yes, sir.
15     Q.  Okay.  With respect to an
16 Opti-Cem™ report, if the pressure,
17 temperature, mud weight information or pore
18 pressure information that is given
19 Halliburton is not accurate, then that
20 Opti-Cem™ model that relies on that
21 information will not be accurate; right?
22     A.  I agree with that, yes, sir.
23     Q.  Now, that would hold true with
24 respect to a post-job report of a cementing
25 job, too; correct?

Page 500

1      MR. LANCASTER:
2          Object to form.
3      THE WITNESS:
4          It would probably affect that,
5  too, yes, sir.
6  EXAMINATION BY MR. THIBODEAUX:
7      Q.  So if the information that a
8  customer like BP provided to Halliburton
9  regarding various temperature, pressure,
10 pore pressure, ECD information is not
11 accurate and that information is then used
12 in generating a post-job report, then there
13 may be aspects of that post-job report that
14 are not correct; right?
15     MR. LANCASTER:
16         Object to form.
17     THE WITNESS:
18         They are not accurate, yes, sir.
19 EXAMINATION BY MR. THIBODEAUX:
20     Q.  For example, a TOC; correct?
21 Top of cement?
22     MR. LANCASTER:
23         Object to form.
24     THE WITNESS:
25         That could be affected, yes,

34 (Pages 497 to 500)

601 Poydras Street, Suite 1720
New Orleans, LA 70130-6029

GAUDET KAISER, L.L.C.
Board-Certified Court Reporters

Telephone: (504) 525-9100
Facsimile: (504) 525-9109

Exhibit P
Page 34

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                                    Reported by:
MICHAEL C. SERIO VOL. II                                        April 29, 2011                              JOSEPH R. KAISER, JR., CCR, RPR

Page 501

1    sir.
2    EXAMINATION BY MR. THIBODEAUX:
3        Q.    A post-job -- an analysis of an
4    estimated top of cement relies on certain
5    information like bottom hole circulating
6    temperature; right?
7        MR. LANCASTER:
8            Object to form.
9        THE WITNESS:
10           I'm not getting the connection
11   here.  No, sir.
12   EXAMINATION BY MR. THIBODEAUX:
13       Q.    Okay.  Well, what information
14   does a top of cement determination by
15   Halliburton rely?
16       A.    Hole size, obviously.
17       Q.    Hole size?
18       A.    Hole size.
19       Q.    How about ECD information?
20       MR. LANCASTER:
21           Object to form.
22       THE WITNESS:
23           I don't think.  I don't think so
24   on that one.
25   EXAMINATION BY MR. THIBODEAUX:

Page 502

1        Q.    What about mud weight
2    information?
3        MR. LANCASTER:
4            Object to form.
5        THE WITNESS:
6            On a calculated top of cement?
7    EXAMINATION BY MR. THIBODEAUX:
8        Q.    Right.
9        A.    After the job?  Yes, that would
10   come into play.  In my opinion.
11       Q.    All right.  Mr. Serio, are you
12   familiar with the concept of a drilling
13   margin?
14       A.    No, sir, I'm not.
15       Q.    Do you understand that in
16   running a cement job that -- kind of what
17   we talked about earlier -- that the density
18   of the cement needs to be high enough to
19   cover the highest pore pressure in the
20   formation?
21       A.    Yes, sir.
22       Q.    Okay.
23       A.    I do understand that, yes, sir.
24       Q.    Now, you also, when choosing a
25   cement density, do not want to exceed the

Page 503

1    lowest known fracture gradient in that
2    formation; right?
3        A.    That's correct.
4        Q.    Okay.  As a petroleum engineer
5    and based on your 30 years of experience
6    with Halliburton there cementing, you would
7    not pump a production casing foam cement
8    job in deepwater if you knew that the
9    cement would result in ECD values that
10   would exceed the fracture rate; correct?
11       MR. HARTLEY:
12           Object to form.
13       THE WITNESS:
14           Again, I've never done a foamed
15   production deepwater production cement job,
16   but I would want to have discussion prior
17   to doing that, if we knew that was going to
18   happen or if we thought that was going to
19   happen.
20   EXAMINATION BY MR. THIBODEAUX:
21       Q.    Well, take the foam part of it
22   out.  You wouldn't knowingly proceed with a
23   cement job in a production zone if you knew
24   that the cementing densities would exceed
25   the fracture gradient; right?

Page 504

1        MR. HARTLEY:
2            Objection.
3        THE WITNESS:
4            That would not be desirable.
5    EXAMINATION BY MR. THIBODEAUX:
6        Q.    And why would it not be
7    desirable?
8        A.    If you exceed the fracture
9    gradient you could have losses and then --
10   if you have losses that could be reduction
11   in hydrostatic pressure.  That's it.
12   There's a lot of ifs here, but.
13       Q.    If you had a reduction in
14   hydrostatic pressure, what could that lead
15   to?
16       MR. HARTLEY:
17           Objection, form.
18       THE WITNESS:
19           We don't want it to get below
20   the pore pressure of the productive zone.
21   EXAMINATION BY MR. THIBODEAUX:
22       Q.    If you get below the pore
23   pressure of the productive zone, you could
24   have a kick; correct?
25       MR. HARTLEY:

35 (Pages 501 to 504)



Page 505

1    Object to form.
2    THE WITNESS:
3        You could have some possible
4    influx.
5    EXAMINATION BY MR. THIBODEAUX:
6    Q.   You got some influx?
7    A.   Yes, sir, you could, possibly.
8    In my opinion.
9    Q.   Now, if you had an influx, that
10   could potentially lead to a well control
11   event; correct?
12   MR. HARTLEY:
13       Object to form.
14   THE WITNESS:
15       I'll say not necessarily, but it
16   wasn't controlled, it couldn't be
17   controlled, it could.
18   EXAMINATION BY MR. THIBODEAUX:
19   Q.   Now, as a petroleum engineer in
20   a -- with 30 years of experience in
21   cementing with Halliburton, you would
22   expect your customer like BP to provide you
23   with accurate information regarding the
24   known fracture gradients so that you could
25   design a cement job in a manner that would

Page 507

1    Q.   Turn to page 3 in that document,
2    which is Bates number HAL 0010990.
3    A.   Yes, sir.
4    Q.   If you look in Section 1.2,
5    parameters.
6    A.   Uh huh.
7    Q.   You see where it says fracture
8    zone density?
9    A.   Yes, sir.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 506

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 508

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

36 (Pages 505 to 508)

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6029          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit P
Page 36

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                      Reported by:
MICHAEL C. SERIO VOL. II                              April 29, 2011                    JOSEPH R. KAISER, JR., CCR, RPR



Page 509

```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 510

```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 511

```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 512

```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```
there are two columns to the right, which

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C.                    Telephone: (504) 525-9100
New Orleans, LA 70130-6029                        Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit P
Page 37

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

Reported by:

MICHAEL C. SERIO VOL. II                    April 29, 2011                    JOSEPH R. KAISER, JR., CCR, RPR



601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C.                    Telephone: (504) 525-9100
New Orleans, LA 70130-6029                    Board-Certified Court Reporters                    Facsimile: (504) 525-9109

Exhibit P
Page 38

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported by:
MICHAEL C. SERIO VOL. II                          April 29, 2011                    JOSEPH R. KAISER, JR., CCR, RPR



Page 517

Page 519

Page 518

Page 520

9    Q.    Mr. Serio, if you don't mind, go
10  to Tab M.  All right.  This is an e-mail
11  that bears the Halliburton Bates number HAL
12  0011208.  If you look, you see where Jesse
13  Gagliano sent an e-mail on April 18th at
14  the bottom e-mail?
15      A.    Yes, I see it.
16      Q.    You see where he writes the
17  compressive strength is not completed yet,
18  it currently has 34 hours?
19      A.    Yes, sir.  I see that.
20      Q.    What does that convey to you?
21  MR. HARTLEY:
22          Object to the form.
23  EXAMINATION BY MR. THIBODEAUX:
24      Q.    If anything.
25      A.    The compressive strength is

39 (Pages 517 to 520)

Page 521

1    still running.
2        Q.   Compressive strength test is
3    still running?
4        A.   Uh huh.
5        Q.   Does this indicate -- does
6    this -- does Gagliano's comment regarding
7    34 hours indicate that the test is only
8    provided compressive strength up to 34
9    hours after the job would be run?
10       MR. HARTLEY:
11           Object to form.
12   EXAMINATION BY MR. THIBODEAUX:
13       Q.   Or cement cure in the beginning?
14       MR. HARTLEY:
15           Object to form.
16       THE WITNESS:
17           Repeat that, I'm sorry.
18   EXAMINATION BY MR. THIBODEAUX:
19       Q.   What does this mean, as far as
20   currently has 34 hours?
21       MR. HARTLEY:
22           Object to form.
23       MR. LANCASTER:
24           Object to form.
25       THE WITNESS:

Page 522

1            It's been 34 hours since the
2    compressive strength test was started.
3    EXAMINATION BY MR. THIBODEAUX:
4        Q.   So the actual compressive
5    strength test has actually been running for
6    34 hours?
7        A.   Yeah.
8        Q.   That's what it means?
9        MR. HARTLEY:
10           Object to form.
11       THE WITNESS:
12           Yes, that's what it means.
13   EXAMINATION BY MR. THIBODEAUX:
14       Q.   How long does a compressive test
15   strength take to run on a cement slurry?
16       MR. HARTLEY:
17           Object, form.
18       THE WITNESS:
19           It varies.  I mean, sometimes
20   they request it like 12 hours, 24 hours.
21   Some request, customers request longer.  A
22   typical one is like 24 hours.
23   EXAMINATION BY MR. THIBODEAUX:
24       Q.   24 hours?
25       A.   Yeah.

Page 523

1        Q.   Why would you run one that
2    exceeds 34 hours?
3        MR. HARTLEY:
4            Object to form.
5        THE WITNESS:
6            They wanted to see it beyond 24
7    hours.  I mean, they wanted to see it that
8    far out.  Just curiosity.
9    EXAMINATION BY MR. THIBODEAUX:
10       Q.   All right.  Turn to the next
11   page, Bates number HAL 0011209.  This is a
12   graph that includes a compressive strength
13   curve; correct?
14       MR. HARTLEY:
15           Object to form.
16       THE WITNESS:
17           It appears to be off of one of
18   our ECA machines, yes.
19   EXAMINATION BY MR. THIBODEAUX:
20       Q.   It appears to be off of what?
21       A.   One of our compressive strength
22   machines, the ECA machine.
23       Q.   Is this typically what
24   Halliburton provides the customer?  Is this
25   graph typically what Halliburton provides

Page 524

1    customer when it's providing information
2    regarding wait on cement time?
3        MR. HARTLEY:
4            Object to form.
5        THE WITNESS:
6            I'm not sure about that.
7    EXAMINATION BY MR. THIBODEAUX:
8        Q.   Is there a specific report that
9    Halliburton provides to a customer that
10   provides wait on cement time?
11       MR. HARTLEY:
12           Object to form.
13       THE WITNESS:
14           Not to my knowledge.
15   EXAMINATION BY MR. THIBODEAUX:
16       Q.   How would a customer know what a
17   wait on cement time is after Halliburton's
18   run its various tests?
19       MR. HARTLEY:
20           Object to form.
21       THE WITNESS:
22           I would assume they would agree
23   to a compressive strength number and then
24   when the cement gets to that number,
25   then -- it gets among drill out time;

40 (Pages 521 to 524)

Page 525

1  right?
2  EXAMINATION BY MR. THIBODEAUX:
3     Q.   Right.
4     A.   Yes.
5     Q.   So a customer would then have to
6  look at a graph like HAL 0011209 to
7  determine what the wait on cement time
8  would be for any given compressive
9  strength; correct?
10    MR. LANCASTER:
11       Object to the form.
12    THE WITNESS:
13       If you were looking for a
14 particular compressive strength number,
15 yeah, you would look at the graph and see
16 what -- yeah, you would look at something
17 like this.
18 EXAMINATION BY MR. THIBODEAUX:
19    Q.   So the graph at HAL 0011209
20 would be provided to the customer so that
21 they could determine what the wait on
22 cement time is for their desired
23 compressive strength; right?
24    MR. LANCASTER:
25       Object to form.

Page 526

1     THE WITNESS:
2        I mean, I don't know if we would
3  just automatically give it to them.  If
4  they requested it, sure.
5  EXAMINATION BY MR. THIBODEAUX:
6     Q.   Are you aware of any other way
7  that they would determine what a wait on
8  cement time is for a specific compressive
9  strength?  They being the customer?
10    MR. HARTLEY:
11       Object to form.
12    THE WITNESS:
13       I can't think of any.
14 EXAMINATION BY MR. THIBODEAUX:
15    Q.   All right.  As a petroleum
16 engineer in your 30 years of cementing
17 experience with Halliburton, if a positive
18 pressure casing test is performed before
19 the cement has adequate time to cure, micro
20 annuli can form; right?
21    MR. LANCASTER:
22       Object to form.
23    MR. HARTLEY:
24       Object to form.
25    THE WITNESS:

Page 527

1        I would say that would depend on
2  what state that the slurry is in, the gel
3  strength.  If it's still fluid, obviously,
4  it's trying to come back.  (Indicating).
5  EXAMINATION BY MR. THIBODEAUX:
6     Q.   Well, you're motioning with your
7  hands.  What you're motioning is that the
8  casing, when it's pressured up in the
9  casing test, can actually expand; right?
10    A.   Yes, sir.
11    Q.   And that expansion, if the
12 cement is not cured enough, can cause
13 what's called micro annuli in the cement;
14 right?
15    MR. LANCASTER:
16       Object to form.
17    THE WITNESS:
18       At a certain point when the
19 cement is going through its gel strength
20 development to hydration, yes.
21 EXAMINATION BY MR. THIBODEAUX:
22    Q.   All right.  Is there a specific
23 cementing test that Halliburton runs that
24 assesses the time in which you can proceed
25 with a positive pressure casing test

Page 528

1  without causing the formation of micro
2  annuli?
3     MR. HARTLEY:
4        Object to form.
5     THE WITNESS:
6        I don't know.
7  EXAMINATION BY MR. THIBODEAUX:
8     Q.   You don't know?
9     A.   No, sir.
10    Q.   What should the compressive
11 strength of the cement be before you
12 proceed with a positive pressure casing
13 test?
14    MR. LANCASTER:
15       Object to form.
16    MR. HARTLEY:
17       Object to form.
18    THE WITNESS:
19       I don't know the answer to that
20 one, either.
21 EXAMINATION BY MR. THIBODEAUX:
22    Q.   All right.  Take a look at
23 Tab E, please.  That is the foam production
24 casing post-job report of April 20th by
25 Jesse Gagliano.

41 (Pages 525 to 528)

Page 529

1        I'm done.
2        I have one more question?
3     MR. HARTLEY:
4        Go ahead.
5     EXAMINATION BY MR. THIBODEAUX:
6        Q.   It has a Bates range of HAL
7     0513568 to 0513581.  Could we turn to
8     page 6, which is HAL 0513573.  This page,
9     along with the preceding three pages, sets
10    forth a timeline of the job as run; right?
11       A.   Yes.  Typically, yes.
12       Q.   At what point in this timeline
13    should wait on cement time be calculated
14    from?
15    MR. HARTLEY:
16       Object to form.
17    MR. LANCASTER:
18       Object to form.
19    THE WITNESS:
20       In my opinion, when the top bump
21    plug --
22    EXAMINATION BY MR. THIBODEAUX:
23       Q.   Excuse me?
24       A.   I said in my opinion, when the
25    top plug bump in the job was completed.

Page 530

1        Q.   So that would be indicated at
2     2353 on HAL 0513573?
3     MR. LANCASTER:
4        Object to form.
5     THE WITNESS:
6        No, sir.
7     EXAMINATION BY MR. THIBODEAUX:
8        Q.   Where is it?
9        A.   For the, on the 20th.
10       Q.   That would be indicated by the
11    April 20th, 2010 12:40 a.m. entry?
12       A.   Yes.
13    MR. THIBODEAUX:
14       All right.  Anybody want to give
15    me like 10 more minutes?
16       Plaintiff ceded 10 minutes.
17    EXAMINATION BY MR. THIBODEAUX:
18       Q.   Mr. Serio, as a petroleum
19    engineer and based on your 30 years of
20    experience in cementing at Halliburton,
21    have you ever been associated with a cement
22    job in which the parameters for determining
23    the cement job was successful, where an
24    unquantified amount of lift pressure and an
25    unquantified amount of mud returns?

Page 531

1     MR. HARTLEY:
2        Object to form.
3     MR. LANCASTER:
4        Object to form.
5     THE WITNESS:
6        You have to ask that one again,
7     please.
8     MR. THIBODEAUX:
9        Sure.
10    EXAMINATION BY MR. THIBODEAUX:
11       Q.   Have you ever been associated
12    with a cement job in which the parameters
13    for determining that the cement job was
14    successful were an unquantified amount of
15    lift pressure and an unquantified amount of
16    mud return?
17    MR. HARTLEY:
18       Object to the form.
19    THE WITNESS:
20       I don't think so.
21    EXAMINATION BY MR. THIBODEAUX:
22       Q.   You don't think so?
23       A.   I don't think so.
24       Q.   In your experience, if lift
25    pressure is being used to gauge the success

Page 532

1     of a cement job, a quantified amount of
2     lift pressure should be used; right?
3     MR. LANCASTER:
4        Object to the form.
5     THE WITNESS:
6        I don't feel qualified to answer
7     that one.
8     EXAMINATION BY MR. THIBODEAUX:
9        Q.   In your experience, if mud
10    returns are being used to gauge the success
11    of a cement job, a quantified amount of mud
12    returns should be used; right?
13    MR. LANCASTER:
14       Object to the form.
15    MR. HARTLEY:
16       Object to the form.
17    THE WITNESS:
18       I don't agree with that.
19    EXAMINATION BY MR. THIBODEAUX:
20       Q.   You don't agree with that?
21       A.   No.
22       Q.   Why don't you agree with it?
23    MR. HARTLEY:
24       Object to form.
25    THE WITNESS:

42 (Pages 529 to 532)

601 Poydras Street, Suite 1720                GAUDET KAISER, L.L.C.              Telephone: (504) 525-9100
New Orleans, LA 70130-6029                  Board-Certified Court Reporters          Facsimile: (504) 525-9109
                                             Exhibit P
                                             Page 42

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                                    Reported by:
MICHAEL C. SERIO VOL. II                              April 29, 2011                              JOSEPH R. KAISER, JR., CCR, RPR

Page 533

```
 1        I'm not sure if mud returns are
 2  the quantifier for a successful cement job.
 3      EXAMINATION BY MR. THIBODEAUX:
 4      Q.   So you don't think that mud
 5  returns should even be a gauge for a
 6  successful cement job; is that right?
 7      MR. LANCASTER:
 8          Object to form.
 9      THE WITNESS:
10          No, I'm not saying that.  I
11  just, I don't think it's a significant
12  quantifier.  You can consider anything,
13  but --
14      EXAMINATION BY MR. THIBODEAUX:
15      Q.   So in other words, just because
16  you get mud returns doesn't mean that it's
17  a successful cement job; right?
18      MR. HARTLEY:
19          Object to form.
20      THE WITNESS:
21          Not if that's the only thing
22  you're looking at.
23      EXAMINATION BY MR. THIBODEAUX:
24      Q.   Okay.  What about if you're also
25  looking at lift pressure?
```

Page 535

```
 1  not show that you had a successful cement
 2  job; right?
 3      MR. HARTLEY:
 4          Object to form.
 5      THE WITNESS:
 6          I'm not sure.
 7      EXAMINATION BY MR. THIBODEAUX:
 8      Q.   And why aren't you sure?
 9      MR. HARTLEY:
10          Object to form.
11      THE WITNESS:
12          I don't see those two things as
13  an indicator that you have a successful
14  cement job.
15      EXAMINATION BY MR. THIBODEAUX:
16      Q.   You don't see lift pressure and
17  mud returns as an indicator of a successful
18  cement job; right?
19      MR. HARTLEY:
20          Object to form.
21      EXAMINATION BY MR. THIBODEAUX:
22      Q.   That's what you just said;
23  right?
24      MR. HARTLEY:
25          Object to form.
```

Page 534

```
 1      A.   It's just indicators.
 2      Q.   For example, if you simply
 3  determined that you had lift pressure and
 4  you had mud returns, that's not an
 5  indication of a successful cement job;
 6  right?
 7      MR. HARTLEY:
 8          Object to form.
 9      MR. LANCASTER:
10          Object to form.
11      THE WITNESS:
12          State that again.  I'm sorry.
13      EXAMINATION BY MR. THIBODEAUX:
14      Q.   For example, if you simply
15  determined that you had lift pressure and
16  you had mud returns, that's not an
17  indication of a successful cement job;
18  right?
19      MR. LANCASTER:
20          Object to form.
21      THE WITNESS:
22          Those are both things to
23  consider.
24      EXAMINATION BY MR. THIBODEAUX:
25      Q.   But they in and of themselves do
```

