# EXHIBIT W

Page 1

```
 1          UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2

 3

      IN RE:  OIL SPILL    MDL NO. 2179
 4    BY THE OIL RIG
      "DEEPWATER HORIZON"  SECTION:  J
 5    IN THE GULF OF
      MEXICO, ON APRIL     JUDGE BARBIER
 6    20, 2010             MAG. JUDGE SHUSHAN
 7

13

14

             Deposition of NICHOLAS G. HUCH,
15    taken in the Pan American Life Center,
      Bayou Room, 11th Floor, 601 Poydras Street,
16    New Orleans, Louisiana 70130, on Monday,
      May 16, 2011.
17

18

      APPEARANCES:
19

20

             LIEFF CABRASER HEIMANN & BERNSTEIN,
21    LLP
        (By:  Steven E. Fineman, Esquire and
22            Annika K. Martin, Esquire)
        250 Hudson Street, 8th Floor
23    New York, New York  10013
            (Attorneys for Plaintiff's
24           Steering Committee)
25
```

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                                                                              Reported by:
NICHOLAS G. HUCH                                        May 16, 2011                                        JOSEPH R. KAISER, JR., CCR, RPR

---

**Page 2**

```
1   APPEARANCES (continued):
2
3      SUTHERLAND ASBILL & BRENNAN, LLP
         (By:  Stephany LeGrand, Esquire)
         1001 Fannin Street, Suite 3700
4      Houston, Texas  77002-6760
         (Attorneys for Transocean)
5
6
7      MUNGER, TOLLES & OLSON LLP
         (By:  Allen M. Katz, Esquire)
         355 South Grand Avenue
8      35th Floor
         Los Angeles, California  90071-1560
9        (Attorneys for Transocean)
10
11     MORGAN, LEWIS & BOCKIUS LLP
         (By:  Lucas T. Elliot, Esquire)
12     1000 Louisiana Street
         Suite 4000
13     Houston, Texas  77002-5006
         (Attorneys for M-I SWACO)
14
15
16     BINGHAM MCCUTCHEN
         (By:  Peter C. Neger, Esquire)
         399 Park Avenue
17     New York, New York  10022-4689
         (Attorneys for Anadarko
18        Petroleum and MOEX Offshore
         2007, LLC)
19
20
21     BINGHAM MCCUTCHEN
         (By:  Julia E. Stein, Esquire)
22     355 South Grand Avenue Suite 4400
         Los Angeles, California 90071-3106
23        (Attorneys for Anadarko
         Petroleum and MOEX Offshore
24        2007, LLC)
25
```

**Page 3**

```
1   APPEARANCES (continued):
2      GODWIN RONQUILLO
         (By:  Floyd R. Hartley, Jr.,
3          Esquire)
         1201 Elm Street
4      Suite 1700
         Dallas, Texas  75270-2041
5        (Attorneys for Halliburton)
6
7      BECK, REDDEN & SECREST, L.L.P.
         (By:  Thomas Ganucheau, Esquire)
8      One Houston Center
         1221 McKinney Street
9      Suite 4500
         Houston, Texas  77010-2010
10       (Attorneys for Cameron
            International Corporation)
11
12
13     JONES, WALKER, WAECHTER, POITEVENT,
         CARRÈRE & DENÈGRE L.L.P.
         (By:  Wayne G. Zeringue, Jr.,
14         Esquire)
         201 St. Charles Avenue
15     New Orleans, Louisiana 70170-5100
         (Attorneys for Weatherford)
16
17
18     WARE, JACKSON, LEE & CHAMBERS,
         L.L.P.
         (By:  Margaret Bryant, Esquire)
19     America Tower
         2929 Allen Parkway
20     Houston, Texas  77019
         (Attorneys for Dril-Quip, Inc.)
21
22     KIRKLAND & ELLIS LLP
         (By:  Darin T. Beffa, Esquire)
23     333 South Hope Street
         Los Angeles, California  90071
24       (Attorneys for BP)
25
```

**Page 4**

```
1   APPEARANCES (continued):
2
3      U.S. DEPARTMENT OF JUSTICE
         (By:  Matt Leopold, Esquire)
         950 Pennsylvania Avenue, NW
4      Washington, DC  20530-0001
         (Attorneys for United States of
5          America)
6
7      HENRY DART, ATTORNEYS AT LAW
         (By:  Henry T. Dart, Esquire)
8      510 North Jefferson Street
         Covington, Louisiana  70433
9        (Special counsel for the
            Louisiana Attorney General
10          representing the State of
            Louisiana)
11
12
13  THE VIDEOGRAPHER:
14
         Gilly DeLorimier
15
16
17
18  REPORTED BY:
19
         JOSEPH R. KAISER, JR., CCR, RPR
21     Certified Court Reporter
         State of Louisiana
22
23
24       *    *    *    *    *
25
```

**Page 5**

```
1              EXAMINATION INDEX
2
3                     Page No.
4
5   By Mr. Fineman          11
6
7
8   By Mr. Leopold         229
9
10
11  By Mr. Dart            284
12
13
14  By Mr. Hartley         296
15
16
17  By Ms. LeGrand         312
18
19
20  By Mr. Ganucheau       323
21
22
         *    *    *    *    *
23
24
25
```

601 Poydras Street, Suite 1720                GAUDET KAISER, L.L.C.                Telephone: (504) 525-9100
New Orleans, LA 70130-6029                Board-Certified Court Reporters                Facsimile: (504) 525-9109

Exhibit W
Page 2

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                    Reported by:
NICHOLAS G. HUCH                                May 16, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 6

EXHIBITS

|  | No. | Page |
|---|---|---|
| | Exhibit 2305 | 53 |
| | Exhibit 2306 | 72 |
| | Exhibit 2307 | 75 |
| | Exhibit 2308 | 96 |
| | Exhibit 2309 | 104 |
| | Exhibit 2310 | 108 |
| | Exhibit 2311 | 111 |
| | Exhibit 2312 | 113 |
| | Exhibit 2313 | 113 |
| | Exhibit 2314 | 139 |
| | Exhibit 2315 | 146 |
| | Exhibit 2316 | 153 |
| | Exhibit 2317 | 163 |

*   *   *   *   *

Page 8

DESCRIPTIVE EXHIBIT INDEX

Exhibit 2305 - e-mail chain

Exhibit 2306 - e-mail chain

Exhibit 2307 - e-mail chain

Exhibit 2308 - e-mail chain

Exhibit 2309 - e-mail chain

Exhibit 2310 - e-mail chain

Exhibit 2311 - e-mail exchange

Exhibit 2312 - e-mail chain

Exhibit 2313 - e-mail chain

Exhibit 2314 - e-mail chain

Exhibit 2315 - e-mail chain

Exhibit 2316 - e-mail

Exhibit 2317 - e-mail with attachment

*   *   *   *   *

Page 7

EXHIBITS (Continued):

|  | No. | Page |
|---|---|---|
| | Exhibit 2318 | 190 |
| | Exhibit 2319 | 206 |
| | Exhibit 2320 | 211 |
| | Exhibit 2321 | 218 |
| | Exhibit 2322 | 221 |
| | Exhibit 2323 | 243 |
| | Exhibit 2324 | 246 |
| | Exhibit 2325 | 247 |
| | Exhibit 2326 | 278 |
| | Exhibit 2327 | 284 |
| | Exhibit 2328 | 308 |
| | Exhibit 2329 | 320 |
| | Exhibit 2330 | 323 |

*   *   *   *   *

Page 9

DESCRIPTIVE EXHIBIT INDEX (Continued):

Exhibit 2318 - e-mail exchange

Exhibit 2319 - e-mail chain

Exhibit 2320 - e-mail chain

Exhibit 2321 - e-mail exchange

Exhibit 2322 - e-mail chain

Exhibit 2323 - e-mail chain

Exhibit 2324 - e-mail chain

Exhibit 2325 - e-mail chain

Exhibit 2326 - e-mail chain

Exhibit 2327 - e-mail chain

Exhibit 2328 - e-mail chain

Exhibit 2329 - e-mail

Exhibit 2330 - AAPL model form of offshore
deepwater operating agreement

*   *   *   *   *

601 Poydras Street, Suite 1720                GAUDET KAISER, L.L.C.              Telephone: (504) 525-9100
New Orleans, LA 70130-6029                 Board-Certified Court Reporters        Facsimile: (504) 525-9109

Exhibit W
Page 3

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                    Reported by:
NICHOLAS G. HUCH                              May 16, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 10

S T I P U L A T I O N

It is stipulated and agreed by and between counsel for the parties hereto that the deposition of the aforementioned witness is hereby being taken for all purposes allowed under Article 1421, et seq., of the Louisiana Code of Civil Procedure, in accordance with law, pursuant to notice;

That the formalities of reading and signing are specifically not waived;

That the formalities of filing, sealing, and certification are specifically waived;

That all objections, save those as to the form of the question and the responsiveness of the answer, are hereby reserved until such time as this deposition, or any part thereof, may be used or sought to be used in evidence.

JOSEPH R. KAISER, JR., CCR, RPR
Certified Court Reporter in and for the State of Louisiana, officiated in administering the oath to the witness.

Page 11

P R O C E E D I N G S

THE VIDEOGRAPHER:

This is the videotaped deposition of Nick Huch. This deposition is being held today at 601 Poydras Street, New Orleans, Louisiana on May 16, 2011, at approximately 8:30 a.m. The deposition is being taken in the matter of the oil spill by the DEEPWATER HORIZON in the Gulf of Mexico on April 20, 2010, in the United States District Court, Eastern District, State of Louisiana.

EXAMINATION BY MR. FINEMAN:

Q. Good morning, Mr. Huch, my name is Steve Fineman and I'm here on behalf of the plaintiff's steering committee. Have you had your deposition taken before?

A. Yes.

Q. How long ago was that?

A. Probably about 10 years ago.

Q. It's been a little while so you know, remind you of some of the rules for the deposition, if that's okay.

During the course of the deposition I'm going to ask you some

Page 12

questions, some of the other lawyers in the room will probably ask some questions. Those questions will call for a yes or no or a narrative answer. You understand that?

A. Yes.

Q. Today we're being recorded by video and the court reporter's taking down what you say and therefore you need to use words as opposed to nods of the head or uh huhs or huh-uhs. You understand that?

A. Yes.

Q. During the course of the deposition I may ask a question that is improper in form, or at least your lawyer thinks it is and, therefore, he may object to the question that I ask. Do you understand that?

A. Yes.

Q. If you understand my question, even if he objects, you can still answer the question unless he instructs you not to answer the question. You understand that?

A. Yes.

Q. As in normal conversation,

Page 13

people tend to talk over each other a little bit, finish one another's sentences. For this purpose I need you to wait until I finish and I'll try to do the same for you. Do you understand?

A. Yes.

Q. Mr. Huch, do you have a college degree?

A. Yes.

Q. What is that degree?

A. Energy resource management.

Q. And when did you receive that degree?

A. 1979.

Q. From where?

A. Lamar University.

Q. Where is Lamar University?

A. Beaumont, Texas.

Q. What's the nature of that degree? Is it a Bachelor's?

A. A Bachelor of Science.

Q. And can you describe for me what goes into an energy resource management program and degree?

A. You mean curriculum?

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C.                    Telephone: (504) 525-9100
New Orleans, LA 70130-6029                   Board-Certified Court Reporters              Facsimile: (504) 525-9109

Exhibit W
Page 4

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                          Reported by:
NICHOLAS G. HUCH                          May 16, 2011                          JOSEPH R. KAISER, JR., CCR, RPR

Page 14

1    Q.   Yes.
2    A.   It's a lot of business, geology,
3  engineering, law.
4    Q.   And did you -- what kind of
5  business?  Is it accounting, is it finances
6  directed to oil industry?
7    A.   Management.  Management and
8  accounting.
9    Q.   Okay.
10    A.   Statistics.
11    Q.   And you mentioned, you did
12  mention, you mentioned geology?
13    A.   Yes.
14    Q.   What kind of, what do you learn
15  about geology as part of this degree?
16    A.   Well, I started as a geology
17  major so I had more geology credits than I
18  really needed so I was a junior level
19  geology major before I switched majors.
20    Q.   I see.  Okay.  And is this your
21  one degree, do you have other advanced
22  degrees?
23    A.   That's my only degree.
24    Q.   Do you have any professional
25  training or certifications?

Page 15

1    A.   Yes.
2    Q.   And what are those?
3    A.   I'm a certified professional
4  landman.
5    Q.   And when did you receive that
6  certification?
7    A.   Early '90s.
8    Q.   Other than the geology classes
9  that you took at Lamar that ended up being
10  a part of your resource management degree,
11  do you have any other professional training
12  in geology?
13    A.   No.
14    Q.   You have -- other than to the
15  extent that management was part of your
16  energy resource management degree, do you
17  have any training in business management?
18    A.   No.
19    Q.   Do you have any training in oil
20  well drilling?
21    A.   No.
22    Q.   Do you have any training in
23  economics?
24    A.   No.
25    Q.   Do you have any training in

Page 16

1  accounting, other than what you learned as
2  part of your energy resource management
3  degree?
4    A.   No.
5    Q.   Do you have any training in
6  finance?
7    A.   No.
8    Q.   The certification, the certified
9  landman, what is required of you to become
10  certified?
11    A.   You have to take a week of
12  classes and then you have to test for it.
13  And you have to pass your test.
14    Q.   What kind of subjects are
15  covered on the test?
16    A.   Oil and gas law, contract law,
17  negotiation skills, those types of things.
18    Q.   So you're not a lawyer?
19    A.   No.
20    Q.   And you have no legal training?
21    A.   No.
22    Q.   And so you took this week-long
23  program in the early '90s?
24    A.   Yes.
25    Q.   And then you tested in the early

Page 17

1  '90s?
2    A.   Yes.
3    Q.   And you passed the test?
4    A.   Yes.
5    Q.   Do you have to do anything to
6  maintain your certification?
7    A.   Yes.  Every five years you have
8  to accumulate up to 50 hours, what they
9  call CPL points.
10    Q.   What are CPL points?
11    A.   They are just additional
12  education points.
13    Q.   Continuing?
14    A.   Continuing education.
15    Q.   And you're current?
16    A.   Yes.
17    Q.   When did you start -- strike
18  that.  At some point you went to work for
19  Anadarko; is that correct?
20    A.   Yes.
21    Q.   For purposes of today's
22  deposition, if I say Anadarko do you
23  understand that to be Anadarko Petroleum
24  Corporation?
25    A.   Yes.

5 (Pages 14 to 17)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                              Reported by:
NICHOLAS G. HUCH                          May 16, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 18

1    Q.   If I mean to refer to another
2  Anadarko company, I'll be specific of that
3  company.  But if we use the word Anadarko,
4  let's agree today that we're talking about
5  Anadarko Petroleum.  Okay?
6    A.   Okay.
7    Q.   Okay.  When did you go to work
8  for Anadarko?
9    A.   Well, I started -- well, when
10 Anadarko bought Kerr-McGee, which would
11 have been effectively August of 2006, I
12 believe.
13   Q.   So let's go back to college, to
14 after your degree.
15   A.   Yes.
16   Q.   Did you go into the oil industry
17 right out of that program?
18   A.   Yes.
19   Q.   And where did you go to work?
20   A.   Amoco Production Company.
21   Q.   And how long were you with
22 Amoco?
23   A.   Nearly 20 years.
24   Q.   So the late '90s?
25   A.   Yes.  '99.

Page 19

1    Q.   '99.  Okay.  And what did you do
2  at Amoco?
3    A.   I was a landman.
4    Q.   I'm going to come back to more.
5  Well, okay.  Let's move off there.  So did
6  you go to Anadarko from Amoco?
7    A.   From Kerr-McGee.
8    Q.   From Kerr-McGee.  So you went to
9  Kerr-Magee and then when Kerr-Magee became
10 part of Anadarko that's when you came to
11 Anadarko?
12   A.   Yes.
13   Q.   So Kerr-Magee, '99 to 2006.
14 2006 with Anadarko?
15   A.   No.  I spent two years from
16 '99 -- from 2000 to 2002 working for the
17 city of Oklahoma City.
18   Q.   What did you do there?
19   A.   I divested their surplus
20 properties to prospective builders.
21   Q.   So you got out of the landman
22 business for a couple of years?
23   A.   I got out of the oil and gas
24 landman, I was kind of doing more surface
25 land and real estate land.

Page 20

1    Q.   When you were at Kerr-McGee,
2  were you a landman?
3    A.   Yes.
4    Q.   At Amoco, were you -- did your
5  duties include deepwater drilling?  Strike
6  that.  Did your duties include projects
7  that -- at sea as opposed to on land?
8    A.   Both.
9    Q.   Both?  Okay.  And at Kerr-McGee,
10 the same thing?
11   A.   Yes.
12   Q.   And then in --
13   A.   I'm sorry, at Kerr-Magee it was
14 only offshore.
15   Q.   Only offshore?
16   A.   Yeah.
17   Q.   And then when you came to, when
18 you ended up at Anadarko you were, you were
19 a landman still?
20   A.   Yes.
21   Q.   And you've been such since then;
22 correct?
23   A.   Yes.
24   Q.   Has your -- what's your current
25 title?

Page 21

1    A.   Project land advisor.
2    Q.   How long has that been your
3  title?
4    A.   About three or four years.
5  Three years, maybe.
6    Q.   What was your title before that?
7    A.   I was a senior staff landman.
8    Q.   And was that your title
9  from the time you started with Anadarko?
10   A.   Yes.
11   Q.   All right.  So you were a
12 project land advisor in -- is it called the
13 land department?
14   A.   Yes.
15   Q.   Okay.  At Anadarko in the 2009,
16 2010 time period?
17   A.   Yes.
18   Q.   Generally, what were your
19 duties?
20   A.   Primarily I was responsible for
21 negotiating drafting, reviewing, getting
22 approvals and getting executed contracts
23 and associated commercial agreements
24 relating to offshore properties, both in
25 the acquisition of new properties and our

6 (Pages 18 to 21)

Exhibit W
Page 6

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                                                 Reported by:
NICHOLAS G. HUCH                                May 16, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 22

1  existing assets.
2      Q.   Okay.  Is that, does that
3  continue to be your job description?
4      A.   Yes.
5      Q.   How is that different, if it is,
6  from what you did as senior staff landman?
7      A.   It's not.
8      Q.   The title change was --
9      A.   It was just a promotion up.  The
10 duties remained the same, it was just a
11 promotion within the same job function.
12     Q.   The job functions that you just
13 described, are those generally what you did
14 when you were at Amoco?
15     A.   Yes.
16     Q.   And at Kerr-McGee?
17     A.   Yes.
18     Q.   At Anadarko, have you ever had
19 any responsibilities for making geological
20 decisions?
21     A.   No.
22     Q.   Have you had any responsibility
23 for any geological analysis?
24     A.   No.
25     Q.   Have you played any role in

Page 23

1  drilling projects?  Strike that.  Have you
2  participated in the actual drilling, or
3  planning for drilling?
4      A.   No.
5      Q.   Let me finish.
6      A.   All right.
7      Q.   I know you want to get that no
8  out there really fast.
9      MR. NEGER:
10         Also, give me the opportunity to
11 raise an objection.  If you would pause.
12 EXAMINATION BY MR. FINEMAN:
13     Q.   In your job at Anadarko, have
14 you had any responsibility for economic
15 projections or forecasting with respect to
16 possible projects for the company?
17     MR. NEGER:
18         Object to the form.
19 EXAMINATION BY MR. FINEMAN:
20     Q.   You can answer.
21     A.   No.
22     Q.   Have you played any role in --
23 at all in any of the financial decisions
24 that go into whether or not Anadarko takes
25 on any project?

Page 24

1      A.   No.
2      Q.   Who do you report to?
3      A.   Jim Bryan.
4      Q.   And was that true in the 2009,
5  2010 time period?
6      A.   Yes.
7      Q.   Did anyone report to you?
8      A.   No.
9      Q.   If I understand it, you had --
10 there were fellow landmen or landwomen who
11 reported directly to Mr. Bryan, in addition
12 to you; is that true?
13     A.   Yes.
14     Q.   Who are those people?  In 2009,
15 2010 time period.
16     A.   You want their names?
17     Q.   Yes, please.
18     A.   It would have been Fred Winter,
19 Todd Adams, Steve Wallace, Jeff Patman,
20 Frank Meyer.
21     Q.   And do all those people perform
22 similar functions to you?
23     A.   Yes.
24     Q.   Do they perform similar
25 functions for different geographic regions?

Page 25

1      A.   Yes.
2      Q.   What is your specific geographic
3  region?
4      A.   I handle the eastern side of the
5  Gulf of Mexico, the Oskino area,
6  Mississippi Canyon area, DeSoto Canyon
7  area, Atwater Valley area, Roy Ridge area
8  and just most recently, Garden Banks area.
9      Q.   In your relationship with
10 Mr. Bryan, are you the primary negotiator,
11 primary landman for the projects in the
12 eastern Gulf and you report progress to
13 Mr. Bryan, or is Mr. Bryan more involved in
14 the day-to-day?
15     MR. NEGER:
16         Object to form.
17 EXAMINATION BY MR. FINEMAN:
18     Q.   You can answer if you can.
19     A.   Both.
20     Q.   Depends on the project?
21     A.   Yes.
22     Q.   Okay.  Were your job
23 responsibilities as you just described them
24 the same for the Mississippi Canyon 252
25 block?

7 (Pages 22 to 25)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                                                    Reported by:
NICHOLAS G. HUCH                                    May 16, 2011                          JOSEPH R. KAISER, JR., CCR, RPR

Page 26

1    A.   Yes.
2    Q.   For purposes of the deposition,
3  is it best to refer to Mississippi Canyon
4  252 block, or Macondo?  Is Macondo an
5  easier reference?
6    A.   Mississippi Canyon 252.
7    Q.   And for Mississippi Canyon 252
8  you reported to Mr. Bryan; correct?
9    A.   Yes.
10    Q.   And can you describe for us the
11  nature of your relationship with Mr. Bryan
12  with respect to Mississippi Canyon 252?  In
13  other words, was this -- was he very
14  hands-on, or did you have more timing to
15  run with this project?
16    A.   It was a mixture of, depends on
17  what the nature of the situation was.
18    Q.   Okay.  Were you the primary
19  person, were the person primarily
20  responsible for negotiating the deal with
21  BP to acquire the interest in Mississippi
22  Canyon?
23    A.   Yes.
24    Q.   And did anybody report to you
25  with respect to Mississippi Canyon 252

Page 27

1  block?
2    A.   No.
3    Q.   Okay.  And did you report to
4  anybody other than Mr. Bryan?
5    A.   No.
6    Q.   Are you an employee of any
7  Anadarko company other than Anadarko
8  Petroleum?
9    A.   No.
10    Q.   Do you ever act for any company
11  other than Anadarko Petroleum?
12    A.   Yes.
13    Q.   Which company or companies?
14    A.   Kerr-McGee Oil and Gas
15  Corporation.  And Anadarko E&P.
16    Q.   With respect to Anadarko E&P,
17  what did you do for them?  Again, we're in
18  the 2009, 2010 time period.
19    A.   The exact same thing I did for
20  Anadarko.
21    Q.   Your paychecks came from
22  Anadarko Petroleum; correct?
23    A.   Yes.
24    Q.   To the best of your knowledge,
25  you hold a position at Anadarko E&P?

Page 28

1    A.   No.
2    Q.   What is the business of Anadarko
3  E&P?
4    A.   Anadarko E&P, from what I
5  understand, is an affiliate of Anadarko.
6  So they would have the exact same identical
7  business as Anadarko, as Anadarko.
8    Q.   In a couple of sentences, can
9  you describe that business?
10    A.   Explore, form, produce oil and
11  gas.
12    Q.   Do you know who runs Anadarko
13  E&P, who is in charge of it?
14    A.   The same people who are in
15  charge of Anadarko.
16    Q.   At some point, did you become
17  aware that Anadarko E&P had bid for
18  Mississippi Canyon 252 block?
19    A.   Yes.
20    Q.   Okay.  Do you recall when that
21  was?
22    A.   It was the 2008 resale, I
23  believe, March 2008.
24    Q.   And you all called the project
25  Spyglass; is that correct?

Page 29

1    A.   Yes.
2    Q.   Did you play any role in
3  attempting to acquire Mississippi Canyon
4  252 block?
5    A.   Yes.
6    Q.   And what role did you play?
7    A.   I participated on the technical
8  team doing the analysis, bid analysis,
9  competitor analysis, bid histories,
10  coordinated the preparation of the bid,
11  submittal of the bid.
12    Q.   Do you recall how much that bid
13  was for?
14    A.   I don't know the exact number.
15    Q.   If I told you it was about 2.14
16  million dollars, does that sound about
17  right?
18    A.   Yes, it does.
19    Q.   Do you know where that bid fit
20  in the range of bids that were submitted
21  for that project?
22    A.   It was either at the bottom or
23  near the bottom.
24    Q.   Do you know why that was the
25  case?

601 Poydras Street, Suite 1720                   GAUDET KAISER, L.L.C.                  Telephone: (504) 525-9100
New Orleans, LA 70130-6029                  Board-Certified Court Reporters            Facsimile: (504) 525-9109

Exhibit W
Page 8

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                                                                Reported by:
NICHOLAS G. HUCH                                                May 16, 2011                                       JOSEPH R. KAISER, JR., CCR, RPR

Page 30

1     MR. NEGER:
2         Objection to form.
3     EXAMINATION BY MR. FINEMAN:
4         Q.   Let me rephrase it.  Do you know
5     why Anadarko's bid for Mississippi Canyon
6     252 block was low compared to the other
7     bidders?
8         A.   I can only assume that we didn't
9     see the value that the other competitors
10    saw at the time the bid was placed.
11        Q.   What does it mean that you
12    didn't see the value?  I don't mean you
13    specifically.  When Anadarko didn't see the
14    value, what does that mean?
15        A.   Well, we determined what we
16    think something's worth bidding on and we
17    approved, we weighed the amount of bid
18    versus what we thought it was worth.  And
19    we thought it was worth the bid that we
20    submitted.
21        Q.   Sometimes I might ask a question
22    that seems silly or naive or uneducated but
23    that's only because I have to make a
24    record.  And your lawyer would like very
25    much if I testified for you, so that's why

Page 31

1     I have to ask questions that sound a little
2     simple.  Okay?  So I appreciate that they
3     are but try not to get too frustrated with
4     it.
5         So you look at how much
6     something's worth, how much money you can
7     make versus how much it would cost to
8     develop or to find the oil?  Is that simply
9     how the analysis worked?
10    MR. NEGER:
11        Object to form.
12    THE WITNESS:
13        Yes.
14    EXAMINATION BY MR. FINEMAN:
15        Q.   And you all didn't see,
16    obviously, I guess, you didn't see as much
17    upside here as, say, BP did, back in 2008,
18    anyhow?
19        A.   Yes.
20        Q.   Do you recall that BP was a
21    successful bidder for Mississippi Canyon
22    252 block?
23        A.   Yes.
24        Q.   And do you recall that they bid
25    approximately $34 million?

Page 32

1         A.   Yes.
2         Q.   When you learned that, do you
3     recall having conversations with anybody at
4     Anadarko about the difference between BP's
5     bid and Anadarko's bid?
6         A.   No.
7         Q.   And do you recall thinking,
8     well, that's a good deal more money than we
9     proposed for the same block?
10        A.   I don't recall us having any
11    specific discussions about that within
12    Anadarko.
13        Q.   Okay.  Do you recall that BP
14    obtained a lease for Mississippi Canyon 252
15    block in June of 2008?
16        A.   No.  I don't recall that.
17        Q.   Okay.  Do you recall that they
18    did obtain a lease?
19        A.   Yes.
20        Q.   I'm just trying to get timing
21    and help with the question.
22        I'll represent to you that it
23    was in June of 2008 that the lease, they
24    got the lease.
25        Do you recall that it was in or

Page 33

1     about July of 2009 that Anadarko and
2     Anadarko AEP began considering whether to
3     acquire an interest in BP's lease in this
4     Mississippi Canyon 252 block?
5         A.   It was that summer of 2009.  I
6     don't remember the month or the day.
7     MR. FINEMAN:
8         So I'm going to show you, it's
9     Tab 1.  It's been previously marked as
10    Exhibit 1579.
11    EXAMINATION BY MR. FINEMAN:
12        Q.   You want to take a quick -- just
13    to scan it and if you need to look at it,
14    read it more carefully to answer questions,
15    that's fine.
16        So the first couple of pages of
17    this document, Exhibit 1579, is an e-mail
18    from you to several people dated July 16,
19    2009; correct?
20        A.   Yes.
21        Q.   Do you recall this e-mail?
22        A.   No.
23        Q.   Who was Tim Trautman?
24        A.   Tim Trautman was our exploration
25    manager for the eastern Gulf.

9 (Pages 30 to 33)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010
NICHOLAS G. HUCH                                    May 16, 2011                          JOSEPH R. KAISER, JR., CCR, RPR
Reported by:

Page 34

1    Q.   And Rodney Kirkland?
2    A.   The geologist.
3    Q.   Derek Folger?
4    A.   Geophysicist.
5    Q.   Bert Allbritton?
6    A.   Reservoir engineer.
7    Q.   Let's see.  Can you read the
8  first, let's just start with the first
9  sentence of your e-mail.
10   A.   You want me to read it out loud?
11   Q.   Yes, please.
12   A.   BP is making available 25 to
13  30 percent -- I'm sorry.  BP is making 25
14  to 30 percent available of their 100
15  percent owned Macondo Prospect (MC 252).
16   Q.   Okay.  So do you know how, do
17  you recall how you came to know that BP was
18  making a portion of their lease available?
19   A.   I received a phone call.
20   Q.   From whom?
21   A.   Tom Lee.
22   Q.   Tom Lee?
23   A.   Tom Lee, L-E-E.
24   Q.   At -- from BP?
25   A.   Yes.

Page 35

1    Q.   And who is Mr. Lee?
2    A.   He was my counterpart landman at
3  BP at the time.
4    Q.   And he just called to tell you
5  that this was available?
6    A.   Yes.
7    Q.   And is that normal in the
8  business, that whoever the owner leases, if
9  they want to sell a piece of it they call
10  around to see if you were interested to
11  participate?
12   A.   Yes.
13   Q.   Can you read the next sentence?
14   A.   They are seeking a 3 to 1 dry
15  hole promote on an approximate $100 million
16  dry hole costs to drill to a total depth of
17  19,560 feet TVD to what they call the M54
18  seismic event and no requirements for
19  reimbursement for $34 million in sunk lease
20  costs.
21   Q.   Okay.  What is 3:1 dry hole
22  promote mean?
23   A.   They were looking for someone to
24  pay a hundred percent of the well costs to
25  earn 33 and a third percent interest.  So

Page 36

1  you pay three times your ownership
2  interest.
3    Q.   Okay.  And they were estimating
4  that it would cost a hundred million
5  dollars to drill the well?
6    A.   Yes.
7    Q.   And they're telling you what the
8  total depth was going to be; correct?
9    A.   Yes.
10   Q.   Do you know what it means when
11  they say the M54 seismic event?
12   A.   No.
13   Q.   You don't recall what you meant
14  when you wrote that?
15   A.   It would have come from them.  I
16  just was quoting what they told me.
17   Q.   Okay.  If you go down to the
18  next paragraph, this is, this is where you
19  were reminding people, I guess, that this
20  is the same block that you had called
21  Spyglass; correct?
22   A.   Yes.
23   Q.   If you go down to the next
24  paragraph, the last paragraph, you indicate
25  there that you might, you say we thought we

Page 37

1  could show BP our Pebble Beach Prospect
2  following our review of Macondo Prospect.
3  You see that?
4    A.   Yes.
5    Q.   What's that about?
6    A.   Pebble Beach Prospect was a bid
7  and a successful lease that we acquired at
8  the same lease sale, called, covering
9  Mississippi Canyon Block 116.
10   Q.   So this is sort of the beginning
11  of that process where you're thinking about
12  maybe trading blocks in order to acquire
13  the interest in their Macondo?
14   A.   Possibly.
15   Q.   Okay.  So does this mean that
16  July 16th, 2009, this was the first time
17  that you were communicating internally with
18  people at Anadarko about the possibility of
19  acquiring this interest?
20   MR. NEGER:
21       Objection, form.
22  EXAMINATION BY MR. FINEMAN:
23   Q.   Or around that time?
24   A.   Yes.
25   Q.   The attachments to the e-mail,

10 (Pages 34 to 37)

Exhibit W
Page 10

Page 38

1   I guess you forwarded it along, this is
2   information that BP provided to you in the
3   summer of 2009 about the prospect?
4        A.   Yes.
5        Q.   All right.  If you look at the
6   second page of that document on the 33444
7   page.
8            If you look at the fifth bullet
9   down, it says top exploration prospect in
10  BP's 2009 Gulf of Mexico drilling
11  portfolio.  Do you see that?
12       A.   Yes.
13       Q.   Do you recall discussing that
14  statement with anybody at BP at this time?
15       A.   I don't recall talking about
16  that bullet point.
17       Q.   So do you understand that that
18  meant, at least from BP's point of view,
19  that this was their top exploration
20  prospect in the Gulf of Mexico at the time?
21       MR. BEFFA:
22          Object to form.
23       MR. NEGER:
24          Ditto.
25       THE WITNESS:

Page 39

1          Repeat again, please.
2   EXAMINATION BY MR. FINEMAN:
3        Q.   Do you understand what this
4   means, this bullet?
5        A.   Looks like BP's representing
6   that it's their top exploration prospect in
7   the Gulf of Mexico as of 2009.
8        Q.   Do you recall discussing that
9   with anybody at Anadarko?
10       A.   No.
11       Q.   The next bullet says near BP
12  infrastructure, NaKika, Pompano and Horn
13  Mountain platforms.  Do you see that?
14       A.   Yes.
15       Q.   Do you know what that means?
16       A.   Yes.
17       Q.   What does that mean?
18       A.   That means the location of the
19  well will be close to that infrastructure.
20       Q.   To one of -- to all of those
21  particular places?
22       A.   One, yes.
23       Q.   Do you know why that mattered?
24       A.   Yeah.  It would have -- the
25  development area would have indicated that

Page 40

1   it would have had close infrastructure to
2   tie the well back to.
3        Q.   And later on the issue of the
4   tie-back at Pompano becomes important;
5   correct?
6        A.   Yes.
7        Q.   The next bullet says most likely
8   development, 2-3 well producers planned.
9           You see that?
10       A.   Yes.
11       Q.   Does that mean that they were
12  planning to put two to three wells at
13  Mississippi Canyon 252 block?
14       MR. BEFFA:
15          Object to form.
16       MR. NEGER:
17          You're asking him what he
18  understood this to mean as opposed to what
19  BP intended?
20       MR. FINEMAN:
21          Yes.
22       THE WITNESS:
23          Repeat that again?
24  EXAMINATION BY MR. FINEMAN:
25       Q.   Sure, sure.  Do you have a

Page 41

1   memory of what this was about?
2        MR. BEFFA:
3           Object to the form.
4   EXAMINATION BY MR. FINEMAN:
5        Q.   You know what this means?
6        A.   By reading the bullet here I can
7   tell you what I think it means.
8        Q.   What does it mean?
9        A.   It appears to me that BP had a
10  plan to put possibly two to three wells on
11  the Mississippi Canyon 252 block.
12       Q.   Was that your understanding at
13  the time, that that was the intention?
14       A.   That's what it appears by
15  reading this bullet.
16       Q.   And do you recall discussing
17  that with anybody at Anadarko?
18       A.   No.  Not at this time.
19       Q.   Okay.  Turn to the last page of
20  that exhibit.
21          In the box on the right, on the
22  bottom corner.  Do you know what this box
23  is providing?
24       A.   It looks like a geologic
25  summary.

11 (Pages 38 to 41)

Exhibit W
Page 11

Page 42

1    Q.   Okay.  Do you know what, you see
2  down towards the bottom there it says
3  unrisked volume?
4    A.   Yes.
5    Q.   Do you know what that means?
6    A.   I don't know what it means in
7  BP's mind.
8    Q.   Do you have an understanding of
9  what it means at all?  I'm not asking you
10  for what BP meant, I just want to know what
11  your understanding of it is.
12    A.   Yes.
13    Q.   What do you understand that to
14  mean?
15    A.   That it will take, assuming a
16  hundred percent success chance, that's the
17  estimated reserve range that they think it
18  is.
19    Q.   Can you explain that 44-64-86
20  MMBOE?  What do you understand that means,
21  that that is?
22    A.   To me, the 44, that's their low
23  side case, the 86 is their upside case and
24  the 64 is their mean or middle case,
25  reserve case.

Page 43

1    Q.   And do you know what the PS
2  means?
3    A.   Yes.
4    Q.   It means, what does it mean?
5    A.   I know what it means in our
6  nomenclature.
7    Q.   All I can ask you is what you
8  know.  None of my questions are designed
9  for you to tell me what BP knew or meant.
10    A.   Probability of success.
11    Q.   And the number here is 67?
12    A.   Yes.
13    Q.   What does that mean?
14    A.   There's a 67 percent chance of
15  success.
16    Q.   Okay.  Did you play any role in
17  the decision by Anadarko whether to acquire
18  interest in Macondo?
19    A.   No.
20    Q.   Did you play any role in the
21  economic analysis that went into the
22  decision whether to acquire Macondo?
23    A.   No.
24    Q.   Did you play any role in any
25  presentations to management about whether

Page 44

1  Anadarko should acquire interest in
2  Macondo?
3    A.   Yes.
4    Q.   What role did you play there?
5    A.   I recommended the deal terms.
6  To management.
7    Q.   So that would have -- did that
8  come -- strike that.  Did that come after
9  the decision to attempt to acquire the
10  interest?
11    A.   Yes.
12    Q.   In your negotiating with BP over
13  acquiring the interest in Macondo, did you
14  use economic analysis that was prepared by
15  Anadarko?
16    A.   No.
17    Q.   I'm going to show you a
18  document, we'll go through it relatively
19  quickly.  Maybe this will help.  I'm going
20  to show you a document that's been
21  previously marked here as Exhibit 1914.
22  It's at Tab 6.
23        Mr. Huch, this document has been
24  introduced in the case, in the depositions
25  as Exhibit 1914.  It's an e-mail exchange

Page 45

1  followed by an attached presentation
2  document.
3        You are copied on the first two
4  e-mails in the chain dated October 19,
5  2009.  You see that?
6    A.   Yes.
7    Q.   Okay.  Do you recall these
8  e-mails?
9    A.   Not as I sit here, I don't.
10    Q.   Who's Dawn Peyton?
11    A.   She is a reservoir engineer.
12    Q.   If you look at the bottom of
13  the, of that page that you're looking at
14  right now, the first page of the exhibit,
15  you'll see again there you're a recipient
16  of the e-mail from Ms. Peyton; correct?
17    A.   Yes.
18    Q.   And in that e-mail she says
19  NPV10 is $86 million.  You see that?
20    A.   Yes.
21    Q.   Do you know what that means?
22    A.   Yes.
23    Q.   What does that mean?
24    A.   NPV is net present value.  We
25  discount that at 10 percent and the result

12 (Pages 42 to 45)

Exhibit W
Page 12

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                    Reported by:
NICHOLAS G. HUCH                    May 16, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 46

1  is $86 million.  Net.
2      Q.   Right.  So at that time in
3  October 19, 2009, Anadarko's view of
4  Macondo was NPV10 was $86 million?
5      A.   Yes.
6      Q.   And then she pays PIR10 is 0.66
7  for an unpromoted Macondo; correct?
8      A.   Yes.
9      Q.   What does that mean?
10      A.   I don't know.
11      Q.   You don't know what that is?
12  Okay.
13          If you turn to the second, third
14  page of the exhibit?  Can you take a quick,
15  just skim through that real quickly and
16  tell me whether or not you recognize this
17  document at all.
18      A.   (Witness looking at document).
19  I don't specifically remember it, but it
20  looks like a slide deck that was presented
21  to management.
22      Q.   Okay.  Do you recall whether you
23  participated in the preparation of this
24  document?
25      A.   I did not.

Page 47

1      Q.   You didn't prepare any of these
2  slides?
3      A.   No.
4      Q.   Do you recall whether or not you
5  participated in presenting any of this
6  material to management?
7      A.   I did not.
8      Q.   Can you turn to the page 41079?
9          You know what this is?
10      A.   It's a prospect summary.
11      Q.   And did you provide any of this
12  information?
13      MR. NEGER:
14          Object to the form.
15      THE WITNESS:
16          I don't specifically remember
17  providing the information.  The only part
18  that I would have played in any of these
19  bullet points would have been the second
20  one from the bottom and that is the general
21  deal terms that BP was seeking.
22  EXAMINATION BY MR. FINEMAN:
23      Q.   Okay.  You played no role in
24  assessing the cost of the project?
25      A.   No.

Page 48

1      Q.   Do you recall at this time in
2  October 2009 what the projected revenue was
3  for Macondo?
4      A.   No.
5      Q.   At any point in time did you
6  come to learn what the projected revenue
7  was for Macondo, for Anadarko's
8  participation in Macondo?
9      A.   No.
10      Q.   So when you did your negotiating
11  with BP, you did not know how much money
12  Anadarko thought it would get from an
13  investment in Macondo?
14      A.   Yes, I did.
15      Q.   How much money did you think
16  that Anadarko would be able to recover, see
17  from the participation of this project?
18      A.   Based on the economic analysis
19  that was done by Dawn Peyton, $86 million
20  at present value discounted at 10 percent.
21      Q.   Is net present value the same as
22  revenue?
23      A.   Net present value is cumulative
24  cash flow over the life of the project.
25      Q.   But that's different than

Page 49

1  revenue, it's different from how much money
2  you're actually going to make; is that
3  correct?
4      A.   $86 million is how much revenue,
5  is how much revenue we projected,
6  discounted attempts over the life of the
7  project.
8      Q.   Do you know how much money, do
9  you recall how much money Anadarko expected
10  to spend on the Macondo project back in
11  October of 2009?
12      A.   Yes.
13      Q.   How much?
14      A.   The numbers that BP provided us
15  was about $750 million for a full
16  development cost, including drilling,
17  completion, tie-back.
18      Q.   And Anadarko was signing up for
19  paying roughly 25 percent of that?  After
20  the first, after -- well, the third,
21  ultimately was a third of the first,
22  approximately a hundred million and then
23  25 percent thereafter?
24      A.   Yes.
25      Q.   Okay.  And do you have any other

13 (Pages 46 to 49)

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C.                    Telephone: (504) 525-9100
New Orleans, LA 70130-6029                    Board-Certified Court Reporters                    Facsimile: (504) 525-9109

Exhibit W
Page 13

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                                          Reported by:
NICHOLAS G. HUCH                                        May 16, 2011                                        JOSEPH R. KAISER, JR., CCR, RPR

Page 50

1  information, sitting here today, about how
2  much money Anadarko expected to receive
3  from a successful project at Macondo?
4      A.   Just the $86 million net present
5  value.
6      Q.   All right.  So you're aware or
7  you recall that Anadarko Petroleum and
8  Anadarko E&P did acquire a 25 percent
9  interest in the Macondo prospect; correct?
10     A.   Yes.
11     Q.   And we're going to look at some
12 documents in a little bit, but do you
13 recall that those documents, the documents
14 that effectuate that acquisition were dated
15 in December 2009, effective October 2009?
16 Do you recall that?
17     A.   Yes.
18     Q.   Documents were probably signed
19 in early January of 2010.  Do you recall
20 that?
21     A.   No.  I believe they were late
22 December 2009.
23     Q.   All right.  So I think earlier
24 you testified that you played a role in
25 negotiating the transaction that resulted

Page 51

1  in Anadarko's acquisition of its interest
2  in Macondo; correct?
3      A.   Yes.
4      Q.   Okay.  And can you describe that
5  role for me?  What was involved in
6  negotiating the deal?
7      A.   They offered, they were seeking
8  a certain price and we negotiated something
9  other than that.  And it was logged back
10 and forth between me and BP to try to
11 arrive at a proper price that we were
12 willing to pay and that they were willing
13 to accept.
14     Q.   Am I correct that there are two
15 parts to this kind of negotiation?  There's
16 the dollar part and then there's the
17 property trading or swapping of properties
18 part?  Is that true?
19     MR. NEGER:
20         Object to form.
21 EXAMINATION BY MR. FINEMAN:
22     Q.   You can answer.
23     A.   Repeat it again.
24     Q.   Sure.  Am I correct in
25 understanding that there's sort of two

Page 52

1  parts to your negotiation?  There's the
2  money part, the dollar part, and then
3  there's the properties part?
4      MR. NEGER:
5          With respect to this particular
6  transaction?
7      MR. FINEMAN:
8          Yes.
9      THE WITNESS:
10         Yes.  There were two components.
11 It was promote percentage on the well and
12 then the acreage, the lease exchange.
13 EXAMINATION BY MR. FINEMAN:
14     Q.   Is that typical that you have
15 those two different parts of the
16 transaction?
17     MR. NEGER:
18         Objection to form.
19     THE WITNESS:
20         It's common.  Not necessarily
21 typical.
22 EXAMINATION BY MR. FINEMAN:
23     Q.   Okay.  Fair enough.
24         In your negotiations with BP,
25 who were you primarily dealing with?

Page 53

1      A.   Michael Beirne.
2      Q.   Who is Michael Beirne?
3      A.   He's my counterpart landman at
4  BP.
5      Q.   He replaced Mr. Lee?
6      A.   Yes.
7      Q.   Had you worked with Mr. Beirne
8  on projects before this one?
9      A.   No.
10     Q.   I'm going to mark Exhibit 2305,
11 ANA MDL 000040928 through 40933.
12     MR. FINEMAN:
13         Take a quick look at that.
14         (Whereupon, the document
15 referred to was marked as Exhibit No. 2305
16 for identification.)
17 EXAMINATION BY MR. FINEMAN:
18     Q.   We're going to start on the last
19 page of the exhibit.  I think maybe the
20 easiest way to do this, to save time, is
21 when I ask you about a particular e-mail,
22 if you need to read it just tell me and
23 then we'll take our time.  Okay?
24     A.   Okay.
25     Q.   So I want to ask you about this

14 (Pages 50 to 53)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                    Reported by:
NICHOLAS G. HUCH                              May 16, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 54

1  e-mail, this first e-mail here from
2  Mr. Beirne to you dated September 21, 2009.
3  You see that?
4      A.   The back one?
5      Q.   Yes, sir.
6      A.   Yes, sir, I see it.
7      Q.   Do you recall this e-mail?
8      A.   As I sit here, I don't.
9      Q.   All right.  Can you take a quick
10 gander at it to see if you can answer my
11 questions?
12     A.   Okay.
13     Q.   Okay.  What is this e-mail?
14     A.   What is it?
15     Q.   What is it showing?
16     A.   It shows the proposal by BP to
17 us, to Anadarko.
18     Q.   Okay.  Do you recall that
19 Anadarko made an initial proposal before
20 getting this response?
21     A.   As I sit here today, I don't.
22     Q.   Okay.  What is -- so if I
23 understand this -- well, let's -- earlier
24 in an e-mail, in your earlier e-mail that
25 we talked about a few minutes ago, you had

Page 55

1  suggested Pebble Beach as a possible trade
2  candidate.  Do you recall that?  You
3  identified Pebble Beach as a property to
4  take a look at?
5           In our first exhibit today you
6  said the thought was we could show BP our
7  Pebble Beach Prospect.  Right?  And --
8      A.   Yes.
9      Q.   -- then in the first sentence of
10 this, of this exhibit you say that -- or
11 Mr. Beirne says to you that BP's not
12 interested in Pebble Beach; correct?
13     A.   Yes.
14     Q.   And then he goes on to propose
15 what they are going to do; correct?
16     A.   Yes.
17     Q.   Okay.  So as I understand this,
18 and if I'm wrong, tell me, Anadarko, under
19 BP's proposal, Anadarko would pay 33
20 percent for 25 percent working interest of
21 1/3rd for one quarter; correct?
22     A.   Yes.
23     Q.   And that was their proposal.
24 And that Anadarko would assign BP the
25 interest in the listed properties; correct?

Page 56

1      A.   Yes.
2      Q.   And just so I understand what
3  these are, KC 140 is Keathley Canyon Block?
4      A.   Yes.
5      Q.   And GB is Garden Banks Block;
6  correct?
7      A.   Yes.
8      Q.   And Anadarko gave each of these
9  properties names; is that correct?
10     A.   As I sit here, I don't recall if
11 we did or not.
12     Q.   Okay.  If it matters, we'll come
13 back to it in a little bit.
14          Do you recall -- so the first
15 e-mail we looked at today was dated in
16 mid-July 2009.  Do you recall that?
17     A.   Yes.
18     Q.   And that's when you first, or at
19 least that's when you, according to that
20 e-mail, told colleagues at Anadarko about
21 BP looking for people to acquire an
22 interest in Macondo; correct?
23     A.   Yes.
24     Q.   The e-mail that we're looking at
25 now is dated September 21, 2009.

Page 57

1           See that?
2      A.   Yes.
3      Q.   Okay.  Do you recall what was
4  going on with respect to Anadarko's
5  consideration of investing in Macondo in
6  the interim time period?  That would have
7  been in the two months from July to
8  September era.
9      A.   Yeah.  I think we were, during
10 that period of time we were trying to
11 determine whether or not we wanted to be a
12 an investor in this opportunity or not.
13     Q.   So during that time is when
14 the -- is it true that that's when the
15 technical people were doing their work, the
16 geologists and the reservoir engineers and
17 the like were investigating whether or not
18 it was something Anadarko wanted to get
19 involved in?
20     A.   Yes.
21     Q.   So then you get back involved at
22 this point in terms of negotiation once
23 Anadarko's made a decision to try to get
24 involved?  Is that how it worked?
25     A.   Yes.

15 (Pages 54 to 57)

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C.                    Telephone: (504) 525-9100
New Orleans, LA 70130-6029                   Board-Certified Court Reporters             Facsimile: (504) 525-9109

Exhibit W
Page 15

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                                  Reported by:
NICHOLAS G. HUCH                                      May 16, 2011                          JOSEPH R. KAISER, JR., CCR, RPR

Page 58

1    Q.   If you turn to page, to the, the
2  preceding page in the e-mail exchange.
3         This is an e-mail from you to a
4  number of Anadarko people, forwarding the
5  e-mail from Mr. Beirne; correct?
6    A.   Yes.
7    Q.   And this is just you explaining
8  to your colleagues at Anadarko what the
9  current proposal is; is that correct?
10   A.   Yes.
11   Q.   And who, at the time who was
12  Mr. Sanders, Allen Sanders?
13   A.   Allen Sanders was the general
14  manager over the eastern Gulf.
15   Q.   And in October he was replaced
16  by Alan O'Donnell; correct?
17   A.   I don't remember the date or
18  month that he was replaced.
19   Q.   Do you recall that Mr. O'Donnell
20  did replace Mr. Sanders?
21   A.   Yes.
22   Q.   Who is Richard Hedley?
23   A.   He's the exploration manager
24  over the western Gulf.
25   Q.   And why was he involved?

Page 59

1    A.   Because the Keathley Canyon
2  blocks and the Garden Banks blocks are in
3  the western Gulf and fall under his area of
4  responsibility.
5    Q.   You told us about Ms. Peyton.
6  Who is Paul Chandler?
7    A.   He was a geologist over the
8  eastern Gulf and was doing the subsurface
9  analysis of the MC 252 block, the Macondo
10  block.
11   Q.   Okay.  And who is Glenn Raney?
12   A.   He was the geophysicist over the
13  eastern Gulf doing subsurface analysis of
14  the MC 252 block.
15   Q.   Mr. Winter, you mentioned him
16  earlier, he was, he's one of your
17  colleagues; correct?
18   A.   He's -- yeah.  He was a
19  colleague and a counterpart of mine, a
20  landman who handled the western Gulf and
21  who is responsible, geographically
22  responsible for the Keathley Canyon and the
23  Garden Banks area.
24   Q.   Understand.  Thank you.  And you
25  described for us earlier Mr. Trautman, and

Page 60

1  Mr. Bryan was your boss; correct?
2    A.   Yeah.  Jim Bryan was my boss.
3    Q.   Okay.  And then if you look --
4  okay.  And then if you look at the e-mail
5  from Mr. Hedley dated September 21st, the
6  next e-mail in that chain, he's e-mailing
7  you; correct?
8         The e-mails all go backwards so
9  we start from the back and work our way
10  backwards.
11   MR. NEGER:
12        The e-mail you're referencing on
13  page 40931 at the top?
14   MR. FINEMAN:
15        No.  Actually, at the very
16  beginning is 40930 from Mr. Hedley to
17  Mr. Huch.
18   THE WITNESS:
19        Oh, yeah.
20  EXAMINATION BY MR. FINEMAN:
21   Q.   And in that e-mail Mr. Hedley
22  says it seems like they're asking a lot.
23        Do you see that?
24   A.   Yes.
25   Q.   Do you recall discussions

Page 61

1  internally about BP asking a lot?
2    A.   Yes.
3    Q.   And what was the thinking, what
4  was the discussion?
5    A.   Just exactly that, that we felt
6  they were asking for too much.
7    Q.   And you wanted to get them to
8  take less?
9    A.   Yes.
10   Q.   Okay.  And if you look at the
11  rest of this e-mail chain that you're on,
12  it includes Mr. Trautman and Mr. Sanders
13  also saying that they agreed that it was a
14  lot and that, making suggestions for a, a
15  counterproposal.
16        Is that what's happening there?
17   A.   Which e-mail are you referring
18  to?
19   Q.   The next two from Mr. Trautman
20  to you and from Mr. Sanders to you.
21   A.   Yes.
22   Q.   Okay.  If you go to the first
23  page of the exhibit you'll see at the
24  bottom of the page an e-mail from
25  Mr. Hedley to you, among others?

16 (Pages 58 to 61)

601 Poydras Street, Suite 1720                          GAUDET KAISER, L.L.C.                          Telephone: (504) 525-9100
New Orleans, LA 70130-6029                        Board-Certified Court Reporters                   Facsimile: (504) 525-9109

Exhibit W
Page 16

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                                                                Reported by:
NICHOLAS G. HUCH                                                      May 16, 2011                                          JOSEPH R. KAISER, JR., CCR, RPR

Page 62

1    A.   Yes.
2    Q.   And you'll see and he says on
3  the next page in summary, and he's
4  describing other blocks that were not part
5  of the proposed, the original proposal from
6  BP right there; right? KC 997, 998 Bronco?
7    A.   Yes.  Bronco was not part of the
8  original proposal to us from BP.
9    Q.   Is Bronco, is that something
10  called the Keathley Canyon Prospect?
11    A.   Yes.
12    Q.   Okay.  And Tobacco Root, is that
13  something you called the Garden, the Garden
14  Blocks?
15    A.   Well, there's a Keathley Canyon
16  Block 27 and the Garden Banks 994, 995.
17    Q.   And those are called Tobacco
18  Root?
19    A.   Yes.
20    Q.   So what all these e-mails are
21  showing are the internal discussions about
22  how to counter?
23    A.   Yes.
24    MR. FINEMAN:
25        We need to take a break to

Page 63

1  change the tape.
2    THE VIDEOGRAPHER:
3        This is the conclusion of
4  Tape 1, the time is 9:27.
5        (Off the record.)
6    THE VIDEOGRAPHER:
7        Returning to the record, it's
8  9:36, the start of Tape 2.
9  EXAMINATION BY MR. FINEMAN:
10    Q.   Mr. Huch, I'm going to show you
11  a document been previously marked as 1939,
12  Tab 4.
13        You can -- so when we left off
14  the last exhibit, we were at the end of
15  September.  And now we're at the beginning
16  of October.  And in the e-mail on the
17  first, the middle page, the middle of the
18  page, you're sending an e-mail here to
19  Kemper Howe at BP.  Do you see that?
20    A.   Yes.
21    Q.   Dated October 6, 2009; correct?
22    A.   Right.
23    Q.   And you're responding, as I
24  understand, in this e-mail to Mr. Beirne's
25  September 21st proposal.  Is that correct?

Page 64

1    A.   Yes.
2    Q.   Do you recall sending this
3  e-mail?
4    A.   As I sit here today, I don't.
5    Q.   Looking at it now, is this your,
6  is this Anadarko's counterproposal to
7  Mr. Beirne's September 21, 2009 proposal?
8    A.   Yes.
9    Q.   And can you summarize for me
10  what you're proposing here, what Anadarko's
11  proposing here?
12    A.   We're proposing that we assign
13  BP 50 percent of our interest in Keathley
14  Canyon.  I mean, excuse me, Keathley Canyon
15  Blocks 13, 14, 15 and 140.  And
16  participating on a ground floor basis with
17  Canyon 252 well.
18    Q.   Okay.  So these are -- you're
19  offering up some properties that were not
20  in their earlier proposal; correct?
21    A.   One of them was included in the
22  original proposal.
23    Q.   Right.  Keathley Canyon 140?
24    A.   Yes.
25    Q.   The other, 13, 14, 15 were not

Page 65

1  in the original proposal?
2    A.   Correct.
3    Q.   And it also says that you're not
4  willing to include the Garden Banks
5  properties; correct?
6    A.   Yes.
7    Q.   Okay.  And do you recall why
8  this was the proposal from Anadarko?
9    A.   Can I look at the previous
10  e-mail?
11    Q.   Of course.
12    A.   Okay.
13    Q.   And I presume the reason
14  involves just the economic analysis
15  internally about which properties you want
16  to hold on to and which properties you're
17  willing to part with?
18    A.   That's correct.
19    Q.   And that's because somebody
20  internally had done some analysis of the
21  financial prospects for each of the
22  prospects?
23    A.   That's correct.
24    Q.   Okay.  And as I understand your
25  earlier testimony, you were not involved in

17 (Pages 62 to 65)

Page 66

1  those economic analyses; is that true?
2      A.   That's true.
3      Q.   Who would have been the person
4  most responsible or persons most
5  responsible for the economic analyses of
6  which properties to include in the
7  transaction?
8      MR. NEGER:
9          Object to the form.
10     THE WITNESS:
11         Who would have been involved in
12 the economic analysis?
13 EXAMINATION BY MR. FINEMAN:
14     Q.   Right.
15     A.   Dawn Peyton, Bert Allbritton are
16 the two that immediately come to mind.  As
17 the original engineers they would have done
18 the actual economic analysis.
19     Q.   Okay.  That's not something that
20 you did here, you personally?
21     A.   No.
22     Q.   When you sent this e-mail on
23 October 6, 2009, who authorized you to make
24 that proposal?  Was there one person who
25 authorized you to make that proposal?

Page 67

1      MR. NEGER:
2          Object to the form.
3      THE WITNESS:
4          I don't recall who would have
5  authorized me to make this counterproposal.
6  EXAMINATION BY MR. FINEMAN:
7      Q.   Did you have the authority to
8  make this proposal without authority?
9      A.   No.
10     Q.   So you obtained authority from
11 someone?
12     A.   Yes.
13     Q.   But you don't recall who?
14     A.   Not specifically.  I can, I
15 assume who.
16     Q.   That's okay.  You can tell me
17 who you think it was.
18     A.   Stuart Strife, our VP of
19 exploration.
20     Q.   And just so I, I know I'm going
21 to ask this, who is Kemper Howe?
22     A.   Kemper Howe is the land manager
23 for BP.
24     Q.   So he's Jim Bryan's equivalent?
25     A.   Yes.

Page 68

1      Q.   And the top of the page here,
2  you're just keeping Mr. Bryan informed
3  about what's going on; is that correct?
4      A.   Yes.
5      Q.   All right.  And that was dated
6  October 13th; correct?
7      A.   Yes.
8      Q.   Okay.  I'm going to give you
9  what's been previously marked as 1938,
10 Tab 3.
11         The middle of that first page we
12 have an e-mail dated October 7th, so it's
13 the next day after you respond to, after
14 you responded to Mr. Howe; correct?
15     A.   Yes.
16     Q.   Okay.
17     A.   The day after responding to
18 Mr. Howe.
19     Q.   And this is an e-mail from
20 Mr. Hedley, who you testified earlier is
21 the head of the western part of the Gulf?
22     A.   Exploration manager of the
23 western Gulf.
24     Q.   Thank you.
25         And you're included in this

Page 69

1  e-mail exchange; correct?
2      A.   Yes.
3      Q.   Okay.  And he says please be
4  aware that Nick is talking to BP about the
5  Macondo deal.  You see that?
6      A.   Yes.
7      Q.   So you were the lead guy dealing
8  with negotiations with BP; correct?
9      A.   Yes.
10     Q.   Okay.  And do you recall this
11 e-mail?
12     A.   As I sit here today, I don't.
13     Q.   Okay.  I'd like you to look at
14 this e-mail, read this e-mail and then the
15 questions that I ask you to bear in mind
16 is, is this reflecting the internal
17 thinking at Anadarko at this time about the
18 deal and about the proposal, the
19 counterproposal you made on October 6th?
20     A.   Okay.
21     Q.   So this e-mail, as I understand
22 it, is reflect, it reflects the internal
23 thinking at Anadarko, at least among the
24 people on this e-mail, on October 7th about
25 the status of the negotiations with BP over

18 (Pages 66 to 69)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                                                     Reported by:
NICHOLAS G. HUCH                                    May 16, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 70

1  Macondo; right?
2      A.  Yes.
3      Q.  If you look in the second
4  paragraph, Mr. Hedley wrote the mean
5  reserves are about 60 MMSTB.
6          You see that?
7      A.  Yes.
8      Q.  Do you know what that means?
9      A.  No.
10     Q.  Okay.  The next sentence says a
11  successful discovery would tie back toward
12  existing Pompano facility which is in need
13  of additional oil.  You see that?
14     A.  Yes.
15     Q.  What does that mean, if you
16  know?
17  MR. NEGER:
18          What is your understanding?
19  MR. FINEMAN:
20          Yes.
21  THE WITNESS:
22          My understanding is the Pompano
23  facility was the volumes were really low
24  and in order to keep that facility up
25  running at peak performance we needed the

Page 71

1  additional oil.
2  EXAMINATION BY MR. FINEMAN:
3      Q.  So the tie-back at Pompano was
4  an important deal at this stage?
5      A.  Yes.
6      Q.  And then he concludes by saying
7  we are waiting on BP's reaction to our
8  counteroffer.  That's the offer that you
9  made to Mr. Howe on October 6th; correct?
10     A.  Yes.
11     Q.  In the e-mail at the top of the
12  page from Stuart Strife to a distribution
13  list that includes you.  You see that?
14     A.  Yes.
15     Q.  Okay.  In that e-mail Mr. Strife
16  says this is ultimate exploration call.
17  You see that?
18     A.  Yes.
19     Q.  What does that mean?  What is
20  your understanding of what that means?
21     A.  That means the exploration
22  department would make the final say whether
23  or not to invest in this opportunity or
24  not.
25     Q.  And that was Mr. Strife's

Page 72

1  responsibility; is that correct?
2      A.  Yes.
3      Q.  Okay.  No. 5.  Tab 5, please.
4  MR. FINEMAN:
5          This is, I'm marking this as
6  Exhibit 2306, ANA MDL 000037095, 37098.
7          (Whereupon, the document
8  referred to was marked as Exhibit No. 2306
9  for identification.)
10  EXAMINATION BY MR. FINEMAN:
11     Q.  So if you look at page 37097 for
12  this exhibit, you will see your e-mail to
13  Mr. Howe from October 6th following
14  Mr. Beirne's proposal September 21st;
15  correct?
16     A.  Yes.
17     Q.  Okay.  Then on the next page,
18  you see Mr. Beirne's proposal,
19  counterproposal to you dated October 14th;
20  is that correct?
21     A.  Yes.
22     Q.  Okay.  Do you recall this
23  e-mail?
24     A.  As I sit here today, I don't.
25     Q.  Can you take a look at it so

Page 73

1  that you can tell me, explain it to me?
2      A.  Okay.
3      Q.  And so this is now the
4  October 14th response to your October 7th
5  proposal; correct?
6      A.  Right.  It's a counterproposal
7  to our proposal.
8      Q.  October 6th, I'm sorry.  And do
9  you recall who authorized you to make this
10  proposal?
11     A.  I didn't make this proposal.  BP
12  made this proposal.
13     Q.  I'm sorry.  This is from BP.
14          Do you recall receiving this
15  proposal?
16     A.  As I sit here today, I don't.
17     Q.  And in this proposal the promote
18  has not changed; correct?  It's one third
19  for a quarter?
20     A.  Correct.
21     Q.  And the properties, they are,
22  they are including some of the properties
23  that you've proposed but they're adding a
24  couple more.  Is that basically what's
25  going upon here?

19 (Pages 70 to 73)

Page 74

1    A.   Yes.
2    Q.   Ultimately, I think only KC 140
3  was included in the final deal.  Is that
4  your memory, as well?
5    A.   No.
6    Q.   Okay.
7    A.   There were more blocks than just
8  KC 140.
9    Q.   I'm sorry, I misspoke.  Of these
10  proposed properties I think KC 140 was the
11  only property that was included in the
12  final deal?
13    A.   I don't recall as I sit here
14  what blocks were included in the final
15  deal.
16    Q.   Okay.  We'll come back to that.
17       But what this exhibit shows, if
18  you look at the following, the e-mail that
19  followed this one from you to Mr. Bryan, it
20  says see the latest proposal from BP below
21  identifying the new properties.
22       And then the e-mails on the
23  front page, again, is just showing us the
24  progress of the negotiations; is that
25  correct?

Page 75

1    A.   Yes.
2    Q.   All right.  I'm giving what's to
3  be marked as Exhibit 2307.
4    MR. FINEMAN:
5       And that is APC SHS2A 000000330
6  through 337.
7       (Whereupon, the document
8  referred to was marked as Exhibit No. 2307
9  for identification.)
10  EXAMINATION BY MR. FINEMAN:
11    Q.   So working backwards, again,
12  what you have in this exhibit, Mr. Huch, is
13  you have Mr. Beirne's original
14  September 21st proposal.  Correct?
15    A.   Yes.
16    Q.   Followed by your October 6th
17  counter; correct?
18    A.   Yes.
19    Q.   Followed by Mr. Beirne's
20  October 14th counter?
21    A.   Yes.
22    Q.   Which we just discussed; right?
23    A.   Yes.
24    Q.   And now at the top of that page
25  335 is your October 15th response; is that

Page 76

1  correct?
2       The from part, it's on the
3  preceding page.  It shows you.
4       Do you recall sending this
5  e-mail on October 15th?
6    A.   As I sit here today, I don't
7  recall sending this e-mail.
8    Q.   All right.  Do you recall this
9  proposal?
10    A.   Yes.
11    Q.   Okay.  Can you describe what
12  this proposal is?
13    A.   You want me to read?
14    Q.   No.  You can.  If you can
15  summarize it for me, that's fine.
16       Well, maybe I can help.  So in
17  terms of the proposal the promote hasn't
18  changed; right?  You guys haven't changed
19  that?
20    A.   No.  That's not true.
21    Q.   What's changed?
22    A.   Well, my second item there says
23  we will participate on a ground floor
24  basis.  We ask that the promote go away.
25    Q.   Oh, I see.  Okay.  That's what

Page 77

1  that means?
2    A.   Yes.
3    Q.   Okay.  Thank you.  All right.
4  So you're saying, no one-third for a
5  quarter?
6    A.   Right.
7    Q.   And then you're offering, you're
8  offering 50 percent in Keathley Canyon 140
9  and it says that you reconsidered and
10  you'll agree now to include the Garden
11  Banks properties and the Keathley Canyon
12  property that they originally requested?
13    A.   Yes.
14    Q.   Do you recall why the change of
15  heart about those properties?
16    A.   I don't recall as we sit here,
17  why we had a change of heart.
18    Q.   Was it your decision to include
19  these properties that you had previously,
20  that Anadarko previously decided they did
21  not want to include, or was that somebody
22  else's decision?
23    A.   Somebody else's decision.
24    Q.   Whose decision?
25    A.   It would have ultimately been

20 (Pages 74 to 77)

Exhibit W
Page 20

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                                    Reported by:
NICHOLAS G. HUCH                                        May 16, 2011                          JOSEPH R. KAISER, JR., CCR, RPR

Page 78

1    Stuart Strife, VP of exploration.
2        Q.    Did you participate in
3    discussions with Mr. Strife or others at
4    Anadarko about which properties to include
5    in which of these proposals?
6        A.    Yes.
7        Q.    Who else participated in the
8    discussion?
9        A.    Richard Hedley, the staff
10   working those properties, staff members
11   working those properties.  The geological,
12   geotechnical teams working those
13   properties, along with the reservoir
14   engineers.
15       Q.    So in this time period in this
16   October, you know, early October, mid
17   October time frame where you're doing all
18   this negotiating, are you meeting,
19   physically meeting with all these people or
20   are you on telephone calls?
21       A.    With the people within Anadarko,
22   you mean?
23       Q.    Yes.
24       A.    It's probably meeting.  Maybe
25   just meeting informally.

Page 79

1        Q.    So you're sitting around a
2    conference table discussing which
3    properties to include and how to structure
4    your proposals?
5        A.    Yes.
6        Q.    And are you, did you propose
7    certain properties here or are you letting
8    the people responsible for those properties
9    basically tell you which properties to
10   propose or not propose?
11       A.    People working the properties
12   would tell me what properties to propose
13   and not propose.
14       Q.    So you don't play any role in
15   selecting the properties that you're using
16   in your negotiations?
17       A.    No.
18       Q.    At the bottom of this e-mail you
19   say there's been a lot of discussion around
20   here of BP's estimated hundred million
21   dollar dry hole cost for the first well and
22   BP's estimated 50 million dry hole cost for
23   subsequent wells.  You see that?
24       A.    Yes.
25       Q.    And you're saying that if you

Page 80

1    proceed you're going to need clarification
2    on the expenses.  That's what that's about;
3    right?
4        A.    Yes.
5        Q.    At this point in time in mid
6    October 2009 before you guys make the deal,
7    did you have concerns about BP's ability to
8    manage Macondo on budget, or within the
9    budget?
10       A.    No.
11       Q.    Why was it important for you to,
12   why was it important for Anadarko to
13   understand the basis for the cost
14   estimates?
15       A.    We had an investment decision to
16   make and we needed to know what our
17   investment was going to be.
18       Q.    You needed, you wanted to be
19   able to satisfy yourselves that you really
20   needed to spend $150 million?
21       A.    Not 150 million.  Our obligation
22   would have been drilling the first well
23   only.
24       Q.    Okay.  A hundred, but they were
25   projecting 50 for the additional?

Page 81

1        A.    Subsequent wells, yes.
2        Q.    Okay.  If you glance at the rest
3    of the e-mails on this, this is you going
4    back and forth on the next page with
5    Mr. Beirne over the properties being
6    included; is that correct?
7              I think the next page, there is
8    some confusion about identification of one
9    of the properties.  You guys clarified
10   that?
11       A.    Yes.
12       Q.    And then on the page marked 333
13   you have an e-mail exchange with Mr. Beirne
14   on October 20th?
15       A.    Yes.
16       Q.    And it's from you to Michael
17   Beirne and Kemper Howe; correct?
18       A.    Yes.
19       Q.    And here you say that you're
20   confirming your understanding, arrived late
21   yesterday, which would have been the 19th,
22   with respect to BP's Macondo; correct?
23       A.    Yes.
24       Q.    Okay.  And it says that we are
25   recommending to Anadarko management this

21 (Pages 78 to 81)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                    Reported by:
NICHOLAS G. HUCH                          May 16, 2011                      JOSEPH R. KAISER, JR., CCR, RPR

Page 82

1   afternoon the following terms.
2        You see that?
3        A.   Yes.
4        Q.   So the first term there is the
5   interest in the trade properties; correct?
6        A.   Yes.
7        Q.   And I believe those, that
8   ultimately became the deal; right?  Those
9   properties were ultimately in the lease
10  exchange agreement at those percentage
11  interests?
12       A.   As I sit here, I don't recall if
13  those are the exact blocks or not.  I'd
14  have to look at the participation agreement
15  and lease exchange to see if those are the
16  blocks included or not.
17       Q.   Okay.
18       A.   They look like they could be.
19       Q.   Okay.  We'll look at that.  And
20  then in the second paragraph there, you're
21  back to the promote; correct?
22       A.   Yes.
23       Q.   Okay.  So I guess they didn't
24  like your proposal not to include it?
25       A.   Correct.

Page 83

1        MR. BEFFA:
2            Object to the form.
3   EXAMINATION BY MR. FINEMAN:
4        Q.   And this, again, is back to the
5   one third for a quarter; correct?
6        A.   Yes.
7        Q.   Okay.  And do you recall who
8   authorized you to make this, to confirm
9   this understanding?
10       A.   No, I don't recall.
11       Q.   Do you recall participating in a
12  meeting at Anadarko where this decision was
13  made?
14       A.   Yes.
15       Q.   Who was at that meeting?
16       A.   It would have been members of
17  our executive committee.
18       Q.   Which include who?
19       A.   Well, let me back up.  When this
20  proposal was made this proposal was, since
21  it was subject to Anadarko management we
22  didn't go to management yet.  So this
23  proposal to make, I mean, this approval to
24  make this particular proposal probably came
25  from Stuart Strife.

Page 84

1        Q.   And do you recall a meeting with
2   Mr. Strife and/or others where this
3   decision was made?
4        A.   It may have not have been a
5   formal meeting.  It might have just been
6   catch you in the hall, this is the deal,
7   you want to recommend it or not to BP.
8        Q.   Do you know who Darrell Hollek
9   is?
10       A.   Yes.
11       Q.   Was Mr. Hollek involved at all
12  in the process of settling on the terms of
13  the deal?
14       A.   I don't recall if he was
15  specifically involved in that or not.
16       Q.   Do you recall he was involved at
17  all?
18       A.   He probably was involved.
19       Q.   If you turn to the next page
20  which is October 21st, so it's the next
21  day, the day after you sent the e-mail to
22  Beirne and Howe, you send another e-mail to
23  Beirne and Howe.  You see that?
24       A.   Yes.
25       Q.   Now, here you say, I obtained

Page 85

1   Anadarko management approval to enter in a
2   transaction and then you identify the terms
3   below.
4        A.   Yes.
5        Q.   Okay.  So at some point between
6   the 20th and 21st, then, you must have met
7   with management; is that correct?
8        A.   Yes.
9        Q.   Do you recall who you met with?
10       A.   It would have been members of
11  our executive committee.
12       Q.   Who would have been there?  Or
13  who was there, as you recall?
14       A.   Our chief operating officer.
15       Q.   Which is who?
16       A.   Al Walker.
17       Q.   Okay.
18       A.   Stuart Strife, our VP of
19  exploration.  I believe our senior VP of
20  exploration, Bob Daniels.  I believe our
21  senior VP of operations, Chuck Meloy.
22       Q.   Do you recall whether Mr. Hollek
23  was present at that meeting?
24       A.   Not specifically.  As I sit
25  here, I don't recall if he was present or

22 (Pages 82 to 85)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                    Reported by:
NICHOLAS G. HUCH                          May 16, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 86

1  not.
2      Q.   Okay.  Do you recall anybody
3  else who was present at that meeting?
4      A.   The staff.
5      Q.   So the people who would have
6  been able to talk about the technical
7  aspects of the prospect?
8      A.   Yes.
9      Q.   And somebody was there,
10  presumably, to talk about the economic, the
11  economic aspects of the prospect?
12     A.   Yes.
13     Q.   Do you recall who that would
14  have been, who that was?
15     A.   It was either one of two people.
16  Either Dawn Peyton or Bert Allbritton.
17     Q.   In any event, you had obtained
18  management approval at that point; correct?
19     A.   Yes.
20     Q.   And at that meeting, your role
21  was to basically take direction on what to
22  communicate to BP?
23     A.   Yes.
24     Q.   And did you play any role in
25  decision making at that meeting?

Page 87

1      A.   No.
2      Q.   I think Items 1 and 2 are
3  consistent with what we've already been
4  talking about in terms of what the deal is;
5  is that correct?  Is there anything new in
6  there?
7      MR. NEGER:
8          Object to the form.
9      THE WITNESS:
10         It looks -- well, it looks
11  similar to what I proposed to them in my
12  October 20th letter.
13  EXAMINATION BY MR. FINEMAN:
14     Q.   Right.  So -- I'm sorry, sir.
15     A.   It looked like what I proposed
16  in my October 20th counterproposal.
17     Q.   Okay.  Can you tell me what
18  Item 3 is, what that meant?
19     A.   Yeah.  We proposed that we enter
20  into a three-block area of mutual interest
21  covering the blocks north and to the east
22  of the Mississippi Canyon 252 block.
23     Q.   What does that mean, an area of
24  mutual interest?
25     A.   That means if either party goes

Page 88

1  out and acquires an interest in either one
2  od those three blocks, you have to offer
3  that to the other party.
4      Q.   I see.  That was something that
5  ultimately became part of the well
6  participation agreement, I believe?
7      A.   Yes.
8      Q.   And Item 4 is, again, this is
9  about tieing, tieing the successful Macondo
10  well back to Pompano; is that correct?
11     A.   Yes.
12     Q.   And so this is the, this
13  proposal you make, or you send this off to
14  Michael Beirne on October 21st; correct?
15     A.   Yes.
16     Q.   Okay.  The next page shows an
17  e-mail from Beirne to Jim Bryan on
18  October 28th.  You see that?  I think it's
19  because you were out.
20     A.   Yeah.  I don't recall if I was
21  out or not, but --
22     Q.   I'm only surmising that because
23  the first sentence says per Nick's request,
24  I am sending you all Macondo communications
25  during his absence.

Page 89

1      A.   Okay.
2      Q.   During this time period
3  whenever -- do you recall that absence?
4      A.   No, I don't.  As I sit here, I
5  don't.
6      Q.   This indicates that he's
7  attaching some drafts or is going to attach
8  some of the draft transaction documents;
9  correct?  He being Mr. Beirne to
10  Mr. Bryan?
11     A.   Yes.
12     Q.   So is it fair to say that the,
13  sort of the documentation phase of the
14  project started to begin here in the late
15  October 2009?
16     A.   Yes.
17     Q.   Okay.  In the, there's a, he
18  says -- he being Mr. Beirne says to
19  Mr. Bryan in this e-mail, he's attaching a
20  draft well participation agreement, he's
21  attaching a draft lease exchange agreement.
22  And then he also says in the next bullet, a
23  few things to note.
24         He says a 110 percent of the
25  well AFE promote cap, rather than a hundred

23 (Pages 86 to 89)

Exhibit W
Page 23

Page 90

1  percent, has been inserted.  You see that?
2      A.   Yes.
3      Q.   What does that mean?
4      A.   That means that we pay one third
5  per quarter, we'll pay 33 and a third
6  percent of the first hundred and ten
7  percent of the initial AFE cost and then
8  25 percent thereafter.
9      Q.   That ultimately became the deal;
10 correct?
11     A.   Yes.
12     Q.   And then if you turn to the next
13 page, the next day, October 29,
14 Mr. Beirne -- actually, I'm sorry,
15 Mr. Bryan says to -- sends an e-mail to
16 Mr. Beirne and includes you in which he's
17 saying we're reviewing the documents that
18 he's forwarded and there's going to be a
19 meeting at Anadarko to discuss.
20         You see that?  At the bottom
21 of -- that's the e-mail at the bottom of
22 330 and at the top of 331.  Not on the
23 first page.
24     A.   Oh, I'm sorry.
25     Q.   That's okay.  Yes, I'm sorry.

Page 91

1  At the very bottom.  Yes, there you go.
2      A.   Yes.
3      Q.   Anadarko -- at this point your
4  meetings with Mr. Bryan are about the
5  documents?  You're starting to meet with
6  him about the nature and contents of the
7  transaction document?
8      A.   Yes.
9      Q.   And then at the top of the page
10 later on October 29th, Mr. Beirne sends an
11 e-mail to Mr. Bryan, Mr. Howe and you,
12 indicating that BP's expectation is to
13 close by the end of next week, which would
14 have been early October.  I'm sorry, early
15 November; correct?
16     A.   Yes.
17     Q.   We're going to talk about the
18 operating agreement in a little bit, but in
19 this e-mail Mr. Beirne is writing to
20 you-all, he says the body of Macondo OA --
21 that's operating agreement; correct?
22     A.   Yes.
23     Q.   It is virtually the same as the
24 Gouda OA in which BP, MOEX and Anadarko are
25 parties.  You see that?

Page 92

1      A.   Yes.
2      Q.   Gouda, I think you testified
3  earlier, was in the western part of the
4  Gulf; correct?
5      MR. NEGER:
6          Object to form.
7      THE WITNESS:
8          I didn't testify about Gouda.
9  EXAMINATION BY MR. FINEMAN:
10     Q.   You testified about Garden
11 Banks; correct?  Garden Banks is in the
12 western part of the Gulf?
13     A.   Yes.
14     Q.   Do you know that Gouda is a
15 project name for one of the Garden Banks
16 blocks?
17     A.   As I sit here right now, I don't
18 recall that, no.
19     Q.   You see how much information I
20 have?
21         Did you participate at all in
22 having anything with respect to the Garden
23 Banks block project that was a BP MOEX
24 project?
25     A.   No.

Page 93

1      Q.   So did you participate at all in
2  the preparation or the negotiation over the
3  operating agreement with respect to that
4  prospect?
5      A.   The Gouda Prospect?
6      Q.   Yes.
7      A.   No.
8      Q.   All right.  Very quickly, this
9  has been previously marked as 1915.  Tab 7.
10         This e-mail, the first e-mail
11 here is going back to October 20th.  And
12 you're on the receiving end of that, it's
13 from Robert Strickland.  You see that?
14     A.   Yes.
15     Q.   Who is Robert Strickling?
16     A.   He's a reservoir engineer.
17     Q.   And is he somebody who did
18 economic analysis on Macondo?
19     A.   I don't recall him doing an
20 economic analysis on Macondo.
21     Q.   Who is Brad Berg?
22     A.   That would have been his boss,
23 Robert Strickling's boss.
24     Q.   And I'm sorry, what's Bert's
25 title, if you can recall?  Or generally his

24 (Pages 90 to 93)

Exhibit W
Page 24

Page 94

1  job?
2      A.   Reservoir engineering manager.
3      Q.   The subject line for this e-mail
4  is economic summary slides for today's
5  review with Bob Daniels.
6           You see that?
7      A.   Yes.
8      Q.   Earlier we testified with
9  respect to your October 20th proposal, or
10  counterproposal that there had been a
11  meeting around that time.
12           Is this consistent with that
13  testimony, there was a meeting where
14  economic slides, summary slides were
15  provided to Mr. Daniels?
16      MR. NEGER:
17           Objection to form.
18      THE WITNESS:
19           Yes.
20  EXAMINATION BY MR. FINEMAN:
21      Q.   And is this the management
22  meeting you're talking about earlier, the
23  executive committee meeting?
24      A.   I don't see anything in his
25  e-mail about an executive committee

Page 95

1  meeting.
2      Q.   Do you recall participating in a
3  meeting where economic summary slides were
4  presented to Mr. Daniels?
5      A.   Yes.
6      Q.   And do you recall what those
7  slides showed?
8      A.   No.
9      Q.   This e-mail from
10  Mr. Strickland -- Strickling, identified
11  two options at the time.  You see that?
12      A.   Yes.
13      Q.   Okay.  And then the e-mail after
14  that is from you to all the same, many of
15  the same people, not all the same people.
16  You see that?
17      A.   Yes.
18      Q.   And in that e-mail you're
19  saying -- this is you reporting, that I
20  told BP yesterday that we would be
21  recommending Option 1 to our management.
22  BP has agreed and is going to do likewise.
23      A.   Yes.
24      Q.   And at this point in the
25  process, do you recall whether you had any

Page 96

1  more information about the economic
2  projections for Macondo?
3      A.   I don't recall if I did or not.
4      Q.   Okay.  Do you recall
5  participating in any discussions in your
6  negotiations with BP over the amount of
7  money you expected to make from -- that
8  Anadarko expected to make from its
9  participation in Macondo?
10      A.   No.
11      Q.   Okay.  Tab 9.  Earlier we said
12  by the end of October, early November we
13  were in the, I would say we were in the
14  documentation phase of the negotiations.
15  Is that true?
16      A.   Yes.
17      Q.   So this document is dated --
18  this document is 2308, Exhibit 2308.  It is
19  AP SHS2A 000000509 to 510.
20           (Whereupon, the document
21  referred to was marked as Exhibit No. 2308
22  for identification.)
23  EXAMINATION BY MR. FINEMAN:
24      Q.   The first e-mail in this chain
25  is at the bottom of the first page going to

Page 97

1  the second page, Mr. Huch.  It's from you
2  to Michael Beirne and the subject is
3  Macondo development cost dated November 2,
4  2009; correct?
5      A.   Yes.
6      Q.   Do you recall this e-mail?
7      A.   As I sit here, I don't recall
8  this e-mail.
9      Q.   Looking at it, do you have any
10  memory of what you're writing to Mr. Beirne
11  about?  Is it a case that what you're
12  asking here is that you understand that the
13  estimated cost of development is roughly
14  500 million dollars and you're basically
15  asking for --
16      A.   A breakdown of those costs.
17      Q.   A breakdown of those costs?
18      A.   Yes.
19      Q.   And Mr. Beirne responds to you
20  on November 2nd later in that day; correct?
21      A.   Yes.
22      Q.   And he says that at a high
23  level, the current plan calls for estimated
24  facility, subsea and topside modification
25  cost of 586 million, 2011 to 2013; correct?

25 (Pages 94 to 97)

Exhibit W
Page 25

Page 98

1      A.    Yes.
2      Q.    And then he goes on to identify
3  additional costs associated with a second
4  and third well.  You see that?
5      A.    Yes.
6      Q.    And then you respond, seeking a
7  breakdown of the $585 million projection;
8  correct?
9      A.    Yes.
10     Q.    Why were you asking for this
11  information?
12     A.    I think my facilities engineer
13  probably asked me to try to get it.
14     Q.    I who is your facilities
15  engineer?
16     A.    I don't recall who it was at the
17  time.
18     Q.    Okay.  Do you recall
19  participating in any meetings at Anadarko
20  where this projected budget was discussed?
21     A.    Yes.
22     Q.    Okay.  What do you recall about
23  such a meeting?
24     A.    As I sit here today, I don't
25  recall anything.

Page 99

1      Q.    You just recall that there was a
2  meeting?
3      A.    Yes.
4      Q.    Do you recall who would have
5  called that meeting?
6      MR. NEGER:
7          Object to form.
8  EXAMINATION BY MR. FINEMAN:
9      Q.    Do you recall who called that
10  meeting?
11     A.    No, I don't.
12     Q.    Do you recall who attended the
13  meeting?
14     A.    No, I don't.
15     Q.    Do you recall why the meeting
16  was called?
17     A.    Yes.  We wanted to get a better
18  handle on what our total dollar exposure
19  for this project was going to be.
20     Q.    So it was going to be 25 percent
21  after 110 percent of the initial well cost;
22  correct?
23     A.    Yes.
24     Q.    At this point, did you
25  participate in any conversations at

Page 100

1  Anadarko where concerns about BP's ability
2  to stay on budget were discussed?
3      A.    No.
4      Q.    Did you have past experience
5  working on projects with BP?
6      A.    Yes.
7      Q.    Do you know whether or not
8  Anadarko's experience with BP was that BP
9  came in over budget on projects?
10     A.    They had a tendency at times to
11  come in over what they projected their AFE
12  costs to be.
13     Q.    And is that something that you
14  recall discussing with people at Anadarko?
15     A.    Not specifically.
16     Q.    You don't recall discussing
17  that; do you, sir?
18     A.    No.
19     Q.    Do you recall whether or not you
20  got the information that you asked for?
21     A.    No, I don't.
22     MR. FINEMAN:
23          I'll take a short break.
24     THE VIDEOGRAPHER:
25          This is Tape 2, the time is

Page 101

1  10:18, we're now off the record.
2          (Off the record.)
3      THE VIDEOGRAPHER:
4          Returning to the record, it is
5  10:28, this is the start of Tape 3.
6  EXAMINATION BY MR. FINEMAN:
7      Q.    So Mr. Huch, I think we
8  discussed earlier by the end of October the
9  deal points had pretty much been laid out
10  and from October, November, December, was
11  really spent negotiating the language in
12  the documents; is that correct?
13     A.    Yes.
14     Q.    Okay.  What was your role in the
15  process of drafting, finalizing those
16  documents?
17     A.    The documents were drafted by
18  BP, submitted to us for our review and
19  internal approval and I quoted it with
20  legal, with tax to get their input and
21  editing.  I was the main point of contact
22  to provide that editing back to BP.
23     Q.    Did you play any role, yourself,
24  in editing the documents?
25     A.    Yes.

26 (Pages 98 to 101)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                    Reported by:
NICHOLAS G. HUCH                              May 16, 2011                  JOSEPH R. KAISER, JR., CCR, RPR

Page 102

1    Q.    What role did you play?
2    A.    I reviewed it, made suggested
3 edits that I felt were appropriate and sent
4 those to legal for their concurrence.  And
5 if they concurred they were incorporated
6 into the document and submitted back to BP
7 for their review and acceptance.
8    Q.    If I understand the way this
9 works, there were three major documents;
10 right?  There's the well participation
11 agreement, the lease exchange agreement and
12 the operating agreement?
13    A.    Yes.
14    Q.    Okay.  Were there other
15 documents that were worked on at that time
16 that you thought were, you know, important
17 documents?  I know there were exhibits to
18 all those documents?
19    A.    There were assignments that were
20 executed at the time we signed the
21 participation agreement.
22    Q.    Right.  Okay.  Yeah.  Those were
23 the assignments of the interests from BP to
24 Anadarko and Anadarko E&P?
25    A.    Right.  And including the

Page 103

1 assignments from Anadarko and Anadarko E&P
2 into BP on those leases that we traded.
3    Q.    Right.  Okay.  And that was all
4 dealt with through -- that part of it was
5 done through MMS?  That was all submitted
6 to MMS; correct?
7        The lease documents, the lease
8 exchange documents between the parties and
9 the formal lease documents filed with the
10 government?
11    A.    The assignment documents were
12 submitted to MMS.
13    Q.    Right.  Okay.  Do you recall
14 during the course of the documentation
15 phase whether there were any problems that
16 came up, you know, sticking points in the
17 process?
18    A.    I don't recall any particular
19 sticking points.
20    Q.    Okay.  How about the issue of
21 Pompano?
22    A.    Well, we overcame that point, I
23 felt, pretty quickly.
24    Q.    Okay.  Let's just look at a
25 couple of documents about it so I have an

Page 104

1 understanding what happened, I won't spend
2 a lot of time on it.
3        You recall in Exhibit 8, I
4 showed you earlier, if that was October
5 21st?
6    MR. NEGER:
7        We don't have them by tab, so
8 can you tell us which --
9    MR. FINEMAN:
10        Sure.  It was 2307.
11 EXAMINATION BY MR. FINEMAN:
12    Q.    So if go back there, on
13 October 21st e-mail, it's 332 is the page
14 number.  You recall it's Item 4 in your
15 e-mail?
16    A.    Yes.
17    Q.    Where you identified the Pompano
18 as a deal point there?
19    A.    Yes.
20    Q.    So then if we go to the tab,
21 this is Tab 10.
22    MR. FINEMAN:
23        We'll mark it as Exhibit 2309.
24 It's APC SHS2A 00000589, 591.
25        (Whereupon, the document

Page 105

1 referred to was marked as Exhibit No. 2309
2 for identification.)
3    THE WITNESS:
4        Okay.
5 EXAMINATION BY MR. FINEMAN:
6    Q.    This starts with a e-mail from
7 you to Michael Beirne dated November 10,
8 2009, with revisions that y'all, Anadarko
9 had made to the well participation
10 agreement.  You see that?
11    A.    Yes.
12    Q.    Then Beirne responds to you on
13 November 11th concerning what he's calling
14 Article 3.3, which is the language about
15 the Pompano tie-back.  Okay?
16        And he writes to you, in your
17 November 2nd Redline you deleted BP and
18 replaced with parties in the sentence
19 regarding the decision to tie-back to
20 Pompano.  You see that?
21    A.    Yes.
22    Q.    Okay.  And then what he says is,
23 while it is our bias to tie-back Pompano in
24 the event of a discovery, the detailed
25 engineering work has not been concluded.

27 (Pages 102 to 105)

Page 106

1        Therefore, we cannot firmly
2    commit to do so.  This will be an issue in
3    which we will not be flexible.
4        You see that?
5        A.   Yes.
6        Q.   Do you recall that, Beirne
7    raising that issue on or about
8    November 11th?
9        A.   As I sit here now, I don't.  But
10   I remember it being an issue.  I don't
11   recall receiving it exactly written this
12   way.
13       Q.   Okay.
14       A.   But I do -- I'm sorry.  I do
15   recall it being their desire to take back,
16   to giving them the option to take it
17   anywhere they wanted to.
18       Q.   Right.  But Anadarko wanted it
19   to be clearly -- the original idea, as I
20   understand it, was that you wanted the
21   agreement language to make it clear that
22   there was going to be a tie-back at
23   Pompano?
24       A.   Yes.
25       Q.   And here they're saying we can't

Page 107

1    make that commitment; right?  That's what
2    Mr. Beirne is telling you here?
3        MR. BEFFA:
4            Object to form.
5        THE WITNESS:
6            That's what he's saying.
7    EXAMINATION BY MR. FINEMAN:
8        Q.   And you respond on the 11th with
9    the e-mail at the front, the beginning
10   here; right?  You see that?
11       A.   Yes.
12       Q.   Do you recall sending this
13   e-mail?
14       A.   As I sit here today, I don't
15   recall sending this e-mail.
16       Q.   Do you want to take a moment and
17   look at it so you can tell me what you were
18   communicating here?
19       A.   Can I read it?
20       Q.   Please.
21       A.   Okay.
22       Q.   What were you communicating to
23   Mr. Beirne here?
24       A.   In summary, we wanted it to be a
25   mutual agreement whether or not, not to

Page 108

1    bring product back to Pompano, not BP's
2    sole determination.
3        Q.   And that was what you were
4    communicating to Mr. Beirne here?
5        A.   Yes.  A summary.
6        Q.   And the reason that it was
7    important to be able to do that was it was
8    an economic issue for Anadarko; correct?
9        A.   Yes.
10       Q.   Because it made, the Macondo
11   project ultimately would make it less
12   expensive and it would help with the
13   economics of the actual Pompano facility;
14   correct?
15       A.   Yes.
16       Q.   Okay.  All right.  And then
17   No. 12.  Glenn Raney?
18       MR. FINEMAN:
19           This is 2310.  APC SHS2A
20   000000598 and 599.
21           (Whereupon, the document
22   referred to was marked as Exhibit No. 2310
23   for identification.)
24   EXAMINATION BY MR. FINEMAN:
25       Q.   So the last exhibit was your

Page 109

1    communication with Mr. Beirne over Pompano
2    from November 10 and 11 and this is your
3    communication with him over, concerning
4    Pompano from November 12th.  You see that,
5    the three e-mails?
6        A.   Yes.
7        Q.   Okay.  Do you recall this e-mail
8    exchange?
9        A.   As I sit here today, I don't.
10       Q.   On the 12th you sent Mr. Beirne
11   and e-mail saying Mike will confirm for
12   2:30.  You see that?
13       A.   Yes.
14       Q.   Was there a telephone call set
15   up for the purpose of discussing the
16   Pompano issue?
17       A.   It appears so by my note, yes.
18       Q.   Do you recall that conversation?
19       A.   No, I don't.
20       Q.   It appears that you wrote that
21   we can and will continue to work diligently
22   through these other issues with legal and
23   tax, et cetera, but just so you know,
24   Article 3.3 as currently written by BP is
25   not and will not be acceptable.

28 (Pages 106 to 109)

Exhibit W
Page 28

Page 110

1        You see that?
2     A.  Yes.
3     Q.  Who was directing you with
4  respect to the Pompano issue?  Is that
5  Mr. Bryan?
6     A.  No.  Not just Jim Bryan, it
7  would have been members of the management
8  team.
9     Q.  Okay.  And you went on to say
10  here that our Jim Bryan left a message with
11  Kemper this morning expressing that same
12  view.  You see that?
13     A.  Yes.
14     Q.  And then in the e-mail above,
15  Mr. Beirne later that day communicates to
16  you that he hopes we can find some common
17  ground on the issue; correct?
18     A.  Yes.
19     Q.  Okay.  So at this point you guys
20  are trying to go work through the issue?
21     A.  Uh huh.  Yes, sir.
22     Q.  Okay.
23     MR. FINEMAN:
24        So then this is, so this is
25  2311.  It's ANA MDL 000041474.  Tab 13.

Page 111

1        (Whereupon, the document
2  referred to was marked as Exhibit No. 2311
3  for identification.)
4  EXAMINATION BY MR. FINEMAN:
5     Q.  So this is a few days later on
6  November 17, this is Mr. Bryan sending an
7  e-mail to a number of people at Anadarko,
8  including you.  And it looks like
9  Mr. Bryan's writing about what appears to
10  be a resolution of the issue.
11        Do you recall that
12  communication?
13     A.  I don't recall this particular
14  e-mail as I sit here, but I do recall we
15  advising members of the management team
16  that we've come to resolution on the
17  Pompano tie-back issue.
18     Q.  In the second to last sentence
19  of this e-mail, Mr. Bryan wrote to this
20  list that included you, this, and this is,
21  the resolution is referring to is this
22  unanimous approval to take Macondo
23  production anywhere other than Pompano;
24  right?
25     A.  Yes.

Page 112

1     Q.  And he says we will not -- this
2  provides the same incentives for APC and BP
3  and will not allow BP to preferentially go
4  to another of its facilities, which is our
5  main concern.  You see that?
6     A.  Yes.
7     Q.  Why was that your main concern?
8     A.  Be specific.  What was --
9     Q.  Why were you concerned that BP
10  would preferentially go to another of its
11  facilities?
12     A.  Well, the same two reasons we
13  talked about earlier, would have been
14  economics on both Macondo and the Pompano
15  field.
16     Q.  Was there some concern there
17  about trusting BP to do the right thing or
18  was this just about the economics?
19     MR. NEGER:
20        Objection, form.
21     THE WITNESS:
22        Well, repeat that, please?
23  EXAMINATION BY MR. FINEMAN:
24     Q.  Sure.  I'll ask it differently.
25  Were you all concerned at this point that

Page 113

1  BP would, without the language in the
2  agreement, that you were seeking here that
3  BP would take, would not tie-back to
4  Pompano, they would want to go somewhere
5  where they had a greater interest?
6     A.  Yes.
7     Q.  And is that concern based on
8  your company's experience with BP in the
9  past?
10     A.  No.
11     MR. BEFFA:
12        Object to form.
13  EXAMINATION BY MR. FINEMAN:
14     Q.  It was just a concern specific
15  to this particular project?
16     A.  Yes.
17     Q.  All right.  The first document
18  is 2312, it's ANA MDL 000036799 through
19  36801.  And the second document is 2313.
20  APC SH2 -- SHS 2A 000000895 to 897.
21        (Whereupon, the documents
22  referred to were marked as Exhibit No. 2312
23  and Exhibit No. 2313 for identification.)
24  EXAMINATION BY MR. FINEMAN:
25     Q.  Just for completeness sake, if

29 (Pages 110 to 113)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                                                    Reported by:
NICHOLAS G. HUCH                                                     May 16, 2011                                           JOSEPH R. KAISER, JR., CCR, RPR

Page 114

1   you take a look at these e-mails I believe
2   what these e-mails are showing is Anadarko
3   and BP agreeing on the language that
4   would -- addressing Pompano that would
5   ultimately go into the well participation
6   agreement.
7       MR. BEFFA:
8           Object to the form.
9   EXAMINATION BY MR. FINEMAN:
10      Q.   If you look at the first
11  document I gave you there, we're on
12  November 17th and 18th.
13      A.   Which one was the first
14  document?
15      Q.   The low number there, 212.  If
16  you look, if you'll look at the second
17  page, there's an e-mail from you to
18  Mr. Bryan including suggested language with
19  respect to the Pompano transaction, the
20  Pompano tie-back.  Do you see that?
21      A.   Yes.
22      Q.   That was your proposed language;
23  is that true?
24      A.   Well, we modified the language
25  that BP initially submitted.

Page 115

1       Q.   Okay.
2       A.   To arrive at this language.
3       Q.   Okay.  And then if you go to the
4   next page, or the first page of that
5   Exhibit, you'll see an e-mail from what,
6   you know, the e-mail after that one on the
7   17th is from Mr. Bryan to Mr. Howe
8   forwarding, forwarding the proposed
9   language.  You see that?
10      A.   Which page are you on?
11      Q.   The same page we were just, the
12  second page.  Later on the 17th Bryan
13  forwards to Howe the language at the bottom
14  of the page.  You see that?
15      A.   Yes.
16      Q.   And then, and then on the 18th,
17  the next page, go back to the first page of
18  the exhibit.  On the 18th that's Mr. Howe
19  saying this provision written below is
20  acceptable to BP.  You see that?
21      A.   Yes.
22      Q.   Okay.  And then there might have
23  been -- and then if you'll go over to the
24  next exhibit there are a couple of minor,
25  looks like a couple of minor changes to the

Page 116

1   provision.  And then at the top of the
2   page, the first, the first page on the 19th
3   you write to Howe saying that the tie-back
4   language is acceptable as submitted?
5       A.   Yes.
6       MR. BEFFA:
7           Object to the form.
8   EXAMINATION BY MR. FINEMAN:
9       Q.   So this appears to resolve that
10  issue?  Is that your view?
11      A.   Yes.
12      Q.   All right.  At some point
13  during -- strike that.  Do you recall which
14  rig was going to drill the Macondo well
15  originally?
16      A.   Yeah.  The MARIANIS.
17      Q.   And do you recall at some point
18  in October or November -- strike that.  At
19  some point in the fall of 2009 do you
20  recall that you learned that the MARIANIS
21  had been damaged during the hurricane and
22  that there was going to need to be a
23  replacement rig?
24           Do you recall that?
25      A.   I heard it was damaged.  I

Page 117

1   didn't know if it was going to be replaced
2   or repaired.
3       Q.   Okay.  Do you recall in the fall
4   of 2009 that your negotiations in the
5   finalizing of the documents was delayed
6   because of the need to change rigs?
7       A.   Repeat that again.
8       Q.   Let's do it this way:  I'm going
9   to give you what's been marked as
10  Exhibit 1917, Tab 18.
11           This exhibit, the first e-mail
12  in here is dated November 14, 2009.  You're
13  not a recipient of this e-mail but you can
14  see it reports -- who's Todd Durkee?
15      A.   He's our vice-president of
16  drilling.
17      Q.   So you can see he's reporting to
18  a number of people at Anadarko, including
19  Mr. Bryan, about the MARIANIS suffering
20  slight damage from the storm Ida?
21      A.   Yes.
22      Q.   Then on November 20th there's an
23  e-mail from Durkee to a number of Anadarko
24  personnel, including Mr. Bryan, not
25  including you, where he says that the

30 (Pages 114 to 117)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                    Reported by:
NICHOLAS G. HUCH                          May 16, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 118

1    MARIANIS did not return to work since Ida
2    and will most likely disconnect from its
3    moorings and go into the shipyard for about
4    30 days.
5           You see that?
6       A.   Yes.
7       Q.   Then there's an e-mail from --
8    on the 20th from Mr. Hollek to a
9    distribution list that includes you, in
10   which Mr. Hollek expresses concern about
11   this, the events concerning the MARIANIS.
12          Do you see that?
13      A.   Yes.
14      Q.   Do you recall this e-mail?
15      A.   As I sit here today, I don't.
16      Q.   Okay.  Do you recall Mr. Hollek
17   or others at Anadarko expressing concern
18   over learning that the MARIANIS would need
19   to be replaced?
20      A.   I don't think we knew at this
21   point whether it was going to be replaced
22   or repaired.
23      Q.   Fair enough.
24          What Mr. Hollek is expressing
25   concern about, it appears here, is not

Page 119

1    knowing what the costs were going to be
2    associated with the delay caused by the
3    damage to the MARIANIS; is that correct?
4       A.   Yes.
5       Q.   He also seems to be concerned
6    about this new information has not been
7    disclosed by BP.  You see that?
8       A.   Yes.
9       Q.   Do you recall discussing the
10   information had not been disclosed by BP
11   with anybody at Anadarko?
12      A.   No.
13      Q.   Do you recall participating in
14   any meetings with Mr. Hollek or any of
15   these others identified on the distribution
16   list regarding the issue addressed in this
17   e-mail?
18      A.   No.
19      Q.   In this e-mail he goes on to
20   say, Mr. Hollek, that is, that I think
21   based on this new information that has not
22   been disclosed by BP we need another few
23   weeks to make our decision to participate
24   and fully understand the commitment and
25   timing.  You see that?

Page 120

1       A.   Yes.
2       Q.   Obviously this is important
3    information and we need to understand the
4    impact.  You see that?
5       A.   Yes.
6       Q.   And he says Jim or Nick, can you
7    help me understand where we are with BP at
8    this time.  I am extremely disappointed
9    that BP has not disclosed this to us.
10          Do you see that?
11      A.   Yes.
12      Q.   Do you recall you discussing the
13   contents of this e-mail or the subject
14   matter of this e-mail with Mr. Hollek?
15      A.   No, I don't.
16      Q.   Do you recall taking any action
17   in response to this e-mail?
18      A.   Not specifically.  I may have
19   called, may have called BP and asked them
20   to give us an update of what they think
21   their costs are going to be based on this
22   repair that they were anticipating.
23      Q.   Do you recall doing that?
24      A.   Not specifically.  But I could
25   have.

Page 121

1       Q.   You don't remember whether you
2    called up Mr. Beirne and asked him about
3    it?
4       A.   No.
5       Q.   Or Mr. Howe?
6       A.   No.
7       Q.   Do you remember participating in
8    conversations in or around the
9    November 20th time period there was concern
10   about why BP had not informed Anadarko
11   earlier about the damage to the MARIANAS?
12      MR. BEFFA:
13          Object to the form.
14      MR. NEGER:
15          Could I have the question read
16   back, please?
17          (Previous testimony read.)
18      MR. BEFFA:
19          Same objection.
20      MR. FINEMAN:
21          You can answer.
22      THE WITNESS:
23          No, I don't recall.
24   EXAMINATION BY MR. FINEMAN:
25      Q.   Okay.  Did you ever have concern

31 (Pages 118 to 121)

Exhibit W
Page 31

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                    Reported by:
NICHOLAS G. HUCH                          May 16, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 122

1  that during your negotiations with BP that
2  they were not candid with you about
3  information concerning Macondo?
4      A.  Yes.
5      Q.  What was your concern?
6      A.  We felt like they weren't being
7  real forthcoming with what their costs were
8  going to be.
9      Q.  Going forward?
10     A.  Well, even going backwards.
11     Q.  Okay.  And who did you discuss
12 that with?
13     A.  Mike Beirne.
14     Q.  And what did Mr. Beirne say
15 about that, that concern?
16     A.  He kept saying he'd try to get
17 us the information but his hands were kind
18 of tied and that cost information wasn't
19 available to him.
20     Q.  Did you ever get the cost
21 information that you felt you needed or
22 wanted?
23     A.  I didn't.
24     Q.  I'm sorry?
25     A.  I did not.

Page 123

1      Q.  Do you know if anybody else at
2  Anadarko did?
3      A.  I don't know.  I can only
4  assume.
5      Q.  And what do you assume?
6      A.  Pat Watson was the drilling
7  engineer at the time and he went over to
8  BP's office to try to get a handle on what
9  these ultimate costs were going to be,
10 including a possible repair or replacement
11 of the MARIANIS.
12     Q.  And Pat -- I'm sorry, what was
13 his last name?
14     A.  Pat Watson.
15     Q.  And what, did Mr. Watson report
16 back to you on what he learned?
17     A.  He would have reported back to
18 Todd Durkee, who would have reported back
19 to Darrell Hollek.
20     Q.  Did Mr. Beirne say why his hands
21 were tied or who was tieing them?
22     A.  No.
23     Q.  Aside from the issue of concern
24 about not getting all the cost information
25 you wanted, did you have any other concerns

Page 124

1  about whether BP was candid with Anadarko
2  during the negotiation process?
3      A.  I had no other concerns.
4      Q.  Okay.  And again, I'm sorry, I
5  may have asked you this, but in this e-mail
6  Mr. Hollek says, addressing you, he says
7  Jim or Nick, can you help me understand
8  where we are with BP at this time.
9          Do you recall whether or not you
10 took any action in response to Mr. Hollek's
11 request there?
12     A.  No, I don't.
13     Q.  All right.  Were you concerned
14 at all that this would jeopardize the
15 transaction?
16     A.  This what?
17     Q.  This event, this concern about
18 what the cost would be and the not -- and
19 the concern about not being told by BP
20 about the problems with the MARIANIS?
21     A.  Well, we weren't a party to the
22 agreement yet with BP.
23     Q.  No, I understand.  Were you
24 concerned that it would jeopardize closing
25 the deal?

Page 125

1      A.  Possibly.
2      Q.  I'm sorry, you were concerned
3  that possibly it could?
4      A.  A concern that it possibly
5  could.
6      Q.  Okay.  And did you articulate
7  those concerns to anybody else?
8      A.  We all had those concerns.
9      Q.  Okay.  And do you know what
10 action was taken to investigate the issues
11 to address those concerns?
12     A.  Pat Watson went over to BP's
13 office to try to get a handle on what these
14 costs were going to be.
15     MR. FINEMAN:
16         I'm going to give you what's
17 been previously marked as Exhibit 1941.
18 It's Tab 19.
19 EXAMINATION BY MR. FINEMAN:
20     Q.  If you look at the second page
21 of the exhibit, there's an e-mail from you
22 dated November 23rd.  I can't tell who you
23 sent it to from this exhibit because it
24 looks like it might have been changed a
25 little bit.

32 (Pages 122 to 125)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                                    Reported by:
NICHOLAS G. HUCH                                                May 16, 2011                                          JOSEPH R. KAISER, JR., CCR, RPR

Page 126

1   Anyhow, there's an e-mail from
2 you dated November 23rd that was addressed
3 at least to Mr. Strife.
4       Do you see that?
5   A.   Yes.
6   Q.   And at this point you're
7 reporting that BP estimates the total
8 Macondo well cost will be 130 million, up
9 from the original 96.1 AFE amount.
10      You see that?
11  A.   Yes.
12  Q.   And then you say, of that 130
13 million, BP's estimates -- BP estimates
14 that $80 million or so be spent in 2009 for
15 already sunk drilling costs plus the rig
16 repair and the remaining $50 million be
17 spent in 2010 to conclude the drilling
18 operations.  You see that?
19  A.   Yes.
20  Q.   Do you recall where you got that
21 information?
22  A.   No, I don't.  As I sit here
23 today, I don't recall where I got that
24 information.
25  Q.   Would that have been information

Page 127

1 you would obtain from Mr. Watson after his
2 investigation?
3   A.   Likely.
4   Q.   Okay.  Do you recall whether you
5 got that information directly from BP?
6   A.   I don't remember getting that
7 information directly from BP.
8   Q.   Okay.  Mr. Strife responds to
9 you later on the 23rd, it doesn't sound
10 good to me.  And then he says need to rerun
11 and check materiality.  You see that?
12  A.   Yes.
13  Q.   Do you know what that means?
14  A.   Yes.  Rerun the economics.
15  Q.   What does he mean here, check
16 materiality, if you know what he means?
17  MR. NEGER:
18      Objection to form.
19  THE WITNESS:
20      I'm not sure what he meant by
21 that.
22 EXAMINATION BY MR. FINEMAN:
23  Q.   Okay.  Did you discuss these
24 matters directly with Mr. Strife?  Did you
25 have a conversation with him about this?

Page 128

1   A.   Probably had a roundtable
2 discussion.
3   Q.   Do you recall one specifically?
4   A.   No.
5   Q.   When you say a roundtable
6 discussion, was that something that you
7 frequently participated in, or --
8   A.   Yes.
9   Q.   And who were participants in the
10 roundtable discussion?
11  MR. NEGER:
12      Objection to form.
13  THE WITNESS:
14      First of all, I don't remember
15 if there was a specific roundtable
16 discussion.  But if there were, it would
17 have been people on this e-mail
18 distribution.  Would have been Darrell
19 Hollek, Stuart Strife, Todd Durkee, Jim
20 Bryan, Alan O'Donnell.
21      It was management level.
22 EXAMINATION BY MR. FINEMAN:
23  Q.   At this point the conversation
24 is about the increased cost as a result of
25 the damage to the MARIANIS; correct?

Page 129

1   A.   Yes.
2   Q.   And then after the Strife e-mail
3 later that day there's an e-mail from
4 Mr. Hollek.  You're not on the e-mail
5 exchange.  He says obviously this will have
6 a huge negative impact.
7       Was Mr. Hollek part of the
8 conversation at this point about the
9 negative, the economic impact of the damage
10 to the MARIANIS?
11  A.   Based on this e-mail, it appears
12 obvious that he was.
13  Q.   You don't remember specifically?
14  A.   No, I don't.
15  Q.   All right.  And the 24th, you
16 wrote an e-mail to Alan O'Donnell, who
17 we -- earlier you identified him as the
18 head of the operations in the eastern --
19  A.   He's general manager of the
20 eastern Gulf operations.
21  Q.   Okay.  So you write to him and
22 to some others at Anadarko on the 24th and
23 providing him with the -- clarifying for
24 him the details of the transaction for
25 purposes of their rerunning the economics;

33 (Pages 126 to 129)

601 Poydras Street, Suite 1720                          GAUDET KAISER, L.L.C.                          Telephone: (504) 525-9100
New Orleans, LA 70130-6029                       Board-Certified Court Reporters                      Facsimile: (504) 525-9109

Exhibit W
Page 33

Page 130

1  is that true?
2      A.  Yes.
3      Q.  Okay.
4      MR. FINEMAN:
5          This has been previously marked
6  as 1918. Tab 20.
7  EXAMINATION BY MR. FINEMAN:
8      Q.  Turn to the page marked 41680.
9          So, the last exhibit we left off
10 was November 24th, that's with you
11 providing Mr. O'Donnell and others with the
12 basics of the deal.  You recall that?
13     A.  Yes.
14     Q.  And the team was going to rerun
15 the economics on the transaction; correct?
16     A.  Yes.
17     Q.  So this is an e-mail, this first
18 e-mail on the front of the page here is
19 from Pat Watson, who you identified
20 earlier?
21     A.  Yes.
22     Q.  To you about his meeting with or
23 setting up with a meeting with BP?
24     A.  Yes.
25     Q.  Is that correct?

Page 131

1          Okay.  And he's saying, he's
2  asking you to basically set up the meeting.
3  Is that what's happening here?
4      A.  Yes.
5      Q.  And do you recall doing that?
6      A.  Yes.
7      Q.  Do you recall who you set a
8  meeting up with?
9      A.  I asked Mike Beirne to
10 coordinate it on BP's end.
11     Q.  And it looks like, if you look
12 at the e-mail at the top of that page,
13 e-mail from you to Mr. Watson, it looks
14 like they're suggesting a phone call before
15 an in-person meeting.  Is that true?
16     A.  Yes.
17     Q.  Okay.  And it looks like they're
18 suggesting a phone call with Mark Hafle?
19     A.  Yes.
20     Q.  And do you know whether that
21 took place, that phone call between
22 Mr. Watson and Mr. Hafle?
23     A.  I don't know if it took place.
24     Q.  Do you know whether or not
25 Mr. Watson ever had a meeting with anybody

Page 132

1  from BP?
2      A.  Yes, I believe he did.
3      Q.  Do you know who he met with?
4      A.  No, I don't.
5      Q.  All right.  Do you recall the
6  outcome of the meeting?
7      A.  I believe we got the updated
8  well costs.  And the repair cost.
9      Q.  Okay.
10     A.  Pat Watson was able to obtain
11 that from BP as a result of that meeting.
12     Q.  If you go to the next page, the
13 earlier page, rather, the next e-mail,
14 December 8th, the next day.  It's from you
15 to Mr. Hollek and Mr. Watson, Durkee and
16 Bryan.  You see that, the bottom of the
17 page?
18     A.  From Darrell Hollek, yes.
19     Q.  No.  From you.  We're on -- 678
20 is the page number.
21     MR. NEGER:
22         Which e-mail?
23     MR. FINEMAN:
24         It's the bottom one from
25 Mr. Huch to Hollek, Watson, December 8,

Page 133

1  4:38 p.m.
2  EXAMINATION BY MR. FINEMAN:
3      Q.  You see that?
4      A.  Yes.
5      Q.  So this is you providing a quick
6  update that BP advised that they are
7  certain now that the MARIANIS rig will not
8  be repaired in time to recommence
9  operations on Macondo prior to rig contract
10 termination, which is December 31.
11         You see that?
12     A.  Yes.
13     Q.  Do you recall sending this
14 e-mail?
15     A.  As I sit here today, I don't.
16     Q.  You went on to say, do you --
17 strike that.  Do you recall, when you say
18 BP advised, did BP advise you?
19     A.  They must have.
20     Q.  Do you recall who you spoke
21 with?
22     A.  It was probably Mike Beirne.
23     Q.  So you go on in that e-mail to
24 say BP is looking to bring a different rig
25 sometime in 2010 and they are hoping that

34 (Pages 130 to 133)

Exhibit W
Page 34

Page 134

1  to be as easy as -- as early as the first
2  quarter 2010.  You see that?
3      A.   Yes.
4      Q.   Okay.  Then you wrote, they have
5  a rig or two in mind they could possibly
6  slot for that.  And it says we suggested to
7  BP that Anadarko might possibly be able to
8  make available sometime before the 2010
9  hurricane season the AMOS RUNNER or OCEAN
10  MONARCH but we didn't guarantee those rigs'
11  availability nor guarantee any specific
12  time slot.  You see that?
13      A.   Yes.
14      Q.   Do you recall making the
15  suggestion of those alternative rigs to BP?
16      A.   As I sit here today, I don't
17  recall making that suggestion to BP.
18      Q.   Okay.  You wrote, you wrote that
19  we suggested to BP.  You see that?
20      A.   Yes.
21      Q.   Do you know who the we is
22  referring to?  Do you recall who the we is
23  referring to?
24      A.   No, I don't.
25      Q.   And do you recall having a

Page 135

1  meeting with BP where replacement rigs were
2  discussed?
3      A.   As I sit here today, I don't.
4      Q.   Do you have any memory
5  whatsoever about discussing at any time
6  with BP replacement rigs?
7      A.   No.  As I sit here today, I
8  don't.
9      Q.   Do you know what the AMOS RUNNER
10  was?  What is it?
11      A.   It's a, it's a drilling rig that
12  Anadarko had in its drilling fleet.
13      Q.   So it was owned by Anadarko?
14      A.   No.  It's owned by Noble
15  Drilling.  We contracted it through Noble
16  Drilling.
17      Q.   OCEAN MONARCH, a similar story?
18      A.   Yeah.  I don't know who the
19  drilling contractor was on the OCEAN
20  MONARCH but we would have contracted for
21  that rig through the rig owner.
22      Q.   As I understand your testimony,
23  you have no memory of the conversation with
24  BP about replacement rigs?
25      A.   Not as I sit here today I don't.

Page 136

1      Q.   And ultimately BP did not take
2  you up on your proposal that you use one of
3  Anadarko's rigs; is that correct?
4      A.   Yes.
5      Q.   Ultimately they went to use the
6  DEEPWATER HORIZON; correct?
7      A.   Yes.
8      Q.   You go to the e-mail in the
9  middle of that page dated December 9th, now
10  from you to Mr. Hollek.  You see that?
11      A.   Yes.
12      Q.   You wrote that BP has not
13  provided any well update on the well --
14  strike that.  BP has not provided any
15  update on the well costs.  You see that?
16      A.   Yes.
17      Q.   The current estimate is still a
18  $35 million increase due to rig repair and
19  weather downtime, bringing the total well
20  cost estimate up to 131.1 million of the
21  original 96.1 million.  You see that?
22      A.   Yes.
23      Q.   And then you said as Pat delves
24  into that in more detail with BP's drilling
25  ops guy, maybe that number can be better

Page 137

1  confirmed.  You see that?
2      A.   Yes.
3      Q.   So at this point you're still
4  waiting for Mr. Watson's analysis?
5      A.   Yes.
6      Q.   And then the e-mail, the next
7  e-mail is December 10th, it's from
8  Mr. Watson to you and others.
9           You see that?
10      A.   Yes.
11      Q.   And this apparently refers to
12  his actual meeting with Mr. Hafle?
13      MR. NEGER:
14           Objection to form.
15  EXAMINATION BY MR. FINEMAN:
16      Q.   You see that?
17      A.   It looks like it was a phone
18  conversation with Mark Hafle, not a
19  meeting.
20      Q.   I'm sorry.  That's right.
21           Do you recall this?  Do you
22  recall getting this information from
23  Mr. Watson?
24      A.   As I sit here today, I don't.
25      Q.   This e-mail is, in this e-mail

35 (Pages 134 to 137)

Exhibit W
Page 35

Page 138

1  Mr. Watson advised you that their option
2  for replacement was the DEEPWATER HORIZON.
3      You see that?
4  A.  Yes.
5  Q.  Do you recall participating in
6  any conversations with people at Anadarko
7  about the choice of the DEEPWATER HORIZON
8  as a replacement for the MARIANIS?
9  A.  No.
10  Q.  Did you have any role at all in
11  any discussions at Anadarko about which rig
12  would replace the MARIANIS?
13  A.  No.
14  Q.  Go to the first page of the
15  exhibit.
16      This, the middle e-mail there is
17  Mr. Watson, that e-mail, I guess he's just
18  forwarding his findings.
19  A.  Yes.
20  Q.  And then the top e-mail on that
21  page, you were not a recipient of that
22  e-mail, but it does indicate that the
23  economics were rerun and that the economics
24  still looks strong.  You see that?
25  A.  Yes.

Page 139

1  Q.  Was that your understanding,
2  that the economics were still strong after
3  the rerun of the analysis?
4  A.  I didn't understand they were
5  strong, but I understood that the well
6  costs, inflation due to the rig repair and
7  damage didn't dampen the economics enough
8  that we still were interested in investing
9  in the project.
10  Q.  Did you play any role in the
11  decision to proceed with the transaction
12  based on the updated economic data?
13  A.  No.
14  MR. FINEMAN:
15      All right.  This is 2314.  APC
16  SHS2A 000000929 through 931.
17      (Whereupon, the document
18  referred to was marked as Exhibit No. 2314
19  for identification.)
20  EXAMINATION BY MR. FINEMAN:
21  Q.  If you look at the second page
22  of the exhibit, there's an e-mail from you
23  to Michael Beirne dated December 17, 2009.
24      You see that?
25  A.  Yes.

Page 140

1  Q.  Okay.  I presume by this point
2  you were either still finalizing the
3  transaction documents or waiting for
4  approval to execute them; is that true?  By
5  December 17, 2009?
6  MR. BEFFA:
7      Object to the form.
8  THE WITNESS:
9      I'm sorry, I'm just reading.
10  EXAMINATION BY MR. FINEMAN:
11  Q.  I'm sorry, it's my fault.  I'm
12  going to ask you a question other than
13  what's on the document.
14  A.  I'm sorry.
15  Q.  That's okay.  So by December 17,
16  2009, do you recall were you pretty much
17  finished with the transaction documents or
18  are you still negotiating?
19  A.  I don't recall if we were
20  finished.  We might have had some small
21  little tweaks to do yet.
22  Q.  So this e-mail from you to
23  Mr. Beirne, I think what you're saying here
24  is that -- you say a piece of business we
25  still probably need to include in the well

Page 141

1  participation agreement is confirming BP's
2  commitment to bring a rig timely back to
3  Macondo.  You see that?
4  A.  Yes.
5  Q.  Do you recall this e-mail?
6  A.  As I sit here today, I don't
7  recall this e-mail.
8  Q.  Do you recall the subject
9  matter?
10  A.  Yes.  We were concerned that
11  they didn't want to get back on the
12  project, that we wanted to, for budgetary
13  purposes we needed to make sure that we
14  were going to allocate budget funds for
15  2009 versus 2010 and we wanted them to get
16  back on location as soon as possible.
17  Q.  Why were you concerned that they
18  wouldn't do that?
19  A.  Well, we weren't concerned that
20  they wouldn't, we just didn't know that
21  they wouldn't.  We wanted a commitment on
22  their part that they would.
23  Q.  If you look at the bottom of
24  that e-mail you say, I talked to Jim Bryan
25  last night and he had left a message with

36 (Pages 138 to 141)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                                     Reported by:
NICHOLAS G. HUCH                                    May 16, 2011                         JOSEPH R. KAISER, JR., CCR, RPR

Page 142

1  Kemper explaining the same thing that I
2  related to you yesterday and that is we're
3  waiting on our senior VP to formally
4  approve the revised Macondo project but we
5  have no indication that it won't be
6  approved.  You see that?
7      A.  Yes.
8      Q.  So as of this date, the 17th you
9  were still waiting for final approval to
10  procedure with the deal?
11     A.  Yes.
12     Q.  The senior VP would have been
13  Mr. Strife that you're referring to here?
14     A.  Probably Mr. Strife's boss.
15     Q.  Which is?
16     A.  Bob Daniels.
17     Q.  Mr. Daniels?  Okay.  And here
18  you're writing that Darrell Hollek, our VP
19  of Gulf of Mexico, be running that trap
20  today to see what the decision is.
21         You see that?
22     A.  Yes.
23     Q.  Did you participate in any
24  discussions at Anadarko on or around
25  December 17, 2009 about the decision to

Page 143

1  proceed with the Macondo transaction?
2      A.  I don't recall.
3      Q.  All right.  If you'll look at
4  the front page, the first page of that
5  exhibit, Mr. Beirne's responding to your
6  e-mail on the 17th; right?
7      A.  Yes.
8      Q.  And they're talking about trying
9  to get documents executed by the end of the
10 year?
11     A.  Yes.
12     Q.  And then you respond to
13 Mr. Beirne later that night.  You see that?
14     A.  Yes.
15     Q.  And you're talking here about
16 people not being in town.  Who may or may
17 not be in town to sign the documents; is
18 that correct?
19     A.  Let me -- give me a second to
20 read it.
21     Q.  Sure.
22     A.  (Witness reading document).
23         Okay.
24     Q.  And then you write with the rig
25 not coming until March -- that's what you

Page 144

1  thought at the time; right?
2      A.  Right.
3      Q.  Maybe sometime later you can
4  explain to me the real underlying reason
5  why BP has a strong bias to execute the
6  agreement the week of the 21st versus the
7  week of the 28th or even the week following
8  January 1st.  You see that?
9      A.  Yes.
10     Q.  Why did you write that?  Do you
11 recall?
12     A.  I don't recall specifically why
13 I wrote it but there was concern for the
14 people not being in the office to execute
15 the document.  And I was trying to pick a
16 day and week that we knew someone would be
17 in the office to sign it.
18     Q.  Okay.  Was there any, as far as
19 you know, was there any business reason for
20 BP to want the documents executed in 2009?
21     A.  I never found out why.
22     Q.  Was there any business reason
23 for Anadarko to sign the documents in 2009
24 or 2010?
25     A.  Yeah.  Ultimately we did have a

Page 145

1  business decision, we wanted to sign in
2  2009.
3      Q.  Okay.  All right.  Do you recall
4  whether the documents were signed in 2009
5  or 2010?
6      A.  They were signed in 2009.
7      Q.  Do you know why you wanted
8  documents signed in 2009?
9      A.  Yeah.  I know, because some of
10 the funds were coming out of 2009 we needed
11 to make sure we had a document signed so
12 that we could allocate the funds for 2009.
13 It was a budgetary reason for us.
14     Q.  Okay.  Ultimately -- we'll look
15 at the documents in a minute -- but
16 ultimately they were dated December 17th.
17         Do you recall that?
18     A.  Yes.
19     Q.  I guess for your business
20 purposes did it matter whether they were
21 signed in 2009 or 2010?
22     A.  Now that they were made, but
23 our, it was concluded that we, for
24 budgetary reasons we wanted the signed
25 document in 2009.

37 (Pages 142 to 145)

601 Poydras Street, Suite 1720                          GAUDET KAISER, L.L.C.                          Telephone: (504) 525-9100
New Orleans, LA 70130-6029                        Board-Certified Court Reporters                    Facsimile: (504) 525-9109

Exhibit W
Page 37

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                      Reported by:
NICHOLAS G. HUCH                              May 16, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 146

1    Q.   Okay.
2    MR. FINEMAN:
3        Can I have 24, please?  This is
4    2315, Huch.  I'm sorry, 2315, APC SHS2A
5    000000958, 959.
6        (Whereupon, the document
7    referred to was marked as Exhibit No. 2315
8    for identification.)
9    EXAMINATION BY MR. FINEMAN:
10   Q.   These e-mails are dated
11   December 1, 2009, December 30, 2009 and
12   January 4, 2010.
13   A.   Uh huh.
14   Q.   And it looks like communication
15   between you and Mr. Beirne where you're
16   still finalizing the documents and getting
17   them ready for execution in early
18   January 2010?
19   A.   No.  They were already signed by
20   then.
21   Q.   They're already signed by that
22   point?
23   A.   Yes.
24   Q.   Okay.  I mean, I know they're
25   dated December 17th.  They're dated as

Page 147

1    something signed the 17th but you think
2    they were actually signed at the end of
3    December?
4    A.   Yes.
5    Q.   Do you think they were signed by
6    Anadarko in December and then by BP in
7    January?  Is that what happened?
8    A.   I don't recall that, who signed
9    them first.
10   Q.   Okay.  Well, the e-mail from
11   Beirne to you is dated January 4 and it
12   says thanks, Nick, I will be back in the
13   office Wednesday and will get Kemper to
14   execute everything and send it over.
15   A.   Obviously it appears that
16   Anadarko signed it first.
17   Q.   And then BP executed the
18   documents in early January?
19   A.   Yes.
20   Q.   I'm going to show you what's
21   been marked previously as 1942.  Take a
22   quick gander at that.
23   MR. NEGER:
24       The definition?
25   MR. FINEMAN:

Page 148

1        I want him to just quickly look
2    at it, I'm not going to have much questions
3    about it.  He can read any pages where
4    there's questions.
5    THE WITNESS:
6        Okay.
7    EXAMINATION BY MR. FINEMAN:
8    Q.   Do you recall this document?
9    A.   Yes.
10   Q.   What is this document?
11   A.   A lease exchange agreement
12   between Anadarko APC -- I mean Anadarko AEP
13   and BP.
14   Q.   This is the final lease exchange
15   agreement; correct?
16   A.   It appears to be.
17   Q.   If you look at -- I'm sorry.  If
18   you look at page 8505?
19   A.   Okay.
20   Q.   It appears that it was -- it
21   says here, anyhow, that it was executed on
22   December 17, 2009?
23   A.   Yes.
24   Q.   And it looks like it was signed
25   on behalf of Anadarko E&P and Anadarko

Page 149

1    Petroleum by Steve Wallace?
2    A.   Yes.
3    Q.   Steve Wallace is one of your
4    colleagues; correct?
5    A.   Yes.
6    Q.   What was his area of
7    responsibility?
8    A.   At the time this document was
9    signed?  Well, he acted as our attorney in
10   fact at the time this document was signed
11   but he handles our independent tub area.
12   Q.   The what?
13   A.   Independent tub area.
14   Q.   Which is where?
15   A.   Out in the eastern Gulf.
16   Q.   The eastern Gulf?
17   A.   Yes.
18   Q.   And he was available to sign so
19   because he was authorized to sign, he
20   signed?
21   A.   Yes.  He's got power of
22   attorney.  Jim Bryan was out of the office
23   and he was the only available attorney in
24   fact to sign.
25   Q.   Are you an attorney in fact for

38 (Pages 146 to 149)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                    Reported by:
NICHOLAS G. HUCH                                  May 16, 2011                        JOSEPH R. KAISER, JR., CCR, RPR

Page 150

1  the company?
2      A.  No, I am not.
3      Q.  If you look at the second page
4  of this exhibit, it's 8494.  Items 1.4, 1.5
5  and 1.6 reflect the properties and the
6  percentages of those properties that were
7  part of this lease exchange agreement; is
8  that correct?
9      A.  Yes.
10      Q.  And there are four properties,
11  three properties that are identified here
12  as being held by and being transferred by
13  Anadarko E&P; is that correct?
14      A.  Yes.
15      Q.  Okay.  And one property held and
16  transferred by APC, by Anadarko Petroleum;
17  that is correct?
18      A.  Yes.
19      Q.  Do you recall who ultimately
20  signed off on this document from Anadarko?
21      A.  Steve Wallace.
22      Q.  I'm sorry, I don't mean who
23  signed the document.  Do you recall who
24  ultimately approved the contents of the
25  document?

Page 151

1      A.  Our legal counsel.
2      Q.  Okay.  If you'll look at 8495,
3  under the paragraph that's conveyance of
4  the BP property, the AEP property and the
5  APC property.  You see that?
6      A.  Yes.
7      Q.  This paragraph describes, it
8  says the pre-exchange and post-exchange
9  interests of each of the parties in the AEP
10  property, the APC property and the BP
11  property are set out in Exhibit A-2.
12      You see that?
13      A.  Yes.
14      Q.  If you go to 8508, which is
15  Exhibit A-2?
16      A.  Okay.
17      Q.  So actually we need to take a
18  break right now to change the tape.  So you
19  can just take a look at that and I'll ask
20  the question when we come back on.
21      THE VIDEOGRAPHER:
22      The conclusion of Tape 3, the
23  time is 11:23.
24      (Off the record.)
25      THE VIDEOGRAPHER:

Page 152

1      Returning to the record, it is
2  11:33, the start of Tape 4.
3  EXAMINATION BY MR. FINEMAN:
4      Q.  Before we broke, Mr. Huch, I was
5  having you look at 8508, Exhibit A-2 to the
6  lease exchange agreement.
7      A.  Yes.
8      Q.  And my question is:  Why was the
9  interest, recorded title interest allocated
10  22.5 percent to Anadarko E&P and
11  2.5 percent to Anadarko Petroleum?
12      A.  It's part of the lease exchange
13  agreement.  90 percent of the value of the
14  assets that were coming from Anadarko and
15  AEP combined were coming from the AEP
16  entity.  10 percent of the value of the
17  assets were coming from APC entity.
18      So in exchange for that we took
19  ownership in the assignment of the MC 252,
20  90 percent of that into AEP and 10 percent
21  of that into APC and for 90 percent of 25
22  equals 22 and a half and 10 percent of 25
23  equals 2.5.
24      Q.  Okay.  And was the direction to
25  do that, where did that direction come

Page 153

1  from?  Did that come from your legal
2  department or your accounting department?
3      MR. NEGER:
4      Object to the form.
5  EXAMINATION BY MR. FINEMAN:
6      Q.  You can answer.
7      A.  The initial direction to split
8  it up at all was a BP requirement.  And
9  since BP was going to require us to split
10  it up between AEP and APC, I got directions
11  from tax saying if you're going to split it
12  up, if you're going to require us to split
13  it up let's split it up in the portion that
14  we're assigning it.
15      MR. FINEMAN:
16      This is Exhibit 2316, ANA MDL
17  000038593, Tab 11.
18      (Whereupon, the document
19  referred to was marked as Exhibit No. 2316
20  for identification.)
21  EXAMINATION BY MR. FINEMAN:
22      Q.  This is an e-mail from you to
23  Ron Buehner?
24      A.  Yes.  It's pronounced Buehner.
25      Q.  Buehner.  And Dawn Peyton.  And

39 (Pages 150 to 153)

601 Poydras Street, Suite 1720                   GAUDET KAISER, L.L.C.                  Telephone: (504) 525-9100
New Orleans, LA 70130-6029                     Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit W
Page 39

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                                      Reported by:
NICHOLAS G. HUCH                                    May 16, 2011                          JOSEPH R. KAISER, JR., CCR, RPR

Page 154

1  if you take a look at that I believe that
2  this basically explains in e-mail form what
3  you just explained to us.  It's dated
4  November 11, 2009.
5      A.  Yes.
6      Q.  So is that what this is?
7      A.  Yes.
8      Q.  An explanation of the reason for
9  the split, for the allocated interests?
10     MR. NEGER:
11         Objection to form.
12  EXAMINATION BY MR. FINEMAN:
13     Q.  Start again.  Explain to me what
14  this communication is about.
15     A.  Give me a minute to read it.
16     Q.  Sure.
17     A.  What's your question?
18     Q.  My question is:  As I understand
19  the e-mail here, you were advised by BP
20  that they wanted to have the allocation
21  split between Anadarko E&P and Anadarko
22  Petroleum?
23     A.  Yes.
24     Q.  Your intention at Anadarko had
25  been that the whole interest go to Anadarko

Page 155

1  Petroleum?
2      A.  Yes.
3      Q.  Why was that?
4      A.  Why did we want it all going to
5  APC?
6      Q.  Yes, sir.
7      A.  Because they were going to be
8  the owner and the participant and the
9  funder and the investor.
10     Q.  But in this instance here, then
11  you're saying, then you're writing to
12  Mr. Buehner and Ms. Peyton saying if it has
13  to be allocated between them, what's the
14  right allocation?
15     A.  Yes.
16     Q.  At some point they must have
17  told you what the right allocation was and
18  that's reflected in the exhibit, the lease
19  exchange agreement?
20     A.  Yes.
21     Q.  Do you have any background in
22  tax?
23     A.  No.
24     Q.  So I presume that to the extent
25  decisions were made here for tax purposes,

Page 156

1  you played no role in that decision making
2  process?
3      A.  Correct.
4      MR. FINEMAN:
5          25 please.  I'm sorry.  26.  I'm
6  giving you what's previously been marked as
7  Exhibit 1943.
8  EXAMINATION BY MR. FINEMAN:
9      Q.  This is a document entitled
10  Macondo Prospect well participation
11  agreement.  Deepwater Gulf of Mexico.
12         Do you remember this document?
13     A.  Yes.
14     Q.  And what is this document?
15     A.  It's a well participation
16  agreement between Anadarko, BP and
17  Kerr-McGee as just an owner of the Pompano
18  facility.
19     Q.  That was going to be my
20  question.  So Kerr-McGee is on here because
21  it was a part owner of Pompano and the
22  tie-back to the Pompano is part of this
23  agreement?
24     A.  Yes.
25     Q.  And is that the sole purpose for

Page 157

1  Kerr-McGee's participation in this
2  agreement?
3      A.  Yes.
4      Q.  And if you turn to page 30623?
5  As with the lease exchange agreement, this
6  document was signed on behalf of Anadarko
7  Petroleum and Kerr-McGee by Mr. Wallace; is
8  that correct?
9      A.  Yes.
10     Q.  Now, this document -- Anadarko
11  E&P is not a party to this agreement; is
12  that correct?
13     A.  That's right.
14     Q.  Why is that?
15     A.  Because Anadarko E&P was never a
16  funding entity.  All the funds were coming
17  from the APC.
18     Q.  So in paragraph, in the recital
19  paragraph B on the first page?
20     A.  Yes.
21     Q.  It says APC owns an undivided
22  25 percent working interest in the Macondo
23  Prospect area following execution of the
24  lease exchange agreement and a subsequent
25  assignment from its affiliate Anadarko E&P

40 (Pages 154 to 157)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                    Reported by:
NICHOLAS G. HUCH                        May 16, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 158

1  of AEP's record title interest in the
2  Macondo Prospect area.  You see that?
3      A.   Yes.
4      Q.   So it was the intention, then,
5  to have Anadarko E&P transfer its
6  22.5 percent interest to Anadarko
7  Petroleum?
8      A.   Yes.
9      Q.   Okay.  We're going to look at a
10 document in a minute about that transfer.
11 Now, that transfer did not occur until
12 April 2010.  Do you recall that?
13     A.   Yes.
14     Q.   Okay.  So do you know why this
15 was, this document says that APC owned this
16 whole interest when at this point in time
17 and for some time thereafter Anadarko E&P
18 actually owned the 22.5 percent interest?
19     A.   State that question again.
20     Q.   Sure.  Why does this say that
21 APC owned the 25 percent working interest
22 when, in fact, Anadarko E&P owns
23 22.5 percent and the transfer of its
24 interest to Anadarko Petroleum does not
25 occur until April 2010?

Page 159

1      MR. NEGER:
2          Object to form.
3      THE WITNESS:
4          When we executed this agreement,
5  it was contemplated that the AEP interest
6  would immediately transfer to the APC and
7  just a matter of timing and coincidence it
8  didn't happen until April 1st of 2010.
9  EXAMINATION BY MR. FINEMAN:
10     Q.   You think it's just a clerical
11 error?
12     MR. BEFFA:
13          Object to form.
14     MR. NEGER:
15          Object to form.
16 EXAMINATION BY MR. FINEMAN:
17     Q.   Was it just a clerical mistake?
18     MR. BEFFA:
19          Same objection.
20     THE WITNESS:
21          I don't think it was a clerical
22 mistake, I think the intent is abundantly
23 clear.
24 EXAMINATION BY MR. FINEMAN:
25     Q.   I'm not disagreeing with you on

Page 160

1  what it says.  What I'm trying to
2  understand -- I'll show you some documents
3  in a minute -- is why the document doesn't
4  include Anadarko E&P when Anadarko E&P was
5  the owner of the interest, 22.5 percent
6  interest until at least until April 2010?
7      MR. NEGER:
8          Object to form.
9      MR. BEFFA:
10          Object to form.
11     THE WITNESS:
12          The contemplation was the
13 ownership and all the funding would come
14 from APC.
15 EXAMINATION BY MR. FINEMAN:
16     Q.   If you look at page 30617.  This
17 is the, paragraph 2.3 is the, that's the
18 Pompano paragraph we discussed earlier
19 today.  Correct?
20          It's a final version of that
21 provision; is that correct?
22     A.   Let me read it.
23          Yes.
24     Q.   If you go to 30619, you recall
25 earlier I asked you a couple of questions

Page 161

1  about areas of mutual interest?
2      A.   Yes.
3      Q.   This is addressing those
4  additional blocks of Mississippi Canyon;
5  correct?
6      A.   Yes.
7      Q.   And this is contemplating
8  Anadarko Petroleum having a 25 percent
9  interest in those blocks; correct?
10     A.   Didn't contemplate us owning
11 those blocks.  If BP was to acquire an
12 interest in those blocks they'd have to
13 offer 25 percent back to APC.
14     Q.   Fair enough.  I understand.
15 Thank you.
16          If you go to page 30625.  What
17 is this?
18     A.   This is an authority,
19 authorization for expenditure that BP
20 submitted to us.
21     Q.   And this is an exhibit to the
22 well participation agreement.  Correct?
23     A.   Yes.  I believe it's Exhibit B.
24     Q.   It's a little hard to read;
25 isn't it?

41 (Pages 158 to 161)

Page 162

1     A.   Yes.
2     Q.   But yes.
3          And, did you play any role in
4  evaluating or approving this authorization
5  for expenditure?
6     A.   My only role was to route it
7  through the channels within Anadarko for
8  approval.
9     Q.   I'm sorry.  So you did not play
10 any role in evaluating it?
11    A.   No.
12    Q.   Did you play any role in
13 determining whether to pay the invoiced
14 amount?
15    A.   No.
16    Q.   Did you play any role in
17 confirming the accuracy of the project
18 description?
19    A.   No.
20    Q.   If you look at the next page,
21 Tab B.  I'm sorry.  It's Exhibit B, which
22 is the well plan design.  You see that?
23    A.   Continued Exhibit B?
24    Q.   Yes.  I'm sorry.
25    A.   Yes.

Page 163

1     Q.   Did you, did you play any role
2  in the, in agreeing on or accepting the
3  well design?
4     A.   No.
5     Q.   Do you know whether anybody at
6  Anadarko did?
7     A.   Somebody must have because it
8  was approved.
9     Q.   Okay.  But this is not your
10 area?
11    A.   No.
12    Q.   Okay.  So continuing the
13 conversation about Anadarko E&P and the
14 transfer of that interest, this is
15 Exhibit 2317.
16    MR. FINEMAN:
17         It's Tab 40.  ANA MDL 000023861
18 to 23866.
19         (Whereupon, the document
20 referred to was marked as Exhibit No. 2317
21 for identification.)
22 EXAMINATION BY MR. FINEMAN:
23    Q.   The first page of this
24 exhibit -- by the way, this exhibit has
25 shaded text.  As far as I know, that's the

Page 164

1  way it was produced.  Nothing we did to the
2  document.  So I don't know if that, I don't
3  know if it's somewhere in the process that
4  happened or if it was in the original, I
5  just don't know.
6          This first page is an e-mail
7  from Michael Beirne to Naoki Ishii, Jim
8  Bryan and Nick Huch; correct?
9     A.   Yes.
10    Q.   Dated June 10, 2010.
11         You see that?
12    A.   Yes.
13    Q.   The e-mail says that Anadarko
14 E&P Company, LP assigned its interest in
15 Mississippi Canyon 252 to Anadarko
16 Petroleum effective April 1, 2010.  See
17 attached assignment.
18         Accordingly, attached is the
19 first amendment to the Macondo operating
20 agreement for your execution to reflect
21 this change.
22         You see that?
23    A.   Yes.
24    Q.   Do you recall this e-mail?
25    A.   I don't recall this specific

Page 165

1  e-mail, but I do recall receiving the
2  amendment to the operating agreement.
3     Q.   Okay.  And do you recall why,
4  why Mr. Beirne was sending this document in
5  June of 2010?
6     MR. NEGER:
7          Objection, form.
8     THE WITNESS:
9          I don't know why he sent it in
10 June.
11 EXAMINATION BY MR. FINEMAN:
12    Q.   Do you recall having any
13 conversations with anybody at Anadarko
14 after having received the e-mail and the
15 attached documents?
16    A.   Yes.
17    Q.   Who did you speak with?
18    A.   Legal counsel.
19    Q.   When did that conversation take
20 place?
21    A.   Not long after I received the
22 document and forwarded it to legal for
23 their review and approval.
24    Q.   Who did you speak with at legal?
25    A.   Barbara Dunbar.

42 (Pages 162 to 165)

Page 166

1    Q.    Was anybody else present when
2  you had that conversation?
3      A.    It was on the phone.
4      Q.    What was the subject matter?
5  Don't tell me what she said, what you said,
6  but what was the general subject matter of
7  the call?
8      A.    The general subject matter was,
9  it was her advice that we not --
10     MR. NEGER:
11         Wait.
12     THE WITNESS:
13         I'm sorry.
14     MR. NEGER:
15         Mr. Fineman asked you for the
16  general subject matter but not to reveal,
17  but I direct you not to reveal the
18  substance of the legal advice that was
19  solicited from Ms. Dunbar or was given by
20  Ms. Dunbar.  Okay?
21         Understand?  You can describe
22  the topics that were discussed.  But please
23  don't reveal the substance of the
24  discussion, what she told you and what you
25  asked from her.

Page 167

1         Do we need to have a brief
2  conversation off the record or do you
3  understand my direction?
4         Let's take a moment.
5      THE WITNESS:
6         Yes.
7      MR. NEGER:
8         Let's take a moment.
9      THE VIDEOGRAPHER:
10        Off the record.  It's 11:49.
11        (Off the record.)
12     THE VIDEOGRAPHER:
13        Returning to the record, it is
14  11:51.
15  EXAMINATION BY MR. FINEMAN:
16     Q.    All right.  Mr. Huch, I think
17  you had a chance to talk to your counsel
18  about this question, which is what was the
19  subject matter of your conversation with
20  counsel?
21     A.    We talked about the nature of
22  the amendment.
23     Q.    The nature of the amendment?
24     A.    Yes.
25     Q.    We'll talk about the amendment.

Page 168

1    Anything else?
2      A.    No.
3      Q.    If you turn the page of the
4  exhibit, this is -- well, what is this
5  document?
6      A.    You're on what page?
7      Q.    I'm on the second page, it's the
8  second and third page of the exhibit.  So
9  it's the, it's the assignment of record
10  title of interest document.
11     A.    Yeah, okay.
12     MR. NEGER:
13        The bottom, 23862 to 23863.
14  EXAMINATION BY MR. FINEMAN:
15     Q.    Yes.  Question about it?
16     A.    What is it?
17     Q.    Yes, sir.
18     A.    This is the first page of an
19  assignment form MMS 150 whereby Anadarko
20  assigned us 22 and a half percent interest
21  to Anadarko Petroleum Corporation in the MC
22  252 block.
23     Q.    And the, if you look at the
24  second page of that document, it appears
25  that it's signed by Jim Bryan, April 15,

Page 169

1  2010?
2      A.    Yes.
3      Q.    Okay.  Are those your initials
4  next to that?
5      A.    Yes.
6      Q.    Is that because you signed on
7  his behalf?
8      A.    No.
9      Q.    Why are your initials there?
10     A.    Just to let him know that this
11  document's been approved by me.
12     Q.    The document was approved by
13  you.  Did you initial this prior to the
14  time he signed it?
15     A.    Yes.
16     Q.    I see.  Okay.  So that's
17  Mr. Bryan's signature and your initials are
18  just telling him that you reviewed the
19  document?
20     A.    Yes.
21     Q.    And this document is executed on
22  April 15, 2010; correct?
23     A.    Yes.
24     Q.    And if you turn back to the
25  front page, it shows that it was received

Exhibit W
Page 43

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                    Reported by:
NICHOLAS G. HUCH                                    May 16, 2011                                    JOSEPH R. KAISER, JR., CCR, RPR

Page 170

1  by MMS on April 21st.  You see that, the
2  top of the page?
3      A.   Yes.
4      Q.   Okay.  And then it says, on the
5  bottom of the page it says the approval
6  date is April 28, 2010; is that correct?
7      A.   Yes.
8      Q.   Okay.  And if you to turn back
9  to the second page, it says that the
10 assignment of record title interest will be
11 made effective between parties hereto as of
12 April 1, 2010.  You see that?
13     A.   Yes.
14     Q.   Do you know why this document
15 was executed by Mr. Bryan and approved by
16 you on April 15, 2010 as opposed to any
17 earlier date?
18     A.   No.
19     Q.   Do you recall having a
20 conversation with Mr. Bryan about why the
21 document was being executed on April 15th?
22     A.   No.
23     Q.   Do you recall having a
24 conversation with anybody at Anadarko about
25 why the document was being executed on

Page 171

1  April 15th?
2      A.   No.
3      Q.   Okay.  As of April 15, 2010, was
4  it your understanding that Anadarko E&P
5  owned 22.5 percent interest in Mississippi
6  Canyon 252 block?
7      MR. BEFFA:
8          Object to the form.
9      THE WITNESS:
10         Repeat it again.
11 EXAMINATION BY MR. FINEMAN:
12     Q.   As of April 15, 2010, was it
13 your understanding that Anadarko E&P owned
14 a 22.5 percent interest, the lease interest
15 in Mississippi Canyon 252 block?
16     MR. BEFFA:
17         Same objection.
18     THE WITNESS:
19         Yes.
20     MR. BEFFA:
21         Did he answer?
22     MR. FINEMAN:
23         It was.  The answer is yes.
24 EXAMINATION BY MR. FINEMAN:
25     Q.   If you'll turn to the next page,

Page 172

1  the first amendment of the operating
2  agreement.  You see that?
3      A.   Yes.
4      Q.   Okay.  So this, as I understand
5  this document, this purports to amend the
6  operating agreement -- which we haven't
7  looked at yet which we'll look at in a
8  second -- to reflect that Anadarko
9  Petroleum owns 25 percent interest and
10 would remove Anadarko E&P as a party to the
11 operating agreement; is that correct?
12     A.   Yes.
13     Q.   Okay.  It also appears that it
14 was executed on June 9, 2010 by Mr. Howe at
15 BP.  You see that?
16     A.   I don't see the date of
17 execution.
18     Q.   Right above his name.
19     A.   Oh, yes.
20     Q.   June 9, 2010?
21     A.   Yes.
22     Q.   And it was going to be, purport
23 to be effective as of October 1st, 2009.
24 You see that?
25     A.   Yes.

Page 173

1      Q.   Do you recall, do you know
2  whether or not anybody from Anadarko
3  Petroleum or Anadarko E&P ever signed this
4  document?
5      A.   They did not.
6      MR. FINEMAN:
7          Let's go off the record for one
8  second.
9      THE VIDEOGRAPHER:
10         Off the record.  It's 11:57.
11         (Off the record.)
12     THE VIDEOGRAPHER:
13         Returning to the record.  It's
14 11:58.
15 EXAMINATION BY MR. FINEMAN:
16     Q.   Mr. Huch, I'm going to give you
17 what's been previously marked as
18 Exhibit 1243.  It's Tab 28.
19         You can take the rubber band off
20 and if you need to look at the document,
21 read anything to answer questions, that's
22 fine.  Okay?
23         Do you recognize this document?
24     A.   Which document you're referring
25 to?

44 (Pages 170 to 173)

Exhibit W
Page 44

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                      Reported by:
NICHOLAS G. HUCH                                    May 16, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 174

```
1      Q.   Well, let's start with the
2  document that's on the front up at the top
3  which is called ratification and joinder of
4  operating agreement Macondo Prospect.
5      A.   Yes, I do.
6      Q.   Can you tell me what this is?
7      A.   It's exactly what it says it is,
8  it's a ratification and joinder of the
9  operating agreement, existing operating
10 agreement that was in place between BP and
11 MOEX.
12     Q.   And did you participate in the
13 drafting of this document?
14     MR. NEGER:
15         What you mean, the ratification
16 and joinder?
17     MR. FINEMAN:
18         Yes.  We just clarified that
19 we're only talking about that document
20 right now.
21     THE WITNESS:
22         BP drafted it and submitted it
23 to us for our review and approval.
24     EXAMINATION BY MR. FINEMAN:
25     Q.   And what is the purpose of this
```

Page 175

```
1  document?
2      A.   This sets forth the revised
3  interests under the operating agreement as
4  a result of the lease exchange agreement
5  and well participation agreement.
6      Q.   And that is reflected here on
7  this page, is that Anadarko E&P takes 22.5
8  percent working interest and Anadarko
9  Petroleum 2.5 percent interest?
10     A.   Yes.
11     Q.   If you'll look at the next page,
12 again, this document was executed on
13 December 17, 2009 by Mr. Wallace on behalf
14 of Anadarko E&P and Anadarko Petroleum;
15 correct?
16     A.   Yes.
17     Q.   Okay.  If you can put that down
18 and look at the next big piece of paper.
19 You can put that down, too.  All right.
20 The next document is Macondo Prospect
21 offshore deepwater operating agreement;
22 correct?
23     A.   Yes.
24     Q.   And there's exhibits as well,
25 I'll point them to you when we get
```

Page 176

```
1  there.
2          You testified a moment ago that
3  this document was already in existence when
4  you, when Anadarko signed the ratification
5  and joinder of operating agreement;
6  correct?
7      A.   Yes.
8      Q.   And do you recall, this was,
9  that's because the MOEX Offshore 2007 and
10 BP had already entered into this document;
11 is that correct?
12     A.   Yes.
13     Q.   Did you participate at all in
14 the content, in drafting the content of
15 this document?
16     A.   No.
17     Q.   Did you ever express to BP any
18 reservations or complaints about any
19 provision of this document?
20     A.   No.
21     Q.   Okay.  Was it the case that
22 Anadarko just accepted this document as the
23 operating agreement because it was already
24 in place?
25     A.   Yes.
```

Page 177

```
1      Q.   Prior to the execution of the
2  well participation agreement and the lease
3  exchange agreement, did you read this
4  document?
5      A.   No.  Not entirely.
6      Q.   Did you read parts of it?
7      A.   Some parts.
8      Q.   Do you remember what parts you
9  read?
10     A.   Yes.  I would have read the -- I
11 did read the part involving the election
12 and voting percentages and the non-consent
13 penalty provision.
14     Q.   What's that?
15     A.   Non-consent penalty provision.
16     Q.   And those provisions related to
17 the time in which one had, you had,
18 Anadarko had to pay the bills, to pay the
19 invoices?
20     A.   No.
21     Q.   No?  Okay.  What were those
22 provisions?  What specifically were you
23 reading the document for?
24     A.   To determine what voting
25 requirements are necessary to carry out an
```

45 (Pages 174 to 177)

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C.                    Telephone: (504) 525-9100
New Orleans, LA 70130-6029                     Board-Certified Court Reporters              Facsimile: (504) 525-9109

Exhibit W

Page 178

1  operation and what our obligations are with
2  respect to funding the initial well and any
3  subsequent wells.
4      Q.   What was your understanding
5  about that Anadarko's role in the Macondo
6  Prospect under this document?
7      A.   Non-operator.
8      Q.   What does that mean?
9      A.   That means we don't have any
10  control over any of the operations.
11      Q.   So what you were primarily
12  concerned with was your election to
13  participate going forward when you received
14  AFEs?
15      A.   Yes.
16      Q.   And voting rights with respect
17  to those things that you had a vote on?
18      A.   Yes.
19      Q.   Do you recall what you had the
20  right to vote on, Anadarko had the right to
21  vote on under this document?
22      A.   It would have been any
23  subsequent operations after the initial
24  well hit objective depth and anything
25  thereafter.

Page 179

1      Q.   Okay.  Under this document
2  did -- was Anadarko's vote in favor of
3  TAing the well required?
4      MR. NEGER:
5          Object to the form.
6  EXAMINATION BY MR. FINEMAN:
7      Q.   Do you know what TAing the well
8  means?
9      A.   Yes.
10      Q.   Was Anadarko's vote to do that
11  part required by this agreement?
12      MR. NEGER:
13          Objection to the extent you're
14  asking for a legal conclusion.
15  EXAMINATION BY MR. FINEMAN:
16      Q.   I'm just asking for your
17  knowledge based on what you read.
18      A.   I don't know.
19      Q.   All right.  As far as you know,
20  did Macondo get to the feasibility stage?
21  Do you know what feasibility stage means?
22      A.   You mean feasibility study?
23      Q.   No.  Feasibility stage as
24  defined in this document.  Did you look at
25  that?

Page 180

1      A.   No.
2      Q.   Have you ever heard of anything
3  called the feasibility team?
4      A.   Yes.
5      Q.   To your knowledge, was anybody
6  from Anadarko on a feasibility team with
7  respect to Macondo?
8      A.   No.
9      Q.   You ever hear of the term
10  project team?
11      A.   Yes.
12      Q.   To the best of your knowledge,
13  was anybody from Anadarko ever on a project
14  team with respect to Macondo?
15      A.   No.
16      Q.   Is it your memory that BP
17  exploration production was designated as
18  the operator under this agreement?
19      A.   Yes.
20      Q.   And Anadarko was a non-operator?
21      A.   Yes.
22      Q.   Okay.  Did you play any role
23  in -- strike that.  Do you recall that
24  under the operating agreement Anadarko's
25  required to obtain certain information from

Page 181

1  BP?
2      MR. NEGER:
3          Objection to the extent it calls
4  for a legal conclusion.
5      MR. FINEMAN:
6          Let me just make it clear.  I
7  know you're not a lawyer and I'm not asking
8  you for any legal conclusions.  In your
9  capacity as landman on this project and the
10  principal negotiator for the transaction
11  documents, that's the only basis for my
12  questions to you.  Don't try to give me a
13  legal conclusion.  Okay?
14      THE WITNESS:
15          (Witness nods head).
16  EXAMINATION BY MR. FINEMAN:
17      Q.   So are you aware that under this
18  agreement Anadarko was entitled to certain
19  information or entitled to ask for certain
20  information?
21      A.   Yes.
22      Q.   Did you participate at all in
23  obtaining any information that was, that
24  Anadarko was entitled to under this
25  agreement?

46 (Pages 178 to 181)

Page 182

1     A.   No.
2     Q.   Okay.  You did participate in
3  receiving AFEs; correct?
4     A.   Yes.
5     Q.   And that's covered by this
6  agreement?
7     A.   Yes.
8     Q.   Aside from AFEs, did you
9  participate in the receipt of any other
10  information with respect to Macondo under
11  this agreement?
12     A.   From BP?
13     Q.   Yes, sir.
14     A.   No.
15     Q.   When you reviewed this document
16  or parts of the document prior to execution
17  of the documents, of this document and the
18  other transaction documents, did you review
19  the portion of the document, the operating
20  agreement dealing with health, safety,
21  environment?
22     A.   No.
23     Q.   Do you know if anybody at
24  Anadarko did?
25     A.   I don't know if they did.

Page 183

1     Q.   All right.  Who at Anadarko was
2  responsible for making decisions about
3  whether to make an election to participate
4  as AFEs came from BP?
5     MR. NEGER:
6        Again, with respect to Macondo?
7     MR. FINEMAN:
8        Yes, sir.
9     THE WITNESS:
10        Who ultimately made the
11  decision?
12  EXAMINATION BY MR. FINEMAN:
13     Q.   Yes.
14     A.   It would depend on the dollar
15  value of the election decision, who had
16  that authority to make that decision.
17     Q.   Did you have any decision,
18  election decision making authority?
19     A.   No.
20     Q.   Did Mr. Bryan?
21     A.   No.
22     Q.   Those would have been made by,
23  perhaps, Mr. O'Donnell or people he
24  reported to?
25     A.   Again, it depends on the value

Page 184

1  of the election decision.
2     Q.   Did you know the breakdown at
3  Anadarko for the authority levels?
4     A.   No.
5     Q.   So if I asked, if it was a
6  million dollar expenditure, do you know,
7  sitting here today, do you know who would
8  have been authorized to approve that?
9     A.   That could have been Alan
10  O'Donnell.  It could have been within his
11  authority range to do that.
12     Q.   But do you know for sure?
13     A.   No, I don't.
14     Q.   All right.  Do you recall that
15  under the operating agreement the
16  non-operators were entitled to request
17  access to the drilling rig?
18     MR. NEGER:
19        Objection, form.
20  EXAMINATION BY MR. FINEMAN:
21     Q.   Do you remember that from these
22  documents?
23     A.   I don't remember that from that
24  specific document.
25     Q.   Okay.  Do you, in your capacity

Page 185

1  as the landman on this, on Macondo, did you
2  ever visit the DEEPWATER HORIZON yourself?
3     A.   No.
4     Q.   Did you ever facilitate anybody
5  from Anadarko visiting the DEEPWATER
6  HORIZON?
7     A.   No.
8     Q.   To your knowledge, did anybody
9  from Anadarko ever visit the DEEPWATER
10  HORIZON?
11     A.   No.
12     Q.   If you go to, all the way to
13  document, the document 81836?
14     A.   1836?
15     Q.   1836, yes.  It's Exhibit K.
16  This is Exhibit K, health, safety,
17  environment.  You see that?
18     A.   Yes.
19     Q.   Do you remember whether this was
20  one of the parts of the operating agreement
21  that you reviewed prior to the transaction
22  being concluded?
23     A.   I did not review this document.
24     Q.   Do you know whether anybody at
25  Anadarko did?

47 (Pages 182 to 185)

Page 186

```
 1     A.  No, I don't.
 2     Q.  Is there somebody at Anadarko
 3  who worked on Macondo who you think
 4  responsibility would have included
 5  reviewing this document?
 6     MR. NEGER:
 7        Objection to form.
 8     THE WITNESS:
 9        No, I don't.
10  EXAMINATION BY MR. FINEMAN:
11     Q.  You don't know?
12     A.  No.
13     Q.  Okay.
14     MR. FINEMAN:
15        We can break.
16     THE VIDEOGRAPHER:
17        This is the conclusion of
18  Tape 4.  The time is 12:10, we're now off
19  the record.
20        (Recess for lunch).
21     THE VIDEOGRAPHER:
22        Returning to the record, it is
23  1:21, this is the start of Tape 5.
24  EXAMINATION BY MR. FINEMAN:
25     Q.  Mr. Huch, do you know who Kirk
```

Page 188

```
 1  review BP's Gulf of Mexico regional oil
 2  spill response plan?
 3     A.  No.
 4     Q.  As of the end of 2009, had you
 5  had any discussions with anybody at
 6  Anadarko about BP's past health, safety or
 7  environmental record?
 8     A.  No.
 9     Q.  As of the end of 2009, did you
10  personally have any concerns about BP's
11  health, safety or environmental record in
12  connection with whether Anadarko should
13  acquire interest in the Macondo Prospect?
14     A.  No.
15     Q.  As of the end of 2009, had you
16  engaged in any discussions internally at
17  Anadarko regarding BP's ability to manage
18  or contain a blowout?
19     A.  No.
20     Q.  As of the end of 2009, had you
21  participated in any discussions internally
22  at Anadarko regarding BP's ability to
23  contain an oil spill at Macondo?
24     A.  No.
25     Q.  As of the end of 2009, did you
```

Page 187

```
 1  Wardlaw is?
 2     A.  Yes.
 3     Q.  Who is that?
 4     A.  I think he's the land director
 5  for BP.
 6     Q.  And so where does he fit in
 7  comparison to Mr. Beirne and Mr. Howe?
 8     A.  I think, well, Mike Beirne
 9  reports to Kemper and I think Kemper Howe
10  reports to Kirk Wardlaw.
11     Q.  Did you have any communications
12  with Mr. Wardlaw during the 2010 time
13  period with respect to Macondo?
14     A.  I don't remember having any
15  conversations with him.
16     Q.  Do you recall whether you ever
17  had any conversations with him with respect
18  to Macondo at any time?
19     A.  No, I don't.
20     Q.  You don't recall or you just --
21     A.  I don't recall.
22     Q.  Prior to January 2010, did you
23  review BP's initial exploration plan?
24     A.  No.
25     Q.  Prior to January 2010, did you
```

Page 189

```
 1  have any concerns about BP's ability to
 2  manage or contain a blowout at Macondo?
 3     A.  No.
 4     Q.  At the end of, by the end of
 5  2009, did you have any concerns about BP's
 6  ability to manage or contain an oil spill
 7  at Macondo?
 8     A.  No.
 9     MR. NEGER:
10        You're referring to Mr. Huch?
11     MR. FINEMAN:
12        Yes.  As I understand, he's not
13  here as a 30(b)(6) witness.
14     MR. NEGER:
15        Correct.
16  EXAMINATION BY MR. FINEMAN:
17     Q.  MOEX Offshore 2007, LLC was
18  another one of the lessees in the Macondo
19  Prospect; correct?
20     A.  Yes.  They were one of the other
21  nonoperating parties.
22     Q.  All right.  Were you aware of
23  MOEX Offshore before the Macondo
24  transaction?
25     A.  Before we signed the
```

48 (Pages 186 to 189)

Exhibit W
Page 48

Page 190

1  transaction, yes.
2      Q.   How were you aware of them, or
3  it?
4      A.   I think the first time I was
5  made aware of it when we received the
6  operating agreement, existing operating
7  agreement.
8      Q.   Before your knowledge of MOEX
9  Offshore's involvement in Macondo, did you
10  know about MOEX Offshore?
11     A.   I've heard of them.
12     Q.   What did you know of them?
13     A.   I just, I know they are a part
14  of a Mitsui conglomerate.
15     Q.   I'm giving you what we're
16  marking as Exhibit 2318.  ANA MDL
17  000038086.
18          (Whereupon, the document
19  referred to was marked as Exhibit No. 2318
20  for identification.)
21  EXAMINATION BY MR. FINEMAN:
22     Q.   These are e-mails dated
23  November 19, 2009.  The first is from Alan
24  O'Donnell to you; correct?
25     A.   Yes.

Page 191

1      Q.   He's asking you, Nick, who is
2  the other partner at Macondo?  Was it
3  Mitsui; correct?
4      A.   Yes.
5      Q.   And you respond later that day
6  by saying yes, it's Mitsui but the official
7  name they're using to do business at
8  Macondo, among other places, is MOEX
9  Offshore 2007, LLC or just simply MOEX.
10         You see that?
11     A.   Yes.
12     Q.   And that's consistent with your
13  memory about the relationship between
14  Mitsui and MOEX?
15     A.   Yes.
16     Q.   Okay.  Have you ever met anybody
17  from MOEX Offshore?
18     A.   No.
19     Q.   Did you ever meet Naoki Ishii?
20     A.   No.
21     Q.   Did you ever talk to Mr. Ishii
22  on the telephone?
23     A.   No.
24     Q.   Did you ever meet anybody from
25  any other Mitsui company in connection

Page 192

1  with -- well, have you ever met anybody
2  from any other Mitsui company?
3      A.   No.
4      Q.   Prior to the end of 2009, did
5  you investigate or evaluate MOEX Offshore's
6  financial condition?
7      A.   No.
8      Q.   Prior to the end of December of
9  2009, did you investigate MOEX Offshore's
10  ability to satisfy their 10 percent working
11  interest in Macondo?
12     A.   No.
13     Q.   Prior to the end of 2009, did
14  you investigate or evaluate MOEX's offshore
15  expertise, if any, in deepwater drilling?
16     A.   No.
17     Q.   At that time, did you know
18  whether MOEX Offshore had any experience in
19  deepwater drilling?
20     A.   No, I didn't.
21     Q.   Mr. Huch, did you play any role
22  with respect to the Macondo Prospect
23  between January 2010 and April 20, 2010?
24     A.   Yes.
25     Q.   What role did you play during

Page 193

1  that time period?
2      A.   I would have processed any AFEs
3  that came in from BP.  Processed them
4  internally for approval.
5      Q.   Any other role?
6      A.   I would have submitted any
7  approved AFEs back to BP.
8      Q.   Any other role besides
9  concerning AFEs?
10     A.   Other than -- no.
11     Q.   Did you participate in any
12  meetings with BP in the January 2010 to
13  April 20, 2010 time period concerning
14  operational progress at Macondo?
15     A.   No.
16     Q.   Did you, again, in the same time
17  period, January 2010 to April 20, 2010, did
18  you participate in any meetings internally
19  at Anadarko concerning the operational
20  progress at Macondo?
21     A.   Only at such time that we
22  received a supplemental AFE.
23     Q.   We'll come back to those in a
24  moment.
25         Do you know what WellSpace is?

49 (Pages 190 to 193)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                        Reported by:
NICHOLAS G. HUCH                                        May 16, 2011                     JOSEPH R. KAISER, JR., CCR, RPR

Page 194

```
1       A.  No.
2       Q.  You do not know what it is?
3       A.  No.
4       Q.  Had you ever heard of it before?
5       A.  WellSpace?
6       Q.  Yes, sir.
7       A.  No.  I mean, I can speculate.
8       Q.  No.  You don't have to
9   speculate.  Not yet.
10          This is a document we previously
11  marked as 1213.  This is an e-mail from
12  Robert Bodek.
13      MR. HARTLEY:
14          What tab?
15      MR. FINEMAN:
16          I'm sorry.  Tab 33.
17  EXAMINATION BY MR. FINEMAN:
18      Q.   This is an e-mail from Robert
19  Bodek to a distribution list that includes
20  you, dated January 26, 2010.  You see that?
21      A.  Yes.
22      Q.   And the subject is MC 252 No. 1
23  Macondo WellSpace; correct?
24      A.  Yes.
25      Q.   At the bottom it says Bobby
```

Page 195

```
1   Bodek is with BP, geological operations
2   coordinator.  You see that?
3       A.  Yes.
4       Q.   Have you ever, do you recall if
5   you've ever spoken with Mr. Bodek?
6       A.  I don't recall ever speaking to
7   Mr. Bodek.
8       Q.  Okay.  Do you recall this
9   e-mail?
10      A.  No, I don't.
11      Q.   The e-mail says -- it's from
12  Bodek to somebody at Halliburton called
13  Paul Stapp and it says could you add the
14  following individuals to the access list
15  for the Macondo WellSpace.  I believe these
16  individuals are all new users.  Could you
17  please send them a confirmation e-mail with
18  a link to WellSpace, their user name and
19  password.  You see that?
20      A.  Yes.
21      Q.   And your name is listed in this
22  group of people from Anadarko; is it not?
23      A.  Yes.
24      Q.  Do you recall whether or not you
25  were provided with access to WellSpace for
```

Page 196

```
1   the Macondo Prospect?
2       A.  I don't recall receiving access.
3       Q.  Do you recall whether or not you
4   ever, in fact, looked at, logged on to and
5   looked at information on WellSpace?
6       A.  I did not.
7       Q.   Had you ever heard something
8   called INSITE Anywhere®?
9       A.  Yes.
10      Q.  What is that?
11      A.  It's an online database, well
12  database.
13      Q.   And did you have access to
14  INSITE Anywhere® for the Macondo Prospect?
15      A.  No.
16      Q.  Did you ever look at any
17  information concerning Macondo on INSITE
18  Anywhere®?
19      A.  No.
20      Q.  So I'm going to give you what's
21  been previously marked as Exhibit 1920.
22          This is Tab 30.  This is a
23  letter dated February 18, 2010 from you at
24  Anadarko Petroleum to Mike Beirne at BP
25  Exploration; correct?
```

Page 197

```
1       A.  Yes.
2       Q.  Do you recall this letter?
3       A.  As I sit here today, I don't.
4       Q.  Do you know what this letter is?
5       A.  Yes.
6       Q.  What is it?
7       A.  It's transmitting the executed
8   supplemental AFE back to BP.
9       Q.   And this is the supplemental
10  authorization for expenditure that's
11  attached; is that correct?
12      A.  Yes.
13      Q.   And the supplemental AFE
14  indicates that it was dated, date prepared,
15  January 7, 2010; is that correct?
16          The top left of the page, sir.
17      A.  Yes.
18      Q.   And it looks like it was
19  executed by Anadarko on February 18, 2010;
20  is that correct?
21      A.  Yes.
22      Q.   And it was executed both by, it
23  was executed on behalf off both Anadarko
24  E&P and Anadarko Petroleum; correct?
25      A.  Yes.
```

50 (Pages 194 to 197)

601 Poydras Street, Suite 1720                  GAUDET KAISER, L.L.C.                  Telephone: (504) 525-9100
New Orleans, LA 70130-6029              Board-Certified Court Reporters              Facsimile: (504) 525-9109

Exhibit W
Page 50

Page 198

1     Q.   Okay.  I know it's hard to read,
2  but do you know who signed it?
3     A.   Yes.
4     Q.   Go ahead.
5     A.   Stuart Strife.
6     Q.   Okay.  The -- now, did you play
7  any role in the decision whether to pay
8  this authorization, to approve it?
9     A.   My only role would have been to
10  route it internally for approval.
11     Q.   Okay.  Earlier, I think you
12  testified with respect to AFEs that
13  Anadarko Petroleum paid all the bills.
14        Do you remember that testimony?
15     A.   Yes.
16     Q.   So here it says working interest
17  owners and it says Anadarko E&P Company and
18  it's identifying Anadarko's, Anadarko E&P's
19  22.5 percent interest.  You see that?
20     A.   Yes.
21     Q.   And Anadarko Petroleum's 2.5
22  percent interest.  You see that?
23     A.   Yes.
24     Q.   And then it has corresponding
25  costs to each of those companies.

Page 199

1        You see that?
2     A.   Yes.
3     Q.   Is it your understanding that
4  Anadarko Petroleum paid both of those
5  charges, or that Anadarko E&P paid the
6  charge attributed to it?
7     MR. NEGER:
8        Object to form.
9  EXAMINATION BY MR. FINEMAN:
10     Q.   You can answer.
11     A.   Yeah.  Anadarko Petroleum paid
12  on behalf of Anadarko Petroleum and
13  Anadarko E&P.
14     Q.   Did you play any role in the
15  election to pay this AFE?
16     MR. NEGER:
17        Object to the form.
18     THE WITNESS:
19        My role would have been routing
20  the -- the AFE for approval.  And upon
21  receiving approval as signed by Stuart
22  Strife I just transmitted it back to BP,
23  having approval.
24  EXAMINATION BY MR. FINEMAN:
25     Q.   Okay.  I'm going to give you

Page 200

1  what's been previously marked as
2  Exhibit 1921, Tab 31.  This is a March 30,
3  2010 letter from you at Anadarko Petroleum
4  to Mr. Beirne at BP Exploration Production,
5  dated March 30, 2010; correct?
6     A.   Yes.
7     Q.   And can you tell me what this
8  communication is?
9     A.   It's transmitting what appears
10  to be the second supplemental AFE back to
11  BP evidencing our approval.
12     Q.   Okay.  And, again, was your role
13  simply to facilitate getting this,
14  communicating this document, the AFE
15  internally and then responding to BP?
16     A.   Yes.
17     Q.   Did you play any role in
18  deciding whether or not this AFE would be
19  approved?
20     A.   No.
21     Q.   This second supplemental AFE was
22  prepared on March 22, 2010; correct?
23     A.   Yes.
24     Q.   Okay.  And, again, it was
25  directed to Anadarko E&P and Anadarko

Page 201

1  Petroleum; correct?
2     A.   Yes.
3     Q.   And it was signed on both, on
4  behalf of both of those companies by
5  Mr. Strife; correct?
6     A.   Yes.
7     Q.   On April, on March 30, 2010?
8     A.   Yes.
9     Q.   Did you participate in any
10  discussions at Anadarko about whether this
11  AFE should be paid?
12     A.   You mean approved?
13     Q.   Approved.  I'm sorry.
14     A.   No.
15     Q.   I'm going to give you what's
16  been previously marked as Exhibit 1922.
17  This is an April 15, 2010 letter from you
18  to Ms. Aimee Patel at BP Exploration;
19  correct?
20     A.   Yes.
21     Q.   And, again, what is this, the
22  letter?
23     A.   This is the transmittal letter
24  back to BP forwarding the approved AFE to
25  set production casing.

51 (Pages 198 to 201)

601 Poydras Street, Suite 1720                      GAUDET KAISER, L.L.C.                      Telephone: (504) 525-9100
New Orleans, LA 70130-6029                     Board-Certified Court Reporters              Facsimile: (504) 525-9109

Exhibit W
Page 51

Page 202

1    Q.   And, again, your role was simply
2  to receive the document and return the
3  signed version to BP; is that correct?
4    A.   Our safety approval process,
5  routing around.
6    Q.   Routing around.  Right.  And did
7  you have any role in the decision to
8  approve this AFE?
9    A.   No.
10    Q.   Okay.  And, again, this document
11  was -- there's two different, actually,
12  AFEs here or there are two signatures;
13  right?  Two pages, one on behalf of
14  Anadarko E&P dated April 15, 2010, signed
15  by Mr. O'Donnell?
16    A.   Yes.
17    Q.   And another signed by
18  Mr. O'Donnell on behalf of Anadarko
19  Petroleum as of April 15, 2010?
20    A.   Yes.
21    Q.   You can put that down.  In the
22  time period of January 10th to April 20,
23  2010, did you have any role in performing
24  or reviewing any economic analyses or
25  forecasts for Macondo?

Page 203

1    A.   No.
2    Q.   Are you familiar with a database
3  known as Peep?
4    A.   Yes.
5    Q.   What is that?
6    A.   It's an economic database that
7  Anadarko uses.
8    Q.   Okay.  Are you familiar with the
9  database in the sense of do you know how to
10  read the material that Peep produces?
11    A.   No.
12    Q.   Do you have any responsibility
13  in your position at Anadarko for looking at
14  or reviewing economic data contained on
15  Peep?
16    A.   No.
17    Q.   Do you recall what Anadarko's
18  role was in -- strike that.  Do you recall
19  whether Anadarko was required under the
20  operating agreement to approve or agree to
21  conclude drilling at Macondo?
22    MR. NEGER:
23        Objection.  It calls for a legal
24  conclusion.
25    MR. FINEMAN:

Page 204

1        Fair enough.  As I said earlier,
2  I'm not asking you any questions in your
3  capacity as a lawyer.
4    THE WITNESS:
5        Could you repeat the question
6  again?
7  EXAMINATION BY MR. FINEMAN:
8    Q.   Sure.  My question is:  Do you
9  know whether under the operating agreement
10  Anadarko had any -- was required to approve
11  or agree to the conclusion of drilling at
12  Macondo?
13    MR. BEFFA:
14        Objection.
15  EXAMINATION BY MR. FINEMAN:
16    Q.   You can answer.
17    A.   I don't know.
18    Q.   Let me put it differently, maybe
19  this will help.
20        Do you know whether or not under
21  the operating agreement Anadarko's approval
22  or agreement was necessary to TA the well?
23    MR. BEFFA:
24        Object to the form.
25    THE WITNESS:

Page 205

1        Under the operating agreement?
2  EXAMINATION BY MR. FINEMAN:
3    Q.   Yes.
4    A.   I don't know.
5    Q.   Do you know whether, outside the
6  operating agreement, whether Anadarko,
7  Anadarko's approval or agreement was
8  necessary to TA the well?
9    MR. NEGER:
10        Objection form.
11  EXAMINATION BY MR. FINEMAN:
12    Q.   You can answer.
13    MR. NEGER:
14        You can answer the question.
15    THE WITNESS:
16        Well, clarify for me.  You mean
17  agree to TA the well or agree to stop
18  drilling where they decided to stop
19  drilling?
20  EXAMINATION BY MR. FINEMAN:
21    Q.   There are two different
22  questions and I think you answered the
23  first one and you told me you didn't know,
24  at least with respect to the operating
25  agreement.  And now, I think you testified

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010          Reported by:
NICHOLAS G. HUCH                              May 16, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 206

1  you don't know about whether or not under
2  the operating agreement there was a
3  requirement that Anadarko agree, have to
4  agree to TA the well.
5          And I'm asking you the question
6  separate and apart from the operating
7  agreement.  Are you aware of whether
8  Anadarko's approval or agreement was
9  necessary to TA the well?
10     A.   It would not have been required.
11     Q.   The same question with respect
12  to concluding drilling.
13     MR. BEFFA:
14          Object to the form.
15     THE WITNESS:
16          Under the operating agreement?
17  EXAMINATION BY MR. FINEMAN:
18     Q.   Under any, under any
19  circumstances.
20     A.   It would not have been required.
21     Q.   This document is being marked as
22  2319, it is ANA MDL 000049322 to 49323.
23          (Whereupon, the document
24  referred to was marked as Exhibit No. 2319
25  for identification.)

Page 207

1  EXAMINATION BY MR. FINEMAN:
2     Q.   Start on the second page of the
3  document.  It's, the first e-mail here is
4  from Robert Quitzau to a number of Anadarko
5  personnel, not including yourself.
6          Who is Bob Quitzau, Robert
7  Quitzau?
8     A.   He was our drilling
9  representative.
10     Q.   Anadarko's drilling
11  representative on the Macondo prospect?
12     A.   Yes.
13     Q.   Quitzau writes to the
14  distribution list here that BP had drilled
15  to 18,360 and had called this final depth.
16          You see that?
17     A.   Yes.
18     Q.   And then Mr. -- one of the
19  recipients of -- not one of the recipients
20  of that.  Mr. Trautman then writes an
21  e-mail on the 10th; right, to a
22  distribution list that includes you?
23     A.   Yes.
24     Q.   And he's asking a question about
25  the definition of total depth?

Page 208

1     A.   Yes.
2     Q.   And then Paul Chandler responds
3  from a geological perspective, I imagine,
4  and then you respond on the 12th; is that
5  correct?
6     A.   Yes.
7     Q.   And what's the purpose of your
8  e-mail on the 12th to that distribution
9  list?
10     A.   Just clarifying what the
11  contractual objective depth is in both
12  the -- in the well participation agreement.
13     Q.   And then -- okay.  And did you
14  play -- at this point, were you now
15  participating in conversations with others
16  at BP -- I'm sorry -- with others at
17  Anadarko about the issue of whether or not
18  total depth had been met?
19     A.   Yes.
20     Q.   And were the participants in
21  those conversations the participants
22  identified in these e-mails?
23     MR. NEGER:
24          All e-mails?
25     MR. FINEMAN:

Page 209

1          Yes.  Let me do this.  Let me
2  have 36, please.
3          I'm going to give you what's
4  been previously marked as 1596.
5  EXAMINATION BY MR. FINEMAN:
6     Q.   It's Tab 36.  This is an e-mail
7  from somebody called Teri Powell to a
8  distribution list that indicates -- and
9  then it indicates attendees at a meeting,
10  the subject of which is Macondo pipe
11  setting recommendation with Hollek.
12          Do you see that?
13     A.   Yes.
14     Q.   And you are identified as one of
15  the attendees at the meeting?
16     A.   Yes.
17     Q.   Do you recall that meeting?
18     A.   Yes.
19     Q.   What happened at that meeting?
20     A.   We reviewed the information that
21  we had.  Included -- and this was based on
22  the previous information that we had from
23  BP that they were experiencing some unsafe
24  conditions in the wellbore.  And this
25  meeting was to conclude, internally at

53 (Pages 206 to 209)

Page 210

1    least, that we agreed that BP's conclusion
2    that it would be unsafe to continue
3    drilling.
4        Q.   And what was the outcome of that
5    discussion?
6        A.   Because BP was the operator, we
7    deferred to the operator to make that sole
8    decision.
9        Q.   And do you recall discussions
10   about why Anadarko had some interest in
11   drilling deeper?
12       MR. NEGER:
13           Objection to form.
14   EXAMINATION BY MR. FINEMAN:
15       Q.   Do you recall that part of the
16   discussion was Anadarko's concern about
17   drilling deeper?
18       MR. NEGER:
19           Objection to form.
20   EXAMINATION BY MR. FINEMAN:
21       Q.   You can answer.
22       A.   Concern?  Explain to me by
23   concerns of drilling deeper.
24       Q.   Well, we can, I can trot out
25   about 35 e-mails, if you want.  Do you

Page 211

1    recall conversations about Anadarko's
2    interest in drilling deeper?
3        A.   Yes.
4        Q.   And what do you recall about the
5    nature of those conversation?
6        A.   We saw additional potential
7    deeper in the wellbore and we thought as
8    long as conditions warranted it, we would
9    have liked to have seen BP continue to
10   drill to, to the final objective depth.
11       Q.   And ultimately you signed off on
12   the total depth that they decided when they
13   decided they shouldn't drill any deeper?
14       MR. NEGER:
15           Objection to form.  You can
16   answer.
17       THE WITNESS:
18           Yes.
19       MR. FINEMAN:
20           Can I have 38?  I'm going to
21   give you a document to be marked as 2320.
22   It is BP HZN 2179 MDL 00003296 to 3297.
23           (Whereupon, the document
24   referred to was marked as Exhibit No. 2320
25   for identification.)

Page 212

1    EXAMINATION BY MR. FINEMAN:
2        Q.   So if you look at the e-mail at
3    the bottom of that page from Mr. Beirne to
4    you and Mr. Ishii; correct?
5        A.   The first page or second page?
6        Q.   The second.  It's the last
7    e-mail, it's the beginning of the last
8    e-mail which is the second page to the
9    exhibit.  I'm sorry.  It's the bottom of
10   the first page.  My fault.  So it's from
11   Mr. Beirne to you and Mr. Ishii dated
12   April 13th?
13       A.   Yes.
14       Q.   This is the day before the
15   meeting we just discussed, just to put it
16   in context?
17       A.   Yes.
18       Q.   Okay.  So Mr. Beirne writes to
19   you and says due to safety concerns and
20   wellbore integrity issues, BP, as operator,
21   has deemed the Macondo exploratory well as
22   achieving objective depth at 18,360 feet
23   MD; correct?
24       A.   Yes.
25       Q.   Did you, when you received this

Page 213

1    e-mail from -- strike that.  Do you recall
2    receiving this e-mail from Mr. Beirne?
3        A.   Yes.
4        Q.   What did you do when you
5    received this e-mail from Mr. Beirne?  What
6    did you do with this information?
7        A.   I would have forwarded it to the
8    technical team.
9        Q.   Okay.  And did you participate
10   in any conversation with anybody at
11   Anadarko about -- strike that.  Let's start
12   this way:  Did you discuss with Mr. Beirne,
13   either telephonically or in person, what he
14   meant as safety concerns?
15       A.   I don't recall if I did or not.
16       Q.   Do you recall whether you, after
17   receiving this e-mail you discussed with
18   anybody at Anadarko Mr. Beirne's reference
19   here to safety concerns?
20       A.   (Witness nods head).
21       Q.   Who did you discuss that with?
22       A.   It would have been at that
23   meeting with Darrell Hollek on the 14th.
24       Q.   Do you recall what was discussed
25   at that meeting about safety concerns?

54 (Pages 210 to 213)

Page 214

1    A.   The only discussion was, we
2  recognized BP is the operator.  BP has the
3  information that we don't have.  If they
4  concluded it's unsafe to continue drilling,
5  then we'll conclude that it's unsafe to
6  continue drill.
7    Q.   Did anybody at that meeting ask
8  what specifically, what specific safety
9  concerns BP had?
10    A.   No.  Not that I recall.
11    Q.   Did you ever personally follow
12  up with Mr. Beirne about what safety
13  concerns he's referring to?
14    A.   No.
15    Q.   Do you know whether anybody at
16  Anadarko followed up with BP to ask what
17  safety conditions they were referring to?
18    A.   No.
19    Q.   This e-mail on the 13th goes on
20  to say, due to safety concerns and wellbore
21  integrity issues.  You see that?
22    A.   Yes.
23    Q.   Did you discuss, did you ever
24  discuss with Mr. Beirne what he meant by
25  wellbore integrity issues?

Page 215

1    A.   No.
2    Q.   Did you discuss at the
3  April 14th meeting with your colleagues the
4  issue of wellbore integrity issues?
5    A.   I don't recall talking about
6  that specifically.
7    Q.   Did you ever follow up with
8  Mr. Beirne on what he meant when he
9  referred to wellbore integrity issues?
10    A.   No, I didn't.
11    Q.   Do you know whether anybody at
12  Anadarko followed up with BP to identify
13  what wellbore integrity issues he was
14  talking about?
15    A.   I don't know if they did or not.
16    Q.   I think you said a minute ago,
17  at the meeting you don't remember specific
18  discussions about wellbore integrity
19  issues?
20    A.   No.
21    Q.   In the e-mail above that, from
22  you to Mr. Beirne dated April 14th.
23       You see that?
24    A.   Yes.
25    Q.   I believe just by looking at the

Page 216

1  date of the e-mail -- strike that.  The
2  time of the e-mail, that it came after your
3  April 14th meeting with your colleagues.
4       But do you recall that, whether
5  you sent this after that meeting?
6    A.   It would have been after.
7    Q.   Okay.  And do you recall sending
8  this e-mail?
9    A.   Yes.
10    Q.   And what was the purpose of this
11  e-mail?
12    A.   Just to let BP know that we
13  concurred with their decision to call TD.
14    Q.   Okay.  And it goes on to say in
15  the event BP concludes it's safe and
16  prudent to continue drilling to objective
17  depth, that Anadarko would not oppose that;
18  right?
19    A.   Right.
20    Q.   Do you know why it was, do you
21  recall why you informed BP of your approval
22  to conclude the drilling if it wasn't
23  necessary?
24    MR. NEGER:
25       Object to form.

Page 217

1  EXAMINATION BY MR. FINEMAN:
2    Q.   I think you testified a -- okay.
3  Let's back up a second.  I think you
4  testified earlier that there was no
5  requirement that you give approval.
6    A.   Right.
7    Q.   Yet you gave your approval?
8    A.   Yes.
9    Q.   Why did you do that?
10    A.   Just to document that we're in
11  agreement in case there's any question come
12  up later.
13    Q.   What kind of question could come
14  up later?
15    A.   Oh, I can't think of anything
16  right offhand as I sit here.
17    Q.   All right.  After the April 20,
18  2010 incident, the DEEPWATER HORIZON
19  incident, did you have any role -- have you
20  had any role with respect to Macondo?
21    A.   The only role I had after the
22  event, I set up a conference call between
23  them, BP and us.
24    Q.   I want to go back a second.
25    MR. FINEMAN:

Exhibit W
Page 55

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                    Reported by:
NICHOLAS G. HUCH                                May 16, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 218

1      Can I have 39?  I'll come back
2  to that in a second.
3      All right.  I'm going to give
4  you what's marked as Exhibit 2321.  This
5  is, what I've given you is e-mail dated
6  April 20, 2010.  Communication between you
7  and Mr. Beirne and Mr. Ishii.
8      (Whereupon, the document
9  referred to was marked as Exhibit No. 2321
10  for identification.)
11  EXAMINATION BY MR. FINEMAN:
12     Q.   You see that?
13     A.   Yes.
14     Q.   Okay.  In the e-mail that we
15  just looked at, the last exhibit, you were
16  giving, you were expressing Anadarko's
17  approval to conclude the drilling?
18     A.   Yes.
19     Q.   Correct?
20     A.   Yes.
21     Q.   This document is showing your,
22  this is referencing your, Anadarko's
23  agreement to temporarily abandon the well?
24     A.   Yes.
25     Q.   And this is something -- this is

Page 219

1  something you were asked to do by BP?
2     A.   Yes.
3     Q.   And coming back earlier to this
4  question about what was required and what
5  wasn't required, does this mean that it was
6  required that Anadarko approve the T&A of
7  the well?
8     A.   If we didn't approve the T&Aing
9  of the well because of the way the election
10  percentages worked, BP could have T&Aed it
11  anyway.  We would have just been under a
12  nonconsent penalty.
13     Q.   You didn't want that?
14     A.   Right.
15     Q.   And although it's not part of
16  your exhibit -- let me show it to you.  I'm
17  not going to mark this because I've got my
18  handwriting all over it.  But can you take
19  a look at that?
20     A.   Okay.
21     Q.   Do you recall that?  Do you
22  recall what that is?
23     A.   Yeah.
24     Q.   What is that?
25     A.   It's their proposal to

Page 220

1  temporarily abandon the well.
2     Q.   And it's signed by
3  Mr. O'Donnell; correct?
4     A.   Yes.
5     Q.   On behalf of which companies?
6     A.   Anadarko E&P and Anadarko
7  Petroleum.
8     Q.   And what's the date of that
9  document?
10     A.   April 20th.
11     Q.   Thank you.  So as of April 20th,
12  Anadarko E&P is still a participant in this
13  project, in this prospect; is it not?
14     MR. NEGER:
15         Objection, form.
16  EXAMINATION BY MR. FINEMAN:
17     Q.   You can answer.
18     A.   Technically yes, because the MMS
19  had not approved the assignment yet from
20  APC to AEP.
21     Q.   We'll get those pages in the
22  record, I'll find somebody who has a clean
23  copy.
24     MR. FINEMAN:
25         The Bates numbers -- yeah.  The

Page 221

1  Bates numbers -- can I see that a second?
2  So the Bates numbers from 2321, I think I
3  read into the record already, they end
4  32130 and 32131.  This is actually a
5  continuation of those numbers.  32132,
6  32133, 32134.
7  EXAMINATION BY MR. FINEMAN:
8     Q.   All right.  Now, let's come back
9  to what you did or didn't do after
10  April 20th with respect to Macondo.
11         This is a document marked 2322.
12  Tab 41.
13         (Whereupon, the document
14  referred to was marked as Exhibit No. 2322
15  for identification.)
16  EXAMINATION BY MR. FINEMAN:
17     Q.   So this is an e-mail, two
18  e-mails.  First one, Jim Bryan to -- I'm
19  sorry -- it's first from Todd Durkee to Jim
20  Bryan in which Mr. Durkee says you think we
21  should have one of your guys plug into BP's
22  command to ensure we are getting the most
23  update info?  Who would this person,
24  question mark.  And that's dated
25  April 21st.

56 (Pages 218 to 221)

Page 222

1    Later that day, Mr. Bryan sends
2 Durkee an e-mail, including you, and says
3 that would be Nick Huch; correct?
4    A.   Yes.
5    Q.   And he says, Nick, please
6 coordinate with Todd how to make that
7 happen, thanks.  And you respond to
8 Mr. Bryan by saying will do.  Right?
9    A.   Yes.
10    Q.   And then you also said Kemper
11 Howe called me just a bit ago and gave me a
12 Macondo update.  I'll call Todd.
13    You see that?
14    A.   Yes.
15    Q.   So first question about this is,
16 were you the person who at Anadarko from
17 land, who was plugged into BP's command
18 thereafter?
19    A.   No.
20    Q.   Okay.  Was there anybody at
21 land, to your knowledge, who was plugged
22 into BP's command after April 21st?
23    A.   No.
24    Q.   Why is that?
25    A.   It was decided that the point of

Page 223

1 contact with BP at that point was going to
2 be Chuck Meloy, from what I understand, who
3 is a senior VP of operations worldwide.
4    Q.   Okay.  So did you play any role
5 in terms of communications with BP
6 following -- on or after April 21st?
7    A.   My only role was to set up a
8 teleconference between them and us, which
9 happened not long after this last e-mail.
10    Q.   Do you recall who was on that
11 teleconference?
12    A.   We had a bunch of people in the
13 room.  I don't recall who -- Todd Durkee
14 was there for sure, I was there, I think
15 the staff, the technical team was there.  I
16 don't recall who was on the other end from
17 BP.  Mark Hafle was there with BP, I do
18 remember that name.  That's all I remember.
19    Q.   Do you recall the substance of
20 that conversation?
21    A.   Yeah.  We were just trying to
22 get an update as to what happened, how it
23 happened, what's going on.
24    Q.   What do you recall about the
25 specifics of that meeting?

Page 224

1    A.   I don't -- well, I don't recall
2 much substance coming from that meeting.
3 It was all technical stuff that I really
4 didn't understand.
5    Q.   This e-mail on the 21st, it says
6 Kemper Howe called me just a bit ago and
7 gave me a Macondo update.
8    Do you see that?
9    A.   Yes.
10    Q.   Do you recall what Mr. Howe told
11 you on the 21st?
12    A.   The update was just to
13 coordinate a teleconference between them
14 and us.
15    Q.   After you facilitated that
16 telephone conference, did you participate
17 in any other conferences with BP concerning
18 responding to the incident?
19    A.   No.  I had no other
20 communication with BP after that.
21    Q.   Did you have any role in any
22 post-casualty containment or relief
23 efforts?
24    A.   No.
25    Q.   Did you play any role in

Page 225

1 communications between Anadarko and BP with
2 respect to any invoices for expenses after
3 April 20, 2010?
4    A.   No.
5    Q.   So to the extent -- so your
6 role, in terms of facilitating and routing
7 AFEs, stopped as of the last day of
8 April 15th, AFE?
9    A.   Yeah.  There are no other AFEs,
10 as far as I know.
11    Q.   There were other invoices,
12 though; weren't there?
13    A.   I'm not sure.  They didn't come
14 to me.
15    Q.   All right.  Are you aware of
16 whether or not Anadarko has been looking at
17 the possibility of drilling again at
18 Macondo?
19    A.   We're looking at alternatives
20 for things either on Macondo, near Macondo,
21 yes.
22    Q.   So including drilling at
23 Macondo?
24    A.   Looking at strategy right now at
25 the staff level.

57 (Pages 222 to 225)

Exhibit W
Page 57

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                                   Reported by:
NICHOLAS G. HUCH                           May 16, 2011                          JOSEPH R. KAISER, JR., CCR, RPR

Page 226

1    Q.   What role are you playing in
2  that effort?
3     A.   I participate on the team.
4     Q.   What role do you play by
5  participating on the team?
6     A.   Right now I'm just a listener.
7     Q.   At what point would you become
8  something other than a listener?
9  MR. NEGER:
10        Objection to form.
11        You may answer it.
12  THE WITNESS:
13        After review of all of our
14  strategies, if our strategy was to go out
15  and try to maybe do a deal with either BP
16  or maybe some offset landowners, then I
17  would get involved.
18  EXAMINATION BY MR. FINEMAN:
19     Q.   Are there any plans to do that
20  right now?
21     A.   No.
22     Q.   Who's heading up that effort,
23  that team?
24     A.   Alan O'Donnell.
25     Q.   And who else is on that team

Page 227

1  besides Mr. O'Donnell and you?
2     A.   Glenn Raney, Paul Chandler, Dawn
3  Peyton.  That's myself, and Alan.
4     Q.   Do you report to anybody higher
5  up with respect to progress of what that,
6  whatever that committee is doing, or that
7  group is doing?
8     A.   Do I report?
9     Q.   Does the group report?
10     A.   Yes, Alan reports to Darrell
11  Hollek.
12     Q.   Did you prepare for today's
13  deposition?
14     A.   Yes.
15     Q.   Generally speaking, what did you
16  do to prepare?
17     A.   I met with counsel.
18     Q.   Did you look at documents in
19  preparing for the deposition?
20     A.   Some.
21     Q.   What kind of documents did you
22  look at?
23     A.   I looked at copies of e-mails,
24  primarily.
25     Q.   Tops?

Page 228

1     A.   Copies of e-mails.
2     Q.   Copies of e-mails.  Did you look
3  at the documents that we looked at today,
4  together?
5     A.   For the most part.  Not all.
6     Q.   How much time did you spend
7  preparing for the deposition?
8     A.   Over the course of a couple of
9  half days, six hours.
10     Q.   Did you do practice Q and A with
11  their counsel?
12     A.   Some.
13     Q.   Did you discuss your deposition
14  with anybody at Anadarko?
15     A.   No.
16     Q.   Did you take any notes during
17  your preparation of your deposition?
18     A.   No.
19     Q.   Was there anything else that you
20  did to prepare for your deposition?
21     A.   No.
22  MR. FINEMAN:
23        I'm all done.
24  MR. NEGER:
25        Thank you.

Page 229

1        THE VIDEOGRAPHER:
2        This is the conclusion of
3  Tape 5, the time is 2:07.
4        (Off the record.)
5        THE VIDEOGRAPHER:
6        Returning to the record, it's
7  2:16, the start of Tape 6.
8  EXAMINATION BY MR. LEOPOLD:
9     Q.   Hi, Mr. Huch, my name is Matt
10  Leopold and I'm questioning on behalf of
11  the United States of America.
12     A.   Yes.
13  MR. NEGER:
14        Mr. Leopold, let me just
15  interject something for a moment.  At the
16  end of Mr. Huch's testimony considering, by
17  the plaintiff, question by Mr. Fineman,
18  there was some discussion of Anadarko's
19  consideration of its options with respect
20  to the Macondo well at this point in time.
21        I want to designate that portion
22  of the transcript at a minimum as highly
23  confidential under the prevailing pre-trial
24  orders.  There may be other designations
25  which we will do in Court with the pretrial

58 (Pages 226 to 229)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                    Reported by:
NICHOLAS G. HUCH                     May 16, 2011                   JOSEPH R. KAISER, JR., CCR, RPR

Page 230

1  order but I know for the moment that
2  portion of the transcript, at a minimum,
3  we'll want it highly confidential. Thank
4  you.
5  EXAMINATION BY MR. LEOPOLD:
6      Q.  So, Mr. Huch, I'm going to be
7  questioning about some of the same areas
8  that we covered, maybe asking you a few
9  different questions about it. So if I
10 cover some of the same ground, forgive me,
11 I'm just trying to get a different question
12 sometime. Okay?
13     A.  Okay.
14     Q.  Thank you. Just back to your
15 general responsibilities as a landman, can
16 you give me an idea of how many
17 transactions you might be working on at any
18 given time?
19     A.  Well, it could be three to five.
20 So.
21     Q.  How many -- do you recall how
22 many you were working on in the '09, '10
23 time frame?
24     A.  No, I don't.
25     Q.  And what are your other

Page 231

1  responsibilities as a landman besides
2  working on deals to acquire?
3      A.  Oh, I have a lot of
4  administrative duties. Internal managing.
5  Managing to sell properties in general,
6  according with accounting and invoicing
7  people if the invoices are incorrect.
8          Routing a lot of different AFEs
9  internally for approval, it takes up a lot
10 of my time. On operated and non-operated
11 properties, preparation for lease sales
12 whenever we get back to lease sales again.
13     Q.  Okay. Managing facilities.
14 What do you mean by that?
15     A.  I don't manage the facilities.
16 We get AFEs in from entities all the time.
17 We have production handling agreements.
18 There's a lot of agreements that we
19 administer that are affecting our existing
20 properties and I spend a lot of time doing
21 that.
22          Not just executing and
23 negotiating contracts on the acquisition on
24 new properties, but a lot of my time is
25 spent on existing properties.

Page 232

1      Q.  Okay. Thanks for that.
2          I wanted to ask about AEP again
3  and their, to your knowledge, their role as
4  a company, their mission. I believe you
5  testified earlier that they have the same
6  mission as APC; is that right?
7      A.  Yes.
8      Q.  Do you know if AEP is drilling
9  wells in the Gulf of Mexico?
10     A.  They're not.
11     Q.  They're not?
12     A.  No.
13     Q.  Do you know if they're drilling
14 any wells?
15     A.  No, I don't.
16     Q.  However, APC is the operator on
17 some wells in the Gulf of Mexico?
18     A.  Yes.
19     Q.  Would you describe AEP as
20 primarily a lease holding company?
21     A.  In some cases, not all cases.
22     Q.  What are the cases where they're
23 not doing lease holding?
24     A.  Well, we own leases in the Gulf
25 of Mexico under APC, the old Kerr-McGee

Page 233

1  that Anadarko acquired, and then AEP.
2      Q.  Are you aware of any business
3  that AEP does that's not lease holding?
4      A.  No.
5      Q.  In your experience, is it
6  typical for AEP to be involved in an
7  initial exploratory well?
8      MR. NEGER:
9          Objection to form.
10     THE WITNESS:
11         This is my first experience.
12 EXAMINATION BY MR. LEOPOLD:
13     Q.  Could you elaborate what you
14 mean by that?
15     A.  I haven't been involved in any
16 wells that either were operated by Anadarko
17 or operated by others that had AEP as a
18 party to an operating agreement.
19     Q.  Is it your understanding they
20 specifically became a party to this
21 agreement because of their lease interests
22 in the other leases that have already been
23 discussed today?
24     A.  Yes.
25     Q.  We talked about a lot of

59 (Pages 230 to 233)

Page 234

1  different employees at Anadarko today.  And
2  I gathered that some of them worked for
3  different branches of Anadarko so, like
4  Mr. Hollek, I think you described him as VP
5  of development; is that correct?
6      A.   Gulf of Mexico operations, which
7  includes development and production.
8      Q.   And Mr. Strife was a VP of?
9      A.   Exploration.
10     Q.   Exploration?
11     A.   (Witness nods head).
12     Q.   And the employees that you've
13 been talking about who worked at Macondo,
14 some of them worked for operations and some
15 of them worked for exploration?
16     A.   Yes.
17     MR. NEGER:
18         Object to the form.
19     THE WITNESS:
20         I'm sorry.
21 EXAMINATION BY MR. LEOPOLD:
22     Q.   And did you understand that
23 this, that the Macondo Prospect was a
24 partnership between the development part of
25 the business and the exploration part of

Page 235

1  the business?
2      MR. NEGER:
3          Objection to form.
4      THE WITNESS:
5          I'm not sure what you mean by
6  partnership.
7  EXAMINATION BY MR. LEOPOLD:
8      Q.   Did you have an understanding of
9  where the money was coming from?
10     A.   Yes.
11     Q.   To fund?
12     A.   Yes.
13     Q.   Operations at Macondo?
14     A.   The drilling?
15     Q.   The -- sure.  Let's talk about
16 the drilling, yes.
17     A.   Yes.
18     Q.   Out of whose budget was paying
19 for the AFEs at Macondo, to your knowledge?
20     A.   If you're talking about the
21 drilling, would have been exploration.  If
22 you're talking about the temporary
23 abandonment and running of the production
24 line, that would have been production.
25     Q.   So the AFEs before April 15th

Page 236

1  were funded by exploration; is that fair?
2      A.   Yes.
3      Q.   And then after April 15th when
4  they were running the production casing,
5  that entity was funded by development?
6      A.   Yes.
7      Q.   Okay.  Is that typical for those
8  two groups to work together on a well, in
9  your experience?
10     A.   This one was a little bit
11 unusual.
12     Q.   And so you haven't had the
13 experience where those two groups are
14 working together like this?
15     A.   No.  We work together all the
16 time.  This one particular well, because of
17 the nature of it, was a little bit unique
18 for internal purposes.
19     Q.   Can you elaborate on why this
20 well was unique?
21     A.   Because it was contemplated that
22 the well was going to be tied back to
23 Pompano which was an existing producing
24 facility that Kerr-McGee was an owner in,
25 who is a subsidiary of Anadarko.

Page 237

1          Any wells that are drilled and
2  tied back to existing facilities, those are
3  kind of under the jurisdiction of the
4  development operations group.  And wildcat
5  exploration wells are under the
6  jurisdiction of the exploration department.
7          Together this was an exploration
8  wildcat well, yet it was still at the same
9  time in the same case can be tied back to
10 an existing facility.  You have the
11 development group and the exploration group
12 kind of working together on it.
13     Q.   Okay.  And you raised the
14 Pompano facility again.
15         It was your understanding that
16 Anadarko owned the facility at Pompano; is
17 that correct?
18     A.   They owned it under the name of
19 Kerr-McGee and Anadarko owns Kerr-McGee.
20     Q.   So Kerr-McGee owns facilities at
21 Pompano?
22     A.   Yes.
23     Q.   And I believe you testified
24 earlier that that was a huge portion of the
25 deal that you struck because it was an

60 (Pages 234 to 237)

601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.  Telephone: (504) 525-9100
New Orleans, LA 70130-6029  Board-Certified Court Reporters  Facsimile: (504) 525-9109

Exhibit W
Page 60

Page 238

1 economic benefit to Anadarko to run the --
2 any eventual petroleum that was produced
3 through the Pompano facility?
4      A.   Yes.
5      Q.   Can you explain for the jury why
6 that is an economic benefit to Anadarko?
7      A.   Yes.
8      MR. NEGER:
9          Object to the form.  Go ahead.
10     THE WITNESS:
11          We owned 25 percent of the
12 facility, which means we could take our 25
13 product back to that facility and we
14 wouldn't have had to pay an addition
15 processing cost or processing fee.
16          That product would have been
17 brought back to the facility we didn't
18 own.  In addition to just the costs of
19 drilling, completing and operating the
20 well, you would have to pay a processing
21 fee to whoever the owner of the facility
22 was.
23 EXAMINATION BY MR. LEOPOLD:
24     Q.   So when Anadarko owns an
25 interest in a facility, you get free

Page 239

1 processing; is that correct?
2      A.   If we're bringing our own
3 product back to our own facility, yes.
4      Q.   And that would have been the
5 case with Pompano; is that correct?
6      A.   That's correct.
7      Q.   And let me ask you, based on the
8 agreements that you reached, if a
9 completion would have been made between
10 Macondo well and the Pompano well, do you
11 understand that Anadarko would have run
12 those facilities, too?
13     MR. NEGER:
14          Object to the form.
15     THE WITNESS:
16          Yes.  You have to repeat that.
17 There was not going to be a completion of
18 any Pompano well.
19 EXAMINATION BY MR. LEOPOLD:
20     Q.   Excuse me.  Let me rephrase
21 that.  If there was a tie-back to the
22 Pompano well from Macondo, would Anadarko
23 have had an ownership interest in that
24 facility?
25     MR. BEFFA:

Page 240

1          Object to form.
2      MR. NEGER:
3          Object to the form.
4      THE WITNESS:
5          Well, Anadarko owns Pompano, by
6 virtue of its ownership in Kerr-McGee.  And
7 then the Anadarko, the Macondo well would
8 have been owned by Anadarko.  So, yes.
9 EXAMINATION BY MR. LEOPOLD:
10     Q.   And after the initial
11 exploratory well was completed at Macondo,
12 would Anadarko have had the choice at that
13 time whether to develop the area and
14 install facilities?
15     A.   Well, the choice would have been
16 by BP would have made a proposal to do that
17 and we would have elected either to
18 participate in that proposal or not
19 participate.
20     Q.   Under the terms of the operating
21 agreement?
22     A.   The operating agreement, yes.
23     Q.   If you would, turn in your
24 binder with me to Tab 8?
25     MR. GANUCHEAU:

Page 241

1          Counsel, you have copies of
2 this?
3 EXAMINATION BY MR. LEOPOLD:
4      Q.   Okay.  If you would, look with
5 me at the e-mail at the bottom of the page.
6      A.   Okay.
7      Q.   And this is an e-mail from Dawn
8 Peyton to Mike Beattie?
9      A.   Yes.
10     Q.   And she says Mike, BP is not
11 giving us any detailed information about
12 the $500 million facilities cost estimate.
13 What do you know?
14          Is she talking about the cost of
15 the facilities that potentially would be
16 installed at the Macondo site?
17     A.   Yes.  Not only at the site but
18 it would include the flow lines and
19 pipelines taking the product from the site
20 back to the Pompano facility.
21     Q.   And was she looking for
22 information like you discussed earlier with
23 Mr. Fineman, that Anadarko was seeking more
24 cost information?
25     A.   Detailed information.

61 (Pages 238 to 241)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                                                                     Reported by:
NICHOLAS G. HUCH                                                        May 16, 2011                                    JOSEPH R. KAISER, JR., CCR, RPR

Page 242

1      Q.    And why is that detailed
2    information important for Anadarko?
3      A.    Well, we want to know as much
4    detail as we can.  We have to make an
5    investment.  We want to know as much detail
6    as we can as to what, how the costs are
7    going to be spent.
8      Q.    You did eventually get some of
9    that cost information; is that correct?
10      A.    Not to where we were satisfied
11   to make a decision whether or not to elect
12   to participate in that opportunity.
13      Q.    And as I recall, you testified
14   you felt BP was not being forthcoming with
15   that information?
16      A.    Initially; right.  Yes.  In my
17   opinion, we had a little bit trouble
18   getting the information that was needed.
19      Q.    Do you have any idea why that
20   was the case?
21      A.    As I mentioned earlier --
22      MR. BEFFA:
23         Object to form.
24      THE WITNESS:
25         -- it might have been, I

Page 243

1    think -- I'll just repeat.  I was dealing
2    directly with my counterpart landman over
3    at BP.  He may have had trouble getting the
4    information from his own folks internally.
5    That's why we wanted to get the right
6    people talking to the right people.  That's
7    why our driller wanted to talk to their
8    driller and our facilities guy wanted to
9    talk to their facilities guy.
10      MR. LEOPOLD:
11         I'd like to mark this Exhibit as
12   2323.
13         (Whereupon, the document
14   referred to was marked as Exhibit No. 2323
15   for identification.)
16   EXAMINATION BY MR. LEOPOLD:
17      Q.    If you would, turn with me in
18   your binder to Tab 11.
19         Mr. Huch, this is an e-mail
20   between Mark Hafle and Michael Beirne.  And
21   Michael Beirne was your counterpart at BP;
22   correct?
23      A.    Yes.
24      Q.    And if you look with me at the
25   e-mail, not the top e-mail on the page but

Page 244

1    the second e-mail dated Thursday,
2    October 29th?
3      A.    Yes.
4      Q.    It says Mark, we need to provide
5    Anadarko more detail on the breakdown of
6    the well costs in the AFE and a rig day
7    rate (contract rate only).  I think we have
8    provided them adequate detail on the
9    evaluation program, but need to provide
10   more detail on the costs associated with
11   the evaluation program.
12         Did I read that right?
13      A.    Yes.
14      Q.    And then Mr. Hafle responds in
15   the top e-mail.  He says check out the
16   attached file and see if this will suffice
17   for the details requested.  If they still
18   have concerns, I would suggest you and I
19   have a chat with them.
20         Did I read that right?
21      A.    Yes.
22      Q.    And if you would turn to Tab 12,
23   this was the attachment to the e-mail
24   between Mr. Hafle and Mr. Beirne.
25         Did you ever receive this

Page 245

1    information, Mr. Huch?
2      A.    I don't recall seeing this
3    information, or receiving it.
4      Q.    Did you potentially see a form
5    of this information in the PowerPoint that,
6    PowerPoint that BP provided to Anadarko
7    with this type of information?
8      MR. NEGER:
9         Object to the form.
10      THE WITNESS:
11         I don't recall this information
12   being provided in a PowerPoint
13   presentation.
14   EXAMINATION BY MR. LEOPOLD:
15      Q.    Okay.
16      MR. LEOPOLD:
17         Let's mark that as Exhibit 2324.
18      MR. NEGER:
19         What do you mean by -
20      MR. LEOPOLD:
21         The e-mail with the attachment.
22   E-mail --
23      MR. NEGER:
24         That would be your Tab 11 and
25   your Tab 12?

62 (Pages 242 to 245)

Page 246

1    MR. LEOPOLD:
2       Right.
3    MR. NEGER:
4       Together?
5    MR. LEOPOLD:
6       Together.  Right.
7       (Whereupon, the document
8    referred to was marked as Exhibit No. 2324
9    for identification.)
10   EXAMINATION BY MR. LEOPOLD:
11      Q.   If you would, Mr. Huch, turn
12   with me to Tab 13.  And this is an e-mail
13   from, at the top e-mail is from David Sims
14   to Mark Hafle dated October 31st, 2009.
15      And the second sentence says if
16   they want more, through [sic]-- although I
17   believe he means thorough -- your plan to
18   visit with Brian is good.  I know we want
19   to work with Anadarko but make sure land,
20   Kemper Howe, understands we can't give them
21   detailed costs for several reasons.
22      Mainly, collusion.  One,
23   collusion and two, it will generate way
24   more questions than it will answer.
25      Did I read that correctly?

Page 247

1       A.   Yes, sir.
2    MR. BEFFA:
3       Object to form.
4    EXAMINATION BY MR. LEOPOLD:
5       Q.   Did you ever hear from
6    Mr. Beirne or anyone else at BP about
7    concerns of collusion with Anadarko?
8       A.   No.
9       Q.   Is that a concern that you have
10   when sharing information on wells with
11   partners of Anadarko?
12      A.   No.
13      Q.   Can you think of any reason why
14   they might be talking about that as a
15   reason why they couldn't share information
16   with you?
17      A.   No.
18   MR. LEOPOLD:
19      Let's mark that as Exhibit 2325.
20      (Whereupon, the document
21   referred to was marked as Exhibit No. 2325
22   for identification.)
23   EXAMINATION BY MR. LEOPOLD:
24      Q.   Earlier you talked about the
25   role of the tax experts at Anadarko and BP

Page 248

1    in relationship to the deal they struck?
2       A.   Yes.
3       Q.   Did you understand that either
4    AEP or APC would have to hold the leases
5    for a specific amount of time for tax
6    purposes?
7    MR. NEGER:
8       Objection to form.
9    THE WITNESS:
10      Not a specific amount of time,
11   no.
12   EXAMINATION BY MR. LEOPOLD:
13      Q.   Did you understand that the
14   APC -- excuse me, strike that.  Did you
15   understand that the well interests in the
16   lease would have to go to AEP for tax
17   reasons?
18   MR. NEGER:
19      Objection to form.
20   EXAMINATION BY MR. LEOPOLD:
21      Q.   Let me rephrase that.
22      Did you understand that the
23   lease interests had to go to AEP for tax
24   purposes?
25      A.   Yeah.  That was at BP's request.

Page 249

1       Q.   But are you saying it wasn't
2    Anadarko's understanding or your
3    understanding that that was necessary?
4       A.   It was our opinion that it was
5    not necessary.
6       Q.   Did you understand that Anadarko
7    needed to conclude the deal with BP in 2009
8    for tax purposes?
9       A.   No.
10      Q.   What was the primary motivation
11   behind concluding the deal with BP in 2009?
12      A.   Well, I understood it to be for
13   budget allocation reasons.
14      Q.   Is that the extent of your
15   understanding?
16      A.   Yes.
17      Q.   What do you mean by budget
18   allocations?
19      A.   Because they incurred some costs
20   in this well beginning October 1st so they
21   incurred some costs in 2009 and if we had a
22   signed agreement in 2009 we could allocate
23   costs back to 2009 if we had a signed
24   agreement.
25      Q.   But do you know if that would be

Exhibit W
Page 63

Page 250

1  beneficial for tax reasons?
2      A.  I do not know if it was or not.
3      Q.  Who would know that at Anadarko?
4      A.  It would be Ron Buehner's
5  successor.  Ron Buehner is retired from
6  Anadarko.  He was my advisor on this.
7      Q.  I'm going to shift and start
8  talking about the agreements that you ended
9  up reaching with BP, the well participation
10 agreement, the lease exchange agreement and
11 the operating agreement.
12      Can you give me a brief overview
13 of each agreement and its purpose?
14     A.  You'd have to provide those to
15 me right here.  I could read them for you
16 and do that, but right offhand it would be
17 impossible for me to do that.
18     Q.  Well, you don't know what the
19 purpose of a well participation agreement
20 is?
21     A.  I do know what a well
22 participation agreement is.
23     Q.  Well, can you explain for the
24 members of the jury what it is from a
25 layman's perspective?

Page 251

1      MR. NEGER:
2          Object to form.
3          You may answer.
4      THE WITNESS:
5          Yes.  It's just to support the
6  cost bearing interest of the parties.
7  EXAMINATION BY MR. LEOPOLD:
8      Q.  Okay.  Does that mean that the
9  well participating -- excuse me -- the well
10 participation agreement defines which party
11 owns what percent of the well?
12     A.  It defines what, how the parties
13 share the costs in drilling the well.
14     Q.  And what about the lease
15 exchange agreement, what is the purpose of
16 that agreement?
17     A.  To exchange leases, to exchange
18 ownership in leases.
19     Q.  Okay.  That's the extent of it?
20     A.  Yes.
21     Q.  Okay.  And what about the
22 operating agreement?
23     A.  The operating agreement --
24     MR. BEFFA:
25         Object to form.

Page 252

1      MR. NEGER:
2          You can answer.
3      THE WITNESS:
4          The operating agreement governs
5  operations of the well and all operations
6  thereafter.
7  EXAMINATION BY MR. LEOPOLD:
8      Q.  So after you reach a deal, let's
9  talk about it generally first.  After you
10 reach a deal with another oil company where
11 you obtain an interest in one of their
12 prospects, do you typically negotiate these
13 types of agreements?
14     A.  Yes.
15     Q.  Do you negotiate these types of
16 agreements in every instance?
17     MR. NEGER:
18         Object to the form.
19     THE WITNESS:
20         Those that cover my geographic
21 area, yes.
22 EXAMINATION BY MR. LEOPOLD:
23     Q.  So these are common agreements
24 that you would reach in the Gulf of Mexico?
25     A.  Yeah.

Page 253

1      Q.  When you're obtaining land
2  interests; correct?
3      A.  Yes.  This one was unique in a
4  way, but the documents itself were common.
5  EXAMINATION BY MR. LEOPOLD:
6      Q.  If, for example, the operating
7  agreement, we saw an e-mail earlier that
8  said that was pretty similar to the one at
9  the Gouda Prospect?
10     A.  Yes.
11     Q.  Is it similar to other prospects
12 that you have been involved with?
13     A.  No.
14     Q.  It's, this operating agreement
15 is different?
16     A.  Different than the ones that
17 cover some of the properties that I
18 managed.
19     Q.  In what way, if you can explain?
20     A.  Sitting here right now, it would
21 be hard for me to explain unless I can
22 compare that operating versus the
23 operations that are taking place.
24     Q.  I'm just trying to get your
25 general understanding first.  But if you

601 Poydras Street, Suite 1720                        GAUDET KAISER, L.L.C.                        Telephone: (504) 525-9100
New Orleans, LA 70130-6029                     Board-Certified Court Reporters                  Facsimile: (504) 525-9109

Exhibit W

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010

Reported by:

NICHOLAS G. HUCH                          May 16, 2011                          JOSEPH R. KAISER, JR., CCR, RPR

Page 254

1  can think of a specific way this agreement
2  was different than others you negotiated?
3      A.  Nothing comes to mind right now.
4      Q.  All right.  Well, let's turn to
5  the lease exchange agreement in your
6  binder, it's Tab 73.  It's been previously
7  marked as Exhibit 1942.
8      MR. BEFFA:
9          73?
10     MR. LEOPOLD:
11         Tab 73.
12 EXAMINATION BY MR. LEOPOLD:
13     Q.  If you would, turn to page 3 of
14 13.  And look at paragraph 2.2.
15         And this paragraph is entitled
16 AEP assignment to APC.
17     A.  Yes.
18     Q.  Is that right?
19     A.  Yeah.
20     Q.  And it says, immediately
21 following delivery of the assignment of the
22 BP property to AEP, AEP will deliver an
23 assignment of all its rights, title and
24 interest in the BP property to APC.
25         Did I read that right?

Page 255

1      A.  Yes.
2      Q.  As you testified, that
3  assignment was not immediately made once
4  this agreement was executed; is that
5  correct?
6      A.  Yes.
7      Q.  Can you describe for us, or do
8  you know any reasons why it wasn't
9  immediately reached?
10     A.  Yeah.  Because it's a matter of
11 time before the MMS approved the assignment
12 from BP to AEP and until MMS approved the
13 assignment there was no record title
14 interest that AEP could convey to APC.
15     Q.  And was it also the case that
16 Anadarko didn't submit the request to MMS
17 until April 15th; is that right?
18     A.  That's when we submitted the
19 request to approve the assignment from AEP
20 to APC.
21     Q.  And as between the companies
22 themselves, do you know if there was any
23 record made or consideration given between
24 the two companies for the assignment?
25     A.  By --

Page 256

1      MR. NEGER:
2          Object to form.
3          You can answer.
4      THE WITNESS:
5          By consideration, you mean cash
6  trading hands?
7  EXAMINATION BY MR. LEOPOLD:
8      Q.  Cash, other forms of
9  consideration, interest, the lease
10 interest.
11     A.  No.
12     Q.  Do you know if there's any, was
13 this transfer memorialized in any kind of
14 document between the two companies?
15     A.  Explain what you mean by that.
16     Q.  Other than did -- other than the
17 submittal of the lease interest transfer to
18 MMS, was there any kind of documentation of
19 the transfer between the two companies that
20 you're aware of?
21     A.  No.  Except for the assignment
22 that was submitted to the MMS, that's the
23 only documentation we have.
24     Q.  And then if you would look with
25 me at section 2.3, filing of assignments

Page 257

1  with the MMS, it says the parties recognize
2  and agree that prior to MMS approval of the
3  assignment of the BP property into AEP, APC
4  will become the owner of all of the BP
5  property upon delivery of the subsequent
6  AEP assignment.  Did I read that right?
7      A.  Yes.
8      Q.  What did you understand to be
9  the BP property that's referred to?
10     A.  BP property would have been the
11 Macondo block, the MC 252.
12     Q.  And if you would, look with me
13 at paragraph 1.4 on the other page.  And it
14 defines BP property.  I'll just go ahead
15 and read it.  It says, BP property means an
16 undivided 25 percent of 100 percent record
17 title interest in and to lease OCS-G 32306,
18 Mississippi Canyon Block 252, excluding the
19 tangible personal property, which includes
20 the tubulars and wellhead for the
21 Mississippi Canyon Block 252 No. 1.
22         Is that definition of property
23 something that you've seen before?
24     A.  For the most part.
25     Q.  The last clause about excluding

65 (Pages 254 to 257)

Exhibit W
Page 65

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                    Reported by:
NICHOLAS G. HUCH                          May 16, 2011                 JOSEPH R. KAISER, JR., CCR, RPR

Page 258

1   the tangible personal property, is that a
2   term that you typically see in lease
3   exchange agreements?
4       MR. NEGER:
5           Objection to form.
6       THE WITNESS:
7           It's not typical.
8   EXAMINATION BY MR. LEOPOLD:
9       Q.   What do you understand that to
10  mean?
11      A.   We excluded the tangible
12  personal properties in the well going to
13  AEP and APC.
14      Q.   Okay.  And tangible personal
15  property, you understand to be what?
16      A.   Equipment associated with the
17  well.
18      Q.   Can you give me some examples?
19      A.   Downhole pipe, wellheads, casing
20  equipment that's downhole.
21      Q.   Okay.  Anything else?
22      A.   No.  That's just an example.
23  I'm not an engineer.
24      Q.   Okay.  Thanks.
25          And I notice in the definition

Page 259

1   of AEP property in Section 1.5 that clause
2   about the tangible personal property
3   doesn't exist; is that right?
4       A.   That's right.
5       Q.   And the same thing goes for
6   Section 1.6, correct?
7       A.   Yes.
8       Q.   Any idea why that wasn't
9   included in the Anadarko property
10  description?
11      A.   It wasn't contemplated at the
12  time that we did this agreement that there
13  would be a well drilled on either one of
14  those, the AEP property or the APC
15  property.
16      Q.   Okay.  But if there was a well
17  drilled in the future -- strike that.  So
18  there wasn't any well -- your testimony is
19  there wasn't any wells drilled on the
20  Anadarko properties at the time; correct?
21      A.   Contemplated to be drilled;
22  right.
23      Q.   Or contemplated?
24      A.   Drilled or contemplated to be
25  drilled; right.

Page 260

1       Q.   Okay.  Is it your understanding
2   that when you're transferring a land
3   interest, record title interest, that
4   typically the personal property does
5   transfer with the record title interest?
6       A.   Yes.
7       Q.   Unless it's specifically
8   excluded as it is here; correct?
9       A.   Yes.
10      Q.   So the, the lessee would own the
11  wellhead and the tubulars and any other
12  tangible personal property; correct?
13      A.   That is specifically excluded
14  from the transaction from the transfer,
15  yes.
16      Q.   Okay.  If you would, turn with
17  me to Tab 74 in your binder.  That's
18  previously introduced as Exhibit 1943.
19          Is this the well participation
20  agreement that you reached with BP?
21      A.   Yes.
22      Q.   And do you have any idea why
23  MOEX was not part of this agreement?
24      A.   They, MOEX and BP had their own
25  agreement on how they were going to share

Page 261

1   costs associated with the drilling of the
2   initial well, from what I understood.
3       Q.   Had you ever seen that
4   agreement?
5       A.   No.
6       Q.   And as you testified, this
7   agreement was important because it included
8   the Pompano language about the tie-back; is
9   that correct?
10      A.   Yes.
11      MR. NEGER:
12          Object to form.
13  EXAMINATION BY MR. LEOPOLD:
14      Q.   Okay.  And AEP is not a party to
15  this agreement, either; is it?
16      A.   That's right.
17      Q.   And why wasn't AEP a part of
18  this agreement?
19      A.   It was contemplated that all the
20  costs were going to be borne exclusively by
21  APC and not any by AEP.
22      Q.   But did that turn out to be the
23  case?
24      A.   Yes.  From what I understand,
25  yes.

66 (Pages 258 to 261)

Exhibit W
Page 66

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                    Reported by:
NICHOLAS G. HUCH                          May 16, 2011                JOSEPH R. KAISER, JR., CCR, RPR

Page 262

1    Q.   Your understanding is that APC
2  paid for all the costs associated with
3  Macondo?
4    A.   Yes.
5    Q.   Even though on the AFEs that AEP
6  was still signing -- the AFEs; is that
7  correct?
8    A.   Yes.
9    Q.   Like the money that was being
10  paid on AEP's behalf was coming from APC?
11    A.   Yes.
12    Q.   If you would, turn with me to
13  page 2 of the agreement?  And let's look at
14  the definition of the initial exploratory
15  well.
16        And I want to go to the last
17  sentence of that definition and it says the
18  interest in the IEW, which is the initial
19  exploratory well, assigned to APC consists
20  of all tangible property in the well,
21  including the tubular and wellhead costs as
22  set forth in the AFE.
23        Did I read that correctly?
24    A.   Yes, you did.
25    Q.   What did you understand that to

Page 263

1  mean?
2    A.   Because the well had already
3  commenced operations October 1st, they
4  already had pipe set in the ground, there
5  was already tangible equipment out there
6  and it was understood that APC would get
7  the entirety of 25 percent of that.
8    Q.   Okay.  And what did you
9  understand the relationship between this
10  provision and the one in the lease exchange
11  agreement?  How did those work together?
12    A.   Which provision in the lease
13  exchange agreement?
14    Q.   I'm sorry.  The one that we just
15  discussed regarding tangible personal
16  property.
17    A.   You're talking about excluding
18  it?
19    Q.   Right.
20    A.   Yeah, it was never the intent
21  for AEP to own any of the tangible
22  property, the BP property.  That's why it
23  was excluded in the lease exchange
24  agreement, but included here.
25    Q.   So the intent was that APC would

Page 264

1  end up with the tangible personal property?
2    A.   Yes.
3    Q.   Okay.  Thank you.  If you would,
4  turn with me to page 6 of the well
5  participation agreement.  At the bottom,
6  paragraph 5, I want to read the last
7  sentence of that paragraph into the record.
8        It says if there's any conflict
9  between the terms of this agreement and the
10  lease exchange agreement, the terms of this
11  agreement shall prevail.
12        Did I read that correctly?
13    A.   Yes.
14    Q.   Okay.  Let's stop there.  That
15  was -- so your understanding was that A --
16  because of the well participation
17  agreement, APC would receive the tangible
18  personal property; correct?
19    A.   Yes.
20    Q.   All right.  Let's now turn to
21  the operating agreement.  That's Tab 72 in
22  your binder.  And if you would, turn with
23  me to page 14.  This is previously marked
24  Exhibit 1243.
25        So, in paragraph 4.1 it talks

Page 265

1  about designation of the operator; is that
2  correct?
3    A.   I'm sorry, what page did you
4  say?
5    Q.   So Page 14 at the bottom.
6        So my question was:  Paragraph
7  4.1 talks about designation of the
8  operator; is that correct?
9    A.   Yes.
10    Q.   Was it your understanding that
11  an operator needed to be designated because
12  of regulatory requirements?
13    A.   Yes.
14    Q.   Do you have an understanding of
15  regulatory requirements by the MMS?
16    A.   No.
17    Q.   So when I say regulatory
18  requirements, do you understand that MMS
19  required an operator to be designated?
20    A.   Yes.
21    Q.   You at least understand that?
22    A.   Yes.
23    Q.   Regulatory part?
24    A.   Absolutely.
25    Q.   Good.  When you were negotiating

67 (Pages 262 to 265)

Page 266

1 the agreement with BP, did you understand
2 that assigning operating rights required
3 Anadarko to make a filing with MMS?
4      MR. NEGER:
5          Object to the form of the
6 question.
7      MR. WILLIAMSON:
8          Could I have the question read
9 back, please?
10          (Previous testimony read.)
11      MR. NEGER:
12          You can answer the question.
13      THE WITNESS:
14          Well, we didn't -- there wasn't
15 an assignment of operating rights, for one
16 thing.
17 EXAMINATION BY MR. LEOPOLD:
18      Q.   So Anadarko never assigned its
19 operating rights to BP?
20      A.   We signed a record of title.
21      Q.   But it didn't assign operating
22 rights, to your knowledge?
23      A.   No.
24      Q.   Okay.  Did you understand that
25 Anadarko would still be responsible for

Page 267

1 meeting regulatory requirements of MMS,
2 even though BP was the designated operator?
3      A.   For which block?
4      Q.   For MC 252.
5      A.   Can you repeat the question now
6 again?
7      Q.   Did you understand that Anadarko
8 would still be responsible for operating
9 requirements even though BP was the
10 designated operator on MC 252?
11      A.   No, it wasn't my understanding.
12      Q.   What was your understanding?
13      A.   It was my understanding that BP
14 was responsible for that.
15      Q.   And what was your understanding
16 if BP violated the MMS regulations?
17      A.   I'm not skilled enough to answer
18 that.
19      Q.   I'm just asking for your
20 understanding.
21      A.   I don't know.
22      Q.   Let's turn to paragraph 4.4.
23 This is page 17.  And this paragraph talks
24 about removal of operator.
25          Is that correct?

Page 268

1      A.   Yes.
2      Q.   Okay.  And are you familiar with
3 this section?
4      A.   Not in this particular operating
5 agreement, but I've seen it before, yes.
6 Several times.
7      Q.   Did you have -- you read this
8 operating agreement?
9      A.   No, not in its entirety.
10      Q.   Have you read this section?
11      A.   Not in this operating agreement.
12      Q.   Okay.  Do you recall which
13 sections of the operating agreement that
14 you read?
15          I think you testified earlier,
16 but if you can just remind me?
17      A.   Again, I read the voting and
18 election interest, I think it's maybe
19 Article 8.  And the nonconsent penalty
20 provisions, which is Article 16.
21      Q.   Based, based on your
22 understanding of the other operating
23 agreements that you've read, have you read
24 the Gouda operating agreement?
25      A.   No.

Page 269

1      Q.   Let's talk about your
2 understanding.  Do you understand that a
3 nonoperating party has the ability to
4 remove the operator under certain
5 circumstances?
6      A.   Yes.
7      Q.   And do you know what kind of
8 circumstances those would be under this
9 agreement?
10      A.   No.  Not this, not this Macondo
11 operating agreement, no.  Just in general?
12      Q.   Yes.  In general.  I have your
13 understanding.
14      A.   Yes.  If an operator fails to
15 work in a workmanlike manner, then
16 non-operators can vote to remove him.
17      Q.   What about if they're grossly
18 negligent?
19      A.   I think that could be grounds
20 for removing an operator.
21      Q.   Okay.  And, in fact, I'll
22 represent to you that this operating
23 agreement has those requirements.  If an
24 operator is grossly negligent or they
25 breach a material provision in the JOA,

68 (Pages 266 to 269)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                          Reported by:
NICHOLAS G. HUCH                                    May 16, 2011                        JOSEPH R. KAISER, JR., CCR, RPR

Page 270

1  becomes insolvent, those are potential
2  reasons for removing an operator.
3      A.   Yes.  Those are pretty common.
4      Q.   Have you ever been involved in a
5  situation where Anadarko has taken action
6  to remove an operator?
7      A.   No.
8      Q.   Are you aware of any of those
9  types of situations?
10     A.   No.
11     Q.   Are you aware if Anadarko has a
12  person in place to evaluate their operators
13  for purposes of whether they're complying
14  with their operating agreement?
15     A.   I think we do now.
16     Q.   Okay.  But when you say now,
17  does that mean after the Macondo incident?
18     A.   Yes.
19     Q.   Can you describe for us that
20  program that was put in place?
21     A.   It's not a program, it's a risk
22  analysis that we do to determine whether or
23  not we feel that an operator is prudent and
24  capable of operating.
25     Q.   Are you involved in that process

Page 271

1  at all?
2      A.   No.
3      Q.   Who at Anadarko would be in the
4  process of evaluating?
5      A.   It would be the risk management
6  group in conjunction with our executive
7  committee.
8      Q.   Okay.  Can you give me the names
9  of anyone specifically?
10     A.   Steve Foster, who's in charge of
11  our risk management group, he'd be one,
12  probably be the focal point of that, could
13  be the focal point of that.
14     Q.   Okay.  Anyone else?
15     A.   Probably everyone on our
16  executive committee would have a say-so in
17  that, too.
18     Q.   And that, to be clear for the
19  record, that's the same executive committee
20  that you were referencing previously today;
21  is that right?
22     A.   Did I reference the executive
23  committee?  I might have named a couple of
24  people on it, but that would be --
25     Q.   Well, let's just, if you can,

Page 272

1  state the members of the executive
2  committee.
3      A.   It would be Al Walker, our COO,
4  Chuck Meloy, our executive VP of
5  operations, Bill, Bob Daniels, executive VP
6  of exploration.  Those are the ones that
7  come to mind and the ones I probably
8  mentioned here today.
9      Q.   Okay.  Thank you.  Have you ever
10  been involved in a situation where you have
11  notified an operator of one of Anadarko's
12  leases that Anadarko has a problem with how
13  they're operating?
14     A.   No.
15     Q.   Are you aware of a situation
16  like that taking place?
17     A.   Could you be more specific?
18  That seems to be a pretty broad question.
19     Q.   For example, let's say Anadarko
20  thought that one of its operators was
21  drilling too quickly and risking the well
22  integrity.
23     A.   We've never had any questions --
24  we've never questioned an operator, to my
25  knowledge, about their safety or well

Page 273

1  integrity.
2      Q.   Okay.  And --
3      A.   To my knowledge.
4      Q.   If that happened for one of the
5  properties that was under your management,
6  would you have known about something like
7  that?
8      A.   Possibly.
9      Q.   Possibly?
10  MR. LEOPOLD:
11         Let's go off the record and take
12  a five-minute break.  Okay.
13  THE VIDEOGRAPHER:
14         We're off the record, it is
15  3:03.  This is the conclusion of Tape 6.
16         (Off the record.)
17  THE VIDEOGRAPHER:
18         Returning to the record, it is
19  3:14, this is the start of Tape 7.
20  EXAMINATION BY MR. LEOPOLD:
21     Q.   All right.  Mr. Huch, I just
22  have a few more questions for you and we'll
23  be able to pass you.
24     A.   All right.
25     Q.   If you would, turn with me in

69 (Pages 270 to 273)

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C.                    Telephone: (504) 525-9100
New Orleans, LA 70130-6029                    Board-Certified Court Reporters                    Facsimile: (504) 525-9109

Exhibit W
Page 69

Page 274

1  your binder to Tab 77.  This is previously
2  marked Exhibit 1921 and it's the second
3  supplemental AFE; is that right, Mr. Huch?
4       A.  Yes.
5       Q.  If you would, turn with me to
6  the last page of this Exhibit, which is the
7  actual AFE.  And if you would, take a
8  moment and read the box that says project
9  description comments.
10      A.  (Witness complies) Okay.
11      Q.  You've seen this AFE before;
12  correct?
13      A.  Yes.
14      Q.  And in the comments it talks
15  about a lost circulation and well control
16  event; correct?
17      A.  Yes.
18      Q.  So was it your understanding
19  that this supplemental AFE was a cost
20  overrun based on what happened with the
21  well control event on March 8th?
22      A.  Yes.
23      Q.  Were you familiar with what took
24  place on March 8th at the Macondo well?
25      A.  No.

Page 275

1       Q.  Did you hear about what happened
2  on March 8th?
3       A.  No.
4       Q.  So was it part of your job at
5  all to talk, to track the cost overruns of
6  the operator?
7       A.  No.
8       Q.  But you became aware of it at
9  some point; correct?
10      A.  Yeah, when I received this AFE.
11      Q.  So before you received this AFE
12  you were not aware that there was a well
13  control event at Macondo?
14      A.  No, I was not.
15      Q.  If you would, turn in your
16  binder with me to Tab 52.  And at the
17  bottom, this is an e-mail from Robert
18  Quitzau to Derek Folger and it was
19  forwarded to an e-mail list that included
20  you on March 23rd; is that correct?  The
21  e-mail in the middle of the page?
22      A.  What page are you on?
23      Q.  I'm sorry.
24      MR. NEGER:
25          Tab 52.

Page 276

1       THE WITNESS:
2           Right.  I'm looking for the
3  e-mail.
4       MR. LEOPOLD:
5           The e-mail in the middle of the
6  page from Derek Folger to Forrest Burton,
7  Nick Huch, Bert Allbritton and Tim
8  Trautman.
9       THE WITNESS:
10          Okay.  Yeah.
11  EXAMINATION BY MR. LEOPOLD:
12      Q.  Is it -- I believe you testified
13  earlier that Mr. Quitzau monitored drilling
14  operations for Anadarko?
15      A.  As far as I knew, yes.
16      Q.  Did you receive regular updates
17  from Mr. Quitzau?
18      A.  No, I did not.
19      Q.  But apparently you had received
20  some updates from Mr. Quitzau; is that
21  correct?
22      MR. NEGER:
23          Object to the form.
24      THE WITNESS:
25          I don't recall receiving any

Page 277

1  updates from Mr. Quitzau.
2  EXAMINATION BY MR. LEOPOLD:
3       Q.  Well, apparently you were copied
4  on e-mails that were transmitting
5  information provided by Mr. Quitzau;
6  correct?
7       MR. NEGER:
8           Objection, form.
9       THE WITNESS:
10          I don't see where I was copied
11  on Mr. Quitzau's mail at all.
12  EXAMINATION BY MR. LEOPOLD:
13      Q.  Okay.  Let me be clear.
14  Mr. Folger forwarded you information that
15  was provided by Mr. Quitzau; correct?
16      A.  Yes.
17      Q.  Okay.  So you received
18  information provided by Mr. Quitzau;
19  correct?
20      A.  Indirectly.  Derek Folger in
21  this case, yes.
22      Q.  Whether it's direct or indirect,
23  you received information provided by
24  Mr. Quitzau; correct?  Does it matter
25  whether it's direct or indirect?

70 (Pages 274 to 277)

Page 278

1      A.   No.
2      Q.   Oh, well, you're making that
3  distinction so I didn't understand.
4      MR. NEGER:
5          Objection.
6  EXAMINATION BY MR. LEOPOLD:
7      Q.   Do you remember receiving
8  information about drilling operations?
9      A.   No, I don't.
10     Q.   And if you would, turn with me
11 in your binder to Tab 50.
12     MR. LEOPOLD:
13         Let's mark that last one into
14 the record, the e-mail from Mr. Quitzau as
15 2326.
16         (Whereupon, the document
17 referred to was marked as Exhibit No. 2326
18 for identification.)
19 EXAMINATION BY MR. LEOPOLD:
20     Q.   And if you would, turn to the
21 last e-mail in this chain that begins with
22 Paul Chandler.
23     A.   On what page and under what tab?
24     Q.   Tab 50.  And the first e-mail in
25 this chain is from Paul Chandler to John

Page 279

1  Kamm and you're cc'd; is that correct?
2      A.   Yes.
3      Q.   Would you take a moment to look
4  at the content of that e-mail?
5          Okay.  Do you recall receiving
6  this?
7      A.   No, I don't.
8      Q.   Is Mr. Chandler recommending
9  that a pre-spud meeting might be called
10 before they start drilling again at
11 Macondo?
12     A.   Yes.
13     MR. NEGER:
14         Objection to form.
15 EXAMINATION BY MR. LEOPOLD:
16     Q.   Do you recall if this meeting
17 ever took place?
18     A.   No, I don't.
19     Q.   Were you typically a participant
20 in pre-spud meetings?
21     MR. NEGER:
22         Objection to form.
23     THE WITNESS:
24         I normally would have
25 coordinated setting up of those meetings.

Page 280

1  I normally wouldn't have participated in
2  the meeting.
3  EXAMINATION BY MR. LEOPOLD:
4      Q.   Was Mr. Chandler asking you to
5  coordinate a pre-spud meeting here?
6      MR. NEGER:
7          Objection to form.
8      THE WITNESS:
9          Yeah.  It looks like that's what
10 he's asking me to do.
11 EXAMINATION BY MR. LEOPOLD:
12     Q.   But you don't recall if you
13 ended up setting up this pre-spud meeting?
14     A.   I don't recall.
15     Q.   And finally, earlier you talked
16 with Mr. Fineman about the meeting that you
17 participated in on total depth.
18     A.   Yes.
19     Q.   And you had forwarded some
20 language from, I believe it was the well
21 participation agreement, about reaching
22 total depth; is that right?
23     A.   Sending the definition of what
24 objective was as defined in the
25 participation agreement.

Page 281

1      Q.   Right.  Did you provide any
2  input at the meeting about the meaning of
3  that language?
4      A.   No.
5      Q.   Was it part of your
6  responsibility to help determine whether BP
7  had fulfilled that, the meaning of that
8  language?
9      A.   Yes.
10     Q.   So it was part of your
11 responsibility but you didn't provide any
12 input at that meeting?
13     A.   The input that I provided was
14 provided in that e-mail, which made it
15 abundantly clear what the definition said.
16     Q.   Let me be clear.  Was it your
17 responsibility to determine whether BP had
18 fulfilled their obligation?
19     A.   No.
20     Q.   Whose responsibility at Anadarko
21 would that have been, to your knowledge?
22     MR. NEGER:
23         Objection to form.  You can
24 answer.
25     THE WITNESS:

71 (Pages 278 to 281)

Exhibit W
Page 71

Page 282

1     That would have been our
2  subsurface team.
3  EXAMINATION BY MR. LEOPOLD:
4     Q.   Okay.  And who's on the
5  subsurface team?
6     A.   That would have been Paul
7  Chandler and Glenn Raney.
8     Q.   So Mr. Chandler and Mr. Raney
9  were responsible for interpreting the
10  contractual language; is that correct?
11    A.   No.  The contractual language,
12  I'm responsible for interpreting.  They
13  would have determined whether or not well
14  objectives had been satisfied based on the
15  information from the well that they had.
16    Q.   I'm just talking about the
17  contractual interpretation here.  So that
18  was your responsibility?
19    A.   Yes.
20    Q.   But is it your testimony that
21  you didn't provide any input at that
22  meeting regarding whether BP had fulfilled
23  it's contractual requirements?
24    MR. NEGER:
25       Objection to form.

Page 283

1     THE WITNESS:
2       (Witness nods head).
3  EXAMINATION BY MR. LEOPOLD:
4     Q.   Did you provide input outside
5  that meeting in any other way on whether BP
6  had fulfilled its contractual obligations?
7     MR. NEGER:
8       Objection to form.
9     THE WITNESS:
10       My input would have been
11  providing them the definition of what
12  objective depth was.  And because the
13  definition was abundantly clear to
14  everybody, there wasn't any confusion, it
15  was up to them to determine whether or not
16  the information that they had from the well
17  determined whether or not that objective
18  had been satisfied.
19  EXAMINATION BY MR. LEOPOLD:
20    Q.   So no one at Anadarko required
21  additional input on what the meaning of the
22  contractual language was?
23    A.   That's correct.
24    Q.   Were there, to your knowledge,
25  were their lawyers present at that meeting

Page 284

1  about the pipe setting?
2     A.   No.
3     MR. LEOPOLD:
4       All right.  Mr. Huch, I have no
5  further questions and I'll pass the
6  witness.  Thanks.
7     THE VIDEOGRAPHER:
8       We're off the record.  It's
9  3:24.
10       (Off the record.)
11    MR. LEOPOLD:
12       2327.  Mark this as
13  Exhibit 2327.
14       (Whereupon, the document
15  referred to was marked as Exhibit No. 2327
16  for identification.)
17    THE VIDEOGRAPHER:
18       Returning to the record, it is
19  3:26.
20  EXAMINATION BY MR. DART:
21    Q.   Good afternoon, Mr. Huch, my
22  name is Henry Dart, I'm special counsel for
23  the Louisiana Attorney General's office and
24  I represent the State of Louisiana.
25    A.   Okay.

Page 285

1     Q.   I'm a little confused, still,
2  about the relationship between Anadarko
3  Petroleum Corporation and Anadarko
4  Exploration Production Company, LP and I
5  hope you can help me clear that up.
6       Do I understand it that Anadarko
7  Petroleum Corporation is the parent
8  company?
9     A.   Yes.
10    Q.   And Anadarko, we'll call it E&P,
11  is a subsidiary of the parent company?
12    A.   From what I understand it's an
13  affiliate, not a subsidiary.
14    Q.   Affiliate?
15    A.   Affiliate.
16    Q.   Do you know who owns Anadarko
17  E&P separately?
18    A.   Anadarko Petroleum owns Anadarko
19  E&P.
20    Q.   So it is a wholly owned
21  affiliate of APC?
22    A.   From what I understand.
23    Q.   Okay.  What is the purpose of
24  Anadarko E&P?  Does it have a purpose?
25    MR. NEGER:

72 (Pages 282 to 285)

Exhibit W
Page 72

Page 286

1        Object to the form.
2        THE WITNESS:
3            The purpose was, we were
4    instructed beginning in 19 -- I mean, in
5    2007, to start acquiring leases in the name
6    of Anadarko E&P.
7    EXAMINATION BY MR. DART:
8        Q.   Okay.  Was, were you around when
9    Anadarko E&P was formed?
10       A.   No.
11       Q.   It was in existence by the time
12   you got to Anadarko?
13       A.   Yes.
14       Q.   And you were at some point
15   instructed to start acquiring leases in the
16   name of Anadarko E&P?
17       A.   Yes.
18       Q.   Was any explanation given for
19   that?
20       A.   No.
21       Q.   No?  As far as you know, and I
22   think you've answered this already,
23   Anadarko E&P has no other business than
24   acquiring leases?
25       A.   In the offshore arena, that's

Page 287

1    correct.
2        Q.   What about anywhere else, in the
3    onshore --
4        A.   I don't know about onshore.
5        Q.   So your business, personally, is
6    limited to offshore?
7        A.   Yes.
8        Q.   Do you know if Anadarko E&P has
9    any employees?
10       A.   I don't know.
11       Q.   Do you know -- I think you said
12   earlier that Anadarko E&P, the intent was
13   for Anadarko E&P to transfer its leasehold
14   interest in MC 252 to Anadarko Petroleum
15   Corporation; correct?
16       A.   Yes.
17       Q.   Why was it going to do that?
18       A.   Because Anadarko Petroleum
19   Corporation was the one who was paying the
20   bills.
21       Q.   Why didn't Anadarko Petroleum
22   Corporation acquire the lease in the first
23   place?
24       A.   We wanted to.  We recommended
25   that.  BP suggested that because properties

Page 288

1    were being transferred into them from AEP
2    and APC, then it required that we take the
3    assignment in the Macondo block into AEP
4    and APC.
5        Q.   Now, I'm thoroughly confused.
6    What did you just -- please explain that
7    again.
8            Why did BP require that AEP be
9    involved?
10       MR. NEGER:
11           Objection to form.
12       THE WITNESS:
13           It was under the lease exchange
14   agreement.  We were transferring properties
15   from AEP and the property from APC into BP.
16   Because they were receiving properties from
17   APC and AEP, they felt like from a tax
18   standpoint that they needed to transfer
19   properties of the Macondo block to both AEP
20   and APC.
21   EXAMINATION BY MR. DART:
22       Q.   So this was a tax deal; right?
23   From BP's standpoint?
24       MR. BEFFA:
25           Object to form.

Page 289

1        THE WITNESS:
2            From BP's perspective.
3    EXAMINATION BY MR. DART:
4        Q.   Did it matter to APC whether or
5    not Anadarko E&P was a party to these
6    proceedings?
7        A.   Our preference would have been
8    for it to all come into APC, all 25 percent
9    interest to come in directly into APC.
10       Q.   Okay.  Then why in the initial
11   lease auction did AEP make the bid instead
12   of the APC?
13       A.   Because we're instructed to take
14   new leases under the name of AEP.
15       Q.   All right.  So let's say AEP had
16   gotten, had won the bid.  Would it have
17   been transferred, the lease, to APC?
18       MR. NEGER:
19           Objection, form.
20       THE WITNESS:
21           We would have at least
22   transferred operatorship into APC because
23   we operate everything under -- AEP doesn't
24   operate anything.  APC operates.
25   EXAMINATION BY MR. DART:

73 (Pages 286 to 289)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                     Reported by:
NICHOLAS G. HUCH                                   May 16, 2011                        JOSEPH R. KAISER, JR., CCR, RPR

Page 290

1    Q.    So AEP is just a lease holding
2  company, basically; right?
3    A.    From what I understand.
4    Q.    And presumably there are tax
5  advantages to that?
6    A.    I suspect so.
7    Q.    Are there any other reasons
8  besides tax advantages that you can think
9  of?
10   A.    Not that I'm aware of.
11   Q.    Okay.  You were asked earlier
12 about a feasibility team that's mentioned
13 in the operating agreement?
14   A.    Yes.
15   Q.    All right.  You said you were
16 familiar with this team, or you knew what
17 it was?
18   A.    I'm familiar with the
19 feasibility study team, yes.
20   Q.    And you said, I think, that APC
21 was not on that team?
22   A.    Correct.
23   Q.    Do you know who was on that
24 team?
25   A.    No, I don't.

Page 291

1    Q.    Do you know if that team even
2  existed?
3    A.    I don't think the team existed.
4    Q.    And the same question for the
5  project team, you had been asked about
6  that.
7          Do you know if that team was
8  even in existence under this operating
9  agreement?
10   A.    I don't think it was.
11   Q.    All right.  You were asked about
12 whether APC dealt with HSE, health, safety
13 and environmental issues under the
14 operating agreement.
15         Did anybody at Anadarko deal
16 with HSE issues pursuant to the operating
17 agreement?
18   A.    The Macondo operation, you mean?
19   Q.    Yes.
20   A.    I don't believe so.
21   Q.    You said that you first found
22 out about the MOEX -- strike that.  You
23 said you first found out that MOEX was
24 involved in this Macondo well when you
25 received a copy of the operating agreement?

Page 292

1    A.    I believe so, yes.
2    Q.    You had no inclination
3  whatsoever that MOEX was involved in this
4  lease until then?
5    A.    I don't believe so.  I don't
6  recall.  No.  No, sir.
7    Q.    BP didn't tell you?
8    A.    No.
9    Q.    Would that have been important
10 to you in the negotiations?
11   A.    Well, because MOEX was a
12 nonoperating party, it really wasn't
13 important to us at that time.
14   Q.    Well, there are provisions in
15 the operating agreement that call for
16 unanimous consent of the parties; right?
17 And if MOEX was a party, wouldn't it be
18 important to know who you were having to
19 vote with?
20   A.    Well, I looked at the
21 exploration -- I mean, I looked at the
22 election and voting percentages and I don't
23 recall seeing anything in there that
24 required unanimous approval.
25         I remember under the voting

Page 293

1  percentages it was two or more with 50 or
2  51 percent or more and under the election
3  it was one or more, 10 percent.
4    Q.    Well, two or more.  So MOEX
5  could have been in cahoots with BP and that
6  wouldn't have concerned you when it came to
7  a vote?
8        MR. NEGER:
9             Object to form.
10       MR. BEFFA:
11            Object to form.
12       THE WITNESS:
13            No.
14 EXAMINATION BY MR. DART:
15   Q.    No?
16   A.    (Witness shakes head).
17   Q.    You're not, just not concerned
18 about getting outvoted on anything that
19 might affect Anadarko's interest in that
20 well?
21   A.    Well, certainly that was a risk,
22 certainly.
23   Q.    And certainly wouldn't it have
24 been nice to have known who the parties
25 were that were entitled to vote?

74 (Pages 290 to 293)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                    Reported by:
NICHOLAS G. HUCH                        May 16, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 294

1     A.   It would have been nice to know
2   at the very beginning of our negotiations,
3   yes.
4     Q.   When you did find out that MOEX
5   was involved, did that change your
6   evaluation of the project or from any
7   standpoint, an economics standpoint or a
8   business standpoint?
9     A.   No.
10    Q.   Had you had dealings with MOEX
11  before?
12    A.   I haven't.
13    Q.   Your company?
14    A.   I don't know if we have or not.
15    Q.   There was some mention of a
16  Gouda Prospect?
17    A.   Yes.  I wasn't familiar with
18  that prospect.
19    Q.   As far as you were concerned,
20  you never dealt with MOEX?
21    A.   I had never had any dealings
22  with MOEX before.
23    Q.   And you were asked about
24  evaluating the possibility of reworking
25  Macondo well at some point in the future.

Page 295

1   Do you recall that?
2     A.   Of reworking the Macondo well?
3     Q.   Or re-drilling, drilling that MC
4   252 block?
5     A.   Yes.
6     Q.   Is that right?
7     A.   I think there was a question
8   about that.
9     Q.   Right.  And you said -- I can't
10  recall exactly what you said.  You were
11  looking into several options about possibly
12  reworking that field; correct?
13    MR. NEGER:
14        Objection to form.  You can
15  answer.
16    THE WITNESS:
17        Not reworking the field.  We
18  have an -- we invested.  We have an asset
19  there and we were just looking at a --
20  various strategies in how you might
21  sometime in the future monetize that
22  investment.
23  EXAMINATION BY MR. DART:
24    Q.   In making that evaluation, did
25  anybody at Anadarko make any calculations

Page 296

1   of the amount of hydrocarbons that were
2   released from the well before or after
3   April 20, 2010?
4     A.   That were released from the
5   well?
6     Q.   Yes.
7     A.   No.
8     Q.   No?
9     A.   (Witness shakes head).
10    MR. DART:
11        That's all the questions I have.
12  Thank you, sir.
13    THE VIDEOGRAPHER:
14        Off the record.  It is 3:37.
15    MR. NEGER:
16        Anybody other than Halliburton?
17    (Off the record.)
18    THE VIDEOGRAPHER:
19        Returning to the record, it is
20  3:38.
21  EXAMINATION BY MR. HARTLEY:
22    Q.   Mr. Huch, my name is Floyd
23  Hartley and I represent Halliburton.  How
24  are you today?
25    A.   Fine.

Page 297

1     Q.   Hopefully this will be quick.  I
2   understand you were primarily responsible
3   for negotiating with BP for the MC 252
4   investment on behalf of APC?
5     A.   Yes.
6     Q.   During the course of those
7   negotiations, did you have any direct
8   communications with anybody employed by
9   Halliburton?
10    A.   No.
11    Q.   Did you have any direct
12  communications or indirect communications
13  with anybody employed by Halliburton?
14    A.   No.
15    Q.   In the course of evaluating this
16  process and your negotiations with
17  Mr. Beirne and others at BP, were you
18  provided any information from Halliburton?
19    A.   No.
20    Q.   Did you rely on any information
21  from Halliburton, or communication direct
22  from Halliburton in deciding to engage in
23  this prospect?
24    A.   I personally didn't, no.
25    Q.   Do you know of any others

75 (Pages 294 to 297)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                                                                     Reported by:
NICHOLAS G. HUCH                                                    May 16, 2011                                             JOSEPH R. KAISER, JR., CCR, RPR

Page 298

```
 1   employed by Anadarko Petroleum Corporation
 2   who were involved in those negotiations
 3   other than you?
 4       A.   It would have only been me.
 5       Q.   Once Anadarko decided to engage
 6   in this prospect and signed the operating
 7   agreement, what was your role from that
 8   point until April 20, 2010?
 9       A.   From the time we executed the
10   agreement?
11       Q.   Yes.  On or about December 17th
12   of '09.
13       A.   I processed the AFEs, two
14   supplemental AFEs and the AFE to set the
15   production line in process for the internal
16   approval.  Got those approved and signed
17   and transmitted that to BP.
18       Q.   As I understand it, your role
19   was -- and correct me if I'm wrong -- to
20   receive the AFEs from BP, transmit them
21   within Anadarko to your corporate people
22   and then funnel them back once approved?
23       A.   Yes.
24       Q.   You didn't have any substantive
25   role in evaluating the merit or quality of
```

Page 299

```
 1   the AFE?
 2       A.   No.
 3       Q.   You didn't have any economic
 4   role in deciding the values of costs
 5   included?
 6       A.   No.
 7       Q.   Other than processing or routing
 8   the AFEs, did you have any ongoing role in
 9   the actual drilling operation?
10       A.   No.
11       Q.   You were asked some questions
12   earlier about WellSpace.
13          Do you recall that?
14       A.   Yes.
15       Q.   And you, I guess, are unfamiliar
16   with what it is?
17       A.   Yes.
18       Q.   Now, I understand you may have
19   had access to WellSpace.  Is that your
20   understanding?
21       A.   It's not my understanding.
22       Q.   Not your understanding?  Did you
23   at any point from December 17th, '09 to
24   April 20th of 2010 access WellSpace?
25       A.   No.
```

Page 300

```
 1       Q.   And I think you testified
 2   earlier, you didn't have access to INSITE
 3   Anywhere®; right?
 4       A.   Not as far as I know.
 5       Q.   So you wouldn't have, obviously,
 6   accessed that?
 7       A.   No.
 8       Q.   Did you have any role in
 9   monitoring or observing operations on the
10   well at any point after Anadarko invested
11   in it?
12       A.   No.
13       Q.   Do you know if anybody at
14   Anadarko who did have such a job?
15       A.   I think it would have been Bob
16   Quitzau, Paul Chandler.  Those probably may
17   have been the two key people.
18       Q.   In response to some of
19   Mr. Fineman's questions about the operating
20   agreement, I think you mentioned that you
21   understood that Anadarko was entitled to
22   certain information from BP?
23       A.   Yes.
24       Q.   Can you describe what
25   information you understand Anadarko was
```

Page 301

```
 1   entitled to receive?
 2       A.   Without looking at the operating
 3   agreement sitting here, I can't tell you.
 4       Q.   Have you had a general
 5   understanding?
 6       A.   Yes.
 7       Q.   What is that general
 8   understanding?
 9       A.   Daily drilling reports, log
10   information once the well's logged.  That's
11   the two things that come to mind.
12       Q.   Do you know whether there were
13   any restrictions in the language as to the
14   type of information Anadarko could access
15   about the well?
16       A.   No.
17       Q.   Were there any restrictions in
18   the operating agreement about the
19   information Anadarko could access?
20       A.   I don't know.
21       Q.   My first question was imprecise.
22          In terms of the access to
23   information, you were involved at least to
24   some degree in setting up who within
25   Anadarko would have access to real-time
```

76 (Pages 298 to 301)

Page 302

1  data; weren't you?
2      A.  I didn't set it up, I think I
3  requested certain individuals be set up for
4  that information.
5      Q.  I think that's part of one of
6  the documents Mr. Leopold just showed you
7  in Tab 50, Exhibit 2327.  You had sent an
8  e-mail to Mr. Kamm asking him whether
9  Anadarko would use six rather than five
10  people with real-time access.
11         Do you recall that?
12      A.  Yes, I do.
13      Q.  What kind of discussions were
14  you involved in on behalf of Anadarko in
15  terms of setting up or arranging who had
16  access to that real-time data?
17      A.  Repeat the question again.
18      Q.  In your e-mail to Mr. Kamm, you
19  expressed the question about whether it
20  would be possible for Anadarko to have six
21  people to have real-time access.
22         Do you recall that?
23      A.  Yes.
24      Q.  And you were proposing that
25  Derek Folger be included from the

Page 303

1  exploration side?
2      A.  Yes.
3      Q.  What sort of conversations were
4  you involved with inside of Anadarko to
5  decide who would have access to real-time
6  data?
7      A.  I didn't make those decisions to
8  who was going to have access.
9      Q.  What conversations did you
10  participate in about those access issues?
11      A.  None.  Other than trying to
12  retrieve the names of the people who we
13  wanted to have real-time access.
14      Q.  And where did you get those
15  names?
16      A.  I think from Tim Trautman, who
17  was our exploration manager.  I think John
18  Kamm in operations, or Alan O'Donnell.  Or
19  Paul Chandler, geologist.
20      Q.  Do you recall who gave you
21  Mr. Folger's name to pass on to Mr. Kamm?
22      A.  I think that was probably Tim
23  Trautman since Derek reported to him at
24  that time.
25      Q.  And this was due, in part, to

Page 304

1  part of the exploration budget being
2  impacted by the MC 252 Prospect?
3      A.  Yes.  We wanted an
4  explorationist to have access to real-time
5  data since the exploration team was funding
6  it.
7      Q.  Do you have any understanding of
8  the sort of real-time data that Anadarko
9  had access to?
10      A.  No, I don't.
11      Q.  Do you have any understanding of
12  what WellSpace is?
13      A.  No, I don't.
14      Q.  I'm going to hand you what's
15  previously marked Exhibit 1598.  And at the
16  top of the Exhibit 1598 is an e-mail from
17  you to Mr. Bodek at BP attaching Anadarko's
18  data requirements for Macondo contact
19  information.
20      A.  Okay.
21      Q.  Do you recall sending this
22  e-mail to Mr. Bodek?
23      A.  As I sit here, I don't recall
24  sending it to Mr. Bodek.
25      Q.  If you look at the attachments,

Page 305

1  you've got four pages, does the information
2  look familiar, the drilling and geologic
3  distribution requirements for the BP
4  Macondo Prospect?
5      A.  This is kind of a standard, a
6  standard type of form we send out to all
7  wells that are in our operating agreement.
8      Q.  If I understand the exhibits in
9  Exhibit 1598, or the attachment to Exhibit
10  1598 is the standard information Anadarko
11  requires from the operators when it is a
12  nonoperating participant in the operation?
13      A.  Yes.
14      Q.  Is that fair to say?
15      A.  Yes.
16      Q.  So are you familiar with the
17  data requirements Anadarko has when it is
18  not, when it is a non-operator on a well?
19      A.  Other than what's set forth in
20  this attachment, no, I'm not.
21      Q.  Are you familiar with the
22  contents of this attachment, or is it just
23  as part of your job you forward it along?
24      A.  I forward it along.
25      Q.  Are you involved at all in the

77 (Pages 302 to 305)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                    Reported by:
NICHOLAS G. HUCH                    May 16, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 306

1  preparation of the drilling and geologic
2  distribution requirements?
3      A.   No.
4      Q.   On the last page under
5  Dropbox/real-time access, there are a list
6  of Anadarko employees with access to the
7  Dropbox or real-time data.
8          Do you see that?
9      A.   Yes.
10     Q.   Are you involved in the
11 population of this box for a given prospect
12 on who's entitled to access on behalf of
13 Anadarko?
14     A.   No.
15     Q.   Do you know where this
16 information would have come from for the
17 Macondo on the MC 252 Prospect?
18     A.   This would have come from our
19 operations group.
20     Q.   Within that operations group, do
21 you have anybody in particular in mind that
22 would have populated this information?
23     A.   I can think of two people from
24 the operations group that likely did that.
25 That would have been John Kamm or Rebecca

Page 307

1  Isbell.
2      Q.   Are you involved at all in the
3  discussions with Mr. Kamm or Mrs. Isbell
4  about the sort of employee that Anadarko
5  wants to have access to data on this
6  prospect?
7      A.   No.
8      Q.   In response to several
9  Mr. Fineman's questions you talked about
10 the discussions with BP about calling TD at
11 18360.  You recall that?
12     A.   Yes.
13     Q.   You were a participant in the
14 April 14th pipe setting recommendations
15 meeting; is that right?
16     A.   Yes.
17     Q.   Were you -- did you participate
18 in any prior meetings about that issue,
19 that issue being BP calling TD at 18360?
20     A.   No.  I think the meetings to
21 agree to stop drilling and agree to set the
22 production liner occurred at the same
23 meeting.
24     Q.   Were you aware of an April 12th
25 meeting where a subset of those individuals

Page 308

1  met to discuss whether BP, if they could
2  call TD and was agreeable and whether they
3  had to persuade BP to drill deeper?
4      MR. NEGER:
5          Object to form.
6      THE WITNESS:
7          No.  Not as I sit here I don't.
8  EXAMINATION BY MR. HARTLEY:
9      Q.   You certainly weren't a
10 participant to it?
11     A.   As I sit here, I don't recall.
12     Q.   I'll hand you what I've marked
13 as Exhibit 2328.  You'll see at the bottom
14 of Exhibit 2328 is the same initial e-mail
15 from Mr. Beirne to you and Mr. Ishii about
16 the safety concern and the wellbore
17 integrity issues from BP.  You see that?
18     A.   Yes.
19         (Whereupon, the document
20 referred to was marked as Exhibit No. 2328
21 for identification.)
22 EXAMINATION BY MR. HARTLEY:
23     Q.   At the top of this page is an
24 e-mail where you forwarded this to
25 Mr. Trautman and others; is that right?

Page 309

1      A.   Yes.
2      Q.   And this e-mail is April 13th, a
3  little after 6 p.m. in the evening?
4      MR. BEFFA:
5          I'm sorry, is there a copy that
6  I can look at?
7      MR. HARTLEY:
8          I think we have a disk that it
9  has it on there.
10         Tab 117.
11 EXAMINATION BY MR. HARTLEY:
12     Q.   Mr. Huch, do you recall sending
13 the e-mail at the top of Exhibit 2328 on
14 April 13th?
15     A.   No.  I as I sit here today, I
16 don't recall sending this e-mail.
17     Q.   Do you recall having any
18 conversation about what BP's specific
19 safety concerns were?
20     A.   I didn't.
21     Q.   Do you recall having any
22 conversations between April 13th when you
23 received Mr. Beirne's e-mail and any point
24 up until April 20th about BP's wellbore
25 integrity issues?

78 (Pages 306 to 309)

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C.                    Telephone: (504) 525-9100
New Orleans, LA 70130-6029                    Board-Certified Court Reporters                    Facsimile: (504) 525-9109

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                                                    Reported by:
NICHOLAS G. HUCH                                        May 16, 2011                          JOSEPH R. KAISER, JR., CCR, RPR

Page 310

```
 1      A.  No.
 2      Q.  Other than, perhaps, those
 3  specific words being mentioned in the
 4  April 14th meeting, was there any
 5  discussion about what those concerns or
 6  integrity issues may have been?
 7      A.  No.
 8      Q.  Can you remind me who attended
 9  that April 14th meeting, that you recall?
10      A.  The April 14th meeting where we
11  decided to agree to stop drilling there and
12  agree it's a production line, it would have
13  been Darrell Hollek, Alan O'Donnell, Glenn
14  Raney, Paul Chandler, Dawn Peyton and
15  myself.  There may have some others but
16  those are probably the key ones.
17      Q.  Those are the ones you recall?
18      A.  That comes to mind, yes.
19      Q.  The conclusion of that meeting
20  was that Anadarko would agree to BP's
21  decision to call TD at 18360 and accept the
22  casing as they recommended?
23      A.  Yes.
24      Q.  Do you recall any discussion
25  about whether or not it would be advisable
```

Page 311

```
 1  to drill deeper in that meeting?
 2      A.  There was talk about if we
 3  stopped drilling here, what could we
 4  possibly be giving up in the deeper
 5  objectives.  And as it were, pushing BP or
 6  suggesting to BP that maybe you could do
 7  whatever you need to do to overcome these
 8  wellbore integrity issues and let's see if
 9  we can make it continue to go deeper if
10  possible.  We ended up not recommending
11  that to BP.
12      Q.  Why was that?
13      A.  We just concluded that if BP
14  determined that the site was unsafe to
15  continue drilling, we weren't going to push
16  it or make an issue of it.  We were just
17  going to defer to the operator to go ahead
18  and make that call.
19      Q.  In the course of that discussion
20  about whether to drill deeper, whether to
21  go with their recommendations, was there
22  any discussion about the size of what you
23  may be giving up by not going deeper?  The
24  quantity of hydrocarbons or the anticipated
25  reserves?
```

Page 312

```
 1      A.  No.
 2      Q.  Had Anadarko made any sort of
 3  assessment on the viability of the prospect
 4  at deeper levels?
 5      A.  I think we did.  We were looking
 6  at objectives much deeper than what they
 7  eventually could have drilled to in this
 8  wellbore, anyway.  So we didn't see
 9  anything immediately below the wellbore
10  that would have been worth trying to
11  encourage them to continue to drill deeper
12  to the original depth.
13      MR. HARTLEY:
14          That's all I have.  Thank you.
15  I pass the witness.
16      THE VIDEOGRAPHER:
17          Off the record.  It's 3:54.
18          (Off the record.)
19      THE VIDEOGRAPHER:
20          Returning to the record, it is
21  3:56.
22  EXAMINATION BY MS. LeGRAND:
23      Q.  My name is Stephany LeGrand,
24  he's Allen Katz and we're here representing
25  Transocean.  Hopefully this will be brief,
```

Page 313

```
 1  just a few quick questions for you today.
 2          How many joint operating
 3  agreements have you reviewed and executed
 4  or negotiated in your career?
 5  Approximately.  700?
 6      A.  Dozens.
 7      Q.  Okay.
 8      A.  A hundred, maybe.
 9      Q.  So you consider yourself to be
10  knowledgeable and familiar with an
11  operating agreement?
12      A.  Experienced and knowledgeable,
13  yes.
14      Q.  Competent at negotiating them?
15      A.  I feel like I am.
16      Q.  Do you believe that contracts
17  should be enforced as they're written?
18      A.  Yes.
19      Q.  And you negotiate a lot of
20  contracts -- strike that.  Do you generally
21  have counsel participating with you in your
22  reviews of joint operating agreements
23  specifically?
24      A.  Yes.
25      Q.  Are there any topics in
```

79 (Pages 310 to 313)

601 Poydras Street, Suite 1720                          GAUDET KAISER, L.L.C.                          Telephone: (504) 525-9100
New Orleans, LA 70130-6029                        Board-Certified Court Reporters                    Facsimile: (504) 525-9109

Exhibit W
Page 79

Page 314

1  particular, or provisions in particular
2  that you confer with counsel about when you
3  are negotiating and executing joint
4  operating agreements?  Not necessarily the
5  advice you're given about them, but just in
6  general, which terms would be at issue.
7      MR. NEGER:
8          I will let the witness answer
9  the question as long as we understand that
10  it doesn't constitute a waiver of the
11  privilege.
12      MS. LeGRAND:
13          Okay.
14      MR. NEGER:
15          You can answer.
16      THE WITNESS:
17          No particular topic comes to
18  mind.
19  EXAMINATION BY MS. LeGRAND:
20      Q.   And just to kind of briefly talk
21  a little about certain other agreements,
22  you have no revisions or issues with the
23  joint operating agreement that was executed
24  between BP and MOEX that Anadarko
25  subsequently ratified and joined?

Page 315

1      MR. NEGER:
2          Object to the form.  You can
3  answer the question.
4      THE WITNESS:
5          Could you repeat it?
6  EXAMINATION BY MS. LeGRAND:
7      Q.   Yes.  You testified earlier that
8  you did not raise any issues to BP about
9  the joint operating agreement?
10      A.   Yes.
11      Q.   So you ratified it as is?
12      A.   It was delivered to us, said
13  this is the agreement in effect between us,
14  and they really didn't give us an
15  opportunity to comment or edit or make
16  amendments, suggested edits.
17      Q.   Have you, since this was
18  executed, gone back and reviewed the joint
19  operating agreement?
20      A.   Some parts.
21      Q.   Have you reviewed the indemnity
22  provision?
23      MR. NEGER:
24          Objection to form.
25      THE WITNESS:

Page 316

1          I don't recall reviewing it, the
2  indemnity provision.
3  EXAMINATION BY MS. LeGRAND:
4      Q.   Have you reviewed the cautionary
5  provision?
6      A.   No.
7      Q.   If you will look at what's
8  previously been marked as Exhibit 1243,
9  which is the joint operating agreement, if
10  you will flip to, I believe it is page 131.
11  It's Article or Section 22.5 entitled
12  liability for damages.
13      MR. FINEMAN:
14          Tab?
15      MS. LeGRAND:
16          It's already been marked as
17  Exhibit 1243.  It's been Exhibit 1243 the
18  whole time.
19  EXAMINATION BY MS. LeGRAND:
20      Q.   Within Article 22.5, have you
21  reviewed that particular provision, either
22  prior to the execution of this agreement or
23  afterwards?
24      A.   No.
25      Q.   So this was not a provision that

Page 317

1  you looked at before ratifying the
2  agreement for recommending that it be
3  ratified?
4      A.   Yes.  I did review it.
5      Q.   Are you -- you said earlier that
6  you're a certified landman.  Are you
7  familiar with the AAPL, the American
8  Association of Professional Landmen?
9      A.   Yes.
10      Q.   Are you a member of the AAPL?
11      A.   Yes.
12      Q.   Are you familiar with their form
13  joint operating agreement?
14      A.   Yes.
15      Q.   Are you aware of the form joint
16  operating agreement pertaining to deepwater
17  operations?
18      A.   Yes.
19      Q.   I am going to give you a copy of
20  that agreement, which is available at,
21  available at httpwww.ocsadvisoryboard.org/
22  index-2.html.  And if you'll flip to page
23  139 in this document, have you looked at
24  this particular provision by virtue of your
25  association or affiliation with AAPL?

80 (Pages 314 to 317)

Exhibit W
Page 80

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                    Reported by:
NICHOLAS G. HUCH                              May 16, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 318

1     MR. NEGER:
2         Objection to form.
3     THE WITNESS:
4         Yes. I'm familiar with it.
5     EXAMINATION BY MS. LeGRAND:
6     Q.   Are you familiar with the
7  provision specifically addressing gross
8  negligence or willful misconduct? Have you
9  reviewed that provision, are familiar with
10 it?
11    A.   Yes. I'm generally familiar
12 with it.
13    Q.   How are you familiar with it?
14    A.   This form has been published
15 since, I think, 2007 so it's been available
16 for four years. We don't use this form,
17 but I'm familiar with that whole concept in
18 the provision, in general.
19    Q.   Does Anadarko have its own form
20 joint operating agreement that it uses?
21    A.   We have a form that we use
22 that's different from this.
23    Q.   How is it different?
24    A.   Without sitting down and taking
25 one of ours page by page and reviewing it

Page 319

1  with this, it's hard for me to answer that
2  as I sit here today.
3     Q.   Specifically with liability for
4  damages upon your review, is there anything
5  that jumps out at you after reading this
6  paragraph as compared to your form
7  template, or are they pretty consistent?
8     A.   It's pretty common, pretty
9  common.
10    Q.   So would you consider it common
11 or industry practice to accept indemnity
12 for gross negligence?
13    MR. NEGER:
14        Objection to form.
15    EXAMINATION BY MS. LeGRAND:
16    Q.   Based on your experience. Okay.
17 I'll rephrase it. Based on your experience
18 and the JOAs that you've reviewed,
19 executed, negotiated, does the provision
20 addressing liability for damage generally
21 include the wording that the indemnity does
22 not cover gross negligence?
23    MR. BEFFA:
24        Object to form.
25    THE WITNESS:

Page 320

1         Yes.
2     EXAMINATION BY MS. LeGRAND:
3     Q.   Who is -- and I may mispronounce
4  the name -- Glenn Karnei, K-A-R-N-E-I?
5     A.   I don't know.
6     Q.   I am going to attach a document
7  which is from the CD as ANA MDL 000078844.
8  And I'll mark it as Exhibit 2329.
9         (Whereupon, the document
10 referred to was marked as Exhibit No. 2329
11 for identification.)
12    EXAMINATION BY MS. LeGRAND:
13    Q.   And it appears to be an e-mail
14 from you to a Glenn Karnei, K-A-R-N-E-I,
15 and that's dated June 3, 2010. So it's
16 several weeks after the Macondo incident.
17 It appears to have several attachments,
18 including the Macondo joint operating
19 agreement and its exhibit and the lease.
20        Do you have any idea why you
21 sent these documents to Glenn Karnei?
22    A.   No, I don't.
23    Q.   Earlier, you mentioned that,
24 talking about after the incident, after the
25 Macondo incident, that you set up a

Page 321

1  conference call with BP?
2     A.   Yes.
3     Q.   Do you remember topically what
4  was discussed within that conference call?
5     A.   Yeah. We were just trying to
6  get a better idea as to what happened. Why
7  it happened, how it happened.
8     Q.   What were the initial thoughts
9  as to what happened?
10    A.   I don't recall.
11    Q.   Do you remember any discussions
12 about why it might have happened, or --
13    A.   No.
14    Q.   Did you talk about, if you
15 remember, the events leading up to the
16 incident in any way, shape or form?
17    A.   (Witness shakes head).
18    Q.   Any decisions that had been
19 made?
20    A.   No.
21    Q.   Any specific documents that had
22 been reviewed?
23    A.   No.
24    Q.   Any specific people that were
25 involved?

81 (Pages 318 to 321)

Page 322

1    A.   No.
2    Q.   Do you remember who was involved
3  in that conversation from BP?
4    A.   The only name I remember is Mark
5  Hafle.
6    Q.   And you might have already said,
7  but refresh my memory.  Who from Anadarko?
8    A.   Todd Durkee, probably Alan
9  O'Donnell, technical team, Glenn Raney,
10  Paul Chandler, Dawn Peyton.  Myself.
11    Q.   Were there any --
12    A.   Maybe others.
13    Q.   -- action items that came out of
14  that meeting?
15    A.   No.
16    Q.   There was nothing that anyone
17  was going to follow up on or any questions
18  that had been identified to be answered?
19    A.   We had plenty of questions.
20  There wasn't any -- nothing was documented
21  as to any action items.
22    Q.   What were some of the questions
23  that you had?
24    A.   I don't recall.  They were
25  technical questions that -- it would be

Page 323

1  hard for me to even say what they were.  It
2  was beyond my area of expertise.
3    Q.   I'm going to mark the Exhibit
4  that's the form template, the form joint
5  operating agreement that's available on
6  the website.  We'll mark it as
7  Exhibit 2330.
8        (Whereupon, the document
9  referred to was marked as Exhibit No. 2330
10  for identification.)
11    MS. LeGRAND:
12        And I think that's it.  Thank
13  you.
14    THE VIDEOGRAPHER:
15        We're now off the record.  It's
16  4:06.
17        (Off the record.)
18    THE VIDEOGRAPHER:
19        Returning to the record, it's
20  4:07.
21  EXAMINATION BY MR. GANUCHEAU:
22    Q.   Mr. Huch, my name is Tom
23  Ganucheau and I represent Cameron in this
24  litigation.  You were asked some questions
25  earlier today about Anadarko looking at the

Page 324

1  Macondo Block 252 and what reserves may
2  still be there.
3        Do you recall that line of
4  discussion?
5    A.   I don't remember saying what
6  reserves may still be there but we were
7  looking at 252.
8    Q.   You looked at it as an asset?
9    A.   Yes.
10    Q.   And what it may be worth?
11    A.   Yes.
12    Q.   Did you undertake a
13  determination of what reserves may still be
14  in Macondo Block 252?
15    A.   I personally didn't, no.
16    Q.   Did Anadarko?
17    A.   Yes.
18    Q.   Do you recall what those numbers
19  are?
20    A.   No, I don't.
21    Q.   Who would know those numbers?
22    A.   Dawn Peyton.
23    Q.   Do you recall seeing any
24  documents which set out what those reserves
25  may still be, left?

Page 325

1    A.   There were some spreadsheets
2  that were -- not spreadsheets, but slide
3  presentations.
4    Q.   Do you recall whether it was a
5  dollar value that was placed on the
6  reserves or whether it was a volume of
7  reserves that was placed in those
8  documents?
9    A.   It was a volume of reserves and
10  a net present value of what those reserves
11  are worth, or could be worth.
12    Q.   Do you recall the amount, either
13  in the dollar amount or in the reserve
14  amount that was in those documents and what
15  may be left of Macondo 252?
16    MR. NEGER:
17        Objection, form.
18    THE WITNESS:
19        No, I don't.
20  EXAMINATION BY MR. GANUCHEAU:
21    Q.   And is there -- were these
22  presented to you in a meeting of some sort?
23    A.   They were presented, they were
24  presented to Darrell Hollek, who is the
25  vice president of Gulf of Mexico operations

82 (Pages 322 to 325)

Exhibit W
Page 82

Page 326

1    and they were presented to Chuck Meloy, who
2    is our senior VP of worldwide operations.
3        Q.   When did this happen, the
4    meeting?
5        A.   The meeting with Chuck Meloy was
6    probably the first week of May.  The
7    meeting with Darrell Hollek was sometime
8    within the month before that.
9        Q.   2011, this year?
10       A.   Yes.  2011.
11       Q.   Who was present in the meeting
12   with Mr. Hollek?
13       A.   Would have been Paul Chandler,
14   Glenn Raney, Dawn Peyton.  Did I say Paul
15   Chandler yet?
16       Q.   Yes, sir.
17       A.   Paul Chandler and myself.  Yes.
18       Q.   Where did that meeting take
19   place?
20       A.   Where?
21       Q.   Where, yes, sir.
22       A.   Oh, at Anadarko's office.
23       Q.   In Houston?
24       A.   Yes.
25       Q.   Who was present in the meeting

Page 327

1    with Mr. Meloy?
2        A.   It was Chuck Meloy, Darrell
3    Hollek, myself, Paul Chandler, Glenn Raney,
4    Dawn Peyton.
5        Q.   Who was it that was charged with
6    pulling the numbers together of the value
7    of the asset that may still exist in the
8    Macondo Block 252?
9        A.   Dawn Peyton.
10       MR. GANUCHEAU:
11           That's all I've got.
12       THE VIDEOGRAPHER:
13           Conclusion of Tape No. 7, the
14   time is 4:10.
15           (Whereupon the deposition is
16   concluded at 4:12 p.m.)
17
18
19
20
21
22
23
24
25

Page 328

1
2
3                 WITNESS' CERTIFICATE
4
5
6
7
8        I, NICHOLAS G. HUCH, read or have
9    had the foregoing testimony read to me and
10   hereby certify that it is a true and
11   correct transcription of my testimony, with
12   the exception of any attached corrections
13   or changes.
14
15
16
17
18
19                 NICHOLAS G. HUCH
20
21
22
23
24
25

Page 329

1                 REPORTER'S CERTIFICATE
2
3
4        I, JOSEPH R. KAISER, JR., Certified
5    Court Reporter, State of Louisiana, do
6    hereby certify that the above-mentioned
7    witness, after having been first duly sworn
8    by me to testify to the truth, did testify
9    as hereinabove set forth;
10       That the testimony was reported by
11   me in shorthand and transcribed under my
12   personal direction and supervision, and is
13   a true and correct transcript, to the best
14   of my ability and understanding;
15       That I am not of counsel, not
16   related to counsel or the parties hereto,
17   and not in any way interested in the
18   outcome of this matter.
19
20
21           JOSEPH R. KAISER, JR., CCR, RPR
             Certified Court Reporter
             State of Louisiana
22
23
24
25

83 (Pages 326 to 329)

Exhibit W
Page 83

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                                                Reported by:
NICHOLAS G. HUCH                          May 16, 2011                          JOSEPH R. KAISER, JR., CCR, RPR

Page 330

**A**

**AAPL** 9:21 317:7,10,25
**abandon** 218:23 220:1
**abandonment** 235:23
**ability** 80:7 100:1
188:17,22 189:1,6
192:10 269:3 329:14
**able** 48:16 80:19 86:6
108:7 132:10 134:7
273:23
**above-mentioned**
329:6
**absence** 88:25 89:3
**Absolutely** 265:24
**abundantly** 159:22
281:15 283:13
**accept** 51:13 310:21
319:11
**acceptable** 109:25
115:20 116:4
**acceptance** 102:7
**accepted** 176:22
**accepting** 163:2
**access** 184:17 195:14
195:25 196:2,13
299:19,24 300:2
301:14,19,22,25
302:10,16,21 303:5,8
303:10,13 304:4,9
306:5,6,12 307:5
**accessed** 300:6
**accounting** 14:5,8 16:1
153:2 231:6
**accumulate** 17:8
**accuracy** 162:17
**achieving** 212:22
**acquire** 26:21 29:3
33:3 37:12 43:17,22
44:1,9 50:8 56:21
161:11 188:13 231:2
287:22
**acquired** 37:7 233:1
**acquires** 88:1
**acquiring** 37:19 44:13
286:5,15,24
**acquisition** 21:25 50:14
51:1 231:23
**acreage** 52:12
**act** 27:10
**acted** 149:9
**action** 120:16 124:10
125:10 270:5 322:13
322:21
**actual** 23:2 66:18
108:13 137:12 274:7
299:9

**Adams** 24:19
**add** 195:13
**adding** 73:23
**addition** 24:11 238:14
238:18
**additional** 17:11 70:13
71:1 80:25 98:3
161:4 211:6 283:21
**address** 125:11
**addressed** 119:16
126:2
**addressing** 114:4 124:6
161:3 318:7 319:20
**adequate** 244:8
**administer** 231:19
**administering** 10:25
**administrative** 231:4
**advanced** 14:21
**advantages** 290:5,8
**advice** 166:9,18 314:5
**advisable** 310:25
**advise** 133:18
**advised** 133:6,18 138:1
154:19
**advising** 111:15
**advisor** 21:1,12 250:6
**AEP** 33:2 148:12 151:4
151:9 152:15,15,20
153:10 159:5 220:20
232:2,8,19 233:1,3,6
233:17 248:4,16,23
254:16,22,22 255:12
255:14,19 257:3,6
258:13 259:1,14
261:14,17,21 262:5
263:21 288:1,3,8,15
288:17,19 289:11,14
289:15,23 290:1
**AEP's** 158:1 262:10
**AFE** 89:25 90:7 100:11
126:9 193:22 197:8
197:13 199:15,20
200:10,14,18,21
201:11,24 202:8
225:8 244:6 262:22
274:3,7,11,19 275:10
275:11 298:14 299:1
**AFEs** 178:14 182:3,8
183:4 193:2,7,9
198:12 202:12 225:7
225:9 231:8,16
235:19,25 262:5,6
298:13,14,20 299:8
**affect** 293:19
**affiliate** 28:5 157:25
285:13,14,15,21

**affiliation** 317:25
**aforementioned** 10:5
**afternoon** 82:1 284:21
**ago** 11:19,20 54:25
176:2 215:16 222:11
224:6
**agree** 18:4 77:10
203:20 204:11 205:17
205:17 206:3,4 257:2
307:21,21 310:11,12
310:20
**agreeable** 308:2
**agreed** 10:3 61:13
95:22 210:1
**agreeing** 114:3 163:2
**agreement** 9:21 82:10
82:14 88:6 89:20,21
91:18,21 93:3 102:11
102:11,12,21 105:10
106:21 107:25 113:2
114:6 124:22 141:1
144:6 148:11,15
150:7 152:6,13
155:19 156:11,16,23
157:2,5,11,24 159:4
161:22 164:20 165:2
172:2,6,11 174:4,9,10
175:3,4,5,21 176:5,23
177:2,3 179:11
180:18,24 181:18,25
182:6,11,20 184:15
185:20 190:6,7
203:20 204:9,21,22
205:1,6,7,25 206:2,7
206:8,16 208:12
217:11 218:23 233:18
233:21 240:21,22
249:22,24 250:10,10
250:11,13,19,22
251:10,15,16,22,23
252:4 253:7,14 254:1
254:5 255:4 259:12
260:20,23,25 261:4,7
261:15,18 262:13
263:11,13,24 264:5,9
264:10,11,17,21
266:1 268:5,8,11,13
268:24 269:9,11,23
270:14 280:21,25
288:14 290:13 291:9
291:14,17,25 292:15
298:7,10 300:20
301:3,18 305:7
313:11 314:23 315:9
315:13,19 316:9,22
317:2,13,16,20

318:20 320:19 323:5
**agreements** 21:23
231:17,18 239:8
250:8 252:13,16,23
258:3 268:23 313:3
313:22 314:4,21
**ahead** 198:4 238:9
257:14 311:17
**Aimee** 201:18
**Al** 85:16 272:3
**Alan** 58:16 128:20
129:16 184:9 190:23
226:24 227:3,10
303:18 310:13 322:8
**Allbritton** 34:5 66:15
86:16 276:7
**Allen** 2:7 3:19 58:12,13
312:24
**allocate** 141:14 145:12
249:22
**allocated** 152:9 154:9
155:13
**allocation** 154:20
155:14,17 249:13
**allocations** 249:18
**allow** 112:3
**allowed** 10:7
**alternative** 134:15
**alternatives** 225:19
**amend** 172:5
**amendment** 164:19
165:2 167:22,23,25
172:1
**amendments** 315:16
**America** 3:19 4:5
229:11
**American** 1:15 317:7
**Amoco** 18:20,22 19:2,6
20:4 22:14
**AMOS** 134:9 135:9
**amount** 30:17 96:6
126:9 162:14 248:5
248:10 296:1 325:12
325:13,14
**ANA** 53:11 72:6 110:25
113:18 153:16 163:17
190:16 206:22 320:7
**Anadarko** 2:17,22
17:19,22,23 18:2,3,5
18:8,10 19:6,10,11,14
20:18 21:9,15 22:18
23:13,24 27:7,7,11,15
27:16,20,22,25 28:2,4
28:5,7,7,12,15,17
30:13 32:4,12 33:1,2
37:18 39:9 41:17

43:17 44:1,15 48:12
48:16 49:9,18 50:2,7
50:8 54:17,19 55:18
55:19,24 56:8,20
57:18 58:4,8 65:8
69:17,23 77:20 78:4
78:21 80:12 81:25
83:12,21 85:1 90:19
91:3,24 96:8 98:19
100:1,14 102:24,24
103:1,1 105:8 106:18
108:8 111:7 114:2
117:18,23 118:17
119:11 121:10 123:2
124:1 129:22 134:7
135:12,13 138:6,11
142:24 144:23 147:6
147:16 148:12,12,25
148:25 150:13,16,20
152:10,11,14 154:21
154:21,24,25 156:16
157:6,10,15,25 158:5
158:6,17,22,24 160:4
160:4 161:8 162:7
163:6,13 164:13,15
165:13 168:19,21
170:24 171:4,13
172:8,10 173:2,3
175:7,8,14,14 176:4
176:22 177:18 178:20
180:6,13,20 181:18
181:24 182:24 183:1
184:3 185:5,9,25
186:2 188:6,12,17,22
193:19 195:22 196:24
197:19,23,24 198:13
198:17,18,21 199:4,5
199:11,12,13 200:3
200:25,25 201:10
202:14,18 203:7,13
203:19 204:10 205:6
206:3 207:4 208:17
210:10 213:11,18
214:16 215:12 216:17
219:6 220:6,6,12
222:16 225:1,16
228:14 233:1,16
234:1,3 236:25
237:16,19 238:1,6,24
239:11,22 240:5,7,8
240:12 241:23 242:2
244:5 245:6 246:19
247:7,11,25 249:6
250:3,6 255:16 259:9
259:20 266:3,18,25
267:7 270:5,11 271:3

601 Poydras Street, Suite 1720                      GAUDET KAISER, L.L.C.                      Telephone: (504) 525-9100
New Orleans, LA 70130-6029                       Board-Certified Court Reporters                 Facsimile: (504) 525-9109

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010        Reported by:

NICHOLAS G. HUCH        May 16, 2011        JOSEPH R. KAISER, JR., CCR, RPR

Page 331

272:12,19 276:14
281:20 283:20 285:2
285:3,6,10,16,18,18
285:24 286:6,9,12,16
286:23 287:8,12,13
287:14,18,21 289:5
291:15 295:25 298:1
298:5,21 300:10,14
300:21,25 301:14,19
301:25 302:9,14,20
303:4 304:8 305:10
305:17 306:6,13
307:4 310:20 312:2
314:24 318:19 322:7
323:25 324:16
**Anadarko's** 30:5 32:5
46:3 48:7 51:1 57:4
57:23 64:6,10 100:8
136:3 178:5 179:2,10
180:24 198:18 203:17
204:21 205:7 206:8
207:10 210:16 211:1
218:16,22 229:18
249:2 272:11 293:19
304:17 326:22
**analyses** 66:1,5 202:24
**analysis** 22:23 29:8,8,9
31:9 43:21 44:14
48:18 59:9,13 65:14
65:20 66:12,18 93:18
93:20 137:4 139:3
270:22
**and/or** 84:2
**Angeles** 2:8,22 3:23
**Annika** 1:22
**another's** 13:2
**answer** 10:18 12:4,21
12:23 23:20 25:18
33:14 51:22 54:10
121:21 153:6 171:21
171:23 173:21 199:10
204:16 205:12,14
210:21 211:16 220:17
226:11 246:24 251:3
252:2 256:3 266:12
267:17 281:24 295:15
314:8,15 315:3 319:1
**answered** 205:22
286:22 322:18
**anticipated** 311:24
**anticipating** 120:22
**anybody** 26:24 27:4
32:3 38:14 39:9
41:17 86:2 119:11
123:1 125:7 131:25
163:5 165:13 166:1

170:24 173:2 180:5
180:13 182:23 185:4
185:8,24 188:5
191:16,24 192:1
213:10,18 214:7,15
215:11 222:20 227:4
228:14 291:15 295:25
296:16 297:8,13
300:13 306:21
**anyway** 219:11 312:8
**AP** 96:19
**apart** 206:6
**APC** 75:5 104:24
108:19 112:2 113:20
139:15 146:4 148:12
150:16 151:5,10
152:17,21 153:10
155:5 157:17,21
158:15,21 159:6
160:14 161:13 220:20
232:6,16,25 248:4,14
254:16,24 255:14,20
257:3 258:13 259:14
261:21 262:1,10,19
263:6,25 264:17
285:21 288:2,4,15,17
288:20 289:4,8,9,12
289:17,22,24 290:20
291:12 297:4
**apparently** 137:11
276:19 277:3
**APPEARANCES** 1:18
2:1 3:1 4:1
**appears** 41:9,14 109:17
109:20 111:9 116:9
118:25 129:11 147:15
148:16,20 168:24
172:13 200:9 320:13
320:17
**appreciate** 31:2
**appropriate** 102:3
**approval** 83:23 85:1
86:18 101:19 111:22
140:4 142:9 162:8
165:23 170:5 174:23
193:4 198:10 199:20
199:21,23 200:11
202:4 204:21 205:7
206:8 216:21 217:5,7
218:17 231:9 257:2
292:24 298:16
**approvals** 21:22
**approve** 142:4 184:8
198:8 202:8 203:20
204:10 219:6,8
255:19

**approved** 30:17 142:6
150:24 163:8 169:11
169:12 170:15 193:7
200:19 201:12,13,24
220:19 255:11,12
298:16,22
**approving** 162:4
**approximate** 35:15
**approximately** 11:7
31:25 49:22 313:5
**April** 1:5 11:10 158:12
158:25 159:8 160:6
164:16 168:25 169:22
170:1,6,12,16,21
171:1,3,12 192:23
193:13,17 201:7,17
202:14,19,22 212:12
215:3,22 216:3
217:17 218:6 220:10
220:11 221:10,25
222:22 223:6 225:3,8
235:25 236:3 255:17
296:3 298:8 299:24
307:14,24 309:2,14
309:22,24 310:4,9,10
**area** 25:5,6,7,7,8
39:25 59:3,23 87:20
87:23 149:6,11,13
157:23 158:2 163:10
240:13 252:21 323:2
**areas** 161:1 230:7
**arena** 286:25
**arranging** 302:15
**arrive** 51:11 115:2
**arrived** 81:20
**Article** 10:7 105:14
109:24 268:19,20
316:11,20
**articulate** 125:6
**ASBILL** 2:2
**Aside** 123:23 182:8
**asked** 98:13 100:20
120:19 121:2 124:5
131:9 160:25 166:15
166:25 184:5 219:1
290:11 291:5,11
294:23 299:11 323:24
**asking** 40:17 42:9
60:22 61:1,6 97:12,15
98:10 131:2 179:14
179:16 181:7 191:11
204:2 206:5 207:24
230:8 267:19 280:4
280:10 302:8
**aspects** 86:7,11
**assessing** 47:24

**assessment** 312:3
**asset** 295:18 324:8
327:7
**assets** 22:1 152:14,17
**assign** 55:24 64:12
266:21
**assigned** 164:14 168:20
262:19 266:18
**assigning** 153:14 266:2
**assignment** 103:11
152:19 157:25 164:17
168:9,19 170:10
220:19 254:16,21,23
255:3,11,13,19,24
256:21 257:3,6
266:15 288:3
**assignments** 102:19,23
103:1 256:25
**associated** 21:23 98:3
119:2 244:10 258:16
261:1 262:2
**association** 317:8,25
**assume** 30:8 67:15
123:4,5
**assuming** 42:15
**attach** 89:7 320:6
**attached** 45:1 164:17
164:18 165:15 197:11
244:16 328:12
**attaching** 89:7,19,21
304:17
**attachment** 8:21
244:23 245:21 305:9
305:20,22
**attachments** 37:25
304:25 320:17
**attempt** 44:9
**attempting** 29:3
**attempts** 49:6
**attended** 99:12 310:8
**attendees** 209:9,15
**attorney** 4:9 149:9,22
149:23,25 284:23
**Attorneys** 1:23 2:4,9,13
2:17,22 3:5,10,15,20
3:24 4:4,7
**attributed** 199:6
**Atwater** 25:7
**auction** 289:11
**August** 18:11
**authority** 67:7,8,10
161:18 183:16,18
184:3,11
**authorization** 161:19
162:4 197:10 198:8
**authorized** 66:23,25

67:5 73:9 83:8
149:19 184:8
**availability** 134:11
**available** 34:12,14,18
35:5 122:19 134:8
149:18,23 317:20,21
318:15 323:5
**Avenue** 2:7,16,21 3:14
4:3
**aware** 28:17 50:6 69:4
181:17 189:22 190:2
190:5 206:7 225:15
233:2 256:20 270:8
270:11 272:15 275:8
275:12 290:10 307:24
317:15
**A-2** 151:11,15 152:5
**a.m** 11:7

**B**

**B** 157:19 161:23 162:21
162:21,23
**Bachelor** 13:21
**Bachelor's** 13:20
**back** 18:13 19:4 31:17
40:2 49:10 51:9 54:4
56:13 57:21 60:9
70:11 74:16 81:4
82:21 83:4,19 88:10
93:11 101:22 102:6
104:12 106:15 108:1
115:17 121:16 123:16
123:17,18 141:2,11
141:16 147:12 151:20
161:13 169:24 170:8
193:7,23 197:8
199:22 200:10 201:24
217:3,24 218:1 219:3
221:8 230:14 231:12
236:22 237:2,9
238:13,17 239:3
241:20 249:23 266:9
298:22 315:18
**background** 155:21
**backwards** 60:8,10
75:11 122:10
**band** 173:19
**Banks** 25:8 56:5 59:2
59:23 62:16 65:4
77:11 92:11,11,15,23
**Barbara** 165:25
**BARBIER** 1:5
**based** 48:18 113:7
119:21 120:21 129:11
139:12 179:17 209:21
239:7 268:21,21

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6029        Board-Certified Court Reporters        Facsimile: (504) 525-9109

Exhibit W
Page 85

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                    Reported by:
NICHOLAS G. HUCH                                    May 16, 2011                              JOSEPH R. KAISER, JR., CCR, RPR

Page 332

274:20 282:14 319:16
319:17
**basically** 73:24 79:9
86:21 97:14 131:2
154:2 290:2
**basics** 130:12
**basis** 64:16 76:24 80:13
181:11
**Bates** 220:25 221:1,2
**Bayou** 1:15
**Beach** 37:1,6 55:1,3,7
55:12
**bear** 69:15
**bearing** 251:6
**Beattie** 241:8
**Beaumont** 13:18
**BECK** 3:7
**Beffa** 3:22 38:21 40:14
41:2 83:1 107:3
113:11 114:7 116:6
121:12,18 140:6
159:12,18 160:9
171:7,16,20 204:13
204:23 206:13 239:25
242:22 247:2 251:24
254:8 288:24 293:10
309:4 319:23
**began** 33:2
**beginning** 37:10 60:16
63:15 107:9 212:7
249:20 286:4 294:2
**begins** 278:21
**behalf** 11:15 148:25
157:6 169:7 175:13
197:23 199:12 201:4
202:13,18 220:5
229:10 262:10 297:4
302:14 306:12
**Beirne** 53:1,2,7 54:2
55:11 58:5 81:5,13,17
84:22,23 88:14,17
89:9,18 90:14,16
91:10,19 97:2,10,19
105:7,12 106:6 107:2
107:23 108:4 109:1
109:10 110:15 121:2
122:13,14 123:20
131:9 133:22 139:23
140:23 143:13 146:15
147:11 164:7 165:4
187:7,8 196:24 200:4
212:3,11,18 213:2,5
213:12 214:12,24
215:8,22 218:7
243:20,21 244:24
247:6 297:17 308:15

**Beirne's** 63:24 64:7
72:14,18 75:13,19
143:5 213:18 309:23
**believe** 18:12 28:23
50:21 82:7 85:19,20
88:6 114:1 132:2,7
154:1 161:23 195:15
215:25 232:4 237:23
246:17 276:12 280:20
291:20 292:1,5
313:16 316:10
**beneficial** 250:1
**benefit** 238:1,6
**Berg** 93:21
**BERNSTEIN** 1:20
**Bert** 34:5 66:15 86:16
276:7
**Bert's** 93:24
**best** 26:3 27:24 180:12
329:13
**better** 99:17 136:25
321:6
**beyond** 323:2
**bias** 105:23 144:5
**bid** 28:17 29:8,9,10,11
29:12,19 30:5,10,17
30:19 31:24 32:5,5
37:6 289:11,16
**bidder** 31:21
**bidders** 30:7
**bidding** 30:16
**bids** 29:20
**big** 175:18
**Bill** 272:5
**bills** 177:18 198:13
287:20
**binder** 240:24 243:18
254:6 260:17 264:22
274:1 275:16 278:11
**BINGHAM** 2:15,20
**bit** 13:2 50:12 56:13
91:18 125:25 222:11
224:6 236:10,17
242:17
**block** 25:25 26:4 27:1
28:18 29:4 30:6
31:22 32:9,15 33:4
36:20 37:9 40:13
41:11 56:3,5 59:9,10
59:14 62:16 87:22
92:23 168:22 171:6
171:15 257:11,18,21
267:3 288:3,19 295:4
324:1,14 327:8
**blocks** 37:12 59:2,2
62:4,14 64:15 74:7,14

82:13,16 87:21 88:2
92:16 161:4,9,11,12
**blowout** 188:18 189:2
**Bob** 85:20 94:5 142:16
207:6 272:5 300:15
**Bobby** 194:25
**BOCKIUS** 2:11
**Bodek** 194:12,19 195:1
195:5,7,12 304:17,22
304:24
**body** 91:20
**borne** 261:20
**boss** 60:1,2 93:22,23
142:14
**bottom** 29:22,23 41:22
42:2 45:12 47:20
61:24 79:18 90:20,21
91:1 96:25 115:13
132:16,24 141:23
168:13 170:5 194:25
212:3,9 241:5 264:5
265:5 275:17 308:13
**bought** 18:10
**box** 41:21,22 274:8
306:11
**BP** 3:24 26:21 31:17,20
32:13 34:12,13,17,24
35:3 37:1 38:2,14
39:11 40:19 41:9
42:10 43:9 44:12
47:21 48:11 49:14
51:10 52:24 53:4
54:16 55:6,24 56:21
61:1 62:6,8 63:19
64:13 67:23 69:4,8,25
73:11,13 74:20 84:7
86:22 91:24 92:23
95:20,22 96:6 100:5,8
100:8 101:18,22
102:6,23 103:2
105:17 109:24 112:2
112:3,9,17 113:1,3,8
114:3,25 115:20
119:7,10,22 120:7,9
120:19 121:10 122:1
124:1,8,19,22 126:7
126:13 127:5,7
130:23 132:1,11
133:6,18,18,24 134:7
134:15,17,19 135:1,6
135:24 136:1,12,14
144:5,20 147:6,17
148:13 151:4,10
153:8,9 154:19
156:16 161:11,19
172:15 174:10,22

176:10,17 180:16
181:1 182:12 183:4
187:5 193:3,7,12
195:1 196:24 197:8
199:22 200:4,11,15
201:18,24 202:3
207:14 208:16 209:23
210:6 211:9,22
212:20 214:2,2,9,16
215:12 216:12,15,21
217:23 219:1,10
223:1,5,17,17 224:17
224:20 225:1 226:15
240:16 241:10 242:14
243:3,21 245:6 247:6
247:25 249:7,11
250:9 254:22,24
255:12 257:3,4,9,10
257:14,15 260:20,24
263:22 266:1,19
267:2,9,13,16 281:6
281:17 282:22 283:5
287:25 288:8,15
292:7 293:5 297:3,17
298:17,20 300:22
304:17 305:3 307:10
307:19 308:1,3,17
311:5,6,11,13 314:24
315:8 321:1 322:3
**BP's** 32:4 33:3 38:10,18
39:5 42:7 55:11,19
71:7 79:20,22 80:7
81:22 91:12 100:1
108:1 123:8 125:12
126:13 131:10 136:24
141:1 187:23 188:1,6
188:10,17,22 189:1,5
210:1 221:21 222:17
222:22 248:25 288:23
289:2 309:18,24
310:20
**Brad** 93:21
**branches** 234:3
**breach** 269:25
**break** 62:25 100:23
151:18 186:15 273:12
**breakdown** 97:16,17
98:7 184:2 244:5
**BRENNAN** 2:2
**Brian** 246:18
**brief** 167:1 250:12
312:25
**briefly** 31:4
**bring** 108:1 133:24
141:2
**bringing** 136:19 239:2

**broad** 272:18
**broke** 152:4
**Bronco** 62:6,7,9
**brought** 238:17
**Bryan** 24:3,11 25:10,13
25:13 26:8,11 27:4
60:1,2 68:2 74:19
88:17 89:10,19 90:15
91:4,11 110:5,6,10
111:6,19 114:18
115:7,12 117:19,24
128:20 132:16 141:24
149:22 164:8 168:25
170:15,20 183:20
221:18,20 222:1,8
**Bryant** 3:18
**Bryan's** 67:24 111:9
169:17
**budget** 80:8,9 98:20
100:2,9 141:14
235:18 249:13,17
304:1
**budgetary** 141:12
145:13,24
**Buehner** 153:23,24,25
155:12 250:5
**Buehner's** 250:4
**builders** 19:20
**bullet** 38:8,16 39:4,11
40:7 41:6,15 47:19
89:22
**bunch** 223:12
**Burton** 276:6
**business** 14:2,5 15:17
19:22 28:2,7,9 35:8
140:24 144:19,22
145:1,19 191:7 233:2
234:25 235:1 286:23
287:5 294:8

| C |
|---|

**C** 2:16 11:1
**CABRASER** 1:20
**cahoots** 293:5
**calculations** 295:25
**California** 2:8,22 3:23
**call** 12:3 17:9 34:19
35:9,17 71:16 109:14
131:14,18,21 166:7
216:13 217:22 222:12
285:10 292:15 308:2
310:21 311:18 321:1
321:4
**called** 21:12 28:24 35:4
36:20 37:8 62:10,13
62:17 99:5,9,16

Case 2:10-md-02179-CJB-DPC   Document 3156-18   Filed 07/06/11   Page 88 of 108

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                    Reported by:
NICHOLAS G. HUCH                          May 16, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 333

120:19,19 121:2
174:3 180:3 195:12
196:8 207:15 209:7
222:11 224:6 279:9
**calling** 105:13 307:10
307:19
**calls** 78:20 97:23 181:3
203:23
**Cameron** 3:10 323:23
**candid** 122:2 124:1
**candidate** 55:2
**Canyon** 25:6,6,24 26:3
26:6,7,12,22,25 28:18
29:3 30:5 31:21
32:14 33:4 37:9
40:13 41:11 56:3
59:1,22 62:10,15
64:14,14,17,23 77:8
77:11 87:22 161:4
164:15 171:6,15
257:18,21
**cap** 89:25
**capable** 270:24
**capacity** 181:9 184:25
204:3
**career** 313:4
**carefully** 33:14
**carry** 177:25
**CARRÈRE** 3:13
**case** 29:25 42:23,23,24
42:25 44:24 97:11
176:21 217:11 237:9
239:5 242:20 255:15
261:23 277:21
**cases** 232:21,21,22
**cash** 48:24 256:5,8
**casing** 201:25 236:4
258:19 310:22
**catch** 84:6
**caused** 119:2
**cautionary** 316:4
**CCR** 4:20 10:22 329:20
**cc'd** 279:1
**CD** 320:7
**Center** 1:15 3:8
**certain** 51:8 79:7 133:7
180:25 181:18,19
269:4 300:22 302:3
314:21
**certainly** 293:21,22,23
308:9
**CERTIFICATE** 328:3
329:1
**certification** 10:14 15:6
16:8 17:6
**certifications** 14:25

**certified** 4:21 10:23
15:3 16:8,10 317:6
329:4,21
**certify** 328:10 329:6
**cetera** 109:23
**chain** 8:3,4,6,7,9,10,13
8:15,16,18 9:4,6,9,10
9:12,13,15,16,18 45:4
60:6 61:11 96:24
278:21,25
**CHAMBERS** 3:17
**chance** 42:16 43:14
167:17
**Chandler** 59:6 208:2
227:2 278:22,25
279:8 280:4 282:7,8
300:16 303:19 310:14
322:10 326:13,15,17
327:3
**change** 22:8 63:1 77:14
77:17 117:6 151:18
164:21 294:5
**changed** 73:18 76:18
76:18,21 125:24
**changes** 115:25 328:13
**channels** 162:7
**charge** 28:13,15 199:6
271:10
**charged** 327:5
**charges** 199:5
**Charles** 3:14
**chat** 244:19
**check** 127:11,15 244:15
**chief** 85:14
**choice** 138:7 240:12,15
**Chuck** 85:21 223:2
272:4 326:1,5 327:2
**circulation** 274:15
**circumstances** 206:19
269:5,8
**city** 19:17,17
**Civil** 10:8
**clarification** 80:1
**clarified** 81:9 174:18
**clarify** 205:16
**clarifying** 129:23
208:10
**classes** 15:8 16:12
**clause** 257:25 259:1
**clean** 220:22
**clear** 106:21 159:23
181:6 271:18 277:13
281:15,16 283:13
285:5
**clearly** 106:19
**clerical** 159:10,17,21

**close** 39:19 40:1 91:13
**closing** 124:24
**Code** 10:8
**coincidence** 159:7
**colleague** 59:19
**colleagues** 56:20 58:8
59:17 149:4 215:3
216:3
**college** 13:7 18:13
**collusion** 246:22,23
247:7
**combined** 152:15
**come** 19:4 36:15 44:8,8
48:6 56:12 66:16
74:16 100:11 111:16
151:20 152:25 153:1
160:13 193:23 217:11
217:13 218:1 221:8
225:13 272:7 289:8,9
301:11 306:16,18
**comes** 254:3 310:18
314:17
**coming** 143:25 145:10
152:14,15,17 157:16
219:3 224:2 235:9
262:10
**command** 221:22
222:17,22
**commenced** 263:3
**comment** 315:15
**comments** 274:9,14
**commercial** 21:23
**commit** 106:2
**commitment** 107:1
119:24 141:2,21
**committee** 1:24 11:16
83:17 85:11 94:23,25
227:6 271:7,16,19,23
272:2
**common** 52:20 110:16
252:23 253:4 270:3
319:8,9,10
**communicate** 86:22
**communicates** 110:15
**communicating** 37:17
107:18,22 108:4
200:14
**communication** 109:1
109:3 111:12 146:14
154:14 200:8 218:6
224:20 297:21
**communications** 88:24
187:11 223:5 225:1
297:8,12,12
**companies** 27:13
198:25 201:4 220:5

255:21,24 256:14,19
**company** 18:2,3,20
23:16 27:7,10,13
150:1 164:14 191:25
192:2 198:17 232:4
232:20 252:10 285:4
285:8,11 290:2
294:13
**company's** 113:8
**compare** 253:22
**compared** 30:6 319:6
**comparison** 187:7
**Competent** 313:14
**competitor** 29:9
**competitors** 30:9
**complaints** 176:18
**completed** 240:11
**completeness** 113:25
**completing** 238:19
**completion** 49:17 239:9
239:17
**complies** 274:10
**complying** 270:13
**components** 52:10
**concept** 318:17
**concern** 112:5,7,16
113:7,14 118:10,17
118:25 121:9,25
122:5,15 123:23
124:17,19 125:4
144:13 210:16,22
247:9 308:16
**concerned** 112:9,25
119:5 124:13,24
125:2 141:10,17,19
178:12 293:6,17
294:19
**concerning** 105:13
109:3 118:11 122:3
193:9,13,19 196:17
224:17
**concerns** 80:7 100:1
123:25 124:3 125:7,8
125:11 188:10 189:1
189:5 210:23 212:19
213:14,19,25 214:9
214:13,20 244:18
247:7 309:19 310:5
**conclude** 126:17
203:21 209:25 214:5
216:22 218:17 249:7
**concluded** 105:25
145:23 185:22 214:4
311:13 327:16
**concludes** 71:6 216:15
**concluding** 206:12

249:11
**conclusion** 63:3 151:22
179:14 181:4,13
186:17 203:24 204:11
210:1 229:2 273:15
310:19 327:13
**conclusions** 181:8
**concurred** 102:5
216:13
**concurrence** 102:4
**condition** 192:6
**conditions** 209:24
211:8 214:17
**confer** 314:2
**conference** 79:2 217:22
224:16 321:1,4
**conferences** 224:17
**confidential** 229:23
230:3
**confirm** 83:8 109:11
**confirmation** 195:17
**confirmed** 137:1
**confirming** 81:20 141:1
162:17
**conflict** 264:8
**confused** 285:1 288:5
**confusion** 81:8 283:14
**conglomerate** 190:14
**conjunction** 271:6
**connection** 188:12
191:25
**consent** 292:16
**consider** 313:9 319:10
**consideration** 57:5
229:19 255:23 256:5
256:9
**considering** 33:2
229:16
**consistent** 87:3 94:12
191:12 319:7
**consists** 262:19
**constitute** 314:10
**contact** 101:21 223:1
304:18
**contain** 188:18,23
189:2,6
**contained** 203:14
**containment** 224:22
**contemplate** 161:10
**contemplated** 159:5
236:21 259:11,21,23
259:24 261:19
**contemplating** 161:7
**contemplation** 160:12
**content** 176:14,14
279:4

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C.                    Telephone: (504) 525-9100
New Orleans, LA 70130-6029                    Board-Certified Court Reporters                    Facsimile: (504) 525-9109

Exhibit W
Page 87

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010

Reported by:

NICHOLAS G. HUCH                    May 16, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 334

**contents** 91:6 120:13
150:24 305:22
**context** 212:16
**continuation** 221:5
**continue** 22:3 109:21
210:2 211:9 214:4,6
216:16 311:9,15
312:11
**continued** 2:1 3:1 4:1
7:1 9:1 162:23
**continuing** 17:13,14
163:12
**contract** 16:16 133:9
244:7
**contracted** 135:15,20
**contractor** 135:19
**contracts** 21:22 231:23
313:16,20
**contractual** 208:11
282:10,11,17,23
283:6,22
**control** 178:10 274:15
274:21 275:13
**conversation** 12:25
109:18 127:25 128:23
129:8 135:23 137:18
163:13 165:19 166:2
167:2,19 170:20,24
211:5 213:10 223:20
309:18 322:3
**conversations** 32:3
99:25 121:8 138:6
165:13 187:15,17
208:15,21 211:1
303:3,9 309:22
**convey** 255:14
**conveyance** 151:3
**COO** 272:3
**coordinate** 131:10
222:6 224:13 280:5
**coordinated** 29:10
279:25
**coordinator** 195:2
**copied** 45:3 277:3,10
**copies** 227:23 228:1,2
241:1
**copy** 220:23 291:25
309:5 317:19
**corner** 41:22
**corporate** 298:21
**Corporation** 3:10
17:24 27:15 168:21
285:3,7 287:15,19,22
298:1
**correct** 17:19 20:22
26:8 27:22 28:25

33:19 36:8,21 40:5
45:16 46:7 49:3 50:9
51:2,14,24 55:12,15
55:21,25 56:6,9,22
58:5,9,16 59:17 60:1
60:7 63:21,25 64:20
65:2,5,18,23 68:3,6
68:14 69:1,8 71:9
72:1,15,20 73:5,18,20
74:25 75:14,17 76:1
81:6,17,22 82:5,21,25
83:5 85:7 86:18 87:5
88:10,14 89:9 90:10
91:15,21 92:4,11 97:4
97:20,25 98:8 99:22
101:12 103:6 108:8
108:14 110:17 119:3
128:25 130:15,25
136:3,6 143:18
148:15 149:4 150:8
150:13,17 156:3
157:8,12 160:19,21
161:5,9,22 164:8
169:22 170:6 172:11
175:15,22 176:6,11
182:3 189:15,19
190:24 191:3 194:23
196:25 197:11,15,20
197:24 200:5,22
201:1,5,19 202:3
208:5 212:4,23
218:19 220:3 222:3
234:5 237:17 239:1,5
239:6 242:9 243:22
253:2 255:5 259:6,20
260:8,12 261:9 262:7
264:18 265:2,8
267:25 274:12,16
275:9,20 276:21
277:6,15,19,24 279:1
282:10 283:23 287:1
287:15 290:22 295:12
298:19 328:11 329:13
**corrections** 328:12
**correctly** 246:25
262:23 264:12
**corresponding** 198:24
**cost** 31:7 36:4 47:24
49:16 79:21,22 80:13
90:7 97:3,13,25 99:21
122:18,20 123:24
124:18 126:8 128:24
132:8 136:20 238:15
241:12,14,24 242:9
251:6 274:19 275:5
**costs** 35:16,20,24 97:16

97:17 98:3 100:12
119:1 120:21 122:7
123:9 125:14 126:15
132:8 136:15 139:6
198:25 238:18 242:6
244:6,10 246:21
249:19,21,23 251:13
261:1,20 262:2,21
299:4
**counsel** 4:9 10:4 151:1
165:18 167:17,20
227:17 228:11 241:1
284:22 313:21 314:2
329:15,16
**counter** 62:22 75:17,20
**counteroffer** 71:8
**counterpart** 35:2 53:3
59:19 243:2,21
**counterproposal** 61:15
64:6 67:5 69:19
72:19 73:6 87:16
94:10
**couple** 19:22 28:8
33:16 73:24 103:25
115:24,25 160:25
228:8 271:23
**course** 11:24 12:13
65:11 103:14 228:8
297:6,15 311:19
**court** 1:1 4:21 10:23
11:11 12:8 229:25
329:5,21
**cover** 230:10 252:20
253:17 319:22
**covered** 16:15 182:5
230:8
**covering** 37:8 87:21
**Covington** 4:8
**CPL** 17:9,10
**credits** 14:17
**cumulative** 48:23
**current** 17:15 20:24
58:9 97:23 136:17
**currently** 109:24
**curriculum** 13:25

**D**

**D** 11:1
**Daily** 301:9
**Dallas** 3:4
**damage** 117:20 119:3
121:11 128:25 129:9
139:7 319:20
**damaged** 116:21,25
**damages** 316:12 319:4
**dampen** 139:7

**Daniels** 85:20 94:5,15
95:4 142:16,17 272:5
**Darin** 3:22
**Darrell** 84:8 123:19
128:18 132:18 142:18
213:23 227:10 310:13
325:24 326:7 327:2
**Dart** 4:7,7 5:11 284:20
284:22 286:7 288:21
289:3,25 293:14
295:23 296:10
**data** 139:12 203:14
302:1,16 303:6 304:5
304:8,18 305:17
306:7 307:5
**database** 196:11,12
203:2,6,9
**date** 58:17 142:8 170:6
170:17 172:16 197:14
216:1 220:8
**dated** 33:18 45:4 50:14
54:2 56:15,25 60:5
63:21 68:5,12 72:19
96:17 97:3 105:7
117:12 125:22 126:2
136:9 139:23 145:16
146:10,25,25 147:11
154:3 164:10 190:22
194:20 196:23 197:14
200:5 202:14 212:11
215:22 218:5 221:24
244:1 246:14 320:15
**David** 246:13
**Dawn** 45:10 48:19
66:15 86:16 153:25
227:2 241:7 310:14
322:10 324:22 326:14
327:4,9
**day** 33:6 68:13,17
84:21,21 90:13 97:20
110:15 129:3 132:14
144:16 191:5 212:14
222:1 225:7 244:6
**days** 111:5 118:4 228:9
**day-to-day** 25:14
**DC** 4:4
**deal** 26:20 32:8 44:5
47:21 51:6 69:5,18
71:4 74:3,12,15 80:6
82:8 84:6,13 87:4
90:9 101:9 104:18
124:25 130:12 142:10
226:15 237:25 248:1
249:7,11 252:8,10
288:22 291:15
**dealing** 52:25 69:7

182:20 243:1
**dealings** 294:10,21
**deals** 231:2
**dealt** 103:4 291:12
294:20
**December** 50:15,22
101:10 132:14,25
133:10 136:9 137:7
139:23 140:5,15
142:25 145:16 146:11
146:11,25 147:3,6
148:22 175:13 192:8
298:11 299:23
**decide** 303:5
**decided** 77:20 205:18
211:12,13 222:25
298:5 310:11
**deciding** 200:18 297:22
299:4
**decision** 43:17,22 44:9
57:23 77:18,22,23,24
80:15 83:12 84:3
86:25 105:19 119:23
139:11 142:20,25
145:1 156:1 183:11
183:15,16,17,18
184:1 198:7 202:7
210:8 216:13 242:11
310:21
**decisions** 22:20 23:23
155:25 183:2 303:7
321:18
**deck** 46:20
**deemed** 212:21
**deeper** 210:11,17,23
211:2,7,13 308:3
311:1,4,9,20,23 312:4
312:6,11
**deepwater** 1:4 9:21
11:9 20:5 136:6
138:2,7 156:11
175:21 185:2,5,9
192:15,19 217:18
317:16
**defer** 311:17
**deferred** 210:7
**defined** 179:24 280:24
**defines** 251:10,12
257:14
**definition** 147:24
207:25 257:22 258:25
262:14,17 280:23
281:15 283:11,13
**degree** 13:8,10,13,20
13:24 14:15,21,23
15:10,16 16:3 18:14

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010

NICHOLAS G. HUCH

May 16, 2011

Reported by:

JOSEPH R. KAISER, JR., CCR, RPR

Page 335

301:24
**degrees** 14:22
**delay** 119:2
**delayed** 117:5
**deleted** 105:17
**deliver** 254:22
**delivered** 315:12
**delivery** 254:21 257:5
**DeLorimier** 4:14
**delves** 136:23
**DENÈGRE** 3:13
**department** 4:2 21:13
71:22 153:2,2 237:6
**depend** 183:14
**depends** 25:20 26:16
183:25
**deposition** 1:14 10:5,20
11:4,4,7,17,23,25
12:14 17:22 26:2
227:13,19 228:7,13
228:17,20 327:15
**depositions** 44:24
**depth** 35:16 36:8
178:24 207:15,25
208:11,18 211:10,12
212:22 216:17 280:17
280:22 283:12 312:12
**Derek** 34:3 275:18
276:6 277:20 302:25
303:23
**describe** 13:22 26:10
28:9 51:4 76:11
166:21 232:19 255:7
270:19 300:24
**described** 22:13 25:23
59:25 234:4
**describes** 151:7
**describing** 62:4
**description** 22:3
162:18 259:10 274:9
**DESCRIPTIVE** 8:1
9:1
**design** 162:22 163:3
**designate** 229:21
**designated** 180:17
265:11,19 267:2,10
**designation** 265:1,7
**designations** 229:24
**designed** 43:8
**desire** 106:15
**DeSoto** 25:6
**detail** 136:24 242:4,5
244:5,8,10
**detailed** 105:24 241:11
241:25 242:1 246:21
**details** 129:24 244:17

**determination** 108:2
324:13
**determine** 57:11
177:24 270:22 281:6
281:17 283:15
**determined** 30:15
282:13 283:17 311:14
**determining** 162:13
**develop** 31:8 240:13
**development** 39:25
40:8 49:16 97:3,13
234:5,7,24 236:5
237:4,11
**difference** 32:4
**different** 22:5 24:25
48:25 49:1 52:15
133:24 202:11 205:21
230:9,11 231:8 234:1
234:3 253:15,16
254:2 318:22,23
**differently** 112:24
204:18
**diligently** 109:21
**direct** 166:17 277:22
277:25 297:7,11,21
**directed** 14:6 200:25
**directing** 110:3
**direction** 86:21 152:24
152:25 153:7 167:3
329:12
**directions** 153:10
**directly** 24:11 127:5,7
127:24 243:2 289:9
**director** 187:4
**disagreeing** 159:25
**disappointed** 120:8
**disclosed** 119:7,10,22
120:9
**disconnect** 118:2
**discount** 45:25
**discounted** 48:20 49:6
**discovery** 70:11 105:24
**discuss** 90:19 122:11
127:23 213:12,21
214:23,24 215:2
228:13 308:1
**discussed** 75:22 98:20
100:2 101:8 135:2
160:18 166:22 212:15
213:17,24 233:23
241:22 263:15 321:4
**discussing** 38:13 39:8
41:16 79:2 100:14,16
109:15 119:9 120:12
135:5
**discussion** 61:4 78:8

79:19 128:2,6,10,16
166:24 210:5,16
214:1 229:18 310:5
310:24 311:19,22
324:4
**discussions** 32:11 60:25
62:21 78:3 96:5
138:11 142:24 188:5
188:16,21 201:10
210:9 215:18 302:13
307:3,10 321:11
**disk** 309:8
**distinction** 278:3
**distribution** 71:12
118:9 119:15 128:18
194:19 207:14,22
208:8 209:8 305:3
306:2
**District** 1:1,1 11:11,11
**Ditto** 38:24
**divested** 19:19
**document** 33:17 38:6
44:18,20,23 45:2
46:17,18,24 53:14
63:11 72:7 75:7 91:7
96:17,18,20 102:6
104:25 108:21 111:1
113:17,19 114:11,14
139:17 140:13 143:22
144:15 145:11,25
146:6 148:8,10 149:8
149:10 150:20,23,25
153:18 156:9,12,14
157:6,10 158:10,15
160:3 163:19 164:2
165:4,22 168:5,10,24
169:12,19,21 170:14
170:21,25 172:5
173:4,20,23,24 174:2
174:13,19 175:1,12
175:20 176:3,10,15
176:19,22 177:4,23
178:6,21 179:1,24
182:15,16,17,19
184:24 185:13,13,23
186:5 190:18 194:10
200:14 202:2,10
206:21,23 207:3
211:21,23 217:10
218:8,21 220:9
221:11,13 243:13
246:7 247:20 256:14
278:16 284:14 308:19
317:23 320:6,9 323:8
**documentation** 89:13
96:14 103:14 256:18

256:23
**documented** 322:20
**documents** 50:12,13,13
50:18 89:8 90:17
91:5 101:12,16,17,24
102:9,15,17,18 103:7
103:8,9,11,25 113:21
117:5 140:3,17 143:9
143:17 144:20,23
145:4,8,15 146:16
147:18 160:2 165:15
181:11 182:17,18
184:22 227:18,21
228:3 253:4 302:6
320:21 321:21 324:24
325:8,14
**document's** 169:11
**doing** 19:24 29:8 57:15
59:8,13 78:17 93:19
120:23 131:5 227:6,7
231:20 232:23
**dollar** 11:16 52:2 79:21
99:18 183:14 184:6
325:5,13
**dollars** 29:16 36:5
97:14
**downhole** 258:19,20
**downtime** 136:19
**Dozens** 313:6
**draft** 89:8,20,21
**drafted** 101:17 174:22
**drafting** 21:21 101:15
174:13 176:14
**drafts** 89:7
**drill** 35:16 36:5 116:14
211:10,13 214:6
308:3 311:1,20
312:11
**drilled** 207:14 237:1
259:13,17,19,21,24
259:25 312:7
**driller** 243:7,8
**drilling** 15:20 20:5 23:1
23:2,3 38:10 49:16
80:22 117:16 123:6
126:15,17 135:11,12
135:15,16,19 136:24
184:17 192:15,19
203:21 204:11 205:18
205:19 206:12 207:8
207:10 210:3,11,17
210:23 211:2 214:4
216:16,22 218:17
225:17,22 232:8,13
235:14,16,21 238:19
251:13 261:1 272:21

276:13 278:8 279:10
295:3 299:9 301:9
305:2 306:1 307:21
310:11 311:3,15
**Dril-Quip** 3:20
**Dropbox** 306:7
**Dropbox/real-time**
306:5
**dry** 35:14,16,21 79:21
79:22
**due** 136:18 139:6
212:19 214:20 303:25
**duly** 329:7
**Dunbar** 165:25 166:19
166:20
**Durkee** 117:14,23
123:18 128:19 132:15
221:19,20 222:2
223:13 322:8
**duties** 20:5,6 21:19
22:10 231:4

---

**E**

**E** 1:21 2:21 11:1,1
**earlier** 50:23 54:23,24
59:16,25 64:20 65:25
68:20 92:3 94:8,22
96:11 101:8 104:4
112:13 121:11 129:17
130:20 132:13 160:18
160:25 170:17 198:11
204:1 217:4 219:3
232:5 237:24 241:22
242:21 247:24 253:7
268:15 276:13 280:15
287:12 290:11 299:12
300:2 315:7 317:5
320:23 323:25
**early** 15:7 16:23,25
50:19 78:16 91:14,14
96:12 134:1 146:17
147:18
**earn** 35:25
**easier** 26:5
**easiest** 53:20
**east** 87:21
**eastern** 1:1 11:11 25:4
25:12 33:25 58:14
59:8,13 129:18,20
149:15,16
**easy** 134:1
**economic** 23:14 43:21
44:14 48:18 65:14
66:1,5,12,18 86:10,11
93:18,20 94:4,14 95:3
96:1 108:8 129:9

601 Poydras Street, Suite 1720
New Orleans, LA 70130-6029

GAUDET KAISER, L.L.C.
Board-Certified Court Reporters

Telephone: (504) 525-9100
Facsimile: (504) 525-9109

Exhibit W
Page 89

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                    Reported by:
NICHOLAS G. HUCH                         May 16, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 336

139:12 202:24 203:6
203:14 238:1,6 299:3
**economics** 15:23
108:13 112:14,18
127:14 129:25 130:15
138:23,23 139:2,7
294:7
**edit** 315:15
**editing** 101:21,22,24
**edits** 102:3 315:16
**education** 17:12,14
**effect** 315:13
**effective** 50:15 164:16
170:11 172:23
**effectively** 18:11
**effectuate** 50:14
**effort** 226:2,22
**efforts** 224:23
**either** 29:22 86:15,16
87:25 88:1 140:2
213:13 225:20 226:15
233:16 240:17 248:3
259:13 261:15 316:21
325:12
**elaborate** 233:13
236:19
**elect** 242:11
**elected** 240:17
**election** 177:11 178:12
183:3,15,18 184:1
199:15 219:9 268:18
292:22 293:2
**Elliot** 2:11
**ELLIS** 3:22
**Elm** 3:3
**else's** 77:22,23
**employed** 297:8,13
298:1
**employee** 27:6 307:4
**employees** 234:1,12
287:9 306:6
**encourage** 312:11
**ended** 15:9 20:18 250:8
280:13 311:10
**energy** 13:11,23 15:16
16:2
**enforced** 313:17
**engage** 297:22 298:5
**engaged** 188:16
**engineer** 34:6 45:11
93:16 98:12,15 123:7
258:23
**engineering** 14:3 94:2
105:25
**engineers** 57:16 66:17
78:14

**ensure** 221:22
**enter** 85:1 87:19
**entered** 176:10
**entirely** 177:5
**entirety** 263:7 268:9
**entities** 231:16
**entitled** 156:9 181:18
181:19,24 184:16
254:15 293:25 300:21
301:1 306:12 316:11
**entity** 152:16,17 157:16
236:5
**environment** 182:21
185:17
**environmental** 188:7
188:11 291:13
**equals** 152:22,23
**equipment** 258:16,20
263:5
**equivalent** 67:24
**era** 57:8
**error** 159:11
**Esquire** 1:21,22 2:3,7
2:11,16,21 3:3,7,14
3:18,22 4:3,7
**estate** 19:25
**estimate** 136:17,20
241:12
**estimated** 42:17 79:20
79:22 97:13,23
**estimates** 80:14 126:7
126:13,13
**estimating** 36:3
**et** 10:7 109:23
**evaluate** 192:5,14
270:12
**evaluating** 162:4,10
271:4 294:24 297:15
298:25
**evaluation** 244:9,11
294:6 295:24
**evening** 309:3
**event** 35:18 36:11
86:17 105:24 124:17
216:15 217:22 274:16
274:21 275:13
**events** 118:11 321:15
**eventual** 238:2
**eventually** 242:8 312:7
**everybody** 283:14
**evidence** 10:21
**evidencing** 200:11
**exact** 27:19 28:6 29:14
82:13
**exactly** 61:5 106:11
174:7 295:10

**EXAMINATION** 5:1
11:13 23:12,19 25:17
30:3 31:14 33:11
37:22 39:2 40:24
41:4 47:22 51:21
52:13,22 53:17 60:20
63:9 66:13 67:6 71:2
72:10 75:10 83:3
87:13 92:9 94:20
96:23 99:8 101:6
104:11 105:5 107:7
108:24 111:4 112:23
113:13,24 114:9
116:8 121:24 125:19
127:22 128:22 130:7
133:2 137:15 139:20
140:10 146:9 148:7
152:3 153:5,21
154:12 156:8 159:9
159:16,24 160:15
163:22 165:11 167:15
168:14 171:11,24
173:15 174:24 179:6
179:15 181:16 183:12
184:20 186:10,24
189:16 190:21 194:17
199:9,24 204:7,15
205:2,11,20 206:17
207:1 209:5 210:14
210:20 212:1 217:1
218:11 220:16 221:7
221:16 226:18 229:8
230:5 233:12 234:21
235:7 238:23 239:19
240:9 241:3 243:16
245:14 246:10 247:4
247:23 248:12,20
251:7 252:7,22 253:5
254:12 256:7 258:8
261:13 266:17 273:20
276:11 277:2,12
278:6,19 279:15
280:3,11 282:3 283:3
283:19 284:20 286:7
288:21 289:3,25
293:14 295:23 296:21
308:8,22 309:11
312:22 314:19 315:6
316:3,19 318:5
319:15 320:2,12
323:21 325:20
**example** 253:6 258:22
272:19
**examples** 258:18
**exception** 328:12
**exchange** 8:12 9:3,7

44:25 52:12 58:2
69:1 81:13 82:10,15
89:21 102:11 103:8
109:8 129:5 148:11
148:14 150:7 152:6
152:12,18 155:19
157:5,24 175:4 177:3
250:10 251:15,17,17
254:5 258:3 263:10
263:13,23 264:10
288:13
**excluded** 258:11 260:8
260:13 263:23
**excluding** 257:18,25
263:17
**exclusively** 261:20
**excuse** 64:14 239:20
248:14 251:9
**execute** 140:4 144:5,14
147:14
**executed** 21:22 102:20
143:9 144:20 147:17
148:21 159:4 169:21
170:15,21,25 172:14
175:12 197:7,19,22
197:23 255:4 298:9
313:3 314:23 315:18
319:19
**executing** 231:22 314:3
**execution** 146:17
157:23 164:20 172:17
177:1 182:16 316:22
**executive** 83:17 85:11
94:23,25 271:6,16,19
271:22 272:1,4,5
**exhibit** 6:4,6,7,9,10,12
6:13,15,16,18,19,21
6:22 7:4,6,7,9,10,12
7:13,15,16,18,19,21
7:22 8:1,3,4,6,7,9,10
8:12,13,15,16,18,19
8:21 9:1,3,4,6,7,9,10
9:12,13,15,16,18,19
9:21 33:10,17 41:20
44:21,25 45:14 46:14
53:10,15,19 55:5,10
61:23 63:14 72:6,8,12
74:17 75:3,8,12 96:18
96:21 104:3,23 105:1
108:22,25 111:2
113:22,23 115:5,18
115:24 117:10,11
125:17,21,23 130:9
138:15 139:18,22
143:5 146:7 150:4
151:11,15 152:5

153:16,19 155:18
156:7 161:21,23
162:21,23 163:15,20
163:24,24 168:4,8
173:18 185:15,16
190:16,19 196:21
200:2 201:16 206:24
211:24 212:9 218:4,9
218:15 219:16 221:14
243:11,14 245:17
246:8 247:19,21
254:7 260:18 264:24
274:2,6 278:17
284:13,15 302:7
304:15,16 305:9,9
308:13,14,20 309:13
316:8,17,17 320:8,10
320:19 323:3,7,9
**exhibits** 6:1 7:1 102:17
175:24 305:8
**exist** 259:3 327:7
**existed** 291:2,3
**existence** 176:3 286:11
291:8
**existing** 22:1 70:12
174:9 190:6 231:19
231:25 236:23 237:2
237:10
**expectation** 91:12
**expected** 49:9 50:2
96:7,8
**expenditure** 161:19
162:5 184:6 197:10
**expenses** 80:2 225:2
**expensive** 108:12
**experience** 100:4,8
113:8 192:18 233:5
233:11 236:9,13
319:16,17
**Experienced** 313:12
**experiencing** 209:23
**expertise** 192:15 323:2
**experts** 247:25
**explain** 42:19 73:1
144:4 154:13 210:22
238:5 250:23 253:19
253:21 256:15 288:6
**explained** 154:3
**explaining** 58:7 142:1
**explains** 154:2
**explanation** 154:8
286:18
**exploration** 33:24 38:9
38:19 39:6 58:23
67:19 68:22 71:16,21
78:1 85:19,20 180:17

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                Reported by:
NICHOLAS G. HUCH                              May 16, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 337

| | | | |
|---|---|---|---|
| 187:23 196:25 200:4 | 107:13,15 109:7,11 | **fails** 269:14 | 53:12,17 60:14,20 |
| 201:18 234:9,10,15 | 110:14 111:7,14,19 | **fair** 52:23 89:12 118:23 | 62:24 63:9 66:13 |
| 234:25 235:21 236:1 | 114:17 115:5,6 | 161:14 204:1 236:1 | 67:6 70:19 71:2 72:4 |
| 237:5,6,7,11 272:6 | 117:11,13,23 118:7 | 305:14 | 72:10 75:4,10 83:3 |
| 285:4 292:21 303:1 | 118:14 119:17,19 | **fall** 59:3 116:19 117:3 | 87:13 92:9 94:20 |
| 303:17 304:1,5 | 120:13,14,17 124:5 | **familiar** 203:2,8 268:2 | 96:23 99:8 100:22 |
| **explorationist** 304:4 | 125:21 126:1 128:17 | 274:23 290:16,18 | 101:6 104:9,11,22 |
| **exploratory** 212:21 | 129:2,3,4,11,16 | 294:17 305:2,16,21 | 105:5 107:7 108:18 |
| 233:7 240:11 262:14 | 130:17,18 131:12,13 | 313:10 317:7,12 | 108:24 110:23 111:4 |
| 262:19 | 132:13,22 133:14,23 | 318:4,6,9,11,13,17 | 112:23 113:13,24 |
| **Explore** 28:10 | 136:8 137:6,7,25,25 | **Fannin** 2:3 | 114:9 116:8 121:20 |
| **exposure** 99:18 | 138:16,17,20,22 | **far** 144:18 163:25 | 121:24 125:15,19 |
| **express** 176:17 | 139:22 140:22 141:5 | 179:19 225:10 276:15 | 127:22 128:22 130:4 |
| **expressed** 302:19 | 141:7,24 143:6 | 286:21 294:19 300:4 | 130:7 132:23 133:2 |
| **expresses** 118:10 | 147:10 153:22 154:2 | **fast** 23:8 | 137:15 139:14,20 |
| **expressing** 110:11 | 154:19 164:6,13,24 | **fault** 140:11 212:10 | 140:10 146:2,9 |
| 118:17,24 218:16 | 165:1,14 194:11,18 | **favor** 179:2 | 147:25 148:7 152:3 |
| **extent** 15:15 155:24 | 195:9,11,17 207:3,21 | **feasibility** 179:20,21,22 | 153:5,15,21 154:12 |
| 179:13 181:3 225:5 | 208:8 209:6 212:2,7,8 | 179:23 180:3,6 | 156:4,8 159:9,16,24 |
| 249:14 251:19 | 213:1,2,5,17 214:19 | 290:12,19 | 160:15 163:16,22 |
| **extremely** 120:8 | 215:21 216:1,2,8,11 | **February** 196:23 | 165:11 166:15 167:15 |
| **E&P** 27:15,16,25 28:3 | 218:5,14 221:17 | 197:19 | 168:14 171:11,22,24 |
| 28:4,13,17 50:8 | 222:2 223:9 224:5 | **fee** 238:15,21 | 173:6,15 174:17,24 |
| 102:24 103:1 148:25 | 241:5,7 243:19,25,25 | **feel** 270:23 313:15 | 179:6,15 181:5,16 |
| 150:13 152:10 154:21 | 244:1,15,23 245:21 | **feet** 35:17 212:22 | 183:7,12 184:20 |
| 157:11,15,25 158:5 | 245:22 246:12,13 | **fellow** 24:10 | 186:10,14,24 189:11 |
| 158:17,22 160:4,4 | 253:7 275:17,19,21 | **felt** 61:5 102:3 103:23 | 189:16 190:21 194:15 |
| 163:13 164:14 171:4 | 276:3,5 278:14,21,24 | 122:6,21 242:14 | 194:17 199:9,24 |
| 171:13 172:10 173:3 | 279:4 281:14 302:8 | 288:17 | 203:25 204:7,15 |
| 175:7,14 197:24 | 302:18 304:16,22 | **field** 112:15 295:12,17 | 205:2,11,20 206:17 |
| 198:17 199:5,13 | 308:14,24 309:2,13 | **fifth** 38:8 | 207:1 208:25 209:5 |
| 200:25 202:14 220:6 | 309:16,23 320:13 | **file** 244:16 | 210:14,20 211:19 |
| 220:12 285:10,17,19 | **e-mailing** 60:6 | **filed** 103:9 | 212:1 217:1,25 |
| 285:24 286:6,9,16,23 | **e-mails** 45:4,8 60:8 | **filing** 10:13 256:25 | 218:11 220:16,24 |
| 287:8,12,13 289:5 | 62:20 74:22 81:3 | 266:3 | 221:7,16 226:18 |
| **E&P's** 198:18 | 109:5 114:1,2 146:10 | **final** 71:22 74:3,12,14 | 228:22 229:17 241:23 |
| **e-mail** 8:3,4,6,7,9,10,12 | 190:22 208:22,24 | 142:9 148:14 160:20 | 280:16 316:13 |
| 8:13,15,16,18,19,21 | 210:25 221:18 227:23 | 207:15 211:10 | **Fineman's** 300:19 |
| 9:3,4,6,7,9,10,12,13 | 228:1,2 277:4 | **finalizing** 101:15 117:5 | 307:9 |
| 9:15,16,18,19 33:17 | | 140:2 146:16 | **finish** 13:2,4 23:5 |
| 33:21 34:9 37:25 | _____ | **finally** 280:15 | **finished** 140:17,20 |
| 44:25 45:16,18 53:21 | **F** | **finance** 16:6 | **firmly** 106:1 |
| 54:1,1,7,13,24,24 | **facilitate** 185:4 200:13 | **finances** 14:5 | **first** 33:16 34:8,8 37:16 |
| 56:15,20,24 58:2,3,5 | **facilitated** 224:15 | **financial** 23:23 65:21 | 45:3,14 49:20,21 54:1 |
| 60:4,6,12,21 61:11,17 | **facilitating** 225:6 | 192:6 | 55:5,9 56:14,18 61:22 |
| 61:24 63:16,18,24 | **facilities** 98:12,14 | **find** 31:8 110:16 | 63:17 68:11 79:21 |
| 64:3 65:10 66:22 | 112:4,11 231:13,15 | 220:22 294:4 | 80:22 82:4 88:23 |
| 68:12,19 69:1,11,14 | 237:2,20 239:12 | **findings** 138:18 | 90:6,23 93:10 96:24 |
| 69:14,21,24 71:11,15 | 240:14 241:12,15 | **fine** 33:15 76:15 173:22 | 96:25 113:17 114:10 |
| 72:12,23 74:18 76:5,7 | 243:8,9 | 296:25 | 114:13 115:4,17 |
| 79:18 81:13 84:21,22 | **facility** 70:12,23,24 | **Fineman** 1:21 5:5 | 116:2,2 117:11 |
| 88:17 89:19 90:15,21 | 97:24 108:13 156:18 | 11:13,15 23:12,19 | 128:14 130:17 134:1 |
| 91:11,19 93:10,10 | 236:24 237:10,14,16 | 25:17 30:3 31:14 | 138:14 143:4 147:9 |
| 94:3,25 95:9,13,18 | 238:3,12,13,17,21,25 | 33:7,11 37:22 39:2 | 147:16 157:19 163:23 |
| 96:24 97:6,8 104:13 | 239:3,24 241:20 | 40:20,24 41:4 47:22 | 164:6,19 168:18 |
| 104:15 105:6 107:9 | **fact** 149:10,24,25 | 51:21 52:7,13,22 | 172:1 190:4,23 |
| | 158:22 196:4 269:21 | | 242:23 245:4,9 247:3 |

| | | | |
|---|---|---|---|
| | | | 205:23 207:3 212:5 |
| | | | 212:10 221:18,19 |
| | | | 222:15 233:11 252:9 |
| | | | 253:25 278:24 287:22 |
| | | | 291:21,23 301:21 |
| | | | 326:6 329:7 |
| | | | **fit** 29:19 187:6 |
| | | | **five** 17:7 230:19 302:9 |
| | | | **five-minute** 273:12 |
| | | | **fleet** 135:12 |
| | | | **flexible** 106:3 |
| | | | **flip** 316:10 317:22 |
| | | | **floor** 1:15,22 2:8 64:16 |
| | | | 76:23 |
| | | | **flow** 48:24 241:18 |
| | | | **Floyd** 3:2 296:22 |
| | | | **focal** 271:12,13 |
| | | | **Folger** 34:3 275:18 |
| | | | 276:6 277:14,20 |
| | | | 302:25 |
| | | | **Folger's** 303:21 |
| | | | **folks** 243:4 |
| | | | **follow** 214:11 215:7 |
| | | | 322:17 |
| | | | **followed** 45:1 74:19 |
| | | | 75:16,19 214:16 |
| | | | 215:12 |
| | | | **following** 37:2 72:13 |
| | | | 74:18 82:1 144:7 |
| | | | 157:23 195:14 223:6 |
| | | | 254:21 |
| | | | **forecasting** 23:15 |
| | | | **forecasts** 202:25 |
| | | | **foregoing** 328:9 |
| | | | **forgive** 230:10 |
| | | | **form** 9:21 10:17 12:15 |
| | | | 23:18 25:16 28:10 |
| | | | 30:2 31:11 37:21 |
| | | | 38:22 40:15 41:3 |
| | | | 47:14 51:20 52:18 |
| | | | 66:9 67:2 83:2 87:8 |
| | | | 92:6 94:17 99:7 |
| | | | 107:4 112:20 113:12 |
| | | | 114:8 116:7 121:13 |
| | | | 127:18 128:12 137:14 |
| | | | 140:7 153:4 154:2,11 |
| | | | 159:2,13,15 160:8,10 |
| | | | 165:7 168:19 171:8 |
| | | | 179:5 184:19 186:7 |
| | | | 199:8,17 204:24 |
| | | | 205:10 206:14 210:13 |
| | | | 210:19 211:15 216:25 |
| | | | 220:15 226:10 233:9 |
| | | | 234:18 235:3 238:9 |
| | | | 239:14 240:1,3 |
| | | | 242:23 245:4,9 247:3 |

601 Poydras Street, Suite 1720             GAUDET KAISER, L.L.C.              Telephone: (504) 525-9100
New Orleans, LA 70130-6029             Board-Certified Court Reporters            Facsimile: (504) 525-9109

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010

Reported by:

NICHOLAS G. HUCH                    May 16, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 338

248:8,19 251:2,25
252:18 256:2 258:5
261:12 266:5 276:23
277:8 279:14,22
280:7 281:23 282:25
283:8 286:1 288:11
288:25 289:19 293:9
293:11 295:14 305:6
308:5 315:2,24
317:12,15 318:2,14
318:16,19,21 319:6
319:14,24 321:16
323:4,4 325:17
**formal** 84:5 103:9
**formalities** 10:11,13
**formally** 142:3
**formed** 286:9
**forms** 256:8
**Forrest** 276:6
**forth** 51:10 81:4 175:2
262:22 305:19 329:9
**forthcoming** 122:7
242:14
**forward** 122:9 178:13
305:23,24
**forwarded** 38:1 90:18
165:22 213:7 275:19
277:14 280:19 308:24
**forwarding** 58:4 115:8
115:8 138:18 201:24
**forwards** 115:13
**Foster** 271:10
**found** 144:21 291:21
291:23
**four** 21:4 150:10 305:1
318:16
**frame** 78:17 230:23
**Frank** 24:20
**Fred** 24:18
**free** 238:25
**frequently** 128:7
**front** 74:23 107:9
130:18 143:4 169:25
174:2
**frustrated** 31:3
**fulfilled** 281:7,18
282:22 283:6
**full** 49:15
**fully** 119:24
**function** 22:11
**functions** 22:12 24:22
24:25
**fund** 235:11
**funded** 236:1,5
**funder** 155:9
**funding** 157:16 160:13

178:2 304:5
**funds** 141:14 145:10,12
157:16
**funnel** 298:22
**further** 284:5
**future** 259:17 294:25
295:21

_____

## G

**G** 1:14 3:13 11:1 328:8
328:19
**gander** 54:10 147:22
**Ganucheau** 3:7 5:20
240:25 323:21,23
325:20 327:10
**Garden** 25:8 56:5 59:2
59:23 62:13,13,16
65:4 77:10 92:10,11
92:15,22
**gas** 16:16 19:23 27:14
28:11
**gathered** 234:2
**GB** 56:5
**general** 4:9 47:20 58:13
129:19 166:6,8,16
230:15 231:5 253:25
269:11,12 301:4,7
314:6 318:18
**generally** 21:18 22:13
93:25 227:15 252:9
313:20 318:11 319:20
**General's** 284:23
**generate** 246:23
**geographic** 24:25 25:2
252:20
**geographically** 59:21
**geologic** 41:24 305:2
306:1
**geological** 22:19,23
78:11 195:1 208:3
**geologist** 34:2 59:7
303:19
**geologists** 57:16
**geology** 14:2,12,15,16
14:17,19 15:8,12
**geophysicist** 34:4 59:12
**geotechnical** 78:12
**getting** 21:21,22 54:20
123:24 127:6 137:22
146:16 200:13 221:22
242:18 243:3 293:18
**Gilly** 4:14
**give** 23:10 68:18 117:9
120:20 125:16 143:19
154:15 173:16 181:12
196:20 199:25 201:15

209:3 211:21 217:5
218:3 230:16 246:20
250:12 258:18 271:8
315:14 317:19
**given** 166:19 218:5
230:18 255:23 286:18
306:11 314:5
**giving** 75:2 106:16
156:6 190:15 218:16
241:11 311:4,23
**glance** 81:2
**Glenn** 59:11 108:17
227:2 282:7 310:13
320:4,14,21 322:9
326:14 327:3
**go** 18:7,13,16,19 19:6
23:24 36:17,23 44:18
60:8 61:22 76:24
83:22 91:1 104:12,20
110:20 112:3,10
113:4 114:5 115:3,17
115:23 118:3 132:12
133:23 136:8 138:14
151:14 154:25 160:24
161:16 173:7 185:12
198:4 217:24 226:14
238:9 248:16,23
257:14 262:16 273:11
311:9,17,21
**GODWIN** 3:2
**goes** 13:23 55:14 87:25
98:2 119:19 214:19
216:14 259:5
**going** 11:25 19:4 33:8
36:8 44:17,19 49:2
50:11 53:10,18 55:15
57:4 63:10 67:20
68:3,8 73:25 80:1,17
81:3 89:7 90:18
91:17 93:11 95:22
96:25 99:19,20
106:22 116:14,22
117:1,8 118:21 119:1
120:21 122:8,9,10
123:9 125:14,16
130:14 140:12 141:14
147:20 148:2 153:9
153:11,12 155:4,7
156:19 158:9 172:22
173:16 178:13 196:20
199:25 201:15 209:3
211:20 218:3 219:17
223:1,23 230:6
236:22 239:17 242:7
250:7 258:12 260:25
261:20 287:17 303:8

304:14 311:15,17,23
317:19 320:6 322:17
323:3
**good** 11:14 32:8 127:10
246:18 265:25 284:21
**gotten** 289:16
**Gouda** 91:24 92:2,8,14
93:5 253:9 268:24
294:16
**government** 103:10
**governs** 252:4
**Grand** 2:7,21
**greater** 113:5
**gross** 318:7 319:12,22
**grossly** 269:17,24
**ground** 64:16 76:23
110:17 230:10 263:4
**grounds** 269:19
**group** 195:22 227:7,9
237:4,11,11 271:6,11
306:19,20,24
**groups** 236:8,13
**guarantee** 134:10,11
**guess** 31:16 36:19 38:1
82:23 138:17 145:19
299:15
**Gulf** 1:5 11:9 25:5,12
33:25 38:10,20 39:7
58:14,24 59:3,8,13,20
68:21,23 92:4,12
129:20 142:19 149:15
149:16 156:11 188:1
232:9,17,24 234:6
252:24 325:25
**guy** 69:7 136:25 243:8
243:9
**guys** 76:18 80:6 81:9
110:19 221:21

_____

## H

**Hafle** 131:18,22 137:12
137:18 223:17 243:20
244:14,24 246:14
322:5
**half** 152:22 168:20
228:9
**hall** 84:6
**Halliburton** 3:5 195:12
296:16,23 297:9,13
297:18,21,22
**hand** 304:14 308:12
**handle** 25:4 99:18
123:8 125:13
**handled** 59:20
**handles** 149:11
**handling** 231:17

**hands** 122:17 123:20
256:6
**hands-on** 26:14
**handwriting** 219:18
**happen** 159:8 222:7
326:3
**happened** 104:1 147:7
164:4 209:19 223:9
223:22,23 273:4
274:20 275:1 321:6,7
321:7,9,12
**happening** 61:16 131:3
**hard** 161:24 198:1
253:21 319:1 323:1
**Hartley** 3:2 5:14
194:13 296:21,23
308:8,22 309:7,11
312:13
**head** 12:10 68:21
129:18 181:15 213:20
234:11 283:2 293:16
296:9 321:17
**heading** 226:22
**health** 182:20 185:16
188:6,11 291:12
**hear** 180:9 247:5 275:1
**heard** 116:25 180:2
190:11 194:4 196:7
**heart** 77:15,17
**Hedley** 58:22 60:5,16
60:21 61:25 68:20
70:4 78:9
**HEIMANN** 1:20
**held** 11:5 150:12,15
**help** 32:21 44:19 76:16
108:12 120:7 124:7
204:19 281:6 285:5
**Henry** 4:7,7 284:22
**hereinabove** 329:9
**hereto** 10:4 170:11
329:16
**Hi** 229:9
**high** 97:22
**higher** 227:4
**highly** 229:22 230:3
**histories** 29:9
**hit** 178:24
**hold** 27:25 65:16 248:4
**holding** 232:20,23
233:3 290:1
**hole** 35:15,16,21 79:21
79:22
**Hollek** 81:4 85:22
118:8,10,16,24
119:14,20 120:14
123:19 124:6 128:19

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                    Reported by:
NICHOLAS G. HUCH                          May 16, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 339

129:4,7 132:15,18,25
136:10 142:18 209:11
213:23 227:11 234:4
310:13 325:24 326:7
326:12 327:3
**Hollek's** 124:10
**hope** 3:23 285:5
**Hopefully** 297:1 312:25
**hopes** 110:16
**hoping** 133:25
**HORIZON** 1:4 11:9
136:6 138:2,7 185:2,6
185:10 217:18
**Horn** 39:12
**hours** 17:8 228:9
**Houston** 2:4,13 3:8,9
3:20 326:23
**Howe** 63:19 67:21,22
68:14,18 71:9 72:13
81:17 84:22,23 91:11
115:7,13,18 116:3
121:5 172:14 187:7,9
222:11 224:6,10
246:20
**HSE** 291:12,16
**httpwww.ocsadvisor...**
317:21
**Huch** 1:14 11:4,14 13:7
44:23 60:17 63:10
75:12 97:1 101:7
132:25 146:4 152:4
164:8 167:16 173:16
186:25 189:10 192:21
222:3 229:9 230:6
243:19 245:1 246:11
273:21 274:3 276:7
284:4,21 296:22
309:12 323:22 328:8
328:19
**Huch's** 229:16
**Hudson** 1:22
**huge** 129:6 237:24
**huh** 110:21 146:13
**huhs** 12:11
**huh-uhs** 12:11
**hundred** 35:24 36:4
42:16 49:22 79:20
80:24 89:25 90:6
313:8
**hurricane** 116:21 134:9
**hydrocarbons** 296:1
311:24
**HZN** 211:22

**I**

**Ida** 117:20 118:1

**idea** 106:19 230:16
242:19 259:8 260:22
320:20 321:6
**identical** 28:6
**identification** 53:16
72:9 75:9 81:8 96:22
105:2 108:23 111:3
113:23 139:19 146:8
153:20 163:21 190:20
206:25 211:25 218:10
221:15 243:15 246:9
247:22 278:18 284:16
308:21 320:11 323:10
**identified** 55:3 95:10
104:17 119:15 129:17
130:19 150:11 208:22
209:14 322:18
**identify** 85:2 98:2
215:12
**identifying** 74:21
198:18
**IEW** 262:18
**imagine** 208:3
**immediately** 66:16
159:6 254:20 255:3,9
312:9
**impact** 120:4 129:6,9
**impacted** 304:2
**important** 40:4 71:4
80:11,12 102:16
108:7 120:2 242:2
261:7 292:9,13,18
**impossible** 250:17
**imprecise** 301:21
**improper** 12:15
**incentives** 112:2
**incident** 217:18,19
224:18 270:17 320:16
320:24,25 321:16
**inclination** 292:2
**include** 20:5,6 65:4
66:6 77:10,18,21 78:4
79:3 82:24 83:18
140:25 160:4 241:18
319:21
**included** 64:21 68:25
74:3,11,14 81:6 82:16
111:20 186:4 209:21
259:9 261:7 263:24
275:19 299:5 302:25
**includes** 61:12 71:13
90:16 118:9 194:19
207:22 234:7 257:19
**including** 49:16 73:22
102:25 111:8 114:18
117:18,24,25 123:10

207:5 222:2 225:22
262:21 320:18
**incorporated** 102:5
**incorrect** 231:7
**increase** 136:18
**increased** 128:24
**incurred** 249:19,21
**indemnity** 315:21
316:2 319:11,21
**independent** 149:11,13
**INDEX** 5:1 8:1 9:1
**index-2.html** 317:22
**indicate** 36:24 138:22
**indicated** 39:25
**indicates** 89:6 197:14
209:8,9
**indicating** 91:12
**indication** 142:5
**indirect** 277:22,25
297:12
**Indirectly** 277:20
**individuals** 195:14,16
302:3 307:25
**industry** 14:6 18:16
319:11
**inflation** 139:6
**info** 221:23
**informally** 78:25
**information** 38:2 47:12
47:17 50:1 92:19
96:1 98:11 100:20
119:6,10,21 120:3
122:3,17,18,21
123:24 126:21,24,25
127:5,7 137:22
180:25 181:19,20,23
182:10 196:5,17
209:20,22 213:6
214:3 241:11,22,24
241:25 242:2,9,15,18
243:4 245:1,3,5,7,11
247:10,15 277:5,14
277:18,23 278:8
282:15 283:16 297:18
297:20 300:22,25
301:10,14,19,23
302:4 304:19 305:1
305:10 306:16,22
**informed** 68:2 121:10
216:21
**infrastructure** 39:12
39:19 40:1
**initial** 54:19 90:7 99:21
153:7 169:13 178:2
178:23 187:23 233:7
240:10 261:2 262:14

262:18 289:10 308:14
321:8
**initially** 114:25 242:16
**initials** 169:3,9,17
**input** 101:20 281:2,12
281:13 282:21 283:4
283:10,21
**inserted** 90:1
**inside** 303:4
**INSITE** 196:8,14,17
300:2
**insolvent** 270:1
**install** 240:14
**installed** 241:16
**instance** 155:10 252:16
**instructed** 286:4,15
289:13
**instructs** 12:22
**integrity** 212:20 214:21
214:25 215:4,9,13,18
272:22 273:1 308:17
309:25 310:6 311:8
**intended** 40:19
**intent** 159:22 263:20
263:25 287:12
**intention** 41:13 154:24
158:4
**interest** 26:21 33:3
35:25 36:2 37:13,19
43:18 44:1,10,13 50:9
51:1 55:20,25 56:22
64:13 82:5 87:20,24
88:1 113:5 152:9,9
154:25 157:22 158:1
158:6,16,18,21,24
159:5 160:5,6 161:1,9
161:12 163:14 164:14
168:10,20 170:10
171:5,14,14 172:9
175:8,9 188:13
192:11 198:16,19,22
210:10 211:2 238:25
239:23 251:6 252:11
254:24 255:14 256:9
256:10,17 257:17
260:3,3,5 262:18
268:18 287:14 289:9
293:19
**interested** 35:10 55:12
139:8 329:17
**interests** 82:11 102:23
151:9 154:9 175:3
233:21 248:15,23
253:2
**interim** 57:6
**interject** 229:15

**internal** 62:21 69:16,22
101:19 231:4 236:18
298:15
**internally** 37:17 61:1
65:15,20 188:16,21
193:4,18 198:10
200:15 209:25 231:9
243:4
**International** 3:10
**interpretation** 282:17
**interpreting** 282:9,12
**introduced** 44:24
260:18
**invest** 71:23
**invested** 295:18 300:10
**investigate** 125:10
192:5,9,14
**investigating** 57:17
**investigation** 127:2
**investing** 57:5 139:8
**investment** 48:13 80:15
80:17 242:5 295:22
297:4
**investor** 57:12 155:9
**invoiced** 162:13
**invoices** 177:19 225:2
225:11 231:7
**invoicing** 231:6
**involved** 25:13 51:5
57:19,21,24 58:25
65:25 66:11 84:11,15
84:16,18 226:17
233:6,15 253:12
270:4,25 272:10
288:9 291:24 292:3
294:5 298:2 301:23
302:14 303:4 305:25
306:10 307:2 321:25
322:2
**involvement** 190:9
**involves** 65:14
**involving** 177:11
**in-person** 131:15
**Isbell** 307:1,3
**Ishii** 164:7 191:19,21
212:4,11 218:7
308:15
**issue** 40:3 103:20 106:2
106:7,10 108:8
109:16 110:4,17,20
111:10,17 116:10
119:16 123:23 208:17
215:4 307:18,19
311:16 314:6
**issues** 109:22 125:10
212:20 214:21,25

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010
NICHOLAS G. HUCH                                              May 16, 2011                    Reported by:
                                                                                      JOSEPH R. KAISER, JR., CCR, RPR

Page 340

215:4,9,13,19 291:13
291:16 303:10 308:17
309:25 310:6 311:8
314:22 315:8
**item** 76:22 87:18 88:8
104:14
**items** 87:2 150:4
322:13,21

**J**
**J** 1:4
**JACKSON** 3:17
**January** 50:19 144:8
146:12,18 147:7,11
147:18 187:22,25
192:23 193:12,17
194:20 197:15 202:22
**Jeff** 24:19
**Jefferson** 4:18
**jeopardize** 124:14,24
**Jim** 24:3 60:2 67:24
88:17 110:6,10 120:6
124:7 128:19 141:24
149:22 164:7 168:25
221:18,19
**JOA** 269:25
**JOAs** 319:18
**job** 22:3,11,12 23:13
25:22 94:1 275:4
300:14 305:23
**John** 278:25 303:17
306:25
**joinder** 174:3,8,16
176:5
**joined** 314:25
**joint** 313:2,22 314:3,23
315:9,18 316:9
317:13,15 318:20
320:18 323:4
**JONES** 3:12
**JOSEPH** 4:20 10:22
329:4,20
**Jr** 3:2,13 4:20 10:22
329:4,20
**JUDGE** 1:5,6
**Julia** 2:21
**July** 33:1,18 37:16 57:7
**jumps** 319:5
**June** 32:15,23 164:10
165:5,10 172:14,20
320:15
**junior** 14:18
**jurisdiction** 237:3,6
**jury** 238:5 250:24
**JUSTICE** 4:2

**K**
**K** 1:22 185:15,16
**KAISER** 4:20 10:22
329:4,20
**Kamm** 279:1 302:8,18
303:18,21 306:25
307:3
**Karnei** 320:4,14,21
**Katz** 2:7 312:24
**KC** 56:3 62:6 74:2,8,10
**Keathley** 56:3 59:1,22
62:10,15 64:13,14,23
77:8,11
**keep** 70:24
**keeping** 68:2
**Kemper** 63:19 67:21
67:22 81:17 110:11
142:1 147:13 187:9,9
222:10 224:6 246:20
**kept** 122:16
**Kerr-Magee** 19:9,9,13
20:13
**Kerr-McGee** 18:10
19:7,8 20:1,9 22:16
27:14 156:17,20
157:7 232:25 236:24
237:19,19,20 240:6
**Kerr-McGee's** 157:1
**key** 300:17 310:16
**kind** 14:4,14 16:14
19:24 51:15 122:17
217:13 227:21 237:3
237:12 256:13,18
269:7 302:13 305:5
314:20
**Kirk** 186:25 187:10
**Kirkland** 3:22 34:1
**knew** 43:9 118:20
144:16 276:15 290:16
**know** 11:22 23:7 28:12
29:14,19,24 30:4
34:16,17 36:10 39:15
39:23 41:5,22 42:1,5
42:6,10 43:1,5,8
45:21 46:10,11 47:9
48:11 49:8 67:20
70:8,16 78:16 80:16
84:8 92:14 100:7
102:16,17 103:16
109:23 115:6 117:1
123:1,3 125:9 127:13
127:16 131:20,23,24
132:3 134:21 135:9
135:18 141:20 144:19
145:7,9 146:24
158:14 163:5,25

164:2,3,5 165:9
169:10 170:14 173:1
179:7,18,19,21 181:7
182:23,25 184:2,6,7
184:12 185:24 186:11
186:25 190:10,12,13
192:17 193:25 194:2
197:4 198:1,2 203:9
204:9,17,20 205:4,5
205:23 206:1 214:15
215:11,15 216:12,20
225:10 230:1 232:8
232:13 241:13 242:3
242:5 246:18 249:25
250:2,3,18,21 255:8
255:22 256:12 267:21
269:7 285:16 286:21
287:4,8,10,11 290:23
291:1,7 292:18 294:1
294:14 297:25 300:4
300:13 301:12,20
306:15 320:5 324:21
**knowing** 119:1
**knowledge** 27:24
179:17 180:5,12
185:8 190:8 222:21
232:3 235:19 266:22
272:25 273:3 281:21
283:24
**knowledgeable** 313:10
313:12
**known** 203:3 273:6
293:24
**K-A-R-N-E-I** 320:4,14

**L**
**L** 10:1
**laid** 101:9
**Lamar** 13:16,17 15:9
**land** 19:25,25 20:7 21:1
21:12,13 67:22 187:4
222:17,21 246:19
253:1 260:2
**landman** 15:4 16:9
19:3,21,24 20:2,19
21:7 22:6 25:11 35:2
53:3 59:20 181:9
185:1 230:15 231:1
243:2 317:6
**landmen** 24:10 317:8
**landowners** 226:16
**landwomen** 24:10
**language** 101:11
105:14 106:21 113:1
114:3,18,22,24 115:2
115:9,13 116:4 261:8

280:20 281:3,8
282:10,11 283:22
301:13
**late** 18:24 50:21 81:20
89:14
**latest** 74:20
**law** 4:7 10:9 14:3 16:16
16:16
**lawyer** 12:15 16:18
30:24 181:7 204:3
**lawyers** 12:1 283:25
**layman's** 250:25
**lead** 69:7
**leading** 321:15
**learn** 14:14 48:6
**learned** 16:1 32:2
116:20 123:16
**learning** 118:18
**lease** 32:14,18,23,24
33:3 34:18 35:19
37:7,8 52:12 82:9,15
89:21 102:11 103:7,7
103:9 148:11,14
150:7 152:6,12
155:18 157:5,24
171:14 175:4 177:2
231:11,12 232:20,23
233:3,21 248:16,23
250:10 251:14 254:5
256:9,17 257:17
258:2 263:10,12,23
264:10 287:22 288:13
289:11,17 290:1
292:4 320:19
**leasehold** 287:13
**leases** 35:8 103:2
232:24 233:22 248:4
251:17,18 272:12
286:5,15,24 289:14
**Lee** 3:17 34:21,22,23
35:1 53:5
**left** 63:13 110:10 130:9
141:25 197:16 324:25
325:15
**legal** 16:20 101:20
102:4 109:22 151:1
153:1 165:18,22,24
166:18 179:14 181:4
181:8,13 203:23
**LeGrand** 2:3 5:17
312:22,23 314:12,19
315:6 316:3,15,19
318:5 319:15 320:2
320:12 323:11
**Leopold** 4:3 5:8 229:8
229:10,14 230:5

233:12 234:21 235:7
238:23 239:19 240:9
241:3 243:10,16
245:14,16,20 246:1,5
246:10 247:4,18,23
248:12,20 251:7
252:7,22 253:5
254:10,12 256:7
258:8 261:13 266:17
273:10,20 276:4,11
277:2,12 278:6,12,19
279:15 280:3,11
282:3 283:3,19 284:3
284:11 302:6
**lessee** 260:10
**lessees** 189:18
**letter** 87:12 196:23
197:2,4 200:3 201:17
201:22,23
**letting** 79:7
**let's** 18:4,13 19:5 34:7
34:8 54:23 103:24
117:8 153:13 167:4,8
173:7 174:1 213:11
217:3 221:8 235:15
245:17 247:19 252:8
254:4 262:13 264:14
264:20 267:22 269:1
271:25 272:19 273:11
278:13 289:15 311:8
**level** 14:18 97:23
128:21 225:25
**levels** 184:3 312:4
**LEWIS** 2:11
**liability** 316:12 319:3
319:20
**LIEFF** 1:20
**life** 1:15 48:24 49:6
**liked** 211:9
**likewise** 95:22
**limited** 287:6
**line** 94:3 235:24 298:15
310:12 324:3
**liner** 307:22
**lines** 241:18
**link** 195:18
**list** 71:13 111:20 118:9
119:16 194:19 195:14
207:14,22 208:9
209:8 275:19 306:5
**listed** 55:25 195:21
**listener** 226:6,8
**litigation** 323:24
**little** 11:21 13:2 31:1
50:12 56:13 91:18
125:25 140:21 161:24

601 Poydras Street, Suite 1720
New Orleans, LA 70130-6029

GAUDET KAISER, L.L.C.
Board-Certified Court Reporters

Telephone: (504) 525-9100
Facsimile: (504) 525-9109

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010      Reported by:
NICHOLAS G. HUCH      May 16, 2011      JOSEPH R. KAISER, JR., CCR, RPR

Page 341

236:10,17 242:17
285:1 309:3 314:21
**LLC** 2:18,23 189:17
191:9
**LLP** 1:21 2:2,6,11 3:22
**location** 39:18 141:16
**log** 301:9
**logged** 51:9 196:4
301:10
**long** 11:19 18:21 21:2
165:21 211:8 223:9
314:9
**look** 31:5 33:13 38:5,8
45:12 50:13 53:13
55:4 60:3,4 61:10
65:9 69:13 70:3
72:11,25 74:18 82:14
82:18,19 103:24
107:17 114:1,10,16
114:16 125:20 131:11
139:21 141:23 143:3
145:14 148:1,17,18
150:3 151:2,19 152:5
154:1 158:9 160:16
162:20 168:23 172:7
173:20 175:11,18
179:24 196:16 212:2
219:19 227:18,22
228:2 241:4 243:24
254:14 256:24 257:12
262:13 279:3 304:25
305:2 309:6 316:7
**looked** 56:15 87:15
172:7 196:4,5 218:15
227:23 228:3 292:20
292:21 317:1,23
324:8
**looking** 35:23 45:13
46:18 56:21,24 64:5
97:9 133:24 203:13
215:25 225:16,19,24
241:21 276:2 295:11
295:19 301:2 312:5
323:25 324:7
**looks** 39:5 41:24 46:20
87:10,10 111:8
115:25 125:24 131:11
131:13,17 137:17
138:24 146:14 148:24
197:18 280:9
**Los** 2:8,22 3:23
**lost** 274:15
**lot** 142:6 20:22 61:1,14
79:19 104:2 231:3,8,9
231:18,20,24 233:25
313:19

**loud** 34:10
**Louisiana** 1:1,16 2:12
3:15 4:8,9,10,21 10:8
10:24 11:6,12 284:23
284:24 329:5,21
**low** 30:6 42:22 70:23
114:15
**LP** 164:14 285:4
**Lucas** 2:11
**lunch** 186:20
**L-E-E** 34:23
**L.L.P** 3:7,13,18

——————————————

**M**

**M** 2:7
**Macondo** 26:4,4 34:15
37:2,13 43:18,22 44:2
44:13 46:4,7 48:3,7,8
48:13 49:10 50:3,9
51:2 56:22 57:5 59:9
69:5 70:1 80:8 81:22
88:9,24 91:20 93:18
93:20 96:2,9 97:3
108:10 111:22 112:14
116:14 122:3 126:8
133:9 141:3 142:4
143:1 156:10 157:22
158:2 164:19 174:4
175:20 178:5 179:20
180:7,14 182:10
183:6 185:1 186:3
187:13,18 188:13,23
189:2,7,18,23 190:9
191:2,8 192:11,22
193:14,20 194:23
195:15 196:1,14,17
202:25 203:21 204:12
207:11 209:10 212:21
217:20 221:10 222:12
224:7 225:18,20,20
225:23 229:20 234:13
234:23 235:13,19
239:10,22 240:7,11
241:16 257:11 262:3
269:10 270:17 274:24
275:13 279:11 288:3
288:19 291:18,24
294:25 295:2 304:18
305:4 306:17 320:16
320:18,25 324:1,14
325:15 327:8
**MAG** 1:6
**mail** 277:11
**main** 101:21 112:5,7
**maintain** 17:6
**major** 14:17,19 102:9

**majors** 14:19
**making** 22:19 34:12,13
34:18 61:14 86:25
134:14,17 156:1
183:2,18 278:2
295:24
**manage** 80:8 188:17
189:2,6 231:15
**managed** 253:18
**management** 13:11,23
14:7,7 15:10,15,16,17
16:2 43:25 44:6
46:21 47:6 81:25
83:21,22 85:1,7 86:18
94:21 95:21 110:7
111:15 128:21 271:5
271:11 273:5
**manager** 33:25 58:14
58:23 67:22 68:22
94:2 129:19 303:17
**managing** 231:4,5,13
**manner** 269:15
**March** 28:23 143:25
200:2,5,22 201:7
274:21,24 275:2,20
**Margaret** 3:18
**MARIANAS** 121:11
**MARIANIS** 116:16,20
117:19 118:1,11,18
119:3 123:11 124:20
128:25 129:10 133:7
138:8,12
**mark** 53:10 104:23
131:18 137:18 219:17
221:24 223:17 243:11
243:20 244:4 245:17
246:14 247:19 278:13
284:12 320:8 322:4
323:3,6
**marked** 33:9 44:21
53:15 63:11 68:9
72:8 75:3,8 81:12
93:9 96:21 105:1
108:22 111:2 113:22
117:9 125:17 130:5,8
139:18 146:7 147:21
153:19 156:6 163:20
173:17 190:19 194:11
196:21 200:1 201:16
206:21,24 209:4
211:21,24 218:4,9
221:11,14 243:14
246:8 247:21 254:7
264:23 274:2 278:17
284:15 304:15 308:12
308:20 316:8,16

320:10 323:9
**marking** 72:5 190:16
**Martin** 1:22
**material** 47:6 203:10
269:25
**materiality** 127:11,16
**Matt** 4:3 229:9
**matter** 11:8 120:14
141:9 145:20 159:7
166:4,6,8,16 167:19
255:10 277:24 289:4
329:18
**mattered** 39:23
**matters** 56:12 127:24
**MC** 34:15 59:9,14
152:19 168:21 194:22
257:11 267:4,10
287:14 295:3 297:3
304:2 306:17
**MCCUTCHEN** 2:15
2:20
**McKinney** 3:8
**MD** 212:23
**MDL** 1:3 53:11 72:6
110:25 113:18 153:16
163:17 190:16 206:22
211:22 320:7
**mean** 13:25 18:1 30:11
30:12,14 35:22 37:15
39:17 40:11,18 41:8
42:14,24 43:4,13
45:23 46:9 64:14
70:4,15 71:19 78:22
83:23 87:23 90:3
127:15 146:24 148:12
150:22 174:15 178:8
179:22 194:7 201:12
205:16 219:5 231:14
233:14 235:5 245:19
249:17 251:8 256:5
256:15 258:10 263:1
270:17 286:4 291:18
292:21
**meaning** 281:2,7
283:21
**means** 36:10 39:4,15,18
41:5,7 42:5,6,9,20
43:2,4,5 45:21 70:8
71:20,21 77:1 87:25
90:4 127:13,16 178:9
179:8,21 238:12
246:17 257:15
**meant** 36:13 38:18
42:10 43:9 87:18
127:20 213:14 214:24
215:8

**meet** 91:5 191:19,24
**meeting** 78:18,19,24,25
83:12,15 84:1,5 85:23
86:3,20,25 90:19
94:11,13,22,23 95:1,3
98:23 99:2,5,10,13,15
130:22,23 131:2,8,15
131:25 132:6,11
135:1 137:12,19
209:9,15,17,19,25
212:15 213:23,25
214:7 215:3,17 216:3
216:5 223:25 224:2
267:1 279:9,16 280:2
280:5,13,16 281:2,12
282:22 283:5,25
307:15,23,25 310:4,9
310:10,19 311:1
322:14 325:22 326:4
326:5,7,11,18,25
**meetings** 91:4 98:19
119:14 193:12,18
279:20,25 307:18,20
**Meloy** 85:21 223:2
272:4 326:1,5 327:1,2
**member** 317:10
**members** 78:10 83:16
85:10 110:7 111:15
250:24 272:1
**memorialized** 256:13
**memory** 41:1 74:4
97:10 135:4,23
180:16 191:13 322:7
**mention** 14:12 294:15
**mentioned** 14:11,12
59:15 242:21 272:8
290:12 300:20 310:3
320:23
**merit** 298:25
**message** 110:10 141:25
**met** 85:6,9 132:3
191:16 192:1 208:18
227:17 308:1
**Mexico** 1:5 11:10 25:5
38:10,20 39:7 142:19
156:11 188:1 232:9
232:17,25 234:6
252:24 325:25
**Meyer** 24:20
**Michael** 53:1,2 81:16
88:14 97:2 105:7
139:23 164:7 243:20
243:21
**mid** 78:16 80:5
**middle** 42:24 63:17,17
68:11 136:9 138:16

601 Poydras Street, Suite 1720      GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6029      Board-Certified Court Reporters      Facsimile: (504) 525-9109
Exhibit W
Page 95

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                      Reported by:
NICHOLAS G. HUCH                                  May 16, 2011                          JOSEPH R. KAISER, JR., CCR, RPR

Page 342

275:21 276:5
**mid-July** 56:16
**Mike** 109:11 122:13
  131:9 133:22 187:8
  196:24 241:8,10
**million** 29:16 31:25
  35:15,19 36:4 45:19
  46:1,4 48:19 49:4,15
  49:22 50:4 79:20,22
  80:20,21 97:14,25
  98:7 126:8,13,14,16
  136:18,20,21 184:6
  241:12
**mind** 42:7 66:16 69:15
  134:5 254:3 272:7
  301:11 306:21 310:18
  314:18
**mine** 59:19
**minimum** 229:22 230:2
**minor** 115:24,25
**minute** 145:15 154:15
  158:10 160:3 215:16
**minutes** 54:25
**misconduct** 318:8
**mispronounce** 320:3
**mission** 232:4,6
**Mississippi** 25:6,24
  26:3,6,7,12,21,25
  28:18 29:3 30:5
  31:21 32:14 33:4
  37:9 40:13 41:11
  87:22 161:4 164:15
  171:5,15 257:18,21
**misspoke** 74:9
**mistake** 159:17,22
**Mitsui** 190:14 191:3,6
  191:14,25 192:2
**mixture** 26:16
**MMBOE** 42:20
**MMS** 103:5,6,12
  168:19 170:1 220:18
  255:11,12,16 256:18
  256:22 257:1,2
  265:15,18 266:3
  267:1,16
**MMSTB** 70:5
**model** 9:21
**modification** 97:24
**modified** 114:24
**MOEX** 2:18,23 91:24
  92:23 174:11 176:9
  189:17,23 190:8,10
  191:8,9,14,17 192:5,9
  192:18 260:23,24
  291:22,23 292:3,11
  292:17 293:4 294:4

294:10,20,22 314:24
**MOEX's** 192:14
**moment** 107:16 167:4
  167:8 176:2 193:24
  229:15 230:1 274:8
  279:3
**MONARCH** 134:10
  135:17,20
**Monday** 1:16
**monetize** 295:21
**money** 31:6 32:8 48:11
  48:15 49:1,8,9 50:2
  52:2 96:7 235:9
  262:9
**monitored** 276:13
**monitoring** 300:9
**month** 33:6 58:18
  326:8
**months** 57:7
**moorings** 118:3
**MORGAN** 2:11
**morning** 11:14 110:11
**motivation** 249:10
**Mountain** 39:13
**move** 19:5
**MUNGER** 2:6
**mutual** 87:20,24
  107:25 161:1
**M-I** 2:13
**M54** 35:17 36:11

---

**N**

**N** 10:1 11:1
**naive** 30:22
**NaKika** 39:12
**name** 11:14 92:15
  123:13 172:18 191:7
  195:18,21 223:18
  229:9 237:18 284:22
  286:5,16 289:14
  296:22 303:21 312:23
  320:4 322:4 323:22
**named** 271:23
**names** 24:16 56:9
  271:8 303:12,15
**Naoki** 164:7 191:19
**narrative** 12:4
**nature** 13:19 26:11,17
  91:6 167:21,23 211:5
  236:17
**near** 29:23 39:11
  225:20
**Nearly** 18:23
**necessarily** 52:20 314:4
**necessary** 177:25
  204:22 205:8 206:9

216:23 249:3,5
**need** 12:9 13:3 33:13
  53:22 62:25 70:12
  80:1 116:22 117:6
  118:18 119:22 120:3
  127:10 140:25 151:17
  167:1 173:20 244:4,9
  311:7
**needed** 14:18 70:25
  80:16,18,20 122:21
  141:13 145:10 242:18
  249:7 265:11 288:18
**negative** 129:6,9
**Neger** 2:16 23:9,17
  25:15 30:1 31:10
  37:20 38:23 40:16
  47:13 51:19 52:4,17
  60:11 66:8 67:1
  70:17 87:7 92:5
  94:16 99:6 104:6
  112:19 121:14 127:17
  128:11 132:21 137:13
  147:23 153:3 154:10
  159:1,14 160:7 165:6
  166:10,14 167:7
  168:12 174:14 179:4
  179:12 181:2 183:5
  184:18 186:6 189:9
  189:14 199:7,16
  203:22 205:9,13
  208:23 210:12,18
  211:14 216:24 220:14
  226:9 228:24 229:13
  233:8 234:17 235:2
  238:8 239:13 240:2
  245:8,18,23 246:3
  248:7,18 251:1 252:1
  252:17 256:1 258:4
  261:11 266:4,11
  275:24 276:22 277:7
  278:4 279:13,21
  280:6 281:22 282:24
  283:7 285:25 288:10
  289:18 293:8 295:13
  296:15 308:4 314:7
  314:14 315:1,23
  318:1 319:13 325:16
**negligence** 318:8
  319:12,22
**negligent** 269:18,24
**negotiate** 252:12,15
  313:19
**negotiated** 51:8 254:2
  313:4 319:19
**negotiating** 21:21
  26:20 44:12 48:10

50:25 51:6 78:18
  101:11 140:18 231:23
  265:25 297:3 313:14
  314:3
**negotiation** 16:17
  51:15 52:1 57:22
  93:2 124:2
**negotiations** 52:24 69:8
  69:25 74:24 79:16
  96:6,14 117:4 122:1
  292:10 294:2 297:7
  297:16 298:2
**negotiator** 25:10
  181:10
**net** 45:24 46:1 48:21,23
  50:4 325:10
**never** 144:21 157:15
  263:20 266:18 272:23
  272:24 294:20,21
**new** 1:16,23,23 2:17,17
  3:15 11:6 21:25
  74:21 87:5 119:6,21
  195:16 231:24 289:14
**nice** 293:24 294:1
**NICHOLAS** 1:14
  328:8,19
**Nick** 11:4 69:4 120:6
  124:7 147:12 164:8
  191:1 222:3,5 276:7
**Nick's** 88:23
**night** 141:25 143:13
**Noble** 135:14,15
**nods** 12:10 181:15
  213:20 234:11 283:2
**nomenclature** 43:6
**nonconsent** 219:12
  268:19
**nonoperating** 189:21
  269:3 292:12 305:12
**non-consent** 177:12,15
**non-operated** 231:10
**non-operator** 178:7
  180:20 305:18
**non-operators** 184:16
  269:16
**normal** 12:25 35:7
**normally** 279:24 280:1
**north** 4:8 87:21
**note** 89:23 109:17
**notes** 228:16
**notice** 10:10 258:25
**notified** 272:11
**November** 91:15 96:12
  97:3,20 101:10 105:7
  105:13,17 106:8
  109:2,4 111:6 114:12

116:18 117:12,22
  121:9 125:22 126:2
  130:10 154:4 190:23
**NPV** 45:24
**NPV10** 45:19 46:4
**number** 29:14 43:11
  58:4 104:14 111:7
  114:15 117:18,23
  132:20 136:25 207:4
**numbers** 49:14 220:25
  221:1,2,5 324:18,21
  327:6
**NW** 4:3

---

**O**

**O** 10:1 11:1
**OA** 91:20,24
**oath** 10:25
**object** 12:16 23:18
  25:16 31:11 38:22
  40:15 41:3 47:14
  51:20 66:9 67:2 83:2
  87:8 92:6 99:7 107:4
  113:12 114:8 116:7
  121:13 140:7 153:4
  159:2,13,15 160:8,10
  171:8 179:5 199:8,17
  204:24 206:14 216:25
  234:18 238:9 239:14
  240:1,3 242:23 245:9
  247:3 251:2,25
  252:18 256:2 261:12
  266:5 276:23 286:1
  288:25 293:9,11
  308:5 315:2 319:24
**objection** 23:11 30:2
  37:21 52:18 94:17
  112:20 121:19 127:18
  128:12 137:14 154:11
  159:19 165:7 171:17
  179:13 181:3 184:19
  186:7 203:23 204:14
  205:10 210:13,19
  211:15 220:15 226:10
  233:9 235:3 248:8,19
  258:5 277:8 278:5
  279:14,22 280:7
  281:23 282:25 283:8
  288:11 289:19 295:14
  315:24 318:2 319:14
  325:17
**objections** 10:16
**objective** 178:24
  208:11 211:10 212:22
  216:16 280:24 283:12
  283:17

Case 2:10-md-02179-CJB-DPC Document 3156-18 Filed 07/06/11 Page 98 of 108

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                Reported by:
NICHOLAS G. HUCH                     May 16, 2011                JOSEPH R. KAISER, JR., CCR, RPR

Page 343

**objectives** 282:14 311:5
    312:6
**objects** 12:21
**obligation** 80:21
    281:18
**obligations** 178:1 283:6
**observing** 300:9
**obtain** 32:18 127:1
    132:10 180:25 252:11
**obtained** 32:14 67:10
    84:25 86:17
**obtaining** 181:23 253:1
**obvious** 129:12
**obviously** 31:16 120:2
    129:5 147:15 300:5
**occur** 158:11,25
**occurred** 307:22
**OCEAN** 134:9 135:17
    135:19
**OCS-G** 257:17
**October** 45:4 46:3 48:2
    49:11 50:15 58:15
    63:16,21 66:23 68:6
    68:12 69:19,24 71:9
    72:13,19 73:4,4,8
    75:16,20,25 76:5
    78:16,16,17 80:6
    81:14 84:20 87:12,16
    88:14,18 89:15 90:13
    91:10,14 93:11 94:9
    96:12 101:8,10 104:4
    104:13 116:18 172:23
    244:2 246:14 249:20
    263:3
**od** 88:2
**offer** 71:8 88:2 161:13
**offered** 51:7
**offering** 64:19 77:7,8
**offhand** 217:16 250:16
**office** 123:8 125:13
    144:14,17 147:13
    149:22 284:23 326:22
**officer** 85:14
**official** 191:6
**officiated** 10:24
**offset** 226:16
**offshore** 2:18,23 9:21
    20:14,15 21:24
    175:21 176:9 189:17
    189:23 190:10 191:9
    191:17 192:14,18
    286:25 287:6
**Offshore's** 190:9 192:5
    192:9
**Oh** 60:19 76:25 90:24
    172:19 217:15 231:3

278:2 326:22
**oil** 1:3,4 11:8 14:6
    15:19 16:16 18:16
    19:23 27:14 28:10
    31:8 70:13 71:1
    188:1,23 189:6
    252:10
**okay** 11:23 14:9,20
    18:5,6,7 19:1,5 20:9
    21:8,15 22:2 25:22
    26:18 27:3 28:20
    31:2 32:13,17 34:16
    35:21 36:3,17 37:15
    41:19 42:1 43:16
    45:7 46:12,22 47:23
    49:25 51:4 52:23
    53:23,24 54:12,13,18
    54:22 55:1 56:12
    57:3 59:11 60:3,4
    61:10,22 62:12 64:18
    65:7,12,24 66:19
    67:16 68:8,16 69:3,10
    69:13,20 70:10 71:15
    72:3,17,22 73:2 74:6
    74:16 76:11,25 77:3
    80:24 81:2,24 82:17
    82:19,23 83:7 85:5,17
    86:2 87:17 88:16
    89:1,17 90:25 95:13
    96:4,11 98:18,22
    101:14 102:14,22
    103:3,13,20,24 105:4
    105:15,22 106:13
    107:21 108:16 109:7
    110:9,19,22 115:1,3
    115:22 117:3 118:16
    121:25 122:11 124:4
    125:6,9 127:4,8,23
    129:21 130:3 131:1
    131:17 132:9 134:4
    134:18 140:1,15
    142:17 143:23 144:18
    145:3,14 146:1,24
    147:10 148:6,19
    150:15 151:2,16
    152:24 158:9,14
    163:9,12 165:3
    166:20 168:11 169:3
    169:16 170:4,8 171:3
    172:4,13 173:22
    175:17 176:21 177:21
    179:1 180:22 181:13
    182:2 184:25 186:13
    191:16 195:8 198:1,6
    198:11 199:25 200:12
    200:24 202:10 203:8

208:13 212:18 213:9
    216:7,14 217:2
    218:14 219:20 222:20
    223:4 230:12,13
    231:13 232:1 236:7
    237:13 241:4,6
    245:15 251:8,19,21
    258:14,21,24 259:16
    260:1,16 261:14
    263:8 264:3,14
    266:24 268:2,12
    269:21 270:16 271:8
    271:14 272:9 273:2
    273:12 274:10 276:10
    277:13,17 279:5
    282:4 284:25 285:23
    286:8 289:10 290:11
    304:20 313:7 314:13
    319:16
**Oklahoma** 19:17
**old** 232:25
**OLSON** 2:6
**once** 57:22 255:3 298:5
    298:22 301:10
**ones** 253:16 272:6,7
    310:16,17
**one-third** 77:4
**ongoing** 299:8
**online** 196:11
**onshore** 287:3,4
**operate** 289:23,24
**operated** 231:10
    233:16,17
**operates** 289:24
**operating** 9:21 85:14
    91:18,21 93:3 102:12
    164:19 165:2 172:1,6
    172:11 174:4,9,9
    175:3,21 176:5,23
    180:24 182:19 184:15
    185:20 190:6,6
    203:20 204:9,21
    205:1,6,24 206:2,6,16
    233:18 238:19 240:20
    240:22 250:11 251:22
    251:23 252:4 253:6
    253:14,22 264:21
    266:2,15,19,21 267:8
    268:4,8,11,13,22,24
    269:11,22 270:14,24
    272:13 290:13 291:8
    291:14,16,25 292:15
    298:6 300:19 301:2
    301:18 305:7 313:2
    313:11,22 314:4,23
    315:9,19 316:9

317:13,16 318:20
    320:18 323:5
**operation** 178:1 291:18
    299:9 305:12
**operational** 193:14,19
**operations** 85:21
    126:18 129:18,20
    133:9 178:10,23
    195:1 223:3 234:6,14
    235:13 237:4 252:5,5
    253:23 263:3 272:5
    276:14 278:8 300:9
    303:18 306:19,20,24
    317:17 325:25 326:2
**operator** 180:18 210:6
    210:7 212:20 214:2
    232:16 265:1,8,11,19
    267:2,10,24 269:4,14
    269:20,24 270:2,6,23
    272:11,24 275:6
    311:17
**operators** 270:12
    272:20 305:11
**operatorship** 289:22
**opinion** 242:17 249:4
**opportunity** 23:10
    57:12 71:23 242:12
    315:15
**oppose** 216:17
**opposed** 12:10 20:7
    40:18 170:16
**ops** 136:25
**option** 95:21 106:16
    138:1
**options** 95:11 229:19
    295:11
**order** 37:12 70:24
    230:1
**orders** 229:24
**original** 62:5,8 64:22
    65:1 66:17 75:13
    106:19 126:9 136:21
    164:4 312:12
**originally** 77:12 116:15
**Orleans** 1:16 3:15 11:6
**Oskino** 25:5
**outcome** 132:6 210:4
    329:18
**outside** 205:5 283:4
**outvoted** 293:18
**overcame** 103:22
**overcome** 311:7
**overrun** 274:20
**overruns** 275:5
**overview** 250:12
**owned** 34:15 135:13,14

158:15,18,21 171:5
    171:13 237:16,18
    238:11 240:8 285:20
**owner** 35:8 135:21
    155:8 156:17,21
    160:5 236:24 238:21
    257:4
**owners** 198:17
**ownership** 36:1 152:19
    160:13 239:23 240:6
    251:18
**owning** 161:10
**owns** 157:21 158:22
    172:9 237:19,20
    238:24 240:5 251:11
    285:16,18
**O'Donnell** 58:16,19
    128:20 129:16 130:11
    183:23 184:10 190:24
    202:15,18 220:3
    226:24 227:1 303:18
    310:13 322:9

---

**P**

**P** 10:1 11:1
**page** 5:3 6:2 7:2 38:6,7
    41:19 45:13,14 46:14
    47:8 53:19 58:1,2
    60:13 61:23,24 62:3
    63:17,18 68:11,11
    71:12 72:11,17 74:23
    75:24 76:3 81:4,7,12
    84:19 88:16 90:13,23
    91:9 96:25 97:1
    104:13 114:17 115:4
    115:4,10,11,12,14,17
    115:17 116:2,2
    125:20 130:8,18
    131:12 132:12,13,17
    132:20 136:9 138:14
    138:21 139:21 143:4
    143:4 148:18 150:3
    157:4,19 160:16
    161:16 162:20 163:23
    164:6 168:3,6,7,8,18
    168:24 169:25 170:2
    170:5,9 171:25 175:7
    175:11 197:16 207:2
    212:3,5,5,8,10 241:5
    243:25 254:13 257:13
    262:13 264:4,23
    265:3,5 267:23 274:6
    275:21,22 276:6
    278:23 306:4 308:23
    316:10 317:22 318:25
    318:25

601 Poydras Street, Suite 1720                GAUDET KAISER, L.L.C.                Telephone: (504) 525-9100
New Orleans, LA 70130-6029                Board-Certified Court Reporters                Facsimile: (504) 525-9109

Exhibit W
Page 97

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                    Reported by:
NICHOLAS G. HUCH                                  May 16, 2011                        JOSEPH R. KAISER, JR., CCR, RPR

Page 344

**pages** 33:16 148:3
    202:13 220:21 305:1
**paid** 198:13 199:4,5,11
    201:11 262:2,10
**Pan** 1:15
**paper** 175:18
**paragraph** 36:18,24,24
    70:4 82:20 151:3,7
    157:18,19 160:17,18
    254:14,15 257:13
    264:6,7,25 265:6
    267:22,23 319:6
**parent** 285:7,11
**Park** 2:16
**Parkway** 3:19
**part** 10:20 14:15 15:10
    15:15 16:2 19:10
    47:17 51:16,18 52:2,2
    52:3 62:4,7 65:17
    68:21 76:2 88:5 92:3
    92:12 103:4 129:7
    141:22 150:7 152:12
    156:21,22 177:11
    179:11 190:13 210:15
    219:15 228:5 234:24
    234:25 257:24 260:23
    261:17 265:23 275:4
    281:5,10 302:5
    303:25 304:1 305:23
**participant** 155:8
    220:12 279:19 305:12
    307:13 308:10
**participants** 128:9
    208:20,21
**participate** 35:11 76:23
    78:2 92:21 93:1
    99:25 119:23 142:23
    174:12 176:13 178:13
    181:22 182:2,9 183:3
    193:11,18 201:9
    213:9 224:16 226:3
    240:18,19 242:12
    303:10 307:17
**participated** 23:2 29:7
    46:23 47:5 78:7
    128:7 188:21 280:1
    280:17
**participating** 64:16
    83:11 95:2 96:5
    98:19 119:13 121:7
    138:5 208:15 226:5
    251:9 313:21
**participation** 48:8,17
    82:14 88:6 89:20
    96:9 102:10,21 105:9
    114:5 141:1 156:10

156:15 157:1 161:22
    175:5 177:2 208:12
    250:9,19,22 251:10
    260:19 264:5,16
    280:21,25
**particular** 39:21 52:5
    53:21 83:24 103:18
    111:13 113:15 236:16
    268:4 306:21 314:1,1
    314:17 316:21 317:24
**parties** 10:4 91:25
    103:8 105:18 151:9
    170:11 189:21 251:6
    251:12 257:1 292:16
    293:24 329:16
**partner** 191:2
**partners** 247:11
**partnership** 234:24
    235:6
**parts** 51:15 52:1,15
    177:6,7,8 182:16
    185:20 315:20
**party** 87:25 88:3
    124:21 157:11 172:10
    233:18,20 251:10
    261:14 269:3 289:5
    292:11,17
**pass** 16:13 273:23
    284:5 303:21 312:15
**passed** 17:3
**password** 195:19
**Pat** 123:6,12,14 125:12
    130:19 132:10 136:23
**Patel** 201:18
**Patman** 24:19
**Paul** 59:6 195:13 208:2
    227:2 278:22,25
    282:6 300:16 303:19
    310:14 322:10 326:13
    326:14,17 327:3
**pause** 23:11
**pay** 35:24 36:1 51:12
    55:19 90:4,5 162:13
    177:18,18 198:7
    199:15 238:14,20
**paychecks** 27:21
**paying** 49:19 235:18
    287:19
**pays** 46:6
**peak** 70:25
**Pebble** 37:1,6 55:1,3,7
    55:12
**Peep** 203:3,10,15
**penalty** 177:13,15
    219:12 268:19
**Pennsylvania** 4:3

**people** 13:1 24:14,21
    28:14 33:18 36:19
    37:18 56:21 57:15
    58:4 69:24 78:19,21
    79:8,11 86:5,15 95:15
    95:15 100:14 111:7
    117:18 128:17 138:6
    143:16 144:14 183:23
    195:22 223:12 231:7
    243:6,6 271:24
    298:21 300:17 302:10
    302:21 303:12 306:23
    321:24
**percent** 34:13,14,15
    35:24,25 42:16 43:14
    45:25 48:20 49:19,23
    50:8 55:20,20 64:13
    77:8 89:24 90:1,6,7,8
    99:20,21 152:10,11
    152:13,16,20,20,21
    152:22 157:22 158:6
    158:18,21,23 160:5
    161:8,13 168:20
    171:5,14 172:9 175:8
    175:9 192:10 198:19
    198:22 238:11 251:11
    257:16,16 263:7
    289:8 293:2,3
**percentage** 52:11 82:10
**percentages** 150:6
    177:12 219:10 292:22
    293:1
**perform** 24:21,24
**performance** 70:25
**performing** 202:23
**period** 21:16 24:5,15
    27:18 57:6,10 78:15
    89:2 121:9 187:13
    193:1,13,17 202:22
**person** 26:19,19 66:3
    66:24 213:13 221:23
    222:16 270:12
**personal** 257:19 258:1
    258:12,14 259:2
    260:4,12 263:15
    264:1,18 329:12
**personally** 66:20
    188:10 214:11 287:5
    297:24 324:15
**personnel** 117:24 207:5
**persons** 66:4
**perspective** 208:3
    250:25 289:2
**persuade** 308:3
**pertaining** 317:16
**Peter** 2:16

**petroleum** 2:18,23
    17:23 18:5 27:8,11,22
    50:7 149:1 150:16
    152:11 154:22 155:1
    157:7 158:7,24 161:8
    164:16 168:21 172:9
    173:3 175:9,14
    196:24 197:24 198:13
    199:4,11,12 200:3
    201:1 202:19 220:7
    238:2 285:3,7,18
    287:14,18,21 298:1
**Petroleum's** 198:21
**Peyton** 45:10,16 48:19
    59:5 66:15 86:16
    153:25 155:12 227:3
    241:8 310:14 322:10
    324:22 326:14 327:4
    327:9
**phase** 89:13 96:14
    103:15
**phone** 34:19 131:14,18
    131:21 137:17 166:3
**physically** 78:19
**pick** 144:15
**piece** 35:9 140:24
    175:18
**pipe** 209:10 258:19
    263:4 284:1 307:14
**pipelines** 241:19
**PIR10** 46:6
**place** 131:21,23 165:20
    174:10 176:24 253:23
    270:12,20 272:16
    274:24 279:17 287:23
    326:19
**placed** 30:10 325:5,7
**places** 39:21 191:8
**plaintiff** 229:17
**plaintiff's** 1:23 11:16
**plan** 41:10 97:23
    162:22 187:23 188:2
    246:17
**planned** 40:8
**planning** 23:3 40:12
**plans** 226:19
**platforms** 39:13
**play** 29:2,6 43:16,20,24
    44:4 79:14 86:24
    101:23 102:1 139:10
    162:3,9,12,16 163:1
    180:22 192:21,25
    198:6 199:14 200:17
    208:14 223:4 224:25
    226:4
**played** 22:25 23:22

47:18,23 50:24 156:1
**playing** 226:1
**please** 24:17 34:11 39:1
    69:3 72:3 107:20
    112:22 121:16 146:3
    156:5 166:22 195:17
    209:2 222:5 266:9
    288:6
**plenty** 322:19
**plug** 221:21
**plugged** 222:17,21
**plus** 126:15
**point** 17:18 28:16
    38:16,18 48:5 57:22
    80:5 85:5 86:18 91:3
    95:24 99:24 101:21
    103:22 104:18 110:19
    112:25 116:12,17,19
    118:21 126:6 128:23
    129:8 137:3 140:1
    146:22 155:16 158:16
    175:25 208:14 222:25
    223:1 226:7 229:20
    271:12,13 275:9
    286:14 294:25 298:8
    299:23 300:10 309:23
**points** 17:9,10,12 47:19
    101:9 103:16,19
**POITEVENT** 3:12
**Pompano** 39:12 40:4
    70:12,22 71:3 88:10
    103:21 104:17 105:15
    105:20,23 106:23
    108:1,13 109:1,4,16
    110:4 111:17,23
    112:14 113:4 114:4
    114:19,20 156:17,21
    156:22 160:18 236:23
    237:14,16,21 238:3
    239:5,10,18,22 240:5
    241:20 261:8
**populated** 306:22
**population** 306:11
**portfolio** 38:11
**portion** 34:18 153:13
    182:19 229:21 230:2
    237:24
**position** 27:25 203:13
**possibility** 37:18
    225:17 294:24
**possible** 23:16 55:1
    123:10 141:16 302:20
    311:10
**possibly** 37:14 41:10
    125:1,3,4 134:5,7
    273:8,9 295:11 311:4

601 Poydras Street, Suite 1720                    GAUDET KAISER, L.L.C.                    Telephone: (504) 525-9100
New Orleans, LA 70130-6029                      Board-Certified Court Reporters              Facsimile: (504) 525-9109

Exhibit W

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                              Reported by:
NICHOLAS G. HUCH                                    May 16, 2011                          JOSEPH R. KAISER, JR., CCR, RPR

Page 345

post-casualty 224:22
post-exchange 151:8
potential 211:6 270:1
potentially 241:15
  245:4
Powell 209:7
power 149:21
PowerPoint 245:5,6,12
Poydras 1:15 11:5
practice 228:10 319:11
preceding 58:2 76:3
preference 289:7
preferentially 112:3,10
preparation 29:10
  46:23 93:2 228:17
  231:11 306:1
prepare 47:1 227:12,16
  228:20
prepared 44:14 197:14
  200:22
preparing 227:19
  228:7
present 45:24 48:20,21
  48:23 50:4 85:23,25
  86:3 166:1 283:25
  325:10 326:11,25
presentation 45:1
  245:13
presentations 43:25
  325:3
presented 46:20 95:4
  325:22,23,24 326:1
presenting 47:5
president 325:25
presumably 86:10
  290:4
presume 65:13 140:1
  155:24
pretrial 229:25
pretty 101:9 103:23
  140:16 253:8 270:3
  272:18 319:7,8,8
prevail 264:11
prevailing 229:23
previous 65:9 121:17
  209:22 266:10
previously 33:9 44:21
  63:11 68:9 77:19,20
  93:9 125:17 130:5
  147:21 156:6 173:17
  194:10 196:21 200:1
  201:16 209:4 254:6
  260:18 264:23 271:20
  274:1 304:15 316:8
pre-exchange 151:8
pre-spud 279:9,20

280:5,13
pre-trial 229:23
price 51:8,11
primarily 21:20 26:19
  52:25 178:11 227:24
  232:20 297:2
primary 25:10,11
  26:18 249:10
principal 181:10
prior 133:9 169:13
  177:1 182:16 185:21
  187:22,25 192:4,8,13
  257:2 307:18 316:22
privilege 314:11
Probability 43:10
probably 11:20 12:2
  50:18 78:24 83:24
  84:18 98:1 128:1
  133:22 140:25 142:14
  271:12,15 272:7
  300:16 303:22 310:16
  322:8 326:6
problem 272:12
problems 103:15
  124:20
procedure 10:9 142:10
proceed 80:1 139:11
  143:1
proceedings 289:6
process 37:11 84:12
  95:25 101:15 103:17
  124:2 156:2 164:3
  202:4 270:25 271:4
  297:16 298:15
processed 193:2,3
  298:13
processing 238:15,15
  238:20 239:1 299:7
produce 28:10
produced 164:1 238:2
producers 40:8
produces 203:10
producing 236:23
product 108:1 238:13
  238:16 239:3 241:19
production 18:20
  111:23 180:17 200:4
  201:25 231:17 234:7
  235:23,24 236:4
  285:4 298:15 307:22
  310:12
professional 14:24 15:3
  15:11 317:8
program 13:24 16:23
  18:17 244:9,11
  270:20,21

progress 25:12 74:24
  193:14,20 227:5
project 21:1,12 23:25
  25:20 26:15 28:24
  29:21 47:24 48:17,24
  49:7,10 50:3 89:14
  92:15,23,24 99:19
  108:11 113:15 139:9
  141:12 142:4 162:17
  180:10,13 181:9
  220:13 274:8 291:5
  294:6
projected 48:2,6 49:5
  98:20 100:11
projecting 80:25
projection 98:7
projections 23:15 96:2
projects 20:6 23:1,16
  25:11 53:8 100:5,9
promote 35:15,22
  52:11 73:17 76:17,24
  82:21 89:25
promotion 22:9,11
pronounced 153:24
proper 51:11
properties 19:20 21:24
  21:25 51:17 52:3
  55:25 56:9 64:19
  65:5,15,16 66:6 73:21
  73:22 74:10,21 77:11
  77:15,19 78:4,10,11
  78:13 79:3,7,8,9,11
  79:12,15 81:5,9 82:5
  82:9 150:5,6,10,11
  231:5,11,20,24,25
  253:17 258:12 259:20
  273:5 287:25 288:14
  288:16,19
property 51:17 55:3
  74:11 77:12 150:15
  151:4,4,5,10,10,11
  254:22,24 257:3,5,9
  257:10,14,15,19,22
  258:1,15 259:1,2,9,14
  259:15 260:4,12
  262:20 263:16,22,22
  264:1,18 288:15
proposal 54:16,19
  55:19,23 58:9 62:5,8
  63:25 64:7,20,22 65:1
  65:8 66:24,25 67:8
  69:18 72:14,18 73:5,7
  73:10,11,12,15,17
  74:20 75:14 76:9,12
  76:17 82:24 83:20,20
  83:23,24 88:13 94:9

136:2 219:25 240:16
  240:18
proposals 78:5 79:4
propose 55:14 79:6,10
  79:10,12,13
proposed 32:9 62:5
  73:23 74:10 87:11,15
  87:19 114:22 115:8
proposing 64:10,11,12
  302:24
prospect 34:15 37:1,2,6
  38:3,9,20 39:6 47:10
  50:9 55:7 62:10 86:7
  86:11 93:4,5 156:10
  157:23 158:2 174:4
  175:20 178:6 188:13
  189:19 192:22 196:1
  196:14 207:11 220:13
  234:23 253:9 294:16
  294:18 297:23 298:6
  304:2 305:4 306:11
  306:17 307:6 312:3
prospective 19:20
prospects 65:21,22
  252:12 253:11
provide 47:11 101:22
  244:4,9 250:14 281:1
  281:11 282:21 283:4
provided 38:2 49:14
  94:15 136:13,14
  195:25 244:8 245:6
  245:12 277:5,15,18
  277:23 281:13,14
  297:18
provides 112:2
providing 41:23 47:17
  129:23 130:11 133:5
  283:11
provision 115:19 116:1
  160:21 176:19 177:13
  177:15 263:10,12
  269:25 315:22 316:2
  316:5,21,25 317:24
  318:7,9,18 319:19
provisions 177:16,22
  268:20 292:14 314:1
prudent 216:16 270:23
PS 43:1
published 318:14
pulling 327:6
purport 172:22
purports 172:5
purpose 13:3 109:15
  156:25 174:25 208:7
  216:10 250:13,19
  251:15 285:23,24

286:3
purposes 10:7 17:21
  26:2 129:25 141:13
  145:20 155:25 236:18
  248:6,24 249:8
  270:13
pursuant 10:9 291:16
push 311:15
pushing 311:5
put 40:12 41:10 175:17
  175:19 202:21 204:18
  212:15 270:20
p.m 133:1 309:3 327:16

_____

            Q

quality 298:25
quantity 311:24
quarter 55:21 73:19
  77:5 83:5 90:5 134:2
question 10:17 12:14
  12:17,20,22,23 30:21
  32:21 121:15 140:12
  151:20 152:8 154:17
  154:18 156:20 158:19
  167:18 168:15 204:5
  204:8 205:14 206:5
  206:11 207:24 217:11
  217:13 219:4 221:24
  222:15 229:17 230:11
  265:6 266:6,8,12
  267:5 272:18 291:4
  295:7 301:21 302:17
  302:19 314:9 315:3
questioned 272:24
questioning 229:10
  230:7
questions 12:1,2,3 31:1
  31:14 43:8 54:11
  69:15 148:2,4 160:25
  173:21 181:12 204:2
  205:22 230:9 246:24
  272:23 273:22 284:5
  296:11 299:11 300:19
  307:9 313:1 322:17
  322:19,22,25 323:24
quick 33:12 46:14
  53:13 54:9 133:5
  147:22 297:1 313:1
quickly 44:19 46:15
  93:8 103:23 148:1
  272:21
Quitzau 207:4,6,7,13
  275:18 276:13,17,20
  277:1,5,15,18,24
  278:14 300:16
Quitzau's 277:11

601 Poydras Street, Suite 1720                     GAUDET KAISER, L.L.C.                    Telephone: (504) 525-9100
New Orleans, LA 70130-6029                     Board-Certified Court Reporters                Facsimile: (504) 525-9109

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010      Reported by:
NICHOLAS G. HUCH           May 16, 2011           JOSEPH R. KAISER, JR., CCR, RPR

Page 346

**quoted** 101:19
**quoting** 36:16

**R**

**R** 3:2 4:20 10:22 11:1 329:4,20
**raise** 23:11 315:8
**raised** 237:13
**raising** 106:7
**Raney** 59:11 108:17 227:2 282:7,8 310:14 322:9 326:14 327:3
**range** 29:20 42:17 184:11
**rate** 244:7,7
**ratification** 174:3,8,15 176:4
**ratified** 314:25 315:11 317:3
**ratifying** 317:1
**reach** 252:8,10,24
**reached** 239:8 255:9 260:20
**reaching** 250:9 280:21
**reaction** 71:7
**read** 33:14 34:7,10 35:13 53:22 69:14 76:13 107:19 121:15 121:17 143:20 148:3 154:15 160:22 161:24 173:21 177:3,6,9,10 177:11 179:17 198:1 203:10 221:3 244:12 244:20 246:25 250:15 254:25 257:6,15 262:23 264:6,12 266:8,10 268:7,10,14 268:17,23,23 274:8 328:8,9
**reading** 10:11 41:6,15 140:9 143:22 177:23 319:5
**ready** 146:17
**real** 19:25 46:15 122:7 144:4
**really** 14:18 23:8 70:23 80:19 101:11 224:3 292:12 315:14
**real-time** 301:25 302:10,16,21 303:5 303:13 304:4,8 306:7
**reason** 65:13 108:6 144:4,19,22 145:13 154:8 247:13,15
**reasons** 112:12 145:24 246:21 248:17 249:13

250:1 255:8 270:2 290:7
**Rebecca** 306:25
**recall** 28:20 29:12 31:20,24 32:3,7,10,13 32:16,17,25 33:21 34:17 36:13 38:13,15 39:8 41:16 45:7 46:22 47:4 48:1 49:9 50:7,13,16,19 54:7,18 55:2 56:10,14,16 57:3 58:19 60:25 64:2 65:7 67:4,13 69:10 72:22 73:9,14 74:13 76:4,7,8 77:14,16 82:12 83:7,10,11 84:1 84:14,16 85:9,13,22 85:25 86:2,13 88:20 89:3 92:18 93:19,25 95:2,6,25 96:3,4 97:6 97:7 98:16,18,22,25 99:1,4,9,12,15 100:14 100:16,19 103:13,18 104:3,14 106:6,11,15 107:12,15 109:7,18 111:11,13,14 116:13 116:17,20,24 117:3 118:14,16 119:9,13 120:12,16,23 121:23 124:9 126:20,23 127:4 128:3 130:12 131:5,7 132:5 133:13 133:17,20 134:14,17 134:22,25 137:21,22 138:5 140:16,19 141:5,7,8 143:2 144:11,12 145:3,17 147:8 148:8 150:19 150:23 158:12 160:24 164:24,25 165:1,3,12 170:19,23 173:1 176:8 178:19 180:23 184:14 187:16,20,21 195:4,6,8,24 196:2,3 197:2 203:17,18 209:17 210:9,15 211:1,4 213:1,15,16 213:24 214:10 215:5 216:4,7,21 219:21,22 223:10,13,16,19,24 224:1,10 230:21 242:13 245:2,11 268:12 276:25 279:5 279:16 280:12,14 292:6,23 295:1,10 299:13 302:11,22

303:20 304:21,23 307:11 308:11 309:12 309:16,17,21 310:9 310:17,24 316:1 321:10 322:24 324:3 324:18,23 325:4,12
**receipt** 182:9
**receive** 13:12 15:5 50:2 202:2 244:25 264:17 276:16 298:20 301:1
**received** 34:19 165:14 165:21 169:25 178:13 190:5 193:22 212:25 213:5 275:10,11 276:19 277:17,23 291:25 309:23
**receiving** 73:14 93:12 106:11 165:1 182:3 196:2 199:21 213:2 213:17 245:3 276:25 278:7 279:5 288:16
**Recess** 186:20
**recipient** 45:15 117:13 138:21
**recipients** 207:19,19
**recital** 157:18
**recognize** 46:16 173:23 257:1
**recognized** 214:2
**recommence** 133:8
**recommend** 84:7
**recommendation** 209:11
**recommendations** 307:14 311:21
**recommended** 44:5 287:24 310:22
**recommending** 81:25 95:21 279:8 311:10 317:2
**reconsidered** 77:9
**record** 30:24 63:5,7 101:1,2,4 151:24 152:1 158:1 167:2,10 167:11,13 168:9 170:10 173:7,10,11 173:13 186:19,22 188:7,11 220:22 221:3 229:4,6 255:13 255:23 257:16 260:3 260:5 264:7 266:20 271:19 273:11,14,16 273:18 278:14 284:8 284:10,18 296:14,17 296:19 312:17,18,20 323:15,17,19

**recorded** 12:7 152:9
**recover** 48:16
**REDDEN** 3:7
**Redline** 105:17
**refer** 18:1 26:3
**reference** 26:5 213:18 271:22
**referencing** 60:12 218:22 271:20
**referred** 53:15 72:8 75:8 96:21 105:1 108:22 111:2 113:22 139:18 146:7 153:19 163:20 190:19 206:24 211:24 215:9 218:9 221:14 243:14 246:8 247:21 257:9 278:17 284:15 308:20 320:10 323:9
**referring** 61:17 111:21 134:22,23 142:13 173:24 189:10 214:13 214:17
**refers** 137:11
**reflect** 69:22 150:5 164:20 172:8
**reflected** 155:18 175:6
**reflecting** 69:16
**reflects** 69:22
**refresh** 322:7
**regarding** 105:19 119:16 188:17,22 263:15 282:22
**region** 25:3
**regional** 188:1
**regions** 24:25
**regular** 276:16
**regulations** 267:16
**regulatory** 265:12,15 265:17,23 267:1
**reimbursement** 35:19
**related** 142:2 177:16 329:16
**relating** 21:24
**relationship** 25:9 26:11 191:13 248:1 263:9 285:2
**relatively** 44:18
**released** 296:2,4
**relief** 224:22
**rely** 297:20
**remained** 22:10
**remaining** 126:16
**remember** 33:6 46:19 47:16 58:17 106:10 121:1,7 127:6 128:14

129:13 156:12 177:8 184:21,23 185:19 187:14 198:14 215:17 223:18,18 278:7 292:25 321:3,11,15 322:2,4 324:5
**remind** 11:22 268:16 310:8
**reminding** 36:19
**removal** 267:24
**remove** 172:10 269:4 269:16 270:6
**removing** 269:20 270:2
**repair** 120:22 123:10 126:16 132:8 136:18 139:6
**repaired** 117:2 118:22 133:8
**repeat** 39:1 40:23 51:23 112:22 117:7 171:10 204:5 239:16 243:1 267:5 302:17 315:5
**rephrase** 30:4 239:20 248:21 319:17
**replace** 58:20 138:12
**replaced** 53:5 58:15,18 105:18 117:1 118:19 118:21
**replacement** 116:23 123:10 135:1,6,24 138:2,8
**report** 24:2,7 25:12 26:24 27:3 123:15 227:4,8,9
**reported** 4:18 24:11 26:8 123:17,18 183:24 303:23 329:10
**Reporter** 4:21 10:23 329:5,21
**reporter's** 12:8 329:1
**reporting** 95:19 117:17 126:7
**reports** 117:14 187:9 187:10 227:10 301:9
**represent** 32:22 269:22 284:24 296:23 323:23
**representative** 207:9 207:11
**representing** 4:10 39:5 312:24
**request** 88:23 124:11 184:16 248:25 255:16 255:19
**requested** 77:12 244:17 302:3

601 Poydras Street, Suite 1720      GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6029      Board-Certified Court Reporters      Facsimile: (504) 525-9109

Exhibit W
Page 100

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                      Reported by:
NICHOLAS G. HUCH                                May 16, 2011                        JOSEPH R. KAISER, JR., CCR, RPR

Page 347

**require** 153:9,12 288:8
**required** 16:9 179:3,11
 180:25 203:19 204:10
 206:10,20 219:4,5,6
 265:19 266:2 283:20
 288:2 292:24
**requirement** 153:8
 206:3 217:5
**requirements** 35:18
 177:25 265:12,15,18
 267:1,9 269:23
 282:23 304:18 305:3
 305:17 306:2
**requires** 305:11
**rerun** 127:10,14 130:14
 138:23 139:3
**rerunning** 129:25
**resale** 28:22
**reservations** 176:18
**reserve** 42:17,25
 325:13
**reserved** 10:19
**reserves** 70:5 311:25
 324:1,6,13,24 325:6,7
 325:9,10
**reservoir** 34:6 45:11
 57:16 78:13 93:16
 94:2
**resolution** 111:10,16
 111:21
**resolve** 116:9
**resource** 13:11,23
 15:10,16 16:2
**respect** 23:15 26:12,25
 27:16 52:5 57:4
 81:22 92:22 93:3
 94:9 110:4 114:19
 178:2,16 180:7,14
 182:10 183:6 187:13
 187:17 192:22 198:12
 205:24 206:11 217:20
 221:10 225:2 227:5
 229:19
**respond** 68:13 98:6
 107:8 143:12 191:5
 208:4 222:7
**responded** 68:14
**responding** 63:23
 68:17 143:5 200:15
 224:18
**responds** 97:19 105:12
 127:8 208:2 244:14
**response** 54:20 73:4
 75:25 120:17 124:10
 188:2 300:18 307:8
**responsibilities** 22:19

25:23 230:15 231:1
**responsibility** 22:22
 23:14 59:4 72:1
 149:7 186:4 203:12
 281:6,11,17,20
 282:18
**responsible** 21:20
 26:20 59:21,22 66:4,5
 79:8 183:2 266:25
 267:8,14 282:9,12
 297:2
**responsiveness** 10:18
**rest** 61:11 81:2
**restrictions** 301:13,17
**result** 45:25 128:24
 132:11 175:4
**resulted** 50:25
**retired** 250:5
**retrieve** 303:12
**return** 118:1 202:2
**Returning** 63:7 101:4
 152:1 167:13 173:13
 186:22 229:6 273:18
 284:18 296:19 312:20
 323:19
**reveal** 166:16,17,23
**revenue** 48:2,6,22 49:1
 49:4,5
**review** 37:2 94:5
 101:18 102:7 165:23
 174:23 182:18 185:23
 187:23 188:1 226:13
 317:4 319:4
**reviewed** 102:2 169:18
 182:15 185:21 209:20
 313:3 315:18,21
 316:4,21 318:9
 319:18 321:22
**reviewing** 21:21 90:17
 186:5 202:24 203:14
 316:1 318:25
**reviews** 313:22
**revised** 142:4 175:2
**revisions** 105:8 314:22
**reworking** 294:24
 295:2,12,17
**re-drilling** 295:3
**Richard** 58:22 78:9
**Ridge** 25:7
**rig** 1:4 116:14,23
 126:15 133:7,9,24
 134:5 135:11,21,21
 136:18 138:11 139:6
 141:2 143:24 184:17
 244:6
**right** 18:17 21:11 23:6

29:17 38:5 41:21
 45:14 46:2 50:6,23
 54:9 55:7 62:6,6
 63:22 64:23 66:14
 68:5 70:1 73:6 75:2
 75:22 76:8,18 77:3,6
 80:3 82:8 87:14
 92:17 93:8 102:10,22
 102:25 103:3,13
 106:18 107:1,10
 108:16 111:24 112:17
 113:17 116:12 124:13
 129:15 132:5 137:20
 139:15 143:3,6 144:1
 144:2 145:3 151:18
 155:14,17 157:13
 167:16 172:18 174:20
 175:19 178:20,20
 179:19 183:1 184:14
 189:22 202:6,13
 207:21 216:18,19
 217:6,16,17 218:3
 219:14 221:8 222:8
 225:15,24 226:6,20
 232:6 242:16 243:5,6
 244:12,20 246:2,6
 250:15,16 253:20
 254:3,4,18,25 255:17
 257:6 259:3,4,22,25
 261:16 263:19 264:20
 271:21 273:21,24
 274:3 276:2 280:22
 281:1 284:4 288:22
 289:15 290:2,15
 291:11 292:16 295:6
 295:9 300:3 307:15
 308:25
**rights** 178:16 254:23
 266:2,15,19,22
**rigs** 117:6 134:10,15
 135:1,6,24 136:3
**risk** 270:21 271:5,11
 293:21
**risking** 272:21
**Robert** 93:13,15,23
 194:12,18 207:4,6
 275:17
**Rodney** 34:1
**role** 22:25 23:22 29:2,6
 43:16,20,24 44:4
 47:23 50:24 51:5
 79:14 86:20,24
 101:14,23 102:1
 138:10 139:10 156:1
 162:3,6,10,12,16
 163:1 178:5 180:22

192:21,25 193:5,8
 198:7,9 199:14,19
 200:12,17 202:1,7,23
 203:18 217:19,20,21
 223:4,7 224:21,25
 225:6 226:1,4 232:3
 247:25 298:7,18,25
 299:4,8 300:8
**Ron** 153:23 250:4,5
**RONQUILLO** 3:2
**room** 1:15 12:2 223:13
**Root** 62:12,18
**roughly** 49:19 97:13
**roundtable** 128:1,5,10
 128:15
**route** 162:6 198:10
**routing** 199:19 202:5,6
 225:6 231:8 299:7
**Roy** 25:7
**RPR** 4:20 10:22 329:20
**rubber** 173:19
**rules** 173:19
**run** 26:15 238:1 239:11
**RUNNER** 134:9 135:9
**running** 70:25 142:19
 235:23 236:4
**runs** 28:12

**S**

**S** 10:1 11:1
**safe** 216:15
**safety** 182:20 185:16
 188:6,11 202:4
 212:19 213:14,19,25
 214:8,12,17,20
 272:25 291:12 308:16
 309:19
**sake** 113:25
**sale** 37:8
**sales** 231:11,12
**Sanders** 58:12,12,13,20
 61:12,20
**satisfied** 242:10 282:14
 283:18
**satisfy** 80:19 192:10
**save** 10:16 53:20
**saw** 30:10 211:6 253:7
**saying** 61:13 71:6 77:4
 79:25 90:17 95:19
 106:25 107:6 109:11
 115:19 116:3 122:16
 131:1 140:23 153:11
 155:11,12 191:6
 222:8 249:1 324:5
**says** 38:9 39:11 40:7
 42:2 45:18 55:11

60:22 62:2 65:3 69:3
 70:10 71:16 74:20
 76:22 77:9 81:24
 88:23 89:18,18,22,24
 90:15 91:20 97:22
 105:22 112:1 117:25
 120:6 124:6,6 127:10
 129:5 134:6 147:12
 148:21 151:8 157:21
 158:15 160:1 164:13
 170:4,5,9 174:7
 194:25 195:11,13
 198:16,17 212:19
 221:20 222:2,5 224:5
 241:10 244:4,15
 246:15 254:20 257:1
 257:15 262:17 264:8
 274:8
**say-so** 271:16
**scan** 33:13
**Science** 13:21
**sea** 20:7
**sealing** 10:14
**season** 134:9
**second** 38:6 46:13
 47:19 70:3 76:22
 82:20 97:1 98:3
 111:18 113:19 114:16
 115:12 125:20 139:21
 143:19 150:3 168:7,8
 168:24 170:9 172:8
 173:8 200:10,21
 207:2 212:5,6,8 217:3
 217:24 218:2 221:1
 244:1 246:15 274:2
**SECREST** 3:7
**section** 1:4 256:25
 259:1,6 268:3,10
 316:11
**sections** 268:13
**see** 14:20 30:9,12,13
 31:15,16 34:7 35:10
 37:3 38:11 39:13
 40:9 42:1 45:5,15,19
 48:16 54:3,6,10 57:1
 60:23 61:23 62:2
 63:19 69:5 70:6,13
 71:13,17 72:12,18
 74:20 76:25 79:23
 82:2,15 84:23 88:4,18
 90:1,20 91:25 92:19
 93:13 94:6,24 95:11
 95:16 98:4 105:10,20
 106:4 107:10 109:4
 109:12 110:1,12
 112:5 114:20 115:5,9

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010

Reported by:

NICHOLAS G. HUCH                  May 16, 2011                  JOSEPH R. KAISER, JR., CCR, RPR

Page 348

115:14,20 117:14,17
118:5,12 119:7,25
120:4,10 126:4,10,18
127:11 132:16 133:3
133:11 134:2,12,19
136:10,15,21 137:1,9
137:16 138:3,24
139:24 141:3 142:6
142:20,21 143:13
144:8 151:5,12 158:2
162:22 164:11,16,22
169:16 170:1,12
172:2,15,16,24
185:17 191:10 194:20
195:2,19 198:19,22
199:1 207:16 209:12
214:21 215:23 218:12
221:1 222:13 224:8
244:16 245:4 258:2
277:10 306:8 308:13
308:17 311:8 312:8
**seeing** 245:2 292:23
324:23
**seeking** 35:14 47:21
51:7 98:6 113:2
241:23
**seen** 211:9 257:23
261:3 268:5 274:11
**seismic** 35:18 36:11
**selecting** 79:15
**sell** 35:9 231:5
**send** 84:22 88:13
147:14 195:17 305:6
**sending** 63:18 64:2
76:4,7 88:24 107:12
107:15 111:6 133:13
165:4 216:7 280:23
304:21,24 309:12,16
**sends** 90:15 91:10
222:1
**senior** 21:7 22:6 85:19
85:21 142:3,12 223:3
326:2
**sense** 203:9
**sent** 66:22 84:21 102:3
109:10 125:23 165:9
216:5 302:7 320:21
**sentence** 34:9 35:13
55:9 70:10 88:23
105:18 111:18 246:15
262:17 264:7
**sentences** 13:2 28:8
**separate** 206:6
**separately** 285:17
**September** 54:2 56:25
57:8 60:5 63:15,25

64:7 72:14 75:14
**seq** 10:8
**set** 109:14 131:2,7
151:11 201:25 217:22
223:7 262:22 263:4
298:14 302:2,3
305:19 307:21 320:25
324:24 329:9
**sets** 175:2
**setting** 130:23 209:11
279:25 280:13 284:1
301:24 302:15 307:14
**settling** 84:12
**shaded** 163:25
**shakes** 293:16 296:9
321:17
**shape** 321:16
**share** 247:15 251:13
260:25
**sharing** 247:10
**shift** 250:7
**shipyard** 118:3
**short** 100:23
**shorthand** 329:11
**show** 33:8 37:1 44:17
44:20 55:6 63:10
147:20 160:2 219:16
**showed** 95:7 104:4
302:6
**showing** 54:15 62:21
74:23 114:2 218:21
**shows** 54:16 74:17 76:3
88:16 169:25
**SHS** 113:20
**SHS2A** 75:5 96:19
104:24 108:19 139:16
146:4
**SHUSHAN** 1:6
**SH2** 113:20
**sic** 246:16
**side** 25:4 42:23 303:1
**sign** 143:17 144:17,23
145:1 149:18,19,24
**signature** 169:17
**signatures** 202:12
**signed** 50:18 102:20
145:4,6,8,11,21,24
146:19,21 147:1,2,5,8
147:16 148:24 149:9
149:10,20 150:20,23
157:6 168:25 169:6
169:14 173:3 176:4
189:25 198:2 199:21
201:3 202:3,14,17
211:11 220:2 249:22
249:23 266:20 298:6

298:16
**signing** 10:12 49:18
262:6
**silly** 30:22
**similar** 24:22,24 87:11
135:17 253:8,11
**simple** 31:2
**simply** 31:8 191:9
200:13 202:1
**Sims** 246:13
**sir** 54:5,6 87:14 100:17
110:21 155:6 168:17
182:13 183:8 194:6
197:16 247:1 292:6
296:12 326:16,21
**sit** 45:9 54:8,21 56:10
64:4 69:12 72:24
73:16 74:13 76:6
77:16 82:12 85:24
89:4 92:17 97:7
98:24 106:9 107:14
109:9 111:14 118:15
126:22 133:15 134:16
135:3,7,25 137:24
141:6 197:3 217:16
304:23 308:7,11
309:15 319:2
**site** 241:16,17,19
311:14
**sitting** 50:1 79:1 184:7
253:20 301:3 318:24
**situation** 26:17 270:5
272:10,15
**situations** 270:9
**six** 228:9 302:9,20
**size** 311:22
**skilled** 267:17
**skills** 16:17
**skim** 46:15
**slide** 46:20 325:2
**slides** 47:2 94:4,14,14
95:3,7
**slight** 117:20
**slot** 134:6,12
**small** 140:20
**sole** 108:2 156:25 210:7
**solicited** 166:19
**somebody** 65:19 77:21
77:23 86:9 93:17
163:7 186:2 195:12
209:7 220:22
**something's** 30:16 31:6
**soon** 141:16
**sorry** 20:13 34:13 73:8
73:13 74:9 87:14
90:14,24,25 91:14

93:24 106:14 122:24
123:12 124:4 125:2
137:20 140:9,11,14
146:4 148:17 150:22
156:5 162:9,21,24
166:13 194:16 201:13
208:16 212:9 221:19
234:20 263:14 265:3
275:23 309:5
**sort** 37:10 51:25 89:13
303:3 304:8 307:4
312:2 325:22
**sought** 10:21
**sound** 29:16 31:1 127:9
**South** 2:7,21 3:23
**speak** 165:17,24
**speaking** 195:6 227:15
**special** 4:9 284:22
**specific** 18:2 25:2 32:11
112:8 113:14 128:15
134:11 164:25 184:24
214:8 215:17 248:5
248:10 254:1 272:17
309:18 310:3 321:21
321:24
**specifically** 10:12,14
30:13 46:19 47:16
67:14 84:15 85:24
100:15 120:18,24
128:3 129:13 144:12
177:22 214:8 215:6
233:20 260:7,13
271:9 313:23 318:7
319:3
**specifics** 223:25
**speculate** 194:7,9
**spend** 49:10 80:20
104:1 228:6 231:20
**spent** 19:15 101:11
126:14,17 231:25
242:7
**spill** 1:3 11:8 188:2,23
189:6
**split** 153:7,9,11,12,13
154:9,21
**spoke** 133:20
**spoken** 195:5
**spreadsheets** 325:1,2
**Spyglass** 28:25 36:21
**St** 3:14
**staff** 21:7 22:6 78:9,10
86:4 223:15 225:25
**stage** 71:4 179:20,21,23
**standard** 305:5,6,10
**standpoint** 288:18,23
294:7,7,8

**Stapp** 195:13
**start** 17:17 34:8 53:18
60:9 63:8 101:5
152:2 154:13 174:1
186:23 207:2 213:11
229:7 250:7 273:19
279:10 286:5,15
**started** 14:16 18:9 21:9
89:14
**starting** 91:5
**starts** 105:6
**state** 4:10,21 10:24
11:12 158:19 272:1
284:24 329:5,21
**statement** 38:14
**States** 1:1 4:4 11:11
229:11
**Statistics** 14:10
**status** 69:25
**stay** 100:2
**steering** 1:24 11:16
**Stein** 2:1
**Stephany** 2:3 312:23
**Steve** 1:15 24:19
149:1,3 150:21
271:10
**Steven** 1:21
**sticking** 103:16,19
**stipulated** 10:3
**stop** 205:17,18 264:14
307:21 310:11
**stopped** 225:7 311:3
**storm** 117:20
**story** 135:17
**strategies** 226:14
295:20
**strategy** 225:24 226:14
**Street** 1:15,22 2:3,12
3:3,8,23 4:8 11:5
**Strickland** 93:13 95:10
**Strickling** 93:15 95:10
**Strickling's** 93:23
**Strife** 67:18 71:12,15
78:1,3 83:25 84:2
85:18 126:3 127:8,24
128:19 129:2 142:13
198:5 199:22 201:5
234:8
**Strife's** 71:25 142:14
**strike** 17:17 20:5 23:1
44:8 116:13,18
133:17 136:14 180:23
203:18 213:1,11
216:1 248:14 259:17
291:22 313:20
**strong** 138:24 139:2,5

601 Poydras Street, Suite 1720
New Orleans, LA 70130-6029

GAUDET KAISER, L.L.C.
Board-Certified Court Reporters

Telephone: (504) 525-9100
Facsimile: (504) 525-9109

Exhibit W
Page 102

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                    Reported by:
NICHOLAS G. HUCH                              May 16, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 349

144:5
**struck** 237:25 248:1
**structure** 79:3
**Stuart** 67:18 71:12
   78:1 83:25 85:18
   128:19 198:5 199:21
**study** 179:22 290:19
**stuff** 224:3
**subject** 83:21 94:3 97:2
   120:13 141:8 166:4,6
   166:8,16 167:19
   194:22 209:10
**subjects** 16:14
**submit** 255:16
**submittal** 29:11 256:17
**submitted** 29:20 30:20
   101:18 102:6 103:5
   103:12 114:25 116:4
   161:20 174:22 193:6
   255:18 256:22
**subsea** 97:24
**subsequent** 79:23 81:1
   157:24 178:3,23
   257:5
**subsequently** 314:25
**subset** 307:25
**subsidiary** 236:25
   285:11,13
**substance** 166:18,23
   223:19 224:2
**substantive** 298:24
**subsurface** 59:8,13
   282:2,5
**success** 42:16 43:10,15
**successful** 31:21 37:7
   50:3 70:11 88:9
**successor** 250:5
**suffering** 117:19
**suffice** 244:16
**suggest** 244:18
**suggested** 55:1 102:2
   114:18 134:6,19
   287:25 315:16
**suggesting** 131:14,18
   311:6
**suggestion** 134:15,17
**suggestions** 61:14
**Suite** 2:3,12,21 3:4,9
**summarize** 64:9 76:15
**summary** 41:25 47:10
   62:3 94:4,14 95:3
   107:24 108:5
**summer** 33:5 38:3
**sunk** 35:19 126:15
**supervision** 329:12
**supplemental** 193:22

197:8,9,13 200:10,21
   274:3,19 298:14
**support** 251:5
**sure** 40:25,25 51:24
   104:10 112:24 127:20
   141:13 143:21 145:11
   154:16 158:20 184:12
   204:8 223:14 225:13
   235:5,15 246:19
**surface** 19:24
**surmising** 88:22
**surplus** 19:19
**suspect** 290:6
**SUTHERLAND** 2:2
**SWACO** 2:13
**swapping** 51:17
**switched** 14:19
**sworn** 329:7

———————

**T**

**T** 2:11 3:22 4:7 10:1,1
**TA** 204:22 205:8,17
   206:4,9
**tab** 33:9 44:22 63:12
   68:10 72:3 93:9
   96:11 104:7,20,21
   110:25 117:10 125:18
   130:6 153:17 162:21
   163:17 173:18 194:14
   194:16 196:22 200:2
   209:6 221:12 240:24
   243:18 244:22 245:24
   245:25 246:12 254:6
   254:11 260:17 264:21
   274:1 275:16,25
   278:11,23,24 302:7
   309:10 316:14
**table** 79:2
**TAing** 179:3,7
**take** 16:11 33:12 42:15
   46:14 53:13,23 54:9
   55:4 61:8 62:25
   72:25 86:21 100:23
   106:15,16 107:16
   111:22 113:3 114:1
   136:1 147:21 151:17
   151:19 154:1 165:19
   167:4,8 173:19
   219:18 228:16 238:12
   273:11 274:7 279:3
   288:2 289:13 326:18
**taken** 1:15 10:6 11:8,17
   125:10 270:5
**takes** 23:24 175:7
   231:9
**talk** 13:1 86:6,10 91:17

167:17,25 191:21
   235:15 243:7,9 252:9
   269:1 275:5 311:2
   314:20 321:14
**talked** 54:25 112:13
   141:24 167:21 233:25
   247:24 280:15 307:9
**talking** 18:4 38:15 69:4
   87:4 94:22 143:8,15
   174:19 215:5,14
   234:13 235:20,22
   241:14 243:6 247:14
   250:8 263:17 282:16
   320:24
**talks** 264:25 265:7
   267:23 274:14
**tangible** 257:19 258:1
   258:11,14 259:2
   260:12 262:20 263:5
   263:15,21 264:1,17
**tape** 63:1,4,8 100:25
   101:5 151:18,22
   152:2 186:18,23
   229:3,7 273:15,19
   327:13
**tax** 101:20 109:23
   153:11 155:22,25
   247:25 248:5,16,23
   249:8 250:1 288:17
   288:22 290:4,8
**TD** 216:13 307:10,19
   308:2 310:21
**team** 29:8 110:8 111:15
   130:14 180:3,6,10,14
   213:8 223:15 226:3,5
   226:23,25 282:2,5
   290:12,16,19,21,24
   291:1,3,5,7 304:5
   322:9
**teams** 78:12
**technical** 29:7 57:15
   86:6 213:8 223:15
   224:3 322:9,25
**Technically** 220:18
**teleconference** 223:8
   223:11 224:13
**telephone** 78:20 109:14
   191:22 224:16
**telephonically** 213:13
**tell** 35:4 41:7 43:9
   46:16 53:22 55:8
   67:16 73:1 79:9,12
   87:17 104:8 107:17
   125:22 166:5 174:6
   200:7 292:7 301:3
**telling** 36:7 107:2

169:18
**template** 319:7 323:4
**temporarily** 218:23
   220:1
**temporary** 235:22
**ten** 90:6
**tend** 13:1
**tendency** 100:10
**Teri** 209:7
**term** 82:4 180:9 258:2
**termination** 133:10
**terms** 44:5 47:21 57:22
   76:17 82:1 84:12
   85:2 87:4 223:5
   225:6 240:20 264:9
   264:10 301:22 302:15
   314:6
**test** 16:12,13,15 17:3
**tested** 16:25
**testified** 30:25 50:24
   68:20 92:2,10 94:8
   176:2 198:12 205:25
   217:2,4 232:5 237:23
   242:13 255:2 261:6
   268:15 276:12 300:1
   315:7
**testify** 92:8 329:8,8
**testimony** 65:25 94:13
   121:17 135:22 198:14
   229:16 259:18 266:10
   282:20 328:9,11
   329:10
**Texas** 2:4,13 3:4,9,20
   13:18
**text** 163:25
**Thank** 59:24 68:24
   77:3 161:15 220:11
   228:25 230:3,14
   264:3 272:9 296:12
   312:14 323:12
**thanks** 147:12 222:7
   232:1 258:24 284:6
**thereof** 10:20
**they'd** 161:12
**thing** 20:10 27:19
   112:17 142:1 259:5
   266:16
**things** 16:17 89:23
   178:17 225:20 301:11
**think** 30:16 41:7 42:17
   48:15 50:23 53:19
   57:9 67:17 74:2,10
   81:7 87:2 88:18 92:2
   98:12 101:7 118:20
   119:20 120:20 140:23
   147:1,5 159:10,21,22

167:16 186:3 187:4,8
   187:9 190:4 198:11
   205:22,25 215:16
   217:2,3,15 221:2,20
   223:14 234:4 243:1
   244:7 247:13 254:1
   268:15,18 269:19
   270:15 286:22 287:11
   290:8,20 291:3,10
   295:7 300:1,15,20
   302:2,5 303:16,17,22
   306:23 307:20 309:8
   312:5 318:15 323:12
**thinking** 37:7 37:11
   61:3 69:17,23
**thinks** 12:16
**third** 35:25 46:13 49:20
   49:21 73:18 83:5
   90:4,5 98:4 168:8
**Thomas** 3:7
**thorough** 246:17
**thoroughly** 288:5
**thought** 30:18,19 36:25
   48:12 55:6 102:16
   144:1 211:7 272:20
**thoughts** 321:8
**three** 21:4,5 36:1 40:12
   41:10 88:2 102:9
   109:5 150:11 230:19
**three-block** 87:20
**Thursday** 244:1
**tie** 40:2 70:11
**tied** 122:18 123:21
   236:22 237:2,9
**tieing** 88:9,9 123:21
**tie-back** 40:4 49:17
   71:3 105:15,19,23
   106:22 111:17 113:3
   114:20 116:3 156:22
   239:21 261:8
**Tim** 33:23,24 276:7
   303:16,22
**time** 10:19 21:9,16 24:5
   24:15 27:18 30:10
   35:3 37:16,23 38:14
   38:20 41:13,18 46:2
   48:1,5 53:20,23 57:6
   57:10,13 58:11 63:4
   69:17 78:15,17 80:5
   89:2 94:11 95:11
   98:17 100:25 102:15
   102:20 104:2 120:8
   121:9 123:7 124:8
   133:8 134:12 135:5
   144:1 149:8,10
   151:23 158:16,17

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                      Reported by:
NICHOLAS G. HUCH                              May 16, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 350

169:14 177:17 186:18
187:12,18 190:4
192:17 193:1,13,16
193:21 202:22 216:2
228:6 229:3,20
230:18,23 231:10,16
231:20,24 236:16
237:9 240:13 248:5
248:10 255:11 259:12
259:20 286:11 292:13
298:9 303:24 316:18
327:14
**timely** 141:2
**times** 36:1 100:10
268:6
**timing** 26:14 32:20
119:25 159:7
**title** 20:25 21:3,6,8 22:8
93:25 152:9 158:1
168:10 170:10 254:23
255:13 257:17 260:3
260:5 266:20
**Tobacco** 62:12,17
**today** 11:5 12:7 18:4
50:1 54:21 55:5
56:15 64:4 69:12
72:24 73:16 76:6
98:24 107:14 109:9
118:15 126:23 133:15
134:16 135:3,7,25
137:24 141:6 142:20
160:19 184:7 197:3
228:3 233:23 234:1
271:20 272:8 296:24
309:15 313:1 319:2
323:25
**today's** 17:21 94:4
227:12
**Todd** 24:19 117:14
123:18 128:19 221:19
222:6,12 223:13
322:8
**told** 29:15 36:16 56:20
59:5 95:20 124:19
155:17 166:24 205:23
224:10
**TOLLES** 2:6
**Tom** 34:21,22,23
323:22
**top** 38:9,19 39:6 60:13
68:1 71:11 75:24
90:22 91:9 116:1
131:12 138:20 170:2
174:2 197:16 243:25
244:15 246:13 304:16
308:23 309:13

**topic** 314:17
**topically** 321:3
**topics** 166:22 313:25
**Tops** 227:25
**topside** 97:24
**total** 35:16 36:8 99:18
126:7 136:19 207:25
208:18 211:12 280:17
280:22
**Tower** 3:19
**town** 143:16,17
**track** 275:5
**trade** 55:1 82:5
**traded** 103:2
**trading** 37:12 51:17
256:6
**training** 14:25 15:11,17
15:19,22,25 16:5,20
**transaction** 50:25 52:6
52:16 66:7 85:2 89:8
91:7 114:19 124:15
129:24 130:15 139:11
140:3,17 143:1
181:10 182:18 185:21
189:24 190:1 260:14
**transactions** 230:17
**transcribed** 331:14
**transcript** 229:22
230:2 329:13
**transcription** 328:11
**transfer** 158:5,10,11,23
159:6 163:14 256:13
256:17,19 260:5,14
287:13 288:18
**transferred** 150:12,16
288:1 289:17,22
**transferring** 260:2
288:14
**transmit** 298:20
**transmittal** 331:7
**transmitted** 199:22
298:17
**transmitting** 197:7
200:9 277:4
**Transocean** 2:4,9
312:25
**trap** 142:19
**Trautman** 33:23,24
59:25 61:12,19
207:20 276:8 303:16
303:23 308:25
**trot** 210:24
**trouble** 242:17 243:3
**true** 24:4,12 51:18
57:14 66:1,2 76:20
96:15 114:23 130:1

131:15 140:4 328:10
329:13
**trusting** 112:17
**truth** 329:8
**try** 13:4 31:3 51:10
57:23 98:13 122:16
123:8 125:13 181:12
226:15
**trying** 32:20 57:10
110:20 143:8 144:15
160:1 223:21 230:11
253:24 303:11 312:10
321:5
**tub** 149:11,13
**tubular** 262:21
**tubulars** 257:20 260:11
**turn** 41:19 46:13 47:8
58:1 84:19 90:12
130:8 157:4 168:3
169:24 170:8 171:25
240:23 243:17 244:22
246:11 254:4,13
260:16 261:22 262:12
264:4,20,22 267:22
273:25 274:5 275:15
278:10,20
**TVD** 35:17
**tweaks** 140:21
**two** 19:15 40:12 41:10
45:3 51:14,25 52:10
52:15 57:7 61:19
66:16 86:15 95:11
112:12 134:5 202:11
202:12,13 205:21
221:17 236:8,13
246:23 255:24 256:14
256:19 293:1,4
298:13 300:17 301:11
306:23
**type** 245:7 301:14
305:6
**types** 16:17 252:13,15
270:9
**typical** 52:14,21 233:6
236:7 258:7
**typically** 252:12 258:2
260:4 279:19
**T&A** 219:6
**T&Aed** 219:10
**T&Aing** 219:8

**U**

**U** 10:1
**uh** 12:10 110:21 146:13
**ultimate** 71:16 123:9
**ultimately** 49:21 74:2

77:25 82:8,9 88:5
90:9 108:11 114:5
136:1,5 144:25
145:14,16 150:19,24
183:10 211:11
**unanimous** 111:22
292:16,24
**underlying** 144:4
**understand** 12:4,11,18
12:20,23 13:5 17:23
24:9 28:5 38:17 39:3
42:13,20 54:23 55:17
56:2 59:24 63:24
65:24 69:21 80:13
97:12 102:8 106:20
119:24 120:3,7 124:7
124:23 135:22 139:4
154:18 160:2 161:14
166:21 167:3 172:4
189:12 223:2 224:4
234:22 239:11 248:3
248:13,15,22 249:6
257:8 258:9,15
261:24 262:25 263:9
265:18,21 266:1,24
267:7 269:2 278:3
285:6,12,22 290:3
297:2 298:18 299:18
300:25 305:8 314:9
**understanding** 41:12
42:8,11 51:25 70:18
70:22 71:20 81:20
83:9 104:1 139:1
171:4,13 178:4 199:3
233:19 235:8 237:15
249:2,3,15 253:25
260:1 262:1 264:15
265:10,14 267:11,12
267:13,15,20 268:22
269:2,13 274:18
299:20,21,22 301:5,8
304:7,11 329:14
**understands** 246:20
**understood** 40:18
139:5 249:12 261:2
263:6 300:21
**undertake** 324:12
**undivided** 157:21
257:16
**uneducated** 30:22
**unfamiliar** 299:15
**unique** 236:17,20 253:3
**United** 1:1 4:4 11:10
229:11
**University** 13:16,17
**unpromoted** 46:7

**unrisked** 42:3
**unsafe** 209:23 210:2
214:4,5 311:14
**unusual** 236:11
**update** 120:20 133:6
136:13,15 221:23
222:12 223:22 224:7
224:12
**updated** 132:7 139:12
**updates** 276:16,20
277:1
**upside** 31:17 42:23
**use** 12:9 18:3 44:14
136:2,5 318:16,21
**user** 195:18
**users** 195:16
**uses** 203:7 318:20
**U.S** 4:2

_____

**V**

**Valley** 25:7
**value** 30:9,12,14 45:24
48:20,21,23 50:5
152:13,16 183:15,25
325:5,10 327:6
**values** 299:4
**various** 295:20
**version** 160:20 202:3
**versus** 30:18 31:7
141:15 144:6 253:22
**viability** 312:3
**vice** 325:25
**vice-president** 117:15
**video** 12:8
**VIDEOGRAPHER**
4:13 11:2 63:2,6
100:24 101:3 151:21
151:25 167:9,12
173:9,12 186:16,21
229:1,5 273:13,17
284:7,17 296:13,18
312:16,19 323:14,18
327:12
**videotaped** 11:3
**view** 38:18 46:3 110:12
116:10
**violated** 267:16
**virtually** 91:23
**virtue** 240:6 317:24
**visit** 185:2,9 246:18
**visiting** 185:5
**volume** 42:3 325:6,9
**volumes** 70:23
**vote** 178:17,20,21
179:2,10 269:16
292:19 293:7,25

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                                         Reported by:
NICHOLAS G. HUCH                                  May 16, 2011                                  JOSEPH R. KAISER, JR., CCR, RPR

Page 351

voting 177:12,24
  178:16 268:17 292:22
  292:25
VP 67:18 78:1 85:18,19
  85:21 142:3,12,18
  223:3 234:4,8 272:4,5
  326:2

_____

**W**

WAECHTER 3:12
wait 13:3 166:11
waiting 71:7 137:4
  140:3 142:3,9
waived 10:12,15
waiver 314:10
Walker 3:12 85:16
  272:3
Wallace 24:19 149:1,3
  150:21 157:7 175:13
want 23:7 24:16 33:12
  34:10 35:9 42:10
  53:25 65:15 76:13
  77:21 84:7 107:16
  113:4 141:11 144:20
  148:1 155:4 210:25
  217:24 219:13 229:21
  230:3 242:3,5 246:16
  246:18 262:16 264:6
wanted 57:11,18 61:7
  80:18 99:17 106:17
  106:18,20 107:24
  122:22 123:25 141:12
  141:15,21 145:1,7,24
  154:20 232:2 243:5,7
  243:8 287:24 303:13
  304:3
wants 307:5
Wardlaw 187:1,10,12
WARE 3:17
warranted 211:8
Washington 4:4
wasn't 122:18 216:22
  219:5 249:1 255:8
  259:8,11,18,19
  261:17 266:14 267:11
  283:14 292:12 294:17
  322:20
Watson 123:6,14,15
  125:12 127:1 130:19
  131:13,22,25 132:10
  132:15,25 137:8,23
  138:1,17
Watson's 137:4
way 53:20 60:9 102:8
  106:12 117:8 163:24
  164:1 185:12 213:12

219:9 246:23 253:4
  253:19 254:1 283:5
  321:16 329:17
Wayne 3:13
weather 136:19
Weatherford 3:15
website 323:6
Wednesday 147:13
week 16:11 91:13 144:6
  144:7,7,16 326:6
weeks 119:23 320:16
week-long 16:22
weighed 30:17
wellbore 209:24 211:7
  212:20 214:20,25
  215:4,9,13,18 308:16
  309:24 311:8 312:8,9
wellhead 257:20
  260:11 262:21
wellheads 258:19
wells 40:12 41:10 79:23
  81:1 178:3 232:9,14
  232:17 233:16 237:1
  237:5 247:10 259:19
  305:7
WellSpace 193:25
  194:5,23 195:15,18
  195:25 196:5 299:12
  299:19,24 304:12
well's 301:10
went 17:18 19:8 43:21
  110:9 123:7 125:12
  133:16 136:5
weren't 122:6 124:21
  141:19 225:12 302:1
  308:9 311:15
western 58:24 59:3,20
  68:21,23 92:3,12
we'll 44:18 53:23 56:12
  74:16 82:19 90:5
  104:23 145:14 167:25
  172:7 193:23 214:5
  220:21 230:3 273:22
  285:10 323:6
we're 12:7 18:4 27:17
  50:11 53:18 56:24
  63:15 64:12 90:17
  91:17 101:1 114:11
  132:19 142:2 153:14
  158:9 174:19 186:18
  190:15 217:10 225:19
  239:2 273:14 284:8
  289:13 312:24 323:15
we've 87:3 111:16
  272:23,24
whatsoever 135:5

292:3
wholly 285:20
wildcat 237:4,8
willful 318:8
WILLIAMSON 266:7
willing 51:12,12 65:4
  65:17
Winter 24:18 59:15
witness 10:6,25 31:12
  38:25 40:22 46:18
  47:15 52:9,19 60:18
  66:10 67:3 70:21
  87:9 92:7 94:18
  105:3 107:5 112:21
  121:22 127:19 128:13
  140:8 143:22 148:5
  159:3,20 160:11
  165:8 166:12 167:5
  171:9,18 174:21
  181:14,15 183:9
  186:8 189:13 199:18
  204:4,25 205:15
  206:15 211:17 213:20
  226:12 233:10 234:11
  234:19 235:4 238:10
  239:15 240:4 242:24
  245:10 248:9 251:4
  252:3,19 256:4 258:6
  266:13 274:10 276:1
  276:9,24 277:9
  279:23 280:8 281:25
  283:1,2,9 284:6 286:2
  288:12 289:1,20
  293:12,16 295:16
  296:9 308:6 312:15
  314:8,16 315:4,25
  318:3 319:25 321:17
  325:18 328:3 329:7
won 289:16
word 18:3
wording 319:21
words 12:10 26:13
  310:3
work 17:18 18:7,19
  57:15 60:9 105:25
  109:21 110:20 118:1
  236:8,15 246:19
  263:11 269:15
worked 31:9 53:7
  57:24 102:15 186:3
  219:10 234:2,13,14
  234:15
working 19:16 55:20
  75:11 78:10,11,12
  79:11 100:5 157:22
  158:21 175:8 192:10

198:16 230:17,22
  231:2 236:14 237:12
workmanlike 269:15
works 102:9
worldwide 223:3 326:2
worth 30:16,18,19 31:6
  312:10 324:10 325:11
  325:11
wouldn't 141:18,20,21
  238:14 280:1 292:17
  293:6,23 300:5
write 116:3 129:21
  143:24 144:10
writes 105:16 207:13
  207:20 212:18
writing 91:19 97:10
  111:9 142:18 155:11
written 106:11 109:24
  115:19 313:17
wrong 55:18 298:19
wrote 36:14 70:4
  109:20 111:19 129:16
  134:4,18,18 136:12
  144:13

_____

**Y**

yeah 20:16 39:24 57:9
  59:18 60:2,19 87:19
  88:20 102:22 116:16
  135:18 144:25 145:9
  168:11 199:11 219:23
  220:25 223:21 225:9
  248:25 252:25 254:19
  255:10 263:20 275:10
  276:10 280:9 321:5
year 143:10 326:9
years 11:20 17:7 18:23
  19:15,22 21:4,5
  318:16
yesterday 81:21 95:20
  142:2
York 1:23,23 2:17,17
you-all 91:20
y'all 105:8

_____

**Z**

Zeringue 3:13

_____

**$**

$100 35:15
$150 80:20
$34 31:25 35:19
$35 136:16
$50 126:16
$500 241:12
$585 98:7

$750 49:15
$80 126:14
$86 45:19 46:1,4 48:19
  49:4 50:4

_____

**0**

0.66 46:6
000000330 75:5
000000509 96:19
000000598 108:20
000000895 113:20
000000929 139:16
000000958 146:5
0000589 104:24
000023861 163:17
00003296 211:22
000036799 113:18
000037095 72:6
000038086 190:17
000038593 153:17
000040928 53:11
000041474 110:25
000049322 206:22
000078844 320:7
09 230:22 298:12
  299:23

_____

**1**

1 33:9 35:14 63:4 87:2
  95:21 146:11 164:16
  170:12 194:22 257:21
1st 144:8 159:8 172:23
  249:20 263:3
1.4 150:4 257:13
1.5 150:4 259:1
1.6 150:5 259:6
1/3rd 55:21
1:21 186:23
10 11:20 45:25 48:20
  104:21 105:7 109:2
  152:16,20,22 164:10
  192:10 230:22 293:3
10th 137:7 202:22
  207:21
10:18 101:1
10:28 101:5
100 34:14 257:16
1000 2:12
1001 2:3
10013 1:23
10022-4689 2:17
104 6:10
108 6:12
11 5:5 109:2 153:17
  154:4 243:18 245:24
11th 1:15 105:13 106:8

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010

Reported by:

NICHOLAS G. HUCH                   May 16, 2011                   JOSEPH R. KAISER, JR., CCR, RPR

Page 352

| | | | |
|---|---|---|---|
| 107:8 | **163** 6:22 | 117:22 118:8 121:9 | 75:14 84:20 85:6 |
| **11:23** 151:23 | **17** 111:6 139:23 140:5 | 220:10,11 221:10 | 88:14 104:5,13 144:6 |
| **11:33** 152:2 | 140:15 142:25 148:22 | 299:24 309:24 | 170:1 221:25 222:22 |
| **11:49** 167:10 | 175:13 267:23 | **2000** 19:16 | 223:6 224:5,11 |
| **11:51** 167:14 | **17th** 114:12 115:7,12 | **2002** 19:16 | **211** 7:7 |
| **11:57** 173:10 | 142:8 143:6 145:16 | **2006** 18:11 19:13,14 | **212** 114:15 |
| **11:58** 173:14 | 146:25 147:1 298:11 | **2007** 2:18,23 176:9 | **2179** 1:3 211:22 |
| **110** 89:24 99:21 | 299:23 | 189:17 191:9 286:5 | **218** 7:9 |
| **111** 6:13 | **1700** 3:4 | 318:15 | **22** 152:22 168:20 |
| **113** 6:15,16 | **18** 117:10 196:23 | **2008** 28:22,23 31:17 | 200:22 |
| **116** 37:9 | 197:19 | 32:15,23 | **22.5** 152:10 158:6,18 |
| **117** 309:10 | **18th** 114:12 115:16,18 | **2009** 21:15 24:4,14 | 158:23 160:5 171:5 |
| **12** 108:17 244:22 | **18,360** 207:15 212:22 | 27:18 33:1,5,19 37:16 | 171:14 175:7 198:19 |
| 245:25 | **1836** 185:14,15 | 38:3,10 39:7 45:5 | 316:11,20 |
| **12th** 109:4,10 208:4,8 | **18360** 307:11,19 | 46:3 48:2 49:11 | **221** 7:10 |
| 307:24 | 310:21 | 50:15,15,22 54:2 | **229** 5:8 |
| **12:10** 186:18 | **19** 45:4 46:3 125:18 | 56:16,25 63:21 64:7 | **23rd** 125:22 126:2 |
| **1201** 3:3 | 190:23 286:4 | 66:23 80:6 89:15 | 127:9 275:20 |
| **1213** 194:11 | **19th** 81:21 116:2 | 97:4 105:8 116:19 | **2305** 6:4 8:3 53:10,15 |
| **1221** 3:8 | **19,560** 35:17 | 117:4,12 126:14 | **2306** 6:6 8:4 72:6,8 |
| **1243** 173:18 264:24 | **190** 7:4 | 139:23 140:5,16 | **2307** 6:7 8:6 75:3,8 |
| 316:8,17,17 | **1914** 44:21,25 | 141:15 142:25 144:20 | 104:10 |
| **13** 64:15,25 110:25 | **1915** 93:9 | 144:23 145:2,4,6,8,10 | **2308** 6:9 8:7 96:18,18 |
| 246:12 254:14 | **1917** 117:10 | 145:12,21,25 146:11 | 96:21 |
| **13th** 68:6 212:12 | **1918** 130:6 | 146:11 148:22 154:4 | **2309** 6:10 8:9 104:23 |
| 214:19 309:2,14,22 | **1920** 196:21 | 172:23 175:13 188:4 | 105:1 |
| **130** 126:8,12 | **1921** 200:2 274:2 | 188:9,15,20,25 189:5 | **2310** 6:12 8:10 108:19 |
| **131** 316:10 | **1922** 201:16 | 190:23 192:4,9,13 | 108:22 |
| **131.1** 136:20 | **1938** 68:9 | 246:14 249:7,11,21 | **2311** 6:13 8:12 110:25 |
| **139** 6:18 317:23 | **1939** 63:11 | 249:22,23 | 111:2 |
| **14** 64:15,25 117:12 | **1941** 125:17 | **201** 3:14 | **2312** 6:15 8:13 113:18 |
| 264:23 265:5 | **1942** 147:21 254:7 | **2010** 1:6 11:10 21:16 | 113:22 |
| **14th** 72:19 73:4 75:20 | **1943** 156:7 260:18 | 24:5,15 27:18 50:19 | **2313** 6:16 8:15 113:19 |
| 213:23 215:3,22 | **1979** 13:14 | 126:17 133:25 134:2 | 113:23 |
| 216:3 307:14 310:4,9 | | 134:8 141:15 144:24 | **2314** 6:18 8:16 139:15 |
| 310:10 | ------- **2** ------- | 145:5,21 146:12,18 | 139:18 |
| **140** 56:3 64:15,23 74:2 | **2** 63:8 87:2 97:3 100:25 | 158:12,25 159:8 | **2315** 6:19 8:18 146:4,4 |
| 74:8,10 77:8 | 262:13 | 160:6 164:10,16 | 146:7 |
| **1421** 10:7 | **2A** 113:20 | 165:5 169:1,22 170:6 | **2316** 6:21 8:19 153:16 |
| **146** 6:19 | **2nd** 97:20 105:17 | 170:12,16 171:3,12 | 153:19 |
| **15** 64:15,25 168:25 | **2-3** 40:8 | 172:14,20 187:12,22 | **2317** 6:22 8:21 163:15 |
| 169:22 170:16 171:3 | **2.14** 29:15 | 187:25 192:23,23 | 163:20 |
| 171:12 201:17 202:14 | **2.2** 254:14 | 193:12,13,17,17 | **2318** 7:4 9:3 190:16,19 |
| 202:19 | **2.3** 160:17 256:25 | 194:20 196:23 197:15 | **2319** 7:6 9:4 206:22,24 |
| **15th** 75:25 76:5 170:21 | **2.5** 152:11,23 175:9 | 197:19 200:3,5,22 | **2320** 7:7 9:6 211:21,24 |
| 171:1 225:8 235:25 | 198:21 | 201:7,17 202:14,19 | **2321** 7:9 9:7 218:4,9 |
| 236:3 255:17 | **2:07** 229:3 | 202:23 217:18 218:6 | 221:2 |
| **150** 80:21 168:19 | **2:16** 229:7 | 225:3 296:3 298:8 | **2322** 7:10 9:9 221:11 |
| **153** 6:21 | **2:30** 109:12 | 299:24 320:15 | 221:14 |
| **1579** 33:10,17 | **20** 1:6 11:10 18:23 | **2011** 1:16 11:6 97:25 | **2323** 7:12 9:10 243:12 |
| **1596** 209:4 | 130:6 192:23 193:13 | 326:9,10 | 243:14 |
| **1598** 304:15,16 305:9 | 193:17 202:22 217:17 | **2013** 97:25 | **2324** 7:13 9:12 245:17 |
| 305:10 | 218:6 225:3 296:3 | **20530-0001** 4:4 | 246:8 |
| **16** 1:16 11:6 33:18 | 298:8 | **206** 7:6 | **2325** 7:15 9:13 247:19 |
| 268:20 | **20th** 81:14 85:6 87:12 | **21** 54:2 56:25 64:7 | 247:21 |
| **16th** 37:16 | 87:16 93:11 94:9 | **21st** 60:5 63:25 72:14 | **2326** 7:16 9:15 278:15 |
| | | | 278:17 |
| | | | **2327** 7:18 9:16 284:12 |
| | | | 284:13,15 302:7 |
| | | | **2328** 7:19 9:18 308:13 |
| | | | 308:14,20 309:13 |
| | | | **2329** 7:21 9:19 320:8 |
| | | | 320:10 |
| | | | **2330** 7:22 9:21 323:7,9 |
| | | | **23862** 168:13 |
| | | | **23863** 168:13 |
| | | | **23866** 163:18 |
| | | | **24** 146:3 |
| | | | **24th** 129:15,22 130:10 |
| | | | **243** 7:12 |
| | | | **246** 7:13 |
| | | | **247** 7:15 |
| | | | **25** 34:12,13 49:19,23 |
| | | | 50:8 55:20 90:8 |
| | | | 99:20 152:21,22 |
| | | | 156:5 157:22 158:21 |
| | | | 161:8,13 172:9 |
| | | | 238:11,12 257:16 |
| | | | 263:7 289:8 |
| | | | **250** 1:22 |
| | | | **252** 25:24 26:4,6,7,12 |
| | | | 26:25 28:18 29:4 |
| | | | 30:6 31:22 32:14 |
| | | | 33:4 34:15 40:13 |
| | | | 41:11 59:9,14 64:17 |
| | | | 87:22 152:19 164:15 |
| | | | 168:22 171:6,15 |
| | | | 194:22 257:11,18,21 |
| | | | 267:4,10 287:14 |
| | | | 295:4 297:3 304:2 |
| | | | 306:17 324:1,7,14 |
| | | | 325:15 327:8 |
| | | | **26** 156:5 194:20 |
| | | | **27** 62:16 |
| | | | **278** 7:16 |
| | | | **28** 170:6 173:18 |
| | | | **28th** 88:18 144:7 |
| | | | **284** 5:11 7:18 |
| | | | **29** 90:13 |
| | | | **29th** 91:10 244:2 |
| | | | **2929** 3:19 |
| | | | **296** 5:14 |
| | | | ------- **3** ------- |
| | | | **3** 35:14 68:10 87:18 |
| | | | 101:5 151:22 254:13 |
| | | | 320:15 |
| | | | **3.3** 105:14 109:24 |
| | | | **3:03** 273:15 |
| | | | **3:1** 35:21 |
| | | | **3:14** 273:19 |
| | | | **3:24** 284:9 |

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010                    Reported by:
NICHOLAS G. HUCH                         May 16, 2011                    JOSEPH R. KAISER, JR., CCR, RPR

Page 353

| | | |
|---|---|---|
| **3:26** 284:19 | **4:12** 327:16 | **77** 274:1 |
| **3:37** 296:14 | **4:38** 133:1 | **77002-5006** 2:13 |
| **3:38** 296:20 | **40** 163:17 | **77002-6760** 2:4 |
| **3:54** 312:17 | **4000** 2:12 | **77010-2010** 3:9 |
| **3:56** 312:21 | **40930** 60:16 | **77019** 3:20 |
| **30** 34:13,14 118:4 | **40931** 60:13 | |
| 146:11 196:22 200:2 | **40933** 53:11 | ——— **8** ——— |
| 200:5 201:7 | **41** 221:12 | **8** 104:3 132:25 240:24 |
| **30(b)(6)** 189:13 | **41079** 47:8 | 268:19 |
| **30617** 160:16 | **41680** 130:8 | **8th** 1:22 132:14 274:21 |
| **30619** 160:24 | **44** 42:22 | 274:24 275:2 |
| **30623** 157:4 | **44-64-86** 42:19 | **8:30** 11:7 |
| **30625** 161:16 | **4400** 2:21 | **81836** 185:13 |
| **308** 7:19 | **4500** 3:9 | **8494** 150:4 |
| **31** 133:10 200:2 | **49323** 206:22 | **8495** 151:2 |
| **31st** 246:14 | | **8505** 148:18 |
| **312** 5:17 | ——— **5** ——— | **8508** 151:14 152:5 |
| **320** 7:21 | **5** 72:3,3 186:23 229:3 | **86** 42:23 |
| **32130** 221:4 | 264:6 | **897** 113:20 |
| **32131** 221:4 | **50** 17:8 64:13 77:8 | |
| **32132** 221:5 | 79:22 80:25 278:11 | ——— **9** ——— |
| **32133** 221:6 | 278:24 293:1 302:7 | **9** 96:11 172:14,20 |
| **32134** 221:6 | **500** 97:14 | **9th** 136:9 |
| **323** 5:20 7:22 | **51** 293:2 | **9:27** 63:4 |
| **32306** 257:17 | **510** 4:8 96:19 | **9:36** 63:8 |
| **3297** 211:22 | **52** 275:16,25 | **90** 152:13,20,21 |
| **33** 35:25 55:19 90:5 | **53** 6:4 | **90s** 15:7 16:23 17:1 |
| 194:16 | **586** 97:25 | 18:24 |
| **330** 90:22 | **591** 104:24 | **90071** 3:23 |
| **331** 90:22 | **599** 108:20 | **90071-1560** 2:8 |
| **332** 104:13 | | **90071-3106** 2:22 |
| **333** 3:23 81:12 | ——— **6** ——— | **931** 139:16 |
| **33444** 38:6 | **6** 44:22 63:21 66:23 | **950** 4:3 |
| **335** 75:25 | 229:7 264:4 273:15 | **959** 146:5 |
| **337** 75:6 | 309:3 | **96** 6:9 |
| **35** 210:25 | **6th** 69:19 71:9 72:13 | **96.1** 126:9 136:21 |
| **35th** 2:8 | 73:8 75:16 | **99** 18:25 19:1,13,16 |
| **355** 2:7,21 | **60** 70:5 | **994** 62:16 |
| **36** 209:2,6 | **601** 1:15 11:5 | **995** 62:16 |
| **36801** 113:19 | **64** 42:24 | **997** 62:6 |
| **3700** 2:3 | **67** 43:11,14 | **998** 62:6 |
| **37097** 72:11 | **678** 132:19 | |
| **37098** 72:6 | | |
| **38** 211:20 | ——— **7** ——— | |
| **39** 218:1 | **7** 93:9 197:15 273:19 | |
| **399** 2:16 | 327:13 | |
| | **7th** 68:12 69:24 73:4 | |
| ——— **4** ——— | **700** 313:5 | |
| **4** 63:12 88:8 104:14 | **70130** 1:16 | |
| 146:12 147:11 152:2 | **70170-5100** 3:15 | |
| 186:18 | **70433** 4:8 | |
| **4.1** 264:25 265:7 | **72** 6:6 264:21 | |
| **4.4** 267:22 | **73** 254:6,9,11 | |
| **4:06** 323:16 | **74** 260:17 | |
| **4:07** 323:20 | **75** 6:7 | |
| **4:10** 327:14 | **75270-2041** 3:4 | |

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6029          Board-Certified Court Reporters          Facsimile: (504) 525-9109

Exhibit W
Page 107