Page 536

```
 1      THE WITNESS:
 2          That's not enough information.
 3      EXAMINATION BY MR. THIBODEAUX:
 4      Q.   That's not information to
 5  determine if it is a successful cement job;
 6  right?
 7      A.   Yes.
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

43 (Pages 533 to 536)

601 Poydras Street, Suite 1720                              GAUDET KAISER, L.L.C.                              Telephone: (504) 525-9100
New Orleans, LA 70130-6029                              Board-Certified Court Reporters                              Facsimile: (504) 525-9109

Exhibit P

Page 537

[black box]

15    Q.    And the standoff will -- the
16  standoff of the pipe will have an effect on
17  whether the cement will channel or not;
18  right?
19        MR. LANCASTER:
20          Object to form.
21        THE WITNESS:
22          Yes.
23  EXAMINATION BY MR. THIBODEAUX:
24    Q.    And the standoff of the pipe
25  will also have an effect on the ECDs that

Page 538

1   the cement will exert on the formation;
2   correct?
3         MR. HARTLEY:
4           Object to form.
5         MR. LANCASTER:
6           Object to form.
7         THE WITNESS:
8           It could be one variable.
9   EXAMINATION BY MR. THIBODEAUX:
10    Q.    Post-incident, do you know if
11  anyone at Halliburton ran an Opti-Cem™
12  model with six centralizers placed at the
13  depths they were actually run in the
14  Macondo well?
15    A.    No, sir, I don't.
16    Q.    No?  During a production casing
17  cement job, isn't it possible to have a
18  loss of mud returns that are masked by the
19  influx of gas or hydrocarbons into the
20  well?
21        MR. HARTLEY:
22          Object to form.
23        MR. LANCASTER:
24          Object to form.
25        THE WITNESS:

Page 539

1           I don't know.
2   EXAMINATION BY MR. THIBODEAUX:
3     Q.    You don't know?
4     A.    No.
5     Q.    Yesterday and today, counsel for
6   BP, Mr. Lancaster, asked you a few
7   questions about gas migration and foam
8   cement.  As a petroleum engineer with
9   30 years of cementing experience at
10  Halliburton, foam cement alone does not
11  mitigate the potential for severe gas flow;
12  correct?
13        MR. HARTLEY:
14          Object to form.
15        MR. LANCASTER:
16          Object to the form.
17        THE WITNESS:
18          Alone, no.
19  EXAMINATION BY MR. THIBODEAUX:
20    Q.    You can't simply rely on the
21  fact that you're using foam cement to say,
22  okay, then I'm not going to have gas flow;
23  correct?
24        MR. HARTLEY:
25          Object to form.

Page 540

1         MR. LANCASTER:
2           Object to form.
3         THE WITNESS:
4           Yes, I agree.
5   EXAMINATION BY MR. THIBODEAUX:
6     Q.    There is a point where gas flow,
7   the pressure of a gas flow may increase the
8   ability of the foam cement to prevent it
9   from migrating through the cement; right?
10        MR. HARTLEY:
11          Object to form.
12        THE WITNESS:
13          State that again.
14  EXAMINATION BY MR. THIBODEAUX:
15    Q.    There is a point where the
16  pressure exerted by gas from the formation
17  will exceed the ability of the foam cement
18  to prevent that gas from migrating through
19  the cement; right?
20        MR. LANCASTER:
21          Object to form.
22        THE WITNESS:
23          I'm not understanding what
24  you're asking.  It sounds like you said the
25  gas was going to increase, the gas pressure

601 Poydras Street, Suite 1720                      GAUDET KAISER, L.L.C.                  Telephone: (504) 525-9100
New Orleans, LA 70130-6029                     Board-Certified Court Reporters        Facsimile: (504) 525-9109

Page 541

1  was going to increase.
2  EXAMINATION BY MR. THIBODEAUX:
3      Q.  I'm asking, isn't there a point
4  in any cement where the gas may exert
5  enough pressure that it will migrate
6  through the cement, even if it is a foam
7  cement?
8      MR. LANCASTER:
9          Object to form.
10     MR. HARTLEY:
11         Object to form.
12     THE WITNESS:
13         If the pressure at that zone is
14  less than the pore pressure, formation
15  pressure, then you could have influx.
16  EXAMINATION BY MR. THIBODEAUX:
17     Q.   Even if it's a foam cement;
18  right?
19     MR. HARTLEY:
20         Object to form.
21         Anybody else give you more time?
22     MR. THIBODEAUX:
23         No.
24     MR. HARTLEY:
25         That question was after time.

Page 542

1      MR. THIBODEAUX:
2          Anybody give me one minute?
3      THE WITNESS:
4          I don't know how to really
5  answer that one.
6      MR. THIBODEAUX:
7          Thank you.
8      THE VIDEOGRAPHER:
9          This is the end of Tape 3, we're
10  now off the record at 11:37.
11         (Off the record).
12     THE VIDEOGRAPHER:
13         This is the beginning of Tape 4,
14  we're now back on the record, the time is
15  11:48.
16  EXAMINATION BY MR. YAMIN:
17     Q.   Mr. Serio, my name is David
18  Yamin, I'm with the Bingham McCutchen law
19  firm, representing non-operator defendants
20  Anadarko Petroleum Corporation and MOEX
21  Offshore 2007, LLC.  I'm joined today by
22  Terrance Prout of the Kuchler Polk law firm
23  here in New Orleans.
24         My first series of questions is
25  going to focus on a particular time period.

Page 543

1      Specifically, I want you to focus on the
2  period leading up to and including
3  April 20, 2010.
4      A.  (Witness nods head).
5      Q.   Leading up to and including
6  April 20th, 2010, which is the date of the
7  explosion on the DEEPWATER HORIZON.  Do you
8  have that time period in your mind?
9      A.  Yes, sir.
10     Q.   During the time period leading
11  up to the April 20th explosion on the rig,
12  are you aware of anyone from Anadarko
13  visiting the DEEPWATER HORIZON while the
14  well was being drilled?
15     A.  No, sir.
16     Q.   During the time period leading
17  up to the April 20th explosion on the rig,
18  are you aware of anyone from MOEX Offshore
19  2007 visiting the DEEPWATER HORIZON rig
20  while the well was being drilled?
21     A.  No, sir.
22     Q.   During the time period leading
23  up to the April 20th explosion, did you
24  send any test results for any cement slurry
25  for the Macondo well to anyone at Anadarko?

Page 544

1      A.  No, sir.
2      Q.   During the same time period, did
3  you send any test results for any cement
4  slurry for the Macondo well to anyone at
5  MOEX Offshore 2007?
6      A.  No, sir.
7      Q.   During the time period leading
8  up to April 20th, 2010, did you send any
9  test results for any spacer for the Macondo
10  well cement job to Anadarko?
11     A.  No, sir.
12     Q.   During the same time period, did
13  you send any test results for any spacer
14  for the Macondo well to anyone at MOEX
15  Offshore 2007?
16     A.  No, sir.
17     Q.   During the time period leading
18  up to the April 20th, 2010 explosion on the
19  DEEPWATER HORIZON, did you inform Anadarko
20  of any results of any laboratory tests
21  performed during the time period from
22  February 1st through April 20th for the
23  Macondo well cement job?
24     A.  No, sir.
25     Q.   During the same time period, did

45 (Pages 541 to 544)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                    Reported by:
MICHAEL C. SERIO VOL. II                            April 29, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 545

1    you inform anyone at MOEX Offshore 2007 of
2    any results of any laboratory tests
3    performed in the time period from
4    February 1st through April 20, 2010 for the
5    Macondo well cement job?
6        A.   No, sir.
7        Q.   To your knowledge, did anyone
8    from Anadarko participate in developing the
9    cement design for the Macondo well cement
10   job?
11       A.   I don't know.
12       Q.   The same question with respect
13   to MOEX Offshore 2007?
14       A.   I don't know that, either.
15       Q.   To your knowledge, did anyone
16   from Anadarko participate in approving the
17   cement design for the Macondo well
18   production casing?
19       A.   I don't know.
20       Q.   Same question with respect to
21   MOEX Offshore 2007?
22       A.   The same answer.  I don't know.
23       Q.   All right.  My next and last
24   series of questions, I want you to focus on
25   the time period from the explosion on the

Page 546

1    DEEPWATER HORIZON on April 20th to the
2    present.  Post-explosion, post-incident.
3    I'll refer to it as the post-explosion
4    period.
5        A.   Okay.
6        Q.   During the post-explosion
7    period, did you have any communications
8    with anyone from Anadarko about the Macondo
9    well, well kill operations?
10       A.   No, sir.
11       Q.   During the same time period, did
12   you have any communications with anyone
13   from Anadarko concerning the Macondo well
14   control operations?
15       A.   No, sir.
16       Q.   During the same time period, did
17   you have any communications with anyone
18   from Anadarko concerning the Macondo well
19   cleanup operations?
20       A.   No, sir.
21       Q.   During the same time period, did
22   you have any communications with anyone
23   from MOEX Offshore 2007 concerning Macondo
24   well kill operation?
25       A.   No, sir.

Page 547

1        Q.   During the same time period, did
2    you have any communications with anyone
3    from MOEX Offshore 2007 concerning Macondo
4    well control operations?
5        A.   No, sir.
6        Q.   During the same time period, did
7    you have any communications with anyone
8    from MOEX Offshore 2007 concerning Macondo
9    well cleanup operation?
10       A.   No, sir.
11       THE VIDEOGRAPHER:
12           We're now off the record at
13   11:53.
14           (Off the record.)
15       THE VIDEOGRAPHER:
16           We're back on the record.  The
17   time is 11:55.
18   EXAMINATION BY MR. HARTLEY:
19       Q.   Mr. Serio, I just want to ask a
20   few questions.
21       A.   Okay.
22       Q.   How long you have been employed
23   by Halliburton Energy Services, Inc.?
24       A.   30 years.
25       Q.   How many of those 30 years were

Page 548

1    you -- did you hold a position in which you
2    designed cement slurries?
3        A.   About 20 of those, I guess.
4        Q.   How many years did you hold the
5    position in which you were responsible for
6    submitting lab tests requests to the
7    Halliburton cement lab?
8        A.   I'd say the same amount of time,
9    I guess.
10       Q.   When you were embedded in-house
11   with Conoco and Nexen, what were your
12   responsibilities at that time?
13       A.   I was their in-house Halliburton
14   cementing support person.
15       Q.   Did you design any foam cement
16   jobs during that period of time?
17       A.   Yes, sir, I did.
18       Q.   Other than while you were
19   working in that capacity for Conoco and
20   Nexen, did you ever design any other foam
21   cement job?
22       A.   No, sir.
23       Q.   So in that time period, was it
24   about three and a half years?
25       A.   Yeah, three and a half, four

46 (Pages 545 to 548)

601 Poydras Street, Suite 1720              GAUDET KAISER, L.L.C.              Telephone: (504) 525-9100
New Orleans, LA 70130-6029            Board-Certified Court Reporters          Facsimile: (504) 525-9109

Page 549

1  years.
2      Q.   So in that three and a half
3  years in which you held the position that
4  you designed foam cement jobs, did you ever
5  design a foam cement job on production
6  casing in deepwater?
7      A.   No, sir, I did not.
8      Q.   Did you ever submit lab test
9  requests to the Halliburton cement lab for
10  a foam cement job on a production casing in
11  deepwater?
12      A.   No, sir.
13      Q.   Are you familiar with the
14  variables that go into designing a foam
15  cement job on a production casing in
16  deepwater?
17      A.   I'll have to say no, not all of
18  them.
19      Q.   In your 30 years with
20  Halliburton, did you ever work as a
21  technical professional onsite in the
22  capacity that Mr. Chaisson acted on the
23  DEEPWATER HORIZON?
24      A.   No, sir.
25      Q.   Have you ever actually pumped a

Page 550

1  pump cement job?
2      A.   No.
3      Q.   Have you had any involvement
4  whatsoever in a foam cement job on a
5  production casing in deepwater?
6      A.   No.
7      Q.   Have you ever worked on a foam
8  cement job at a depth greater than 17,000
9  feet?
10      A.   No.
11      Q.   When Mr. Lancaster had an
12  opportunity to ask you some questions, do
13  you recall he showed you a series of
14  articles, publications and things pulled
15  off the Halliburton website?
16      A.   Yes.
17      Q.   Would you expect that material
18  to be available to Halliburton's customers?
19      A.   Yes.
20      Q.   Would you expect BP to be aware
21  of that material?
22      A.   Yes.
23      Q.   Would you expect BP to have an
24  understanding of the products and services
25  Halliburton offers to it?

Page 551

1      MR. LANCASTER:
2          Object to form.
3      THE WITNESS:
4          Yes.  From my understanding,
5  yes.
6  EXAMINATION BY MR. HARTLEY:
7      Q.   Would you expect BP to have an
8  understanding of the various solutions
9  available to various problems Halliburton
10  identified in those materials?
11      MR. LANCASTER:
12          Object to form.
13      THE WITNESS:
14          I would think they would have
15  some knowledge of it, yes, sir.
16  EXAMINATION BY MR. HARTLEY:
17      Q.   So if, for example, the
18  materials identified certain solutions that
19  Halliburton offers to its customers, you
20  would expect those customers like BP to be
21  aware of the solutions available to them?
22      MR. LANCASTER:
23          Object, form.
24      THE WITNESS:
25          Repeat that one more time.

Page 552

1  EXAMINATION BY MR. HARTLEY:
2      Q.   If the material such as the
3  material Mr. Lancaster showed you contains
4  solutions that Halliburton is offering to
5  its customers, you would expect BP to be
6  aware of those?
7      MR. LANCASTER:
8          Object to form.
9      THE WITNESS:
10          I would.
11  EXAMINATION BY MR. HARTLEY:
12      Q.   Halliburton certainly doesn't
13  hide that from its customers; does it?
14      A.   Nope.
15      Q.   Are you aware, or familiar with
16  the services BP requested of Halliburton
17  with respect to the Macondo 252 well?
18      A.   No.
19      Q.   Do you have any idea what BP did
20  or did not require of Halliburton?
21      A.   No.
22      Q.   Do you have any idea what cement
23  test results BP requested?
24      A.   No.
25      Q.   Do you have any idea of the

47 (Pages 549 to 552)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

MICHAEL C. SERIO VOL. II

April 29, 2011

Reported by:

JOSEPH R. KAISER, JR., CCR, RPR

Page 553

1  design parameters provided to Halliburton
2  by BP?
3      A.  No.
4      Q.  We'll just briefly talk about
5  Exhibit 2133, that's the U.S. land-offshore
6  cementing work methods.  Do you recall
7  Mr. Lancaster asking you questions about
8  various pages in this document?
9      A.  Yes.
10     Q.  I want you to turn to the page
11 that ends with the Bates number 116840.
12 Are you there?
13     A.  I'm there.
14     Q.  The second paragraph under
15 comments, the first sentence reads the
16 first recommendations to the customer
17 should be proper hole conditioning prior to
18 and during cementing.
19         Then it goes on, if the customer
20 is unable or unwilling to properly
21 condition the hole, spacer design should be
22 taken to the extreme to help prevent a poor
23 cement job.
24         Do you recall Mr. Lancaster
25 asking you a series of questions about

Page 554

1  those sentences?
2      A.  Yes, sir.
3      Q.  Are you familiar with
4  Halliburton's recommendation as to
5  conditioning prior to and during a cement
6  job?
7      MR. LANCASTER:
8          Object to form.
9      THE WITNESS:
10         Yes.  I have a general
11 understanding, yes.
12 EXAMINATION BY MR. HARTLEY:
13     Q.  What is Halliburton's general
14 recommendation of the hole conditioning
15 during a cement job?
16     A.  If I recall correctly, I think
17 two bottoms up.
18     Q.  Do you know whether or not that
19 was done on the Macondo well?
20     A.  No, sir.
21     Q.  Do you know whose decision it is
22 whether or not to follow Halliburton's
23 recommendation to do two bottoms up
24 circulations to condition the hole?
25     MR. LANCASTER:

Page 555

1          Objection to form.
2      THE WITNESS:
3          Obviously, it would be our
4  customer.
5  EXAMINATION BY MR. HARTLEY:
6      Q.  In this case for the Macondo
7  well, that would be BP?
8      A.  Yes, sir.
9      Q.  Are you aware of whether or not
10 BP was unable to follow Halliburton's
11 request or recommendation on the Macondo
12 well?
13     A.  No, sir.
14     Q.  You don't know one way or the
15 other?
16     A.  No.
17     Q.  Do you know whether or not BP
18 was unwilling to do a full bottoms-up
19 circulation prior to pumping the cement
20 job?
21     A.  No.  No, I don't.
22     Q.  Once a cement job is pumped, are
23 there things that can be done to verify
24 whether the cement job went well?  Tests
25 that can be run?

Page 556

1      A.  Yes.
2      Q.  Can you give me a couple of
3  examples?
4      A.  Like a bond log, submit a bond
5  log.
6      Q.  A bond log?
7      A.  Yes, sir.
8      Q.  If a Halliburton customer was
9  aware that there was risk of channelling or
10 severe gas flow potential in a cement job,
11 would you expect that Halliburton customer
12 to run a cement, cement evaluation tool or
13 a CDL after the cement job to verify that
14 the job went well?
15     MR. LANCASTER:
16         Object to form.
17     THE WITNESS:
18         If they wanted to know the
19 integrity of the cement job, I would say,
20 yes.
21 EXAMINATION BY MR. HARTLEY:
22     Q.  If there are factors about the
23 cement job that suggest it may not be
24 successful in obtaining zonal isolation,
25 would you expect the customer to verify the

48 (Pages 553 to 556)

601 Poydras Street, Suite 1720
New Orleans, LA 70130-6029

GAUDET KAISER, L.L.C.
Board-Certified Court Reporters

Telephone: (504) 525-9100
Facsimile: (504) 525-9109

Exhibit P
Page 48

Page 557

1  integrity of the cement?
2      MR. LANCASTER:
3          Object to form.
4      THE WITNESS:
5          I'd have to say in that case, I
6  would.
7  EXAMINATION BY MR. HARTLEY:
8      Q.   You would expect -- would you
9  expect the customer to verify that the
10  cement job obtained zonal isolation?
11     MR. LANCASTER:
12         Object to form.
13     THE WITNESS:
14         Yes.
15 EXAMINATION BY MR. HARTLEY:
16     Q.   Is a cement bond log one way of
17  doing that?
18     A.   Yes.
19     Q.   Do you know one way or the other
20  whether BP ran a cement bond log on the
21  Macondo well?
22     A.   No, sir.
23     Q.   Were you aware that BP chose not
24  to run a cement bond log?
25     A.   No.

Page 558

1      Q.   Were you aware that BP had a
2  crew from Schlumberger on the rig and sent
3  them home, rather than run a cement bond
4  log?
5      A.   No.
6      Q.   Were you aware that BP ran no
7  tests after the cement job to confirm that
8  it achieved zonal isolation?
9      A.   No.
10     MR. LANCASTER:
11         Object to form.
12 EXAMINATION BY MR. HARTLEY:
13     Q.   Do you remember Mr. Lancaster
14  spread out a large chart of what purported
15  to be cement jobs run in the Gulf of Mexico
16  and he provided some information about how
17  many days count that were greater than
18  17,000 feet?  Do you recall that generally?
19     A.   Yes.
20     Q.   Have you ever been involved in
21  running any job in the cement -- foam
22  cement job in the Gulf of Mexico at any
23  depth greater than 5,000 feet?
24     A.   I find below the mud line, I
25  would say no.

Page 559

1      Q.   Do you have any personal
2  knowledge about any of the jobs that may
3  have been on that chart, a foam cement job
4  greater than 17,000 feet?
5      A.   No.
6      Q.   Were you personally involved in
7  any of those jobs?
8      A.   That was back to '05.  I forget
9  the time frame.
10     Q.   When did you become lead
11  technical professional for Halliburton?
12     A.   That was -- about, I was doing
13  it about six years, about 2005.
14     Q.   You've been in your current
15  position about six years?
16     A.   Yes.
17     Q.   In that time have you ever
18  performed a cement job?
19     A.   No.  Not that I can remember.
20     Q.   Nor did you design a cement job
21  in that time frame?
22     A.   Correct.  No.
23     MR. HARTLEY:
24         We'll pass the witness.
25     THE VIDEOGRAPHER:

Page 560

1          We're now off the record, it's
2  12:08.
3          (Off the record.)
4      THE VIDEOGRAPHER:
5          We're now back on the record,
6  the time is 12:09.
7  EXAMINATION BY MR. deGRAVELLES:
8      Q.   Mr. Serio, I just have a few
9  final questions for you.
10         Are you aware that on April the
11  15th of 2010, Halliburton ran an Opti-Cem™
12  model that used 21 centralizers?  Does that
13  sound familiar?
14     A.   No, sir.
15     Q.   It does not?
16     A.   No.
17     Q.   Are you aware that that model
18  showed that by using 21 centralizers, there
19  would be a reduction in the potential for
20  gas migration into the annular space?
21     A.   No.
22     Q.   Were you aware that by using 21
23  centralizers, the model showed that it
24  would reduce the amount of channelling?
25     A.   No.

49 (Pages 557 to 560)

Page 561

1      Q.   That it would reduce the amount
2  of gas flow potential?
3      A.   No, sir.
4      Q.   Are you aware that BP's drilling
5  engineering team leader, Greg Walz,
6  recommended that BP honor that model using
7  21 centralizers?
8      A.   No.
9      Q.   Were you aware that despite the
10  recommendation of the drilling engineering
11  team leader for BP, that BP decided not to
12  use the 21 centralizers and only used six
13  centralizers?
14      A.   No, sir.
15      MR. LANCASTER:
16          Object to form.
17  EXAMINATION BY MR. deGRAVELLES:
18      Q.   Do you have any idea of why BP,
19  despite the recommendation of its team
20  drilling engineering team leader to honor
21  the model of 21 centralizers, that they
22  chose to use only six centralizers?
23      MR. LANCASTER:
24          Object to form.
25      THE WITNESS:

Page 562

1          No, I do not.
2  EXAMINATION BY MR. deGRAVELLES:
3      Q.   Are you aware that on April 18,
4  Jesse Gagliano ran a Opti-Cem™ model using
5  seven centralizers?
6      A.   No, sir.
7      Q.   And that it showed pore
8  centralization?
9      A.   No, sir.
10      Q.   Mud channelling?
11      MR. LANCASTER:
12          Object to form.
13      THE WITNESS:
14          No, sir.
15  EXAMINATION BY MR. deGRAVELLES:
16      Q.   And severe gas flow potential?
17      A.   No.
18      Q.   Are you aware that Jesse
19  Gagliano informed BP of this model?
20      A.   No, sir.
21      Q.   And are you aware that despite
22  Mr. Gagliano's April 18th Opti-Cem™ report
23  that I just mentioned to you, that it chose
24  to continue to use its plan utilizing only
25  six centralizers?

Page 563

1      MR. LANCASTER:
2          Object to form.
3      THE WITNESS:
4          No, sir.
5  EXAMINATION BY MR. deGRAVELLES:
6      Q.   Are you aware that BP did not
7  ask Halliburton to run an Opti-Cem™ model
8  on the proposed plan using six
9  centralizers?
10      MR. LANCASTER:
11          Object to form.
12      THE WITNESS:
13          No, sir.
14  EXAMINATION BY MR. deGRAVELLES:
15      Q.   Do you know of any reason why BP
16  did not do that?
17      A.   No, sir.
18      Q.   Are you familiar with how long
19  it takes to run an Opti-Cem™ model?
20      A.   Yes, sir.
21      Q.   How long?
22      A.   A matter of minutes.
23      Q.   A matter of minutes?
24      A.   Yes, sir.
25      Q.   And under the arrangement with

Page 564

1  BP, are you aware that it would not have
2  cost BP a penny to run an Opti-Cem™ model
3  on this plan which would have taken minutes
4  to run?  Are you aware of that?
5      MR. LANCASTER:
6          Object to form.
7      THE WITNESS:
8          It would not have cost them
9  anything?
10  EXAMINATION BY MR. deGRAVELLES:
11      Q.   It wouldn't have cost them
12  anything; would it?
13      A.   No, sir, it would not have.
14      Q.   Would you agree with me, sir,
15  that it was irresponsible and reckless for
16  BP not to the run the Opti-Cem™ model if
17  they were about to utilize on this well?
18      MR. LANCASTER:
19          Object to form.
20  EXAMINATION BY MR. deGRAVELLES:
21      Q.   Do you agree with me there?  Let
22  me just preface it by saying this, what
23  you've already agreed to.  They run models
24  on their previous plans; correct?
25      MR. LANCASTER:

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C.                    Telephone: (504) 525-9100
New Orleans, LA 70130-6029                   Board-Certified Court Reporters              Facsimile: (504) 525-9109

Page 565

1         Object to form.
2      THE WITNESS:
3         Okay.
4      EXAMINATION BY MR. deGRAVELLES:
5      Q.   And you had one plan that showed
6   you had a reduction in channelling and gas
7   flow potential and potential for migration
8   of gas into the annular space; correct?
9      A.   Yes.
10      MR. LANCASTER:
11         Object to form.
12      EXAMINATION BY MR. deGRAVELLES:
13      Q.   And you agreed that they chose
14   not to do that and do a plan that had only
15   six centralizers; correct?
16      MR. LANCASTER:
17         Object to form.
18      THE WITNESS:
19         Yes.
20      EXAMINATION BY MR. deGRAVELLES:
21      Q.   And you have, then, their
22   decision to not run an Opti-Cem™ model on
23   this final plan for six centralizers, even
24   though it's going to take minutes to run,
25   and cost absolutely nothing.  Right?

Page 566

1      A.   Yes.
2      MR. LANCASTER:
3         Object to form.
4      EXAMINATION BY MR. deGRAVELLES:
5      Q.   Wouldn't you agree with me, sir,
6   that the decision by BP not to run an
7   Opti-Cem™ model on this plan that they were
8   about to utilize was irresponsible and
9   reckless?
10      MR. LANCASTER:
11         Object to the form.
12      EXAMINATION BY MR. deGRAVELLES:
13      Q.   Will you agree with that?
14      A.   I don't know if I'd use the
15   words irresponsible and reckless.
16      Q.   They surely should have done it
17   right; though?
18      MR. LANCASTER:
19         Object to form.
20      THE WITNESS:
21         My opinion, I would think it
22   would have been run.
23      EXAMINATION BY MR. deGRAVELLES:
24      Q.   It would have been the right
25   thing to do?

Page 567

1      MR. LANCASTER:
2         Object to form.
3      THE WITNESS:
4         The model would have been run,
5   yes, sir.
6      EXAMINATION BY MR. deGRAVELLES:
7      Q.   It should have been run, is what
8   you're telling me?
9      MR. LANCASTER:
10         Object to form.
11      EXAMINATION BY MR. deGRAVELLES:
12      Q.   Right?
13      A.   In my opinion, if it were me, I
14   would have run it.  I'll put it like that.
15      Q.   And I think you've answered this
16   but I want to make sure I understand the
17   answer.  Has anybody asked Halliburton to
18   run the Opti-Cem™ model on the
19   six-centralizer plan that was actually
20   being used at the time of the explosion?
21      A.   I don't know.
22      MR. deGRAVELLES:
23         I am done with the reservation
24   of rights with respect to continuing
25   Mr. Serio's deposition when we get the gas

Page 568

1   flow data that was referred to earlier that
2   we did not get.  With that, I am done.
3      THE VIDEOGRAPHER:
4         We're now off the record, the
5   time is 12:14.
6         (Whereupon the deposition is
7   concluded at 12:16 p.m.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

51 (Pages 565 to 568)

Page 569

```
 1
 2
 3          WITNESS' CERTIFICATE
 4
 5
 6
 7
 8       I, MICHAEL C. SERIO, read or have
 9   had the foregoing testimony read to me and
10   hereby certify that it is a true and
11   correct transcription of my testimony, with
12   the exception of any attached corrections
13   or changes.
14
15
16
17
18
19          MICHAEL C. SERIO
20
21
22
23
24
25
```

Page 570

```
 1       REPORTER'S CERTIFICATE
 2
 3
 4       I, JOSEPH R. KAISER, JR., Certified
 5   Court Reporter, State of Louisiana, do
 6   hereby certify that the above-mentioned
 7   witness, after having been first duly sworn
 8   by me to testify to the truth, did testify
 9   as hereinabove set forth;
10       That the testimony was reported by
11   me in shorthand and transcribed under my
12   personal direction and supervision, and is
13   a true and correct transcript, to the best
14   of my ability and understanding;
15       That I am not of counsel, not
16   related to counsel or the parties hereto,
17   and not in any way interested in the
18   outcome of this matter.
19
20
21       JOSEPH R. KAISER, JR., CCR, RPR
            Certified Court Reporter
            State of Louisiana
22
23
24
25
```

601 Poydras Street, Suite 1720                GAUDET KAISER, L.L.C.                Telephone: (504) 525-9100
New Orleans, LA 70130-6029             Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit P
Page 52

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported by:
MICHAEL C. SERIO VOL. II                           April 29, 2011                        JOSEPH R. KAISER, JR., CCR, RPR

Page 571

## A

**ability** 388:8 459:14
540:8,17 570:14
**able** 392:17 431:9
490:10 497:2
**above-mentioned**
378:9 570:6
**absolutely** 491:15
565:25
**acceptable** 471:22
472:10 474:4,13
475:1 476:9
**account** 422:20 426:17
**accounts** 490:11 536:8
536:13 537:1
**accurate** 499:19,21
500:11,18 505:23
506:4
**achieved** 414:1 415:16
558:8
**Acoustic** 396:22
**acted** 549:22
**action** 421:12
**acts** 464:10,11
**actual** 395:9 414:17
445:18 477:4 522:4
**add** 480:15 482:2,20
483:6,9,24 484:16
485:6,8 489:2,11
491:9
**added** 483:17
**adding** 484:5 485:23
**addition** 391:18
**additional** 489:9
516:24
**additives** 480:12
485:12
**address** 417:5,14
418:19
**adequate** 413:25 415:3
415:16 416:4,10
526:19
**adjust** 385:14
**administering** 377:25
**ADMINISTRATION**
371:7
**advanced** 385:12
**advantages** 379:21,21
380:13 403:18,20
**advise** 417:11
**advisors** 422:18 425:21
**affect** 500:4
**aforementioned** 377:5
**ago** 485:2
**agree** 379:17,24 380:9
402:14 420:20 421:6

439:14 444:17 464:24
466:12,15 481:3
484:9 499:22 510:4
524:22 532:18,20,22
540:4 564:14,21
566:5,13
**agreed** 377:3 564:23
565:13
**ahead** 395:20 476:22
529:4
**Alabama** 372:8,10,11
**Allen** 372:5
**allow** 431:16 489:13
**allowed** 377:7 460:17
**allowing** 387:16,22
**allows** 391:22
**America** 372:4
**American** 368:15
405:23
**amount** 481:18 482:10
482:13,22 513:25
530:24,25 531:14,15
532:1,11 548:8
560:24 561:1
**Anada** 370:9
**Anadarko** 369:10,16
403:2 404:5 542:20
543:12,25 544:10,19
545:8,16 546:8,13,18
**Anadarko's** 403:25
**analysis** 396:25 397:7,7
434:6 439:4,5 443:3,9
497:20 501:3
**Ancalade** 373:3
**and/or** 420:2 421:21
424:12
**Angeles** 370:21
**annular** 435:17,25
560:20 565:8
**annuli** 526:20 527:13
528:2
**annulus** 418:20
**answer** 377:18 395:24
396:1 399:14 400:16
401:25 402:22 412:12
412:19,21 426:23
467:5 473:6 528:19
532:6 542:5 545:22
567:17
**answered** 567:15
**anticipated** 513:6
**anulus** 435:19
**anybody** 417:14 423:2
449:21 480:4 530:14
541:21 542:2 567:17
**APLC** 369:3

**apologies** 404:10
**apologize** 428:20
**APPEARANCES**
368:19 369:1 370:1
371:1 372:1
**appears** 427:17 523:17
523:20
**applications** 450:24
451:11
**applied** 452:24 453:11
**appreciate** 450:9,12
**approaches** 515:7
**appropriate** 421:17
423:3,13,18 424:9
**approving** 545:16
**Approximately** 519:18
**April** 368:5,17 378:4
395:13 405:24 432:16
437:24 438:21 439:16
440:6 442:3,9 455:13
456:2,22 458:23
506:8 518:10 520:13
528:24 530:11 543:3
543:6,11,17,23 544:8
544:18,22 545:4
546:1 560:10 562:3
562:22
**area** 471:9
**arrangement** 563:25
**article** 376:10 377:7
402:25 403:10
**articles** 550:14
**asked** 428:20,20 477:7
539:6 567:17
**asking** 430:15 540:24
541:3 553:7,25
**aspects** 500:13
**assesses** 527:24
**associated** 530:21
531:11
**assume** 482:19 483:14
483:14,22 496:7
497:22 498:7 524:22
**assumed** 498:8
**Assuming** 482:18
**assurance** 416:22
417:13
**attached** 569:12
**attack** 428:12,13
**attains** 382:20 481:19
**attempt** 392:13,15
393:2
**attention** 442:2
**Attorney** 372:8,10
**Attorneys** 369:6,10,16
369:23 370:6,11,17

370:21 371:5,13,18
371:22 372:6
**authored** 376:10
402:25 403:1
**authority** 455:16 456:5
456:25 457:7
**automatically** 526:3
**available** 397:8 550:18
551:9,21
**Avenue** 370:10 372:9
**aware** 388:19,22
396:10 399:17,20
409:9,22 426:16
441:4,8 444:16 459:3
459:12 471:5 526:6
543:12,18 550:20
551:21 552:6,15
555:9 556:9 557:23
558:1,6 560:10,17,22
561:4,9 562:3,18,21
563:6 564:1,4
**a.m** 530:11

## B

**B** 370:3
**back** 378:3 417:2 421:8
439:21 441:23 442:2
442:11 457:19,23
458:9 497:2 499:6
527:4 542:14 547:16
559:8 560:5
**background** 458:10
**bad** 417:1
**badger** 402:8
**ball** 409:17
**barb** 421:16
**BARBIER** 368:5
**barrels** 489:2 519:14
519:18
**base** 434:23 472:23
473:1,9,11 482:23
**based** 379:25 380:5,7
434:6 439:4,5 443:3,8
475:19 483:15 485:1
492:3,5 503:5 530:19
**basically** 424:7,20
431:18 434:15 463:15
**Bates** 404:25 405:6
406:14 506:10 507:2
510:20 512:22 514:17
517:16 520:11 523:11
529:6 553:11
**Baton** 368:23
**Bayou** 368:16
**bearing** 461:21
**bears** 520:11

**BECK** 370:3
**becoming** 382:22,25
**beginning** 378:4 441:22
499:5 521:13 542:13
**begins** 382:24 467:16
490:23
**believe** 402:16 484:8
**believed** 398:11,25
400:22 401:7 444:6
455:12 456:1,21
**beneath** 391:18
**benefit** 379:12 383:7,13
**benefits** 379:2
**best** 430:13 444:11
445:17 570:13
**beware** 409:14
**beyond** 414:16 523:6
**binder** 378:15 389:23
432:8 506:6
**Bingham** 369:8 542:18
**bit** 406:3 446:20 458:10
**blames** 400:2
**blaming** 399:19
**blank** 416:14
**Blankenship** 371:15
458:3
**blue** 391:5,5
**board** 458:15
**BOCKIUS** 371:11
**bond** 556:4,4,6 557:16
559:8 560:5
**bonds** 380:14
**Boston** 369:10
**bottom** 388:2 389:25
433:21 461:9 495:4
495:11,17,20,25
501:5 513:19 520:14
**bottoms** 554:17,23
**bottoms-up** 555:18
**Boulevard** 371:7
**box** 391:18 439:24
**BP** 370:21 371:5
384:11 394:20 398:13
399:4,19 400:2,4,23
401:11 402:18 408:13
417:11 420:13,20
426:17 437:4 442:15
442:18 443:3 449:22
451:22,25 452:10,14
453:14 454:5,9,18
455:2,4,17 456:6
457:1 471:7 494:8,22
495:3 497:6 499:11
500:8 505:22 510:14
511:24,25 519:7
539:6 550:20,23

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                        Reported by:
MICHAEL C. SERIO VOL. II                            April 29, 2011                            JOSEPH R. KAISER, JR., CCR, RPR

Page 572

551:7,20 552:5,16,19
552:23 553:2 555:7
555:10,17 557:20,23
558:1,6 561:6,11,11
561:18 562:19 563:6
563:15 564:1,2,16
566:6
**BP's** 561:4
**break** 441:16 499:10
**breakdown** 467:1
**breakout** 467:1
**Brian** 432:15
**briefly** 553:4
**Broadhead** 371:3
**Bryant** 372:4
**bubbles** 381:10
**built-in** 397:4
**bullet** 380:12,17 381:8
385:25 386:12 387:15
387:20 407:6,7 417:6
**bump** 529:20,25
**bunch** 403:20 429:3
**BURR** 369:2
**businesspeople** 429:5

**C**

**C** 368:15 370:14
371:11,21 378:1,7
536:13 569:8,19
**calculated** 391:7 502:6
529:13
**California** 370:21
371:4,4
**call** 382:21
**called** 406:5 413:21
527:13
**calling** 405:21
**camera** 389:24 390:1
**Cameron** 370:6
**capabilities** 397:8
**capacity** 445:23 548:19
549:22
**career** 390:23 432:23
444:21 446:11
**carries** 485:3
**CARRÈRE** 370:9,14
**case** 403:9 425:14
555:6 557:5
**cased** 509:10
**casing** 397:1 430:2
432:14 435:19,21
459:24 462:21 468:5
469:11 471:9 472:9
473:5 474:24 476:8
479:17 503:7 506:8
526:18 527:8,9,25

528:12,24 538:16
545:18 549:6,10,15
550:5
**casings** 471:20
**Cast-V** 396:18,20,23
397:6
**Category** 439:12
**cause** 527:12
**causing** 528:1
**caution** 421:15
**CCR** 373:18 377:22
570:20
**CDL** 556:13
**cede** 457:18
**ceded** 530:16
**cement** 379:2,12 380:7
380:13,13 381:10,13
381:19,24 382:2,4,11
382:13,24 383:4,7,9,9
383:14,22 384:10,11
384:22 386:18,19,21
387:3 388:25 389:11
393:23,24 394:6
397:1 398:21 399:1
402:25 403:6,7,18
407:1 416:22 417:12
418:21 419:19 420:7
423:3,11 426:6 430:9
430:25 431:1,10,11
431:18,20 434:17,21
435:24 436:4,17,25
437:6,8 439:13 440:7
440:14,23 441:7,11
442:6,19 443:6,10,18
444:12 445:8,16,18
445:22 446:6,13,23
448:9,18,23 449:1,9
449:23 450:24 451:11
451:20,23 452:7,23
453:11,15 454:6,9,18
454:20 455:2,13
456:2,22 459:23
460:2 461:1,11,21
462:9,20,24 463:14
463:15,17 464:8,10
465:23 466:1,8,19
467:16 468:4 469:10
471:8,20 472:9,19,23
473:2,5,9,11 474:3,9
474:24 476:8,23
477:4,15 478:3,7,18
478:23 479:6,16,18
480:23 481:12,19
482:3,9,11,11,13,20
482:23 483:16 484:5
484:17 485:9,17,23

486:21 487:4,17,17
488:2,2,16,21 489:1
489:10,15,24 490:15
490:23 491:10,19
492:15,22 493:23
494:10,19,21,24
496:14,25 500:21
501:4,14 502:6,16,18
502:25 503:7,9,15,23
505:25 509:10 513:7
513:16 514:13 517:12
519:13,22 521:13
522:15 524:2,10,17
524:24 525:7,22
526:8,19 527:12,13
527:19 528:11 529:13
530:21,23 531:12,13
532:1,11 533:2,6,17
534:5,17 535:1,14,18
536:5,19 537:17
538:1,17 539:8,10,21
540:8,9,17,19 541:4,6
541:7,17 543:24
544:3,10,23 545:5,9,9
545:17 548:2,7,15,21
549:4,5,9,10,15 550:1
550:4,8 552:22
553:23 554:5,15
555:19,22,24 556:10
556:12,12,13,19,23
557:1,10,16,20,24
558:3,7,15,21,22
559:3,18,20
**cemented** 419:6 496:17
508:21 510:16 512:14
**cementing** 376:12,14
380:8 392:4 393:22
394:4 395:10 397:21
405:22 406:20 414:9
415:14 417:10 419:16
421:12 422:14 425:17
455:12 456:1,21
458:20 461:19 471:18
476:7 499:13,24
503:6,24 505:21
513:21 526:16 527:23
530:20 539:9 548:14
553:6,18
**cement's** 392:5
**Center** 368:15 370:4
**centering** 537:14
**centralization** 413:22
413:25 415:3,16
416:5,11 417:7,14,23
418:5,8 562:8
**centralizer** 434:1 536:9

537:2
**centralizers** 430:20
434:2 438:22 454:19
538:12 560:12,18,23
561:7,12,13,21,22
562:5,25 563:9
565:15,23
**Centre** 371:16
**certain** 430:19 494:9
494:23 501:4 527:18
551:18
**certainly** 552:12
**CERTIFICATE** 569:3
570:1
**certification** 377:14
**Certified** 373:18
377:23 378:9 570:4
570:21
**certify** 569:10 570:6
**Chaisson** 549:22
**CHAMBERS** 372:3
**chance** 429:23
**change** 420:21
**changes** 569:13
**channel** 399:2 537:17
**channeling** 400:3,22
**channelling** 398:5,11
399:3,5,18 400:2,5,24
401:7,11 402:16
441:6,12 466:8,19
536:11,15,17,18
537:4,10 556:9
560:24 562:10 565:6
**channels** 398:7 418:21
**Charles** 370:10
**chart** 389:25 397:12,19
497:16,17 558:14
559:3
**check** 469:17 470:21,23
497:21
**checked** 460:21
**checking** 469:22
**chemical** 382:15
**chemically** 382:25
**Childress** 370:3
**choosing** 502:24
**chose** 557:23 561:22
562:23 565:13
**circulate** 419:23 488:1
489:1
**circulating** 391:21
488:16 495:4 496:1,6
501:5 513:6 514:19
515:6 516:3,11
517:10 519:11 520:2
520:3

**circulation** 403:8
487:18 489:24 490:1
555:19
**circulations** 554:24
**Circumferential**
396:22
**Civil** 377:8
**cleaning** 407:10 408:5
408:21 419:6
**cleanup** 546:19 547:9
**client** 445:12,17 446:6
446:11
**climbing** 392:20
**close** 436:5 437:7 440:8
444:2
**coal** 403:9,11
**coalesce** 381:11
**Code** 377:8
**colleague** 458:3
**collecting** 446:22
**collection** 427:22
**color** 405:5
**Colorado** 371:9
**column** 379:20 403:18
510:24 511:12,18
512:4,5 514:5
**columns** 512:25 513:5
513:5,19 514:23
516:12,25
**come** 428:11 444:7
502:10 515:8 527:4
**coming** 428:24
**comment** 521:6
**comments** 419:10,11
553:15
**Committee** 368:23
**communicate** 497:7,14
**communications** 546:7
546:12,17,22 547:2,7
**compare** 387:15,20
431:12 439:17 440:11
**compared** 442:8
478:22
**compatibility** 411:1,12
476:9,15,22 477:8
478:5 479:17
**compatible** 412:4
**compensate** 414:3
415:2,18 416:4,10
**competency** 459:6,9
**completed** 520:17
529:25
**components** 434:17,20
435:9
**compressed** 381:9
**compressive** 481:7,20

Case 2:10-md-02179-CJB-DPC Document 3156-11 Filed 07/06/11 Page 56 of 69

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010          Reported by:
MICHAEL C. SERIO VOL. II          April 29, 2011          JOSEPH R. KAISER, JR., CCR, RPR

Page 573

482:4,23 483:8 484:1
485:2,13 493:22
520:17,25 521:2,8
522:2,4,14 523:12,21
524:23 525:8,14,23
526:8 528:10
**computer** 414:17
429:18
**concentration** 485:22
486:20 487:4,16
**concept** 502:12
**concern** 388:21
**concerning** 546:13,18
546:23 547:3,8
**concerns** 417:6 418:20
459:4,8,14
**concluded** 443:8 568:7
**condition** 419:17 437:9
439:6 455:4,14 456:3
456:23 553:21 554:24
**conditioning** 419:15
420:14 472:11 553:17
554:5,14
**conditions** 395:10
397:3 434:7
**conducted** 460:13
**confident** 418:15
**confirm** 558:7
**confused** 438:6 472:22
**connection** 501:10
**Conoco** 497:12,13
548:11,19
**consider** 418:9 533:12
534:23
**consideration** 418:4
**considered** 417:24
424:4 434:8 439:6
**consistency** 460:22
**consistent** 441:9 470:14
470:19
**consisting** 421:20
424:11
**contact** 422:12 426:20
**contacted** 426:9
**contained** 414:15
**contains** 552:3
**contaminate** 410:22
**contamination** 466:1,5
477:3,13 479:6
**continue** 562:24
**continued** 369:1 370:1
371:1 372:1
**continues** 442:18
**continuing** 567:24
**control** 505:10 546:14
547:4

**controlled** 505:16,17
**conventional** 403:6
431:1
**convey** 520:20
**cooler** 482:12
**coordinator** 421:21
424:13
**coordinators** 422:20
**copy** 447:7,11,16
**corner** 406:16
**Corporation** 370:6
542:20
**correct** 380:23 381:20
383:14 388:13 408:21
418:10 423:14 425:22
426:10 429:1 430:5
432:24 433:5 435:21
436:6 437:10,19
443:23 444:12 456:7
458:7,12 459:1,9,16
459:17,19 460:9
461:12,22 462:5,25
463:9,19 464:11,20
465:19 466:1,8,19
467:1 468:2,7,20
470:20 471:11,23
473:3 474:5,14 475:2
475:12 476:10 477:4
477:10,15,23 478:7
478:25 479:3,8,19
480:5,13,24 481:8
482:4 484:7 486:3,13
487:6,18 488:9,16
489:5,16 490:2,16,24
491:11 492:2 494:24
495:5,12,15,18,21
497:23,25 498:13
499:25 500:14,20
503:3,10 504:24
505:11 506:2,13
510:7,18 511:13,18
512:1,9 513:8,18
514:6 517:13 518:15
519:2,20,23 520:7
523:13 525:9 536:18
538:2 539:12,23
559:22 564:24 565:8
565:15 569:11 570:13
**corrections** 387:17,22
569:12
**correctly** 380:16,18,19
381:14 383:11 385:9
385:17 386:5,10,15
387:24 393:25 397:10
407:4 415:25 419:7
419:20 420:4 421:13

421:24 422:4 554:16
**correspond** 514:22
516:12
**cost** 564:2,8,11 565:25
**counsel** 377:4 404:7
539:5 570:15,16
**count** 558:17
**counted** 448:21 449:4
449:12
**counting** 449:1,8
**couple** 556:2
**course** 432:23
**Court** 368:1 373:18
377:23 378:9 570:5
570:21
**cover** 497:1,2 502:19
506:22
**coverage** 418:21
**creating** 455:3
**crew** 459:5 558:2
**crew's** 459:9
**critical** 381:18 421:12
**cross-reference** 438:1
**cure** 460:17 521:13
526:19
**cured** 527:12
**curing** 480:23 481:6
**curiosity** 523:8
**current** 446:8 559:14
**currently** 438:4 520:18
521:20
**curve** 523:13
**customer** 408:16 417:5
418:19 419:14,16
420:1 452:21 453:2
463:6 494:8,8 495:9
496:4,10 497:6,19,23
498:12 499:11 500:8
505:22 510:14,14
519:7 523:24 524:1,9
524:16 525:5,20
526:9 553:16,19
555:4 556:8,11,25
557:9
**customers** 379:1,11
383:6 385:23 388:25
389:4,11,16 392:9
419:22 448:11 450:4
450:14 522:21 550:18
551:19,20 552:5,13
**customer's** 411:13
446:3
**cut** 460:18,19
**cylinder** 460:17

—— D ——

**D** 378:1
**Dallas** 369:22
**dashed** 517:19 518:17
**data** 421:23 427:23
428:23 429:10,15,24
443:4,9 446:22
448:12 494:5,9 506:4
568:1
**database** 376:14
**date** 518:8 543:6
**dated** 432:15
**David** 369:9 542:17
**days** 421:18 423:4
424:9 462:12 558:17
**decided** 485:24 561:11
**decision** 554:21 565:22
566:6
**decisions** 388:5,9
**decrease** 487:17 488:1
488:25
**decreases** 490:14
**deeper** 437:14
**deepwater** 368:4
450:24 451:11 459:5
459:15 462:21 464:17
468:3 469:11 474:9
474:25 503:8,15
543:7,13,19 544:19
546:1 549:6,11,16,23
550:5
**defendants** 542:19
**define** 379:8,9 493:13
**definition** 383:2 493:14
**deGRAVELLES**
368:20,21 374:17
413:8 560:7 561:17
562:2,15 563:5,14
564:10,20 565:4,12
565:20 566:4,12,23
567:6,11,22
**degree** 458:11
**densities** 496:25 503:24
513:7
**density** 391:19,21
403:7 460:21 478:1,2
478:3,12,15,17,18,21
478:23 490:1 495:21
496:1,25 502:17,25
507:8,11,13,15,22
508:1,10 509:4,5,18
510:15,25 512:4,5,8
512:10,18 514:19
520:2,3
**density's** 461:7
**DENÈGRE** 370:9,14
**depend** 453:7 473:19

527:1
**dependent** 481:24
482:9 484:22
**depending** 483:11
**depends** 466:16
**deposition** 368:15
377:5,20 429:22
567:25 568:6
**depth** 435:18,20,25
447:21,25 448:18
449:10,24 451:24
452:4,12,24 453:12
453:23 482:14 511:4
511:5,8 518:19
519:12 550:8 558:23
**depths** 453:7 538:13
**Deputy** 372:10
**described** 383:14
**describing** 379:11
381:16 382:3 434:15
**description** 434:23
**DESCRIPTIVE** 376:1
**design** 384:22 390:3,14
407:1 419:4,4,18
420:8,16 430:3
432:14 451:23 452:10
452:23,23 494:24
499:13 505:25 506:9
545:9,17 548:15,20
549:5 553:1,21
559:20
**designed** 473:4 494:9
548:2 549:4
**designing** 496:14
549:14
**designs** 407:2 450:5,16
**desirable** 504:4,7
**desired** 525:22
**despite** 561:9,19
562:21
**determination** 501:14
**determine** 398:6
470:18 491:19 492:9
525:7,21 526:7 536:5
**determined** 534:3,15
**determines** 464:7
**determining** 530:22
531:13
**develop** 482:4
**developing** 481:8 545:8
**development** 463:14
485:3 527:20
**difference** 409:25
431:12
**different** 397:20 434:17
434:20 435:8 459:22

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6029          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit P
Page 55

Case 2:10-md-02179-CJB-DPC Document 3156-11 Filed 07/06/11 Page 57 of 69

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                         Reported by:
MICHAEL C. SERIO VOL. II                               April 29, 2011                          JOSEPH R. KAISER, JR., CCR, RPR

Page 574

509:2 511:3
**differently** 467:14
**digital** 397:4
**digits** 406:18
**diligent** 445:10
**directing** 429:11
**direction** 570:12
**directions** 428:24
**discovery** 442:16
**discussed** 442:13
**discussing** 442:6
**discussion** 503:16
**displacement** 379:22
385:15 395:3,7
**distribution** 470:19
**DISTRICT** 368:1,1
**districts** 405:24
**DIVISION** 371:7
**document** 378:20 385:2
393:21 404:18 405:1
405:16 406:9,25
432:9 433:17,19
447:12 497:16 506:7
506:20 507:1 553:8
**documents** 404:12
**doing** 388:25 396:9
400:19 428:8 451:20
452:7 503:17 557:17
559:12
**Dolghih** 369:21
**Douglas** 370:14
**downhole** 386:5 388:4
397:3,6 483:16 485:7
**Draft** 497:17
**drawing** 416:14
**drill** 524:25
**drilled** 543:14,20
**drilling** 502:12 561:4
561:10,20
**Dril-Quip** 372:6
**duly** 378:8 570:7
**duties** 459:16
**dying** 399:19
**D-Air** 409:18,23,24
410:6,6,10,11,21,25
411:12 412:2 448:23
449:2,9,23 452:11
453:11,21,21 454:7

—— E ——

**E** 378:1,1 528:23
**earlier** 406:4 442:13
502:17 512:7 568:1
**EASTERN** 368:1
**ECA** 523:18,22
**eccentricity** 414:1,10

414:19
**ECD** 386:13 389:1
390:3,14,23 391:6,21
500:10 501:19 503:9
513:1,1,4,4 514:2,23
515:9 516:12,24
517:11,20
**ECDs** 388:20 389:12
391:15 392:5,20
403:8 490:7 513:20
514:13 516:4 519:22
537:25
**echo** 396:24
**effect** 411:17,20 479:24
486:8,11 490:7
537:16,25
**effective** 407:9 408:4
408:21
**effects** 410:3,12
**effort** 428:22
**eight** 422:3 425:19
426:8 449:4 485:22
**either** 384:12 395:12
528:20 545:14
**Elisaveta** 369:20
**ELLIS** 370:19 371:3
**Elm** 369:21
**embedded** 548:10
**employed** 547:22
**employee** 387:12
445:11
**employees** 403:1
**employs** 395:8
**enabling** 386:13 389:1
389:13
**encountered** 422:10
427:4
**encouraged** 419:22
**ends** 553:11
**Energy** 547:23
**engineer** 461:18 471:17
474:10,22 476:5
503:4 505:19 526:16
530:19 539:8
**engineering** 458:12,15
561:5,10,20
**enhanced** 397:7
**enhancement** 393:23
**ensure** 406:25 474:3
**entirety** 509:9
**entitled** 384:22 393:22
419:3 421:12 453:14
454:5,10
**entry** 530:11
**equal** 460:19
**equipment** 395:9

**equivalent** 391:20
490:1 495:18,20,25
496:2 513:6
**error** 444:9
**Esquire** 368:21,22
369:4,9,14,20,21
370:3,9,15,20 371:3,8
371:11,16,21 372:4,9
**establishing** 471:21
472:10
**estimate** 443:10,21
444:11 445:15,17
446:13
**estimated** 436:17,25
437:5 442:19 443:15
445:21 446:5 501:4
514:1
**et** 377:7
**evaluating** 536:10,15
537:3
**evaluation** 393:25
397:1 556:12
**event** 505:11
**evidence** 377:21
**exactly** 457:7
**EXAMINATION**
374:1 378:12,23
379:5,18 380:10
381:1,7,25 382:12
383:20 384:2,8,24
385:5 386:11 387:13
388:12,18 389:9,21
390:13,20 392:14
393:1,8,19 394:13,18
395:1 398:3,22 399:8
399:16,25 400:8,17
401:5,14,21 402:4,13
402:23 403:16 405:19
408:1,11 409:1
410:17 411:9,18,25
412:9,18 413:3,12
415:9,23 416:15
417:20 418:6,16
420:22 421:4 423:9
423:20 424:6,19,24
425:7 426:4,18 427:1
427:11,20 428:5
430:12 431:7,24
432:6 435:16 436:12
436:23 437:16,22
440:19 441:25 443:1
443:16 444:4,19
448:3 449:18 450:11
450:21 451:6,18
452:5,19 453:9,22
454:4,15,24 455:9,23

456:18 457:25 460:7
461:10,17 462:4,17
463:5 464:1 465:1,15
466:6,14,24 467:7,24
468:13 469:3,23
470:8,16 471:4,16
472:4,18 473:7,17
474:20 475:8,18
476:2,16,24 477:21
478:14 479:13,25
480:10,21 481:4,11
481:17,25 482:17
483:5 484:24 486:10
486:18 487:2,12,24
488:8,23 489:12,22
490:8 491:5,17,24
492:23 493:6,21
494:3,20 498:5,19
499:8 500:6,19 501:2
501:12,25 502:7
503:20 504:5,21
505:5,18 508:9 509:1
509:16,25 510:12
511:23 512:20 513:13
515:4,17 516:1,9,18
517:8 518:5,16,25
519:17 520:5,23
521:12,18 522:3,13
522:23 523:9,19
524:7,15 525:2,18
526:5,14 527:5,21
528:7,21 529:5,22
530:7,17 531:10,21
532:8,19 533:3,14,23
534:13,24 535:7,15
535:21 536:3,25
537:7,23 538:9 539:2
539:19 540:5,14
541:2,16 542:16
547:18 551:6,16
552:1,11 554:12
555:5 556:21 557:7
557:15 558:12 560:7
561:17 562:2,15
563:5,14 564:10,20
565:4,12,20 566:4,12
566:23 567:6,11
**examined** 378:10
**example** 483:7 485:15
485:21 488:24 496:13
500:20 511:16 534:2
534:14 551:17
**examples** 495:1 556:3
**exceed** 496:23 502:25
503:10,24 504:8
506:1 507:16 519:22

540:17
**exceeds** 519:11,14
523:2
**exception** 569:12
**Excuse** 469:19 529:23
**exert** 538:1 541:4
**exerted** 540:16
**exhibit** 375:5,7,9,11,13
375:15 376:1,3,5,8,10
376:12,14 378:19,21
379:10,13 384:19
385:3 390:10 404:8
404:11,13,14,19
405:21 413:7,16
416:18 419:1 421:11
432:12 433:8,13,20
436:14 438:13 439:16
442:2,22 447:13,18
447:22 448:12,17,25
449:7 553:5
**EXHIBITS** 375:1
**expand** 381:10 527:9
**expansion** 527:11
**expect** 475:11,21 476:1
476:3 480:4 505:22
506:3 511:17,25
550:17,20,23 551:7
551:20 552:5 556:11
556:25 557:8,9
**expected** 471:10
**experience** 380:1 450:3
451:8,9 461:19
471:18 474:11,23
476:6 498:6 503:5
505:20 526:17 530:20
531:24 532:9 539:9
**experiments** 450:4,15
**expert** 458:19
**explosion** 543:7,11,17
543:23 544:18 545:25
567:20
**expressed** 508:12
**extend** 480:20 482:22
483:3 486:12 488:21
490:20 491:3,8
**extended** 482:2 485:3,5
**extending** 480:22
490:22,22
**extends** 481:18
**extra** 447:7
**extreme** 419:19 420:8
420:16 553:22
**eyes** 447:3
**e-mail** 422:12 428:9
520:10,13,14
**e-mailed** 429:3

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010          Reported by:
MICHAEL C. SERIO VOL. II                    April 29, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 575

**e-mails** 442:16

**F**

**faced** 415:15 417:22
**facility** 395:4,7
**fact** 379:19 401:7
    402:17 416:2 539:21
**factors** 556:22
**fails** 461:2
**fall** 512:24
**familiar** 414:22 460:8
    480:11 502:12 506:12
    506:24,25 549:13
    552:15 554:3 560:13
    563:18
**far** 461:16 521:19
    523:8
**fast** 385:16 386:14
    389:2,14 391:22
    419:25
**Faul** 428:24
**February** 544:22 545:4
**Federal** 369:9
**feel** 400:15 418:8,15
    444:17 457:7 478:12
    532:6
**feet** 436:1,4,18 437:7
    437:17 440:8,14,25
    442:8,10,20 443:6,10
    443:20 444:12 447:21
    448:2,19 449:10,25
    453:12 511:4,6,9
    517:21 518:4,19
    519:12 550:9 558:18
    558:23 559:4
**felt** 418:5 456:11 457:8
**figures** 513:3 515:18
**filing** 377:13
**final** 434:12 439:19,21
    439:25 442:5 459:24
    560:9 565:23
**find** 395:16,24 396:1,11
    412:8,10,11 414:14
    414:18 416:6 558:24
**fine** 380:11 447:3
**finish** 426:22
**finished** 460:24
**firm** 542:19,22
**first** 380:12 394:3
    395:25 396:3 419:14
    422:1,24 428:23
    430:7 433:19 450:23
    451:10 542:24 553:15
    553:16 570:7
**five** 445:1,5,8 483:17
    483:25

**flagged** 405:15
**flags** 405:15
**Floor** 368:16 369:5
**flow** 382:4 383:23
    422:2,25 425:18
    426:7 427:22 429:23
    434:5,8 437:9 439:4,7
    440:13 442:9 443:22
    443:23 444:7 450:25
    451:13 453:1 464:18
    465:3 473:19,21
    507:18 539:11,22
    540:6,7 556:10 561:2
    562:16 565:7 568:1
**Floyd** 369:20
**fluid** 414:4 415:19
    474:8,12,13,19
    475:10 527:3
**fluids** 386:4 421:22
**foam** 379:2,12 380:7,8
    380:13 381:10 383:7
    383:13 402:25 403:5
    403:18 406:20 407:9
    408:4,6 409:19
    410:12 411:2,8,10
    412:2 430:8,24
    431:10,11,17 439:12
    440:7,23 446:2,23
    447:19 448:9,18,22
    449:1,9,23 452:10
    453:11 454:6 456:2
    456:22 460:2 461:21
    472:19 473:5,8 476:9
    476:14 480:16 494:10
    494:19,21 503:7,21
    528:23 539:7,10,21
    540:8,17 541:6,17
    548:15,20 549:4,5,10
    549:14 550:4,7
    558:21 559:3
**foamed** 403:6 407:1,15
    408:14 431:19 434:25
    435:23 462:9,20
    469:10 471:8 472:24
    503:14
**foaming** 407:8 408:3
    408:19,20 409:15
**focus** 405:16 542:25
    543:1 545:24
**folks** 408:6
**follow** 554:22 555:10
**followed** 407:14
**following** 403:19
    407:18 408:18 417:5
    417:21 418:19 420:12
    420:15 422:11 423:11

425:16 426:20 427:4
    427:6,6
**follows** 378:11
**foot** 465:21 467:12,22
**foregoing** 569:9
**forget** 559:8
**form** 377:17 379:4,15
    380:3,25 381:4,22
    382:8 383:16 384:1,5
    384:14 386:7 387:9
    388:11,15 389:6,18
    390:12,16 392:11,25
    393:5,15 394:12,17
    394:23 397:25 398:17
    399:7,12,22 400:7,13
    401:1,13,18 402:3,7
    402:20 403:13 407:22
    408:8,23 410:14
    411:6,15,22 412:6,15
    412:25 415:5,22
    416:12 417:17 418:2
    418:12 420:18 421:1
    423:6,16 424:2,18,23
    425:2,24 426:12
    427:10,15 428:2
    430:11 431:4,23
    432:3 435:13 436:8
    437:12,21 440:18
    442:25 443:13,25
    444:14 449:15 450:7
    450:18 451:3,15
    452:2,16 453:5,18,25
    454:12,23 455:6,20
    456:9 457:4 460:4
    461:5,14,24 462:14
    463:2,21 464:22
    465:9 466:3,10,21
    467:3,18 468:9,22
    469:14 470:3,12
    471:1,13,25 472:14
    473:14 474:16 475:4
    475:14,24 476:12,19
    477:17 478:9 479:10
    479:21 480:7,18
    481:1,10,14,22 482:6
    483:1 484:20 486:5
    486:15,24 487:8,20
    488:4,18 489:7,18
    490:4 491:1,13,21
    492:18 493:2,18,25
    494:12 498:2,15
    500:2,16,23 501:8,21
    502:4 503:12 504:17
    505:1,13 508:6,23
    509:12,22 510:9
    511:20 512:16 513:10

515:1,12,14,21,23
    516:6,14 517:4 518:1
    518:21 519:16,25
    520:22 521:11,15,22
    521:24 522:10,17
    523:4,15 524:4,12,20
    525:11,25 526:11,20
    526:22,24 527:16
    528:4,15,17 529:16
    529:18 530:4 531:2,4
    531:18 532:4,14,16
    532:24 533:8,19
    534:8,10,20 535:4,10
    535:20,25 536:21
    537:6,20 538:4,6,22
    538:24 539:14,16,25
    540:2,11,21 541:9,11
    541:20 551:2,12,23
    552:8 554:8 555:1
    556:16 557:3,12
    558:11 561:16,24
    562:12 563:2,11
    564:6,19 565:1,11,17
    566:3,11,19 567:2,10
**formalities** 377:11,13
**formation** 379:23
    380:14 496:16 497:1
    497:2,5 502:20 503:2
    507:17 510:15 513:8
    514:1 519:23 528:1
    538:1 540:16 541:14
**formations** 403:9,11
**forth** 511:3,12 513:3
    514:6 515:9 529:10
    570:9
**four** 380:5 489:1
    548:25
**frac** 391:11 392:6
    514:19 518:3,18,18
    519:5,11,23 520:4
**fracture** 391:11 503:1
    503:10,25 504:8
    505:24 506:1 507:7
    507:10,13,18,19,20
    507:22 508:3,8
    510:21 512:5,8,8,12
    513:1,4 514:8,10,14
    517:21
**frame** 559:9,21
**Francisco** 371:4
**free** 474:21 475:1,9
    512:24
**Friday** 368:16
**FRILOT** 371:20
**front** 379:6 405:21,25
    409:2 413:17 419:1

421:9 432:17
**FRUGÉ** 368:21
**fruition** 444:8
**fulfill** 424:14
**full** 555:18
**Funderburk** 371:11

**G**

**G** 378:1
**Gagliano** 396:4 423:2
    423:10 424:13 425:15
    441:4 471:10 475:11
    520:13 528:25 562:4
    562:19
**Gagliano's** 426:5 521:6
    562:22
**gallon** 486:7 507:12
    508:13
**gallons** 485:22,25
**GALLOWAY** 369:2
**gap** 517:6
**gas** 379:22 381:9 382:3
    383:8,22,23 384:10
    422:2,25 425:18
    426:7 427:22 429:23
    434:5,8 437:9 439:3,7
    440:13 442:9 443:22
    443:23 444:7 450:25
    451:12 453:1 464:18
    465:3,17,22 473:21
    538:19 539:7,11,22
    540:6,7,16,18,25,25
    541:4 556:10 560:20
    561:2 562:16 565:6,8
    567:25
**gather** 428:22
**gauge** 531:25 532:10
    533:5
**gel** 381:20 382:5,21
    383:1 463:12,14
    464:3,4,11,13,18
    465:19,21,24 467:9
    467:12,15,16,23
    468:6,12,15,17,19
    469:1 471:22 472:11
    472:24 473:1,10
    474:4 475:10 484:17
    485:4,5 486:3 490:24
    491:6,11 527:2,19
**gelled** 463:18
**gelling** 467:20
**gels** 382:22
**general** 372:8,10
    460:10 469:6 554:10
    554:13
**generally** 433:4,6

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010       Reported by:
MICHAEL C. SERIO VOL. II      April 29, 2011      JOSEPH R. KAISER, JR., CCR, RPR

Page 576

494:17 558:18
**generated** 445:25
**generating** 500:12
**generation** 396:22
**getting** 501:10
**GFP** 428:22 429:9,15
442:7,10 443:7
**give** 388:3 395:21
405:15 438:18 446:12
457:19 492:25 493:8
506:4 526:3 530:14
541:21 542:2 556:2
**given** 499:18 525:8
**go** 380:11 383:3 388:1
393:20 395:15,20,25
396:11 402:24 403:23
404:16 406:10 407:6
417:3 418:24 421:8
430:1 438:12,20
439:17,20 458:9
496:22 513:18 520:9
529:4 549:14
**GODWIN** 369:19
**goes** 381:19,19 382:16
385:11 422:8 467:21
553:19
**going** 378:18 382:5
384:19 385:14 392:23
398:11 399:2,2 401:8
402:1,7,17 403:23
404:16,17 405:15
406:8,10,11,12,13
410:20 411:2,10
412:2 429:21 430:17
435:10 437:25 447:10
447:17 448:4,5
451:23 452:11 454:20
457:18 461:7 465:12
465:13 468:4,12,14
468:25,25 482:15
485:9,10,19 492:16
494:4 496:17 503:17
503:18 527:19 539:22
540:25 541:1 542:25
565:24
**GOM** 421:12 422:18
425:9 427:23 453:13
**good** 378:13,14 393:10
393:13 399:9 403:22
458:1 485:18
**gradient** 392:7 503:1
503:25 504:9 507:19
507:20 508:4,8
510:22 512:8,13
514:9,10,14 518:4,18
518:19 519:5,12,23

**gradients** 505:24 506:1
**graduated** 460:17
**graph** 390:1,2,4,10
391:25 514:18,22
515:6 516:2,2 517:11
517:18 519:9,10
520:6 523:12,25
525:6,15,19
**graphs** 390:22,23
**gravity** 460:21
**great** 438:10 452:13,24
**greater** 422:3 425:19
426:8 448:18 449:10
550:8 558:17,23
559:4
**Greg** 561:5
**guess** 418:7 432:5
449:12,17 453:8
473:5 548:3,9
**Gulf** 368:5 446:23
448:10 449:24 558:15
558:22
**guys** 428:13 451:22
453:15

---

**H**

---

**HAL** 506:10 507:2
510:20 512:23 514:17
517:16 520:11 523:11
525:6,19 529:6,8
530:2
**half** 445:5 548:24,25
549:2
**halfway** 406:15
**Halliburton** 369:23
376:3,5,8 378:25
379:11 380:1,6 383:5
384:21 385:23 386:24
387:7,11 388:8,24
389:3,10,13 392:3,21
393:11,21 394:3
396:9 397:17,19,22
398:5,10,13,15,25
399:4,18 400:2,3,5,20
400:21,24 401:6,9,10
401:22,24 402:15,18
403:1 404:24 405:6
406:5 407:12,14
408:5,18 413:5,14
414:25 415:12 416:3
417:11,15,22 420:12
423:11,12 424:15
425:16 427:24 429:4
429:10,11 432:15
437:3 442:19 443:2,8
444:6,10 445:10

448:10,17,22 449:1,8
449:21 452:8,11
453:13 454:6,8,10,17
455:1,15 458:24
459:3,4,12,13 461:20
462:23 463:8 471:19
474:12,23 475:22
476:6 480:5,12 494:7
494:9,22 495:3
496:13 497:8,19,20
499:12,12,19 500:8
501:15 503:6 505:21
506:9,10 510:13,20
512:1,22 514:17
517:16 519:6 520:11
523:24,25 524:9
526:17 527:23 530:20
538:11 539:10 547:23
548:7,13 549:9,23
550:15,25 551:9,19
552:4,12,16,20 553:1
556:8,11 559:11
560:11 563:7 567:17
**Halliburton's** 395:3,6
445:17 450:2,13,22
451:7,9 456:4,24
524:17 550:18 554:4
554:13,22 555:10
**Halliburton.com**
384:21
**hands** 527:7
**happen** 465:13 503:18
503:19
**happened** 405:8 423:22
444:10
**happening** 385:7
**happens** 484:12
**hard** 382:25 460:19
**Hartley** 369:20 374:14
379:3,14 380:2,24
381:3,21 382:7
383:15,25 384:4,13
386:6 387:8 388:10
388:14 389:5,17
390:11,15 392:10,24
393:4,14 394:11,16
394:22 397:24 398:16
399:6,11,21 400:6,12
400:25 401:12,17
402:2,6,19 403:12
407:21 408:7,22
410:13 411:5,14,21
412:5,14,24 413:10
415:4,21 417:16
418:1,11 420:17,25
423:5,15 424:1,17,22

425:1,23 426:11,21
427:9,14 428:1
430:10 431:3,22
432:2 435:12 436:7
436:19 437:11,20
440:17 442:24 443:22
443:24 444:13 447:6
447:24 449:14 450:6
450:17 451:2,14
452:1,15 453:4,17,24
454:11,22 455:5,19
456:8 457:3 460:3
461:4,13,23 462:13
463:1,20 464:21
465:8 466:2,9,20
467:2,17 468:8,21
469:13 470:2,11,25
471:12,24 472:13
473:13 474:15 475:3
475:13,23 476:11,18
477:16 478:8 479:9
479:20 480:6,17,25
481:9,13,21 482:5,25
484:19 486:4,14,23
487:7,19 488:3,17
489:6,17 490:3,25
491:12,20 492:17
493:1,17,24 494:11
503:11 504:1,16,25
505:12 509:21 510:8
513:9 514:25 515:13
515:22 516:13 517:3
517:25 518:20 519:15
520:21 521:10,14,21
522:9,16 523:3,14
524:3,11,19 526:10
526:23 528:3,16
529:3,15 531:1,17
532:15,23 533:18
534:7 535:3,9,19,24
538:3,21 539:13,24
540:10 541:10,19,24
547:18 551:6,16
552:1,11 554:12
555:5 556:21 557:7
557:15 558:12 559:23
**Hassinger** 369:3
**hazard** 455:3
**head** 428:4 543:4
**heavier** 478:1
**held** 549:3
**help** 402:8 405:16
406:25 414:3 415:2
415:17 416:16 419:19
553:22
**helps** 379:22

**hereinabove** 570:9
**hereto** 377:4 570:16
**hey** 451:22
**hide** 552:13
**high** 464:18 465:3
502:18
**higher** 436:10 440:14
440:25 441:7,11
442:8 481:19 511:15
515:8 516:17
**highest** 496:15 497:3
502:19 507:23 509:19
510:3,15,18 511:11
515:9
**highlighted** 447:17
**history** 403:9 453:12
**hold** 380:14 389:24,25
497:2 499:23 548:1,4
**hole** 407:9 408:4,21
410:20 411:3 419:6
419:15,18,23 420:14
435:10 453:16 454:19
489:15 490:1 495:4
495:11,17,20,25
496:10 501:5,16,17
501:18 508:20 509:9
511:16 512:13 514:10
537:14 553:17,21
554:14,24
**HOLTHAUS** 368:20
**home** 558:3
**honest** 390:19
**honestly** 448:14
**honor** 561:6,20
**Hope** 370:20
**HORIZON** 368:4
459:15 543:7,13,19
544:19 546:1 549:23
**horizontal** 391:5
**HORIZON's** 459:5
**horsepower** 512:24
**hours** 483:17,25 520:18
521:7,9,20 522:1,6,20
522:20,22,24 523:2,7
**Houston** 370:4,5
371:12 372:5
**huddle** 428:11
**huddled** 428:14
**huh** 422:5 428:15
444:25 484:4 496:5
507:6 521:4
**human** 448:25 449:7
**hundred** 465:21 467:12
467:22
**hydrates** 381:13,24
382:2,11,13 383:5

601 Poydras Street, Suite 1720       GAUDET KAISER, L.L.C.       Telephone: (504) 525-9100
New Orleans, LA 70130-6029      Board-Certified Court Reporters      Facsimile: (504) 525-9109
Exhibit P
Page 58

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                      Reported by:
MICHAEL C. SERIO VOL. II                              April 29, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 577

**hydration** 382:24
527:20
**hydrocarbon** 461:21
509:7
**hydrocarbons** 538:19
**hydrostatic** 463:18
464:9 504:11,14

**I**

**idea** 391:14 552:19,22
552:25 561:18
**ideas** 395:17
**identification** 378:22
385:4 404:14,20
447:14
**identified** 551:10,18
**identifies** 397:20
**identifying** 416:19
**ifs** 504:12
**II** 368:14
**III** 409:4,7,12 411:1,11
412:3 434:24,25
435:1
**immediately** 397:9
**important** 427:24
452:21 464:19 465:2
468:6 496:19
**improve** 379:22
**incident** 454:16 455:1
**include** 509:5,8
**included** 511:18
**includes** 523:12
**including** 403:19
418:20 543:2,5
**incompatible** 477:20
477:23
**inconvenient** 405:4
**increase** 485:24 486:2
486:20,21 487:3,5,10
487:11,16 488:12,14
489:3 516:19 517:12
540:7,25 541:1
**increased** 408:3,20
420:3
**increases** 407:8 484:17
**increasing** 489:23
**INDEX** 374:1 376:1
**indicate** 461:3 507:22
521:5,7
**indicated** 378:5 530:1
530:10
**indicates** 513:20
517:11 519:9,10
520:7
**Indicating** 527:4
**indication** 534:5,17

**indicator** 441:5,12
444:5 535:13,17
**indicators** 534:1
**industry** 394:4 395:8
**influx** 465:12 466:16
505:4,6,9 538:19
541:15
**inform** 424:21 436:3
544:19 545:1
**information** 379:1
388:4 397:5 417:3
490:10 492:24 493:8
494:23 495:2 496:3
497:7,14,18,22
498:11 499:11,17,18
499:21 500:7,10,11
501:5,13,19 502:2
505:23 510:1 511:25
524:1 536:2,4 558:16
**informational** 384:20
**informed** 562:19
**initial** 463:23
**initially** 428:25
**innovation** 394:5
**innovative** 393:22
**input** 430:8,19,23
431:1,16 490:10
494:5
**inputs** 430:19
**inputted** 498:12
**inside** 435:21
**inspection** 397:1
**instance** 397:6
**insulation** 407:3
**integrity** 556:19 557:1
**intent** 507:21
**intention** 409:18
**interchange** 478:24
**interested** 469:25
570:17
**interesting** 414:24
**interface** 478:6
**internal** 415:1
**International** 370:6
**interrupt** 395:20
**interval** 419:7
**invaluable** 388:5
**investigation** 396:8
**invoked** 422:13
**involved** 396:6 422:14
429:24 558:20 559:6
**involvement** 550:3
**in-house** 426:17 445:2
445:3 497:13 548:10
548:13
**irresponsible** 564:15

566:8,15
**isolation** 406:21 416:21
556:24 557:10 558:8
**issues** 458:20
**items** 388:21 421:16
424:8

**J**

**J** 368:4 369:3 372:9
**JACKSON** 372:3
**Jefferson** 370:15
**Jesse** 396:2 441:4
471:10 475:11,17
520:12 528:25 562:4
562:18
**Jesse's** 426:16
**job** 384:22 385:13
386:18,21 389:1,12
393:24 394:6,20
398:21 409:19,23
412:1 419:20 421:18
421:22 423:4 424:10
434:18 437:6 445:19
446:2,2 453:8,20
455:13 456:2,22
459:24 469:11 471:20
472:9 473:8,9 474:3,9
474:14,25 476:8
483:12,14,15 485:19
486:22 494:10,14,19
494:21,23 496:21
499:13,25 502:9,16
503:8,15,23 505:25
513:12,14,21 514:13
517:13 519:19,21
521:9 529:10,25
530:22,23 531:12,13
532:1,11 533:2,6,17
534:5,17 535:2,14,18
536:5 538:17 544:10
544:23 545:5,10
548:21 549:5,10,15
550:1,4,8 553:23
554:6,15 555:20,22
555:24 556:10,13,14
556:19,23 557:10
558:7,21,22 559:3,18
559:20
**jobs** 384:11 394:10,20
445:8 448:9 462:21
471:9 548:16 549:4
558:15 559:2,7
**Joe** 369:3
**John** 368:21 371:11
**JOHNSON** 369:2
**joined** 542:21

**jointly** 376:10 402:25
**JONES** 370:8,13
**JOSEPH** 373:18
377:22 570:4,20
**Jr** 369:4,20 370:14
373:18 377:22 570:4
570:20
**Judge** 368:5,6 402:1
**jump** 454:2 458:9
459:21
**June** 447:20
**jury** 402:1

**K**

**KAISER** 373:18
377:22 570:4,20
**keep** 391:14 392:6,22
**kick** 504:24
**kill** 546:9,24
**kind** 410:18 438:15
494:5 502:16
**kinds** 390:22
**KIRKLAND** 370:19
371:3
**knew** 454:8 462:1
503:8,17,23
**know** 392:18 395:11,16
395:22 399:14 401:20
401:25 402:11 407:12
407:15 410:3,9
411:20 412:3 414:12
417:19 418:14 420:10
423:1,8 429:14 430:1
430:24 433:4 445:21
448:14,15,16,21,24
449:6 450:1 451:17
452:22 453:2,14
454:6,21 455:8 457:8
460:25 461:8,16
462:8,10,11,16,18,19
467:5 471:10 475:16
475:17 479:23 480:3
480:5 482:16 485:11
486:17 493:16 496:14
497:9,10 498:20
510:13 515:16 516:16
517:2 524:16 526:2
528:6,8,19 538:10
539:1,3 542:4 545:11
545:14,19,22 554:18
554:21 555:14,17
556:18 557:19 563:15
566:14 567:21
**knowing** 492:21
**knowingly** 503:22
**knowledge** 414:11

417:9 420:9 430:13
430:22 449:22 454:17
454:25 460:10,11,15
463:4 467:13 469:7
471:3 472:21 490:19
494:2 524:14 545:7
545:15 551:15 559:2
**known** 439:11 447:19
503:1 505:24 511:22
511:24 514:9,14
518:18
**Kuchler** 369:13 542:22

**L**

**L** 371:3,15 377:1
**lab** 396:9 421:23
422:18 425:9 469:7
493:5 548:6,7 549:8,9
**laboratory** 544:20
545:2
**Lafayette** 370:16
371:17
**Lakewood** 371:9
**Lambert** 369:3
**Lancaster** 370:20
374:5 378:12,17,23
379:5,18 380:10
381:1,7,25 382:12
383:20 384:2,8,17,24
385:5 386:11 387:13
388:12,18 389:9,21
390:13,20 392:14
393:1,8,19 394:13,18
395:1 398:3,22 399:8
399:16,25 400:8,17
401:5,14,21 402:4,10
402:13,23 403:16
404:3,9,15,21 405:12
405:19 408:1,11
409:1 410:17 411:9
411:18,25 412:9,18
413:3,12 415:9,23
416:15 417:20 418:6
418:16 420:22 421:4
423:9,20 424:6,19,24
425:3,7,25 426:4,18
426:24 427:1,11,18
427:20 428:5 430:12
431:7,24 432:6
435:16 436:12,23
437:16,22 440:19
441:15,25 443:1,16
444:4,19 447:9,15
448:1,3 449:18
450:11,21 451:6,18
452:5,19 453:9,22

601 Poydras Street, Suite 1720                        GAUDET KAISER, L.L.C.                     Telephone: (504) 525-9100
New Orleans, LA 70130-6029                       Board-Certified Court Reporters                 Facsimile: (504) 525-9109

Exhibit P

Case 2:10-md-02179-CJB-DPC   Document 3156-11   Filed 07/06/11   Page 61 of 69

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                                                                     Reported by:
MICHAEL C. SERIO VOL. II                                    April 29, 2011                                    JOSEPH R. KAISER, JR., CCR, RPR

Page 578

454:4,15,24 455:9,23
456:14,18 457:11,17
498:14 500:1,15,22
501:7,20 502:3 508:5
508:22 509:11 511:19
512:15 515:11,20
516:5 518:7,12
519:24 521:23 525:10
525:24 526:21 527:15
528:14 529:17 530:3
531:3 532:3,13 533:7
534:9,19 536:20
537:5,19 538:5,23
539:6,15 540:1,20
541:8 550:11 551:1
551:11,22 552:3,7
553:7,24 554:7,25
556:15 557:2,11
558:10,13 561:15,23
562:11 563:1,10
564:5,18,25 565:10
565:16 566:2,10,18
567:1,9
**Lance** 371:8
**land** 413:5
**land-offshore** 376:12
    405:22 413:15 553:5
**large** 558:14
**larger** 447:2
**large-scale** 395:8
**Lassere** 368:22
**last-minute** 388:5,9
**late** 448:7
**law** 377:9 542:18,22
**lawyers** 429:5,8,10,11
**lead** 401:23 458:24
    459:2,11 504:14
    505:10 559:10
**leader** 394:4 561:5,11
    561:20
**leading** 543:2,5,10,16
    543:22 544:7,17
**lean** 438:2
**learn** 431:15,20
**learning** 469:25
**leave** 438:2,10
**LEE** 372:3
**left** 435:21 514:4
**left-hand** 397:13 440:5
    514:5
**Leiza** 369:20
**length** 460:19
**letting** 385:14
**let's** 383:2,3 385:22
    393:20 402:24 413:4
    417:3 418:24 422:23

430:1 437:23 440:3
446:18 459:21 467:10
498:23
**levels** 481:19 482:23
    514:2
**LEWIS** 371:11
**licensing** 458:15
**life** 368:15 444:8
**lift** 530:24 531:15,24
    532:2 533:25 534:3
    534:15 535:16
**lighter** 478:1,12,15,16
    478:18,21
**lightweight** 403:6
**liked** 403:24
**limit** 396:14
**limited** 380:8 460:15
**line** 391:5,6,10 443:20
    515:6 516:3,11
    517:10,19,23,24
    518:17 558:24
**link** 414:2
**liquid** 381:19 382:5,16
    383:4 410:1
**list** 403:17
**listed** 425:9,22 426:9
    426:10,15
**lists** 379:20 403:19
**little** 396:17 406:3
    421:15 422:9 436:10
    437:14 446:20 458:10
**lives** 401:8
**LLC** 369:11,14,17
    371:20 542:21
**LLP** 370:19 371:3,11
**local** 421:20 424:12
**location** 386:23 445:23
**log** 556:4,5,6 557:16,20
    557:24 558:4
**logging** 397:9
**logo** 422:9
**long** 401:3 462:8
    522:14 547:22 563:18
    563:21
**longer** 482:3,15 483:25
    491:10 522:21
**Longman** 370:14
**look** 379:19 385:25
    390:9 391:17 398:4
    414:15 436:13 438:11
    439:15 446:9 506:5
    506:19 507:4,24
    512:3 514:16 515:5
    517:18 520:12 525:6
    525:15,16 528:22
**looked** 442:22 514:23

**looking** 390:18 395:23
    397:12 438:4 506:22
    510:2 525:13 533:22
    533:25
**Los** 370:21
**lose** 507:17
**loss** 474:8,13,13,19
    475:10 538:18
**losses** 504:9,10
**lost** 403:8
**lot** 426:1 439:10 504:12
    506:8
**Louisiana** 368:1,16,23
    369:5,6,16 370:10,16
    371:12,17,22 373:19
    377:8,24 570:5,21
**low** 403:7
**lower** 406:16 488:15
    489:4
**lowering** 489:24
**lowest** 503:1 512:12,18
**lunch** 428:11
**L.L.P** 370:3,9,14 372:3

─────────────────
**M**

**M** 506:6,7 520:10
**machine** 523:22
**machines** 523:18,22
**Macondo** 387:6 388:20
    390:3,5 393:12
    395:12 398:12 407:14
    409:8,13,23 414:9
    420:7 422:24 425:15
    426:6 430:3 432:21
    434:24 437:6 443:4
    444:9 449:19,25
    454:9 459:16,23
    514:9 538:14 543:25
    544:4,9,14,23 545:5,9
    545:17 546:8,13,18
    546:23 547:3,8
    552:17 554:19 555:6
    555:11 557:21
**MAG** 368:6
**Main** 368:22
**maintain** 381:12 382:1
**major** 457:9
**manager** 396:10
    422:17,19,19 425:9
    425:10,11,20
**managing** 388:20
**manner** 505:25
**Margaret** 372:4
**margin** 502:13
**mark** 373:3 378:18
    384:19 404:17 447:18

**marked** 378:21 385:3
    404:13,19 432:12
    436:14 447:13 448:12
**marking** 404:7
**masked** 538:18
**Massachusetts** 369:10
**massive** 447:16
**material** 550:17,21
    552:2,3
**materials** 395:9 551:10
    551:18
**math** 448:6
**matter** 462:11 485:20
    563:22,23 570:18
**McCutchen** 369:8
    542:18
**McKinney** 370:4
**MDL** 368:3
**mean** 382:14 395:19
    401:23 428:7 467:20
    477:19 482:9,15
    483:3,4,13 485:14,18
    488:13 507:14 516:20
    517:6 521:19 522:19
    523:7 526:2 533:16
    537:12
**means** 522:8,12
**meant** 456:12
**measure** 435:20 463:13
    463:16 464:13
**measured** 435:18,25
**measurement** 467:23
    469:8
**measuring** 435:20
**member** 386:20
**members** 452:9 455:10
    455:24 456:19
**men** 399:19
**mentioned** 562:23
**met** 453:21 458:6
**method** 407:15,19
    408:18 413:6 417:22
    420:12,15 423:12
**methods** 376:13 405:23
    406:5 413:15 415:1
    415:13 424:15 425:17
    553:6
**Mexico** 368:5 446:23
    448:10 449:24 558:15
    558:22
**MICHAEL** 368:15
    378:7 569:8,19
**micro** 418:20 526:19
    527:13 528:1
**midway** 413:20
**migrate** 465:18,22

541:5
**migrating** 497:16 540:9
    540:18
**migration** 379:23 383:8
    383:22 384:10 539:7
    560:20 565:7
**mind** 506:5 520:9
    543:8
**minimize** 465:5,7
**minimum** 421:18,19
    423:23 424:9,10
    447:21
**minor** 434:8 437:9
    442:9 443:22
**minute** 390:1 489:2
    542:2
**minutes** 514:6,12
    530:15,16 563:22,23
    564:3 565:24
**misunderstanding**
    398:19
**mitigate** 539:11
**mixing** 387:3 479:2
**model** 395:8 430:17
    443:5 444:6,8 490:9
    498:13 499:20 538:12
    560:12,17,23 561:6
    561:21 562:4,19
    563:7,19 564:2,16
    565:22 566:7 567:4
    567:18
**modeling** 451:12
**models** 564:23
**modified** 447:20
**MOEX** 369:11,17
    542:20 543:18 544:5
    544:14 545:1,13,21
    546:23 547:3,8
**moment** 438:18
**Montgomery** 372:10
**Morel** 432:15
**MORGAN** 371:11
**morning** 378:13,14
    458:1
**motioning** 527:6,7
**move** 381:11 396:15
    446:18 494:5 517:15
**mud** 379:22 380:15,22
    380:23 418:20 435:2
    476:15,17,23 477:4,9
    477:14,20,23 478:2,7
    478:12,17,22 479:7
    479:18 495:14,16,18
    495:22,23 496:5
    498:11 499:17 502:1
    530:25 531:16 532:9

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                        Reported by:
MICHAEL C. SERIO VOL. II                        April 29, 2011                        JOSEPH R. KAISER, JR., CCR, RPR

Page 579

532:11 533:1,4,16
534:4,16 535:17
538:18 558:24 562:10
**multiple** 397:2
**M-I** 371:13

**N**

**N** 377:1 378:1
**name** 458:1 542:17
**nature** 490:21 494:6
**navigation** 397:4
**necessarily** 472:20
473:16 505:15
**necessary** 387:17,22
478:13
**need** 427:12 428:10
437:25 496:20
**needed** 385:15 489:9
**needs** 417:5 418:19
424:20 426:15 502:18
**negative** 410:11
**never** 430:2 432:21
445:22 446:1,1
449:23 451:24 452:4
452:12,23 453:3,11
453:23 458:6 460:6
469:7 473:4 496:21
496:21 503:14 506:15
**New** 368:16 369:5,16
370:10 371:22 542:23
**newest** 396:21
**news** 403:22
**Nexen** 548:11,20
**nice** 396:17
**night** 404:22,23 448:6
449:8
**nine** 485:24
**nitrogen** 466:25
**nods** 428:4 543:4
**non-operator** 542:19
**Nope** 552:14
**North** 405:23
**notice** 377:10
**notification** 421:17
424:8
**notified** 421:21 422:11
422:17 423:3 424:13
425:20 427:5
**notify** 423:13 427:13
**notwithstanding** 443:5
**number** 397:20 404:25
406:14 430:20 432:22
433:9 437:5,15
438:22 442:17 444:20
492:21,22 495:6
507:2 509:17,18,20

510:5,20 512:22
514:17 517:16 518:23
519:3,4,6 520:11
523:11 524:23,24
525:14 553:11
**numbers** 405:2,2,7
406:16 492:4,6
506:10 511:3 517:7

**O**

**O** 377:1 378:1
**oath** 377:25
**Object** 379:4,15 380:3
380:25 381:4,22
382:8 383:16 384:1,5
384:14 386:7 387:9
388:11,15 389:6,18
390:12,16 392:11,25
393:5,15 394:12,17
394:23 397:25 398:17
399:7,12,22 400:7,13
401:1,13,18 402:3,7
402:20 407:22 408:8
408:23 410:14 411:6
411:15,22 412:6,15
412:25 415:5,22
416:12 417:17 418:2
418:12 420:18 421:1
423:6,16 424:2,18,23
425:2,24 426:12
427:10,15 428:2
430:11 431:4,23
432:3 435:13 436:8
437:12,21 440:18
442:25 443:13,25
444:14 449:15 450:7
450:18 451:3,15
452:2,16 453:5,18,25
454:12,23 455:6,20
456:9 457:4 460:4
461:5,14,24 462:14
463:2,21 464:22
465:9 466:3,10,21
467:3,18 468:9,22
469:14 470:3,12
471:1,13,25 472:14
473:14 474:16 475:4
475:14,24 476:12,19
477:17 478:9 479:10
479:21 480:7,18
481:1,10,14,22 482:6
483:1 484:20 486:5
486:15,24 487:8,20
488:4,18 489:7,18
490:4 491:1,13,21
492:18 493:2,18,25

494:12 498:2,15
500:2,16,23 501:8,21
502:4 503:12 505:1
505:13 508:6,23
509:12,22 510:9
511:20 512:16 513:10
515:1,12,14,21,23
516:6,14 517:4 518:1
518:21 519:16,25
520:22 521:11,15,22
521:24 522:10,17
523:4,15 524:4,12,20
525:11,25 526:11,22
526:24 527:16 528:4
528:15,17 529:16,18
530:4 531:2,4,18
532:4,14,16,24 533:8
533:19 534:8,10,20
535:4,10,20,25
536:21 537:6,20
538:4,6,22,24 539:14
539:16,25 540:2,11
540:21 541:9,11,20
551:2,12,23 552:8
554:8 556:16 557:3
557:12 558:11 561:16
561:24 562:12 563:2
563:11 564:6,19
565:1,11,17 566:3,11
566:19 567:2,10
**Objection** 403:13 504:2
504:17 555:1
**objections** 377:16
**objective** 406:24,24
419:4
**oblivious** 431:18
**obtained** 557:10
**obtaining** 556:24
**obvious** 387:23
**obviously** 501:16 527:3
555:3
**occasion** 378:25 379:10
**occur** 398:12 401:8
402:17
**occurred** 399:18
**occurring** 387:16,21
400:3,23
**occurs** 479:12
**offer** 402:18 417:11
**offered** 400:4,23
**offering** 552:4
**offers** 394:5 403:18
550:25 551:19
**office** 371:7 372:8
446:3
**official** 447:10

**officiated** 377:24
**offshore** 369:11,17
413:6 423:12 425:16
542:21 543:18 544:5
544:15 545:1,13,21
546:23 547:3,8
**Oh** 478:20 506:17,21
507:15
**oil** 368:3,4 434:23
**okay** 382:13 386:2
387:14 391:4 398:24
405:11,18 410:23
416:8 425:6 428:19
428:21 429:14,21
432:10 433:17 438:9
438:17 439:2,15
440:2,10,21 446:4
449:5,20 457:12
458:14,18,22 459:25
460:15 463:13 464:6
464:15 467:8 469:4
472:25 474:21 477:7
480:11,15 483:14
484:25 486:1,2 489:2
494:4 495:1,11 496:8
498:6,18 499:15
501:13 502:22 503:4
509:3 533:24 539:22
546:5 547:21 565:3
**once** 423:22 429:23
464:10 555:22
**ones** 386:20 435:6
445:2
**onsite** 388:4 549:21
**open** 378:15 439:20
489:25 496:10 508:20
509:9 511:16 512:13
514:10
**operation** 422:13
546:24 547:9
**operational** 421:19
423:23 424:11
**operations** 422:19
425:11 546:9,14,19
547:4
**operator** 392:22
**opinion** 382:23 395:21
424:16 426:14 452:18
476:4 478:11 480:9
484:11 488:20 502:10
505:8 529:20,24
566:21 567:13
**opportunities** 416:19
**opportunity** 550:12
**opposed** 430:25 435:19
478:22

**optimize** 397:3
**option** 390:24 412:17
414:1,10
**options** 414:19
**Opti-Cem** 384:22
385:20,24 386:3
387:6,19 389:12
390:22,25 391:10,22
392:2,21 414:2,2,11
414:16 421:23 422:25
430:8,23 431:2,10,11
431:16,18 432:21,22
433:4,5 434:16 435:5
435:7,24 436:5 437:9
437:24 438:3 440:6
440:12 441:3,10
442:3,7,9 443:5,21
450:25 451:12 490:9
490:11 494:6 498:13
499:16,20 506:15,17
510:7 512:12 513:24
514:11 518:10 536:8
536:13 537:1 538:11
560:11 562:4,22
563:7,19 564:2,16
565:22 566:7 567:18
**orient** 440:3
**orientation** 398:7
**oriented** 438:19 442:11
**Orleans** 368:16 369:5
369:16 370:10 371:22
542:23
**outcome** 570:18
**outlined** 434:7 439:5
**output** 396:17 435:7
**outside** 429:11

**P**

**P** 377:1 378:1
**page** 374:3 375:2 395:2
396:15,16 405:1,2,14
406:13 409:3,14
413:5,14 416:17,17
416:19 418:24,25
419:9,9 421:7,11
422:25 426:10 433:8
433:9,24 434:5,12
436:20,25 438:20,25
439:16,22 440:16,20
442:4 506:23 507:1
510:19,20 512:11,21
514:16,17,24 515:9
516:3,12,22 517:1,9,9
517:15,19 518:13,15
519:10 520:7 523:11
529:8,8 553:10

601 Poydras Street, Suite 1720                        GAUDET KAISER, L.L.C.                        Telephone: (504) 525-9100
New Orleans, LA 70130-6029                        Board-Certified Court Reporters                        Facsimile: (504) 525-9109

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                                    Reported by:
MICHAEL C. SERIO VOL. II                                    April 29, 2011                                    JOSEPH R. KAISER, JR., CCR, RPR

Page 580

**pages** 376:3,5,8 405:14
    529:9 553:8
**PALMINTIER** 368:20
**Pan** 368:15
**paragraph** 416:7
    419:13 553:14
**parameters** 414:4
    415:19 421:22 507:5
    507:25 530:22 531:12
    553:1
**Parfet** 371:8
**Parkway** 372:5
**part** 377:20 386:18
    415:13 416:20 468:14
    468:24 503:21
**participate** 545:8,16
**particular** 459:6
    464:14 470:22 483:19
    483:20 525:14 542:25
**parties** 377:4 570:16
**pass** 559:24
**Patrice** 370:3
**Paul** 371:21 458:2
**PDC** 425:11
**PDCs** 422:21
**pending** 431:25
**penny** 564:2
**people** 422:16 425:22
    426:9 429:4 437:5
    442:17
**percent** 419:5
**perfect** 448:6
**perform** 459:15 462:9
    491:18 492:8,14
**performed** 526:18
    544:21 545:3 559:18
**period** 381:18 382:3
    383:3 448:11 542:25
    543:2,8,10,16,22
    544:2,7,12,17,21,25
    545:3,25 546:4,7,11
    546:16,21 547:1,6
    548:16,23
**person** 386:25 387:5,7
    395:25 421:19 423:24
    423:24 424:5,11
    548:14
**personal** 559:1 570:12
**personally** 459:8,18
    559:6
**personnel** 389:2,14
    421:17 422:11 423:4
    423:13,19 424:9
    427:4,6,7,13
**Peter** 372:9
**petroleum** 369:11,17

458:11 461:18 471:17
    474:10,22 476:5
    503:4 505:19 526:15
    530:18 539:8 542:20
**PET/Cast-V** 398:6
**phone** 422:9
**piece** 384:20
**pieces** 460:20
**pipe** 413:21 419:25
    483:13 537:13,16,24
**placed** 383:10 513:17
    538:12
**placement** 407:1 434:2
    536:9,14 537:2
**Plaintiff** 530:16
**plaintiffs** 457:20
**Plaintiff's** 368:23
**plan** 428:12,13,14
    562:24 563:8 564:3
    565:5,14,23 566:7
    567:19
**planned** 387:15,21
    440:8
**planning** 393:24
**plans** 564:24
**plastic** 460:16
**play** 502:10
**PLC** 371:15
**please** 378:15 384:18
    421:7 432:7 433:7
    434:4 451:5 455:22
    506:6 510:19 514:16
    517:15 528:23 531:7
**plug** 529:21,25
**plugged** 518:24
**plus** 380:5
**point** 380:12,17 381:9
    383:4 385:25 387:15
    387:20 407:7,7
    409:17 417:6 465:11
    472:7 491:23,25
    492:1,9,15,25 493:4
    493:13,13 519:19,22
    527:18 529:12 540:6
    540:15 541:3
**POITEVENT** 370:8,13
**policy** 455:15 456:4,24
**Polk** 369:13 542:22
**poor** 417:7,14,23 418:5
    418:8,21 419:19
    553:22
**pore** 496:10,15 497:3,3
    497:16 499:17 500:10
    502:19 504:20,22
    508:11,14 509:6,8,19
    510:3,18,22 511:11

511:15 541:14 562:7
**position** 430:20 434:13
    439:19,21,25 442:5
    548:1,5 549:3 559:15
**positions** 425:8 426:10
**positive** 526:17 527:25
    528:12
**possibility** 466:23
**possible** 386:14 389:3
    389:15 391:23 414:3
    415:18 419:25 505:3
    538:17
**possibly** 429:19 505:7
**post-April** 396:7,8
**post-explosion** 546:2,3
    546:6
**post-incident** 538:10
    546:2
**post-job** 390:8 436:15
    436:17 437:3 442:14
    443:4,9 444:21
    445:12,16,19 446:12
    499:24 500:12,13
    501:3 528:24
**potential** 422:3,25
    425:19 426:8 427:22
    434:6 439:4 444:7
    451:1,13 453:1
    464:18 465:4,17
    473:20,22 477:3,13
    478:24 479:2,5,14
    536:10,15 537:3
    539:11 556:10 560:19
    561:2 562:16 565:7,7
**potentially** 401:8
    415:17 441:5 505:10
    507:16
**pounds** 467:11,22
    468:1 507:12 508:13
**pour** 384:11
**poured** 399:1 460:16
**powder** 410:2
**Poydras** 368:16 369:4
    369:15 371:21
**PPG** 434:25 435:24
    511:4,5,8,17 512:14
    513:21,22,22 514:11
    515:7,8,10 517:12
**practical** 497:17
**practice** 450:2,13,22
    451:9 462:22
**preceding** 529:9
**predicted** 437:8 442:6
    443:6
**predicting** 434:16
    435:8,25

**preface** 564:22
**PREIS** 371:15
**prepared** 405:23
    432:14
**present** 546:2
**presentation** 397:8
**pressure** 381:12 382:1
    391:19 488:15 496:10
    496:15 497:3,4,16
    498:10 499:16,18
    500:9,10 502:19
    504:11,14,20,23
    508:12,14 509:8,19
    510:3,15,18,22
    511:11,16 512:24
    514:19 515:6 516:3
    516:11 517:10,21
    519:11 526:18 527:25
    528:12 530:24 531:15
    531:25 532:2 533:25
    534:3,15 535:16
    540:7,16,25 541:5,13
    541:14,15
**pressured** 527:8
**pressures** 509:6
**pretty** 436:5 448:7
**prevent** 379:22 419:19
    540:8,18 553:22
**previous** 564:24
**previously** 378:8
    432:12 436:14
**primary** 416:21
**print** 447:3
**printed** 447:2
**prior** 419:15 421:18
    424:10 454:16,25
    472:23 503:16 553:17
    554:5 555:19
**probably** 396:2 445:1,7
    473:23,24 476:21,25
    479:23 480:1 500:4
**problem** 397:14,23
    398:5 399:3 403:8
    434:9 439:7 440:13
**problems** 397:21
    459:19 551:9
**procedure** 377:9
    422:13
**proceed** 471:19 472:6,8
    476:7 479:15 503:22
    527:24 528:12
**process** 382:15,24
    386:19 392:4 400:11
    400:21 407:3 416:21
    421:13 422:15 455:11
    455:25 456:20 480:24

481:6
**processes** 406:21
**processing** 397:4,5
**produced** 404:24
**production** 430:2
    432:13 446:2 459:24
    462:21 468:5,5
    469:10 471:9,20
    472:9 473:2,5,12
    474:10,24 476:8
    479:16 492:16 503:7
    503:15,15,23 506:8
    509:7 528:23 538:16
    545:18 549:5,10,15
    550:5
**productive** 504:20,23
**products** 550:24
**professional** 401:23
    458:15,24 459:2,11
    549:21 559:11
**professionals** 422:18
    425:21
**profile** 510:22
**program** 385:12
    414:23 419:5 431:9,9
    494:24 496:15
**project** 427:24
**proper** 406:25 419:15
    420:13 454:8 553:17
**properly** 419:17 553:20
**proposed** 563:8
**proposing** 452:22
**protect** 379:23
**Prout** 369:14 542:22
**proven** 393:23 394:5,9
    394:19
**provide** 462:23 463:8
    494:8,22 495:3
    505:22 511:25
**provided** 463:7 497:15
    497:19 498:11 500:8
    521:8 525:20 553:1
    558:16
**provides** 397:6 419:5
    499:11,12 523:24,25
    524:9,10
**providing** 379:1 524:1
**PSC** 457:20
**PSI** 465:20,24 483:8,18
    484:1
**publications** 550:14
**pulled** 550:14
**pulling** 429:9,24
**pulse** 396:24
**pump** 385:16 386:13
    389:2,14 391:22

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                          Reported by:
MICHAEL C. SERIO VOL. II                                     April 29, 2011                              JOSEPH R. KAISER, JR., CCR, RPR

Page 581

419:25 451:23 452:12
452:22 453:15 454:8
454:18 455:2 486:22
487:5,13,14 488:14
489:23 503:7 550:1
**pumped** 392:6 435:9
448:17 449:1,9
452:12 453:20 549:25
555:22
**pumping** 386:17,21
389:11 455:12 456:1
456:21 488:7 489:4
489:15 555:19
**pumps** 453:21
**pun** 417:1
**purported** 558:14
**purposes** 377:7
**pursuant** 377:9 455:14
456:4,24 512:11
514:11
**put** 384:20 391:10
401:8 410:19 411:3
411:13 430:18 447:4
447:11 488:20 567:14
**p.m** 432:16 433:22
568:7

_____

**Q**

**qualified** 400:15
444:17 532:6
**quantified** 532:1,11
**quantifier** 533:2,12
**quantity** 536:9,14
537:2
**question** 377:17 396:12
399:15 400:19 401:25
402:12 410:22 416:7
425:4 426:5 427:2
431:25 432:1 450:10
474:7 477:11 487:23
493:12 494:15 515:25
529:2 541:25 545:12
545:20
**questions** 430:7 457:13
539:7 542:24 545:24
547:20 550:12 553:7
553:25 560:9
**quote** 379:21 380:13
381:9 394:3 395:6
396:21 413:25 416:21
416:22 417:4 419:13

_____

**R**

**R** 369:20 370:20
373:18 377:22 378:1
570:4,20

**radial** 396:25
**ran** 431:10 473:11
474:24 538:11 557:20
558:6 560:11 562:4
**range** 529:6
**rat** 479:7
**rate** 385:15 391:19
414:4 415:19 487:18
488:1,6,25 489:5,14
489:24 490:6 503:10
**rathole** 478:2,7,17,22
479:8
**reach** 482:23 483:7,18
483:25
**reaches** 465:19 468:1
**read** 380:16,17,19
381:14 383:11 385:9
385:17,23 386:5,9,15
387:18,24 393:25
397:10 406:9 407:4
415:25 419:7,20
420:4 421:13,24
422:4 432:21 433:5
444:20,23 447:3,5
472:2 569:8,9
**reading** 377:11 415:7
**reads** 553:15
**real** 444:8 520:3
**realized** 404:22,23
**really** 380:14 400:22
402:5,16 405:3
416:25 444:10 542:4
**real-life** 450:4,15
**real-time** 386:13 389:1
389:13 390:4,14
391:21 392:5 397:5
**reason** 393:10,13,17
398:14 399:10 468:18
486:19 487:3,15
492:21 563:15
**reasonable** 402:15
**reasoning** 475:20
**reasons** 484:25
**recall** 390:6,18 446:14
446:24 550:13 553:6
553:24 554:16 558:18
**received** 442:16 519:6
**reciprocate** 419:24
**reckless** 564:15 566:9
566:15
**recommend** 398:13
399:4 407:8 408:3,10
408:19 462:6
**recommendation** 554:4
554:14,23 555:11
561:10,19

**recommendations**
419:14 553:16
**recommended** 401:10
408:13,14 421:3,5
561:6
**record** 378:3 406:11,12
409:11 441:19,20,23
447:23 457:15,21,23
499:2,3,6 542:10,11
542:14 547:12,14,16
560:1,3,5 568:4
**record's** 448:4,5
**REDDEN** 370:3
**reduce** 482:21 489:14
489:25 560:24 561:1
**reduces** 484:6
**reduction** 504:10,13
560:19 565:6
**refer** 546:3
**reference** 388:7
**referred** 378:21 385:3
404:13,19 447:13
568:1
**referring** 506:20
**reflect** 409:12
**regarding** 456:4,24
458:19 459:14 460:1
464:17 479:18 494:23
500:9 505:23 521:6
524:2
**region** 405:23 422:17
425:20
**regional** 425:10
**regular** 473:9
**related** 397:21 493:22
495:23 570:16
**relates** 487:13
**relevancy** 537:13
**relies** 494:7,22 495:3
499:20 501:4
**rely** 501:15 539:20
**remainder** 519:21
**remaining** 457:19
**remember** 427:25
428:6,8,13,16 558:13
559:19
**removed** 380:15,22,23
**reopen** 429:22
**rep** 426:17
**repeat** 389:8 401:3
451:5 463:23 521:17
536:23 551:25
**report** 390:8 414:16
432:14,21 435:6
436:15 437:4,24
438:4,7,21 439:17,23

440:6 442:3,14
445:12,16,20,25
446:12 494:6 499:16
499:24 500:12,13
506:9,13,16,18 510:7
512:12,22 513:25
514:12 518:11 524:8
528:24 562:22
**reported** 373:15 445:19
446:5 570:10
**Reporter** 373:18
377:23 378:10 570:5
570:21
**REPORTER'S** 570:1
**reports** 390:22 430:3
432:23 433:5 439:19
444:21
**represent** 458:4 513:5
517:24
**representation** 516:4
**representatives** 422:20
**represented** 516:25
**representing** 542:19
**represents** 518:17
**reprinted** 405:5
**request** 474:19 475:7
475:12,17,20,22
522:20,21,21 555:11
**requested** 526:4 552:16
552:23
**requests** 548:6 549:9
**require** 421:16 424:8
478:4 552:20
**required** 471:7
**requires** 463:6
**reservation** 567:23
**reserve** 429:22
**reserved** 377:19
**reservoir** 508:1,10,17
508:19 509:4,5,18
510:24 512:4
**respect** 474:8 475:9
478:6 483:23 499:15
499:24 545:12,20
552:17 567:24
**respond** 387:23 388:8
**responsibilities** 548:12
**responsible** 548:5
**responsive** 426:25
**responsiveness** 377:18
**restate** 455:22 515:25
**result** 383:8 455:13
456:3,23 465:25
466:7,18,25 477:14
503:9
**results** 388:3 471:21

472:10 490:12 543:24
544:3,9,13,20 545:2
552:23
**retained** 458:19
**retarder** 480:12,15
481:6 482:2,10,11,12
482:14,14,20 483:7,9
483:16,24 484:5,16
486:20 487:4,11,16
488:10,20 489:3,11
490:10,14 491:9
**retarding** 480:23
**retards** 481:5,6
**return** 531:16
**returns** 507:17 530:25
532:10,12 533:1,5,16
534:4,16 535:17
538:18
**review** 421:22 448:12
**reviewed** 430:2 432:22
437:5 442:14,17
445:11
**rheologies** 407:9 408:4
408:20 414:5 415:20
**rheology** 492:3,5,11,12
493:11
**RICHESON** 369:14
**rig** 368:4 399:20 459:5
459:9,15 543:11,17
543:19 558:2
**right** 379:6,19 381:8
382:1,17,21,22
383:21 384:9 385:11
385:19,22,25 386:3
386:25 387:2,7 388:1
388:9,19 389:4,16
390:21,23,24 391:1,2
391:12,15,24 392:9
392:16,19,23,23
393:3 394:2,7 396:20
397:23 398:4,10,23
400:10,20 401:16
403:5,11,20 406:6,21
406:23 407:20 408:14
408:17 409:8,20
411:4,19,20 412:13
412:23 413:4 414:21
415:3,10,12,20,24
416:2,17 417:25
418:7,17,22 420:11
420:16,23,24 421:5,7
422:6 423:10,21
424:15,21,25 425:12
425:14 427:8,19
428:6,11,25 429:6,8

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                          Reported by:
MICHAEL C. SERIO VOL. II                                   April 29, 2011                                   JOSEPH R. KAISER, JR., CCR, RPR

Page 582

429:22 430:4,7,20
432:7,11 433:7 434:4
434:11,19,22 435:11
435:15 436:6,13
437:17,18 438:10
439:13 440:3,9,16
441:14 442:1,21,22
443:11,17 444:21
445:1,4,7,13,20,24
446:16 447:11,18
448:8,13 451:21
452:8 457:2 458:23
458:25 462:20 463:11
477:9 478:19 481:20
482:24 483:9 484:1
484:18 485:7 486:22
490:14 493:7 494:4
494:10 495:9,23,24
496:1,5,7,11,12,17
497:4,21,24 498:8,9
498:24 499:21 500:14
501:6 502:8,11 503:2
503:25 510:3,16
512:3,14,25 514:7,8
514:14 515:19 516:4
518:19 519:3,7,14,19
520:10 523:10 525:1
525:3,23 526:15,20
527:9,14,22 528:22
529:10 530:14 532:2
532:12 533:6,17
534:6,18 535:2,18,23
536:6,8,11,16 537:8
537:18 540:9,19
541:18 545:23 565:25
566:17,24 567:12
**rights** 567:24
**right-hand** 379:20
397:16 403:17 406:16
**rise** 513:21
**rises** 515:7
**risk** 401:9 556:9
**Robert** 371:15 458:3
**role** 446:8
**roles** 424:14
**Ronnie** 428:24
**RONQUILLO** 369:19
**roof** 392:23
**Room** 368:16
**rotate** 419:24
**rotating** 396:23
**Rouge** 368:23
**roughly** 514:6
**rows** 513:20 516:23
**ROY** 371:15
**RPOs** 492:10

**RPR** 373:18 377:22
570:20
**RT** 384:22 385:20,24
386:3 387:6,19
389:12 391:22 393:7
393:9
**run** 393:18 414:17
430:17 431:8,9
459:23 460:6 461:20
462:5 468:11,17,19
469:12,16,21 470:17
471:8 473:2,23,24,25
474:1,14 486:9 488:2
492:10,16 493:4
497:1 498:17 513:7
513:16 519:13 521:9
522:15 523:1 524:18
529:10 538:13 555:25
556:12 557:24 558:3
558:15 563:7,19
564:2,4,16,23 565:22
565:24 566:6,22
567:4,7,14,18
**running** 393:7,9,10,13
430:24,25 446:19
462:25 468:4 474:2,8
479:16 502:16 521:1
521:3 522:5 558:21
**runs** 527:23

_____

**S**

**s** 377:1 378:1 435:7
**safely** 385:16 386:14
389:2,14 391:23
459:15
**safety** 455:3
**sake** 403:23
**San** 371:4
**save** 377:16
**saw** 440:4
**saying** 399:18 415:12
452:25 491:3 517:1
533:10 564:22
**says** 379:21 380:12,22
381:2,9 385:6,12
386:3,12 387:14
388:3,17 391:6,17,18
391:24 392:2 394:3,7
394:8 395:3,6 396:16
396:21 397:13,17,21
405:1 407:7 408:2,10
409:14,17,20 413:24
416:3 417:4 418:18
418:22 419:4,10
421:16 422:1,8,9
427:2,6,8 434:6 439:4

450:25 451:12 507:7
507:25 508:17 514:15
517:20
**scanner** 397:2
**Scanning** 396:23
**scenario** 402:15 437:10
**SCHELL** 369:13
**Schlumberger** 558:2
**screen** 378:6
**sealing** 377:14
**second** 417:6 419:13
436:25 485:2 553:14
**SECREST** 370:3
**section** 368:4 413:21
434:12 435:5 507:4
507:24 510:21 512:23
**see** 378:24 379:7 384:7
384:25 385:6 386:4
386:13 389:1,12,24
390:1,9 391:5,7,20
392:20 393:17 395:2
396:16,18 397:13,14
398:8 403:3,21
407:10 409:5,15,16
413:20,22 414:6
416:18,23 417:7,8
419:10 422:21 429:23
434:1,3,5,9,10,13,22
435:3,4,23 436:1,16
436:24 437:1,2
438:22,23,24 439:1,3
439:8,9 440:13,15,22
441:1 467:11 472:25
473:10 474:12 475:1
486:9 492:20,20
497:21 507:7,25
508:2 510:21,24
511:2 512:4,23
513:12,14,22,23
514:20,21 517:19,22
520:12,15,16,19
523:6,7 525:15
535:12,16
**seeing** 390:7 471:21
472:9 476:8
**seen** 390:2,4,21 429:15
435:6 506:15,17
**send** 543:24 544:3,8,13
**sent** 436:16 437:4
442:15,18 445:12
452:13 558:22
**sentence** 394:3 413:24
424:7 553:15
**sentences** 554:1
**seq** 377:8
**sequential** 405:6

**series** 542:24 545:24
550:13 553:25
**Serio** 368:15 378:7,13
442:1 458:1 467:8
499:9 502:11 520:9
530:18 542:17 547:19
560:8 569:8,19
**Serio's** 567:25
**service** 386:22 421:21
422:19 424:12
**services** 397:2 547:23
550:24 552:16
**set** 476:21 477:8 485:14
511:3,12 513:3 514:5
515:9 570:9
**sets** 381:10 529:9
**setting** 474:18 475:6
**settle** 470:6
**settled** 470:1
**settlement** 469:4,12
470:18 471:8
**settles** 469:9
**settling** 469:17,22
**seven** 438:22 562:5
**severe** 383:23 439:7
440:12 442:7 443:7
443:23 444:7 451:1
451:13 452:25 453:1
473:21 539:11 556:10
562:16
**Sherry** 368:22
**shoe** 478:3 479:6,19
**short** 465:14,17
**shorthand** 570:11
**show** 441:11 535:1
**showed** 550:13 552:3
560:18,23 562:7
565:5
**showing** 435:18
**shown** 428:10
**shows** 434:2
**shrink** 381:10
**SHUSHAN** 368:6
**side** 397:13,16 440:5
**significant** 510:6
533:11
**signing** 377:12
**simply** 534:2,14 539:20
**simulate** 395:9 415:11
**simulated** 423:1
**simulates** 385:13
**simulation** 384:23
391:3,4,10 415:8
421:23 430:18
**single** 428:7
**sir** 379:17 380:18,20

381:15 382:6 383:12
384:3,16 385:1,10,18
385:21 386:9,16
387:1 388:17,23
389:20 390:6 391:8
391:13,16 392:1
393:18 394:1,7,8,14
394:21,25 395:5,14
395:18 396:5,19
397:10,11,15,18
398:2,9 399:20,24
400:18,19 403:4,15
403:21 406:1,2,7,18
406:19,22 407:11,17
408:16 409:6,16,21
409:25 410:8,16
412:17 413:19,22,23
414:6,7 416:1,24
417:7,8 419:1,20,21
420:5 421:9,10,14,25
422:21,22 425:13
427:8,19 428:18
429:2,7,13,16,20
430:5,21 431:13,25
432:19,25 433:2,6,23
433:25 434:3,10,14
435:4,22 436:2,10,24
438:8,15,24 439:8
440:22,24 441:2,13
442:12,23 444:2
445:5,9,14 446:17,25
448:20 449:3,11,17
454:3,14 455:18
458:5,8,13,17,21
459:1,7,10,20 461:16
462:7 463:10 466:5
466:13 468:2,16
471:6 475:7 480:14
483:21 484:15 492:7
495:7,10,13,16,19
496:2 497:11 499:14
499:22 500:5,18
501:1,11 502:14,21
502:23 505:7 506:4
506:14,18 507:3,9,20
508:2 510:23 511:1,7
511:10 512:6,18
513:2,23 514:21
515:3 516:8 517:22
520:19 527:10 528:9
530:6 538:15 543:9
543:15,21 544:1,6,11
544:16,24 545:6
546:10,15,20,25
547:5,10 548:17,22
549:7,12,24 551:15

Case 2:10-md-02179-CJB-DPC   Document 3156-11   Filed 07/06/11   Page 66 of 69

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010
MICHAEL C. SERIO VOL. II
April 29, 2011

Reported by:
JOSEPH R. KAISER, JR., CCR, RPR

Page 583

554:2,20 555:8,13
556:7 557:22 560:14
561:3,14 562:6,9,14
562:20 563:4,13,17
563:20,24 564:13,14
566:5 567:5
**sit** 410:9 458:14
**site** 397:7
**sitting** 401:22
**situation** 415:15 443:7
443:22,23 477:25
**situations** 383:23
422:10 427:3
**six** 376:8 454:19 538:12
559:13,15 561:12,22
562:25 563:8 565:15
565:23
**six-centralizer** 567:19
**size** 398:7 501:16,17,18
**sizes** 397:2
**slurries** 451:11 548:2
**slurry** 403:7 407:2
410:20 434:17,21,25
435:24 440:7,23
450:24 451:23 452:10
454:9,18 459:23
460:16 461:1,9,11
462:1,24 463:15,15
464:8 465:13,18,23
469:8,25 470:6,15,19
470:22 472:17,19
477:4 480:16 482:21
483:16 484:6,7,17
485:9,23 486:21
487:4,17 490:15
491:19 492:11,15,22
522:15 527:2 543:24
544:4
**SMITH** 369:3
**Smyczek** 372:9
**software** 385:12
**SOLICITOR** 371:7
**solid** 382:16,22
**solution** 397:17,22
398:6,14 399:4 400:5
400:24 401:10 402:18
439:12
**solutions** 394:5,9,19
551:8,18,21 552:4
**solves** 403:8
**somebody** 403:2
425:17 455:16 456:5
475:21
**someplace** 414:14
**sorry** 389:8 395:19
410:23 433:9,18

456:12 460:23 469:24
472:12 478:1 482:21
488:13 506:22 507:23
508:25 521:17 534:12
536:23
**sought** 377:21
**sound** 448:8,13 560:13
**sounds** 540:24
**South** 370:20
**space** 560:20 565:8
**spacer** 409:4,7,10,12
409:19 410:12 411:1
411:8,11 412:3 419:3
419:5,18 420:3,8
434:25 435:1 476:9
476:14,22 477:5,6,8
477:14,19 544:9,13
553:21
**spacers** 407:8,15 408:3
408:6,13,19
**speak** 498:4
**speaking** 405:8
**Special** 372:10
**specialist** 388:4 392:4
**specially** 386:19 392:3
407:13 414:8 415:14
417:10 420:6 451:19
452:6 455:11,25
456:20
**specific** 460:20 471:7
524:8 526:8 527:22
**specifically** 377:12,14
543:1
**specify** 430:24
**speed** 489:14
**spike** 516:24
**SPILL** 368:3
**spread** 558:14
**spreadsheet** 429:20
**spreadsheets** 446:21
**square** 465:21 467:12
467:22
**St** 370:10
**stability** 460:1,2,8,12
461:2,2 462:9,23
463:7 484:6,14
**stage** 434:23
**stages** 434:13 439:20
439:21 440:1 442:5
**stamp** 433:21
**standard** 390:24 446:4
446:7 462:22
**standoff** 537:10,15,16
537:24
**stands** 434:24
**Start** 493:11

**started** 522:2
**state** 369:6 372:8,11
373:19 377:24 383:19
456:12 463:18,19
464:9,10 527:2
534:12 540:13 570:5
570:21
**Stated** 467:14
**statement** 444:18
**statements** 379:25
**states** 368:1 403:15
406:23 518:3
**static** 463:11 464:4,18
467:12 468:15,19
471:22 472:11,24
473:1,10 474:4
475:10 484:17 485:4
485:4 486:3 491:6
495:12,21
**Steering** 368:23
**steps** 392:22 420:2
**sticker** 447:11
**stipulated** 377:3
**stop** 455:15 456:5,25
457:6 498:23
**straight** 456:13
**Street** 368:16,22 369:4
369:9,15,21 370:4,15
370:20 371:4,8,12,21
**strength** 382:21 463:12
463:14 464:3,4,13,19
465:19,21,24 467:23
468:15,19 471:22
472:11,24 473:1,10
474:4 481:7,20 482:4
482:24 483:8 484:1
484:18 485:2,4,5,14
491:6,19,23,25
493:23 520:17,25
521:2,8 522:2,5,15
523:12,21 524:23
525:9,14,23 526:9
527:3,19 528:11
**strike** 451:8 507:23
**subject** 514:2
**submit** 549:8 556:4
**submitting** 548:6
**success** 531:25 532:10
**successful** 393:24
530:23 531:14 533:2
533:6,17 534:5,17
535:1,13,17 536:5
556:24
**sufficiently** 419:24
**suggest** 556:23
**Suite** 369:15,22 370:5

370:16 371:8,12,17
371:21
**summary** 391:20
**supervision** 570:12
**supervisor** 386:23
**support** 421:19,20
423:24 424:11,12
548:14
**supposed** 509:19 515:3
**sure** 389:10 399:2
401:6 405:7 411:17
411:24 414:20 416:25
426:16 428:19 451:7
452:6 455:24 456:15
457:6 460:14 462:2
464:2 466:18 472:5
476:17 491:15 494:21
496:2,18,20,22,24
497:5 512:2 524:6
526:4 531:9 533:1
535:6,8 537:9 567:16
**surely** 566:16
**surface** 495:14
**surfactant** 419:3
**surprise** 431:15,20
432:1
**SWACO** 371:13
**swapping** 479:12,15
**swell** 416:20 417:1,4,12
418:10,18
**sworn** 378:8 570:7
**system** 384:23 406:14

---

**T**

**T** 377:1,1
**tab** 378:16,18 384:18
384:18 393:20,20
402:24,24 404:7,10
404:11,17 432:8,11
433:14,16,19,20
437:25 438:12 506:6
506:7 520:10 528:23
**take** 383:2 389:23
392:22 417:1 420:8
422:23 438:1,3,5,12
438:14 482:10,13
483:17,25 503:21
506:5,19 507:18
514:16 522:15 528:22
565:24
**taken** 368:15 377:6
419:18 420:16 553:22
564:3
**takes** 462:8 463:17
464:8 482:3,15
483:15 491:10 563:19

**talk** 396:2 494:17 553:4
**talked** 381:17 439:10
440:9 446:20 458:10
465:25 485:1 497:7
502:17 506:7 512:7
519:4
**talking** 387:4 472:17
472:21,23 494:14
499:10 508:15
**tape** 378:4 441:18,22
498:23 499:1,5 542:9
542:13
**taped** 447:17
**Tarak** 370:9
**targeted** 436:4
**Taylor** 371:3
**TD** 513:1,4
**team** 386:20 407:13
414:9 415:15 417:10
420:7 423:3,11
425:18 426:6 451:20
452:7,9 455:12 456:1
456:21 561:5,11,19
561:20
**technical** 400:19
401:23 421:20 422:17
422:18 424:12 425:20
425:21 458:24 459:2
459:11 549:21 559:11
**techniques** 393:23
**technologically** 405:7
**technology** 393:11
416:20 417:1,4,12
418:10,18
**tell** 402:1 446:7 449:22
454:18 455:1,4
513:24 516:10
**telling** 383:6 385:15
392:8 408:5 418:15
429:12 443:2 445:16
567:8
**tells** 385:23 388:24
389:3,10,15
**temperature** 481:24
482:8,12,18,19
483:11,19,20,23
484:22 485:7,17
495:4,12 498:10
499:17 500:9 501:6
**temperatures** 483:15
**temporal** 482:1
**Terrance** 369:14
542:22
**Terrific** 438:18
**test** 395:8 410:19,25
411:3,11,19 412:13

601 Poydras Street, Suite 1720
New Orleans, LA 70130-6029

GAUDET KAISER, L.L.C.
Board-Certified Court Reporters
Exhibit P
Page 65

Telephone: (504) 525-9100
Facsimile: (504) 525-9109

Case 2:10-md-02179-CJB-DPC   Document 3156-11   Filed 07/06/11   Page 67 of 69

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                          Reported by:
MICHAEL C. SERIO VOL. II                          April 29, 2011                          JOSEPH R. KAISER, JR., CCR, RPR

Page 584

412:21,23 450:4,15
458:16 460:1,2,12
461:3 462:9 463:7,8
463:12 464:3,5,12,19
467:9,15,15 468:6,12
468:18,19,24 469:2,5
469:12 470:18 471:8
471:21 472:10,21
473:1,11 474:5,8,13
474:13,18,19,22
475:1,6 476:10,15,22
477:8 478:5 479:17
492:15,25 493:4
521:2,7 522:2,5,14
526:18 527:9,23,25
528:13 543:24 544:3
544:9,13 549:8
552:23
tested 461:2
testified 378:10 406:3
427:21
testify 570:8,8
testimony 427:25 569:9
569:11 570:10
testing 393:24 459:22
tests 460:9 462:23
464:7 475:11,12,20
475:22 491:18 492:8
524:18 544:20 545:2
548:6 555:24 558:7
Texas 369:22 370:5
371:12 372:5
Thank 386:12 413:4
427:19 432:9 457:12
484:3 542:7
thereof 377:20
Thibodeaux 371:21
374:8 457:25 458:2
460:7 461:10,17
462:4,17 463:5 464:1
465:1,15 466:6,14,24
467:7,24 468:13
469:3,18,23 470:8,16
471:4,16 472:4,18
473:7,17 474:20
475:8,18 476:2,16,24
477:21 478:14 479:13
479:25 480:10,21
481:4,11,17,25
482:17 483:5 484:24
486:10,18 487:2,12
487:24 488:8,23
489:12,22 490:8
491:5,17,24 492:23
493:6,21 494:3,16,20
498:5,19,22 499:8

500:6,19 501:2,12,25
502:7 503:20 504:5
504:21 505:5,18
508:9 509:1,16,25
510:12 511:23 512:20
513:13 515:4,17,24
516:1,9,18 517:8
518:5,9,14,16,25
519:17 520:5,23
521:12,18 522:3,13
522:23 523:9,19
524:7,15 525:2,18
526:5,14 527:5,21
528:7,21 529:5,22
530:7,13,17 531:8,10
531:21 532:8,19
533:3,14,23 534:13
534:24 535:7,15,21
536:3,25 537:7,23
538:9 539:2,19 540:5
540:14 541:2,16,22
542:1,6
thickening 480:20,22
487:11 488:13,21
489:10,21
thing 382:18 400:10,20
401:16 410:18 418:17
422:1 428:8 438:5
446:5 452:21 489:10
533:21 566:25
things 406:5 417:24
425:12 451:20 452:7
494:6 495:1 534:22
535:12 550:14 555:23
think 393:10 395:22
398:14 399:9 400:1
409:11 412:20 424:4
429:1 431:13 446:17
452:20 453:2 460:18
460:20 462:2 465:2
484:10,11,11,13,13
486:8 491:16 498:21
499:9 501:23,23
526:13 531:20,22,23
533:4,11 551:14
554:16 566:21 567:15
thinking 537:11
third 387:14,20 395:2
thought 405:3 426:7
498:8 503:18
three 403:1 406:17
460:18,19 511:2
513:19 514:2 529:9
548:24,25 549:2
time 377:19 378:5
381:18 382:3 383:3,4

387:23 396:14 401:4
403:23 426:1,19
429:8 433:21 439:24
441:23 446:3,10,19
448:11 450:23 451:10
456:15,17 457:19,24
463:12,16 464:5,7,12
464:14,19 465:5,7,16
467:9,10,11,15,15,21
467:25 468:6,11,15
468:18 469:1,2
471:23 472:11,12,16
473:4 474:5 475:10
480:20,23 481:18
482:3,10,13,22
484:18 485:4,5,10
486:3,13,22 487:5,11
487:13,14 488:14,21
489:4,10,20,21,23
490:21,22,23 491:4,7
499:6 513:25 514:12
516:23 524:2,10,17
524:25 525:7,22
526:8,19 527:24
529:13 541:21,25
542:14,25 543:8,10
543:16,22 544:2,7,12
544:17,21,25 545:3
545:25 546:11,16,21
547:1,6,17 548:8,12
548:16,23 551:25
559:9,17,21 560:6
567:20 568:5
timeline 529:10,12
tired 447:3
title 406:20 409:3
416:18 421:13 458:22
458:23 514:18
titled 403:5
TOC 500:20
today 410:10 428:16
458:6 539:5 542:21
told 451:22,25 452:10
452:14
TOMPKINS 369:2
tool 396:23,24 416:22
417:13 556:12
top 409:14 435:17,19
435:25 436:4,17,25
437:6,8 440:6,13,22
441:7,11 442:6,19
443:6,10,18 444:11
445:15,18,22 446:5
446:13 461:8 500:21
501:4,14 502:6
529:20,25

Tower 372:4
track 478:3 479:7,19
trademark 396:21
trained 386:19 392:3
407:13 414:8 415:14
417:10 420:6 433:3
451:19 452:6 455:11
455:25 456:20
transcribed 570:11
transcript 570:13
transcription 569:11
transition 463:12,17
464:5,9,19 465:5,7,16
468:11,15 469:1
471:22 472:12,16
474:4 475:10 484:18
485:10 486:3,12
490:21,24 491:4,7
transitioned 465:23
Transocean 371:18,22
455:17 456:6 457:1
458:4
tried 420:24
trips 419:23
true 379:25 382:6
410:24 416:5,11
455:18 499:23 569:10
570:13
truly 401:6
trust 454:5,10
truth 570:8
try 393:2 450:23
451:10
trying 396:1 426:3
527:4
TS 434:24
tubulars 447:20
Tuned 409:3,7,12
411:1,11 412:3
434:24 435:1
turn 384:18 389:22
395:2 396:15 405:13
406:13 409:2,13
413:5,13 416:17
419:9 421:7 432:7
433:7 434:4,12
437:23 438:25 442:2
506:6 507:1 510:19
512:21 517:9 523:10
529:7 553:10
two 376:3,5 439:18
512:25 516:21,22,25
535:12 554:17,23
type 472:16 478:5
497:20 506:12
typical 391:9,19 522:22

typically 509:14 523:23
523:25 529:11

U

U 377:1
Uh 422:5 428:15
444:25 484:4 496:5
507:6 521:4
ultimate 465:20
ultralow 403:7
ultrasonic 396:24
unable 419:17 420:1,13
553:20 555:10
understand 382:10,14
383:18 396:13 430:14
430:16 434:19 487:22
502:15,23 567:16
understanding 441:10
540:23 550:24 551:4
551:8 554:11 570:14
unfoamed 430:9
431:17,19
uniform 470:6,10
unique 395:7
UNITED 368:1
unprecedented 396:25
unproven 450:5,15,23
451:10
unquantified 530:24,25
531:14,15
unsafe 455:3,14 456:3
456:23
unstable 461:12,20
462:2
unwilling 419:17 420:1
420:13 553:20 555:18
upcoming 422:12
use 398:6 409:18
410:20,25 414:1,10
420:1 446:22 450:3
450:14 497:22 561:12
561:22 562:24 566:14
utilize 416:20 564:17
566:8
utilizing 562:24
U.S 376:12 405:22
413:14 553:5

V

value 496:22,23 511:17
517:20
values 490:1 503:9
517:11
variable 538:8
variables 483:23 485:1
549:14

601 Poydras Street, Suite 1720                          GAUDET KAISER, L.L.C.                          Telephone: (504) 525-9100
New Orleans, LA 70130-6029                          Board-Certified Court Reporters                          Facsimile: (504) 525-9109

Exhibit P
Page 66

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

MICHAEL C. SERIO VOL. II                     April 29, 2011                     JOSEPH R. KAISER, JR., CCR, RPR

Reported by:

Page 585

varies 522:19
various 499:10 500:9
   524:18 551:8,9 553:8
varying 461:8
verify 555:23 556:13
   556:25 557:9
Versailles 371:16,17
versus 387:16,21 390:4
   390:14 410:6 430:9
   431:17 485:16
vetted 497:13
video 378:6
VIDEOGRAPHER
   373:1 378:2 441:17
   441:21 457:14,22
   498:25 499:4 542:8
   542:12 547:11,15
   559:25 560:4 568:3
virtually 383:8,22
   384:10
viscosity 490:15
visiting 543:13,19
voice 422:12
volume 368:14 519:13

**W**

W 368:21
WAECHTER 370:8,13
wait 524:2,10,17 525:7
   525:21 526:7 529:13
waived 377:12,15
WALKER 370:8,13
Walter 370:20
Walz 561:5
want 391:14 406:9
   407:6 410:19,25
   411:2,11 412:3,13
   426:15 439:17 449:17
   452:22 453:2 456:13
   458:9 465:4,6,14,16
   470:5,6,9,14 472:25
   473:10 474:12,25
   477:19,22 479:23
   480:3,5 488:12,14
   491:8 496:3,22,24
   502:25 503:16 504:19
   530:14 543:1 545:24
   547:19 553:10 567:16
wanted 414:14 488:24
   488:25 523:6,7
   556:18
wants 496:14 510:13
WARE 372:3
Washington 372:9
wasn't 396:6,7 409:9
   444:16 448:6 473:8

505:16
watch 392:5
watching 392:20
water 447:21 474:21
   475:1,9
way 379:9 382:20,21
   400:20,21 404:24
   412:20 416:3,9 421:8
   451:21,21 452:8,8
   460:13 470:21 489:25
   490:6 492:13 509:2
   526:6 555:14 557:16
   557:19 570:17
ways 415:2,17 470:23
weak 391:6,11
Weatherford 370:11
   370:17
website 376:3,6,8
   393:22 550:15
weight 420:2 498:11
   499:17 502:1
weights 495:15,16,18
WEINER 369:13
wellbore 397:3
wells 448:16,16,22,24
   449:6 462:22
Wenger 371:8
went 447:1 516:17
   555:24 556:14
weren't 429:5,7
We'll 438:20 553:4
   559:24
we're 378:18 384:19
   396:14 404:16,17
   406:10 429:21 430:24
   430:25 432:8 437:25
   441:18,23 442:4,11
   447:17 451:22 457:15
   457:23 472:17 498:23
   499:1,6 542:9,14
   547:12,16 560:1,5
   568:4
we've 451:24 452:4
   458:6
whatsoever 550:4
whichever 508:18
wiper 419:23
withdraw 396:12 425:4
Withdrawn 417:2
witness 377:6,25
   379:16 380:4 381:5
   381:23 382:9 383:17
   384:6,15 386:8
   387:10 388:16 389:7
   389:19 390:17 392:12
   393:6,16 394:24

398:1,18 399:13,23
   400:14 401:2,19
   402:9,21 403:14
   405:4,10,17 407:23
   408:9,24 410:15
   411:7,16,23 412:7,16
   413:1 415:6 416:13
   417:18 418:3,13
   420:19 421:2 423:7
   423:17 424:3 425:5
   426:2,13 427:16
   428:3,4 431:5 432:4
   435:14 436:9,21
   437:13 443:14 444:1
   444:15 449:16 450:8
   450:19 451:4,16
   452:3,17 453:6,19
   454:1,13 455:7,21
   456:10,16 457:5
   460:5 461:6,15,25
   462:15 463:3,22
   464:23 465:10 466:4
   466:11,22 467:4,19
   468:10,23 469:15,20
   470:4,13 471:2,14
   472:1,15 473:15
   474:17 475:5,15,25
   476:13,20 477:18
   478:10 479:11,22
   480:8,19 481:2,15,23
   482:7 483:2 484:21
   486:6,16,25 487:9,21
   488:5,19 489:8,19
   490:5 491:2,14,22
   492:19 493:3,19
   494:1,13,18 498:3,16
   500:3,17,24 501:9,22
   502:5 503:13 504:3
   504:18 505:2,14
   508:7,24 509:13,23
   510:10 511:21 512:17
   513:11 515:2,15
   516:7,15 517:5 518:2
   518:22 520:1 521:16
   521:25 522:11,18
   523:5,16 524:5,13,21
   525:12 526:1,12,25
   527:17 528:5,18
   529:19 530:5 531:5
   531:19 532:5,17,25
   533:9,20 534:11,21
   535:5,11 536:1,22
   537:21 538:7,25
   539:17 540:3,12,22
   541:12 542:3 543:4
   551:3,13,24 552:9

554:9 555:2 556:17
   557:4,13 559:24
   561:25 562:13 563:3
   563:12 564:7 565:2
   565:18 566:20 567:3
   569:3 570:7
WM 414:2
wonderful 393:11
word 381:6
words 386:9 533:15
   566:15
work 376:13 405:22
   406:5 407:14,19
   408:18 413:6,15
   415:1,13 417:22
   420:12,15 423:12
   424:15 425:16 454:7
   454:20 455:15 456:5
   456:25 457:6 549:20
   553:6
worked 469:7 550:7
working 497:12 548:19
works 388:2
wouldn't 398:12 399:3
   400:9 401:15 407:24
   411:11 412:3 475:21
   503:22 564:11 566:5
writes 520:16
writing 414:25
wrong 398:20

**Y**

Yamin 369:9 374:11
   404:1,6 498:1 542:16
   542:18
yeah 387:11 398:24
   413:2 415:11 428:7
   443:18 464:16 496:12
   498:21 506:21 510:17
   514:15 519:8 522:7
   522:25 525:15,16
   548:25
years 379:25 380:5,8
   401:24 445:4,6 450:3
   450:14 461:19 471:18
   474:11,23 476:6
   498:17 503:5 505:20
   526:16 530:19 539:9
   547:24,25 548:4,24
   549:1,3,19 559:13,15
yesterday 381:17 406:4
   427:21 428:18 439:10
   446:21 539:5
yield 491:19,23,23,25
   491:25 492:1,9,15,24
   493:4,12,13

yields 396:24
YP 420:2

**Z**

zero 467:8,14 468:6,12
   468:17 469:1
zonal 416:21 556:24
   557:10 558:8
zone 369:7,11,12
   461:21 468:5 473:12
   474:10 479:17 492:16
   496:16 503:23 504:20
   504:23 507:8,10,13
   507:22 508:1,10,12
   508:15,15,17,18,19
   508:20 509:4,5,7,15
   509:18,20 510:3,16
   513:1,4 514:10,20
   541:13
ZoneSealSM 386:19
   392:4 400:10,21
   406:21 407:2,13
   409:19 414:9 415:14
   417:10 420:7 447:19
   451:20,21 452:7,8
   455:11,25 456:20

**0**

0010988 506:10
0010990 507:2
0010998 510:21
0011005 512:23
0011011 514:18
0011012 517:17
0011020 506:14
0011208 520:12
0011209 523:11 525:6
   525:19
02110-1726 369:10
05 559:8
0513568 529:7
0513573 529:8 530:2
0513581 529:7

**1**

1 378:4 441:18
1st 544:22 545:4
1.11 510:21
1.2 507:4
10 421:18 423:1,4
   424:9 447:20 530:15
   530:16
10:38 499:2
10:50 499:7
100 419:5 467:11,22
   468:1

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010     Reported by:
MICHAEL C. SERIO VOL. II     April 29, 2011     JOSEPH R. KAISER, JR., CCR, RPR

Page 586

**1000** 371:12
**102** 371:17
**11** 384:18,18 399:19
  510:19,20 512:11
**11th** 368:16
**11:37** 542:10
**11:48** 542:15
**11:53** 547:13
**11:55** 547:17
**1100** 371:21
**116840** 553:11
**12** 433:15,15 522:20
**12:08** 560:2
**12:09** 560:6
**12:14** 568:5
**12:16** 568:7
**12:40** 530:11
**1201** 369:21
**1221** 370:4
**13** 393:20,20 404:7,10
**13.81** 511:4
**13.96** 511:8
**13.97** 509:17
**1300** 369:15
**14** 402:24,24 404:11
**14.01** 511:5,12
**14.15** 511:17
**14.4** 517:20
**14.5** 514:3,11
**14.50** 513:21
**14.51** 512:14
**14.6** 517:20
**14.69** 513:22
**14.8** 515:7
**14.80** 513:21 515:10
**14.9** 517:12
**1421** 377:7
**15** 432:16 433:8,10,11
  433:24 507:12
**15th** 439:23 440:6
  442:9 560:11
**15.0** 515:8
**1500** 447:21 448:2
**151** 371:8
**16** 404:17 438:20
**16,139** 440:14,25 442:8
  443:6
**16.74** 434:25 435:24
**1600** 370:16
**1615** 369:15
**17** 434:5 448:21
**17,000** 448:18 449:10
  449:24 453:12 550:8
  558:18 559:4
**17,258** 440:7 442:10
**17,258.3** 436:1

**17,260** 436:4 440:9
**17,300** 436:17 437:1,7
  442:20 443:10,18,20
  444:12
**17,700** 511:5
**1700** 369:22
**17153** 511:4
**18** 434:12 439:1,23
  506:8 512:21 514:24
  515:9 516:12,22
  517:1 562:3
**18th** 437:24 438:21
  439:16 442:3 518:10
  520:13 562:22
**18,189** 518:4,19 519:12
**18189** 517:21
**18305** 511:9
**19** 439:16 440:20
  455:13 456:2,22

--- **2** ---

**2** 441:22 499:1
**20** 368:6 514:6,12
  518:13,15 543:3
  545:4 548:3
**20th** 395:13 396:7,8
  458:23 528:24 530:9
  530:11 543:6,11,17
  543:23 544:8,18,22
  546:1
**2005** 384:21 559:13
**2007** 369:11,17 542:21
  543:19 544:5,15
  545:1,13,21 546:23
  547:3,8
**201** 370:10
**2010** 368:6 405:24
  432:16 447:20 455:13
  456:2,22 506:8
  530:11 543:3,6 544:8
  544:18 545:4 560:11
**2011** 368:17 378:5
**21** 434:2 560:12,18,22
  561:7,12,21
**2129** 375:5 376:3
  378:19,21 379:10,13
**2130** 375:7 376:5
  384:19 385:3 390:10
**2131** 375:9 376:8
  404:10,13
**2132** 375:11 376:10
  404:11,14 413:9
**2133** 375:13 376:12
  404:17,19 405:21
  413:7,16 416:18
  419:1 421:11 553:5

**2134** 375:15 376:14
  447:11,13,18,22
  448:12,17,25 449:7
**2179** 368:3
**22** 432:8,11 433:16,20
**23** 437:25 438:12
**2353** 530:2
**24** 514:16,17 516:3
  517:9,10 522:20,22
  522:24 523:6
**245** 514:7
**25** 517:15 519:10 520:7
**252** 552:17
**257.87** 516:23
**264** 514:7
**264.83** 516:23
**29** 368:17
**29th** 378:5
**2929** 372:5

--- **3** ---

**3** 439:12 499:5 507:1
  542:9
**3-D** 397:8
**30** 379:25 380:6 401:24
  450:3,14 461:19
  471:18 474:11,23
  476:6 503:5 505:20
  526:16 530:19 539:9
  547:24,25 549:19
**30(b)(6)** 402:8
**3000** 409:23 410:6,11
  410:21,25 411:12
  412:2 448:23 449:2,9
  449:23 452:11 453:11
  454:7
**3000L** 409:18,24 410:7
  410:10
**33** 413:11,13
**333** 370:20
**34** 520:18 521:7,8,20
  522:1,6 523:2
**348** 448:9
**36130-0152** 372:10
**3700** 371:21
**377** 374:5 375:5
**384** 375:7

--- **4** ---

**4** 396:16 542:13
**4.2** 507:25
**4/ECD** 517:21
**40** 437:17
**40th** 369:5
**400** 371:17
**4000** 371:12

**403** 375:9,11,13
**446** 375:15
**4500** 370:5
**456** 374:8

--- **5** ---

**5,000** 558:23
**5.3** 512:24
**5.7** 434:12 435:5
  439:19 442:4
**500** 465:20,24 483:8,18
  484:1
**501** 372:9
**541** 374:11
**546** 374:14
**555** 371:4
**559** 374:17
**566** 409:3,3
**567** 409:3,14
**585** 413:5,14
**589** 416:17,17,19

--- **6** ---

**6** 529:8
**6.2** 514:19
**6.6** 436:22
**6:12** 432:16 433:21
**600** 370:15
**601** 368:16
**618** 368:22

--- **7** ---

**7-inch** 432:13
**7/8ths** 432:13
**701** 369:4
**70112** 369:16
**70130** 368:16
**70139** 369:5
**70163** 371:22
**70170-5100** 370:10
**70501** 370:16 371:17
**70801-1910** 368:23
**713** 436:14 442:22
**716A** 432:12 433:8,20
  438:5
**717A** 438:13,20 439:16
  442:2
**75270-2041** 369:22
**755** 371:8
**77002-5006** 371:12
**77010-2010** 370:5
**77019** 372:5
**782** 406:13,17,18

--- **8** ---

**8:30** 378:6

**80215** 371:9
**839** 418:24,25
**840** 419:9
**891** 421:8,11 425:22
  426:10

--- **9** ---

**9** 378:16,18 407:7,7
  432:13
**9:29** 441:19
**9:38** 441:24
**9:52** 457:16
**9:58** 457:24
**900** 519:14,18
**90071** 370:21
**94104** 371:4

601 Poydras Street, Suite 1720     GAUDET KAISER, L.L.C.     Telephone: (504) 525-9100
New Orleans, LA 70130-6029     Board-Certified Court Reporters     Facsimile: (504) 525-9109
Exhibit P
Page 68