# EXHIBIT X

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported By:

**ROBERT QUITZAU**                 *May 25, 2011*   **DIANE TEWIS CLARK, RPR, RMR, CRR**

---

**Page 1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL         MDL NO. 2179
BY THE OIL RIG
"DEEPWATER HORIZON"       SECTION: J
IN THE GULF OF
MEXICO, ON               JUDGE BARBIER
APRIL 20, 2010           MAG. JUDGE SHUSHAN

VOLUME 1

Deposition of ROBERT QUITZAU, 1910 Driscoll Street, Houston, Texas 77019, taken in the Ponchartrain Room, 601 Poydras Street, New Orleans, Louisiana 70130, on Wednesday, May 25th, 2011.

---

**Page 2**

1    APPEARANCES:
2
3    ON BEHALF OF THE PLAINTIFFS
     STEERING COMMITTEE:
4
5        LIEFF, CABRASER, HEIMANN & BERNSTEIN
         (BY: STEVEN E. FINEMAN, ESQUIRE)
             ANNIKA K. MARTIN, ESQUIRE)
6        250 HUDSON STREET, 8TH FLOOR
         NEW YORK, NEW YORK 10013-1413
7
8    U.S. DEPARTMENT OF JUSTICE
     ENVIRONMENT & NATURAL RESOURCES
9    DIVISION
     (BY: NANCY FLICKINGER, ESQUIRE)
10   SENIOR ATTORNEY
     ENVIRONMENT ENFORCEMENT SECTION
11   BEN FRANKLIN STATION
     P.O. BOX 7611
12   WASHINGTON, D.C. 20044
13       ATTORNEYS FOR THE UNITED STATES
14
15   KIRKLAND & ELLIS, LLP
     (BY: GEOFFREY A. DAVID, ESQUIRE)
16   601 LEXINGTON AVENUE
     NEW YORK, NEW YORK 10022
17       ATTORNEYS FOR BP
18
19   PREIS & ROY, PLC
     (BY: RICHARD J. HYMEL, ESQUIRE)
         ROBERT L. BLANKENSHIP, ESQUIRE)
20   VERSAILLES CENTRE
     102 VERSAILLES BOULEVARD
21   SUITE 400
     LAFAYETTE, LOUISIANA 70501
22
         ATTORNEYS FOR TRANSOCEAN
23
24
25

---

**Page 3**

1    APPEARANCES (Continued):
2
3    PREIS & ROY
     (BY: CARL J. HEBERT, ESQUIRE)
4    PAN AMERICAN LIFE CENTER
     601 POYDRAS STREET, SUITE 1700
5    NEW ORLEANS, LOUISIANA 70130
6        ATTORNEYS FOR TRANSOCEAN
7
     GODWIN RONQUILLO
8    (BY: FLOYD R. HARTLEY, JR., ESQUIRE)
     1201 ELM STREET
     SUITE 1700
9    DALLAS, TEXAS 75270-2041
10       ATTORNEYS FOR HALLIBURTON
11
12   BINGHAM McCUTCHEN
     (BY: NANCY M. WILMS, ESQUIRE)
13       JESUS R. CHAVEZ, ESQUIRE)
     355 SOUTH GRAND AVENUE, SUITE 4400
14   LOS ANGELES, CALIFORNIA 90071-2106
15       ATTORNEYS FOR ANADARKO PETROLEUM
         AND MOEX OFFSHORE 2007, LLC
16
17   JONES, WALKER, WAECHTER, POITEVENT,
     CARRERE & DENEGRE, LLP
18   (BY: THOMAS M. NOSEWICZ, ESQUIRE)
     201 ST. CHARLES AVENUE
19   NEW ORLEANS, LOUISIANA 70170-5100
20       ATTORNEYS FOR WEATHERFORD
21
     BECK, REDDEN & SECREST, LLP
22   (BY: ERIC J.R. NICHOLS, ESQUIRE)
     515 CONGRESS AVENUE, SUITE 1750
23   AUSTIN, TEXAS 78701
24       ATTORNEYS FOR CAMERON
         INTERNATIONAL CORPORATION
25

---

**Page 4**

1    APPEARANCES (Continued):
2
3    MORGAN, LEWIS
     (BY: PAUL E. KRIEGER, ESQUIRE)
4    1000 LOUISIANA STREET, SUITE 400
     HOUSTON, TEXAS 77002-5006
5
         ATTORNEYS FOR M-I, LLC
6
7    WARE, JACKSON, LEE & CHAMBERS, LLP
     (BY: WENDY WARE BISHOP, ESQUIRE)
8    AMERICA TOWER
     2929 ALLEN PARKWAY
9    HOUSTON, TEXAS 77019
10       ATTORNEYS FOR DRIL-QUIP
11
12
13
14   ALSO PRESENT:
15
         KARL STIEGMAN, CLVS
16   DEPO-VUE, INC.
17
18
19   REPORTED BY:
20
         DIANE TEWIS CLARK, RPR, RMR, CRR
21   CERTIFIED COURT REPORTER
     LOUISIANA LICENSE NO. 73005
22   ARKANSAS LICENSE NO. 672
23
24
25

---

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.    Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009   Board-Certified Court Reporters    Facsimile: (504) 525-9109**

Exhibit X
Page 1

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                        Reported By:

**ROBERT QUITZAU**                    **May 25, 2011    DIANE TEWIS CLARK, RPR, RMR, CRR**

5

```
1            * * *
2       EXAMINATION INDEX
3              Page
4  EXAMINATION BY MR. FINEMAN ...........13
5  EXAMINATION BY MS. FLICKINGER .......315
6
7            * * *
8       INDEX OF EXHIBITS
9              Page
10
11  Exhibit No. 2623 ...................72
12    E-mail to Robert Quitzau from
      Halliburton Central Data Hub, sent
13    Thursday, 3/11/2010, 4:16:19 p.m.,
      ANA-MDL-000000117 through
14    ANA-MDL-000000118
15  Exhibit No. 2624 ...................89
16    E-mail string, ANA-MDL-000002400
      through\ANA-MDL-000002403
17
18  Exhibit No. 2625 .................100
19    E-mail string, ANA-MDL-000007263
      through ANA-MDL-000007265
20
21  Exhibit No. 2626 .................104
22    E-mail with attachments,
      ANA-MDL-000005061 through
23    ANA-MDL-000005078
24
25
```

6

```
1  Exhibit No. 2627 .................116
2    E-Mail - To: Chandler, Paul
     [Paul.Chandler@Anadarko.com] Sent:
3    Tue 3/30/2010 12:20:35 PM -
     Subject: Macondo Update,
4    ANA-MDL-000008797 -
     ANA-MDL-000008798
5
6  Exhibit No. 2628 .................121
7    E-Mail - To: Chandler,
     Paul[Paul.Chandler@Anadarko.com]
8    Sent: Sat 4/3/2010 2:15:08 PM -
     Subject: Macondo Update,
9    ANA-MDL-000004592 -
     ANA-MDL-000004593
10
11  Exhibit No. 2629 .................126
12    E-Mail - To: Folger, Derek[Derek
      Folger@Anadarko.com] Sent: Mon
13    4/5/2010 12:20:47 PM - Subject:
      Macondo Update, ANA-MDL-000062019 -
14    ANA-MDL-00006201920
15  Exhibit No. 2630 .................130
16    E-Mail - To: Botevyle,
      Peter[Peter.Botevyle@Anadarko.com]
17    Sent: Mon 4/5/2010 8:36:09 PM -
      Subject:FW: Macondo Update,
18    ANA-MDL-000002157 -
      ANA-MDL-000002158
19
20  Exhibit No. 2631 .................138
21    E-Mail - To: Bodek, Robert
      [Robert.bodek@bp.com] Sent: Mon
22    4/5/2010 8:37:49 PM - Subject: RE:
      Real time access, ANA-MDL-000000503
23    - ANA-MDL-000000506
24
25
```

7

```
1  Exhibit No. 2632 ...................162
2    E-Mail - To: Chandler,
     Paul[Paul.Chandler@Anadarko.com]
3    Sent: Thur 4/8/2010 6:17:34 PM -
     Subject: FW: Macondo Update -
4    Casing Plan, ANA-MDL-000007435 -
     ANA-MDL-000007436
5
6  Exhibit No. 2633 ...................168
7    E-Mail - To: O'Donnell,
     Alan[Alan.ODonnell@Anadarko.com]
8    Sent: Fri 4/9/2010 2:47:19 PM -
     Subject: FW: Macondo Completion
9    Question, ANA-MDL-000007458 -
     ANA-MDL-000007460
10
11  Exhibit No. 2634 ...................176
12    E-Mail - To: McDaniel,
      Dennis[Dennis
13    McDaniel@Anadarko.com] Sent: Fri
      4/9/2010 3:56:14 PM - Subject: RE:
14    Macondo Completion Question,
      ANA-MDL-000007463 -
15    ANA-MDL-000007467
16  Exhibit No. 2635 ...................179
17    E-Mail - To: Quitzau,
      Robert[Robert.Quitzau@Anadarko.com]
18    Sent: Fri 4/9/2010 8:25:14 PM -
      Subject: RE: Macondo TD Reached,
19    ANA-MDL-000005118 -
      ANA-MDL-000005119
20
21  Exhibit No. 2636 ...................188
22    E-Mail - From: Quitzau,
      Robert[Robert.Quitzau@Anadarko.com]
23    Sent: Tue 4/13/2010 7:20:19 PM -
      Subject: RE: Macondo TD & Draft
24    Sub. Op. AFE, ANA-MDL-000008106 -
      ANA-MDL-000008108
25
```

8

```
1  Exhibit No. 2637 ...................204
2    Daily Operations Report - Partners
     (Drilling) {4/14/2010}
3
4  Exhibit No. 2638 ...................207
5    Daily Operations Report - Partners
     (Drilling) {4/18/2010}
6
7  Exhibit No. 2639 ...................214
8    Daily Operations Report - Partners
     (Drilling) {4/19/2010}
9
10  Exhibit No. 2640 ...................244
11    E-Mail - To: Quitzau,
      Robert[Robert.Quitzau@Anadarko.com]
12    Sent: Wed 7/28/2010 1:14:03 PM -
      Subject: FW: Well Control -
13    Anadarko, ANA-MDL-000240671 -
      ANA-MDL-000240678
14
15  Exhibit No. 2641 ...................266
16    E-Mail - To: Quitzau,
      Robert[Robert.Quitzau@Anadarko.com]
17    Sent: Tue 4/27/2010 8:03:11 PM -
      Subject: RE: Macondo Questions,
18    ANA-MDL-000241068 -
      ANA-MDL-000241069
19
20  Exhibit No. 2642 ...................273
21    E-Mail - To: Quitzau,
      Robert[Robert.Quitzau@Anadarko.com]
22    Sent: Sat 5/15/2010 11:44:29 PM -
      Subject: RE: Follow-up to Today's
23    Meeting, ANA-MDL-000244164 -
      ANA-MDL-000244179
24
25
```

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009    Board-Certified Court Reporters    Facsimile: (504) 525-9109**

Exhibit X
Page 2

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010    Reported By:

**ROBERT QUITZAU**          **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

9

```
1   Exhibit No. 2643 ..................276
2     E-Mail - To: Mullen, Mike E
      (Mullen) Mike.Mullen@bp.com] Sent:
3     Mon 5/17/2010 6:57:17 PM - Subject:
      RE: Emailing: Diagnostic Injection
4     - Decision Tree - Rev A (2010-05-15
      0720).vsd, ANA-MDL-000241168 -
5     ANA-MDL-000241169
6   Exhibit No. 2644 ..................278
7     E-Mail - To: Quitzau,
      Robert[Robert.Quitzau@Anadarko.com]
8     Sent: Tue 5/18/2010 1:36:40 PM -
      Subject: RE: UPDATE: Pressures
9     developed during well-kill - PPFG,
      ANA-MDL-000242505 -
10    ANA-MDL-000242506
11  Exhibit No. 2645 ..................283
12    E-Mail - To: Mitchell,
      Gary[Gary.Mitchellu@Anadarko.com]
13    Sent: 6/1/2010 5:55:45 PM -
      Subject: RE: Ongoing Participation
14    in Macondo Relief Efforts,
      ANA-MDL-000262012 -
15    ANA-MDL-000262017
16  Exhibit No. 2646 ..................287
17    E-Mail - To: Mix,
      Kurt[Kurt.Mix@bp.com] Sent: Tue
18    6/1/2010 9:51:01 PM - Subject: RE:
      Macondo Update, ANA-MDL-000262036 -
19    ANA-MDL-000262037
20  Exhibit No. 2647 ..................288
21    E-Mail - To: Sharadin, John
      H[John.Sharadin@bp.com] Sent: Tue
22    6/1/2010 1:44:01 PM - Subject: RE:
      Post-job reporting,
23    ANA-MDL-000258555 -
      ANA-MDL-000258567
24
25
```

11

```
1   Exhibit No. 2653 ..................333
2     E-Mail - From: Quitzau, Robert
      Sent: Tuesday, March 23, 2010 8:13
3     AM - Subject: RE: Macondo,
4   Exhibit No. 2654 ..................336
5     DAILY PPFG REPORT - Date and Time:
      Mar 23, 2009, BP-HZN-MBI0114042 -
6     BP-HZN-MBI0114045 BPD107-202443 -
      BPD107-202446
7
8   Exhibit No. 2655 ..................343
9     E-Mail - To: Folger, Derek[Derek
      Folger@Anadarko.com] Sent: Wed
10    3/24/2010 5:24:02 PM - Subject: RE:
      Macondo, ANA-MDL-000004180 -
11    ANA-MDL-000004183 ADR017-004180 -
      ADR017-004183
12
13  Exhibit No. 2656 ..................351
14    E-Mail - From: Quitzau, Robert
      Sent: Saturday, April 03, 2010
15    10:15 AM - Subject: Macondo Update
16
17
18
19
20
21
22
23
24
25
```

10

```
1   Exhibit No. 2648 ..................291
2     E-Mail - To: Lasley, Barbara
      M[Barbara.Lasley@bp.com] Sent: Wed
3     6/16/2010 10:53:40 PM - Subject:
      RE: Relief Well Decision Trees -
4     Deep Intercept, ANA-MDL-000258665 -
      ANA-MDL-000258671
5
6   Exhibit No. 2649 ..................296
7     E-Mail - To: Gary T Sent: Mon
      6/28/2010 11:30:16 PM - Subject:
8     Macondo Relief Well - Kill and
      Cementing Procedures Review -
9     REVISED, ANA-MDL-000261855 -
      ANA-MDL-000261862
10
11  Exhibit No. 2650 ..................304
12    E-Mail - To: William
      Burch[bburch@wildwell.com] Sent:
13    Thur 7/8/2010 2:05:04 PM - Subject:
      RE: Dual Relief Well Strategy (Due
14    by Noon), ANA-MDL-000258607 -
      ANA-MDL-000258608
15
16  Exhibit No. 2651 ..................307
17    E-Mail - To: Quitzau,
      Robert[Robert.Quitzau@Anadarko.com]
18    Sent: Thur 7/8/2010 3:07:39 PM -
      Subject: Updated signature page,
19    ANA-MDL-000240783 -
      ANA-MDL-000240789
20
21  Exhibit No. 2652 ..................330
22    DAILY PPFG REPORT - Date and Time:
      Mar 19, 2009, BP-HZN-MBI0113144 -
23    BP-HZN-MBI0113146 BPD107-201545 -
      BPD107-201547
24
25
```

12

```
1         S T I P U L A T I O N
2
3      It is stipulated and agreed by and
4   between counsel for the parties hereto that
5   the deposition of the aforementioned witness
6   is hereby being taken pursuant to the Federal
7   Rules of Civil Procedure;
8
9      All formalities, excluding the reading
10  and signing of the transcript by the witness,
11  are hereby waived;
12
13     All objections, except those as to the
14  form of the question and the responsiveness
15  of the answer, are hereby reserved until such
16  time as this deposition, or any part thereof,
17  may be used or sought to be used in evidence.
18
19              * * *
20
21     DIANE TEWIS CLARK, RPR, RMR, CRR,
22  Certified Court Reporter, State of Louisiana,
23  officiated in administering the oath to the
24  witness.
25
```

3 (Pages 9 to 12)

**601 Poydras Street, Suite 1720   GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters      Facsimile: (504) 525-9109**

Exhibit X
Page 3

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                        Reported By:

**ROBERT QUITZAU**          **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

13

1          THE VIDEOGRAPHER:
2          This is the videotaped deposition
3    of Robert Quitzau.  This deposition is being
4    held at 601 Poydras Street, New Orleans,
5    Louisiana, on May 25th, 2011.  The time
6    indicated on the video screen is 9:09 a.m.
7    This deposition is being taken in the matter
8    of the oil spill by the DEEPWATER HORIZON in
9    the Gulf of Mexico on April 20th, 2010, in
10   the United States District Court, Eastern
11   District, State of Louisiana
12          Would the court reporter please
13   swear in the witness.
14          * * *
15          ROBERT QUITZAU,
16   after having been first duly sworn by the
17   above-mentioned court reporter, did testify
18   as follows:
19   EXAMINATION BY MR. FINEMAN:
20       Q.   Good morning, Mr. Quitzau.
21       A.   Good morning.
22       Q.   My name is Steve Fineman.  I'm
23   here on behalf of the Plaintiffs' Steering
24   Committee.  Have you ever had your
25   deposition taken before?

14

1       A.   Yes, I have.
2       Q.   When was the most recent time?
3       A.   The last deposition I had was
4    approximately 1981 or 1982.
5       Q.   All right.  It's been a while,
6    so, let me go over some rules with you, if
7    that's okay.
8          I'm going to be asking you
9    questions and those questions will ask for a
10   yes, no, or a narrative answer.  Do you
11   understand that?
12       A.   I understand.
13       Q.   Okay.  Because we're being
14   recorded both by the court reporter and the
15   videographer, I will ask that you provide
16   audible answers and shakes of the head,
17   uh-huhs, uh-uhs, won't work.  Is that okay?
18       A.   That's okay.
19       Q.   Okay.  During the course of my
20   questioning and others questioning of you,
21   your lawyer or others in the room may
22   object.  There will be -- if they object to
23   form, you can answer the question as long as
24   you understand my question.  Do you
25   understand that?

15

1       A.   I understand that.
2       Q.   It's possible that your lawyer
3    would instruct you not to answer a question
4    in which case you should follow your lawyers
5    directions, do you understand that?
6       A.   I understand.
7       Q.   In normal conversation, we tend
8    to speak over each other a little bit at the
9    end of sentences, for purposes of this
10   exercise, I'd ask that you wait until I
11   finish my question before you answer and I
12   will try to wait until you've finished your
13   answer before I ask a question.  Is that
14   okay?
15       A.   That's okay.
16       Q.   Mr. Quitzau, do you have any
17   college degrees?
18       A.   Yes, I do.
19       Q.   What are those?
20       A.   I have a BS in petroleum
21   engineering and an MS in petroleum
22   engineering, both from LSU.
23       Q.   I'm sorry, the first 1 was a BS
24   in petroleum engineering?
25       A.   Yes.

16

1       Q.   And what year was that?
2       A.   '79.
3       Q.   And I'm sorry, the second
4    degree?
5       A.   An MS in petroleum engineering.
6       Q.   And what year was that?
7       A.   1981.
8       Q.   What is an MS?
9       A.   Master's degree.
10       Q.   And generally speaking, how
11   would you describe the discipline of
12   petroleum engineering?
13       A.   Generally speaking, the
14   discipline of petroleum engineering would
15   involve various subgroups, including drilling
16   which would be my specialty, reservoir
17   engineering, production engineering and some
18   others.
19       Q.   Do you have any academic
20   training in geology?
21       A.   I do not.
22       Q.   Do you have any academic
23   training in business or finance?
24       A.   I've taken some courses in
25   business.

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**          **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters**          **Facsimile: (504) 525-9109**

Exhibit X
Page 4

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                                          Reported By:
**ROBERT QUITZAU**                    *May 25, 2011*   DIANE TEWIS CLARK, RPR, RMR, CRR

17

1    Q.    And that was after your MS?
2    A.    It was as part of my
3 undergraduate degree.
4    Q.    Nothing since then?
5    A.    Nothing since then.
6    Q.    Any other degrees other than the
7 two you've mentioned?
8    A.    No.
9    Q.    Do you have any professional
10 certifications?
11    A.    I'm a registered professional
12 engineer in the State of Louisiana.
13    Q.    And what does that mean?
14    A.    That means I passed the
15 professional engineering test and other
16 associated requirements.
17    Q.    When did you first become a
18 registered professional engineer in
19 Louisiana?
20    A.    I don't recall the date. It was
21 probably back in the late 1980s.
22    Q.    Do you have to do something on
23 an annual or other periodic basis in order to
24 maintain that registration?
25    A.    I maintain training requirements

18

1 per the Louisiana professional engineering
2 requirements.
3    Q.    And you're current?
4    A.    I'm current.
5    Q.    Any other professional
6 certifications?
7    A.    No.
8    Q.    After -- after you left LSU, did
9 you go into the work force?
10    A.    Yes, I did.
11    Q.    And that would have been in or
12 about 1981?
13    A.    Yes.
14    Q.    And where did you go to work?
15    A.    I went to work for Mobil Oil.
16    Q.    And how long were you with
17 Mobil?
18    A.    Approximately 22 years.
19    Q.    So that would have been till
20 about 2002, 2003?
21    A.    Actually, I apologize, give or
22 take, '99 or 2000, I guess is when I left
23 Mobil Oil. I don't remember the exact date.
24    Q.    And what did you do at Mobil
25 Oil?

19

1    A.    I was a drilling engineer for
2 the most part.
3    Q.    Generally, what does a drilling
4 engineer do?
5    A.    A drilling engineer takes a
6 geological objective and designs a well to
7 reach that geological objective.
8    Q.    Where were you located
9 physically when you worked for Mobil Oil?
10    A.    At the Poydras Street office,
11 right next to the Superdome in New Orleans.
12    Q.    For the whole time you were with
13 Mobil Oil?
14    A.    No, I worked at various places
15 around the world. I went to Dallas, Denver
16 and Jakarta, Indonesia.
17    Q.    When you were with Mobil, did
18 you work on any deepwater drilling projects?
19    A.    Yes, I did.
20    Q.    When were those?
21    A.    I worked on a deepwater project,
22 approximately in the early 1990s.
23    Q.    Any others?
24    A.    Not that I can recall.
25    Q.    Just the one. Do you remember

20

1 the name of that project?
2    A.    There were two wells offshore
3 North Sumatra, the names of the wells were
4 Intun Utara and Bayu Laut Dalam.
5    Q.    This is in Indonesia?
6    A.    That's correct.
7    Q.    Did you design those wells?
8    A.    I assisted in the planning for
9 those wells.
10    Q.    I'm sorry. Is there a
11 difference between planning for wells and
12 designing wells?
13    A.    I meant that in the same term.
14    Q.    So you assisted in the design of
15 the wells?
16    A.    Yes. Let me explain.
17    Q.    Please.
18    A.    The operator at that time was a
19 Japanese operator and Mobil had partnered
20 with them and we were very active. We were
21 in their office basically helping them plan
22 the well. So officially they designed the
23 well and we contributed to that design.
24    Q.    Okay. And what was the Japanese
25 company?

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**    **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009    Board-Certified Court Reporters**    **Facsimile: (504) 525-9109**

Exhibit X
Page 5

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                        Reported By:

**ROBERT QUITZAU**        *May 25, 2011*   DIANE TEWIS CLARK, RPR, RMR, CRR

---

21

1      A.    Inpex.
2      Q.    Was that a successful project in
3  your view?
4      A.    It was a successful drilling
5  project, yes.
6      Q.    In that project, was Mobil an
7  operator or a nonoperator?
8      A.    A nonoperator.
9      Q.    That was your one experience,
10 during your time with Mobil, with the
11 deepwater drilling exercise?
12     A.    That's correct.
13     Q.    After you left Mobil in or about
14 2000, what did you do then?
15     A.    I became a drilling consultant.
16     Q.    And were you working for
17 yourself?
18     A.    I'm working for myself through
19 --
20     Q.    Okay.
21     A.    I'm working for myself through
22 an agent.
23     Q.    Let's go back to 2000.
24     A.    Okay.
25     Q.    To keep the time frame straight.

---

22

1  In 2000 you become a drilling consultant.
2  At that time, who were you working with?
3      A.    For about one and a half years,
4  I was completely on my own marketing some
5  professional ideas that didn't pan out and
6  so I began my consulting work approximately
7  2001 or 2002.
8      Q.    And when you went into
9  consultancy, were you operating on your own
10 or with other people?
11     A.    I was working through an agent.
12     Q.    What does that mean?
13     A.    The agent markets my skills and
14 arranges for me to have interviews and get
15 employment to provide services for other
16 operators.
17     Q.    Okay.  And who was your agent
18 then?
19     A.    Argonauta Energy.
20     Q.    Does Argonauta continue to be
21 your agent to this day?
22     A.    Yes.
23     Q.    And since 2000, since you became
24 a drilling consultant, has that been what
25 you've done?

---

23

1      A.    Yes.
2      Q.    Since 2000, have you been the
3  employee of any particular company?
4      A.    No.
5      Q.    Generally speaking, what
6  services do you provide as a drilling
7  consultant?
8      A.    As a drilling consultant, I
9  provide well planning services.
10     Q.    And well planning services means
11 the design of the well?
12     A.    Yes.
13     Q.    Does it mean anything else?
14     A.    No.  So let me clarify.  Design
15 of the well, then we would follow the
16 drilling of the well for that operator to
17 basically follow the design through until its
18 conclusion.
19     Q.    And did you provide services to
20 operators and nonoperators or just to
21 operators?
22     A.    Just to operators.
23     Q.    Do you have a CV or résumé?
24     A.    I do, yes.
25     Q.    And if I was to ask your lawyer

---

24

1  for a copy of that, you have one readily
2  available?
3      A.    Not right with me, no.
4      Q.    Available as you can get it
5  within a day or two if I ask for it?
6      A.    More than likely it would be
7  about a week.
8      Q.    Okay.  Fair enough.  Can you
9  give me a list of the companies that you've
10 provided consulting services for?
11     A.    I began with Kerr-McGee in
12 Houston.  When Kerr-McGee was combined with
13 Anadarko, I just continued my role on
14 through the merger and have continued with
15 Anadarko ever since.
16     Q.    Have you provided -- excuse me,
17 have you provided drilling consulting
18 services for any other companies?
19     A.    No, I have not.
20     Q.    Have you ever been an employee
21 of Anadarko Petroleum Corporation?
22     A.    I have not.
23     Q.    So when did you start providing
24 drilling consulting services for Anadarko,
25 about 2002?

---

6  (Pages 21 to 24)

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**        **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters**        **Facsimile: (504) 525-9109**

Exhibit X
Page 6

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                              Reported By:

**ROBERT QUITZAU**          *May 25, 2011*   **DIANE TEWIS CLARK, RPR, RMR, CRR**

25

1     A.    Approximately 2002.
2     Q.    When I say Anadarko in that
3   context, it was Kerr-McGee followed by
4   Anadarko?
5     A.    Yes.
6     Q.    And since you started in 2003
7   with Kerr-McGee as a drilling consultant, has
8   your title always been drilling consultant?
9     A.    I believe my title is drilling
10  engineering consultant on my card.
11    Q.    A minute ago you told me that
12  your general responsibilities as a drilling
13  consultant are well planning services which
14  include well design and the following
15  drilling to conclusion, correct?
16    A.    Correct.
17    Q.    And are those the services that
18  you provided to Kerr-McGee and Anadarko.
19    A.    That's correct.
20    Q.    We'll get into the nuances of
21  Macondo in a second, but generally speaking
22  those are the services you're providing, is
23  that correct?
24    A.    That's correct.  There would
25  also be, you know, in this time of -- where

26

1   the industry has stopped, I would participate
2   in projects that developed systems and
3   equipment for Anadarko within joint industry
4   projects.
5     Q.    I'm sorry, what does that mean,
6   joint industry projects?
7     A.    Specifically, the industry is
8   putting together well containment plans and
9   Anadarko is participating in that and I'm
10  representing Anadarko in that work.
11    Q.    And when did that start?
12    A.    Shortly -- that probably would
13  have started in approximately November of
14  last year or December of last year, 2010.
15    Q.    Okay.  And was this joint
16  industry project inspired by the events of
17  Macondo?
18    A.    Yes.
19    MS. WILMS:
20      Objection to form.
21    THE WITNESS:
22      Yes.
23  EXAMINATION BY MR. FINEMAN:
24    Q.    What's the purpose of this
25  project?

27

1     A.    To put together a containment
2   system that would allow a well to be shut in
3   if a blowout occurred or to capture fluids
4   from a well that was blowing out.
5     Q.    Did the industry have anything
6   like that prior to Macondo?
7     MS. WILMS:
8       Object to form.
9     THE WITNESS:
10      I'm not aware of any systems like
11  that prior to Macondo.
12  EXAMINATION BY MR. FINEMAN:
13    Q.    Who's heading up that project?
14    A.    There were -- there are two
15  industry groups, the Helix Group and the
16  MWCC group.  Most of my work has been
17  involved in the Helix Group which is a
18  consortium of 24 different companies.
19    Q.    Including Anadarko?
20    A.    Including Anadarko.
21    Q.    What's your specific role?
22    A.    I've been the Anadarko
23  representative on the technical steering
24  committee.
25    Q.    And what do you do as a member

28

1   of that committee?
2     A.    As a member of that committee,
3   we -- I contribute Anadarko's input into the
4   direction of the development of the capping
5   stack and flowback systems.
6     Q.    And is there a -- is there going
7   to be a report produced by this effort?
8     A.    There is a procedure, a set of
9   procedures that have been approved and will
10  continue to evolve, approved by BOEMRE, by
11  the government.
12    Q.    Okay.  Do you know whether
13  that's going to include some formal document?
14    A.    There is a formal plan, yes.
15    Q.    That will include a report of
16  some sort?
17    A.    I don't know what you mean by
18  report, it's a procedure -- guidelines for
19  how to use the equipment.
20    Q.    Okay.  Going back to your
21  general responsibilities at Anadarko, as a
22  drilling consultant for Anadarko, you are
23  paid directly by Anadarko Petroleum?
24    A.    Anadarko pays Argonauta and
25  Argonauta pays me.

7 (Pages 25 to 28)

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**          **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters**          **Facsimile: (504) 525-9109**

Exhibit X
Page 7

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                      Reported By:

**ROBERT QUITZAU**                **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

---

29

1    Q.    Generally, did you have someone
2 you reported to?
3    A.    Yes.
4    Q.    Who is that?
5    A.    Early on it was Mike Davis, and
6 recently it's Mike Pfister.
7    Q.    What is Mr. Pfister's title?
8    A.    Drilling engineering manager,
9 Deepwater Gulf of Mexico.
10    Q.    In the 2009 time period,
11 basically from March 2009 -- I'm sorry, March
12 2010 to the end of 2010, was it Mr. Pfister
13 you were reporting to?
14    A.    Yes.
15    Q.    Was there anybody else you
16 reported to?
17    A.    No.
18    Q.    Did you have anybody that
19 reported to you?
20    A.    No.
21    Q.    With respect to -- with respect
22 to the Macondo well, what were your general
23 responsibilities?
24    A.    I had two general
25 responsibilities, I was tasked to give

---

30

1 approximately a 30-second update of the well
2 operations to the Anadarko drilling group in
3 their morning meetings, every morning,
4 Monday through Friday.  And the second
5 objective was to track the progress of the
6 well towards reaching the geological
7 objectives of the well.
8    Q.    Prior to Macondo, had you
9 provided drilling consulting services to
10 Anadarko where Anadarko was a nonoperator?
11    A.    No.
12    Q.    This was the first time you had
13 done so?
14    A.    Yes.
15    Q.    Did your job responsibilities
16 differ because of Anadarko's status as a
17 nonoperator on this project?
18    A.    Yes.
19    MS. WILMS:
20        Object to form.
21    THE WITNESS:
22        Yes.
23 EXAMINATION BY MR. FINEMAN:
24    Q.    How did they differ?
25    A.    The two objectives I described

---

31

1 is what I did that involved no well planning
2 at all, no design work at all.
3    Q.    Coming back to the drilling
4 group meetings, you said those were held
5 daily?
6    A.    Yes.
7    Q.    And they were held in the
8 morning?
9    A.    Yes.
10    Q.    And who led those meetings?
11    A.    Typically they would be led by
12 Mike Pfister.
13    Q.    Who else attended those
14 meetings?
15    A.    The Deepwater Gulf of Mexico
16 drilling group with some representatives of
17 Operation Geology and sometimes the
18 international drilling group members would
19 attend.
20    Q.    How many people in all?
21    A.    Approximately 15 to 20.
22    Q.    And how long did those meetings
23 last?
24    A.    Fifteen to 30 minutes.
25    Q.    I'm sorry, your role in those

---

32

1 meetings was to provide a short report?
2    A.    A short update on what happened
3 on the Macondo well.
4    Q.    What happened on the Macondo
5 well the previous day?
6    A.    Yes.  The previous day or since
7 the last morning meeting, like over
8 weekends.
9    Q.    Fair enough.  We're going to
10 come back to this subject in a little bit,
11 but where did you get the information you
12 used for your presentation during the morning
13 meetings?
14    A.    Generally, I used -- accessed
15 the WellSpace service and downloaded various
16 reports to get an understanding of what they
17 had done.
18    Q.    Have you provided any consulting
19 services for Anadarko E&P?
20    A.    I'm not aware that I have.
21    Q.    Are you aware, Mr. Quitzau, that
22 you have been designated to testify on
23 behalf of the company on a number of topics?
24    A.    Yes, I am.
25    Q.    The quickest way to do this, I'm

---

8  (Pages 29 to 32)

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009      Board-Certified Court Reporters      Facsimile: (504) 525-9109**

Exhibit X
Page 8

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                       Reported By:

**ROBERT QUITZAU**          **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

33

1  going to give the witness what's previously
2  marked as 1597, it's Tab 50.  Have you seen
3  this document before?
4        A.   Yes, I have.
5        Q.   Here's what I would like you to
6  do.  I would like you to turn to Page--
7  there's no page numbers, but I would like
8  you to turn to Item 15 to start.  This is a
9  little tedious, but you have been designated
10  for quite a number of topics here today.
11  What I'm going to ask you to do is to read
12  or review whatever you need to do, each of
13  the paragraphs identified for you.  And then
14  I'm going to ask you the question whether
15  you're prepared to testify on behalf of
16  Anadarko as to those -- the subject matter
17  covered by each of those paragraphs, okay?
18        A.   Okay.
19        Q.   So let's start with Paragraph
20  15.  Whatever you need to do, if you need to
21  -- whatever you need to do.
22        A.   (Reading) Okay.
23        Q.   Are you prepared to testify on
24  behalf of Anadarko on topic 15?
25        MS. WILMS:

34

1        Just to clarify, if there was
2  another witness also designated for this
3  particular and another couple of topics as
4  well as Mr. Quitzau.
5        THE WITNESS:
6        Yes.
7  EXAMINATION BY MR. FINEMAN:
8        Q.   Paragraph 16?
9        A.   Yes.
10        Q.   Paragraph 17?
11        A.   Yes.
12        Q.   Paragraph 18?
13        A.   Yes.
14        Q.   Paragraph 19?
15        A.   Yes.
16        Q.   Paragraph 20?
17        A.   Yes.
18        Q.   Paragraph 21?
19        A.   Yes.
20        Q.   Paragraph 25?
21        A.   Yes.
22        Q.   Paragraph 26?
23        A.   Yes.
24        Q.   Paragraph 27?
25        A.   Yes.

35

1        Q.   Paragraph 28?
2        A.   Yes.
3        Q.   Paragraph 30, which I believe
4  somebody else was also designated for.
5        MS. WILMS:
6        That's correct.
7        THE WITNESS:
8        Yes.
9  EXAMINATION BY MR. FINEMAN:
10        Q.   That was painless.  Okay, now,
11  did you become aware at some time that
12  Anadarko was considered a nonoperator on this
13  -- on Macondo?
14        MR. DAVID:
15        Object to form.
16        THE WITNESS:
17        Yes.
18  EXAMINATION BY MR. FINEMAN:
19        Q.   What's your understanding of
20  Anadarko's role as a nonoperator?
21        MR. DAVID:
22        Object to form.
23        THE WITNESS:
24        I don't fully understand
25  Anadarko's role as a nonoperator.

36

1  EXAMINATION BY MR. FINEMAN:
2        Q.   Do you have any understanding at
3  all based on your experience generally in
4  the industry?
5        A.   My two functions would be my
6  understanding to track the progress of the
7  well and report on what I see.
8        Q.   Had you ever heard of MOEX
9  Offshore 2007, LLC at the time you started
10  working on Macondo?
11        A.   I did not.
12        Q.   Have you ever met anybody from
13  that company?
14        A.   I don't recall meeting anybody
15  from that company.
16        Q.   Have you ever talked to anybody
17  from that company, as far as you know?
18        A.   I have not.
19        Q.   Okay.  Have you ever been at any
20  meetings with anybody from that company?
21        A.   I'm not aware that I have.
22        Q.   Have you ever -- have you ever
23  talked to anybody from any -- any Mitsui
24  company regarding Macondo?
25        A.   I'm not aware that I've ever

9  (Pages 33 to 36)

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters        Facsimile: (504) 525-9109**

Exhibit X
Page 9

37

```
 1   done that.
 2        Q.    What kinds of information did
 3   Anadarko receive about what was going on at
 4   Macondo?
 5        A.    Are you talking about during the
 6   drilling operations?
 7        Q.    Yes.
 8        A.    Anadarko received information
 9   through WellSpace that would include daily
10   operating reports or daily drilling reports,
11   mudlogging reports, pore pressure frac
12   gradient reports and various other documents
13   were submitted.  I don't know the entire
14   list of them.
15        Q.    Let me show you what's been
16   previously marked as Exhibit 1598, it's
17   Tab 1.  The first e-mail on here or the top
18   e-mail on the page is from Nick Huch at
19   Anadarko.  Do you know Mr. Huch?
20        A.    I do not know him personally.
21        Q.    He's sending an e-mail here to
22   Robert Bodek, who you do know, right?
23        A.    I've spoken to Robert Bodek,
24   yes.
25        Q.    Mr. Bodek is at BP, yes?
```

38

```
 1        A.    Yes.
 2        Q.    Do you know what Mr. Bodek's job
 3   was at BP?
 4        A.    I understand he's their
 5   operational geologist for the Macondo well.
 6        Q.    Was he responsible for
 7   communicating with Anadarko with respect to
 8   progress at the well?
 9        MR. DAVID:
10            Object to form.
11        THE WITNESS:
12            My understanding is that he was.
13   EXAMINATION BY MR. FINEMAN:
14        Q.    You see in his e-mail here which
15   is dated January 25, 2010, he says attached
16   are Anadarko's data requirements for Macondo
17   along with other contact information.  Do
18   you see that?
19        A.    Yes, I do.
20        MS. WILMS:
21            And just to clarify, that's
22   Mr. Huch.
23   EXAMINATION BY MR. FINEMAN:
24        Q.    Mr. Huch writing to Mr. Bodek?
25        A.    Yes.
```

39

```
 1        Q.    So if you turn the page, which
 2   is the attachment he's referring to -- first
 3   of all, have you seen this document before?
 4        A.    I have not.
 5        Q.    Okay.  January predates your
 6   involvement with the Macondo, correct?
 7        A.    Yes.
 8        Q.    I understand that.  But if you
 9   turn to the second --the second page of the
10   attachment, you will see a list of -- and
11   description of types of documents and
12   materials that I believe Anadarko was
13   requesting from BP, is that correct?
14        A.    I understand that this e-mail is
15   correct.
16        Q.    And if you could take a minute
17   and look at the descriptions of the
18   information on this page and on the next page
19   and let me know if that is consistent with
20   your understanding of the information that
21   Anadarko received from BP?
22        A.    My understanding of what
23   Anadarko received was limited to what I
24   actually used so I'm not real familiar with
25   what was actually coming into the WellSpace
```

40

```
 1   system.
 2        Q.    And you were -- what information
 3   specifically were you looking at?
 4        A.    Typically, I looked at the daily
 5   operating reports, sometimes the mudlog
 6   reports, and sometimes the pore pressure
 7   frac gradient reports.
 8        Q.    Are you aware at any point
 9   whether Anadarko expressed to BP that they
10   were not receiving -- that Anadarko was not
11   receiving all the information it had
12   requested?
13        MR. DAVID:
14            Object to form.
15        THE WITNESS:
16            I'm aware that there were
17   occasions when reports came in a couple of
18   days late and there may have been some
19   expressions to BP on that.
20   EXAMINATION BY MR. FINEMAN:
21        Q.    Okay.  But are you aware of any
22   instances where any type of report or
23   information that Anadarko requested was not
24   provided by BP?
25        MR. DAVID:
```

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009    Board-Certified Court Reporters     Facsimile: (504) 525-9109**

Exhibit X
Page 10

**ROBERT QUITZAU**          *May 25, 2011*   DIANE TEWIS CLARK, RPR, RMR, CRR

---

41

```
 1          Object to form.
 2     THE WITNESS:
 3          I'm not aware of that.
 4     EXAMINATION BY MR. FINEMAN:
 5          Q.    With respect to the kinds of --
 6     or the method with which Anadarko received
 7     information regarding operations at Macondo,
 8     you've testified already about WellSpace.
 9     I'm going to come back to WellSpace in a
10     little bit.  Were there any other sources of
11     information that you or others at Anadarko
12     used to obtain information about what was
13     going on at Macondo?
14          A.    At various times, people could
15     access InSite Anywhere.  There were e-mail
16     correspondences and phone calls.
17          Q.    Were there any regularly
18     scheduled meetings between Anadarko personnel
19     and BP to discuss what was going on at the
20     well?
21          A.    Not that I'm aware of.
22          Q.    Were there any meetings between
23     people at Anadarko and BP about what was
24     going on at the well?
25     MS. WILMS:
```

---

42

```
 1          Object to form.
 2     THE WITNESS:
 3          I'm not aware of those meetings,
 4     if they occurred.
 5     EXAMINATION BY MR. FINEMAN:
 6          Q.    Sorry.  I broke my own rule.
 7     Did you participate in any such meetings?
 8          A.    I'm not aware of any meetings.
 9          Q.    To your knowledge, was Anadarko
10     allowed to make any decisions regarding
11     operations at Macondo?
12     MS. WILMS:
13          Object to form.
14     THE WITNESS:
15          We did not make any decisions.
16     EXAMINATION BY MR. FINEMAN:
17          Q.    Was Anadarko permitted to make
18     recommendations or to raise questions,
19     disagreements, concerns or objections to BP
20     regarding operations at the well?
21     MR. DAVID:
22          Object to form.
23     THE WITNESS:
24          We were allowed to communicate and
25     track progress and ask questions.
```

---

43

```
 1     EXAMINATION BY MR. FINEMAN:
 2          Q.    Do you have -- was there any
 3     procedure or policy in place at Anadarko for
 4     how any questions would be communicated to
 5     BP?
 6          A.    There's no standard procedure
 7     that I was aware of.
 8          Q.    Can you recall any specific
 9     examples of questions, disagreements,
10     concerns or objections concerning operations
11     at Macondo that you personally participated
12     in?
13     MS. WILMS:
14          Object to form.
15     THE WITNESS:
16          I sent some e-mails with questions
17     to Bobby Bodek on at least one or two
18     occasions.
19     EXAMINATION BY MR. FINEMAN:
20          Q.    Concerning what?
21          A.    I believe it was concerning
22     activities surrounding drilling through the
23     productive interval.
24          Q.    So that drilling depth?
25          A.    Sorry?
```

---

44

```
 1          Q.    Drilling depth, is that what
 2     you're talking about?  How far they would
 3     drill down?
 4          A.    While they were in the
 5     productive interval, I asked them some
 6     clarifying questions.
 7          Q.    Anything else you can remember,
 8     any other questions or disagreements,
 9     concerns, objections that you might have
10     expressed?
11          A.    I don't recall any others.
12          Q.    Do you know whether Anadarko,
13     other than you, the company, anybody else in
14     the company, expressed any questions,
15     disagreements, concerns or objections
16     concerning operations of the well to BP?
17     MS. WILMS:
18          Object to form.
19     THE WITNESS:
20          I'm not aware of anybody
21     expressing disagreements or concerns.
22     EXAMINATION BY MR. FINEMAN:
23          Q.    You understand this is one of
24     those topics where you're testifying for the
25     company, right?  You understand that?
```

11 (Pages 41 to 44)

**601 Poydras Street, Suite 1720   GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters     Facsimile: (504) 525-9109**

Exhibit X
Page 11

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                    Reported By?

**ROBERT QUITZAU**               *May 25, 2011*   DIANE TEWIS CLARK, RPR, RMR, CRR

---

45

1    A.    I understand that.
2    Q.    Okay.  And you're not aware of
3  any other instances?
4    A.    I'm not aware of any other
5  instances.
6    MS. WILMS:
7        Again, this is one of the topics
8  that another gentleman was also designated
9  for.
10    MR. FINEMAN:
11        Yes.
12  EXAMINATION BY MR. FINEMAN:
13    Q.    Are you aware of any situation
14  where BP changed a practice or option
15  because of input from Anadarko?
16    A.    I'm not aware of any.
17    Q.    Now, you -- as I understand it,
18  you took over from somebody named Josh
19  Nichols on Macondo on or about March 18th,
20  2010, is that correct?
21    A.    That's correct.
22    Q.    And who is Josh Nichols?
23    A.    Josh Nichols was a drilling
24  engineer in the Anadarko Deepwater Gulf of
25  Mexico group.

---

46

1    Q.    And why did you take over for
2  Mr. Nichols, if you know?
3    A.    Mr. Nichols moved to another job
4  within Anadarko and Mike Pfister assigned me
5  to fulfill his role.
6    Q.    Was there some criticism of
7  Mr. Nichols' performance as a reason for him
8  moving onto a different position?
9    MS. WILMS:
10        Object to form.
11    THE WITNESS:
12        No.
13  EXAMINATION BY MR. FINEMAN:
14    Q.    At the time that you took over
15  for Mr. Nichols on Macondo, had you any prior
16  experience with deepwater drilling in the
17  Gulf of Mexico?
18    A.    Yes.
19    Q.    What was your prior experience?
20    A.    My experience began with
21  Kerr-McGee, and I began deepwater drilling
22  on a Viasco Knoll well in the early part of
23  my involvement with Kerr-McGee.
24    Q.    In 2003?
25    A.    I'm sorry, I don't remember the

---

47

1  exact year.  That's approximately when.
2    Q.    What was the well called?
3    A.    It was a Viasco Knoll.  I don't
4  remember the numerical designation.
5    Q.    That's okay, the name is fine,
6  and what was your role on that well?
7    A.    I worked as the drilling
8  engineer for that well.
9    Q.    Did you design that well?
10    A.    Yes, I designed that well.
11    Q.    Was that in the eastern or
12  western Gulf of Mexico?
13    A.    That's in the central eastern
14  part of the Gulf of Mexico.
15    Q.    Okay.  And was that a successful
16  project?
17    A.    The drilling was successful.
18    Q.    Did you end up producing oil
19  from that well?
20    A.    I don't recall the productive
21  experience from that well.
22    Q.    How do you define successful?
23    A.    We drilled the well per the plan
24  and finished the well as we had planned.
25    Q.    Do you generally play any role

---

48

1  in the production aspect of the overall
2  drilling exercise?
3    A.    I design and monitor the
4  drilling of the well and we -- as per the
5  objectives that are set, and sometimes the
6  production group has an input into the
7  objectives, so in that sense, I try to meet
8  their objectives.
9    Q.    There's no -- well, strike that.
10        Okay.  And after this first well
11  for Kerr-McGee, did you have further
12  experience with deepwater drilling in the
13  Gulf?
14    A.    Yes.
15    Q.    What was your next experience?
16    A.    I'm not going to get these in
17  order, but I've drilled in various parts of
18  the Gulf of Mexico, at Water Valley, Green
19  Canyon, Garden Banks, and there may be some
20  others.
21    Q.    In those instances, were you
22  always the Anadarko drilling engineer?
23    A.    Yes.
24    Q.    And you were always in the
25  position of designing the well?

---

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**     **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters**     **Facsimile: (504) 525-9109**

Exhibit X
Page 12

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported By:

**ROBERT QUITZAU**                          **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

---

49

1      A.     Yes, and on some occasions, I
2  would relieve an engineer who had designed
3  the well and I would take over for them, for
4  short periods.
5      **Q.     But is it fair to say that you**
6  **had experience in drilling in the Gulf of**
7  **Mexico?**
8      A.     Yes.
9      **Q.     Do you have any knowledge that**
10 **you were asked to take over the Macondo**
11 **because you had this experience, past**
12 **experience in drilling in the Gulf of Mexico?**
13     A.     I was asked to take over because
14 I was a member of the Deepwater Group.
15     **Q.     How many drilling engineers does**
16 **Anadarko use, does it have?**
17     A.     Typically, deepwater drilling
18 engineers would be in the 5 to 7 over the
19 years.
20     **Q.     Do you believe you were selected**
21 **to take over on Macondo because you were**
22 **available or because of a unique skill set?**
23     A.     I don't know Mike Pfister's
24 reasoning for choosing me.
25     **Q.     Prior to taking over on Macondo,**

---

50

1  **had you -- did you know anything about the**
2  **well?**
3      A.     No.
4      **Q.     Had you looked at any**
5  **information at all about the well prior to**
6  **the mid-March --**
7      A.     No.
8      **Q.     When you did take over in and**
9  **around March 18th, did you -- did you take**
10 **any steps to familiarize yourself with the**
11 **history and status of Macondo?**
12     A.     I spoke to Josh Nichols and
13 pretty much took my guidelines from him as to
14 what my function would be, and he did not go
15 into great detail about what had happened
16 previously on the well.
17     **Q.     What did Mr. Nichols tell you**
18 **about the history of the well?**
19     A.     He may have mentioned that there
20 was a kick and some hole conditions.  I
21 believe they were either sidetracking or
22 getting ready to sidetrack at the time so he
23 kind of gave me an update on the operations
24 that were ongoing.
25     **Q.     For the record, what is a kick?**

---

51

1      A.     A kick is the influx of
2  formation fluids into the well.
3      **Q.     And formation fluid is what?**
4      A.     Whatever fluids are present in
5  the formation.
6      **Q.     So it could be -- it could be**
7  **water, it could be gas, it could be oil?**
8      A.     That's correct.
9      **Q.     What do you mean when you use**
10 **the term "hole conditions"?**
11     A.     Hole conditions would be packing
12 off, torque and drag, temporarily stuck pipe
13 and permanently stuck pipe.
14     **Q.     Understood.  Did Mr. Nichols**
15 **give you any other information other than the**
16 **fact that there may have been a kick and**
17 **apprise you generally of hole conditions in**
18 **the sidetracking exercise?**
19     A.     He had a box of information and
20 systems for keeping files for the group, so
21 he went through all of his functions and he
22 had collected information that he showed me.
23 He basically showed me the box and described
24 what was in it.
25     **Q.     When you say box, you don't**

---

52

1  **literally mean like a box of documents,**
2  **right, you mean like something on the**
3  **computer?**
4      A.     I mean a box of documents.
5      **Q.     You do mean a box of documents.**
6      A.     Yes.
7      **Q.     What was in the box of documents**
8  **he showed you?**
9      A.     There was a well folder with
10 morning reports and the different reports
11 that he would record.  There may have been
12 geological reports in there that he would
13 track and keep every day, just for the sake
14 of recordkeeping for the well file.
15     **Q.     Did you read everything in the**
16 **box?**
17     A.     No.
18     **Q.     Why not?**
19     A.     I only read what I thought would
20 be relevant for my continued operations.
21 For my continued tracking of the well.
22     **Q.     At or about the time you took**
23 **over, did you happen to review BP's initial**
24 **exploration plan?**
25     A.     I did not.

---

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.     Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009    Board-Certified Court Reporters    Facsimile: (504) 525-9109**

Exhibit X
Page 13

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:

**ROBERT QUITZAU**                    *May 25, 2011*   DIANE TEWIS CLARK, RPR, RMR, CRR

---

53

1      Q.     Did you review BP's Gulf of
2  Mexico regional oil response plan?
3      A.     I did not.
4      Q.     Did you review the Macondo
5  operating agreement?
6      A.     I did not.
7      Q.     Do you know what the operating
8  agreement is?
9      A.     I don't know what the operating
10  agreement is in this case.
11      Q.     Okay.  Generally speaking, do
12  you know what an operating agreement is?
13      A.     I know operating agreements are
14  typically in place for wells that are
15  drilled by various joint interest members.
16      Q.     You never looked at the one in
17  this case though?
18      A.     I did not.
19      Q.     When you took over, did you --
20  when you took over the well, did you review
21  the original well plan and well design?
22      A.     I did not.  When you say that,
23  I'm assuming you mean the drilling program.
24      Q.     Well, I wasn't intending to say
25  the drilling program, I was intending to say

---

54

1  what I said, the well plan, the well design,
2  so I can ask the second question, too, I
3  mean, I will.
4          My question is whether you
5  reviewed anything -- if you reviewed BP's
6  well plan or well design?
7      A.     I reviewed one wellbore
8  schematic that had plan casing depths and mud
9  weights on it.
10      Q.     Okay.  When we get to the
11  documents, we will come back to that.  I
12  think I know what you're talking about.  Did
13  you review any drilling plans or is this
14  what you're referring to?
15      A.     That's what I'm referring to,
16  yes.
17      Q.     Okay.  Is there a difference
18  between a well design and a drilling plan?
19      A.     A drilling plan would be how to
20  drill the well and the design would be --
21  yes, there is a difference.
22      Q.     What is the difference?
23      A.     The plan is how the well is
24  drilled, you know, step by step, and then
25  the design would be related to selecting and

---

55

1  confirming the integrity of all the
2  equipment that goes into the well.
3      Q.     Okay.  At the time you took over
4  and you reviewed whatever you reviewed from
5  the box, from Mr. Nichols' box or any other
6  information, did you reach any conclusions
7  or opinions about the well plan or the
8  drilling plan?
9      A.     I did not.
10      Q.     At the time you took over for
11  Mr. Nichols, did you discuss with anybody
12  else at Anadarko the history or status of
13  the well?
14      A.     I did not.
15      Q.     Did you discuss the history and
16  status of the well, for example, with Paul
17  Chandler?
18      A.     I don't recall having a
19  discussion like that with Paul.
20      Q.     You mentioned that based on your
21  conversation with Mr. Nichols, you had --
22  you were aware there had been a kick and
23  they were in the process of a sidetracking
24  exercise, correct?
25      MS. WILMS:

---

56

1          Object to form.
2      THE WITNESS:
3          Yes, I'm aware of that.
4  EXAMINATION BY MR. FINEMAN:
5      Q.     Okay.  When you took over for --
6  did you -- were you aware that there had
7  been well control events at Macondo in both
8  February and March 2010?
9      A.     I was not.
10      Q.     Nobody told you that?
11      A.     Nobody has told me that.
12      Q.     For the record, by the way, can
13  you just tell us what a well control event
14  is?
15      A.     My understanding of a well
16  control event is -- could be a kick, could be
17  lost circulation or it could be some form of
18  ballooning, which would be a combination of
19  losses and flowbacks from fractures in rock.
20      Q.     Was it -- in your experience in
21  the Gulf of Mexico, drilling in the Gulf of
22  Mexico, was it typical for there to be well
23  control events during a drilling exercise?
24      A.     Yes.
25      Q.     In your experience, did you

---

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**         **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009    Board-Certified Court Reporters**    **Facsimile: (504) 525-9109**

Exhibit X
Page 14

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported By:

**ROBERT QUITZAU**          **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

---

57

```
 1   often see kicks, lost circulation, ballooning
 2   during the drilling exercise?
 3        MS. WILMS:
 4        Object to form.
 5        THE WITNESS:
 6        I would not say often for kicks,
 7   ballooning and losses happen fairly
 8   regularly.
 9   EXAMINATION BY MR. FINEMAN:
10        Q.   At the time you took over on
11   Macondo, did you have any reason to think
12   that the well was particularly troublesome?
13        A.   I did not.
14        Q.   Did you review -- at the time
15   you took over for Mr. Nichols, did you review
16   the details of a March 8th, 2010 well
17   control event?
18        A.   I did not.
19        Q.   Did Anadarko -- did Anadarko,
20   the company, to your knowledge, review the
21   facts concerning the March 8th well control
22   event?
23        A.   I'm not aware that anybody did.
24        Q.   Did Anadarko have any
25   communications with BP regarding the
```

58

```
 1   March 8th, 2010 well control event?
 2        A.   I'm not aware of any
 3   communications.
 4        Q.   This is one of those topics
 5   where you're speaking for the corporation,
 6   you understand that?
 7        A.   I understand that.
 8        Q.   So your testimony -- let me ask
 9   the question this way: Did the company have
10   any communications with BP regarding the
11   March 8th, 2010 well control event?
12        A.   I'm not aware of any
13   communications.
14        Q.   At or about the time you took
15   over in March -- in March 2010, were you or
16   any others at Anadarko concerned about BP's
17   ability to safely complete drilling of the
18   well?
19        MS. WILMS:
20        Object to form.
21        THE WITNESS:
22        No, we were not concerned.
23   EXAMINATION BY MR. FINEMAN:
24        Q.   All right.  Are you doing okay?
25   Do you need a break?
```

59

```
 1        A.   I'm good.
 2        Q.   Can you -- you testified a
 3   little bit ago that your role with respect to
 4   Macondo, at least from the March 18 through
 5   April 20, 2010 time period was to report to
 6   the drilling group of the morning meetings
 7   and to track progress towards your
 8   geological objectives; correct?
 9        A.   Correct.
10        Q.   With respect to the tracking of
11   the progress, what did you do?  What steps
12   did you take to track that progress?
13        A.   I would read the daily operating
14   report, I would look at the depth and I
15   would look at the mud weight and where mud
16   weight increases occurred.
17        Q.   Anything else?
18        A.   I would read the operating, you
19   know, what they actually did during that day
20   so that I could give a 30-second summary of
21   what happened.
22        Q.   Did you read the daily reports
23   every day?
24        A.   Not every day.
25        Q.   Did you read all the daily
```

60

```
 1   reports?
 2        A.   I endeavored and succeeded in
 3   reading all the daily drilling reports after
 4   I got involved.
 5        Q.   That's what I mean.  Right now
 6   I'm talking about the March 18 --
 7        A.   Yes, yes.
 8        Q.   -- to April 20, 2010 time
 9   period?
10        A.   Yes.
11        Q.   So --
12        A.   And no report on the 20th, that
13   I'm aware of, right, so.
14        Q.   Fair enough.  It was your
15   practice to try to read all of the reports?
16        A.   Yes.
17        Q.   Did you take notes of your
18   review of those reports?
19        A.   I probably did.
20        Q.   And if you did, they would be in
21   your files?
22        A.   Most of them would be discarded.
23        Q.   Why would they be discarded?
24        A.   I did enough to be able to speak
25   for 30 seconds in a morning meeting and that
```

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**          **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009      Board-Certified Court Reporters**          **Facsimile: (504) 525-9109**

Exhibit X
Page 15

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:

**ROBERT QUITZAU**          **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

---

61

```
 1    was good enough.
 2        Q.   Okay.  Other than the morning
 3    meetings, did you have other methods of
 4    communicating what you were observing in the
 5    daily reports to others at Anadarko?
 6        A.   I communicated by e-mail to
 7    various members of the asset team.
 8        Q.   The asset team?
 9        A.   The Anadarko project team.
10        Q.   And the head of that team was
11    Alan O'Donnell?
12        A.   That's correct.
13        Q.   Who else was on that team?
14        A.   I'm aware of Paul Chandler, he's
15    mainly the one I dealt with, and I think
16    Derek Folger, I corresponded with him, and
17    someone named Forrest, once or twice I
18    corresponded with and there's probably
19    others.
20        Q.   Mr. Chandler is a geologist,
21    correct?
22        A.   That's correct.
23        Q.   He was the project geologist on
24    Macondo?
25        A.   That's my understanding.
```

62

```
 1        Q.   And who is Derek Folger?
 2        A.   He's also in that group, I don't
 3    know what his exact function is.
 4        Q.   Is he a drilling engineer?
 5        A.   He's not a drilling engineer.
 6        Q.   Were there any other drilling
 7    engineers on Macondo besides you?
 8        A.   No.
 9        Q.   After you took over and through
10    the April 20, 2010 date, who was your
11    contact at BP?
12        A.   My only contact at BP was Bobby
13    Bodek.
14        Q.   Had you worked with Mr. Bodek
15    before Macondo?
16        A.   No, I hadn't.
17        Q.   During your time working --
18    strike that.
19        Did you ever meet Mr. Bodek in
20    person?
21        A.   I did not.
22        Q.   Have you ever met him in person?
23        A.   I have not.
24        Q.   Did you ever form any opinions
25    about his competence or reliability?
```

63

```
 1        A.   I did not.
 2        Q.   Did you find that he provided
 3    you with accurate and timely information?
 4        A.   He did.
 5        Q.   Did you have any complaints
 6    about his -- time out.  Did you ever have any
 7    complaints about his providing you with
 8    accurate and timely information?
 9        A.   I did not.
10        Q.   And I take it since you never
11    met him in person, you communicated with him
12    by phone and e-mail?
13        A.   That's correct.
14        Q.   Did you have any communication
15    -- again, we're in the March 18 and April 20,
16    2010 time period -- did you ever have any
17    communication with anybody other than
18    Mr. Bodek at BP?
19        A.   I did not.
20        Q.   Did you ever visit the rig
21    DEEPWATER HORIZON?
22        A.   I did not.
23        Q.   Did anybody from Anadarko visit
24    the rig?
25        A.   During the time in question?
```

64

```
 1        Q.   Yes, sir.
 2        MS. WILMS:
 3            Object to form.
 4        THE WITNESS:
 5            I'm not aware of anybody who has
 6    visited the rig.
 7        EXAMINATION BY MR. FINEMAN:
 8        Q.   At any time, as far as you know
 9    did anybody from Anadarko ever visit the
10    DEEPWATER HORIZON?
11        MS. WILMS:
12            Object to form.
13        THE WITNESS:
14            I know one person at Anadarko who
15    has worked for Transocean formerly and spent
16    time on the DEEPWATER HORIZON.
17        EXAMINATION BY MR. FINEMAN:
18        Q.   Who is that?
19        A.   Steve Woelfel.
20        Q.   Steve Woelfel?
21        A.   Yes.
22        Q.   Do you have any knowledge as to
23    when Mr. Woelfel was last on the DEEPWATER
24    HORIZON?
25        A.   The only knowledge I have is
```

16  (Pages 61 to 64)

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters      Facsimile: (504) 525-9109**

Exhibit X
Page 16

**ROBERT QUITZAU**          **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

65

1  that it was prior to his becoming an employee
2  of Anadarko.
3      Q.    Was it prior to the DEEPWATER
4  HORIZON drilling at Macondo?
5      A.    Yes.
6      MR. FINEMAN:
7          We need to take a break now to
8  change the tape.
9      THE VIDEOGRAPHER:
10          We're going off the record.  It's
11  10:05, this is the end of Videotape No. 1.
12          (Whereupon, a brief recess was
13  taken.)
14      THE VIDEOGRAPHER:
15          We're back on the record, this is
16  the beginning of Videotape No. 2, it's
17  10:15.
18  EXAMINATION BY MR. FINEMAN:
19      Q.    Mr. Quitzau, I want to come back
20  to when you took over for Mr. Nichols.  You
21  told me a little while ago that it was
22  Mr. Pfister who made that assignment, is
23  that true?
24      A.    Yes, that's correct.
25      Q.    What did Mr. Pfister tell you

66

1  about what was expected of you when you took
2  over that job?
3      A.    He simply told me that Josh was
4  moving to another job and that I should fill
5  in for what he was doing and that's all he
6  told me.
7      Q.    So you found out what you were
8  supposed to do from Mr. Nichols?
9      A.    That's correct.
10      Q.    Did anybody else ever give you
11  any direction as to what was expected of you?
12      A.    No.
13      Q.    I also want to come back to the
14  March 8th well control events.  You
15  testified a little while ago that you did
16  not believe that the company had any
17  communications with BP regarding the events
18  of March 8th.  Do you remember that?
19      A.    I remember saying that, yes.
20      Q.    And I just want to ask you
21  again, if that's your testimony on behalf of
22  Anadarko?
23      A.    It is.  I would like to clarify.
24      Q.    Please.
25      A.    There was an e-mail or maybe

67

1  possibly multiple e-mails from Josh asking
2  for clarification and what I recall is
3  seeing that the content of the e-mails
4  related to the practices for backing off the
5  stuck pipe.  In my mind that's a stuck pipe
6  event, but, in fact, the well still had a
7  kick in the hole, so he described how BP --
8  what he had heard from BP, how they were
9  planning to do the back-off and that could
10  be considered as part of the well control
11  event, even though it was a stuck pipe event
12  also.
13      Q.    Is it your understanding that as
14  a consequence of the events of March 8th that
15  the drilling was delayed for some period of
16  time?
17      A.    Yes.
18      Q.    Did you know that?
19      A.    Yes, in the sense that it's
20  trouble time and sidetrack is -- inherently
21  requires more time.
22      Q.    What is trouble time?
23      A.    Trouble time is time that is not
24  in the base plan.
25      Q.    So it's delay?

68

1      A.    A delay, yes.
2      Q.    It's time you're not drilling?
3      MS. WILMS:
4          Object to form.
5      THE WITNESS:
6          It's a time that's not planned.
7  EXAMINATION BY MR. FINEMAN:
8      Q.    Okay, fair enough.  And do you
9  recall whether anybody at Anadarko was
10  concerned about the events of March 8th
11  enough to question whether or not the
12  project should continue?
13      MS. WILMS:
14          Object to form.
15      THE WITNESS:
16          I did not hear any concerns.
17  EXAMINATION BY MR. FINEMAN:
18      Q.    In your experience in drilling
19  in the Gulf of Mexico, had you been involved
20  in having to sidetrack?
21      A.    I have, yes.
22      Q.    Is that an unusual thing to have
23  happen?
24      MS. WILMS:
25          Object to form.

17  (Pages 65 to 68)

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.     Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters     Facsimile: (504) 525-9109**
Exhibit X
Page 17

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                  Reported By

**ROBERT QUITZAU**          *May 25, 2011*   DIANE TEWIS CLARK, RPR, RMR, CRR

---

69

1    THE WITNESS:
2       It happens occasionally.
3  EXAMINATION BY MR. FINEMAN:
4     Q.    And is it a concern when that
5  happens?
6    MS. WILMS:
7       Object to form.
8    THE WITNESS:
9       It's not a huge concern.
10 EXAMINATION BY MR. FINEMAN:
11    Q.    Why is it not a huge concern?
12    A.    It happens.  You take care of
13 it.
14    Q.    In early March and late
15 April 2010, did you become aware of any well
16 design changes being made by BP?
17    A.    I was aware that casing points
18 were changing slightly, casing setting
19 depths were changing slightly.
20    Q.    Were you aware of any other
21 design changes?
22    A.    I was not.
23    Q.    Did you participate in the
24 casing point changes that were being made?
25    A.    No.

---

70

1    Q.    Did you have any input into
2  casing point changes?
3    A.    No.
4    Q.    Did you ever conclude that there
5  was an unusual number of well design changes
6  on this well?
7    MR. DAVID:
8       Object to form.
9    MS. WILMS:
10      Object to form.
11    THE WITNESS:
12      I did not.
13 EXAMINATION BY MR. FINEMAN:
14    Q.    Did you play any -- strike that.
15 Do you know what an AFE is?
16    A.    Yes, I do.
17    Q.    What is an AFE?
18    A.    AFE is an authorization for
19 expenditure.
20    Q.    Did you play any role in
21 Anadarko's review or approval of AFEs with
22 respect to Macondo?
23    A.    I did not.  Let me clarify that.
24 Near the end of the well, there was a -- an
25 AFE submitted -- a draft AFE submitted for

---

71

1  potential casing running and at some point
2  in there, I received a copy of that and I
3  looked at it.  I almost wouldn't call it a
4  review.
5    Q.    In the March 18, 2010 time
6  period, did you have any other drilling
7  consulting jobs for Anadarko besides Macondo?
8    A.    Yes, I did.
9    Q.    How many other jobs did you
10 have?
11    A.    I want to say five or six.
12    Q.    And were those all jobs where
13 Anadarko was the operator?
14    A.    Yes.
15    Q.    Those were all jobs where you
16 were involved in designing the well and
17 tracking the well?
18    A.    I was involved in various stages
19 of planning and designing the well.
20    Q.    Were those all Gulf of Mexico
21 wells?
22    A.    There was a project in Brazil
23 that was being -- that I was possibly going
24 to participate in, but all the others were
25 Gulf of Mexico wells.

---

72

1    Q.    Approximately how much of your
2  time in the March 18 to April 20, 2010 time
3  period were you devoting to Macondo?
4    A.    I believe it was approximately
5  three to four hours per week.
6    Q.    And how many hours per week did
7  you work in that time period?
8    A.    Approximately 60 to 70 hours per
9  week.
10    Q.    Did anybody at Anadarko ever ask
11 you to spend more time on Macondo?
12    A.    No.
13    Q.    Let's look at some documents.
14 Let's start with No. 2 -- actually, let's
15 start with No. 3.  You mentioned earlier in
16 testimony that -- I think the principal way
17 you got information about what was going on
18 at Macondo was through documents that were
19 downloaded from WellSpace, is that correct?
20    A.    That's correct.
21      (Exhibit No. 2623 marked for
22 identification.)
23 EXAMINATION BY MR. FINEMAN:
24    Q.    I'm going to give you what we're
25 marking as Exhibit 2623.  It's

---

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**          **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009    Board-Certified Court Reporters**          **Facsimile: (504) 525-9109**

Exhibit X
Page 18

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:
**ROBERT QUITZAU**                    **May 25, 2011    DIANE TEWIS CLARK, RPR, RMR, CRR**

---

73

1    ANA-MDL-000000117 to 118.  It's Tab 3.  Do
2  you recall receiving this e-mail in or about
3  March 11, 2010?
4        A.    I don't recall exactly receiving
5  it, but I trust that I did.
6        Q.    And this is an e-mail to you
7  from Halliburton Central Data Hub, correct?
8        A.    Correct.
9        Q.    It's advising you that you've
10  been granted access to MC252 No. 1 Macondo
11  WellSpace?
12        A.    That's correct.
13        Q.    And is that consistent with your
14  memory that you obtained access to Macondo
15  WellSpace in or around March 11?
16        A.    Yes.
17        Q.    So I think earlier you testified
18  a little bit about the kinds of information
19  that Anadarko downloaded or could download
20  from WellSpace.  Can you tell me again the
21  kinds of documents that were available, at
22  least that Anadarko was looking at?
23        A.    Daily operating reports, mudlog
24  reports, pore pressure frac gradient
25  reports.  There were various forms of logs

---

74

1  that people could download.
2        Q.    Wireline information?
3        A.    Wireline logs and LWD logs.
4        Q.    Geological reports?
5        A.    Geological reports.
6        Q.    Shallow hazard reports?
7        A.    Shallow hazard reports.
8        Q.    What is a pore pressure frac
9  report?
10        A.    BP posted, I guess they call it
11  pp/fg and there was something else behind
12  the title that summarizes their assessment
13  of the pore pressures and fracture gradients
14  that their various experts are monitoring
15  and tracking as they drill the well.
16        Q.    How did Anadarko use the
17  information that it obtained from WellSpace?
18        MS. WILMS:
19            Object to form.
20        THE WITNESS:
21            Are you asking how I did or
22  Anadarko?
23  EXAMINATION BY MR. FINEMAN:
24        Q.    Right now I'm asking you how
25  Anadarko did.  I'm going to come to you

---

75

1  specifically.  Right now I'm asking you
2  questions in your capacity as a 30(b)(6)
3  witness.
4        A.    Various members used it in all
5  different ways.  Predominantly, they would
6  use it to view the formation evaluation that
7  BP had contributed or to track the daily
8  operating steps, you know, what happened
9  during the drilling of the previous time
10  period.
11        MS. WILMS:
12            Just for the record, this is one
13  of the topics that another gentleman was
14  designated on as well.
15        MR. FINEMAN:
16            Sure.
17  EXAMINATION BY MR. FINEMAN:
18        Q.    Were there policies or practices
19  for Anadarko's review of information
20  obtained via WellSpace?
21        A.    I'm not aware of any policies or
22  practices.
23        Q.    So was there a written policy or
24  a policy manual with respect to information
25  that was to be looked at from WellSpace?

---

76

1        A.    I'm not aware of any manual.
2        Q.    Were specific Anadarko personnel
3  tasked with downloading and reviewing
4  specific types of information or reports?
5        A.    Yes.
6        Q.    Can you describe that for me?
7        A.    Different members of different
8  groups would download various reports for
9  storage in their file systems, for their
10  well file.
11        Q.    Was there -- were specific
12  personnel expected to look at certain things
13  in WellSpace because of their expertise?
14        MS. WILMS:
15            Object to form.
16        THE WITNESS:
17            I don't know the answer to that.
18  EXAMINATION BY MR. FINEMAN:
19        Q.    Who is John Kamm?
20        A.    John Kamm is the Anadarko
21  operations geologist.
22        Q.    We've already talked about
23  Mr. Chandler.  Who is Sarah Chapman?
24        A.    Sarah Chapman, I recall, was
25  also an operations geologist.

19 (Pages 73 to 76)

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.         Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters      Facsimile: (504) 525-9109**

Exhibit X
Page 19

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                Reported By:
**ROBERT QUITZAU**          **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

77

1      Q.      Mr. Folger, Derek Folger, do you
2  recall what his title was?
3      A.    I don't recall his title.
4      Q.      Do you know Bert Allbritton?
5      A.    I know Bert Allbritton.
6      Q.      And what was her title?
7      A.    I don't know her title.
8      Q.      Do you know what her discipline
9  was?
10     A.    I want to say she was in
11 reservoir engineering.
12     Q.      You don't know for sure?
13     A.    I don't know for sure.
14     Q.      How about Forrest Burton, do you
15 know him?
16     A.    I know his name, yes.
17     Q.      Do you know what he did at
18 Anadarko?
19     A.    I do not.
20     Q.      Do you know -- do you have any
21 information about any of those individuals'
22 practices with respect to reviewing
23 information from WellSpace?
24     A.    I have some information, yes.
25     Q.      What information do you have?

78

1      A.    We spoke to them prior to -- in
2  preparation for this and some of those
3  individuals would download information to
4  fill out their -- to put in the well files
5  that their groups maintained.
6      Q.      Let me see if I understand what
7  you just said.  You spoke with some of those
8  individuals, you personally?
9      A.    Yes.  We had a meeting with
10 counsel and some of those members to prepare
11 for this meeting.
12     Q.      To prepare for this deposition?
13     A.    Yes.
14     Q.      Okay.  And who participated,
15 which ones of those individuals participated
16 in that discussion?
17     A.    John Kamm, Bert Allbritton, I
18 believe Derek Folger was in there.
19     Q.      You were all there together?
20     A.    There were several meetings at
21 different times.  Alan O'Donnell.
22     Q.      Alan O'Donnell was the asset
23 manager, correct?
24     A.    Right.
25     Q.      Sam Algranti?

79

1      A.    Sam Algranti, yes.
2      Q.      He was there, too?
3      A.    Yes.
4      Q.      Brian O'Neill?
5      A.    Brian O'Neill, yes.
6      Q.      And was counsel present at all
7  those meetings?
8      A.    Yes.
9      Q.      And without telling me what
10 counsel said or you said to counsel, what
11 was the general subject matter of those
12 meetings?
13     A.    The general subject matter of
14 those meetings was what information was
15 downloaded near the event.
16     Q.      Okay.  Near the event meaning
17 April 16, April 20?
18     A.    I don't recall the exact dates,
19 but up to the 20th.
20     Q.      All right.  So sitting here
21 right now as a 30(b)(6) witness for Anadarko,
22 what can you tell me about the kinds of
23 information that these people are
24 downloading approximate to the event?
25     A.    As I said, they would download

80

1  various files, for example, a geological
2  report could get loaded into a well file for
3  a record.  One person was providing a status
4  update report, so they downloaded some
5  information to provide that report just on a
6  one-time occurrence.  Some downloaded actual
7  log data to conduct analysis on the
8  productive zone.  Those were the ones that I
9  can think of right now.
10     Q.      What is a well file?
11     A.    A well file would be an
12 electronic folder in a common drive on the
13 Anadarko network where a group would store
14 files for the wells that they cover.
15     Q.      And was that information shared
16 within the company?
17     A.    It's available to be shared
18 within the company.
19     Q.      I want you to try for a minute
20 to separate out, if you can, what you learned
21 during this deposition preparation meeting
22 or meetings and what you knew at the time,
23 before April 20th.  Before April 20th, did
24 you know what other people were downloading
25 from WellSpace?

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters     Facsimile: (504) 525-9109**

Exhibit X
Page 20

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010
ROBERT QUITZAU          May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR

81
1    A.   No.
2    Q.   Did you know about anybody's
3  WellSpace activity other than your own?
4    A.   No.
5    Q.   Was there any method or
6  practice that -- strike that.
7       Did people who were downloading
8  information from WellSpace circulate
9  information or provide what they were
10 observing to others at Anadarko?
11   MS. WILMS:
12      Object to form.
13   THE WITNESS:
14      I don't know the answer to that.
15   EXAMINATION BY MR. FINEMAN:
16   Q.   During the daily drilling
17 meetings that you attended, you testified
18 already that you reported to the group based,
19 at least in part on information that you had
20 reviewed that you had downloaded from
21 WellSpace; correct?
22   A.   That's correct.
23   Q.   Was there anybody else
24 presenting at those meetings who had reviewed
25 information downloaded from WellSpace?

82
1    A.   For Macondo?
2    Q.   Yes, sir.
3    A.   No.
4    Q.   And do you recall discussing
5  with anybody else at Anadarko information
6  that they had observed from the --
7  information downloaded from WellSpace?
8    MS. WILMS:
9       Object to form.
10   THE WITNESS:
11      I don't recall any discussions
12 like that.
13   EXAMINATION BY MR. FINEMAN:
14   Q.   Do you have any memory of
15 discussing -- discussing any information
16 downloaded by Bert Allbritton?
17   A.   Can you repeat the question?
18   Q.   Sure.  Do you have any memory of
19 discussing with Bert Allbritton information
20 that she downloaded from WellSpace?
21   A.   I don't have any memory of that.
22   Q.   All right.  If you didn't
23 personally download a daily report, an
24 operations' report from WellSpace, did you
25 otherwise obtain it from any other source?

83
1    MS. WILMS:
2       Object to form.
3    THE WITNESS:
4       I don't recall obtaining reports
5  from any other source.
6    EXAMINATION BY MR. FINEMAN:
7    Q.   So if you read a daily report,
8  it was because you downloaded it yourself?
9    A.   That's generally correct.
10   Q.   How is it not completely
11 correct?
12   A.   It's completely correct.
13   Q.   Okay.  Were there specific days
14 of the week or times during a day when
15 Anadarko personnel were expected to be
16 reviewing information posted in WellSpace?
17   MS. WILMS:
18      Object to form.
19   THE WITNESS:
20      Can you repeat the question?
21   EXAMINATION BY MR. FINEMAN:
22   Q.   Were there specific days of the
23 week or times during a day when Anadarko
24 personnel were expected to be reviewing
25 information posted in WellSpace?

84
1    A.   I can only speak for myself and
2  that --
3    Q.   Go ahead.
4    A.   -- and that would be to prepare
5  for our morning meeting which occurs at
6  7:30 a.m. every weekday.
7    Q.   So you would -- if you
8  downloaded something from WellSpace, you
9  would do it first thing in the morning?
10   A.   I would download -- right, prior
11 to that meeting and that was -- that's what
12 would be expected.  And there are other
13 times when I could also download.
14   Q.   But you don't have any
15 information about the practices of others at
16 Anadarko?
17   A.   I don't.
18   Q.   During your predeposition
19 meeting, did you learn of the individual
20 practices of the other people who were
21 downloading information from WellSpace?
22   A.   I did not.
23   Q.   Was there a central location at
24 Anadarko for storing or maintaining
25 information downloaded from WellSpace?

601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.   Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters   Facsimile: (504) 525-9109

Exhibit X
Page 21

85

1    A.    There are well files, as I
2  described, on the common drive that
3  different groups would contribute
4  information from WellSpace to.
5    Q.    Those were individual files,
6  right?  There wasn't a single source?
7    A.    There's not a single source that
8  I'm aware of.
9    Q.    Has Anadarko adopted any new
10  policies or procedures for downloading and
11  reviewing information from WellSpace since
12  April 20, 2010?
13    MS. WILMS:
14        Object to form.
15    THE WITNESS:
16        I'm not aware of any new
17  practices.
18  EXAMINATION BY MR. FINEMAN:
19    Q.    You started to testify a minute
20  ago about some of your personal practices
21  with respect to downloading information from
22  WellSpace.  And you mentioned that you would
23  do so in the mornings prior to your morning
24  meeting; correct?
25    A.    Correct.

86

1    Q.    I think you also referred to the
2  notion that you could download at other
3  times, too, if you chose to?
4    A.    That's correct.
5    Q.    Did you have any other personal
6  practices for when you would download
7  something from WellSpace?
8    A.    Besides the morning, there was
9  no regular set times that I would download.
10    Q.    Did you have any personal
11  practices with respect to taking notes or
12  preparing memoranda based on what you
13  reviewed?
14    A.    Nothing standard.
15    Q.    I think you mentioned a while
16  ago, earlier today, that you would
17  periodically take notes for purposes of your
18  morning presentation and then frequently toss
19  those notes.
20    A.    Correct.
21    Q.    If you had any of those notes
22  remaining, they would be in your files?
23    A.    Any notes remaining, I made
24  available to counsel and they're keeping
25  track of that data.

87

1    Q.    All right.  Was Anadarko
2  satisfied that the information that it
3  contained -- obtained via WellSpace was
4  timely, accurate and complete?
5    MS. WILMS:
6        Object to form.
7    THE WITNESS:
8        There were times when reports were
9  delayed.  There was no complaints about the
10  accuracy, but there were times when the
11  reports were delayed.
12  EXAMINATION BY MR. FINEMAN:
13    Q.    Do you have any memory of --
14  what is your -- strike that.
15        Do you have a specific memory of
16  times when reports were delayed?
17    A.    There were times when reports
18  would come in after -- you want specific
19  times?  I guess the one specific time is
20  near the time of the 18th or 19th.  I think
21  after a weekend, like -- we were short like
22  four different reports.  I don't remember
23  the exact dates there.  But they came in
24  late.  So that was a period when we had to
25  use other reports.  I'm talking about daily

88

1  operating reports there.  So we didn't have
2  access to those during that period.
3    Q.    Do you know why you didn't have
4  access to those?
5    A.    I don't know why.
6    Q.    Did you complain to anybody at
7  BP about not having access to those reports?
8    A.    I did not.
9    Q.    Do you know if anybody at
10  Anadarko did?
11    A.    I do not know if they did.
12    Q.    Were you aware that Anadarko --
13  strike that.
14        Were you aware that BP maintained
15  a private location on WellSpace that was not
16  accessible by Anadarko?
17    MR. DAVID:
18        Object to form.
19    THE WITNESS:
20        Can you repeat the question?
21  EXAMINATION BY MR. FINEMAN:
22    Q.    Sure.  Were you aware in the
23  March 18 to April 20, 2010 time period that
24  BP maintained a private location on
25  WellSpace with respect to Macondo that was

601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.       Telephone: (504) 525-9100
New Orleans, LA 70130-6009    Board-Certified Court Reporters      Facsimile: (504) 525-9109

Exhibit X
Page 22

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported By:

**ROBERT QUITZAU**                        **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

---

89

1    not accessible to Anadarko?
2        MR. DAVID:
3            Object to form.
4        THE WITNESS:
5            I was not aware of that.
6    EXAMINATION BY MR. FINEMAN:
7        Q.    In your experience, is that
8    unusual for the operator of a project to
9    have a private WellSpace site?
10       MR. DAVID:
11           Object to form.
12       THE WITNESS:
13           I have no background to say
14   whether it was unusual or not.
15   EXAMINATION BY MR. FINEMAN:
16       Q.    So you never had any
17   conversations with anybody about trying to
18   get access to the BP only folder?
19       MR. DAVID:
20           Object to form.
21       THE WITNESS:
22           I did not.  I did not.
23           (Exhibit No. 2624 marked for
24   identification.)
25   EXAMINATION BY MR. FINEMAN:

---

90

1        Q.    Let's go to Tab 4.  All right.
2    I give you what we're marking as Exhibit 2624
3    ANA-MDL-000002400 to 2403.  That's Tab 4.
4    I'm going to draw your attention to the
5    first page of the exhibit and the e-mail on
6    the bottom, it's from you to Mr. Nichols and
7    Mr. Folger dated March 18, correct?
8        A.    Correct.
9        Q.    And this is an e-mail where
10   you're telling Mr. Folger you're taking over
11   for Mr. Nichols on the Macondo well, correct?
12       A.    Correct.
13       Q.    The rest of your e-mail -- this
14   is -- by the way, I take it this -- as you
15   look back in the earlier parts of this
16   e-mail, this is -- you've been asked by
17   Mr. Nichols to respond to an earlier e-mail
18   from Mr. Folger on an update on Macondo.  Is
19   that correct?
20       A.    That's correct.
21       Q.    So that's what you're doing
22   here, correct?
23       A.    That's correct.
24       Q.    Was it part of your
25   responsibility in terms of tracking the

---

91

1    progress of the well to respond to questions
2    that were raised by others at Anadarko about
3    what was going on at the well?
4        A.    It was my responsibility to
5    report to questions from the asset team
6    regarding the progress towards reaching the
7    objectives.
8        Q.    When you say reaching the
9    objectives, what does that mean?
10       A.    Reaching the objectives means
11   drilling through the objective zone as
12   identified in the well objectives and
13   running a wireline log -- wireline logs
14   across that zone to fully eval -- to fully
15   measure the properties of the rock.
16       Q.    Is reaching the objectives
17   basically getting to the oil?
18       A.    It's just as I described,
19   getting through the zone that has whatever
20   fluids they're interested in.
21       Q.    So this -- you say to
22   Mr. Folger -- by the way, when you -- when
23   you met Mr. Folger in preparing for this
24   deposition, had you ever met him before?
25       A.    I don't recall ever meeting him

---

92

1    before.
2        Q.    Anyhow, here you're responding
3    to him or you're providing him with
4    information and you say that it appears that
5    BP has gotten bypassed off the cement plug
6    below 11615 feet.  Do you see that?
7        A.    Yes.
8        Q.    What is that about?
9        A.    That's a process of deviating
10   from the original well where the pipe was
11   stuck and that requires -- that original hole
12   can no longer be used, so the bypass is
13   setting a cement plug above the drill pipe
14   that remains stuck in the hole and drilling
15   off of the cement plug, deviating from the
16   other wellbore to bypass around the fish, the
17   stuck drill pipe.
18       Q.    And this is relating back to the
19   events of March 8th, is it not?
20       A.    The stuck pipe occurred in
21   conjunction with the kick, as I understand
22   it.
23       Q.    The March 8th kick?
24       A.    The March 8th kick.
25       Q.    Okay.  So if you go down a

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters      Facsimile: (504) 525-9109**

Exhibit X
Page 23

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                Reported By:

**ROBERT QUITZAU**                    **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

---

93

1    little bit in this e-mail it says:  "I'm
2    still evaluating the previous drilling
3    problems to see how far they can expect to
4    drill before setting 13 by 5/8 inch casing."
5        Do you see that?
6      A.  Yes.
7      Q.   What previous drilling problems
8    were you evaluating?
9      A.  Specifically, the previous
10   drilling problems with respect to what I was
11   evaluating or preparing for have to do with
12   any pressures that could have been measured
13   as a result of the kick, and that provides
14   me with sort of a calibration point on the
15   planned pore pressure that BP had put
16   forward.
17      Q.   Anything else that you were
18   evaluating with respect to previous drilling
19   problems?
20      A.  Mud weights and pore pressures
21   and to the extent that there were any
22   leak-offs or pump-ins that would indicate the
23   fracture strength of the rock, I would try to
24   capture from that review of their daily
25   operating activities.

---

94

1      Q.   When you completed that
2    evaluation, did you prepare any written
3    document to summarize your findings?
4      A.  No.
5      Q.   Did you discuss with anybody
6    your findings?
7      A.  I did not discuss directly, but
8    those findings would be put into plots that
9    I would give to the asset team.
10      Q.   We will come to a couple of
11   those in a second.  Okay.  Having completed
12   --
13   when you completed this evaluation of the
14   previous drilling problems, as you
15   described, did you reach any conclusions
16   about whether the well was -- whether it was
17   safe to proceed?
18      MS. WILMS:
19        Object to form.
20      THE WITNESS:
21        I had no concerns about the safety
22   to proceed.
23   EXAMINATION BY MR. FINEMAN:
24      Q.   Did you have any concerns about
25   what BP was doing at the well, based on what

---

95

1    you had seen?
2      A.  I did not.
3      Q.   If you look at the last page of
4    that exhibit -- actually, if you go back to
5    -- I'm sorry -- the first page of the
6    exhibit, this is the -- a few days later on
7    March 23, you're sending an e-mail here to
8    Mr. Folger, correct?
9      A.  That's correct.
10      Q.   And you say here that BP got an
11   excellent shoe test on their 13 and 5/8th
12   inch liner, and you say if no weak zones are
13   encountered, they have a chance staying with
14   their original casing size program to reach
15   the objectives, correct?
16      A.  That's correct.
17      Q.   What does this mean?
18      A.  That means what it says, that if
19   they -- if they continue to have lack of
20   weak zones, they will be able to reach the
21   objectives with the planned hole size.
22      Q.   What is a weak zone?
23      A.  A weak zone would be a zone
24   that's anomalous or lower than what they
25   predicted.

---

96

1      Q.   Okay.  Is that a problem?
2      A.  It could -- I would not call it
3    a problem.  It's a simple occurrence that
4    would affect the ability to reach the
5    objectives with the planned hole size.
6      Q.   Then you're attaching -- I
7    believe what you're doing here is you're
8    attaching Macondo well update, which is the
9    last page of the exhibit, is that correct?
10      A.  That's correct.
11      Q.   Now, what is this, what am I
12   looking at here?
13      A.  This is a plot that shows the
14   actual casing set.
15      Q.   So the casing set would be the
16   --
17      A.  The stick figures --
18      Q.  -- the stick figures --
19      A.  -- on the right --
20      Q.  Okay.  Right.
21      A.  -- with the little shoe
22   triangles on them.
23      Q.  Right.
24      A.  Those would be casing strings
25   that were actually set with their depths.

---

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**          **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters**          **Facsimile: (504) 525-9109**

Exhibit X
Page 24

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:

**ROBERT QUITZAU**                    *May 25, 2011*   **DIANE TEWIS CLARK, RPR, RMR, CRR**

---

97

1    Q.   Right.
2    A.   On the left is shown what I
3  believe to be BP's predicted pore pressure
4  and fracture gradients, and they're color
5  coded.  I can describe it to you if you'd
6  like.  The first solid line from the left
7  would be the predicted pore pressure, the
8  second solid line that tracks that would be
9  the predicted mud weight, the stair step
10  solid line would be the actual mud weight,
11  and there are two of those, one for the
12  original well and one for the bypass.
13  The -- let's see how would I describe that?
14       The first shaded solid line would
15  be the predicted fracture gradient from BP's
16  pre-well analysis.  So I plugged that in and
17  then that's what they plan and then I
18  type -- enter the mud weight to compare that
19  as they drill so we can track the progress
20  towards reaching the geological objectives.
21    **Q.   Where did you obtain the well**
22  **update, the actual -- the document that you**
23  **were using, the well plan update, where did**
24  **you obtain it from?**
25    A.   Which document?

---

98

1    **Q.   This last page.**
2    A.   This page?
3    **Q.   Yes, 2403.**
4    A.   Yes, I understand.  It's
5  generated from a plotting program that I
6  have, an Excel plotting program that I have.
7    **Q.   Is this document coming from BP?**
8    A.   This document is coming from me.
9    **Q.   From you?**
10    A.   Yes.
11    **Q.   So you're generating this**
12  **document yourself?**
13    A.   Yes.  That's correct.
14    **Q.   Okay.  And this was for internal**
15  **purposes?**
16    A.   It was for purposes of
17  communicating with the asset team.
18    **Q.   Did you ever share this**
19  **information with BP?**
20    A.   I don't recall sharing it with
21  BP.
22    **Q.   So you don't know whether BP**
23  **would have agreed with what you were doing**
24  **here?**
25    A.   I do not know if they agreed

---

99

1  with that.
2    **Q.   All right.  How often did you**
3  **prepare these well updates, well plan**
4  **updates?**
5    A.   As needed or as appropriate,
6  there was no set time for preparing them.
7    **Q.   Okay.  And was there specific**
8  **information on these updates that you**
9  **specifically were paying most close**
10  **attention to?**
11    A.   I would pay attention to the mud
12  weight daily and record that.  And then the
13  shoe tests, I would record those.  As I
14  previously stated, looking back at the kicks
15  gave us some pressure data that would go on
16  this plot also.
17    **Q.   Why was it important to monitor**
18  **the mud weight -- why was it important for**
19  **you in terms of reporting to the people on**
20  **the asset team what was going on with mud**
21  **weight and the shoe test and pore pressures?**
22    A.   Those parameters together would
23  affect the chances of being able to reach
24  the geological objectives.
25    **Q.   And that was the focus from your**

---

100

1  point of view was reaching those geological
2  objectives?
3    A.   That's correct.
4    **Q.   Did you ever communicate with**
5  **Mr. Bodek at BP about any of your**
6  **observations as they were reflected in these**
7  **well plan updates?**
8    A.   Any communications that I had
9  were not as a result of this plot directly.
10       (Exhibit No. 2625 marked for
11  identification.)
12  EXAMINATION BY MR. FINEMAN:
13    **Q.   No. 5.  This is Exhibit 2625.**
14  **It's ANA-MDL-000007262 through 7265.  It's**
15  **Tab 5.  If you turn to the second page of**
16  **the exhibit.**
17    A.   (Complying.)
18    **Q.   It's an e-mail to you from**
19  **Mr. Bodek dated March 24, 2010, correct?**
20    A.   Correct.
21    **Q.   And it's entitled Macondo casing**
22  **plan and pore pressure update, correct?**
23    A.   Correct.
24    **Q.   And it looks like this is your**
25  **e-mail to Mr. Bodek advising him you're**

---

25 (Pages 97 to 100)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:
**ROBERT QUITZAU**                                **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

---

101

1  taking over on the project, correct?
2      A.   That's correct.
3      Q.   And you, among other things, you
4  say to him:  It looks like operations are
5  starting to go well.  Do you see that?
6      A.   I see that.
7      Q.   Do you recall what you meant by
8  that?
9      A.   I recall that they were able to
10  drill a substantial amount of footage in a
11  relatively short period of time, which
12  looked to me like things were going well.
13      Q.   When you say starting to go
14  well, did you have an understanding that
15  things had not been going well at that point?
16      A.   The stuck pipe incident and kick
17  would be an unplanned time and now they're
18  back on planned time.
19      Q.   Okay.  Any other observations at
20  that point about things not going well?
21      A.   No.
22      Q.   You asked Mr. Bodek for an
23  update on -- is the pore pressure expected to
24  come in higher than planned?  Do you see
25  that?

---

102

1      A.   Yes, I do.
2      Q.   What was that question for?
3      A.   That was to help understand, try
4  to get an update from BP on their
5  understanding of the pore pressure
6  environment so that we could understand the
7  chances of being able to reach geological
8  objectives.
9      Q.   If you go back to the first page
10  of that exhibit.
11      A.   (Complying.)
12      Q.   Mr. Bodek responds to your
13  e-mail on the 24th; correct?
14      A.   Correct.
15      Q.   And he says as discerned from
16  previous well control events, it appears as
17  if we have a 0.3 ppg sand overpressure
18  centroid at work.  Do you see that?
19      A.   I see that.
20      Q.   Do you know what that meant?
21      A.   I have an idea of what that
22  means.
23      Q.   Okay.  Go ahead.
24      A.   The centroid effect is a pore
25  pressure mechanism that occurs in sands and

---

103

1  is related to the dip and height of
2  hydrocarbons and fluid columns in those
3  sands and those can be different than the
4  shale pore pressures, and the shale pore
5  pressures are normally used to prepare the
6  well plan and it sounds -- my interpretation
7  of his comment is that they were
8  determining that this phenomenon was
9  occurring and it was causing some
10  differences from their plan.
11      Q.   Okay.  And if you go up to the
12  e-mail that you sent following Bodek's to
13  Mr. Folger and Mr. Chandler, it's basically
14  what you're explaining to them, right?
15      A.   Yes.
16      Q.   You say here if the sands are
17  dipping and have hydrocarbons in them,
18  there's a potential for taking a kick even
19  if the shales are overbalanced.  Do you see
20  that?
21      A.   Yes, I do.
22      Q.   Do you remember whether you
23  communicated that thought to BP?
24      A.   I did not.
25      Q.   Was there a reason you didn't?

---

104

1      A.   I trusted that BP had good
2  control over what was going on.
3          (Exhibit No. 2626 marked for
4  identification.)
5  EXAMINATION BY MR. FINEMAN:
6      Q.   Okay, go ahead.  I'm going to
7  give you what we're marking as 2626.  It's
8  ANA-MDL-000005061, 5078.  Do you recall this
9  e-mail?
10      A.   I don't recall this e-mail, but
11  I have no doubt that I sent it.
12      Q.   This is an e-mail from you to
13  Mr. Chandler dated March 24, 2010, correct?
14      A.   Correct.
15      Q.   And in this e-mail you say to
16  Mr. Chandler that:  "You found the attached
17  documents in our drilling folder on the L
18  drive."
19          Do you see that?
20      A.   Yes, I do.
21      Q.   Had you been looking for
22  documents about Macondo at this time?
23      A.   Let me refresh my memory.
24      Q.   Sure, please.
25      A.   (Reading).  At some point in

---

26  (Pages 101 to 104)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                Reported By:

**ROBERT QUITZAU**          *May 25, 2011*   DIANE TEWIS CLARK, RPR, RMR, CRR

---

105

1  there where there were discussions about the
2  size of the production casing, and I believe
3  I was looking for any information that would
4  give them an update of what BP's intention
5  was.  That's what I recall.
6      Q.    So you were looking for
7  information about what their plan was for
8  production casing?
9      A.    Correct.
10     Q.    That's the reason you were
11 looking in the L drive where you found this
12 in the L drive?
13     MS. WILMS:
14         Object to form.
15     THE WITNESS:
16         Yes.
17     EXAMINATION BY MR. FINEMAN:
18     Q.    Why did you want to know in
19 March, late March, what kind of production
20 casing they were going to use?
21     A.    I believe I was responding to
22 questions from the asset team.
23     Q.    Okay.  And at this point, you
24 say that Page 7 shows a full string of 9 and
25 7/8ths casing as production casing, correct?

---

106

1      A.    Correct.
2      Q.    And can you tell me what that
3  means?
4      A.    I don't see page numbers.
5      Q.    That's why I'm asking.  I feel
6  like you're probably the only one who can
7  answer this question.
8      A.    Can you repeat the question?
9      Q.    I was asking you what it means
10 -- you say Page 7 shows a full string -- I
11 can't remember what my question was.
12        Can you repeat the question that I
13 asked?
14        (Wherefupon, the requested
15 testimony was read by the Court Reporter)
16        "Q  Okay.  And at this point, you
17 say that Page 7 shows a full string of
18     9 and 7/8ths casing as production
19     casing, correct?
20     "A  Correct.
21     "Q  And can you tell me what that
22 means?
23     "A  I don't see page numbers.
24     "Q  That's why I'm asking.  I
25 feel like you're probably the only one

---

107

1      who can answer this question."
2      THE WITNESS:
3          I don't see anything in here that
4  shows the -- it may take me a little while
5  to look for it, but I don't see anything in
6  here that shows full string production
7  casing.  I do see some parts that are
8  redacted, but I don't recall if that would
9  be included.
10     EXAMINATION BY MR. FINEMAN:
11     Q.    Okay.  If you turn to the fourth
12 page of this exhibit.
13     A.    (Complying.)
14     Q.    It says BP GoM Deepwater
15 Exploration.  Do you see that?
16     A.    Yes.
17     Q.    Can you tell me what this is?
18     A.    This is a wellbore schematic of
19 BP's plan for the Macondo well.
20     Q.    Do you recall whether you had
21 seen this before you had pulled it off the L
22 drive in late March?
23     A.    I have seen this one or one
24 that's very similar.
25     Q.    Okay.

---

108

1      A.    So I don't know -- they change
2  from document to document.  I have one that
3  looks very similar to this in a binder that
4  Josh gave me.
5      Q.    Okay.  When you looked at the
6  design, this wellhead design, did you have
7  any questions or concerns about it that you
8  raised with BP?
9      MS. WILMS:
10         Object to form.
11     THE WITNESS:
12         I have no concerns about this
13 wellbore schematic.
14     EXAMINATION BY MR. FINEMAN:
15     Q.    Did you at the time?
16     A.    I did not.
17     Q.    Did you discuss the schematic,
18 the design with anybody at Anadarko?
19     A.    I don't recall any discussions
20 with anybody at Anadarko.
21     Q.    All right.  If you look at that
22 document you will see in the middle upper --
23 in the middle there, there's something
24 called a 16-inch rupture burst disk sub.  Do
25 you see that?

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**     **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters**     **Facsimile: (504) 525-9109**

Exhibit X
Page 27

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                                Reported By?
ROBERT QUITZAU               May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR

109

```
 1     A.   Yes, I do.
 2     Q.   And then below that there is
 3  another rupture burst disk sub and then
 4  there's another one below that.  Do you see
 5  that?
 6     A.   Yes, I do.
 7     Q.   And what -- they're at different
 8  depths, is that correct?
 9     A.   That's correct.
10     Q.   What are those?
11     A.   My understanding of rupture disk
12  subs are subs that are put into the casing
13  by the well designer for purposes -- many
14  times for purposes of managing annular
15  pressure buildup problems in a producing
16  well.
17     Q.   Have you used these sorts of
18  rupture burst disks in your design of wells?
19     A.   I have used rupture burst disks
20  before, yes.
21     Q.   Did you have -- did you form my
22  opinions about the use of the disks in this
23  scheme?
24     A.   I did not.
25     Q.   Did you -- have you ever come to
```

110

```
 1  conclude that the inclusion of these rupture
 2  burst disks were a design flaw?
 3     MR. DAVID:
 4        Object to form.
 5     THE WITNESS:
 6        I don't consider them a design
 7  flaw.
 8     EXAMINATION BY MR. FINEMAN:
 9     Q.   Have you -- at any point, have
10  you determined -- had any criticisms of the
11  use of these rupture burst disks in the
12  design of the Macondo well?
13     MR. DAVID:
14        Object to form.
15     THE WITNESS:
16        Can you repeat the question?
17     EXAMINATION BY MR. FINEMAN:
18     Q.   Yes.  Have you had any
19  criticisms of the use of the rupture burst
20  disks in the design of the Macondo well?
21     MR. DAVID:
22        Object to form.
23     THE WITNESS:
24        I'm not in a position to criticize
25  them.
```

111

```
 1     EXAMINATION BY MR. FINEMAN:
 2     Q.   Did you ever come to a place you
 3  had a criticism of them?
 4     MR. DAVID:
 5        Object to form.
 6     THE WITNESS:
 7        I did not criticize them.
 8     EXAMINATION BY MR. FINEMAN:
 9     Q.   I'm not asking you -- okay.  Did
10  you ever come to the conclusion that these
11  rupture burst disks were a -- constituted a
12  well design problem?
13     MR. DAVID:
14        Object to form.
15     THE WITNESS:
16        I did not conclude that.
17     EXAMINATION BY MR. FINEMAN:
18     Q.   Did you come to -- did you form
19  any opinions at all about the use of rupture
20  disks in the Macondo well design?
21     A.   Are you talking about pre-event?
22  Prior to April 20th?
23     Q.   At any time, it could have been
24  during your post-spill efforts, it could
25  have been during -- at any time?
```

112

```
 1     A.   During the relief efforts, these
 2  were a major factor in putting together the
 3  plans for the various remedies for trying to
 4  get the well back under control.  So if
 5  there is an opinion, it would be that those
 6  factors should be factored in to the well
 7  design upfront and taken into account.  But
 8  I wouldn't call that a flaw.  That is a very
 9  complicated question that I'm not qualified
10  to answer with regard to the whole well
11  design.  The opinion was related to if they
12  create difficulty in a blowout relief
13  effort.
14     Q.   Knowing what you know now, would
15  you design a well with these rupture disks?
16     MS. WILMS:
17        Object to form.
18     MR. DAVID:
19        Object to form.
20     THE WITNESS:
21        I would have to look at the exact
22  well design circumstances, objectives and
23  integrity objectives and I would consider
24  them.  I can't make a general statement
25  about whether or not I would use them.
```

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters      Facsimile: (504) 525-9109**

Exhibit X
Page 28

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported by:
**ROBERT QUITZAU**              **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

---

113

1  **EXAMINATION BY MR. FINEMAN:**
2      **Q.    Okay.  Next document.**
3      **MS. MARTIN:**
4      **7?**
5      **MR. FINEMAN:**
6      **7, yeah.**
7  **EXAMINATION BY MR. FINEMAN:**
8      **Q.    I'm going to give you what's**
9  **been previously marked as 1905, Tab 7.  So**
10 **this is an e-mail from you to Mr. Chandler**
11 **and now we're to March 29, correct?**
12     A.    Correct.
13     **Q.    And you're attaching the updated**
14 **well plan update, correct?**
15     A.    Correct.
16     **Q.    In this e-mail, you say:  "Based**
17 **on the mud weights, it looks like the pore**
18 **pressure is coming in higher than expected."**
19     **Do you see that?**
20     A.    Yes, I do.
21     **Q.    What did you mean by that?**
22     A.    I mean that the mud weights that
23 I plotted on the graph are higher than the
24 planned mud weights in BP's original
25 documents.

114

1      **Q.    And was that a reason for**
2  **concern?**
3      A.    It's just an observation.
4      **Q.    Did you communicate that**
5  **observation to anybody at BP?**
6      A.    I did not.
7      **Q.    If you go to the paragraph after**
8  **that, it says:  "The 9 7/8 liner depth shown**
9  **is a depth that may still allow us to reach**
10 **TD in the next hole section.  Hopefully we**
11 **will set the 9 7/8 liner deeper than shown."**
12     **Do you see that?**
13     A.    Yes, I do.
14     **Q.    Can you explain to me what you**
15 **meant by that?**
16     A.    Let me read the paragraph.
17     **Q.    Sure.**
18     A.    (Reading) The first sentence
19 states that if the 9 and 7/8 liner were set
20 at that depth, based on the predicted pore
21 pressure and mud weights, there would still
22 be a chance to reach total depth in the next
23 hole section.
24     **Q.    At this point, were you and**
25 **Anadarko concerned about whether or not BP**

115

1  **would reach total depth?**
2      A.    At this point, I'm simply
3  tracking progress and advising the asset or
4  communicating that to the asset team on
5  whether or not -- on the chances of being
6  able to reach the objectives.
7      **Q.    You used the phrase may still**
8  **allow us to reach.  At this point was there**
9  **a concern that you may not be able to reach**
10 **TD?**
11     A.    My recollection is that this 9
12 and 7/8th depth would be shallower than
13 planned and a possible concern with that
14 would be that by setting the same string
15 shallower, the risk would increase for not
16 reaching the objective and this is saying
17 that based on the observations there still
18 could be a chance that BP would reach the
19 objective.
20     **Q.    Okay.  And did you or anybody**
21 **else from Anadarko communicate with BP about**
22 **these issues at this time?**
23     A.    I did not communicate to BP on
24 this.
25     **Q.    Do you know whether anybody else**

116

1  **did?**
2      A.    I do not know.
3      (Exhibit No. 2627 marked for
4  identification.)
5  EXAMINATION BY MR. FINEMAN:
6      **Q.    Next document.  I'm going to**
7  **give you what we're marking as 2627,**
8  **ANA-MDL-000008797 to 8798.  It's Tab 8.**
9      A.    (Reading).
10     **Q.    This is an e-mail dated March**
11 **30, 2010 from you to people at the asset**
12 **team, correct?**
13     A.    That's correct.
14     **Q.    And again, you're attaching an**
15 **updated well plan, correct?**
16     A.    Correct.
17     **Q.    Let me ask you:  There's a**
18 **number of these well plan updates over these**
19 **consecutive days we've seen, right?**
20     A.    Yes.
21     **Q.    Is it unusual for there to be a**
22 **well plan update this frequently?**
23     **MS. WILMS:**
24     **Object to form.**
25     **THE WITNESS:**

29 (Pages 113 to 116)

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009      Board-Certified Court Reporters      Facsimile: (504) 525-9109**

Exhibit X
Page 29

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:
**ROBERT QUITZAU**                      **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

117

1    I can't say whether it's unusual
2 or not. This is my one experience working
3 with Anadarko as a nonoperator.
4    EXAMINATION BY MR. FINEMAN:
5    Q.    At the time, did you reach any
6 conclusions as to whether or not there were
7 a lot -- unusually -- an unusual number of
8 well plan updates?
9    MS. WILMS:
10    Object to form.
11    THE WITNESS:
12    I can't say it's unusual. I have
13 nothing to compare it to.
14    EXAMINATION BY MR. FINEMAN:
15    Q.    Right. So you didn't -- it
16 didn't occur to you at the time that it was
17 --
18 well, strike that.
19    Did you ever have any concerns
20 about the fact that the well plan was being
21 updated so frequently?
22    MS. WILMS:
23    Object to form.
24    THE WITNESS:
25    I don't consider that the well

118

1 plan was updated so --
2    EXAMINATION BY MR. FINEMAN:
3    Q.    Okay. So you didn't -- there
4 was nothing -- did anything strike you as out
5 of the ordinary about receiving well plan
6 updates on a daily basis during this time
7 period?
8    MS. WILMS:
9    Object to form.
10    THE WITNESS:
11    Nothing seemed unusual about
12 sending out updates.
13    EXAMINATION BY MR. FINEMAN:
14    Q.    Okay. In this e-mail, in this
15 e-mail you say: "They reached the 9 and
16 7/8th liner depth. With a good 9 and 7/8th
17 shoe test, hopefully they will reach the
18 objective in the next hole section."
19    Do you see that?
20    A.    I do.
21    Q.    Is that just continuing on the
22 thoughts you were expressing in the prior
23 e-mail or is this -- is there a new thought
24 in here?
25    A.    It's continuing on the previous

119

1 thoughts, just tracking progress to the
2 objective.
3    Q.    Okay.
4    MR. FINEMAN:
5    We need to take a break right now
6 for the changing of the tape.
7    THE VIDEOGRAPHER:
8    We're going off the record. This
9 is the end of videotape No. 2. It's 11:13.
10    (Wherupon, a brief recess was
11 taken.)
12    THE VIDEOGRAPHER:
13    We're back on the record. This is
14 the beginning of videotape No. 3. It's
15 11:24.
16    EXAMINATION BY MR. FINEMAN:
17    Q.    Mr. Quitzau, earlier I asked you
18 if you played any role in reviewing AFEs. I
19 think you said no, is that correct?
20    A.    That's correct.
21    Q.    Okay. Do you recall whether you
22 were ever asked to look at the description
23 of -- what's called a project description
24 that's part of an AFE and to opine on to
25 whether it made sense for purposes of

120

1 Anadarko paying the bills?
2    A.    I don't recall ever being asked
3 that.
4    Q.    Just real quickly look at this.
5 This has been marked as 1921. It's Tab 9.
6 All I really want you to do is to look at
7 the 4th -- the last page of the exhibit.
8 That's it.
9    A.    Okay.
10    Q.    Have you ever seen that document
11 or one that looks like it before?
12    MS. WILMS:
13    Object to form.
14    THE WITNESS:
15    I don't recall specifically seeing
16 this document.
17    EXAMINATION BY MR. FINEMAN:
18    Q.    Okay. Do you recall ever
19 discussing with anybody at Anadarko whether
20 or not an AFE should be approved?
21    A.    I did not.
22    Q.    And do you recall whether
23 anybody ever consulted with you regarding the
24 status of the drilling progress as part of
25 their evaluation of whether or not an AFE

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**          **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters**          **Facsimile: (504) 525-9109**

Exhibit X
Page 30

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:

**ROBERT QUITZAU**          **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

---

121

1    should be approved?
2         A.    I don't --
3    MS. WILMS:
4         Object to form.
5    THE WITNESS:
6         I don't recall being contacted for
7    that.
8    EXAMINATION BY MR. FINEMAN:
9         Q.    All right.  You can put that one
10   away.
11        MS. MARTIN:
12        10?
13        MR. FINEMAN:
14        Yeah, 10.
15        (Exhibit No. 2628 marked for
16   identification.)
17   EXAMINATION BY MR. FINEMAN:
18        Q.    Now I'm going to give you a
19   document that we're marking as 2628, it's
20   ANA-MDL-000004592,4593, Tab 10.
21        A.    (Reading).
22        Q.    This is an e-mail from you to
23   members of the asset team, correct?
24        A.    Correct.
25        Q.    Dated -- now we're at April 3rd,

---

122

1    2010, correct?
2         A.    Correct.
3         Q.    And here you're circulating a
4    well plan update, correct?
5         A.    Yes.
6         Q.    Okay.  And here you say:  "BP
7    got another very good shoe test for their 9
8    7/8 liner."
9         Do you see that?
10        A.    Yes, I do.
11        Q.    What does that mean?
12        A.    That means that the actual shoe
13   test is higher than the originally predicted
14   fracture gradient at that depth.
15        Q.    And then you go on to say, a
16   little bit later:  "They hit a sand at 17700
17   with promising looking resistivity and
18   started taking some mud losses."
19        Do you see that?
20        A.    Yes, I do.
21        Q.    And what does that mean?
22        A.    That means they drilled into a
23   sand and started losing mud; in other words,
24   the amount of mud they pumped in was not the
25   same amount that was coming out of the

---

123

1    annulus.
2         Q.    And what is -- what does that
3    tell you as a drilling engineer?
4         A.    That indicates that they're
5    having lost circulation, in other words, at
6    some depth, the fracture gradient is lower
7    than predicted.
8         Q.    And is taking mud losses a
9    problem?
10        MS. WILMS:
11        Object to form.
12   THE WITNESS:
13        Taking mud losses is an event that
14   occurs from time to time and we deal with
15   it.  They deal with it, we deal with it if
16   we're the operators.
17   EXAMINATION BY MR. FINEMAN:
18        Q.    They go on to say they have
19   experienced gains with their pumps off at
20   17750.  Do you see that?
21        A.    I do.
22        Q.    What does that mean?
23        A.    That means when they turn the
24   pumps off well -- mud continues to flow out
25   of the well.

---

124

1         Q.    And then you say as of 5:00 a.m.
2    they were diagnosing the gains, right?
3         A.    Yes.
4         Q.    And you say, hopefully it's just
5    ballooning and not a kick.  What does that
6    mean?
7         A.    That means if you have your
8    pumps off and the mud is still coming out of
9    the hole, it could be a kick or it could
10   simply be this ballooning mechanism.
11        Q.    What does ballooning mean in
12   this context?
13        A.    Ballooning means that when the
14   pumps are on, the -- some formation downhole
15   fractures and as it fractures, mud, some of
16   the mud goes into that fracture and the
17   pressures are higher when the pumps are on.
18   When the pumps are off, the pressures are
19   lower, the fracture closes and then the mud
20   gets squeezed out of that fracture back into
21   the well and appears to be -- it does flow
22   back to surface even if the pumps are off.
23        Q.    Did these events raise any
24   concerns at Anadarko?
25        A.    We didn't have any concern, no.

---

31 (Pages 121 to 124)

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters     Facsimile: (504) 525-9109**

Exhibit X
Page 31

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                  Reported By:
ROBERT QUITZAU                    May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR

125

1      Q.    Do you recall whether you
2  discussed these events with anybody at BP?
3      A.    I do not.
4      Q.    Do you know whether anybody at
5  Anadarko did?
6      A.    I do not.  Can I add to that?
7  There were later discussions with Bobby
8  Bodek about ballooning and that may have
9  been a different ballooning episode.  I
10  would have to look at the e-mail.
11      Q.    Okay.  When you presented these
12  reports in the mornings, at the morning
13  meetings, did people ask you questions?
14      A.    Very rarely, if ever, about this
15  well.
16      Q.    These daily drilling meetings,
17  how long did they last, you said, I'm sorry,
18  15 to 30 minutes?
19      A.    Fifteen to 30 minutes.
20      Q.    And how many wells were
21  discussed during these morning meetings?
22      A.    The Anadarko-operated wells
23  would be discussed.  That could be anywhere
24  from three to six wells and then some --
25  Anadarko Gulf of Mexico wells, and then some

126

1  of the international wells might also be
2  discussed.
3      Q.    And you mentioned earlier that
4  your presentations were very brief.
5      A.    That's correct.
6      Q.    How long would you say they were
7  on average?
8      A.    Typically less than 30 seconds.
9      Q.    And typically no questions were
10  asked?
11      A.    Typically no questions were
12  asked.
13         (Exhibit No. 2629 marked for
14  identification.)
15  EXAMINATION BY MR. FINEMAN:
16      Q.    Do you recall -- strike that.
17         I'm going to give you 2629, it's
18  ANA-MDL-000062019, 62020.  It's Tab 12.  Now
19  we're at April 5, correct?
20      A.    Correct.
21      Q.    And this is an e-mail from you
22  to members of the asset team, correct?
23      A.    That's correct.
24      Q.    And again you're providing a
25  well update, correct?

127

1      A.    That's correct.
2      Q.    Okay.  And here you say:  "It
3  looks like they got back into a ballooning
4  mode when they raised the mud weight to 14.4
5  ppg."
6         Do you see that?
7      A.    I do.
8      Q.    What does that mean, back into a
9  ballooning mode?
10      A.    That means, in this instance,
11  that they began having a loss circulation
12  when they -- as they were raising the mud
13  weight to 14.4 pound per gallon.
14      Q.    The -- in the following -- not
15  the next paragraph, but the one after that
16  you say:  "If they POH all the way to surface
17  it would be good to see the memory
18  resistivity profile across the hole drilled
19  from the trip out."
20         Do you see that?
21      A.    I do.
22      Q.    What does that mean?
23      A.    That means that the resistivity
24  data of the hole that they drilled might
25  provide some information about what's

128

1  happening downhole.
2      Q.    And at this point, did you --
3  did you -- did you or somebody at Anadarko
4  determine to ask questions about these
5  events of BP?
6      MS. WILMS:
7         Object to form.
8      THE WITNESS:
9         Can you repeat the question?
10  EXAMINATION BY MR. FINEMAN:
11      Q.    Yeah.  At this point, did you
12  decide or somebody at Anadarko decide to ask
13  questions of BP about what was going on with
14  the well?
15      MS. WILMS:
16         Object to form.
17      THE WITNESS:
18         I'm sorry.
19      MS. WILMS:
20         You can answer.
21      THE WITNESS:
22         Okay.  Yeah.
23         At this point, I'm asking if
24  questions can be asked.  My last statement
25  there.

601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6009     Board-Certified Court Reporters      Facsimile: (504) 525-9109

Exhibit X
Page 32

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:
ROBERT QUITZAU                      May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR

129

1    EXAMINATION BY MR. FINEMAN:
2        Q.    Who should forward questions to
3    BP?
4        A.    That's correct.
5        Q.    Do you recall discussing these
6    issues -- the returning to ballooning mode
7    with -- at a morning meeting?
8        A.    I don't recall discussing that.
9        Q.    Do you recall whether or not you
10   were asked by anybody to reach out to BP
11   about what was happening at the well?
12       A.    Nobody asked me to reach out to
13   BP.
14       Q.    But you had questions for
15   Mr. Bodek?
16       A.    I had questions for BP.
17       Q.    Okay.  The second sentence of
18   that e-mail says the morning report says they
19   got a GeoTap® gradient of 12.58 ppg at 1889
20   feet MD.  Is that correct?  What was this
21   about?
22       A.    I was asking about the accuracy
23   of the GeoTap® reading, whether it was
24   correct or not.
25       Q.    What is a GeoTap® reading?

130

1        A.    A GeoTap® reading is a direct
2    measurement of the pore pressure in the zone
3    of interest.
4        Q.    Was there something about the
5    information you were seeing that you were
6    concerned about?
7        MS. WILMS:
8             Object to form.
9        THE WITNESS:
10            I wasn't really concerned, just
11   simply questioning the accuracy of it.
12       EXAMINATION BY MR. FINEMAN:
13       Q.    And did you ever determine
14   whether it was accurate or not?
15       A.    Can I clarify the time period
16   that you're referring to?
17       Q.    Sure.  At any time.
18       A.    Post-incident, I believe that
19   number to be correct.  I learned that.
20       Q.    At the time?
21       A.    At the time, I never did get an
22   answer.
23            (Exhibit No. 2630 marked for
24   identification.)
25       EXAMINATION BY MR. FINEMAN:

131

1        Q.    Okay.  This is 2630,
2    ANA-MDL-000002157, 2158.  Tab 13.  If you
3    start with the second page of the exhibit,
4    so this, I believe, is following up on your
5    prior -- the last exhibit we discussed.
6    This is an April 5 e-mail from you to
7    Mr. Bodek, correct?
8        A.    That's correct.
9        Q.    Do you recall sending this
10   e-mail?
11       A.    Yes, I do.
12       Q.    And the last sentence of that
13   e-mail is:  "Is there any consideration to
14   reducing the mud weight to 14.3 ppg?"
15            Do you see that?
16       A.    I see that.
17       Q.    Why were you asking him if there
18   was any consideration of that?
19       A.    I wanted to get an update on
20   what their thoughts were.  They had no loss
21   returns with 14.3 and they encountered
22   losses when they had 14.4, so I asked them
23   if they were going to go back to the mud
24   weight that they weren't having losses.
25       Q.    Were you recommending to him

132

1    that they reduce the mud weight?
2        A.    I was simply making a suggestion
3    at this point.
4        Q.    Suggesting that they reduce the
5    mud weight?
6        A.    Suggesting that they consider it
7    because there's many factors involved that
8    we were not aware of.
9        Q.    All right.  If you go to the
10   next e-mail, it's from you to members of the
11   asset team later on the 5th.  Do you see
12   that?  It's on the next page -- it's on
13   the --
14       A.    The first page?
15       Q.    I'm sorry, the first page, yes,
16   the bottom of the page, yeah.  Is that
17   correct?
18       A.    That's correct.
19       Q.    Okay.  And Mr. Bodek called you
20   in response to your questions, I take it.
21       A.    Yes.
22       Q.    In this e-mail, you wrote:  "He
23   says they have pulled up into the casing
24   shoe and they're circulating with 14.3 ppg
25   mud."

601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009     Board-Certified Court Reporters        Facsimile: (504) 525-9109

Exhibit X
Page 33

**ROBERT QUITZAU**          *May 25, 2011*   DIANE TEWIS CLARK, RPR, RMR, CRR

---

133

1        Do you see that?
2      A.  I do.
3      Q.    Did they come to that decision
4  on their own or were they following your
5  suggestion?
6      A.    They came to that decision on
7  their own.
8      Q.    If you go down to the paragraph
9  that starts "he said."
10     A.  Yes.
11     Q.    "He said they are thinking that
12 it is possible that they are through the M56
13 and may be through the M55.  They're worried
14 about drilling into a pressure ramp that has
15 shown up elsewhere."
16        Do you see that?
17     A.  I do.
18     Q.    First of all, what is a pressure
19 ramp?
20     MR. DAVID:
21        Object to form.
22     THE WITNESS:
23        A pressure ramp is an increase in
24 pore pressure gradient that occurs in shale.
25     EXAMINATION BY MR. FINEMAN:

---

134

1      Q.    Okay.  And he said here, or
2  you're relaying that Mr. Bodek had said
3  they're worried about drilling into a
4  pressure ramp, correct?
5      A.  Yes.
6      Q.    Do you recall why they were
7  worried about it?
8      MR. DAVID:
9        Object to form.
10     THE WITNESS:
11        I don't recall him specifically
12 explaining why he was worried.
13     EXAMINATION BY MR. FINEMAN:
14     Q.    Did you do any investigation
15 yourself into why BP might be worried about
16 drilling into a pressure ramp?
17     A.  I did not.
18     Q.    Do you know what he meant when
19 he referred to such a pressure ramp showing
20 up elsewhere?
21     MR. DAVID:
22        Object to form.
23     THE WITNESS:
24        I don't recall the -- he was
25 referring to an offset well, but I don't

---

135

1  recall what offset well.
2      EXAMINATION BY MR. FINEMAN:
3      Q.    I'm sorry, offset well?
4      A.    An offset well would be a nearby
5  well that would be geologically similar to
6  the well that's being drilled.
7      Q.    Fair enough.  He goes -- you go
8  on to recount him saying:  "So it's possible
9  that after they drill and ream a short
10 distance below the current sand that they
11 would rig up and run wireline to get good
12 data on the big pay sand before drilling
13 into more risks."
14        Do you see that?
15     A.  Yes, I do.
16     Q.    Do you know -- well, what did
17 you mean when you wrote "drilling into more
18 risks"?
19     A.    Basically this is my
20 understanding of what Bobby said was that
21 they were going to make sure they stopped
22 drilling before they got to any -- anything
23 that could be considered a risk or the
24 pressure ramp.
25     Q.    And in this context, what would

---

136

1  risk be?
2      A.    The risk in this context would
3  be a required increase in mud weight in the
4  pressure ramp.
5      Q.    Anything else?
6      A.  That's it.
7      Q.    So at this point he's telling
8  you that they may -- they may just stop
9  drilling?
10     A.    Let me read the paragraph.
11        I would interpret that to mean
12 they may stop drilling at some time, but
13 they may not be finished drilling yet.
14     Q.    They hadn't decided yet?
15     A.    They hadn't decided yet.
16     Q.    If you go to the next page, it's
17 in the same e-mail.  He says, again,
18 referring to Bodek:  "That they will look at
19 the POH resistivity data to determine where
20 the losses/ballooning is occurring.  Their
21 thoughts are that the recent problems were
22 due to ballooning and not higher pore
23 pressure."
24        Do you see that?
25     A.  I do.

---

34 (Pages 133 to 136)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:

**ROBERT QUITZAU**              *May 25, 2011*   **DIANE TEWIS CLARK, RPR, RMR, CRR**

---

137

1      Q.     Did you agree with that
2   conclusion?
3      A.     I didn't have an opinion on
4   that.
5   I trusted his interpretation.
6      Q.     Are you generally aware in the
7   April 4, April 7 time period that they were
8   having loss circulation problems out the
9   well?
10      MR. DAVID:
11         Object to form.
12      THE WITNESS:
13         I recall that they had some loss
14   circulation problems and ballooning issues
15   in those periods.
16   EXAMINATION BY MR. FINEMAN:
17      Q.     And did any of the events in
18   that time period cause you or anybody else at
19   Anadarko to have concern about whether the
20   well could be completed safely?
21      MS. WILMS:
22         Object to form.
23      MR. DAVID:
24         Object to form.
25      THE WITNESS:

---

138

1         No, we did not have any concerns
2   about them drilling the well safely.
3   EXAMINATION BY MR. FINEMAN:
4      Q.     All right, 14. You testified
5   earlier that one of the ways that you got
6   information about what was going on at the
7   well was through InSite Anywhere. Do you
8   remember that?
9      MS. WILMS:
10         Object to form.
11      THE WITNESS:
12         Yes.
13         (Exhibit No. 2631 marked for
14   identification.)
15   EXAMINATION BY MR. FINEMAN:
16      Q.     I'm going to give you a document
17   that we're marking as 2631,
18   ANA-MDL-000000503 to 506. It's Tab 14. If
19   you look at the front page here of this
20   exhibit, we're still on April 5 now,
21   correct?
22      A.     Correct.
23      Q.     And these two e-mails on this
24   page show that Mr. Bodek is asking that you
25   be provided to -- provided access to InSite

---

139

1   Anywhere, is that correct?
2      A.     That's correct.
3      Q.     And then the subsequent e-mail
4   from José Ortiz to Mr. Bodek copying you is
5   that you've been granted that access. Do
6   you see that?
7      A.     Yes, I do.
8      Q.     So it's fair to say you did not
9   have access to InSite Anywhere with respect
10   to Macondo until on or after April 5th, is
11   that correct?
12      A.     That's correct.
13      Q.     Is there a reason why you didn't
14   get access to InSite Anywhere earlier than
15   April 5th?
16      MS. WILMS:
17         Object to form.
18      MR. DAVID:
19         Object to form.
20      THE WITNESS:
21         I had no reason or interest in
22   gaining access to InSite Anywhere for
23   Macondo.
24   EXAMINATION BY MR. FINEMAN:
25      Q.     Why did you have no interest?

---

140

1      A.     There was no reason for me to
2   look at that information. I had all the
3   information I needed from the WellSpace.
4      Q.     So being able to see the -- see
5   information in realtime was not something
6   you didn't feel like you needed up until
7   that point?
8      A.     I did not need that.
9      Q.     Did you ever conclude that you
10   needed realtime access in order to perform
11   your functions with respect to Macondo?
12      A.     I never needed realtime access
13   to perform my functions.
14      Q.     You are a 30(b)(6) witness on
15   the subject of InSite Anywhere so I'm going
16   to cover some questions about it right now
17   with you. Okay?
18      A.     Okay.
19      Q.     First of all, do you have any
20   knowledge about the difference between
21   what's referred to sometimes as the full
22   version of InSite and InSite Anywhere?
23      A.     I do not.
24      Q.     What kind of information could
25   Anadarko obtain and view on InSite Anywhere?

---

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009      Board-Certified Court Reporters      Facsimile: (504) 525-9109**

Exhibit X
Page 35

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                              Reported By?

**ROBERT QUITZAU**          **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

---

141

1    A.    InSite Anywhere is capable of
2  providing stored well data, it's also
3  capable of providing realtime well data,
4  including various drilling parameters and
5  formation evaluation parameters.
6    Q.    And how did Anadarko use
7  realtime data obtained via InSite Anywhere
8  for the Macondo well?
9    MS. WILMS:
10    Object to form.
11    THE WITNESS:
12    I used it simply to see an image
13  of the pay sand on the wireline log, on the
14  LWD logs.  I don't recall what the other
15  members said they used that for.
16    MS. WILMS:
17    Once again, I want to note for the
18  record that another gentleman was designated
19  on this topic.
20    MR. FINEMAN:
21    Okay.  But I still need to ask him
22  the question.
23    MS. WILMS:
24    Totally understood.
25  EXAMINATION BY MR. FINEMAN:

---

142

1    Q.    Let me back up here because
2  right now I want to ask you -- I'm focusing
3  on your role as a 30(b)(6) witness right now.
4  I'm going to ask you in a minute about your
5  personal role.
6    A.    Okay.
7    Q.    Right now I want to know how
8  Anadarko used realtime data obtained via
9  InSite Anywhere for the Macondo well site.
10    A.    The explorationists would follow
11  the progress while drilling through the zone
12  to look at the pay properties.  I don't know
13  exactly how they do that, but when they see
14  the pay zone, they like to watch that.
15    Q.    And that's something that's done
16  by the -- you said the geologists?
17    A.    Yes.
18    Q.    How did drilling engineers use
19  InSite Anywhere with respect to Macondo?
20    A.    I used it simply to see images
21  of the resistivity and the LWD logs to see
22  what the pay looked like, and I didn't use it
23  for realtime.
24    Q.    Were there any policies or
25  practices -- well, strike that.  Had you

---

143

1  used InSite Anywhere before?
2    A.    Yes, I have.
3    Q.    With other projects?
4    A.    With other projects.
5    Q.    How did you use it in those
6  instances?
7    A.    I use all manner of aspects of
8  it, mostly for looking at data that's already
9  been gathered such as I just described for
10  Macondo, looking at the formation properties
11  from the LWD and occasionally I will use it
12  to look at drilling parameters.
13    Q.    Is there a difference between
14  how you would use it if you were the operator
15  and you had designed the well versus how you
16  used it in Macondo?
17    A.    Yes.
18    Q.    And explain the difference to
19  me.
20    A.    The difference is as a
21  nonoperator monitoring the well, I simply
22  want to see, you know, what the pay zone
23  looked like.  As an operator, I would keep
24  track of a lot of the practices that are
25  ongoing on the rig.

---

144

1  If they're -- at times of interest that --
2  at times of interest when I know exactly
3  what they're doing out there.  That would be
4  a major difference from the two roles.
5    Q.    To your knowledge did anybody at
6  Anadarko use InSite Anywhere to monitor what
7  was happening on the rig?
8    A.    I'm not aware of anybody doing
9  that.
10    Q.    Did you?
11    A.    I did not.
12    Q.    Were there any policies --
13    A.    Let me clarify that.  You're
14  talking about realtime?
15    Q.    Yes.
16    A.    Yes, I did not.
17    Q.    So in addition to realtime,
18  there was other static information that was
19  stored on InSite Anywhere, correct?
20    A.    Yes, correct.
21    Q.    And what kind of information was
22  that?
23    A.    They store what I call drilling
24  data.  They store the log data and the
25  drilling data.  The drilling data would be

---

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**          **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters**          **Facsimile: (504) 525-9109**

Exhibit X
Page 36

145

1    all of the parameters that are recorded in
2    the mudlogging unit on the rig which would
3    include pressures and pump rates and torque
4    and various parameters that they normally
5    track.
6        Q.    Is that the -- did you -- with
7    respect to Macondo, did you use the realtime
8    at all?
9        A.    I did not. I don't recall using
10   any realtime information.
11       Q.    So to the extent you used InSite
12   Anywhere for Macondo, it was for static
13   information?
14       A.    That's correct.
15       Q.    Are you aware of anybody at
16   Anadarko who used realtime data for Macondo?
17       A.    I'm not aware of anybody using
18   it.
19       Q.    Were there any policies or
20   practices for Anadarko's review of
21   information obtained via InSite Anywhere?
22       A.    I'm not aware of any policies or
23   practices.
24       Q.    Were specific Anadarko personnel
25   tasked with reviewing the realtime data from

146

1    InSite Anywhere for Macondo?
2        A.    I'm not aware of any assignments
3    to do that.
4        Q.    Were there any specific days of
5    the week or times of the day when Anadarko
6    personnel were expected to be reviewing
7    realtime data versus via InSite?
8        MS. WILMS:
9            Object to form.
10       THE WITNESS:
11           I'm not aware of any specific
12   times of day that different members would
13   review InSite Anywhere.
14       EXAMINATION BY MR. FINEMAN:
15       Q.    Were there any specific well
16   activities or procedures concerning which
17   Anadarko personnel were expected to be
18   reviewing realtime data via InSite?
19       MS. WILMS:
20           Object to form.
21       THE WITNESS:
22           I'm not aware of that.
23       EXAMINATION BY MR. FINEMAN:
24       Q.    Did Anadarko expect that someone
25   would be monitoring Macondo via InSite

147

1    during temporary abandonment procedures?
2        MS. WILMS:
3            Object to form.
4        THE WITNESS:
5            I'm not aware that Anadarko
6    expected that.
7        EXAMINATION BY MR. FINEMAN:
8        Q.    Do you know whether anybody at
9    Anadarko was monitoring Macondo via InSite
10   Anywhere during temporary abandonment
11   procedures?
12       A.    I'm not aware of anybody
13   monitoring Macondo.
14       Q.    Just to confirm this, is it your
15   testimony that you did not or that you have
16   no memory of looking at realtime data with
17   respect to Macondo?
18       A.    I have no memory of looking at
19   realtime data for Macondo.
20       Q.    Was it ever your practice to
21   make notes -- strike that.
22           You testified a minute ago that
23   you did on other projects use the realtime
24   data feed from InSite Anywhere; correct?
25       A.    Yes.

148

1        Q.    In those instances did you have
2    a practice of taking notes of what you saw?
3        A.    No, not typically.
4        Q.    Okay. Do you recall that you
5    logged on to InSite Anywhere on April 17, 18
6    and 19?
7        MS. WILMS:
8            Object to form.
9        THE WITNESS:
10           In reviewing the InSite Anywhere
11   log, it appears that I have logged on
12   sometimes during that period.
13       EXAMINATION BY MR. FINEMAN:
14       Q.    Do you have any memory of what
15   you were looking at during that time period?
16       A.    I don't have any explicit
17   memory, no.
18       MR. FINEMAN:
19           Can I have Exhibit 29 -- I'm
20   sorry, Tab 29.
21       MS. MARTIN:
22           (Handing.)
23       EXAMINATION BY MR. FINEMAN:
24       Q.    I'm going to give what's been
25   previously marked as Exhibit 622. This

Exhibit X
Page 37

149

```
 1    document is entitled "Supplemental InSite
 2    Anywhere Access Log for DEEPWATER HORIZON
 3    MC252 Macondo."
 4         If you turn to -- start with,
 5    let's turn to the third page.
 6         MS. WILMS:
 7         If you want to take a second to
 8    flip through the whole thing.
 9         THE WITNESS:
10         Yes.  Okay.
11    EXAMINATION BY MR. FINEMAN:
12         Q.   If you look at the third page of
13    the document, about halfway down on 4/17 at
14    23:57 p.m. central time, do you see that?
15    There is a reference to you.  Do you see
16    your name?
17         A.   Yes.
18         Q.   It says -- to the far right it
19    says you logged in then.  Do you see that?
20         A.   I do.
21         Q.   And it looks like -- if you go
22    down a little further to the 18th, at 6:39
23    a.m. it says, next to your name, it says log
24    out, do you see that?
25         A.   Yes.
```

150

```
 1         Q.   So first of all, do you recall
 2    being logged in from the evening of the 17th
 3    through the morning of the 18th?
 4         A.   I do not recall.
 5         Q.   Have you done anything in terms
 6    of preparing for your deposition today that
 7    could refresh your memory about what you
 8    did, the fact that you were logged on at
 9    that time period?
10         A.   I have a question relating to
11    this data set.  I don't know if this is the
12    one that we looked at.  Is this specifically
13    for the HORIZON, the Macondo operations?
14         MS. WILMS:
15         You can look at the information on
16    the last page.
17         THE WITNESS:
18         Sorry, let me -- I better read
19    that.  Can you repeat the question?
20    EXAMINATION BY MR. FINEMAN:
21         Q.   Let's start over.  This document
22    anyhow shows you logged on from -- logged on
23    to InSite Anywhere from the evening of
24    April 17th to the morning of April 18th.  Do
25    you see that?
```

151

```
 1         A.   Yes.
 2         Q.   And my question to you was:  Do
 3    you recall being logged on during that time
 4    period?
 5         A.   I do not.
 6         Q.   And then my next question, I
 7    think, was and is do you have a memory of
 8    why you were logged in for that time period?
 9         A.   I don't have a specific memory.
10         Q.   And then I asked you if you did
11    anything during the preparation for your
12    deposition that refreshes -- might have
13    refreshed your memory as to whether you were
14    logged on at that time and if so, what you
15    were looking at?
16         A.   In our preparation, we discussed
17    and acknowledged that at this time I had
18    another well going on which was drilling for
19    a casing point and I would frequently
20    monitor -- you know, as an operator, I would
21    monitor the detailed operations.  So typical
22    practice would be to log on at night and
23    watch it, and then when I wake up -- leave
24    it running and the when I wake up in the
25    morning, I would check it when I wake up.
```

152

```
 1    We knew that was going on, but there was no
 2    way for us to relate back to exactly what
 3    happened from these logs.
 4         Q.   So is it your testimony that
 5    this particular log on to InSite Anywhere
 6    relates to some well other than Macondo?
 7         A.   My testimony was that's what we
 8    described in our preparation for this
 9    deposition and so I can't say conclusively
10    that this was for another well.
11         Q.   All right.  It's not a document
12    obviously that I produced.  It does say, the
13    title of the document is "Supplemental
14    InSite Anywhere log for DEEPWATER HORIZON
15    MC252 Macondo."
16         All right.  Did you keep -- did
17    anybody at Anadarko keep a log, an internal
18    log as to when they logged in and logged out
19    of InSite Anywhere?
20         A.   I'm not aware of any logs.
21         Q.   Did you?
22         A.   I did not.
23         Q.   Did you keep time records or
24    description -- accounts of what you were
25    doing for Anadarko -- strike that.  Let me
```

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009    Board-Certified Court Reporters    Facsimile: (504) 525-9109**

Exhibit X
Page 38

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                Reported By:

**ROBERT QUITZAU**          May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR

153

1  start over again.
2        You're a consultant to Anadarko?
3     A.   Correct.
4     Q.   Were you paid by Anadarko a flat
5  fee or were you paid by the hour?
6     A.   Paid by the hour.
7     Q.   So did you keep --
8     A.   Paid by Argonauta.
9     Q.   Sorry, right, but you were still
10 paid by the hour, correct?
11    A.   Correct.
12    Q.   And Anadarko, I presume --
13 strike that.
14       Did you submit time reports or
15 time sheets or accounts of what you had been
16 doing for Anadarko?
17    A.   Yes.
18    Q.   Do you have copies of those?
19    A.   I do.
20    Q.   Where do you keep those?
21    A.   I keep them at my home and on my
22 computer.
23    Q.   Okay.  And are those accurate
24 descriptions of everything that you did for
25 Anadarko with respect to Macondo?

154

1     A.   They are accurate from the
2  standpoint of hours per day, but not hours
3  during the day.
4     Q.   I'm not sure I understand that.
5     A.   In other words, if I worked an
6  hour a day, that would show up on my
7  records, but it wouldn't say what time I
8  worked that hour.
9     Q.   Okay.  Fair enough.  But it
10 would record the number of hours you worked
11 in a particular day and the tasks you
12 performed in that particular day?
13    A.   A simple description of the
14 task, yes.
15    Q.   Is it clearly identifiable in
16 those reports which well you're working on?
17    A.   It should be pretty clear.
18    Q.   If you were logged on to InSite
19 Anywhere at a particular point in time,
20 would you record in your time sheets review,
21 something like, you know, logged on to
22 InSite Anywhere or review data?
23    A.   Probably not.
24    Q.   So you wouldn't write down in
25 there, what -- if you were logged on or

155

1  looking at information in InSite Anywhere,
2  you wouldn't write that down?
3     A.   No, I wouldn't.
4     Q.   Let's see, if you go down a
5  little bit, it says, it's got your name next
6  to April 18 at 6:57 a.m.  Do you see that?
7     A.   Yes.
8     Q.   And that says "login"?
9     A.   Yes.
10    Q.   If you go down to 7:04 a.m.,
11 right, just a little bit later, just a few
12 minutes later.
13    A.   Yes.
14    Q.   It shows you logging out.
15    A.   Okay.
16    Q.   Okay.  Do you have any memory of
17 logging in to InSite Anywhere during that
18 time period on April 18th?
19    A.   I do not.
20    Q.   Do you have any explanation for
21 the brief amount of time that you were
22 logged in?
23    MS. WILMS:
24       Object to form.
25 EXAMINATION BY MR. FINEMAN:

156

1     Q.   At least as is reflected in this
2  exhibit?
3     MS. WILMS:
4       Object to form.
5     THE WITNESS:
6       I could only offer speculation.
7  EXAMINATION BY MR. FINEMAN:
8     Q.   Okay.  What's your speculation?
9     A.   I come in in the morning, I
10 prepare for the morning report, the 7:30
11 meeting, I log on to see what my well is
12 doing or what Macondo is doing, get my
13 observations and go to the morning meeting.
14    Q.   Okay.  But, again, do you know
15 whether this login, if you logged in, was
16 Macondo or some other well?
17    A.   I don't.
18    Q.   If you turn to the next page.
19    A.   (Complying).
20    Q.   You will see on April 19, it
21 appears you logged in at 10:58 a.m. central
22 time and logged out at 10:59.  Do you see
23 that?
24    A.   Yes, I do.
25    Q.   Do you have any memory of

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.     Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters      Facsimile: (504) 525-9109**

Exhibit X
Page 39

157

1  logging in to InSite Anywhere at that time?
2      A.   I do not.
3      Q.   Do you have an explanation for
4  the brief amount of time that you were logged
5  in there?
6      MS. WILMS:
7          Object to form.
8      THE WITNESS:
9          I do not.
10  EXAMINATION BY MR. FINEMAN:
11      Q.   Have you -- do you have any
12  information about the InSite Anywhere
13  practices of Brian O'Neill?
14      A.   I do not.
15      Q.   Do you have any information
16  about the InSite Anywhere practices of Derek
17  Folger?
18      A.   I do not.
19      Q.   Do you recall having any
20  conversations with --
21      A.   I'm sorry, so let me make sure I
22  understand your question.  Are you referring
23  to things we discussed to prepare for this
24  deposition?
25      Q.   Right now I'm asking you if you

158

1  have any information based on anything other
2  than your deposition preparation.
3      A.   I do not.
4      Q.   During your deposition
5  preparation, did you learn any information
6  about the InSite Anywhere practices of
7  Mr. O'Neill or Mr. Folger?
8      A.   Mr. O'Neill said that he as a
9  petrophysicist, he downloaded -- I don't
10  recall the exact times, but he would
11  download various log properties to conduct
12  his petrophysical analysis.
13      Q.   Anything else about Mr.
14  O'Neill's practices?
15      A.   That's all I recall from
16  Mr. O'Neill.
17      Q.   How about Mr. Folger?
18      A.   I don't recall specific
19  practices from Mr. Folger.
20      Q.   Do you know whether anybody at
21  Anadarko was logged on to InSite Anywhere on
22  April 20th, 2010?  I'm not asking you to
23  look at the document.  I'm just asking you
24  if you know.
25      A.   I don't know other than what the

159

1  records may show.
2      Q.   But -- all right.  Were you
3  logged onto InSite Anywhere on April 20th?
4      A.   I don't recall.
5      Q.   In your experience with InSite
6  Anywhere, is it possible in looking at the
7  realtime data to see an indication of or a
8  possibility of hydrocarbons in a well?
9      A.   Yes, it is.
10      Q.   And what would the indicia or
11  what would the information that you would see
12  be that would suggest such a possibility?
13      A.   To the extent that InSite
14  Anywhere displays the logging while drilling
15  information, that information often contains
16  formation evaluation or formation fluid
17  property information, depending on the log
18  and I'm not a logging expert, but you can
19  see the resistivity, for example that would
20  possibly indicate pay or hydrocarbons.
21      Q.   Can you see, based on your
22  experience with InSite Anywhere, can you see
23  in the realtime data, drill pipe pressure?
24      A.   If they're capturing and
25  displaying that, that's possible, yes.

160

1      Q.   And is drill pipe pressure, can
2  that be an indication of hydrocarbons in a
3  well?
4      MS. WILMS:
5          Object to form.
6      THE WITNESS:
7          I would say that it would not be a
8  direct indicator.
9  EXAMINATION BY MR. FINEMAN:
10      Q.   Could it be an indirect
11  indicator?
12      MS. WILMS:
13          Object to form.
14      MR. DAVID:
15          Object to form.
16      MR. HARTLEY:
17          Object to the form.
18      THE WITNESS:
19          I can't say that.
20  EXAMINATION BY MR. FINEMAN:
21      Q.   You don't know?
22      A.   It's not a direct indicator of
23  hydrocarbons in a well.
24      Q.   You're using the word "direct
25  indicator" and that's why I asked you if

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters          Facsimile: (504) 525-9109**

Exhibit X
Page 40

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By

**ROBERT QUITZAU**          *May 25, 2011*   **DIANE TEWIS CLARK, RPR, RMR, CRR**

161

1  it's an indirect indicator, I'm not trying
2  to be cute, I'm trying to understand your
3  testimony.
4       What do you mean it's not a direct
5  indicator?
6       A.    The pressure has no direct
7  relation to any fluid properties in the
8  rocks.
9       Q.    Okay.  So if one observed
10  unusually -- unusual drill pipe pressure
11  through InSite Anywhere, what would that be
12  an indicator of, if anything?
13       MS. WILMS:
14         Object to form.
15       MR. DAVID:
16         Object to form.
17       THE WITNESS:
18         I couldn't speculate on that.
19       MR. FINEMAN:
20         All right.  Why don't we break
21  here for lunch.
22       THE VIDEOGRAPHER:
23         We're going off the record.  This
24  is videotape No. 3.  It's 12:07.
25         (Whereupon, a recess was taken for

162

1  lunch.)
2       THE VIDEOGRAPHER:
3         We're back on the record.  This is
4  the beginning of Videotape No. 4.  It's
5  1:10.
6         (Exhibit No. 2632 marked for
7  identification.)
8  EXAMINATION BY MR. FINEMAN:
9       Q.    Mr. Quitzau, I'm going to give
10  you what I've marked as 2632, it's
11  ANA-MDL-000007435 through 7436, Tab 15.  If
12  you will look at the e-mail at the bottom of
13  the page, we're now at April 8th, 2010.
14       Do you see that?
15       A.    Yes, I do.
16       Q.    And this is an e-mail from you
17  to Mr. Bodek, correct?
18       A.    Yes, it is.
19       Q.    And you say to him in this
20  e-mail: "It looks like we may be going in
21  the hole without an underreamer and just
22  drilling 8 and a quarter hole."
23       Is this correct?  Do you see that?
24       A.    Eight and a half hole?
25       Q.    I'm sorry, 8 and a half hole,

163

1  yeah.
2       A.    Yes.
3       Q.    What was this about?
4       A.    I was questioning what hole size
5  he was drilling.  They had been drilling 9
6  and 7/8ths hole and now they were going --
7  it appeared they were going in to drill 8
8  and a half hole, so I was asking for
9  clarification.
10       Q.    And that was a change from the
11  original design, correct?
12       A.    I don't know if the original
13  design contemplated drilling below 9 and
14  7/8th casing.
15       Q.    The original design contemplated
16  9 7/8 casing, correct?
17       A.    Right.
18       Q.    So you were looking for
19  clarification on this issue right here?
20       A.    That's correct.
21       Q.    And then you ask him, if so,
22  we'll be running a 7-inch production liner.
23  Correct?
24       A.    That's correct.
25       Q.    So at this point, you're looking

164

1  whether they're changing from the 9 7/8th to
2  a 7 inch?
3       A.    At this point, they've already
4  run a 9 and 7/8th casing which is already a
5  change in the plan, and this is to clarify
6  what casing will go in the bottom part of
7  the hole.
8       Q.    And for purposes of the
9  deposition, when I use the term "production
10  casing," is it correct that that -- we're
11  talking about the last -- the last set of
12  pipes, right?
13       A.    That's correct.
14       Q.    The last casing is the
15  production casing?
16       A.    The last casings run in the hole
17  are the production casings.
18       Q.    Got that straight.  So you then
19  later in the day sent an e-mail to members
20  of the asset team, later on the 8th,
21  correct?
22       A.    Yes.
23       Q.    And here you're relaying
24  Mr. Bodek's response to your e-mail below,
25  correct?

41 (Pages 161 to 164)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:

**ROBERT QUITZAU**          **May 25, 2011**   **DIANE TEWIS CLARK, RPR, RMR, CRR**

165

```
 1        A.    Yes.
 2        Q.    And at the bottom of that
 3   e-mail, you say:  "After logging, they will
 4   run a 7-inch production liner."
 5             Correct?
 6        A.    That's correct.
 7        Q.    Then you say:  "They may also
 8   run a tieback casing from the top of the
 9   7-inch liner to the mudline.  Bobby did not
10   provide any information on this."
11             Correct?
12        A.    That's correct.
13        Q.    Can you explain what those --
14   what that means?
15        A.    My understanding from talking to
16   Bobby and prior e-mails is that now they
17   would be running a 7-inch production liner
18   in the bottom of the hole and then the
19   possibility was they would come back and run
20   a second piece of production casing from the
21   top of that pipe back up to the surface.
22        Q.    And that's the tieback?
23        A.    The tieback casing.
24        Q.    Can you explain to me the
25   practical differences between the two, so on
```

166

```
 1   the one hand you're talking about a long
 2   string, on the other hand you're talking
 3   about a liner with a tieback, correct?
 4        A.    I don't believe I'm talking
 5   about a long string in this e-mail.
 6        Q.    No, you're not?
 7        A.    I'm not.
 8        Q.    Okay.
 9        A.    Let me read just to confirm.
10   So, no, in this e-mail it contemplates
11   running a production liner and a production
12   tieback casing.
13        Q.    So at this point, your
14   understanding is that they're going to run
15   the liner with the tieback?
16        A.    That's my understanding.
17        Q.    What is the benefit of doing
18   that?
19        A.    I'm not in a position to comment
20   on any benefits, it's simply what I thought
21   that the plan was.
22        Q.    In your experience as a drilling
23   engineer why would you select the liner with
24   the tieback as opposed to some other
25   production casing method?
```

167

```
 1             MS. WILMS:
 2             Object to form.
 3        THE WITNESS:
 4             The decision as to how to run the
 5   production casing is very, very complicated
 6   and a decision that requires extensive
 7   evaluation from multiple parties and I was
 8   in no position to make any opinion on that
 9   at that time then or now.
10   EXAMINATION BY MR. FINEMAN:
11        Q.    In your experience as a drilling
12   engineer working on deepwater drilling, what
13   goes into your decision making whether to
14   use a liner with a tieback as opposed to
15   some other type of production casing?
16        A.    There are a great many factors.
17   I'm not going to be able to list them all
18   here, but I would say the production tubing
19   size, annular pressure buildup
20   considerations, the completion
21   considerations as to whether or not they --
22   acceptable to have a gap between the
23   production tieback casing in a production
24   liner for that option, all the different
25   pressure ratings and the hole conditions at
```

168

```
 1   the time could be a factor, and the length
 2   and the overall length of the production
 3   casing is a major factor.
 4        Q.    Does the lining with the tieback
 5   provide additional barriers to annular flow?
 6        A.    Yes, it would.
 7        MR. FINEMAN:
 8             Can I have 16, please?
 9        MS. MARTIN:
10             (Handing).
11             (Exhibit No. 2633 marked for
12   identification.)
13   EXAMINATION BY MR. FINEMAN:
14        Q.    I'm going to give you what we're
15   marking as 2633.  It's ANA-MDL-00007458
16   through 7460.  If you turn to the second
17   page of the exhibit, Tab 16, there is an
18   e-mail on April 8th from you to Mr. Bodek.
19   Do you see that, at the bottom of the page?
20        A.    Bottom of the page, yes.
21        Q.    And it goes on to the next page.
22        A.    Yes.
23        Q.    Where you were posing some
24   additional questions.  One is what weight,
25   ppf, of 7-inch casing will be run across the
```

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**          **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009    Board-Certified Court Reporters**          **Facsimile: (504) 525-9109**

Exhibit X
Page 42

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010    Reported By?

**ROBERT QUITZAU**        **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

169

1    pay zone and the other there is do you have
2    a target or expected flow rate from the
3    zone.  Do you see that?
4        A.    I see that.
5        Q.    Do you recall why you were
6    asking these questions?
7        A.    I was asking these questions
8    because members of the asset team were
9    interested in knowing the size of the
10   production casing.
11       Q.    Why were they interested in the
12   size of the production casing?
13       MS. WILMS:
14           Object to form.
15       THE WITNESS:
16           They were interested in
17   determining or evaluating or considering
18   what size production tubing could be run in
19   the well which would then affect their
20   project assessment of what this pay zone can
21   do.
22   EXAMINATION BY MR. FINEMAN:
23       Q.    So is this because they're
24   concerned about whether -- how fast they can
25   get the oil -- or get the hydrocarbon out?

170

1        MS. WILMS:
2            Object to form.
3        THE WITNESS:
4            I'm not sure what their exact --
5    you know, exactly how they use that
6    information.
7    EXAMINATION BY MR. FINEMAN:
8        Q.    So what do you recall discussing
9    with members of the asset team about what
10   they wanted to know about this issue of the
11   casing across the pay zone?
12       A.    They simply wanted to know the
13   size of the casing, the ID of the casing so
14   I relayed the questions to BP and that's
15   what this documentation is about.
16       Q.    From your perspective as the
17   drilling engineer monitoring the progress of
18   the well, did this issue matter to you?
19       MS. WILMS:
20           Object to form.
21       THE WITNESS:
22           This is BP's decision and what --
23   their decision on how they run it didn't
24   really matter to me, it was their call.
25   EXAMINATION BY MR. FINEMAN:

171

1        Q.    The next sentence is about you
2    asking Bodek:  "Do you have a target or
3    expected flow rate from the zone?"
4            Why did you ask that question?
5        A.    Again, I was passing on
6    questions that I heard from the asset team.
7        Q.    This is not a question that came
8    from you?
9        A.    That's not a question that came
10   from me.
11       Q.    Can you tell me what your
12   understanding of expected flow rate from the
13   zone means?
14       A.    My understanding of the expected
15   flow rate would be the volume rate of
16   hydrocarbons produced from the well, that
17   could be produced from the well.
18       Q.    In the next sentence you say:
19   If we were to underream the zone after
20   wireline logging and then run a 7 and 5/8th
21   or 7 and 3/4 line instead of the 7-inch
22   liner, how much flow rate, how much more flow
23   rate would we be able to produce from the
24   well?
25           Do you see that?

172

1        A.    I do.
2        Q.    And then you ask if that's
3    feasible from a drilling standpoint,
4    correct?
5        MS. WILMS:
6            Object -- go ahead.
7        THE WITNESS:
8            That question is from Bobby Bodek.
9    He entered that into my e-mail, so that's
10   Bobby Bodek's question to this person Brian.
11   EXAMINATION BY MR. FINEMAN:
12       Q.    Oh, I'm sorry.  That's fair
13   enough.
14       A.    In color it's different.
15       Q.    Fair enough.  Thank you for
16   clarifying that.  And that's the same with
17   the other Brian and Brad, those were added
18   by Mr. Bodek?
19       A.    Yes.
20       Q.    Okay, thanks.  Can you tell me
21   why you asked this question about whether or
22   not you could use a larger liner?
23       A.    Again, I'm passing this on from
24   the asset team.  My understanding was that
25   with the larger liner, they could possibly

43  (Pages 169 to 172)

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters      Facsimile: (504) 525-9109**

Exhibit X
Page 43

**ROBERT QUITZAU**        **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

173

1  run larger tubing and thereby have different
2  production characteristics.
3      Q.   What do you mean by different
4  production characteristics?
5      A.   Different flow rates compared to
6  the 7-inch liner.
7      Q.   Higher flow rate?
8      A.   Potentially higher flow rate.
9  That's what they were looking to look at.
10     Q.   Okay.  Let's see, then you get a
11 response on April 8th to your e-mail from --
12 first from Brad Simpson, correct?  That's on
13 the first -- the e-mail starts on the first
14 page of the exhibit, I'm sorry.
15     A.   Yes.
16     Q.   Okay.  And who is Brad Simpson,
17 by the way?
18     A.   I don't know who Brad Simpson
19 is.
20 I was mainly corresponding with Bobby Bodek
21 and he forwarded the questions on to various
22 people in the BP organization.
23     Q.   But Mr. Simpson is with BP?
24     A.   Yes.
25     Q.   And he tells you that -- among

174

1  other things -- 8-15 mboe/d would be in the
2  ballpark, I think, for good API oil.  Do you
3  see that?
4      A.   Yes, I do.
5      Q.   Do you know what that means?
6      A.   It means -- let me read the
7  paragraph.  That -- I understand that to
8  mean that he would expect to be able to
9  produce 8,000 to 15,000 barrels of oil
10 equivalent per day ballpark, for good oil.
11     Q.   Okay.  And that's based on the
12 -- that's based on the present plan of using
13 7-inch casing?
14     MS. WILMS:
15         Object to form.
16     THE WITNESS:
17         It's not clear to me that that's
18 what he means for sure.  It appears that
19 he's responding to my questions.
20 EXAMINATION BY MR. FINEMAN:
21     Q.   Right.  Okay.  And then I think
22 he also tells you that, in so many words he's
23 telling you that they're really not going to
24 switch to a 7 and 5/8ths that next
25 paragraph, correct?

175

1      MR. DAVID:
2          Object to form.
3      THE WITNESS:
4          I wouldn't say that he's
5  confirming that they're not going to do it,
6  but he sounds like they do not want to do
7  that.
8  EXAMINATION BY MR. FINEMAN:
9      Q.   He says there would not -- among
10 other things he says:  "There would not be
11 large appetite to do something like that
12 especially with the trouble time we've had
13 in the well."
14         Right?
15     A.   That's what -- yes, that's what
16 I read there.
17     Q.   Okay.  And then a little bit
18 later in the day, on the 8th, Mr. Morel
19 responds with the -- answering the question
20 about the weight of the casing.
21     A.   Okay.
22     Q.   Is that correct?
23     A.   That's correct, yes.
24     Q.   And then he goes on to say that
25 they've actually already purchased the

176

1  7-inch pipe in response to the suggestion of
2  using 7 and 5/8ths, correct?
3      A.   Yes.
4          (Exhibit No. 2634 marked for
5  identification.)
6  EXAMINATION BY MR. FINEMAN:
7      Q.   Next one, 17.  I'm going to give
8  you what we're marking as 2634, it's
9  ANA-MDL-000007463 to 7647, Tab 17.  What I
10 would like you to do is turn to the second
11 page of this exhibit.
12     A.   (Complying).
13     Q.   Picking up with your e-mail of
14 April 9 to members, I guess members of the
15 asset team where you're just forwarding the
16 e-mails that we had just gone over in the
17 prior exhibit.
18     A.   Yes, I see that.
19     Q.   And then you get an e-mail later
20 on the 9th from Mr. O'Donnell asking if you
21 know if this will be a liner or a full
22 string of 7-inch, correct?
23     A.   That's correct.
24     Q.   So to state the obvious, I
25 guess, he's asking you are they using the

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009    Board-Certified Court Reporters      Facsimile: (504) 525-9109**

Exhibit X
Page 44

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                              Reported By:
**ROBERT QUITZAU**                    **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

---

177

1  liner with the tieback or a full string
2  7-inch all the way down?
3       A.   That's correct.
4       Q.   Okay. And why is this something
5  -- if you know, why is this something that
6  Mr. O'Donnell was asking about?
7       MS. WILMS:
8            Object to form.
9       THE WITNESS:
10           The asset team was trying to
11  understand the size of the production casing
12  for the reasons that I described before, and
13  there continued to be some confusion here so
14  he's asking questions.
15  EXAMINATION BY MR. FINEMAN:
16       Q.   And then you respond to
17  Mr. O'Donnell on the 9th, later on the 9th,
18  right? And you say: "It will be a liner
19  and will probably be run back up into the 11
20  7/8th."
21           Do you see that?
22       A.   Yes, I do.
23       Q.   Does that mean -- what it means
24  is that they're going to put the 7-inch liner
25  in and then tie back -- tie that back to the

---

178

1  11 and 7/8th casing?
2       A.   That means that the 7-inch, what
3  I understood to be the 7-inch liner at that
4  time, would be run with the bottom of the
5  liner near the total depth of the well, but
6  not all the way to the total depth. The top
7  of the liner would be up in some part of the
8  11 and 7/8th casing, is what that means.
9       Q.   Okay. And -- okay. And then
10  you say, later you say: "I don't know this
11  for sure, but I've heard some rumors from
12  vendors, it makes sense."
13           What does that mean? What did you
14  mean by that?
15       A.   I was just telling him -- why I
16  thought that they were going to have the top
17  of the liner in the 11 and 7/8th casing.
18       Q.   Do you know who you heard the
19  rumors from; do you recall?
20       A.   I don't recall.
21       Q.   And why does it make sense?
22       A.   It makes sense to hang this
23  casing in a larger size casing as opposed to
24  a smaller size casing because the equipment
25  can be stronger.

---

179

1       Q.   What does that mean, the
2  equipment can be stronger?
3       A.   If the 7-inch is hung in the
4  smaller 9 7/8th casing, there is not
5  enough -- there's less space involved, so
6  the equipment can't be very thick. If the
7  7-inch casing is hung in the 11 and 7/8th
8  casing, there's a lot of space there and so
9  they can run thicker and stronger tieback or
10  liner type equipment, so you can get
11  stronger integrity.
12       Q.   And that's a good thing?
13       A.   That's a good thing.
14       Q.   Did you communicate your views
15  of this to BP?
16       A.   No.
17       Q.   Do you know if anybody from
18  Anadarko did?
19       A.   No. I don't know.
20           (Exhibit No. 2635 marked for
21  identification.)
22  EXAMINATION BY MR. FINEMAN:
23       Q.   All right, I'm giving you 2635,
24  ANA-MDL-00005118 to 51199, Tab 18. And
25  start with the second page of the exhibit.

---

180

1       A.   Okay.
2       Q.   And this is an e-mail from you
3  on April 9 to members of the asset team,
4  correct?
5       A.   Yes.
6       Q.   And the re: Line is "Macondo TD
7  reached."
8           Do you see that?
9       A.   Yes.
10       Q.   In this e-mail, Mr. Bodek --
11  it's reflecting that Mr. Bodek called and
12  notified you that BP had drilled ahead to
13  18360 and called this final TD, correct?
14       A.   Yes.
15       Q.   And he says at this point they
16  plan to run wireline followed by the 7-inch
17  liner. Correct?
18       A.   Correct.
19       Q.   And then he says -- then you
20  wrote: "He says they saw some abnormal
21  resistivity in the small sand just below the
22  pay sand that may include where they were
23  losing returns."
24           Do you see that?
25       A.   That may indicate where they

---

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**          **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009    Board-Certified Court Reporters**       **Facsimile: (504) 525-9109**

Exhibit X
Page 45

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By

**ROBERT QUITZAU**          **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

---

181

1   were losing returns, yes.
2       Q.    Thank you.  Do you recall -- do
3   you recall what he meant by that?
4       MR. DAVID:
5           Object to form.
6       THE WITNESS:
7           He was giving me an indication
8   that based on their evaluation they may have
9   determined where the mud losses were
10  occurring.
11  EXAMINATION BY MR. FINEMAN:
12      Q.    Okay.  At a certain depth?
13      A.    At a certain point relative to
14  the pay sand.
15      Q.    Okay.
16      A.    At a certain interval relative
17  to the pay sand.
18      Q.    Do you remember anything else
19  about that conversation with Mr. Bodek?
20      A.    I don't.
21      Q.    You forwarded that communication
22  from Mr. Bodek to Mr. O'Donnell, correct?
23      A.    Correct.
24      Q.    And Mr. O'Donnell wrote that he
25  was sorry to hear that they were stopping,

---

182

1   and asked whether you had a sense of whether
2   or not they would keep going.  Right?
3       A.    Yes.
4       Q.    Do you know why Mr. O'Donnell
5   was sorry to hear they were stopping?
6       MS. WILMS:
7           Object to form.
8       THE WITNESS:
9           I'm not sure of his exact reason.
10  EXAMINATION BY MR. FINEMAN:
11      Q.    Did he express a reason to you?
12      A.    I don't recall him expressing a
13  reason surrounding this e-mail.
14      Q.    Well, you responded to him on
15  April 9, correct?
16      A.    That's correct.
17      Q.    And you said: "If there's any
18  risk of seeing a pressure gradient increase
19  below the pay sand, it would be wise to case
20  the entire completion zone now."
21          Do you see that?
22      A.    I do.
23      Q.    What did you mean by that?
24      A.    By that, I mean that there is a
25  risk of having a pressure gradient increase,

---

183

1   that they should run the production casing
2   at that depth.
3       Q.    Okay.  Then you said, a little
4   bit later in that paragraph:  "They clearly
5   cannot tolerate any well control incident
6   based on their recent mud losses."
7           Do you see that?
8       A.    Yes.
9       Q.    What did you mean by that?
10      A.    That means that if they had to
11  raise the mud weight, based on drilling into
12  the pressure ramp, that they might not be
13  able to run casing across the primary
14  objective of the well, the geological
15  objective of the well.
16      Q.    Why is that.
17      A.    That could result in lost
18  circulation and complications that would
19  prevent running casing into the well.
20      Q.    In the next paragraph you wrote:
21  "A case could be made to drill ahead below
22  the 7-inch casing."
23          Then you said:  "They may have to
24  run the tieback casing before doing this.
25  This could be done just after running the

---

184

1   liner and tieback or just prior to
2   completion, assuming the well will be
3   completed by another rig at a later date."
4           Do you see that?
5       A.    Yes, I do.
6       Q.    What did you mean by that?
7       A.    Which part?
8       Q.    The whole paragraph.  Well,
9   leave out the first sentence, from where it
10  says they may have to run the tieback.
11      A.    So that would include the option
12  that if BP and the nonoperating participants
13  wanted to drill further, they -- it could be
14  an option to drill -- to run the 7-inch
15  liner and then drill ahead, but -- let me
16  see what it says here.  But I'm
17  acknowledging that they might have to run
18  the tieback casing before doing this.  In
19  other words, BP would have to do an
20  evaluation to confirm whether or not they
21  would have to run the tieback casing.
22      Q.    Okay.  At this point it was
23  still your understanding that BP was going to
24  use the liner with the tieback production
25  casing method, correct?

---

46 (Pages 181 to 184)

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**          **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009    Board-Certified Court Reporters**          **Facsimile: (504) 525-9109**

Exhibit X
Page 46

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                        Reported By:

ROBERT QUITZAU                    May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR

185

1     A.    That's correct.
2     Q.    Let me have 20.  I'm going to
3  give you what's been previously marked as
4  1592.  It's Tab 20.  This -- now we're at
5  April 12, correct?
6     A.    Yes.
7     Q.    And this is an e-mail from Paul
8  Chandler to members of the asset team and
9  including you, correct?
10    A.    Yes.
11    Q.    And this looks like it is
12 concerning a meeting to discuss our options
13 for possibly drilling deeper beyond our
14 current TD for the Macondo well.
15       Do you see that?
16    A.    Yes, I do.
17    Q.    Do you recall that meeting?
18    A.    I recall going to that meeting.
19    Q.    And do you recall how long that
20 meeting lasted?
21    A.    I do not recall.
22    Q.    Do you recall whether you had a
23 role at that meeting?
24    A.    I had a minimal role, if any.
25    Q.    Do you recall what your role

186

1  was, minimal though it may be?
2     A.    No, I don't.
3     Q.    Do you recall whether you spoke
4  at that meeting?
5     A.    I don't recall.
6     Q.    Do you recall the substance of
7  the meeting?
8     A.    They were considering options
9  for drilling below the current depth, is what
10 they were going to talk about.
11    Q.    Is that what they talked about?
12    A.    That's what they talked about.
13    Q.    Do you recall the outcome of
14 that meeting?
15    A.    The outcome of that particular
16 meeting, I'm not aware of any decisions that
17 were made out of that meeting.
18    Q.    Do you recall what options for
19 drilling deeper were discussed?
20    A.    I recall the option to drill
21 deeper or not drill deeper or possibly to
22 wait for another well to drill deeper.
23 Those were the three options that I seem to
24 recall.
25    Q.    Another well at Macondo?

187

1     A.    That's correct.
2     Q.    And, again, do you recall what
3  came out of the meeting in terms of an
4  action plan, if there was one?
5     A.    I don't know, I don't recall a
6  specific action plan.  There was no
7  decisions made, so there was going to be
8  more discussions that I wasn't involved in.
9     Q.    So you don't think there was a
10 decision made as a consequence of this
11 meeting?
12    A.    There was not a decision made at
13 the meeting.
14    Q.    Is it your understanding that
15 Anadarko had a right to approve the decision
16 to declare total depth to the well?
17    MS. WILMS:
18       Object to form.
19    THE WITNESS:
20       I don't understand the exact
21 criteria or the relationship on that within
22 the JOA and how all that worked.
23 EXAMINATION BY MR. FINEMAN:
24    Q.    Okay.  All right.  21, please.
25       Do you recall whether you were

188

1  asked to do anything specific as a follow-up
2  to that April 12 meeting?
3     A.    I don't recall being asked to do
4  anything.
5       (Exhibit No. 2636 marked for
6  identification.)
7  EXAMINATION BY MR. FINEMAN:
8     Q.    I'm going to give you what's
9  marked as 2636, it's ANA-MDL-000008106 to
10 8108.  Let's start on the second page of the
11 exhibit.
12    A.    (Complying).
13    Q.    At the bottom of that page there
14 is an e-mail from Michael Beirne at BP.  Do
15 you see that?
16    A.    Yes, I do.
17    Q.    It's to Nick Huch and Naoki
18 Ishii.  Do you see that?
19    A.    Yes.
20    Q.    I recognize this particular
21 e-mail was not sent to you.  Do you know who
22 Mr. Beirne is?
23    A.    I do not.
24    Q.    This e-mail from Mr. Beirne ends
25 up being forwarded a couple of times until

601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.     Telephone: (504) 525-9100
New Orleans, LA 70130-6009     Board-Certified Court Reporters     Facsimile: (504) 525-9109

Exhibit X
Page 47

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:

**ROBERT QUITZAU**          **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

189

1    it was forwarded to you later on the 13th.
2    If you look at the first page of the
3    exhibit, bottom of the page, there's an
4    e-mail from Mr. O'Donnell to members of the
5    asset team and they include you as a CC,
6    which includes this earlier e-mail from
7    Mr. Beirne.
8          Do you see that?
9       A.   Yes.
10      Q.   Do you recall seeing this e-mail
11   from Mr. Beirne?
12      A.   Okay, I do.
13      Q.   In that e-mail from Mr. Beirne,
14   he says: "Due to safety concerns and
15   wellbore integrity issues, BP, as operator,
16   has deemed the Macondo exploratory well as
17   achieving objective depth at 18,360 feet
18   MD."
19          Do you see that?
20      A.   Yes.
21      Q.   Do you recall any discussion
22   about what Mr. Beirne meant when he was
23   referring to safety concerns?
24      MS. WILMS:
25          Object to form.

190

1       THE WITNESS:
2          I don't recall any discussion on
3    that.
4    EXAMINATION BY MR. FINEMAN:
5       Q.   Do you recall whether you
6    inquired of anybody what he meant by safety
7    concerns?
8       A.   I did not inquire.
9       Q.   Do you recall whether or not you
10   asked anybody at Anadarko what Mr. Beirne
11   meant by safety concerns?
12      A.   I did not ask anybody what he
13   meant.
14      Q.   Did you do anything to
15   investigate what he meant by safety concerns?
16      A.   I did not.
17      Q.   How about the wellbore integrity
18   issues, did you discuss that statement with
19   anybody from Anadarko?
20      A.   To the extent that the previous
21   e-mails all dealt with that topic, that
22   would be the extent of my discussions.
23      Q.   Just so that I'm clear, what --
24   if you remember, what do you think Mr. Beirne
25   was referring to by wellbore integrity

191

1    issues?
2       MS. WILMS:
3          Object to form.
4       MR. DAVID:
5          Object to form.
6       THE WITNESS:
7          The wellbore integrity issues I
8    assume would be due to the ballooning and
9    loss issues that were the subject of
10   previous e-mails.
11   EXAMINATION BY MR. FINEMAN:
12      Q.   Okay.  And was it your
13   understanding that they had determined that
14   there were significant enough safety
15   concerns and wellbore integrity issues that
16   they needed to stop drilling?
17      MR. DAVID:
18          Object to form.
19      THE WITNESS:
20          Can you repeat the question?
21   EXAMINATION BY MR. FINEMAN:
22      Q.   Do you remember concluding that
23   BP had decided that because of safety
24   concerns and wellbore integrity issue
25   concerns that they decided they had to stop

192

1    drilling?
2       MR. DAVID:
3          Object to form.
4       THE WITNESS:
5          My recollection is that I
6    understood they planned to stop drilling.
7    EXAMINATION BY MR. FINEMAN:
8       Q.   Due to safety concerns and
9    wellbore integrity issues?
10      A.   At that time, I just knew that
11   they felt like the well objectives were
12   reached and they were ready to stop.
13      Q.   Do you recall at this time any
14   discussion at Anadarko about concerns --
15   about the safety of the well?
16      A.   There were no concerns about the
17   safety of the well.
18      Q.   At Anadarko?
19      A.   At Anadarko.
20      Q.   If you go to the first page of
21   the exhibit, you will see this e-mail from
22   Mr. O'Donnell to the development team and to
23   you and he's addressing this comment to Nick
24   Huch.
25          He says: "I have a call in to

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009    Board-Certified Court Reporters        Facsimile: (504) 525-9109**

Exhibit X
Page 48

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                                                    Reported By:
**ROBERT QUITZAU**                              **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

---

193

1    Bryan Ritchie and would like to ask him a
2    couple of questions before we our
3    concurrence.  Could you verify that for us
4    that they are running 9 and 7/8th casing and
5    not 7-inch casing."
6         Do you see that?
7         A.   Yes, I do.
8         Q.   And then you responded to that
9    e-mail, correct?
10        A.   Yes.
11        Q.   On the 13th, correct?
12        A.   Yes.
13        Q.   And then what you said was:  "I
14   haven't spoken to BP since our last meeting,
15   but BP will probably be running a 7-inch
16   liner followed by a 9-7/8 production tieback
17   casing."
18        Do you see that?
19        A.   I do.
20        Q.   And what was the basis for that
21   statement?
22        A.   Alan's question was asking were
23   they going to run 9 and 7/8th casing or
24   7-inch casing, and I was pointing out that
25   both casings would probably be run.

---

194

1         Q.   Right.  Running the 7-inch liner
2    with the 9-7/8 production tieback?
3         A.   You asked me what my purpose for
4    telling him that was, the purpose was -- is
5    that what you asked me?
6         Q.   If I did, it wasn't what I
7    intended to ask you.  So why don't we --
8         A.   Restart the question.
9         Q.   -- start over.
10        What I'm interested in, what's the
11   basis for you telling Mr. O'Donnell that BP
12   will probably be running a 7-inch liner
13   followed by a 9 and 7/8th production tieback
14   casing?
15        A.   The basis, the key point that I
16   was getting there, was to let Alan know that
17   both 7-inch casing would be run and 9-7/8
18   casing would be run and at this time, the
19   basis of saying that it was a liner and
20   tieback was that I still thought that's what
21   they were going to do.
22        Q.   Right.  And that information
23   came from BP?
24        A.   It was in my assumptions all the
25   way back through the e-mails.  I honestly

---

195

1    don't recall where it came from.
2         Q.   And the next sentence you say:
3    "Or they might consider a full tapered
4    string of 9 and 7/8th by 7-inch casing."
5         Do you see that?
6         A.   I see that.
7         Q.   What was the basis for that
8    statement?
9         A.   After reflecting on all the
10   ongoing confusion, it occurred to me that
11   that could be an option, and the fact that
12   there was still confusion, that option -- I
13   was pointing out that that option could be
14   on the table.
15        Q.   What do you mean when you say
16   "ongoing confusion"?
17        A.   Whether it's a liner a tieback
18   or full string.
19        Q.   At this point?
20        A.   And the OD of the production
21   liner or the deep production casing.
22        Q.   In your experience as a drilling
23   engineer, was it -- was it typical that by
24   this time in the process the production
25   casing would have been settled upon?

---

196

1         A.   Yes.
2         Q.   And the fact that there was some
3    confusion about what final production casing
4    was going to be used, did that cause you any
5    concern?
6         A.   No, it did not.
7         Q.   Did it cause any concern at
8    Anadarko?
9         A.   I wasn't aware of any concern.
10        Q.   Did you discuss with BP at or
11   about this time the issue of what casing
12   they were going to use?
13        A.   The previous e-mails document
14   discussions with Bobby Bodek, but at the
15   time of this e-mail, I did not have any
16   further conversation on that or further
17   correspondence on that.
18        Q.   In your experience, as a
19   drilling engineer, do you have a preference
20   for one or the other, a full tapered string
21   or a liner with a tieback?
22        MS. WILMS:
23             Object to form.
24        THE WITNESS:
25             I don't have a preference.  As I

---

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009    Board-Certified Court Reporters       Facsimile: (504) 525-9109**
Exhibit X
Page 49

**ROBERT QUITZAU**          **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

197

1    described earlier, it's a very complicated
2    decision that requires a huge amount of
3    evaluation.
4        EXAMINATION BY MR. FINEMAN:
5        Q.    Did you have an opinion at this
6    point about which was the better choice for
7    Macondo?
8        A.    I did not.
9        Q.    Did you ever reach such a
10   conclusion?
11       A.    I have not.
12       Q.    I'm going to give you what's
13   been previously marked as 1596.  It's Tab 22.
14       A.    (Reading.)
15       Q.    This document is from somebody
16   called Teri Powell, do you know who she is?
17       A.    Yes, I do.
18       Q.    Who is she?
19       A.    At that time, she was secretary
20   or assistant of Darrell Hollek.
21       Q.    Who is Mr. Hollek?
22       A.    I don't know his official title,
23   but he's -- he's one of the higher managers
24   in Anadarko, production side of the
25   operation.

198

1        Q.    Okay.  And this was -- this
2    e-mail seems to be setting up a meeting
3    concerning Macondo pipe setting
4    recommendation with Hollek, correct?
5        A.    Correct.
6        Q.    And it was set for April 14,
7    2010, correct?
8        A.    Correct.
9        Q.    And did you attend that meeting?
10       A.    I don't recall attending it, but
11   I suspect that I did.
12       Q.    Okay.  So I suppose you're not
13   -- well, strike that.
14           Do you recall the purpose of this
15   meeting?
16       MS. WILMS:
17           Object to form.
18       EXAMINATION BY MR. FINEMAN:
19       Q.    Whether or not you attended --
20       A.    I do not.
21       Q.    Do you have any memory at all
22   about the subject matter of this meeting?
23       A.    I do not.
24       Q.    Do you have any understanding of
25   the outcome of this meeting?

199

1        A.    I do not.
2        Q.    Do you know whether this meeting
3    had anything to do with the decision by BP
4    of whether to use a liner with a tieback or
5    a long string production casing?
6        MR. DAVID:
7            Object to form.
8        MS. WILMS:
9            Object to form.
10       THE WITNESS:
11           I do not.
12       EXAMINATION BY MR. FINEMAN:
13       Q.    Do you know what kind of
14   production casing was ultimately used at
15   Macondo?
16       A.    Yes, I do.
17       Q.    What was that?
18       A.    9-7/8ths and 7-inch full long
19   string.
20       Q.    Do you know why the decision was
21   made to use the long string instead of the
22   liner with the tieback?
23       MS. WILMS:
24           Object to form.
25       THE WITNESS:

200

1            I don't.
2        EXAMINATION BY MR. FINEMAN:
3        Q.    Did you ever discuss with
4    anybody at BP the decision to use the long
5    string instead of the liner with the tieback?
6        A.    I did not.
7        Q.    Did you discuss with anybody at
8    Anadarko that decision?
9        A.    I did not.
10       Q.    Do you recall being asked at any
11   point to review the AFE that concerned
12   funding the production casing among other
13   things?
14       A.    I recall receiving it and I
15   don't recall what request was given with that
16   e-mail.
17       Q.    I'm going to give you what's
18   been previously marked as Exhibit 1922.  What
19   I want you to do is actually look at the
20   third page of the exhibit.
21       A.    (Complying.)
22       Q.    Which is authorization for
23   expenditure.
24       A.    Okay.
25       Q.    Actually, I'm sorry, go to the

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009    Board-Certified Court Reporters      Facsimile: (504) 525-9109**

Exhibit X
Page 50

201

1    second page of the exhibit, there's two --
2    I'm sorry, sir, if you just look at the two
3    pages, the second and third page.
4        A.    Okay.
5        Q.    There's two authorizations for
6    expenditure, one is to Anadarko E&P, and one
7    is to Anadarko Petroleum.  I think they're
8    basically the same, except for that.
9            So if you would look at the second
10   page -- actually, let's look at the third
11   page, the one to Anadarko Petroleum, the
12   last page of the exhibit.
13       A.    (Complying.)
14       Q.    It's dated April 14, 2010.  Do
15   you see that?
16       A.    Yes, I do.
17       Q.    Do you recall seeing this AFE
18   before?
19       A.    I recall seeing an AFE, but I'm
20   not sure that this is the one that I saw.
21   There was a pre-AFE draft sent out.  I
22   believe that's the one that I saw.
23       Q.    And what were you asked to do
24   with that one?
25       A.    I don't recall the nature of the

202

1    request or the e-mail.
2        Q.    Well, if you look under "project
3    descriptions, comments."
4            Do you see that?
5        A.    Yes, I do.
6        Q.    It says:  "Authority is
7    requested to fund the 9-7/8th by 7-inch
8    production casing, casing hanger, cement
9    casing accessories, LDS, lock-down sleeve and
10   installation of LDS on the Macondo."
11           Do you see that?
12       A.    Yes, I do.
13       Q.    Does that help you remember
14   whether you saw this document before or
15   something like this document?
16       MS. WILMS:
17           Object to form.
18       THE WITNESS:
19           I do remember seeing something
20   like this document, but that comment doesn't
21   spur that memory.
22   EXAMINATION BY MR. FINEMAN:
23       Q.    Do you recall whether or not you
24   were asked to provide any input on whether
25   the AFE should be approved by Anadarko?

203

1        MS. WILMS:
2            Object to form.
3        THE WITNESS:
4            I was not asked for any comment on
5    that.
6    EXAMINATION BY MR. FINEMAN:
7        Q.    All right.  Do you recall
8    whether or not there was -- did you
9    participate in any discussions at Anadarko
10   about whether to approve the funding of the
11   9-7/8 by 7-inch production casing?
12       A.    I did not.
13       Q.    Do you recall whether or not you
14   were asked to comment at all about the --
15   whether Anadarko should approve authority to
16   fund the cement part of the temporary
17   abandonment procedures?
18       A.    I don't recall any questions
19   asking me my opinion on that.
20       Q.    All right.  Do you recall after
21   you learned from BP was going to use a long
22   string production casing expressing any
23   surprise to anybody that they had made that
24   decision?
25       MS. WILMS:

204

1            Object to form.
2        THE WITNESS:
3            I don't recall expressing any
4    surprise.
5    EXAMINATION BY MR. FINEMAN:
6        Q.    Do you remember discussing the
7    fact that they made that choice with
8    anybody?
9        MS. WILMS:
10           Object to form.
11       THE WITNESS:
12           I don't recall discussing that.
13       MR. FINEMAN:
14           All right.  Can I quickly -- let's
15   have 25.
16       MS. MARTIN:
17           (Handing.)
18           (Exhibit No. 2637 marked for
19   identification.)
20   EXAMINATION BY MR. FINEMAN:
21       Q.    All right.  I'm going to give
22   you what we're marking as 2637.  This is a
23   document that's produced in native format
24   and this document I'm giving you does not
25   have a Bates stamp on it, but we know from

51 (Pages 201 to 204)

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009      Board-Certified Court Reporters      Facsimile: (504) 525-9109**

Exhibit X
Page 51

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                   Reported by:
**ROBERT QUITZAU**                    **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

---

205

1   the file that the first Bates stamp number
2   is APCSHS2B00000007. It just has the one --
3   and it's the same document that appears at
4   BP-HZN-2179MDL00058525 through 58529. It's
5   Tab 25.
6       Mr. Quitzau, I've put in front of
7   you a document that's called "Daily
8   Operations Report Partners Drilling,"
9   correct?
10      A.   Yes.
11      Q.   And it's dated at the top right
12  corner 4/14/2010, correct?
13      A.   Correct.
14      Q.   At the bottom left corner, it
15  says "4/15/2010" with a date stamp of
16  "5:37:49 a.m.," correct?
17      A.   Correct.
18      Q.   So am I correct that this is a
19  daily operations report of the type that you
20  sometimes downloaded from WellSpace?
21      A.   That's correct.
22      Q.   And is it the case that this is
23  probably downloaded by you on the morning of
24  April 15th, 2010?
25      MS. WILMS:

---

206

1       Object to form.
2       MR. FINEMAN:
3       Strike that.
4   EXAMINATION BY MR. FINEMAN:
5       Q.   Does this reflect that the
6   document was downloaded on April 15, 2010
7   and then it concerns events of April 14?
8       MS. WILMS:
9       Object to form.
10      THE WITNESS:
11      Honestly, I'm not familiar with
12  the date stamp on the lower left.
13  EXAMINATION BY MR. FINEMAN:
14      Q.   Okay. Earlier in the day you
15  testified that you read the daily reports on
16  a daily basis or something close to that, is
17  that correct?
18      A.   That's correct.
19      Q.   Okay. And this is the kind of
20  document you would have been reading on a
21  daily basis or something close to that?
22      A.   If they're available, yes.
23      Q.   If they're available, okay.
24      MR. FINEMAN:
25      Let me have 26.

---

207

1       MS. MARTIN:
2       (Handing.)
3       (Exhibit No. 2638 marked for
4   identification.)
5   EXAMINATION BY MR. FINEMAN:
6       Q.   All right. This document is
7   2638 and the native is APCSHS2B000000012.
8   It's also identified as
9   BP-HZN-2179MDL00059382 through 386 (handing).
10  This is a document called "Daily Operations
11  Report Partners Completion."
12      Do you see that?
13      A.   Yes, I do.
14      Q.   And it's dated April 18, 2010,
15  correct?
16      A.   Correct.
17      Q.   What's the difference between
18  "Daily Operations Report Partners Drilling"
19  and "Daily Operations Report Partners
20  Completion"?
21      MR. DAVID:
22      Object to form.
23      MS. WILMS:
24      Object to form.
25  EXAMINATION BY MR. FINEMAN:

---

208

1       Q.   If you know.
2       A.   I don't. I don't know the
3   answer to that.
4       Q.   Do you recall downloading this
5   particular report?
6       A.   I don't recall.
7       Q.   If I told you that I matched
8   this document to an entry by you on
9   WellSpace, would it surprise you that --
10  would you be surprised that you downloaded
11  this document?
12      MS. WILMS:
13      Object to form.
14      THE WITNESS:
15      Can you repeat the question?
16  EXAMINATION BY MR. FINEMAN:
17      Q.   What I'm trying to do is not
18  spend a whole bunch of time trying to get you
19  to match up documents you probably can't
20  match up. What I'm asking you is if you have
21  --
22  if I tell you that I believe that you
23  downloaded this document based on my review
24  of the WellSpace log, would it surprise you
25  that you downloaded this document?

---

**601 Poydras Street, Suite 1720   GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009      Board-Certified Court Reporters      Facsimile: (504) 525-9109**
Exhibit X
Page 52

**ROBERT QUITZAU**          **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

209

1    A.    It wouldn't surprise me.
2    Q.    Okay.  If you look in the
3  second -- I guess -- well, it's the box on
4  the first page, that says -- it says
5  "Current Status."  So there's the -- it says
6  "Current Wells, Current Well Status."
7        Do you see that?
8    A.    "Current Well Status," yes.
9    Q.    Go down to the second box.
10   A.    Yes.
11   Q.    In the -- and then it says
12 24-hour summary, it says "24-hour forecast."
13       Do you see that?
14   A.    Yes.
15   Q.    I take it you're familiar with
16 reading all this shorthand, is that correct?
17   A.    Yes.
18   Q.    I would like you to tell me what
19 it says after "24-hour forecast."
20   A.    Run in hole with 32 -- 7-inch
21 32-pound HCQ125, hydrill 513 by 9 and 7/8
22 62.8-pound Q-125, hydro523 casing.
23   Q.    Stop right there.  I'm sorry,
24 keep going, sorry.
25   A.    Rig down 9-7/8th casing tools,

210

1  pick up hanger, continue run in hole with 7"
2  by 9-7/8th casing on 6-5/8 landing string.
3    Q.    Stop right there.  So what this
4  is describing, if I understand it, is them
5  running the production casing?
6        MR. DAVID:
7            Object to form.
8        THE WITNESS:
9            That's running the production
10 casing.
11       EXAMINATION BY MR. FINEMAN:
12   Q.    Okay.
13   A.    It's a forecast to run the
14 production casing.
15   Q.    I got that part.  Keep going,
16 please.
17   A.    Pick up cement head, land out,
18 cement, set and test seal assembly, pull out
19 of hole, test casing.
20   Q.    Do you recall whether or not you
21 or anybody at Anadarko did any follow-up on
22 what BP was doing with -- in terms of
23 cementing?
24       MS. WILMS:
25            Object to form.

211

1        EXAMINATION BY MR. FINEMAN:
2    Q.    On or about April 18 or April
3  19?
4    A.    No one did any follow-up on BP
5  cementing ever.  Is that your question?
6    Q.    Yep.
7    A.    Yes.
8    Q.    So do you recall whether or not
9  there was any discussion at Anadarko about
10 this particular 24-hour forecast?
11   A.    I don't recall whether there was
12 any discussion or not.  I'm sorry, you're
13 talking about the report or the forecast?
14   Q.    I'm talking about the forecast.
15   A.    There was no discussion
16 regarding the forecast.
17   Q.    If you turn to the next page, as
18 I understand, this is sort of like on the
19 right side, it's identifying what is going
20 on at different times of the day, is that
21 correct?
22   A.    That's correct.
23   Q.    And if I understand this
24 correctly, this is reporting the -- for the
25 most part, you're talking about running the

212

1  production liner, right?  Or at least the
2  first several descriptions?
3        MR. DAVID:
4            Object to form.
5        THE WITNESS:
6            In this case, this is about
7  running the production casing, not a liner.
8        EXAMINATION BY MR. FINEMAN:
9    Q.    I'm sorry, production casing,
10 sorry, yes.  Okay, and then if you go down
11 to 1400 to 1500?
12   A.    Yes.
13   Q.    Do you see that?
14   A.    Yes.
15   Q.    It says -- after talking about
16 the casing, it says, ran total of 74 JTS
17 7-inch casing, shoe, float collar and six
18 centralizers.  Do you see that?
19   A.    Yes, I do.
20   Q.    Can you tell me what that means,
21 the entry?
22       MR. DAVID:
23            Object to form.
24       THE WITNESS:
25            That means they ran their 74

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**          **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters**          **Facsimile: (504) 525-9109**

Exhibit X
Page 53

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:
**ROBERT QUITZAU**          **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

---

213

1   joints of 7-inch casing with the shoe, the
2   float collar and six centralizers.
3          EXAMINATION BY MR. FINEMAN:
4          Q.    Do you recall discussing this
5   particular entry in this report with anybody
6   at Anadarko?
7          A.    I did not discuss this with
8   anybody at Anadarko.
9          Q.    Did you discuss this entry with
10  anybody at BP?
11         A.    I did not.
12         Q.    At any point, did you
13  participate in a decision by BP to use six
14  centralizers?
15         MR. DAVID:
16             Object to form.
17         THE WITNESS:
18             I did not.
19         EXAMINATION BY MR. FINEMAN:
20         Q.    Do you know whether anybody at
21  Anadarko did?
22         A.    I'm not aware of anybody that
23  did.
24         Q.    Okay.  Sitting here today, do
25  you have any opinions at all about the

---

214

1   decision to use six centralizers?
2          MR. DAVID:
3             Object to form.
4          MS. WILMS:
5             Object to form.
6          THE WITNESS:
7             The decision on centralizers is
8   another one of those very complicated
9   decisions that has to take into account a
10  lot of evaluation by several key members of
11  the well preparation team.  So I have no
12  opinion without seeing detailed design
13  information.
14         EXAMINATION BY MR. FINEMAN:
15         Q.    My question is have you ever
16  formed an opinion about the decision to use
17  six centralizers?
18         A.    I have not.
19         MR. DAVID:
20             Object to form.
21         THE WITNESS:
22             I have not.
23         (Exhibit No. 2639 marked for
24  identification.)
25         EXAMINATION BY MR. FINEMAN:

---

215

1          Q.    Can I have 27, please.  I'm
2   going to give you what we're marking as 2639
3   and it is -- the native is APCSHS2B-000000013
4   and this is also identified as
5   BP-HZN-2179MDL00059643 to 59649. (Handing).
6          A.    (Reading.)
7          Q.    This is another daily operations
8   report partners completion, correct?
9          A.    Correct.
10         Q.    And it's dated April 19, 2010,
11  correct?
12         A.    Correct.
13         Q.    In the 24-hour forecast, do you
14  see that?
15         A.    Yes, I do.
16         Q.    It says:  "Finish cementing
17  casing string, RD cement tools, set seal
18  ASSY," right?
19         A.    Yes.
20         Q.    "POOH with L/S, P/U CMT
21  stinger," comma, "RH, displace riser, set
22  cement plug," comma, "WOC."
23             Do you see that?
24         A.    Yes.
25         Q.    Can you explain to me what all

---

216

1   that means?
2          MR. DAVID:
3             Object to form.
4          THE WITNESS:
5             I can read through it.
6          EXAMINATION BY MR. FINEMAN:
7          Q.    Yes, please tell me --
8          A.    Finish cementing casing string,
9   Rig down cement tools, set seal assembly,
10  pull out of hole with landing string, pick
11  up cement stinger, run in hole, displace
12  riser, set cement plug and wait on cement.
13         Q.    Do you recall whether you
14  reviewed this operations report and that
15  entry on or about April 19th?
16         A.    I don't recall, but the
17  WellSpace log would suggest that this report
18  was not posted until after my morning
19  meeting.
20         Q.    Okay.  So that's -- is that
21  something you discovered during your
22  deposition prep?
23         A.    Yes.
24         Q.    So I'm sorry, what does that
25  mean?  What does that tell you?

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009    Board-Certified Court Reporters      Facsimile: (504) 525-9109**

Exhibit X
Page 54

217

```
 1        A.   That means it's likely I didn't
 2   look at it on the 19th.
 3        Q.   Do you recall ever seeing this?
 4        MS. WILMS:
 5             Just to be clear, we may be
 6   getting confused on dates.  You said the
 7   19th, but you probably meant the 20th.
 8        THE WITNESS:
 9             Correct, I'm sorry.
10   EXAMINATION BY MR. FINEMAN:
11        Q.   I know you said earlier that you
12   didn't know what these bottom left-hand
13   dates were.  I think what they mean is in
14   the date, I think that's when the document
15   is actually downloaded.  So I think what --
16   your counsel is correct, this is April 20th,
17   2010, 6:27 a.m. looks like when this was
18   downloaded.
19             But you're telling me that you
20   think this was actually downloaded after
21   your morning meeting?
22        A.   That's correct.  That's my
23   recollection from the deposition prep.
24        Q.   It's possible that more than one
25   person at Anadarko downloaded the same
```

218

```
 1   document, isn't it?
 2        A.   Yes, it's possible.
 3        Q.   Okay.  In any event, do you
 4   recall having discussed this 24-hour forecast
 5   with anybody at Anadarko on April 20th?
 6        A.   I do not.
 7        Q.   Do you recall discussing this
 8   particular entry in the daily operations
 9   report with anybody at BP?
10        A.   I did not.
11        Q.   Do you know whether anybody at
12   Anadarko did?
13        A.   I'm not aware of anybody that
14   did.
15        Q.   All right, if you turn to the
16   third page under the operation notes,
17   operation summary.
18        A.   (Complying.)
19        Q.   Do you see that?
20        A.   Yes.
21        Q.   It looks like the first -- it
22   looks like under these comments we're still
23   running the production casing.  Is that
24   correct?
25        MR. DAVID:
```

219

```
 1             Object to form.
 2        THE WITNESS:
 3             They run -- they finished running
 4   the production casing.
 5   EXAMINATION BY MR. FINEMAN:
 6        Q.   Okay.  And the -- if you look
 7   down at the entry at 1430 to 1730.
 8        A.   Yes.
 9        Q.   Can you take -- can you take a
10   moment and review this entry and then
11   tell -- so that you can explain to me what
12   all this means.
13        A.   I can't explain to you what all
14   that means.
15        Q.   Starting at the bottom here, it
16   says pressure up to 1,000 psi and going down
17   you can't tell me what that means?
18        A.   I cannot tell you what that
19   means.
20        THE VIDEOGRAPHER:
21             Excuse me, counsel.
22        MR. FINEMAN:
23             Yeah, okay, we need to take a
24   break.
25        THE VIDEOGRAPHER:
```

220

```
 1             We're going off the record.  This
 2   is the end of videotape No. 4.  It's 2:08.
 3             (Whereupon, a brief recess was
 4   taken.)
 5        THE VIDEOGRAPHER:
 6             We're back on the record.  It's
 7   2:20.  This is the beginning of videotape
 8   No. 5.
 9   EXAMINATION BY MR. FINEMAN:
10        Q.   Mr. Quitzau, we're looking at
11   this April 20 daily operations report and I
12   was asking you if you could tell me what the
13   operation summary for the time period 1430
14   to 1730 was and I believe you testified a
15   moment ago that you could not tell me.  Is
16   that true?
17        A.   This April 19th report and
18   that's correct, I told you that I could not
19   tell what was happening there.
20        Q.   Sorry, it was the April 19
21   report.  If you look -- continue on the next
22   page at twenty to 2200.
23        A.   Yes.
24        Q.   It says:  "Perform cement job as
25   follows."
```

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**       **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009    Board-Certified Court Reporters**       **Facsimile: (504) 525-9109**

Exhibit X
Page 55

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                          Reported By:

**ROBERT QUITZAU**       **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

221

1          Do you see that?
2          A.    Yes, I do.
3          Q.    If you could take a look at that
4    entry and let me know if you can tell me
5    what that's about.
6          A.    So they pumped the cement job in
7    that step.
8          Q.    Yes.
9          A.    And they pumped the darts and
10   beyond that -- that's what it looks like to
11   me.
12         Q.    Okay.  Did they put spacer
13   material in also?
14         MR. DAVID:
15             Object to form.
16         THE WITNESS:
17             When I say cement job, that
18   includes a lot of that.  So, yes, they did
19   pump some spacer.
20   EXAMINATION BY MR. FINEMAN:
21         Q.    Do you recall discussing this
22   entry with anybody at Anadarko?
23         A.    I did not discuss this with
24   anybody at Anadarko prior to this or this
25   day or prior to the 20th.

222

1          Q.    And did you discuss this with
2    anybody at BP?
3          A.    I did not.
4          Q.    Do you recall whether you did
5    any follow-up on any of the information
6    contained in here?  Again, I'm talking right
7    now about April 20 or before.
8          A.    Right, I did not.
9          Q.    Do you know whether or not
10   Anadarko participated at all in the cement
11   job protocol?
12         A.    We did not.  Anadarko did not.
13         Q.    Your testimony a moment ago
14   suggests that at some point after April 20
15   you became more familiar with this
16   information, is that true?
17         MS. WILMS:
18             Object to form.
19         THE WITNESS:
20             What do you mean by more familiar?
21   EXAMINATION BY MR. FINEMAN:
22         Q.    Since April 20, have you reached
23   any conclusions about the cement job?
24         A.    I haven't reached any
25   conclusions about the cement job.

223

1          Q.    And since April 20, have you
2    discussed the cement job with anybody at
3    Anadarko?
4          MS. WILMS:
5              Outside of counsel.
6    EXAMINATION BY MR. FINEMAN:
7          Q.    Outside of counsel.
8          A.    I don't recall any specific
9    conversations on that.
10         Q.    No?
11         A.    No.
12         Q.    Do you have any opinions about
13   the decisions that were made with respect to
14   cement job?
15         A.    I don't have any opinions on
16   their cement job.
17         Q.    Did you play any role at all in
18   BP's planned procedures for temporarily
19   abandoning Macondo well?
20         A.    I did not.
21   MR. DAVID:
22             Object to form.
23         THE WITNESS:
24             I did not.
25   EXAMINATION BY MR. FINEMAN:

224

1          Q.    Do you know whether anybody at
2    Anadarko did?
3          A.    No one at Anadarko participated
4    in those plans.
5          Q.    Do you recall whether -- strike
6    that.
7              Did you communicate with anybody
8    at BP with respect to BP's planned
9    procedures for temporarily abandoning
10   Macondo well?
11         A.    I did not.
12         Q.    Do you know whether anybody at
13   Anadarko did?
14         A.    No one at Anadarko communicated
15   to them about that.
16         Q.    Did you -- prior to April 20,
17   2010, did you communicate with anybody at BP
18   concerning the blowout preventer on the
19   DEEPWATER HORIZON?
20         A.    I did not.
21         Q.    Do you know whether anybody at
22   Anadarko did?
23         A.    I don't know anybody that
24   communicated with BP on that.
25         Q.    Did you communicate with anybody

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009      Board-Certified Court Reporters      Facsimile: (504) 525-9109**

Exhibit X
Page 56

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported By:

**ROBERT QUITZAU**                    **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

---

225

1  at BP concerning any evaluation or testing
2  of the blowout preventer on April 20?
3       A.   I did not.
4       Q.   Do you know whether anybody at
5  Anadarko did?
6       A.   I do not know.
7       Q.   Did you become aware of changes
8  in drilling plans in the days leading up to
9  April 20, 2010?
10      MS. WILMS:
11          Object to form.
12      THE WITNESS:
13          As I previously discussed, the
14  9-7/8th casing was set early so I was aware
15  of that.
16      EXAMINATION BY MR. FINEMAN:
17      Q.   Did you ever become -- strike
18  that.
19          Were you aware on or before
20  April 20, 2010 that BP was making changes to
21  the drilling plans in the days leading up to
22  April 20?
23      MR. DAVID:
24          Object to form.
25      THE WITNESS:

---

226

1          Can you repeat that question?
2      MR. FINEMAN:
3          Can you read it back?
4          (Whereupon, the requested
5  testimony was read by the Court Reporter)
6          "Q    Were you aware on or before
7      April 20, 2010 that BP was making
8      changes to the drilling plans in the
9      days leading up to April 20?"
10      THE WITNESS:
11          The days leading up to April 20th,
12  as I just said, I was aware that the 9 and
13  7/8th casing was set short -- you know,
14  before the original plan.  So that was a
15  change.  So I was aware of that.
16      EXAMINATION BY MR. FINEMAN:
17      Q.   Anything else?
18      A.   I'm not aware of anything else.
19      Q.   On or before April 20, 2010, did
20  you become aware that BP was making changes
21  to their temporary abandonment plans?
22      MR. DAVID:
23          Object to form.
24      THE WITNESS:
25          I was not aware of that.

---

227

1      EXAMINATION BY MR. FINEMAN:
2      Q.   Did you speak to Mr. Bodek or
3  anybody else at BP on April 20, 2010?
4      A.   I did not.
5      Q.   How did you hear about the
6  blowout at Macondo?
7      A.   I read it -- or I saw it on the
8  internet the morning of the 21st.
9      Q.   Did Anadarko play any role in
10  capping -- efforts to cap, control, contain,
11  shut in or kill the Macondo well after
12  April 20, 2010?
13      A.   Yes.
14      Q.   Can you describe those efforts
15  by Anadarko?
16      A.   There were at least three or
17  four persons from Anadarko who went over to
18  participate in the relief efforts, that
19  would include myself -- you want me to give
20  you names?
21      Q.   Yep.
22      A.   Myself, Steve Woelfel, Dennis
23  McDaniel, Mark Lemker.
24      Q.   I'm sorry, Lamker?
25      A.   Lemker, I'm sorry.

---

228

1      Q.   That's good enough for our
2  purposes.
3      A.   And Tim Dean.
4      Q.   So Anadarko's role was to
5  provide certain personnel to assist BP?
6      A.   Anadarko was very committed to
7  helping out any way they could on the relief
8  efforts, so we were in there to help BP, you
9  know, conduct the relief efforts.
10      Q.   I appreciate that, but the --
11  was the manner in which Anadarko contributed
12  by contributing personnel to the effort?
13      A.   Yes.
14      Q.   And the personnel are the five
15  people including yourself that you
16  mentioned?
17      A.   Yes.
18      Q.   We're going to talk about your
19  role in a minute.  What did Mr. Woelfel do?
20      A.   Mr. Woelfel went for -- on the
21  order of a week, very early in the relief
22  efforts and he worked on the BOP review team
23  and that might have been what they were
24  officially called, but he was in there early
25  trying to help out with understanding what

---

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**        **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009    Board-Certified Court Reporters**        **Facsimile: (504) 525-9109**

Exhibit X
Page 57

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                      Reported By?
**ROBERT QUITZAU**                    *May 25, 2011*   DIANE TEWIS CLARK, RPR, RMR, CRR

229

1   was going on with the HORIZON BOP.
2        Q.    And you said he was there early
3   on, and just for a short period of time, a
4   week?
5        A.    On the order of a week, maybe up
6   to two weeks.
7        Q.    And what's his job at Anadarko?
8        A.    At the time of the incident, he
9   was working, I believe, as an operation
10  superintendent in land drilling.
11  Previously, he had been in the deepwater
12  group and, in fact, was a former employee of
13  Transocean so he was familiar with the
14  HORIZON.
15       Q.    Are you aware of Mr. Woelfel
16  playing any other role than this early
17  short-term role with respect to the BOP?
18       A.    He said they did some
19  brainstorming on different options that
20  might be considered, but it was just very
21  short. He didn't get descriptive. He left
22  shortly thereafter.
23       Q.    He left --
24       A.    He left the relief efforts, back
25  to his regular job.

230

1        Q.    Okay.  And what did Mr. McDaniel
2   do?
3        A.    Dennis McDaniel was involved in
4   assisting in planning for the flowback
5   operations with the top hat.
6        Q.    Do you know how much time he
7   devoted to relief efforts?
8        A.    I believe he was on the order of
9   two to three weeks.
10       Q.    Do you know what his job is with
11  Anadarko?
12       A.    He's a completion engineer.
13       Q.    And Mr. Lemker, what did he do?
14       A.    Mr. Lemker assisted in the
15  logistics working with Tim Dean on
16  preparation and shipping of the junk shot
17  manifold.
18       Q.    I'm sorry of the junk shop
19  manifold?
20       A.    Junk shot manifold.
21       Q.    I'm not sure I know what you
22  mean by manifold in this context.
23       A.    The junk shot manifold was a
24  system of piping that was placed on the
25  ocean bed and attached to the HORIZON BOP

231

1   and contained junk shot.
2        Q.    Golf balls?
3        A.    Golf balls and other stuff.
4        Q.    Golf balls and other stuff,
5   right.  And how long was he on the project?
6        A.    I believe he was on the order of
7   two to four weeks.
8        MS. WILMS:
9           Tim or Mike --
10       THE WITNESS:
11          I'm sorry.
12  EXAMINATION BY MR. FINEMAN:
13       Q.    I'm talking about Lemker,
14  right --
15       A.    Lemker was about a week or less.
16  Sorry.
17       Q.    That's all right.  He was
18  working on the junk shot manifold?
19       A.    He was on the logistics of
20  helping to get it shipped.
21       Q.    To get it shipped.  All right.
22  And Tim Dean, what was his role?
23       A.    Tim Dean was involved in putting
24  together the plan to attach the junk shot
25  manifold to the HORIZON BOP.

232

1        Q.    Anything else that he did?
2        A.    That's broadly what he did, yes.
3        Q.    And he was on for how long, on
4   the project for how long?
5        A.    He was probably on the order of
6   three weeks.
7        Q.    Aside from yourself, was there
8   anybody else from Anadarko who was engaged
9   in the relief efforts?
10       A.    I don't recall any others.
11       Q.    Okay.  To the best of your
12  knowledge, were there any meetings between
13  Anadarko and BOP officials, officers,
14  management-level people about the relief
15  effort?
16       MS. WILMS:
17          You meant BP, right?
18       MR. FINEMAN:
19          I'm sorry, right, yes, BP.
20  EXAMINATION BY MR. FINEMAN:
21       Q.    Between BP and Anadarko?
22       A.    I'm not aware of any meetings.
23       MR. FINEMAN:
24          It's hard enough, right, Nancy?
25       MS. WILMS:

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**          **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters**      **Facsimile: (504) 525-9109**

Exhibit X
Page 58

**ROBERT QUITZAU**          **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

233

```
 1        I know.
 2     EXAMINATION BY MR. FINEMAN:
 3        Q.    To the best of your knowledge,
 4     was Anadarko's approval necessary for any
 5     capping or killing action by BP?
 6        A.    No, it was not.
 7        Q.    We're going to talk a little bit
 8     more about relief wells.  To the best of
 9     your knowledge, was Anadarko's approval
10     necessary for the drilling of relief wells?
11        A.    It was not.
12        Q.    To the best of your knowledge,
13     did anybody from Anadarko have any meetings
14     with anybody from MOEX or Mitsui Oil
15     Exploration regarding relief efforts?
16        A.    I'm not aware of any meetings
17     with MOEX on the relief efforts.
18        Q.    Did you participate in any such
19     meetings?
20        A.    I did not.
21        Q.    Okay.  To the best of your
22     knowledge, did anybody from Anadarko meet
23     with anybody from Transocean, Cameron or
24     Halliburton with respect to Anadarko's role
25     in the relief efforts?
```

234

```
 1        A.    There were meetings with those
 2     people with regard to the relief efforts.
 3     When you say Anadarko's role in the relief
 4     efforts you mean our involvement in the
 5     relief efforts?
 6        Q.    Yes.
 7        A.    Yes, there were some meetings or
 8     discussions.
 9        Q.    Were those discussions -- did
10     those discussions include people from BP?
11        A.    The discussions were within the
12     framework of the relief effort in the BP
13     building.  To the extent that BP individuals
14     were involved in the various teams, yes,
15     they were involved.
16        Q.    Was there -- to the best of your
17     knowledge, were there any sort of separate
18     meetings between Anadarko and Transocean or
19     Cameron or Halliburton with respect to
20     relief efforts?
21        A.    No, there were not.
22        Q.    I know that you played a role in
23     the relief efforts.  Can you describe for us
24     what role you played?
25        A.    I started in the BP office on
```

235

```
 1     May 2nd and started off in the -- I will
 2     call it the relief well and dynamic concept
 3     team.
 4        Q.    Sorry, I lost you.
 5        A.    I'm sorry.
 6        Q.    That's okay.  You can have some
 7     water.
 8        A.    No.  I started off in the relief
 9     well, what I call the concept team which
10     would basically be to -- a small team that
11     we put together, how the relief well would
12     be drilled and how a dynamic kill would be
13     conducted.
14        Then shortly after that, myself
15     and others transitioned in to a junk shot
16     top kill team and we put together plans for
17     conducting a top kill, you know, pumping the
18     junk shot and pumping a top kill.
19        That team moved into an
20     implementation mode and so then we developed
21     detail procedures and actually worked with
22     the field operations team to actually
23     conduct the junk shot and three top kill
24     efforts.
25        After that, I moved on to the
```

236

```
 1     relief well intercept team and followed the
 2     progress of the relief wells and discussed
 3     various aspects of how to intercept the
 4     Macondo well, to conduct a dynamic kill with
 5     the relief well.
 6        And during that time, I also
 7     participated or assisted in monitoring and
 8     discussing the actual drilling operations of
 9     the relief well so I would attend some of
10     the actual morning meetings with the relief
11     wells drilling team.  And I wasn't involved
12     in the capping stack installation, but after
13     it was installed, we then put together what
14     was called the hydrostatic kill team and
15     cementing team that actually finally pumped
16     the kill job and the final cement job for
17     the -- to plug the well.  I should say the
18     initial cement job to plug the well.  And
19     then after that, I remained around for a
20     while to see the BOP removed, a new BOP
21     installed and then attended some of the
22     meetings in the actual fishing operations
23     that were conducted inside the Macondo well
24     and shortly after that I left the relief
25     operations.
```

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters     Facsimile: (504) 525-9109**

Exhibit X
Page 59

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                          Reported By:

**ROBERT QUITZAU**          **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

237

1  Q.   When did you leave the relief
2  operations?
3  A.   I don't remember the exact date.
4  I believe it was in mid-September.
5  Q.   So from the beginning of May to
6  mid-September you were working on the relief
7  efforts?
8  A.   Yes.
9  Q.   How much of your time were you
10 spending on the relief efforts?
11 A.   100 percent.
12 Q.   So what, you basically came off
13 all your other tasks to work on the relief
14 effort?
15 A.   That's correct.
16 Q.   Who made that decision?
17 MS. WILMS:
18    Object to form.
19 THE WITNESS:
20    Todd Durkee.
21 EXAMINATION BY MR. FINEMAN:
22 Q.   Who is Todd Durkee?
23 A.   Todd Durkee is the Deepwater
24 Gulf of Mexico International Drilling
25 manager.

238

1  He's Mike Pfister's boss.
2  Q.   Okay.  Do you know the thinking
3  behind having you spend 100 percent of your
4  time on this?
5  MS. WILMS:
6     Object to form.
7  THE WITNESS:
8     Anadarko wanted to contribute to
9  the relief efforts.
10 EXAMINATION BY MR. FINEMAN:
11 Q.   And where were you working when
12 you were working relief efforts, at BP?
13 A.   At BP.
14 Q.   Did you have an office or
15 cubicle?
16 A.   There were -- kind of a room
17 like this with maybe twice as many people in
18 it.  And as different teams had different
19 sizes, so some of the offices were smaller,
20 so it was just a continuous evolution through
21 the process.
22 Q.   Was there somebody at BP that
23 you reported to?
24 A.   I would report to the team
25 leaders of the various teams that I

239

1  participated on.
2  Q.   Were you ever a team leader
3  yourself?
4  A.   I was not.
5  Q.   So on the relief well concept
6  team, who did you report to?
7  A.   I believe that was John
8  Sharadin.
9  Q.   How about on the junk shot top
10 kill team?
11 A.   The junk shot top kill team was
12 also John Sharadin.
13 Q.   And he's a BP employee?
14 A.   BP employee, he was a BP
15 employee.
16 Q.   Okay.  How about on the relief
17 well intercept team?
18 A.   Kurt Mix, also a current BP
19 employee.
20 Q.   Kurt Mix.  How about on the -- I
21 realize, you may not have been on the
22 drilling of the relief well's team, but you
23 participated?
24 A.   I would attend some of the
25 meetings, yes.

240

1  Q.   Who was running that team?
2  A.   I don't recall the leaders on
3  that.
4  Q.   Okay.  And then the hydrostatic
5  kill cementing team?
6  A.   The hydrostatic kill cementing
7  team, I believe that might have been Kurt
8  Mix also.
9  Q.   And the BOP removal?
10 A.   It's all a blur at that point,
11 the teams were going back and forth, I'm
12 sorry, I don't remember that.
13 Q.   That's all right.  Did -- as far
14 as you're concerned, was -- did you -- were
15 you able to obtain all the information from
16 BP that you needed to do your job?
17 A.   Yes.
18 Q.   In order for you to perform your
19 relief effort responsibilities, particularly
20 with respect to your kill team exercise, did
21 you need to know the flow rate of the well?
22 A.   I did not.
23 Q.   Did you ever ask anybody at BP
24 for -- what the flow rate was?
25 A.   I did not.

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters     Facsimile: (504) 525-9109**

Exhibit X
Page 60

**ROBERT QUITZAU**              **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

241

1      Q.    Did you ever come to know what
2    the flow rate was?
3      A.    I did not.
4      Q.    And not knowing the flow rate,
5    did not interfere with any of your efforts?
6      A.    It did not.
7      Q.    Did you ever conclude that the
8    design of the Macondo well hindered any of
9    the relief efforts?
10      MS. WILMS:
11        Object to form.
12      THE WITNESS:
13        As I described earlier, the
14    presence of the burst disks presented great
15    challenges in conducting any of the top
16    kill.
17    EXAMINATION BY MR. FINEMAN:
18      Q.    Why was that?  Sorry for the
19    interruption.
20      A.    The burst disks were identified
21    very early on as a potential point of
22    failure, that if -- if it failed during a
23    top kill could create some serious problems.
24      Q.    When you were working on the top
25    kill team, did you know that the burst disks

242

1    were going to cause a problem in terms of
2    accomplishing the goals of the top kill?
3      MR. DAVID:
4        Object to form.
5      MS. WILMS:
6        Object to form.
7      THE WITNESS:
8        The burst disks actually never did
9    cause a problem.  They were a concern that
10    problems could occur if they were exposed to
11    the kill -- the loads during a top kill.
12    EXAMINATION BY MR. FINEMAN:
13      Q.    Did you ever come to the
14    conclusion that the presence of the pressure
15    disks were a reason why the top kill --
16    early top kill efforts failed?
17      MR. DAVID:
18        Object to form.
19      THE WITNESS:
20        The burst disks did not affect the
21    success or failure of the first top kills.
22    EXAMINATION BY MR. FINEMAN:
23      Q.    Would you say that the top kill
24    was made more difficult because of the
25    presence of the pressure disks?

243

1      MR. DAVID:
2        Object to form.
3      THE WITNESS:
4        I would say the possibility that
5    those disks could be exposed to loads was a
6    big concern during all -- during the top
7    kill operations.
8    EXAMINATION BY MR. FINEMAN:
9      Q.    While we're pulling this
10    document, did anybody at Anadarko assist you
11    in your efforts for the relief effort?
12      MS. WILMS:
13        Object to form.
14      THE WITNESS:
15        Yes.
16    EXAMINATION BY MR. FINEMAN:
17      Q.    Who was that?
18      A.    Nancy Syler provided some --
19    she's one of them.  I can't think of who else
20    -- I've already mentioned Steve Woelfel.  I
21    guess you want somebody else.
22      Q.    I'm really interested in anybody
23    who reported directly to you and assisted
24    you personally in your work.
25      A.    She did not assist me personally

244

1    in my work, so I don't recall anybody.
2        (Exhibit No. 2640 marked for
3    identification.)
4    EXAMINATION BY MR. FINEMAN:
5      Q.    That's all.  I'm going to give
6    you a document that we're marking as 2640.
7    It's ANA-MDL-00020671 through 240678.  It's
8    Tab 48.  The first page of this exhibit is
9    an e-mail from Bill Goetz at Argonauta to
10    you, is that correct?
11      A.    That's correct.
12      Q.    And, again, Argonauta is your
13    agent?
14      A.    Yes.
15      Q.    For purposes of your contract --
16    your consulting business?
17      A.    That's correct.
18      Q.    And is -- Argonauta is also a
19    drilling services company?
20      A.    Argonauta provides a range of
21    services, when you say drilling services --
22      Q.    The title -- the title of the
23    company is called Argonauta Drilling
24    Services, LLC.  What does Argonauta do, as
25    far as you know?

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**          **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009    Board-Certified Court Reporters**          **Facsimile: (504) 525-9109**

Exhibit X
Page 61

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:

**ROBERT QUITZAU**          **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

---

245

1      A.      Argonauta provides personnel
2    like myself and they do provide some
3    evaluations related to well control
4    evaluation, they also provide various subsea
5    and marine support, further operations, I'm
6    not really familiar with all that.
7      Q.      And who is Colin Leach?
8      A.      Colin Leach is one of the
9    principals of Argonauta.
10     Q.      Mr. Goetz?
11     A.      Mr. Goetz, I guess he's the head
12   guy.  I don't know if he has a title, but I
13   talk to him.  I basically work with Bill
14   Goetz.
15     Q.      And prior to this -- this is
16   dated July 28, 2010, prior to this time, had
17   you previously participated in papers written
18   by somebody at Argonauta?
19     MS. WILMS:
20        Object to form.
21     THE WITNESS:
22        Yes, I have.
23   EXAMINATION BY MR. FINEMAN:
24     Q.      How many times have you done
25   that?

246

1      A.      I recall participating in one
2    paper with Colin Leach.
3      Q.      What was that paper about?
4      A.      It was about -- it was an
5    article about manage pressure drilling.
6      Q.      Do you generally think that
7    Mr. Leach is a knowledgeable person on
8    issues about what he writes?
9      MS. WILMS:
10        Object to form.
11     THE WITNESS:
12        Can you be specific on issues?
13   EXAMINATION BY MR. FINEMAN:
14     Q.      Well, no, I was actually trying
15   to start off more generally and I will move
16   more specific.
17        My question is:  Do you generally
18   find Mr. Leach to be knowledgeable about the
19   subjects he writes about?
20     MS. WILMS:
21        Object to form.
22     THE WITNESS:
23        He's generally knowledgeable.
24   EXAMINATION BY MR. FINEMAN:
25     Q.      Is he generally knowledgeable

247

1    about issues of well control?
2      A.      Yes.
3      Q.      Do you know whether or not he
4    has any expertise in designing wells?
5      A.      I don't know that.
6      Q.      The attachment to this e-mail,
7    the e-mail is Colin, that's Mr. Leach, is
8    asking Goetz to forward the attached document
9    to you for your input.
10        Do you see that?
11     A.      Yes.
12     Q.      Do you recall receiving this in
13   or about the end of July 2010?
14     A.      Yes, I recall.
15     Q.      And do you recall reading it
16   when you received it?
17     A.      I read parts of it some time
18   after receiving it.
19     Q.      And did you ever provide any
20   input into the document?
21     A.      I didn't provide any input into
22   the document.
23     Q.      Do you recall whether you
24   discussed the document with Mr. Leach or
25   Mr. Goetz?

248

1      A.      I had some general discussions
2    with Bill Goetz and I never did call Colin
3    Leach.
4      Q.      What was the nature of those
5    discussions that you had with Mr. Goetz?
6      A.      He wanted me to talk to Colin
7    Leach.
8      Q.      Is there a reason you didn't
9    follow up?
10     A.      I was very, very busy with the
11   Macondo relief efforts, so I never did get
12   around to doing that.
13     Q.      In the time since you've
14   concluded with your efforts on the relief
15   project, have you ever gone back and
16   discussed this with people at Argonauta?
17     A.      I have not.
18     Q.      If you turn to the first page of
19   the document, first page of the attachment,
20   under "Phase I Well Design."
21        See that?
22     A.      Yes.
23     Q.      Mr. Leach wrote:  "The root
24   cause of the Macondo disaster is most likely
25   the well design."

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**          **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009    Board-Certified Court Reporters**          **Facsimile: (504) 525-9109**

Exhibit X
Page 62

249

```
 1          See that?
 2      A.   I do.
 3      Q.   Have you ever formed an opinion
 4   as to whether that is an accurate statement
 5   or not?
 6      MS. WILMS:
 7          Object to form.
 8      THE WITNESS:
 9          I'm going to read what he says.
10   EXAMINATION BY MR. FINEMAN:
11      Q.   Sure, sure.
12      A.   I really can't comment on this
13   comment without fully digesting the text of
14   what he's saying.
15      Q.   Okay.  I'm just asking you if
16   you ever formed an opinion that the root
17   cause of the Macondo disaster was most likely
18   the well design?
19      A.   My opinion is that the root
20   cause of the disaster was not the well
21   design.
22      Q.   Do you have an opinion about
23   what the root cause of the Macondo disaster
24   was?
25      A.   I do.
```

250

```
 1      Q.   What is that opinion?
 2      A.   That opinion is that the
 3   negative test was not monitored properly and
 4   the displacement process allowed a large
 5   volume of hydrocarbons to come in the well.
 6      Q.   So do you disagree with
 7   Mr. Leach's conclusion that the root cause
 8   of disaster was the well design?
 9      A.   If I look at that one statement
10   without taking the entire context, yes, I
11   do.
12      Q.   He goes on to say, write, in
13   particular:  "It's likely that if a
14   different design were used, the disaster
15   could have been avoided."
16          Do you see that?  It's the next
17   sentence.
18      A.   I see that.
19      Q.   Do you agree with that
20   statement?
21      A.   I can't comment on that without
22   understanding what different design he's
23   talking about.
24      Q.   I think he's got an attachment
25   or a diagram that's on -- it's his Figure 1
```

251

```
 1   on 676.  And what he says is that the Macondo
 2   well, which is on the left, he's comparing
 3   it to a design that would be considered what
 4   he's calling risk minimized.
 5          See that?
 6      A.   Risk minimized?
 7      Q.   I'm sorry, it's on the front
 8   page, it's on the front page.  I'm reading
 9   from the front page of the text.
10          So if I understand what he's
11   doing, he's saying in particular, in
12   particular, it's likely that if a different
13   design were used, the disaster could have
14   been avoided.  And then he's providing an
15   alternative design.  So my question to you
16   is:  Given the context of what Mr. Leach is
17   writing, whether you agree with him, that
18   if -- that it's likely if a different design
19   were used the disaster could have been
20   avoided?
21      MS. WILMS:
22          Object to form.
23      THE WITNESS:
24          I can't agree with that statement.
25   EXAMINATION BY MR. FINEMAN:
```

252

```
 1      Q.   Based on what he's providing
 2   here in terms of the alternative design, you
 3   can't --
 4      A.   I haven't -- I don't know that I
 5   read all this and I certainly don't remember
 6   any that I did.
 7      Q.   Turn to the next page --
 8      A.   (Complying).
 9      Q.   -- of the exhibit, it's Page 2
10   of the document.  If you go down to where it
11   says "For Macondo."
12          Do you see that?
13      A.   Yes, I do.
14      Q.   He wrote:  "For Macondo, the top
15   kill was made much more difficult because of
16   the well design."
17          Do you see that?
18      A.   Yes.
19      Q.   He goes on to say in particular
20   for the 16-inch casing -- I'm sorry, in
21   particular:  "The 16-inch casing was
22   downgraded in weight/wall thickness," and
23   then he's got the specifications there, "and
24   run as a liner."
25      A.   I see that.
```

63  (Pages 249 to 252)

Exhibit X
Page 63

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                  Reported By

**ROBERT QUITZAU**          *May 25, 2011*   DIANE TEWIS CLARK, RPR, RMR, CRR

253

1       Q.    He says:  "The original design
2   would have allowed for higher pressures
3   during the top kill.  It would have allowed
4   for a hard shut-in where the capability is
5   available to take such an action."
6          Okay?  So given that context, do
7   you agree with his statement that the top
8   kill was made much more difficult because of
9   the well design?
10       MS. WILMS:
11          Object to form.
12       THE WITNESS:
13          I don't know that his statement
14   that the casing wall thickness was reduced.
15   I don't know if that's an accurate
16   statement.
17       EXAMINATION BY MR. FINEMAN:
18       Q.    Assuming for the moment that
19   it's an accurate statement, would you agree
20   with his conclusion, that the top kill was
21   made more difficult because of the well
22   design?
23       MS. WILMS:
24          Object to form.
25       THE WITNESS:

254

1          There are too many other
2   complexities for me to comment on that one
3   statement.
4       EXAMINATION BY MR. FINEMAN:
5       Q.    So your testimony is you're not
6   agreeing or disagreeing?
7       MS. WILMS:
8          Object to form.
9       THE WITNESS:
10          I'm not agreeing or disagreeing.
11       EXAMINATION BY MR. FINEMAN:
12       Q.    Was there somebody at Anadarko
13   that you reported to about the relief
14   efforts?
15       A.    Yes.
16       Q.    Who was that?
17       A.    I reported to Todd Durkee.
18       Q.    Did you report to Darrell
19   Hollek?
20       A.    I communicated with Darrell
21   Hollek and reported to Todd Durkee.
22       Q.    Do you know what Hollek's role
23   was with respect to the relief efforts?
24       MS. WILMS:
25          Object to form.

255

1       THE WITNESS:
2          I do not know what his role was.
3       EXAMINATION BY MR. FINEMAN:
4       Q.    How did you report internally on
5   the relief efforts?
6       A.    I sent e-mail updates and
7   occasionally had phone calls with Todd
8   Durkee.
9       Q.    Were there any regularly
10   scheduled meetings for you to provide updates
11   for people at Anadarko about relief efforts?
12       A.    There was nothing regular, as
13   needed.
14       Q.    All right.  In your
15   communicating with other Anadarko personnel
16   about what was going on with the relief
17   efforts, were you ever told what to include
18   or not include in an e-mail by any lawyer?
19       MS. WILMS:
20          Object to form.  I don't want you
21   to discuss -- I don't know if you had any
22   communication with lawyers about this, but
23   if you did, I don't want you to discuss the
24   contents of them.  So just yes or no.
25       EXAMINATION BY MR. FINEMAN:

256

1       Q.    You can answer my question with
2   a yes or no.
3       A.    I'm sorry, can you repeat the
4   question?
5       Q.    It's okay.  In your
6   communications with -- in your communications
7   with people at Anadarko about relief efforts,
8   were you ever advised by a lawyer what you
9   should say in those communications?
10       A.    No.
11       Q.    When you were reporting to
12   people at Anadarko about what was going on
13   with relief efforts were you -- did you have
14   it in your mind that those communications
15   were going to be for litigation purposes?
16       A.    I recognized early on that all
17   documents had to be preserved, and that they
18   could be used for legal purposes.
19       Q.    But did you believe that you
20   were communicating with people for the
21   purpose of litigation?
22       A.    No. I was communicating to
23   inform them.
24       Q.    You were providing factual
25   information to your colleagues?

64 (Pages 253 to 256)

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**      **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters**      **Facsimile: (504) 525-9109**

Exhibit X
Page 64

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported By:
**ROBERT QUITZAU**          **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

257

1      MS. WILMS:
2          Object to form.
3      THE WITNESS:
4          Updates.
5      EXAMINATION BY MR. FINEMAN:
6      Q.    Correct?
7      A.    I was providing updates to --
8  for specific people.
9      Q.    To?
10     A.    You said my colleagues, I was
11 providing updates to a limited number of
12 designated people.
13     Q.    Fine, thank you.
14         Did you play any role in
15 Anadarko's evaluation of invoices from BP
16 regarding relief efforts?
17     A.    No.
18     MR. FINEMAN:
19         How am I doing on time?
20     THE VIDEOGRAPHER:
21         You have exactly 20 minutes.
22     MR. FINEMAN:
23         All right.  Let me take a quick
24 break right here.
25     MS. WILMS:

258

1          Of course.  Absolutely.
2      THE VIDEOGRAPHER:
3          We're going off the record.  This
4  is videotape No. 5.  It's 2:59.
5          (Whereupon, a brief recess was
6  taken.)
7      THE VIDEOGRAPHER:
8          We're back on the record.  It's
9  3:08.  This is the beginning of videotape
10 No. 6.
11 EXAMINATION BY MR. FINEMAN:
12     Q.    Mr. Quitzau, what I would like
13 to do now is go back to each of the teams you
14 worked on and have you explain to me, you
15 know, exactly what your role was on the
16 various teams, what you did.
17     A.    Okay.
18     Q.    So let's talk about -- you said
19 you started with the relief well concept
20 team.  That was basically how to drill and
21 perform a dynamic kill, correct?
22     A.    Correct.
23     Q.    So what did you -- what was your
24 specific role with respect to that team?
25     A.    I was one of six or seven

259

1  persons during the day who would work through
2  kind of a step-by-step sequence of how a
3  relief well might be drilled and then the
4  approach might be conducted and how the
5  dynamic kill-- you know, how the intercept
6  would be conducted and then how the dynamic
7  kill would be pumped.
8      Q.    And I've heard a number of
9  different words describe killing the well.
10 I've heard -- there's top kill and there's
11 momentum kill, I've heard dynamic kill.
12 What's dynamic kill, the way you're using
13 it?
14     A.    In this sense, the dynamic kill
15 would be conducted by intercepting the
16 Macondo well deep and then pumping mud into
17 the flowing oil stream and generating
18 friction by pumping at high rates to
19 overcome the pressure in the Macondo well
20 and thereby fill the well with kill mud and
21 kill it.
22     Q.    And this could only be
23 accomplished by -- through the relief wells,
24 what you just described?
25     A.    That would be a relief well

260

1  dynamic kill, yes.
2      Q.    And the relief wells, one of the
3  issues of the relief well is the time it
4  takes to drill the wells, correct?
5      A.    Correct.
6      Q.    So that's why there were
7  multiple things happening at once in addition
8  to the relief wells?
9      MS. WILMS:
10         Object to form.
11 EXAMINATION BY MR. FINEMAN:
12     Q.    Correct?
13     A.    Yes, that's correct.
14     Q.    So I think you testified that
15 you -- soon after starting on the relief
16 well concept team, you moved to the junk
17 shot top kill team?
18     A.    Correct.
19     Q.    And what was your specific role
20 on the junk shot top kill team?
21     A.    So first we had a smaller team
22 to deal with the concept of how that might be
23 conducted, so we kind of put together a
24 simplistic plan and then it became apparent
25 that there was a strong interest that we

**601 Poydras Street, Suite 1720   GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009      Board-Certified Court Reporters      Facsimile: (504) 525-9109**

Exhibit X
Page 65

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                              Reported By:

**ROBERT QUITZAU**              *May 25, 2011*   DIANE TEWIS CLARK, RPR, RMR, CRR

261

1    might actually do that, so then, we moved
2    into a larger, kind of an operations
3    planning team and there we worked through to
4    develop detailed plans for pump -- for
5    pumping the junk shot and doing the top
6    kill.
7         Q.    What was your part of that?
8         A.    On the concept team, again, I
9    was one of seven or eight people throwing
10   together ideas and trying different things
11   back and forth to see what might be the most
12   appropriate way to conduct that operation,
13   and then when we moved into the operation
14   planning team, I was -- there were four or
15   five different subgroups in the big room and
16   I was on the pumping or the hydraulic part
17   of that team.
18        Q.    And what did you do with respect
19   to the pumping and hydraulic parts of that
20   team?
21        A.    Again, we worked on more
22   detailed, refined step by step procedures and
23   looked at fluid densities that could be
24   pumped into the well from the top.  And
25   steadily built up detailed operating

262

1    procedures.  So I was one of -- like I say,
2    somewhere between 30 and 45 people in the
3    room at any one time working to write these
4    procedures.
5         Q.    And Mr. Sharadin was the team
6    leader?
7         A.    That's correct.
8         Q.    And you were the only Anadarko
9    person on this project, right?
10        A.    In that sub team, I was the only
11   person from Anadarko.
12        Q.    Okay.  All right.  The -- if I
13   understand the chronology, the top kill
14   effort occurred at the end of May?
15        A.    I believe that's correct.
16        Q.    And it was determined that it
17   was not successful by the end of May and then
18   the beginning of June, you had moved on to
19   other parts of the relief effort.  Is that
20   true?
21        A.    That's correct.
22        Q.    And that's when you moved on to
23   the relief well intercept team?
24        A.    That's correct.
25        Q.    And what was your specific role

263

1    with respect to the relief well intercept
2    team?
3         A.    The specific role, the relief
4    well intercept team was to work with the
5    smaller group that dealt with the wire --
6    that the range -- various ranging operations
7    and technologies that we'd use to determine
8    how close we were in the two different relief
9    wells to the Macondo well, so the different
10   tools and strategies for locating the
11   blowout well and then approaching it and
12   then finally drilling into it.
13        Q.    I'm sorry, ranging operations?
14        A.    The ranging technology is
15   technology that can send out information
16   into the rock and detect the steel and the
17   well that's blowing out.
18        Q.    And, again, what were you
19   specifically doing on that team?
20        A.    My specific -- I was more of a
21   drilling person as opposed to a surveying
22   and ranging technology person, so I would
23   provide comments and suggestions on the
24   directional drilling aspects of how to
25   approach the well and I would also interface

264

1    with the pumping team in the other room who
2    were actually putting together detailed
3    operating plans for the actual top kill
4    and -- I'm sorry, for the dynamic kill and
5    so I would interface between the relief team
6    and the dynamic kill team to just make sure
7    there was consistency in all of our
8    assumptions and procedures.
9         Q.    You were able to use some of the
10   information you had gathered as working on
11   the pumping side of the top kill operation
12   to help with the project -- the dynamic kill
13   project?
14        A.    Yes.  I put forth ideas that we
15   came up with that should be considered in
16   the dynamic kill planning.
17        Q.    How many people were on the
18   relief well intercept team?
19        A.    That was a smaller group.  It
20   seemed like it was probably on the order of
21   10 or 15 or so.
22        Q.    And that was Kurt Mix who was
23   running that?
24        A.    That's correct.
25        Q.    Okay.  And then you said in

66  (Pages 261 to 264)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported By:

**ROBERT QUITZAU**          **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

265

1  conjunction with that effort, you were also
2  participating in the actual drilling of the
3  relief wells?
4      A.    Later in that process, I would
5  --
6  I won't say I was participating in the
7  process as much as I would attend their
8  morning meetings to observe what they were
9  doing and be aware of how they were
10  progressing.
11     Q.    Did you provide any input into
12  the actual drilling exercise?
13     A.    The actual drilling of the
14  relief wells?
15     Q.    Yeah.
16     A.    Not -- no, I didn't.
17     Q.    Then you said that you moved on
18  to the hydrostatic kill cementing team which
19  was like the final plugging of the well.
20     A.    Yes.
21     Q.    What was your specific role
22  there?
23     A.    The specific role there was,
24  again, to write a detailed procedure for
25  pumping the top kill job and I added

266

1  comments to those different steps that were
2  put in the procedure and helped look at
3  discussions related to the fluid density
4  that could be used during that top kill.
5      Q.    Okay. And then you said finally
6  that you were around for the BOP removal and
7  the new BOP installed?
8      A.    Yes.
9      Q.    When you're talking about the
10  new BOP installed, are you talking about a
11  BOP or are you talking about a capping stack?
12     A.    At that time, there was a
13  capping stack on top of the HORIZON BOP, so I
14  observed the -- I didn't actually see it,
15  but I was around when the capping stack was
16  removed and then I saw the HORIZON BOP
17  removed and then another BOP from one of the
18  other rigs in the field was then installed
19  on the Macondo wellhead.
20     Q.    And did you play any role in
21  that or you just observed it?
22     A.    That was mostly observing.
23     (Exhibit No. 2641 marked for
24  identification.)
25  EXAMINATION BY MR. FINEMAN:

267

1      Q.    So let's look at some documents,
2  we can go through them pretty quickly, I
3  think. Let's start with No. 30. This is
4  2641, ANA-MDL-000241068, 241069.
5      MR. HYMEL:
6          Which tab is it, please?
7      MR. FINEMAN:
8          I'm sorry, it's Tab 30.
9  EXAMINATION BY MR. FINEMAN:
10     Q.    So this document has a couple of
11  e-mails. We're back to April 27, 2010. The
12  first one is an e-mail from you to Mark
13  Hafle at BP, correct?
14     A.    Correct.
15     Q.    And do you recall sending this
16  e-mail?
17     A.    Yes, I do.
18     Q.    Do you recall the purpose of
19  this e-mail?
20     MR. DAVID:
21          Object to form.
22     THE WITNESS:
23          The purpose of the e-mail was to
24  clarify -- attempt to clarify the rating of
25  the burst disk and to offer support any way

268

1  we could. And to try to understand what was
2  happening at that time on the well.
3  EXAMINATION BY MR. FINEMAN:
4      Q.    After the blowout on the 20th,
5  did you have any communication with Mr. Bodek
6  at BP?
7      A.    I don't recall any communication
8  with Bobby Bodek, any direct communication
9  with him.
10     Q.    How did it come to be that you
11  were on the phone with Mr. Hafle?
12     A.    I recall somebody in our --
13  probably some of the operation geologists
14  communicated with BP that we would like to
15  have a conversation to try to understand
16  what was going on and offer our support, and
17  I'm sorry, I don't recall who it was with BP
18  or Anadarko, for that matter, but we
19  arranged a conference call and several -- a
20  group of us got in verbal contact with Mark
21  Hafle to try to understand what was going
22  on, so we had a short conversation and got
23  updated as best we could under the
24  circumstances.
25     Q.    So in this e-mail, the first

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009    Board-Certified Court Reporters    Facsimile: (504) 525-9109**

Exhibit X
Page 67

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                          Reported by:
**ROBERT QUITZAU**                    *May 25, 2011*   **DIANE TEWIS CLARK, RPR, RMR, CRR**

269

1    thing you ask him is if he could tell you the
2    pressure differential rating on the 3 by
3    16-inch burst disk subs that were run in the
4    16-inch casing string.
5        Do you see that?
6        A.    Yes, I do.
7        Q.    So this relates to those
8    pressure disks that we've been talking about
9    a little bit today, is that correct?
10       A.    That's correct.
11       Q.    Why were you asking him this
12   question?
13       MS. WILMS:
14           Object to form.
15       THE WITNESS:
16           In our phone call discussion, he
17   pointed out -- we were talking about the
18   potential for top kill options, and he
19   pointed out that there were burst disks in
20   the 16-inch casing and I was actually not
21   aware of it at that point, and so our --
22   after our follow-up discussions, we tried to
23   clarify the ratings on those disks so we
24   could just get a feel for what risks there
25   might be for further complications or

270

1    further worsening of the situation.
2    EXAMINATION BY MR. FINEMAN:
3        Q.    You thought that those disks
4    could pose a further problem?
5        MS. WILMS:
6            Object to form.
7    EXAMINATION BY MR. FINEMAN:
8        Q.    Is that why you were asking?
9        A.    We were concerned that if they
10   were exposed they could make matters more
11   complicated.
12       Q.    Maybe further compromise the
13   integrity of the well?
14       A.    That's correct.
15       Q.    And you also asked him if he
16   could describe the state of the riser
17   drillpipe LMRP near the BOP and where the
18   flow is coming from.
19           Do you see that?
20       A.    Yes.
21       Q.    Why did you ask that question?
22       A.    At that point, we were just
23   looking at news reports and one -- photos of
24   things happening on the mudline and it was
25   hard for us to piece together what was

271

1    actually happening.  So we asked Bobby if he
2    could help us with that.
3        Q.    You asked Mark Hafle?
4        A.    I'm sorry, Mark Hafle.
5        Q.    That's okay.  And then on No. 4
6    you wrote:  "I heard BP would be forwarding
7    us well plans for the two relief wells.  We
8    look forward to getting that information
9    when you're ready to send it."
10           Do you see that?
11       A.    Yes.
12       Q.    Why did you know or why did you
13   believe that BP was going to forward you
14   well plan relief wells?
15       A.    I don't recall where I heard
16   that.
17       Q.    Okay.  Now, did you get answers
18   to any of these questions?
19       A.    We got -- let's see --
20       Q.    Let me try it another way, I'm
21   not trying to be tricky.  The e-mail response
22   you got from Hafle later that evening on the
23   27th was that:  "There are very strict
24   communication policies in place."
25           Do you see that?

272

1        A.    Yes, I do.
2        Q.    And that "all questions and
3    information needs to go through Darrell
4    Hollek at Anadarko."
5            Do you see that?
6        A.    I see that.
7        Q.    Do you recall getting that
8    e-mail?
9        A.    Yes, I do.
10       Q.    Did you ever find out why they
11   were controlling information that way?
12       A.    I did not.
13       Q.    And as far as you know, did
14   questions and information thereafter go
15   through Mr. Hollek?
16       MS. WILMS:
17           Object to form.
18       THE WITNESS:
19           Any questions I had after that --
20   between this time and the time that I went
21   in to BP's office, I tried to have all my
22   communications, such as they were, go
23   through Darrell Hollek.
24   EXAMINATION BY MR. FINEMAN:
25       Q.    So do you know if you ever got

68  (Pages 269 to 272)

**New Orleans, LA 70130-6009    Board-Certified Court Reporters**      **Facsimile: (504) 525-9109**
Exhibit X
Page 68

**ROBERT QUITZAU**          *May 25, 2011*   **DIANE TEWIS CLARK, RPR, RMR, CRR**

273

1    answers to -- for example, the question
2    about the pressure differential rating on
3    the pressure disks?
4         A.    I recall getting an answer, yes.
5         Q.    Do you recall what the answer
6    was?
7         A.    I don't recall what the answer
8    was.
9         (Exhibit No. 2642 marked for
10   identification.)
11   EXAMINATION BY MR. FINEMAN:
12        Q.    Let's look at 31.  All right.
13   This document is 2642, it's
14   ANA-MDL-000244164 through 4179.  It's
15   Tab 31.  This is a series of e-mails on
16   May 15 -- May 14 and May 15, 2005 (sic).  By
17   this point, mid-May, is it the case that you
18   were working on the -- the top kill team?
19        A.    Yes.
20        Q.    Do these e-mail exchanges
21   concern your and the group's efforts on the
22   top kill effort?
23        A.    Let me have --
24        Q.    Sure, take your time.
25        A.    Yes, these are related to

274

1    limitations on the top kill.
2         Q.    What do you mean by that,
3    "limitations on the top kill"?
4         A.    I thought I was repeating what
5    you said in your question.
6         Q.    I didn't use the word
7    "limitations."
8         A.    Can you repeat the question?
9         Q.    I just asked you if this
10   concerned your efforts on the top kill team?
11        A.    Yes, it did.
12        Q.    And the -- now let's talk about
13   the attachment up here, we're referring to
14   kill pressure limits?
15        A.    Right.
16        Q.    What does that mean?
17        A.    So as we would pump heavy mud
18   down the well, that mud would exert
19   differential pressure on different parts of
20   the wellbore and if that differential
21   pressure exceeded the burst disk rating,
22   assuming the fluid was going down the
23   production casing annulus, the burst disk
24   could fail if their rating is exceeded.
25        Q.    Okay.  So this again, at least

275

1    to some extent, is trying to account for the
2    burst disks or the pressure disks that were
3    part of the well design?
4         MS. WILMS:
5             Object to form.
6    MR. DAVID:
7             Object to form.
8    THE WITNESS:
9             This is related to trying to not
10   overpower or not overstress different
11   components in the well that we're getting
12   ready to kill, assuming that the fluid --
13   the kill fluid was going down the production
14   casing annulus.
15   EXAMINATION BY MR. FINEMAN:
16        Q.    But at least some of this
17   analysis is taking into account the presence
18   of the rupture disks; right?
19        A.    That's correct.
20        Q.    Okay.  And your e-mail of the
21   15th, where you say -- to Pattillo and
22   Miller:  "You say thanks for the good
23   assessment."
24            It's at the bottom of the first
25   page.

276

1         A.    Yes.
2         Q.    That's referring to the
3    previous -- the prior e-mail, the one from
4    Pattillo to Mr. O'Bryan, correct?
5         A.    Yes.
6         (Exhibit No. 2643 marked for
7    identification.)
8    EXAMINATION BY MR. FINEMAN:
9         Q.    Let's go to No. 33.  This is
10   2643, ANA-MDL-000241168 to 69.  Tab 33.  So
11   these e-mails are from May 17, 2010, correct?
12        A.    I see one e-mail.
13        Q.    There are two e-mails on this
14   page, the first one at the bottom is from
15   Mr. Mullen to you.
16        A.    Yes, yes.
17        Q.    Who was Mike Mullen?
18        A.    Mike Mullen was one of the
19   members on the team who was in charge of the
20   actual drafting of the procedure.
21        Q.    And we're talking about the top
22   kill procedure, correct?
23        A.    Let me look at it here.  Yes.
24        Q.    Okay.  And -- and then you are
25   forwarding or you are sending an e-mail to

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters     Facsimile: (504) 525-9109**
Exhibit X
Page 69

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported by?

**ROBERT QUITZAU**          *May 25, 2011*   **DIANE TEWIS CLARK, RPR, RMR, CRR**

---

277

1    Mr. Mullen attaching the -- it's -- the
2    document is attached, correct?  With your --
3    this was included -- I can't tell, I can't
4    read it, but I believe this includes
5    comments that you made on the draft,
6    decision tree?
7        MS. WILMS:
8            Object to form.
9        THE WITNESS:
10           I didn't understand your
11   statement.
12   EXAMINATION BY MR. FINEMAN:
13       Q.   Let's start again.
14       So the e-mail from Mr. Mullen to
15   you is attaching this decision tree that is
16   attached, is that correct?
17       A.   Yes.
18       Q.   And then it looks like what's
19   happening here is you're forwarding it back
20   to him -- well, let's just look -- can you
21   tell me what the attachment is, "Macondo Top
22   Kill Diagnostic Ingestion Flow Chart"?
23       A.   This is not my flow chart.  What
24   I recall is prior to conducting the top kill,
25   there was to be a series of tests done

---

278

1    across the BOP to diagnose which -- what the
2    status of all the rams were so that when we
3    conducted the pumping, we would know the
4    best places to pump in and, you know, what
5    our opportunities might be, and I was not
6    involved in this part of the top kill
7    procedure.
8        Q.   So you had no role in preparing
9    this?
10       A.   I don't recall having any input
11   into this.
12       (Exhibit No. 2644 marked for
13   identification.)
14   EXAMINATION BY MR. FINEMAN:
15       Q.   34.  All right.  So this
16   document is 2644, it's ANA-MDL-000242505 to
17   2506.  These e-mails are dated May 17 and May
18   18, 2010.  Is that correct?
19       A.   That's correct.
20       Q.   And who was Stephen Wilson?
21       A.   Steve Wilson was a BP borehole
22   stability rock mechanic specialist.
23       Q.   He was a member of the top kill
24   team?
25       A.   He was not on the team, but he

---

279

1    came in to give us comments and advice.
2        Q.   Can you explain what this e-mail
3    is about, this e-mail exchange?
4        A.   Steve Wilson was evaluating the
5    fracture gradient in the hydrocarbon zone so
6    that when we pumped kill mud into the well,
7    we would know after all the heavy kill mud
8    got in there, whether it would continue to
9    fracture in that zone or not.
10       Q.   What is your e-mail of the 18th
11   to him explaining?
12       A.   It's explaining that we should
13   be able to put kill mud in the well assuming
14   that -- it's not written in here -- but
15   assuming that we had good integrity, good
16   pressure drop across the BOP, however, in
17   other words, we would be able to get the mud
18   in and put it away, but we might have a
19   problem by keeping the cement in there, is
20   what it's explaining.
21       Q.   Okay.  Did that end up being a
22   problem?
23       A.   We were never successful on the
24   initial top kills.
25       Q.   So you never got to the cement?

---

280

1        A.   We never -- yeah.
2        Q.   Okay.  Do you remember somebody
3    named Michael Cushman?
4        A.   Yes, I remember the name.
5        Q.   What was his role?
6        A.   I can't remember exactly what he
7    did.  I want to say he was a facilitator.  I
8    could be wrong about that.
9        Q.   Did you have a sense when you
10   were at BP working on the relief efforts of
11   who was in charge of the relief effort?
12       MS. WILMS:
13           Object to form.
14       THE WITNESS:
15           I was aware of who was in charge
16   of our teams, but I was not aware of who was
17   in charge of the overall relief efforts.
18   EXAMINATION BY MR. FINEMAN:
19       Q.   And did you ever attend meetings
20   with senior people at BP or people with the
21   federal government about the relief efforts?
22       MS. WILMS:
23           Object to form.
24       THE WITNESS:
25           What do you mean by senior people?

---

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**      **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009    Board-Certified Court Reporters**      **Facsimile: (504) 525-9109**

Exhibit X
Page 70

**ROBERT QUITZAU**          *May 25, 2011*   **DIANE TEWIS CLARK, RPR, RMR, CRR**

281

1    EXAMINATION BY MR. FINEMAN:
2        Q.    So decision makers?
3        A.    I don't know who the exact
4    decision makers were.  I attended a very
5    large number of meetings and there were a
6    lot of people in there, Dr. Chu was in one
7    meeting, you know, just all manner of
8    meetings.
9        Q.    Okay.  Did you -- did you -- at
10   this time, did you maintain a calendar of --
11   that kept track of what you were doing on a
12   daily basis?
13       A.    No, not on a daily basis.
14       Q.    Did you complete the same sort
15   of time reporting for Anadarko during the
16   relief effort that you had maintained while
17   you were working on the well -- on the well
18   itself?
19       A.    Yes, I did.
20       Q.    And those described whatever you
21   did on a daily basis?
22       A.    In some level of detail, but not
23   great detail.
24       Q.    Okay.  Do you have -- did you
25   ever form an opinion as to why the top kill

282

1    effort did not succeed?
2        A.    I never did.
3        Q.    Did you discuss with anybody at
4    Anadarko why the top kill effort did not
5    succeed?
6        A.    I don't recall a specific
7    discussion with people at Anadarko on that.
8        Q.    After the top kill effort did
9    not succeed, was there a period of time where
10   the team sort of did a recap of what they
11   had done and discussed reasons why it didn't
12   work?
13       A.    Yes.
14       Q.    And did that recap produce an
15   opinion, a consensus on why it didn't
16   happen -- I'm sorry, why it didn't work?
17       A.    I don't recall the conclusions
18   in that report and I don't know that I
19   actually ever saw the report, though I
20   contributed to it.
21       Q.    What did you contribute to the
22   report?
23       A.    I contributed a factual recap of
24   the pressure -- pressures that were seen
25   during the three top kills -- the pressures

283

1    that were seen at the surface and at the
2    mudline, just a factual recap of a plot
3    showing what happened.
4        Q.    Okay.  As far as you know, was
5    that report published?
6        A.    That report was included in the
7    report on the -- kind of the after study of
8    the top kills, and as far as I know, that's
9    in BP's position.
10       Q.    But do you, sitting here today,
11   have a memory of the conclusion of the
12   report as to why the top kill did not work?
13       A.    I do not.
14       Q.    And, again, did you ever form an
15   opinion of your own of why the top kill did
16   not work?
17       A.    I did not.
18   MR. FINEMAN:
19       Can I have 37.
20   MS. MARTIN:
21       37?
22   MR. FINEMAN:
23       37.
24       (Exhibit No. 2645 marked for
25   identification.)

284

1    EXAMINATION BY MR. FINEMAN:
2        Q.    I'm giving you what we're
3    marking as 2645.  It's ANA-MDL-000262012
4    through 2017.  This is an e-mail exchange
5    that includes people at Anadarko and it goes
6    back -- if you start on the bottom of the
7    second-to-last page of the exhibit.
8        A.    (Complying.)
9        Q.    There's an e-mail from you to
10   Mr. Hollek, Mr. Durkee and Mr. Pfister.  Do
11   you see that?
12       A.    Yes, I do.
13       Q.    And the subject -- it's dated
14   May 30, and the subject is ongoing
15   participation in Macondo relief efforts.
16       Do you see that?
17       A.    Yes.
18       Q.    And as I understand it, this is
19   basically about your participation in the
20   top kill team ending except for whatever
21   recap work you were going to do and about
22   what next -- what else Anadarko would be
23   doing on the relief efforts.  Is that true?
24       A.    That's correct.
25       Q.    And -- and then it looks like

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**          **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009    Board-Certified Court Reporters**          **Facsimile: (504) 525-9109**

Exhibit X
Page 71

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                Reported by:
**ROBERT QUITZAU**          *May 25, 2011*   DIANE TEWIS CLARK, RPR, RMR, CRR

285

1  there's some e-mail back and forth about --
2  about next steps on the relief efforts and
3  what Anadarko might contribute.  Is that
4  correct?
5      A.    That's correct.
6      Q.    And the e-mail dated June 1,
7  from you to Mr. Hollek, Mr. Durkee and
8  Mr. Pfister, it says here you spoke with
9  Bill Kirton who is in charge of the top hat
10  team.  Do you see that?
11      A.    Yes.  Pardon me one second, I'm
12  hung up.  Okay.
13      Q.    And here, it looks like what
14  you're saying is that -- it looks like they
15  were looking for some help with that effort,
16  right?
17      MS. WILMS:
18          Object to form.
19      THE WITNESS:
20          Yes.
21      EXAMINATION BY MR. FINEMAN:
22      Q.    Is this where ultimately
23  Mr. McDaniel came in?  You testified a
24  little while ago that he helped with the top
25  hat team.

286

1      MS. WILMS:
2          Object the form.
3      THE WITNESS:
4          Yes.
5      EXAMINATION BY MR. FINEMAN:
6      Q.    And then it says here that you
7  met with members of the relief well team and
8  then you said you would try to position
9  yourself to contribute to the relief well
10  team.  Correct?
11      A.    Yes.
12      Q.    That's, in fact, what happened,
13  right?
14      A.    Yes.
15      Q.    You went on to help.  Okay.  And
16  then there's some e-mail communication later
17  on June 1st with Mr. Dean.  Do you see that?
18      A.    June 1st, yep.
19      Q.    And I take it at this point that
20  you're communicating with him because he's
21  also -- you're looking for some additional
22  assistance in other aspects of the project
23  and he ultimately came on board to help out,
24  right?
25      A.    That's correct.

287

1      (Exhibit No. 2646 marked for
2  identification.)
3      EXAMINATION BY MR. FINEMAN:
4      Q.    Do you recall that -- let's look
5  at the next document.  So this is 24 -- I'm
6  sorry, 2646, ANA-MDLO00262036 to 2037, and
7  the e-mail at the bottom is from you to
8  Mr. Quitzau, Mr. Hollek and Mr. Durkee
9  again, correct?
10      A.    Yes.
11      Q.    You wrote that you were hearing
12  rumors that a top hat arrangement to contain
13  oil above the riser kink is being considered
14  in lieu of the option to install another
15  BOP.
16      And then you said: "Apparently
17  the debate between the two options is
18  ongoing."
19      Do you see that?
20      A.    Yes, I do.
21      Q.    Did you participate in that
22  discussion or debate?
23      A.    I did not.
24      Q.    You're just reporting
25  information that you had heard around BP's

288

1  offices?
2      A.    That's correct.
3      Q.    And then the e-mail above, you
4  were communicating with Mr. Mix that you
5  would like to participate in the relief well
6  team?
7      A.    Yes.
8      Q.    And you were included in that
9  team?
10      A.    Yes.
11      (Exhibit No. 2647 marked for
12  identification.)
13      EXAMINATION BY MR. FINEMAN:
14      Q.    This is a thick document, I'm
15  only asking you about the first page, 2647,
16  ANA-MDL000258555 through 567.  It's Tab 39.
17  This is an e-mail from -- the one at the
18  bottom, anyhow, is from John Sharadin to a
19  distribution list that includes you.  Is
20  that correct?
21      A.    Yes, that's correct.
22      Q.    The subject line is post-job
23  reporting?
24      A.    Yes.
25      Q.    What does that mean?

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters     Facsimile: (504) 525-9109**
Exhibit X
Page 72

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                              Reported By:
**ROBERT QUITZAU**                    *May 25, 2011*   **DIANE TEWIS CLARK, RPR, RMR, CRR**

289

1  MR. DAVID:
2      Object to form.
3  THE WITNESS:
4      Let me look at the document.
5  EXAMINATION BY MR. FINEMAN:
6      Q.   Is this a recap of the top kill
7  exercise or is this something else?  Let me
8  ask you a -- let me ask you a question about
9  these -- this and maybe it will help you.
10     A.   Okay.
11     Q.   It says:  "The CCs All met."
12          What does that mean, if you know?
13  CCs.
14     A.   I don't recall.
15     Q.   "Set up some data gathering and
16  deliverables for the report.  We're off on
17  our separate missions and will meet after
18  lunch to update and compare notes.  Items
19  being worked are," and then there's a number
20  of tasks and the name "Bob" appears next to
21  "oil return timing in kink and friction
22  analysis."
23     A.   Okay.
24     Q.   And is the Bob reference to you?
25     A.   I don't recall this e-mail.

290

1      Q.   Do you recall these tasks being
2  assigned?
3      A.   I don't.  I can speculate, but I
4  would like to look in the document and see
5  what might be going on here.  Okay.
6      Q.   Go ahead.
7      A.   These appear to just be
8  guidelines on how to do -- sort of an example
9  of how to do a post-well recap and he was
10  setting a stage for us to do that post-recap,
11  post-job recap and he's using words that I
12  certainly wouldn't have used, but I can guess
13  what he's talking about.
14     Q.   Well, I guess all I really
15  wanted to know was whether or not -- what
16  this was and what role you're playing.
17     A.   If this is related to the
18  post-job report and the top kills, then we
19  would divvy up the different key points that
20  each person would write up and then we would
21  contribute our section and some professional
22  writer would combine them into one document.
23  I contributed at least one and possibly two
24  parts.
25     Q.   What do you remember you

291

1  contributed?
2      A.   What I did contribute was what I
3  described earlier, was the factual pressure
4  recaps for the three top kill jobs.
5      Q.   Okay.  But these other
6  descriptions don't mean anything to you,
7  friction analysis, oil return timing in
8  kink?
9      A.   Friction analysis would be what
10  I just described.  And I did another recap,
11  video recaps of the flow coming out of the
12  riser kink through the course of the final
13  kill job to try to determine when oil was
14  coming out and oil was coming out.  That may
15  be what he was talking about.
16     Q.   Okay.
17  MR. FINEMAN:
18      Let me have 42.
19  MS. MARTIN:
20      (Handing.)
21      (Exhibit No. 2648 marked for
22  identification.)
23  EXAMINATION BY MR. FINEMAN:
24      Q.   I'm giving you 2648.  It's
25  ANA-MDL000258665 through 8671.  It's Tab 42.

292

1  There are a number of e-mails in this
2  exhibit.  The first go back to June 15th
3  from you to different -- a number -- several
4  people including somebody called William
5  Burch.
6      A.   Yes.
7      Q.   Do you see that?
8      A.   Yes.
9      Q.   And the subject is "relief well
10  decision trees, deep intercept."
11          Do you see that?
12     A.   Yes.
13     Q.   And can you describe for me what
14  this e-mail is about?
15          It starts out:  "We will meet to
16  discuss the topics below following
17  yesterday's woodcutting meeting."
18          And then it looks like you've
19  identified a number of flow charts, and
20  there are flow charts attached as an
21  exhibit.
22     A.   What I recall is we had a group
23  of experts involved in our team and there
24  were many different ways to approach the
25  intercept, either shallow at the 9-7/8th

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**      **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009    Board-Certified Court Reporters**      **Facsimile: (504) 525-9109**

Exhibit X
Page 73

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported by:
**ROBERT QUITZAU**                    *May 25, 2011*   DIANE TEWIS CLARK, RPR, RMR, CRR

293

1  casing shoe or deep and there were opinions
2  everywhere and so we were trying to get
3  people to put their ideas down so we could
4  get them all together and compare.  This
5  sequence of e-mails looks like an attempt to
6  try to pull those together.
7      **Q.    Were you playing a leadership**
8  **role with respect to this group?**
9      A.    No, I was one of these players,
10  and I was the one that got frustrated how
11  long things were taking, so I finally said,
12  look, let's get together, I don't know who
13  came up with the term "woodcutting," but it
14  was time to start -- stop talking and
15  getting ideas down and put -- summarize the
16  ideas so that the decision makers could make
17  decisions.
18       That is what this was about, was
19  moving in that direction.
20      **Q.    Did you feel like things were**
21  **taking too long, decision making was taking**
22  **too long?**
23      A.    This particular topic was a very
24  -- there were many alternatives, so we were
25  working through as fast as we could to come

294

1  up, to evaluate the decisions and come
2  together with a consensus and put forward a
3  procedure for someone to decide on.
4      **Q.    It says here on the front, the**
5  **first page of the exhibit, that you did a**
6  **walk around vote and updated the two flow**
7  **charts as attached.**
8      A.    Yeah, so we had one meeting, and
9  we were good enough to get all the ideas
10  down and I wasn't optimistic that I could
11  get everybody together to have a vote in one
12  room for another meeting, so I just carried
13  it around and got the votes, and I don't
14  remember how that turned out, by the way,
15  but it was just a process to get things
16  going.
17      **Q.    This is about how best to use,**
18  **how best to devise the relief well to**
19  **intercept the blowout well.  That's what this**
20  **is all about, right?**
21      **MS. WILMS:**
22       **Object to form.**
23      **THE WITNESS:**
24       **There were numerous decisions that**
25  **had to be made, whether it's shallow**

295

1  **intercept, deep intercept, whether we mill**
2  **into the casing, punch through the casing,**
3  **drill down the side of the casing and**
4  **perforate, they were all over the place and**
5  **so that was the goal here was to try to pull**
6  **those ideas together and start making a**
7  **cohesive plan that someone could decide on.**
8  **EXAMINATION BY MR. FINEMAN:**
9      **Q.    And did that happen?**
10      A.    Ultimately, we had a plan that
11  allowed us to intercept.
12      **Q.    Did this exercise lead to that**
13  **-- accomplishing that goal?**
14      A.    We moved in the right direction,
15  I would say that the plans may have gone on
16  quite a bit longer than this.  I don't
17  remember dates.
18      **Q.    When was the ultimate decision**
19  **made?**
20      A.    I don't recall the date any
21  final decision was made.
22      **Q.    This is in mid-June.  The**
23  **decision wasn't made in mid-June, correct?**
24      A.    Correct.  There's multiple
25  decisions that we made within here, shallow

296

1  intercept versus deep intercept, I don't
2  recall the exact date that was made, but the
3  final decision was to intercept shallow and
4  that's what we actually did.
5      **Q.    All right.  Did you express to**
6  **anybody at BP any frustration about how long**
7  **the process was taking?**
8      A.    I was happy with this process,
9  there's just so many diverse opinions on
10  this particular idea.  It's understandable
11  that you would have that many ideas.
12      **Q.    And did you express to anybody**
13  **at Anadarko any frustration about how long**
14  **this decision-making process was taking?**
15      A.    No, I didn't.
16      **Q.    43.  Do you know who the**
17  **decision maker was ultimately on the**
18  **intercept strategy?**
19      A.    I don't.
20      (Exhibit No. 2649 marked for
21  identification.)
22  EXAMINATION BY MR. FINEMAN:
23      **Q.    I'm going to give you**
24  **Document 2649, ANA-MDL-000261855 through**
25  **1862.**

74 (Pages 293 to 296)

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**    **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009**    **Board-Certified Court Reporters**    **Facsimile: (504) 525-9109**

Exhibit X
Page 74

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                         Reported By:
**ROBERT QUITZAU**                    *May 25, 2011*   DIANE TEWIS CLARK, RPR, RMR, CRR

297

1      A.   (Reading).
2      **Q.   What you have here -- this is**
3  **Tab 43.  What you have here is an e-mail**
4  **dated June 28th, 2010 from Gary Wulf,**
5  **W-U-L-F, to a distribution list, it's quite**
6  **a large distribution list that includes you,**
7  **correct?**
8      A.   Do I see my name in there?
9      **Q.   It is, just above the CC.**
10     A.   Correct.
11     **Q.   And do you remember who Gary**
12  **Wulf was?**
13     A.   I do.
14     **Q.   Who was he?**
15     A.   I remember who he is, I'm not
16  sure of his exact function.  He seemed to be
17  some sort of an intermediary between the
18  procedure teams and the decision makers.  So
19  I would see him sometimes walk and talk and
20  then leave and go into other rooms.  I don't
21  know his exact role.
22     **Q.   Okay.  This e-mail concerns a --**
23  **as I understand it, concerns a meeting**
24  **that's going to be held concerning relief**
25  **well integrated kill and cementing review.**

298

1  **Is that your understanding?**
2      A.   Let me review it real quickly.
3      **Q.   Sure.**
4      A.   Yes, I remember this meeting.
5      **Q.   What was this meeting about?**
6      A.   This meeting was an effort to
7  bring in experts from outside of the relief
8  well team from various companies around the
9  industry to get as many ideas as BP could to
10  help come up with the best plan possible.
11     **Q.   Was this focused on the relief**
12  **wells, the title of the document is relief**
13  **well integrated kill and cementing review.**
14  **I can't tell if the subject matter was**
15  **beyond relief wells.**
16     A.   Yes, that's correct.  Relief
17  well intercept and dynamic kill and
18  cementing.
19     **Q.   That's what -- that was the**
20  **focus or the scope of this meeting?**
21     A.   Yes.
22     **Q.   Okay.  The -- the document**
23  **you're looking at here, it says under**
24  **context, it refers to the well intercept and**
25  **hydraulic well team.  Do you see that?**

299

1      A.   I don't.
2      **Q.   Under context.**
3      A.   Yes.
4      **Q.   The well intercept and hydraulic**
5  **well kill team.  Is that the team that you**
6  **were on?**
7      A.   Yes.  I was on the intercept
8  side of that team and interfaced with the
9  hydraulic side of the team.
10     **Q.   Okay.  And it says: "Has**
11  **developed plans and procedures to intercept,**
12  **hydraulically kill and cement the well."**
13     **Right?**
14     A.   Yes.
15     **Q.   So the earlier e-mail that we**
16  **looked at when you were running around**
17  **trying to get a vote, that was related to**
18  **the intercept part of this, is that correct?**
19     MS. WILMS:
20        Object to form.
21     THE WITNESS:
22        That's correct.  That was an early
23  iteration of plans.
24     EXAMINATION BY MR. FINEMAN:
25     **Q.   If you look down under "invited**

300

1  participants," you will see a couple of
2  Anadarko names there, Gerald Courville and
3  Jim Kunning.  Do you see that?
4      A.   Yes, I do.
5      **Q.   Do you know those gentleman?**
6      A.   Yes, I do.
7      **Q.   Do you recall whether they**
8  **attended the meeting?**
9      A.   They did.
10     **Q.   And they were part of the**
11  **contingent from outside of the relief effort**
12  **teams?**
13     A.   Yes.
14     **Q.   Do you know what role they**
15  **played?**
16     A.   They participated in the
17  discussion and put forward any idea that
18  they would come up with.
19     **Q.   Do you recall any particular**
20  **ideas they came up with?**
21     A.   I know they came up with some
22  ideas and I don't recall the exact nature of
23  those ideas.  They would get their chance
24  and they would speak out and so someone
25  would document that.

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**      **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009   Board-Certified Court Reporters**      **Facsimile: (504) 525-9109**

Exhibit X
Page 75

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                              Reported By:

**ROBERT QUITZAU**            **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

301

1      Q.    Do you have a memory of whether
2  minutes were taken at this meeting?
3      A.    Results were captured.  I don't
4  know if you would call them minutes.  They
5  had a very -- a process for holding the
6  meeting and recording comments and then
7  somehow those would get fed back and
8  possibly included in the procedure or
9  evaluated if they looked like they had
10  merit.
11      Q.    Did you ever see any written
12  summary that included comments by
13  Mr. Courville or Kunning?
14      A.    My recollection is that some of
15  Gerald's comments got thrown into the mix in
16  capturing the results of the meeting, and
17  Jim's may have as well.  I just don't recall
18  that.
19      Q.    Do you recall any specific
20  comments that were incorporated?
21      A.    I don't recall any specific
22  comments.
23      Q.    Are Mr. Courville and Mr.
24  Kunning still at Anadarko?
25      A.    Mr. Kunning is, Mr. Courville

302

1  isn't.
2      Q.    Do you know where he is now?
3      A.    I don't know for sure where he
4  is.
5      Q.    Turn the page, you will see --
6  it says "project team" and then it's got your
7  name listed on there.
8      Do you see that?
9      A.    Yes.
10      Q.    Do you know what is meant by
11  project team here?
12      A.    So that would be the relief well
13  and hydraulic kill sides of this group, so,
14  in other words, we put forward our plan and
15  then all these experts commented on it and
16  added ideas.
17      Q.    Is it fair to say that the
18  project team is the well interception
19  hydraulic well kill team?
20      A.    That's my understanding.
21      Q.    And is -- if you look at the
22  list, there's 19 names on that list.
23      A.    Yes.
24      Q.    If you take a look at that, is
25  that consistent with your memory of who was

303

1  on that team?
2      A.    There's probably more than --
3  would be on the team, so there's some, what
4  I would term midlevel managers who weren't
5  directly on the team, but were clearly
6  involved over the team.  And there's sort of
7  a facilitator, I believe Mike Cushman was a
8  facilitator, so he wasn't really on the
9  team, per se, but he was always there
10  helping out at certain of our meetings.
11      Q.    What does D&C mean?  Next to
12  your name.  Does it mean drilling and
13  something?
14      A.    It's drilling completion is
15  maybe what they were meaning there.
16      Q.    Okay.  Did you speak at this
17  meeting?
18      A.    I don't recall specific
19  comments.
20  I probably did.  The main purpose of the
21  meeting was to hear other people in the
22  industry rather than have us talk.  So any
23  comments I made would have been relatively
24  minor.
25      MR. FINEMAN:

304

1      Can I have 44.
2      MS. MARTIN:
3        (Handing).
4        (Exhibit No. 2650 marked for
5  identification.)
6  EXAMINATION BY MR. FINEMAN:
7      Q.    I'm giving you what's been
8  marked as 2650, ANA-MDL000258607 to 258608.
9  It's Tab 44.
10      The e-mail at the top of the page
11  is from you to William Burch.  Do you see
12  that?
13      A.    Yes.
14      Q.    It's dated July 8th, 2010,
15  correct?
16      A.    Yes.
17      Q.    Do you know who Mr. Burch was?
18      A.    Yes, I do.
19      Q.    Who was he?
20      A.    He was a well control engineer
21  with the Wild Well Control Company.
22      Q.    And do you remember what his
23  role in this process was?
24      A.    He was in a role similar to
25  myself only working for Wild Well, his

76  (Pages 301 to 304)

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009    Board-Certified Court Reporters    Facsimile: (504) 525-9109**

Exhibit X
Page 76

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:

**ROBERT QUITZAU**          **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

305

1  expertise was in the functions of Wild Well
2  control which would be capping and well
3  control. So he contributed ideas just like I
4  did.
5       Q.    And the re: Line, the subject
6  line is here: "Dual relief well strategy."
7       Correct?
8       A.    Yes.
9       Q.    Can you tell me what the dual
10  relief well strategy was?
11      A.    I need to just read the e-mail
12  real quick.
13      Q.    Sure, no problem.
14      MR. FINEMAN:
15          Why don't we take a break while
16  we're doing that so that we can change the
17  tape.
18      THE VIDEOGRAPHER:
19          We're going off the record. This
20  is the end of videotape No. 6. It's 4:05.
21          (Whereupon, a short break was
22  taken.)
23      THE VIDEOGRAPHER:
24          We're back on the record. This is
25  the beginning of videotape No. 7. It's

306

1      4:18.
2  EXAMINATION BY MR. FINEMAN:
3       Q.    Okay, Mr. Quitzau, "dual relief
4  well strategy." What was that?
5       A.    I believe that there was a
6  suggestion or a comment from some of the
7  middle and upper managers that there might
8  be a case for waiting for both relief wells
9  to approach the Macondo well before starting
10  the kill, and Bill Burch had an opinion on
11  that, that we should proceed ahead as fast
12  as possible with the DD-III and take our
13  chances with one well doing the dynamic kill
14  while the second well continued drilling and
15  he was sending around his ideas, which I
16  can't see in this e-mail, but he was asking
17  for input from others to help sell his
18  position.
19      Q.    And your view was what?
20      A.    I supported him, that there are
21  several reasons for continuing to drill the
22  DD -- on the DDIII rig and continuing the
23  relief well, going as fast as possible and
24  let the second relief well catch up when it
25  was ready, but go for the kill as fast as

307

1  possible.
2       Q.    That's ultimately what happened?
3       A.    That's ultimately what happened.
4       Q.    All right.
5       MR. FINEMAN:
6          45, please.
7       MS. MARTIN:
8          (Handing).
9          (Exhibit No. 2651 marked for
10  identification.)
11  EXAMINATION BY MR. FINEMAN:
12      Q.    I'm giving you what we're
13  marking as 2651, ANA-MDL-000240783 through
14  240789. This is an e-mail to you from Peggy
15  Strautberg at Wilson & Associates.
16          Do you see that?
17      A.    I do.
18      Q.    Do you know who she was?
19      A.    Yes, I do.
20      Q.    Who was she?
21      A.    She was a technical writer
22  working for BP.
23      Q.    This is -- this goes back to
24  what you testified to a little bit ago, the
25  professional writer would take all of

308

1  your -- you and your colleagues' input and
2  then put it in a form that made sense, is
3  that how it works?
4       MS. WILMS:
5          Object to form.
6       THE WITNESS:
7          They would take a -- so I would
8  combine the input, give it to her and she
9  would clean it up -- it would be a good
10  draft of my opinion, but she would clean it
11  up, format it and correct grammar, et
12  cetera, and that's what she was doing here.
13  EXAMINATION BY MR. FINEMAN:
14      Q.    Why is she calling this your
15  document?
16      A.    So I drafted the document with
17  some input from others, gave it to her, she
18  did her magic on it, reformatted it and sent
19  it back to me for my approval and once I was
20  happy with it, then it would go on to the
21  approvals designated on the -- I believe
22  this was a technical file note, if I'm not
23  mistaken.
24      Q.    And I think if you look at the
25  Bates stamp No. 786, the third page of the

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009    Board-Certified Court Reporters          Facsimile: (504) 525-9109**
Exhibit X
Page 77

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                                                      Reported By:

**ROBERT QUITZAU**              **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

---

309

1  exhibit, it's got your name there as -- for
2  document signoff.  And that's because it was
3  your document, is that right?  I'm sorry,
4  786.
5       A.    That's correct.
6       Q.    And what is this document?
7       A.    My understanding was that a
8  result of one of the HAZIDS, there were
9  numerous hazards that were conducted, a risk
10  was identified during a dynamic kill, the
11  extreme pressure draw downs in the drill
12  stream could result in a bottom hole
13  assembly component failure.
14       So to follow up on that identified
15  risk, they asked me to go in and talk to the
16  service companies and compile different
17  opinions about the strengths of the BHA
18  components and build it into a technical
19  file note, send it back to the BP system so
20  that they could log into their documentation
21  tracking and that they covered and
22  identified risk.
23       Q.    So it was basically for future
24  reference?
25       MS. WILMS:

---

310

1       Object to form.
2       THE WITNESS:
3       It was for documenting an
4  identified hazard, to say that it was
5  identified or evaluated.
6  EXAMINATION BY MR. FINEMAN:
7       Q.    All right.
8       A.    And so while I'm the author --
9  let's see, Kurt Mix, I believe, was the one
10  who approved it, if you can call it that.
11       Q.    All right.  I want to go back to
12  a document that we looked at earlier today,
13  it's Exhibit 2629.  It's an April 5, 2010
14  document.  It's the e-mail from you to
15  Mr. Folger.  They're marked.  Do you see it?
16       MS. WILMS:
17       It looks like this, maybe it's the
18  next one.  That one.
19       THE WITNESS:
20       All right.
21  EXAMINATION BY MR. FINEMAN:
22       Q.    Okay.  Earlier today I asked you
23  about this document and I asked you about
24  the statement in the second line there, you
25  wrote that: "The morning report says that

---

311

1  they got a GeoTap® gradient of 12.58 ppg at
2  18,089 feet MD."
3       Is that correct?
4       A.    Yes.
5       Q.    I asked you about that, and you
6  told me that you did not get an answer to
7  that issue prior to April 20, but I think
8  you testified that you did ultimately learn
9  that it was correct.
10       Do you remember that testimony?
11       A.    Yes, I do.
12       Q.    When did you find out that that
13  information was correct?
14       A.    I don't remember an exact date.
15       Q.    Was it -- I'm sorry.
16       A.    Go ahead.
17       Q.    Was it in the context of your
18  relief well efforts?
19       A.    Yes.
20       Q.    Was it in the context of working
21  on the top kill effort?
22       A.    I don't recall the exact time.
23  It was fairly early on in my relief well
24  planning, relief well efforts.
25       Q.    Did learning that GeoTap®

---

312

1  gradient figure from that time was correct
2  lead you to form any opinion on the cause of
3  the blowout?
4       A.    No.
5       Q.    Did learning that cause you to
6  -- did you have any reaction to learning that
7  information?
8       MS. WILMS:
9       Object to form.
10       THE WITNESS:
11       No.
12  EXAMINATION BY MR. FINEMAN:
13       Q.    Did you do anything with that
14  information, did you communicate it to
15  anybody?
16       A.    The information was communicated
17  to me and communicated widely throughout
18  various people involved in the relief
19  efforts.
20       Q.    Did Anadarko conduct an internal
21  investigation of the causes of the blowout?
22       MS. WILMS:
23       Object to form.
24       THE WITNESS:
25       I'm not aware of any internal

---

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009      Board-Certified Court Reporters      Facsimile: (504) 525-9109**

Exhibit X
Page 78

**ROBERT QUITZAU**          **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

313

1  investigations.
2  EXAMINATION BY MR. FINEMAN:
3      Q.   So you didn't participate in
4  one?
5      A.   I didn't participate in one.
6      Q.   Were you ever questioned by any
7  investigative body regarding the blowout?
8      A.   What do you mean by
9  investigative body?
10      Q.   Fair enough.  Were you ever
11  questioned by anybody at BP regarding the
12  blowout?
13      A.   I was not.
14      Q.   Were you questioned by anybody
15  from any government agency concerning the
16  blowout?
17      A.   I was not.
18      Q.   Were you questioned by anybody
19  preparing a report on the blowout?
20      A.   I was not.
21      Q.   Did you provide any information
22  to anybody preparing any report on the causes
23  of the blowout?
24      MS. WILMS:
25          Of course, you're excluding

314

1  counsel, right?
2      MR. FINEMAN:
3          Yes, sure.
4      MS. WILMS:
5          Okay.
6      THE WITNESS:
7          I did not.
8      EXAMINATION BY MR. FINEMAN:
9      Q.   Are you aware that there have
10  been meetings at Anadarko regarding drilling
11  again at Macondo?
12      A.   I am not.
13      Q.   So you haven't participated in
14  any such meetings?
15      A.   I don't recall participating in
16  any such meetings.
17      MR. FINEMAN:
18          I'm done.
19      THE VIDEOGRAPHER:
20          We're going off the record.  It's
21  4:27.  This is videotape No. 7.
22          (Whereupon, a short break was
23  taken.)
24      THE VIDEOGRAPHER:
25          We're back on the record it's

315

1          4:31.  This is videotape No. 7.
2      EXAMINATION BY MS. FLICKINGER:
3      Q.   Good afternoon, Mr. Quitzau, I'm
4  Nancy Flickinger for the United States of
5  America.  I just have a few questions to ask
6  you this afternoon.
7      A.   Yes.
8      Q.   Follow-up on some of the things
9  that we covered this morning.
10          Briefly, are you familiar at all
11  with AE&P, the corporate entity AE&P, have
12  you ever heard of AE&P.
13      A.   I'm not familiar with that.
14      Q.   Have you ever dealt with any
15  AE&P employees?
16      A.   I have not.
17      Q.   Most of the people that you were
18  in touch with and communicating with on the
19  assets team, were they APC employees, as far
20  as you know?
21      A.   As far as I know.
22      Q.   Do you have any knowledge of
23  A&P's business or anything of that nature?
24      MS. WILMS:
25          Object to form.

316

1      THE WITNESS:
2          I don't.
3      EXAMINATION BY MS. FLICKINGER:
4      Q.   In your work experience with
5  Kerr-McGee and then with Anadarko, you've
6  worked on wells in the Gulf of Mexico,
7  correct?
8      A.   Yes.
9      Q.   And usually in an operator
10  capacity?
11      A.   Yes.
12      Q.   Approximately how many wells
13  have you dealt with in the Gulf of Mexico,
14  would you say?
15      A.   For Kerr-McGee and Anadarko, 15
16  or 20.
17      Q.   Fifteen or 20 total for
18  Kerr-McGee and for Anadarko?
19      A.   Yes.
20      Q.   And in the course of that work,
21  as part of the work that you do, are you
22  familiar with leak-off tests?
23      A.   Yes, I am.
24      Q.   Can you just tell me your
25  understanding of what a leak-off test is?

79 (Pages 313 to 316)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                            Reported By:

**ROBERT QUITZAU**              **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

---

317

1      A.    When you first drill out a
2   casing shoe that's been set and cemented,
3   after you drill 10 feet of formation,
4   circulate the hole clean and then you shut
5   the pumps down and you apply a static
6   pressure into the well and increase the
7   pressure until the formation breaks and you
8   plot the pressure versus volume pumped and
9   it's a straight line up until when the
10  pressure breaks and when the pressure breaks,
11  that's an indication of the strength of the
12  formation.
13      Q.    Okay, and if you continue to
14  pump after that, what happens?
15      MS. WILMS:
16          Object to form.
17      THE WITNESS:
18          Typically, the pressure would
19  break back to a propagation pressure.
20      EXAMINATION BY MS. FLICKINGER:
21      Q.    What's -- have you heard the
22  term "formation integrity test"?
23      A.    Yes, I have.
24      Q.    Can you just walk me through
25  what that is?

---

318

1      A.    It would be the same process,
2   only the pressure would be raised up to a
3   predetermined level that would be intended
4   to be below the pressure at which the
5   formation would fracture.  Thereby, the
6   pressure versus volume applied would be a
7   straight line until that pressure is reached
8   and then the test would be terminated.
9      Q.    And that is also done at the
10  casing shoe?
11      A.    Correct.
12      Q.    Is there an accepted industry
13  method to performing these tests, does
14  everybody pretty much do it the same way?
15      MS. WILMS:
16          Object to form.
17      THE WITNESS:
18          There's a wide variety of beliefs
19  and practices on how to conduct those tests.
20      EXAMINATION BY MS. FLICKINGER:
21      Q.    On the performance of the test
22  or the interpretation?
23      A.    On how to conduct the test and
24  how to interpret them.
25      Q.    Can you give me one or two

---

319

1   examples of how people conduct the test
2   differently?
3      MS. WILMS:
4          Object to form.
5      THE WITNESS:
6          They -- different people pump them
7   at different rates.  Some people circulate
8   the hole out, some people don't before they
9   do it.  There's a wide range of practices.
10      EXAMINATION BY MS. FLICKINGER:
11      Q.    Are you familiar with the term
12  "drilling window"?
13      A.    There are several drilling
14  windows that are used in the industry.
15      Q.    Okay.  What does that term mean
16  to you?
17      A.    Sometimes when we sidetrack we
18  set a whipstock in the casing and we cut a
19  window through the casing.  Some people
20  might refer to a window as a margin between
21  frac gradient and mud weight.  Those are the
22  two that I can think of.
23      Q.    Okay.  So are you -- if I want
24  to say the difference between pore pressure
25  and fracture gradient, would you call that a

---

320

1   drilling margin?
2      A.    That would be one definition of
3   margin.
4      Q.    Okay.  And is there another
5   definition of margin as well?
6      A.    Can you repeat what you just
7   said?
8      Q.    I'm just trying to --
9      A.    But you just said -- pore
10  pressure --
11      Q.    The difference between pore
12  pressure and fracture gradient?
13      A.    Right, okay, that's one window.
14  Mud weight and pore pressure would be
15  another window, and mud weight and fracture
16  gradient would be a window.
17      Q.    So window and margin pretty much
18  means the same thing in your view?
19      A.    Correct.
20      Q.    Okay.  In your position working
21  on wells in the Gulf of Mexico for Anadarko
22  and for Kerr-McGee, did you have any
23  understanding of what the regulators
24  required in terms of a drilling margin?
25      MS. WILMS:

---

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**        **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters**        **Facsimile: (504) 525-9109**

Exhibit X
Page 80

321

1          Object to form.
2     THE WITNESS:
3          Are you referring to a specific
4     well or in general?
5     EXAMINATION BY MS. FLICKINGER:
6          Q.    In general.
7          A.    My understanding of the
8     regulatory requirements is that every well is
9     different and the engineer plans a well and
10    picks an -- picks a margin that is consistent
11    with the conditions in the well and recently
12    established practices and then puts that
13    forward to the government and seeks approval
14    from the government, so if the government
15    approves it, then that is the acceptable
16    margin.
17         Q.    So it's what they develop when
18    they design the well and then submit it to
19    the government?
20         A.    Correct.
21         Q.    Do you have an understanding as
22    to what margin is likely to be approved by
23    the government?
24    MS. WILMS:
25         Object to form.

322

1     THE WITNESS:
2          I do not.  That can vary according
3     to the well conditions and circumstances.
4     EXAMINATION BY MS. FLICKINGER:
5          Q.    Okay.  In your experience what
6     has that been?
7          A.    It varies from well to well.
8          Q.    Have you ever had the government
9     approve a drilling margin under .5 ppg?
10         A.    Yes, I have.
11         Q.    Okay.  Under what circumstances?
12         A.    Typically shallow casing,
13    shallow big liners can have margins below --
14    drilling mud weight minus pore pressure
15    margins below that.
16         Q.    In the shallow -- in the shallow
17    casings?
18         A.    Yes.
19         Q.    How about deep water?
20         A.    That's deep water, shallow below
21    mudline casings.
22         Q.    And as you get deeper in the
23    well, is it --
24         A.    I can't draw a generalization on
25    that.

323

1          Q.    You can't generalize.  Okay.
2     Have you ever asked for waivers from the
3     government for -- you know, you go in with
4     an original well design and you have to ask
5     for a waiver, have you ever --
6          A.    Yes.
7          Q.    Have you ever made that kind of
8     request?
9     MS. WILMS:
10         Object to form.
11    THE WITNESS:
12         Yes, I have.
13    EXAMINATION BY MS. FLICKINGER:
14         Q.    Under what circumstances?
15         A.    Pre-Macondo, any time we submit
16    an application for permit to drill, we have a
17    list of exceptions and clarifications that
18    we include in every permit package, and we
19    submit that to the government and generally
20    get them all approved or once in a while we
21    may have to negotiate or give up on some
22    things, but almost every well that happens.
23         Q.    Okay, I'm going to direct your
24    attention now to Tab 16.
25    MS. WILMS:

324

1          Are we sharing?
2     MS. FLICKINGER:
3          Wait, wrong one, Tab 11, please.
4     MS. WILMS:
5          Are we sharing?
6     MS. FLICKINGER:
7          There are multiple books.
8     MS. WILMS:
9          Sorry.
10    EXAMINATION BY MS. FLICKINGER:
11         Q.    This has been previously marked
12    as Exhibit 1074.  This is a document related
13    to the March 8th kick that we talked a little
14    bit about this morning at the well.
15         Have you seen this document
16    before?
17         A.    I have not.
18         Q.    If you want to take a minute and
19    look at it.
20         A.    Okay.
21         Q.    You recognize Bobby Bodek,
22    correct?
23         A.    Yes, I do.
24         Q.    He works for BP.  I'm going to
25    be asking you questions about the point No. 1

81 (Pages 321 to 324)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                       Reported By:

**ROBERT QUITZAU**              **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

325

1    on Page BP-HZN-2179MDL00006077.  Just take
2    your time and let me know when you're done.
3         A.    Okay, I've read it.
4         Q.    Do you understand what Mr. Bodek
5    is saying here concerning the leak-off,
6    fracture propagation and fracture pressure?
7         MR. DAVID:
8            Object to form.
9         MS. WILMS:
10           Object to form.
11        THE WITNESS:
12           I'm not sure I understand -- it
13   looks like he's drawing conclusions about
14   good practice.  Is that what you're asking
15   me?
16   EXAMINATION BY MS. FLICKINGER:
17        Q.    I'm asking you do you understand
18   the different points from the leak-off test,
19   leak-off, fracture propagation and fracture
20   pressure?
21        MS. WILMS:
22           Object to form.
23        MR. DAVID:
24           Object to form.
25        THE WITNESS:

326

1            I see what he's saying, yes.
2    EXAMINATION BY MS. FLICKINGER:
3         Q.    What is your understanding of
4    fracture pressure in terms of a leak-off
5    test?
6         MR. DAVID:
7            Object to form.
8         THE WITNESS:
9            I consider -- in a leak-off test,
10   I consider fracture gradient to be the
11   leak-off, that's my interpretation.
12   EXAMINATION BY MS. FLICKINGER:
13        Q.    And leak-off is, again?
14        A.    The leak-off is where the
15   pressure versus volume deviates from a
16   straight line.
17        Q.    Okay.  And that's where you --
18   in your opinion, that's where the fracture
19   gradient would be?
20        A.    Yes.  And within the purposes of
21   our pore pressure frac gradient curves that
22   we give to BOEMRE, MMS at that time, yes.
23        Q.    In the wells that you've worked
24   on in the Gulf of Mexico, have you had any
25   responsibility for reporting leak-off test

327

1    results to the government?
2         A.    Yes.
3         Q.    Okay.  And in your experience as
4    an operator, do you typically report then
5    the leak-off value?
6         A.    We report them on every permit
7    application and then we put -- you're
8    talking about the actual leak-offs or the
9    predicted leak-offs?
10        Q.    The actual.  Well, the predicted
11   leaf-offs --
12        A.    I report the predicted and
13   someone else reports the actual.
14        Q.    Okay.  And when they report,
15   they report the actual leak-off value,
16   correct?
17        MS. WILMS:
18           Object to form.
19        THE WITNESS:
20           The rig supervisor records the
21   leak-off data on the morning report and that
22   goes in to our regulatory group.
23   EXAMINATION BY MS. FLICKINGER:
24        Q.    Okay.  Do you have a view here
25   then as to the statement, the value that is

328

1    reported to MMS is the fracture pressure, is
2    that different than the practice that
3    Anadarko would have on one of its wells?
4         MS. WILMS:
5            Object on form.
6         MR. DAVID:
7            Object to form.
8         THE WITNESS:
9            It's not clear to me, let's see, I
10   will have to refresh my memory on what he
11   said the fracture pressure is.  I guess I
12   don't understand which one of these
13   pressures he's calling the fracture
14   pressure.
15   EXAMINATION BY MS. FLICKINGER:
16        Q.    Okay.  It is at this point that
17   a large fracture has been formed.
18        A.    It says massive fracture.  I'm
19   sorry.
20        MS. WILMS:
21           She's looking at this -- are you
22   looking at the --
23   EXAMINATION BY MS. FLICKINGER:
24        Q.    It is at this point that a large
25   fracture has been formed?

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009    Board-Certified Court Reporters      Facsimile: (504) 525-9109**

Exhibit X
Page 82

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:

**ROBERT QUITZAU**          **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

---

329

1      MR. DAVID:
2          Objection to form.
3      THE WITNESS:
4          It's not clear to me from the --
5  from the drawing which is the fracture
6  pressure or that point at -- that a large
7  fracture has been formed.
8  EXAMINATION BY MS. FLICKINGER:
9      Q.   Okay.  The next sentence says:
10 "ECD values should be maintained between the
11 fracture initiation pressure leak-off and
12 fracture propagation pressure."
13     MR. DAVID:
14         Object to form.
15 EXAMINATION BY MS. FLICKINGER:
16     Q.   Do you agree that it's
17 appropriate to have ECD exceed the leak-off
18 pressure?
19     MR. DAVID:
20         Object to form.
21     MS. WILMS:
22         Object to form.
23     THE WITNESS:
24         We generally try to have the ECD
25 values below the leak-off pressure, as is

---

330

1  shown in here.
2  EXAMINATION BY MS. FLICKINGER:
3      Q.   Okay.  In the course of your
4  work, have you formed a view as to what
5  constitutes a safe drilling margin in your
6  own practices as drilling on wells?
7      MS. WILMS:
8          Object to form.
9      THE WITNESS:
10         As I said earlier, the drilling
11 margin varies -- safe drilling margin would
12 vary from well to well and really is
13 dependent on the circumstances in the well
14 and the ongoing relationship with the
15 regulatory body.  There's no standard
16 definition of safe drilling margin.
17 EXAMINATION BY MS. FLICKINGER:
18     Q.   If you could turn to Tab 16.
19     A.   (Complying).
20         (Exhibit No. 2652 marked for
21 identification.)
22 EXAMINATION BY MS. FLICKINGER:
23     Q.   I will mark this as the next
24 exhibit which is 2652.  This is a daily
25 pp/fg report.  Have you seen this kind of

---

331

1  report before?
2      A.   I have.
3      MS. WILMS:
4          Object to form.
5      THE WITNESS:
6          I have seen some of the pp/fg
7  reports.
8  EXAMINATION BY MS. FLICKINGER:
9      Q.   And where did you see those?
10     A.   In the WellSpace system for the
11 Macondo well.
12     Q.   All right.  So this is
13 representative of the kind of report that
14 was available to Anadarko on WellSpace,
15 correct?
16     A.   Yes.
17     Q.   And I'm directing your
18 attention -- directing your attention here
19 to the last -- what is the last FIT that you
20 see?
21     A.   12.59 pound per gallon.
22     Q.   And then the downhole value
23 there?
24     A.   You're talking about -- I'm
25 sorry, which value?

---

332

1      Q.   The downhole value is 12.67 ppg,
2  correct?
3      MR. DAVID:
4          Object to form.
5      THE WITNESS:
6          That's correct.
7  EXAMINATION BY MS. FLICKINGER:
8      Q.   Okay.
9      A.   That's what it says.  Assuming
10 DH means downhole.
11     Q.   Correct?
12     A.   Okay.
13     Q.   And then the value for ECD is
14 12.65 ppg, correct?
15     A.   That's correct.
16     Q.   What would the margin be between
17 those two values?
18     MS. WILMS:
19         Object to form.
20     THE WITNESS:
21         Where is that ECD representative
22 of in the well?
23 EXAMINATION BY MS. FLICKINGER:
24     Q.   I don't know.  Is that your
25 question?

---

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters          Facsimile: (504) 525-9109**

Exhibit X
Page 83

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                 Reported By:
**ROBERT QUITZAU**                    **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

333

1    A.    Yes.
2    Q.    Okay.  So elaborate on that if
3  you can.
4    A.    It's possible that the ECD is at
5  the bottom of the hole and not back at the
6  last casing shoe.
7    Q.    Okay.  Okay.  If you could go to
8  Tab 18?
9    A.    (Complying).
10    (Exhibit No. 2653 marked for
11  identification.)
12  EXAMINATION BY MS. FLICKINGER:
13    Q.    I will mark this exhibit as
14  well.  This is another version of a document
15  that was marked this morning, but it has a
16  different Bates number, DHCITAS2092457.
17    MS. WILMS:
18      Just for the record, your copy
19  doesn't have the Bates numbers, that's how
20  they just print out, our copies don't have
21  Bates numbers on them.
22    MR. CHAVEZ:
23      Whose Bates number is that?
24    MS. FLICKINGER:
25      This is a government Bates number.

334

1  These are documents that were produced
2  pursuant to a subpoena.
3    MS. WILMS:
4      Okay, not in the MDL?
5    MS. FLICKINGER:
6      Correct.
7  EXAMINATION BY MS. FLICKINGER:
8    Q.    I would like to direct your
9  attention to the third page which is the
10  plot.  Can you describe how you prepared
11  this plot again?
12    A.    The pore pressure fracture
13  gradient data in the line in blue and the
14  line in green, I took that from a BP
15  PowerPoint document related to pore pressure
16  from early in the planning of the well that
17  I found in the box that Josh Nichols gave
18  me.  I also took the purple line as the
19  fracture gradient, and that's an
20  approximation of the data that I got from
21  Josh's box.  I -- the casing size is in red,
22  the casing depths in red were intended to be
23  the actual setting depths of the well up to
24  that time.  And the red stair step lines are
25  the mud -- the actual mud weights that I

335

1  record from daily drilling reports for the
2  original well and the bypass hole.
3    Q.    And so some of these values, the
4  blue line, the green line, and the fracture
5  gradient line, those are predicted values?
6    A.    They're from the BP -- they're
7  approximations, just eyeballing from the BP
8  document I translated to here, so those
9  would be planned values, correct.
10    Q.    And then there's another line
11  for overburden gradient.  Do you see that?
12    A.    Yes, I do.
13    Q.    Where did you get that data
14  from?
15    A.    That might have been in that
16  plot also, but I don't recall for sure.
17    Q.    Okay.  Do you see the 4.6 ppg
18  LOT, that's at the base of the 13 and 7/8th
19  liner shoe?
20    A.    14.6 pound per gallon?
21    Q.    Yes.
22    A.    Yes.
23    Q.    And do you see that it's to the
24  -- to the right of the overburden gradient?
25    A.    I do.

336

1    Q.    What does that mean?
2    A.    That means it's a very high
3  leak-off test.
4    Q.    Right.  In your experience is it
5  reliable to have a fracture gradient that's
6  a higher number than the overburden
7  gradient?
8    MS. WILMS:
9      Object to form.
10    THE WITNESS:
11      Yeah.  I would not use reliable in
12  that sense.  Sometimes shoe tests are over
13  the predicted overburden pressure.  There's
14  various reasons for that.  It doesn't happen
15  very often.  It could be that the overburden
16  is wrong or it's unusual.
17  EXAMINATION BY MS. FLICKINGER:
18    Q.    Let's turn to Tab 19.
19    A.    (Complying).
20    (Exhibit No. 2654 marked for
21  identification.)
22  EXAMINATION BY MS. FLICKINGER:
23    Q.    And this will be Exhibit 2654,
24  and this is a daily pp/fg report, Bates
25  number BP-HZN-MBI00114042.  And do you see

84  (Pages 333 to 336)

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**          **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters**     **Facsimile: (504) 525-9109**

Exhibit X
Page 84

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                      Reported by:

**ROBERT QUITZAU**                    **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

337

1    the value there for the last FIT test?
2         A.    Yes, I do.
3         Q.    It's 14.6 ppg, correct?
4         A.    Yes.
5         Q.    And now, under additional
6    observations, the last sentence says: "LOT
7    broke over at 1480 psi which was above
8    overburden of 14.5 ppg causing uncertainty
9    about its usefulness as a formation
10   evaluation tool."
11        Do you agree with that statement?
12   MS. WILMS:
13        Object to form.
14   MR. DAVID:
15        Object to form.
16   THE WITNESS:
17        I agree it's unusual and it should
18   be used with caution.
19   EXAMINATION BY MS. FLICKINGER:
20        Q.    Then it says:  Maximum ECD of
21   13.7 based on possible sand frac at the 13250
22   sand seen in the original hole.  What does
23   that second sentence mean, do you know?
24   MS. WILMS:
25        Object to form.

338

1    MR. DAVID:
2         Object to form.
3    THE WITNESS:
4         I don't understand what that
5    statement means.
6    EXAMINATION BY MS. FLICKINGER:
7         Q.    Okay.
8         A.    Can I clarify the date of this
9    report?
10        Q.    You may.
11        A.    What is the date of this report?
12        Q.    Excuse me?
13   MS. WILMS:
14        Right there.
15   EXAMINATION BY MS. FLICKINGER:
16        Q.    The date?
17        A.    Is that a correct date?
18        Q.    No.  Do you think -- this is for
19   the Macondo well?
20        A.    Yes.
21        Q.    At the title.  So there are a
22   series of reports.  What do you think that
23   date should read?
24        A.    It's in 2009.
25        Q.    Right.

339

1    MS. WILMS:
2         It looks like a typo.
3    EXAMINATION BY MS. FLICKINGER:
4         Q.    I think it's a typo.
5         A.    Okay.
6         Q.    Turning back to the prior
7    exhibit at Tab 18.  Can you tell from this
8    graph whether you relied on the 14.6 ppg in
9    your analysis of how far the casings were
10   likely to be set?
11   MS. WILMS:
12        Object to form.
13   THE WITNESS:
14        I'm not relying on the data, I'm
15   simply presenting the data and the casing
16   setting lines are just an automated
17   projection based on the value that's input,
18   because the leak-off test, not FIT, but
19   leak-off test is overburden.  There is some
20   uncertainty on it, there's some likelihood
21   that some of the deeper formations would be
22   weak.
23        So this is simply a positive
24   indicator that the formations are coming in
25   strong and is -- it gives our asset team

340

1    some hope that the geological objectives
2    would be met.
3    EXAMINATION BY MS. FLICKINGER:
4         Q.    Looking at your graph again,
5    there is a -- on the same line as the 14.6
6    ppg LOT, the red dot, if you go to the left,
7    there's an X on the purple line that
8    represents the frac gradient.
9         Why is there an X on that line?
10        A.    It's probably just a plotting
11   point.  It appears to be a plotting point
12   associated with the predicted fracture
13   gradient at that depth.
14        Q.    Okay.
15        A.    It's just -- yeah.
16        Q.    All right.  And then these
17   orange dotted lines are to project down from
18   the LOT value how far the casing can go?
19   MS. WILMS:
20        Object to form.
21   EXAMINATION BY MS. FLICKINGER:
22        Q.    Before -- how far that casing is
23   likely to go?
24   MS. WILMS:
25        Object to form.

85  (Pages 337 to 340)

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters     Facsimile: (504) 525-9109**

Exhibit X
Page 85

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported by:
**ROBERT QUITZAU**          **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

341

1      THE WITNESS:
2          It's a geometric line that
3   automatically goes through the leak-off
4   point, .5 pound per gallon lower and then
5   projects down to the mud weight point. It's
6   not saying that the next casing will go that
7   deep, it's just giving an indication that
8   the margins might be -- the frac gradient
9   might be more favorable and predicted and
10  thereby have a better chance of reaching the
11  geological objective, so it's not something
12  that -- for a leak-off test that high that
13  you would guarantee that you would be able
14  to count on that all the way downhole.
15     EXAMINATION BY MS. FLICKINGER:
16     Q.   Okay.  To the right of the
17  fracture gradient line which I guess is in
18  purple, there is a dotted line.  What does
19  that dotted line connote?
20     A.   I don't see a dotted line to the
21  right of the fracture gradient.
22     Q.   I mean to the left, sorry.
23     A.   That is a line that is .5 pound
24  per gallon less than the fracture gradient.
25     Q.   And why is there a line that is

342

1   .5 pounds per gallon less than the fracture
2   gradient?
3      A.   That is part of the automated
4   line drawing process whereby the line goes to
5   the fracture gradient minus .5 pound per
6   gallon or the leak-off test minus .5 pound
7   per gallon before it projects down.  It's
8   simply just an indicator of what the
9   possibilities could be.
10     Q.   Have you ever heard the term
11  "kick margin"?
12     A.   I've heard the term "kick
13  margin."
14     Q.   What does that mean?
15     A.   Kick margin would be the size of
16  the kick that could be taken without
17  fracturing the shoe.
18     Q.   Okay.  The .5 ppg, do you have
19  any understanding that there is a requirement
20  or a practice to have a .5 ppg margin within
21  the frac gradient?
22     MS. WILMS:
23         Object to form.  Go ahead.
24     THE WITNESS:
25         That's an arbitrary value within

343

1   the context of this plot.
2      EXAMINATION BY MS. FLICKINGER:
3      Q.   Okay.  And the software just
4   automatically plots that in?
5      A.   That's correct.
6      Q.   And you have no understanding
7   why?
8      A.   That's how I set it up.
9      Q.   Did you set it up that way?
10     A.   Yes.
11     Q.   Why did you set it up with a --
12     A.   It's an arbitrary number.
13     Q.   If you could turn to Tab 25.
14     A.   (Complying).
15         (Exhibit No. 2655 marked for
16  identification.)
17     EXAMINATION BY MS. FLICKINGER:
18     Q.   This will be Exhibit 2655, and
19  the Bates number is ANA-MDL-000004180 and it
20  goes through 4183.  And this is an e-mail
21  that you sent to Derek Folger and Paul
22  Chandler on Wednesday, March 24th, correct,
23  2010?
24     A.   That's correct.
25     Q.   This is in connection with an

344

1   e-mail thread where you're taking over on
2   the Macondo well and you had asked Bobby
3   Bodek some questions, correct?
4      MS. WILMS:
5          Object to form.
6      THE WITNESS:
7          Sorry, can you repeat that
8   question?
9      EXAMINATION BY MS. FLICKINGER:
10     Q.   No, strike that.
11         Okay, if you -- you're responding
12  to an e-mail from Derek Folger to you
13  asking: "What is BP up to at Macondo?  From
14  this last plan update you e-mailed they were
15  supposed to drill down to 17,000 feet before
16  setting the 11.75-inch liner.  Now their
17  report shows they're pulling out of the hole
18  to run liner.  What is going on at the
19  well?"
20         Do you recall this e-mail?
21     A.   Yes.
22     Q.   And can you tell me what you
23  recall?
24     A.   I recall receiving it and
25  responding to it.

86 (Pages 341 to 344)

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**          **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters**          **Facsimile: (504) 525-9109**

Exhibit X
Page 86

345

1       Q.    Is he basically questioning that
2   they're setting a liner sooner than
3   predicted?
4       MS. WILMS:
5           Object to form.
6       THE WITNESS:
7           He's asking what's going on in the
8   well.
9   EXAMINATION BY MS. FLICKINGER:
10      Q.    But was the sense of this that
11  he was surprised that they were not making it
12  down to 17,000 feet but, in fact, they were
13  setting at closer to 1500 feet?
14      MS. WILMS:
15          Object to form.
16  EXAMINATION BY MS. FLICKINGER:
17      Q.    15,000 feet?
18      MS. WILMS:
19          Sorry.  Object to form.
20      THE WITNESS:
21          He's just asking for an update.
22  EXAMINATION BY MS. FLICKINGER:
23      Q.    Okay.  So then you give him an
24  update.  And you say you downloaded their
25  report.  "I see their forecast is to run a

346

1   11-7/8th liner at 15,100 feet.  Their pore
2   pressure report indicates 13.5 ppg which is
3   very close to the expected formation
4   strength of 13.8 ppg.  They may be
5   disregarding their 14.6 ppg shoe test."
6           So do you understand what the
7   expected formation strength is of 13.8 ppg?
8       MS. WILMS:
9           Object to form.
10      THE WITNESS:
11          My understanding is that would
12  have been one of those Xs that you
13  identified on the plot.
14  EXAMINATION BY MS. FLICKINGER:
15      Q.    Okay.  And that would have -- do
16  you know what that data would have been
17  derived from?
18      A.    From the on -- the 13.8?  That's
19  BP's data, and it's an approximation of BP's
20  data in the PowerPoint presentation I looked
21  at.
22      Q.    All right.  And when you say
23  they may be disregarding their 14.6 ppg shoe
24  test.  Was that your assessment at the time
25  that they set the liner because they did not

347

1   rely on the 14.6 ppg test?
2       A.    It goes back to the discussion
3   we had before.  I mean, you're asking me what
4   BP thinks.  I don't know for sure what they
5   think.  But I'm speculating in this e-mail,
6   as you pointed out the 14.6 is overburden,
7   so it's possible that they're not going to
8   hang their hat on that and they're going to
9   go back more closely to what was predicted.
10      Q.    Okay.  Okay, if you could turn
11  to Tab 34.
12      A.    (Complying).
13      Q.    And this is an exhibit that -- a
14  document previously marked as Exhibit 1344.
15  It's Bates No. BP-HZN-MBI00117997.  Again,
16  this is a daily pp/fg report, correct?
17      A.    Yes.
18      Q.    You have seen these before.
19  Okay.  And then on this document it says the
20  last FIT is taken at 17,157 feet, correct?
21  Do you see that?
22      A.    I'm sorry, I don't.
23      Q.    Okay.
24      A.    Yes, yes.
25      Q.    You see that.  And the values

348

1   there are 15.98 ppg surface -- surf?
2       A.    Yes.
3       Q.    And then 16.22 ppg downhole,
4   correct?
5       A.    (Nodding head affirmatively)
6   yes.
7       Q.    Do you have any memory of seeing
8   this document before?
9       A.    I don't.
10      Q.    Is this -- did you look at the
11  pp/fg reports from time to time?
12      A.    I did, yes.
13      Q.    Did you look at them on a daily
14  basis?
15      A.    They weren't submitted daily.
16  When I could get them, I tried to look at
17  them.
18      Q.    Okay.  It says:  "In an
19  additional observations, FIT did not show
20  signs of breakover.  16.22 ppg DH exceeded
21  the OBG and is not useful for determining
22  rock properties.  Suspect there is localized
23  additional horizontal pressure causing the
24  high FIT/LOT observed in the well."
25          Do you understand what they mean

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**         **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009    Board-Certified Court Reporters**      **Facsimile: (504) 525-9109**

Exhibit X
Page 87

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported By:

**ROBERT QUITZAU**          **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

349

1    when it says FIT did not show signs of
2    breakover?
3         MR. DAVID:
4              Object to form.
5         MS. WILMS:
6              Object to form.
7         THE WITNESS:
8              I believe I understand that, yes.
9    EXAMINATION BY MS. FLICKINGER:
10        Q.    What do you understand that
11   observation to mean?
12        MR. DAVID:
13             Object to form.
14        THE WITNESS:
15             That the pressure built up to that
16   level and held.
17   EXAMINATION BY MS. FLICKINGER:
18        Q.    Okay.  And "16.22 ppg DH
19   exceeded the OBG."
20             Do you understand what OBG means?
21        A.    Overburden --
22        MR. DAVID:
23             Object to form.
24        THE WITNESS:
25             Overburden gradient.

350

1    EXAMINATION BY MS. FLICKINGER:
2         Q.    Is this another example of a LOT
3    test that exceeded the overburden gradient?
4         MR. DAVID:
5              Object to form.
6         MS. WILMS:
7              Object to form.
8         THE WITNESS:
9              Yes, it is.
10   EXAMINATION BY MS. FLICKINGER:
11        Q.    Would you agree with the
12   conclusion that it's not useful for
13   determining the rock properties?
14        MS. WILMS:
15             Object to form.
16        MR. DAVID:
17             Object to form.
18        THE WITNESS:
19             I wouldn't use those words.  Like
20   the last one, it's very high and suspect,
21   so, use, you know, be careful how you use
22   it, would be my way of putting it.
23   EXAMINATION BY MS. FLICKINGER:
24        Q.    Okay, it would have an asterisk
25   next to it for sure?

351

1         MR. DAVID:
2              Object to form.
3    EXAMINATION BY MS. FLICKINGER:
4         Q.    Okay, if you could turn then to
5    Tab 36?
6         A.    (Complying).
7              (Exhibit No. 2656 marked for
8    identification.)
9    EXAMINATION BY MS. FLICKINGER:
10        Q.    And this will be marked as
11   Exhibit 2656.  And this is your e-mail to
12   the asset team basically, correct, of
13   April 3rd, 2010?
14        A.    Yes, it is.
15        Q.    And you're sending another well
16   plan update as well, correct?
17        A.    Yes.
18        Q.    And in this document, you say:
19   "BP got another very good shoe test for
20   their 9-7/8th inch liner at 15.98 ppg FIT.
21   When you say "very good shoe test," again,
22   what does that mean?
23        A.    It means that it's high compared
24   to plan which is better -- it's higher than
25   the plan and that's better than lower than

352

1    the plan.
2         Q.    Okay, why is a higher value than
3    the plan a positive thing?
4         A.    It means that there may be
5    potential for being able to tolerate more
6    mud weight, but it's not for sure.
7         Q.    Okay, if you can tolerate more
8    mud weight, that allows you to presumably go
9    further down the formation before you set
10   another casing?
11        A.    It would give us -- it would
12   give BP a better chance of reaching the
13   geological objectives by drilling deeper
14   with each casing string -- possibly.
15        Q.    Okay.  Then the next sentence
16   says:  "They drilled with 14.5 ppg mud
17   weight to 17,750 feet measured depth."
18             MD, that means measured depth,
19   correct?
20        A.    Yes.
21        Q.    "They hit a sand with some
22   promising looking resistivity and started
23   taking some mud losses.  What conclusions
24   can you draw if they're taking mud losses
25   with a 14.55 ppg in terms of what the

88  (Pages 349 to 352)

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009    Board-Certified Court Reporters    Facsimile: (504) 525-9109**

Exhibit X
Page 88

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:

**ROBERT QUITZAU**          *May 25, 2011*   **DIANE TEWIS CLARK, RPR, RMR, CRR**

353

1  fracture gradient is?
2      MS. WILMS:
3          Object to form.
4      THE WITNESS:
5          I conclude that at some point the
6  formation is fracturing.
7  EXAMINATION BY MS. FLICKINGER:
8      Q.   Okay.  If you turn to the plot.
9      A.   (Complying).
10     Q.   Okay.  On the fracture gradient
11 line you have a 15.07 ppg ECD mud loss of
12 sand.
13         Do you see where you say that?
14     A.   Yes, I do.
15     Q.   At that point, what do you
16 believe the fracture gradient to be?
17     MS. WILMS:
18         Object to form.
19     THE WITNESS:
20         The fracture gradient would be
21 somewhere in the vicinity of 15.07 pound per
22 gallon at that point, if the fracture were
23 at that depth.
24 EXAMINATION BY MS. FLICKINGER:
25     Q.   Okay.  Did you ever form an

354

1  opinion concerning the 15.98 ppg value in
2  terms of whether it was a reliable value or
3  not?
4      MS. WILMS:
5          Object to form.
6      THE WITNESS:
7          This is simply plotting the data
8  that was reported and giving some rough
9  indicators of the -- what the actual
10 observations are versus the planned so we
11 can track progress in the well.
12 EXAMINATION BY MS. FLICKINGER:
13     Q.   Okay.  In terms of your
14 projection and trying to track progress in
15 the well, did you ultimately decide the 15.07
16 ppg was
17 a more reliable value?
18     MS. WILMS:
19         Object to form.
20     THE WITNESS:
21         I didn't make any assessment of
22 the -- more reliable than what?
23 EXAMINATION BY MS. FLICKINGER:
24     Q.   A more useful value in terms of
25 making your projections.

355

1      A.   More useful than what?
2      Q.   More useful than the 159.98 ppg?
3      A.   Yes.
4      MS. FLICKINGER:
5          I think we will take a break.  We
6  have 5 minutes left on the tape, so --
7      THE VIDEOGRAPHER:
8          We're going off the record.  It's
9  5:18.  This is the end of videotape No. 7.
10         (Whereupon, a brief recess was
11 taken.)
12     THE VIDEOGRAPHER:
13         We're back on the record.  It's
14 5:28.  This is the beginning of videotape
15 No. 8.
16 EXAMINATION BY MS. FLICKINGER:
17     Q.   Okay, Mr. Quitzau, I just have a
18 few more topics I want to cover with you.
19 In your work after the explosion, after
20 April 20th on the relief well, did the team
21 you were working on go back and look at the
22 fracture gradient and the pore pressure
23 data?
24     MS. WILMS:
25         Object to form.

356

1      THE WITNESS:
2          We looked at some of the pore
3  pressure data in the pay zone, in the
4  hydrocarbon zones and in the sand zones
5  above the pay sand and the only fracture
6  gradients that we studied were in the sands
7  themselves.  So we didn't look at the frac
8  gradient up and down the well.
9  EXAMINATION BY MS. FLICKINGER:
10     Q.   Okay, so in terms of these LOT
11 tests or FIT tests, you didn't go back and
12 evaluate them unless they were in the sand
13 area?
14     A.   We didn't evaluate these strange
15 high -- or shoe tests, no.
16     Q.   And in your work post-spill, did
17 you have to analyze the reservoir, did you
18 get any geophysical data concerning the
19 reservoir at all?
20     A.   I did not.
21     Q.   Okay.  And I think you testified
22 that you did not come across any flow data,
23 any flow rate data?
24     A.   I did not.
25     Q.   And you didn't need that for the

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009    Board-Certified Court Reporters    Facsimile: (504) 525-9109**
Exhibit X
Page 89

357

```
1    work that you were doing?
2         A.   I did not.
3         Q.   Do you have any knowledge of who
4    did that work?
5         A.   I don't.
6         Q.   So even though it didn't
7    directly impact your project, you didn't come
8    to know who was doing the flow rate work for
9    BP?
10        A.   I did not.
11        Q.   And you never saw any modeling
12   concerning the flow rate or the reservoir?
13        A.   I did not.
14   MS. FLICKINGER:
15        All right.  Thank you.  I have no
16   more questions for today.
17   MS. WILMS:
18        Great.
19   THE VIDEOGRAPHER:
20        We're going off the record, it's
21   5:30.  This is the end of videotape No 8.
22        (Whereupon the deposition was
23   recessed.)
24              * * *
25
```

358

```
1
2
3         WITNESS' CERTIFICATE
4
5         I have read or have had the foregoing
6    testimony read to me and hereby certify that
7    it is a true and correct transcription of my
8    testimony with the exception of any attached
9    corrections or changes.
10
11
12
13
14   _____
15         ROBERT QUITZAU
16
17   PLEASE INDICATE
18   ( ) NO CORRECTIONS
19   ( ) CORRECTIONS; ERRATA SHEET(S) ENCLOSED
20
21
22
23
24
25
```

359

```
1              REPORTER'S CERTIFICATE
2
3         I, Diane Tewis Clark, RPR, RMR,
4    CRR, Certified Court Reporter, State of
5    Louisiana, do hereby certify that
6    above-named witness, after having been duly
7    sworn by me to testify to the truth, did
8    testify as hereinabove set forth;
9         That this testimony was reported
10   by me in the stenotype reporting method and
11   transcribed thereafter by me on computer,
12   and that same is a true and correct
13   transcript to the best of my ability and
14   understanding;
15         That I am not of counsel, nor
16   related to counsel or the parties hereto,
17   and in no way interested in the outcome of
18   this matter.
19
20
21
22   _____
23         Diane Tewis Clark, RPR, RMR, CRR
24            Certified Court Reporter
25
```

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters      Facsimile: (504) 525-9109**

Exhibit X
Page 90

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010    Reported By:

**ROBERT QUITZAU**    **May 25, 2011**    **DIANE TEWIS CLARK, RPR, RMR, CRR**

360

## A

**abandoning** 223:19
224:9
**abandonment**
147:1,10 203:17
226:21
**ability** 58:17 96:4
359:13
**able** 60:24 95:20
99:23 101:9 102:7
115:6,9 140:4
167:17 171:23
174:8 183:13
240:15 264:9
279:13,17 341:13
352:5
**abnormal** 180:20
**abovementioned**
13:17
**abovenamed** 359:6
**absolutely** 258:1
**academic** 16:19,22
**acceptable** 167:22
321:15
**accepted** 318:12
**access** 6:22 41:15
73:10,14 88:2,4,7
89:18 138:25
139:5,9,14,22
140:10,12 149:2
**accessed** 32:14
**accessible** 88:16
89:1
**accessories** 202:9
**accomplished**
259:23
**accomplishing**
242:2 295:13
**account** 112:7
214:9 275:1,17
**accounts** 152:24
153:15
**accuracy** 87:10
129:22 130:11
**accurate** 63:3,8

87:4 130:14
153:23 154:1
249:4 253:15,19
**achieving** 189:17
**acknowledged**
151:17
**acknowledging**
184:17
**action** 187:4,6
233:5 253:5
**active** 20:20
**activities** 43:22
93:25 146:16
**activity** 81:3
**actual** 80:6 96:14
97:10,22 122:12
236:8,10,22 264:3
265:2,12,13
276:20 327:8,10
327:13,15 334:23
334:25 354:9
**add** 125:6
**added** 172:17
265:25 302:16
**addition** 144:17
260:7
**additional** 168:5,24
286:21 337:5
348:19,23
**addressing** 192:23
**administering**
12:23
**adopted** 85:9
**adr017004180**
11:11
**adr017004183**
11:11
**advice** 279:1
**advised** 256:8
**advising** 73:9
100:25 115:3
**ae** 315:11,11,12,15
**afe** 7:24 70:15,17
70:18,25,25
119:24 120:20,25

200:11 201:17,19
202:25
**afes** 70:21 119:18
**affect** 96:4 99:23
169:19 242:20
**affirmatively** 348:5
**aforementioned**
12:5
**afternoon** 315:3,6
**agency** 313:15
**agent** 21:22 22:11
22:13,17,21
244:13
**ago** 25:11 59:3
65:21 66:15 85:20
86:16 147:22
220:15 222:13
285:24 307:24
**agree** 137:1 250:19
251:17,24 253:7
253:19 329:16
337:11,17 350:11
**agreed** 12:3 98:23
98:25
**agreeing** 254:6,10
**agreement** 53:5,8
53:10,12
**agreements** 53:13
**ahead** 84:3 102:23
104:6 172:6
180:12 183:21
184:15 290:6
306:11 311:16
342:23
**alan** 7:7,7 61:11
78:21,22 194:16
**alans** 193:22
**algranti** 78:25 79:1
**allbritton** 77:4,5
78:17 82:16,19
**allen** 4:8
**allow** 27:2 114:9
115:8
**allowed** 42:10,24
250:4 253:2,3

295:11
**allows** 352:8
**alternative** 251:15
252:2
**alternatives** 293:24
**america** 4:8 315:5
**american** 3:4
**amount** 101:10
122:24,25 155:21
157:4 197:2
**anadarko** 3:15 6:2
6:7,12,16 7:2,7,13
7:17,22 8:11,13
8:16,21 9:7,12
10:17 11:9 24:13
24:15,21,24 25:2
25:4,18 26:3,9,10
27:19,20,22 28:21
28:22,23,24 30:2
30:10,10 32:19
33:16,24 35:12
37:3,8,19 38:7
39:12,21,23 40:9
40:10,23 41:6,11
41:18,23 42:9,17
43:3 44:12 45:15
45:24 46:4 48:22
49:16 55:12 57:19
57:19,24 58:16
61:5,9 63:23 64:9
64:14 65:2 66:22
68:9 71:7,13
72:10 73:19,22
74:16,22,25 76:2
76:20 77:18 79:21
80:13 81:10 82:5
83:15,23 84:16,24
85:9 87:1 88:10
88:12,16 89:1
91:2 108:18,20
114:25 115:21
117:3 120:1,19
124:24 125:5,25
128:3,12 137:19
140:25 141:6

142:8 144:6
145:16,24 146:5
146:17,24 147:5,9
152:17,25 153:2,4
153:12,16,25
158:21 179:18
187:15 190:10,19
192:14,18,19
196:8 197:24
200:8 201:6,7,11
202:25 203:9,15
210:21 211:9
213:6,8,21 217:25
218:5,12 221:22
221:24 222:10,12
223:3 224:2,3,13
224:14,22 225:5
227:9,15,17 228:6
228:11 229:7
230:11 232:8,13
232:21 233:13,22
234:18 238:8
243:10 254:12
255:11,15 256:7
256:12 262:8,11
268:18 272:4
281:15 282:4,7
284:5,22 285:3
296:13 300:2
301:24 312:20
314:10 316:5,15
316:18 320:21
328:3 331:14
**anadarkooperated**
125:22
**anadarkos** 28:3
30:16 35:20,25
38:16 70:21 75:19
145:20 228:4
233:4,9,24 234:3
257:15
**analysis** 80:7 97:16
158:12 275:17
289:22 291:7,9
339:9

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**    **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009**    **Board-Certified Court Reporters**    **Facsimile: (504) 525-9109**
Exhibit X
Page 91

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

Reported by:

**ROBERT QUITZAU**          **May 25, 2011    DIANE TEWIS CLARK, RPR, RMR, CRR**

361

| | | | | |
|---|---|---|---|---|
| analyze 356:17 | anamdl000007460 | 8:23 273:14 | answers 14:16 | appeared 163:7 |
| anamdl000000117 | 7:9 | anamdl000244179 | 271:17 273:1 | appears 92:4 |
| 5:13 73:1 | anamdl000007463 | 8:23 | anybody 29:15,18 | 102:16 124:21 |
| anamdl000000118 | 7:14 176:9 | anamdl000258555 | 36:12,14,16,20,23 | 148:11 156:21 |
| 5:14 | anamdl000007467 | 9:23 288:16 | 44:13,20 55:11 | 174:18 205:3 |
| anamdl000000503 | 7:15 | anamdl000258567 | 57:23 63:17,23 | 289:20 340:11 |
| 6:22 138:18 | anamdl000008106 | 9:23 | 64:5,9 66:10 68:9 | appetite 175:11 |
| anamdl000000506 | 7:24 188:9 | anamdl000258607 | 72:10 81:23 82:5 | application 323:16 |
| 6:23 | anamdl000008108 | 10:14 304:8 | 88:6,9 89:17 94:5 | 327:7 |
| anamdl000002157 | 7:24 | anamdl000258608 | 108:18,20 114:5 | applied 318:6 |
| 6:18 131:2 | anamdl000008797 | 10:14 | 115:20,25 120:19 | apply 317:5 |
| anamdl000002158 | 6:4 116:8 | anamdl000258665 | 120:23 125:2,4 | appreciate 228:10 |
| 6:18 | anamdl000008798 | 10:4 291:25 | 129:10 137:18 | apprise 51:17 |
| anamdl000002400 | 6:4 | anamdl000258671 | 144:5,8 145:15,17 | approach 259:4 |
| 5:16 90:3 | anamdl00005118 | 10:4 | 147:8,12 152:17 | 263:25 292:24 |
| anamdl000002403 | 179:24 | anamdl000261855 | 158:20 179:17 | 306:9 |
| 5:16 | anamdl000062019 | 10:9 296:24 | 190:6,10,12,19 | approaching |
| anamdl000004180 | 6:13 126:18 | anamdl000261862 | 200:4,7 203:23 | 263:11 |
| 11:10 343:19 | anamdl00006201... | 10:9 | 204:8 210:21 | appropriate 99:5 |
| anamdl000004183 | 6:14 | anamdl000262012 | 213:5,8,10,20,22 | 261:12 329:17 |
| 11:11 | anamdl00007458 | 9:14 284:3 | 218:5,9,11,13 | approval 70:21 |
| anamdl000004592 | 168:15 | anamdl000262017 | 221:22,24 222:2 | 233:4,9 308:19 |
| 6:9 121:20 | anamdl00020671 | 9:15 | 223:2 224:1,7,12 | 321:13 |
| anamdl000004593 | 244:7 | anamdl000262036 | 224:17,21,23,25 | approvals 308:21 |
| 6:9 | anamdl000240671 | 9:18 | 225:4 227:3 232:8 | approve 187:15 |
| anamdl000005061 | 8:13 | anamdl000262037 | 233:13,14,22,23 | 203:10,15 322:9 |
| 5:22 104:8 | anamdl000240678 | 9:19 | 240:23 243:10,22 | approved 28:9,10 |
| anamdl000005078 | 8:13 | anamdl00262036 | 244:1 282:3 296:6 | 120:20 121:1 |
| 5:23 | anamdl000240783 | 287:6 | 296:12 312:15 | 202:25 310:10 |
| anamdl000005118 | 10:19 307:13 | angeles 3:14 | 313:11,14,18,22 | 321:22 323:20 |
| 7:19 | anamdl000240789 | annika 2:5 | anybodys 81:2 | approves 321:15 |
| anamdl000005119 | 10:19 | annual 17:23 | apc 315:19 | approximate 79:24 |
| 7:19 | anamdl000241068 | annular 109:14 | apcshs2b0000000... | approximately |
| anamdl000007262 | 8:18 267:4 | 167:19 168:5 | 207:7 | 14:4 18:18 19:22 |
| 100:14 | anamdl000241069 | annulus 123:1 | apcshs2b0000000... | 22:6 25:1 26:13 |
| anamdl000007263 | 8:18 | 274:23 275:14 | 215:3 | 30:1 31:21 47:1 |
| 5:19 | anamdl000241168 | anomalous 95:24 | apcshs2b00000007 | 72:1,4,8 316:12 |
| anamdl000007265 | 9:4 276:10 | answer 12:15 14:10 | 205:2 | approximation |
| 5:19 | anamdl000241169 | 14:23 15:3,11,13 | api 174:2 | 334:20 346:19 |
| anamdl000007435 | 9:5 | 76:17 81:14 106:7 | apologize 18:21 | approximations |
| 7:4 162:11 | anamdl000242505 | 107:1 112:10 | apparent 260:24 | 335:7 |
| anamdl000007436 | 9:9 278:16 | 128:20 130:22 | apparently 287:16 | april 1:6 11:14 13:9 |
| 7:4 | anamdl000242506 | 208:3 256:1 273:4 | appear 290:7 | 59:5 60:8 62:10 |
| anamdl000007458 | 9:10 | 273:5,7 311:6 | appearances 2:1 | 63:15 69:15 72:2 |
| 7:9 | anamdl000244164 | answering 175:19 | 3:1 4:1 | 79:17,17 80:23,23 |

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.    Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters    Facsimile: (504) 525-9109**

Exhibit X
Page 92

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                   **Reported By:**
**ROBERT QUITZAU**                          **May 25, 2011    DIANE TEWIS CLARK, RPR, RMR, CRR**

362

85:12 88:23
111:22 121:25
126:19 131:6
137:7,7 138:20
139:10,15 148:5
150:24,24 155:6
155:18 156:20
158:22 159:3
162:13 168:18
173:11 176:14
180:3 182:15
185:5 188:2 198:6
201:14 205:24
206:6,7 207:14
211:2,2 215:10
216:15 217:16
218:5 220:11,17
220:20 222:7,14
222:22 223:1
224:16 225:2,9,20
225:22 226:7,9,11
226:19 227:3,12
267:11 310:13
311:7 351:13
355:20
**arbitrary** 342:25
343:12
**area** 356:13
**argonauta** 22:19,20
28:24,25 153:8
244:9,12,18,20,23
244:24 245:1,9,18
248:16
**arkansas** 4:22
**arranged** 268:19
**arrangement**
287:12
**arranges** 22:14
**article** 246:5
**aside** 232:7
**asked** 44:5 49:10
49:13 90:16
101:22 106:13
119:17,22 120:2
126:10,12 128:24

129:10,12 131:22
151:10 160:25
172:21 182:1
188:1,3 190:10
194:3,5 200:10
201:23 202:24
203:4,14 270:15
271:1,3 274:9
309:15 310:22,23
311:5 323:2 344:2
**asking** 14:8 67:1
74:21,24 75:1
106:5,9,24 111:9
128:23 129:22
131:17 138:24
157:25 158:22,23
163:8 169:6,7
171:2 176:20,25
177:6,14 193:22
203:19 208:20
220:12 247:8
249:15 269:11
270:8 288:15
306:16 324:25
325:14,17 344:13
345:7,21 347:3
**aspect** 48:1
**aspects** 143:7 236:3
263:24 286:22
**assembly** 210:18
216:9 309:13
**assessment** 74:12
169:20 275:23
346:24 354:21
**asset** 61:7,8 78:22
91:5 94:9 98:17
99:20 105:22
115:3,4 116:11
121:23 126:22
132:11 164:20
169:8 170:9 171:6
172:24 176:15
177:10 180:3
185:8 189:5
339:25 351:12

**assets** 315:19
**assigned** 46:4 290:2
**assignment** 65:22
**assignments** 146:2
**assist** 228:5 243:10
243:25
**assistance** 286:22
**assistant** 197:20
**assisted** 20:8,14
230:14 236:7
243:23
**assisting** 230:4
**associated** 17:16
340:12
**associates** 307:15
**assume** 191:8
**assuming** 53:23
184:2 253:18
274:22 275:12
279:13,15 332:9
**assumptions**
194:24 264:8
**assy** 215:18
**asterisk** 350:24
**attach** 231:24
**attached** 38:15
104:16 230:25
247:8 277:2,16
292:20 294:7
358:8
**attaching** 96:6,8
113:13 116:14
277:1,15
**attachment** 39:2,10
247:6 248:19
250:24 274:13
277:21
**attachments** 5:22
**attempt** 267:24
293:5
**attend** 31:19 198:9
236:9 239:24
265:7 280:19
**attended** 31:13
81:17 198:19

236:21 281:4
300:8
**attending** 198:10
**attention** 90:4
99:10,11 323:24
331:18,18 334:9
**attorney** 2:10
**attorneys** 2:13,17
2:22 3:6,10,15,20
3:24 4:5,10
**audible** 14:16
**austin** 3:23
**author** 310:8
**authority** 202:6
203:15
**authorization**
70:18 200:22
**authorizations**
201:5
**automated** 339:16
342:3
**automatically**
341:3 343:4
**available** 24:2,4
49:22 73:21 80:17
86:24 206:22,23
253:5 331:14
**avenue** 2:15 3:13
3:18,22
**average** 126:7
**avoided** 250:15
251:14,20
**aware** 27:10 32:20
32:21 35:11 36:21
36:25 40:8,16,21
41:3,21 42:3,8
43:7 44:20 45:2,4
45:13,16 55:22
56:3,6 57:23 58:2
58:12 60:13 61:14
64:5 69:15,17,20
75:21 76:1 85:8
85:16 88:12,14,22
89:5 132:8 137:6
144:8 145:15,17

145:22 146:2,11
146:22 147:5,12
152:20 186:16
196:9 213:22
218:13 225:7,14
225:19 226:6,12
226:15,18,20,25
229:15 232:22
233:16 265:9
269:21 280:15,16
312:25 314:9

**B**

**back** 17:21 21:23
28:20 31:3 32:10
41:9 54:11 65:15
65:19 66:13 90:15
92:18 95:4 99:14
101:18 102:9
112:4 119:13
124:20,22 127:3,8
131:23 142:1
152:2 162:3
165:19,21 177:19
177:25,25 194:25
220:6 226:3
229:24 240:11
248:15 258:8,13
261:11 267:11
277:19 284:6
285:1 292:2 301:7
305:24 307:23
308:19 309:19
310:11 314:25
317:19 333:5
339:6 347:2,9
355:13,21 356:11
**background** 89:13
**backing** 67:4
**backoff** 67:9
**ballooning** 56:18
57:1,7 124:5,10
124:11,13 125:8,9
127:3,9 129:6
136:20,22 137:14

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010          Reported by:
**ROBERT QUITZAU**          **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

363

191:8
**ballpark** 174:2,10
**balls** 231:2,3,4
**banks** 48:19
**barbara** 10:2,2
**barbier** 1:5
**barrels** 174:9
**barriers** 168:5
**base** 67:24 335:18
**based** 36:3 55:20
  81:18 86:12 94:25
  113:16 114:20
  115:17 158:1
  159:21 174:11,12
  181:8 183:6,11
  208:23 252:1
  337:21 339:17
**basically** 20:21
  23:17 29:11 51:23
  91:17 103:13
  135:19 201:8
  235:10 237:12
  245:13 258:20
  284:19 309:23
  345:1 351:12
**basis** 17:23 118:6
  193:20 194:11,15
  194:19 195:7
  206:16,21 281:12
  281:13,21 348:14
**bates** 204:25 205:1
  308:25 333:16,19
  333:21,23,25
  336:24 343:19
  347:15
**bayu** 20:4
**bburch** 10:12
**beck** 3:21
**becoming** 65:1
**bed** 230:25
**began** 22:6 24:11
  46:20,21 127:11
**beginning** 65:16
  119:14 162:4
  220:7 237:5 258:9

262:18 305:25
  355:14
**behalf** 2:3 13:23
  32:23 33:15,24
  66:21
**beirne** 188:14,22
  188:24 189:7,11
  189:13,22 190:10
  190:24
**beliefs** 318:18
**believe** 25:9 35:3
  39:12 43:21 49:20
  50:21 66:16 72:4
  78:18 96:7 97:3
  105:2,21 130:18
  131:4 166:4
  201:22 208:22
  220:14 229:9
  230:8 231:6 237:4
  239:7 240:7
  256:19 262:15
  271:13 277:4
  303:7 306:5
  308:21 310:9
  349:8 353:16
**ben** 2:11
**benefit** 166:17
**benefits** 166:20
**bernstein** 2:4
**bert** 77:4,5 78:17
  82:16,19
**best** 232:11 233:3,8
  233:12,21 234:16
  268:23 278:4
  294:17,18 298:10
  359:13
**better** 150:18 197:6
  341:10 351:24,25
  352:12
**beyond** 185:13
  221:10 298:15
**bha** 309:17
**big** 135:12 243:6
  261:15 322:13
**bill** 244:9 245:13

248:2 285:9
  306:10
**bills** 120:1
**binder** 108:3
**bingham** 3:12
**bishop** 4:7
**bit** 15:8 32:10
  41:10 59:3 73:18
  93:1 122:16 155:5
  155:11 175:17
  183:4 233:7 269:9
  295:16 307:24
  324:14
**blankenship** 2:19
**blowing** 27:4
  263:17
**blowout** 27:3
  112:12 224:18
  225:2 227:6
  263:11 268:4
  294:19 312:3,21
  313:7,12,16,19,23
**blue** 334:13 335:4
**blur** 240:10
**board** 286:23
**bob** 289:20,24
**bobby** 43:17 62:12
  125:7 135:20
  165:9,16 172:8,10
  173:20 196:14
  268:8 271:1
  324:21 344:2
**bodek** 6:21,21
  37:22,23,25 38:24
  43:17 62:13,14,19
  63:18 100:5,19,25
  101:22 102:12
  125:8 129:15
  131:7 132:19
  134:2 136:18
  138:24 139:4
  162:17 168:18
  171:2 172:8,18
  173:20 180:10,11
  181:19,22 196:14

227:2 268:5,8
  324:21 325:4
  344:3
**bodeks** 38:2 103:12
  164:24 172:10
**body** 313:7,9
  330:15
**boemre** 28:10
  326:22
**books** 324:7
**bop** 228:22 229:1
  229:17 230:25
  231:25 232:13
  236:20,20 240:9
  266:6,7,10,11,13
  266:16,17 270:17
  278:1 279:16
  287:15
**borehole** 278:21
**boss** 238:1
**botevyle** 6:16,16
**bottom** 90:6 132:16
  162:12 164:6
  165:2,18 168:19
  168:20 178:4
  188:13 189:3
  205:14 217:12
  219:15 275:24
  276:14 284:6
  287:7 288:18
  309:12 333:5
**boulevard** 2:20
**box** 2:11 51:19,23
  51:25 52:1,4,5,7
  52:16 55:5,5
  209:3,9 334:17,21
**bp** 2:17 6:21 9:2,17
  9:21 10:2 37:25
  38:3 39:13,21
  40:9,19,24 41:19
  41:23 42:19 43:5
  44:16 45:14 57:25
  58:10 62:11,12
  63:18 66:17 67:7
  67:8 69:16 74:10

75:7 88:7,14,24
  89:18 92:5 93:15
  94:25 95:10 98:7
  98:19,21,22 100:5
  102:4 103:23
  104:1 107:14
  108:8 114:5,25
  115:18,21,23
  122:6 125:2 128:5
  128:13 129:3,10
  129:13,16 134:15
  170:14 173:22,23
  179:15 180:12
  184:12,19,23
  188:14 189:15
  191:23 193:14,15
  194:11,23 196:10
  199:3 200:4
  203:21 210:22
  211:4 213:10,13
  218:9 222:2 224:8
  224:17,24 225:1
  225:20 226:7,20
  227:3 228:5,8
  232:17,19,21
  233:5 234:10,12
  234:13,25 238:12
  238:13,22 239:13
  239:14,14,18
  240:16,23 257:15
  267:13 268:6,14
  268:17 271:6,13
  278:21 280:10,20
  296:6 298:9
  307:22 309:19
  313:11 324:24
  334:14 335:6,7
  344:13 347:4
  351:19 352:12
  357:9
**bpd107201545**
  10:23
**bpd107201547**
  10:23
**bpd107202443** 11:6

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported by:
**ROBERT QUITZAU**                    **May 25, 2011    DIANE TEWIS CLARK, RPR, RMR, CRR**

364

bpd107202446 11:6
bphzn2179mdl00...
  325:1
bphzn2179mdl00...
  205:4
bphzn2179mdl00...
  207:9
bphzn2179mdl00...
  215:5
bphznmbi001140...
  336:25
bphznmbi001179...
  347:15
bphznmbi0113144
  10:22
bphznmbi0113146
  10:23
bphznmbi0114042
  11:5
bphznmbi0114045
  11:6
bps 52:23 53:1 54:5
  58:16 97:3,15
  105:4 107:19
  113:24 170:22
  223:18 224:8
  272:21 283:9
  287:25 346:19,19
brad 172:17 173:12
  173:16,18
brainstorming
  229:19
brazil 71:22
break 58:25 65:7
  119:5 161:20
  219:24 257:24
  305:15,21 314:22
  317:19 355:5
breakover 348:20
  349:2
breaks 317:7,10,10
brian 79:4,5 157:13
  172:10,17
brief 65:12 119:10
  126:4 155:21

157:4 220:3 258:5
  355:10
briefly 315:10
bring 298:7
broadly 232:2
broke 42:6 337:7
bryan 193:1
bs 15:20,23
build 309:18
building 234:13
buildup 109:15
  167:19
built 261:25 349:15
bunch 208:18
burch 10:12 292:5
  304:11,17 306:10
burst 108:24 109:3
  109:18,19 110:2
  110:11,19 111:11
  241:14,20,25
  242:8,20 267:25
  269:3,19 274:21
  274:23 275:2
burton 77:14
business 16:23,25
  244:16 315:23
busy 248:10
bypass 92:12,16
  97:12 335:2
bypassed 92:5

**C**
cabraser 2:4
calendar 281:10
calibration 93:14
california 3:14
call 71:3 74:10 96:2
  112:8 144:23
  170:24 192:25
  235:2,9 248:2
  268:19 269:16
  301:4 310:10
  319:25
called 47:2 108:24
  119:23 132:19

180:11,13 197:16
  205:7 207:10
  228:24 236:14
  244:23 292:4
calling 251:4
  308:14 328:13
calls 41:16 255:7
cameron 3:24
  233:23 234:19
cant 106:11 112:24
  117:1,12 152:9
  160:19 179:6
  208:19 219:13,17
  243:19 249:12
  250:21 251:24
  252:3 277:3,3
  280:6 298:14
  306:16 322:24
  323:1
canyon 48:19
cap 227:10
capability 253:4
capable 141:1,3
capacity 75:2
  316:10
capping 28:4
  227:10 233:5
  236:12 266:11,13
  266:15 305:2
capture 27:3 93:24
captured 301:3
capturing 159:24
  301:16
card 25:10
care 69:12
careful 350:21
carl 3:3
carrere 3:17
carried 294:12
case 15:4 53:10,17
  182:19 183:21
  205:22 212:6
  273:17 306:8
casing 7:4 54:8
  69:17,18,24 70:2

71:1 93:4 95:14
  96:14,15,24
  100:21 105:2,8,20
  105:25,25 106:18
  106:19 107:7
  109:12 132:23
  151:19 163:14,16
  164:4,6,10,14,15
  165:8,20,23
  166:12,25 167:5
  167:15,23 168:3
  168:25 169:10,12
  170:11,13,13
  174:13 175:20
  177:11 178:1,8,17
  178:23,23,24
  179:4,7,8 183:1
  183:13,19,22,24
  184:18,21,25
  193:4,5,17,23,24
  194:14,17,18
  195:4,21,25 196:3
  196:11 199:5,14
  200:12 202:8,8,9
  203:11,22 209:22
  209:25 210:2,5,10
  210:14,19 212:7,9
  212:16,17 213:1
  215:17 216:8
  218:23 219:4
  225:14 226:13
  252:20,21 253:14
  269:4,20 274:23
  275:14 293:1
  295:2,2,3 317:2
  318:10 319:18,19
  322:12 333:6
  334:21,22 339:15
  340:18,22 341:6
  352:10,14
casings 164:16,17
  193:25 322:17,21
  339:9
catch 306:24
cause 137:18 196:4

196:7 242:1,9
  248:24 249:17,20
  249:23 250:7
  312:2,5
causes 312:21
  313:22
causing 103:9
  337:8 348:23
caution 337:18
cc 189:5 297:9
ccs 289:11,13
cement 92:5,13,15
  202:8 203:16
  210:17,18 215:17
  215:22 216:9,11
  216:12,12 220:24
  221:6,17 222:10
  222:23,25 223:2
  223:14,16 236:16
  236:18 279:19,25
  299:12
cemented 317:2
cementing 10:8
  210:23 211:5
  215:16 216:8
  236:15 240:5,6
  265:18 297:25
  298:13,18
center 3:4
central 5:12 47:13
  73:7 84:23 149:14
  156:21
centralizers 212:18
  213:2,14 214:1,7
  214:17
centre 2:20
centroid 102:18,24
certain 76:12
  181:12,13,16
  228:5 303:10
certainly 252:5
  290:12
certificate 358:3
  359:1
certifications 17:10

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009      Board-Certified Court Reporters      Facsimile: (504) 525-9109**
Exhibit X
Page 95

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010     Reported by:
**ROBERT QUITZAU**     **May 25, 2011**    **DIANE TEWIS CLARK, RPR, RMR, CRR**

365

18:6
**certified** 4:21 12:22
  359:4,24
**certify** 358:6 359:5
**cetera** 308:12
**challenges** 241:15
**chambers** 4:7
**chance** 95:13
  114:22 115:18
  300:23 341:10
  352:12
**chances** 99:23
  102:7 115:5
  306:13
**chandler** 6:2,2,7,7
  7:2,2 55:17 61:14
  61:20 76:23
  103:13 104:13,16
  113:10 185:8
  343:22
**change** 65:8 108:1
  163:10 164:5
  226:15 305:16
**changed** 45:14
**changes** 69:16,21
  69:24 70:2,5
  225:7,20 226:8,20
  358:9
**changing** 69:18,19
  119:6 164:1
**chapman** 76:23,24
**characteristics**
  173:2,4
**charge** 276:19
  280:11,15,17
  285:9
**charles** 3:18
**chart** 277:22,23
**charts** 292:19,20
  294:7
**chavez** 3:13 333:22
**check** 151:25
**choice** 197:6 204:7
**choosing** 49:24
**chose** 86:3

**chronology** 262:13
**chu** 281:6
**circulate** 81:8
  317:4 319:7
**circulating** 122:3
  132:24
**circulation** 56:17
  57:1 123:5 127:11
  137:8,14 183:18
**circumstances**
  112:22 268:24
  322:3,11 323:14
  330:13
**civil** 12:7
**clarification** 67:2
  163:9,19
**clarifications**
  323:17
**clarify** 23:14 34:1
  38:21 66:23 70:23
  130:15 144:13
  164:5 267:24,24
  269:23 338:8
**clarifying** 44:6
  172:16
**clark** 4:20 12:21
  359:3,23
**clean** 308:9,10
  317:4
**clear** 154:17 174:17
  190:23 217:5
  328:9 329:4
**clearly** 154:15
  183:4 303:5
**close** 99:9 206:16
  206:21 263:8
  346:3
**closely** 347:9
**closer** 345:13
**closes** 124:19
**clvs** 4:15
**cmt** 215:20
**coded** 97:5
**cohesive** 295:7
**colin** 245:7,8 246:2

247:7 248:2,6
**collar** 212:17 213:2
**colleagues** 256:25
  257:10 308:1
**collected** 51:22
**college** 15:17
**color** 97:4 172:14
**columns** 103:2
**com** 6:2,7,12,16,21
  7:2,7,13,17,22
  8:11,16,21 9:2,7
  9:12,17,21 10:2
  10:12,17 11:9
**combination** 56:18
**combine** 290:22
  308:8
**combined** 24:12
**come** 32:10 41:9
  54:11 65:19 66:13
  74:25 87:18 94:10
  101:24 109:25
  111:2,10,18 133:3
  156:9 165:19
  241:1 242:13
  250:5 268:10
  293:25 294:1
  298:10 300:18
  356:22 357:7
**coming** 31:3 39:25
  98:7,8 113:18
  122:25 124:8
  270:18 291:11,14
  291:14 339:24
**comma** 215:21,22
**comment** 103:7
  166:19 192:23
  202:20 203:4,14
  249:12,13 250:21
  254:2 306:6
**commented** 302:15
**comments** 202:3
  218:22 263:23
  266:1 277:5 279:1
  301:6,12,15,20,22
  303:19,23

**committed** 228:6
**committee** 2:3
  13:24 27:24 28:1
  28:2
**common** 80:12
  85:2
**communicate**
  42:24 100:4 114:4
  115:21,23 179:14
  224:7,17,25
  312:14
**communicated**
  43:4 61:6 63:11
  103:23 224:14,24
  254:20 268:14
  312:16,17
**communicating**
  38:7 61:4 98:17
  115:4 255:15
  256:20,22 286:20
  288:4 315:18
**communication**
  63:14,17 181:21
  255:22 268:5,7,8
  271:24 286:16
**communications**
  57:25 58:3,10,13
  66:17 100:8 256:6
  256:6,9,14 272:22
**companies** 24:9,18
  27:18 298:8
  309:16
**company** 20:25
  23:3 32:23 36:13
  36:15,17,20,24
  44:13,14,25 57:20
  58:9 66:16 80:16
  80:18 244:19,23
  304:21
**compare** 97:18
  117:13 289:18
  293:4
**compared** 173:5
  351:23
**comparing** 251:2

**competence** 62:25
**compile** 309:16
**complain** 88:6
**complaints** 63:5,7
  87:9
**complete** 58:17
  87:4 281:14
**completed** 94:1,11
  94:13 137:20
  184:3
**completely** 22:4
  83:10,12
**completion** 7:8,14
  167:20 182:20
  184:2 207:11,20
  215:8 230:12
  303:14
**complexities** 254:2
**complicated** 112:9
  167:5 197:1 214:8
  270:11
**complications**
  183:18 269:25
**complying** 100:17
  102:11 107:13
  156:19 176:12
  188:12 200:21
  201:13 218:18
  252:8 284:8
  330:19 333:9
  336:19 343:14
  347:12 351:6
  353:9
**component** 309:13
**components** 275:11
  309:18
**compromise**
  270:12
**computer** 52:3
  153:22 359:11
**concept** 235:2,9
  239:5 258:19
  260:16,22 261:8
**concern** 69:4,9,11
  114:2 115:9,13

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**    **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009**    **Board-Certified Court Reporters**    **Facsimile: (504) 525-9109**
Exhibit X
Page 96

124:25 137:19
196:5,7,9 242:9
243:6 273:21
**concerned** 58:16,22
68:10 114:25
130:6,10 169:24
200:11 240:14
270:9 274:10
**concerning** 43:10
43:20,21 44:16
57:21 146:16
185:12 198:3
224:18 225:1
297:24 313:15
325:5 354:1
356:18 357:12
**concerns** 42:19
43:10 44:9,15,21
68:16 94:21,24
108:7,12 117:19
124:24 138:1
189:14,23 190:7
190:11,15 191:15
191:24,25 192:8
192:14,16 206:7
297:22,23
**conclude** 70:4
110:1 111:16
140:9 241:7 353:5
**concluded** 248:14
**concluding** 191:22
**conclusion** 23:18
25:15 111:10
137:2 197:10
242:14 250:7
253:20 283:11
350:12
**conclusions** 55:6
94:15 117:6
222:23,25 282:17
325:13 352:23
**conclusively** 152:9
**concurrence** 193:3
**conditions** 50:20
51:10,11,17

167:25 321:11
322:3
**conduct** 80:7
158:11 228:9
235:23 236:4
261:12 312:20
318:19,23 319:1
**conducted** 235:13
236:23 259:4,6,15
260:23 278:3
309:9
**conducting** 235:17
241:15 277:24
**conference** 268:19
**confirm** 147:14
166:9 184:20
**confirming** 55:1
175:5
**confused** 217:6
**confusion** 177:13
195:10,12,16
196:3
**congress** 3:22
**conjunction** 92:21
265:1
**connection** 343:25
**connote** 341:19
**consecutive** 116:19
**consensus** 282:15
294:2
**consequence** 67:14
187:10
**consider** 110:6
112:23 117:25
132:6 195:3 326:9
326:10
**consideration**
131:13,18
**considerations**
167:20,21
**considered** 35:12
67:10 135:23
229:20 251:3
264:15 287:13
**considering** 169:17

186:8
**consistency** 264:7
**consistent** 39:19
73:13 302:25
321:10
**consortium** 27:18
**constituted** 111:11
**constitutes** 330:5
**consultancy** 22:9
**consultant** 21:15
22:1,24 23:7,8
25:7,8,10,13
28:22 153:2
**consulted** 120:23
**consulting** 22:6
24:10,17,24 30:9
32:18 71:7 244:16
**contact** 38:17 62:11
62:12 268:20
**contacted** 121:6
**contain** 227:10
287:12
**contained** 87:3
222:6 231:1
**containment** 26:8
27:1
**contains** 159:15
**contemplated**
163:13,15
**contemplates**
166:10
**content** 67:3
**contents** 255:24
**context** 25:3 124:12
135:25 136:2
230:22 250:10
251:16 253:6
298:24 299:2
311:17,20 343:1
**contingent** 300:11
**continue** 22:20
28:10 68:12 95:19
210:1 220:21
279:8 317:13
**continued** 3:1 4:1

24:13,14 52:20,21
177:13 306:14
**continues** 123:24
**continuing** 118:21
118:25 306:21,22
**continuous** 238:20
**contract** 244:15
**contribute** 28:3
85:3 238:8 282:21
285:3 286:9
290:21 291:2
**contributed** 20:23
75:7 228:11
282:20,23 290:23
291:1 305:3
**contributing**
228:12
**control** 8:12 56:7
56:13,16,23 57:17
57:21 58:1,11
66:14 67:10
102:16 104:2
112:4 183:5
227:10 245:3
247:1 304:20,21
305:2,3
**controlling** 272:11
**conversation** 15:7
55:21 181:19
196:16 268:15,22
**conversations**
89:17 157:20
223:9
**copies** 153:18
333:20
**copy** 24:1 71:2
333:18
**copying** 139:4
**corner** 205:12,14
**corporate** 315:11
**corporation** 3:24
24:21 58:5
**correct** 20:6 21:12
25:15,16,19,23,24
35:6 39:6,13,15

45:20,21 51:8
55:24 59:8,9
61:12,21,22 63:13
65:24 66:9 72:19
72:20 73:7,8,12
78:23 81:21,22
83:9,11,12 85:24
85:25 86:4,20
90:7,8,11,12,19
90:20,22,23 95:8
95:9,15,16 96:9
96:10 98:13 100:3
100:19,20,22,23
101:1,2 102:13,14
104:13,14 105:9
105:25 106:1,19
106:20 109:8,9
113:11,12,14,15
116:12,13,15,16
119:19,20 121:23
121:24 122:1,2,4
126:5,19,20,22,23
126:25 127:1
129:4,20,24
130:19 131:7,8
132:17,18 134:4
138:21,22 139:1,2
139:11,12 144:19
144:20 145:14
147:24 153:3,10
153:11 162:17,23
163:11,16,20,23
163:24 164:10,13
164:21,25 165:5,6
165:11,12 166:3
172:4 173:12
174:25 175:22,23
176:2,22,23 177:3
180:4,13,17,18
181:22,23 182:15
182:16 184:25
185:1,5,9 187:1
193:9,11 198:4,5
198:7,8 205:9,12
205:13,16,17,18

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010      Reported by:
**ROBERT QUITZAU**     **May 25, 2011**    DIANE TEWIS CLARK, RPR, RMR, CRR

367

205:21 206:17,18 207:15,16 209:16 211:21,22 215:8,9 215:11,12 217:9 217:16,22 218:24 220:18 237:15 244:10,11,17 257:6 258:21,22 260:4,5,12,13,18 262:7,15,21,24 264:24 267:13,14 269:9,10 270:14 275:19 276:4,11 276:22 277:2,16 278:18,19 284:24 285:4,5 286:10,25 287:9 288:2,20,21 295:23,24 297:7 297:10 298:16 299:18,22 304:15 305:7 308:11 309:5 311:3,9,13 312:1 316:7 318:11 320:19 321:20 324:22 327:16 331:15 332:2,6,11,14,15 334:6 335:9 337:3 338:17 343:5,22 343:24 344:3 347:16,20 348:4 351:12,16 352:19 358:7 359:12

**corrections** 358:9 358:18,19
**correctly** 211:24
**corresponded** 61:16,18
**correspondence** 196:17
**correspondences** 41:16
**corresponding** 173:20
**couldnt** 161:18

**counsel** 12:4 78:10 79:6,10,10 86:24 217:16 219:21 223:5,7 314:1 359:15,16
**count** 341:14
**couple** 34:3 40:17 94:10 188:25 193:2 267:10 300:1
**course** 14:19 258:1 291:12 313:25 316:20 330:3
**courses** 16:24
**court** 1:1 4:21 12:22 13:10,12,17 14:14 106:15 226:5 359:4,24
**courville** 300:2 301:13,23,25
**cover** 80:14 140:16 355:18
**covered** 33:17 309:21 315:9
**create** 112:12 241:23
**criteria** 187:21
**criticism** 46:6 111:3
**criticisms** 110:10 110:19
**criticize** 110:24 111:7
**crr** 4:20 12:21 359:4,23
**cubicle** 238:15
**current** 18:3,4 135:10 185:14 186:9 209:5,6,6,8 239:18
**curves** 326:21
**cushman** 280:3 303:7
**cut** 319:18
**cute** 161:2

**cv** 23:23

___

**D**

**daily** 8:2,5,8 10:22 11:5 31:5 37:9,10 40:4 59:13,22,25 60:3 61:5 73:23 75:7 81:16 82:23 83:7 87:25 93:24 99:12 118:6 125:16 205:7,19 206:15,16,21 207:10,18,19 215:7 218:8 220:11 281:12,13 281:21 330:24 335:1 336:24 347:16 348:13,15
**dalam** 20:4
**dallas** 3:9 19:15
**darrell** 197:20 254:18,20 272:3 272:23
**darts** 221:9
**data** 5:12 38:16 73:7 80:7 86:25 99:15 127:24 135:12 136:19 141:2,3,7 142:8 143:8 144:24,24 144:25,25 145:16 145:25 146:7,18 147:16,19,24 150:11 154:22 159:7,23 289:15 327:21 334:13,20 335:13 339:14,15 346:16,19,20 354:7 355:23 356:3,18,22,23
**date** 10:22 11:5 17:20 18:23 62:10 184:3 205:15 206:12 217:14 237:3 295:20

296:2 311:14 338:8,11,16,17,23
**dated** 38:15 90:7 100:19 104:13 116:10 121:25 201:14 205:11 207:14 215:10 245:16 278:17 284:13 285:6 297:4 304:14
**dates** 79:18 87:23 217:6,13 295:17
**david** 2:15 35:14,21 38:9 40:13,25 42:21 70:7 88:17 89:2,10,19 110:3 110:13,21 111:4 111:13 112:18 133:20 134:8,21 137:10,23 139:18 160:14 161:15 175:1 181:4 191:4 191:17 192:2 199:6 207:21 210:6 212:3,22 213:15 214:2,19 216:2 218:25 221:14 223:21 225:23 226:22 242:3,17 243:1 267:20 275:6 289:1 325:7,23 326:6 328:6 329:1 329:13,19 332:3 337:14 338:1 349:3,12,22 350:4 350:16 351:1
**davis** 29:5
**day** 22:21 24:5 32:5 32:6 52:13 59:19 59:23,24 83:14,23 146:5,12 154:2,3 154:6,11,12 164:19 174:10 175:18 206:14

211:20 221:25 259:1
**days** 40:18 83:13 83:22 95:6 116:19 146:4 225:8,21 226:9,11
**dd** 306:22
**ddiii** 306:12,22
**deal** 123:14,15,15 260:22
**dealt** 61:15 190:21 263:5 315:14 316:13
**dean** 228:3 230:15 231:22,23 286:17
**debate** 287:17,22
**december** 26:14
**decide** 128:12,12 294:3 295:7 354:15
**decided** 136:14,15 191:23,25
**decision** 9:4 10:3 133:3,6 167:4,6 167:13 170:22,23 187:10,12,15 197:2 199:3,20 200:4,8 203:24 213:13 214:1,7,16 237:16 277:6,15 281:2,4 292:10 293:16,21 295:18 295:21,23 296:3 296:17 297:18
**decisionmaking** 296:14
**decisions** 42:10,15 186:16 187:7 214:9 223:13 293:17 294:1,24 295:25
**declare** 187:16
**deemed** 189:16
**deep** 10:4 195:21 259:16 292:10

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**    **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009**    **Board-Certified Court Reporters**    **Facsimile: (504) 525-9109**
Exhibit X
Page 98

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported by:

**ROBERT QUITZAU**          May 25, 2011    DIANE TEWIS CLARK, RPR, RMR, CRR

368

293:1 295:1 296:1
322:19,20 341:7
**deeper** 114:11
185:13 186:19,21
186:21,22 322:22
339:21 352:13
**deepwater** 1:4 13:8
19:18,21 21:11
29:9 31:15 45:24
46:16,21 48:12
49:14,17 63:21
64:10,16,23 65:3
107:14 149:2
152:14 167:12
224:19 229:11
237:23
**define** 47:22
**definition** 320:2,5
330:16
**degree** 16:4,9 17:3
**degrees** 15:17 17:6
**delay** 67:25 68:1
**delayed** 67:15 87:9
87:11,16
**deliverables** 289:16
**denegre** 3:17
**dennis** 7:12,12
227:22 230:3
**densities** 261:23
**density** 266:3
**denver** 19:15
**department** 2:8
**dependent** 330:13
**depending** 159:17
**deposition** 1:18
12:5,16 13:2,3,7
13:25 14:3 78:12
80:21 91:24 150:6
151:12 152:9
157:24 158:2,4
164:9 216:22
217:23 357:22
**depovue** 4:16
**depth** 43:24 44:1
59:14 114:8,9,20

114:22 115:1,12
118:16 122:14
123:6 178:5,6
181:12 183:2
186:9 187:16
189:17 340:13
352:17,18 353:23
**depths** 54:8 69:19
96:25 109:8
334:22,23
**derek** 6:12,12 11:9
11:9 61:16 62:1
77:1 78:18 157:16
343:21 344:12
**derived** 346:17
**describe** 16:11 76:6
97:5,13 227:14
234:23 259:9
270:16 292:13
334:10
**described** 30:25
51:23 67:7 85:2
91:18 94:15 143:9
152:8 177:12
197:1 241:13
259:24 281:20
291:3,10
**describing** 210:4
**description** 39:11
119:22,23 152:24
154:13
**descriptions** 39:17
153:24 202:3
212:2 291:6
**descriptive** 229:21
**design** 20:7,14,23
23:11,14,17 25:14
31:2 47:9 48:3
53:21 54:1,6,18
54:20,25 69:16,21
70:5 108:6,6,18
109:18 110:2,6,12
110:20 111:12,20
112:7,11,15,22
163:11,13,15

214:12 241:8
248:20,25 249:18
249:21 250:8,14
250:22 251:3,13
251:15,18 252:2
252:16 253:1,9,22
275:3 321:18
323:4
**designated** 32:22
33:9 34:2 35:4
45:8 75:14 141:18
257:12 308:21
**designation** 47:4
**designed** 20:22
47:10 49:2 143:15
**designer** 109:13
**designing** 20:12
48:25 71:16,19
247:4
**designs** 19:6
**detail** 50:15 235:21
281:22,23
**detailed** 151:21
214:12 261:4,22
261:25 264:2
265:24
**details** 57:16
**detect** 263:16
**determine** 128:4
130:13 136:19
263:7 291:13
**determined** 110:10
181:9 191:13
262:16
**determining** 103:8
169:17 348:21
350:13
**develop** 261:4
321:17
**developed** 9:9 26:2
235:20 299:11
**development** 28:4
192:22
**deviates** 326:15
**deviating** 92:9,15

**devise** 294:18
**devoted** 230:7
**devoting** 72:3
**dh** 332:10 348:20
349:18
**dhcitas2092457**
333:16
**diagnose** 278:1
**diagnosing** 124:2
**diagnostic** 9:3
277:22
**diagram** 250:25
**diane** 4:20 12:21
359:3,23
**didnt** 22:5 82:22
88:1,3 103:25
117:15,16 118:3
124:25 137:3
139:13 140:6
142:22 170:23
217:1,12 229:21
247:21 248:8
265:16 266:14
274:6 277:10
282:11,15,16
296:15 313:3,5
354:21 356:7,11
356:14,25 357:6,7
**differ** 30:16,24
**difference** 20:11
54:17,21,22
140:20 143:13,18
143:20 144:4
207:17 319:24
320:11
**differences** 103:10
165:25
**different** 27:18
46:8 52:10 75:5
76:7,7 78:21 85:3
87:22 103:3 109:7
125:9 146:12
167:24 172:14
173:1,3,5 211:20
229:19 238:18,18

250:14,22 251:12
251:18 259:9
261:10,15 263:8,9
266:1 274:19
275:10 290:19
292:3,24 309:16
319:6,7 321:9
325:18 328:2
333:16
**differential** 269:2
273:2 274:19,20
**differently** 319:2
**difficult** 242:24
252:15 253:8,21
**difficulty** 112:12
**digesting** 249:13
**dip** 103:1
**dipping** 103:17
**direct** 130:1 160:8
160:22,24 161:4,6
268:8 323:23
334:8
**directing** 331:17,18
**direction** 28:4
66:11 293:19
295:14
**directional** 263:24
**directions** 15:5
**directly** 28:23 94:7
100:9 243:23
303:5 357:7
**disagree** 250:6
**disagreeing** 254:6
254:10
**disagreements**
42:19 43:9 44:8
44:15,21
**disaster** 248:24
249:17,20,23
250:8,14 251:13
251:19
**discarded** 60:22,23
**discerned** 102:15
**discipline** 16:11,14
77:8

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**        **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters**        **Facsimile: (504) 525-9109**

Exhibit X
Page 99

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010          Reported By:
**ROBERT QUITZAU**          **May 25, 2011    DIANE TEWIS CLARK, RPR, RMR, CRR**

369

| | | | | |
|---|---|---|---|---|
| **discovered** 216:21 | 243:5 269:8,19,23 | 335:8 347:14,19 | 145:9 148:16 | 252:22 |
| **discuss** 41:19 55:11 | 270:3 273:3 275:2 | 348:8 351:18 | 150:11 151:9 | **downhole** 124:14 |
| 55:15 94:5,7 | 275:2,18 | **documentation** | 156:17 158:9,18 | 128:1 331:22 |
| 108:17 185:12 | **displace** 215:21 | 170:15 309:20 | 158:25 159:4 | 332:1,10 341:14 |
| 190:18 196:10 | 216:11 | **documenting** 310:3 | 160:21 161:20 | 348:3 |
| 200:3,7 213:7,9 | **displacement** 250:4 | **documents** 37:12 | 163:12 166:4 | **download** 73:19 |
| 221:23 222:1 | **displaying** 159:25 | 39:11 52:1,4,5,7 | 173:18 178:10,20 | 74:1 76:8 78:3 |
| 255:21,23 282:3 | **displays** 159:14 | 54:11 72:13,18 | 179:19 181:20 | 79:25 82:23 84:10 |
| 292:16 | **disregarding** 346:5 | 73:21 104:17,22 | 182:12 186:2,5 | 84:13 86:2,6,9 |
| **discussed** 125:2,21 | 346:23 | 113:25 208:19 | 187:5,5,9,20 | 158:11 |
| 125:23 126:2 | **distance** 135:10 | 256:17 267:1 | 188:3 190:2 194:7 | **downloaded** 32:15 |
| 131:5 151:16 | **distribution** 288:19 | 334:1 | 195:1 196:25 | 72:19 73:19 79:15 |
| 157:23 186:19 | 297:5,6 | **doesnt** 202:20 | 197:22 198:10 | 80:4,6 81:20,25 |
| 218:4 223:2 | **district** 1:1,2 13:10 | 333:19 336:14 | 200:1,15 201:25 | 82:7,16,20 83:8 |
| 225:13 236:2 | 13:11 | **doing** 58:24 66:5 | 203:18 204:3,12 | 84:8,25 158:9 |
| 247:24 248:16 | **diverse** 296:9 | 90:21 94:25 96:7 | 208:2,2,6 211:11 | 205:20,23 206:6 |
| 282:11 | **division** 2:9 | 98:23 144:3,8 | 216:16 223:8,15 | 208:10,23,25 |
| **discussing** 82:4,15 | **divvy** 290:19 | 152:25 153:16 | 224:23 232:10 | 217:15,18,20,25 |
| 82:15,19 120:19 | **document** 28:13 | 156:12,12 166:17 | 237:3 240:2,12 | 345:24 |
| 129:5,8 170:8 | 33:3 39:3 94:3 | 183:24 184:18 | 244:1 245:12 | **downloading** 76:3 |
| 204:6,12 213:4 | 97:22,25 98:7,8 | 210:22 248:12 | 247:5 252:4,5 | 79:24 80:24 81:7 |
| 218:7 221:21 | 98:12 108:2,2,22 | 251:11 257:19 | 253:13,15 255:20 | 84:21 85:10,21 |
| 236:8 | 113:2 116:6 | 261:5 263:19 | 255:21,23 268:7 | 208:4 |
| **discussion** 55:19 | 120:10,16 121:19 | 265:9 281:11 | 268:17 271:15 | **downs** 309:11 |
| 78:16 189:21 | 138:16 149:1,13 | 284:23 305:16 | 273:7 278:10 | **dr** 281:6 |
| 190:2 192:14 | 150:21 152:11,13 | 306:13 308:12 | 281:3 282:6,17,18 | **draft** 7:23 70:25 |
| 211:9,12,15 | 158:23 196:13 | 357:1,8 | 289:14,25 290:3 | 201:21 277:5 |
| 269:16 282:7 | 197:15 202:14,15 | **dont** 17:20 18:23 | 291:6 293:12 | 308:10 |
| 287:22 300:17 | 202:20 204:23,24 | 28:17 35:24 36:14 | 294:13 295:16,20 | **drafted** 308:16 |
| 347:2 | 205:3,7 206:6,20 | 37:13 44:11 46:25 | 296:1,19 297:20 | **drafting** 276:20 |
| **discussions** 82:11 | 207:6,10 208:8,11 | 47:3,20 49:23 | 299:1 300:22 | **drag** 51:12 |
| 105:1 108:19 | 208:23,25 217:14 | 51:25 53:9 55:18 | 301:3,17,21 302:3 | **draw** 90:4 309:11 |
| 125:7 187:8 | 218:1 243:10 | 62:2 73:4 76:17 | 303:18 305:15 | 322:24 352:24 |
| 190:22 196:14 | 244:6 247:8,20,22 | 77:3,7,12,13 | 311:14,22 314:15 | **drawing** 325:13 |
| 203:9 234:8,9,10 | 247:24 248:19 | 79:18 81:14 82:11 | 316:2 319:8 | 329:5 342:4 |
| 234:11 248:1,5 | 252:10 267:10 | 82:21 83:4 84:14 | 328:12 332:24 | **drill** 44:3 54:20 |
| 266:3 269:22 | 273:13 277:2 | 84:17 87:22 88:5 | 333:20 335:16 | 74:15 92:13,17 |
| **disk** 108:24 109:3 | 278:16 287:5 | 91:25 98:20,22 | 338:4 341:20 | 93:4 97:19 101:10 |
| 109:11 267:25 | 288:14 289:4 | 104:10 106:4,23 | 347:4,22 348:9 | 135:9 159:23 |
| 269:3 274:21,23 | 290:4,22 296:24 | 107:3,5,8 108:1 | 357:5 | 160:1 161:10 |
| **disks** 109:18,19,22 | 298:12,22 300:25 | 108:19 110:6 | **dot** 340:6 | 163:7 183:21 |
| 110:2,11,20 | 308:15,16 309:2,3 | 117:25 120:2,15 | **dotted** 340:17 | 184:13,14,15 |
| 111:11,20 112:15 | 309:6 310:12,14 | 121:2,6 129:8 | 341:18,19,20 | 186:20,21,22 |
| 241:14,20,25 | 310:23 324:12,15 | 134:11,24,25 | **doubt** 104:11 | 258:20 260:4 |
| 242:8,15,20,25 | 333:14 334:15 | 141:14 142:12 | **downgraded** | 295:3 306:21 |

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009      Board-Certified Court Reporters      Facsimile: (504) 525-9109**

Exhibit X
Page 100

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010          Reported by:
**ROBERT QUITZAU**          **May 25, 2011    DIANE TEWIS CLARK, RPR, RMR, CRR**

370

309:11 317:1,3
323:16 344:15
**drilled** 47:23 48:17
53:15 54:24
122:22 127:18,24
135:6 180:12
235:12 259:3
352:16
**drilling** 8:2,5,8
16:15 19:1,3,5,18
21:4,11,15 22:1
22:24 23:6,8,16
24:17,24 25:7,8,9
25:12,15 28:22
29:8 30:2,9 31:3
31:16,18 37:6,10
43:22,24 44:1
45:23 46:16,21
47:7,17 48:2,4,12
48:22 49:6,12,15
49:17 53:23,25
54:13,18,19 56:4
56:21,23 57:2
58:17 59:6 60:3
62:4,5,6 65:4
67:15 68:2,18
71:6 75:9 81:16
91:11 92:14 93:2
93:7,10,18 94:14
104:17 120:24
123:3 125:16
133:14 134:3,16
135:12,17,22
136:9,12,13 138:2
141:4 142:11,18
143:12 144:23,25
144:25 151:18
159:14 162:22
163:5,5,13 166:22
167:11,12 170:17
172:3 183:11
185:13 186:9,19
191:16 192:1,6
195:22 196:19
205:8 207:18

225:8,21 226:8
229:10 233:10
236:8,11 237:24
239:22 244:19,21
244:23 246:5
263:12,21,24
265:2,12,13
303:12,14 306:14
314:10 319:12,13
320:1,24 322:9,14
330:5,6,10,11,16
335:1 352:13
**drillpipe** 270:17
**drilquip** 4:10
**driscoll** 1:19
**drive** 80:12 85:2
104:18 105:11,12
107:22
**drop** 279:16
**dual** 10:13 305:6,9
306:3
**due** 10:13 136:22
189:14 191:8
192:8
**duly** 13:16 359:6
**durkee** 237:20,22
237:23 254:17,21
255:8 284:10
285:7 287:8
**dynamic** 235:2,12
236:4 258:21
259:5,6,11,12,14
260:1 264:4,6,12
264:16 298:17
306:13 309:10

_____
**E**
_____
**earlier** 72:15 73:17
86:16 90:15,17
119:17 126:3
138:5 139:14
189:6 197:1
206:14 217:11
241:13 291:3
299:15 310:12,22

330:10
**early** 19:22 29:5
46:22 69:14
225:14 228:21,24
229:2,16 241:21
242:16 256:16
299:22 311:23
334:16
**eastern** 1:2 13:10
47:11,13
**ecd** 329:10,17,24
332:13,21 333:4
337:20 353:11
**effect** 102:24
**effort** 28:7 112:13
228:12 232:15
234:12 237:14
240:19 243:11
262:14,19 265:1
273:22 280:11
281:16 282:1,4,8
285:15 298:6
300:11 311:21
**efforts** 9:14 111:24
112:1 227:10,14
227:18 228:8,9,22
229:24 230:7
232:9 233:15,17
233:25 234:2,4,5
234:20,23 235:24
237:7,10 238:9,12
241:5,9 242:16
243:11 248:11,14
254:14,23 255:5
255:11,17 256:7
256:13 257:16
273:21 274:10
280:10,17,21
284:15,23 285:2
311:18,24 312:19
**eight** 162:24 261:9
**either** 50:21 292:25
**elaborate** 333:2
**electronic** 80:12
**ellis** 2:14

**elm** 3:8
**email** 5:12,16,19,22
6:2,7,12,16,21 7:2
7:7,12,17,22 8:11
8:16,21 9:2,7,12
9:17,21 10:2,7,12
10:17 11:2,9,14
37:17,18,21 38:14
39:14 41:15 61:6
63:12 66:25 73:2
73:6 90:5,9,13,16
90:17 93:1 95:7
100:18,25 102:13
103:12 104:9,10
104:12,15 113:10
113:16 116:10
118:14,15,23
121:22 125:10
126:21 129:18
131:6,10,13
132:10,22 136:17
139:3 162:12,16
162:20 164:19,24
165:3 166:5,10
168:18 172:9
173:11,13 176:13
176:19 180:2,10
182:13 185:7
188:14,21,24
189:4,6,10,13
192:21 193:9
196:15 198:2
200:16 202:1
244:9 247:6,7
255:6,18 267:12
267:16,19,23
268:25 271:21
272:8 273:20
275:20 276:3,12
276:25 277:14
279:2,3,10 284:4
284:9 285:1,6
286:16 287:7
288:3,17 289:25
292:14 297:3,22

299:15 304:10
305:11 306:16
307:14 310:14
343:20 344:1,12
344:20 347:5
351:11
**emailed** 344:14
**emailing** 9:3
**emails** 43:16 67:1,3
138:23 165:16
176:16 190:21
191:10 194:25
196:13 267:11
273:15 276:11,13
278:17 292:1
293:5
**employee** 23:3
24:20 65:1 229:12
239:13,14,15,19
**employees** 315:15
315:19
**employment** 22:15
**enclosed** 358:19
**encountered** 95:13
131:21
**endeavored** 60:2
**ends** 188:24
**energy** 22:19
**enforcement** 2:10
**engaged** 232:8
**engineer** 17:12,18
19:1,4,5 45:24
47:8 48:22 49:2
62:4,5 123:3
166:23 167:12
170:17 195:23
196:19 230:12
304:20 321:9
**engineering** 15:21
15:22,24 16:5,12
16:14,17,17 17:15
18:1 25:10 29:8
77:11
**engineers** 49:15,18
62:7 142:18

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**          **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009      Board-Certified Court Reporters**          **Facsimile: (504) 525-9109**

Exhibit X
Page 101

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                Reported by:
**ROBERT QUITZAU**                      **May 25, 2011    DIANE TEWIS CLARK, RPR, RMR, CRR**

371

enter 97:18
entered 172:9
entire 37:13 182:20
    250:10
entitled 100:21
    149:1
entity 315:11
entry 208:8 212:21
    213:5,9 216:15
    218:8 219:7,10
    221:4,22
environment 2:8
    2:10 102:6
episode 125:9
equipment 26:3
    28:19 55:2 178:24
    179:2,6,10
equivalent 174:10
eric 3:22
errata 358:19
especially 175:12
esquire 2:5,5,9,15
    2:19,19 3:3,8,12
    3:13,18,22 4:3,7
established 321:12
et 308:11
eval 91:14
evaluate 294:1
    356:12,14
evaluated 301:9
    310:5
evaluating 93:2,8
    93:11,18 169:17
    279:4
evaluation 75:6
    94:2,13 120:25
    141:5 159:16
    167:7 181:8
    184:20 197:3
    214:10 225:1
    245:4 257:15
    337:10
evaluations 245:3
evening 150:2,23
    271:22

event 56:13,16
    57:17,22 58:1,11
    67:6,11,11 79:15
    79:16,24 123:13
    218:3
events 26:16 56:7
    56:23 66:14,17
    67:14 68:10 92:19
    102:16 124:23
    125:2 128:5
    137:17 206:7
everybody 294:11
    318:14
evidence 12:17
evolution 238:20
evolve 28:10
exact 18:23 47:1
    62:3 79:18 87:23
    112:21 158:10
    170:4 182:9
    187:20 237:3
    281:3 296:2
    297:16,21 300:22
    311:14,22
exactly 73:4 142:13
    144:2 152:2 170:5
    257:21 258:15
    280:6
examination 5:2,4
    5:5 13:19 26:23
    27:12 30:23 34:7
    35:9,18 36:1
    38:13,23 40:20
    41:4 42:5,16 43:1
    43:19 44:22 45:12
    46:13 56:4 57:9
    58:23 64:7,17
    65:18 68:7,17
    69:3,10 70:13
    72:23 74:23 75:17
    76:18 81:15 82:13
    83:6,21 85:18
    87:12 88:21 89:6
    89:15,25 94:23
    100:12 104:5

105:17 107:10
108:14 110:8,17
111:1,8,17 113:1
113:7 116:5 117:4
117:14 118:2,13
119:16 120:17
121:8,17 123:17
126:15 128:10
129:1 130:12,25
133:25 134:13
135:2 137:16
138:3,15 139:24
141:25 146:14,23
147:7 148:13,23
149:11 150:20
155:25 156:7
157:10 160:9,20
162:8 167:10
168:13 169:22
170:7,25 172:11
174:20 175:8
176:6 177:15
179:22 181:11
182:10 187:23
188:7 190:4
191:11,21 192:7
197:4 198:18
199:12 200:2
202:22 203:6
204:5,20 206:4,13
207:5,25 208:16
210:11 211:1
212:8 213:3,19
214:14,25 216:6
217:10 219:5
220:9 221:20
222:21 223:6,25
225:16 226:16
227:1 231:12
232:20 233:2
237:21 238:10
241:17 242:12,22
243:8,16 244:4
245:23 246:13,24
249:10 251:25

253:17 254:4,11
255:3,25 257:5
258:11 260:11
266:25 267:9
268:3 270:2,7
272:24 273:11
275:15 276:8
277:12 278:14
280:18 281:1
284:1 285:21
286:5 287:3
288:13 289:5
291:23 295:8
296:22 299:24
304:6 306:2
307:11 308:13
310:6,21 312:12
313:2 314:8 315:2
316:3 317:20
318:20 319:10
321:5 322:4
323:13 324:10
325:16 326:2,12
327:23 328:15,23
329:8,15 330:2,17
330:22 331:8
332:7,23 333:12
334:7 336:17,22
337:19 338:6,15
339:3 340:3,21
341:15 343:2,17
344:9 345:9,16,22
346:14 349:9,17
350:1,10,23 351:3
351:9 353:7,24
354:12,23 355:16
356:9
example 55:16 80:1
    159:19 273:1
    290:8 350:2
examples 43:9
    319:1
exceed 329:17
exceeded 274:21,24
    348:20 349:19

350:3
excel 98:6
excellent 95:11
exception 358:8
exceptions 323:17
exchange 279:3
    284:4
exchanges 273:20
excluding 12:9
    313:25
excuse 24:16
    219:21 338:12
exercise 15:10
    21:11 48:2 51:18
    55:24 56:23 57:2
    240:20 265:12
    289:7 295:12
exert 274:18
exhibit 5:11,15,18
    5:21 6:1,6,11,15
    6:20 7:1,6,11,16
    7:21 8:1,4,7,10,15
    8:20 9:1,6,11,16
    9:20 10:1,6,11,16
    10:21 11:1,4,8,13
    37:16 72:21,25
    89:23 90:2,5 95:4
    95:6 96:9 100:10
    100:13,16 102:10
    104:3 107:12
    116:3 120:7
    121:15 126:13
    130:23 131:3,5
    138:13,20 148:19
    148:25 156:2
    162:6 168:11,17
    173:14 176:4,11
    176:17 179:20,25
    188:5,11 189:3
    192:21 200:18,20
    201:1,12 204:18
    207:3 214:23
    244:2,8 252:9
    266:23 273:9
    276:6 278:12

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported by:

**ROBERT QUITZAU**                    May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR

372

| | | | | |
|---|---|---|---|---|
| 283:24 284:7 | 134:12 279:11,12 | **fail** 274:24 | **fifteen** 31:24 | 116:5 117:4,14 |
| 287:1 288:11 | 279:20 | **failed** 241:22 | 125:19 316:17 | 118:2,13 119:4,16 |
| 291:21 292:2,21 | **explanation** 155:20 | 242:16 | **figure** 250:25 312:1 | 120:17 121:8,13 |
| 294:5 296:20 | 157:3 | **failure** 241:22 | **figures** 96:17,18 | 121:17 123:17 |
| 304:4 307:9 309:1 | **explicit** 148:16 | 242:21 309:13 | **file** 52:14 76:9,10 | 126:15 128:10 |
| 310:13 324:12 | **exploration** 52:24 | **fair** 24:8 32:9 49:5 | 80:2,10,11 205:1 | 129:1 130:12,25 |
| 330:20,24 333:10 | 107:15 233:15 | 60:14 68:8 135:7 | 308:22 309:19 | 133:25 134:13 |
| 333:13 336:20,23 | **explorationists** | 139:8 154:9 | **files** 51:20 60:21 | 135:2 137:16 |
| 339:7 343:15,18 | 142:10 | 172:12,15 302:17 | 78:4 80:1,14 85:1 | 138:3,15 139:24 |
| 347:13,14 351:7 | **exploratory** 189:16 | 313:10 | 85:5 86:22 | 141:20,25 146:14 |
| 351:11 | **explosion** 355:19 | **fairly** 57:7 311:23 | **fill** 66:4 78:4 | 146:23 147:7 |
| **exhibits** 5:8 | **exposed** 242:10 | **familiar** 39:24 | 259:20 | 148:13,18,23 |
| **expect** 93:3 146:24 | 243:5 270:10 | 206:11 209:15 | **final** 180:13 196:3 | 149:11 150:20 |
| 174:8 | **express** 182:11 | 222:15,20 229:13 | 236:16 265:19 | 155:25 156:7 |
| **expected** 66:1,11 | 296:5,12 | 245:6 315:10,13 | 291:12 295:21 | 157:10 160:9,20 |
| 76:12 83:15,24 | **expressed** 40:9 | 316:22 319:11 | 296:3 | 161:19 162:8 |
| 84:12 101:23 | 44:10,14 | **familiarize** 50:10 | **finally** 236:15 | 167:10 168:7,13 |
| 113:18 146:6,17 | **expressing** 44:21 | **far** 36:17 44:2 64:8 | 263:12 266:5 | 169:22 170:7,25 |
| 147:6 169:2 171:3 | 118:22 182:12 | 93:3 149:18 | 293:11 | 172:11 174:20 |
| 171:12,14 346:3,7 | 203:22 204:3 | 240:13 244:25 | **finance** 16:23 | 175:8 176:6 |
| **expenditure** 70:19 | **expressions** 40:19 | 272:13 283:4,8 | **find** 63:2 246:18 | 177:15 179:22 |
| 200:23 201:6 | **extensive** 167:6 | 315:19,21 339:9 | 272:10 311:12 | 181:11 182:10 |
| **experience** 21:9 | **extent** 93:21 145:11 | 340:18,22 | **findings** 94:3,6,8 | 187:23 188:7 |
| 36:3 46:16,19,20 | 159:13 190:20,22 | **fast** 169:24 293:25 | **fine** 47:5 257:13 | 190:4 191:11,21 |
| 47:21 48:12,15 | 234:13 275:1 | 306:11,23,25 | **fineman** 2:5 5:4 | 192:7 197:4 |
| 49:6,11,12 56:20 | **extreme** 309:11 | **favorable** 341:9 | 13:19,22 26:23 | 198:18 199:12 |
| 56:25 68:18 89:7 | **eyeballing** 335:7 | **feasible** 172:3 | 27:12 30:23 34:7 | 200:2 202:22 |
| 117:2 159:5,22 | | **february** 56:8 | 35:9,18 36:1 | 203:6 204:5,13,20 |
| 166:22 167:11 | ——————— | **fed** 301:7 | 38:13,23 40:20 | 206:2,4,13,24 |
| 195:22 196:18 | **F** | **federal** 12:6 280:21 | 41:4 42:5,16 43:1 | 207:5,25 208:16 |
| 316:4 322:5 327:3 | **facilitator** 280:7 | **fee** 153:5 | 43:19 44:22 45:10 | 210:11 211:1 |
| 336:4 | 303:7,8 | **feed** 147:24 | 45:12 46:13 56:4 | 212:8 213:3,19 |
| **experienced** 123:19 | **fact** 51:16 67:6 | **feel** 106:5,25 140:6 | 57:9 58:23 64:7 | 214:14,25 216:6 |
| **expert** 159:18 | 117:20 150:8 | 269:24 293:20 | 64:17 65:6,18 | 217:10 219:5,22 |
| **expertise** 76:13 | 195:11 196:2 | **feet** 92:6 129:20 | 68:7,17 69:3,10 | 220:9 221:20 |
| 247:4 305:1 | 204:7 229:12 | 189:17 311:2 | 70:13 72:23 74:23 | 222:21 223:6,25 |
| **experts** 74:14 | 286:12 345:12 | 317:3 344:15 | 75:15,17 76:18 | 225:16 226:2,16 |
| 292:23 298:7 | **factor** 112:2 168:1 | 345:12,13,17 | 81:15 82:13 83:6 | 227:1 231:12 |
| 302:15 | 168:3 | 346:1 347:20 | 83:21 85:18 87:12 | 232:18,20,23 |
| **explain** 20:16 | **factored** 112:6 | 352:17 | 88:21 89:6,15,25 | 233:2 237:21 |
| 114:14 143:18 | **factors** 112:6 132:7 | **felt** 192:11 | 94:23 100:12 | 238:10 241:17 |
| 165:13,24 215:25 | 167:16 | **fg** 74:11 330:25 | 104:5 105:17 | 242:12,22 243:8 |
| 219:11,13 258:14 | **facts** 57:21 | 331:6 336:24 | 107:10 108:14 | 243:16 244:4 |
| 279:2 | **factual** 256:24 | 347:16 348:11 | 110:8,17 111:1,8 | 245:23 246:13,24 |
| **explaining** 103:14 | 282:23 283:2 | **field** 235:22 266:18 | 111:17 113:1,5,7 | 249:10 251:25 |
| | 291:3 | | | |

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

**ROBERT QUITZAU**      May 25, 2011    DIANE TEWIS CLARK, RPR, RMR, CRR

373

| | | | | |
|---|---|---|---|---|
| 253:17 254:4,11 | 339:18 347:20 | **flowing** 259:17 | 26:20 27:8 30:20 | 238:6 241:11 |
| 255:3,25 257:5,18 | 348:19,24 349:1 | **floyd** 3:8 | 35:15,22 38:10 | 242:4,6,18 243:2 |
| 257:22 258:11 | 351:20 356:11 | **fluid** 51:3 103:2 | 40:14 41:1 42:1 | 243:13 245:20 |
| 260:11 266:25 | **five** 71:11 228:14 | 159:16 161:7 | 42:13,22 43:14 | 246:10,21 249:7 |
| 267:7,9 268:3 | 261:15 | 261:23 266:3 | 44:18 46:10 56:1 | 251:22 253:11,24 |
| 270:2,7 272:24 | **flat** 153:4 | 274:22 275:12,13 | 56:17 57:4 58:20 | 254:8,25 255:20 |
| 273:11 275:15 | **flaw** 110:2,7 112:8 | **fluids** 27:3 51:2,4 | 62:24 64:3,12 | 257:2 260:10 |
| 276:8 277:12 | **flickinger** 2:9 5:5 | 91:20 | 68:4,14,25 69:7 | 267:21 269:14 |
| 278:14 280:18 | 315:2,4 316:3 | **focus** 99:25 298:20 | 70:8,10 74:19 | 270:6 272:17 |
| 281:1 283:18,22 | 317:20 318:20 | **focused** 298:11 | 76:15 81:12 82:9 | 275:5,7 277:8 |
| 284:1 285:21 | 319:10 321:5 | **focusing** 142:2 | 83:2,18 85:14 | 280:13,23 281:25 |
| 286:5 287:3 | 322:4 323:13 | **folder** 52:9 80:12 | 87:6 88:18 89:3 | 283:14 285:18 |
| 288:13 289:5 | 324:2,6,10 325:16 | 89:18 104:17 | 89:11,20 94:19 | 286:2 289:2 |
| 291:17,23 295:8 | 326:2,12 327:23 | **folger** 6:12,12 11:9 | 105:14 108:10 | 294:22 299:20 |
| 296:22 299:24 | 328:15,23 329:8 | 11:9 61:16 62:1 | 109:21 110:4,14 | 308:2,5 310:1 |
| 303:25 304:6 | 329:15 330:2,17 | 77:1,1 78:18 90:7 | 110:22 111:5,14 | 312:2,9,23 315:25 |
| 305:14 306:2 | 330:22 331:8 | 90:10,18 91:22,23 | 111:18 112:17,19 | 317:16 318:16 |
| 307:5,11 308:13 | 332:7,23 333:12 | 95:8 103:13 | 116:24 117:10,23 | 319:4 321:1,25 |
| 310:6,21 312:12 | 333:24 334:5,7 | 157:17 158:7,17 | 118:9 120:13 | 323:10 325:8,10 |
| 313:2 314:2,8,17 | 336:17,22 337:19 | 158:19 310:15 | 121:4 123:11 | 325:22,24 326:7 |
| **finish** 15:11 215:16 | 338:6,15 339:3 | 343:21 344:12 | 128:7,16 130:8 | 327:18 328:5,7 |
| 216:8 | 340:3,21 341:15 | **follow** 15:4 23:15 | 133:21 134:9,22 | 329:2,14,20,22 |
| **finished** 15:12 | 343:2,17 344:9 | 23:17 142:10 | 137:11,22,24 | 330:8 331:4 332:4 |
| 47:24 136:13 | 345:9,16,22 | 248:9 309:14 | 138:10 139:17,19 | 332:19 336:9 |
| 219:3 | 346:14 349:9,17 | **followed** 25:3 | 141:10 146:9,20 | 337:13,15,25 |
| **first** 13:16 15:23 | 350:1,10,23 351:3 | 180:16 193:16 | 147:3 148:8 | 338:2 339:12 |
| 17:17 30:12 37:17 | 351:9 353:7,24 | 194:13 236:1 | 155:24 156:4 | 340:20,25 342:23 |
| 39:2 48:10 84:9 | 354:12,23 355:4 | **following** 25:14 | 157:7 160:5,13,15 | 344:5 345:5,15,19 |
| 90:5 95:5 97:6,14 | 355:16 356:9 | 103:12 127:14 | 160:17 161:14,16 | 346:9 349:4,6,13 |
| 102:9 114:18 | 357:14 | 131:4 133:4 | 167:2 169:14 | 349:23 350:5,7,15 |
| 132:14,15 133:18 | **flip** 149:8 | 292:16 | 170:2,20 174:15 | 350:17 351:2 |
| 140:19 150:1 | **float** 212:17 213:2 | **follows** 13:18 | 175:2 177:8 181:5 | 353:3,18,25 354:5 |
| 173:12,13,13 | **floor** 2:6 | 220:25 | 182:7 187:18 | 354:19 355:25 |
| 184:9 189:2 | **flow** 123:24 124:21 | **followup** 8:22 | 189:25 191:3,5,18 | **formal** 28:13,14 |
| 192:20 205:1 | 168:5 169:2 171:3 | 188:1 210:21 | 192:3 196:23 | **formalities** 12:9 |
| 209:4 212:2 | 171:12,15,22,22 | 211:4 222:5 | 198:17 199:7,9,24 | **format** 204:23 |
| 218:21 242:21 | 173:5,7,8 240:21 | 269:22 315:8 | 202:17 203:2 | 308:11 |
| 244:8 248:18,19 | 240:24 241:2,4 | **footage** 101:10 | 204:1,10 206:1,9 | **formation** 51:2,3,5 |
| 260:21 267:12 | 270:18 277:22,23 | **force** 18:9 | 207:22,24 208:13 | 75:6 124:14 141:5 |
| 268:25 275:24 | 291:11 292:19,20 | **forecast** 209:12,19 | 210:7,25 212:4,23 | 143:10 159:16,16 |
| 276:14 288:15 | 294:6 356:22,23 | 210:13 211:10,13 | 213:16 214:3,5,20 | 317:3,7,12,22 |
| 292:2 294:5 317:1 | 357:8,12 | 211:14,16 215:13 | 216:3 219:1 | 318:5 337:9 346:3 |
| **fish** 92:16 | **flowback** 28:5 | 218:4 345:25 | 221:15 222:18 | 346:7 352:9 353:6 |
| **fishing** 236:22 | 230:4 | **foregoing** 358:5 | 223:22 225:11,24 | **formations** 339:21 |
| **fit** 331:19 337:1 | **flowbacks** 56:19 | **form** 12:14 14:23 | 226:23 237:18 | 339:24 |

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters      Facsimile: (504) 525-9109**

Exhibit X
Page 104

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                   Reported by:
**ROBERT QUITZAU**                    **May 25, 2011    DIANE TEWIS CLARK, RPR, RMR, CRR**

374

**formed** 214:16
  249:3,16 328:17
  328:25 329:7
  330:4
**former** 229:12
**formerly** 64:15
**forms** 73:25
**forrest** 61:17 77:14
**forth** 240:11
  261:11 264:14
  285:1 359:8
**forward** 93:16
  129:2 247:8 271:8
  271:13 294:2
  300:17 302:14
  321:13
**forwarded** 173:21
  181:21 188:25
  189:1
**forwarding** 176:15
  271:6 276:25
  277:19
**found** 66:7 104:16
  105:11 334:17
**four** 72:5 87:22
  227:17 231:7
  261:14
**fourth** 107:11
**frac** 37:11 40:7
  73:24 74:8 319:21
  326:21 337:21
  340:8 341:8
  342:21 356:7
**fracture** 74:13
  93:23 97:4,15
  122:14 123:6
  124:16,19,20
  279:5,9 318:5
  319:25 320:12,15
  325:6,6,19,19
  326:4,10,18 328:1
  328:11,13,17,18
  328:25 329:5,7,11
  329:12 334:12,19
  335:4 336:5

  340:12 341:17,21
  341:24 342:1,5
  353:1,10,16,20,22
  355:22 356:5
**fractures** 56:19
  124:15,15
**fracturing** 342:17
  353:6
**frame** 21:25
**framework** 234:12
**franklin** 2:11
**frequently** 86:18
  116:22 117:21
  151:19
**fri** 7:8,13,18
**friction** 259:18
  289:21 291:7,9
**friday** 30:4
**front** 138:19 205:6
  251:7,8,9 294:4
**frustrated** 293:10
**frustration** 296:6
  296:13
**fulfill** 46:5
**full** 105:24 106:10
  106:17 107:6
  140:21 176:21
  177:1 195:3,18
  196:20 199:18
**fully** 35:24 91:14
  91:14 249:13
**function** 50:14 62:3
  297:16
**functions** 36:5
  51:21 140:11,13
  305:1
**fund** 202:7 203:16
**funding** 200:12
  203:10
**further** 48:11
  149:22 184:13
  196:16,16 245:5
  269:25 270:1,4,12
  352:9
**future** 309:23

**fw** 6:17 7:3,8 8:12

## G

**gaining** 139:22
**gains** 123:19 124:2
**gallon** 127:13
  331:21 335:20
  341:4,24 342:1,6
  342:7 353:22
**gap** 167:22
**garden** 48:19
**gary** 9:12,12 10:7
  297:4,11
**gas** 51:7
**gathered** 143:9
  264:10
**gathering** 289:15
**general** 25:12
  28:21 29:22,24
  79:11,13 112:24
  248:1 321:4,6
**generalization**
  322:24
**generalize** 323:1
**generally** 16:10,13
  19:3 23:5 25:21
  29:1 32:14 36:3
  47:25 51:17 53:11
  83:9 137:6 246:6
  246:15,17,23,25
  323:19 329:24
**generated** 98:5
**generating** 98:11
  259:17
**gentleman** 45:8
  75:13 141:18
  300:5
**geoffrey** 2:15
**geological** 19:6,7
  30:6 52:12 59:8
  74:4,5 80:1 97:20
  99:24 100:1 102:7
  183:14 340:1
  341:11 352:13
**geologically** 135:5

**geologist** 38:5
  61:20,23 76:21,25
**geologists** 142:16
  268:13
**geology** 16:20
  31:17
**geometric** 341:2
**geophysical** 356:18
**geotap** 129:19,23
  129:25 130:1
  311:1,25
**gerald** 300:2
**geralds** 301:15
**getting** 50:22 91:17
  91:19 194:16
  217:6 271:8 272:7
  273:4 275:11
  293:15
**give** 18:21 24:9
  29:25 33:1 51:15
  59:20 66:10 72:24
  90:2 94:9 104:7
  105:4 113:8 116:7
  121:18 126:17
  138:16 148:24
  162:9 168:14
  176:7 185:3 188:8
  197:12 200:17
  204:21 215:2
  227:19 244:5
  279:1 296:23
  308:8 318:25
  323:21 326:22
  345:23 352:11,12
**given** 200:15
  251:16 253:6
**gives** 339:25
**giving** 179:23 181:7
  204:24 284:2
  291:24 304:7
  307:12 341:7
  354:8
**go** 14:6 18:9,14
  21:23 50:14 84:3
  90:1 92:25 95:4

  99:15 101:5,13
  102:9,23 103:11
  104:6 114:7
  122:15 123:18
  131:23 132:9
  133:8 135:7
  136:16 149:21
  155:4,10 156:13
  164:6 172:6
  192:20 200:25
  209:9 212:10
  252:10 258:13
  267:2 272:3,14,22
  276:9 290:6 292:2
  297:20 306:25
  308:20 309:15
  310:11 311:16
  323:3 333:7 340:6
  340:18,23 341:6
  342:23 347:9
  352:8 355:21
  356:11
**goal** 295:5,13
**goals** 242:2
**godwin** 3:7
**goes** 55:2 124:16
  135:7 167:13
  168:21 175:24
  250:12 252:19
  284:5 307:23
  327:22 341:3
  342:4 343:20
  347:2
**goetz** 244:9 245:10
  245:11,14 247:8
  247:25 248:2,5
**going** 14:8 28:6,13
  28:20 32:9 33:1
  33:11,14 37:3
  41:9,13,19,24
  48:16 65:10 71:23
  72:17,24 74:25
  90:4 91:3 99:20
  101:12,15,20
  104:2,6 105:20

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**    **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters**    **Facsimile: (504) 525-9109**

Exhibit X
Page 105

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                      Reported by:
**ROBERT QUITZAU**                    **May 25, 2011    DIANE TEWIS CLARK, RPR, RMR, CRR**

375

113:8 116:6 119:8
121:18 126:17
128:13 131:23
135:21 138:6,16
140:15 142:4
148:24 151:18
152:1 161:23
162:9,20 163:6,7
166:14 167:17
168:14 174:23
175:5 176:7
177:24 178:16
182:2 184:23
185:2,18 186:10
187:7 188:8
193:23 194:21
196:4,12 197:12
200:17 203:21
204:21 209:24
210:15 211:19
215:2 219:16
220:1 228:18
229:1 233:7
240:11 242:1
244:5 249:9
255:16 256:12,15
258:3 268:16,21
271:13 274:22
275:13 284:21
290:5 294:16
296:23 297:24
305:19 306:23
314:20 323:23
324:24 344:18
345:7 347:7,8
355:8 357:20
**golf** 231:2,3,4
**gom** 107:14
**good** 13:20,21 59:1
61:1 104:1 118:16
122:7 127:17
135:11 174:2,10
179:12,13 228:1
275:22 279:15,15
294:9 308:9 315:3

325:14 351:19,21
**gotten** 92:5
**government** 28:11
280:21 313:15
321:13,14,14,19
321:23 322:8
323:3,19 327:1
333:25
**gradient** 37:12 40:7
73:24 97:15
122:14 123:6
129:19 133:24
182:18,25 279:5
311:1 312:1
319:21,25 320:12
320:16 326:10,19
326:21 334:13,19
335:5,11,24 336:5
336:7 340:8,13
341:8,17,21,24
342:2,5,21 349:25
350:3 353:1,10,16
353:20 355:22
356:8
**gradients** 74:13
97:4 356:6
**grammar** 308:11
**grand** 3:13
**granted** 73:10
139:5
**graph** 113:23 339:8
340:4
**great** 50:15 167:16
241:14 281:23
357:18
**green** 48:18 334:14
335:4
**group** 27:15,16,17
30:2 31:4,16,18
45:25 48:6 49:14
51:20 59:6 62:2
80:13 81:18
229:12 263:5
264:19 268:20
292:22 293:8

302:13 327:22
**groups** 27:15 76:8
78:5 85:3 273:21
**guarantee** 341:13
**guess** 18:22 74:10
87:19 176:14,25
209:3 243:21
245:11 290:12,14
328:11 341:17
**guidelines** 28:18
50:13 290:8
**gulf** 1:5 13:9 29:9
31:15 45:24 46:17
47:12,14 48:13,18
49:6,12 53:1
56:21,21 68:19
71:20,25 125:25
237:24 316:6,13
320:21 326:24
**guy** 245:12

──────────

## H

**hadnt** 62:16 136:14
136:15
**hafle** 267:13 268:11
268:21 271:3,4,22
**half** 22:3 162:24,25
163:8
**halfway** 149:13
**halliburton** 3:10
5:12 73:7 233:24
234:19
**hand** 166:1,2
**handing** 148:22
168:10 204:17
207:2,9 215:5
291:20 304:3
307:8
**hang** 178:22 347:8
**hanger** 202:8 210:1
**happen** 52:23 57:7
68:23 282:16
295:9 336:14
**happened** 32:2,4
50:15 59:21 75:8

152:3 283:3
286:12 307:2,3
**happening** 128:1
129:11 144:7
220:19 260:7
268:2 270:24
271:1 277:19
**happens** 69:2,5,12
317:14 323:22
**happy** 296:8
308:20
**hard** 232:24 253:4
270:25
**hartley** 3:8 160:16
**hat** 230:5 285:9,25
287:12 347:8
**havent** 193:14
222:24 252:4
314:13
**hazard** 74:6,7
310:4
**hazards** 309:9
**hazids** 309:8
**hcq125** 209:21
**head** 14:16 61:10
210:17 245:11
348:5
**heading** 27:13
**hear** 68:16 181:25
182:5 227:5
303:21
**heard** 36:8 67:8
171:6 178:11,18
259:8,10,11 271:6
271:15 287:25
315:12 317:21
342:10,12
**hearing** 287:11
**heavy** 274:17 279:7
**hebert** 3:3
**height** 103:1
**heimann** 2:4
**held** 13:4 31:4,7
297:24 349:16
**helix** 27:15,17

**help** 102:3 202:13
228:8,25 264:12
271:2 285:15
286:15,23 289:9
298:10 306:17
**helped** 266:2
285:24
**helping** 20:21
228:7 231:20
303:10
**hereinabove** 359:8
**heres** 33:5
**hereto** 12:4 359:16
**hes** 37:21 38:4 39:2
61:14 62:2,5
136:7 174:19,22
175:4 176:25
177:14 192:23
197:23,23 230:12
238:1 239:13
245:11 246:23
249:14 250:22,24
251:2,4,10,11,14
252:1,23 286:20
290:11,13 325:13
326:1 328:13
345:7,21
**high** 259:18 336:2
341:12 348:24
350:20 351:23
356:15
**higher** 101:24
113:18,23 122:13
124:17 136:22
173:7,8 197:23
253:2 336:6
351:24 352:2
**hindered** 241:8
**history** 50:11,18
55:12,15
**hit** 122:16 352:21
**holding** 301:5
**hole** 50:20 51:10,11
51:17 67:7 92:11
92:14 95:21 96:5

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported by:

**ROBERT QUITZAU**                    **May 25, 2011    DIANE TEWIS CLARK, RPR, RMR, CRR**

376

114:10,23 118:18
124:9 127:18,24
162:21,22,24,25
163:4,6,8 164:7
164:16 165:18
167:25 209:20
210:1,19 216:10
216:11 309:12
317:4 319:8 333:5
335:2 337:22
344:17
**hollek** 197:20,21
198:4 254:19,21
272:4,15,23
284:10 285:7
287:8
**holleks** 254:22
**home** 153:21
**honestly** 194:25
206:11
**hope** 340:1
**hopefully** 114:10
118:17 124:4
**horizon** 1:4 13:8
63:21 64:10,16,24
65:4 149:2 150:13
152:14 224:19
229:1,14 230:25
231:25 266:13,16
**horizontal** 348:23
**hour** 153:5,6,10
154:6,8
**hours** 72:5,6,8
154:2,2,10
**houston** 1:19 4:4,9
24:12
**hub** 5:12 73:7
**huch** 37:18,19
38:22,24 188:17
192:24
**hudson** 2:6
**huge** 69:9,11 197:2
**hung** 179:3,7
285:12
**hydraulic** 261:16

261:19 298:25
299:4,9 302:13,19
**hydraulically**
299:12
**hydrill** 209:21
**hydro523** 209:22
**hydrocarbon**
169:25 279:5
356:4
**hydrocarbons**
103:2,17 159:8,20
160:2,23 171:16
250:5
**hydrostatic** 236:14
240:4,6 265:18
**hymel** 2:19 267:5

**I**

**id** 15:10 170:13
**idea** 102:21 296:10
300:17
**ideas** 22:5 261:10
264:14 293:3,15
293:16 294:9
295:6 296:11
298:9 300:20,22
300:23 302:16
305:3 306:15
**identifiable** 154:15
**identification** 72:22
89:24 100:11
104:4 116:4
121:16 126:14
130:24 138:14
162:7 168:12
176:5 179:21
188:6 204:19
207:4 214:24
244:3 266:24
273:10 276:7
278:13 283:25
287:2 288:12
291:22 296:21
304:5 307:10
330:21 333:11

336:21 343:16
351:8
**identified** 33:13
91:12 207:8 215:4
241:20 292:19
309:10,14,22
310:4,5 346:13
**identifying** 211:19
**im** 13:22 14:8 15:23
16:3 17:11 18:4
20:10 21:18,21
26:5,9 27:10
29:11 31:25 32:20
32:25 33:11,14
36:21,25 39:24
40:16 41:3,9,21
42:3,8 44:20 45:4
45:16 46:25 48:16
53:23 54:15 56:3
57:23 58:2,12
59:1 60:6,13
61:14 64:5 72:24
74:24,25 75:1,21
76:1 85:8,16
87:25 90:4 93:1
95:5 104:6 106:5
106:24 110:24
111:9 112:9 113:8
115:2 116:6
121:18 125:17
126:17 128:18,23
132:15 135:3
138:16 140:15
142:2,4 144:8
145:17,22 146:2
146:11,22 147:5
147:12 148:19,24
152:20 154:4
157:21,25 158:22
158:23 159:18
161:1,2 162:9,25
166:4,7,19 167:17
168:14 170:4
172:12,23 173:14
176:7 179:23

182:9 184:16
185:2 186:16
188:8 190:23
194:10 197:12
200:17,25 201:2
201:19 204:21,24
206:11 208:17,20
209:23 211:12,14
212:9 213:22
215:1 216:24
217:9 218:13
222:6 226:18
227:24,25 230:18
230:21 231:11,13
232:19,22 233:16
235:5 240:11
243:22 244:5
245:5 249:9,15
251:7,8 252:20
254:10 256:3
263:13 264:4
267:8 268:17
271:4,20 282:16
284:2 285:11
287:5 288:14
291:24 296:23
297:15 304:7
307:12 308:22
309:3 310:8
311:15 312:25
314:18 315:3,13
320:8 323:23
324:24 325:12,17
328:18 331:17,24
339:14,14 347:5
347:22
**image** 141:12
**images** 142:20
**impact** 357:7
**implementation**
235:20
**important** 99:17,18
**inch** 93:4 95:12
164:2 351:20
**incident** 101:16

183:5 229:8
**include** 25:14 28:13
28:15 37:9 145:3
180:22 184:11
189:5 227:19
234:10 255:17,18
323:18
**included** 107:9
277:3 283:6 288:8
301:8,12
**includes** 189:6
221:18 277:4
284:5 288:19
297:6
**including** 16:15
27:19,20 141:4
185:9 228:15
292:4
**inclusion** 110:1
**incorporated**
301:20
**increase** 115:15
133:23 136:3
182:18,25 317:6
**increases** 59:16
**index** 5:2,8
**indicate** 93:22
159:20 180:25
358:17
**indicated** 13:6
**indicates** 123:4
346:2
**indication** 159:7
160:2 181:7
317:11 341:7
**indicator** 160:8,11
160:22,25 161:1,5
161:12 339:24
342:8
**indicators** 354:9
**indicia** 159:10
**indirect** 160:10
161:1
**individual** 84:19
85:5

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported by:
**ROBERT QUITZAU**                    **May 25, 2011    DIANE TEWIS CLARK, RPR, RMR, CRR**

377

individuals 77:21
78:3,8,15 234:13
indonesia 19:16
20:5
industry 26:1,3,6,7
26:16 27:5,15
36:4 298:9 303:22
318:12 319:14
influx 51:1
inform 256:23
information 32:11
37:2,8 38:17
39:18,20 40:2,11
40:23 41:7,11,12
50:5 51:15,19,22
55:6 63:3,8 72:17
73:18 74:2,17
75:19,24 76:4
77:21,23,24,25
78:3 79:14,23
80:5,15 81:8,9,19
81:25 82:5,7,15
82:19 83:16,25
84:15,21,25 85:4
85:11,21 87:2
92:4 98:19 99:8
105:3,7 127:25
130:5 138:6 140:2
140:3,5,24 144:18
144:21 145:10,13
145:21 150:15
155:1 157:12,15
158:1,5 159:11,15
159:15,17 165:10
170:6 194:22
214:13 222:5,16
240:15 256:25
263:15 264:10
271:8 272:3,11,14
287:25 311:13
312:7,14,16
313:21
ingestion 277:22
inherently 67:20
initial 52:23 236:18

279:24
initiation 329:11
injection 9:3
inpex 21:1
input 28:3 45:15
48:6 70:1 202:24
247:9,20,21
265:11 278:10
306:17 308:1,8,17
339:17
inquire 190:8
inquired 190:6
inside 236:23
insite 41:15 138:7
138:25 139:9,14
139:22 140:15,22
140:22,25 141:1,7
142:9,19 143:1
144:6,19 145:11
145:21 146:1,7,13
146:18,25 147:9
147:24 148:5,10
149:1 150:23
152:5,14,19
154:18,22 155:1
155:17 157:1,12
157:16 158:6,21
159:3,5,13,22
161:11
inspired 26:16
install 287:14
installation 202:10
236:12
installed 236:13,21
266:7,10,18
instance 127:10
instances 40:22
45:3,5 48:21
143:6 148:1
instruct 15:3
integrated 297:25
298:13
integrity 55:1
112:23 179:11
189:15 190:17,25

191:7,15,24 192:9
270:13 279:15
317:22
intended 194:7
318:3 334:22
intending 53:24,25
intention 105:4
intercept 10:4
236:1,3 239:17
259:5 262:23
263:1,4 264:18
292:10,25 294:19
295:1,1,11 296:1
296:1,3,18 298:17
298:24 299:4,7,11
299:18
intercepting 259:15
interception 302:18
interest 53:15
130:3 139:21,25
144:1,2 260:25
interested 91:20
169:9,11,16
194:10 243:22
359:17
interface 263:25
264:5
interfaced 299:8
interfere 241:5
intermediary
297:17
internal 98:14
152:17 312:20,25
internally 255:4
international 3:24
31:18 126:1
237:24
internet 227:8
interpret 136:11
318:24
interpretation
103:6 137:5
318:22 326:11
interruption
241:19

interval 43:23 44:5
181:16
interviews 22:14
intun 20:4
investigate 190:15
investigation
134:14 312:21
investigations
313:1
investigative 313:7
313:9
invited 299:25
invoices 257:15
involve 16:15
involved 27:17 31:1
60:4 68:19 71:16
71:18 132:7 179:5
187:8 230:3
231:23 234:14,15
236:11 278:6
292:23 303:6
312:18
involvement 39:6
46:23 234:4
ishii 188:18
isnt 218:1 302:1
issue 163:19 170:10
170:18 191:24
196:11 311:7
issues 115:22 129:6
137:14 189:15
190:18 191:1,7,9
191:15 192:9
246:8,12 247:1
260:3
item 33:8
items 289:18
iteration 299:23
ive 16:24 27:22
36:25 37:23 48:17
162:10 178:11
205:6 243:20
259:8,10,11 325:3
342:12

**J**

jackson 4:7
jakarta 19:16
january 38:15 39:5
japanese 20:19,24
jesus 3:13
jim 300:3
jims 301:17
joa 187:22
job 30:15 38:2 46:3
66:2,4 220:24
221:6,17 222:11
222:23,25 223:2
223:14,16 229:7
229:25 230:10
236:16,16,18
240:16 265:25
291:13
jobs 71:7,9,12,15
291:4
john 9:21,21 76:19
76:20 78:17 239:7
239:12 288:18
joint 26:3,6,15
53:15
joints 213:1
jones 3:17
josh 45:18,22,23
50:12 66:3 67:1
108:4 334:17
joshs 334:21
josé 139:4
jr 3:8
jts 212:16
judge 1:5,6
july 245:16 247:13
304:14
june 262:18 285:6
286:17,18 292:2
297:4
junk 230:16,18,20
230:23 231:1,18
231:24 235:15,18
235:23 239:9,11
260:16,20 261:5

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**     **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters**     **Facsimile: (504) 525-9109**

Exhibit X
Page 108

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010    Reported by:
**ROBERT QUITZAU**                    **May 25, 2011    DIANE TEWIS CLARK, RPR, RMR, CRR**

378

**justice** 2:8

**K**

**kamm** 76:19,20
    78:17
**karl** 4:15
**keep** 21:25 52:13
    143:23 152:16,17
    152:23 153:7,20
    153:21 182:2
    209:24 210:15
**keeping** 51:20
    86:24 279:19
**kept** 281:11
**kerrmcgee** 24:11
    24:12 25:3,7,18
    46:21,23 48:11
    316:5,15,18
    320:22
**key** 194:15 214:10
    290:19
**kick** 50:20,25 51:1
    51:16 55:22 56:16
    67:7 92:21,23,24
    93:13 101:16
    103:18 124:5,9
    324:13 342:11,12
    342:15,16
**kicks** 57:1,6 99:14
**kill** 10:8 227:11
    235:12,16,17,18
    235:23 236:4,14
    236:16 239:10,11
    240:5,6,20 241:16
    241:23,25 242:2
    242:11,11,15,16
    242:23 243:7
    252:15 253:3,8,20
    258:21 259:5,7,10
    259:11,11,12,14
    259:20,21 260:1
    260:17,20 261:6
    262:13 264:3,4,6
    264:11,12,16
    265:18,25 266:4

269:18 273:18,22
274:1,3,10,14
275:12,13 276:22
277:22,24 278:6
278:23 279:6,7,13
281:25 282:4,8
283:12,15 284:20
289:6 291:4,13
297:25 298:13,17
299:5,12 302:13
302:19 306:10,13
306:25 309:10
311:21
**killing** 233:5 259:9
**kills** 242:21 279:24
    282:25 283:8
    290:18
**kind** 50:23 105:19
    140:24 144:21
    199:13 206:19
    238:16 259:2
    260:23 261:2
    283:7 323:7
    330:25 331:13
**kinds** 37:2 41:5
    73:18,21 79:22
**kink** 287:13 289:21
    291:8,12
**kirkland** 2:14
**kirton** 285:9
**knew** 80:22 152:1
    192:10
**knoll** 46:22 47:3
**know** 25:25 28:12
    28:17 36:17 37:13
    37:19,20,22 38:2
    39:19 44:12 46:2
    49:23 50:1 53:7,9
    53:12,13 54:12,24
    59:19 62:3 64:8
    64:14 67:18 70:15
    75:8 76:17 77:4,5
    77:7,8,12,13,15
    77:16,17,20 80:24
    81:2,14 88:3,5,9

88:11 98:22,25
102:20 105:18
108:1 112:14
115:25 116:2
125:4 134:18
135:16 142:7,12
143:22 144:2
147:8 150:11
151:20 154:21
156:14 158:20,24
158:25 160:21
163:12 170:5,10
170:12 173:18
174:5 176:21
177:5 178:10,18
179:17,19 182:4
187:5 188:21
194:16 197:16,22
199:2,13,20
204:25 208:1,2
213:20 217:11,12
218:11 221:4
222:9 224:1,12,21
224:23 225:4,6
226:13 228:9
230:6,10,21 233:1
234:22 235:17
238:2 240:21
241:1,25 244:25
245:12 247:3,5
252:4 253:13,15
254:22 255:2,21
258:15 259:5
271:12 272:13,25
278:3,4 279:7
281:3,7 282:18
283:4,8 289:12
290:15 293:12
296:16 297:21
300:5,14,21 301:4
302:2,3,10 304:17
307:18 315:20,21
323:3 325:2
332:24 337:23
346:16 347:4

350:21 357:8
**knowing** 112:14
    169:9 241:4
**knowledge** 42:9
    49:9 57:20 64:22
    64:25 140:20
    144:5 232:12
    233:3,9,12,22
    234:17 315:22
    357:3
**knowledgeable**
    246:7,18,23,25
**krieger** 4:3
**kunning** 300:3
    301:13,24,25
**kurt** 9:17,17 239:18
    239:20 240:7
    264:22 310:9

**L**

**lack** 95:19
**lafayette** 2:21
**lamker** 227:24
**land** 210:17 229:10
**landing** 210:2
    216:10
**large** 175:11 250:4
    281:5 297:6
    328:17,24 329:6
**larger** 172:22,25
    173:1 178:23
    261:2
**lasley** 10:2,2
**lasted** 185:20
**late** 17:21 40:18
    69:14 87:24
    105:19 107:22
**laut** 20:4
**lawyer** 14:21 15:2
    23:25 255:18
    256:8
**lawyers** 15:4
    255:22
**lds** 202:9,10
**leach** 245:7,8 246:2

246:7,18 247:7,24
248:3,7,23 251:16
**leachs** 250:7
**lead** 295:12 312:2
**leader** 239:2 262:6
**leaders** 238:25
    240:2
**leadership** 293:7
**leading** 225:8,21
    226:9,11
**leafoffs** 327:11
**leakoff** 316:22,25
    325:5,18,19 326:4
    326:9,11,13,14,25
    327:5,15,21
    329:11,17,25
    336:3 339:18,19
    341:3,12 342:6
**leakoffs** 93:22
    327:8,9
**learn** 84:19 158:5
    311:8
**learned** 80:20
    130:19 203:21
**learning** 311:25
    312:5,6
**leave** 151:23 184:9
    237:1 297:20
**led** 31:10,11
**lee** 4:7
**left** 18:8,22 21:13
    97:2,6 205:14
    206:12 229:21,23
    229:24 236:24
    251:2 340:6
    341:22 355:6
**lefthand** 217:12
**legal** 256:18
**lemker** 227:23,25
    230:13,14 231:13
    231:15
**length** 168:1,2
**level** 281:22 318:3
    349:16
**lewis** 4:3

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported by:

**ROBERT QUITZAU**                    **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

379

**lexington** 2:15
**license** 4:21,22
**lieff** 2:4
**lieu** 287:14
**life** 3:4
**likelihood** 339:20
**limitations** 274:1,3
   274:7
**limited** 39:23
   257:11
**limits** 274:14
**line** 97:6,8,10,14
   171:21 180:6
   288:22 305:5,6
   310:24 317:9
   318:7 326:16
   334:13,14,18
   335:4,4,5,10
   340:5,7,9 341:2
   341:17,18,19,20
   341:23,25 342:4,4
   353:11
**liner** 95:12 114:8
   114:11,19 118:16
   122:8 163:22
   165:4,9,17 166:3
   166:11,15,23
   167:14,24 171:22
   172:22,25 173:6
   176:21 177:1,18
   177:24 178:3,5,7
   178:17 179:10
   180:17 184:1,15
   184:24 193:16
   194:1,12,19
   195:17,21 196:21
   199:4,22 200:5
   212:1,7 252:24
   335:19 344:16,18
   345:2 346:1,25
   351:20
**liners** 322:13
**lines** 334:24 339:16
   340:17
**lining** 168:4

**list** 24:9 37:14
   39:10 167:17
   288:19 297:5,6
   302:22,22 323:17
**listed** 302:7
**literally** 52:1
**litigation** 256:15,21
**little** 15:8 32:10
   33:9 41:10 59:3
   65:21 66:15 73:18
   93:1 96:21 107:4
   122:16 149:22
   155:5,11 175:17
   183:3 233:7 269:9
   285:24 307:24
   324:13
**llc** 3:15 4:5 36:9
   244:24
**llp** 2:14 3:17,21 4:7
**lmrp** 270:17
**loaded** 80:2
**loads** 242:11 243:5
**localized** 348:22
**located** 19:8
**locating** 263:10
**location** 84:23
   88:15,24
**lockdown** 202:9
**log** 80:7 91:13
   141:13 144:24
   148:11 149:2,23
   151:22 152:5,14
   152:17,18 156:11
   158:11 159:17
   208:24 216:17
   309:20
**logged** 148:5,11
   149:19 150:2,8,22
   150:22 151:3,8,14
   152:18,18 154:18
   154:21,25 155:22
   156:15,21,22
   157:4 158:21
   159:3
**logging** 155:14,17

157:1 159:14,18
   165:3 171:20
**login** 155:8 156:15
**logistics** 230:15
   231:19
**logs** 73:25 74:3,3
   91:13 141:14
   142:21 152:3,20
**long** 14:23 18:16
   31:22 125:17
   126:6 166:1,5
   185:19 199:5,18
   199:21 200:4
   203:21 231:5
   232:3,4 293:11,21
   293:22 296:6,13
**longer** 92:12
   295:16
**look** 39:17 59:14,15
   72:13 76:12 90:15
   95:3 107:5 108:21
   112:21 119:22
   120:4,6 125:10
   136:18 138:19
   140:2 142:12
   143:12 149:12
   150:15 158:23
   162:12 173:9
   189:2 200:19
   201:2,9,10 202:2
   209:2 217:2 219:6
   220:21 221:3
   250:9 266:2 267:1
   271:8 273:12
   276:23 277:20
   287:4 289:4 290:4
   293:12 299:25
   302:21,24 308:24
   324:19 348:10,13
   348:16 355:21
   356:7
**looked** 40:4 50:4
   53:16 71:3 75:25
   101:12 108:5
   142:22 143:23

150:12 261:23
   299:16 301:9
   310:12 346:20
   356:2
**looking** 40:3 73:22
   96:12 99:14
   104:21 105:3,6,11
   122:17 143:8,10
   147:16,18 148:15
   151:15 155:1
   159:6 163:18,25
   173:9 220:10
   270:23 285:15
   286:21 298:23
   328:21,22 340:4
   352:22
**looks** 100:24 101:4
   108:3 113:17
   120:11 127:3
   149:21 162:20
   185:11 217:17
   218:21,22 221:10
   277:18 284:25
   285:13,14 292:18
   293:5 310:17
   325:13 339:2
**los** 3:14
**losing** 122:23
   180:23 181:1
**loss** 127:11 131:20
   137:8,13 191:9
   353:11
**losses** 56:19 57:7
   122:18 123:8,13
   131:22,24 136:20
   181:9 183:6
   352:23,24
**lost** 56:17 57:1
   123:5 183:17
   235:4
**lot** 117:7 143:24
   179:8 214:10
   221:18 281:6
   335:18 337:6
   340:6,18 348:24

350:2 356:10
**louisiana** 1:2,21
   2:21 3:5,19 4:4,21
   12:22 13:5,11
   17:12,19 18:1
   359:5
**lower** 95:24 123:6
   124:19 206:12
   341:4 351:25
**lsu** 15:22 18:8
**lunch** 161:21 162:1
   289:18
**lwd** 74:3 141:14
   142:21 143:11

————————
   **M**

**m55** 133:13
**m56** 133:12
**macondo** 6:3,8,13
   6:17 7:3,8,14,18
   7:23 8:17 9:14,18
   10:8 11:3,10,15
   25:21 26:17 27:6
   27:11 29:22 30:8
   32:3,4 35:13
   36:10,24 37:4
   38:5,16 39:6 41:7
   41:13 42:11 43:11
   45:19 46:15 49:10
   49:21,25 50:11
   53:4 56:7 57:11
   59:4 61:24 62:7
   62:15 65:4 70:22
   71:7 72:3,11,18
   73:10,14 82:1
   88:25 90:11,18
   96:8 100:21
   104:22 107:19
   110:12,20 111:20
   139:10,23 140:11
   141:8 142:9,19
   143:10,16 145:7
   145:12,16 146:1
   146:25 147:9,13
   147:17,19 149:3

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported by:

**ROBERT QUITZAU**                    May 25, 2011    DIANE TEWIS CLARK, RPR, RMR, CRR

380

150:13 152:6,15
153:25 156:12,16
180:6 185:14
186:25 189:16
197:7 198:3
199:15 202:10
223:19 224:10
227:6,11 236:4,23
241:8 248:11,24
249:17,23 251:1
252:11,14 259:16
259:19 263:9
266:19 277:21
284:15 306:9
314:11 331:11
338:19 344:2,13
**mag** 1:6
**magic** 308:18
**main** 303:20
**maintain** 17:24,25
281:10
**maintained** 78:5
88:14,24 281:16
329:10
**maintaining** 84:24
**major** 112:2 144:4
168:3
**maker** 296:17
**makers** 281:2,4
293:16 297:18
**making** 132:2
167:13 225:20
226:7,20 293:21
295:6 345:11
354:25
**manage** 246:5
**managementlevel**
232:14
**manager** 29:8
78:23 237:25
**managers** 197:23
303:4 306:7
**managing** 109:14
**manifold** 230:17,19
230:20,22,23

231:18,25
**manner** 143:7
228:11 281:7
**manual** 75:24 76:1
**mar** 10:22 11:5
**march** 11:2 29:11
29:11 45:19 50:9
56:8 57:16,21
58:1,11,15,15
59:4 60:6 63:15
66:14,18 67:14
68:10 69:14 71:5
72:2 73:3,15
88:23 90:7 92:19
92:23,24 95:7
100:19 104:13
105:19,19 107:22
113:11 116:10
324:13 343:22
**margin** 319:20
320:1,3,5,17,24
321:10,16,22
322:9 330:5,11,11
330:16 332:16
342:11,13,15,20
**margins** 322:13,15
341:8
**marine** 245:5
**mark** 227:23
267:12 268:20
271:3,4 330:23
333:13
**marked** 33:2 37:16
72:21 89:23
100:10 104:3
113:9 116:3 120:5
121:15 126:13
130:23 138:13
148:25 162:6,10
168:11 176:4
179:20 185:3
188:5,9 197:13
200:18 204:18
207:3 214:23
244:2 266:23

273:9 276:6
278:12 283:24
287:1 288:11
291:21 296:20
304:4,8 307:9
310:15 324:11
330:20 333:10,15
336:20 343:15
347:14 351:7,10
**marketing** 22:4
**markets** 22:13
**marking** 72:25
90:2 104:7 116:7
121:19 138:17
168:15 176:8
204:22 215:2
244:6 284:3
307:13
**martin** 2:5 113:3
121:11 148:21
168:9 204:16
207:1 283:20
291:19 304:2
307:7
**massive** 328:18
**masters** 16:9
**match** 208:19,20
**matched** 208:7
**material** 221:13
**materials** 39:12
**matter** 13:7 33:16
79:11,13 170:18
170:24 198:22
268:18 298:14
359:18
**matters** 270:10
**maximum** 337:20
**mboe** 174:1
**mc252** 73:10 149:3
152:15
**mccutchen** 3:12
**mcdaniel** 7:12,13
227:23 230:1,3
285:23
**md** 129:20 189:18

311:2 352:18
**mdl** 1:3 334:4
**mean** 17:13 22:12
23:13 26:5 28:17
51:9 52:1,2,4,5
53:23 54:3 60:5
91:9 95:17 113:21
113:22 122:11,21
123:22 124:6,11
127:8,22 135:17
136:11 161:4
173:3 174:8
177:23 178:13,14
179:1 182:23,24
183:9 184:6
195:15 216:25
217:13 222:20
230:22 234:4
274:2,16 280:25
288:25 289:12
291:6 303:11,12
313:8 319:15
336:1 337:23
341:22 342:14
347:3 348:25
349:11 351:22
**meaning** 79:16
303:15
**means** 17:14 23:10
91:10 95:18
102:22 106:3,9,22
122:12,22 123:23
124:7,13 127:10
127:23 165:14
171:13 174:5,6,18
177:23 178:2,8
183:10 212:20,25
216:1 217:1
219:12,14,17,19
320:18 332:10
336:2 338:5
349:20 351:23
352:4,18
**meant** 20:13 101:7
102:20 114:15

134:18 181:3
189:22 190:6,11
190:13,15 217:7
232:17 302:10
**measure** 91:15
**measured** 93:12
352:17,18
**measurement**
130:2
**mechanic** 278:22
**mechanism** 102:25
124:10
**meet** 48:7 62:19
233:22 289:17
292:15
**meeting** 8:23 32:7
36:14 60:25 78:9
78:11 80:21 84:5
84:11,19 85:24
91:25 129:7
156:11,13 185:12
185:17,18,20,23
186:4,7,14,16,17
187:3,11,13 188:2
193:14 198:2,9,15
198:22,25 199:2
216:19 217:21
281:7 292:17
294:8,12 297:23
298:4,5,6,20
300:8 301:2,6,16
303:17,21
**meetings** 30:3 31:4
31:10,14,22 32:1
32:13 36:20 41:18
41:22 42:3,7,8
59:6 61:3 78:20
79:7,12,14 80:22
81:17,24 125:13
125:16,21 232:12
232:22 233:13,16
233:19 234:1,7,18
236:10,22 239:25
255:10 265:8
280:19 281:5,8

---

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009      Board-Certified Court Reporters      Facsimile: (504) 525-9109**

Exhibit X
Page 111

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010     Reported by:
**ROBERT QUITZAU**     **May 25, 2011    DIANE TEWIS CLARK, RPR, RMR, CRR**

381

303:10 314:10,14
  314:16
**member** 27:25 28:2
  49:14 278:23
**members** 31:18
  53:15 61:7 75:4
  76:7 78:10 121:23
  126:22 132:10
  141:15 146:12
  164:19 169:8
  170:9 176:14,14
  180:3 185:8 189:4
  214:10 276:19
  286:7
**memoranda** 86:12
**memory** 73:14
  82:14,18,21 87:13
  87:15 104:23
  127:17 147:16,18
  148:14,17 150:7
  151:7,9,13 155:16
  156:25 198:21
  202:21 283:11
  301:1 302:25
  328:10 348:7
**mentioned** 17:7
  50:19 55:20 72:15
  85:22 86:15 126:3
  228:16 243:20
**merger** 24:14
**merit** 301:10
**met** 36:12 62:22
  63:11 91:23,24
  286:7 289:11
  340:2
**method** 41:6 81:5
  166:25 184:25
  318:13 359:10
**methods** 61:3
**mexico** 1:5 13:9
  29:9 31:15 45:25
  46:17 47:12,14
  48:18 49:7,12
  53:2 56:21,22
  68:19 71:20,25

125:25 237:24
  316:6,13 320:21
  326:24
**mi** 4:5
**michael** 188:14
  280:3
**middle** 108:22,23
  306:7
**midjune** 295:22,23
**midlevel** 303:4
**midmarch** 50:6
**midmay** 273:17
**midseptember**
  237:4,6
**mike** 9:2,2 29:5,6
  31:12 46:4 49:23
  231:9 238:1
  276:17,18 303:7
**mill** 295:1
**miller** 275:22
**mind** 67:5 256:14
**minimal** 185:24
  186:1
**minimized** 251:4,6
**minor** 303:24
**minus** 322:14 342:5
  342:6
**minute** 25:11 39:16
  80:19 85:19 142:4
  147:22 228:19
  324:18
**minutes** 31:24
  125:18,19 155:12
  257:21 301:2,4
  355:6
**missions** 289:17
**mistaken** 308:23
**mitchell** 9:12
**mitchellu** 9:12
**mitsui** 36:23
  233:14
**mix** 9:17,17 239:18
  239:20 240:8
  264:22 288:4
  301:15 310:9

**mms** 326:22 328:1
**mobil** 18:15,17,23
  18:24 19:9,13,17
  20:19 21:6,10,13
**mode** 127:4,9 129:6
  235:20
**modeling** 357:11
**moex** 3:15 36:8
  233:14,17
**moment** 219:10
  220:15 222:13
  253:18
**momentum** 259:11
**mon** 6:12,17,21 9:3
  10:7
**monday** 30:4
**monitor** 48:3 99:17
  144:6 151:20,21
**monitored** 250:3
**monitoring** 74:14
  143:21 146:25
  147:9,13 170:17
  236:7
**morel** 175:18
**morgan** 4:3
**morning** 13:20,21
  30:3,3 31:8 32:7
  32:12 52:10 59:6
  60:25 61:2 84:5,9
  85:23 86:8,18
  125:12,21 129:7
  129:18 150:3,24
  151:25 156:9,10
  156:13 205:23
  216:18 217:21
  227:8 236:10
  265:8 310:25
  315:9 324:14
  327:21 333:15
**mornings** 85:23
  125:12
**move** 246:15
**moved** 46:3 235:19
  235:25 260:16
  261:1,13 262:18

262:22 265:17
  295:14
**moving** 46:8 66:4
  293:19
**mud** 54:8 59:15,15
  93:20 97:9,10,18
  99:11,18,20
  113:17,22,24
  114:21 122:18,23
  122:24 123:8,13
  123:24 124:8,15
  124:16,19 127:4
  127:12 131:14,23
  132:1,5,25 136:3
  181:9 183:6,11
  259:16,20 274:17
  274:18 279:6,7,13
  279:17 319:21
  320:14,15 322:14
  334:25,25 341:5
  352:6,8,16,23,24
  353:11
**mudline** 165:9
  270:24 283:2
  322:21
**mudlog** 40:5 73:23
**mudlogging** 37:11
  145:2
**mullen** 9:2,2,2
  276:15,17,18
  277:1,14
**multiple** 67:1 167:7
  260:7 295:24
  324:7
**mwcc** 27:16

---
## N
**name** 13:22 20:1
  47:5 77:16 149:16
  149:23 155:5
  280:4 289:20
  297:8 302:7
  303:12 309:1
**named** 45:18 61:17
  280:3

**names** 20:3 227:20
  300:2 302:22
**nancy** 2:9 3:12
  232:24 243:18
  315:4
**naoki** 188:17
**narrative** 14:10
**native** 204:23 207:7
  215:3
**natural** 2:8
**nature** 201:25
  248:4 300:22
  315:23
**near** 70:24 79:15
  79:16 87:20 178:5
  270:17
**nearby** 135:4
**necessary** 233:4,10
**need** 33:12,20,20
  33:21 58:25 65:7
  119:5 140:8
  141:21 219:23
  240:21 305:11
  356:25
**needed** 99:5 140:3
  140:6,10,12
  191:16 240:16
  255:13
**needs** 272:3
**negative** 250:3
**negotiate** 323:21
**network** 80:13
**never** 53:16 63:10
  89:16 130:21
  140:12 242:8
  248:2,11 279:23
  279:25 280:1
  282:2 357:11
**new** 1:21 2:6,6,16
  2:16 3:5,19 13:4
  19:11 85:9,16
  118:23 236:20
  266:7,10
**news** 270:23
**nichols** 3:22 45:19

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                                                     Reported by:

**ROBERT QUITZAU**                              **May 25, 2011    DIANE TEWIS CLARK, RPR, RMR, CRR**

382

45:22,23 46:2,3,7
46:15 50:12,17
51:14 55:5,11,21
57:15 65:20 66:8
90:6,11,17 334:17
**nick** 37:18 188:17
192:23
**night** 151:22
**nodding** 348:5
**nonoperating**
184:12
**nonoperator** 21:7,8
30:10,17 35:12,20
35:25 117:3
143:21
**nonoperators**
23:20
**noon** 10:14
**normal** 15:7
**normally** 103:5
145:4
**north** 20:3
**nosewicz** 3:18
**note** 141:17 308:22
309:19
**notes** 60:17 86:11
86:17,19,21,23
147:21 148:2
218:16 289:18
**notified** 180:12
**notion** 86:2
**november** 26:13
**nuances** 25:20
**number** 32:23
33:10 70:5 116:18
117:7 130:19
154:10 205:1
257:11 259:8
281:5 289:19
292:1,3,19 333:16
333:23,25 336:6
336:25 343:12,19
**numbers** 33:7
106:4,23 333:19
333:21

**numerical** 47:4
**numerous** 294:24
309:9

_____

**O**

**oath** 12:23
**obg** 348:21 349:19
349:20
**object** 14:22,22
27:8 30:20 35:15
35:22 38:10 40:14
41:1 42:1,13,22
43:14 44:18 46:10
56:1 57:4 58:20
64:3,12 68:4,14
68:25 69:7 70:8
70:10 74:19 76:15
81:12 82:9 83:2
83:18 85:14 87:6
88:18 89:3,11,20
94:19 105:14
108:10 110:4,14
110:22 111:5,14
112:17,19 116:24
117:10,23 118:9
120:13 121:4
123:11 128:7,16
130:8 133:21
134:9,22 137:11
137:22,24 138:10
139:17,19 141:10
146:9,20 147:3
148:8 155:24
156:4 157:7 160:5
160:13,15,17
161:14,16 167:2
169:14 170:2,20
172:6 174:15
175:2 177:8 181:5
182:7 187:18
189:25 191:3,5,18
192:3 196:23
198:17 199:7,9,24
202:17 203:2
204:1,10 206:1,9

207:22,24 208:13
210:7,25 212:4,23
213:16 214:3,5,20
216:3 219:1
221:15 222:18
223:22 225:11,24
226:23 237:18
238:6 241:11
242:4,6,18 243:2
243:13 245:20
246:10,21 249:7
251:22 253:11,24
254:8,25 255:20
257:2 260:10
267:21 269:14
270:6 272:17
275:5,7 277:8
280:13,23 285:18
286:2 289:2
294:22 299:20
308:5 310:1 312:9
312:23 315:25
317:16 318:16
319:4 321:1,25
323:10 325:8,10
325:22,24 326:7
327:18 328:5,7
329:14,20,22
330:8 331:4 332:4
332:19 336:9
337:13,15,25
338:2 339:12
340:20,25 342:23
344:5 345:5,15,19
346:9 349:4,6,13
349:23 350:5,7,15
350:17 351:2
353:3,18 354:5,19
355:25
**objection** 26:20
329:2
**objections** 12:13
42:19 43:10 44:9
44:15
**objective** 19:6,7

30:5 91:11 115:16
115:19 118:18
119:2 183:14,15
189:17 341:11
**objectives** 30:7,25
48:5,7,8 59:8 91:7
91:9,10,12,16
95:15,21 96:5
97:20 99:24 100:2
102:8 112:22,23
115:6 192:11
340:1 352:13
**obryan** 276:4
**observation** 114:3
114:5 349:11
**observations** 100:6
101:19 115:17
156:13 337:6
348:19 354:10
**observe** 265:8
**observed** 82:6
161:9 266:14,21
348:24
**observing** 61:4
81:10 266:22
**obtain** 41:12 82:25
97:21,24 140:25
240:15
**obtained** 73:14
74:17 75:20 87:3
141:7 142:8
145:21
**obtaining** 83:4
**obvious** 176:24
**obviously** 152:12
**occasionally** 69:2
143:11 255:7
**occasions** 40:17
43:18 49:1
**occur** 117:16
242:10
**occurred** 27:3 42:4
59:16 92:20
195:10 262:14
**occurrence** 80:6

96:3
**occurring** 103:9
136:20 181:10
**occurs** 84:5 102:25
123:14 133:24
**ocean** 230:25
**od** 195:20
**odonnell** 7:7,7
61:11 78:21,22
176:20 177:6,17
181:22,24 182:4
189:4 192:22
194:11
**offer** 156:6 267:25
268:16
**office** 19:10 20:21
234:25 238:14
272:21
**officers** 232:13
**offices** 238:19
288:1
**official** 197:22
**officially** 20:22
228:24
**officials** 232:13
**officiated** 12:23
**offset** 134:25 135:1
135:3,4
**offshore** 3:15 20:2
36:9
**oh** 172:12
**oil** 1:3,4 13:8 18:15
18:23,25 19:9,13
47:18 51:7 53:2
91:17 169:25
174:2,9,10 233:14
259:17 287:13
289:21 291:7,13
291:14
**okay** 14:7,13,17,18
14:19 15:14,15
20:24 21:20,24
22:17 24:8 26:15
28:12,20 33:17,18
33:22 35:10 36:19

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009        Board-Certified Court Reporters        Facsimile: (504) 525-9109**

Exhibit X
Page 113

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported by:
**ROBERT QUITZAU**          **May 25, 2011    DIANE TEWIS CLARK, RPR, RMR, CRR**

383

| | | | | |
|---|---|---|---|---|
| 39:5 40:21 45:2 | 276:24 279:21 | 59:18 73:23 75:8 | 309:17 | 336:15 337:8 |
| 47:5,15 48:10 | 280:2 281:9,24 | 88:1 93:25 261:25 | **opportunities** | 339:19 347:6 |
| 53:11 54:10,17 | 283:4 285:12 | 264:3 | 278:5 | 349:21,25 350:3 |
| 55:3 56:5 58:24 | 286:15 289:10,23 | **operation** 31:17 | **opposed** 166:24 | **overcome** 259:19 |
| 61:2 68:8 78:14 | 290:5 291:5,16 | 197:25 218:16,17 | 167:14 178:23 | **overpower** 275:10 |
| 79:16 83:13 92:25 | 297:22 298:22 | 220:13 229:9 | 263:21 | **overpressure** |
| 94:11 96:1,20 | 299:10 303:16 | 261:12,13 264:11 | **optimistic** 294:10 | 102:17 |
| 98:14 99:7 101:19 | 306:3 310:22 | 268:13 | **option** 45:14 | **overstress** 275:10 |
| 102:23 103:11 | 314:5 317:13 | **operational** 38:5 | 167:24 184:11,14 | |
| 104:6 105:23 | 319:15,23 320:4 | **operations** 8:2,5,8 | 186:20 195:11,12 | **P** |
| 106:16 107:11,25 | 320:13,20 322:5 | 30:2 37:6 41:7 | 195:13 287:14 | **package** 323:18 |
| 108:5 111:9 113:2 | 322:11 323:1,23 | 42:11,20 43:10 | **options** 185:12 | **packing** 51:11 |
| 115:20 118:3,14 | 324:20 325:3 | 44:16 50:23 52:20 | 186:8,18,23 | **page** 5:3,9 10:18 |
| 119:3,21 120:9,18 | 326:17 327:3,14 | 76:21,25 82:24 | 229:19 269:18 | 33:6,7 37:18 39:1 |
| 122:6 125:11 | 327:24 328:16 | 101:4 150:13 | 287:17 | 39:9,18,18 90:5 |
| 127:2 128:22 | 329:9 330:3 332:8 | 151:21 205:8,19 | **orange** 340:17 | 95:3,5 96:9 98:1,2 |
| 129:17 131:1 | 332:12 333:2,7,7 | 207:10,18,19 | **order** 17:23 48:17 | 100:15 102:9 |
| 132:19 134:1 | 334:4 335:17 | 215:7 216:14 | 140:10 228:21 | 105:24 106:4,10 |
| 140:17,18 141:21 | 338:7 339:5 | 218:8 220:11 | 229:5 230:8 231:6 | 106:17,23 107:12 |
| 142:6 148:4 | 340:14 341:16 | 230:5 235:22 | 232:5 240:18 | 120:7 131:3 |
| 149:10 153:23 | 342:18 343:3 | 236:8,22,25 237:2 | 264:20 | 132:12,14,15,16 |
| 154:9 155:15,16 | 344:11 345:23 | 243:7 245:5 261:2 | **ordinary** 118:5 | 136:16 138:19,24 |
| 156:8,14 161:9 | 346:15 347:10,10 | 263:6,13 | **organization** | 149:5,12 150:16 |
| 166:8 172:20 | 347:19,23 348:18 | **operator** 20:18,19 | 173:22 | 156:18 162:13 |
| 173:10,16 174:11 | 349:18 350:24 | 21:7 23:16 71:13 | **original** 53:21 | 168:17,19,20,21 |
| 174:21 175:17,21 | 351:4 352:2,7,15 | 89:8 143:14,23 | 92:10,11 95:14 | 173:14 176:11 |
| 177:4 178:9,9 | 353:8,10,25 | 151:20 189:15 | 97:12 113:24 | 179:25 188:10,13 |
| 180:1 181:12,15 | 354:13 355:17 | 316:9 327:4 | 163:11,12,15 | 189:2,3 192:20 |
| 183:3 184:22 | 356:10,21 | **operators** 22:16 | 226:14 253:1 | 200:20 201:1,3,10 |
| 187:24 191:12 | **once** 61:17 141:17 | 23:20,21,22 | 323:4 335:2 | 201:11,12 209:4 |
| 198:1,12 200:24 | 260:7 308:19 | 123:16 | 337:22 | 211:17 218:16 |
| 201:4 206:14,19 | 323:20 | **opine** 119:24 | **originally** 122:13 | 220:22 244:8 |
| 206:23 209:2 | **oneill** 79:4,5 157:13 | **opinion** 112:5,11 | **orleans** 1:21 3:5,19 | 248:18,19 251:8,8 |
| 210:12 212:10 | 158:7,8,16 | 137:3 167:8 197:5 | 13:4 19:11 | 251:9 252:7,9 |
| 213:24 216:20 | **oneills** 158:14 | 203:19 214:12,16 | **ortiz** 139:4 | 275:25 276:14 |
| 218:3 219:6,23 | **ones** 78:15 80:8 | 249:3,16,19,22 | **outcome** 186:13,15 | 284:7 288:15 |
| 221:12 230:1 | **onetime** 80:6 | 250:1,2 281:25 | 198:25 359:17 | 294:5 302:5 |
| 232:11 233:21 | **ongoing** 9:13 50:24 | 282:15 283:15 | **outside** 223:5,7 | 304:10 308:25 |
| 235:6 238:2 | 143:25 195:10,16 | 306:10 308:10 | 298:7 300:11 | 325:1 334:9 |
| 239:16 240:4 | 284:14 287:18 | 312:2 326:18 | **overall** 48:1 168:2 | **pages** 201:3 |
| 249:15 253:6 | 330:14 | 354:1 | 280:17 | **paid** 28:23 153:4,5 |
| 256:5 258:17 | **op** 7:24 | **opinions** 55:7 62:24 | **overbalanced** | 153:6,8,10 |
| 262:12 264:25 | **operating** 22:9 | 109:22 111:19 | 103:19 | **painless** 35:10 |
| 266:5 271:5,17 | 37:10 40:5 53:5,7 | 213:25 223:12,15 | **overburden** 335:11 | **pan** 3:4 22:5 |
| 274:25 275:20 | 53:9,12,13 59:13 | 293:1 296:9 | 335:24 336:6,13 | **paper** 246:2,3 |

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.       Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009      Board-Certified Court Reporters        Facsimile: (504) 525-9109**

Exhibit X
Page 114

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010          Reported by:
**ROBERT QUITZAU**          **May 25, 2011    DIANE TEWIS CLARK, RPR, RMR, CRR**

384

**papers** 245:17
**paragraph** 33:19
  34:8,10,12,14,16
  34:18,20,22,24
  35:1,3 114:7,16
  127:15 133:8
  136:10 174:7,25
  183:4,20 184:8
**paragraphs** 33:13
  33:17
**parameters** 99:22
  141:4,5 143:12
  145:1,4
**pardon** 285:11
**parkway** 4:8
**part** 12:16 17:2
  19:2 46:22 47:14
  67:10 81:19 90:24
  119:24 120:24
  164:6 178:7 184:7
  203:16 210:15
  211:25 261:7,16
  275:3 278:6
  299:18 300:10
  316:21 342:3
**participants** 184:12
  300:1
**participate** 26:1
  42:7 69:23 71:24
  203:9 213:13
  227:18 233:18
  287:21 288:5
  313:3,5
**participated** 43:11
  78:14,15 222:10
  224:3 236:7 239:1
  239:23 245:17
  300:16 314:13
**participating** 26:9
  246:1 265:2,6
  314:15
**participation** 9:13
  284:15,19
**particular** 23:3
  34:3 152:5 154:11

154:12,19 186:15
  188:20 208:5
  211:10 213:5
  218:8 250:13
  251:11,12 252:19
  252:21 293:23
  296:10 300:19
**particularly** 57:12
  240:19
**parties** 12:4 167:7
  359:16
**partnered** 20:19
**partners** 8:2,5,8
  205:8 207:11,18
  207:19 215:8
**parts** 48:17 90:15
  107:7 247:17
  261:19 262:19
  274:19 290:24
**passed** 17:14
**passing** 171:5
  172:23
**pattillo** 275:21
  276:4
**paul** 4:3 6:2,2,7,7
  7:2,2 55:16,19
  61:14 185:7
  343:21
**pay** 99:11 135:12
  141:13 142:12,14
  142:22 143:22
  159:20 169:1,20
  170:11 180:22
  181:14,17 182:19
  356:3,5
**paying** 99:9 120:1
**pays** 28:24,25
**peggy** 307:14
**people** 22:10 31:20
  41:14,23 74:1
  79:23 80:24 81:7
  84:20 99:19
  116:11 125:13
  173:22 228:15
  232:14 234:2,10

238:17 248:16
  255:11 256:7,12
  256:20 257:8,12
  261:9 262:2
  264:17 280:20,20
  280:25 281:6
  282:7 284:5 292:4
  293:3 303:21
  312:18 315:17
  319:1,6,7,8,19
**percent** 237:11
  238:3
**perforate** 295:4
**perform** 140:10,13
  220:24 240:18
  258:21
**performance** 46:7
  318:21
**performed** 154:12
**performing** 318:13
**period** 29:10 59:5
  60:9 63:16 67:15
  71:6 72:3,7 75:10
  87:24 88:2,23
  101:11 118:7
  130:15 137:7,18
  148:12,15 150:9
  151:4,8 155:18
  220:13 229:3
  282:9
**periodic** 17:23
**periodically** 86:17
**periods** 49:4
  137:15
**permanently** 51:13
**permit** 323:16,18
  327:6
**permitted** 42:17
**person** 62:20,22
  63:11 64:14 80:3
  172:10 217:25
  246:7 262:9,11
  263:21,22 290:20
**personal** 85:20
  86:5,10 142:5

**personally** 37:20
  43:11 78:8 82:23
  243:24,25
**personnel** 41:18
  76:2,12 83:15,24
  145:24 146:6,17
  228:5,12,14 245:1
  255:15
**persons** 227:17
  259:1
**perspective** 170:16
**peter** 6:16,16
**petroleum** 3:15
  15:20,21,24 16:5
  16:12,14 24:21
  28:23 201:7,11
**petrophysical**
  158:12
**petrophysicist**
  158:9
**pfister** 29:6,12
  31:12 46:4 65:22
  65:25 284:10
  285:8
**pfisters** 29:7 49:23
  238:1
**phase** 248:20
**phenomenon** 103:8
**phone** 41:16 63:12
  255:7 268:11
  269:16
**photos** 270:23
**phrase** 115:7
**physically** 19:9
**pick** 210:1,17
  216:10
**picking** 176:13
**picks** 321:10,10
**piece** 165:20
  270:25
**pipe** 51:12,13 67:5
  67:5,11 92:10,13
  92:17,20 101:16
  159:23 160:1
  161:10 165:21

176:1 198:3
**pipes** 164:12
**piping** 230:24
**place** 43:3 53:14
  111:2 271:24
  295:4
**placed** 230:24
**places** 19:14 278:4
**plaintiffs** 2:3 13:23
**plan** 7:4 20:21
  28:14 47:23 52:24
  53:2,21 54:1,6,8
  54:18,19,23 55:7
  55:8 67:24 97:17
  97:23 99:3 100:7
  100:22 103:6,10
  105:7 107:19
  113:14 116:15,18
  116:22 117:8,20
  118:1,5 122:4
  164:5 166:21
  174:12 180:16
  187:4,6 226:14
  231:24 260:24
  271:14 295:7,10
  298:10 302:14
  344:14 351:16,24
  351:25 352:1,3
**planned** 47:24 68:6
  93:15 95:21 96:5
  101:18,24 113:24
  115:13 192:6
  223:18 224:8
  335:9 354:10
**planning** 20:8,11
  23:9,10 25:13
  31:1 67:9 71:19
  230:4 261:3,14
  264:16 311:24
  334:16
**plans** 26:8 54:13
  112:3 224:4 225:8
  225:21 226:8,21
  235:16 261:4
  264:3 271:7

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010          Reported By:

**ROBERT QUITZAU**          **May 25, 2011**   **DIANE TEWIS CLARK, RPR, RMR, CRR**

385

295:15 299:11,23
321:9
**play** 47:25 70:14,20
223:17 227:9
257:14 266:20
**played** 119:18
234:22,24 300:15
**players** 293:9
**playing** 229:16
290:16 293:7
**plc** 2:18
**please** 13:12 20:17
66:24 104:24
168:8 187:24
210:16 215:1
216:7 267:6 307:6
324:3 358:17
**plot** 96:13 99:16
100:9 283:2 317:8
334:10,11 335:16
343:1 346:13
353:8
**plots** 94:8 343:4
**plotted** 113:23
**plotting** 98:5,6
340:10,11 354:7
**plug** 92:5,13,15
215:22 216:12
236:17,18
**plugged** 97:16
**plugging** 265:19
**pm** 6:3,8,13,17,22
7:3,8,13,18,23
8:12,17,22 9:3,8
9:13,18,22 10:3,7
10:13,18 11:10
**poh** 127:16 136:19
**point** 40:8 69:24
70:2 71:1 93:14
100:1 101:15,20
104:25 105:23
106:16 110:9
114:24 115:2,8
128:2,11,23 132:3
136:7 140:7

151:19 154:19
163:25 164:3
166:13 180:15
181:13 184:22
194:15 195:19
197:6 200:11
213:12 222:14
240:10 241:21
269:21 270:22
273:17 286:19
324:25 328:16,24
329:6 340:11,11
341:4,5 353:5,15
353:22
**pointed** 269:17,19
347:6
**pointing** 193:24
195:13
**points** 69:17 290:19
325:18
**poitevent** 3:17
**policies** 75:18,21
85:10 142:24
144:12 145:19,22
271:24
**policy** 43:3 75:23
75:24
**ponchartrain** 1:20
**pooh** 215:20
**pore** 37:11 40:6
73:24 74:8,13
93:15,20 97:3,7
99:21 100:22
101:23 102:5,24
103:4,4 113:17
114:20 130:2
133:24 136:22
319:24 320:9,11
320:14 322:14
326:21 334:12,15
346:1 355:22
356:2
**pose** 270:4
**posing** 168:23
**position** 46:8 48:25

110:24 166:19
167:8 286:8
306:18 320:20
**positive** 339:23
352:3
**possibilities** 342:9
**possibility** 159:8,12
165:19 243:4
**possible** 15:2
115:13 133:12
135:8 159:6,25
217:24 218:2
298:10 306:12,23
307:1 333:4
337:21 347:7
**possibly** 67:1 71:23
159:20 172:25
185:13 186:21
290:23 301:8
352:14
**posted** 74:10 83:16
83:25 216:18
**postincident**
130:18
**postjob** 9:22
288:22 290:11,18
**postrecap** 290:10
**postspill** 111:24
356:16
**postwell** 290:9
**potential** 71:1
103:18 241:21
269:18 352:5
**potentially** 173:8
**pound** 127:13
331:21 335:20
341:4,23 342:5,6
353:21
**pounds** 342:1
**powell** 197:16
**powerpoint** 334:15
346:20
**poydras** 1:20 3:4
13:4 19:10
**pp** 74:11 330:25

331:6 336:24
347:16 348:11
**ppf** 168:25
**ppfg** 9:9 10:22 11:5
**ppg** 102:17 127:5
129:19 131:14
132:24 311:1
322:9 332:1,14
335:17 337:3,8
339:8 340:6
342:18,20 346:2,4
346:5,7,23 347:1
348:1,3,20 349:18
351:20 352:16,25
353:11 354:1,16
355:2
**practical** 165:25
**practice** 45:14
60:15 81:6 147:20
148:2 151:22
325:14 328:2
342:20
**practices** 67:4
75:18,22 77:22
84:15,20 85:17,20
86:6,11 142:25
143:24 145:20,23
157:13,16 158:6
158:14,19 318:19
319:9 321:12
330:6
**preafe** 201:21
**predates** 39:5
**predeposition**
84:18
**predetermined**
318:3
**predicted** 95:25
97:3,7,9,15
114:20 122:13
123:7 327:9,10,12
335:5 336:13
340:12 341:9
345:3 347:9
**predominantly**

75:5
**preevent** 111:21
**preference** 196:19
196:25
**preis** 2:18 3:3
**premacondo**
323:15
**prep** 216:22 217:23
**preparation** 78:2
80:21 151:11,16
152:8 158:2,5
214:11 230:16
**prepare** 78:10,12
84:4 94:2 99:3
103:5 156:10
157:23
**prepared** 33:15,23
334:10
**preparing** 86:12
91:23 93:11 99:6
150:6 278:8
313:19,22
**presence** 241:14
242:14,25 275:17
**present** 4:14 51:4
79:6 174:12
**presentation** 32:12
86:18 346:20
**presentations**
126:4
**presented** 125:11
241:14
**presenting** 81:24
339:15
**preserved** 256:17
**pressure** 37:11
40:6 73:24 74:8
93:15 97:3,7
99:15 100:22
101:23 102:5,25
109:15 113:18
114:21 130:2
133:14,18,23,24
134:4,16,19
135:24 136:4,23

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                      Reported by:

**ROBERT QUITZAU**                    **May 25, 2011    DIANE TEWIS CLARK, RPR, RMR, CRR**

386

159:23 160:1
161:6,10 167:19
167:25 182:18,25
183:12 219:16
242:14,25 246:5
259:19 269:2,8
273:2,3 274:14,19
274:21 275:2
279:16 282:24
291:3 309:11
317:6,7,8,10,10
317:18,19 318:2,4
318:6,7 319:24
320:10,12,14
322:14 325:6,20
326:4,15,21 328:1
328:11,14 329:6
329:11,12,18,25
334:12,15 336:13
346:2 348:23
349:15 355:22
356:3

**pressures** 9:8 74:13
93:12,20 99:21
103:4,5 124:17,18
145:3 253:2
282:24,25 328:13

**presumably** 352:8

**presume** 153:12

**pretty** 50:13 154:17
267:2 318:14
320:17

**prevent** 183:19

**preventer** 224:18
225:2

**previous** 32:5,6
75:9 93:2,7,9,18
94:14 102:16
118:25 190:20
191:10 196:13
276:3

**previously** 33:1
37:16 50:16 99:14
113:9 148:25
185:3 197:13

200:18 225:13
229:11 245:17
324:11 347:14

**prewell** 97:16

**primary** 183:13

**principal** 72:16

**principals** 245:9

**print** 333:20

**prior** 27:6,11 30:8
46:15,19 49:25
50:5 65:1,3 78:1
84:10 85:23
111:22 118:22
131:5 165:16
176:17 184:1
221:24,25 224:16
245:15,16 276:3
277:24 311:7
339:6

**private** 88:15,24
89:9

**probably** 17:21
26:12 60:19 61:18
106:6,25 154:23
177:19 193:15,25
194:12 205:23
208:19 217:7
232:5 264:20
268:13 303:2,20
340:10

**problem** 96:1,3
111:12 123:9
242:1,9 270:4
279:19,22 305:13

**problems** 93:3,7,10
93:19 94:14
109:15 136:21
137:8,14 241:23
242:10

**procedure** 12:7
28:8,18 43:3,6
265:24 266:2
276:20,22 278:7
294:3 297:18
301:8

**procedures** 10:8
28:9 85:10 146:16
147:1,11 203:17
223:18 224:9
235:21 261:22
262:1,4 264:8
299:11

**proceed** 94:17,22
306:11

**process** 55:23 92:9
195:24 238:21
250:4 265:4,7
294:15 296:7,8,14
301:5 304:23
318:1 342:4

**produce** 171:23
174:9 282:14

**produced** 28:7
152:12 171:16,17
204:23 334:1

**producing** 47:18
109:15

**production** 16:17
48:1,6 105:2,8,19
105:25 106:18
107:6 163:22
164:9,15,17 165:4
165:17,20 166:11
166:11,25 167:5
167:15,18,23,23
168:2 169:10,12
169:18 173:2,4
177:11 183:1
184:24 193:16
194:2,13 195:20
195:21,24 196:3
197:24 199:5,14
200:12 202:8
203:11,22 210:5,9
210:14 212:1,7,9
218:23 219:4
274:23 275:13

**productive** 43:23
44:5 47:20 80:8

**professional** 17:9

17:11,15,18 18:1
18:5 22:5 290:21
307:25

**profile** 127:18

**program** 53:23,25
95:14 98:5,6

**progress** 30:5 36:6
38:8 42:25 59:7
59:11,12 91:1,6
97:19 115:3 119:1
120:24 142:11
170:17 236:2
354:11,14

**progressing** 265:10

**project** 19:21 20:1
21:2,5,6 26:16,25
27:13 30:17 47:16
61:9,23 68:12
71:22 89:8 101:1
119:23 169:20
202:2 231:5 232:4
248:15 262:9
264:12,13 286:22
302:6,11,18
340:17 357:7

**projection** 339:17
354:14

**projections** 354:25

**projects** 19:18 26:2
26:4,6 143:3,4
147:23 341:5
342:7

**promising** 122:17
352:22

**propagation**
317:19 325:6,19
329:12

**properly** 250:3

**properties** 91:15
142:12 143:10
158:11 161:7
348:22 350:13

**property** 159:17

**protocol** 222:11

**provide** 14:15

22:15 23:6,9,19
32:1 80:5 81:9
127:25 165:10
168:5 202:24
228:5 245:2,4
247:19,21 255:10
263:23 265:11
313:21

**provided** 24:10,16
24:17 25:18 30:9
32:18 40:24 63:2
138:25,25 243:18

**provides** 93:13
244:20 245:1

**providing** 24:23
25:22 63:7 80:3
92:3 126:24 141:2
141:3 251:14
252:1 256:24
257:7,11

**ps** 315:23

**psi** 219:16 337:7

**published** 283:5

**pull** 210:18 216:10
293:6 295:5

**pulled** 107:21
132:23

**pulling** 243:9
344:17

**pump** 145:3 221:19
261:4 274:17
278:4 317:14
319:6

**pumped** 122:24
221:6,9 236:15
259:7 261:24
279:6 317:8

**pumping** 235:17,18
259:16,18 261:5
261:16,19 264:1
264:11 265:25
278:3

**pumpins** 93:22

**pumps** 123:19,24
124:8,14,17,18,22

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                              Reported by:

**ROBERT QUITZAU**                    May 25, 2011    DIANE TEWIS CLARK, RPR, RMR, CRR

387

317:5
**punch** 295:2
**purchased** 175:25
**purple** 334:18
  340:7 341:18
**purpose** 26:24
  194:3,4 198:14
  256:21 267:18,23
  303:20
**purposes** 15:9
  86:17 98:15,16
  109:13,14 119:25
  164:8 228:2
  244:15 256:15,18
  326:20
**pursuant** 12:6
  334:2
**put** 27:1 78:4 93:15
  94:8 109:12 121:9
  177:24 205:6
  221:12 235:11,16
  236:13 260:23
  264:14 266:2
  279:13,18 293:3
  293:15 294:2
  300:17 302:14
  308:2 327:7
**puts** 321:12
**putting** 26:8 112:2
  231:23 264:2
  350:22

**Q**

**q125** 209:22
**qualified** 112:9
**quarter** 162:22
**question** 7:9,14
  12:14 14:23,24
  15:3,11,13 33:14
  54:2,4 58:9 63:25
  68:11 82:17 83:20
  88:20 102:2 106:7
  106:8,11,12 107:1
  110:16 112:9
  128:9 141:22

150:10,19 151:2,6
157:22 171:4,7,9
172:8,10,21
175:19 191:20
193:22 194:8
208:15 211:5
214:15 226:1
246:17 251:15
256:1,4 269:12
270:21 273:1
274:5,8 289:8
332:25 344:8
**questioned** 313:6
  313:11,14,18
**questioning** 14:20
  14:20 130:11
  163:4 345:1
**questions** 8:17 14:9
  14:9 42:18,25
  43:4,9,16 44:6,8
  44:14 75:2 91:1,5
  105:22 108:7
  125:13 126:9,11
  128:4,13,24 129:2
  129:14,16 132:20
  140:16 168:24
  169:6,7 170:14
  171:6 173:21
  174:19 177:14
  193:2 203:18
  271:18 272:2,14
  272:19 315:5
  324:25 344:3
  357:16
**quick** 257:23
  305:12
**quickest** 32:25
**quickly** 120:4
  204:14 267:2
  298:2
**quite** 33:10 295:16
  297:5
**quitzau** 1:18 5:12
  7:17,17,22,22
  8:11,11,16,16,21

8:21 9:7,7 10:17
10:17 11:2,14
13:3,15,20 15:16
32:21 34:4 65:19
119:17 162:9
205:6 220:10
258:12 287:8
306:3 315:3
355:17 358:15

**R**

**raise** 42:18 124:23
  183:11
**raised** 91:2 108:8
  127:4 318:2
**raising** 127:12
**ramp** 133:14,19,23
  134:4,16,19
  135:24 136:4
  183:12
**rams** 278:2
**ran** 212:16,25
**range** 244:20 263:6
  319:9
**ranging** 263:6,13
  263:14,22
**rarely** 125:14
**rate** 169:2 171:3,12
  171:15,15,22,23
  173:7,8 240:21,24
  241:2,4 356:23
  357:8,12
**rates** 145:3 173:5
  259:18 319:7
**rating** 267:24 269:2
  273:2 274:21,24
**ratings** 167:25
  269:23
**rd** 215:17
**reach** 19:7 55:6
  94:15 95:14,20
  96:4 99:23 102:7
  114:9,22 115:1,6
  115:8,9,18 117:5
  118:17 129:10,12

197:9
**reached** 7:18
  118:15 180:7
  192:12 222:22,24
  318:7
**reaching** 30:6 91:6
  91:8,10,16 97:20
  100:1 115:16
  341:10 352:12
**reaction** 312:6
**read** 33:11 52:15
  52:19 59:13,18,22
  59:25 60:15 83:7
  106:15 114:16
  136:10 150:18
  166:9 174:6
  175:16 206:15
  216:5 226:3,5
  227:7 247:17
  249:9 252:5 277:4
  305:11 325:3
  338:23 358:5,6
**readily** 24:1
**reading** 12:9 33:22
  60:3 104:25
  114:18 116:9
  121:21 129:23,25
  130:1 197:14
  206:20 209:16
  215:6 247:15
  251:8 297:1
**ready** 50:22 192:12
  271:9 275:12
  306:25
**real** 6:22 39:24
  120:4 298:2
  305:12
**realize** 239:21
**really** 120:6 130:10
  170:24 174:23
  243:22 245:6
  249:12 290:14
  303:8 330:12
**realtime** 140:5,10
  140:12 141:3,7

142:8,23 144:14
144:17 145:7,10
145:16,25 146:7
146:18 147:16,19
147:23 159:7,23
**ream** 135:9
**reason** 46:7 57:11
  103:25 105:10
  114:1 139:13,21
  140:1 182:9,11,13
  242:15 248:8
**reasoning** 49:24
**reasons** 177:12
  282:11 306:21
  336:14
**recall** 17:20 19:24
  36:14 43:8 44:11
  47:20 55:18 67:2
  68:9 73:2,4 76:24
  77:2,3 79:18 82:4
  82:11 83:4 91:25
  98:20 101:7,9
  104:8,10 105:5
  107:8,20 108:19
  119:21 120:2,15
  120:18,22 121:6
  125:1 126:16
  129:5,8,9 131:9
  134:6,11,24 135:1
  137:13 141:14
  145:9 148:4 150:1
  150:4 151:3
  157:19 158:10,15
  158:18 159:4
  169:5 170:8
  178:19,20 181:2,3
  182:12 185:17,18
  185:19,21,22,25
  186:3,5,6,13,18
  186:20,24 187:2,5
  187:25 188:3
  189:10,21 190:2,5
  190:9 192:13
  195:1 198:10,14
  200:10,14,15

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**      **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009      Board-Certified Court Reporters**      **Facsimile: (504) 525-9109**

Exhibit X
Page 118

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                Reported by:

**ROBERT QUITZAU**                    **May 25, 2011    DIANE TEWIS CLARK, RPR, RMR, CRR**

388

201:17,19,25
202:23 203:7,13
203:18,20 204:3
204:12 208:4,6
210:20 211:8,11
213:4 216:13,16
217:3 218:4,7
221:21 222:4
223:8 224:5
232:10 240:2
244:1 246:1
247:12,14,15,23
267:15,18 268:7
268:12,17 271:15
272:7 273:4,5,7
277:24 278:10
282:6,17 287:4
289:14,25 290:1
292:22 295:20
296:2 300:7,19,22
301:17,19,21
303:18 311:22
314:15 335:16
344:20,23,24
**recap** 282:10,14,23
283:2 284:21
289:6 290:9,11
291:10
**recaps** 291:4,11
**receive** 37:3
**received** 37:8 39:21
39:23 41:6 71:2
247:16
**receiving** 40:10,11
73:2,4 118:5
200:14 247:12,18
344:24
**recess** 65:12 119:10
161:25 220:3
258:5 355:10
**recessed** 357:23
**recognize** 188:20
324:21
**recognized** 256:16
**recollection** 115:11

192:5 217:23
301:14
**recommendation**
198:4
**recommendations**
42:18
**recommending**
131:25
**record** 50:25 52:11
56:12 65:10,15
75:12 80:3 99:12
99:13 119:8,13
141:18 154:10,20
161:23 162:3
220:1,6 258:3,8
305:19,24 314:20
314:25 333:18
335:1 355:8,13
357:20
**recorded** 14:14
145:1
**recording** 301:6
**recordkeeping**
52:14
**records** 152:23
154:7 159:1
327:20
**recount** 135:8
**red** 334:21,22,24
340:6
**redacted** 107:8
**redden** 3:21
**reduce** 132:1,4
**reduced** 253:14
**reducing** 131:14
**refer** 319:20
**reference** 149:15
289:24 309:24
**referred** 86:1
134:19 140:21
**referring** 39:2
54:14,15 130:16
134:25 136:18
157:22 189:23
190:25 274:13

276:2 321:3
**refers** 298:24
**refined** 261:22
**reflect** 206:5
**reflected** 100:6
156:1
**reflecting** 180:11
195:9
**reformatted** 308:18
**refresh** 104:23
150:7 328:10
**refreshed** 151:13
**refreshes** 151:12
**regard** 112:10
234:2
**regarding** 36:24
41:7 42:10,20
57:25 58:10 66:17
91:6 120:23
211:16 233:15
257:16 313:7,11
314:10
**regional** 53:2
**registered** 17:11,18
**registration** 17:24
**regular** 86:9
229:25 255:12
**regularly** 41:17
57:8 255:9
**regulators** 320:23
**regulatory** 321:8
327:22 330:15
**relate** 152:2
**related** 54:25 67:4
103:1 112:11
245:3 266:3
273:25 275:9
290:17 299:17
324:12 334:15
359:16
**relates** 152:6 269:7
**relating** 92:18
150:10
**relation** 161:7
**relationship** 187:21

330:14
**relative** 181:13,16
**relatively** 101:11
303:23
**relayed** 170:14
**relaying** 134:2
164:23
**relevant** 52:20
**reliability** 62:25
**reliable** 336:5,11
354:2,17,22
**relied** 339:8
**relief** 9:14 10:3,8
10:13 112:1,12
227:18 228:7,9,21
229:24 230:7
232:9,14 233:8,10
233:15,17,25
234:2,3,5,12,20
234:23 235:2,8,11
236:1,2,5,9,10,24
237:1,6,10,13
238:9,12 239:5,16
239:22 240:19
241:9 243:11
248:11,14 254:13
254:23 255:5,11
255:16 256:7,13
257:16 258:19
259:3,23,25 260:2
260:3,8,15 262:19
262:23 263:1,3,8
264:5,18 265:3,14
271:7,14 280:10
280:11,17,21
281:16 284:15,23
285:2 286:7,9
288:5 292:9
294:18 297:24
298:7,11,12,15,16
300:11 302:12
305:6,10 306:3,8
306:23,24 311:18
311:23,24 312:18
355:20

**relieve** 49:2
**rely** 347:1
**relying** 339:14
**remained** 236:19
**remaining** 86:22,23
**remains** 92:14
**remedies** 112:3
**remember** 18:23
19:25 44:7 46:25
47:4 66:18,19
87:22 103:22
106:11 138:8
181:18 190:24
191:22 202:13,19
204:6 237:3
240:12 252:5
280:2,4,6 290:25
294:14 295:17
297:11,15 298:4
304:22 311:10,14
**removal** 240:9
266:6
**removed** 236:20
266:16,17
**repeat** 82:17 83:20
88:20 106:8,12
110:16 128:9
150:19 191:20
208:15 226:1
256:3 274:8 320:6
344:7
**repeating** 274:4
**report** 8:2,5,8
10:22 11:5 28:7
28:15,18 32:1
36:7 40:22 59:5
59:14 60:12 74:9
80:2,4,5 82:23,24
83:7 91:5 129:18
156:10 205:8,19
207:11,18,19
208:5 211:13
213:5 215:8
216:14,17 218:9
220:11,17,21

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                          Reported By:

**ROBERT QUITZAU**                    **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

389

238:24 239:6
254:18 255:4
282:18,19,22
283:5,6,7,12
289:16 290:18
310:25 313:19,22
327:4,6,12,14,15
327:21 330:25
331:1,13 336:24
338:9,11 344:17
345:25 346:2
347:16
**reported** 4:19 29:2
29:16,19 81:18
238:23 243:23
254:13,17,21
328:1 354:8 359:9
**reporter** 4:21 12:22
13:12,17 14:14
106:15 226:5
359:4,24
**reporters** 359:1
**reporting** 9:22
29:13 99:19
211:24 256:11
281:15 287:24
288:23 326:25
359:10
**reports** 32:16 37:10
37:10,11,12 40:5
40:6,7,17 52:10
52:10,12 59:22
60:1,3,15,18 61:5
73:23,24,25 74:4
74:5,6,7 76:4,8
83:4 87:8,11,16
87:17,22,25 88:1
88:7 125:12
153:14 154:16
206:15 270:23
327:13 331:7
335:1 338:22
348:11
**representative**
27:23 331:13

332:21
**representatives**
31:16
**representing** 26:10
**represents** 340:8
**request** 200:15
202:1 323:8
**requested** 40:12,23
106:14 202:7
226:4
**requesting** 39:13
**required** 136:3
320:24
**requirement**
342:19
**requirements**
17:16,25 18:2
38:16 321:8
**requires** 67:21
92:11 167:6 197:2
**reserved** 12:15
**reservoir** 16:16
77:11 356:17,19
357:12
**resistivity** 122:17
127:18,23 136:19
142:21 159:19
180:21 352:22
**resources** 2:8
**respect** 29:21,21
38:7 41:5 59:3,10
70:22 75:24 77:22
85:21 86:11 88:25
93:10,18 139:9
140:11 142:19
145:7 147:17
153:25 223:13
224:8 229:17
233:24 234:19
240:20 254:23
258:24 261:18
263:1 293:8
**respond** 90:17 91:1
177:16
**responded** 182:14

193:8
**responding** 92:2
105:21 174:19
344:11,25
**responds** 102:12
175:19
**response** 53:2
132:20 164:24
173:11 176:1
271:21
**responsibilities**
25:12 28:21 29:23
29:25 30:15
240:19
**responsibility**
90:25 91:4 326:25
**responsible** 38:6
**responsiveness**
12:14
**rest** 90:13
**restart** 194:8
**result** 93:13 100:9
183:17 309:8,12
**results** 301:3,16
327:1
**return** 289:21
291:7
**returning** 129:6
**returns** 131:21
180:23 181:1
**rev** 9:4
**review** 10:8 33:12
52:23 53:1,4,20
54:13 57:14,15,20
60:18 70:21 71:4
75:19 93:24
145:20 146:13
154:20,22 200:11
208:23 219:10
228:22 297:25
298:2,13
**reviewed** 54:5,5,7
55:4,4 81:20,24
86:13 216:14
**reviewing** 76:3

77:22 83:16,24
85:11 119:18
145:25 146:6,18
148:10
**revised** 10:9
**rh** 215:21
**richard** 2:19
**rig** 1:4 63:20,24
64:6 135:11
143:25 144:7
145:2 184:3
209:25 216:9
306:22 327:20
**right** 14:5 19:11
24:3 37:22 44:25
52:2 58:24 60:5
60:13 74:24 75:1
78:24 79:20,21
80:9 82:22 84:10
85:6 87:1 90:1
96:19,20,23 97:1
99:2 103:14
108:21 116:19
117:15 119:5
121:9 124:2 132:9
138:4 140:16
142:2,3,7 149:18
152:11,16 153:9
155:11 157:25
159:2 161:20
163:17,19 164:12
174:21 175:14
177:18 179:23
182:2 187:15,24
194:1,22 203:7,20
204:14,21 205:11
207:6 209:23
210:3 211:19
212:1 215:18
218:15 222:6,8
231:5,14,17,21
232:17,19,24
240:13 255:14
257:23,24 262:9
262:12 273:12

274:15 275:18
278:15 285:16
286:13,24 294:20
295:14 296:5
299:13 307:4
309:3 310:7,11,20
314:1 320:13
331:12 335:24
336:4 338:14,25
340:16 341:16,21
346:22 357:15
**rigs** 266:18
**riser** 215:21 216:12
270:16 287:13
291:12
**risk** 115:15 135:23
136:1,2 182:18,25
251:4,6 309:9,15
309:22
**risks** 135:13,18
269:24
**ritchie** 193:1
**rmr** 4:20 12:21
359:3,23
**robert** 1:18 2:19
5:12 6:21,21 7:17
7:17,22,22 8:11
8:11,16,16,21,21
9:7,7 10:17,17
11:2,14 13:3,15
37:22,23 358:15
**rock** 56:19 91:15
93:23 263:16
278:22 348:22
350:13
**rocks** 161:8
**role** 24:13 27:21
31:25 35:20,25
46:5 47:6,25 59:3
70:20 119:18
142:3 185:23,24
185:25 223:17
227:9 228:4,19
229:16,17 231:22
233:24 234:3,22

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**    **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009    Board-Certified Court Reporters**    **Facsimile: (504) 525-9109**

Exhibit X
Page 120

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

**ROBERT QUITZAU**     **May 25, 2011**     **DIANE TEWIS CLARK, RPR, RMR, CRR**

Reported by:

390

234:24 254:22
255:2 257:14
258:15,24 260:19
262:25 263:3
265:21,23 266:20
278:8 280:5
290:16 293:8
297:21 300:14
304:23,24
**roles** 144:4
**ronquillo** 3:7
**room** 1:20 14:21
238:16 261:15
262:3 264:1
294:12
**rooms** 297:20
**root** 248:23 249:16
249:19,23 250:7
**rough** 354:8
**roy** 2:18 3:3
**rpr** 4:20 12:21
359:3,23
**rule** 42:6
**rules** 12:7 14:6
**rumors** 178:11,19
287:12
**run** 135:11 164:4
164:16 165:4,8,19
166:14 167:4
168:25 169:18
170:23 171:20
173:1 177:19
178:4 179:9
180:16 183:1,13
183:24 184:10,14
184:17,21 193:23
193:25 194:17,18
209:20 210:1,13
216:11 219:3
252:24 269:3
344:18 345:25
**running** 71:1 91:13
151:24 163:22
165:17 166:11
183:19,25 193:4

193:15 194:1,12
210:5,9 211:25
212:7 218:23
219:3 240:1
264:23 299:16
**rupture** 108:24
109:3,11,18,19
110:1,11,19
111:11,19 112:15
275:18
**résumé** 23:23

———————
**S**

**safe** 94:17 330:5,11
330:16
**safely** 58:17 137:20
138:2
**safety** 94:21 189:14
189:23 190:6,11
190:15 191:14,23
192:8,15,17
**sake** 52:13
**sam** 78:25 79:1
**sand** 102:17 122:16
122:23 135:10,12
141:13 180:21,22
181:14,17 182:19
337:21,22 352:21
353:12 356:4,5,12
**sands** 102:25 103:3
103:16 356:6
**sarah** 76:23,24
**sat** 6:8 8:22
**satisfied** 87:2
**saturday** 11:14
**saw** 148:2 180:20
201:20,22 202:14
227:7 266:16
282:19 357:11
**saying** 66:19
115:16 135:8
194:19 249:14
251:11 285:14
325:5 326:1 341:6
**says** 38:15 93:1

95:18 102:15
107:14 114:8
129:18,18 132:23
136:17 149:18,19
149:23,23 155:5,8
175:9,10 180:15
180:19,20 184:10
184:16 189:14
192:25 202:6
205:15 209:4,4,5
209:11,12,19
212:15,16 215:16
219:16 220:24
249:9 251:1
252:11 253:1
285:8 286:6
289:11 294:4
298:23 299:10
302:6 310:25
328:18 329:9
332:9 337:6,20
347:19 348:18
349:1 352:16
**scheduled** 41:18
255:10
**schematic** 54:8
107:18 108:13,17
**scheme** 109:23
**scope** 298:20
**screen** 13:6
**se** 303:9
**seal** 210:18 215:17
216:9
**second** 16:3 25:21
30:4 39:9,9 54:2
94:11 97:8 100:15
129:17 131:3
149:7 165:20
168:16 176:10
179:25 188:10
201:1,3,9 209:3,9
285:11 306:14,24
310:24 337:23
**seconds** 60:25
126:8

**secondtolast** 284:7
**secrest** 3:21
**secretary** 197:19
**section** 1:4 2:10
114:10,23 118:18
290:21
**see** 36:7 38:14,18
39:10 57:1 78:6
92:6 93:3,5 97:13
101:5,6,24 102:18
102:19 103:19
104:19 106:4,23
107:3,5,7,15
108:22,25 109:4
113:19 114:12
118:19 122:9,19
123:20 127:6,17
127:20 131:15,16
132:11 133:1,16
135:14 136:24
139:6 140:4,4
141:12 142:13,20
142:21 143:22
149:14,15,19,24
150:25 155:4,6
156:11,20,22
159:7,11,19,21,22
162:14,23 168:19
169:3,4 171:25
173:10 174:3
176:18 177:21
180:8,24 182:21
183:7 184:4,16
185:15 188:15,18
189:8,19 192:21
193:6,18 195:5,6
201:15 202:4,11
207:12 209:7,13
212:13,18 215:14
215:23 218:19
221:1 236:20
247:10 248:21
249:1 250:16,18
251:5 252:12,17
252:25 261:11

266:14 269:5
270:19 271:10,19
271:25 272:5,6
276:12 284:11,16
285:10 286:17
287:19 290:4
292:7,11 297:8,19
298:25 300:1,3
301:11 302:5,8
304:11 306:16
307:16 310:9,15
326:1 328:9 331:9
331:20 335:11,17
335:23 336:25
341:20 345:25
347:21,25 353:13
**seeing** 67:3 120:15
130:5 182:18
189:10 201:17,19
202:19 214:12
217:3 348:7
**seeks** 321:13
**seen** 33:2 39:3 95:1
107:21,23 116:19
120:10 282:24
283:1 324:15
330:25 331:6
337:22 347:18
**select** 166:23
**selected** 49:20
**selecting** 54:25
**sell** 306:17
**send** 263:15 271:9
309:19
**sending** 37:21 95:7
118:12 131:9
267:15 276:25
306:15 351:15
**senior** 2:10 280:20
280:25
**sense** 48:7 67:19
119:25 178:12,21
178:22 182:1
259:14 280:9
308:2 336:12

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010    Reported by:
**ROBERT QUITZAU**     **May 25, 2011**    DIANE TEWIS CLARK, RPR, RMR, CRR

391

```
345:10                 93:4 115:14 198:2    305:21 314:22      108:3 135:5         243:21 245:18
sent 5:12 6:2,8,12      198:3 290:10        shorthand 209:16    304:24             254:12 268:12
 6:17,21 7:3,8,13       334:23 339:16       shortly 26:12      simple 96:3 154:13   280:2 292:4
 7:18,23 8:12,17        344:16 345:2,13      229:22 235:14     simplistic 260:24   soon 260:15
 8:22 9:2,8,13,17      settled 195:25        236:24            simply 66:3 115:2   sooner 345:2
 9:21 10:2,7,12,18     seven 258:25 261:9   shortterm 229:17    124:10 130:11      sorry 15:23 16:3
 11:2,9,14 43:16       shaded 97:14         shot 230:16,20,23   132:2 141:12        20:10 26:5 29:11
 103:12 104:11         shakes 14:16          231:1,18,24        142:20 143:21       31:25 42:6 43:25
 164:19 188:21         shale 103:4,4         235:15,18,23       166:20 170:12       46:25 95:5 125:17
 201:21 255:6           133:24               239:9,11 260:17    339:15,23 342:8     128:18 132:15
 308:18 343:21         shales 103:19         260:20 261:5       354:7               135:3 148:20
sentence 114:18        shallow 74:6,7       show 37:15 138:24  simpson 173:12,16    150:18 153:9
 129:17 131:12          292:25 294:25        154:6 159:1        173:18,23           157:21 162:25
 171:1,18 184:9         295:25 296:3         348:19 349:1      single 85:6,7        172:12 173:14
 195:2 250:17           322:12,13,16,16     showed 51:22,23    sir 64:1 82:2 201:2  181:25 182:5
 329:9 337:6,23         322:20               52:8              site 89:9 142:9      200:25 201:2
 352:15                shallower 115:12     showing 134:19     sitting 79:20        209:23,24 211:12
sentences 15:9          115:15               283:3             213:24 283:10        212:9,10 216:24
separate 80:20         sharadin 9:21,21     shown 97:2 114:8   situation 45:13      217:9 220:20
 234:17 289:17          239:8,12 262:5       114:11 133:15      270:1               227:24,25 230:18
sequence 259:2          288:18               330:1             six 71:11 125:24     231:11,16 232:19
 293:5                 share 98:18          shows 96:13 105:24  212:17 213:2,13     235:4,5 240:12
series 273:15          shared 80:15,17       106:10,17 107:4,6  214:1,17 258:25     241:18 251:7
 277:25 338:22         sharing 98:20         150:22 155:14     size 95:14,21 96:5   252:20 256:3
serious 241:23          324:1,5              344:17             105:2 163:4         263:13 264:4
service 32:15          sheet 358:19         shushan 1:6         167:19 169:9,12     267:8 268:17
 309:16                sheets 153:15        shut 27:2 227:11    169:18 170:13       271:4 282:16
services 22:15 23:6     154:20               317:4             177:11 178:23,24    287:6 309:3
 23:9,10,19 24:10      shes 243:19 328:21   shutin 253:4        334:21 342:15       311:15 324:9
 24:18,24 25:13,17     shipped 231:20,21    sic 273:16         sizes 238:19         328:19 331:25
 25:22 30:9 32:19      shipping 230:16      side 197:24 211:19 skill 49:22          341:22 344:7
 244:19,21,21,24       shoe 95:11 96:21      264:11 295:3      skills 22:13         345:19 347:22
set 28:8 48:5 49:22     99:13,21 118:17      299:8,9           sleeve 202:9        sort 28:16 93:14
 86:9 96:14,15,25       122:7,12 132:24     sides 302:13       slightly 69:18,19    211:18 234:17
 99:6 114:11,19         212:17 213:1        sidetrack 50:22    small 180:21         281:14 282:10
 150:11 164:11          293:1 317:2          67:20 68:20        235:10              290:8 297:17
 198:6 210:18           318:10 333:6         319:17            smaller 178:24       303:6
 215:17,21 216:9        335:19 336:12       sidetracking 50:21  179:4 238:19       sorts 109:17
 216:12 225:14          342:17 346:5,23      51:18 55:23        260:21 263:5       sought 12:17
 226:13 289:15          351:19,21 356:15    signature 10:18     264:19             sounds 103:6 175:6
 317:2 319:18          shop 230:18          significant 191:14 software 343:3      source 82:25 83:5
 339:10 343:8,9,11     short 32:1,2 49:4    signing 12:10      solid 97:6,8,10,14   85:6,7
 346:25 352:9           87:21 101:11        signoff 309:2       somebody 35:4      sources 41:10
 359:8                  135:9 226:13        signs 348:20 349:1  45:18 128:3,12     south 3:13
setting 69:18 92:13     229:3,21 268:22     similar 107:24      197:15 238:22      space 179:5,8
```

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**    **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009**    **Board-Certified Court Reporters**    **Facsimile: (504) 525-9109**

Exhibit X
Page 122

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010     Reported by:
**ROBERT QUITZAU**                    **May 25, 2011    DIANE TEWIS CLARK, RPR, RMR, CRR**

392

spacer 221:12,19
speak 15:8 60:24
    84:1 227:2 300:24
    303:16
speaking 16:10,13
    23:5 25:21 53:11
    58:5
specialist 278:22
specialty 16:16
specific 27:21 43:8
    76:2,4,11 83:13
    83:22 87:15,18,19
    99:7 145:24 146:4
    146:11,15 151:9
    158:18 187:6
    188:1 223:8
    246:12,16 257:8
    258:24 260:19
    262:25 263:3,20
    265:21,23 282:6
    301:19,21 303:18
    321:3
specifically 26:7
    40:3 75:1 93:9
    99:9 120:15
    134:11 150:12
    263:19
specifications
    252:23
speculate 161:18
    290:3
speculating 347:5
speculation 156:6,8
spend 72:11 208:18
    238:3
spending 237:10
spent 64:15
spill 1:3 13:8
spoke 50:12 78:1,7
    186:3 285:8
spoken 37:23
    193:14
spur 202:21
squeezed 124:20
st 3:18

stability 278:22
stack 28:5 236:12
    266:11,13,15
stage 290:10
stages 71:18
stair 97:9 334:24
stamp 204:25 205:1
    205:15 206:12
    308:25
standard 43:6
    86:14 330:15
standpoint 154:2
    172:3
start 24:23 26:11
    33:8,19 72:14,15
    131:3 149:4
    150:21 153:1
    179:25 188:10
    194:9 246:15
    267:3 277:13
    284:6 293:14
    295:6
started 25:6 26:13
    36:9 85:19 122:18
    122:23 234:25
    235:1,8 258:19
    352:22
starting 101:5,13
    219:15 260:15
    306:9
starts 133:9 173:13
    292:15
state 12:22 13:11
    17:12 176:24
    270:16 359:4
stated 99:14
statement 112:24
    128:24 190:18
    193:21 195:8
    249:4 250:9,20
    251:24 253:7,13
    253:16,19 254:3
    277:11 310:24
    327:25 337:11
    338:5

states 1:1 2:13
    13:10 114:19
    315:4
static 144:18
    145:12 317:5
station 2:11
status 30:16 50:11
    55:12,16 80:3
    120:24 209:5,6,8
    278:2
staying 95:13
steadily 261:25
steel 263:16
steering 2:3 13:23
    27:23
stenotype 359:10
step 54:24,24 97:9
    221:7 261:22,22
    334:24
stepbystep 259:2
stephen 278:20
steps 50:10 59:11
    75:8 266:1 285:2
steve 13:22 64:19
    64:20 227:22
    243:20 278:21
    279:4
steven 2:5
stick 96:17,18
stiegman 4:15
stinger 215:21
    216:11
stipulated 12:3
stop 136:8,12
    191:16,25 192:6
    192:12 209:23
    210:3 293:14
stopped 26:1
    135:21
stopping 181:25
    182:5
storage 76:9
store 80:13 144:23
    144:24
stored 141:2

144:19
storing 84:24
straight 21:25
    164:18 317:9
    318:7 326:16
strange 356:14
strategies 263:10
strategy 10:13
    296:18 305:6,10
    306:4
strautberg 307:15
stream 259:17
    309:12
street 1:19,20 2:6
    3:4,8 4:4 13:4
    19:10
strength 93:23
    317:11 346:4,7
strengths 309:17
strict 271:23
strike 48:9 62:18
    70:14 81:6 87:14
    88:13 117:18
    118:4 126:16
    142:25 147:21
    152:25 153:13
    198:13 206:3
    224:5 225:17
    344:10
string 5:16,19
    105:24 106:10,17
    107:6 115:14
    166:2,5 176:22
    177:1 195:4,18
    196:20 199:5,19
    199:21 200:5
    203:22 210:2
    215:17 216:8,10
    269:4 352:14
strings 96:24
strong 260:25
    339:25
stronger 178:25
    179:2,9,11
stuck 51:12,13 67:5

67:5,11 92:11,14
    92:17,20 101:16
studied 356:6
study 283:7
stuff 231:3,4
sub 7:24 108:24
    109:3 262:10
subgroups 16:15
    261:15
subject 6:3,8,13,17
    6:22 7:3,8,13,18
    7:23 8:12,17,22
    9:3,8,13,18,22
    10:3,7,13,18 11:3
    11:10,15 32:10
    33:16 79:11,13
    140:15 191:9
    198:22 284:13,14
    288:22 292:9
    298:14 305:5
subjects 246:19
submit 153:14
    321:18 323:15,19
submitted 37:13
    70:25,25 348:15
subpoena 334:2
subs 109:12,12
    269:3
subsea 245:4
subsequent 139:3
substance 186:6
substantial 101:10
succeed 282:1,5,9
succeeded 60:2
success 242:21
successful 21:2,4
    47:15,17,22
    262:17 279:23
suggest 159:12
    216:17
suggesting 132:4,6
suggestion 132:2
    133:5 176:1 306:6
suggestions 263:23
suggests 222:14

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.       Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009       Board-Certified Court Reporters       Facsimile: (504) 525-9109**

Exhibit X
Page 123

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010          Reported By:

**ROBERT QUITZAU**          **May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

393

**suite** 2:21 3:4,9,13
3:22 4:4
**sumatra** 20:3
**summarize** 94:3
293:15
**summarizes** 74:12
**summary** 59:20
209:12 218:17
220:13 301:12
**superdome** 19:11
**superintendent**
229:10
**supervisor** 327:20
**supplemental**
149:1 152:13
**support** 245:5
267:25 268:16
**supported** 306:20
**suppose** 198:12
**supposed** 66:8
344:15
**sure** 75:16 77:12,13
82:18 88:22
104:24 114:17
130:17 135:21
154:4 157:21
170:4 174:18
178:11 182:9
201:20 230:21
249:11,11 264:6
273:24 297:16
298:3 302:3
305:13 314:3
325:12 335:16
347:4 350:25
352:6
**surf** 348:1
**surface** 124:22
127:16 165:21
283:1 348:1
**surprise** 203:23
204:4 208:9,24
209:1
**surprised** 208:10
345:11

**surrounding** 43:22
182:13
**surveying** 263:21
**suspect** 198:11
348:22 350:20
**swear** 13:13
**switch** 174:24
**sworn** 13:16 359:7
**syler** 243:18
**system** 27:2 40:1
230:24 283:9
309:19 331:10
**systems** 26:2 27:10
28:5 51:20 76:9

—————
**T**
**tab** 33:2 37:17 73:1
90:1,3 100:15
113:9 116:8 120:5
121:20 126:18
131:2 138:18
148:20 162:11
168:17 176:9
179:24 185:4
197:13 205:5
244:8 267:6,8
273:15 276:10
288:16 291:25
297:3 304:9
323:24 324:3
330:18 333:8
336:18 339:7
343:13 347:11
351:5
**table** 195:14
**take** 18:22 39:16
46:1 49:3,10,13
49:21 50:8,9
59:12 60:17 63:10
65:7 69:12 86:17
90:14 107:4 119:5
132:20 149:7
209:15 214:9
219:9,9,23 221:3
253:5 257:23

273:24 286:19
302:24 305:15
306:12 307:25
308:7 324:18
325:1 355:5
**taken** 1:19 12:6
13:7,25 16:24
65:13 112:7
119:11 161:25
220:4 258:6 301:2
305:22 314:23
342:16 347:20
355:11
**takes** 19:5 260:4
**talk** 186:10 228:18
233:7 245:13
248:6 258:18
274:12 297:19
303:22 309:15
**talked** 36:16,23
76:22 186:11,12
324:13
**talking** 37:5 44:2
54:12 60:6 87:25
111:21 144:14
164:11 165:15
166:1,2,4 211:13
211:14,25 212:15
222:6 231:13
250:23 266:9,10
266:11 269:8,17
276:21 290:13
291:15 293:14
327:8 331:24
**tape** 65:8 119:6
305:17 355:6
**tapered** 195:3
196:20
**target** 169:2 171:2
**task** 154:14
**tasked** 29:25 76:3
145:25
**tasks** 154:11
237:13 289:20
290:1

**td** 7:18,23 114:10
115:10 180:6,13
185:14
**team** 61:7,8,9,10,13
91:5 94:9 98:17
99:20 105:22
115:4 116:12
121:23 126:22
132:11 146:20
169:8 170:9 171:6
172:24 176:15
177:10 180:3
185:8 189:5
192:22 214:11
228:22 235:3,9,10
235:16,19,22
236:1,11,14,15
238:24 239:2,6,10
239:11,17,22
240:1,5,7,20
241:25 258:20,24
260:16,17,20,21
261:3,8,14,17,20
262:5,10,23 263:2
263:4,19 264:1,5
264:6,18 265:18
273:18 274:10
276:19 278:24,25
282:10 284:20
285:10,25 286:7
286:10 288:6,9
292:23 298:8,25
299:5,5,8,9 302:6
302:11,18,19
303:1,3,5,6,9
315:19 339:25
351:12 355:20
**teams** 234:14
238:18,25 240:11
258:13,16 280:16
297:18 300:12
**technical** 27:23
307:21 308:22
309:18
**technologies** 263:7

**technology** 263:14
263:15,22
**tedious** 33:9
**tell** 50:17 56:13
65:25 73:20 79:22
106:2,21 107:17
123:3 171:11
172:20 208:22
209:18 212:20
216:7,25 219:11
219:17,18 220:12
220:15,19 221:4
269:1 277:3,21
298:14 305:9
316:24 339:7
344:22
**telling** 79:9 90:10
136:7 174:23
178:15 194:4,11
217:19
**tells** 173:25 174:22
**temporarily** 51:12
223:18 224:9
**temporary** 147:1
147:10 203:16
226:21
**tend** 15:7
**teri** 197:16
**term** 20:13 51:10
164:9 293:13
303:4 317:22
319:11,15 342:10
342:12
**terminated** 318:8
**terms** 90:25 99:19
150:5 187:3
210:22 242:1
252:2 320:24
326:4 352:25
354:2,13,24
356:10
**test** 17:15 95:11
99:21 118:17
122:7,13 210:18
210:19 250:3

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported by:
**ROBERT QUITZAU**                    **May 25, 2011    DIANE TEWIS CLARK, RPR, RMR, CRR**

394

316:25 317:22
318:8,21,23 319:1
325:18 326:5,9,25
336:3 337:1
339:18,19 341:12
342:6 346:5,24
347:1 350:3
351:19,21
**testified** 41:8 59:2
66:15 73:17 81:17
138:4 147:22
206:15 220:14
260:14 285:23
307:24 311:8
356:21
**testify** 13:17 32:22
33:15,23 85:19
359:7,8
**testifying** 44:24
**testimony** 58:8
66:21 72:16
106:15 147:15
152:4,7 161:3
222:13 226:5
254:5 311:10
358:6,8 359:9
**testing** 225:1
**tests** 99:13 277:25
316:22 318:13,19
336:12 356:11,11
356:15
**tewis** 4:20 12:21
359:3,23
**texas** 1:19 3:9,23
4:4,9
**text** 249:13 251:9
**thank** 172:15 181:2
257:13 357:15
**thanks** 172:20
275:22
**thats** 14:7,18 15:15
20:6 21:12 25:19
25:24 28:13 35:6
38:21 45:21 47:1
47:5,13 51:8

54:15 60:5 61:12
61:22,25 63:13
65:24 66:5,9,21
67:5 68:6 72:20
73:12 81:22 83:9
84:11 86:4 90:3
90:20,21,23 92:9
95:9,16,24 96:10
97:17 98:13 100:3
101:2 105:5,10
106:5,24 107:24
109:9 116:13
119:20,24 120:8
126:5,23 127:1
129:4 131:8
132:18 135:6
136:6 139:2,12
142:15,15 143:8
145:14 152:7
158:15 159:25
160:25 163:20,24
164:13 165:6,12
165:22 166:16
170:14 171:9
172:2,9,12,16
173:9,12 174:11
174:12,17 175:15
175:15,23 176:23
177:3 179:12,13
182:16 185:1
186:12 187:1
194:20 201:22
204:23 205:7,21
206:18 210:9
211:22 216:20
217:14,22,22
220:18 221:5,10
228:1 231:17
232:2 235:6
237:15 240:13
244:5,11,17 247:7
250:25 253:15
260:6,13 262:7,15
262:21,22,24
263:17 264:24

269:10 270:14
271:5 275:19
276:2 278:19
283:8 284:24
285:5 286:12,25
288:2,21 294:19
296:4 297:24
298:16,19 299:22
302:20 307:2,3
308:12 309:2,5
317:2,11 320:13
322:20 326:11,17
326:18 332:6,9,15
333:19 334:19
335:18 336:5
339:17 342:25
343:5,8,24 346:18
351:25
**thereof** 12:16
**theres** 33:7 43:6
48:9 61:18 85:7
103:18 108:23
109:4 116:17
132:7 179:5,8
182:17 189:3
201:1,5 209:5
259:10,10 284:9
285:1 286:16
289:19 295:24
296:9 302:22
303:2,3,6 318:18
319:9 330:15
335:10 336:13
339:20 340:7
**theyre** 86:24 91:20
97:4 101:17 109:7
123:4 132:24
133:13 134:3
144:1,3 159:24
164:1 166:14
169:23 174:23
175:5 177:24
201:7 206:22,23
310:15 335:6,6
344:17 345:2

347:7,8 352:24
**theyve** 164:3
175:25
**thick** 179:6 288:14
**thicker** 179:9
**thickness** 252:22
253:14
**thing** 68:22 84:9
149:8 179:12,13
269:1 320:18
352:3
**things** 76:12 101:3
101:12,15,20
157:23 174:1
175:10 200:13
260:7 261:10
270:24 293:11,20
294:15 315:8
323:22
**think** 54:12 57:11
61:15 72:16 73:17
80:9 86:1,15
87:20 119:19
151:7 174:2,21
187:9 190:24
201:7 217:13,14
217:15,20 243:19
246:6 250:24
260:14 267:3
308:24 311:7
319:22 338:18,22
339:4 347:5 355:5
356:21
**thinking** 133:11
238:2
**thinks** 347:4
**third** 149:5,12
200:20 201:3,10
218:16 308:25
334:9
**thomas** 3:18
**thought** 52:19
103:23 118:23
166:20 178:16
194:20 270:3

274:4
**thoughts** 118:22
119:1 131:20
136:21
**thread** 344:1
**three** 72:5 125:24
186:23 227:16
230:9 232:6
235:23 282:25
291:4
**throwing** 261:9
**thrown** 301:15
**thur** 7:3 10:13,18
**thursday** 5:13
**tie** 177:25,25
**tieback** 165:8,22,23
166:3,12,15,24
167:14,23 168:4
177:1 179:9
183:24 184:1,10
184:18,21,24
193:16 194:2,13
194:20 195:17
196:21 199:4,22
200:5
**till** 18:19
**tim** 228:3 230:15
231:9,22,23
**time** 6:22 10:22
11:5 12:16 13:5
14:2 19:12 20:18
21:10,25 22:2
25:25 29:10 30:12
35:11 36:9 46:14
50:22 52:22 55:3
55:10 57:10,14
58:14 59:5 60:8
62:17 63:6,16,25
64:8,16 67:16,20
67:21,22,23,23
68:2,6 71:5 72:2,2
72:7,11 75:9
80:22 87:19,20
88:23 99:6 101:11
101:17,18 104:22

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010    Reported by:

**ROBERT QUITZAU**    **May 25, 2011**   **DIANE TEWIS CLARK, RPR, RMR, CRR**

395

108:15 111:23,25
115:22 117:5,16
118:6 123:14,14
130:15,17,20,21
136:12 137:7,18
148:15 149:14
150:9 151:3,8,14
151:17 152:23
153:14,15 154:7
154:19,20 155:18
155:21 156:22
157:1,4 167:9
168:1 175:12
178:4 192:10,13
194:18 195:24
196:11,15 197:19
208:18 220:13
229:3,8 230:6
236:6 237:9 238:4
245:16 247:17
248:13 257:19
260:3 262:3
266:12 268:2
272:20,20 273:24
281:10,15 282:9
293:14 311:22
312:1 323:15
325:2 326:22
334:24 346:24
348:11,11
**timely** 63:3,8 87:4
**times** 41:14 78:21
83:14,23 84:13
86:3,9 87:8,10,16
87:17,19 109:14
144:1,2 146:5,12
158:10 188:25
211:20 245:24
**timing** 289:21
291:7
**title** 25:8,9 29:7
74:12 77:2,3,6,7
152:13 197:22
244:22,22 245:12
298:12 338:21

**today** 33:10 86:16
150:6 213:24
269:9 283:10
310:12,22 357:16
**todays** 8:22
**todd** 237:20,22,23
254:17,21 255:7
**told** 25:11 56:10,11
65:21 66:3,6
208:7 220:18
255:17 311:6
**tolerate** 183:5
352:5,7
**tool** 337:10
**tools** 209:25 215:17
216:9 263:10
**top** 37:17 165:8,21
178:6,16 205:11
230:5 235:16,17
235:18,23 239:9
239:11 241:15,23
241:24 242:2,11
242:15,16,21,23
243:6 252:14
253:3,7,20 259:10
260:17,20 261:5
261:24 262:13
264:3,11 265:25
266:4,13 269:18
273:18,22 274:1,3
274:10 276:21
277:21,24 278:6
278:23 279:24
281:25 282:4,8,25
283:8,12,15
284:20 285:9,24
287:12 289:6
290:18 291:4
304:10 311:21
**topic** 33:24 141:19
190:21 293:23
**topics** 32:23 33:10
34:3 44:24 45:7
58:4 75:13 292:16
355:18

**torque** 51:12 145:3
**toss** 86:18
**total** 114:22 115:1
178:5,6 187:16
212:16 316:17
**totally** 141:24
**touch** 315:18
**tower** 4:8
**track** 30:5 36:6
42:25 52:13 59:7
59:12 75:7 86:25
97:19 143:24
145:5 281:11
354:11,14
**tracking** 52:21
59:10 71:17 74:15
90:25 115:3 119:1
309:21
**tracks** 97:8
**training** 16:20,23
17:25
**transcribed** 359:11
**transcript** 12:10
359:13
**transcription** 358:7
**transitioned** 235:15
**translated** 335:8
**transocean** 2:22
3:6 64:15 229:13
233:23 234:18
**tree** 9:4 277:6,15
**trees** 10:3 292:10
**triangles** 96:22
**tricky** 271:21
**tried** 269:22 272:21
348:16
**trip** 127:19
**trouble** 67:20,22,23
175:12
**troublesome** 57:12
**true** 65:23 220:16
222:16 262:20
284:23 358:7
359:12
**trust** 73:5

**trusted** 104:1 137:5
**truth** 359:7
**try** 15:12 48:7
60:15 80:19 93:23
102:3 268:1,15,21
271:20 286:8
291:13 293:6
295:5 329:24
**trying** 89:17 112:3
161:1,2 177:10
208:17,18 228:25
246:14 261:10
271:21 275:1,9
293:2 299:17
320:8 354:14
**tubing** 167:18
169:18 173:1
**tue** 6:3 7:23 8:17
9:8,17,21
**tuesday** 11:2
**turn** 33:6,8 39:1,9
100:15 107:11
123:23 149:4,5
156:18 168:16
176:10 211:17
218:15 248:18
252:7 302:5
330:18 336:18
343:13 347:10
351:4 353:8
**turned** 294:14
**turning** 339:6
**twenty** 220:22
**twice** 61:17 238:17
**two** 17:7 20:2 24:5
27:14 29:24 30:25
36:5 43:17 97:11
138:23 144:4
165:25 201:1,2,5
229:6 230:9 231:7
263:8 271:7
276:13 287:17
290:23 294:6
318:25 319:22
332:17

**type** 40:22 97:18
167:15 179:10
205:19
**types** 39:11 76:4
**typical** 56:22
151:21 195:23
**typically** 31:11
40:4 49:17 53:14
126:8,9,11 148:3
317:18 322:12
327:4
**typo** 339:2,4

_____

**U**

**uhhuhs** 14:17
**uhuhs** 14:17
**ultimate** 295:18
**ultimately** 199:14
285:22 286:23
295:10 296:17
307:2,3 311:8
354:15
**uncertainty** 337:8
339:20
**undergraduate**
17:3
**underream** 171:19
**underreamer**
162:21
**understand** 14:11
14:12,24,25 15:1
15:5,6 35:24 38:4
39:8,14 44:23,25
45:1,17 58:6,7
78:6 92:21 98:4
102:3,6 154:4
157:22 161:2
174:7 177:11
187:20 210:4
211:18,23 251:10
262:13 268:1,15
268:21 277:10
284:18 297:23
325:4,12,17
328:12 338:4

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**    **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009**   **Board-Certified Court Reporters**   **Facsimile: (504) 525-9109**

Exhibit X
Page 126

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                        Reported by:

**ROBERT QUITZAU**                    **May 25, 2011    DIANE TEWIS CLARK, RPR, RMR, CRR**

396

346:6 348:25
349:8,10,20
**understandable**
296:10
**understanding**
32:16 35:19 36:2
36:6 38:12 39:20
39:22 56:15 61:25
67:13 101:14
102:5 109:11
135:20 165:15
166:14,16 171:12
171:14 172:24
184:23 187:14
191:13 198:24
228:25 250:22
298:1 302:20
309:7 316:25
320:23 321:7,21
326:3 342:19
343:6 346:11
359:14
**understood** 51:14
141:24 178:3
192:6
**unique** 49:22
**unit** 145:2
**united** 1:1 2:13
13:10 315:4
**unplanned** 101:17
**unusual** 68:22 70:5
89:8,14 116:21
117:1,7,12 118:11
161:10 336:16
337:17
**unusually** 117:7
161:10
**update** 6:3,8,13,17
7:3 9:8,18 11:15
30:1 32:2 50:23
80:4 90:18 96:8
97:22,23 100:22
101:23 102:4
105:4 113:14
116:22 122:4

126:25 131:19
289:18 344:14
345:21,24 351:16
**updated** 10:18
113:13 116:15
117:21 118:1
268:23 294:6
**updates** 99:3,4,8
100:7 116:18
117:8 118:6,12
255:6,10 257:4,7
257:11
**upfront** 112:7
**upper** 108:22 306:7
**use** 28:19 49:16
51:9 74:16 75:6
87:25 105:20
109:22 110:11,19
111:19 112:25
141:6 142:5,18,22
143:5,7,11,14
144:6 145:7
147:23 164:9
167:14 170:5
172:22 184:24
196:12 199:4,21
200:4 203:21
213:13 214:1,16
263:7 264:9 274:6
294:17 336:11
350:19,21,21
**useful** 348:21
350:12 354:24
355:1,2
**usefulness** 337:9
**usually** 316:9
**utara** 20:4

_____

**V**

**valley** 48:18
**value** 327:5,15,25
331:22,25 332:1
332:13 337:1
339:17 340:18
342:25 352:2

354:1,2,17,24
**values** 329:10,25
332:17 335:3,5,9
347:25
**varies** 322:7 330:11
**variety** 318:18
**various** 16:15
19:14 32:15 37:12
41:14 48:17 53:15
61:7 71:18 73:25
74:14 75:4 76:8
80:1 112:3 141:4
145:4 158:11
173:21 234:14
236:3 238:25
245:4 258:16
263:6 298:8
312:18 336:14
**vary** 322:2 330:12
**vendors** 178:12
**verbal** 268:20
**verify** 193:3
**versailles** 2:20,20
**version** 140:22
333:14
**versus** 143:15
146:7 296:1 317:8
318:6 326:15
354:10
**viasco** 46:22 47:3
**vicinity** 353:21
**video** 13:6 291:11
**videographer** 13:1
14:15 65:9,14
119:7,12 161:22
162:2 219:20,25
220:5 257:20
258:2,7 305:18,23
314:19,24 355:7
355:12 357:19
**videotape** 65:11,16
119:9,14 161:24
162:4 220:2,7
258:4,9 305:20,25
314:21 315:1

355:9,14 357:21
**videotaped** 13:2
**view** 21:3 75:6
100:1 140:25
306:19 320:18
327:24 330:4
**views** 179:14
**visit** 63:20,23 64:9
**visited** 64:6
**volume** 1:16 171:15
250:5 317:8 318:6
326:15
**vote** 294:6,11
299:17
**votes** 294:13
**vsd** 9:4

_____

**W**

**waechter** 3:17
**wait** 15:10,12
186:22 216:12
324:3
**waiting** 306:8
**waived** 12:11
**waiver** 323:5
**waivers** 323:2
**wake** 151:23,24,25
**walk** 294:6 297:19
317:24
**walker** 3:17
**wall** 252:22 253:14
**want** 65:19 66:13
66:20 71:11 77:10
80:19 87:18
105:18 120:6
141:17 142:2,7
143:22 149:7
175:6 200:19
227:19 243:21
255:20,23 280:7
310:11 319:23
324:18 355:18
**wanted** 131:19
170:10,12 184:13
238:8 248:6

290:15
**ware** 4:7,7
**washington** 2:12
**wasnt** 53:24 85:6
130:10 187:8
194:6 196:9
236:11 294:10
295:23 303:8
**watch** 142:14
151:23
**water** 48:18 51:7
235:7 322:19,20
**way** 32:25 56:12
58:9 72:16 90:14
91:22 127:16
152:2 173:17
177:2 178:6
194:25 228:7
259:12 261:12
267:25 271:20
272:11 294:14
318:14 341:14
343:9 350:22
359:17
**ways** 75:5 138:5
292:24
**weak** 95:12,20,22
95:23 339:22
**weatherford** 3:20
**wed** 8:12 10:2 11:9
263:7
**wednesday** 1:21
343:22
**week** 24:7 72:5,6,9
83:14,23 146:5
228:21 229:4,5
231:15
**weekday** 84:6
**weekend** 87:21
**weekends** 32:8
**weeks** 229:6 230:9
231:7 232:6
**weight** 59:15,16
97:9,10,18 99:12
99:18,21 127:4,13

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010    Reported By:

**ROBERT QUITZAU**     **May 25, 2011**    **DIANE TEWIS CLARK, RPR, RMR, CRR**

397

| | | | | |
|---|---|---|---|---|
| 131:14,24 132:1,5 | **wendy** 4:7 | 137:21 138:9 | 337:12,24 338:13 | 139:20 140:14 |
| 136:3 168:24 | **went** 18:15 19:15 | 139:16 141:9,16 | 339:1,11 340:19 | 141:11 142:3 |
| 175:20 183:11 | 22:8 51:21 227:17 | 141:23 146:8,19 | 340:24 342:22 | 146:10,21 147:4 |
| 252:22 319:21 | 228:20 272:20 | 147:2 148:7 149:6 | 344:4 345:4,14,18 | 148:9 149:9 |
| 320:14,15 322:14 | 286:15 | 150:14 155:23 | 346:8 349:5 350:6 | 150:17 156:5 |
| 341:5 352:6,8,17 | **western** 47:12 | 156:3 157:6 160:4 | 350:14 353:2,17 | 157:8 160:6,18 |
| **weights** 54:9 93:20 | **weve** 76:22 116:19 | 160:12 161:13 | 354:4,18 355:24 | 161:17 167:3 |
| 113:17,22,24 | 175:12 269:8 | 167:1 169:13 | 357:17 | 169:15 170:3,21 |
| 114:21 334:25 | **whats** 26:24 27:21 | 170:1,19 172:5 | **wilson** 278:20,21 | 172:7 174:16 |
| **wellbore** 54:7 | 33:1 35:19 37:15 | 174:14 177:7 | 279:4 307:15 | 175:3 177:9 181:6 |
| 92:16 107:18 | 113:8 119:23 | 182:6 187:17 | **window** 319:12,19 | 182:8 187:19 |
| 108:13 189:15 | 127:25 140:21 | 189:24 191:2 | 319:20 320:13,15 | 190:1 191:6,19 |
| 190:17,25 191:7 | 148:24 156:8 | 196:22 198:16 | 320:16,17 | 192:4 196:24 |
| 191:15,24 192:9 | 185:3 188:8 | 199:8,23 202:16 | **windows** 319:14 | 199:10,25 202:18 |
| 274:20 | 194:10 197:12 | 203:1,25 204:9 | **wire** 263:5 | 203:3 204:2,11 |
| **wellhead** 108:6 | 200:17 207:17 | 205:25 206:8 | **wireline** 74:2,3 | 206:10 208:14 |
| 266:19 | 229:7 259:12 | 207:23 208:12 | 91:13,13 135:11 | 210:8 212:5,24 |
| **wellkill** 9:9 | 277:18 304:7 | 210:24 214:4 | 141:3 171:20 | 213:17 214:6,21 |
| **wells** 20:2,3,7,9,11 | 317:21 345:7 | 217:4 222:17 | 180:16 | 216:4 217:8 219:2 |
| 20:12,15 53:14 | **whipstock** 319:18 | 223:4 225:10 | **wise** 182:19 | 221:16 222:19 |
| 71:21,25 80:14 | **whos** 27:13 | 231:8 232:16,25 | **witness** 12:5,10,24 | 223:23 225:12,25 |
| 109:18 125:20,22 | **wide** 318:18 319:9 | 237:17 238:5 | 13:13 26:21 27:9 | 226:10,24 231:10 |
| 125:24,25 126:1 | **widely** 312:17 | 241:10 242:5 | 30:21 33:1 34:2,5 | 237:19 238:7 |
| 209:6 233:8,10 | **wild** 304:21,25 | 243:12 245:19 | 35:7,16,23 38:11 | 241:12 242:7,19 |
| 236:2,11 239:22 | 305:1 | 246:9,20 249:6 | 40:15 41:2 42:2 | 243:3,14 245:21 |
| 247:4 259:23 | **wildwell** 10:12 | 251:21 253:10,23 | 42:14,23 43:15 | 246:11,22 249:8 |
| 260:2,4,8 263:9 | **william** 10:12 | 254:7,24 255:19 | 44:19 46:11 56:2 | 251:23 253:12,25 |
| 265:3,14 271:7,14 | 292:4 304:11 | 257:1,25 260:9 | 57:5 58:21 64:4 | 254:9 255:1 257:3 |
| 298:12,15 306:8 | **wilms** 3:12 26:19 | 269:13 270:5 | 64:13 68:5,15 | 267:22 269:15 |
| 316:6,12 320:21 | 27:7 30:19 33:25 | 272:16 275:4 | 69:1,8 70:11 | 272:18 275:8 |
| 326:23 328:3 | 35:5 38:20 41:25 | 277:7 280:12,22 | 74:20 75:3 76:16 | 277:9 280:14,24 |
| 330:6 | 42:12 43:13 44:17 | 285:17 286:1 | 79:21 81:13 82:10 | 285:19 286:3 |
| **wellspace** 32:15 | 45:6 46:9 55:25 | 294:21 299:19 | 83:3,19 85:15 | 289:3 294:23 |
| 37:9 39:25 41:8,9 | 57:3 58:19 64:2 | 308:4 309:25 | 87:7 88:19 89:4 | 299:21 308:6 |
| 72:19 73:11,15,20 | 64:11 68:3,13,24 | 310:16 312:8,22 | 89:12,21 94:20 | 310:2,19 312:10 |
| 74:17 75:20,25 | 69:6 70:9 74:18 | 313:24 314:4 | 105:15 107:2 | 312:24 314:6 |
| 76:13 77:23 80:25 | 75:11 76:14 81:11 | 315:24 317:15 | 108:11 110:5,15 | 316:1 317:17 |
| 81:3,8,21,25 82:7 | 82:8 83:1,17 | 318:15 319:3 | 110:23 111:6,15 | 318:17 319:5 |
| 82:20,24 83:16,25 | 85:13 87:5 94:18 | 320:25 321:24 | 112:20 116:25 | 321:2 322:1 |
| 84:8,21,25 85:4 | 105:13 108:9 | 323:9,25 324:4,8 | 117:11,24 118:10 | 323:11 325:11,25 |
| 85:11,22 86:7 | 112:16 116:23 | 325:9,21 327:17 | 120:14 121:5 | 326:8 327:19 |
| 87:3 88:15,25 | 117:9,22 118:8 | 328:4,20 329:21 | 123:12 128:8,17 | 328:8 329:3,23 |
| 89:9 140:3 205:20 | 120:12 121:3 | 330:7 331:3 | 128:21 130:9 | 330:9 331:5 332:5 |
| 208:9,24 216:17 | 123:10 128:6,15 | 332:18 333:17 | 133:22 134:10,23 | 332:20 336:10 |
| 331:10,14 | 128:19 130:7 | 334:3 336:8 | 137:12,25 138:11 | 337:16 338:3 |

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**    **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009**    **Board-Certified Court Reporters**    **Facsimile: (504) 525-9109**

Exhibit X
Page 128

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010          Reported by:
**ROBERT QUITZAU**                **May 25, 2011    DIANE TEWIS CLARK, RPR, RMR, CRR**

398

339:13 341:1
342:24 344:6
345:6,20 346:10
349:7,14,24 350:8
350:18 353:4,19
354:6,20 356:1
358:3 359:6
**woc** 215:22
**woelfel** 64:19,20,23
227:22 228:19,20
229:15 243:20
**wont** 14:17 265:6
**woodcutting**
292:17 293:13
**word** 160:24 274:6
**words** 122:23 123:5
154:5 174:22
184:19 259:9
279:17 290:11
302:14 350:19
**work** 14:17 18:9,14
18:15 19:18 22:6
26:10 27:16 31:2
72:7 102:18
237:13 243:24
244:1 245:13
259:1 263:4
282:12,16 283:12
283:16 284:21
316:4,20,21 330:4
355:19 356:16
357:1,4,8
**worked** 19:9,14,21
47:7 62:14 64:15
154:5,8,10 187:22
228:22 235:21
258:14 261:3,21
289:19 316:6
326:23
**working** 21:16,18
21:21 22:2,11
36:10 62:17 117:2
154:16 167:12
229:9 230:15
231:18 237:6

238:11,12 241:24
262:3 264:10
273:18 280:10
281:17 293:25
304:25 307:22
311:20 320:20
355:21
**works** 308:3 324:24
**world** 19:15
**worried** 133:13
134:3,7,12,15
**worsening** 270:1
**wouldnt** 71:3 112:8
154:7,24 155:2,3
175:4 209:1
290:12 350:19
**write** 154:24 155:2
250:12 262:3
265:24 290:20
**writer** 290:22
307:21,25
**writes** 246:8,19
**writing** 38:24
251:17
**written** 75:23 94:2
245:17 279:14
301:11
**wrong** 280:8 324:3
336:16
**wrote** 132:22
135:17 180:20
181:24 183:20
248:23 252:14
271:6 287:11
310:25
**wulf** 297:4,5,12

——————
**X**
——————
**xs** 346:12
——————
**Y**
——————
**yeah** 113:6 121:14
128:11,22 132:16
163:1 219:23
265:15 280:1
294:8 336:11

340:15
**year** 16:1,6 26:14
26:14 47:1
**years** 18:18 22:3
49:19
**yep** 211:6 227:21
286:18
**yesterdays** 292:17
**york** 2:6,6,16,16
**youd** 97:5
**youre** 18:3 25:22
33:15 44:2,24
45:2 54:12,14
58:5 68:2 90:10
90:10,21 92:2,3
95:7 96:6,7,7
98:11 100:25
103:14 106:6,25
113:13 116:14
122:3 126:24
130:16 134:2
144:13 153:2
154:16 160:24
163:25 164:23
166:1,2,6 176:15
198:12 209:15
211:12,25 217:19
240:14 254:5
259:12 266:9
271:9 277:19
285:14 286:20,21
287:24 290:16
298:23 313:25
325:2,14 327:7
331:24 344:1,11
347:3 351:15
**youve** 15:12 17:7
22:25 24:9 41:8
73:9 90:16 139:5
248:13 292:18
316:5 326:23
——————
**Z**
——————
**zone** 80:8 91:11,14
91:19 95:22,23,23

130:2 142:11,14
143:22 169:1,3,20
170:11 171:3,13
171:19 182:20
279:5,9 356:3
**zones** 95:12,20
356:4,4
——————
**0**
——————
**0** 102:17
**00** 124:1
**000** 174:9,9 219:16
344:15 345:12,17
**01** 9:18,22
**02** 11:10
**03** 8:12,17 11:14
**04** 10:13 155:10
**05** 10:13 65:11
305:20
**07** 10:18 161:24
353:11,21 354:15
**0720** 9:4
**08** 6:8 220:2 258:9
**089** 311:2
**09** 6:17 13:6
——————
**1**
——————
**1** 1:16 8:12 9:8,13
9:18,22,22 15:23
37:17 65:11 73:10
162:5 219:16
250:25 285:6
324:25
**10** 10:3 11:15 65:11
65:17 121:12,14
121:20 156:21,22
162:5 264:21
317:3
**100** 5:18 237:11
238:3 346:1
**1000** 4:4
**100131413** 2:6
**10022** 2:16
**102** 2:20
**104** 5:21
**1074** 324:12

**11** 5:13 8:17,22
10:7 73:3,15
119:9,15 177:19
178:1,8,17 179:7
324:3 344:16
**116** 6:1
**11615** 92:6
**117** 346:1
**118** 73:1
**12** 6:3,13 126:18
129:19 161:24
185:5 188:2 311:1
331:21 332:1,14
**1201** 3:8
**121** 6:6
**126** 6:11
**13** 5:4 7:23 11:2
93:4 95:11 119:9
131:2 335:18
337:21 346:2,4,7
346:18
**130** 6:15
**13250** 337:21
**1344** 347:14
**138** 6:20
**13th** 189:1 193:11
**14** 7:13,18 8:2,12
127:4,13 131:14
131:21,22 132:24
138:4,18 198:6
201:14 205:12
206:7 273:16
335:20 337:3,8
339:8 340:5 346:5
346:23 347:1,6
352:16,25
**1400** 212:11
**1430** 219:7 220:13
**1480** 337:7
**15** 6:8 8:22 11:15
31:21 33:8,20,24
65:17 125:18
162:11 174:9
205:15 206:6
264:21 273:16,16

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**      **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009      Board-Certified Court Reporters**      **Facsimile: (504) 525-9109**

Exhibit X
Page 129

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                Reported by:
**ROBERT QUITZAU**                    **May 25, 2011    DIANE TEWIS CLARK, RPR, RMR, CRR**

399

316:15 345:17
346:1 348:1
351:20 353:11,21
354:1,15
**1500** 212:11 345:13
**157** 347:20
**159** 355:2
**1592** 185:4
**1596** 197:13
**1597** 33:2
**1598** 37:16
**15th** 205:24 275:21
292:2
**16** 5:13 10:3,7 34:8
79:17 168:8,17
323:24 330:18
348:3,20 349:18
**162** 7:1
**168** 7:6
**16inch** 108:24
252:20,21 269:3,4
269:20
**17** 7:3 9:3,3 34:10
148:5 149:13
176:7,9 276:11
278:17 344:15
345:12 347:20
352:17
**1700** 3:4,9
**1730** 219:7 220:14
**1750** 3:22
**176** 7:11
**17700** 122:16
**17750** 123:20
**179** 7:16
**17th** 150:2,24
**18** 8:5 9:8 34:12
59:4 60:6 63:15
71:5 72:2 88:23
90:7 148:5 155:6
179:24 189:17
207:14 211:2
278:18 306:1
311:2 333:8 339:7
355:9

**18360** 180:13
**1862** 296:25
**188** 7:21
**1889** 129:19
**18th** 45:19 50:9
87:20 149:22
150:3,24 155:18
279:10
**19** 5:13 7:8,23 8:8
10:22 34:14 148:6
156:20 211:3
215:10 220:20
302:22 336:18
**1905** 113:9
**1910** 1:18
**1921** 120:5
**1922** 200:18
**1980s** 17:21
**1981** 14:4 16:7
18:12
**1982** 14:4
**1990s** 19:22
**19th** 87:20 216:15
217:2,7 220:17
**1st** 286:17,18

——————————
**2**
**2** 6:8 7:8 10:13
65:16 72:14 119:9
220:2,7 252:9
258:4
**20** 1:6 6:3,13 7:23
31:21 34:16 59:5
60:8 62:10 63:15
72:2 79:17 85:12
88:23 185:2,4
220:7,11 222:7,14
222:22 223:1
224:16 225:2,9,20
225:22 226:7,9,19
227:3,12 257:21
311:7 316:16,17
**2000** 18:22 21:14
21:23 22:1,23
23:2

**2001** 22:7
**2002** 18:20 22:7
24:25 25:1
**2003** 18:20 25:6
46:24
**20044** 2:12
**2005** 273:16
**2007** 3:15 36:9
**2009** 10:22 11:5
29:10,11 338:24
**201** 3:18
**2010** 1:6 5:13 6:3,8
6:13,17,22 7:3,8
7:13,18,23 8:2,5,8
8:12,17,22 9:3,8
9:13,18,22 10:3,7
10:13,18 11:2,10
11:14 13:9 26:14
29:12,12 38:15
45:20 56:8 57:16
58:1,11,15 59:5
60:8 62:10 63:16
69:15 71:5 72:2
73:3 85:12 88:23
100:19 104:13
116:11 122:1
158:22 162:13
198:7 201:14
205:12,15,24
206:6 207:14
215:10 217:17
224:17 225:9,20
226:7,19 227:3,12
245:16 247:13
267:11 276:11
278:18 297:4
304:14 310:13
343:23 351:13
**20100515** 9:4
**2011** 1:22 13:5
**2017** 284:4
**2037** 287:6
**204** 8:1
**207** 8:4
**20th** 13:9 60:12

79:19 80:23,23
111:22 158:22
159:3 217:7,16
218:5 221:25
226:11 268:4
355:20
**21** 34:18 187:24
**214** 8:7
**2158** 131:2
**2179** 1:3
**21st** 227:8
**22** 18:18 197:13
348:3,20 349:18
**2200** 220:22
**23** 11:2,5 95:7
149:14
**24** 11:10,10 27:18
100:19 104:13
119:15 287:5
**2403** 90:3 98:3
**240678** 244:7
**240789** 307:14
**241069** 267:4
**244** 8:10
**24hour** 209:12,12
209:19 211:10
215:13 218:4
**24th** 102:13 343:22
**25** 7:18 34:20 38:15
204:15 205:5
343:13
**250** 2:6
**2506** 278:17
**258608** 304:8
**25th** 1:22 13:5
**26** 34:22 206:25
**2623** 5:11 72:21,25
**2624** 5:15 89:23
90:2
**2625** 5:18 100:10
100:13
**2626** 5:21 104:3,7
**2627** 6:1 116:3,7
**2628** 6:6 121:15,19
**2629** 6:11 126:13

126:17 310:13
**2630** 6:15 130:23
131:1
**2631** 6:20 138:13
138:17
**2632** 7:1 162:6,10
**2633** 7:6 168:11,15
**2634** 7:11 176:4,8
**2635** 7:16 179:20
179:23
**2636** 7:21 188:5,9
**2637** 8:1 204:18,22
**2638** 8:4 207:3,7
**2639** 8:7 214:23
215:2
**2640** 8:10 244:2,6
**2641** 8:15 266:23
267:4
**2642** 8:20 273:9,13
**2643** 9:1 276:6,10
**2644** 9:6 278:12,16
**2645** 9:11 283:24
284:3
**2646** 9:16 287:1,6
**2647** 9:20 288:11
288:15
**2648** 10:1 291:21
291:24
**2649** 10:6 296:20
296:24
**2650** 10:11 304:4,8
**2651** 10:16 307:9
307:13
**2652** 10:21 330:20
330:24
**2653** 11:1 333:10
**2654** 11:4 336:20
336:23
**2655** 11:8 343:15
343:18
**2656** 11:13 351:7
351:11
**266** 8:15
**27** 8:17 34:24 215:1
217:17 267:11

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported By:
**ROBERT QUITZAU**                    May 25, 2011    DIANE TEWIS CLARK, RPR, RMR, CRR

400

**314**:21
**273** 8:20
**276** 9:1
**278** 9:6
**27th** 271:23
**28** 8:12 10:7 35:1
  245:16 355:14
**283** 9:11
**287** 9:16
**288** 9:20
**28th** 297:4
**29** 8:22 113:11
  148:19,20
**291** 10:1
**2929** 4:8
**296** 10:6
**2nd** 235:1

---
**3**

**3** 5:13 6:3,8 7:13
  10:18 11:10 72:15
  73:1 102:17
  119:14 131:14,21
  132:24 161:24
  171:21 258:9
  269:2
**30** 6:3 10:7 31:24
  35:3 60:25 75:2
  79:21 84:6 116:11
  125:18,19 126:8
  140:14 142:3
  156:10 262:2
  267:3,8 284:14
  357:21
**304** 10:11
**307** 10:16
**30second** 30:1
  59:20
**31** 273:12,15 315:1
**315** 5:5
**32** 209:20
**32pound** 209:21
**33** 276:9,10
**330** 10:21
**333** 11:1

**336** 11:4
**34** 7:3 278:15
  347:11
**343** 11:8
**35** 6:3
**351** 11:13
**355** 3:13
**36** 6:17 9:8 351:5
**360** 189:17
**37** 6:22 205:16
  283:19,21,23
**386** 207:9
**39** 10:18 149:22
  288:16
**3rd** 121:25 351:13

---
**4**

**4** 5:13 6:8,13,17,22
  7:3,8,13,18,23 8:2
  8:5,8,17 90:1,3
  127:4,13 131:22
  137:7 149:13
  162:4 171:21
  205:12,15 220:2
  271:5 305:20
  306:1 314:21
  315:1 335:17
**40** 9:8 10:3
**400** 2:21 4:4
**4179** 273:14
**4183** 343:20
**42** 291:18,25
**43** 296:16 297:3
**44** 8:22 9:22 304:1
  304:9
**4400** 3:13
**45** 9:13 262:2 307:6
**4593** 121:20
**47** 6:13 7:8
**48** 244:8
**49** 6:22 205:16
**4th** 120:7

---
**5**

**5** 6:13,17,22 8:22
  9:3,8,13 11:10

**49**:18 93:4 95:11
  100:13,15 124:1
  126:19 131:6
  138:20 171:20
  174:24 176:2
  205:16 220:8
  258:4 310:13
  322:9 337:8 341:4
  341:23 342:1,5,6
  342:18,20 346:2
  352:16 355:6,9,14
  357:21
**50** 33:2
**506** 138:18
**5078** 104:8
**51** 9:18
**51199** 179:24
**513** 209:21
**515** 3:22
**53** 10:3
**55** 9:13 352:25
**56** 7:13
**567** 288:16
**57** 9:3 149:14 155:6
**58** 129:19 156:21
  311:1
**58529** 205:4
**59** 156:22 258:4
  331:21
**59649** 215:5
**5th** 132:11 139:10
  139:15

---
**6**

**6** 7:3 9:3,13,18,22
  10:3,7 75:2 79:21
  140:14 142:3
  149:22 155:6
  217:17 258:10
  305:20 335:17,20
  337:3 339:8 340:5
  346:5,23 347:1,6
**60** 72:8
**601** 1:20 2:15 3:4
  13:4

**62** 209:22
**62020** 126:18
**622** 148:25
**65** 210:2 332:14
**67** 332:1
**672** 4:22
**676** 251:1
**69** 276:10

---
**7**

**7** 7:23 8:12 10:13
  10:18 49:18 84:6
  105:24,25 106:10
  106:17,18 113:4,6
  113:9 114:8,11,19
  115:12 118:16,16
  122:8 137:7
  155:10 156:10
  163:6,14,16 164:1
  164:2,4 171:20,21
  174:24 176:2
  177:20 178:1,8,17
  179:4,7 193:4,23
  194:13 195:4
  209:21 210:1
  226:13 305:25
  314:21 315:1
  335:18 337:21
  355:9
**70** 72:8
**70130** 1:21 3:5
**701705100** 3:19
**70501** 2:21
**72** 5:11
**7265** 100:14
**73005** 4:21
**74** 212:16,25
**7436** 162:11
**7460** 168:16
**750** 352:17
**752702041** 3:9
**75inch** 344:16
**7611** 2:11
**7647** 176:9
**770025006** 4:4

**77019** 1:19 4:9
**786** 308:25 309:4
**78701** 3:23
**79** 16:2
**7inch** 163:22 165:4
  165:9,17 168:25
  171:21 173:6
  174:13 176:1,22
  177:2,24 178:2,3
  179:3,7 180:16
  183:22 184:14
  193:5,15,24 194:1
  194:12,17 195:4
  199:18 202:7
  203:11 209:20
  212:17 213:1

---
**8**

**8** 6:17,22 7:3,18
  8:17 10:13,18
  11:2 93:4 114:8
  114:11,19 116:8
  122:8 162:22,25
  163:7,16 174:9
  193:16 194:2,17
  203:11 209:21
  210:2 346:4,7,18
  355:15 357:21
**8108** 188:10
**815** 174:1
**8671** 291:25
**8798** 116:8
**89** 5:15
**8pound** 209:22
**8th** 2:6 57:16,21
  58:1,11 66:14,18
  67:14 68:10 92:19
  92:23,24 95:11
  115:12 118:16,16
  162:13 163:14
  164:1,4,20 168:18
  171:20 173:11
  175:18 177:20
  178:1,8,17 179:4
  179:7 193:4,23

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**          **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters**          **Facsimile: (504) 525-9109**

Exhibit X
Page 131

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                                    Reported By:
ROBERT QUITZAU                    May 25, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR

401

194:13 195:4
202:7 209:25
210:2 225:14
226:13 292:25
304:14 324:13
335:18 346:1
351:20
**8ths** 105:25 106:18
163:6 174:24
176:2 199:18

---

**9**

**9** 7:8,13,18 9:18
13:6 105:24
106:18 114:8,11
114:19 115:11
118:15,16 120:5
122:7 163:5,13,16
164:1,4 176:14
179:4 180:3
182:15 193:4,23
194:13 195:4
209:21 226:12
**900712106** 3:14
**97** 193:16 194:2,17
199:18 202:7
203:11 209:25
210:2 225:14
292:25 351:20
**98** 348:1 351:20
354:1 355:2
**99** 18:22
**9th** 176:20 177:17
177:17

# MAY 26, 2011

# ROBERT QUITZAU

# DEPOSITION TRANSCRIPT

Exhibit X
Page 133

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010
Reported By:
ROBERT QUITZAU VOL. II          May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

360

1      UNITED STATES DISTRICT COURT
2      EASTERN DISTRICT OF LOUISIANA
3
4   IN RE:  OIL SPILL BY  MDL NO. 2179
    THE OIL RIG
5   "DEEPWATER HORIZON"   SECTION: J
    IN THE GULF OF
6   MEXICO, ON APRIL 20,  JUDGE BARBIER
    2010          MAG. JUDGE SHUSHAN
7
8
14
15
16          VOLUME 2
17
18      Deposition of ROBERT QUITZAU, 1910
19   Driscoll Street, Houston, Texas 77019, taken
20   in the Pontchartrain Room, 601 Poydras
21   Street, New Orleans, Louisiana 70130, on
22   Thursday, May 26, 2011.
23
24
25

361

1   APPEARANCES:
2
3   ON BEHALF OF THE PLAINTIFFS
    STEERING COMMITTEE:
4
       LIEFF, CABRASER, HEIMANN & BERNSTEIN
5      (BY:  STEVEN E. FINEMAN, ESQUIRE)
          ANNIKA K. MARTIN, ESQUIRE
6      250 HUDSON STREET, 8TH FLOOR
       NEW YORK, NEW YORK 10013-1413
7
8
       U.S. DEPARTMENT OF JUSTICE
9      ENVIRONMENT & NATURAL RESOURCES DIVISION
       (BY:  NANCY FLICKINGER, ESQUIRE)
10     SENIOR ATTORNEY
       ENVIRONMENT ENFORCEMENT SECTION
11     BEN FRANKLIN STATION
       P.O. BOX 7611
12     WASHINGTON, D.C. 20044
13        ATTORNEYS FOR THE UNITED STATES
14
       KIRKLAND & ELLIS, LLP
15     (BY:  GEOFFREY A. DAVID, ESQUIRE)
       601 LEXINGTON AVENUE
16     NEW YORK, NEW YORK 10022
17        ATTORNEYS FOR BP
18
       PREIS & ROY, PLC
19     (BY:  RICHARD J. HYMEL, ESQUIRE)
          ROBERT L. BLANKENSHIP, ESQUIRE)
20     VERSAILLES CENTRE
       102 VERSAILLES BOULEVARD
21     SUITE 400
       LAFAYETTE, LOUISIANA 70501
22
          ATTORNEYS FOR TRANSOCEAN
23
24
25

362

1   APPEARANCES (Continued):
2
3      PREIS & ROY
       (BY:  CARL J. HEBERT, ESQUIRE)
4      PAN AMERICAN LIFE CENTER
       601 POYDRAS STREET, SUITE 1700
5      NEW ORLEANS, LOUISIANA 70130
6         ATTORNEYS FOR TRANSOCEAN
7
       GODWIN RONQUILLO
8      (BY:  FLOYD R. HARTLEY, JR., ESQUIRE)
       1201 ELM STREET
9      SUITE 1700
       DALLAS, TEXAS 75270-2041
10
11        ATTORNEYS FOR HALLIBURTON
12     BINGHAM McCUTCHEN
       (BY:  NANCY M. WILMS, ESQUIRE)
13        JESUS R. CHAVEZ, ESQUIRE)
       355 SOUTH GRAND AVENUE, SUITE 4400
14     LOS ANGELES, CALIFORNIA 90071-2106
15        ATTORNEYS FOR ANADARKO PETROLEUM
          AND MOEX OFFSHORE 2007, LLC
16
17
       JONES, WALKER, WAECHTER, POITEVENT,
18     CARRERE & DENEGRE, LLP
       (BY:  THOMAS M. NOSEWICZ, ESQUIRE)
19     201 ST. CHARLES AVENUE
       NEW ORLEANS, LOUISIANA 70170-5100
20
          ATTORNEYS FOR WEATHERFORD
21
22
       BECK, REDDEN & SECREST, LLP
23     (BY:  ERIC J.R. NICHOLS, ESQUIRE)
       515 CONGRESS AVENUE, SUITE 1750
24     AUSTIN, TEXAS 78701
25        ATTORNEYS FOR CAMERON INTERNATIONAL

363

1   APPEARANCES (Continued):
2
3      MORGAN, LEWIS
       (BY:  PAUL E. KRIEGER, ESQUIRE)
4      1000 LOUISIANA STREET, SUITE 400
       HOUSTON, TEXAS 77002-5006
5
          ATTORNEYS FOR M-I, LLC
6
7      WARE, JACKSON, LEE & CHAMBERS, LLP
       (BY:  WENDY WARE BISHOP, ESQUIRE)
8      AMERICA TOWER
       2929 ALLEN PARKWAY
9      HOUSTON, TEXAS 77019
10        ATTORNEYS FOR DRIL-QUIP
11
12
13
14   ALSO PRESENT:
15
       KARL STIEGMAN, CLVS
16     DEPO-VUE, INC.
17
18
19   REPORTED BY:
20
       DIANE TEWIS CLARK, RPR, RMR, CRR
21     CERTIFIED COURT REPORTER
       LOUISIANA LICENSE NO. 73005
22     ARKANSAS LICENSE NO. 672
23
24
25

1 (Pages 360 to 363)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

Reported By:

ROBERT QUITZAU VOL. II                    May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

---

364

* * *

EXAMINATION INDEX

Page

EXAMINATION BY MR. DAVID...............367
EXAMINATION BY MR. HEBERT.............443
EXAMINATION BY MR. HYMEL..............505
EXAMINATION BY MR. HARTLEY............555
EXAMINATION BY MS. WILMS...............670

* * *

INDEX OF EXHIBITS

Page

Exhibit No. 2657.......................468
  E-Mail - From: Watson, Pat Sent: Mon
5/24/2010 5:43:26 PM - Subject: RE:
Macondo, ANA-MDL-000276761 -
ANA-MDL-000276768

Exhibit No. 2658.......................511
  E-Mail - From: Hafle, Mark E Sent:
Sun Mar 14 14:16:19 2010 - Subject:
RE: FIT or LOT for Bypass
BP-HZN-MBI00110676 BPD107-199077

Exhibit No. 2659.......................514
  Drilling & Completions MOC Initiate
(date initiated 4/14/2010)
BP-HZN-MBI00143259 -
BP-HZN-MBI00143261

Exhibit No. 2660.......................521
  Deepwater Horizon Accident
Investigation Report - dated September
8, 2010

365

Exhibit No. 2661.......................521
  E-Mail - From: Quitzau, Robert Sent:
Thur 4/8/2010 6:17:34 PM - Subject:
FW: Macondo Update - Casing Plan
ANA-MDL-000007435 - ANA-MDL-000007436
ADR017-007435 - ADR017-007436

Exhibit No. 2662.......................564
  E-Mail - From: Bodek, Robert Sent:
Thu Mar 11 14:45:18 2010 - Subject:
Add to Macondo WellSpace
BP-HZN-2179MDL00010456

Exhibit No. 2663.......................584
  E-Mail - From: Quitzau, Robert Sent:
Fri 3/19/2010 2:12:46 PM - Subject:
RE: Macondo
ANA-MDL-000056879 - ANA-MDL-000056881
ANA-MDL-000055595
Exhibit No. 2664.......................611
  E-Mail - From: Burton, Forrest Sent:
Mon 4/12/2010 11:55:19 AM - Subject:
FW: Macondo TD Reached
ANA-MDL-000050370 - ANA-MDL-000050371
Exhibit No. 2665.......................624
  E-Mail - From: Estes, Vic Sent: Tue
6/1/2010 7:04:39 PM - Subject: RE:
ANA-MDL-000273401

Exhibit No. 2666.......................627
  Handwritten Notes
ANA-MDL-000274636 - ANA-MDL-000275007

366

S T I P U L A T I O N

It is stipulated and agreed by and
between counsel for the parties hereto that
the deposition of the aforementioned witness
is hereby being taken pursuant to the Federal
Rules of Civil Procedure;

All formalities, excluding the reading
and signing of the transcript by the witness,
are hereby waived;

All objections, except those as to the
form of the question and the responsiveness
of the answer, are hereby reserved until such
time as this deposition, or any part thereof,
may be used or sought to be used in evidence.

* * *

DIANE TEWIS CLARK, RPR, RMR, CRR,
Certified Court Reporter, State of Louisiana,
officiated in administering the oath to the
witness.

367

THE VIDEOGRAPHER:
This is the continuation
videotaped deposition of Robert Quitzau.
Today's date is May the 26th, 2011. We're
now on the record. It's 8:28.
EXAMINATION BY MR. DAVID:
Q. Good morning, Mr. Quitzau. I'm
Geoffrey David. I'm with the law firm of
Kirkland & Ellis.
As you may know, we represent BP
in this matter, and I have about an hour and
15 minutes. I don't know if I'll take the
entire time. Hopefully, we can make it as
short as possible so you can get out of here,
or at least on to the next examination.
Mr. Fineman went through several
different topics yesterday, and I'm apologize
if I go through and repeat a little bit, but
I want to develop those a little bit further.
So the first one I'd like to go
through is your responsibilities on the
Macondo well. And I believe you -- you
testified yesterday that you took over as the
drilling engineer for the Macondo well for
Anadarko on or about March 18th; is that

---

2 (Pages 364 to 367)

601 Poydras Street, Suite 1720       GAUDET KAISER, L.L.C.       Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters   Facsimile: (504) 525-9109

Exhibit X
Page 135

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported By:
ROBERT QUITZAU VOL. II                    May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

368

1    correct?
2        A.    That's correct.
3        Q.    All right.  And from whom did
4    you take over that role?
5        A.    Josh Nichols.
6        Q.    Okay, and Josh Nichols.  And
7    whom did you report to?
8        A.    Mike Pfister.
9        Q.    Okay.  And when you took over
10   this role from Mr. Nichols, did Mr. Pfister
11   tell you what your responsibilities were?
12       A.    Mr. Pfister told me to take over
13   the responsibilities from Josh and to talk to
14   Josh and -- and continue to do what Josh did.
15   So I talked to Josh and did do.
16       Q.    So you never received any
17   explicit direction from Mr. Pfister about
18   what your role would be?
19       A.    That's correct.
20       Q.    Okay.  How did Mr. Nichols
21   describe the role?
22       A.    Mr. Nichols described his role
23   as giving a morning update -- a short morning
24   update in the morning drilling meetings that
25   we have on the weekdays and to keep up, to be

369

1    ready to provide answers to the asset team,
2    and those were mainly related to whether or
3    not the well would reach the geological
4    objectives.
5        Q.    Right.  And I believe yesterday
6    you said that your -- your duties included,
7    in one part, tracking the progress of the
8    well and, in the second part, is reporting on
9    the well to -- to various employees of
10   Anadarko; is that correct?
11       A.    The -- the two functions would
12   be to give the update in the morning meeting
13   and then to provide updates as needed on
14   whether or not we could reach -- whether or
15   not the well could reach geological
16   objectives to the asset team.
17       Q.    Okay.  And were you familiar
18   with these roles and duties, I guess, from
19   your previous experience at Anadarko?
20       A.    No, I wasn't.
21       Q.    Okay.  How did these work --
22       A.    Oh, may I correct that?  The
23   role of reporting in the morning meeting, the
24   30-second update, I mean, I was familiar with
25   that.  But the -- the actual interface with

370

1    the team, I was not.
2        Q.    Okay.  So how -- how did the
3    interface with the team differ from your
4    previous responsibilities?
5        A.    My previous responsibilities as
6    drilling engineer with -- were with wells
7    that we -- that Anadarko operated.  And in
8    that function, I would deal with various
9    vendors and various experts within the
10   Anadarko -- Anadarko vendor system, working
11   with an entire team of people to put together
12   a well plan.
13       Q.    Okay.  So could you briefly
14   describe your duties, I guess, when Anadarko
15   was an operator of the well?
16       A.    We would form -- we would get
17   the well objectives from the geology group
18   and asset team.  We would put together a well
19   design, casing plan, pore pressure analysis.
20   All the various vendors would come together
21   and contribute practices and procedures and
22   materials and equipment that would contribute
23   to the well design.
24       Q.    And in that role, when you were
25   drilling -- drilling engineer where Anadarko

371

1    was the operator of the well, who would tell
2    you what your responsibilities were?
3        A.    I answered to Mike Pfister, and
4    he would advise me or tell me what those
5    responsibilities would be.
6        Q.    Okay.  So is -- was Mike Pfister
7    in your role when Anadarko was a non-operator
8    of the Macondo well and Mike Pfister when
9    your role as a drilling engineer when
10   Anadarko was an operator of the well?
11       A.    Can you restate the question or
12   repeat the question?
13       Q.    Sure.  Mike -- you always
14   reported to Mike Pfister --
15       A.    Yes.
16       Q.    -- when you were at Anadarko?
17       A.    Yes.
18       Q.    Now, in your role as a drilling
19   engineer on the Macondo well, did you use any
20   of the skills that you'd established and used
21   in your role -- your previous roles at
22   Anadarko?
23       A.    Yes.
24       Q.    Okay.  And what were they?
25       A.    Giving -- giving the morning

3 (Pages 368 to 371)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010          Reported By:
ROBERT QUITZAU VOL. II          May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

---

372

1    meeting updates, 30 seconds, would require a
2    quick review of morning -- morning reports
3    and then speaking before the group.  And then
4    with regard to tracking the progress towards
5    the geological objective, again, simply
6    reading morning reports, identifying where
7    mud weight increases occurred and -- and
8    throwing that into my updates.  And any time
9    there would be shoe tests, I would look at
10   those and put those into the updates as well.
11       Q.    Okay.  And would you also
12   examine the -- the design of the well at all?
13       A.    No.
14       Q.    How would you -- what -- how
15   would you qualify the design of the well?
16   What is included in the design of the well?
17       MS. WILMS:
18           Object to form.
19       THE WITNESS:
20           The design of the well would
21   include a very large number of things.  That
22   would include the hole size selection,
23   interface with the completion engineers to
24   make sure that the proper geological
25   objectives and -- and asset team objectives

---

373

1    were achieved.
2           There -- deepwater, there are
3    generally annular pressure buildup analyses
4    run, confirming and making sure that all of
5    the components in the well have enough
6    integrity to hold the loads, putting together
7    procedures for drilling the well.
8           That's what I can think of right
9    now.
10       Q.    Would it -- would the design of
11   the well include everything from the
12   beginning of the well, from spud all the way
13   through either permanent abandonment or
14   temporary abandonment?
15       A.    Yes.
16       Q.    And what is your understanding
17   of temporary abandonment procedures?
18       A.    Temporary abandonment would be
19   to leave the well in a state that it could be
20   reentered for various reasons.
21       Q.    Okay.  And did you monitor
22   the -- the Macondo well as it was going
23   through the temporary abandonment process?
24       A.    What do you mean by "monitor"?
25       Q.    I believe you stated before that

---

374

1    you would -- as part of your tracking, you
2    would monitor the well.  Did you do similar
3    tracking when the well was going through the
4    temporary abandonment process?
5        A.    My tracking of progress tracked
6    the process through the geological
7    objectives, and after that, I did not track
8    progress.  So I did not track progress or
9    monitor during the abandonment -- temporary
10   abandonment.
11       Q.    Okay.  And about what date did
12   you stop tracking progress?
13       A.    I don't know the exact date, but
14   the -- when wireline logs were finished being
15   run through the -- through the objective,
16   that -- at that point, I would consider the
17   well to have met the geological objectives.
18       Q.    So would it be fair to say maybe
19   on or about April 14th?
20       A.    That's approximate.
21       Q.    Okay.  And after -- after your
22   tracking, would anyone at Anadarko take over
23   that role of tracking the progress of the
24   well?
25       A.    No one took over that role of

---

375

1    tracking the progress.
2        Q.    So would anyone else log onto
3    WellSpace to track the progress of the well?
4        A.    When I say "track the progress
5    of the well," I'm meaning track the drilling
6    progress of the well.  And what the others
7    would do as far as logging on, I -- I don't
8    know.
9        Q.    Okay.  So what -- so besides
10   tracking the drilling progress, what else --
11   what would other people do at Anadarko to
12   monitor the Macondo well?
13       MS. WILMS:
14           Object to form.
15       THE WITNESS:
16           Geoscientists would perhaps
17   continue to download logging data to evaluate
18   the objective zone would be one possibility.
19   EXAMINATION BY MR. DAVID:
20       Q.    Is there anyone in your
21   opinion -- is there anyone at Anadarko whose
22   responsibility it was to monitor the Macondo
23   well after you stopped monitoring the -- the
24   drilling activities on the Macondo well?
25       A.    From a drilling standpoint, I'm

---

4 (Pages 372 to 375)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                Reported By:
ROBERT QUITZAU VOL. II                    May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

376

1    not aware of anybody else who would continue
2    monitoring the -- the activities on the well.
3        Q.    From a geological standpoint?
4        A.    I don't know that for sure, but
5    I suspect the geologists would be --
6    continued to monitor -- they might continue
7    to monitor, again, downloading --
8    log formation evaluation files and things
9    like that.
10       Q.    Anyone else at Anadarko?
11       A.    There could be more.  I -- I
12   can't think of who else it would be.  Perhaps
13   different people on the project team.
14            As I testified earlier, there
15   are several groups, and they -- they have
16   files that they keep as a matter of record.
17   So they might be accessing WellSpace, for
18   example, to download reports just for the
19   sake of file completeness.
20       Q.    And would you access WellSpace
21   after you stopped monitoring the drilling
22   progress of the well?
23       A.    Yes.
24       Q.    Okay.  And why would you do
25   that?

377

1        A.    To continue -- while the
2    drilling progress, as I described, is
3    finished, I still continued to make 30-second
4    updates in the morning meetings.  So in
5    preparation for that, I would download
6    drilling reports sufficient to make -- to
7    make those updates.  And then, continually,
8    as the asset team continues to have
9    questions, I would try to be prepared to
10   answer those questions.
11       Q.    Okay.  I believe yesterday you
12   spoke about your -- your preparation for the
13   morning meetings.  I think you said that
14   you'd check WellSpace, InSite Anywhere,
15   e-mails, calls, records that you had to
16   prepare for these morning meetings; is
17   that -- is that correct?
18       MS. WILMS:
19            Object to form.
20       THE WITNESS:
21            For morning meetings, it was
22   predominantly downloading information from
23   WellSpace, which would include drilling
24   operating reports, mud logging reports, and
25   possibly pore -- pore pressure frac gradient

378

1    reports.
2        EXAMINATION BY MR. DAVID:
3        Q.    Okay.
4        A.    And possibly geological reports.
5        Q.    In your 30-second presentations,
6    what would you include?
7        MS. WILMS:
8            Object to form.
9        THE WITNESS:
10           It would be a simple summary of
11   the activity on the rig since my last report
12   to the group.
13       EXAMINATION BY MR. DAVID:
14       Q.    And what would those summaries
15   include?
16       A.    The major activities that were
17   conducted.
18       Q.    Okay.  So what type of -- for
19   example, what type of major activities?
20       MS. WILMS:
21           Object to form.
22       THE WITNESS:
23           Drilling, casing running, BOP
24   testing, just generally what took up time
25   during the day.

379

1        0EXAMINATION BY MR. DAVID:
2        Q.    Okay.  I believe you -- and so
3    this would primarily be based on the daily
4    operations reports?
5        A.    Yes.
6        Q.    Okay.  And when would you look
7    at the daily geological reports or the pp/fg
8    reports?
9        A.    My normal routine -- our
10   meeting's at 7:30.  So my normal routine is
11   when I would first get in, anywhere from 6
12   o'clock to 7 o'clock would be to look at
13   reports so that I could get an understanding
14   of what happened on the rig since my last
15   update.  And hope -- my hopes would be that I
16   would have the drilling operating reports,
17   and that would give me what I need.  And if
18   those didn't come in that morning, I would
19   look at the mud log report or the geological
20   report or the pore pressure frac gradient
21   report to get an idea of what happened on the
22   rig.
23       Q.    Okay.  So you would only look --
24   would it be fair to say that you would only
25   look at the daily geological reports or the

5 (Pages 376 to 379)

601 Poydras Street, Suite 1720      GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters   Facsimile: (504) 525-9109

Exhibit X
Page 138

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                Reported By:

ROBERT QUITZAU VOL. II          May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

---

380

1    mud logging reports or the pp/fg reports if
2    the daily operations report hadn't posted
3    yet?
4        MS. WILMS:
5            Object to form.
6        THE WITNESS:
7            For the purpose of giving
8    morning updates, that's correct.  And so as I
9    prepared well plan updates, as is described
10   in my e-mails, that might take place at other
11   times during the day.  And so the pore
12   pressure frac gradient report, for example,
13   might have information that would be relative
14   to a well plan update.
15   EXAMINATION BY MR. DAVID:
16       Q.    And why did you have these
17   meetings Monday through Friday?
18       MS. WILMS:
19           Object to form.
20       THE WITNESS:
21           It's a standard Anadarko
22   drilling practice.  I don't know why -- what
23   their reasoning is.
24   EXAMINATION BY MR. DAVID:
25       Q.    Would you present on any other

---

381

1    wells besides Macondo?
2        A.    If -- if I'm the drilling
3    engineer for a well that is currently
4    operating, I would present an update on the
5    well that I'm following.
6        Q.    Right.  In the period of
7    March 18th through April 20th, would you
8    present on any other well besides the Macondo
9    well?
10       A.    Yes.  Yes, I would.
11       Q.    Which -- which wells did you
12   present on?
13       A.    There's a well called Green
14   Canyon 608 A-8, Sidetrack 01, ST01.
15       Q.    Is that all one well?
16       A.    That's one well, yes.  And then
17   there might have been another well.  I don't
18   remember if it was within that time -- time
19   period.  It was another Green Canyon well.  I
20   don't remember the name of it.
21       Q.    And was Anadarko an operator of
22   the Green Canyon well?
23       A.    Yes.
24       Q.    Okay.  Were there any
25   non-operators of the Green Canyon well?

---

382

1        A.    That 608 well, my understanding
2    is, is that it's 100 percent Anadarko.  I
3    could be wrong about that.
4        Q.    So you -- were you the primary
5    drilling engineer on the Green Canyon well?
6        A.    Yes.  And, again, Josh Nichols
7    had that well, and when he left, I took over
8    near the end of the well.  So I was the
9    primary drilling engineer during that time
10   period.
11       Q.    Okay.  And in the morning
12   meetings, from the period of March 18th
13   through April 20th, did you report on any --
14   any other topics besides the Macondo well and
15   the Green Canyon well?
16       MS. WILMS:
17           Or wells, just to clarify.
18       THE WITNESS:
19           Yeah.  If -- to the extent that
20   the other well occurred in that time period,
21   I would report on any wells that I was a
22   drilling engineer on.
23   EXAMINATION BY MR. DAVID:
24       Q.    Okay.  Let me.  So besides
25   the -- the Green Canyon well and the Macondo

---

383

1    well, there may have been other wells?
2        A.    I described two Green Canyon
3    wells.
4        Q.    I'm sorry.
5        A.    The 608 well that I wrote --
6    gave you, yes, I was clearly the engineer
7    during that period.  There was another Green
8    Canyon well that I took over for a short
9    period.  It was a MODU-operated well, and I
10   don't recall the exact dates of when -- that
11   was a week of -- like about ten days to two
12   weeks, and I don't remember the exact dates
13   of that.
14           So if that occurred during that
15   time, then I would have at various times been
16   looking and reporting on two different
17   Anadarko-operated wells.
18       Q.    Okay.  And for that other well,
19   were you the -- was Anadarko the --
20   operator of that well?
21       A.    Yes.
22       Q.    And were you the primary
23   drilling engineer on that well?
24       A.    Yes.
25       Q.    Have you ever been a drilling

---

6 (Pages 380 to 383)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                      Reported By:
ROBERT QUITZAU VOL. II                    May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

384

1    engineer for an Anadarko-operated well where
2    there has been a non-operator involved?
3        A.   Yes, I have.
4        Q.   And what did you expect out of
5    that non-operator?
6        A.   When you say "expect," do you
7    mean what do I expect them to contribute or
8    what do I expect them to ask?
9        Q.   How about we take it in two
10   parts. First, what -- what do you expect
11   them to contribute?
12       A.   I don't expect them to
13   contribute anything.
14       Q.   So when you say "contribute," do
15   you mean finances? Do you mean knowledge?
16   Do you mean --
17       A.   I'm speaking with reference to
18   the drilling practices. That's all I'm
19   talking about here is the actual drilling
20   practices that I'm involved in.
21       Q.   Okay.
22       A.   So from a project standpoint,
23   you know, the non -- the nonoperator
24   participants contribute much to the project,
25   and that's all outside my scope of work.

385

1        Q.   So for the nonoperating drilling
2    engineer, would you -- sorry -- would you
3    interact with a nonoperating drilling
4    engineer?
5        A.   If they would like to interact,
6    then I would interact with them.
7        Q.   Okay. And would you expect them
8    to ask questions?
9        A.   From time to time, I would
10   expect them to ask questions.
11       Q.   And why would you expect them to
12   ask questions?
13       A.   Typically, they would be
14   responding to questions from their asset
15   team, and they would contact me to forward
16   those questions on.
17       Q.   What types of questions would
18   they ask?
19       MS. WILMS:
20           Object to form.
21       THE WITNESS:
22           It could be a very wide range of
23   questions. For example, if there were some
24   drilling troubles, stuck pipe, or parted
25   casing, they might call to inquire what's

386

1    going on.
2    EXAMINATION BY MR. DAVID:
3        Q.   Okay. Any -- any other types of
4    questions?
5        MS. WILMS:
6           Object to form.
7    EXAMINATION BY MR. DAVID:
8        Q.   Mud weight, casing? Anything
9    that would normally be on an operation
10   report, pp/fg report?
11       A.   Things like formation evaluation
12   questions, they might call to ask about that.
13   In other words, the asset team says, you
14   know, can they run this log or cut this core.
15   The drilling person might call me and just
16   find out, you know, what our plans are and
17   what -- what our concerns might be.
18       Q.   Would you expect the
19   nonoperating drilling engineer to make any
20   suggestions?
21       MS. WILMS:
22           Object to form.
23       THE WITNESS:
24           I would not expect that. I
25   wouldn't expect it, but they -- sometimes

387

1    they do.
2    EXAMINATION BY MR. DAVID:
3        Q.   Okay --
4        A.   So in --
5        Q.   Sorry, go ahead, sir.
6        A.   Again, what do you mean by
7    "expect"? In other words, I'm not expecting
8    them to do it, but when there's trouble, then
9    I -- they probably will and do.
10       Q.   How about this, I'll rephrase it
11   slightly.
12           Do you view it as the
13   nonoperating drilling engineer's role and
14   responsibility to make suggestions?
15       A.   I do not.
16       Q.   And how do you know what the
17   role and responsibility would be for the
18   nonoperating drilling engineer?
19       A.   That's just what I understand.
20       Q.   And how did you come to
21   understand that?
22       A.   Over the years, that seems to be
23   the norm.
24       Q.   So based on your experience
25   before your work at Anadarko and your work at

7 (Pages 384 to 387)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:
ROBERT QUITZAU VOL. II                    May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

388

1    Anadarko, you've come to define the role and
2    responsibility of a nonoperating drilling
3    engineer?
4         MS. WILMS:
5              Object to form.
6         THE WITNESS:
7              Based on all that experience,
8    I've defined the role of an operating
9    engineer, and with that understanding, that
10   defines the role of a nonoperating -- in
11   other words, how I see the nonoperating
12   engineers is based on my long experience as
13   an operating engineer. I know -- I know what
14   they do when they ask questions, and that's
15   how -- over the years, that's how I've gained
16   my understanding of that role.
17   EXAMINATION BY MR. DAVID:
18        Q.    Of the -- the operating
19   engineer?
20        A.    Yeah. My experience is with
21   the -- as an operating engineer, and through
22   that experience, I understand how the
23   nonoperating engineers have -- have been
24   involved or not involved.
25        Q.    So no one at Anadarko, when you

389

1    were working on Anadarko-operated wells,
2    would tell you what the role and
3    responsibility was for the nonoperating
4    drilling engineer?
5         A.    I don't recall anybody telling
6    me that.
7         Q.    Okay. Now, coming back to
8    your -- the monitoring of the well, I believe
9    you said that you'd look at daily operations
10   reports, pp/fg reports, daily geological
11   reports, daily mud reports.
12             Would you look at anything else?
13        MS. WILMS:
14             Object to form.
15        THE WITNESS:
16             Did you say mud log reports?
17   EXAMINATION BY MR. DAVID:
18        Q.    Mud log reports, yes.
19        A.    Yes.
20        Q.    Anything else?
21        A.    It's possible. I don't recall
22   all the different things that are on
23   WellSpace.
24        Q.    But you'd -- would you say it is
25   your responsibility to look at anything that

390

1    was posted on WellSpace?
2         A.    It is not my responsibility to
3    look at anything that's on WellSpace.
4         Q.    What is it your responsibility
5    to look at on WellSpace?
6         A.    My responsibility is to get
7    whatever information I can, to give the
8    update in the morning meeting or whatever I
9    think I need to track the progress of the
10   well towards the geological objective.
11        Q.    So in addition to the daily
12   operations reports, the pp/fg reports, the
13   daily geological reports, the mud logging
14   reports, what else would you look at from
15   Wire -- sorry, from WellSpace to prepare for
16   your morning meetings?
17        MS. WILMS:
18             Object to form.
19        THE WITNESS:
20             There might have been other
21   things, but those are the main ones. I can't
22   recall anything --
23   EXAMINATION BY MR. DAVID:
24        Q.    Would you look at wireline logs?
25        A.    I don't recall looking at

391

1    wireline logs to prepare for the morning
2    meeting.
3         Q.    Would you look at MWDs or LWDs?
4         A.    As we drilled -- as BP drilled
5    through the objective, I would and did look
6    at formation evaluation LWD logs to see what
7    the pay zones looked like. And there might
8    have been one or two meetings in there when I
9    looked at that prior to the morning meeting.
10        Q.    And why would you look at the --
11   the pay zones?
12        A.    Just to understand what we're
13   drilling or what BP's drilling.
14        Q.    Okay. Why -- why is that
15   important?
16        A.    The asset team is very, very
17   interested in that, and I wanted to be
18   prepared to respond to any questions that
19   they might have. They're very excited during
20   that time. So I want to be prepared, you
21   know, to deal with any requests they might
22   have.
23        Q.    And how often would they ask
24   you -- the asset team, how often would the
25   asset team ask you for updates on the well?

8 (Pages 388 to 391)

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters   Facsimile: (504) 525-9109

Exhibit X
Page 141

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:
ROBERT QUITZAU VOL. II                              May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

392

```
1         MS. WILMS:
2              Object to form.
3         THE WITNESS:
4              I guess through the history of
5    this well, they asked several times. It
6    wasn't regular. I don't recall the exact
7    number.
8         EXAMINATION BY MR. DAVID:
9         Q.   Is it like everyday?
10        A.   It was not everyday.
11        Q.   How many times a week would you
12   say?
13        A.   Again, I can recall three or
14   four times during the course of my
15   involvement, and I couldn't quantify it in
16   times per week.
17        Q.   And that's in addition to the
18   morning meetings; correct?
19        A.   That's correct.
20        Q.   And did it increase in frequency
21   as you approached TD?
22        MS. WILMS:
23             Object to form.
24        THE WITNESS:
25             Again, I can't -- I don't
```

393

```
1    remember the exact frequency and timing of
2    all -- the few e-mails -- however many
3    e-mails they submitted.
4         EXAMINATION BY MR. DAVID:
5         Q.   But would you say it became more
6    frequent as you approached TD?
7         MS. WILMS:
8              Object to form.
9         THE WITNESS:
10             I can't remember the exact
11   frequencies. The -- the requests for few
12   enough in number over the time period that
13   I -- I couldn't quantify the exact
14   frequencies.
15        EXAMINATION BY MR. DAVID:
16        Q.   Would you ever report without a
17   request?
18        A.   It's possible that I've reported
19   without a request.
20        Q.   Would it view -- would you view
21   it your duty to -- role and responsibility to
22   report without a request?
23        A.   I would not view it as my duty.
24        Q.   Okay. Now, when you're looking
25   at the -- we'll take the daily operations
```

394

```
1    reports. When you're looking at the daily
2    operations reports, what are you specifically
3    looking at?
4         A.   There's no general rule. But
5    typically, I would look at the 24-hour
6    summary and then skim through the -- the
7    operating steps on the morning report, where
8    they -- where they describe the operations
9    and the exact time range those operations
10   were conducted. I'd skim through that fairly
11   quickly.
12             And I might look at the --
13   there's a block in there on mud properties,
14   which would include mud weights. So I'd
15   generally look at that.
16             And then at the very end of the
17   report, there's a -- similar operating steps
18   from midnight to 5:00 a.m. I would typically
19   look at that to see what they had done from
20   midnight to 5:00 a.m.
21        Q.   Okay. And when you're looking
22   at what they did, is there any specific
23   action that you're looking for in particular?
24        MS. WILMS:
25             Object to form.
```

395

```
1         THE WITNESS:
2              No. Typically, just to get a
3    feel for what they're doing during that day
4    and what the bulk of the time was spent on
5    during the day. And then with regard to
6    updates, the one thing that -- that would be
7    specific would be any changes in mud weights.
8    So if I could see where they changed the mud
9    weight, what depth, I would look for that.
10        EXAMINATION BY MR. DAVID:
11        Q.   So why are you particularly
12   interested in mud weight?
13        A.   As I described earlier, the mud
14   weights, I would put into my well plan
15   update.
16        Q.   And we'll get to the well plan
17   update. We'll discuss that.
18             Would you look at anything
19   besides mud weight in particular?
20        A.   Again, as I described earlier,
21   the shoe test, I would capture that and look
22   for that. They'll spell that out very
23   clearly, and so I would look at that just to
24   see, you know, what they recorded as their
25   shoe test.
```

**9 (Pages 392 to 395)**

Exhibit X
Page 142

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported By:
ROBERT QUITZAU VOL. II                    May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

396

```
 1        Q.   Would you look at LOTs or FITs?
 2        A.   That's a shoe test.
 3        Q.   Shoe test, right.
 4        A.   Yeah.
 5        Q.   Okay.  Were you responsible for
 6   looking at -- I think it's PelGraph reports.
 7        A.   Can you say that again?
 8        Q.   PelGraph.  PelGraph, I think
 9   it's P-E-L-G-R-A-F?
10        A.   I'm not familiar with that term.
11        Q.   Did you view it as your
12   responsibility to also review the -- the
13   analysis of the pay zone?
14        A.   What do you mean by "the
15   analysis of the pay zone"?
16        Q.   My understanding is after the
17   pay zone is hit, there's an analysis done on
18   the hydrocarbons that are released from that
19   pay zone, and then that would be shared with
20   Anadarko.
21             Would it be your responsibility
22   to review those reports?
23        MS. WILMS:
24             Object to form.
25        THE WITNESS:
```

397

```
 1             No, it would not.
 2   EXAMINATION BY MR. DAVID:
 3        Q.   Whose -- whose responsibility
 4   would it be?
 5        MS. WILMS:
 6             Object to form.
 7        THE WITNESS:
 8             I don't know for sure, but,
 9   likely, the exploration geologist would look
10   at that, and the petrophysicist would look at
11   that.
12   EXAMINATION BY MR. DAVID:
13        Q.   And when you're looking at the
14   shoe test and the mud weight, if there had
15   been a shoe test or change in mud weight,
16   would you also look at the pp/fg reports?
17        MS. WILMS:
18             Object to form.
19        THE WITNESS:
20             I looked at pp/fg reports any
21   time I was interested in pore pressure, mud
22   weight and loss -- any indication of the
23   formation fracture weak -- formation fracture
24   weakness, which would include a shoe test as
25   well, yes.
```

398

```
 1   EXAMINATION BY MR. DAVID:
 2        Q.   And how often would you look at
 3   the pp/fg reports?
 4        A.   As needed.  Sometimes they
 5   didn't come in or weren't -- there wasn't one
 6   submitted.  But they -- they would contain
 7   relevant information to what I just
 8   described.
 9        Q.   All right.  So that sometimes
10   they didn't come in or weren't submitted,
11   you -- on WellSpace, you always had the
12   necessary documents to do your job; correct?
13        MR. HEBERT:
14             Object to form.
15        THE WITNESS:
16             No, that's not correct.
17   EXAMINATION BY MR. DAVID:
18        Q.   Okay.  Then what were you
19   missing from WellSpace?
20        A.   Occasionally, the daily
21   operating reports would not come in at the
22   time that I needed them.
23        Q.   I think you referenced that
24   yesterday.  Around April 18th, you said that
25   you were perhaps missing some daily
```

399

```
 1   operations reports.  That's after April 14th,
 2   though, right?
 3             You had stopped monitoring the
 4   well at that point?
 5        A.   I did say that, and -- the exact
 6   date, I'd have to go back and look at the
 7   WellSpace log.  But there were other times
 8   when -- when the daily operating report would
 9   not come in.  I don't remember the dates.
10             In those cases, as I described
11   earlier, then I would go to the mud log
12   reports or the geological report.
13        Q.   And those reports eventually
14   were posted to WellSpace, though; correct?
15        A.   I recall they were eventually
16   posted to WellSpace.
17        Q.   And did -- when they were posted
18   to WellSpace, did you review those -- those
19   documents?
20        A.   My practice was -- as many other
21   functions, was to keep a record in our
22   well -- standard well file, electronic well
23   file.  So I would download the reports that
24   came in late, but that does not necessarily
25   mean that I would look at them or review
```

**10 (Pages 396 to 399)**

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters   Facsimile: (504) 525-9109

Exhibit X
Page 143

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported By:
ROBERT QUITZAU VOL. II          May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

---

400

1   them.
2       Q.   And when you, I guess,
3   downloaded them and posted them, when you did
4   review them, did that change your -- your
5   view or opinion on the progress of the
6   Macondo well?
7       MS. WILMS:
8           Object to form.
9       THE WITNESS:
10          I don't recall.  I don't recall
11  that happening.
12  EXAMINATION BY MR. DAVID:
13      Q.   Okay.  When you'd download the
14  daily operations reports, why would you not
15  look at some of them?
16      MS. WILMS:
17          Object to form.
18      THE WITNESS:
19          If I got enough information off
20  the -- the mud log report or other reports,
21  that's all I needed.
22  EXAMINATION BY MR. DAVID:
23      Q.   Okay.  So you viewed it as
24  sufficient to look at the mud log report or
25  the pp/fg reports or daily geological reports

---

401

1   that were posted?
2       A.   That would depend on the
3   operations that were conducted on the well.
4       Q.   And if they were, what
5   operations would not be -- sorry.  What would
6   the daily -- the daily geological reports,
7   the pp/fg reports, and mud logging reports
8   provide that -- or not provide that you would
9   need for a particular operation?
10      MS. WILMS:
11          Object to form.
12      THE WITNESS:
13          I think I would need to
14  understand the operation to understand that
15  question that you're interested in.
16  EXAMINATION BY MR. DAVID:
17      Q.   So what type of operations would
18  not be included in the daily geological,
19  pp/fg, or mud logging reports?
20      MS. WILMS:
21          Object to form.
22      THE WITNESS:
23          The pp/fg and mud log reports
24  and geological reports would just be a very
25  short summary on the order of the 24-hour

---

402

1   summary on the daily operating report.  So to
2   the extent that I would be interested in
3   clarifying operating steps, then I would have
4   to go to the daily operating report.  And I
5   don't recall any specific operations that
6   would necessitate that I do that.  I just
7   can't think of any.
8       Q.   But when you -- when you needed
9   to, you did and could review the daily
10  operations reports from WellSpace?
11      MS. WILMS:
12          Object to form.
13      THE WITNESS:
14          As I said, sometimes when I
15  needed them, as in -- for my morning meeting,
16  they weren't available, and so I relied on
17  other meetings.  But I could -- eventually,
18  they would be in there if I needed them.  But
19  they -- if I needed them at a later time.
20  EXAMINATION BY MR. DAVID:
21      Q.   Did you ever monitor the Macondo
22  well for the safety of the operations on the
23  well?
24      A.   I did not.
25      Q.   Did you view it as your role and

---

403

1   responsibility to do so?
2       A.   I did not.
3       Q.   Did you ever receive any
4   instruction from anyone at Anadarko to
5   monitor the Macondo well for safety?
6       A.   I did not.
7       Q.   Did you think that that should
8   be part of your job?
9       A.   I did not.
10      Q.   Did you ever review anything in
11  your role as the drilling engineer for
12  Macondo well that alerted you to safety
13  concerns on the Macondo well?
14      A.   Can you repeat the question?
15      Q.   During the course of -- as the
16  drilling engineer for the Macondo well,
17  during the course of your review of material,
18  as you tracked the Macondo -- the course of
19  the drilling on the Macondo well, did you see
20  anything that caused you concern about
21  safe -- the safety of the operations on the
22  Macondo well?
23      MS. WILMS:
24          Object to form.  Go ahead.
25      THE WITNESS:

---

11 (Pages 400 to 403)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

Reported By:

ROBERT QUITZAU VOL. II          May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

404

1     I did not.
2     EXAMINATION BY MR. DAVID:
3          Q.    Do you -- in the course of your
4     monitoring the Macondo well, did you track
5     the cementing of any shoes or -- of any
6     shoes?
7          A.    My tracking would be simply to
8     acknowledge or be aware that the cementing
9     had occurred.  I didn't get into any detailed
10    evaluation of the cementing process.
11         Q.    Were you ever or did you ever
12    become aware of what type of cement was used
13    on the Macondo well?
14               This is before April 20th.
15         A.    So when I'm reading the drilling
16    operations report, I would see simply that
17    cement job was pumped, and there might be a
18    detailed list of additives.  I wouldn't read
19    that.  I might see the density, but that
20    would be about it.
21         Q.    And did you see anything in
22    the -- strike that.
23               Would you ever note cementing in
24    your morning meetings?
25         A.    Simply to say that they

405

1     conducted a cementing operation would be the
2     limit of my reporting.
3          Q.    I would like you to now open up
4     your binder, and we'll look at what was
5     previously marked as 1598.  And it was
6     yesterday out of the PS -- PSC, I think
7     Tab 1, for those who are looking on the CD.
8          A.    Can you say the number again?
9          Q.    1598.
10         A.    I don't see any 1598.
11    MS. WILMS:
12         Are you looking at the tab
13    numbers?
14    MR. DAVID:
15         It was previously marked 1598.
16    MS. WILMS:
17         We don't -- I don't see any
18    15's.  I don't know.  Maybe --
19    MR. DAVID:
20         We'll skip over that one for
21    right now, and we'll come back to it.
22         Can we go to 2624?
23         Go to 2624.
24    MS. FLICKINGER:
25         What tab?

406

1     MR. DAVID:
2          It's going to be tab -- I think
3     from PSC Tab 4.
4     MS. WILMS:
5          This one -- oh, that's the one.
6     That's 26.
7     MR. DAVID:
8          And I'm also going to reference
9     at the same time, just for ease, I think it
10    was DOJ's Tab 18, and that was marked as
11    2653.
12    MS. WILMS:
13         I have a copy of 1598, if you
14    want it.
15    EXAMINATION BY MR. DAVID:
16         Q.    All right.  So -- which I
17    believe you discussed this document
18    yesterday; is that correct?
19         A.    That's correct.
20         Q.
21               Okay.  And what is this
22    document?
23         A.    This is a series of e-mails in
24    which Derek Folger is asking for an update,
25    and Josh is introducing me to him and asking

407

1     me to provide Derek with that update.
2          Q.    Okay.  And if you scroll all the
3     way or go all the way to the last page, what
4     is that document?
5          A.    This is a plot of pore pressure
6     frac gradient, mud weights, and casing
7     setting depths, actual and potential future
8     casing setting depths.
9          Q.    Is that what you referred to
10    earlier as the well plan update?
11         A.    That is.
12         Q.    How often would you create
13    the -- these well plan updates?
14         A.    As needed.  And I don't have an
15    exact frequency on that.
16         Q.    As needed.  So you would be
17    requested to do that?
18         A.    I would follow and track the
19    progress of the well as it drilled.  And if
20    mud weight changes or leak off tests or shoe
21    tests were taken, I would update.  And if
22    someone asked for an update, then I would
23    also revisit and update the -- the plot.
24         Q.    So if there were changes in mud
25    weight or -- then you would update your plot?

601 Poydras Street, Suite 1720     GAUDET KAISER, L.L.C.     Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters   Facsimile: (504) 525-9109

Exhibit X
Page 145

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010     Reported By:

ROBERT QUITZAU VOL. II     May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

---

408

1     A.    There could be multiple changes
2  of update during the times that I would look
3  at this. I wouldn't -- I didn't necessarily
4  go in and update this every time the mud
5  weights were changed. So if there were many
6  mud weight changes when I look at it in the
7  morning, I might update that. But there's no
8  standard time for -- time format or
9  conditions for -- for the updates.
10     Q.   So how would you decide when to
11  update?
12     MS. WILMS:
13        Object to form.
14     THE WITNESS:
15        Again, I don't know that there's
16  any general decision process. But when I
17  would look at the morning reports, if I saw
18  that there were multiple updates, I might go
19  ahead and go in and add those updates to the
20  plot.
21  EXAMINATION BY MR. DAVID:
22     Q.   I believe yesterday you
23  described how you would create these, and
24  could you tell me again how you -- how would
25  you create these plots?

409

1     A.    The pore pressure, frac
2  gradient, mud weight, smooth dark curves, I
3  took those from a BP PowerPoint presentation
4  that I got from the information that Josh
5  Nichols provided me, which -- which I
6  believed to be a predrill estimate. And
7  the -- the step -- stepwise solid lines
8  would be the -- are the actual mud weights
9  that I recorded for the original well and for
10  the bypass well. And the solid lines on the
11  right, with the triangle representing shoes,
12  would be the actual casing setting depths
13  that occurred in the well.
14     Q.   Okay. And let's talk about that
15  PowerPoint from Mr. Nichols. Could you tell
16  me what -- do remember what the title of that
17  presentation was called?
18     A.    I do not.
19     Q.   Okay. Was there a date on that
20  presentation?
21     A.    I don't recall.
22     Q.   Where did you find the
23  presentation?
24     A.    It was in the -- the records
25  that Josh Nichols passed on to me.

410

1     Q.   So with the box of documents --
2     A.    The box.
3     Q.   -- that you referred to
4  yesterday?
5     A.    Yes.
6     Q.   Okay. Do you know if there's an
7  an electronic version of that document?
8     A.    I don't know.
9     Q.   Do you still have access to that
10  box of documents?
11     A.    I do not.
12     Q.   And where is it now?
13     A.    I believe that was given to the
14  legal -- our legal group. And let me
15  clarify. They may have since given some of
16  those documents back to me, but I don't -- I
17  don't know if that PowerPoint presentation
18  was -- it was -- it was in anything that they
19  returned to me.
20     Q.   How did you use the PowerPoint
21  presentation to generate that -- that graph?
22     A.    I manually selected data points
23  just visually off the plot and plugged those
24  into my model.
25     Q.   So would it be fair to say that

411

1  you -- you approximated the location of the
2  lines for your plot --
3     MS. WILMS:
4        Object --
5  EXAMINATION BY MR. DAVID:
6     Q.   -- from the presentation?
7     MS. WILMS:
8        Object to form.
9     THE WITNESS:
10        That would be fair to say.
11  EXAMINATION BY MR. DAVID:
12     Q.   And to be clear, which lines did
13  you use from the PowerPoint presentation?
14     A.    Pore pressure, mud weight, frac
15  gradient.
16     Q.   Okay. Why would you create
17  these plots?
18     MS. WILMS:
19        Object to form.
20     THE WITNESS:
21        This is the -- the way that I
22  can visualize and describe progress towards
23  the geological objective.
24  EXAMINATION BY MR. DAVID:
25     Q.   Okay. And how would this

13 (Pages 408 to 411)

601 Poydras Street, Suite 1720    GAUDET KAISER, L.L.C.    Telephone: (504) 525-9100
New Orleans, LA 70130-6009  Board-Certified Court Reporters   Facsimile: (504) 525-9109

Exhibit X
Page 146

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                Reported By:

ROBERT QUITZAU VOL. II                May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

412

1    describe how you're progressing to the
2    geological objective?
3        A.    This describes the relationship
4    between the mud weight and the fracture
5    gradient and gives some idea as to -- an
6    approximate idea of whether or not the well
7    can reach the geological objectives.
8        Q.    How would you determine from
9    this graph whether or not the well can reach
10   the geological objectives?
11       A.    The -- as I described yesterday,
12   it's automated.  It's not an exact predicting
13   tool, but it gives a general idea of how far
14   can be drilled before the mud weight
15   approaches the previous shoe level with
16   some margin of -- some margin below that
17   shoe -- shoe strength.
18       Q.    And why would you provide these
19   plots to others?
20       A.    This would give some idea of the
21   chances of reaching the geological objectives
22   which they were interested in.
23       Q.    And would they be able to read
24   these plots?
25       A.    I sent it to them, and they --

413

1    they would often thank me for them.  So I
2    assumed that they -- I met their needs.
3        Q.    Okay.  When was the last time
4    you created one of these plots; do you
5    recall?
6        A.    I don't recall the exact date.
7        MR. DAVID:
8             And would you mind handing him
9    the 15-9A?
10       MS. WILMS:
11            Not at all, no problem.
12   EXAMINATION BY MR. DAVID:
13       Q.    So we're looking now again at
14   PSC Tab 1 from yesterday, 15-9A.
15            Do you remember this document
16   from yesterday, Mr. Quitzau?
17       A.    Yes, I do.
18       Q.    All right.  If you scroll down
19   or page down to -- it's going to be the third
20   page and the fourth page, I think, ending in
21   Bates number 1042 and 1043?
22       A.    Okay (complying).
23       Q.    Okay.  And when your -- you, I
24   believe yesterday, discussed that these were
25   the types of documents that you would expect

414

1    to find on a WellSpace, is that correct?
2        MS. WILMS:
3             Object to form.
4        THE WITNESS:
5             Can you restate the question or
6    repeat the question.
7    EXAMINATION BY MR. DAVID:
8        Q.    How about this:  Would you
9    expect to receive these documents as a
10   drilling engineer -- as a -- pardon me.
11            Would you expect to receive
12   these documents from the operator of the
13   well?
14       MS. WILMS:
15            Object to form.
16       THE WITNESS:
17            As a drilling engineer, I -- I
18   wouldn't know what to -- whether to expect
19   some of these documents or not.
20   EXAMINATION BY MR. DAVID:
21       Q.    Which documents would you use as
22   a drilling engineer?
23       A.    In my function as a nonoperator,
24   the mud log reports.  I see -- I see the
25   words "drilling prognosis," "well history,"

415

1    and "permit to drill."  I might use those,
2    although, to be honest, I was not aware that
3    those were in there.
4        Q.    Would there -- and I guess you
5    also -- I believe you testified earlier that
6    you would use, from time to time, the MWD and
7    LWD?
8        A.    Let's see what that says.
9        Q.    Is that right?
10       A.    So, yes.  I could -- let's see.
11   MWD, LWD, field prints, and final prints.
12       Q.    And wireline logs as well?
13       A.    I might use -- I might expect to
14   use those.  I don't know that I actually did
15   on this well.
16       Q.    Okay.  All right.  And for --
17   did you ever receive copies of any filings
18   with the MMS?
19       A.    I don't -- I don't recall if I
20   did.
21       Q.    But you may have received copies
22   of filings to the MMS?
23       MS. WILMS:
24            Object to the form.
25       THE WITNESS:

14 (Pages 412 to 415)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                      Reported By:
ROBERT QUITZAU VOL. II                    May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

416

```
 1        I don't recall.
 2      EXAMINATION BY MR. DAVID:
 3        Q.   Okay.  You don't recall if you
 4   may have?
 5        A.   I don't recall receiving --
 6      MS. WILMS:
 7          Object to form.
 8      THE WITNESS:
 9          I don't recall receiving them --
10   any documents from MMS.
11      EXAMINATION BY MR. DAVID:
12        Q.   Okay.  Would you expect to
13   receive copies of MMS filings?
14      MS. WILMS:
15          Object the form.
16      THE WITNESS:
17          I -- I wouldn't necessarily
18   expect that.
19      EXAMINATION BY MR. DAVID:
20        Q.   In your previous experience as
21   a -- when Anadarko has been an operator of a
22   well and there's been a relationship with a
23   nonoperator, would you have ever provided the
24   nonoperator with MMS filings?
25        A.   I don't recall doing that.
```

417

```
 1        Q.   Would you -- was it your
 2   responsibility to provide MMS filings to the
 3   nonoperator of the well?
 4        A.   It was not --
 5      MS. WILMS:
 6          Object to form.
 7      THE WITNESS:
 8          It was not.
 9      EXAMINATION BY MR. DAVID:
10        Q.   Let's turn to -- it was marked
11   yesterday as Exhibit 2630.  It's PSC Tab 13
12   from yesterday.
13        A.   (Complying.)
14      MR. DAVID:
15          How are we doing with time?
16      THE VIDEOGRAPHER:
17          You've got ten minutes.
18      EXAMINATION BY MR. DAVID:
19        Q.   Do you remember this -- this
20   document from yesterday, Mr. Quitzau?
21        A.   Yes, I do.
22        Q.   Okay.  And would you scroll down
23   to the very last page ending in 2158.
24        A.   Yes.
25        Q.   Okay.  You're there.
```

418

```
 1        Q.   Could you tell me what this
 2   e-mail is.
 3        A.   Which e-mail?
 4        Q.   The -- the last e-mail, I guess,
 5   on the page.
 6        A.   This is an e-mail to Bobby
 7   Bodek, asking for an update on the Macondo
 8   well.
 9        Q.   Okay.  And would you read the
10   very last sentence from you?
11        A.   "Is there any consideration to
12   reducing the mud weight to 14.3 pound per
13   gallon?"
14        Q.   I believe yesterday you -- you
15   stated that you were asking this question as
16   a suggestion about mud weight; is that
17   correct?
18      MS. WILMS:
19          Object to form.
20      THE WITNESS:
21          I said this was a -- a
22   suggestion to consider reducing the mud
23   weight.
24      EXAMINATION BY MR. DAVID:
25        Q.   Did you ever make any other
```

419

```
 1   suggestions to -- to Mr. Bodek?
 2        A.   I don't recall any other
 3   suggestions.
 4        Q.   When would you have made
 5   suggestions to Mr. Bodek?
 6      MS. WILMS:
 7          Object to form.
 8      THE WITNESS:
 9          Generally, I wouldn't.
10      EXAMINATION BY MR. DAVID:
11        Q.   Okay.  But you did in this -- in
12   this case, though; correct?
13        A.   That's correct.
14        Q.   Okay.  And why did you choose to
15   make a suggestion to Mr. Bodek in this case?
16        A.   In this case, I was just trying
17   to help out, based on -- they were dealing
18   with ballooning issues, and we had had some
19   experience with ballooning issues in Anadarko
20   operations, and so I offered some comments to
21   that effect.
22        Q.   Okay.  Now, could you -- I think
23   it's going to be the -- it's on both pages,
24   2157 and 2158.
25        A.   Okay.
```

15 (Pages 416 to 419)

Exhibit X
Page 148

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:
ROBERT QUITZAU VOL. II                  May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

420

1      Q.   So could you tell me what the
2   e-mail is that spans 2157 and 2158?
3      A.   It's called Macondo update, and
4   it's a recap of a phone call with Bobby
5   Bodek.
6      Q.   Okay.  And could you then turn
7   to the top of Page 2158.
8          Are you there?
9      A.   Yes.
10     Q.   And could you read aloud the --
11  the third paragraph?
12     A.   Starting with operationally?
13     Q.   Yes, sir.
14     A.   Operationally, I agree with
15  their plan to pull out of the hole POH,
16  replace the equipment, how they're dealing
17  with the mud losses, and keeping the mud
18  weight at 14.3-pound per gallon, if possible.
19  The big question of whether or not we are
20  through the M55 is for you to answer.
21     Q.   Okay.  And why did you
22  operationally agree with the plan to pull out
23  of hole -- replace the equipment, the way
24  that they were dealing with the mud losses,
25  and keeping the mud weight at 14.3 pounds per

421

1   gallon?
2      A.   Basically after listening to
3   what Bobby had to say, I was passing on to
4   the asset team, that I agree with the BP
5   plans.
6      Q.   Was this based on your previous
7   experience as a drilling engineer on your
8   previous Anadarko wells?
9      MS. WILMS:
10         Object to form.
11     THE WITNESS:
12         Yes.
13     EXAMINATION BY MR. DAVID:
14     Q.   Okay.
15     A.   I'm sorry.  Can you repeat the
16  question?  You said based on Anadarko wells?
17     Q.   Anadarko -- your previous
18  Anadarko wells?
19     A.   Yes.
20     Q.   Okay.  The last sentence -- the
21  last sentence is:  "The big question of
22  whether or not we are through M55 is for you
23  to answer."
24         Why is that a question for the
25  recipients of this e-mail?

422

1      A.   At that point in the well, the
2   asset team was concerned about whether or not
3   the geological objectives had been achieved.
4   And so, in my discussion with Bobby Bodek, he
5   referenced some discussion on the sands --
6   the objective sands, and I simply point out
7   to the asset team that -- that I'm not
8   qualified or I'm not -- I don't understand
9   what the geological objectives are, you know,
10  how they're officially described, and that's
11  for them to worry about.  In other words, I
12  can't tell which sand is which.  That's for
13  them to decide.
14     Q.   So you would not view it as your
15  role or responsibility to decide that?
16     A.   To decide?
17     Q.   Whether they were through the
18  M55?
19     A.   That's correct.
20     MR. DAVID:
21         I think we need to go off for
22  right now so he can change the tape.
23     THE VIDEOGRAPHER:
24         We're going off the record.
25  It's 9:24.  This is the end of videotape No.

423

1   1.
2          (Whereupon, a brief recess was
3   taken.)
4      THE VIDEOGRAPHER:
5          We're back on the record.  This
6   is the beginning of videotape No. 2.  It's
7   9:37.
8      EXAMINATION BY MR. DAVID:
9      Q.   All right, Mr. Quitzau.  I just
10  have a couple more topics to cover, and then
11  we will be done.
12         For any other decisions --
13  operational decisions that were made on the
14  Macondo well, did you agree with them?
15     MS. WILMS:
16         Object to form.
17     THE WITNESS:
18         I'm not aware of all the
19  operational decisions that were made on the
20  well.
21     EXAMINATION BY MR. DAVID:
22     Q.   From March 18th through the time
23  that you stopped monitoring the well, did you
24  agrees with all the operational decisions on
25  the well?

16 (Pages 420 to 423)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

Reported By:

ROBERT QUITZAU VOL. II          May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

424

1          MS. WILMS:
2              Object to form.
3          THE WITNESS:
4              My understanding is there are
5    numerous operational decisions.  I had no
6    disagreements.  I'm not aware of all them,
7    and I didn't have any disagreements with the
8    ones I might have been aware of.
9          EXAMINATION BY MR. DAVID:
10         Q.    If you did have disagreements
11   with the way that the well was operating, did
12   you feel free to contact Mr. Bodek or anyone
13   else at BP?
14         MS. WILMS:
15             Object to form.
16         THE WITNESS:
17             Any -- any contact with BP in
18   that regard, I would consult the asset team
19   before communicating -- any further
20   communications.
21         EXAMINATION BY MR. DAVID:
22         Q.    But Anadarko could contact BP if
23   it did disagree with any operational
24   decisions?
25         MS. WILMS:

425

1              Object to form.
2          THE WITNESS:
3              Our position was that we were
4    not in any kind of decision-making role.  So
5    we didn't really --
6          EXAMINATION BY MR. DAVID:
7          Q.    That's not exactly my question.
8    My question is slightly different.
9              Anadarko could contact BP if it
10   did disagree with any of the operational
11   decisions; correct?
12         MS. WILMS:
13             Object to form.
14         THE WITNESS:
15             Anadarko had open lines of
16   communication and could contact BP at any
17   time.
18         EXAMINATION BY MR. DAVID:
19         Q.    Okay.  And for instance, if you
20   did have a suggestion for a different way to
21   operate the well, you could contact BP;
22   correct?
23         MS. WILMS:
24             Object to form.
25         THE WITNESS:

426

1              As I said, Anadarko could
2    contact BP at any time through the existing
3    channels.
4          EXAMINATION BY MR. DAVID:
5          Q.    So one of these -- an example of
6    a time that you could contact BP with a
7    suggestion was your e-mail to Mr. Bodek about
8    the 4.3 -- 14.3 mud weight; correct?
9          A.    That was a suggestion to
10   consider, and that is an example of putting
11   forth a communication to BP.
12         Q.    Will you turn to Tab 20 of the
13   PSC.  It's going to be 1592.  So you might
14   not even have it in that binder.
15         MS. WILMS:
16             No, we don't.
17         MR. DAVID:
18             Okay.  So --
19         MS. WILMS:
20             Do you have 1592 handy?  1592.
21         MR. DAVID:
22             No.  Let's go to a different
23   exhibit while you're trying to find that.
24   Thanks.
25         EXAMINATION BY MR. DAVID:

427

1          Q.    2634, and that's PSC Tab 17?
2          A.    Okay.
3          Q.    And that should have a Bates
4    stamp at the bottom ending in 7463; is that
5    correct?
6          A.    That's correct.
7          Q.    All right.  Could you look at
8    the bottom e-mail on the 7463.  It's an
9    e-mail from you to Alan O'Donnell, Don
10   Peyton, and Dennis McDaniel.
11         A.    Yes.
12         Q.    And could you tell me what
13   this -- this e-mail was about?
14         A.    This is a response to Alan
15   O'Donnell's request as to whether or not the
16   production casing would be a liner or a full
17   string of seven inch.
18         Q.    And could you read the very
19   first -- first paragraph from your e-mail
20   to -- response to Alan on 7463?
21         A.    It would be a liner and will
22   probably be run back up into the 11 and 7/8th
23   inch.  The 7-inch liner top would be at plus
24   or minus 14,500 feet.  I don't know this for
25   sure, but I have heard some rumors from

17 (Pages 424 to 427)

601 Poydras Street, Suite 1720      GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters   Facsimile: (504) 525-9109

Exhibit X

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                            Reported By:
ROBERT QUITZAU VOL. II                    May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

428

1    vendors it makes sense.
2        Q.    How did you decide that it makes
3    sense?
4        A.    I described this yesterday.  The
5    7-inch liner hanger that I -- the top of the
6    liner that I reference here would have a
7    liner hanger and the -- if the liner -- the
8    small 7-inch liner is hung in the larger
9    diameter, 11 and 7/8ths, there's a lot of
10   space there that would allow the equipment
11   that's used for the liner top to be very
12   strong, that as opposed to putting that liner
13   top down in the 9 and 7/8ths line, which has
14   less space; and, thereby, the equipment would
15   have to be smaller and weaker.
16       Q.    And why were you making
17   observations about the liner?
18       A.    I'm responding to Alan's
19   request.  He -- his e-mail is reply -- is
20   asking, is it a liner or a full string of
21   7-inch, and I'm just clarifying the geometry
22   of what I expected would be run in the well.
23       Q.    And how would this information
24   have been used for your purpose?
25       MS. WILMS:

429

1        Object to form.
2        THE WITNESS:
3        This information was not for my
4    purpose.  This was for -- my purpose in that
5    it was to respond to Alan O'Donnell and
6    clarify their requests regarding the
7    production casing.
8    EXAMINATION BY MR. DAVID:
9        Q.    Do you know why Mr. O'Donnell
10   was requesting the information?
11       MS. WILMS:
12       Object to form.
13       THE WITNESS:
14       There were a series of e-mails
15   back and forth from the asset team to
16   describe what the production casing would
17   look like.  My understanding from those
18   e-mails is that they were interested in
19   tubing -- tubing flow predictions, and I
20   really don't know much more than that.
21   EXAMINATION BY MR. DAVID:
22       Q.    Did Mr. O'Donnell ask you if it
23   makes sense to use the -- 7-inch liner?
24       MS. WILMS:
25       Object to form.

430

1        THE WITNESS:
2        He did not.
3    EXAMINATION BY MR. DAVID:
4        Q.    Okay.  And why did you say it
5    makes sense?
6        MS. WILMS:
7        Object to form.
8        THE WITNESS:
9        "It makes sense" refers to
10   setting the 7-inch liner top in the 11 and
11   7/8ths.
12   EXAMINATION BY MR. DAVID:
13       Q.    So the operational decision of
14   setting the 7-inch liner top makes sense?
15       MS. WILMS:
16       Object to form.
17       THE WITNESS:
18       Can you say that question again?
19   EXAMINATION BY MR. DAVID:
20       Q.    Yes.
21       The operational decision of
22   setting the 7-inch liner top makes sense?
23       MS. WILMS:
24       Object to form.
25       THE WITNESS:

431

1        A liner top that is -- when a
2    liner is run and set, it is set.  So, yeah,
3    that makes sense.
4    EXAMINATION BY MR. DAVID:
5        Q.    That's not exactly my question.
6    My question is:  The -- in your mind, the
7    decision to set the 7-inch liner makes sense;
8    correct?
9        MS. WILMS:
10       Object to form.
11       THE WITNESS:
12       The "makes sense," I'm
13   clarifying Alan O'Donnell's question.  He
14   wants to know -- he's implying in his -- or
15   stating in his e-mail that a full string of
16   7-inch, meaning the 7-inch is going all the
17   way back to the -- to the mud line, and I'm
18   telling him it starts here, that this 7-inch
19   is probably only going to go back up to some
20   distance in the well and not back to surface.
21       So that's what makes sense.  And
22   as opposed to going all the way back to the
23   surface.
24   EXAMINATION BY MR. DAVID:
25       Q.    So the -- to clarify, the "makes

18  (Pages 428 to 431)

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters   Facsimile: (504) 525-9109

Exhibit X
Page 151

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:
ROBERT QUITZAU VOL. II                    May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

---

432

1    sense" refers to what exactly?
2        A.    The fact that the 7-inch, within
3    the context of my e-mail, would not go all
4    the way back to the mud line.
5        Q.    So it makes sense that the
6    7-inch would not -- 7-inch liner would not go
7    all the way back up to the -- to the mud
8    line?
9        A.    It makes sense that the 7-inch
10   casing would not go all the way back up to
11   the mud line.
12       Q.    And why does that make sense?
13       A.    That makes sense because the
14   size of the tubulars in the well would allow
15   larger production casing to be run in 7-inch.
16       Q.    Okay. So it was based on the --
17   the tubulars?
18       A.    It's based on the size of the
19   tubulars in the shallower portions of the
20   well, the ID of the -- the internal diameter
21   of the tubulars.
22       Q.    Okay. So it makes sense to use
23   the 7-inch liner top in light of the
24   tubulars?
25       A.    It makes sense to have 7-inch

---

433

1    casing in the bottom of the well and larger
2    casing for production casing in the top of
3    the well. And Alan's note implies that he
4    thought the 7-inch might be going all the way
5    to the surface.
6        Q.    Okay.
7        A.    So he was trying to clarify
8    that.
9        Q.    Okay. So -- so it makes sense
10   to use the 7-inch liner in light of the
11   tubulars that were being used?
12       MS. WILMS:
13           Object to form.
14       THE WITNESS:
15           I -- I don't understand that
16   question.
17       EXAMINATION BY MR. DAVID:
18       Q.    Okay. So -- I'll break it up.
19   So it made sense to use the 7-inch liner top;
20   correct?
21       A.    It made sense to have 7-inch
22   casing in the bottom portion of the well for
23   the production casing.
24       Q.    Okay. And so you agreed with --
25   you agreed with the decision to use the

---

434

1    7-inch liner top?
2        MS. WILMS:
3            Object to form.
4        THE WITNESS:
5            What I'm -- what I'm agreeing to
6    is the size of the 7-inch casing. I'm
7    reporting that it's a liner and with a liner
8    top. But when it's a liner, it necessarily
9    has to have a liner top. That's an
10   assumption that I'm making based on my
11   previous e-mails and correspondence with
12   Bobby Bodek.
13       EXAMINATION BY MR. DAVID:
14       Q.    Okay. So through your -- your
15   correspondence with Mr. Bodek, did you gain
16   an appreciation that it would make sense to
17   use the 7-inch liner top?
18       MS. WILMS:
19           Object to the form.
20       THE WITNESS:
21           The term you keep using isn't --
22   doesn't quite make sense to me. Through
23   my -- through my discussions with Bobby
24   Bodek, my understanding is that 7-inch casing
25   would be run in the bottom part of the well

---

435

1    across the productive interval, and my
2    understanding was also that that 7-inch would
3    be run as a liner.
4        EXAMINATION BY MR. DAVID:
5        Q.    So what -- well, go back. What
6    term was I using that you didn't understand?
7        A.    You keep referring to "liner
8    top," and I think of it as just "a liner."
9        Q.    Okay. I'm just -- I'm stating
10   what you have in your e-mail. It says:
11   "7-inch liner top."
12           So should I be referring to it
13   as something else besides the 7-inch liner
14   top that you have written in your e-mail?
15       A.    Yeah. I'd have to -- I'd have
16   to revisit all your questions to get a grasp
17   of what you're after there.
18           And I said earlier, what makes
19   sense is that the liner top would be in the
20   11 and 7/8ths as opposed to the 9 and 7/8ths
21   casing.
22       Q.    Okay.
23       A.    That's what makes sense. And
24   then the parallel issue is that the 7-inch is
25   a liner and does not go all the way back to

---

601 Poydras Street, Suite 1720      GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters   Facsimile: (504) 525-9109
Exhibit X
Page 152

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported By:
ROBERT QUITZAU VOL. II               May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

436

1   surface.
2        Q.    Okay.  So it makes sense to use
3   the -- the liner top in that situation?
4        MS. WILMS:
5              Object to form.  The witness has
6   said what makes sense lots of times.
7   EXAMINATION BY MR. DAVID:
8        Q.    Okay.  In your communication
9   with Bobby Bodek, did you ever share that you
10  agreed with the decision to set the -- the
11  liner top in the 11 and 7/8ths?
12       A.    I did not.
13       Q.    Okay.  Why didn't you?
14       MS. WILMS:
15             Object to form.
16       THE WITNESS:
17             I assumed that BP was in charge
18  of that decision and they would set the liner
19  top where they wanted to.
20  EXAMINATION BY MR. DAVID:
21       Q.    Okay.  And did you discuss
22  the -- setting the liner top in a call with
23  Mr. Bodek or via e-mail?
24       A.    So, again, I never discussed the
25  setting of the liner top.  Just to clear --

437

1        Q.    Okay.
2        A.    -- for drilling parlance.  I
3   discussed setting a liner.  It's always going
4   to have a liner top.  So our discussions were
5   setting a liner and running a tieback, and
6   these e-mails were predominantly around
7   whether the liner was a 7-inch or 7 and
8   5/8ths or 7 and 3/4, and then clarifying what
9   size of production casing would go back to
10  surface.
11             And that was Alan's note.  He
12  implied that 7-inch was going back to
13  surface, and so that's what this note was to
14  clarify.
15  EXAMINATION BY MR. DAVID:
16       Q.    Okay.  Can we look at 1592.
17  Have y'all been able to locate that?
18       MS. WILMS:
19             We were never able to find it,
20  1592.
21       MR. DAVID:
22             Okay.  We can.
23       Ms. WILMS:
24             Do you know what number?
25       MR. DAVID:

438

1             It was at Tab 20 for the PSC.
2   We don't need the exhibit.  It's okay.
3   EXAMINATION BY MR. DAVID:
4        Q.    I believe yesterday, this
5   exhibit discussed the meeting or addressed
6   the meeting where Anadarko was considering
7   the drilling deeper of the Macondo well.
8             Does that refresh your
9   recollection of the document?
10       A.    Yes.
11       Q.    In this meeting, do you
12  recall -- I think you said that there were
13  three topics that were discussed; is that
14  correct?
15       A.    I don't recall listing three
16  documents.  Can you refresh my memory?
17       Q.    Yeah.  Three topics.
18       A.    Three topics.
19       Q.    I think the three topics were
20  whether to drill deeper, whether to -- to
21  temporary abandon the well and not drill
22  deeper, or temporary abandon the well and
23  then have another well drilled.
24             Does that reflect -- refresh
25  your recollection?

439

1        A.    That refreshes my recollection.
2        Q.    Okay.  You recall in more detail
3   what was discussed at that meeting?
4        A.    I do not.
5        Q.    Okay.  Did you ever discuss
6   drilling deeper, the Macondo well, after that
7   meeting?
8        A.    I don't recall discussing any
9   drilling deeper after that meeting.
10       Q.    Do you know if anyone from
11  Anadarko ever contacted BP about drilling
12  deeper?
13       MS. WILMS:
14             Object to form.
15       THE WITNESS:
16             I know that eventually Anadarko
17  sent some sort of correspondence, basically,
18  agreeing to BP, terminating the well at
19  that -- at the depth that they were at at
20  that time, agreeing with BP's decision to
21  terminate the drilling depth.
22  EXAMINATION BY MR. DAVID:
23       Q.    Okay.  Slightly different
24  question.  Do you know if -- do you know
25  whether Anadarko ever communicated its desire

20 (Pages 436 to 439)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                Reported By:
ROBERT QUITZAU VOL. II          May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

440

1    to drill or -- strike that.
2          Do you know if Anadarko ever
3    communicated with BP about drilling the
4    Macondo well deeper?
5          MS. WILMS:
6              Object to form.
7          THE WITNESS:
8              I understand that there were
9    discussions about the possibility of drilling
10   deeper. That's the limit of my
11   understanding. I wasn't involved in any of
12   those discussions.
13   EXAMINATION BY MR. DAVID:
14         Q.   Do you know why those
15   discussions were held?
16         A.   I do not.
17         Q.   Do you think the Macondo well
18   should have been drilled deeper?
19         MS. WILMS:
20             Object to form.
21         THE WITNESS:
22             Deeper than it was?
23   EXAMINATION BY MR. DAVID:
24         Q.   Yes.
25         A.   I don't have an opinion on that.

441

1          Q.   Do you know why -- do you know
2    if Anadarko was concerned about calling TD at
3    that particular depth?
4          MS. WILMS:
5              Object to form.
6          THE WITNESS:
7              I understand that Anadarko
8    finally agreed with the decision to -- BP's
9    decision to call TD at that depth.
10   EXAMINATION BY MR. DAVID:
11         Q.   And before it agreed to the
12   decision -- with the decision to call TD at
13   that depth, what prevented it from agreeing?
14         MS. WILMS:
15             Object to form.
16         THE WITNESS:
17             Can you restate that question
18   again or say it again?
19   EXAMINATION BY MR. DAVID:
20         Q.   Why didn't Anadarko initially
21   agree to TD at that depth?
22         MS. WILMS:
23             Object to form.
24         THE WITNESS:
25             In my limited involvement, they

442

1    were trying to understand possible
2    alternatives, and they just -- just over a
3    few days, I think there was a weekend in
4    there, they were just considering
5    alternatives.
6    EXAMINATION BY MR. DAVID:
7          Q.   Okay. And do you know why BP
8    called TD at that depth?
9          MS. WILMS:
10             Object to form.
11         THE WITNESS:
12             That's their decision. They
13   sent a note to the affect that they were
14   calling TD, and they listed some reasons. I
15   don't recall those reasons.
16   EXAMINATION BY MR. DAVID:
17         Q.   Do you recall if those reasons
18   were related to safety?
19         A.   I believe the decision to reach
20   TD was -- had already been made. And then
21   they sent the notice, and there was a comment
22   about safety, and I don't remember exactly
23   the exact text that was in that e-mail.
24         Q.   But you recall that Anadarko
25   eventually agreed to call TD at that depth;

443

1    correct?
2          A.   We agreed with BP's decision to
3    call TD.
4          MR. DAVID:
5              All right, I have no other
6    questions. Thank you very much, Mr. Quitzau.
7          THE WITNESS:
8              Thank you.
9          THE VIDEOGRAPHER:
10             We're going off the record.
11   It's 9:55. This is videotape No. 2.
12             (Whereupon, a brief recess was
13   taken.)
14         THE VIDEOGRAPHER:
15             We're back on the record. This
16   is still videotape No. 2. It's 10 o'clock.
17   EXAMINATION BY MR. HEBERT:
18         Q.   Good morning, Mr. Quitzau. I
19   introduced myself earlier. I'm C.J. Hebert.
20   I'll have the pleasure of asking you
21   questions, at least, in part on behalf of
22   Transocean. My colleague, Richard Hymel,
23   will follow me.
24             If I ask any questions that you
25   don't understand, please don't answer them;

21 (Pages 440 to 443)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010
Reported By:
ROBERT QUITZAU VOL. II                May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

444

1    ask for a clarification.  Otherwise, I'm
2    going to assume that you answered them as
3    truthfully and honestly as you could, and you
4    understood it.  Okay?
5         A.    Okay.
6         Q.    Mr. Quitzau, my questions are
7    mainly going to be directed this morning to
8    the efforts with regard to containing the
9    flow, capping the well.
10             The -- you would agree with me
11   that the capping stack which was installed on
12   the Macondo well, actually, was successful in
13   stemming the flow of hydrocarbons into the
14   Gulf of Mexico; correct?
15        A.    That's correct.
16        Q.    All right.  And all of the --
17   you would also agree with me that all of the
18   efforts that preceded that were not
19   successful?
20       MS. WILMS:
21             Object to form.
22   EXAMINATION BY MR. HEBERT:
23        Q.    They did not ultimately stem the
24   flow?  And by "stem the flow," I mean stop.
25        A.    That's correct.

445

1         Q.    And those -- those efforts
2    commenced with the BOP intervention; correct?
3    That was the initial intervention effort?
4        MR. NICHOLS:
5             Object to the form.
6        THE WITNESS:
7             Can you describe what you mean
8    by that question?
9    EXAMINATION BY MR. HEBERT:
10        Q.    The ROVs and the action that
11   they took with regard to trying to activate
12   the BOP, just in general?
13        A.    Yeah.  In general, I was not
14   involved in any of the work in that area, but
15   I understand that they were unsuccessful.
16        Q.    Yeah.  And they preceded --
17   those efforts preceded, for example, the
18   cofferdam, which also didn't work; correct?
19       MR. NICHOLS:
20             Objection to the form.
21       THE WITNESS:
22             I understand that's
23   correct.
24   EXAMINATION BY MR. HEBERT:
25        Q.    And they preceded the top kill,

446

1    junk shot efforts, which didn't succeed as
2    well; correct?
3        MR. NICHOLS:
4             Objection, form.
5        THE WITNESS:
6             That's correct.
7    EXAMINATION BY MR. HEBERT:
8         Q.    We have heard testimony that the
9    capping stack, which was successful in
10   stopping the flow, was under submission
11   from almost day one.  Did you hear that?
12       MS. WILMS:
13             Object to form.
14       THE WITNESS:
15             I did not hear that exact
16   timing.
17   EXAMINATION BY MR. HEBERT:
18        Q.    All right.  So you would not be
19   able to disagree with that statement or have
20   any information to the contrary; would you?
21        A.    No.  I don't have any
22   information on that.
23        Q.    Okay.  What I want to know is
24   how these efforts were prioritized in terms
25   of which one would be implemented, from your

447

1    perspective, what you knew about it?
2        MS. WILMS:
3             Object to form.
4        THE WITNESS:
5             I was not involved in the
6    prioritization.  The -- the one relevant
7    message that came out early on is -- is that
8    the methods that were under consideration
9    had -- were given increased merit based on
10   the idea that they wouldn't make the disaster
11   worse.
12   EXAMINATION BY MR. HEBERT:
13        Q.    Okay.  Do you know whether or
14   not the efforts with regard to the BOP
15   intervention had the potential for making the
16   situation worse?
17        A.    I do not know that.
18        Q.    All right.  Well, let's talk a
19   little bit about the burst disk or ruptured
20   disk.  Which are you more comfortable with,
21   burst disk or rupture disk?
22        A.    Burst disk.
23        Q.    All right.  I've never seen one
24   of these devices.  I heard your explanation
25   yesterday about what their purpose is.

22 (Pages 444 to 447)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                        Reported By:
ROBERT QUITZAU VOL. II                    May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

448

1            Can you describe it for me?
2       A.    A burst disk can be placed
3   within a casing string.  One application
4   would be to mitigate annular pressure buildup
5   during the well when it's put under
6   production.  And so if an annulus, a drilling
7   casing -- an annulus that includes a drilling
8   casing were sealed, then pressure can build
9   up, and these burst disks would allow that
10  pressure to vent without destroying the
11  integrity of the well.
12  EXAMINATION BY MR. HEBERT:
13      Q.    That wasn't exactly my question.
14      Are they -- do they come in
15  different shapes and sizes with varying
16  pressure tolerances --
17      A.    No.
18      Q.    -- or is there just one type of
19  burst disk?
20      A.    They come in varying sizes with
21  varying ratings.
22      Q.    All right.  Do you know what the
23  ratings -- and by ratings, is that equivalent
24  to like a pressure tolerance?
25      A.    Ratings are typically specified

449

1   in a differential ratings -- differential
2   pressure ratings, either in burst or
3   collapsed.
4       Q.    All right.  Since they come in
5   different tolerances, do you know what the
6   maximum tolerance was or is for these disks?
7       A.    For --
8       Q.    For burst disks?
9       A.    I don't know the answer to that.
10      Q.    You don't know -- I know you
11  testified yesterday you have experience in
12  well design.
13          Why would you use a -- what I'm
14  driving at is, why would you use a particular
15  burst disk of a particular tolerance at a
16  particular location?  What governs that?
17      A.    The casing design process
18  typically go through an evaluation of the
19  annular pressure buildup loads, and the
20  casing design specialists, in our case, would
21  look at the loads all up and down the well
22  bore for given tubular and would recommend
23  the placement of those disks to minimize or
24  mitigate the risk of failure during the
25  production load.

450

1       Q.    The burst disks that you
2   indicated, when you were testifying
3   yesterday, were a concern.
4           Were there any burst disks at
5   the time that had a higher tolerance, that,
6   hypothetically, could have been put at the
7   particular location where the concern
8   existed?
9       MS. WILMS:
10          Object to form.
11      THE WITNESS:
12          I don't know that -- the answer
13  to that question.
14  EXAMINATION BY MR. HEBERT:
15      Q.    Do you know whether or not the
16  burst disks that were employed, that -- that
17  there was concern about, were the highest
18  tolerance burst disks?
19      A.    I do not --
20      MS. WILMS:
21          Object to form.
22      THE WITNESS:
23          -- do not know the answer to
24  that.
25  EXAMINATION BY MR. HEBERT:

451

1       Q.    Do you know whether or not any
2   burst disks, insofar as size, shape, or any
3   other limitation of higher tolerance, could
4   have been put at the location where the
5   concern was?
6       MS. WILMS:
7           Object to form.
8       THE WITNESS:
9           I don't know the answer to that.
10  EXAMINATION BY MR. HEBERT:
11      Q.    Do you know whether or not the
12  BOP intervention that was originally
13  undertaken, if it had been successful, would
14  have put into jeopardy those burst disks?
15      MS. WILMS:
16          Object to form.
17      THE WITNESS:
18          Are you asking what I know now
19  or what I knew then?
20  EXAMINATION BY MR. HEBERT:
21      Q.    Let's take it both ways.
22      A.    Can you repeat the question?
23  MR. HEBERT:
24          If you can read it back.
25          (Whereupon, the requested

23 (Pages 448 to 451)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:

ROBERT QUITZAU VOL. II                        May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

452

1    testimony was read by the Court Reporter)
2         "Q  Do you know whether or not
3    the BOP intervention that was originally
4    undertaken, if it had been successful, would
5    have put into jeopardy those burst disks?"
6    EXAMINATION BY MR. HEBERT:
7         Q.    Let's start with what you knew
8    then.
9         A.    What we knew then --
10        Q.    By "we," clarify the "we."
11        A.    Okay.  Yeah.  On the relief --
12   the relief team -- members of the relief
13   team, during the early intervention process,
14   there was speculation that the flow may have
15   been coming up production casing annulus.
16        So that if the BOP were shut in,
17   the burst disk could see some very high
18   loads.  So if those loads were higher than
19   the burst disk ratings, then there could have
20   been some issues there.
21        Q.    So that initial BOP
22   intervention, when it was undertaken, there
23   was also some concern about the burst disks?
24        MS. WILMS:
25             Object to form.

453

1         THE WITNESS:
2              I don't know.  I wasn't involved
3    in that -- that effort.
4    EXAMINATION BY MR. HEBERT:
5         Q.    But -- but from your explanation
6    of what you knew then, if it had been
7    successful, it would have tested those burst
8    disks?
9         A.    Loads would have been placed
10   on -- loads would have been placed on the
11   burst disks.
12        Q.    All right.  Now, let's take the
13   second part of your answer, what you know
14   now.
15        A.    What I -- what I -- what I've --
16   understand now is that the well was not
17   flowing on the production casing annulus;
18   and, therefore, the burst disks never saw any
19   loads.
20        Q.    All right.
21        A.    Loads related to blowout.
22        Q.    Is information with respect to
23   those burst disks contained any place in the
24   well design plan?
25        MS. WILMS:

454

1              Object to form.
2         THE WITNESS:
3              I have not seen the drilling
4    program.
5    EXAMINATION BY MR. HEBERT:
6         Q.    Where would you, as a designer,
7    put the information relative to the burst
8    disks?  Where -- where would you expect it to
9    be?
10        A.    I would put them in the drilling
11   program.
12        Q.    Okay.
13        A.    As the well we were operating.
14        Q.    I think you testified yesterday
15   you never looked at the BP drilling program?
16        A.    I don't know if I testified, but
17   I did not look at the BP drilling program.
18        Q.    Okay.  So you don't know whether
19   or not information relative to those burst
20   disks are -- is in there or not?
21        A.    I do not.
22        Q.    Okay.  Getting back to another
23   question that you mentioned, and that is flow
24   path.  Did you, as a result of your
25   involvement, gain any information or

455

1    appreciation as to flow path?
2         MS. WILMS:
3              Object to form.
4         THE WITNESS:
5              Over what time period are you
6    referring to?
7    EXAMINATION BY MR. HEBERT:
8         Q.    Well, let's start with the
9    entirety of the effort, because I want to
10   know specifically, if you answer yes, from
11   what you got and what it was.
12        Do you understand my
13   clarification?
14        A.    Can you repeat the question?
15        Q.    Sure.  What, if any, information
16   during your entire involvement with the
17   Macondo relief well efforts was gained about
18   flow path?
19        A.    Ultimately after the well was
20   killed and cemented and at some point it --
21   the 9 and 7/8ths casing was pulled and
22   inspected, and I understand, from my
23   discussions, that it was determined that
24   there was no flow up behind the 9 and
25   7/8th-inch casing.

24 (Pages 452 to 455)

Exhibit X
Page 157

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                Reported By:
ROBERT QUITZAU VOL. II                    May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

---

456

1      So that was -- I don't remember
2  the exact month, maybe September or October.
3      Q.   Okay.  Was any information
4  learned about flow path prior to that period
5  of time?
6      A.   During the course of the relief
7  efforts, there were many speculations and
8  efforts to try to understand where the flow
9  path was, but I never did see anything
10  conclusive that would indicate the exact flow
11  path.
12      Q.   What information are we talking
13  about that might have been suggested one way
14  or the other?
15      MS. WILMS:
16          Object to form.
17      THE WITNESS:
18          It was all speculation.  We had
19  pressure profiles on top kills, and we never
20  saw anything definitive that would clearly
21  identify where the flow path was.
22          The first -- and that was on the
23  top kills.  And the first positive indicator
24  that the flow was just up the casing was when
25  we did the final hydrostatic kill.  There

---

457

1  were strong indications at that point that
2  the flow was not coming up outside the 9 and
3  7/8ths inch casing.  But that was still not
4  totally conclusive.
5  EXAMINATION BY MR. HEBERT:
6      Q.   All right.  But that proved to
7  being accurate?
8      A.   That ended up proving to be
9  accurate.
10      Q.   All right.  Well, the
11  information -- tell me what the basis for
12  that information was as a result of the top
13  kill efforts?  How did you glean that?
14      A.   It's not the top kill.  By the
15  words everybody was using, it's the
16  hydrostatic kill.
17      Q.   Okay.  I'm sorry.
18      A.   After the -- after the capping
19  stack was put on, there were predicted pump
20  pressure versus volume curves generated for
21  several different flow scenarios.  And the --
22  the actual pumping -- pump volume versus
23  pressure profile that was exhibited during
24  the kill, very closely matched the profile
25  that would suggest flow-up casing as opposed

---

458

1  to outside the casing or as opposed to both
2  inside and outside.
3      Q.   And ultimately, when the casing
4  was pulled, that was more or less a
5  definitive conclusion?
6      A.   That's correct.
7      Q.   You said "as a result of
8  discussions when the casing was pulled."
9          Do you recall that earlier?
10      A.   Yes.
11      Q.   With whom were these
12  discussions?
13      A.   I had a phone call with Jon
14  Sprague with BP at one point, and he
15  indicated that they confirmed that the casing
16  hanger seal was intact and that the flow was
17  not at the outside.
18      Q.   Now, a couple of other just
19  general questions.
20          I understand that you were sort
21  of in one of these concept groups or various
22  concept groups during the relief well efforts
23  and that your group was not one of the
24  decision-making groups.  I heard your
25  testimony yesterday.

---

459

1          Who did you appreciate were in
2  the decision-making group?
3      MS. WILMS:
4          Object to form.
5      THE WITNESS:
6          I know --
7  EXAMINATION BY MR. HEBERT:
8      Q.   Just based on your experience
9  and appreciation of being there.
10      A.   Yeah.  I -- I don't know who the
11  actual decision makers were.
12      Q.   All right.  I'm not asking for
13  names necessarily.  I'm asking for entities.
14      A.   I know that at some point in the
15  process, government involvement was in --
16  various agencies in the government were
17  involved in contributing to those decisions.
18  And whether or not they were the actual
19  decision maker, that was never clear to me.
20  And then certainly at higher levels of BP
21  were involved, and I wouldn't even know who
22  to begin to name or what role would -- would
23  have been making those decisions.
24      Q.   But certainly with regard to
25  entities making the ultimate decisions -- and

---

**25 (Pages 456 to 459)**

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:

ROBERT QUITZAU VOL. II                     May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

---

460

1    when I'm talking about decisions, I'm
2    including in there prioritizing what would be
3    done when.  Do you understand?
4        A.   Yes.
5        Q.   Based upon what I just heard you
6    say, or my appreciation of it, at least, the
7    decision-making entities were, at least, BP
8    and the government; correct?
9        A.   My understanding is that those
10   people were involved in setting the
11   priorities.
12       Q.   All right.  Well, was Anadarko
13   given a vote in the go or no go?
14       A.   No.
15       Q.   Do you know of any other
16   entities working with you, companies like
17   Wild Well Control or any -- any of the
18   parties to this litigation, Halliburton --
19   Cameron, Transocean, other than BP -- were
20   given a go or no go vote, just based on your
21   experience?
22       A.   I do not know.
23       Q.   Okay.  Now, before the capping
24   stack could be employed, we know a lot of
25   other things were done, and we'll probably

---

461

1    get into those with a little bit more
2    specifics.
3            But what had to be done, in your
4    appreciation, prior to the installation of
5    the capping stack to make that work?
6        MS. WILMS:
7            Object to form.
8    EXAMINATION BY MR. HEBERT:
9        Q.   Do you know?
10       A.   I was not involved in that, but
11   my understanding was, is that the debris had
12   to be cleared off of the top of the -- of the
13   well.
14       Q.   The debris --
15       A.   Debris --
16       Q.   -- would that be the riser, the
17   bent riser?
18       A.   The bent riser; that's correct.
19       Q.   Okay.  So the riser had to be
20   cut and removed?
21       A.   That's correct.
22       Q.   Anything else?
23       A.   Again, I was not involved in it,
24   but that appeared to the -- the major piece
25   that had to be removed.  There were some

---

462

1    drill pipe pieces inside the riser that had
2    to also be cut.
3        Q.   Okay.  Do you know if that type
4    of intervention would have made matters
5    worse?
6        MS. WILMS:
7            Object to form.
8    THE WITNESS:
9            The understanding was, is that
10   flow was going through the riser -- through
11   the bent riser, through leaks in the riser,
12   and out the end of the riser some distance.
13   I don't remember the exact distance.  So by
14   cutting the riser, the back pressure on the
15   well would be reduced and -- and would
16   there -- thereby impact the flow from the
17   well.
18   EXAMINATION BY MR. HEBERT:
19       Q.   Do you know -- do you know, as
20   practical matter, whether or not cutting the
21   riser did increase the flow?
22       A.   I don't know that for sure.
23       Q.   But if the riser would have been
24   cut sooner, while it would have increased the
25   flow, and the capping stack had been put on

---

463

1    earlier, the stem could have been stopped
2    sooner; correct?
3        MS. WILMS:
4            Object to form.
5    THE WITNESS:
6            When you say "stem," you mean --
7    EXAMINATION BY MR. HEBERT:
8        Q.   I mean the -- I mean the flow of
9    hydrocarbons into the Gulf of Mexico.
10       MS. WILMS:
11           Object to form.
12   THE WITNESS:
13           That's a complicated question
14   that I can't answer, and it goes back to the
15   philosophy that was expressed to everybody,
16   that they didn't want to make matters worse.
17   EXAMINATION BY MR. HEBERT:
18       Q.   Well, that's what confuses me.
19   Because if the BOP interventions, that we
20   talked about a little bit earlier, had the
21   potential for making matters worse with
22   respect to the burst disks, we know it was
23   tried first.
24       MR. NICHOLS:
25           Objection to form.

---

26 (Pages 460 to 463)

601 Poydras Street, Suite 1720      GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters      Facsimile: (504) 525-9109

Exhibit X
Page 159

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:
ROBERT QUITZAU VOL. II                    May 26, 2011  DIANE TEWIS CLARK, RPR, RMR, CRR

464

```
1    EXAMINATION BY MR. HEBERT:
2        Q.    So while -- and we also know
3    that the capping stack worked; correct?
4        A.    That's correct.
5        Q.    And it was the only intervention
6    that -- that worked to stop the flow?
7        MR. DAVID:
8            Object to form.
9    EXAMINATION BY MR. HEBERT:
10       Q.    Correct?
11       MR. DAVID:
12           Object to form.
13       MS. WILMS:
14           Object to form.
15       THE WITNESS:
16           Can you repeat the question?
17   EXAMINATION BY MR. HEBERT:
18       Q.    We've already covered this, but
19   we've -- we've established that the capping
20   stack actually stopped the flow?
21       A.    That's correct.
22       Q.    And all efforts prior to that
23   had been unsuccessful?
24       A.    That's correct.
25       Q.    And we've also established that
```

465

```
1    the BOP, had it worked, may have put at risk
2    those burst or ruptured disks that we talked
3    about; correct?
4        A.    I believe I stated that the
5    loads -- high loads would have been placed --
6    could have been placed on the ruptured disks,
7    assuming that the flow were up the annulus.
8        Q.    So that was an intervention that
9    was taken really early on that had the
10   potential for making matters worse; correct?
11       MS. WILMS:
12           Object to form.
13       THE WITNESS:
14           You know, I can't comment on --
15   on the actual actions that were taken to try
16   to close the BOPs.
17   EXAMINATION BY MR. HEBERT:
18       Q.    All right.  And we've already
19   established that for the capping stack to be
20   employed, it had to involve the cutting of
21   the riser which increased the flow; correct?
22           Or had the potential for
23   increasing the flow?
24       A.    That's correct.
25       Q.    But that it ultimately worked,
```

466

```
1    we've established that, too; correct?
2        A.    The capping stack ultimately
3    worked.
4        Q.    Yeah.  Well, my -- my question
5    is that it seems to me that interventions
6    were taken that put some things at jeopardy
7    that did not work and then ultimately the
8    intervention of the capping stack involved
9    some risks and the only risk -- the specific
10   risk that has been identified to me, and
11   you've identified today, is the increasing of
12   the flow, which it may have done, but it
13   worked; correct?
14       A.    (Nodding head affirmatively.)
15       Q.    So the risks sort of justify the
16   return with respect to the capping stack when
17   it had been employed; correct?
18       MS. WILMS:
19           Object to form.
20       THE WITNESS:
21           I can't comment on that.
22   EXAMINATION BY MR. HEBERT:
23       Q.    Do you know anybody at Anadarko
24   that could or would be in a better position
25   to comment on it?
```

467

```
1        A.    I do not.
2        Q.    Okay.  If you will, go to Tab 2,
3    and it's a string of e-mails.  A lot of my
4    questioning will be with respect to this
5    e-mail string.
6            The -- the first starts with an
7    e-mail dated May 4, 2010, from you to Messrs.
8    Watson, Durkee, and Pfister; correct?
9        A.    Hold on just one second.
10       Q.    It's on the second-to-last
11   page --
12       A.    Second to last?
13       Q.    -- of that exhibit.
14       A.    Okay.  May 4th, yes.
15       Q.    And we'll mark these in globo as
16   the next exhibit.  And if you don't mind,
17   Mr. Quitzau --
18       MS. WILMS:
19           No, I can do that.  I can do
20   that on my copy, right?
21       MR. HEBERT:
22           Okay.  Your counsel will -- will
23   mark them for us.
24       MS. WILMS:
25           Okay.  It's being marked as
```

27 (Pages 464 to 467)

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters   Facsimile: (504) 525-9109

Exhibit X
Page 160

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported By:
ROBERT QUITZAU VOL. II              May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

468

1    Exhibit 2657, and it's ANA-MDL-000276761
2    through 276768.
3         (Exhibit No. 2657 marked for
4    identification.)
5    EXAMINATION BY MR. HEBERT:
6         Q.    This is a string of e-mails.  I
7    guess, to simplify it, which involves your
8    exchanges of communication with those at
9    Anadarko, identify; correct?
10        A.    Yes, that's correct.
11        Q.    Is that the -- is that the same
12   people as we have referred to earlier in your
13   deposition as the asset group?
14   MS. WILMS:
15        Object to form.
16   THE WITNESS:
17        No, it is not.
18   EXAMINATION BY MR. HEBERT:
19        Q.    Okay.  So your reporting
20   requirements were different during the well
21   intervention than they had been during the
22   period of time pre-blowout?
23        A.    That's correct.
24        Q.    Okay.  I don't remember covering
25   this, so I'll spend a moment or two with

469

1    respect to that.
2              Can you identify these gentlemen
3    for me?
4         A.    Steve --
5         Q.    And what their roles are at
6    Anadarko?
7         A.    Okay.  Steve Woelfel is a -- I
8    believe he's an operations superintendent in
9    the land group.  He was discussed yesterday.
10   He formerly was in the deepwater drilling
11   group of which I'm in.
12        Q.    Okay.
13        A.    And also a former Transocean
14   employee.
15        Q.    I remember.
16        A.    Tim Dean is a sub -- subsea
17   facilities specialist.  We talked about him
18   yesterday.  He's involved in attaching the
19   junk shot to the HORIZON BOP.
20             Pat Watson is operation manager
21   in the deepwater Gulf of Mexico group.
22             Todd Durkee is the general
23   manager or head manager of the deepwater Gulf
24   of Mexico group.
25             Mike Pfister is the drilling

470

1    engineer manager for the deepwater Gulf of
2    Mexico group and my boss.
3         Q.    Okay.  And these were your
4    reporting group post-blowout with respect to
5    all of your activities?
6    MS. WILMS:
7         Object to form.
8    THE WITNESS:
9         No.  This was an early e-mail,
10   and the group who received reporting updates
11   changed as the relief efforts went on.
12   EXAMINATION BY MR. HEBERT:
13        Q.    Okay.  In that first e-mail, it
14   indicates you worked with Halliburton.  Do
15   you remember who at Halliburton?
16             It says:  "Yesterday morning, I
17   worked with Halliburton, another consultant,
18   and the BP cementing expert, Erick
19   Cunningham, on a first pass design for
20   pumping cement from the relief into the
21   blowout well immediately after a dynamic
22   kill."
23             I read that right; correct?
24        A.    Yes.
25        Q.    All right.  Who was the

471

1    Halliburton guy you worked with?
2         A.    I don't recall.
3         Q.    All right.  The next sentence is
4    the one I want to ask you about:  "I
5    emphasize the need for quality and told Erick
6    we would like to share our recent cementing
7    learnings."
8              There's -- there's two points I
9    want to ask you about that.
10             What did you mean when you --
11   when you said, "I emphasize the need for
12   quality"?
13        A.    The need for quality was
14   important in the case of a cementing job
15   through a dynamic kill, because there could
16   be only one chance to cement the well.  So it
17   had to be done properly was the vision that
18   we set forth for the relief well group.
19        Q.    Done properly is pretty general.
20        A.    It had --
21        Q.    Can you give me --
22        A.    -- to be -- yes.
23        Q.    -- some specifics?
24        A.    Sorry.  It had to be -- it had
25   to be successful.  It had to be in place and

28 (Pages 468 to 471)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

Reported By:

ROBERT QUITZAU VOL. II          May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

---

**472**

1  set up on one try, because that may be the
2  only chance that we get.
3      Q.   And so did -- that included the
4  type, the testing of it, and doing everything
5  to make sure it would work?
6      A.   Yes.
7      Q.   And all of that was, in fact,
8  done in terms of the relief well, even though
9  the well had been killed by that time;
10  correct?
11      MS. WILMS:
12          Object to form.
13  EXAMINATION BY MR. HEBERT:
14      Q.   Or do you know?
15      A.   The relief well -- by the time
16  the relief well was finally killed, I had
17  started to phase out of the -- the detail
18  planning on the intercept and the actual
19  cementing job. I understand that the job was
20  successful, but I wasn't involved in the
21  details by that time.
22      Q.   So as you testify today, you
23  can't give us any testimony about the details
24  of the relief well in terms of quality?
25      A.   I can't give you any details

---

**473**

1  about the details of the relief well
2  cementing job.
3      Q.   All right. The next part of the
4  sentence, I'm even more curious about, you
5  say: "You told BP's Erick Cunningham that
6  we" -- I guess you're speaking on behalf of
7  Anadarko -- "would like to share our recent
8  cement learnings."
9          Do you see where it says that?
10      A.   Yes, I do.
11      Q.   All right. Well, what are these
12  "recent cement learnings" that you're
13  referring to?
14      A.   There was an initiative in
15  Anadarko to go through all of our cementing
16  practices, and there was another -- another
17  person and group that were working on that,
18  and I knew that that was going on at that
19  time. And so I offered that -- that we could
20  contribute some ideas in that regard.
21      Q.   All right. Well, can you give
22  me some specifics about what -- what Anadarko
23  had learned and when?
24      A.   Well --
25      Q.   Was it in relation to Macondo,

---

**474**

1  these recent learnings?
2      A.   They were not in relation to
3  Macondo.
4      Q.   All right. Okay. Well, what
5  were they in temporal learning time
6  experience?
7      MS. WILMS:
8          Object to form.
9      THE WITNESS:
10          I wasn't directly involved in
11  the initiative to -- to upgrade our system.
12  But generally, there was -- and I don't
13  remember the exact time, but there was a
14  cement problem. And as a result of that, we
15  stepped back and -- and went through all of
16  our practices to upgrade how we do everything
17  with regard to cement implementation.
18  EXAMINATION BY MR. HEBERT:
19      Q.   Okay. And Anadarko had done
20  that pre-Macondo?
21      A.   That's correct.
22      Q.   All right. If I wanted to learn
23  more about those Anadarko recent cement
24  learnings, where would I go to find those?
25      A.   Our group has some practices

---

**475**

1  that were being put together. They were
2  under evolution at the time of Macondo.
3          And where they currently reside
4  and their current status, I can't say for
5  sure right now. Because all this got
6  interrupted, and I've been fully occupied
7  with the relief efforts and then the industry
8  efforts to -- for containment options. So I
9  don't know the current status. I know it was
10  underway at the time of Macondo.
11      Q.   Okay. Is there a specific
12  document that I could go to on an Anadarko
13  practices and procedures and then a further
14  limited, you know, Section 1010 --
15      A.   Yeah. I -- I couldn't say the
16  nature of the document or documents. I
17  can't -- I don't know that. I know there's
18  processes and various -- various elements to
19  the overall program, and I guess I just don't
20  know all the details on that.
21      Q.   Okay. Well, if I wanted to talk
22  to someone at Anadarko about -- what you were
23  referring to about recent cement learnings
24  that -- that, as you've already established,
25  were learnings prior to Macondo, who would be

---

**29 (Pages 472 to 475)**

Exhibit X
Page 162

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported By:

ROBERT QUITZAU VOL. II              May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

476

1    the best person at Anadarko to direct my
2    questions?
3         A.    I would divert you to my boss,
4    Mike Pfister, to get further direction.
5         Q.    Okay.  Then if you go to the
6    second page of that:  "On the May 4 e-mail,
7    it looks like you guys had to put your relief
8    well plans on the shelf, to use your words,
9    for a short period of time and write a
10   procedure for pumping a junk shot into the
11   blowing well, followed by a bullhead kill,
12   followed by bullhead cement job."
13        I've read that correct; right?
14   A.   Yes.
15   MS. WILMS:
16        Object to form.
17   THE WITNESS:
18        Yes.
19   EXAMINATION BY MR. HEBERT:
20        Q.    So your efforts then turned to
21   the junk shot efforts as of May 4th?
22        A.    That's correct.
23        Q.    The whole procedure -- junk
24   shot, top kill -- I've heard it referred to,
25   you know, as lots of different things.

477

1         But just, in general, give me
2    your appreciation, as simply as you can for
3    us non-engineer types, about what was all
4    involved in that?
5         A.    The junk shot manifold --
6         Q.    Let me -- before you start.
7    Conceptionally first and then what actually
8    happened second.
9         A.    Okay.
10   MS. WILMS:
11        Object to form.
12   THE WITNESS:
13        Okay.
14   EXAMINATION BY MS. FLICKINGER:
15        Q.    You understand my question?
16        A.    I think I understand your
17   question.
18        Q.    All right.  Let's start with the
19   concept first.
20        A.    The concept is, is that the junk
21   shot would be pumped -- the junk shot would
22   be pumped into the choke and/or kill lines of
23   the HORIZON BOP, and this junk shot material
24   would, hopefully, have some effect to plug
25   the various leaks in the riser kink and

478

1    perhaps cavities and void space in the BOP
2    and thereby allow us to create more back
3    pressure in the well and reduce the amount of
4    fluid exiting at the riser.  That back
5    pressure would then allow us to pump mud down
6    into the well, displace the hydrocarbons back
7    into the rocks.
8         Q.    And that would be the top kill
9    part of the junk --
10        A.    Yes, that would be the top kill
11   part of it.
12        Q.    All right.  So you got junk shot
13   first, where you're throwing the junk in, and
14   then the top kill is pumping?
15        A.    Correct.
16        Q.    All right.  Now, I've heard you
17   testify earlier about leaks, and I thought I
18   heard you say -- you've already mentioned
19   leaks in the riser; correct?
20        A.    Yes.
21        Q.    And let's make sure we have
22   those.  Do you know or did you gain an
23   appreciation for where the leaks in the riser
24   were occurring?
25        A.    The leaks in the riser kink is

479

1    where the -- where the riser was bent over
2    just above the top of the LMRP or the BOP --
3    the HORIZON BOP, that could be seen.  There
4    were multiple leaks in there where -- where
5    the fluid was jetting out.
6         Q.    Was the majority of it coming
7    out there?
8         A.    I have no estimate of the flow
9    rates.  Some of the flow was coming out
10   there, and some of the flow was going through
11   the riser that was on the mud line and out
12   the end of the riser.
13        Q.    Were efforts -- efforts were
14   made to cap the flow coming out of the drill
15   pipe.  Are you aware of those?
16        A.    I'm sorry.  The flow coming out
17   of the drill pipe?
18        Q.    Yeah, there was a drill pipe on
19   the seabed floor, and we heard some
20   testimony --
21        A.    I'm vaguely aware of that.  I --
22   I don't know the details of that.
23        Q.    Well, and the flow coming out of
24   the end of the riser, where was that in --
25        A.    I don't know the details of the

601 Poydras Street, Suite 1720       GAUDET KAISER, L.L.C.       Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters   Facsimile: (504) 525-9109

Exhibit X
Page 163

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                          Reported By:
ROBERT QUITZAU VOL. II                     May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

480

1    debris -- riser debris, drill pipe debris on
2    the right -- on the ocean floor, but clearly,
3    we were focused on the riser kinks.
4           And we knew that at some point
5    at the end of the riser, a lot of flow was
6    coming out at that point as well.  And this
7    drill pipe piece, I'm still not clear on
8    where -- how that was tied into everything.
9       Q.    Fair enough.  I also heard you
10   talk about leaks in the BOP, if I understood
11   you correctly.
12          Were those sort of at the top
13   where the flange was?
14      MR. NICHOLS:
15          Object to the form.
16      MS. WILMS:
17          Object to form.
18   EXAMINATION BY MR. HEBERT:
19      Q.    Or do you know?  Can you tell
20   us?
21      MR. NICHOLS:
22          Again, objection to form.
23      THE WITNESS:
24          I'd have to -- I don't recall
25   making that comment.

481

1    EXAMINATION BY MR. HEBERT:
2       Q.    Okay.  So -- so I'm incorrect
3    with respect to any leaks in the BOP?
4       MS. WILMS:
5           Object to form.
6       THE WITNESS:
7           Which BOP are you referring to?
8       EXAMINATION BY MR. HEBERT:
9       Q.    I'm talking about the DEEPWATER
10   HORIZON BOP?
11      MR. DAVID:
12          Objection to form.
13      THE WITNESS:
14          No, I don't recall --
15   EXAMINATION BY MR. HEBERT:
16      Q.    The leaks that you recall?
17      A.    I don't recall any leaks in the
18   HORIZON BOP.
19      Q.    Okay.
20      A.    You're talking about my
21   testimony that I just made in talking to you
22   here?
23      Q.    Yes.
24      A.    You're talking about with regard
25   to pumping the junk shot?

482

1       Q.    Yes.
2       A.    Okay.  Okay.  So I'll -- I know
3    what you're asking.  The -- the leaks would
4    be in the riser kink.  There is -- there
5    could have been a flow path through the
6    cavities in the BOP, and the junk shot would
7    have a chance to bridge off in those
8    cavities.  Though, I don't know that I would
9    classify those as leaks.  They're cavities
10   that exist in the BOP.  Wherever the flow is
11   going, the junk shot was supposed to try to
12   bridge off those paths and, thereby, allow us
13   to pump down into the well rather than out
14   into the Gulf.  So I do not call those leaks.
15      MR. NICHOLS:
16          Objection to form.
17   EXAMINATION BY MR. HEBERT:
18      Q.    So and -- can you, as you
19   testify here today, give us any specific
20   geometry as to the size of the leaks or more
21   precise indications as to where they may have
22   been?
23      MS. WILMS:
24          Object to form.
25      MR. NICHOLS:

483

1           Objection, form.
2       THE WITNESS:
3           The only leaks I've referred to
4    would be the leaks in the riser kink, and
5    there were multiple leaks.  And I could not
6    qualify the size of those leaks.
7       MR. HEBERT:
8           All right.  I got a message that
9    we need to change the tape.  So let's go off
10   the record.
11      THE VIDEOGRAPHER:
12          We're going off the record.
13   It's 10:38.  This is the end of videotape
14   No. 2.
15          (Whereupon, a brief recess was
16   taken.)
17      THE VIDEOGRAPHER:
18          We're back on the record.  It's
19   10:51.  This is the beginning of videotape
20   No. 3.
21   EXAMINATION BY MR. HEBERT:
22      Q.    Now, I want to go back to the
23   burst disk for just a moment before I move
24   forward.  I heard your testimony yesterday
25   about, is it possible to design a well

31 (Pages 480 to 483)

601 Poydras Street, Suite 1720       GAUDET KAISER, L.L.C.       Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters   Facsimile: (504) 525-9109

Exhibit X
Page 164

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                  Reported By:

ROBERT QUITZAU VOL. II                    May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

---

484

1    without the burst disk, and you talked about,
2    well, that's sort of a subjective -- I'm
3    paraphrasing the way I understood your
4    testimony -- but it's sort of subjective and
5    as a well designer, you couldn't answer that
6    question.
7          Well, my question is: The
8    function that these burst disks do, is there
9    another device or another way to design a
10   well that would -- that was in existence at
11   the time of Macondo and prior that would then
12   not involve the use of burst disks?
13         MS. WILMS:
14             Object to form.
15         THE WITNESS:
16             There are various technologies
17   in the industry for helping to manage annular
18   pressure buildup in addition to burst disks,
19   and those, again, would be a very
20   well-by-well basis, you know, to evaluate
21   all the -- all the pluses and minuses of
22   those different options to put into a well.
23   EXAMINATION BY MR. HEBERT:
24         Q.    Well, was it feasible that any
25   of these alternatives, if you can, tell me

---

485

1    very quickly what they might be.
2          MS. WILMS:
3              Object to form.
4          THE WITNESS:
5              I can list some of them.
6    EXAMINATION BY MR. HEBERT:
7          Q.    All right.  Please do.
8          A.    Certainly not all of them.  You
9    can -- there's syntactic foam.  There's fluid
10   that shrinks with temperature.  People have
11   put nitrogen cushions in the backside, and a
12   lot of people use vacuum-insulated tubing.
13         Q.    All right.  Those were all in
14   existence prior to Macondo, known techniques?
15         A.    Yes.
16         Q.    Based upon what you know about
17   Macondo, was it feasible to employ any of
18   these?
19         MS. WILMS:
20             Object to form.
21         THE WITNESS:
22             I can't comment on the
23   application of any of those in the Macondo.
24   EXAMINATION BY MR. HEBERT:
25         Q.    All right.  Okay.  Continuing

---

486

1    with this e-mail string, take a look at yours
2    of May 8th to the group that we have
3    mentioned earlier.
4              "We know that the junk shot
5    didn't work."  You say:  "After reaching an
6    end point on the high-level junk shot
7    procedure, you transitioned to the pumping
8    team," so on, and so forth.
9              I want to go to the junk shot
10   and talk about it.
11             I heard your testimony yesterday
12   that you indicated you really didn't have an
13   opinion as to why it failed; is that correct?
14         MS. WILMS:
15             Object to form.
16         THE WITNESS:
17             I don't recall my exact
18   testimony.
19   EXAMINATION BY MR. HEBERT:
20         Q.    Well, let's just --
21         A.    Sorry.  As to why what failed?
22         Q.    The -- well, let's take -- let's
23   take it -- we've already established that it
24   occurred in two segments.
25             First, the throwing of the junk

---

487

1    in there, and you obviously were successful
2    in throwing the junk in there, but it didn't
3    stem the flow; did it?
4          MS. WILMS:
5              Object to form.
6          THE WITNESS:
7              When you say "stem the flow,"
8    what do you mean by that?
9    EXAMINATION BY MR. HEBERT:
10         Q.    Did it reduced the flow.
11         A.    I don't know if it reduced the
12   flow at any point during that process.
13         Q.    All right.  Well, you were a
14   part of it, did you have any observations on
15   what you were seeing?
16         MS. WILMS:
17             Object to form.
18         THE WITNESS:
19             There was speculation that there
20   could have been some pressure variations
21   during the pumping of the junk shot that may
22   indeed have slowed the flow down for short
23   periods, but then it seemed to return to its
24   original level.
25   EXAMINATION BY MR. HEBERT:

---

**32 (Pages 484 to 487)**

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:
ROBERT QUITZAU VOL. II                        May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

488

1      Q.   That's the second half of it.
2   When you put the junk in -- did y'all use up
3   all the junk you had?
4      MS. WILMS:
5          Object to form.
6      THE WITNESS:
7          My understanding is that by the
8   end of all the operations, we pumped all of
9   the junk shot.
10  EXAMINATION BY MR. HEBERT:
11     Q.   All right.  Now, I've seen some
12  exchanges of correspondence that led me to
13  believe or conclude that while some progress
14  was made during the pumping stage with
15  respect to the junk shot, there wasn't enough
16  mud available to go on, at least for that
17  period of time, and that additional mud and
18  heavier mud was needed to get on site.
19         Is that true?
20     MS. WILMS:
21         Object to form.
22     THE WITNESS:
23         You made several statements in
24  there and --
25  EXAMINATION BY MR. HEBERT:

489

1      Q.   Some of which may be and some
2   not?
3      A.   Yes.
4      Q.   Go ahead and explain.
5      A.   The word --
6      MS. WILMS:
7          Object to form.
8      THE WITNESS:
9          The word "progress," there was
10  perceptions of possible progress.  But in my
11  mind, that -- that is still uncertain.  So
12  when you say "progress," I don't know if we
13  made progress or not.
14  EXAMINATION BY MR. HEBERT:
15     Q.   Well, was -- who was
16  coordinating, responsible for making sure
17  that all of the logistics were in place and
18  the material that was needed for the junk
19  shot would be there?  Was it -- was it a BP
20  employee?
21     A.   The junk shot?
22     Q.   Yes.
23     A.   Yeah.  Ultimately, BP was
24  responsible for mobilizing the junk shot, and
25  there were -- there were numerous people

490

1   involved in preparing for that.
2      Q.   And the pumping part of it?
3      A.   The pumping part of it, again,
4   BP --
5      Q.   Same thing, BP?
6      A.   Yes, and different vendors
7   involved in the preparation for that.
8      Q.   Well, I asked about limitations
9   during those efforts with respect to the
10  pumping related to there not being enough
11  mud.  Do you remember that?
12     MS. WILMS:
13         Object to form.
14     MR. DAVID:
15         Objection to form.
16     MR. NICHOLS:
17         Objection.
18     THE WITNESS:
19         Do I remember you asking the
20  that question?
21  EXAMINATION BY MR. HEBERT:
22     Q.   Yes.  And I don't think I got a
23  response to that.
24     MR. DAVID:
25         Object to the form.

491

1      THE WITNESS:
2          My recollection is that we
3   mobilized a very sizeable amount of mud to
4   the job, and we pumped it as planned.  And we
5   tried to use what we learned on that job for
6   future -- for future attempts.
7   EXAMINATION BY MR. HEBERT:
8      Q.   I'm going to move on quickly
9   based on time constraints.
10         But go back -- go now to that
11  same e-mail string of May 11, yours to the
12  group, and it says:  "We are now getting
13  stack pressures 36 to 3800 psi, depending
14  upon who you listen to."
15         Where were you -- how were you
16  getting the stack pressures?  Where were they
17  coming from, and what were y'all using to get
18  those numbers?
19     MS. WILMS:
20         Object to form.
21     THE WITNESS:
22         We would hear -- the kill team
23  would hear updates from another group as to
24  what pressures were being recorded and
25  observed.

**33 (Pages 488 to 491)**

Exhibit X
Page 166

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                Reported By:

ROBERT QUITZAU VOL. II        May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

492

```
 1    EXAMINATION BY MR. HEBERT:
 2       Q.   Where were they coming from?
 3       A.   There were various places on the
 4  BOP, and I don't recall the exact places.
 5  There was one below the BOP, one up in either
 6  the choke and/or the kill line, and I don't
 7  recall the exact placement of all those
 8  gauges.
 9       Q.   Okay.  Now, normally would there
10  be differences of as much as 200 psi?
11     MS. WILMS:
12          Object to form.
13  EXAMINATION BY MR. HEBERT:
14       Q.   From 36 to 38, your e-mail says,
15  hundred?
16       A.   That refers to the pressures
17  that were being observed, over time -- would
18  vary over time.  And so when someone would
19  bring you an update, you know, one day it
20  might be one pressure and another day it
21  might be something else.
22       Q.   All right.  The next e-mail --
23  I'm going to move through these rapidly -- it
24  says the latest Gantt chart.  I have no idea
25  what that is.  Can you tell me what the Gantt
```

493

```
 1  chart is?
 2       A.   Can you tell me --
 3       Q.   Yeah.  Go to your e-mail of --
 4     MS. WILMS:
 5          April 12th.
 6  EXAMINATION BY MR. HEBERT:
 7       Q.   -- May 12th.
 8     MS. WILMS:
 9          I'm sorry.
10  EXAMINATION BY MR. HEBERT;
11       Q.   Just go up.
12       A.   Yeah.  A Gantt chart, is -- I
13  guess, a term that I've used in the past and
14  others have used, is just a scheduled
15  breakdown of different planned steps and how
16  long each one steps in a -- kind of a chart
17  format.
18       Q.   That e-mail says: "The team is
19  focusing on the pressure limits during
20  pumping."
21          What were the pressure limits or
22  what constraints were involved with respect
23  to that?
24       A.   So as -- let me make sure I
25  understand what this is about here.
```

494

```
 1          So as fluids could be pumped
 2  into the well, the pressures up and down the
 3  well would change as the -- as the fluid goes
 4  downhole.  And each of the components in the
 5  wellbore had a pressure limit, and we wanted
 6  to make sure that when the -- when pumping
 7  was initiated, because there was a potential
 8  for very high rates, that none of the
 9  components in the well, you know, would be --
10  any pressure integrity would be exceeded.  So
11  we focused on --
12       Q.   Now, did that also involve the
13  burst disk issue?
14       A.   That did --
15       Q.   I'm sorry.  I didn't mean to
16  interrupt you?
17       A.   That involved burst disk, liner
18  hanger tops, and the casing itself.
19       Q.   Can you go down to the last
20  sentence in that.  I asked you where those
21  leaks were with respect to the riser, and you
22  referred to the largest riser leak.  Do you
23  see that in the last sentence of that e-mail?
24          Does that refresh your
25  recollection, possibly, as to where those
```

495

```
 1  leaks were?
 2       A.   I was just -- I wasn't involved
 3  in the cofferdam, but that was what I had
 4  heard, that they were -- they might use it to
 5  cover up one of the big leaks.  I didn't know
 6  where -- which one they were talking about.
 7  Just giving an update on what I heard.
 8       Q.   But it was riser as opposed to
 9  BOP?
10       A.   It says riser leak.  That's what
11  I heard.
12       Q.   Fine.  Your next e-mail of
13  May 15th confuses me.  It says that: "BP
14  made a major decision yesterday evening.
15  They decided to go straight to a diversion
16  rate, a momentum top kill, rather than pump
17  the junk shot or other sealing agents into
18  the well."
19          I read it correctly?
20       A.   Yes.
21       Q.   But that's not correct, because
22  they did pump the junk shot; correct?
23     MS. WILMS:
24          Object to form.
25  THE WITNESS:
```

**34  (Pages 492 to 495)**

601 Poydras Street, Suite 1720     GAUDET KAISER, L.L.C.     Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters   Facsimile: (504) 525-9109

Exhibit X
Page 167

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:
ROBERT QUITZAU VOL. II                    May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

---

496

```
 1          You know, there were three
 2   different top kill attempts, and the junk
 3   shots were pumped at -- in different --
 4   different stages in the different jobs. And
 5   at one time, there was an understanding that
 6   we were not going to use junk shots, and
 7   then -- and I don't remember the details of
 8   the job. But there were some realtime
 9   decisions made to pump junk shots based on
10   observations made, and I don't recall
11   which -- which kill attempt that was.
12       EXAMINATION BY MR. HEBERT:
13       Q.    Well, is the diversion rate or a
14   momentum top kill a reference to pumping that
15   was done after the junk shot?
16       A.    The diversion rate or top kill
17   was -- is reference to the procedure of
18   pumping at such high rates that the friction
19   through the leaks would create back
20   pressure -- the riser kinks leaks would
21   create back pressure that would allow us to
22   kill the well.
23       Q.    Now the burst disk issue, you
24   refer to that in that paragraph; right?
25       MS. WILMS:
```

497

```
 1          Object to form.
 2       THE WITNESS:
 3          Yes, I do.
 4   EXAMINATION BY MR. HEBERT:
 5       Q.    All right.  Go to the next
 6   e-mail, very quickly, 5/16, and it says: "A
 7   new development is that the pressure below
 8   the BOP appears to be dropping plus or minus
 9   3100 psi, while the pressure above the BOP is
10   holding plus or minus 2800 psi."
11       Do you see where it says that?
12       A.    I do.
13       Q.    All right.  Explain to me the
14   significance of that.
15       A.    There was a pressure gauge above
16   the BOP, and there was a pressure gauge below
17   the BOP, and the difference in pressure is an
18   indication of the amount of back pressure
19   that we might be able to generate across the
20   BOP and thereby force mud down the hole.
21          So the higher that differential
22   is, the better chance of pumping mud down the
23   hole.  And what I'm pointing out here is
24   that that difference is decreasing, and
25   thereby that -- that could make things more
```

498

```
 1   difficult to conduct the momentum kill.
 2       Q.    Do you remember what the
 3   pressure differential was when the momentum
 4   kill was actually tried?
 5       A.    I do not.
 6       Q.    All right.  Remember when I
 7   asked you about the chain of command and the
 8   entities involved.  Look at that last
 9   sentence of about e-mail, and it says: "We
10   have several big meetings today, and the goal
11   is to have a final procedure to go to MMS by
12   6 p.m. tonight."
13          MMS, the -- being the precursor
14   of BOEMRE, does that suggest that the
15   government was calling the shots -- the final
16   shots?
17       MS. WILMS:
18          Object to form.
19       THE WITNESS:
20          The procedure, the final --
21   quote, final procedure would be reviewed and
22   approved by some layer of BP decision-makers,
23   and somewhere in there, MMS had to also sign
24   off on the procedure.  And whether it had to
25   go above MMS, I don't know.  But they were on
```

499

```
 1   the signature sign-off track before the
 2   procedure could be put in place.
 3   EXAMINATION BY MR. HEBERT:
 4       Q.    So -- so, as far as you're
 5   concerned, both of those entities were
 6   involved in the go or no go, the government
 7   and BP?
 8       MR. DAVID:
 9          Object to form.
10   EXAMINATION BY MR. HEBERT:
11       Q.    And by the government, I mean,
12   the Coast Guard, MMS, whatever other
13   government entity.
14       A.    According to this, BP and MMS
15   were involved in the procedure approval.
16       Q.    All right.  Just a couple more
17   questions.
18          You referred throughout your
19   testimony yesterday and in these e-mails you
20   talked about the rumors.  We all know what
21   rumors are, but was there a method of
22   communication during that period of time
23   through a rumor mill?
24       MS. WILMS:
25          Object to form.
```

35 (Pages 496 to 499)

601 Poydras Street, Suite 1720      GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters   Facsimile: (504) 525-9109

Exhibit X
Page 168

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                     Reported By:
ROBERT QUITZAU VOL. II                    May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

500

1    EXAMINATION BY MR. HEBERT:
2        Q.    Sounds like a silly question.
3    But you've repeatedly referred to rumors as
4    being the source of your information.  I want
5    to know how the information was being
6    disseminated back to you.
7        MS. WILMS:
8            Object to form.
9        THE WITNESS:
10           So there are multiple teams with
11   many, many people involved, and each team
12   would be getting updates from -- from the
13   hierarchy of decision-makers.  And so as the
14   teams would interface on the working level,
15   we would hear comments back and forth about
16   things that were being considered or might be
17   considered.  And so you'd hear that, and
18   those would be the rumors.
19   EXAMINATION BY MR. HEBERT:
20       Q.    Early on when I was asking you
21   some questions, we didn't establish an exact
22   chronology, but we talked about interventions
23   initiating with the BOP all the way through
24   the capping stack which was successful.  Do
25   you recall that?

501

1        A.    Yes.
2        Q.    All right.  We know the junk
3    shot top kill didn't work.  How about the
4    cofferdam?  It didn't work either; right?
5    That was in between that period of time.
6        MS. WILMS:
7            Object to form.
8        THE WITNESS:
9            I wasn't involved in any way in
10   the cofferdam process, but -- but I
11   understand that it didn't work.
12   EXAMINATION BY MR. HEBERT:
13       Q.    Do you know why it didn't work?
14       MS. WILMS:
15           Object to form.
16       THE WITNESS:
17           My understanding from listening
18   to the news is that it had hydrate issues.
19   EXAMINATION BY MR. HEBERT:
20       Q.    Hydrates are nothing new in
21   terms of deepwater exploration; are they?
22       MS. WILMS:
23           Object to form.
24       THE WITNESS:
25           Hydrates are known for

502

1    operations in deepwater.
2    EXAMINATION BY MR. HEBERT:
3        Q.    How about the top hat?
4        MS. WILMS:
5            Object to form.
6        THE WITNESS:
7            I'm sorry.  What's the question?
8    EXAMINATION BY MR. HEBERT:
9        Q.    Well, was it employed?
10       A.    I believe the top hat was
11   employed for a short period of time.
12       Q.    Do you know why it didn't work?
13       MS. WILMS:
14           Object to form.
15       MR. DAVID:
16           Object to form.
17       THE WITNESS:
18           I don't know --
19   EXAMINATION BY MR. HEBERT:
20       Q.    It didn't work; did it?
21       MR. DAVID:
22           Object to form.
23   EXAMINATION BY MR. HEBERT:
24       Q.    Or did it work?
25       MR. DAVID:

503

1            Object to form.
2    EXAMINATION BY MR. HEBERT:
3        Q.    Go ahead, you can answer.
4            We do these things to each
5    other.
6        A.    My understanding was that the
7    top hat worked at least partially.
8        Q.    But it didn't completely stem
9    the flow; did it?
10       MR. DAVID:
11           Object to the form.
12       THE WITNESS:
13           I understand that it could
14   produce only part of the volume that was
15   coming out the well.
16   EXAMINATION BY MR. HEBERT:
17       Q.    And the capacity was like
18   15,000 barrels, and there were limitations in
19   terms of how that could be stored and
20   captured; right?
21       A.    I don't know --
22       MS. WILMS:
23           Object.
24       MR. DAVID:
25           Object to the form.

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters      Facsimile: (504) 525-9109

Exhibit X
Page 169

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                Reported By:
ROBERT QUITZAU VOL. II          May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

504

```
1    EXAMINATION BY MR. HEBERT:
2        Q.    You don't know the exact
3    amounts?
4        A.    I don't know the exact flow
5    volumes.
6        Q.    But it didn't stop the flow; did
7    it?
8        MR. DAVID:
9            Object to form.
10       THE WITNESS:
11           It did not stop the flow.
12       MR. HEBERT:
13           All right.  I'm going to stop
14   questioning you at this point, and my
15   colleague, Mr. Hymel, will ask the remainder
16   of my questions.
17           Thank you, sir.
18       THE VIDEOGRAPHER:
19           We're going off the record.
20   It's 11:10.  This is videotape No. 3.
21           (Whereupon, a brief recess was
22   taken.)
23       THE VIDEOGRAPHER:
24           We're back on the record.  It's
25   11:14.  This is videotape No. 3.
```

505

```
1    EXAMINATION BY MR. HYMEL:
2        Q.    Mr. Quitzau, I introduced myself
3    to you before we started.  Again, my name is
4    Richard Hymel, and I represent Transocean.
5            Did you know any of the
6    Transocean employees who worked aboard the
7    DEEPWATER HORIZON?
8        A.    I did not.
9        Q.    Had you ever been aboard the
10   DEEPWATER HORIZON.
11       A.    I have not been.
12       Q.    There was an audit performed by
13   BP on the DEEPWATER HORIZON in September of
14   2009, and I know that there were some
15   discussions amongst BP employees about the
16   resolution of some of the items found in the
17   audit.
18           Were you involved in any of
19   those discussions?
20       A.    I was not --
21       MR. DAVID:
22           Object to form.
23       THE WITNESS:
24           I was not.
25   EXAMINATION BY MR. HYMEL:
```

506

```
1        Q.    I want to talk with you about
2    the pore pressure fracture gradient issue
3    that y'all discussed yesterday.
4        A.    Okay.
5        Q.    It's my understanding that there
6    are a couple of definitions of drilling
7    margin; is that correct?
8        MS. WILMS:
9            Object to form.
10       THE WITNESS:
11           I understand there are several
12   definitions of drilling margin.
13   EXAMINATION BY MR. HYMEL:
14       Q.    And one definition of drilling
15   margin is the difference between the pore
16   pressure and the mud weight; is that correct?
17       A.    That's correct.
18       Q.    Okay.  And, of course, you want
19   your mud heavier than your pore pressure?
20       A.    That's correct.
21       Q.    Another definition of drilling
22   margin is the difference between the mud
23   weight and the fracture gradient; is that
24   correct?
25       A.    That's correct.
```

507

```
1        Q.    And, of course, you want your
2    mud weight lighter than your fracture
3    gradient; correct?
4        A.    That's correct.
5        Q.    I want to show you a document.
6    This is a document that -- it's been
7    introduced in evidence already, and I don't
8    have the exhibit number, but it's BP-HZN-MBI
9    00110676.  And it is an e-mail from Mark
10   Hafle to Brett Cocales, dated March 14th,
11   2010, and then an e-mail below that from
12   Brett Cocales to Mark Hafle and Brian Morel.
13           Do you know Mr. Cocales?
14       A.    I do not.
15       Q.    Do you know Mr. Hafle?
16       A.    I have spoken with Mr. Hafle.
17       Q.    Do you know Mr. Morel?
18       A.    I believe some of my e-mail
19   correspondence involved him.  He may have
20   sent me one.
21       Q.    Okay.  I'm not suggesting that
22   you've seen any of these e-mails, but I want
23   to refer you to the second e-mail towards the
24   middle of the page.
25           And the statement is made in the
```

37 (Pages 504 to 507)

601 Poydras Street, Suite 1720      GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6009  Board-Certified Court Reporters   Facsimile: (504) 525-9109

Exhibit X
Page 170

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                  Reported By:
ROBERT QUITZAU VOL. II                     May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

508

1  first sentence: "The MMS regs just say we
2  have to do PIT below each casing, and since
3  we've done one on 16 inch, I don't think we
4  have to do another one. However, our FIT is
5  12.55 ppg, and our TDMW will be 12.1 ppg,
6  which falls just short of the .5 ppg drilling
7  margin.
8           And that's the point I want to
9  refer you to is:  Did you have any
10 discussions with anybody at BP about -- about
11 a .5 ppg drilling margin?
12      A.   I did not.
13      MR. DAVID:
14           Objection to form.
15 EXAMINATION BY MR. HYMEL:
16      Q.   Okay.  You told us yesterday
17 that the drilling margin set by the operator
18 is usually set forth in the well plan and
19 then approved by the government; is that
20 correct?
21      MS. WILMS:
22           Object to form.
23      THE WITNESS:
24           It's set forth in the
25 application for permit to drill.

509

1  EXAMINATION BY MR. HYMEL:
2       Q.   Okay.
3       A.   And approved by the government.
4       Q.   Have you ever seen the
5  application for permit to drill for the
6  Macondo well?
7       A.   I have not.
8       Q.   Did anybody ever tell you what
9  the drilling margin was that was set forth in
10 the application for permit to drill for the
11 Macondo well?
12      A.   No, they did not.
13      Q.   Okay.  Part of what you did for
14 Anadarko was review the daily reports and the
15 pp -- the pore pressure fracture gradient
16 reports; correct?
17      MS. WILMS:
18           Object to form.
19      THE WITNESS:
20           Yes, that's correct.
21 EXAMINATION BY MR. HYMEL:
22      Q.   Okay.  Now, when you were
23 reviewing these documents, did you look at
24 them for the pore pressure?
25      A.   Sometimes I looked at them for

510

1  BP's assessment of the pore pressure.
2       Q.   Did you look at these documents
3  for the fracture gradient?
4       A.   Sometimes I looked at them for
5  understanding of the fracture gradient as BP
6  interpreted it.
7       Q.   Did you have an understanding of
8  what BP's intended drilling margin was?
9       MR. DAVID:
10           Object to form.
11      THE WITNESS:
12           I did not.
13 EXAMINATION BY MR. HYMEL:
14      Q.   Okay.  And you never asked that
15 question?
16      A.   I did not.
17      Q.   That question was not relevant
18 to anything that you were involved in?
19      A.   No, it was not.
20      Q.   Looking at that same document
21 that's in front of you -- and I want to
22 attach that as the next exhibit.
23      MS. WILMS:
24           Okay.  It's going to be marked
25 as Exhibit 2658, and counsel's already read

511

1  the Bates number.
2       MR. HYMEL:
3            Sure.
4            (Exhibit No. 2658 marked for
5  identification.)
6  EXAMINATION BY MR. HYMEL:
7       Q.   The next sentence in that
8  document says:  "Maybe it is close enough for
9  them, but we would have to ask them for this
10 waiver, as they require us to maintain .5
11 ppg, unless a waiver is granted."
12           Do you see that?
13      A.   Yes, I do.
14      Q.   Now, I'm assuming he's referring
15 to "us" as the MMS, as who would require them
16 to maintain a certain drilling margin unless
17 a waiver is granted.
18           Are you aware of any such
19 requirement by the MMS that an operator must
20 maintain a .5 ppg drilling margin?
21      MS. WILMS:
22           Object to form.
23      THE WITNESS:
24           My understanding is that we
25 submit or an operator engineer would submit

38 (Pages 508 to 511)

601 Poydras Street, Suite 1720      GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters   Facsimile: (504) 525-9109

Exhibit X
Page 171

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:

ROBERT QUITZAU VOL. II                      May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

---

512

```
 1       the application for permit to drill, and that
 2   is often included as a limit.  But we can --
 3   an engineer can propose and defend other
 4   limits, and that -- what is ultimately valid
 5   is what's approved by the MMS.
 6       EXAMINATION BY MR. HYMEL:
 7       Q.   Okay.  And when you say "that is
 8   often included as a limit," you mean a .5 ppg
 9   drilling margin is often the limit?
10       MS. WILMS:
11           Object to form.
12       THE WITNESS:
13           It's common to submit a
14   application for permit to drill with the
15   margin of mud weight to shoe strength of .5
16   pound per gallon.
17       EXAMINATION BY MR. HYMEL:
18       Q.    And is it your experience as a
19   drilling engineer in the Gulf of Mexico,
20   working on deepwater wells, that if you want
21   to go to a drilling margin below .5 ppg, that
22   you must ask the Government for approval?
23       MS. WILMS:
24           Object to form.
25       THE WITNESS:
```

513

```
 1           That's a general question.  I
 2   would -- I can't comment on what BP's
 3   practice would be.
 4       EXAMINATION BY MR. HYMEL:
 5       Q.   Yeah.  I'm not asking what BP's
 6   practice would be.  I want to know what the
 7   MMS will approve and what the MMS will not
 8   approve.
 9           In your experience, as a
10   drilling engineer in the Gulf of Mexico
11   dealing with deepwater wells, has it been
12   your experience that if you want to have a
13   drilling margin below .5 ppg that you have to
14   ask the MMS for a waiver?
15       MS. WILMS:
16           Object to form.
17       THE WITNESS:
18           Again, we submit -- we submit
19   what we would like, and we spell it out
20   clearly what the margin would be, and they
21   approve it or they don't.
22       EXAMINATION BY MR. HYMEL:
23       Q.   Okay.  Have you ever submitted
24   a -- an application for permit to drill with
25   a drilling margin less than .5?
```

514

```
 1       A.    For margins of mud weight for
 2   shoe tests, I have.
 3       Q.    How about mud weight to pore
 4   pressure?
 5       A.    I don't recall that I have.
 6       Q.    I want to show you another
 7   document, and it's been introduced as well,
 8   but I don't have that exhibit number.
 9       MR. HYMEL:
10           It is BP-HZN-MBI 00143259.
11   We'll attach that as the next exhibit, and it
12   is the Management of Change prepared by BP
13   for the long string versus the liner change.
14       MS. WILMS:
15           And for the record, this is
16   Exhibit 2659, Bates number BP-HZN-MBI
17   00143259 through 143261.
18           (Exhibit No. 2659 marked for
19   identification.)
20       EXAMINATION BY MR. HYMEL:
21       Q.    Okay.  I want to refer you down
22   to the section that is entitled "Risk
23   Mitigation."
24           Do you see that section?
25       A.    Yes, I do.
```

515

```
 1       Q.    And it talks about lost
 2   circulation during cement job.  And that
 3   section starts off:  "The model estimates --
 4   estimates the maximum ECD to be 14.583 ppg.
 5   The FIT on the previous shoe was 16.0 ppg."
 6           Do you have a recollection of
 7   any of the FITs on the Macondo well being
 8   16.0?
 9       A.    I would have to check.  I seem
10   to recall one at 15.98, but --
11       Q.    And that was at the 9 and
12   7/8ths-inch shoe.  Do you recall?
13       MR. DAVID:
14           Object to form.
15       THE WITNESS:
16           Yes, I seem to recall that.
17       EXAMINATION BY MR. HYMEL:
18       Q.    Okay.  Go on.
19           "There have been two lost
20   circulation events in this hole section.  The
21   first occurred when ECD exceeded 14.9 prior
22   to drilling the pay sands.  The second event,
23   major losses, occurred when ECD exceeded
24   14.7.  Losses for this event were cured with
25   Form-a-Set in MVV reduction.  Since the
```

**39 (Pages 512 to 515)**

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                        Reported By:
ROBERT QUITZAU VOL. II                        May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

516

1    second event, we have been using a 14.5
2    arbitrary frac gradient that we are
3    attempting to abide by based on actual
4    circulating conditions.  We have put the
5    wellbore under since having losses and fixing
6    them."
7          What I just read refers to the
8    losses that were incurred during the drilling
9    of the production zone.  Does that make since
10   to you?
11         MR. DAVID:
12             Object to form.
13         MS. WILMS:
14             Object to form.
15         THE WITNESS:
16             You're telling me that.  I don't
17   know that that's evident from reading this.
18   EXAMINATION BY MR. HYMEL:
19      Q.    Okay.  Do you remember losses
20   during the drilling of the production zone?
21      A.    Yes, I do.
22      Q.    Okay.  And you remember what mud
23   weights were being used at that time?
24      A.    I remember one circumstance.
25      Q.    And what was that?

517

1      A.    Drilling with 14.3, raising it
2    to 14.4 and losing circulation.
3      Q.    Okay.  So if you have a
4    situation where you're drilling with 14.4 and
5    you lose circulation, do you then consider
6    your fracture gradient in that area to be
7    14.4?
8          MS. WILMS:
9              Object to form.
10         THE WITNESS:
11             If you wanted to get
12   quantitative about the fracture gradient, you
13   would consider the ECD to quantify that.
14   EXAMINATION BY MR. HYMEL:
15      Q.    Okay.  And so, if you were
16   drilling the 14.4 mud, do you know what the
17   ECD was for drilling with 14.4 mud?
18         MS. WILMS:
19             Object to form.
20         THE WITNESS:
21             I do not.
22   EXAMINATION BY MR. HYMEL:
23      Q.    Okay.  What reporting
24   requirements does an operator have when the
25   fracture gradient in an area in which he's

518

1    drilling is lower than the last leak-off
2    test?
3          MS. WILMS:
4              Object to form.
5          THE WITNESS:
6              I'm not aware of any reporting
7    requirements.
8    EXAMINATION BY MR. HYMEL:
9       Q.    Okay.  So if you have a 15.98 or
10   a 16 ppg leak-off test at your last shoe, but
11   as you're drilling down, you have losses at
12   14.5 or 14.4 and, therefore, you know that
13   your fracture gradient is lower than 15.98 or
14   16.0, the operator has no obligation to tell
15   the MMS that?
16         MR. DAVID:
17             Object to form.
18         THE WITNESS:
19             I don't know the answer to that
20   question.
21   EXAMINATION BY MR. HYMEL:
22      Q.    The next thing I want you to
23   look at is the Bly Report, and I brought
24   copies for counsel.  I'm assuming everybody
25   in the audience has a copy.

519

1          MS. WILMS:
2              Thank you.
3    EXAMINATION BY MR. HYMEL:
4       Q.    I want you to refer to Page 56
5    in the Bly Report.  Page 56 in the Bly Report
6    is a document that shows the different sands
7    in the Macondo well, and there is a sand
8    that's labeled as brine as 14.1 ppg.
9          Were you aware of that sand
10   during the drilling of the Macondo well?
11      A.    Yes, I was.
12      Q.    Okay.  And did you know whether
13   that sand was brine or hydrocarbons before
14   the incident?
15      A.    My understanding was that it was
16   thought to be brine, that based on
17   discussions with Bobby Bodek.
18      Q.    Okay.  But in any event, this
19   14.1 ppg sand, whatever it was, needed to be
20   taken into consideration when determining the
21   mud weight; correct?
22         MS. WILMS:
23             Object to form.
24         THE WITNESS:
25             That would be BP's decision as

**40  (Pages 516 to 519)**

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                         Reported By:
ROBERT QUITZAU VOL. II                    May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

520

1   to how much impact that would have on the mud
2   weight.
3         EXAMINATION BY MR. HYMEL:
4         Q.   Next document I want to show you
5   is a document -- it's an e-mail between you
6   and some other individuals at Anadarko.  It
7   is --
8         MS. WILMS:
9               Just for the record, would you
10  mind me marking --
11        MR. HYMEL:
12              Sure.  That's fine, we can.
13        MS. WILMS:
14              -- just this page.
15        MR. HYMEL:
16              That's fine.
17        MS. WILMS:
18              I don't want to stick the whole
19  thing in.  I'm sure it's been marked before.
20        MR. HYMEL:
21              No problem.
22        MS. WILMS:
23              So for the record, we're marking
24  as Exhibit 2660 the first page of the Bly
25  Report and also Page 56 of the Bly Report,

521

1   which was the page that counsel and the
2   witness were just referring to.
3         MR. HYMEL:
4               Okay.
5         MS. WILMS:
6               Thank you.
7               (Exhibit No. 2660 marked for
8   identification.)
9         EXAMINATION BY MR. HYMEL:
10        Q.   The next document I want to
11  refer you to is Bates stamped
12  ANA-MDL-00007435, and I want to attach that
13  as the next exhibit.
14              (Exhibit No. 2661 marked for
15  identification.)
16        EXAMINATION BY MR. HYMEL:
17        Q.   And it is an e-mail from you to
18  Paul Chandler and a number of other
19  individuals at Anadarko, and the e-mail is
20  dated April 8th of 2010.
21              I want you to review that e-mail
22  and I will ask you questions about it?
23        A.   (Reading.)  Okay.
24        Q.   Does this e-mail refer to the
25  drilling that was taking place after the

522

1   losses in the production zone?
2         MS. WILMS:
3               Object to form.
4         THE WITNESS:
5               Yes.
6         EXAMINATION BY MR. HYMEL:
7         Q.   And at present -- this e-mail
8   refers to:  "At present, they are at a depth
9   of about 8300 feet" -- I think that probably
10  should be 18,300; do you agree?
11        MR. DAVID:
12              Object to form.
13        THE WITNESS:
14              I do not agree.
15        EXAMINATION BY MR. HYMEL:
16        Q.   Okay.  What is 8300?
17        A.   That would be the depth of their
18  bit going in the hole.
19        Q.   Okay, I got you.
20              But in any event, this e-mail
21  talks about drilling 100 feet of rathole
22  below the pay sand; correct?
23        A.   It describes my understanding of
24  Bobby Bodek's conversation that they would
25  consider drilling 100 feet of rathole below

523

1   the pay sand.
2         Q.   And according to this e-mail,
3   they were going to attempt to drill the
4   100 feet of rathole below the pay sand with
5   14 ppg mud; is that correct?
6         MS. WILMS:
7               Object to form.
8         MR. DAVID:
9               Object to form.
10        THE WITNESS:
11              Yes.
12        EXAMINATION BY MR. HYMEL:
13        Q.   And do you know what the ECD of
14  that mud would have been during drilling?
15        MS. WILMS:
16              Object to form.
17        THE WITNESS:
18              I do not.
19        EXAMINATION BY MR. HYMEL:
20        Q.   Do you know what reporting
21  requirements BP had for drilling with 14 ppg
22  mud when there was a 14.1 ppg sand in the
23  well?
24        MR. DAVID:
25              Object to the form.

41  (Pages 520 to 523)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:
ROBERT QUITZAU VOL. II                May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

524

1          THE WITNESS:
2          I do not.
3     EXAMINATION BY MR. HYMEL:
4          Q.   If you had been the operator on
5     a well that has a 14.1 sand, would you be
6     drilling with 14.0 mud?
7          MR. DAVID:
8               Object to form.
9          MS. WILMS:
10              Object to form.
11         THE WITNESS:
12              I can't comment on that.  I
13    would have to fully understand the
14    circumstances and, as well, the static fluid
15    densities in the well.
16    EXAMINATION BY MR. HYMEL:
17         Q.   And did you have any of that
18    information for the Macondo well?
19         MS. WILMS:
20              Object to form.
21         THE WITNESS:
22              The morning reports, the daily
23    operating reports, and the pore pressure frac
24    gradient reports regularly had references to
25    static densities and ECDs.  But not all the

525

1     other factors that -- is that what your
2     question is, what I just -- you're asking me
3     do -- do they have the information that I
4     just stated?
5     EXAMINATION BY MR. HYMEL:
6          Q.   Yes.
7          A.   Yeah.  All of the other
8     information about the -- the nature of the
9     rocks, the permeabilities and all that, I
10    didn't have any of that.
11         Q.   I want you to turn to the Bly
12    Report, Page 56.
13         MR. HYMEL:
14              That's the same page?
15         MS. WILMS:
16              Yeah.
17    EXAMINATION BY MR. HYMEL:
18         Q.   Okay.  That page indicates
19    that --
20         MS. WILMS:
21              I'm so sorry.  I just -- I don't
22    think we said on the record that this last
23    e-mail that we were referring to has been
24    marked as Exhibit 2661, and I apologize for
25    the interruption.

526

1     EXAMINATION BY MR. HYMEL:
2          Q.   That page of the Bly Report
3     refers to foam cement of 14 ppg.  Do you see
4     that?
5          A.   I see foam cement, 14.5 ppg.
6          Q.   I'm sorry, of 14.5.  And also a
7     capped cement and a tail cement of 16.74.  Do
8     you see that?
9          A.   Yes.
10         Q.   What reporting requirements did
11    BP have in the production zone -- strike
12    that.
13              What reporting requirements did
14    BP have when they knew they incurred losses
15    with 14.4 mud, but they were attempting to
16    place cement that had foam cement of 14.5 ppg
17    and cap cement of 16.74 ppg?
18              Did they have any reporting
19    requirements to the MMS with regard to those
20    margins?
21         MS. WILMS:
22              Object to form.
23         MR. DAVID:
24              Object to form.
25         THE WITNESS:

527

1               I don't know BP's reporting
2     requirements.
3     EXAMINATION BY MR. HYMEL:
4          Q.   If you were the drilling
5     engineer on a well where you lost returns at
6     14.4 mud in the production zone, and you were
7     attempting to cement that production zone
8     with foam cement of 14.5 ppg and cap cement
9     of 16.74 ppg, would you have any reporting
10    requirements to the MMS?
11         MS. WILMS:
12              Object to form.
13         THE WITNESS:
14              I can't comment on that, because
15    I don't know all the circumstances involved
16    surrounding the job.
17    EXAMINATION BY MR. HYMEL:
18         Q.   You testified yesterday that at
19    or about the time you took over in March of
20    2010, were you or any others at Anadarko
21    concerned about BP's ability to safely
22    complete drilling of the well, and your
23    response was, "No, we were not concerned."
24              My question to you today is:
25    Knowing everything you know about this well

42 (Pages 524 to 527)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                Reported By:
ROBERT QUITZAU VOL. II          May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

528

```
 1      now, anything you learned since the incident,
 2      does anything that BP did with regard to this
 3      well cause you any concern now in hindsight?
 4          MR. DAVID:
 5              Object to the form.
 6          THE WITNESS:
 7              Yes.
 8      EXAMINATION BY MR. HYMEL:
 9          Q.    And tell me about that -- those
10      concerns.
11          A.    As I mentioned yesterday, I have
12      concerns about the negative testing and fluid
13      displacement practices during the
14      abandonment.
15          Q.    All right.  And tell me what
16      concerns you have specifically about the
17      negative-pressure test?
18          A.    My statement yesterday was that
19      if there were anomalies, that those anomalies
20      should be resolved before continuing
21      operations.
22          Q.    Should be resolved by whom?
23          A.    Those in charge on the rig.
24          Q.    And your specific concerns about
25      the fluid displacement practices?
```

529

```
 1          A.    The fluid displacement practices
 2      should be monitored in a way that ensure
 3      there's no influx into the well.
 4          Q.    Is one of the ways the fluid
 5      displacement practices should have been
 6      monitored have been some type of schedule, so
 7      that the pressures at each different pump
 8      stroke are known throughout the displacement?
 9          MS. WILMS:
10              Object to the form.
11          MR. DAVID:
12              Object to the form.
13          THE WITNESS:
14              The complexity of the job is --
15      is too much for me to make specific
16      statements about how that would be monitored.
17      EXAMINATION BY MR. HYMEL:
18          Q.    Okay.  Does Anadarko have --
19      if you were the -- strike that.
20              If you're the operator of an
21      Anadarko well and you're actually running the
22      drilling of this well, does Anadarko have any
23      written policies or written required
24      procedures regarding how to perform a
25      negative-pressure test?
```

530

```
 1          MS. WILMS:
 2              Object to form.
 3          THE WITNESS:
 4              Are you referring to the time of
 5      the incident?
 6      EXAMINATION BY MR. HYMEL:
 7          Q.    Yes.
 8          A.    I'm not aware of any standard
 9      practices.
10          Q.    I didn't ask you about standard
11      practices.  I'm asking you about Anadarko's
12      practices.
13          A.    Standard Anadarko's practices.
14          Q.    Prior to April 20th, 2010, did
15      Anadarko have any written policies or written
16      required procedures regarding how a
17      negative-pressure test should be monitored
18      and interpreted?
19          MS. WILMS:
20              Object to form.
21          THE WITNESS:
22              I'm not aware of those.
23      EXAMINATION BY MR. HYMEL:
24          Q.    Prior to April 20th, 2010, did
25      BP -- did Anadarko have any -- strike that.
```

531

```
 1              Prior to April 20th, 2010, did
 2      Anadarko have any written policies or written
 3      required procedures regarding what should be
 4      done during displacement?
 5          MS. WILMS:
 6              Object to form.
 7          THE WITNESS:
 8              I'm not aware of any.
 9      EXAMINATION BY MR. HYMEL:
10          Q.    Do you have any details of the
11      March 8th, 2010, kick?  I know you weren't
12      there at the time, but did you subsequently
13      learn any details?
14          A.    I reviewed the daily operating
15      reports back through that period in
16      preparation for this deposition.
17          Q.    And what did those daily
18      operating reports tell you about the
19      March 8th kick?
20          A.    They -- they drilled out and had
21      loss returns.  They squeezed the shoe.  They
22      drilled ahead.  They took a kick; they got
23      stuck.  They severed drill pipe, killed the
24      well, set a cement plug, and bypassed is what
25      I recall.
```

**43 (Pages 528 to 531)**

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:
ROBERT QUITZAU VOL. II                          May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

532

1      Q.    Did you form any opinions, while
2    looking at the data regarding the March 8th
3    kick, regarding the response to that kick?
4      A.    Which response to that kick?
5      Q.    The response of the drill crew
6    to the kick?
7      MR. DAVID:
8          Object to the form.
9      THE WITNESS:
10         I did not formulate any
11   opinions.
12     EXAMINATION BY MR. HYMEL:
13     Q.    Going back to the
14   negative-pressure test, is it standard
15   industry practice to displace mud to over
16   3,000 feet below the mud line while doing a
17   temporary abandonment procedure?
18     MR. DAVID:
19         Object to the form.
20     MS. WILMS:
21         Object to form.
22     THE WITNESS:
23         I'm not aware of any previous
24   attempts to do that.
25     EXAMINATION BY MR. FINEMAN:

533

1      Q.    Okay.  You agree with me -- do
2    you agree with me that the purpose of a
3    negative-pressure test is to leave the well
4    -- is to test the well in the condition in
5    which you intend to leave it?
6      MS. WILMS:
7          Object to form.
8      MR. DAVID:
9          Object to the form.
10     THE WITNESS:
11         Yes, I agree with that.
12     EXAMINATION BY MR. HYMEL:
13     Q.    Okay.  And do you understand
14   that in this temporary abandonment procedure,
15   that BP intended to place a cement plug at
16   approximately 8,367 feet?
17         Did you understand that?
18     MR. DAVID:
19         Object to form.
20     MS. WILMS:
21         Object to form.
22     THE WITNESS:
23         As at what time are you
24   referring to?
25     EXAMINATION BY MR. HYMEL:

534

1      Q.    At any time.
2      A.    I don't recall all the details
3    of the exact abandonment procedure --
4      Q.    Okay.
5      A.    -- with regard to cement plug
6    depths.
7      Q.    Do you understand, though,
8    either before or after the incident, that BP
9    was going to leave the well with a surface
10   plug -- surface cement plug at approximately
11   83 -- 8,367 feet?
12     MR. DAVID:
13         Object to form.
14     THE WITNESS:
15         I don't recall the exact depth.
16   I know that it was deep in the well.
17     EXAMINATION BY MR. HYMEL:
18     Q.    Okay.  And my question to you
19   is:  If the purpose of a negative-pressure
20   test is to test the well in the condition in
21   which you intend to leave it, do you agree
22   that the negative-pressure test, in this
23   case, should have been performed after the
24   cement plug was set?
25     MS. WILMS:

535

1          Object to form.
2      MR. DAVID:
3          Object to the form.
4      THE WITNESS:
5          I don't have enough information
6    on the actual negative test procedures to
7    comment on that.
8      EXAMINATION BY MR. HYMEL:
9      Q.    Is it standard industry practice
10   to use lost control material as a spacer when
11   performing a negative-pressure test?
12     MR. DAVID:
13         Object to form.
14     THE WITNESS:
15         I'm not aware of any instances
16   where that has occurred aside from this.
17     EXAMINATION BY MR. HYMEL:
18     Q.    So then answer to my next
19   question is:  Have you ever used lost control
20   material as a spacer in a negative-pressure
21   test is no?
22     A.    No.
23     Q.    No, meaning correct?
24     A.    Yes.  No, I have not used LCM as
25   a spacer in displacement.

44  (Pages 532 to 535)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                     Reported By:
ROBERT QUITZAU VOL. II                     May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

536

1          Q.    And similarly, you've never
2    displaced mud to over 3,000 feet below the
3    mud line while doing a TA procedure?
4          A.    I don't recall ever doing that.
5          Q.    You were asked some questions
6    about centralizers yesterday.  And the
7    question I went to ask you is:  There was an
8    April 18th, OptiCem report issued by
9    Halliburton that addressed the number of
10   centralizers that should have been used with
11   the production casing with regard to the
12   cement.
13             Have -- did you ever see a copy
14   of that April 18th OptiCem report before
15   April 20th, 2010?
16         A.    No, I did not.
17         Q.    Did anybody ever tell you what
18   the results of that April 18th OptiCem
19   report -- on April 18th, 2010, OptiCem report
20   were before April 20, 2010?
21         A.    No, they did not.
22         Q.    When you're operating a well,
23   when you're -- strike that.
24             When you're the drilling
25   engineer on a well that the company you're

537

1    working for is operating, do you get OptiCem
2    reports from Halliburton?
3          A.    You're using the term "OptiCem."
4    What I can say is that I -- I get cement
5    simulation job reports from Halliburton when
6    I'm planning a cement job for a well that's
7    being operated by the company I'm working
8    for.
9          Q.    And in that situation, do you
10   review the report to determine or to look at
11   Halliburton's opinion regarding the type of
12   flow that may result based on what
13   centralizers are used?
14         A.    I review what they submit, and
15   whatever's in there, I'll review it.
16         Q.    Have you ever reviewed a
17   Halliburton report -- strike that.
18             Have you ever reviewed a
19   Halliburton test report -- I'm going to use
20   the word "OptiCem," but you use different
21   words -- that show that there would be severe
22   gas flow with the number of centralizers
23   recommended or that were going to be used
24   with the casing?
25         A.    I don't recall ever seeing any

538

1    negative concerns about gas flow.
2          Q.    Prior to April 20th, 2010, did
3    Anadarko have any written policies or written
4    required procedures regarding conversion of
5    float collars?
6          MS. WILMS:
7             Object to form.
8          THE WITNESS:
9             No, they did not.
10   EXAMINATION BY MR. HYMEL:
11         Q.    Are you aware that there were
12   nine attempts to convert the float collar on
13   the 9 and 7/8ths by 7 production casing for
14   the Macondo well?
15         MR. DAVID:
16            Object to the form.
17         THE WITNESS:
18            At what time?
19   EXAMINATION BY MR. HYMEL:
20         Q.    After the casing was run and
21   when circulation was being attempted through
22   the -- through the -- the casing through the
23   float collar?
24         MR. DAVID:
25            Object to the form.

539

1          THE WITNESS:
2             At what point?
3    EXAMINATION BY MR. HYMEL:
4          Q.    Oh, I'm sorry.  Before April 20,
5    2010?
6          A.    No, I was not.
7          Q.    Did Anadarko have written
8    policies or written required procedures
9    regarding when to perform a bottoms up?
10         MS. WILMS:
11            Object to the form.
12         THE WITNESS:
13            No.
14   EXAMINATION BY MR. HYMEL:
15         Q.    Okay.  What is the purpose of a
16   bottoms up?
17         A.    Are you referring to bottoms
18   up -- can you -- can you describe the
19   situation that you're referring to?
20   EXAMINATION BY MR. HYMEL:
21         Q.    Sure.  Bottoms up where you
22   circulate the mud in the well from the bottom
23   to the top.
24         A.    I'm sorry.  Can you repeat the
25   question?

**45 (Pages 536 to 539)**

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                Reported By:

ROBERT QUITZAU VOL. II              May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

---

540

1          Q.    Sure.  Did Anadarko have --
2   strike that.  I asked that question.
3                What is the purpose for a
4   bottoms up?
5          A.    The purpose of a bottoms up.
6   There are many types of bottoms ups.  The
7   purpose of a bottom up would be to circulate
8   the fluid on the bottom of the hole to the
9   surface.
10          Q.    Okay.  Do you agree with me that
11   if the mud sits in the well for more than a
12   couple of days, the mud will start to turn to
13   a gel form?
14          MS. WILMS:
15                Object to form.
16          THE WITNESS:
17                That's a very broad comment.  I
18   would have to understand the specifics of the
19   mud system and the depth and temperature and
20   pressures to even comment on that.
21          EXAMINATION BY MR. HYMEL:
22          Q.    Okay.  Well, do you know enough
23   about the Macondo well -- the condition of
24   the Macondo well before the production casing
25   was run to determine whether or not, if the

---

541

1   mud in the Macondo well was left uncirculated
2   for more than a couple of days, whether it
3   would start -- it would have started to turn
4   to gel?
5          MR. DAVID:
6                Object to the form.
7          MS. WILMS:
8                Object to form.
9          THE WITNESS:
10                What do you mean by "turn to
11   gel"?
12          EXAMINATION BY MR. HYMEL:
13          Q.    Well, the mud becomes more thick
14   and in a gel form as opposed to a liquid as
15   you ran it through the well?
16          MS. WILMS:
17                Object to form.
18          THE WITNESS:
19                I don't know enough about the
20   actual fluid properties, nor circumstances in
21   the well to make a comment on that.
22          EXAMINATION BY MR. HYMEL:
23          Q.    Do you agree -- do you agree
24   that it's a good practice to perform a full
25   bottoms up before a cement job?

---

542

1          MS. WILMS:
2                Object to form.
3          THE WITNESS:
4                That depends on the -- the
5   circumstances.  But in general, it is good
6   practice.
7          EXAMINATION BY MR. HYMEL:
8          Q.    Have you ever run a cement job
9   without performing a full bottoms up within
10   24 hours of a cement job?
11          MS. WILMS:
12                Object to form.
13          THE WITNESS:
14                In other words, are you saying a
15   full bottoms up before the cement job?
16          EXAMINATION BY MR. HYMEL:
17          Q.    That's correct.
18          A.    Yes.
19          Q.    Are you aware that the casing
20   cement job -- strike that.
21                Are you aware that the cement
22   job run on the 9 and 7/8ths by 7 production
23   casing was run without putting a spacer in
24   the rathole?
25          MS. WILMS:

---

543

1                Object to form.
2          THE WITNESS:
3                As of what time?
4          EXAMINATION BY MR. HYMEL:
5          Q.    April 20th, 2010?
6          A.    I was not aware of that.
7          Q.    Okay.  Do you agree that the
8   failure to place a spacer in the rathole
9   before a cement job can cause the cement to
10   get contaminated with the mud in the rathole?
11          MR. DAVID:
12                Objection to the form.
13          THE WITNESS:
14                I am aware that that is a
15   possibility.
16          EXAMINATION BY MR. HYMEL:
17          Q.    Have you ever run a cement job
18   without placing a spacer in the rathole?
19          A.    I've done so many cement jobs, I
20   suspect that's the case.  But almost always
21   I've put some sort of heavy fluid in the
22   rathole.
23          Q.    Okay.  I want you to refer back
24   to the page of the Bly Report, and I didn't
25   intend for that page to be used so many

---

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters        Facsimile: (504) 525-9109
Exhibit X
Page 179

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:
ROBERT QUITZAU VOL. II                          May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

544

```
 1    times, but I'm lucking out.  It's right in
 2    front of you.
 3           And what I want to refer you to
 4    is: "The rathole has 14.17 ppg synthetic
 5    oil-based mud."
 6           Do you see that?
 7    A.    I do.
 8    Q.    Okay.  And above it is: "Tail
 9    cement at 16.74 ppg."
10           Do you see that?
11    A.    I do.
12    Q.    I want you to explain to me how
13    gravity would not pull the 16.74 ppg cement
14    down into the 14.17 mud below it.
15           MS. WILMS:
16               Object to form.
17           THE WITNESS:
18               I can't explain that.
19    EXAMINATION BY MR. HYMEL:
20    Q.    Do you believe that gravity
21    would pull the 17.74 (sic) ppg tail cement
22    down into the 14.1 ppg mud below it?
23           MS. WILMS:
24               Object to form.
25           THE WITNESS:
```

546

```
 1    time?
 2    EXAMINATION BY MR. HYMEL:
 3    Q.    Sure.  Do you agree that one may
 4    not be able to confirm that the float collar
 5    converted with a back pressure test if the
 6    cement does not provide sufficient U-tube
 7    pressure to cause the cement to flow back
 8    into the shoe track?
 9           MS. WILMS:
10               Object to form.
11           THE WITNESS:
12               When you say float collar
13    converted, are you saying -- are the floats
14    holding?
15    EXAMINATION BY MR. HYMEL:
16    Q.    That's correct.
17    A.    Yeah.  I agree that it may be
18    difficult to determine if the floats are
19    holding with very little differential
20    pressure.
21    Q.    Have you ever run a cement job
22    where there was very little differential
23    pressure so that you really couldn't tell
24    whether or not the floats were holding or
25    not?
```

545

```
 1           16.74 pound per -- I do believe
 2    that.
 3           THE VIDEOGRAPHER:
 4               We're going off the record.
 5    It's 11:51.  It's the end of videotape No. 3.
 6           (Whereupon, a brief recess was
 7    taken.)
 8           THE VIDEOGRAPHER:
 9               We're back on the record.  It's
10    12:03.  This is the beginning of videotape
11    No. 4.
12    EXAMINATION BY MR. HYMEL:
13    Q.    Mr. Quitzau, I wanted to ask a
14    few more questions about the float collar
15    conversion and -- and the cement job.
16           Do you agree that one may not be
17    able to confirm that the float collar
18    converted with a -- with a back pressure test
19    if the cement does not provide sufficient
20    U-tube to cause the cement to flow back into
21    the shoe track?
22           MS. WILMS:
23               Object to form.
24           THE WITNESS:
25               Sir, can you say that one more
```

547

```
 1           MS. WILMS:
 2               Object to form.
 3           THE WITNESS:
 4               I don't recall ever doing a
 5    cement job like that.
 6    EXAMINATION BY MR. HYMEL:
 7    Q.    Mr. Guide, one of the BP
 8    engineers, testified at his deposition that
 9    the situation he saw when they ran the cement
10    job through the production casing was that
11    there was no flow up the shoe track or no
12    flow up the annulus; and, therefore, it was
13    not sufficient U-tube pressure to really
14    conduct a backflow test.  He said that was a
15    good thing.
16           Do you agree with him?
17           MS. WILMS:
18               Object to form.
19           MR. DAVID:
20               Object to form.
21           THE WITNESS:
22               I don't understand what he said.
23    EXAMINATION BY MR. HYMEL:
24    Q.    Okay.  If you have a situation
25    where there's not sufficient U-tube pressure
```

47 (Pages 544 to 547)

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters    Facsimile: (504) 525-9109
Exhibit X
Page 180

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010          Reported By:

ROBERT QUITZAU VOL. II          May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

548

1  for the cement to flow back up the shoe
2  track, and there's not sufficient pressure,
3  therefore, to confirm that the floats are
4  holding -- the float valves are holding, is
5  that a condition that would concern you?
6      MS. WILMS:
7      Object to form.
8  THE WITNESS:
9      I've never been in that
10  situation. I would -- I would take -- I
11  wouldn't use the word "concern," but I would
12  take it into account in the operations.
13  EXAMINATION BY MR. HYMEL:
14     Q.   The Bly Report on Page 68 states
15  that: "The investigation team saw no
16  evidence that the BP" -- I'm going to read
17  you a statement here.
18     MS. WILMS:
19     Okay.
20  EXAMINATION BY MR. HYMEL:
21     Q.   On Page 68 states that: "The
22  investigation team saw no evidence that the
23  BP Macondo well team confirmed that all
24  relevant lab test results had been obtained
25  and considered by the Halliburton in-house

549

1  cementing engineer before cement placement
2  proceeded."
3      Were you aware of that
4  information?
5      A.   I was not.
6      Q.   And before April 20th, 2010, you
7  were not aware of that information?
8      A.   I was not aware of that before
9  April 20th.
10     Q.   After April 20th, 2010, have you
11  been made aware of that information?
12     A.   I don't recall if I have.
13     MS. WILMS:
14     Other than through counsel.
15     MR. HYMEL:
16     Sure.
17  EXAMINATION BY MR. HYMEL:
18     Q.   Go ahead.
19     A.   I'm not aware if I've heard of
20  that other than through counsel.
21     Q.   Okay. Did Anadarko have written
22  policies or written required procedures,
23  requiring complete cement lab tests before a
24  cement job is run?
25     A.   Is this prior to April 20th?

550

1      Q.   Yes.
2      A.   No, we did not -- I'm sorry.
3  Can you restate the question.
4      Q.   Sure. Did Anadarko -- and you
5  make a good point.
6          Prior to April 20th, 2010, did
7  Anadarko have written policies or written
8  required procedures, requiring complete
9  cement lab tests before a cement job is run?
10     A.   Okay. So as I testified
11  earlier, there were an initiative to upgrade
12  all of our practices that was in progress,
13  and to the best of my knowledge, policies
14  were being put in place and may have been put
15  in place that would address those concerns.
16     Q.   Prior to April 20th?
17     A.   Prior -- prior to April 20th.
18     Q.   You just don't know?
19     A.   I don't know -- I know they were
20  being developed, and I don't know when
21  they -- they were finalized.
22     Q.   Have you ever run a cement job
23  on a production casing string in the
24  production zone without getting complete lab
25  test results on the final cement slurry?

551

1      A.   I don't recall ever doing that.
2      Q.   When you're the drilling
3  engineer on a well in which the company you
4  work for is the operator, do you ensure that
5  someone watches the realtime data 24 hours a
6  day?
7      MS. WILMS:
8      Object to form.
9  THE WITNESS:
10     That would not be my function.
11  EXAMINATION BY MR. HYMEL:
12     Q.   Okay.
13     A.   And when you say realtime
14  data --
15     Q.   Any realtime data coming in from
16  the well.
17     A.   Yeah, that would not be my
18  function to do that.
19     Q.   Okay. Did Anadarko, prior to
20  April 20th, 2010, have any written policies
21  or written required procedures regarding
22  monitoring realtime data from a well on which
23  Anadarko was the operator?
24     MS. WILMS:
25     Object to form.

48 (Pages 548 to 551)

Exhibit X
Page 181

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                  Reported By:
ROBERT QUITZAU VOL. II          May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

552

1      THE WITNESS:
2          I'm not aware of any written
3   policies to that effect.
4   EXAMINATION BY MR. HYMEL:
5      Q.   In practice, if Anadarko was the
6   operator on a well, did Anadarko have someone
7   monitor the realtime data that was coming in
8   from the well 24 hours a day?
9      MR. HEBERT:
10          Object to form.
11   THE WITNESS:
12          Typically, the vendor that would
13   be transmitting the data would have people
14   that would observe it, and at critical parts
15   of the well, we would have people monitoring
16   that.
17   EXAMINATION BY MR. HYMEL:
18      Q.   Okay.  And you say critical
19   parts of the well.  Would a cement job of the
20   production casing in the production zone be a
21   critical part of the well, in your opinion?
22      A.   When I made that statement, I
23   was referring to drilling into environments
24   of increasing pore pressure.  During cement
25   jobs, our belief is that the vendor would be

553

1   monitoring the realtime results.  And that
2   assumes that the cement vendor is the same as
3   the mud log vendor, which isn't always the
4   case.  But we don't have any standard
5   policies on that.
6      Q.   Okay.
7      A.   For during a production casing
8   cement job.
9      Q.   All right.  Would displacement
10   of the well, taking the mud out of the riser
11   prior to unlatching the riser from the BOP,
12   would that be a critical part of the well in
13   which you would think someone should be
14   watching the realtime data?
15      MS. WILMS:
16          Object to the form.
17   THE WITNESS:
18          Are you asking --
19   EXAMINATION BY MR. HYMEL:
20      Q.   From Anadarko's standpoint?
21      A.   Prior to March -- prior to
22   April 20th?
23      Q.   Yes.
24      A.   We would -- we would not
25   necessarily be monitoring the well during

554

1   that period, using realtime data, and I'm
2   talking about people on the shore.
3      Q.   Sure.  Okay.  And I think this
4   question's been asked again -- before, but I
5   just want to just make sure I understand.
6          I know you were not watching the
7   realtime data on April 20th of 2010, but are
8   you aware of anybody that you've heard of or
9   talked to who said they were watching the
10   realtime data on April 20th, 2010, at any
11   time during that date?
12      MS. WILMS:
13          Object to form.
14   THE WITNESS:
15          From Anadarko?
16   EXAMINATION BY MR. HYMEL:
17      Q.   Yes.
18      A.   I'm not aware of any.
19      Q.   Are you aware of anybody, even
20   if they're not from Anadarko, who you talked
21   to or heard that they were watching the
22   realtime date from the Macondo well on
23   April 20th, 2010?
24      A.   I'm not aware of anybody.
25   MR. HYMEL:

555

1          Okay.  Those are all the
2   questions I have.  Thank you.
3   THE VIDEOGRAPHER:
4          We're going off the record.
5   It's 12:11.  This is the end of videotape No.
6   4.
7          (Whereupon, a brief recess was
8   taken.)
9   THE VIDEOGRAPHER:
10          We're back on the record.  This
11   is the beginning of videotape No. 5.  It's
12   1:17.
13   EXAMINATION BY MR. HARTLEY:
14      Q.   Good afternoon, Mr. Quitzau.  My
15   name Floyd Hartley.  I represent Halliburton.
16          We've never met before today,
17   have we?
18      A.   We have not.
19      Q.   Okay.  I'm going to start off
20   handing you a copy of what's been previously
21   marked Exhibit 1597.  That's the amended --
22   or agreed deposition notice of Anadarko that
23   you went over a little bit yesterday morning
24   with Mr. Fineman.
25          Do you recall that?

49 (Pages 552 to 555)

601 Poydras Street, Suite 1720      GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters   Facsimile: (504) 525-9109

Exhibit X
Page 182

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                     Reported By:

ROBERT QUITZAU VOL. II                     May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

556

1    A.    Yes, I do.
2    Q.    I want to start off directing
3 your attention to topic No. 15.  The pages
4 aren't numbered, but I believe it's the third
5 one in.  Are you there?
6    A.    Yes, I'm there.
7    Q.    Now, my understanding is you're
8 designated on behalf of Anadarko Petroleum
9 Company, at least in part, to testify on
10 topic 15; is that right?
11    A.    That's correct.
12    Q.    And you are not here on behalf
13 of the Anadarko Exploration and Production;
14 are you?
15    A.    I'm not.
16    Q.    Okay.  In terms of topic 15,
17 what can you tell me about the use of InSite
18 Anywhere by any Anadarko employee other than
19 you?
20    A.    Let me -- let me just refresh my
21 memory.  So I can recall that --
22    MS. WILMS:
23        You say InSite?  I'm sorry.
24    MR. HARTLEY:
25        Yes, ma'am.

557

1        THE WITNESS:
2        I can recall that Brian O'Neill,
3 Anadarko petrophysicist, has downloaded data
4 to help in his petrophysical analysis of the
5 productive interval.
6        I believe John Kamm has, at
7 times, looked at the LWD data.
8        I believe that Paul Chandler has
9 looked at the LWD data to watch the progress
10 drilling -- and look at the LWD data for the
11 productive interval.
12    EXAMINATION BY MR. HARTLEY:
13    Q.    That's from a geological
14 perspective?
15    A.    From a geological perspective.
16        Those are the ones I can think
17 of right now.
18    Q.    Okay.  Do you know whether Dawn
19 Peyton had access to InSite Anywhere?
20    A.    I don't recall if she did.
21    Q.    Do you recall whether Forrest
22 Burton had access to InSite Anywhere?
23    A.    My recollection is that he did.
24    Q.    How about Rebecca Isabel, did
25 she have access to InSite Anywhere?

558

1    A.    I don't recall if she did.
2    Q.    Did Derek Folger have access?
3    A.    My recollection is that he did.
4    Q.    How about Mr. Durkee, did he
5 have access?
6    A.    I believe he probably didn't.
7    Q.    Okay.  Do you know what
8 Mr. Burton or Mr. Folger used InSite Anywhere
9 for?
10    A.    I don't.
11    Q.    Now, it's my understanding, and
12 correct me if I'm wrong, that you and others
13 with Anadarko had access to both WellSpace
14 and InSite Anywhere for various periods
15 during the Macondo well?
16    A.    That's correct.
17    Q.    I believe we looked at an e-mail
18 yesterday, that you gained access on or about
19 April 5th --
20    A.    That sounds correct.
21    Q.    -- to InSite Anywhere?
22    A.    To InSite Anywhere, that's
23 correct.
24    Q.    And you had access to WellSpace
25 as of about March 18th?

559

1    A.    That sounds correct.
2    Q.    Now, I think I -- you testified
3 yesterday that you did not actually access
4 the realtime data transmission through InSite
5 Anywhere?
6    A.    I forget the exact words of my
7 testimony.  But I accessed InSite Anywhere
8 to -- not with the realtime intent, but to
9 simply look at the LWD data across the
10 formation in the productive interval that was
11 drilled.  So when that's pulled up, depending
12 on what the operation is, it could be
13 realtime.  But, for example, if it's -- if
14 they're not drilling, it's not realtime.
15        So my intent and use was in a
16 non-realtime mode.  It was just to see
17 what -- what had been drilled in over
18 previous days.
19    Q.    You did not access InSite
20 Anywhere to monitor ongoing operations on a
21 realtime basis?
22    A.    I did not.
23    Q.    Do you know whether anybody at
24 Anadarko did?
25    A.    I don't know that for sure.

50  (Pages 556 to 559)

Exhibit X
Page 183

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010      Reported By:
ROBERT QUITZAU VOL. II      May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

560

```
 1        Q.    Okay.  Do you suspect that
 2   individuals may have?
 3        A.    I suspect --
 4   MS. WILMS:
 5             Object the form.
 6   THE WITNESS:
 7             I suspect that the geologists
 8   very were interested in the pay sand and may
 9   have been watching the zone as they
10   drilled -- as BP drilled through it.
11   EXAMINATION BY MR. HARTLEY:
12        Q.    To your knowledge, were there
13   any restrictions on the ability of Anadarko
14   to access data through InSite Anywhere?
15        A.    My understanding was that the --
16   are you talking about for Macondo?
17        Q.    Yes, sir.
18        A.    My understanding, that there was
19   a limited number of people who could have
20   access to InSite Anywhere for the Macondo
21   well.
22        Q.    Anadarko made the decision as to
23   which employees to grant access to InSite
24   Anywhere on the Macondo well?
25        A.    I'm not sure exactly sure how
```

561

```
 1   the decision process went, but Anadarko had
 2   preferred people that they wanted to have
 3   access, and then they got approval from BP to
 4   gain that access.
 5        Q.    So it's my understanding that BP
 6   indicated Anadarko could have six or seven
 7   employees have access to InSite Anywhere.
 8   Does that sound familiar?
 9   MR. DAVID:
10             Object to form.
11   THE WITNESS:
12             I don't recall exact numbers.
13   EXAMINATION BY MR. HARTLEY:
14        Q.    Do you know whether the specific
15   Anadarko employees who obtained access to
16   InSite Anywhere were decided by Anadarko or
17   BP?
18        A.    The process that I understand is
19   the one I just described; that Anadarko had
20   preferred people and BP -- we were required
21   to approve those people.
22        Q.    Once those individuals were
23   approved and had access to InSite Anywhere,
24   are you aware of any restrictions on the data
25   to which they could access through that
```

562

```
 1   program?
 2        A.    I'm not aware of any
 3   restrictions.
 4        Q.    Are you aware of any
 5   restrictions on certain well operations that
 6   they could or could not monitor?
 7        A.    I'm not aware of those
 8   restrictions.
 9        Q.    Are you aware of any
10   restrictions on the time of day to which they
11   could gain access?
12        A.    I'm not aware of any
13   restrictions on that.
14        Q.    Is it your understanding that
15   once access was granted to a given Anadarko
16   employee, that that employee could log on at
17   any time and monitor any operation on the
18   Macondo well?
19   MS. WILMS:
20             Object to form.
21   THE WITNESS:
22             To say that they could log on to
23   any operation is very broad, and I can't say
24   that I understand that.
25   EXAMINATION BY MR. HARTLEY:
```

563

```
 1        Q.    Do you understand there to be --
 2   to have been any limits on the ability of
 3   Anadarko employees to monitor well operations
 4   for the Macondo well at any time after
 5   March 18th, 2010, to April 20th, 2010?
 6        A.    I'm not aware of any
 7   limitations.
 8        Q.    Similarly, with respect to
 9   WellSpace, I understand that the difference
10   between the two is WellSpace is strictly a
11   static drop box?  Is that a fair
12   characterization?
13        A.    That's my understanding.
14   MR. DAVID:
15             Object to the form.
16   THE WITNESS:
17             That's my understanding.
18   EXAMINATION BY MR. HARTLEY:
19        Q.    I think you testified that BP
20   would periodically upload documents to
21   WellSpace for you and others to access?
22        A.    That's correct.
23        Q.    Are you familiar with any
24   restrictions on your ability to access
25   materials uploaded into WellSpace?
```

**51 (Pages 560 to 563)**

601 Poydras Street, Suite 1720    GAUDET KAISER, L.L.C.    Telephone: (504) 525-9100
New Orleans, LA 70130-6009  Board-Certified Court Reporters  Facsimile: (504) 525-9109

Exhibit X
Page 184

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010    Reported By:

ROBERT QUITZAU VOL. II          May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

564

1    A.    I'm -- I don't recall any
2  restrictions.
3    Q.    Are you familiar with any
4  restrictions placed on the access of other
5  Anadarko employees who had access to
6  WellSpace?
7    A.    I'm not.
8    Q.    Are you aware of any
9  restrictions on the type of data Anadarko
10  employees could review with respect to the
11  Macondo well through WellSpace?
12    MS. WILMS:
13       Object to form.
14    THE WITNESS:
15       I'm not aware.
16  EXAMINATION BY MR. HARTLEY:
17    Q.    I'm going to mark as
18  Exhibit 2662, which is Tab 32.  This is a
19  March 11th e-mail from Mr. Bodek to a number
20  of individuals, and you're copied on the
21  e-mail.
22       (Exhibit No. 2662 marked for
23  identification.)
24  EXAMINATION BY MR. HARTLEY:
25    Q.    Do you see that?

565

1    A.    Yes, I do.
2    Q.    In the last line of Mr. Bodek's
3  e-mail, it indicates: "R/W access to all
4  except," single quote, "'BP only,'" end
5  single quote, "folder."
6       Do you see that?
7    A.    Yes, I do.
8    Q.    Are you familiar with what the
9  "BP only" folder was in WellSpace?
10    MR. DAVID:
11       Object to the form.
12    THE WITNESS:
13       I'm not.
14  EXAMINATION BY MR. HARTLEY:
15    Q.    After receiving this e-mail did
16  you ask anybody what the BP only folder
17  contained?
18    A.    I did not.
19    Q.    In terms of your monitoring the
20  operations on the Macondo well to report to
21  the asset team in the morning meetings, did
22  you have any concerns about the information
23  that was or was not available to you --
24    MS. WILMS:
25       Object to the form.

566

1  EXAMINATION BY MR. HARTLEY:
2    Q.    -- through WellSpace?
3    MS. WILMS:
4       Object to form.
5    THE WITNESS:
6       As I stated earlier, there were
7  times when the daily operating reports would
8  come in either later in the day or after my
9  morning meeting or may be some days late.  So
10  that would be my only concern with the
11  transmission of data.
12  EXAMINATION BY MR. HARTLEY:
13    Q.    Aside from the information
14  perhaps not being uploaded to WellSpace at a
15  time that was convenient to you, you weren't
16  concerned about certain information being off
17  limits to your access?
18    A.    No, I was --
19    MS. WILMS:
20       Object to form.
21    THE WITNESS:
22       No, I was not.
23  EXAMINATION BY MR. HARTLEY:
24    Q.    We talked earlier about your
25  beginning to monitor WellSpace and taking

567

1  over -- over on March 18th or so.
2       Between March 11th and March
3  18th, did you access any information in
4  WellSpace to get up to speed, so to speak, on
5  the well?
6    A.    I don't recall whether I did or
7  not.
8    Q.    In response to Mr. Hymel's
9  questions before lunch, I think you'd said
10  that you don't recall accessing either
11  WellSpace or InSite Anywhere on the
12  April 20th, 2010; is that right?
13    MS. WILMS:
14       Object to form.
15    THE WITNESS:
16       I don't recall what I said.
17  EXAMINATION BY MR. HARTLEY:
18    Q.    Okay.  Let me ask it a different
19  way then.  Did you access either WellSpace or
20  InSite Anywhere on April 20th, as far as you
21  can remember?
22    A.    I believe I accessed WellSpace
23  on the 20th.
24    Q.    Do you recall the purpose for
25  that access?

**52 (Pages 564 to 567)**

601 Poydras Street, Suite 1720      GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6009    Board-Certified Court Reporters    Facsimile: (504) 525-9109

Exhibit X
Page 185

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                      Reported By:
ROBERT QUITZAU VOL. II          May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

568

1          A.    It would have been my normal
2    mode of being prepared for the morning
3    drilling meeting.
4          Q.    Looking at the daily operations
5    reports, the pp/fg reports to provide your
6    30-second update?
7          A.    In that particular case, I
8    believe I accessed a morning drilling report
9    from a previous day and a mud log report.
10         Q.    What information is demonstrated
11   on those mud log reports?
12         A.    For my purposes, there's a very
13   short summary of what occurred during the
14   operations over the time of that report.
15         Q.    How does that differ from the
16   information about operations contained on the
17   daily operations report?
18         A.    It's basically a very short
19   summary; whereas, the daily operations
20   reports are very detailed.
21         Q.    Who are -- prepares the mud log
22   reports?
23         A.    Are you asking --
24         MS. WILMS:
25             Object to form.

569

1          THE WITNESS:
2          -- for an individual name or --
3    EXAMINATION BY MR. HARTLEY:
4          Q.    The company, are they -- I think
5    we looked at some of the daily operations
6    report yesterday that were prepared by BP; is
7    that right?
8          MR. DAVID:
9             Object to form.
10         THE WITNESS:
11             Yes, we did.
12         EXAMINATION BY MR. HARTLEY:
13         Q.    BP prepared the daily operations
14   reports that you were --
15         A.    I'm sorry.  I thought you asked
16   about the mud log report.
17         Q.    Right.  I'm getting there.  BP
18   prepared the daily operations report that you
19   reviewed on WellSpace?
20         A.    That's correct.
21         MR. DAVID.
22             Object to form.
23         EXAMINATION BY MR. HARTLEY:
24         Q.    Did BP also prepare those mud
25   log reports you're looking for?

570

1          MR. DAVID:
2             Object to form.
3          THE WITNESS:
4             My understanding is they did
5    not.
6          EXAMINATION BY MR. HARTLEY:
7          Q.    Are you familiar with -- with
8    Sperry as an entity working on the Macondo
9    well?
10         A.    I know that they were on the
11   well, yes.
12         Q.    Are those mud log reports you're
13   referring to Sperry daily operations reports?
14         A.    That's my understanding.
15         Q.    So that when you said mud log
16   reports, those are reports actually prepared
17   by the Sperry mud loggers or LWD personnel on
18   the rig?
19         A.    My understanding is they're
20   coming from Sperry, and the exact personnel,
21   I don't know they work out there.
22         Q.    Sometimes my questions are so
23   bad, I need to fish around to get what I'm
24   looking for.
25             What was Ms. Peyton's role with

571

1    respect to the Macondo well?  Do you know?
2          A.    I understood her to be in the
3    reservoir engineering group.
4          Q.    Are you familiar with the sorts
5    of reports she downloaded, if any, from
6    WellSpace?
7          A.    I'm not.
8          Q.    Are you familiar with her use of
9    InSite Anywhere, if any?
10         A.    I'm not.
11         Q.    Do you know who would, other
12   than Ms. Peyton, of course?
13         A.    (No response.)
14         Q.    Who would be familiar with her
15   access to WellSpace and InSite Anywhere and
16   how she may or may not have been using that
17   information?
18         MS. WILMS:
19             Object to form.
20         THE WITNESS:
21             I do not.
22         EXAMINATION BY MR. HARTLEY:
23         Q.    To your knowledge, did Anadarko
24   review or monitor the InSite Anywhere
25   realtime data transmissions at any point

601 Poydras Street, Suite 1720     GAUDET KAISER, L.L.C.     Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters   Facsimile: (504) 525-9109

Exhibit X
Page 186

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported By:

ROBERT QUITZAU VOL. II                    May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

---

**572**

1    between April 14th and April 20th, 2010?
2         MS. WILMS:
3              Object to form.
4         THE WITNESS:
5              Can you repeat the question?
6    EXAMINATION BY MR. HARTLEY:
7         Q.    To your knowledge, did any
8    employee of Anadarko monitor the realtime
9    data transmission through InSite Anywhere
10   between April 14th and April 20th, 2010?
11        A.    I don't recall the answer to
12   that.
13        Q.    Do you know whether in
14   monitoring the Macondo well Anadarko assigned
15   any employee to monitor realtime data
16   transmissions?
17        A.    I'm not aware of any assignments
18   to that effect.
19        Q.    Turning your attention back to
20   Exhibit 1597 in front of you, looking at the
21   topic 18 for a moment.
22        A.    (Complying.)
23        Q.    Are you familiar with any
24   discussions between Anadarko and Halliburton
25   regarding potential costs, risks, benefits,

---

**573**

1    and other analyses or evaluations of
2    potential methods to cap, control, contain,
3    shut in, and/or kill the Macondo well after
4    April 20th, 2010?
5         A.    Yes, I am.
6         Q.    What conversations -- well, who
7    was involved in those conversations?
8         A.    I'm referring to -- during the
9    relief efforts, I interacted with numerous
10   different Halliburton personnel, nothing to
11   do with costs, but more -- more related to
12   top kills, cement jobs, and things like that.
13        Q.    Did you have any conversations
14   or interact with Halliburton employees other
15   than to discuss cementing-related operations
16   for the relief well?
17        A.    The top kill, and we talked
18   about dynamic kills, pumping, pumping dynamic
19   kills, bottom hole assembly, loads during
20   dynamic kills.
21        Q.    Do you recall who you had those
22   conversations with or with whom you
23   interacted?
24        A.    I interacted with Richard Vargo,
25   Hank Porter.  There were many more.  I'm -- I

---

**574**

1    can't think of any other names now.
2         Q.    In terms of those interactions
3    with Mr. Vargo and Mr. Porter and others with
4    Halliburton, were they in a leadership role
5    on these various teams upon which you served
6    in the relief efforts?
7         A.    Can you define "leadership
8    role"?
9         Q.    Were they the decision makers?
10        A.    They were not decision makers.
11        Q.    Were they the ones deciding what
12   potential methods to employ to cap, control,
13   contain, shut in, or kill the Macondo well?
14        A.    They were not.
15        Q.    Do you know who was making those
16   decisions?
17        MS. WILMS:
18             Object to form.
19        THE WITNESS:
20             I do not.
21   EXAMINATION BY MR. HARTLEY:
22        Q.    On the next page, looking at
23   topic 29, it's my understanding you're the
24   designated 30(b)(6) representative for
25   Anadarko on this topic, too; is that correct?

---

**575**

1         A.    That's correct.
2         Q.    Do you recall any conversations
3    between Anadarko and Halliburton regarding
4    the progress or activities at the Macondo
5    well prior to April 20th of 2010?
6         MS. WILMS:
7              Just a moment.  You're looking
8    at topic 29?
9         MR. HARTLEY:
10             Yes, ma'am.
11        MS. WILMS:
12             No.  Mr. Quitzau wasn't
13   designated on topic 29.  That was Mr. Bryan.
14   EXAMINATION BY MR. HARTLEY:
15        Q.    Then I guess your answer is no?
16        A.    No.  No to that previous
17   question.
18        MR. HEBERT:
19             Do you know anything?
20        MR. HARTLEY:
21             Yeah, do you know anything?
22   EXAMINATION BY MR. HARTLEY:
23        Q.    In between March 18th of 2010
24   and April 20th, 2010, when you were working
25   for Anadarko in terms of monitoring the

---

**54 (Pages 572 to 575)**

Exhibit X
Page 187

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:

ROBERT QUITZAU VOL. II            May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

---

576

1    drilling operations for the Macondo well, did
2    you have communication or conversations with
3    Halliburton employees on the rig?
4         MS. WILMS:
5              Object to form.
6         THE WITNESS:
7              I did not.
8    EXAMINATION BY MR. HARTLEY:
9         Q.    At any time between March 18th
10   and April 20th, 2010, did you interact with
11   Halliburton employees on the rig?
12        A.    I did not.
13        Q.    Do you recall any correspondence
14   between yourself and Halliburton employees
15   about drilling operations, cement job, or
16   anything relating to the T&A procedure?
17        A.    On the Macondo well?
18        Q.    On the Macondo well.
19        A.    I do not.
20        Q.    I'm going to hand you what's
21   been previously marked as Exhibit 613.  It's
22   a WellSpace access log.
23             In listening to your testimony
24   yesterday, I just want to clarify in my mind
25   through your standard practice for the access

577

1    of WellSpace.
2              It's my understanding that --
3    that every morning you would log onto
4    WellSpace, review the operation of the
5    previously -- previous 24 hours or since your
6    last meeting, get an understanding of what
7    had happened, and then provide this 30-second
8    update to the asset team?
9         A.    That's --
10        MS. WILMS:
11             Object to form.
12        THE WITNESS:
13             Not to the asset team, to the
14   Gulf of Mexico drilling team.
15   EXAMINATION BY MR. HARTLEY:
16        Q.    Gulf of Mexico drilling team.
17             I think you said you were
18   working in this time frame between March and
19   April of 2010 about 60 to 70 hours a week?
20        A.    I forget the time frame that was
21   discussed.  I thought that time frame was
22   nearer to the end of that period.  Across
23   that entire period, it's probably more like
24   40 to 60 hours on average.
25        Q.    And 3 to 4 hours a week of that

578

1    was on the Macondo well?
2         A.    That's correct.
3         Q.    What did you do to monitor the
4    drilling operations or any operations on the
5    well other than a daily check-in of the
6    WellSpace material?
7         A.    For the Macondo --
8         MS. WILMS:
9              Object to the form.
10   EXAMINATION BY MR. HARTLEY:
11        Q.    For the Macondo well.
12        A.    For the Macondo.
13             Early on, I was getting
14   familiar.  So I would spend time downloading
15   some of the drilling reports, daily operating
16   reports, to review the mud weights and
17   leak-off tests -- shoe tests.
18             And at some point in there, I
19   think I previously stated that I looked at
20   some of the reports related to the kicks as
21   referred to as March 8th, to gain information
22   on the pressures related to that kick, so as
23   to calibrate my -- my well plan update, and
24   that's what I recall.
25        Q.    When you took over for

579

1    Mr. Nichols on March 18th, I think you said
2    Mr. Pfister did not give you specific
3    instructions as to what your job was with
4    respect to the Macondo well; is that right?
5         A.    Other than --
6         Q.    Do what Mr. Nichols was doing?
7         A.    Correct.
8         Q.    When you talked to Mr. Nichols,
9    what did he tell you he was doing?
10        A.    He told me about the morning
11   update at the drilling meetings.  He said
12   that he would respond to the asset team
13   questions as needed.
14        Q.    Was there anybody with Anadarko
15   other than you as of March 18th, 2010, who
16   was responsible for monitoring the well --
17   Macondo well from a drilling perspective?
18        MS. WILMS:
19             Object to form.
20        THE WITNESS:
21             No, there wasn't.
22   EXAMINATION BY MR. HARTLEY:
23        Q.    How many people, as far as you
24   know, were monitoring the Macondo well for
25   Anadarko in the March-April time frame?

55 (Pages 576 to 579)

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters   Facsimile: (504) 525-9109

Exhibit X
Page 188

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported By:
ROBERT QUITZAU VOL. II                    May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

580

1          MS. WILMS:
2               Object to form.
3          THE WITNESS:
4               I don't know the answer to that
5     question.
6          EXAMINATION BY MR. HARTLEY:
7          Q.    How many wells were you assigned
8     in the March-April 2010 time frame on behalf
9     of Anadarko?
10         A.    I believe I previously stated I
11    was the primary drilling engineer for
12    Anadarko for that Green Canyon 608 A-8
13    sidetrack 01 well.  I did -- also do the
14    drilling engineering function for another
15    Green Canyon well, and I don't recall the
16    exact date that I finished my involvement on
17    that.  It could have been in the early phase
18    of that period.
19              The other wells that I was
20    involved in were in planning of wells as
21    opposed to drilling wells, Anadarko-operated
22    wells.
23         Q.    So for those wells that you were
24    involved in the planning stage, that would be
25    your involvement in actually designing the

581

1     well?
2          A.    That's correct.
3          Q.    How many of those were you
4     involved in at the time?
5          A.    I think I had two or three
6     different wells in the works.
7          Q.    Of the 40 to 60 hours a week you
8     were working in that -- over that time frame,
9     how much of that time was spent in designing
10    these other wells?
11         A.    I don't have an exact breakdown
12    on that.
13         Q.    Do you have a rough breakdown?
14         A.    I do not.
15         Q.    In Exhibit 613 in front of you,
16    if you would, turn to the page with the
17    numbers in the upper right-hand corner that
18    end in 574.
19         A.    (Complying.)
20         Q.    Are you there?
21         A.    Yes, I'm there.
22         Q.    The top three entries on this
23    page that ends 574 indicate that Dawn Peyton
24    accessed WellSpace on April 19th, 2010,
25    shortly after 9 a.m.  Do you see that?

582

1          A.    Yes, I do.
2          Q.    Looks like she downloaded
3     several files.  Do you see that?
4          A.    Yes, I do.
5          Q.    Do you have any idea the purpose
6     to which Ms. Peyton was accessing WellSpace
7     and downloading these files?
8          MS. WILMS:
9               Object to form.
10         THE WITNESS:
11              I do not.
12         EXAMINATION BY MR. HARTLEY:
13         Q.    I believe you said that she was
14    in the Anadarko's reservoir analysis group?
15         A.    Reservoir engineering group --
16         Q.    Reservoir engineering.
17         A.    -- is my understanding.
18         Q.    What role was she playing in the
19    reservoir engineering group on the Macondo
20    well?
21         MS. WILMS:
22              Object to form.
23         THE WITNESS:
24              My limited understanding of her
25    role is that she was interested in the casing

583

1     size and the tubing size that might be run in
2     that well, and that's all I know about her
3     involvement.
4          EXAMINATION BY MR. HARTLEY:
5          Q.    Did you have any conversations
6     with her, the April 19th, April 20th time
7     frame, about the activities going on in the
8     Macondo well?
9          A.    I don't recall any conversations
10    with her.
11         Q.    When you downloaded information
12    from WellSpace, did you share that with
13    anybody else within Anadarko?
14         MS. WILMS:
15              Object to form.
16         THE WITNESS:
17              I don't recall ever sharing any
18    of the information.  And you're calling it
19    pre-April 20th?
20         EXAMINATION BY MR. HARTLEY:
21         Q.    Pre-April 20th, yes, sir.
22         A.    Yes, that's correct.
23         Q.    When you met with the Gulf of
24    Mexico drilling group team in these mornings
25    meetings and provided them your 30-second

601 Poydras Street, Suite 1720     GAUDET KAISER, L.L.C.     Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters   Facsimile: (504) 525-9109
Exhibit X
Page 189

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported By:

ROBERT QUITZAU VOL. II                    May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

---

584

1    summaries, did you provide them any of the
2    mud log reports or the daily operations
3    reports about the activities on the Macondo
4    well?
5         MS. WILMS:
6            Object to form.
7         THE WITNESS:
8            No, I did not.
9    EXAMINATION BY MR. HARTLEY:
10       Q.    I'm going to hand you what's
11   been marked as Exhibit 2663. It's Tab 32.
12           (Exhibit No. 2663 marked for
13   identification.)
14   EXAMINATION BY MR. HARTLEY:
15       Q.    I think in your testimony
16   yesterday, you discussed some of the e-mail
17   that's on the bottom of that first page where
18   you're advising Mr. Folger that you're taking
19   over the well from Mr. Nichols.
20           Do you recall that?
21       A.    Yes, I do.
22       Q.    In the top e-mail on the first
23   page of Exhibit 2663, the last paragraph, you
24   indicate:  "I am reviewing the previous kick
25   and shoe test data to see where they are at

---

585

1    on the pp/fg estimates and how many more
2    casing strings may be required to reach the
3    objective."
4            Did I read that correctly?
5        A.    You did.
6        Q.    What were you reviewing about
7    the previous kick on March 19th of 2010?
8        A.    When a kick is taken off and
9    there is the determination of a known
10   formation pressure. That single known
11   pressure or pressure gradient could then be
12   used to place on my -- on my well plan update
13   as kind of a calibration point for the
14   predicted pore pressure.
15       Q.    So your analysis of the previous
16   kick was related primarily to pore pressure
17   frac gradient issues?
18       MS. WILMS:
19           Object to form.
20       THE WITNESS:
21           It was primarily related to
22   the -- that single value of pressure or
23   pressure gradient that can be deduced from
24   that kick.
25   EXAMINATION BY MR. HARTLEY:

---

586

1        Q.    And why were you doing that on
2    March 19th?
3        A.    That's when I began catching up
4    and getting familiar with -- that's just when
5    I was starting to get familiar with what the
6    well looked like and how I'd be tracking it.
7    So I was kind of setting up to be prepared to
8    answer questions for the asset team.
9        Q.    Did you review any information
10   about how the kick was monitored, handled,
11   responded to at that time?
12       A.    I read through the morning
13   reports, but I didn't evaluate how well they
14   killed the kick.
15       Q.    Did you review any information
16   on the March 19th or at any time from there
17   until April 20th about the drilling crew's
18   response to that kick on March 8th?
19       A.    I did not.
20       Q.    Did you ever review any
21   information about lessons learned from that
22   kick?
23       A.    I don't recall reviewing any
24   lessons learned from the kick.
25       Q.    I think you testified yesterday

---

587

1    that when you met with the Gulf of Mexico
2    drilling team in those morning meetings, they
3    did not ask you many questions; is that
4    right?
5        A.    That's correct --
6        MS. WILMS:
7            Object to form.
8        THE WITNESS:
9            That's correct.
10   EXAMINATION BY MR. HARTLEY:
11       Q.    Did the asset team ask you
12   questions about operations on the well?
13       MS. WILMS:
14           Object to form.
15       THE WITNESS:
16           They did not ask about specific
17   operations. It was more semantics, I guess.
18   They'd ask, what's going on? What are they
19   doing? To get an explanation for things that
20   would interrupt the drilling progress.
21           In other words, they -- they
22   liked to watch what's happening on the --
23   perhaps on InSite Anywhere as the drilling
24   progresses. And any interruptions to that,
25   they'll ask, you know, what's going on? So I

---

57 (Pages 584 to 587)

Exhibit X
Page 190

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010      Reported By:
ROBERT QUITZAU VOL. II      May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

588

1    help clarify when I can.
2    EXAMINATION BY MR. HARTLEY:
3        Q.    Other than asking you questions
4    relating to interruptions in progress, do you
5    recall any other specific questions the asset
6    team asked you about operations on the
7    Macondo well?
8        A.    No, I --
9        MS. WILMS:
10        Object to form.
11        THE WITNESS:
12        No, I don't.
13    EXAMINATION BY MR. HARTLEY:
14        Q.    Was the asset team separate and
15    apart from you monitoring the well through
16    InSite Anywhere?
17        MS. WILMS:
18        Object to form.
19        THE WITNESS:
20        I don't know that for sure, but
21    I assume that they were.
22    EXAMINATION BY MR. HARTLEY:
23        Q.    Why do you make that assumption?
24        A.    They -- they follow the logs.
25    The -- the geologists like to follow the

589

1    logs.
2        Q.    By logs, what are you referring
3    to?
4        A.    The LWD -- the LWD logs that
5    show the resistivity and the gamma ray that
6    can show sands and shales so they can track
7    their correlations.
8        Q.    And when you say the geologists
9    were interested in following the logs, what
10    geologists are you referring to within
11    Anadarko?
12        A.    Paul Chandler and -- that's the
13    one I dealt with, and you see some of these
14    other names.  I know that they're -- some of
15    them were in the exploration group as well,
16    and I don't know their individual practices.
17    But that's what they do.
18        Q.    In response -- when you were
19    being questioned earlier by Mr. Hymel, you
20    recall talking about BP's decision to call
21    total depth at 18,360 feet?
22        A.    Do I recall --
23        Q.    The discussion with Mr. Hymel
24    about that decision?
25        A.    Yes.

590

1        Q.    What is your understanding of
2    why BP called TD at 18360?
3        MS. WILMS:
4        Object to form.
5        THE WITNESS:
6        Alls I know, it was their
7    decision.  They sent a -- they sent a letter
8    acknowledging stuff.  They gave some reasons
9    in there, but I think my -- my attention to
10    it was simply that they called TD.
11    EXAMINATION BY MR. HARTLEY:
12        Q.    Did you have the conversation
13    with Mr. Bodek about that decision?
14        MS. WILMS:
15        Object to form.
16        THE WITNESS:
17        I don't recall any conversations
18    with him about that.
19    EXAMINATION BY MR. HARTLEY:
20        Q.    I'm going to hand you what's
21    previously been marked as 1911.  This is an
22    e-mail from Mr. Bodek to Paul Chandler on
23    April 9th, 2010.
24        And you are not copied on this
25    one; is that right?

591

1        A.    That's correct.
2        Q.    In this e-mail, Mr. Bodek writes
3    in the third line towards the end:  "We've
4    washed back to bottom and are about to return
5    to drilling."
6        Can you explain what that means
7    to you?
8        MS. WILMS:
9        Object to form.
10    EXAMINATION BY MR. HARTLEY:
11        Q.    With respect to the Macondo well
12    operations?
13        MS. WILMS:
14        Object to form.
15        THE WITNESS:
16        I'll read the e-mail.
17    EXAMINATION BY MR. HARTLEY:
18        Q.    Certainly.
19        A.    So my understanding is that
20    they've either made a trip back to surface or
21    a short trip with the bottom hole assembly,
22    and they've run back in the hole.  And before
23    they finish getting all the way back to
24    bottom, they turn the pumps on and wash back
25    to bottom, the last short distance before the

58 (Pages 588 to 591)

601 Poydras Street, Suite 1720    GAUDET KAISER, L.L.C.    Telephone: (504) 525-9100
New Orleans, LA 70130-6009  Board-Certified Court Reporters    Facsimile: (504) 525-9109
Exhibit X
Page 191

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                  Reported By:
ROBERT QUITZAU VOL. II          May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

592

1    bit actually gets to bottom.
2         Q.    Towards the end of that line,
3    Mr. Bodek writes:  "We've been aggressively
4    fighting losses."
5         Did I read that correctly?
6         A.    That's correct.
7         Q.    In April 9th of 2010, were you
8    aware that BP had been aggressively fighting
9    losses on the Macondo well?
10        MR. DAVID:
11             Object to form.
12        THE WITNESS:
13             The dates are a bit mixed up.
14   What I recall is that they were circulating
15   at some point with 14.3-pound per gallon mud,
16   tries to raise -- tried to raise it to 14.4
17   and lost returns.  So that's what I know
18   about -- about what may have happened during
19   this time period.
20        EXAMINATION BY MR. HARTLEY:
21        Q.    From the time you started
22   monitoring operations on March 18th, 2010,
23   through your access to WellSpace, InSite
24   Anywhere, or conversations with Mr. Bodek or
25   others, were you aware of loss returns at

593

1    periodic times through that time frame?
2         MS. WILMS:
3              Object to form.
4         THE WITNESS:
5              Can I clarify that you say
6    March 18th through --
7         EXAMINATION BY MR. HARTLEY:
8         Q.    Yes, sir?
9         A.    Yes, I am.
10        Q.    So through that time period
11   while you were assigned to the well, you were
12   aware that there were periodic episodes of
13   lost returns?
14        A.    There were some lost -- lost
15   circulation instances.
16        Q.    You were aware of prior well
17   control events on this Macondo well?
18        MS. WILMS:
19             Object to form.
20        THE WITNESS:
21             Yes.
22        EXAMINATION BY MR. HARTLEY:
23        Q.    You were aware of the March 8th
24   kick?
25        A.    Yes.

594

1         Q.    Were you aware of a kick in
2    February?
3         A.    At what point?
4         Q.    Any point in February.
5         A.    What time was I aware?
6         Q.    Prior to April 20th -- I did the
7    same thing as Mr. Hymel -- prior to
8    April 20th, 2010, were you aware of a kick on
9    the Macondo well in February of 2010?
10        A.    I don't recall.
11        Q.    Prior to April 20th, 2010, were
12   you aware of a kick on the Macondo well in
13   early April of 2010?
14        A.    A kick in early April?
15             What I recall is the well
16   flowed, they shut it in, and they ended up
17   monitoring and diagnosing.  And I believe
18   they returned to drilling or returned to
19   circulating with the same mud weight.  That's
20   what I recall.
21        Q.    Did you have any concerns about
22   this well, given these various loss
23   circulation events and well control
24   incidents?
25        MR. DAVID:

595

1              Object to form.
2         THE WITNESS:
3              I didn't have any concerns.
4         EXAMINATION BY MR. HARTLEY:
5         Q.    Did it not raise any issues in
6    your mind about safety or wellbore integrity?
7         MR. DAVID:
8              Object to form.
9         THE WITNESS:
10             It didn't -- it did not raise
11   any concerns on safety.
12        EXAMINATION BY MR. HARTLEY:
13        Q.    It did raise concerns with
14   respect to wellbore integrity?
15        MS. WILMS:
16             Object to form.
17        THE WITNESS:
18             By definition, lost circulation
19   is an impact on wellbore integrity.
20        EXAMINATION BY MR. HARTLEY:
21        Q.    Were you concerned about the
22   ability to reach TD?
23        MS. WILMS:
24             Object to form.
25        THE WITNESS:

59 (Pages 592 to 595)

596

```
 1        I wasn't concerned, but we were
 2   tracking the progress towards TD.
 3        EXAMINATION BY MR. HARTLEY:
 4        Q.   You certainly had an interest in
 5   reaching TD?
 6        A.   We had an interest in reaching
 7   TD.
 8        Q.   I hand you what's been
 9   previously marked as Exhibit 1255.
10            And this is an e-mail from you
11   to Mr. O'Donnell and others on April 9th of
12   2010; is that correct?
13        A.   That's correct.
14        Q.   Okay.  I'll give you an
15   opportunity to read that before I ask any
16   real questions.
17        A.   Okay.
18        Q.   Do you recall Mr. Bodek's
19   conversation with you when he called you on
20   or about April 9th to advise that BP had
21   called TD at 18360?
22        A.   Are you suggesting that he
23   called me?
24        Q.   Do you -- yes.  Did he call you?
25        A.   I don't recall that he called me
```

597

```
 1   on this.  This looks like he just sent me an
 2   e-mail.
 3        Q.   Okay.  This e-mail is from you
 4   to Mr. O'Donnell; isn't it?
 5        A.   Oh, I'm sorry.  I thought this
 6   was from Bobby Bodek.
 7        MS. WILMS:
 8            That's okay.
 9   EXAMINATION BY MR. HARTLEY:
10        Q.   So the first --
11        A.   Yes.  Yes, I recall this
12   exchange.
13        Q.   Do you recall Mr. Bodek calling
14   you and telling you that BP was going to call
15   TD at 18360?
16        A.   He said --
17        MR. DAVID:
18            Object to form.
19        THE WITNESS:
20            He said that they had called TD.
21   EXAMINATION BY MR. HARTLEY:
22        Q.   Did he tell you it was at 18360?
23        A.   Yes, he did.  This is a
24   transcription of what I heard him say.
25        Q.   So you -- so you typed precisely
```

598

```
 1   what he said, that they drilled the head to
 2   18360 and called this final TD?
 3        MR. DAVID:
 4            Object to form.
 5        THE WITNESS:
 6            This is my recollection of
 7   what -- what he said during our phone call.
 8   EXAMINATION BY MR. HARTLEY:
 9        Q.   Did he explain in the context of
10   that phone call why they called TD?
11        A.   He said they got through the
12   zone with enough rathole so that we could --
13   so that they could get the wireline logs
14   through the pay zone.
15        Q.   Did he tell you anything in that
16   phone call that you remember that is not
17   included in the text of your e-mail?
18        MS. WILMS:
19            Object to form.
20        THE WITNESS:
21            I don't recall any details in
22   addition to what's in the e-mail.
23   EXAMINATION BY MR. HARTLEY:
24        Q.   When he -- in your last line you
25   say:  "He says they saw some abnormal
```

599

```
 1   resistivity in the small sand just below the
 2   pay sand that may indicate where they were
 3   losing returns."
 4            Did I read that correctly?
 5        A.   You did.
 6        Q.   Were you aware of the abnormal
 7   resistivity issue before he told you on or
 8   about April 9th of 2010?
 9        A.   I was not.
10        MR. DAVID:
11            Object to the form.
12   EXAMINATION BY MR. HARTLEY:
13        Q.   Did he explain what he meant in
14   that conversation about abnormal resistivity?
15        A.   I don't recall --
16        MR. DAVID:
17            Object to form.
18        THE WITNESS:
19            I don't recall that he explained
20   that.
21   EXAMINATION BY MR. HARTLEY:
22        Q.   Did you have an understanding of
23   what abnormal resistivity may have been when
24   he told you that?
25        MR. DAVID:
```

**60  (Pages 596 to 599)**

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                          Reported By:
ROBERT QUITZAU VOL. II                      May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

---

600

1          Object to form.
2     MS. WILMS:
3          Object to form.
4     THE WITNESS:
5          I have an understanding of how
6  abnormal resistivity can be an indication of
7  lost circulation location.
8     EXAMINATION BY MR. HARTLEY:
9     Q.    What is abnormal resistivity?
10    A.    Abnormal resistivity could be
11 many different things.  But my understanding
12 of what this could be is that -- and he
13 didn't explain all these details.  But it
14 could be a change -- an increase in
15 resistivity caused by the synthetic mud.
16    Q.    That's what you took him to
17 mean?
18    MS. WILMS:
19         Object to form.
20    THE WITNESS:
21         I forget the exact way you asked
22 the first question.
23    EXAMINATION BY MR. HARTLEY:
24    Q.    Well, now, you said that
25 abnormal resistivity can mean many different

---

601

1  things; right?
2     A.    Correct.
3     Q.    Did you ask him what he meant by
4  it?
5     A.    I did not.
6     Q.    Why not?
7     MS. WILMS:
8          Object to form.
9     THE WITNESS:
10         The well was -- well was
11 called -- TD was called, and as a matter of
12 interest, he said that there could be a lost
13 zone near the base of the pay sand.  He's
14 letting me know that there -- that we
15 might -- that they might have a lost zone
16 identified there.
17    EXAMINATION BY MR. HARTLEY:
18    Q.    Were you not curious about what
19 he meant by abnormal resistivity?
20    MS. WILMS:
21         Object to form.
22    THE WITNESS:
23         I'm recalling earlier e-mails
24 where some of this was discussed, and it may
25 be -- I don't recall being curious.

---

602

1     EXAMINATION BY MR. HARTLEY:
2     Q.    At this time, Anadarko still had
3  an interest in -- in drilling deeper than
4  18360 to explore that deeper -- deeper
5  potential pay; is that right?
6     MS. WILMS:
7          Object to form.
8     THE WITNESS:
9          I don't know that I would call
10 it an interest.  They were considering
11 alternatives is my understanding.
12    EXAMINATION BY MR. HARTLEY:
13    Q.    Okay.  I'm going to hand you --
14    A.    And drilling -- let me clarify.
15 Drilling deeper, I don't recall any interest
16 in drilling deeper before setting casing.
17    Q.    So any interest Anadarko would
18 have had in drilling deeper than 18,360, as
19 far as you remember, would have been after
20 casing was set?
21    A.    Correct.
22    Q.    And you don't remember anything
23 in that conversation with Mr. Bodek on
24 April 9th, 2010, him explaining what that
25 abnormal resistivity was?

---

603

1     A.    I don't recall details.
2     MR. DAVID:
3          Object to form.
4     EXAMINATION BY MR. HARTLEY:
5     Q.    Do you recall any details on --
6  beyond what's in that e-mail about why BP was
7  calling total depth at 18,360?
8     A.    I do not.
9     Q.    I've handed you what's been
10 previously marked Exhibit 1257.  This is an
11 e-mail from Mr. Bodek to Mr. Beirne and
12 others on April 13th, 2010.
13         You are not on; is that right?
14    A.    That's correct.
15    Q.    Okay.  I want you to take a
16 minute to read through this e-mail, and then
17 I'll ask you whether this relates at all to
18 the conversation you had with him on the 9th?
19    A.    It's quite a long e-mail.
20    Q.    Have you had an opportunity to
21 read through it?
22    A.    I read through it.  Can you
23 repeat the question?
24    Q.    Yes, I'll do that.
25         Now that you've had an

---

601 Poydras Street, Suite 1720       GAUDET KAISER, L.L.C.       Telephone: (504) 525-9100
New Orleans, LA 70130-6009    Board-Certified Court Reporters    Facsimile: (504) 525-9109

Exhibit X
Page 194

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:
ROBERT QUITZAU VOL. II                          May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

604

1    opportunity to review Mr. Bodek's e-mail in
2    Exhibit 1257, is the subject matter of this
3    e-mail consistent with his conversation with
4    you on the telephone on April 9th, 2010,
5    about BP's decision to call total depth at
6    18,360?
7        MS. WILMS:
8            Object to form.
9        THE WITNESS:
10           It -- it seems consistent to me.
11   I don't see any reference in this e-mail
12   about this abnormal resistivity.
13   EXAMINATION BY MR. HARTLEY:
14       Q.    Did -- in the conversation with
15   Mr. Bodek on April 9th, did he convey to you
16   the substance of the information contained in
17   his e-mail on -- in Exhibit 1257?
18       MS. WILMS:
19           Object to form.
20       THE WITNESS:
21           There's a great deal of
22   substance and detail in t his e-mail that's
23   not in -- in this e-mail or in the discussion
24   that we had.
25   EXAMINATION BY MR. HARTLEY:

605

1        Q.    Okay.  On Exhibit 1257, about
2    two-thirds of the way down, Mr. Bodek writes:
3    It appeared as if we had minimal, if any,
4    drilling margin.
5        Do you see that?
6        A.    Okay.  Yes.
7        Q.    Did he convey that to you on
8    April 9th, 2010?
9        A.    I don't recall him conveying
10   that to me.
11       Q.    But by that point, you knew that
12   there was minimal, if any, drilling margin on
13   the Macondo well?
14       MS. WILMS:
15           Object to form.
16   EXAMINATION BY MR. HARTLEY:
17       Q.    From your reviews of the pp/fg
18   reports and other information?
19       MS. WILMS:
20           Object to form.
21       THE WITNESS:
22           The word "minimal" is a relative
23   number. I -- I was aware of the losses, and
24   I was aware of the mud weight.  That's all I
25   can say.

606

1    EXAMINATION BY MR. HARTLEY:
2        Q.    You may disagree referring to it
3    as a minimal margin, but you were certainly
4    aware of what the margins were at that point?
5        MS. WILMS:
6            Object to form.
7        THE WITNESS:
8            As I said, I knew what the
9    surface mud weight was, and I knew that they
10   had had some lost circulation when the mud
11   weight was raised from 14.3 to 14.4.  How
12   that translates into a quantitative margin
13   would require me to know a lot of the
14   details -- these types of details and more
15   before I would have that understanding.
16   EXAMINATION BY MR. HARTLEY:
17       Q.    In your daily review of the
18   morning reports when you accessed WellSpace,
19   it included the information about the mud
20   weights and pore pressures; didn't it?
21       A.    The mud weights are certainly in
22   there, and there are various references to
23   pore pressures.
24       Q.    And you prepared the charts you
25   worked on, you testified about earlier today

607

1    and yesterday, that demonstrated the curved
2    lines about pore pressure, frac gradient, and
3    mud weights in there; is that right?
4        THE WITNESS:
5            Yes.
6        MS. WILMS:
7            Object to form.
8    EXAMINATION BY MR. HARTLEY:
9        Q.    So you were aware on -- at least
10   on a regular basis, from March 18th through
11   April 20th, 2010, what those margins were?
12       Whether they're characterized as
13   minimal or not, you were certainly aware of
14   where they fell?
15       A.    The data that --
16   MS. WILMS:
17           Object to form.
18   THE WITNESS:
19           The data that's on my well plan
20   update is -- is very sparse compared to this
21   level of detail.  I mean, there's just --
22   EXAMINATION BY MR. HARTLEY:
23       Q.    On the third-to-last line of
24   this e-mail, Mr. Bodek writes:  Drilling
25   ahead any further would unnecessarily

62 (Pages 604 to 607)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:

ROBERT QUITZAU VOL. II                May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

608

```
1    jeopardize the wellbore.
2           Do you see that sentence?
3       A.   Yes, I do.
4       Q.   Did he tell you about that in
5    his call on April 9th, 2010?
6       A.   I don't recall discussing that
7    with him.
8       Q.   Did he tell you that at any
9    point between April 9th of 2010 and
10   April 20th of 2010?
11      A.   I don't recall him telling me
12   that.
13      Q.   Did you hear from anybody at
14   Anadarko that BP had conveyed that
15   information to them?
16      A.   To --
17      Q.   To anybody with Anadarko?
18   MR. DAVID:
19           Object to form.
20   THE WITNESS:
21           I did not hear that.
22   EXAMINATION BY MR. HARTLEY:
23      Q.   The e-mail continues: "Having a
24   14.15 ppg exposed sand and taking losses in a
25   12.6 ppg reservoir in the same hole section
```

609

```
1    had forced our hand.  We had simply run out
2    of drilling margin.  At this point, it became
3    a well integrity and safety issue.  TD was
4    called at 18,360 feet," parens, "MD," close
5    parens.
6           Did I read those last three
7    sentences correctly?
8       A.   Yes, you did.
9       Q.   Did Mr. Bodek convey this
10   information to you in his phone call with you
11   on April 9th, 2010?
12      A.   He didn't convey anything to me
13   regarding a safety issue, no.
14      Q.   Did he convey the information
15   contained in these sentences about running
16   out of drilling margin or well integrity
17   issue?
18      A.   I don't --
19   MR. DAVID:
20           Object to form.
21   THE WITNESS:
22           I don't recall that he did.
23   EXAMINATION BY MR. HARTLEY:
24      Q.   After that April 9th, 2010,
25   phone call, id he convey that sort of
```

610

```
1    information to you prior to April 20th of
2    2010?
3    MR. DAVID:
4            Object to form.
5    THE WITNESS:
6            I don't recall that he did.
7    EXAMINATION BY MR. HARTLEY:
8       Q.   Did you ever hear from anybody
9    about -- at BP about them running out of
10   drilling margin or calling TD because of well
11   integrity or safety issues?
12   MS. WILMS:
13           Object to form.
14   MR. DAVID:
15           Object to form.
16   THE WITNESS:
17           Can you repeat that question?
18   EXAMINATION BY MR. HARTLEY:
19      Q.   Prior to April 20th, 2010, had
20   you heard from anybody at BP that TD was
21   called because they had run out of drilling
22   margin or they had well integrity or safety
23   issues?
24   MR. DAVID:
25           Object to form.
```

611

```
1    THE WITNESS:
2            The only thing I can think of
3    would be the -- the formal e-mail
4    notification that was sent to us.  I believe
5    that's been previously discussed.
6    EXAMINATION BY MR. HARTLEY:
7       Q.   Okay.  I'm going to hand you
8    what I've marked as Exhibit 2664.  It's
9    Tab 55.
10           (Exhibit No. 2664 marked for
11   identification.)
12   EXAMINATION BY MR. HARTLEY:
13      Q.   In the middle of the page is an
14   e-mail from you to Mr. O'Donnell and others
15   dated April 9th at 3:16 p.m.
16           Do you see that?
17      A.   Yes, I do.
18      Q.   In the first paragraph of that
19   e-mail, the last sentence reads: "They
20   clearly cannot tolerate any well control
21   incident based on their recent mud losses."
22           Did I read that correctly?
23      A.   Yes, you did.
24      Q.   What were the recent mud losses
25   to which you're referring in this e-mail to
```

63 (Pages 608 to 611)

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters   Facsimile: (504) 525-9109

Exhibit X
Page 196

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010          Reported By:
ROBERT QUITZAU VOL. II          May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

---

612

1    Mr. O'Donnell and others?
2        A.    When they drilled to 18,260, and
3    tried to raise the mud weight from 14.3 to
4    14.4, they lost circulation.
5        Q.    And what did you mean that they
6    clearly can not tolerate any well control
7    incident?
8        A.    In this case, the well control
9    incident would be some sort of further
10   increase -- something that would require a
11   further increase in mud weight.
12       Q.    Any sort of kick requiring
13   higher mud weight to suppress?
14   MS. WILMS:
15           Object to form.
16   THE WITNESS:
17           A kick -- a kick would be one
18   way that the mud weight could -- you know,
19   would require an increase in mud weight.
20   EXAMINATION BY MR. HARTLEY:
21       Q.    Do you recall receiving a
22   response to this e-mail from Mr. O'Donnell or
23   Mr. Chandler?
24       A.    I don't recall specific
25   responses.

---

613

1        Q.    Do you recall general responses?
2        A.    There were many e-mails in the
3    records. I don't recall what the e-mails
4    after April 9th indicated.
5        Q.    After sending this e-mail on
6    April 9th, 2010, at 3:16 p.m., do you recall
7    having any conversations with Mr. O'Donnell,
8    Mr. Chandler, Mr. Folger, Ms. Peyton, or
9    Mr. Burton about these -- this issue about
10   not tolerating a well control incident based
11   on these recent mud losses?
12       A.    I don't recall any specific
13   conversations.
14       Q.    I'm going to hand you what's
15   been previously marked as Exhibit 1929. It's
16   a series of e-mails between April 9th and
17   April 12th, 2010.
18           I'm going to direct your
19   attention to the e-mail that starts at the
20   bottom of the first page from Mr. Hollek to
21   Mr. O'Donnell on April 12th at 9:10 a.m.
22           Do you see that e-mail?
23       A.    Yes, I do.
24       Q.    Mr. Hollek writes: "With what
25   we have out in the well and a commitment to

---

614

1    run pipe at this point, why would BP not be
2    curious to drill below this point since it is
3    not in its well. It doesn't appear there's a
4    lot to lose, and it would help design the
5    next well. I guess I could better understand
6    if we were looking at a minimal pay section."
7           Did I read that correctly?
8        A.    Yes, did you.
9        Q.    Now, you had attended the
10   meeting on April 12th to discuss the issue of
11   BP calling total depth and what -- what
12   Anadarko's concerns, interests, curiosities
13   were; is that right?
14   THE WITNESS:
15           Yes.
16   MS. WILMS:
17           Object to form.
18   EXAMINATION BY MR. HARTLEY:
19       Q.    In that meeting or at any time
20   after receiving that phone call from
21   Mr. Bodek on April 9th, did you have
22   conversations with anybody at Anadarko about
23   this potential pay section that Mr. Hollek
24   references in his e-mail?
25   MS. WILMS:

---

615

1           Object to form.
2    THE WITNESS:
3           I don't understand -- you're
4    talking about what he's referring to as a
5    minimal pay sand?
6    EXAMINATION BY MR. HARTLEY:
7        Q.    Yes.
8        A.    I don't -- I'm not familiar with
9    what he's referring to there.
10       Q.    Okay. Were you involved in any
11   discussions with other employees of Anadarko
12   about the potential pay sections below
13   18,360?
14   MS. WILMS:
15           Object to form.
16   THE WITNESS:
17           I knew generally that they had
18   interest in exploring deeper, but we didn't
19   get involved in specific pay sands.
20   EXAMINATION BY MR. HARTLEY:
21       Q.    Okay. In your April 12th, 2010,
22   meeting, they discussed this interest in
23   potentially drilling deeper?
24       A.    They discussed the -- possible
25   interest in that and possible alternatives.

---

**64 (Pages 612 to 615)**

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters   Facsimile: (504) 525-9109

Exhibit X
Page 197

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                            Reported By:
ROBERT QUITZAU VOL. II                    May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

616

1      Q.   Was there a discussion about
2  the -- the perceived or potential value of
3  the pay sections that they had explored
4  deeper?
5      A.   I don't recall any discussions
6  on value.
7      Q.   Were there discussions about
8  size of the potential reservoir?
9      A.   I don't recall any details on
10 reservoir sizes.
11     Q.   I'm going to hand you what's
12 been previously marked as 1592, more for
13 context than anything else.  This is the
14 e-mail you were shown yesterday with the
15 meeting notice for the April 12th meeting.
16     Do you recall that?
17     A.   Yes, I do.
18     Q.   Did you offer any input in this
19 meeting on April 12th?
20     MS. WILMS:
21         Object to form.
22     THE WITNESS:
23         I don't recall offering any
24 input.
25 EXAMINATION BY MR. HARTLEY:

617

1      Q.   Did you convey any information
2  to the other attendees of this meeting about
3  what Mr. Bodek told you on April 9th, 2010?
4      MS. WILMS:
5         Object to form.
6      THE WITNESS:
7         I don't recall conveying that
8  information.
9  EXAMINATION BY MR. HARTLEY:
10     Q.   Did you provide any information
11 or opinions based on your review of the daily
12 operations reports or other information about
13 the Macondo well?
14     A.   I don't --
15     MS. WILMS:
16         Object to form.
17     THE WITNESS:
18         I don't recall providing that
19 information.
20 EXAMINATION BY MR. HARTLEY:
21     Q.   Did you convey any information
22 about the abnormal resistivity Mr. Bodek
23 indicated to you?
24     MR. DAVID:
25         Object to form.

618

1      THE WITNESS:
2         I did not.
3  EXAMINATION BY MR. HARTLEY:
4      Q.   Did you convey any substantive
5  information about drilling operations or
6  conditions on the Macondo well?
7      A.   I did not.
8      Q.   Do you recall any action items
9  coming as a result of this meeting on
10 April 12th, 2010?
11     A.   My recollection -- recollection
12 was that they were going to approach BP about
13 finalizing a decision or finalizing their
14 position on BP's decision.
15     Q.   Did anybody ask you any
16 questions in that meeting on April 12th,
17 2010?
18     A.   I don't recall.
19     MR. HARTLEY:
20         I think we need to take a break
21 for the videotape.
22     THE VIDEOGRAPHER:
23         We're going off the record.
24 It's 2:15.  This is the end of videotape No.
25 5.

619

1         (Whereupon, a brief recess was
2  taken.)
3      THE VIDEOGRAPHER:
4         We're back on the record.  It's
5  2:29.  This is the beginning of videotape
6  No. 6.
7  EXAMINATION BY MR. HARTLEY:
8      Q.   Mr. Quitzau, before our break,
9  we were talking about conversations within
10 Anadarko in or around April 9, April 12, 13,
11 and 14th time frame when BP was calling TD at
12 18,360.
13         I'm going to hand you now what's
14 been marked previously as Exhibit 2328.  At
15 the bottom of Exhibit 2328 is an April 13th
16 e-mail from Michael Beirne to Nick Huch and
17 Naoki Ishii.  Do you see that?
18     A.   Yes, I do.
19     Q.   And I think you actually
20 received this e-mail when it was forwarded
21 along to you, and you discussed that
22 yesterday.  Do you recall that?
23     A.   I recall that.
24     Q.   Did you have any conversations
25 with Mr. Bodek about the Macondo well between

65 (Pages 616 to 619)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:

ROBERT QUITZAU VOL. II                    May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

620

1  April 13th of 2010 and April 20th of 2010?
2      A.    No.  Let me look back.  I don't
3  recall any conversations other the -- other
4  than the one that was documented on that
5  e-mail.
6      Q.    Okay.  After receiving
7  Mr. Beirne's e-mail when it was forwarded to
8  you within Anadarko, did you ask anybody with
9  BP what the reference to safety concerns or
10  wellbore integrity was?
11     A.    I did not.
12     Q.    Why is that?
13     A.    The well was TD'd, so the
14  operations were done.
15     Q.    Once you heard that BP was
16  calling TD, it didn't interest you what the
17  safety concerns or wellbore integrity issues
18  were that led to that decision?
19     A.    No.  I assumed BP had everything
20  under control and that the -- that the
21  drilling was finished.
22     Q.    Did you have any conversations
23  within Anadarko about what the reference was
24  to safety concerns and wellbore integrity
25  issues?

621

1      A.    There was no discussion on
2  safety concerns.  The wellbore integrity
3  issues were discussed about what -- you know,
4  what we couldn't do, as documented in the
5  e-mails.
6      Q.    And that relates to the mud
7  weight issues with the narrow drilling
8  margin?
9      A.    With the mud weight issues and
10  losses, yes.
11     Q.    Okay.  In the context of the
12  meetings that you were having at Anadarko
13  between April 12th and 14th about the TD
14  issue, did wellbore integrity issues -- were
15  they discussed in those meetings?
16     A.    You're talking about those two
17  meetings, that one on April 12th -- I don't
18  recall that they were.
19     Q.    Okay.  Were safety concerns
20  discussed in any of those meetings?
21     A.    I don't recall that they were.
22     Q.    Do you know whether anybody with
23  Anadarko was monitoring the Macondo well from
24  a safety perspective?
25     MS. WILMS:

622

1      Object to form.
2  THE WITNESS:
3      To my knowledge, no one was
4  monitoring an Anadarko well from a safety
5  perspective.
6  MS. WILMS:
7      Macondo well.  You misspoke.
8  THE WITNESS:
9      Macondo well.
10  EXAMINATION BY MR. HARTLEY:
11     Q.    Was anybody from Anadarko
12  monitoring the well in terms of reviewing the
13  propriety of procedures being employed?
14     A.    What do you mean by "the
15  propriety of the procedures being employed"?
16     Q.    Looking at, for example, the T&A
17  procedure, determining whether there was an
18  agreement by Anadarko as to the progress, as
19  to the decisions being made?
20     A.    We didn't look at any
21  operational procedures.
22     Q.    You just assumed BP, as the
23  operator, made those decisions and sort of
24  watched as -- as the well was making progress
25  towards total depth?

623

1      A.    We assumed that they were making
2  all -- we knew that they were making all the
3  decisions, and we -- we tracked the progress
4  toward reaching the geological objectives.
5      Q.    In response to Mr. Fineman's
6  questions yesterday morning, you talked about
7  the root -- he asked you whether you thought
8  the well design was what caused the incident.
9      I think your response was
10  that -- that you disagreed and that your view
11  of the root cause was the misinterpretation
12  of the negative test and that the
13  displacement of a lot of large volume of
14  hydrocarbons come into the well.
15     Is that accurate?
16     A.    That's correct.
17  MS. WILMS:
18     Object to form.
19  THE WITNESS:
20     That's correct.
21  EXAMINATION BY MR. HARTLEY:
22     Q.    And that's your opinion as to
23  the root cause of the incident?
24     A.    That's my personal opinion;
25  correct.

66 (Pages 620 to 623)

Exhibit X
Page 199

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

Reported By:

ROBERT QUITZAU VOL. II                May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

624

1      Q.   And in response to Mr. Hymel's
2   questions, you talked about the negative test
3   a little bit as well.
4          I think, if I heard you
5   correctly, you said that if -- if an anomaly
6   was identified as a negative test was being
7   conducted, it's your opinion that operations
8   would stop until the anomaly is resolved?
9      A.   The anomaly should be resolved;
10  that's correct.
11     Q.   You would not continue towards
12  displacement of the riser until that anomaly
13  is resolved?
14     A.   That's correct.
15     Q.   I'm going to hand you what I've
16  marked as Exhibit 2665.  It's in Tab 128.
17         (Exhibit No. 2665 marked for
18  identification.)
19  EXAMINATION BY MR. HARTLEY:
20         This is a series of e-mails on
21  June 1st of 2010 between you and Vic Estes.
22         Do you see that?
23     A.   I do.
24     Q.   I had to ask because -- in the
25  bottom e-mail, Mr. Estes sends you a

625

1   question:  "Why isn't the next step to put
2   another BOP on top of the current BOP?"
3         Do you see that?
4      A.   I do.
5      Q.   And your response on June 1st in
6   the middle of that page:  "I've not been
7   involved in those discussions, though I heard
8   there was a lot of debate on it.  I better
9   not speculate on the reasons, since all
10  documents will be subject to public
11  scrutiny."
12         Did I read that correctly?
13     A.   You did.
14     Q.   What was the debate you heard
15  about putting another BOP on top of the
16  current BOP?
17  MR. DAVID:
18         Objection to the form.
19  THE WITNESS:
20         I just know that there were --
21  there were other alternatives being
22  considered.  There were whole other teams on
23  the two floors there at Anadarko working on
24  various options.
25  MS. WILMS:

626

1               BP.
2   THE WITNESS:
3         I'm sorry.  At BP.
4         During the relief efforts, there
5   were many different options being
6   concerned -- considered, and I heard bits and
7   pieces of it, and I know there was a lot of
8   discussions on which one to -- which ones
9   could be used.
10  EXAMINATION BY MR. HARTLEY:
11     Q.   Did you hear the reasons against
12  putting another BOP on top of the current
13  one?
14     A.   I didn't hear the specific
15  reasons for that.
16     Q.   Did you hear reasons, in
17  general, as to why it would not be a good
18  idea?
19     A.   I don't recall any general
20  reasons.
21     Q.   Do you have an opinion as to
22  whether or why they did not put another BOP
23  on top of the current one?
24     A.   I don't.
25     Q.   Since April 20th, have you had

627

1   an opportunity to review any of the
2   investigative reports that have come out
3   relating to the Macondo well?
4      A.   Yes.
5      Q.   Have you reviewed the National
6   Commission's report?
7      A.   I have not.
8      Q.   Have you reviewed the National
9   Commission's Chief Counsel report?
10     A.   I have not.
11     Q.   Have you reviewed the Bly
12  Report?
13     A.   Yes, I read the Bly Report.
14     Q.   Okay.  I'm going to hand you
15  what I'm marking as Exhibit 2666.
16         (Exhibit No. 2666 marked for
17  identification.)
18  EXAMINATION BY MR. HARTLEY:
19         And ask you is that -- are those
20  your handwritten notes?
21     A.   Yes, they are.
22     Q.   Okay.  And it appears to me that
23  this is a photocopy of two pages of notebook
24  paper followed by the Bly Report with your
25  handwritten notes sporadically through it.

67 (Pages 624 to 627)

Exhibit X
Page 200

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported By:
ROBERT QUITZAU VOL. II                    May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

628

```
 1            Is that accurate?
 2      A.   That's correct.
 3      MR. DAVID:
 4            Which tab is this?
 5      MR. NICHOLS:
 6            Which tab is this?
 7      MR. HARTLEY:
 8            This is Tab 2 on folder 2 on the
 9   CD.
10   EXAMINATION BY MR. HARTLEY:
11      Q.    Did anybody ask you to review
12   the Bly Report and offer opinions?
13      A.   They did not.
14      Q.    You took it upon yourself to
15   review it because of your curiosity and what
16   happened?
17      MS. WILMS:
18            Object to form.
19   EXAMINATION BY MR. HARTLEY:
20      Q.    Or rather, why did you -- why
21   did you look through the Bly Report and make
22   your handwritten notes?
23      A.    I wanted to understand the best
24   I could what went on or what -- what the
25   opinions were that were stated in the report.
```

629

```
 1      Q.    Did you agree with the opinions
 2   stated in the report?
 3      MS. WILMS:
 4            Object the form.
 5      THE WITNESS:
 6            I had -- there was a wide range
 7   of opinions on the different things that were
 8   stated in the report.
 9   EXAMINATION BY MR. HARTLEY:
10      Q.    Anything come to mind in terms
11   of opinions to which you disagreed?
12      A.    I don't recall any off the top
13   of my head.
14      Q.    Did you think that BP was more
15   responsible than they concluded in their
16   report?
17      MR. DAVID:
18            Objection to form.
19      THE WITNESS:
20            I can't say at this time how
21   much responsibility they claimed in the
22   report.
23   EXAMINATION BY MR. HARTLEY:
24      Q.    Okay.  Some of my questions are
25   going to simply be because I can't read your
```

630

```
 1   handwriting.  So some of them will be very
 2   simple.
 3            But the third line down, can you
 4   tell me what that says?  Four something?
 5      A.    It looks like it says
 6   four-month.
 7      Q.    That's reference to the time it
 8   took BP to come out with the report, or do
 9   you know?
10      A.    I don't know.
11      Q.    Okay.  The next entry appears to
12   be 8067; is that right?
13      A.    That's correct.
14      Q.    Was that the depth of -- of
15   the displacement?
16      A.    I don't recall.
17      Q.    Do you remember why you noted
18   8067?
19      A.    I do not.
20      Q.    Can you read what the next entry
21   is?  "Long string" -- and I can't read the
22   rest.
23      A.    I can't read it either.
24      Q.    The next entry says:  "Bladder
25   effect."  And then there's some writing to
```

631

```
 1   the right.
 2            Can you tell me what that says?
 3      A.    "What is this?"
 4      Q.    Have you ever heard of the
 5   bladder effect?
 6      A.    I have not.
 7      Q.    In reviewing the Bly Report, is
 8   it your understanding that in conducting the
 9   negative test, there was a comment,
10   attributing the pressure differential to some
11   sort of bladder effect?
12      MR. DAVID:
13            Object to form.
14      THE WITNESS:
15            I recall that the bladder effect
16   was attributed to questions on the negative
17   test.
18   EXAMINATION BY MR. HARTLEY:
19      Q.    You have some 30 -- 30-plus
20   years experience in the oil and gas industry
21   as a drilling engineer; is that right?
22      A.    Yes.
23      Q.    In that 30-plus years, have you
24   ever heard of a bladder effect?
25      A.    I have not.
```

**68  (Pages 628 to 631)**

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009    Board-Certified Court Reporters    Facsimile: (504) 525-9109

Exhibit X
Page 201

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported By:
ROBERT QUITZAU VOL. II              May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

632

1      Q.    And you agree that the negative
2    test was misinterpreted?
3      A.    My --
4    MR. DAVID:
5          Object to form.
6    THE WITNESS:
7          My recollection from reading the
8    Bly Report is that the negative test was
9    misinterpreted.
10   EXAMINATION BY MR. HARTLEY:
11     Q.    Can you read the next entry for
12   me?
13     A.    "DP response just before mud.
14   Could not have happened unless flow up
15   casing. Could not have happened with flow up
16   annulus."
17         I can't read the last word.
18     Q.    Do you recall why you made this
19   entry?
20     A.    I don't.
21     Q.    Can you read the next entry for
22   me?
23     A.    "Question mark, do pressures
24   equate to a height of hydrostatic? Do these
25   heights correspond to volumes of mud?"

633

1      Q.    What do you mean by that note?
2      A.    I don't recall.
3      Q.    Do you recall what pressures you
4    were referring to in equating to the height
5    of hydrostatic?
6      A.    I do not.
7      Q.    Do you know whether this relates
8    at all to the depth of displacement on the
9    Macondo well?
10     A.    I do not recall.
11     Q.    In your 30-plus years as a
12   drilling engineer, have you ever designed a
13   well or been involved in a well in which
14   displacement was that deep?
15     A.    I don't recall ever displacing
16   that deep.
17     Q.    Do you know whether -- whether
18   displacing that deep, in your opinion, has
19   associated safety concerns or risks?
20   MS. WILMS:
21         Object to form.
22   THE WITNESS:
23         I would have to look at all --
24   at all the circumstances in a given well to
25   make -- make a comment on that.

634

1    EXAMINATION BY MR. HARTLEY:
2      Q.    On the next page of the
3    handwritten notes, it looks like the fourth
4    line down, can you read what that says?
5      A.    "Hesitation squeeze practices,
6    dash, left XO covered."
7      Q.    What does that mean?
8      A.    That appears to be related to
9    the final cementing after the -- after
10   hydrostatic kill, in which the cement -- near
11   the end of the cement job, by design, a
12   squeeze process was conducted, and the cement
13   slurry worked very well to cement the well,
14   but it started setting up so fast that the
15   cement was still above the 9 and 7/8th by
16   7/8th -- 9 and 7/8-inch by 7-inch crossover.
17     Q.    This relates to the relief well
18   of kill operations?
19     A.    That's what I believe.
20     Q.    Okay. If you would turn to
21   Page 10 of the report itself. The -- the
22   Bates number in lower right ends with 647.
23   It's part of the executive summary.
24     A.    Okay.
25     Q.    Under the No. 3, "The

635

1    negative-pressure test was accepted, although
2    well integrity had not been established."
3    You have a note out to the left. Can you
4    read what that says?
5      A.    It appears to say, "Supports
6    casing flow."
7      Q.    What does that mean?
8      A.    Let me reread the paragraph.
9      Q.    Certainly.
10     A.    So the conclusion that they --
11   that the Bly Report appears to be drawing
12   would support casing flow, meaning flow up
13   the casing as opposed to flow outside the
14   casing. So that was just my note. As I read
15   through it, I jotted that down. It was just
16   a flash idea that I had before I continued
17   reading.
18     Q.    Okay. The last sentence of that
19   Paragraph 3 says: "The Transocean rig crew
20   and BP well site leaders reached the
21   incorrect view that the test was successful
22   and that well integrity had been
23   established."
24         Do you see that?
25     A.    I do.

69 (Pages 632 to 635)

601 Poydras Street, Suite 1720      GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters   Facsimile: (504) 525-9109

Exhibit X
Page 202

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                  Reported By:
ROBERT QUITZAU VOL. II          May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

636

1          Q.   Do you agree with that?
2     MS. WILMS:
3          Object to form.
4     THE WITNESS:
5          I'm not in a position to agree
6     with that at this time.
7     EXAMINATION BY MR. HARTLEY:
8          Q.   Do you disagree with it?
9          A.   I'm not in a position to
10    disagree either, just from reading this
11    report -- just from reading this paragraph.
12         Q.   Okay.  How about based upon your
13    knowledge from monitoring the well between
14    April 18th and -- March 18th and April 20th,
15    2010, in your operations with the relief and
16    kill efforts?
17    MS. WILMS:
18         Object to form.
19    THE WITNESS:
20         I can't use any of that
21    information to support that statement or
22    disagree with it.
23    EXAMINATION BY MR. HARTLEY:
24         Q.   You don't have an opinion on
25    that?

637

1          A.   I don't have an opinion on it.
2          Q.   Okay.  On the next page that
3     ends Bates 648, can you read your handwritten
4     note at the very bottom of that page for me,
5     please?
6          A.   "Of the series which would have
7     prevented the problem."
8          Q.   What did you mean by that note?
9          A.   Let me read the paragraph.
10         It's just a note to myself.
11    They're making the statement, and of the
12    series of these different actions or
13    judgments, they list a series of things that
14    they conclude -- well, I'm -- I need to read
15    this again.
16         So they're referring to a
17    complex series of factors that could have
18    contributed to the accident.  I'm just
19    jotting a note to myself:  Well, I wonder
20    which ones of these would have stopped the
21    cause -- stopped the event.
22         Q.   Did you ever form an opinion as
23    to which one would have?
24         A.   Which ones would have or could
25    have?  I did not go back and analyze each

638

1     one.
2          Q.   If you would, turn to the page
3     that ends with the Bates label 660.
4          The upper right of this page,
5     you have an asterisk and a check by the entry
6     for April 16th, relating to mechanical and
7     integrity concerns regarding the bow spring
8     centralizers, and it looks like that sentence
9     is also highlighted.
10         Do you see that?
11         A.   I see it, but I'm having a
12    difficult time reading it.  Can you read
13    yours?  I can't -- I can't read it.
14         Q.   "Mechanical integrity concerns
15    regarding the bow spring centralizers."
16         A.   And?
17         Q.   Did I read that correctly?
18         A.   Yeah.  I assume that you did.
19    Can you -- I can't -- I can't read it.  It's
20    very, very blurred.
21         Q.   (Handing.)
22         A.   Thank you.
23    MR. HARTLEY:
24         Don't read my notes.
25    MS. WILMS:

639

1          I won't.
2     EXAMINATION BY MR. HARTLEY:
3          Q.   Can you read that copy better?
4          A.   Yes.
5          Q.   Can you read that sentence for
6     me?
7          A.   "Mechanical integrity concerns
8     regarding the bow spring centralizers.
9     Decision made not to run bow spring
10    centralizers."
11         Q.   Did you ever -- do you have any
12    opinion or information regarding the
13    mechanical integrity concern regarding bow
14    spring centralizers?
15         A.   I do.
16         Q.   What is that information?
17         A.   In my experience, if you run bow
18    spring centralizers, they're fairly weak and
19    they can come off in the hole.
20         Q.   Your preference would be to run
21    centralizer subs?
22         A.   That's correct.
23         Q.   Had you had conversations with
24    anybody at BP about running centralizer subs
25    or bow spring centralizers for the Macondo

70 (Pages 636 to 639)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                Reported By:
ROBERT QUITZAU VOL. II                May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

640

1   well?
2       A.   I did not.
3       Q.   Did you have any communications
4   with BP on their decision on how many
5   centralizers to run on the Macondo well?
6       A.   I did not.
7       Q.   You were asked earlier about
8   whether you had reviewed certain Halliburton
9   OptiCem reports.  Do you recall that?
10      A.   Yes.
11      Q.   Did you see any OptiCem reports
12  or other modeling by Halliburton regarding
13  the number of centralizers being recommended
14  for the Macondo well?
15      A.   I did not recall that.
16      Q.   Prior to April 20th, 2010, did
17  you have any understanding on the number or
18  type of centralizers being run on the Macondo
19  well?
20      A.   I did not.
21      Q.   If you would, turn to the page
22  with the Bates ending 663.
23      A.   (Complying) Okay.
24      Q.   It appears that you included a
25  note on this page, reading:  "Downhole mud

641

1   coming up."
2       Does that look accurate?
3       A.   That appears to be what it says.
4       Q.   Can you tell me what you meant
5   by this note?
6       A.   I'm going to have a hard time
7   reading this one, also.
8       MS. WILMS:
9           Yeah.  I won't look.  It really
10  is dirty.
11      MR. HARTLEY:
12          I didn't double-check the
13  quality of the copies.
14      MS. WILMS:
15          That's fine.
16      THE WITNESS:
17          I don't recall exactly why I
18  wrote that -- those comments on there.
19      EXAMINATION BY MR. HARTLEY:
20      Q.   And that comment is related to a
21  couple of entries regarding drill pipe
22  pressure increases; is that right?
23      A.   It appears to be brackets tied
24  to the comment.
25      Q.   Okay.  In your experience, do

642

1   changes or increases in drill pipe pressure
2   indicate increased mud flow coming up the
3   casing?
4       MS. WILMS:
5           Object to form.
6       THE WITNESS:
7           Changes or increases in pressure
8   reflect many different things during the
9   circulation of a well.
10      EXAMINATION BY MR. HARTLEY:
11      Q.   And you can't recall why -- why
12  you wrote a note about mud coming up,
13  relating to these particular drill pipe
14  pressure increases?
15      A.   I do not recall specifically why
16  I wrote that.
17      Q.   On the next page that ends 664
18  in the Bates numbers, can you read that
19  handwritten note you have on there?
20      A.   It would appear to say:
21  "Pressure going down as hydrocarbons pass
22  drill pipe, question mark."
23      Q.   Do you recall what you meant by
24  that note?
25      A.   I do not.

643

1       Q.   In your experience, what do
2   increases or decreases in drill pipe pressure
3   indicate in terms of downhole conditions?
4       A.   They can represent many things.
5   They could represent changes in fluid
6   densities.  They can represent changes in
7   friction.  They can represent changes in flow
8   rate.
9       Q.   Anything else comes to mind now
10  that the changes in drill pipe pressure can
11  indicate?
12      A.   Changes in solids content.
13      Q.   What do you mean by "solids
14  content"?
15      A.   If there were -- there were
16  cuttings coming into the well, they could --
17  and collecting in the well, that could change
18  that.
19      Q.   And in response to Mr. Fineman's
20  question yesterday about drill pipe pressure,
21  you said it is not a direct indicator of a
22  kick; is that right?
23      MS. WILMS:
24          Object to form.
25      THE WITNESS:

71 (Pages 640 to 643)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported By:
ROBERT QUITZAU VOL. II                    May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

644

1          Pressure onto -- drill pipe
2    pressure onto itself, and I don't remember
3    exactly the way he stated the question.
4    EXAMINATION BY MR. HARTLEY:
5          Q.    Would you agree that changes in
6    drill pipe pressure are not -- is not
7    necessarily a direct indicator of a kick?
8          A.    It's not necessarily a direct
9    indicator of a kick.
10         Q.    It's an indicator of various
11   activities or factors going on downhole?
12         A.    Yes.
13         Q.    Can you turn to the page that
14   ends with the Bates 670?
15         A.    (Complying.)
16         Q.    If you can, would you please
17   read your handwritten note at the bottom of
18   that page?
19         A.    "Swab surge calculation with
20   casing, pit volume while running casing, pit
21   volume while circulating with casing."
22         I can't read the last word.
23   Casing with -- I can't read that last word.
24         Q.    Do you recall why you made these
25   notes?

645

1          A.    Let me scan the document.
2          Q.    Yes, sir.
3          A.    I recall being interested in
4    knowing -- as I read through this report, I
5    recall being interested in knowing what swab
6    and surge loads were exerted on the
7    formations as the casing was run in the
8    ground and what the pit volumes were as the
9    casing was run in the ground.
10         And I guess the bottom line
11   appears to read: "Pit volume while
12   circulating with casing in the ground."
13         And so I was interested in that
14   as well.
15         Q.    Why did those questions interest
16   you as you read through the Bly Report?
17   MS. WILMS:
18         Object to form.
19   THE WITNESS:
20         Those would be indications of
21   the actual wellbore strength that existed
22   when the casing was run in the ground --
23   formation strength, I should say.
24   EXAMINATION BY MR. HARTLEY:
25         Q.    Formation strength, the swab and

646

1    surge loads on the casing as it was run in
2    the ground?
3          A.    The surge loads -- the surge
4    loads would be an indication of the strength
5    of the rocks -- the exposed rocks during
6    running the casing.  And -- and the swab
7    loads would be an indication of how low the
8    bottom hole pressure got as the casing was
9    run with each swab cycle.  Just as I was
10   reading it, I had that thought that that
11   would be interesting to know that.
12         Q.    And what opinions, if any, would
13   that allow you to arrive at --
14   MS. WILMS:
15         Object to form.
16   EXAMINATION BY MR. HARTLEY:
17         Q.    -- in knowing that information?
18   MS. WILMS:
19         Object to form.
20   THE WITNESS:
21         I don't -- I can't think of the
22   exact opinions that I would be seeking.  That
23   was just a curiosity.
24   EXAMINATION BY MR. HARTLEY:
25         Q.    Okay.  If you would, turn to the

647

1    page that ends with the Bates 673.
2          A.    (Complying.)
3          Q.    And at the top of the page, it
4    looks likes you have circled "1,000 feet and
5    distinct permeable zones" and have a note
6    there.  Can you read what the note is?
7          A.    "WTF, question mark."
8          Q.    I hesitate to ask.  What does
9    that mean?
10         A.    Do you want me to spell it?
11   MS. WILMS:
12         No.  Not --
13   EXAMINATION BY MR. HARTLEY:
14         Q.    You're referring to the
15   typical --
16         A.    The typical --
17         Q.    -- what the --
18         A.    Expression.
19         Q.    -- expletive?
20         A.    Yes.
21         Q.    Okay.  Why did you make this
22   note, if you recall?
23         A.    I made that note, because I
24   looked at this guideline, suggesting that
25   cement would be covering all permeable zones.

**72  (Pages 644 to 647)**

Exhibit X
Page 205

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                 Reported By:
ROBERT QUITZAU VOL. II                 May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

648

1    And it occurs to me that many -- a large
2    number of our, you know, Gulf of Mexico wells
3    have water sands that we don't necessarily
4    cover with cement.
5         So I'm surprised that this would
6    be sort of a standard or guideline that all
7    sands should be covered with cement.
8    It's almost unreason -- it appeared at the
9    time to me to be almost unrealistic.  So I
10   just was curious.  I'm like, wow.
11        Q.    Did you view the practice or
12   policy being described in this engineering
13   and technical practice as being overly broad
14   in applying to all permeable zones?
15        A.    Yes.
16   MR. DAVID:
17        Object to form.
18   THE WITNESS:
19        Yes.
20   EXAMINATION BY MR. HARTLEY:
21        Q.    Do you disagree with the comment
22   about "centralization should extent 100 feet
23   above such zones"?
24   MS. WILMS:
25        Object to form.

649

1         THE WITNESS:
2              Again, all permeable zones?
3    That doesn't seem to make sense.
4    EXAMINATION BY MR. HARTLEY:
5         Q.    Which zones would it make sense
6    to you for centralization to be required to
7    extend 100 feet above those zones?
8    MS. WILMS:
9         Object to the form.
10   THE WITNESS:
11        It would make sense to me to do
12   that for productive intervals,
13   hydrocarbon-bearing intervals.
14   EXAMINATION BY MR. HARTLEY:
15        Q.    That's because centralization
16   will allow you to get a higher probability of
17   success for zonal isolation on a cement job?
18        A.    That is correct.
19        Q.    The lack of centralization
20   through those -- those productive intervals
21   compromises the success rate for zonal
22   isolation?
23   MS. WILMS:
24        Object to form.
25   THE WITNESS:

650

1         Zonal isolation is more
2    difficult if the pipe's not centralized.
3    EXAMINATION BY MR. HARTLEY;
4         Q.    Increased chance of channeling
5    through the cement with lack of
6    centralization?
7    MS. WILMS:
8         Object to form.
9    THE WITNESS:
10        I will stay with the words I
11   previously used.
12   EXAMINATION BY MR. HARTLEY:
13        Q.    You would disagree that it would
14   increase the odds of channeling, the lack of
15   centralization?
16   MS. WILMS:
17        Object to form.
18   THE WITNESS:
19        Okay.  Can you restate the
20   question?
21   EXAMINATION BY MR. HARTLEY:
22        Q.    Does the lack of centralization
23   increase the probability of channeling in a
24   cement job?
25   MS. WILMS:

651

1         Object to form.
2    THE WITNESS:
3         It increases the chance of
4    channeling cement through mud, yes.
5    EXAMINATION BY MR. HARTLEY:
6         Q.    This paragraph goes on to read:
7    "If those conditions are not met, as in this
8    case, TOC should be determined by a proven
9    cement and valuation technique."
10        Do you see that?
11        A.    Yes, I do.
12        Q.    Would you agree that a proven
13   cement evaluation technique should be run
14   after a cement job?
15   MS. WILMS:
16        Object to form.
17   THE WITNESS:
18        Any cement job?
19   EXAMINATION BY MR. HARTLEY:
20        Q.    In a productive interval?
21        A.    I agree that some form of cement
22   evaluation is recommended when cementing
23   production -- productive intervals.
24        Q.    Prior to April 20th, 2010, did
25   you know that BP had not done that for the

73 (Pages 648 to 651)

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters   Facsimile: (504) 525-9109

Exhibit X
Page 206

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported By:
ROBERT QUITZAU VOL. II                    May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

---

652

1   cement job on the 9 and 7/8th by 7/8th-inch
2   productive casing on the Macondo well?
3        MR. HART:
4             Object to form.
5        THE WITNESS:
6             I was not aware.
7   EXAMINATION BY MR. HARTLEY:
8        Q.   Would you have asked Mr. Bodek,
9   rather than BP, about that decision had you
10  known it?
11       MS. WILMS:
12            Object to form.
13       MR. DAVID:
14            Object to form.
15       THE WITNESS:
16            It was not our job to review
17  such -- their decisions and practices on
18  that.
19  EXAMINATION BY MR. HARTLEY:
20       Q.   Understood that that may not
21  have been your job.  But if you learned that
22  prior to April 20th, would you have asked the
23  question of Mr. Bodek or others, why aren't
24  you running a cement bond log?
25       MR. HART:

---

653

1             Object to form.
2        MS. WILMS:
3             Object to form.
4        THE WITNESS:
5             You're talking about cement bond
6   log or cement evaluation --
7   EXAMINATION BY MR. HARTLEY:
8        Q.   We'll take it --
9        A.   -- techniques?
10       Q.   -- in two steps.  First, the
11  cement bond log?
12       A.   I would not question that.
13       Q.   If they were not going to run a
14  proven cement evaluation technique --
15       MS. WILMS:
16            Object to --
17  EXAMINATION BY MR. HARTLEY:
18       Q.   -- would you have asked
19  questions about that?
20       A.   Again --
21       MS. WILMS:
22            Object to form.
23       THE WITNESS:
24            Again, we're not there to
25  evaluate the BP practices.  That's not our

---

654

1   job.
2   EXAMINATION BY MR. HARTLEY:
3        Q.   In your own words, what would
4   you say your job was in monitoring or
5   reviewing the operation on the Macondo well?
6        MS. WILMS:
7             Object to form.
8        THE WITNESS:
9             I previously stated, it would be
10  to track the progress of the well towards
11  reaching the geological objectives.
12  EXAMINATION BY MR. HARTLEY:
13       Q.   Now, we saw in at least one
14  instance where you asked the questions about
15  the mud weight, if they were going to do
16  that, that it was sort of a suggestion that
17  you were making to Mr. Bodek; is that right?
18       A.   In one instance, we suggested
19  that they consider the possibility of
20  adjusting the mud weight.
21       Q.   On the next page that ends with
22  Bates 674, can you read your handwritten
23  notes there for me?
24       A.   "How can this happen?  Unfoamed
25  tail cement."

---

655

1             And then part of it's covered by
2   the whole punch.
3        Q.   Right.
4        A.   Below that is:  "No comments on
5   differential pressure, and the" -- I can't --
6   I can't read that on my copy.
7        Q.   Okay.  See if mine is any
8   clearer.  I'm not sure it is (handing).
9        A.   "Comment on differential
10  pressure and the floats.  Comments on" -- it
11  says:  "No comment on differential pressure
12  and the floats" -- it may say "hold."
13  "Comment," and then "comments on morning
14  report."
15       Q.   Do you recall what you meant by
16  either of these comments?
17       A.   I'll read the text.
18            The first -- the upper question
19  on, "how can this happen with unfoamed tail
20  cement?"  I believe I was curious to know how
21  the nitrogen from the foam cement would get
22  into the unfoamed cement.
23       Q.   Have you seen that happen before
24  in any of the wells you've been involved in
25  other your 30-plus years?

---

**74 (Pages 652 to 655)**

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                Reported By:
ROBERT QUITZAU VOL. II                               May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

656

1          MS. WILMS:
2             Object the form.
3       THE WITNESS:
4             I have not.  I've never cemented
5    a production casing with foamed spent, so I
6    have -- in a deepwater production zone
7    environment.
8    EXAMINATION BY MR. HARTLEY:
9       Q.    Okay.  On the page ending 676
10   using the Bates in the lower right, can you
11   read your comment on the left-hand margin for
12   me, please?
13      A.    "Another example of where mud
14   compressibility" -- may I?
15      Q.    Absolutely (handing).
16      A.    "Another example where mud
17   compressibility is important on a pressure
18   test."
19      Q.    What do you mean by that note?
20      A.    Throughout the relief efforts,
21   we did all manner of diagnostics.  And over
22   and over -- several times it came up that
23   there's a lot to be learned simply by having
24   an estimate of the compressibility of the
25   fluid and the associated volumetric change

657

1    with changes in pressure and using that as a
2    diagnostic.
3             And so I was -- it was a
4    learning I had through the relief efforts,
5    and -- and as I read this report, I said,
6    well, there it is again, where that
7    particular technique is helpful.
8       Q.    What does your handwritten note
9    in the right margin of that same paragraph
10   read?
11      A.    "Most rig crews can't pay this
12   close of attention."
13      Q.    What do you mean by that?
14      A.    I'm not exactly sure what I
15   meant by that.
16      Q.    Does this relate to the
17   compressibility of mud or other fluids in
18   monitoring downhole conditions or pressures,
19   because of ongoing rig operations, they just
20   don't have the time to do this?
21      A.    I don't --
22      MS. WILMS:
23         Object to form.
24      MR. DAVID:
25         Object to form.

658

1       THE WITNESS:
2             I don't recall what I meant by
3    that.
4    EXAMINATION BY MR. HARTLEY:
5       Q.    Okay.  If you would, turn to the
6    page with the.  Bates ending 678?
7       A.    (Complying.)
8       Q.    You have a handwritten note on
9    this page that appears to read:  "Negative
10   tests should be step-by-step detailed
11   procedure."
12            Is that correct?
13      A.    That's correct.
14      Q.    Why did you write this, if you
15   recall?
16      A.    I wrote that as just a personal
17   observation that -- kind of a look forward in
18   the industry that negative tests should be
19   very -- have very detailed procedures.
20      Q.    At the time of the incident,
21   April 20th, 2010, were you aware of any
22   detailed step-by-step negative test procedure
23   utilized or employed by BP on the Macondo
24   well?
25      A.    I was not.

659

1       Q.    Did Anadarko have any such
2    step-by-step detailed procedures for how to
3    conduct a negative test on -- as of
4    April 20th, 2010?
5       MS. WILMS:
6             Object to form.
7       THE WITNESS:
8             On some wells, we had detailed
9    procedures for negative tests.
10   EXAMINATION BY MR. HARTLEY:
11      Q.    Were these detailed procedures
12   consistent across wells, or was it a
13   well-by-well specific procedure?
14      A.    They would be a well-by-well
15   specific procedures.
16      Q.    Did you ever see a procedure
17   employed -- to be employed by BP on the
18   Macondo well for conducting a negative test?
19      A.    I did not.
20      Q.    If you would, turn to the page
21   with the Bates ending 692.
22      A.    (Complying.)
23      Q.    Under the heading "2.1 cement
24   design," you have a handwritten note that
25   appears to read "what about swabs/surge,

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009    Board-Certified Court Reporters    Facsimile: (504) 525-9109

Exhibit X
Page 208

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported By:
ROBERT QUITZAU VOL. II        May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

660

1    question mark."
2         Did I read that correctly?
3    A.    You did.
4    Q.    Does this relate to the swab and
5    surge that we discussed a few moments ago?
6    A.    Yes.
7    Q.    How does that relate to the
8    narrow pore pressure and fracture gradient
9    conditions as referenced in the Bly Report
10   here?
11        MS. WILMS:
12            Object to form.
13        THE WITNESS:
14            My understanding, the surge
15   pressures exerted on the well, that could
16   serve as an upper bound of the strength of
17   the formations, assuming that the surge
18   pressures can be modeled and calculated
19   accurately.
20        EXAMINATION BY MR. HARTLEY:
21   Q.    How did those surge pressures
22   differ, if any, from the -- from the fracture
23   gradient?
24        MS. WILMS:
25            Object to form.

661

1        THE WITNESS:
2            Can you repeat the question?
3        EXAMINATION BY MR. HARTLEY:
4    Q.    How did those surge pressures
5    relate to the fracture gradient?
6    A.    If the surge --
7        MS. WILMS:
8            Object to form.  Go ahead.
9        THE WITNESS:
10            If the surge pressures are
11   accurately calculated, and if there are no
12   mud losses, then that serves as an upper
13   bound on what the actual fracture gradient of
14   the exposed formations is.
15        EXAMINATION BY MR. HARTLEY:
16   Q.    If you would, turn to the page
17   with the Bates ending 701.
18   A.    (Complying.)
19   Q.    It looks like there's a
20   handwritten comment on the left-hand margin.
21   Could you read that to me, please?
22   A.    It says:  This is BP's
23   responsibility to use -- to see model run
24   properly.
25            I can't read the bottom comment,

662

1    the bottom two lines.
2    Q.    This relates to the OptiCem
3    modeling run by Halliburton for BP on the
4    Macondo well; is that right?
5        MS. WILMS:
6            Object to form.
7        THE WITNESS:
8            I'll read the paragraph.  Can
9    you repeat the question?
10       EXAMINATION BY MR. HARTLEY:
11   Q.    This paragraph in your related
12   note relates to the OptiCem modeling run by
13   Halliburton on the Macondo well?
14   A.    The paragraph does relate to
15   that.
16   Q.    Okay.  In your experience in the
17   industry 30-plus years, have you had
18   occasions where you've been working for the
19   operator, and Halliburton has run cement
20   simulations or modeling, whether it's OptiCem
21   or otherwise?
22   A.    Yes.
23   Q.    Is the operator in those cases,
24   when you've been working on those wells, the
25   entity that provides the information to plug

663

1    into those simulations or models?
2    A.    Yes.
3    Q.    Does Halliburton, in the
4    instances you've worked with them, run
5    modeling or run downhole tools to collect the
6    data to fill in on these modeling reports?
7    A.    Sometimes.  That depends on
8    which service vendor on the rig is running
9    the directional drilling services or the --
10   or the LWD service.
11   Q.    For example, this paragraph
12   references open hole caliber data.  That's
13   something that the operator collects itself
14   or through another service provider and then
15   provides to Halliburton, in your experience?
16   A.    That's correct.
17       MR. DAVID:
18            Object to form.
19       EXAMINATION BY MR. HARTLEY:
20   Q.    You understand that the models
21   that Halliburton runs and provides in this
22   situation is based upon the information, if
23   received, from the operator and other service
24   providers, to fill in the data required to
25   run the simulations?

76  (Pages 660 to 663)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported By:
ROBERT QUITZAU VOL. II                    May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

664

1          MR. DAVID:
2              Object to form.
3      THE WITNESS:
4              It is depending on that as well
5  as the Halliburton properties also.
6      EXAMINATION BY MR. HARTLEY:
7      Q.   If you would, turn to the page
8  with the Bates ending 707.
9      A.   (Complying.)
10     Q.   Can you read your handwritten
11 comment in the left-hand margin of that page?
12 Yes, sir. You have the one that's circled?
13     A.   "Was the auto fill confirmed to
14 be working while running casing?"
15     Q.   Do you recall why you made that
16 note?
17     A.   I'll read the paragraph. I was
18 just wondering whether or not they had
19 confirmed that the pipe was filling while
20 running casing.
21     Q.   What do you mean by "the pipe
22 was filling"?
23     A.   In other words, the auto fill
24 was working, allowing pipe to fill the casing
25 as the casing was being run. I was looking

665

1  to see some confirmation that that -- it's
2  probably a minor point, just to confirm that
3  it was serving as an auto fill when it was
4  being run.
5      Q.   Do you recall ever seeing that
6  confirmation?
7      A.   I don't recall ever seeing it,
8  no.
9      Q.   Two or three pages later, the
10 Bates ending 710. It appears that there's --
11 you have a handwritten comment at the bottom:
12 "This should be expected in a low margin
13 well."
14          Did I read that correctly?
15     A.   Yes, you did.
16     Q.   What did you mean by a "low
17 margin well"?
18     A.   Let me read the text.
19          I don't see how that ties to the
20 text, the text in the bottom two bullet
21 points there.
22     Q.   What did you mean when you wrote
23 "low margin well"?
24     A.   I don't recall.
25     Q.   Do you know whether that refers

666

1  to the drilling margin we've discussed or the
2  distinction between the pore pressure frac
3  gradient mud weights?
4      MS. WILMS:
5          Object to form.
6      THE WITNESS:
7          I don't recall.
8      EXAMINATION BY MR. HARTLEY:
9      Q.   If you would, please, turn to
10 the page with the Bates ending 725.
11     A.   (Complying.)
12     Q.   On this page, there's a chart
13 under Section 2.6: Interpreted the
14 negative-pressure test. Do you see that?
15     A.   Yes, I do.
16     Q.   It appears that you have several
17 handwritten comments in that chart, including
18 one that reads -- appears to read: "Is well
19 flowing, question mark."
20          Did I read that correctly?
21     A.   Yes.
22     Q.   What does the rest of that text
23 say, if you can read that?
24     A.   "Is gas rising? Compression,
25 slash, in-flow."

667

1      Q.   Do you recall what you meant by
2  that notation when you made it?
3      A.   I do not.
4      Q.   Is there information on this
5  chart that indicates to you that the well is
6  flowing or that there's an in-flow or influx
7  of hydrocarbons at some point?
8      A.   What I recall about this chart
9  is that there's a large amount of detail that
10 needs to be combined with the various
11 operating steps, and that throughout the
12 report, if we were to take time to go through
13 that, there was a picture being painted
14 there. But when I just look at this right
15 now, I can't see what's going on.
16     Q.   Did you have any reason to
17 believe that -- that the well was flowing or
18 when the well may have been flowing?
19     MS. WILMS:
20         Object to form.
21     THE WITNESS:
22         What I recall is that in parts
23 of the Bly Report, they appeared to
24 diagnose -- diagnose that, and -- and it
25 looked like they had a good diagnosis. But I

77 (Pages 664 to 667)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:
ROBERT QUITZAU VOL. II              May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

---

668

1    don't remember the details from when I read
2    the report.
3       EXAMINATION BY MR. HARTLEY:
4       Q.    Towards the end of Mr. Hymel's
5    examination, he asked you a few questions
6    about -- about the March kick, and I think
7    you testified that you -- you had reviewed
8    some of the daily operations reports from
9    that time frame.  Do you recall that?
10      A.    Yes.
11      Q.    Did you ever come to an opinion
12   as to whether the drill crew or others on the
13   rig were -- became aware of the kick on a
14   timely or untimely basis?
15      A.    I did not evaluate it in that
16   depth to determine that.
17      Q.    What information were you
18   looking for in reviewing those daily
19   operations reports about the March kick?
20      A.    There were two periods when I
21   reviewed the information about the
22   March kick.  I've already described my
23   earlier efforts simply to get pore pressures
24   and frac -- and leak-off shoe test.
25      Q.    That was about March 18th, when

---

669

1    you first took over for Mr. Nichols?
2       A.    That's correct.  And then in
3    presentation for the deposition, I went back
4    and skimmed through all the reports
5    surrounding those -- that date, and I just
6    familiarized myself or -- get a, you know,
7    rough idea of what happened.
8       Q.    When you say "all the reports,"
9    are your talking strictly daily operations
10   reports?
11      A.    Daily operations reports.
12      Q.    Any reports that assessed the
13   quality of the response or the identification
14   of the kick?
15      A.    I did not review any such
16   reports.
17      MR. HARTLEY:
18      Okay.  Mr. Quitzau, I think I'm
19   done.  I appreciate your time and your
20   patience.
21      THE WITNESS:
22      Thank you.
23      THE VIDEOGRAPHER:
24      We're going off the record.
25   It's 3:20.  This is the end of videotape

---

670

1    No. 6.
2       (Whereupon, a brief recess was
3    taken.)
4       THE VIDEOGRAPHER:
5       We are still on videotape No. 6.
6    It's 3:28.
7    EXAMINATION BY MS. WILMS:
8       Q.    Good afternoon Mr. Quitzau.  As
9    you know, I'm Nancy Wilms.  Just a couple of
10   questions.
11      Was it Anadarko's role to
12   communicate with BP regarding operational
13   decisions that were made on the Macondo well?
14      MR. DAVID:
15      Object to form.
16      THE WITNESS:
17      No, it was not.
18   EXAMINATION BY MS. WILMS:
19      Q.    Was it Anadarko's role to
20   evaluate BP's operational decisions that were
21   made on the Macondo well?
22      MR. DAVID:
23      Objection to form.
24      THE WITNESS:
25      No, it was not.

---

671

1    EXAMINATION BY MS. WILMS:
2       Q.    And can you find the exhibit on
3    WellSpace that was marked in the Gisclair
4    deposition as Exhibit 613, please.  And if
5    you could turn to page that ends with the
6    Bates numbers 579, please.
7       A.    Okay.
8       Q.    And based on this document, can
9    you tell us what documents it appears that
10   you downloaded from WellSpace on April 20th,
11   2010?
12      A.    It appears like I downloaded the
13   daily drilling report for April 18th and the
14   mud log report -- Sperry report labeled 0 --
15   079.
16      Q.    And what time were those
17   downloads?
18      A.    The daily drilling report was at
19   7:25 a.m. and the mud log report was at
20   7:26 a.m.
21      Q.    And based on this document that
22   Halliburton produced, can you tell us when
23   Bobby Bodek uploaded the April 19th daily
24   operating report?
25      MR. DAVID:

---

**78 (Pages 668 to 671)**

Exhibit X
Page 211

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                 Reported By:

ROBERT QUITZAU VOL. II          May 26, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

672

```
 1            Objection to form.
 2      THE WITNESS:
 3            The report indicates that Bobby
 4   Bodek uploaded the April 19th drilling report
 5   at 9:54 a.m. on April 20th.
 6      EXAMINATION BY MS. WILMS:
 7      Q.   And other than the two downloads
 8   that you just described, do you have any
 9   other downloads on April 20th, 2010?
10      MR. DAVID:
11            Object to form.
12      THE WITNESS:
13            Let me go through the list.  No,
14   I do not.
15      MS. WILMS:
16            Okay.  No further questions.
17   Thank you very much.
18      THE VIDEOGRAPHER:
19            This is the conclusion of the
20   deposition.  We're going off the record.
21   It's 3:30.  This is the end of videotape
22   No. 6.
23            (Whereupon the deposition was
24   concluded.)
25
```

673

```
 1
 2
 3         WITNESS' CERTIFICATE
 4
 5            I have read or have had the
 6   foregoing testimony read to me and hereby
 7   certify that it is a true and correct
 8   transcription of my testimony with the
 9   exception of any attached corrections or
10   changes.
11
12
13      _____
             ROBERT QUITZAU
14
15
16
17   PLEASE INDICATE
18   ( ) NO CORRECTIONS
19   ( ) CORRECTIONS; ERRATA SHEET(S) ENCLOSED
20
21
22
23
24
25
```

674

```
 1         REPORTER'S CERTIFICATE
 2
 3            I, Diane Tewis Clark, RPR, RMR, CRR,
 4   Certified Court Reporter, State of Louisiana,
 5   do hereby certify that above-named witness,
 6   after having been duly sworn by me to testify
 7   to the truth, did testify as hereinabove set
 8   forth;
 9            That this testimony was reported by me
10   in the stenotype reporting method and
11   transcribed thereafter by me on computer, and
12   that same is a true and correct transcript to
13   the best of my ability and understanding;
14            That I am not of counsel, nor related to
15   counsel or the parties hereto, and in no way
16   interested in the outcome of this matter.
17
18
19      _____
20         Diane Tewis Clark, RPR, RMR, CRR
21         Certified Court Reporter
22
23
24
25
```

**79 (Pages 672 to 674)**

601 Poydras Street, Suite 1720          GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters      Facsimile: (504) 525-9109

Exhibit X
Page 212

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:
**ROBERT QUITZAU VOL. II**          **May 26, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

675

**A**

**a8** 381:14 580:12
**abandon** 438:21,22
**abandonment**
 373:13,14,17,18
 373:23 374:4,9,10
 528:14 532:17
 533:14 534:3
**abide** 516:3
**ability** 527:21
 560:13 563:2,24
 595:22 674:13
**able** 412:23 437:17
 437:19 446:19
 497:19 545:17
 546:4
**abnormal** 598:25
 599:6,14,23 600:6
 600:9,10,25
 601:19 602:25
 604:12 617:22
**aboard** 505:6,9
**abovenamed** 674:5
**absolutely** 656:15
**accepted** 635:1
**access** 376:20 410:9
 557:19,22,25
 558:2,5,13,18,24
 559:3,19 560:14
 560:20,23 561:3,4
 561:7,15,23,25
 562:11,15 563:21
 563:24 564:4,5
 565:3 566:17
 567:3,19,25
 571:15 576:22,25
 592:23
**accessed** 559:7
 567:22 568:8
 581:24 606:18
**accessing** 376:17
 567:10 582:6
**accident** 364:24
 637:18
**account** 548:12

**accurate** 457:7,9
 623:15 628:1
 641:2
**accurately** 660:19
 661:11
**achieved** 373:1
 422:3
**acknowledge** 404:8
**acknowledging**
 590:8
**action** 394:23
 445:10 618:8
**actions** 465:15
 637:12
**activate** 445:11
**activities** 375:24
 376:2 378:16,19
 470:5 575:4 583:7
 584:3 644:11
**activity** 378:11
**actual** 369:25
 384:19 407:7
 409:8,12 457:22
 459:11,18 465:15
 472:18 516:3
 535:6 541:20
 645:21 661:13
**add** 365:6 408:19
**addition** 390:11
 392:17 484:18
 598:22
**additional** 488:17
**additives** 404:18
**address** 550:15
**addressed** 438:5
 536:9
**adjusting** 654:20
**administering**
 366:23
**adr017007435**
 365:3
**adr017007436**
 365:3
**advise** 371:4
 596:20

**advising** 584:18
**affect** 442:13
**affirmatively**
 466:14
**aforementioned**
 366:5
**afternoon** 555:14
 670:8
**agencies** 459:16
**agents** 495:17
**aggressively** 592:3
 592:8
**ago** 660:5
**agree** 420:14,22
 421:4 423:14
 441:21 444:10,17
 522:10,14 533:1,2
 533:11 534:21
 540:10 541:23,23
 543:7 545:16
 546:3,17 547:16
 629:1 632:1 636:1
 636:5 644:5
 651:12,21
**agreed** 366:3
 433:24,25 436:10
 441:8,11 442:25
 443:2 555:22
**agreeing** 434:5
 439:18,20 441:13
**agreement** 622:18
**agrees** 423:24
**ahead** 387:5 403:24
 408:19 489:4
 503:3 531:22
 549:18 607:25
 661:8
**alan** 427:9,14,20
 429:5 431:13
**alans** 428:18 433:3
 437:11
**alerted** 403:12
**allen** 363:8
**allow** 428:10
 432:14 448:9

 478:2,5 482:12
 496:21 646:13
 649:16
**allowing** 664:24
**alls** 590:6
**aloud** 420:10
**alternatives** 442:2
 442:5 484:25
 602:11 615:25
 625:21
**amended** 555:21
**america** 363:8
**american** 362:4
**amount** 478:3
 491:3 497:18
 667:9
**amounts** 504:3
**anadarko** 362:15
 367:25 369:10,19
 370:7,10,10,14,25
 371:7,10,16,22
 374:22 375:11,21
 376:10 380:21
 381:21 382:2
 383:19 387:25
 388:1,25 396:20
 403:4 416:21
 419:19 421:8,16
 421:17,18 424:22
 425:9,15 426:1
 438:6 439:11,16
 439:25 440:2
 441:2,7,20 442:24
 460:12 466:23
 468:9 469:6 473:7
 473:15,22 474:19
 474:23 475:12,22
 476:1 509:14
 520:6 521:19
 527:20 529:18,21
 529:22 530:15,25
 531:2 538:3 539:7
 540:1 549:21
 550:4,7 551:19,23
 552:5,6 554:15,20

 555:22 556:8,13
 556:18 557:3
 558:13 559:24
 560:13,22 561:1,6
 561:15,16,19
 562:15 563:3
 564:5,9 571:23
 572:8,14,24
 574:25 575:3,25
 579:14,25 580:9
 580:12 583:13
 589:11 602:2,17
 608:14,17 614:22
 615:11 619:10
 620:8,23 621:12
 621:23 622:4,11
 622:18 625:23
 659:1
**anadarkooperated**
 383:17 384:1
 389:1 580:21
**anadarkos** 530:11
 530:13 553:20
 582:14 614:12
 670:11,19
**analyses** 373:3
 573:1
**analysis** 370:19
 396:13,15,17
 557:4 582:14
 585:15
**analyze** 637:25
**anamdl000007435**
 365:3
**anamdl000007436**
 365:3
**anamdl000050370**
 365:13
**anamdl000050371**
 365:13
**anamdl000055595**
 365:10
**anamdl000056879**
 365:9
**anamdl000056881**

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.       Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009   Board-Certified Court Reporters     Facsimile: (504) 525-9109**

Exhibit X
Page 213

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010     Reported by:

**ROBERT QUITZAU VOL. II**     **May 26, 2011**     **DIANE TEWIS CLARK, RPR, RMR, CRR**

676

365:9
**anamdl00007435**
521:12
**anamdl000273401**
365:15
**anamdl000274636**
365:17
**anamdl000275007**
365:17
**anamdl000276761**
364:16 468:1
**anamdl000276768**
364:16
**angeles** 362:14
**annika** 361:5
**annular** 373:3
448:4 449:19
484:17
**annulus** 448:6,7
452:15 453:17
465:7 547:12
632:16
**anomalies** 528:19
528:19
**anomaly** 624:5,8,9
624:12
**answer** 366:15
377:10 420:20
421:23 443:25
449:9 450:12,23
451:9 453:13
455:10 463:14
484:5 503:3
518:19 535:18
572:11 575:15
580:4 586:8
**answered** 371:3
444:2
**answers** 369:1
**anybody** 376:1
389:5 466:23
508:10 509:8
536:17 554:8,19
554:24 559:23
565:16 579:14

583:13 608:13,17
610:8,20 614:22
618:15 620:8
621:22 622:11
628:11 639:24
**apart** 588:15
**apologize** 367:17
525:24
**appear** 614:3
642:20
**appearances** 361:1
362:1 363:1
**appeared** 461:24
605:3 648:8
667:23
**appears** 497:8
627:22 630:11
634:8 635:5,11
640:24 641:3,23
645:11 658:9
659:25 665:10
666:16,18 671:9
671:12
**application** 448:3
485:23 508:25
509:5,10 512:1,14
513:24
**applying** 648:14
**appreciate** 459:1
669:19
**appreciation**
434:16 455:1
459:9 460:6 461:4
477:2 478:23
**approach** 618:12
**approached** 392:21
393:6
**approaches** 412:15
**approval** 499:15
512:22 561:3
**approve** 513:7,8,21
561:21
**approved** 498:22
508:19 509:3
512:5 561:23

**approximate**
374:20 412:6
**approximated**
411:1
**approximately**
533:16 534:10
**april** 360:6 374:19
381:7 382:13
398:24 399:1
404:14 493:5
521:20 530:14,24
531:1 536:8,14,15
536:18,19,20
538:2 539:4 543:5
549:6,9,10,25
550:6,16,17
551:20 553:22
554:7,10,23
558:19 563:5
567:12,20 572:1,1
572:10,10 573:4
575:5,24 576:10
577:19 581:24
583:6,6 586:17
590:23 592:7
594:6,8,11,13,14
596:11,20 599:8
602:24 603:12
604:4,15 605:8
607:11 608:5,9,10
609:11,24 610:1
610:19 611:15
613:4,6,16,17,21
614:10,21 615:21
616:15,19 617:3
618:10,16 619:10
619:10,15 620:1,1
621:13,17 626:25
636:14,14 638:6
640:16 651:24
652:22 658:21
659:4 671:10,13
671:23 672:4,5,9
**arbitrary** 516:2
**area** 445:14 517:6

517:25
**arent** 556:4 652:23
**arkansas** 363:22
**arrive** 646:13
**aside** 535:16
566:13
**asked** 392:5 407:22
490:8 494:20
498:7 510:14
536:5 540:2 554:4
569:15 588:6
600:21 623:7
640:7 652:8,22
653:18 654:14
668:5
**asking** 406:24,25
418:7,15 428:20
443:20 451:18
459:12,13 482:3
490:19 500:20
513:5 525:2
530:11 553:18
568:23 588:3
**assembly** 573:19
591:21
**assessed** 669:12
**assessment** 510:1
**asset** 369:1,16
370:18 372:25
377:8 385:14
386:13 391:16,24
391:25 421:4
422:2,7 424:18
429:15 468:13
565:21 577:8,13
579:12 586:8
587:11 588:5,14
**assigned** 572:14
580:7 593:11
**assignments** 572:17
**associated** 633:19
656:25
**assume** 444:2
588:21 638:18
**assumed** 413:2

436:17 620:19
622:22 623:1
**assumes** 553:2
**assuming** 465:7
511:14 518:24
660:17
**assumption** 434:10
588:23
**asterisk** 638:5
**attach** 510:22
514:11 521:12
**attached** 673:9
**attaching** 469:18
**attempt** 496:11
523:3
**attempted** 538:21
**attempting** 516:3
526:15 527:7
**attempts** 491:6
496:2 532:24
538:12
**attended** 614:9
**attendees** 617:2
**attention** 556:3
572:19 590:9
613:19 657:12
**attorney** 361:10
**attorneys** 361:13
361:17,22 362:6
362:10,15,20,25
363:5,10
**attributed** 631:16
**attributing** 631:10
**audience** 518:25
**audit** 505:12,17
**austin** 362:24
**auto** 664:13,23
665:3
**automated** 412:12
**available** 402:16
488:16 565:23
**avenue** 361:15
362:13,19,23
**average** 577:24
**aware** 376:1 404:8

**601 Poydras Street, Suite 1720**   **GAUDET KAISER, L.L.C.**    **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009**    **Board-Certified Court Reporters**    **Facsimile: (504) 525-9109**

Exhibit X
Page 214

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010     Reported by:

**ROBERT QUITZAU VOL. II**     **May 26, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

677

423:18 424:6,8
479:15,21 511:18
518:6 519:9 530:8
530:22 531:8
532:23 535:15
538:11 542:19,21
543:6,14 549:3,7
549:8,11,19 552:2
554:8,18,19,24
561:24 562:2,4,7
562:9,12 563:6
564:8,15 572:17
592:8,25 593:12
593:16,23 594:1,5
594:8,12 599:6
605:23,24 606:4
607:9,13 652:6
658:21 668:13

**B**

**back** 389:7 399:6
405:21 410:16
423:5 427:22
429:15 431:17,19
431:20,22 432:4,7
432:10 435:5,25
437:9,12 443:15
451:24 454:22
462:14 463:14
474:15 478:2,4,6
483:18,22 491:10
496:19,21 497:18
500:6,15 504:24
531:15 532:13
543:23 545:9,18
545:20 546:5,7
548:1 555:10
572:19 591:4,20
591:22,23,24
619:4 620:2
637:25 669:3
**backflow** 547:14
**backside** 485:11
**bad** 570:23
**ballooning** 419:18

419:19
**barbier** 360:6
**barrels** 503:18
**base** 601:13
**based** 379:3 387:24
388:7,12 419:17
421:6,16 432:16
432:18 434:10
447:9 459:8 460:5
460:20 485:16
491:9 496:9 516:3
519:16 537:12
611:21 613:10
617:11 636:12
663:22 671:8,21
**basically** 421:2
439:17 568:18
**basis** 457:11 484:20
559:21 607:10
668:14
**bates** 413:21 427:3
511:1 514:16
521:11 634:22
637:3 638:3
640:22 642:18
644:14 647:1
654:22 656:10
658:6 659:21
661:17 664:8
665:10 666:10
671:6
**beck** 362:22
**began** 586:3
**beginning** 373:12
423:6 483:19
545:10 555:11
566:25 619:5
**behalf** 361:3
443:21 473:6
556:8,12 580:8
**beirne** 603:11
619:16
**beirnes** 620:7
**belief** 552:25
**believe** 367:22

369:5 373:25
377:11 379:2
389:8 406:17
408:22 410:13
413:24 415:5
418:14 438:4
442:19 465:4
469:8 488:13
502:10 507:18
544:20 545:1
556:4 557:6,8
558:6,17 567:22
568:8 580:10
582:13 594:17
611:4 634:19
655:20 667:17
**believed** 409:6
**ben** 361:11
**benefits** 572:25
**bent** 461:17,18
462:11 479:1
**bernstein** 361:4
**best** 476:1 550:13
628:23 674:13
**better** 466:24
497:22 614:5
625:8 639:3
**beyond** 603:6
**big** 420:19 421:21
495:5 498:10
**binder** 405:4
426:14
**bingham** 362:12
**bishop** 363:7
**bit** 367:18,19
447:19 461:1
463:20 522:18
555:23 592:1,13
624:3
**bits** 626:6
**bladder** 630:24
631:5,11,15,24
**blankenship**
361:19
**block** 394:13

**blowing** 476:11
**blowout** 453:21
470:21
**blurred** 638:20
**bly** 518:23 519:5,5
520:24,25 525:11
526:2 543:24
548:14 627:11,13
627:24 628:12,21
631:7 632:8
635:11 645:16
660:9 667:23
**bobby** 418:6 420:4
421:3 422:4
434:12,23 436:9
519:17 522:24
597:6 671:23
672:3
**bodek** 365:5 418:7
419:1,5,15 420:5
422:4 424:12
426:7 434:12,15
434:24 436:9,23
519:17 564:19
590:13,22 591:2
592:3,24 597:6,13
602:23 603:11
604:15 605:2
607:24 609:9
614:21 617:3,22
619:25 652:8,23
654:17 671:23
672:4
**bodeks** 522:24
565:2 596:18
604:1
**boemre** 498:14
**bond** 652:24 653:5
653:11
**bop** 378:23 445:2
445:12 447:14
451:12 452:3,16
452:21 463:19
465:1 469:19
477:23 478:1

479:2,3 480:10
481:3,7,10,18
482:6,10 492:4,5
495:9 497:8,9,16
497:17,20 500:23
553:11 625:2,2,15
625:16 626:12,22
**bops** 465:16
**bore** 449:22
**boss** 470:2 476:3
**bottom** 427:4,8
433:1,22 434:25
539:22 540:7,8
573:19 584:17
591:4,21,24,25
592:1 613:20
619:15 624:25
637:4 644:17
645:10 646:8
661:25 662:1
665:11,20
**bottoms** 539:9,16
539:17,21 540:4,5
540:6 541:25
542:9,15
**boulevard** 361:20
**bound** 660:16
661:13
**bow** 638:7,15 639:8
639:9,13,17,25
**box** 361:11 410:1,2
410:10 563:11
**bp** 361:17 367:10
391:4 409:3 421:4
424:13,17,22
425:9,16,21 426:2
426:6,11 436:17
439:11,18 440:3
442:7 454:15,17
458:14 459:20
460:7,19 470:18
489:19,23 490:4,5
495:13 498:22
499:7,14 505:13
505:15 508:10

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.     Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters     Facsimile: (504) 525-9109**

Exhibit X
Page 215

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported by:

**ROBERT QUITZAU VOL. II**          May 26, 2011    DIANE TEWIS CLARK, RPR, RMR, CRR

678

510:5 514:12
523:21 526:11,14
528:2 530:25
533:15 534:8
547:7 548:16,23
560:10 561:3,5,17
561:20 563:19
565:4,9,16 569:6
569:13,17,24
590:2 592:8
596:20 597:14
603:6 608:14
610:9,20 614:1,11
618:12 619:11
620:9,15,19
622:22 626:1,3
629:14 630:8
635:20 639:24
640:4 651:25
652:9 653:25
658:23 659:17
662:3 670:12
**bpd**107199077
364:19
**bphzn2179mdl00...**
365:6
**bphznmbi** 507:8
514:10,16
**bphznmbi001106...**
364:19
**bphznmbi001432...**
364:22
**bphznmbi001432...**
364:22
**bps** 391:13 439:20
441:8 443:2 473:5
510:1,8 513:2,5
519:25 527:1,21
589:20 604:5
618:14 661:22
670:20
**brackets** 641:23
**break** 433:18
618:20 619:8
**breakdown** 493:15

581:11,13
**brett** 507:10,12
**brian** 507:12 557:2
**bridge** 482:7,12
**brief** 423:2 443:12
483:15 504:21
545:6 555:7 619:1
670:2
**briefly** 370:13
**brine** 519:8,13,16
**bring** 492:19
**broad** 540:17
562:23 648:13
**brought** 518:23
**bryan** 575:13
**build** 448:8
**buildup** 373:3
448:4 449:19
484:18
**bulk** 395:4
**bullet** 665:20
**bullhead** 476:11,12
**burst** 447:19,21,22
448:2,9,19 449:2
449:8,15 450:1,4
450:16,18 451:2
451:14 452:5,17
452:19,23 453:7
453:11,18,23
454:7,19 463:22
465:2 483:23
484:1,8,12,18
494:13,17 496:23
**burton** 365:11
557:22 558:8
613:9
**bypass** 364:19
409:10
**bypassed** 531:24

**C**
**cabraser** 361:4
**calculated** 660:18
661:11
**calculation** 644:19

**caliber** 663:12
**calibrate** 578:23
**calibration** 585:13
**california** 362:14
**call** 385:25 386:12
386:15 420:4
436:22 441:9,12
442:25 443:3
458:13 482:14
589:20 596:24
597:14 598:7,10
598:16 602:9
604:5 608:5
609:10,25 614:20
610:21
**calling** 441:2
442:14 498:15
583:18 597:13
603:7 610:10
614:11 619:11
620:16
**calls** 377:15
**cameron** 362:25
460:19
**cant** 376:12 390:21
392:25 393:10
402:7 422:12
463:14 465:14
466:21 472:23,25
475:4,17 485:22
513:2 524:12
527:14 544:18
562:23 574:1
629:20,25 630:21
630:23 632:17
636:20 638:13,13
638:19,19 642:11
644:22,23 646:21
655:5,6 657:11

661:25 667:15
**canyon** 381:14,19
381:22,25 382:5
382:15,25 383:2,8
580:12,15
**cap** 479:14 526:17
527:8 573:2
574:12
**capacity** 503:17
**capped** 526:7
**capping** 444:9,11
446:9 457:18
460:23 461:5
462:25 464:3,19
465:19 466:2,8,16
500:24
**capture** 395:21
**captured** 503:20
**carl** 362:3
**carrere** 362:18
**case** 419:12,15,16
449:20 471:14
534:23 543:20
553:4 568:7 612:8
651:8
**cases** 399:10
662:23
**casing** 365:2
370:19 378:23
385:25 386:8
407:6,8 409:12
427:16 429:7,16
432:10,15 433:1,2
433:2,22,23 434:6
434:24 435:21
437:9 448:3,7,8
449:17,20 452:15
453:17 455:21,25
456:24 457:3,25
458:1,3,8,15
494:18 508:2
536:11 537:24
538:13,20,22
540:24 542:19,23
547:10 550:23

552:20 553:7
582:25 585:2
602:16,20 632:15
635:6,12,13,14
642:3 644:20,20
644:21,23 645:7,9
645:12,22 646:1,6
646:8 652:2 656:5
664:14,20,24,25
**catching** 586:3
**cause** 528:3 543:9
545:20 546:7
623:11,23 637:21
**caused** 403:20
600:15 623:8
**cavities** 478:1
482:6,8,9
**cd** 405:7 628:9
**cement** 404:12,17
470:20 471:16
473:8,12 474:14
474:17,23 475:23
476:12 515:2
526:3,5,7,7,16,16
526:17 527:7,8,8
531:24 533:15
534:5,10,24
536:12 537:4,6
541:25 542:8,10
542:15,20,21
543:9,9,17,19
544:9,13,21
545:15,19,20
546:6,7,21 547:5
547:9 548:1 549:1
549:23,24 550:9,9
550:22,25 552:19
552:24 553:2,8
573:12 576:15
634:10,11,12,13
634:15 647:25
648:4,7 649:17
650:5,24 651:4,9
651:13,14,18,21
652:1,24 653:5,6

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported by:
**ROBERT QUITZAU VOL. II**          **May 26, 2011    DIANE TEWIS CLARK, RPR, RMR, CRR**

653:11,14 654:25
655:20,21,22
659:23 662:19
**cemented** 455:20
656:4
**cementing** 404:5,8
404:10,23 405:1
470:18 471:6,14
472:19 473:2,15
549:1 634:9
651:22
**cementingrelated**
573:15
**center** 362:4
**centralization**
648:22 649:6,15
649:19 650:6,15
650:22
**centralized** 650:2
**centralizer** 639:21
639:24
**centralizers** 536:6
536:10 537:13,22
638:8,15 639:8,10
639:14,18,25
640:5,13,18
**centre** 361:20
**certain** 511:16
562:5 566:16
640:8
**certainly** 459:20,24
485:8 591:18
596:4 606:3,21
607:13 635:9
**certificate** 673:3
674:1
**certified** 363:21
366:22 674:4,21
**certify** 673:7 674:5
**chain** 498:7
**chambers** 363:7
**chance** 471:16
472:2 482:7
497:22 650:4
651:3

**chances** 412:21
**chandler** 521:18
557:8 589:12
590:22 612:23
613:8
**change** 397:15
400:4 422:22
483:9 494:3
514:12,13 600:14
643:17 656:25
**changed** 395:8
408:5 470:11
**changes** 395:7
407:20,24 408:1,6
642:1,7 643:5,6,7
643:10,12 644:5
657:1 673:10
**channeling** 650:4
650:14,23 651:4
**channels** 426:3
**characterization**
563:12
**characterized**
607:12
**charge** 436:17
528:23
**charles** 362:19
**chart** 492:24 493:1
493:12,16 666:12
666:17 667:5,8
**charts** 606:24
**chavez** 362:13
**check** 377:14 515:9
638:5
**checkin** 578:5
**chief** 627:9
**choke** 477:22 492:6
**choose** 419:14
**chronology** 500:22
**circled** 647:4
664:12
**circulate** 539:22
540:7
**circulating** 516:4
592:14 594:19

644:21 645:12
**circulation** 515:2
515:20 517:2,5
538:21 593:15
594:23 595:18
600:7 606:10
612:4 642:9
**circumstance**
516:24
**circumstances**
524:14 527:15
541:20 542:5
633:24
**civil** 366:7
**claimed** 629:21
**clarification** 444:1
455:13
**clarify** 382:17
410:15 429:6
431:25 433:7
437:14 452:10
576:24 588:1
593:5 602:14
**clarifying** 402:3
428:21 431:13
437:8
**clark** 363:20
366:21 674:3,20
**classify** 482:9
**clear** 411:12 436:25
459:19 480:7
**cleared** 461:12
**clearer** 655:8
**clearly** 383:6
395:23 456:20
480:2 513:20
611:20 612:6
**close** 465:16 511:8
609:4 657:12
**closely** 457:24
**clvs** 363:15
**coast** 499:12
**cocales** 507:10,12
507:13
**cofferdam** 445:18

495:3 501:4,10
**collapsed** 449:3
**collar** 538:12,23
545:14,17 546:4
546:12
**collars** 538:5
**colleague** 443:22
504:15
**collect** 663:5
**collecting** 643:17
**collects** 663:13
**combined** 667:10
**come** 370:20
379:18 387:20
388:1 398:5,10,21
399:9 405:21
448:14,20 449:4
566:8 623:14
627:2 629:10
630:8 639:19
668:11
**comes** 643:9
**comfortable** 447:20
**coming** 389:7
452:15 457:2
479:6,9,14,16,23
480:6 491:17
492:2 503:15
551:15 552:7
570:20 618:9
641:1 642:2,12
643:16
**command** 498:7
**commenced** 445:2
**comment** 442:21
465:14 466:21,25
480:25 485:22
513:2 524:12
527:14 535:7
540:17,20 541:21
631:9 633:25
641:20,24 648:21
655:9,11,13
656:11 661:20,25
664:11 665:11

**comments** 419:20
500:15 641:18
655:4,10,13,16
666:17
**commissions** 627:6
627:9
**commitment**
613:25
**committee** 361:3
**common** 512:13
**communicate**
670:12
**communicated**
439:25 440:3
**communicating**
424:19
**communication**
425:16 426:11
436:8 468:8
499:22 576:2
**communications**
424:20 640:3
**companies** 460:16
**company** 536:25
537:7 551:3 556:9
569:4
**compared** 607:20
**complete** 527:22
549:23 550:8,24
**completely** 503:8
**completeness**
376:19
**completion** 372:23
**completions** 364:21
**complex** 637:17
**complexity** 529:14
**complicated** 463:13
**complying** 413:22
417:13 572:22
581:19 640:23
644:15 647:2
658:7 659:22
661:18 664:9
666:11
**components** 373:5

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009      Board-Certified Court Reporters      Facsimile: (504) 525-9109**

Exhibit X
Page 217

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010      Reported By:

**ROBERT QUITZAU VOL. II**     **May 26, 2011**     **DIANE TEWIS CLARK, RPR, RMR, CRR**

680

494:4,9
**compressibility**
656:14,17,24
657:17
**compression**
666:24
**compromises**
649:21
**computer** 674:11
**concept** 458:21,22
477:19,20
**conceptionally**
477:7
**concern** 403:20
450:3,7,17 451:5
452:23 528:3
548:5,11 566:10
639:13
**concerned** 422:2
441:2 499:5
527:21,23 566:16
595:21 596:1
626:6
**concerns** 386:17
403:13 528:10,12
528:16,24 538:1
550:15 565:22
594:21 595:3,11
595:13 614:12
620:9,17,24 621:2
621:19 633:19
638:7,14 639:7
**conclude** 488:13
637:14
**concluded** 629:15
672:24
**conclusion** 458:5
635:10 672:19
**conclusive** 456:10
457:4
**condition** 533:4
534:20 540:23
548:5
**conditions** 408:9
516:4 618:6 643:3

651:7 657:18
660:9
**conduct** 498:1
547:14 659:3
**conducted** 378:17
394:10 401:3
405:1 624:7
634:12
**conducting** 631:8
659:18
**confirm** 545:17
546:4 548:3 665:2
**confirmation** 665:1
665:6
**confirmed** 458:15
548:23 664:13,19
**confirming** 373:4
**confuses** 463:18
495:13
**congress** 362:23
**consider** 374:16
418:22 426:10
517:5,13 522:25
654:19
**consideration**
418:11 447:8
519:20
**considered** 500:16
500:17 548:25
625:22 626:6
**considering** 438:6
442:4 602:10
**consistent** 604:3,10
659:12
**constraints** 491:9
493:22
**consult** 424:18
**consultant** 470:17
**contact** 385:15
424:12,17,22
425:9,16,21 426:2
426:6
**contacted** 439:11
**contain** 398:6
573:2 574:13

contained 453:23
565:17 568:16
604:16 609:15
**containing** 444:8
**containment** 475:8
**contaminated**
543:10
**content** 643:12,14
**context** 432:3 598:9
616:13 621:11
**continually** 377:7
**continuation** 367:2
**continue** 368:14
375:17 376:1,6
377:1 624:11
**continued** 362:1
363:1 376:6 377:3
635:16
**continues** 377:8
608:23
**continuing** 485:25
528:20
**contrary** 446:20
**contribute** 370:21
370:22 384:7,11
384:13,14,24
473:20
**contributed** 637:18
**contributing**
459:17
**control** 460:17
535:10,19 573:2
574:12 593:17
594:23 611:20
612:6,8 613:10
620:20
**convenient** 566:15
**conversation**
522:24 590:12
596:19 599:14
602:23 603:18
604:3,14
**conversations**
573:6,7,13,22
575:2 576:2 583:5

583:9 590:17
592:24 613:7,13
614:22 619:9,24
620:3,22 639:23
**conversion** 538:4
545:15
**convert** 538:12
**converted** 545:18
546:5,13
**convey** 604:15
605:7 609:9,12,14
609:25 617:1,21
618:4
**conveyed** 608:14
**conveying** 605:9
617:7
**coordinating**
489:16
**copied** 564:20
590:24
**copies** 415:17,21
416:13 518:24
641:13
**copy** 406:13 467:20
518:25 536:13
555:20 639:3
655:6
**core** 386:14
**corner** 581:17
**correct** 368:1,2,19
369:10,22 377:17
380:8 392:18,19
398:12,16 399:14
406:18,19 414:1
418:17 419:12,13
422:19 425:11,22
426:8 427:5,6
431:8 433:20
438:14 443:1
444:14,15,25
445:2,18,23 446:2
446:6 458:6 460:8
461:18,21 463:2
464:3,4,10,21,24
465:3,10,21,24

466:1,13,17 467:8
468:9,10,23
470:23 472:10
474:21 476:13,22
478:15,19 486:13
495:21,22 506:7
506:16,17,20,24
506:25 507:3,4
508:20 509:16,20
519:21 522:22
523:5 535:23
542:17 546:16
556:11 558:12,16
558:20,23 559:1
563:22 569:20
574:25 575:1
578:2 579:7 581:2
583:22 587:5,9
591:1 592:6
596:12,13 601:2
602:21 603:14
623:16,20,25
624:10,14 628:2
630:13 639:22
649:18 658:12,13
663:16 669:2
673:7 674:12
**corrections** 673:9
673:18,19
**correctly** 480:11
495:19 585:4
592:5 599:4 609:7
611:22 614:7
624:5 625:12
638:17 660:2
665:14 666:20
**correlations** 589:7
**correspond** 632:25
**correspondence**
434:11,15 439:17
488:12 507:19
576:13
**costs** 572:25 573:11
**couldnt** 392:15
393:13 475:15

**601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C.**     **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009**    **Board-Certified Court Reporters**     **Facsimile: (504) 525-9109**

Exhibit X
Page 218

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported by:

**ROBERT QUITZAU VOL. II**          **May 26, 2011**    **DIANE TEWIS CLARK, RPR, RMR, CRR**

681

484:5 546:23
621:4
**counsel** 366:4
467:22 518:24
521:1 549:14,20
627:9 674:14,15
**counsels** 510:25
**couple** 423:10
458:18 499:16
506:6 540:12
541:2 641:21
670:9
**course** 392:14
403:15,17,18
404:3 456:6
506:18 507:1
571:12
**court** 360:1 363:21
366:22 452:1
674:4,21
**cover** 423:10 495:5
648:4
**covered** 464:18
634:6 648:7 655:1
**covering** 468:24
647:25
**create** 407:12
408:23,25 411:16
478:2 496:19,21
**created** 413:4
**crew** 532:5 635:19
668:12
**crews** 586:17
657:11
**critical** 552:14,18
552:21 553:12
**crossover** 634:16
**crr** 363:20 366:21
674:3,20
**cunningham**
470:19 473:5
**cured** 515:24
**curiosities** 614:12
**curiosity** 628:15
646:23

**curious** 473:4
601:18,25 614:2
648:10 655:20
**current** 475:4,9
625:2,16 626:12
626:23
**currently** 381:3
475:3
**curved** 607:1
**curves** 409:2
457:20
**cushions** 485:11
**cut** 386:14 461:20
462:2,24
**cutting** 462:14,20
465:20
**cuttings** 643:16
**cycle** 646:9

**D**

**daily** 379:3,7,25
380:2 389:9,10,11
390:11,13 393:25
394:1 398:20,25
399:8 400:14,25
401:6,6,18 402:1
402:4,9 509:14
524:22 531:14,17
566:7 568:4,17,19
569:5,13,18
570:13 578:5,15
584:2 606:17
617:11 668:8,18
669:9,11 671:13
671:18,23
**dallas** 362:9
**dark** 409:2
**dash** 634:6
**data** 375:17 410:22
532:2 551:5,14,15
551:22 552:7,13
553:14 554:1,7,10
557:3,7,9,10
559:4,9 560:14
561:24 564:9

566:11 571:25
572:9,15 584:25
607:15,19 663:6
663:12,24
**date** 364:21 367:4
374:11,13 399:6
409:19 413:6
554:11,22 580:16
669:5
**dated** 364:24 467:7
507:10 521:20
611:15
**dates** 383:10,12
399:9 592:13
**david** 361:15 364:5
367:6,8 375:19
378:2,13 379:1
380:15,24 382:23
386:2,7 387:2
388:17 389:17
390:23 392:8
393:4,15 395:10
397:2,12 398:1,17
400:12,22 401:16
402:20 404:2
405:14,19 406:1,7
406:15 408:21
411:5,11,24 413:7
413:12 414:7,20
416:2,11,19 417:9
417:14,18 418:24
419:10 421:13
422:20 423:8,21
424:9,21 425:6,18
426:4,17,21,25
429:8,21 430:3,12
430:19 431:4,24
433:17 434:13
435:4 436:7,20
437:15,21,25
438:3 439:22
440:13,23 441:10
441:19 442:6,16
443:4 464:7,11
481:11 490:14,24

499:8 502:15,21
502:25 503:10,24
504:8 505:21
508:13 510:9
515:13 516:11
518:16 522:11
523:8,24 524:7
526:23 528:4
529:11 532:7,18
533:8,18 534:12
535:2,12 538:15
538:24 541:5
543:11 547:19
561:9 563:14
565:10 569:8,21
570:1 592:10
594:25 595:7
597:17 598:3
599:10,16,25
603:2 608:18
609:19 610:3,14
610:24 617:24
625:17 628:3
629:17 631:12
632:4 648:16
652:13 657:24
663:17 664:1
670:14,22 671:25
672:10
**dawn** 557:18
581:23
**day** 378:25 380:11
395:3,5 446:11
492:19,20 551:6
552:8 562:10
566:8 568:9
**days** 383:11 442:3
540:12 541:2
559:18 566:9
**deal** 370:8 391:21
604:21
**dealing** 419:17
420:16,24 513:11
**dealt** 589:13
**dean** 469:16

**debate** 625:8,14
**debris** 461:11,14,15
480:1,1,1
**decide** 408:10
422:13,15,16
428:2
**decided** 495:15
561:16
**deciding** 574:11
**decision** 408:16
430:13,21 431:7
433:25 436:10,18
439:20 441:8,9,12
441:12 442:12,19
443:2 459:11,19
495:14 519:25
560:22 561:1
574:9,10 589:20
589:24 590:7,13
604:5 618:13,14
620:18 639:9
640:4 652:9
**decisionmakers**
498:22 500:13
**decisionmaking**
425:4 458:24
459:2 460:7
**decisions** 423:12,13
423:19,24 424:5
424:24 425:11
459:17,23,25
460:1 496:9
574:16 622:19,23
623:3 652:17
670:13,20
**decreases** 643:2
**decreasing** 497:24
**deduced** 585:23
**deep** 534:16 633:14
633:16,18
**deeper** 438:7,20,22
439:6,9,12 440:4
440:10,18,22
602:3,4,4,15,16
602:18 615:18,23

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported By:

**ROBERT QUITZAU VOL. II**          **May 26, 2011**    **DIANE TEWIS CLARK, RPR, RMR, CRR**

682

616:4
**deepwater** 360:5
364:24 373:2
469:10,21,23
470:1 481:9
501:21 502:1
505:7,10,13
512:20 513:11
656:6
**defend** 512:3
**define** 388:1 574:7
**defined** 388:8
**defines** 388:10
**definition** 506:14
506:21 595:18
**definitions** 506:6
506:12
**definitive** 456:20
458:5
**demonstrated**
568:10 607:1
**denegre** 362:18
**dennis** 427:10
**densities** 524:15,25
643:6
**density** 404:19
**department** 361:8
**depend** 401:2
**depending** 491:13
559:11 664:4
**depends** 542:4
663:7
**deposition** 360:18
366:5,16 367:3
468:13 531:16
547:8 555:22
669:3 671:4
672:20,23
**depovue** 363:16
**depth** 395:9 439:19
439:21 441:3,9,13
441:21 442:8,25
522:8,17 534:15
540:19 589:21
603:7 604:5

614:11 622:25
630:14 633:8
668:16
**depths** 407:7,8
409:12 534:6
**derek** 406:24 407:1
558:2
**describe** 368:21
370:14 394:8
411:22 412:1
429:16 445:7
448:1 539:18
**described** 368:22
377:2 380:9 383:2
395:13,20 398:8
399:10 408:23
412:11 422:10
428:4 561:19
648:12 668:22
672:8
**describes** 412:3
522:23
**design** 370:19,23
372:12,15,16,20
373:10 449:12,17
449:20 453:24
470:19 483:25
484:9 614:4 623:8
634:11 659:24
**designated** 556:8
574:24 575:13
**designed** 633:12
**designer** 454:6
484:5
**designing** 580:25
581:9
**desire** 439:25
**destroying** 448:10
**detail** 439:2 472:17
604:22 607:21
667:9
**detailed** 404:9,18
568:20 658:10,19
658:22 659:2,8,11
**details** 472:21,23

472:25 473:1
475:20 479:22,25
496:7 531:10,13
534:2 598:21
600:13 603:1,5
606:14,14 616:9
668:1
**determination**
585:9
**determine** 412:8
537:10 540:25
546:18 668:16
**determined** 455:23
651:8
**determining**
519:20 622:17
**develop** 367:19
**developed** 550:20
**development** 497:7
**device** 484:9
**devices** 447:24
**diagnose** 667:24,24
**diagnosing** 594:17
**diagnosis** 667:25
**diagnostic** 657:2
**diagnostics** 656:21
**diameter** 428:9
432:20
**diane** 363:20
366:21 674:3,20
**didnt** 379:18 398:5
398:10 404:9
408:3 424:7 425:5
435:6 436:13
441:20 445:18
446:1 463:16
486:5,12 487:2
494:15 495:5
500:21 501:3,4,11
501:13 502:12,20
503:8 504:6
525:10 530:10
543:24 558:6
586:13 595:3,10
600:13 606:20

609:12 615:18
620:16 622:20
626:14 641:12
**differ** 370:3 568:15
660:22
**difference** 497:17
497:24 506:15,22
563:9
**differences** 492:10
**different** 367:17
376:13 383:16
389:22 425:8,20
426:22 439:23
448:15 449:5
457:21 468:20
476:25 484:22
490:6 493:15
496:2,3,4,4 519:6
529:7 537:20
567:18 573:10
581:6 600:11,25
626:5 629:7
637:12 642:8
**differential** 449:1,1
497:21 498:3
546:19,22 631:10
655:5,9,11
**difficult** 498:1
546:18 638:12
650:2
**direct** 476:1 613:18
643:21 644:7,8
**directed** 444:7
**directing** 556:2
**direction** 368:17
476:4
**directional** 663:9
**directly** 474:10
**dirty** 641:10
**disagree** 424:23
425:10 446:19
606:2 636:8,10,22
648:21 650:13
**disagreed** 623:10
629:11

**disagreements**
424:6,7,10
**disaster** 447:10
**discuss** 395:17
436:21 439:5
573:15 614:10
**discussed** 406:17
413:24 436:24
437:3 438:5,13
439:3 469:9 506:3
577:21 584:16
601:24 611:5
615:22,24 619:21
621:3,15,20 660:5
666:1
**discussing** 439:8
608:6
**discussion** 422:4,5
589:23 604:23
616:1 621:1
**discussions** 434:23
437:4 440:9,12,15
455:23 458:8,12
505:15,19 508:10
519:17 572:24
615:11 616:5,7
625:7 626:8
**disk** 447:19,20,21
447:21,22 448:2
448:19 449:15
452:17,19 483:23
484:1 494:13,17
496:23
**disks** 448:9 449:6,8
449:23 450:1,4,16
450:18 451:2,14
452:5,23 453:8,11
453:18,23 454:8
454:20 463:22
465:2,6 484:8,12
484:18
**displace** 478:6
532:15
**displaced** 536:2
**displacement**

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**    **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009    Board-Certified Court Reporters**    **Facsimile: (504) 525-9109**

Exhibit X
Page 220

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010        Reported By:

**ROBERT QUITZAU VOL. II**        **May 26, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

683

528:13,25 529:1,5
529:8 531:4
535:25 553:9
623:13 624:12
630:15 633:8,14
**displacing** 633:15
633:18
**disseminated** 500:6
**distance** 431:20
462:12,13 591:25
**distinct** 647:5
**distinction** 666:2
**district** 360:1,2
**diversion** 495:15
496:13,16
**divert** 476:3
**division** 361:9
**document** 406:17
406:22 407:4
410:7 413:15
417:20 438:9
475:12,16 507:5,6
510:20 511:8
514:7 519:6 520:4
520:5 521:10
645:1 671:8,21
**documented** 620:4
621:4
**documents** 398:12
399:19 410:1,10
410:16 413:25
414:9,12,19,21
416:10 438:16
475:16 509:23
510:2 563:20
625:10 671:9
**doesnt** 434:22
614:3 649:3
**doing** 395:3 416:25
417:15 472:4
532:16 536:3,4
547:4 551:1 579:6
579:9 586:1
587:19
**dojs** 406:10

**don** 427:9
**dont** 367:12 374:13
375:7 376:4
380:22 381:17,20
383:10,12 384:12
389:5,21 390:25
392:6,25 397:8
399:9 400:10,10
402:5 405:10,17
405:17,18 407:14
408:15 409:21
410:8,16,17 413:6
415:14,19,19
416:1,3,5,9,25
419:2 422:8
426:16 427:24
429:20 433:15
438:2,15 439:8
440:25 442:15,22
443:25,25 446:21
449:9,10 450:12
451:9 453:2
454:16,18 456:1
459:10 462:13,22
467:16 468:24
471:2 474:12
475:9,17,19
479:22,25 480:24
481:14,17 482:8
486:17 487:11
489:12 490:22
492:4,6 496:7,10
498:25 502:18
503:21 504:2,4
507:7 508:3
513:21 514:5,8
516:16 518:19
520:18 525:21
527:1,15 534:2,15
535:5 536:4
537:25 541:19
547:4,22 549:12
550:18,19,20
551:1 553:4
557:20 558:1,10

559:25 561:12
564:1 567:6,10,16
570:21 572:11
580:4,15 581:11
583:9,17 586:23
588:12,20 589:16
590:17 594:10
596:25 598:21
599:15,19 601:25
602:9,15,22 603:1
604:11 605:9
608:6,11 609:18
609:22 610:6
612:24 613:3,12
615:3,8 616:5,9
616:23 617:7,14
617:18 618:18
620:2 621:17,21
626:19,24 629:12
630:10,16 632:20
633:2,15 636:24
637:1 638:24
641:17 644:2
646:21 648:3
657:20,21 658:2
665:7,19,24 666:7
668:1
**doublecheck**
641:12
**downhole** 494:4
640:25 643:3
644:11 657:18
663:5
**download** 375:17
376:18 377:5
399:23 400:13
**downloaded** 400:3
557:3 571:5 582:2
583:11 671:10,12
**downloading** 376:7
377:22 578:14
582:7
**downloads** 671:17
672:7,9
**dp** 632:13

**drawing** 635:11
**drill** 415:1 438:20
438:21 440:1
462:1 479:14,17
479:18 480:1,7
508:25 509:5,10
512:1,14 513:24
523:3 531:23
532:5 614:2
641:21 642:1,13
642:22 643:2,10
643:20 644:1,6
668:12
**drilled** 391:4,4
407:19 412:14
438:23 440:18
531:20,22 559:11
559:17 560:10,10
598:1 612:2
**drilling** 364:21
367:24 368:24
370:6,25,25 371:9
371:18 373:7
375:5,10,24,25
376:21 377:2,6,23
378:23 379:16
380:22 381:2
382:5,9,22 383:23
383:25 384:18,19
385:1,3,24 386:15
386:19 387:13,18
388:2 389:4
391:13,13 403:11
403:16,19 404:15
414:10,17,22,25
421:7 437:2 438:7
439:6,9,11,21
440:3,9 448:6,7
454:3,10,15,17
469:10,25 506:6
506:12,14,21
508:6,11,17 509:9
510:8 511:16,20
512:9,19,21
513:10,13,25

515:22 516:8,20
517:1,4,16,17
518:1,11 519:10
521:25 522:21,25
523:14,21 524:6
527:4,22 529:22
536:24 551:2
552:23 557:10
559:14 568:3,8
576:1,15 577:14
577:16 578:4,15
579:11,17 580:11
580:14,21 583:24
586:17 587:2,20
587:23 591:5
594:18 602:3,14
602:15,16,18
605:4,12 607:24
609:2,16 610:10
610:21 615:23
618:5 620:21
621:7 631:21
633:12 663:9
666:1 671:13,18
672:4
**drilquip** 363:10
**driscoll** 360:19
**driving** 449:14
**drop** 563:11
**dropping** 497:8
**duly** 674:6
**durkee** 467:8
469:22 558:4
**duties** 369:6,18
370:14
**duty** 393:21,23
**dynamic** 470:21
471:15 573:18,18
573:20

_____
E
_____

**earlier** 376:14
395:13,20 399:11
407:10 415:5
435:18 443:19

Case 2:10-md-02179-CJB-DPC   Document 3156-19   Filed 07/06/11   Page 223 of 251

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                     Reported by:
ROBERT QUITZAU VOL. II          May 26, 2011    DIANE TEWIS CLARK, RPR, RMR, CRR

684

468:12 478:17
486:3 550:11
566:6,24 589:19
601:23 606:25
640:7 668:23
**early** 447:7 452:13
465:9 470:9
500:20 578:13
580:17 594:13,14
**ease** 406:9
**eastern** 360:2
**ecd** 515:4,21,23
517:13,17 523:13
**ecds** 524:25
**effect** 419:21
477:24 552:3
572:18 630:25
631:5,11,15,24
**effort** 445:3 453:3
455:9
**efforts** 444:8,18
445:1,17 446:1,24
447:14 455:17
456:7,8 457:13
458:22 464:22
470:11 475:7,8
476:20,21 479:13
479:13 490:9
573:9 574:6 626:4
636:16 656:20
657:4 668:23
**either** 373:13 449:2
492:5 501:4 534:8
566:8 567:10,19
591:20 630:23
636:10 655:16
**electronic** 399:22
410:7
**elements** 475:18
**ellis** 361:14 367:9
**elm** 362:8
**email** 364:15,18
365:1,5,8,11,14
418:2,3,4,6 420:2
421:25 426:7

427:8,9,13,19
428:19 431:15
432:3 435:10,14
436:23 442:23
467:5,7 470:9,13
476:6 486:1
491:11 492:14,22
493:3,18 494:23
495:12 497:6
498:9 507:9,11,18
507:23 520:5
521:17,19,21,24
522:7,20 523:2
525:23 558:17
564:19,21 565:3
565:15 584:16,22
590:22 591:2,16
596:10 597:2,3
598:17,22 603:6
603:11,16,19
604:1,3,11,17,22
604:23 607:24
608:23 611:3,14
611:19,25 612:22
613:5,19,22
614:24 616:14
619:16,20 620:5,7
624:25
**emails** 377:15
380:10 393:2,3
406:23 429:14,18
434:11 437:6
467:3 468:6
499:19 507:22
601:23 613:2,3,16
621:5 624:20
**emphasize** 471:5
471:11
**employ** 485:17
574:12
**employed** 450:16
460:24 465:20
466:17 502:9,11
622:13,15 658:23
659:17,17

**employee** 469:14
489:20 556:18
562:16,16 572:8
572:15
**employees** 369:9
505:6,15 560:23
561:7,15 563:3
564:5,10 573:14
576:3,11,14
615:11
**enclosed** 673:19
**ended** 457:8 594:16
**ends** 581:23 634:22
637:3 638:3
642:17 644:14
647:1 654:21
671:5
**enforcement**
361:10
**engineer** 367:24
370:6,25 371:9,19
381:3 382:5,9,22
383:6,23 384:1
385:2,4 386:19
387:18 388:3,9,13
388:19,21 389:4
403:11,16 414:10
414:17,22 421:7
470:1 511:25
512:3,19 513:10
527:5 536:25
549:1 551:3
580:11 631:21
633:12
**engineering** 571:3
580:14 582:15,16
582:19 648:12
**engineers** 372:23
387:13 388:12,23
547:8
**ensure** 529:2 551:4
**entire** 367:13
370:11 455:16
577:23
**entirety** 455:9

**entities** 459:13,25
460:7,16 498:8
499:5
**entitled** 514:22
**entity** 499:13 570:8
662:25
**entries** 581:22
641:21
**entry** 630:11,20,24
632:11,19,21
638:5
**environment** 361:9
361:10 656:7
**environments**
552:23
**episodes** 593:12
**equate** 632:24
**equating** 633:4
**equipment** 370:22
420:16,23 428:10
428:14
**equivalent** 448:23
**eric** 362:23
**erick** 470:18 471:5
473:5
**errata** 673:19
**esquire** 361:5,5,9
361:15,19,19
362:3,8,12,13,18
362:23 363:3,7
**establish** 500:21
**established** 371:20
464:19,25 465:19
466:1 475:24
486:23 635:2,23
**estes** 365:14 624:21
624:25
**estimate** 409:6
479:8 656:24
**estimates** 515:3,4
585:1
**evaluate** 375:17
484:20 586:13
653:25 668:15
670:20

**evaluation** 376:8
386:11 391:6
404:10 449:18
651:13,22 653:6
653:14
**evaluations** 573:1
**evening** 495:14
**event** 515:22,24
516:1 519:18
522:20 637:21
**events** 515:20
593:17 594:23
**eventually** 399:13
399:15 402:17
439:16 442:25
**everybody** 457:15
463:15 518:24
**everyday** 392:9,10
**evidence** 366:17
507:7 548:16,22
**evident** 516:17
**evolution** 475:2
**exact** 374:13
383:10,12 392:6
393:1,10,13 394:9
399:5 407:15
412:12 413:6
442:23 446:15
456:2,10 462:13
474:13 486:17
492:4,7 500:21
504:2,4 534:3,15
559:6 561:12
570:20 580:16
581:11 600:21
646:22
**exactly** 425:7 431:5
432:1 442:22
448:13 560:25
641:17 644:3
657:14
**examination** 364:2
364:5,6,7,8,9
367:6,15 375:19
378:2,13 380:15

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported By:

**ROBERT QUITZAU VOL. II**          **May 26, 2011**   DIANE TEWIS CLARK, RPR, RMR, CRR

685

380:24 382:23
386:2,7 387:2
388:17 389:17
390:23 392:8
393:4,15 395:10
397:2,12 398:1,17
400:12,22 401:16
402:20 404:2
406:15 408:21
411:5,11,24
413:12 414:7,20
416:2,11,19 417:9
417:18 418:24
419:10 421:13
423:8,21 424:9,21
425:6,18 426:4,25
429:8,21 430:3,12
430:19 431:4,24
433:17 434:13
435:4 436:7,20
437:15 438:3
439:22 440:13,23
441:10,19 442:6
442:16 443:17
444:22 445:9,24
446:7,17 447:12
448:12 450:14,25
451:10,20 452:6
453:4 454:5 455:7
457:5 459:7 461:8
462:18 463:7,17
464:1,9,17 465:17
466:22 468:5,18
470:12 472:13
474:18 476:19
477:14 480:18
481:1,8,15 482:17
483:21 484:23
485:6,24 486:19
487:9,25 488:10
488:25 489:14
490:21 491:7
492:1,13 493:6,10
496:12 497:4
499:3,10 500:1,19

501:12,19 502:2,8
502:19,23 503:2
503:16 504:1
505:1,25 506:13
508:15 509:1,21
510:13 511:6
512:6,17 513:4,22
514:20 515:17
516:18 517:14,22
518:8,21 519:3
520:3 521:9,16
522:6,15 523:12
523:19 524:3,16
525:5,17 526:1
527:3,17 528:8
529:17 530:6,23
531:9 532:12,25
533:12,25 534:17
535:8,17 538:10
538:19 539:3,14
539:20 540:21
541:12,22 542:7
542:16 543:4,16
544:19 545:12
546:2,15 547:6,23
548:13,20 549:17
551:11 552:4,17
553:19 554:16
555:13 557:12
560:11 561:13
562:25 563:18
564:16,24 565:14
566:1,12,23
567:17 569:3,12
569:23 570:6
571:22 572:6
574:21 575:14,22
576:8 577:15
578:10 579:22
580:6 582:12
583:4,20 584:9,14
585:25 587:10
588:2,13,22
590:11,19 591:10
591:17 592:20

593:7,22 595:4,12
595:20 596:3
597:9,21 598:8,23
599:12,21 600:8
600:23 601:17
602:1,12 603:4
604:13,25 605:16
606:1,16 607:8,22
608:22 609:23
610:7,18 611:6,12
612:20 614:18
615:6,20 616:25
617:9,20 618:3
619:7 622:10
623:21 624:19
626:10 627:18
628:10,19 629:9
629:23 631:18
632:10 634:1
636:7,23 639:2
641:19 642:10
644:4 645:24
646:16,24 647:13
648:20 649:4,14
650:3,12,21 651:5
651:19 652:7,19
653:7,17 654:2,12
656:8 658:4
659:10 660:20
661:3,15 662:10
663:19 664:6
666:8 668:3,5
670:7,18 671:1
672:6
**examine** 372:12
**example** 376:18
378:19 380:12
385:23 426:5,10
445:17 559:13
622:16 656:13,16
663:11
**exceeded** 494:10
515:21,23
**exception** 673:9
**exchange** 597:12

**exchanges** 468:8
488:12
**excited** 391:19
**excluding** 366:9
**executive** 634:23
**exerted** 645:6
660:15
**exhibit** 364:14,17
364:20,23 365:1,4
365:7,11,14,16
417:11 426:23
438:2,5 467:13,16
468:1,3 507:8
510:22,25 511:4
514:8,11,16,18
520:24 521:7,13
521:14 525:24
555:21 564:18,22
572:20 576:21
581:15 584:11,12
584:23 596:9
603:10 604:2,17
605:1 611:8,10
613:15 619:14,15
624:16,17 627:15
627:16 671:2,4
**exhibited** 457:23
**exhibits** 364:12
**exist** 482:10
**existed** 450:8
645:21
**existence** 484:10
485:14
**existing** 426:2
**exiting** 478:4
**expect** 384:4,6,7,8
384:10,12 385:7
385:10,11 386:18
386:24,25 387:7
413:25 414:9,11
414:18 415:13
416:12,18 454:8
**expected** 428:22
665:12
**expecting** 387:7

**experience** 369:19
387:24 388:7,12
388:20,22 416:20
419:19 421:7
449:11 459:8
460:21 474:6
512:18 513:9,12
631:20 639:17
641:25 643:1
662:16 663:15
**expert** 470:18
**experts** 370:9
**explain** 489:4
497:13 544:12,18
591:6 598:9
599:13 600:13
**explained** 599:19
**explaining** 602:24
**explanation** 447:24
453:5 587:19
**expletive** 647:19
**explicit** 368:17
**exploration** 397:9
501:21 556:13
589:15
**explore** 602:4
**explored** 616:3
**exploring** 615:18
**exposed** 608:24
646:5 661:14
**expressed** 463:15
**expression** 647:18
**extend** 649:7
**extent** 382:19 402:2
648:22

---
**F**

**facilities** 469:17
**fact** 432:2 472:7
**factors** 525:1
637:17 644:11
**failed** 486:13,21
**failure** 449:24
543:8
**fair** 374:18 379:24

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**    **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009    Board-Certified Court Reporters**    **Facsimile: (504) 525-9109**

Exhibit X
Page 223

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010    Reported by:
**ROBERT QUITZAU VOL. II**       **May 26, 2011    DIANE TEWIS CLARK, RPR, RMR, CRR**

686

**410:**25 **411:**10
**480:**9 **563:**11
**fairly** 394:10
639:18
**falls** 508:6
**familiar** 369:17,24
396:10 561:8
563:23 564:3
565:8 570:7 571:4
571:8,14 572:23
578:14 586:4,5
615:8
**familiarized** 669:6
**far** 375:7 412:13
499:4 567:20
579:23 602:19
**fast** 634:14
**feasible** 484:24
485:17
**february** 594:2,4,9
**federal** 366:6
**feel** 395:3 424:12
**feet** 427:24 522:9
522:21,25 523:4
532:16 533:16
534:11 536:2
589:21 609:4
647:4 648:22
649:7
**fell** 607:14
**fg** 379:7 380:1
386:10 389:10
390:12 397:16,20
398:3 400:25
401:7,19,23 568:5
585:1 605:17
**field** 415:11
**fighting** 592:4,8
**file** 376:19 399:22
399:23
**files** 376:8,16 582:3
582:7
**filings** 415:17,22
416:13,24 417:2
**fill** 663:6,24 664:13

**664:**23,24 **665:**3
**filling** 664:19,22
**final** 415:11 456:25
498:11,15,20,21
550:25 598:2
634:9
**finalized** 550:21
**finalizing** 618:13
618:13
**finally** 441:8
472:16
**finances** 384:15
**find** 386:16 409:22
414:1 426:23
437:19 474:24
671:2
**fine** 495:12 520:12
520:16 641:15
**fineman** 361:5
367:16 532:25
555:24
**finemans** 623:5
643:19
**finish** 591:23
**finished** 374:14
377:3 580:16
620:21
**firm** 367:8
**first** 367:20 379:11
384:10 427:19,19
456:22,23 463:23
467:6 470:13,19
477:7,19 478:13
486:25 508:1
515:21 520:24
584:17,22 597:10
600:22 611:18
613:20 653:10
655:18 669:1
**fish** 570:23
**fit** 364:19 508:4
515:5
**fits** 396:1 515:7
**fixing** 516:5
**flange** 480:13

**flash** 635:16
**flickinger** 361:9
405:24 477:14
**float** 538:5,12,23
545:14,17 546:4
546:12 548:4
**floats** 546:13,18,24
548:3 655:10,12
**floor** 361:6 479:19
480:2
**floors** 625:23
**flow** 429:19 444:9
444:13,24,24
446:10 452:14
454:23 455:1,18
455:24 456:4,8,10
456:21,24 457:2
457:21 458:16
462:10,16,21,25
463:8 464:6,20
465:7,21,23
466:12 479:8,9,10
479:14,16,23
480:5 482:5,10
487:3,7,10,12,22
503:9 504:4,6,11
537:12,22 538:1
545:20 546:7
547:11,12 548:1
632:14,15 635:6
635:12,12,13
642:2 643:7
**flowed** 594:16
**flowing** 453:17
666:19 667:6,17
667:18
**flowup** 457:25
**floyd** 362:8 555:15
**fluid** 478:4 479:5
485:9 494:3
524:14 528:12,25
529:1,4 540:8
541:20 543:21
643:5 656:25
**fluids** 494:1 657:17

**foam** 485:9 526:3,5
526:16 527:8
655:21
**foamed** 656:5
**focused** 480:3
494:11
**focusing** 493:19
**folder** 565:5,9,16
628:8
**folger** 406:24 558:2
558:8 584:18
613:8
**follow** 407:18
443:23 588:24,25
**followed** 476:11,12
627:24
**following** 381:5
589:9
**force** 497:20
**forced** 609:1
**foregoing** 673:6
**forget** 559:6 577:20
600:21
**form** 366:14 370:16
372:18 375:14
377:19 378:8,21
380:5,19 385:20
386:6,22 388:5
389:14 390:18
392:2,23 393:8
394:25 396:24
397:6,18 398:14
400:8,17 401:11
401:21 402:12
403:24 408:13
411:8,19 414:3,15
415:24 416:7,15
417:6 418:19
419:7 421:10
423:16 424:2,15
425:1,13,24 429:1
429:12,25 430:7
430:16,24 431:10
433:13 434:3,19
436:5,15 439:14

**440:**6,20 **441:**5,15
441:23 442:10
444:21 445:5,20
446:4,13 447:3
450:10,21 451:7
451:16 452:25
454:1 455:3
456:16 459:4
461:7 462:7 463:4
463:11,25 464:8
464:12,14 465:12
466:19 468:15
470:7 472:12
474:8 476:16
477:11 480:15,17
480:22 481:5,12
482:16,24 483:1
484:14 485:3,20
486:15 487:5,17
488:5,21 489:7
490:13,15,25
491:20 492:12
495:24 497:1
498:18 499:9,25
500:8 501:7,15,23
502:5,14,16,22
503:1,11,25 504:9
505:22 506:9
508:14,22 509:18
510:10 511:22
512:11,24 513:16
515:14 516:12,14
517:9,19 518:4,17
519:23 522:3,12
523:7,9,16,25
524:8,10,20
526:22,24 527:12
528:5 529:10,12
530:2,20 531:6
532:1,8,19,21
533:7,9,19,21
534:13 535:1,3,13
538:7,16,25
539:11 540:13,15
541:6,8,14,17

---

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.       Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009    Board-Certified Court Reporters       Facsimile: (504) 525-9109**
Exhibit X
Page 224

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                          Reported By:

**ROBERT QUITZAU VOL. II**          **May 26, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

687

| | | | | |
|---|---|---|---|---|
| 542:2,12 543:1,12 | 657:23,25 659:6 | 510:3,5 517:6,12 | 512:16 592:15 | **getting** 454:22 |
| 544:16,24 545:23 | 660:12,25 661:8 | 517:25 518:13 | **gamma** 589:5 | 491:12,16 500:12 |
| 546:10 547:2,18 | 662:6 663:18 | 660:8,22 661:5,13 | **gantt** 492:24,25 | 550:24 569:17 |
| 547:20 548:7 | 664:2 666:5 | **frame** 577:18,20,21 | 493:12 | 578:13 586:4 |
| 551:8,25 552:10 | 667:20 670:15,23 | 579:25 580:8 | **gas** 537:22 538:1 | 591:23 |
| 553:16 554:13 | 672:1,11 | 581:8 583:7 593:1 | 631:20 666:24 | **gisclair** 671:3 |
| 560:5 561:10 | **formal** 611:3 | 619:11 668:9 | **gauge** 497:15,16 | **give** 369:12 379:17 |
| 562:20 563:15 | **formalities** 366:9 | **franklin** 361:11 | **gauges** 492:8 | 390:7 412:20 |
| 564:13 565:11,25 | **formaset** 515:25 | **free** 424:12 | **gel** 540:13 541:4,11 | 471:21 472:23,25 |
| 566:4,20 567:14 | **format** 408:8 | **frequencies** 393:11 | 541:14 | 473:21 477:1 |
| 568:25 569:9,22 | 493:17 | 393:14 | **general** 394:4 | 482:19 579:2 |
| 570:2 571:19 | **formation** 376:8 | **frequency** 392:20 | 408:16 412:13 | 596:14 |
| 572:3 574:18 | 386:11 391:6 | 393:1 407:15 | 445:12,13 458:19 | **given** 410:13,15 |
| 576:5 577:11 | 397:23,23 559:10 | **frequent** 393:6 | 469:22 471:19 | 447:9 449:22 |
| 578:9 579:19 | 585:10 645:23,25 | **fri** 365:8 | 477:1 513:1 542:5 | 460:13,20 562:15 |
| 580:2 582:9,22 | **formations** 645:7 | **friction** 496:18 | 613:1 626:17,19 | 594:22 633:24 |
| 583:15 584:6 | 660:17 661:14 | 643:7 | **generally** 373:3 | **gives** 412:5,13 |
| 585:19 587:7,14 | **former** 469:13 | **friday** 380:17 | 378:24 394:15 | **giving** 368:23 |
| 588:10,18 590:4 | **formerly** 469:10 | **front** 510:21 544:2 | 419:9 474:12 | 371:25,25 380:7 |
| 590:15 591:9,14 | **formulate** 532:10 | 572:20 581:15 | 615:17 | 495:7 |
| 592:11 593:3,19 | **forrest** 365:11 | **full** 427:16 428:20 | **generate** 410:21 | **glean** 457:13 |
| 595:1,8,16,24 | 557:21 | 431:15 541:24 | 497:19 | **globo** 467:15 |
| 597:18 598:4,19 | **forth** 426:11 | 542:9,15 | **generated** 457:20 | **go** 367:18,20 387:5 |
| 599:11,17 600:1,3 | 429:15 471:18 | **fully** 475:6 524:13 | **gentlemen** 469:2 | 399:6,11 402:4 |
| 600:19 601:8,21 | 486:8 500:15 | **function** 370:8 | **geoffrey** 361:15 | 403:24 405:22,23 |
| 602:7 603:3 604:8 | 508:18,24 509:9 | 414:23 484:8 | 367:8 | 407:3 408:4,18,19 |
| 604:19 605:15,20 | 674:8 | 551:10,18 580:14 | **geological** 369:3,15 | 422:21 426:22 |
| 606:6 607:7,17 | **forward** 385:15 | **functions** 369:11 | 372:5,24 374:6,17 | 431:19 432:3,6,10 |
| 608:19 609:20 | 483:24 658:17 | 399:21 | 376:3 378:4 379:7 | 435:5,25 437:9 |
| 610:4,13,15,25 | **forwarded** 619:20 | **further** 367:19 | 379:19,25 389:10 | 449:18 460:13,13 |
| 612:15 614:17 | 620:7 | 424:19 475:13 | 390:10,13 399:12 | 460:20,20 467:2 |
| 615:1,15 616:21 | **found** 505:16 | 476:4 607:25 | 400:25 401:6,18 | 473:15 474:24 |
| 617:5,16,25 622:1 | **four** 392:14 630:4 | 612:9,11 672:16 | 401:24 411:23 | 475:12 476:5 |
| 623:18 625:18 | **fourmonth** 630:6 | **future** 407:7 491:6 | 412:2,7,10,21 | 483:9,22 486:9 |
| 628:18 629:4,18 | **fourth** 413:20 | 491:6 | 422:3,9 557:13,15 | 488:16 489:4 |
| 631:13 632:5 | 634:3 | **fw** 365:2,12 | 623:4 654:11 | 491:10,10 493:3 |
| 633:21 636:3,18 | **frac** 377:25 379:20 | | **geologist** 397:9 | 493:11 494:19 |
| 637:22 642:5 | 380:12 407:6 | **G** | **geologists** 376:5 | 495:15 497:5 |
| 643:24 645:18 | 409:1 411:14 | | 560:7 588:25 | 498:11,25 499:6,6 |
| 646:15,19 648:17 | 516:2 524:23 | **gain** 434:15 454:25 | 589:8,10 | 503:3 512:21 |
| 648:25 649:9,24 | 585:17 607:2 | 478:22 561:4 | **geology** 370:17 | 515:18 549:18 |
| 650:8,17 651:1,16 | 666:2 668:24 | 562:11 578:21 | **geometry** 428:21 | 637:25 661:8 |
| 651:21 652:4,12 | **fracture** 397:23,23 | **gained** 388:15 | 482:20 | 667:12 672:13 |
| 652:14 653:1,3,22 | 412:4 506:2,23 | 455:17 558:18 | **geoscientists** | **goal** 498:10 |
| 654:7 656:2 | 507:2 509:15 | **gallon** 418:13 | 375:16 | **godwin** 362:7 |
| | | 420:18 421:1 | | |

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**      **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009      Board-Certified Court Reporters**      **Facsimile: (504) 525-9109**

Exhibit X
Page 225

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported by:
**ROBERT QUITZAU VOL. II**          **May 26, 2011**    **DIANE TEWIS CLARK, RPR, RMR, CRR**

688

**goes** 463:14 494:3
 651:6
**going** 373:22 374:3
 386:1 406:2,8
 413:19 419:23
 422:24 426:13
 431:16,19,22
 433:4 437:3,12
 443:10 444:2,7
 462:10 473:18
 479:10 482:11
 483:12 491:8
 492:23 496:6
 504:13,19 510:24
 522:18 523:3
 532:13 534:9
 537:19,23 545:4
 548:16 555:4,19
 564:17 576:20
 583:7 584:10
 587:18,25 590:20
 597:14 602:13
 611:7 613:14,18
 616:11 618:12,23
 619:13 624:15
 627:14 629:25
 641:6 642:21
 644:11 653:13
 654:15 667:15
 669:24 672:20
**good** 367:7 443:18
 541:24 542:5
 547:15 550:5
 555:14 626:17
 667:25 670:8
**government** 459:15
 459:16 460:8
 498:15 499:6,11
 499:13 508:19
 509:3 512:22
**governs** 449:16
**gradient** 377:25
 379:20 380:12
 407:6 409:2
 411:15 412:5

506:2,23 507:3
 509:15 510:3,5
 516:2 517:6,12,25
 518:13 524:24
 585:11,17,23
 607:2 660:8,23
 661:5,13 666:3
**grand** 362:13
**grant** 560:23
**granted** 511:11,17
 562:15
**graph** 410:21 412:9
**grasp** 435:16
**gravity** 544:13,20
**great** 604:21
**green** 381:13,19,22
 381:25 382:5,15
 382:25 383:2,7
 580:12,15
**ground** 645:8,9,12
 645:22 646:2
**group** 370:17 372:3
 378:12 410:14
 458:23 459:2
 468:13 469:9,11
 469:21,24 470:2,4
 470:10 471:18
 473:17 474:25
 486:2 491:12,23
 571:3 582:14,15
 582:19 583:24
 589:15
**groups** 376:15
 458:21,22,24
**guard** 499:12
**guess** 369:18
 370:14 392:4
 400:2 415:4 418:4
 468:7 473:6
 475:19 493:13
 575:15 587:17
 614:5 645:10
**guide** 547:7
**guideline** 647:24
 648:6

**gulf** 360:5 444:14
 463:9 469:21,23
 470:1 482:14
 512:19 513:10
 577:14,16 583:23
 587:1 648:2
**guy** 471:1
**guys** 476:7

**H**
**hadnt** 380:2
**hafle** 364:18 507:10
 507:12,15,16
**half** 488:1
**halliburton** 362:10
 460:18 470:14,15
 470:17 471:1
 536:9 537:2,5,17
 537:19 548:25
 555:15 572:24
 573:10,14 574:4
 575:3 576:3,11,14
 640:8,12 662:3,13
 662:19 663:3,15
 663:21 664:5
 671:22
**halliburtons**
 537:11
**hand** 576:20
 584:10 590:20
 596:8 602:13
 609:1 611:7
 613:14 616:11
 619:13 624:15
 627:14
**handed** 603:9
**handing** 413:8
 555:20 638:21
 655:8 656:15
**handled** 586:10
**handwriting** 630:1
**handwritten**
 365:17 627:20,25
 628:22 634:3
 637:3 642:19

644:17 654:22
 657:8 658:8
 659:24 661:20
 664:10 665:11
 666:17
**handy** 426:20
**hanger** 428:5,7
 458:16 494:18
**hank** 573:25
**happen** 654:24
 655:19,23
**happened** 379:14
 379:21 477:8
 577:7 592:18
 628:16 632:14,15
 669:7
**happening** 400:11
 587:22
**hard** 641:6
**hart** 652:3,25
**hartley** 362:8 364:8
 555:13,15 556:24
 557:12 560:11
 561:13 562:25
 563:18 564:16,24
 565:14 566:1,12
 566:23 567:17
 569:3,12,23 570:6
 571:22 572:6
 574:21 575:9,14
 575:20,22 576:8
 577:15 578:10
 579:22 580:6
 582:12 583:4,20
 584:9,14 585:25
 587:10 588:2,13
 588:22 590:11,19
 591:10,17 592:20
 593:7,22 595:4,12
 595:20 596:3
 597:9,21 598:8,23
 599:12,21 600:8
 600:23 601:17
 602:1,12 603:4
 604:13,25 605:16

606:1,16 607:8,22
 608:22 609:23
 610:7,18 611:6,12
 612:20 614:18
 615:6,20 616:25
 617:9,20 618:3,19
 619:7 622:10
 623:21 624:19
 626:10 627:18
 628:7,10,19 629:9
 629:23 631:18
 632:10 634:1
 636:7,23 638:23
 639:2 641:11,19
 642:10 644:4
 645:24 646:16,24
 647:13 648:20
 649:4,14 650:3,12
 650:21 651:5,19
 652:7,19 653:7,17
 654:2,12 656:8
 658:4 659:10
 660:20 661:3,15
 662:10 663:19
 664:6 666:8 668:3
 669:17
**hat** 502:3,10 503:7
**head** 466:14 469:23
 598:1 629:13
**heading** 659:23
**hear** 446:11,15
 491:22,23 500:15
 500:17 608:13,21
 610:8 626:11,14
 626:16
**heard** 427:25 446:8
 447:24 458:24
 460:5 476:24
 478:16,18 479:19
 480:9 483:24
 486:11 495:4,7,11
 549:19 554:8,21
 597:24 610:20
 620:15 624:4
 625:7,14 626:6

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010       Reported by:
**ROBERT QUITZAU VOL. II**     **May 26, 2011**    **DIANE TEWIS CLARK, RPR, RMR, CRR**

689

631:4,24
**heavier** 488:18
506:19
**heavy** 543:21
**hebert** 362:3 364:6
398:13 443:17,19
444:22 445:9,24
446:7,17 447:12
448:12 450:14,25
451:10,20,23
452:6 453:4 454:5
455:7 457:5 459:7
461:8 462:18
463:7,17 464:1,9
464:17 465:17
466:22 467:21
468:5,18 470:12
472:13 474:18
476:19 480:18
481:1,8,15 482:17
483:7,21 484:23
485:6,24 486:19
487:9,25 488:10
488:25 489:14
490:21 491:7
492:1,13 493:6,10
496:12 497:4
499:3,10 500:1,19
501:12,19 502:2,8
502:19,23 503:2
503:16 504:1,12
552:9 575:18
**height** 632:24
633:4
**heights** 632:25
**heimann** 361:4
**held** 440:15
**help** 419:17 557:4
588:1 614:4
**helpful** 657:7
**helping** 484:17
**hereinabove** 674:7
**hereto** 366:4
674:15
**hes** 431:14 469:8,18

511:14 517:25
601:13 615:4,9
**hesitate** 647:8
**hesitation** 634:5
**hierarchy** 500:13
**high** 452:17 465:5
494:8 496:18
**higher** 450:5 451:3
452:18 459:20
497:21 612:13
649:16
**highest** 450:17
**highlevel** 486:6
**highlighted** 638:9
**hindsight** 528:3
**history** 392:4
414:25
**hit** 396:17
**hold** 373:6 467:9
655:12
**holding** 497:10
546:14,19,24
548:4,4
**hole** 372:22 420:15
420:23 497:20,23
515:20 522:18
540:8 573:19
591:21,22 608:25
639:19 646:8
663:12
**hollek** 613:20,24
614:23
**honest** 415:2
**honestly** 444:3
**hope** 379:15
**hopefully** 367:13
477:24
**hopes** 379:15
**horizon** 360:5
364:24 469:19
477:23 479:3
481:10,18 505:7
505:10,13
**hour** 367:11
**hours** 542:10 551:5

552:8 577:5,19,24
577:25 581:7
**houston** 360:19
363:4,9
**huch** 619:16
**hudson** 361:6
**hundred** 492:15
**hung** 428:8
**hydrate** 501:18
**hydrates** 501:20,25
**hydrocarbonbea...**
649:13
**hydrocarbons**
396:18 444:13
463:9 478:6
519:13 623:14
642:21 667:7
**hydrostatic** 456:25
457:16 632:24
633:5 634:10
**hymel** 361:19 364:7
443:22 504:15
505:1,4,25 506:13
508:15 509:1,21
510:13 511:2,6
512:6,17 513:4,22
514:9,20 515:17
516:18 517:14,22
518:8,21 519:3
520:3,11,15,20
521:3,9,16 522:6
522:15 523:12,19
524:3,16 525:5,13
525:17 526:1
527:3,17 528:8
529:17 530:6,23
531:9 532:12
533:12,25 534:17
535:8,17 538:10
538:19 539:3,14
539:20 540:21
541:12,22 542:7
542:16 543:4,16
544:19 545:12
546:2,15 547:6,23

548:13,20 549:15
549:17 551:11
552:4,17 553:19
554:16,25 589:19
589:23 594:7
**hymels** 567:8 624:1
668:4
**hypothetically**
450:6

**I**

**id** 367:20 394:10,14
399:6 432:20
435:15,15 480:24
586:6 609:25
**idea** 379:21 412:5,6
412:13,20 447:10
492:24 582:5
626:18 635:16
669:7
**ideas** 473:20
**identification** 468:4
511:5 514:19
521:8,15 564:23
584:13 611:11
624:18 627:17
669:13
**identified** 466:10
466:11 601:16
624:6
**identify** 456:21
468:9 469:2
**identifying** 372:6
**ill** 367:12 387:10
433:18 443:20
468:25 482:2
537:15 591:16
596:14 603:17,24
655:17 662:8
664:17
**im** 367:7,8,17 375:5
375:25 381:2,5
383:4 384:17,18
384:20 387:7
396:10 404:15

406:8 421:15
422:7,8 423:18
424:6 428:18,21
431:12,17 434:5,5
434:6,10 435:9,9
443:19 444:1
449:13 457:17
459:12,13 460:1,1
469:11 473:4
479:16,21 480:7
481:2,9 484:2
491:8 492:23
493:9 494:15
497:23 502:7
504:13 507:21
511:14 513:5
518:6,24 520:19
525:21 526:6
530:8,11,22 531:8
532:23 535:15
537:6,7,19 539:4
539:24 544:1
548:16 549:19
550:2 552:2 554:1
554:18,24 555:19
556:6,15,23
558:12 560:25
562:2,7,12 563:6
564:1,7,15,17
565:13 569:15,17
570:23 571:7,10
572:17 573:8,25
576:20 581:21
584:10 590:20
597:5 601:23
602:13 611:7
613:14,18 615:8
616:11 619:13
624:15 626:3
627:14,15 636:5,9
637:14,18 638:11
641:6 648:5,10
655:8 657:14
669:18 670:9
**immediately**

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**     **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009**    **Board-Certified Court Reporters**     **Facsimile: (504) 525-9109**
Exhibit X
Page 227

Case 2:10-md-02179-CJB-DPC   Document 3156-19   Filed 07/06/11   Page 229 of 251

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported by:
ROBERT QUITZAU VOL. II          May 26, 2011    DIANE TEWIS CLARK, RPR, RMR, CRR
690

470:21
impact 462:16
520:1 595:19
implementation
474:17
implemented
446:25
implied 437:12
implies 433:3
implying 431:14
important 391:15
471:14 656:17
inch 427:17,23
457:3 508:3
incident 519:14
528:1 530:5 534:8
611:21 612:7,9
613:10 623:8,23
658:20
incidents 594:24
include 372:21,22
373:11 377:23
378:6,15 394:14
397:24
included 369:6
372:16 401:18
472:3 512:2,8
598:17 606:19
640:24
includes 448:7
including 460:2
666:17
incorrect 481:2
635:21
increase 392:20
462:21 600:14
612:10,11,19
650:14,23
increased 447:9
462:24 465:21
642:2 650:4
increases 372:7
641:22 642:1,7,14
643:2 651:3
increasing 465:23

466:11 552:24
incurred 516:8
526:14
index 364:2,12
indicate 456:10
581:23 584:24
599:2 642:2 643:3
643:11 673:17
indicated 450:2
458:15 486:12
561:6 613:4
617:23
indicates 470:14
525:18 565:3
667:5 672:3
indication 397:22
497:18 600:6
646:4,7
indications 457:1
482:21 645:20
indicator 456:23
643:21 644:7,9,10
individual 569:2
589:16
individuals 520:6
521:19 560:2
561:22 564:20
industry 475:7
484:17 532:15
535:9 631:20
658:18 662:17
inflow 666:25
667:6
influx 529:3 667:6
information 377:22
380:13 390:7
398:7 400:19
409:4 428:23
429:3,10 446:20
446:22 453:22
454:7,19,25
455:15 456:3,12
457:11,12 500:4,5
524:18 525:3,8
535:5 549:4,7,11

565:22 566:13,16
567:3 568:10,16
571:17 578:21
583:11,18 586:9
586:15,21 604:16
605:18 606:19
608:15 609:10,14
610:1 617:1,8,10
617:12,19,21
618:5 636:21
639:12,16 646:17
662:25 663:22
667:4 668:17,21
inhouse 548:25
initial 445:3 452:21
initially 441:20
initiate 364:21
initiated 364:21
494:7
initiating 500:23
initiative 473:14
474:11 550:11
input 616:18,24
inquire 385:25
inside 458:2 462:1
insite 377:14
556:17,23 557:19
557:22,25 558:8
558:14,21,22
559:4,7,19 560:14
560:20,23 561:7
561:16,23 567:11
567:20 571:9,15
571:24 572:9
587:23 588:16
592:23
insofar 451:2
inspected 455:22
installation 461:4
installed 444:11
instance 425:19
654:14,18
instances 535:15
593:15 663:4
instruction 403:4

instructions 579:3
intact 458:16
integrity 373:6
448:11 494:10
595:6,14,19 609:3
609:16 610:11,22
620:10,17,24
621:2,14 635:2,22
638:7,14 639:7,13
intend 533:5
534:21 543:25
intended 510:8
533:15
intent 559:8,15
interact 385:3,5,6
573:14 576:10
interacted 573:9,23
573:24
interactions 574:2
intercept 472:18
interest 596:4,6
601:12 602:3,10
602:15,17 615:18
615:22,25 620:16
645:15
interested 391:17
395:12 397:21
401:15 402:2
412:22 429:18
560:8 582:25
589:9 645:3,5,13
674:16
interesting 646:11
interests 614:12
interface 369:25
370:3 372:23
500:14
internal 432:20
international
362:25
interpreted 510:6
530:18 666:13
interrupt 494:16
587:20
interrupted 475:6

interruption
525:25
interruptions
587:24 588:4
interval 435:1
557:5,11 559:10
651:20
intervals 649:12,13
649:20 651:23
intervention 445:2
445:3 447:15
451:12 452:3,13
452:22 462:4
464:5 465:8 466:8
468:21
interventions
463:19 466:5
500:22
introduced 443:19
505:2 507:7 514:7
introducing 406:25
investigation
364:24 548:15,22
investigative 627:2
involve 465:20
484:12 494:12
involved 384:2,20
388:24,24 440:11
445:14 447:5
453:2 459:17,21
460:10 461:10,23
466:8 469:18
472:20 474:10
477:4 490:1,7
493:22 494:17
495:2 498:8 499:6
499:15 500:11
501:9 505:18
507:19 510:18
527:15 573:7
580:20,24 581:4
615:10,19 625:7
633:13 655:24
involvement
392:15 441:25

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported by:
**ROBERT QUITZAU VOL. II**          **May 26, 2011**   **DIANE TEWIS CLARK, RPR, RMR, CRR**

691

454:25 455:16
459:15 580:16,25
583:3
**involves** 468:7
**isabel** 557:24
**ishii** 619:17
**isnt** 434:21 553:3
597:4 625:1
**isolation** 649:17,22
650:1
**issue** 435:24 494:13
496:23 506:2
599:7 609:3,13,17
613:9 614:10
621:14
**issued** 536:8
**issues** 419:18,19
452:20 501:18
585:17 595:5
610:11,23 620:17
620:25 621:3,7,9
621:14
**items** 505:16 618:8
**ive** 388:8,15 393:18
447:23 453:15
475:6 476:13,24
478:16 483:3
488:11 493:13
543:19,21 548:9
549:19 603:9
611:8 624:15
625:6 656:4
668:22

**J**

**jackson** 363:7
**jeopardize** 608:1
**jeopardy** 451:14
452:5 466:6
**jesus** 362:13
**jetting** 479:5
**job** 398:12 403:8
404:17 471:14
472:19,19 473:2
476:12 491:4,5

496:8 515:2
527:16 529:14
537:5,6 541:25
542:8,10,15,20,22
543:9,17 545:15
546:21 547:5,10
549:24 550:9,22
552:19 553:8
576:15 579:3
634:11 649:17
650:24 651:14,18
652:1,16,21 654:1
654:4
**jobs** 496:4 543:19
552:25 573:12
**john** 557:6
**jon** 458:13
**jones** 362:17
**josh** 368:5,6,13,14
368:14,15 382:6
406:25 409:4,25
**jotted** 635:15
**jotting** 637:19
**jr** 362:8
**judge** 360:6,6
**judgments** 637:13
**june** 624:21 625:5
**junk** 446:1 469:19
476:10,21,23
477:5,20,21,23
478:9,12,13
481:25 482:6,11
486:4,6,9,25
487:2,21 488:2,3
488:9,15 489:18
489:21,24 495:17
495:22 496:2,6,9
496:15 501:2
**justice** 361:8
**justify** 466:15

**K**

**kamm** 557:6
**karl** 363:15
**keep** 368:25 376:16

399:21 434:21
435:7
**keeping** 420:17,25
**kick** 531:11,19,22
532:3,3,4,6
578:22 584:24
585:7,8,16,24
586:10,14,18,22
586:24 593:24
594:1,8,12,14
612:12,17,17
643:22 644:7,9
668:6,13,19,22
669:14
**kicks** 578:20
**kill** 445:25 456:25
457:13,14,16,24
470:22 471:15
476:11,24 477:22
478:8,10,14
491:22 492:6
495:16 496:2,11
496:14,16,22
498:1,4 501:3
573:3,17 574:13
634:10,18 636:16
**killed** 455:20 472:9
472:16 531:23
586:14
**kills** 456:19,23
573:12,18,19,20
**kind** 425:4 493:16
585:13 586:7
658:17
**kink** 477:25 478:25
482:4 483:4
**kinks** 480:3 496:20
**kirkland** 361:14
367:9
**knew** 447:1 451:19
452:7,9 453:6
473:18 480:4
526:14 605:11
606:8,9 615:17
623:2

**know** 367:10,12
374:13 375:8
376:4 380:22
384:23 386:14,16
387:16 388:13,13
391:21 395:24
397:8 405:18
408:15 410:6,8,17
414:18 415:14
422:9 427:24
429:9,20 431:14
437:24 439:10,16
439:24,24 440:2
440:14 441:1,1
442:7 446:23
447:13,17 448:22
449:5,9,10,10
450:12,15,23
451:1,9,11,18
452:2 453:2,13
454:16,18 455:10
459:6,10,14,21
460:15,22,24
461:9 462:3,19,19
462:22 463:22
464:2 465:14
466:23 472:14
475:9,9,14,17,17
475:20 476:25
478:22 479:22,25
480:19 482:2,8
484:20 485:16
486:4 487:11
489:12 492:19
494:9 495:5 496:1
498:25 499:20
500:5 501:2,13
502:12,18 503:21
504:2,4 505:5,14
507:13,15,17
513:6 516:17
517:16 518:12,19
519:12 523:13,20
527:1,15,25
531:11 534:16

540:22 541:19
550:18,19,19,20
554:6 557:18
558:7 559:23,25
561:14 570:10,21
571:1,11 572:13
574:15 575:19,21
579:24 580:4
583:2 587:25
588:20 589:14,16
590:6 592:17
601:14 602:9
606:13 612:18
621:3,22 625:20
626:7 630:9,10
633:7,17 646:11
648:2 651:25
655:20 665:25
669:6 670:9
**knowing** 527:25
645:4,5 646:17
**knowledge** 384:15
550:13 560:12
571:23 572:7
622:3 636:13
**known** 485:14
501:25 529:8
585:9,10 652:10
**krieger** 363:3

**L**

**lab** 548:24 549:23
550:9,24
**label** 638:3
**labeled** 519:8
671:14
**lack** 649:19 650:5
650:14,22
**lafayette** 361:21
**land** 469:9
**large** 372:21
623:13 648:1
667:9
**larger** 428:8 432:15
433:1

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                        Reported By:

**ROBERT QUITZAU VOL. II**          **May 26, 2011**   **DIANE TEWIS CLARK, RPR, RMR, CRR**

692

**largest** 494:22
**late** 399:24 566:9
**latest** 492:24
**law** 367:8
**layer** 498:22
**lcm** 535:24
**leaders** 635:20
**leadership** 574:4,7
**leak** 407:20 494:22
  495:10
**leakoff** 518:1,10
  578:17 668:24
**leaks** 462:11
  477:25 478:17,19
  478:23,25 479:4
  480:10 481:3,16
  481:17 482:3,9,14
  482:20 483:3,4,5
  483:6 494:21
  495:1,5 496:19,20
**learn** 474:22
  531:13
**learned** 456:4
  473:23 491:5
  528:1 586:21,24
  652:21 656:23
**learning** 474:5
  657:4
**learnings** 471:7
  473:8,12 474:1,24
  475:23,25
**leave** 373:19 533:3
  533:5 534:9,21
**led** 488:12 620:18
**lee** 363:7
**left** 382:7 541:1
  634:6 635:3
**lefthand** 656:11
  661:20 664:11
**legal** 410:14,14
**lessons** 586:21,24
**letter** 590:7
**letting** 601:14
**level** 487:24 500:14
  607:21

**levels** 459:20
**lewis** 363:3
**lexington** 361:15
**license** 363:21,22
**lieff** 361:4
**life** 362:4
**light** 432:23 433:10
**lighter** 507:2
**liked** 587:22
**likes** 647:4
**limit** 405:2 440:10
  494:5 512:2,8,9
**limitation** 451:3
**limitations** 490:8
  503:18 563:7
**limited** 441:25
  475:14 560:19
  582:24
**limits** 493:19,21
  512:4 563:2
  566:17
**line** 431:17 432:4,8
  432:11 479:11
  492:6 532:16
  536:3 565:2 591:3
  592:2 598:24
  607:23 630:3
  634:4 645:10
**liner** 427:16,21,23
  428:5,6,7,7,8,11
  428:12,13,17,20
  429:23 430:10,14
  430:22 431:1,2,7
  432:6,23 433:10
  433:19 434:1,7,7
  434:8,9,17 435:3
  435:7,8,11,13,19
  435:25 436:3,11
  436:18,22,25
  437:3,4,5,7
  494:17 514:13
**lines** 409:7,10
  411:2,12 425:15
  477:22 607:2
  662:1

**liquid** 541:14
**list** 404:18 485:5
  637:13 672:13
**listed** 442:14
**listen** 491:14
**listening** 421:2
  501:17 576:23
**listing** 438:15
**litigation** 460:18
**little** 367:18,19
  447:19 461:1
  463:20 546:19,22
  555:23 624:3
**llc** 362:15 363:5
**llp** 361:14 362:18
  362:22 363:7
**lmrp** 479:2
**load** 449:25
**loads** 373:6 449:19
  449:21 452:18,18
  453:9,10,19,21
  465:5,5 573:19
  645:6 646:1,3,4,7
**locate** 437:17
**location** 411:1
  449:16 450:7
  451:4 600:7
**log** 375:2 376:8
  379:19 386:14
  389:16,18 399:7
  399:11 400:20,24
  401:23 414:24
  553:3 562:16,22
  568:9,11,21
  569:16,25 570:12
  570:15 576:22
  577:3 584:2
  652:24 653:6,11
  671:14,19
**loggers** 570:17
**logging** 375:7,17
  377:24 380:1
  390:13 401:7,19
**logistics** 489:17
**logs** 374:14 390:24

391:1,6 415:12
  588:24 589:1,2,4
  589:9 598:13
**long** 388:12 493:16
  514:13 603:19
  630:21
**look** 372:9 379:6,12
  379:19,23,25
  389:9,12,25 390:3
  390:5,14,24 391:3
  391:5,10 394:5,12
  394:15,19 395:9
  395:18,21,23
  396:1 397:9,10,16
  398:2 399:6,25
  400:15,24 405:4
  408:2,6,17 427:7
  429:17 437:16
  449:21 454:17
  486:1 498:8
  509:23 510:2
  518:23 537:10
  557:10 559:9
  620:2 622:20
  628:21 633:23
  641:2,9 658:17
  667:14
**looked** 391:7,9
  397:20 454:15
  509:25 510:4
  557:7,9 558:17
  569:5 578:19
  586:6 647:24
  667:25
**looking** 383:16
  390:25 393:24
  394:1,3,21,23
  396:6 397:13
  405:7,12 413:13
  510:20 532:2
  568:4 569:25
  570:24 572:20
  574:22 575:7
  614:6 622:16
  664:25 668:18

**looks** 476:7 582:2
  597:1 630:5 634:3
  638:8 647:4
  661:19
**los** 362:14
**lose** 517:5 614:4
**losing** 517:2 599:3
**loss** 397:22 531:21
  592:25 594:22
**losses** 420:17,24
  515:23,24 516:5,8
  516:19 518:11
  522:1 526:14
  592:4,9 605:23
  608:24 611:21,24
  613:11 621:10
  661:12
**lost** 515:1,19 527:5
  535:10,19 592:17
  593:13,14,14
  595:18 600:7
  601:12,15 606:10
  612:4
**lot** 364:19 428:9
  460:24 467:3
  480:5 485:12
  606:13 614:4
  623:13 625:8
  626:7 656:23
**lots** 396:1 436:6
  476:25
**louisiana** 360:2,21
  361:21 362:5,19
  363:4,21 366:22
  674:4
**low** 646:7 665:12
  665:16,23
**lower** 518:1,13
  634:22 656:10
**lucking** 544:1
**lunch** 567:9
**lwd** 391:6 415:7,11
  557:7,9,10 559:9
  570:17 589:4,4
  663:10

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**   **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009    Board-Certified Court Reporters**   **Facsimile: (504) 525-9109**

Exhibit X
Page 230

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported by:

**ROBERT QUITZAU VOL. II**          **May 26, 2011**   DIANE TEWIS CLARK, RPR, RMR, CRR

693

**lwds** 391:3

---

**M**

**m55** 420:20 421:22
422:18
**maam** 556:25
575:10
**macondo** 364:16
365:2,6,9,12
367:22,24 371:8
371:19 373:22
375:12,22,24
381:1,8 382:14,25
400:6 402:21
403:5,12,13,16,18
403:19,22 404:4
404:13 418:7
420:3 423:14
438:7 439:6 440:4
440:17 444:12
455:17 473:25
474:3 475:2,10,25
484:11 485:14,17
485:23 509:6,11
515:7 519:7,10
524:18 538:14
540:23,24 541:1
548:23 554:22
558:15 560:16,20
560:24 562:18
563:4 564:11
565:20 570:8
571:1 572:14
573:3 574:13
575:4 576:1,17,18
578:1,7,11,12
579:4,17,24
582:19 583:8
584:3 588:7
591:11 592:9
593:17 594:9,12
605:13 617:13
618:6 619:25
621:23 622:7,9
627:3 633:9

639:25 640:5,14
640:18 652:2
654:5 658:23
659:18 662:4,13
670:13,21
**mag** 360:6
**main** 390:21
**maintain** 511:10,16
511:20
**major** 378:16,19
461:24 495:14
515:23
**majority** 479:6
**maker** 459:19
**makers** 459:11
574:9,10
**making** 373:4
428:16 434:10
447:15 459:23,25
463:21 465:10
480:25 489:16
574:15 622:24
623:1,2 637:11
654:17
**manage** 484:17
**management**
514:12
**manager** 469:20,23
469:23 470:1
**manifold** 477:5
**manner** 656:21
**manually** 410:22
**mar** 364:18 365:5
**march** 367:25
381:7 382:12
423:22 507:10
527:19 531:11,19
532:2 553:21
558:25 563:5
564:19 567:1,2,2
575:23 576:9
577:18 578:21
579:1,15 585:7
586:2,16,18
592:22 593:6,23

607:10 636:14
668:6,19,22,25
**marchapril** 579:25
580:8
**margin** 412:16,16
506:7,12,15,22
508:7,11,17 509:9
510:8 511:16,20
512:9,15,21
513:13,20,25
605:4,12 606:3,12
609:2,16 610:10
610:22 621:8
656:11 657:9
661:20 664:11
665:12,17,23
666:1
**margins** 514:1
526:20 606:4
607:11
**mark** 364:18
467:15,23 507:9
507:12 564:17
632:23 642:22
647:7 660:1
666:19
**marked** 405:5,15
406:10 417:10
467:25 468:3
510:24 511:4
514:18 520:19
521:7,14 525:24
555:21 564:22
576:21 584:11,12
590:21 596:9
603:10 611:8,10
613:15 616:12
619:14 624:16,17
627:16 671:3
**marking** 520:10,23
627:15
**martin** 361:5
**matched** 457:24
**material** 403:17
477:23 489:18

535:10,20 578:6
**materials** 370:22
563:25
**matter** 367:11
376:16 462:20
601:11 604:2
674:16
**matters** 462:4
463:16,21 465:10
**maximum** 449:6
515:4
**mccutchen** 362:12
**mcdaniel** 427:10
**md** 609:4
**mdl** 360:4
**mean** 369:24
373:24 384:7,15
384:15,16 387:6
396:14 399:25
444:24 445:7
463:6,8,8 471:10
487:8 494:15
499:11 512:8
541:10 600:17,25
607:21 612:5
622:14 633:1
634:7 635:7 637:8
643:13 647:9
656:19 657:13
664:21 665:16,22
**meaning** 375:5
431:16 535:23
635:12
**means** 591:6
**meant** 599:13
601:3,19 641:4
642:23 655:15
657:15 658:2
667:1
**mechanical** 638:6
638:14 639:7,13
**meeting** 369:12,23
372:1 390:8 391:2
391:9 402:15
438:5,6,11 439:3

439:7,9 566:9
568:3 577:6
614:10,19 615:22
616:15,15,19
617:2 618:9,16
**meetings** 368:24
377:4,13,16,21
379:10 380:17
382:12 390:16
391:8 392:18
402:17 404:24
498:10 565:21
579:11 583:25
587:2 621:12,15
621:17,20
**members** 452:12
**memory** 438:16
556:21
**mentioned** 454:23
478:18 486:3
528:11
**merit** 447:9
**message** 447:7
483:8
**messrs** 467:7
**met** 374:17 413:2
555:16 583:23
587:1 651:7
**method** 499:21
674:10
**methods** 447:8
573:2 574:12
**mexico** 360:6
444:14 463:9
469:21,24 470:2
512:19 513:10
577:14,16 583:24
587:1 648:2
**mi** 363:5
**michael** 619:16
**middle** 507:24
611:13 625:6
**midnight** 394:18,20
**mike** 368:8 371:3,6
371:8,13,14

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**          **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009   Board-Certified Court Reporters**          **Facsimile: (504) 525-9109**

Exhibit X
Page 231

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                   Reported by:

**ROBERT QUITZAU VOL. II**        May 26, 2011    DIANE TEWIS CLARK, RPR, RMR, CRR

694

469:25 476:4
**mill** 499:23
**mind** 413:8 431:6
467:16 489:11
520:10 576:24
595:6 629:10
643:9
**mine** 655:7
**minimal** 605:3,12
605:22 606:3
607:13 614:6
615:5
**minimize** 449:23
**minor** 665:2
**minus** 427:24 497:8
497:10
**minuses** 484:21
**minute** 603:16
**minutes** 367:12
417:17
**misinterpretation** 623:11
**misinterpreted** 632:2,9
**missing** 398:19,25
**misspoke** 622:7
**mitigate** 448:4
449:24
**mitigation** 514:23
**mixed** 592:13
**mms** 415:18,22
416:10,13,24
417:2 498:11,13
498:23,25 499:12
499:14 508:1
511:15,19 512:5
513:7,7,14 518:15
526:19 527:10
**mobilized** 491:3
**mobilizing** 489:24
**moc** 364:21
**mode** 559:16 568:2
**model** 410:24 515:3
661:23
**modeled** 660:18

**modeling** 640:12
662:3,12,20 663:5
663:6
**models** 663:1,20
**moduoperated** 383:9
**moex** 362:15
**moment** 468:25
483:23 572:21
575:7
**moments** 660:5
**momentum** 495:16
496:14 498:1,3
**mon** 364:15 365:12
**monday** 380:17
**monitor** 373:21,24
374:2,9 375:12,22
376:6,7 402:21
403:5 552:7
559:20 562:6,17
563:3 566:25
571:24 572:8,15
578:3
**monitored** 529:2,6
529:16 530:17
586:10
**monitoring** 375:23
376:2,21 389:8
399:3 404:4
423:23 551:22
552:15 553:1,25
565:19 572:14
575:25 579:16,24
588:15 592:22
594:17 621:23
622:4,12 636:13
654:4 657:18
**month** 456:2
**morel** 507:12,17
**morgan** 363:3
**morning** 367:7
368:23,23,24
369:12,23 371:25
372:2,2,6 377:4
377:13,16,21

379:18 380:8
382:11 390:8,16
391:1,9 392:18
394:7 402:15
404:24 408:7,17
443:18 444:7
470:16 524:22
555:23 565:21
566:9 568:2,8
577:3 579:10
586:12 587:2
606:18 623:6
655:13
**mornings** 583:24
**move** 483:23 491:8
492:23
**mud** 372:7 377:24
379:19 380:1
386:8 389:11,16
389:18 390:13
394:13,14 395:7,8
395:12,13,19
397:14,15,21
399:11 400:20,24
401:7,19,23 407:6
407:20,24 408:4,6
409:2,8 411:14
412:4,14 414:24
418:12,16,22
420:17,17,24,25
426:8 431:17
432:4,7,11 478:5
479:11 488:16,17
488:18 490:11
491:3 497:20,22
506:16,19,22
507:2 512:15
514:1,3 516:22
517:16,17 519:21
520:1 523:5,14,22
524:6 526:15
527:6 532:15,16
536:2,3 539:22
540:11,12,19
541:1,13 543:10

544:5,14,22 553:3
553:10 568:9,11
568:21 569:16,24
570:12,15,17
578:16 584:2
592:15 594:19
600:15 605:24
606:9,10,19,21
607:3 611:21,24
612:3,11,13,18,19
613:11 621:6,9
632:13,25 640:25
642:2,12 651:4
654:15,20 656:13
656:16 657:17
661:12 666:3
671:14,19
**multiple** 408:1,18
479:4 483:5
500:10
**mvv** 515:25
**mwd** 415:6,11
**mwds** 391:3

―――――――――

## N

**name** 381:20
459:22 505:3
555:15 569:2
**names** 459:13
574:1 589:14
**nancy** 361:9 362:12
670:9
**naoki** 619:17
**narrow** 621:7
660:8
**national** 627:5,8
**natural** 361:9
**nature** 475:16
525:8
**near** 382:8 601:13
634:10
**nearer** 577:22
**necessarily** 399:24
408:3 416:17
434:8 459:13

553:25 644:7,8
648:3
**necessary** 398:12
**necessitate** 402:6
**need** 379:17 390:9
401:9,13 422:21
438:2 471:5,11,13
483:9 570:23
618:20 637:14
**needed** 369:13
398:4,22 400:21
402:8,15,18,19
407:14,16 488:18
489:18 519:19
579:13
**needs** 413:2 667:10
**negative** 528:12
535:6 538:1
623:12 624:2,6
631:9,16 632:1,8
658:9,18,22 659:3
659:9,18
**negativepressure**
528:17 529:25
530:17 532:14
533:3 534:19,22
535:11,20 635:1
666:14
**never** 368:16
436:24 437:19
447:23 453:18
454:15 456:9,19
459:19 510:14
536:1 548:9
555:16 656:4
**new** 360:21 361:6,6
361:16,16 362:5
362:19 497:7
501:20
**news** 501:18
**nichols** 362:23
368:5,6,10,20,22
382:6 409:5,15,25
445:4,19 446:3
463:24 480:14,21

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**        Telephone: (504) 525-9100
**New Orleans, LA 70130-6009     Board-Certified Court Reporters**       Facsimile: (504) 525-9109

Exhibit X
Page 232

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported by:
**ROBERT QUITZAU VOL. II**          **May 26, 2011**   DIANE TEWIS CLARK, RPR, RMR, CRR

695

482:15,25 490:16
579:1,6,8 584:19
628:5 669:1
**nick** 619:16
**nine** 538:12
**nitrogen** 485:11
655:21
**nodding** 466:14
**non** 384:23
**nonengineer** 477:3
**nonoperating**
385:1,3 386:19
387:13,18 388:2
388:10,11,23
389:3
**nonoperator** 371:7
384:2,5,23 414:23
416:23,24 417:3
**nonoperators**
381:25
**nonrealtime** 559:16
**norm** 387:23
**normal** 379:9,10
568:1
**normally** 386:9
492:9
**nosewicz** 362:18
**notation** 667:2
**note** 404:23 433:3
437:11,13 442:13
633:1 635:3,14
637:4,8,10,19
640:25 641:5
642:12,19,24
644:17 647:5,6,22
647:23 656:19
657:8 658:8
659:24 662:12
664:16
**notebook** 627:23
**noted** 630:17
**notes** 365:17
627:20,25 628:22
634:3 638:24
644:25 654:23

**notice** 442:21
555:22 616:15
**notification** 611:4
**number** 372:21
392:7 393:12
405:8 413:21
437:24 507:8
511:1 514:8,16
521:18 536:9
537:22 560:19
564:19 605:23
634:22 640:13,17
648:2
**numbered** 556:4
**numbers** 405:13
491:18 561:12
581:17 642:18
671:6
**numerous** 424:5
489:25 573:9

— — — — — — — —
**O**
**oath** 366:23
**object** 372:18
375:14 377:19
378:8,21 380:5,19
385:20 386:6,22
388:5 389:14
390:18 392:2,23
393:8 394:25
396:24 397:6,18
398:14 400:8,17
401:11,21 402:12
403:24 408:13
411:4,8,19 414:3
414:15 415:24
416:7,15 417:6
418:19 419:7
421:10 423:16
424:2,15 425:1,13
425:24 429:1,12
429:25 430:7,16
430:24 431:10
433:13 434:3,19
436:5,15 439:14

440:6,20 441:5,15
441:23 442:10
444:21 445:5
446:13 447:3
450:10,21 451:7
451:16 452:25
454:1 455:3
456:16 459:4
461:7 462:7 463:4
463:11 464:8,12
464:14 465:12
466:19 468:15
470:7 472:12
474:8 476:16
477:11 480:15,17
481:5 482:24
484:14 485:3,20
486:15 487:5,17
488:5,21 489:7
490:13,25 491:20
492:12 495:24
497:1 498:18
499:9,25 500:8
501:7,15,23 502:5
502:14,16,22
503:1,11,23,25
504:9 505:22
506:9 508:22
509:18 510:10
511:22 512:11,24
513:16 515:14
516:12,14 517:9
517:19 518:4,17
519:23 522:3,12
523:7,9,16,25
524:8,10,20
526:22,24 527:12
528:5 529:10,12
530:2,20 531:6
532:8,19,21 533:7
533:9,19,21
534:13 535:1,3,13
538:7,16,25
539:11 540:15
541:6,8,17 542:2

542:12 543:1
544:16,24 545:23
546:10 547:2,18
547:20 548:7
551:8,25 552:10
553:16 554:13
560:5 561:10
562:20 563:15
564:13 565:11,25
566:4,20 567:14
568:25 569:9,22
570:2 571:19
572:3 574:18
576:5 577:11
578:9 579:19
580:2 582:9,22
583:15 584:6
585:19 587:7,14
588:10,18 590:4
590:15 591:9,14
592:11 593:3,19
595:1,8,16,24
597:18 598:4,19
599:11,17 600:1,3
600:19 601:8,21
602:7 603:3 604:8
604:19 605:15,20
606:6 607:7,17
608:19 609:20
610:4,13,15,25
612:15 614:17
615:1,15 616:21
617:5,16,25 622:1
623:18 628:18
629:4 631:13
632:5 633:21
636:3,18 642:5
643:24 645:18
646:15,19 648:17
648:25 649:9,24
650:8,17 651:1,16
652:4,12,14 653:1
653:3,16,22 654:7
656:2 657:23,25
659:6 660:12,25

661:8 662:6
663:18 664:2
666:5 667:20
670:15 672:11
**objection** 445:20
446:4 463:25
480:22 481:12
482:16 483:1
490:15,17 508:14
543:12 625:18
629:18 670:23
672:1
**objections** 366:13
**objective** 372:5
374:15 375:18
390:10 391:5
411:23 412:2
422:6 585:3
**objectives** 369:4,16
370:17 372:25,25
374:7,17 412:7,10
412:21 422:3,9
623:4 654:11
**obligation** 518:14
**observation** 658:17
**observations**
428:17 487:14
496:10
**observe** 552:14
**observed** 491:25
492:17
**obtained** 548:24
561:15
**obviously** 487:1
**occasionally** 398:20
**occasions** 662:18
**occupied** 475:6
**occurred** 372:7
382:20 383:14
404:9 409:13
486:24 515:21,23
535:16 568:13
**occurring** 478:24
**occurs** 648:1
**ocean** 480:2

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009       Board-Certified Court Reporters        Facsimile: (504) 525-9109**

Exhibit X
Page 233

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:
**ROBERT QUITZAU VOL. II**          **May 26, 2011    DIANE TEWIS CLARK, RPR, RMR, CRR**

696

**oclock** 379:12,12
    443:16
**october** 456:2
**odds** 650:14
**odonnell** 427:9
    429:5,9,22 596:11
    597:4 611:14
    612:1,22 613:7,21
**odonnells** 427:15
    431:13
**offer** 616:18 628:12
**offered** 419:20
    473:19
**offering** 616:23
**officially** 422:10
**officiated** 366:23
**offshore** 362:15
**oh** 369:22 406:5
    539:4 597:5
**oil** 360:4,4 631:20
**oilbased** 544:5
**okay** 368:6,9,20
    369:17,21 370:2
    370:13 371:6,24
    372:11 373:21
    374:11,21 375:9
    376:24 377:11
    378:3,18 379:2,6
    379:23 381:24
    382:11,24 383:18
    384:21 385:7
    386:3 387:3 389:7
    391:14 393:24
    394:21 396:5
    398:18 400:13,23
    406:21 407:2
    409:14,19 410:6
    411:16,25 413:3
    413:22,23 415:16
    416:3,12 417:22
    417:25 418:9
    419:11,14,22,25
    420:6,21 421:14
    421:20 425:19
    426:18 427:2

430:4 432:16,22
433:6,9,18,24
434:14 435:9,22
436:2,8,13,21
437:11,16,22 438:2
439:2,5,23 442:7
444:4,5 446:23
447:13 452:11
454:12,18,22
456:3 457:17
460:23 461:19
462:3 467:2,14,22
467:25 468:19,24
469:7,12 470:3,13
474:4,19 475:11
475:21 476:5
477:9,13 481:2,19
482:2,2 485:25
492:9 506:4,18
507:21 508:16
509:2,13,22
510:14,24 512:7
513:23 514:21
515:18 516:19,22
517:3,15,23 518:9
519:12,18 521:4
521:23 522:16,19
525:18 529:18
533:1,13 534:4,18
539:15 540:10,22
543:7,23 544:8
547:24 548:19
549:21 550:10
551:12,19 552:18
553:6 554:3 555:1
555:19 556:16
557:18 558:7
560:1 567:18
596:14,17 597:3,8
602:13 603:15
605:1,6 611:7
615:10,21 620:6
621:11,19 627:14
627:22 629:24
630:11 634:20,24

635:18 636:12
637:2 640:23
641:25 646:25
647:21 650:19
655:7 656:9 658:5
662:16 669:18
671:7 672:16
**once** 561:22 562:15
    620:15
**oneill** 557:2
**ones** 390:21 424:8
    557:16 574:11
    626:8 637:20,24
**ongoing** 559:20
    657:19
**open** 405:3 425:15
    663:12
**operate** 425:21
**operated** 370:7
    537:7
**operating** 377:24
    379:16 381:4
    388:8,13,18,21
    394:7,17 398:21
    399:8 402:1,3,4
    424:11 454:13
    524:23 531:14,18
    536:22 537:1
    566:7 578:15
    667:11 671:24
**operation** 386:9
    401:9,14 405:1
    469:20 559:12
    562:17,23 577:4
    654:5
**operational** 423:13
    423:19,24 424:5
    424:23 425:10
    430:13,21 622:21
    670:12,20
**operationally**
    420:12,14,22
**operations** 379:4
    380:2 389:9
    390:12 393:25

394:2,8,9 399:1
400:14 401:3,5,17
402:5,10,22
403:21 404:16
419:20 469:8
488:8 502:1
528:21 548:12
559:20 562:5
563:3 565:20
568:4,14,16,17,19
569:5,13,18
570:13 573:15
576:1,15 578:4,4
584:2 587:12,17
588:6 591:12
592:22 617:12
618:5 620:14
624:7 634:18
636:15 657:19
668:8,19 669:9,11
**operator** 370:15
    371:1,10 381:21
    383:20 414:12
    416:21 508:17
    511:19,25 517:24
    518:14 524:4
    529:20 551:4,23
    552:6 622:23
    662:19,23 663:13
    663:23
**opinion** 375:21
    400:5 440:25
    486:13 537:11
    552:21 623:22,24
    624:7 626:21
    633:18 636:24
    637:1,22 639:12
    668:11
**opinions** 532:1,11
    617:11 628:12,25
    629:1,7,11 646:12
    646:22
**opportunity** 596:15
    603:20 604:1
    627:1

**opposed** 428:12
    431:22 435:20
    457:25 458:1
    495:8 541:14
    580:21 635:13
**opticem** 536:8,14
    536:18,19 537:1,3
    537:20 640:9,11
    662:2,12,20
**options** 475:8
    484:22 625:24
    626:5
**order** 401:25
**original** 409:9
    487:24
**originally** 451:12
    452:3
**orleans** 360:21
    362:5,19
**outcome** 674:16
**outside** 384:25
    457:2 458:1,2,17
    635:13
**overall** 475:19
**overly** 648:13

**P**
**page** 364:4,13
    407:3 413:19,20
    413:20 417:23
    418:5 420:7
    467:11 476:6
    507:24 519:4,5
    520:14,24,25
    521:1 525:12,14
    525:18 526:2
    543:24,25 548:14
    548:21 574:22
    581:16,23 584:17
    584:23 611:13
    613:20 625:6
    634:2,21 637:2,4
    638:2,4 640:21,25
    642:17 644:13,18
    647:1,3 654:21

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**          **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters**          **Facsimile: (504) 525-9109**

Exhibit X
Page 234

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported by:

**ROBERT QUITZAU VOL. II**          **May 26, 2011**   **DIANE TEWIS CLARK, RPR, RMR, CRR**

697

656:9 658:6,9
659:20 661:16
664:7,11 666:10
666:12 671:5
**pages** 419:23 556:3
627:23 665:9
**painted** 667:13
**pan** 362:4
**paper** 627:24
**paragraph** 420:11
427:19 496:24
584:23 611:18
635:8,19 636:11
637:9 651:6 657:9
662:8,11,14
663:11 664:17
**parallel** 435:24
**paraphrasing**
484:3
**pardon** 414:10
**parens** 609:4,5
**parkway** 363:8
**parlance** 437:2
**part** 366:16 369:7,8
374:1 403:8
434:25 443:21
453:13 473:3
478:9,11 487:14
490:2,3 503:14
509:13 552:21
553:12 556:9
634:23 655:1
**parted** 385:24
**partially** 503:7
**participants** 384:24
**particular** 394:23
395:19 401:9
441:3 449:14,15
449:16 450:7
568:7 642:13
657:7
**particularly** 395:11
**parties** 366:4
460:18 674:15
**parts** 384:10

552:14,19 667:22
**pass** 470:19 642:21
**passed** 409:25
**passing** 421:3
**pat** 364:15 469:20
**path** 454:24 455:1
455:18 456:4,9,11
456:21 482:5
**paths** 482:12
**patience** 669:20
**paul** 363:3 521:18
557:8 589:12
590:22
**pay** 391:7,11
396:13,15,17,19
515:22 522:22
523:1,4 560:8
598:14 599:2
601:13 602:5
614:6,23 615:5,12
615:19 616:3
657:11
**pelgraf** 396:9
**pelgraph** 396:6,8,8
**people** 370:11
375:11 376:13
460:10 468:12
485:10,12 489:25
500:11 552:13,15
554:2 560:19
561:2,20,21
579:23
**perceived** 616:2
**percent** 382:2
**perceptions** 489:10
**perform** 529:24
539:9 541:24
**performed** 505:12
534:23
**performing** 535:11
542:9
**period** 381:6,19
382:10,12,20
383:7,9 393:12
455:5 456:4

468:22 476:9
488:17 499:22
501:5 502:11
531:15 554:1
577:22,23 580:18
592:19 593:10
**periodic** 593:1,12
**periodically** 563:20
**periods** 487:23
558:14 668:20
**permanent** 373:13
**permeabilities**
525:9
**permeable** 647:5
647:25 648:14
649:2
**permit** 415:1
508:25 509:5,10
512:1,14 513:24
**person** 386:15
473:17 476:1
**personal** 623:24
658:16
**personnel** 570:17
570:20 573:10
**perspective** 447:1
557:14,15 579:17
621:24 622:5
**petroleum** 362:15
556:8
**petrophysical**
557:4
**petrophysicist**
397:10 557:3
**peyton** 427:10
557:19 571:12
581:23 582:6
613:8
**peytons** 570:25
**pfister** 368:8,10,12
368:17 371:3,6,8
371:14 467:8
469:25 476:4
579:2
**phase** 472:17

580:17
**philosophy** 463:15
**phone** 420:4 458:13
598:7,10,16
609:10,25 614:20
**photocopy** 627:23
**picture** 667:13
**piece** 461:24 480:7
**pieces** 462:1 626:7
**pipe** 385:24 462:1
479:15,17,18
480:1,7 531:23
614:1 641:21
642:1,13,22 643:2
643:10,20 644:1,6
664:19,21,24
**pipes** 650:2
**pit** 508:2 644:20,20
645:8,11
**place** 380:10
453:23 471:25
489:17 499:2
521:25 526:16
533:15 543:8
550:14,15 585:12
**placed** 448:2 453:9
453:10 465:5,6
564:4
**placement** 449:23
492:7 549:1
**places** 492:3,4
**placing** 543:18
**plaintiffs** 361:3
**plan** 365:2 370:12
370:19 380:9,14
395:14,16 407:10
407:13 420:15,22
453:24 508:18
578:23 585:12
607:19
**planned** 491:4
493:15
**planning** 472:18
537:6 580:20,24
**plans** 386:16 421:5

476:8
**playing** 582:18
**plc** 361:18
**please** 443:25 485:7
637:5 644:16
656:12 661:21
666:9 671:4,6
673:17
**pleasure** 443:20
**plot** 407:5,23,25
408:20 410:23
411:2
**plots** 408:25 411:17
412:19,24 413:4
**plug** 477:24 531:24
533:15 534:5,10
534:10,24 662:25
**plugged** 410:23
**plus** 427:23 497:8
497:10
**pluses** 484:21
**pm** 364:15 365:2,8
365:15
**poh** 420:15
**point** 374:16 399:4
422:1,6 455:20
457:1 458:14
459:14 480:4,6
486:6 487:12
504:14 508:8
539:2 550:5
571:25 578:18
585:13 592:15
594:3,4 605:11
606:4 608:9 609:2
614:1,2 665:2
667:7
**pointing** 497:23
**points** 410:22 471:8
665:21
**poitevent** 362:17
**policies** 529:23
530:15 531:2
538:3 539:8
549:22 550:7,13

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010      Reported By:

**ROBERT QUITZAU VOL. II**     **May 26, 2011**     **DIANE TEWIS CLARK, RPR, RMR, CRR**

698

551:20 552:3
553:5
**policy** 648:12
**pontchartrain**
360:20
**pore** 370:19 377:25
377:25 379:20
380:11 397:21
407:5 409:1
411:14 506:2,15
506:19 509:15,24
510:1 514:3
524:23 552:24
585:14,16 606:20
606:23 607:2
660:8 666:2
668:23
**porter** 573:25
574:3
**portion** 433:22
**portions** 432:19
**position** 425:3
466:24 618:14
636:5,9
**positive** 456:23
**possibility** 375:18
440:9 543:15
654:19
**possible** 367:14
389:21 393:18
420:18 442:1
483:25 489:10
615:24,25
**possibly** 377:25
378:4 494:25
**postblowout** 470:4
**posted** 380:2 390:1
399:14,16,17
400:3 401:1
**potential** 407:7
447:15 463:21
465:10,22 494:7
572:25 573:2
574:12 602:5
614:23 615:12

616:2,8
**potentially** 615:23
**pound** 418:12
512:16 545:1
**pounds** 420:25
**powerpoint** 409:3
409:15 410:17,20
411:13
**poydras** 360:20
362:4
**pp** 379:7 380:1
386:10 389:10
390:12 397:16,20
398:3 400:25
401:7,19,23
509:15 568:5
585:1 605:17
**ppg** 508:5,5,6,11
511:11,20 512:8
512:21 513:13
515:4,5 518:10
519:8,19 523:5,21
523:22 526:3,5,16
526:17 527:8,9
544:4,9,13,21,22
608:24,25
**practical** 462:20
**practice** 380:22
399:20 513:3,6
532:15 535:9
541:24 542:6
552:5 576:25
648:11,13
**practices** 370:21
384:18,20 473:16
474:16,25 475:13
528:13,25 529:1,5
530:9,11,12,13
550:12 589:16
634:5 652:17
653:25
**preapril** 583:19,21
**preblowout** 468:22
**preceded** 444:18
445:16,17,25

**precise** 482:21
**precisely** 597:25
**precursor** 498:13
**predicted** 457:19
585:14
**predicting** 412:12
**predictions** 429:19
**predominantly**
377:22 437:6
**predrill** 409:6
**preference** 639:20
**preferred** 561:2,20
**preis** 361:18 362:3
**premacondo**
474:20
**preparation** 377:5
377:12 490:7
531:16
**prepare** 377:16
390:15 391:1
569:24
**prepared** 377:9
380:9 391:18,20
514:12 568:2
569:6,13,18
570:16 586:7
606:24
**prepares** 568:21
**preparing** 490:1
**present** 363:14
380:25 381:4,8,12
522:7,8
**presentation** 409:3
409:17,20,23
410:17,21 411:6
411:13 669:3
**presentations**
378:5
**pressure** 370:19
373:3 377:25
379:20 380:12
397:21 407:5
409:1 411:14
448:4,8,10,16,24
449:2,19 456:19

457:20,23 462:14
478:3,5 484:18
487:20 492:20
493:19,21 494:5
494:10 496:20,21
497:7,9,15,16,17
497:18 498:3
506:2,16,19
509:15,24 510:1
514:4 524:23
545:18 546:5,7,20
546:23 547:13,25
548:2 552:24
585:10,11,11,14
585:16,22,23
607:2 631:10
641:22 642:1,7,14
642:21 643:2,20
643:20 644:1,2,6
646:8 655:5,10,11
656:17 657:1
660:8 666:2
**pressures** 491:13
491:16,24 492:16
494:2 529:7
540:20 578:22
606:20,23 632:23
633:3 657:18
660:15,18,21
661:4,10 668:23
**pretty** 471:19
**prevented** 441:13
637:7
**previous** 369:19
370:4,5 371:21
412:15 416:20
421:6,8,17 434:11
515:5 532:23
559:18 568:9
575:16 577:5
584:24 585:7,15
**previously** 405:5
405:15 555:20
576:21 577:5
578:19 580:10

590:21 596:9
603:10 611:5
613:15 616:12
619:14 650:11
654:9
**primarily** 379:3
585:16,21
**primary** 382:4,9
383:22 580:11
**prints** 415:11,11
**prior** 391:9 456:4
461:4 464:22
475:25 484:11
485:14 515:21
530:14,24 531:1
538:2 549:25
550:6,16,17,17
551:19 553:11,21
553:21 575:5
593:16 594:6,7,11
610:1,19 640:16
651:24 652:22
**priorities** 460:11
**prioritization**
447:6
**prioritized** 446:24
**prioritizing** 460:2
**probability** 649:16
650:23
**probably** 387:9
427:22 431:19
460:25 522:9
558:6 577:23
665:2
**problem** 413:11
474:14 520:21
637:7
**procedure** 366:7
476:10,23 486:7
496:17 498:11,20
498:21,24 499:2
499:15 532:17
533:14 534:3
536:3 576:16
622:17 658:11,22

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**     **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009**     **Board-Certified Court Reporters**     **Facsimile: (504) 525-9109**
Exhibit X
Page 236

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                      Reported by:
**ROBERT QUITZAU VOL. II**          **May 26, 2011**     **DIANE TEWIS CLARK, RPR, RMR, CRR**

699

659:13,16
**procedures** 370:21
373:7,17 475:13
529:24 530:16
531:3 535:6 538:4
539:8 549:22
550:8 551:21
622:13,15,21
658:19 659:2,9,11
659:15
**proceeded** 549:2
**process** 373:23
374:4,6 404:10
408:16 449:17
452:13 459:15
487:12 501:10
561:1,18 634:12
**processes** 475:18
**produce** 503:14
**produced** 671:22
**production** 427:16
429:7,16 432:15
433:2,23 437:9
448:6 449:25
452:15 453:17
516:9,20 522:1
526:11 527:6,7
536:11 538:13
540:24 542:22
547:10 550:23,24
552:20,20 553:7
556:13 651:23
656:5,6
**productive** 435:1
557:5,11 559:10
649:12,20 651:20
651:23 652:2
**profile** 457:23,24
**profiles** 456:19
**prognosis** 414:25
**program** 454:4,11
454:15,17 475:19
562:1
**progress** 369:7
372:4 374:5,8,8

374:12,23 375:1,3
375:4,6,10 376:22
377:2 390:9 400:5
407:19 411:22
488:13 489:9,10
489:12,13 550:12
557:9 575:4
587:20 588:4
596:2 622:18,24
623:3 654:10
**progresses** 587:24
**progressing** 412:1
**project** 376:13
384:22,24
**proper** 372:24
**properly** 471:17,19
661:24
**properties** 394:13
541:20 664:5
**propose** 512:3
**propriety** 622:13
622:15
**proved** 457:6
**proven** 651:8,12
653:14
**provide** 369:1,13
401:8,8 407:1
412:18 417:2
545:19 546:6
568:5 577:7 584:1
617:10
**provided** 409:5
416:23 583:25
**provider** 663:14
**providers** 663:24
**provides** 662:25
663:15,21
**providing** 617:18
**proving** 457:8
**ps** 405:6
**psc** 405:6 406:3
413:14 417:11
426:13 427:1
438:1
**psi** 491:13 492:10

497:9,10
**public** 625:10
**pull** 420:15,22
544:13,21
**pulled** 455:21
458:4,8 559:11
**pump** 457:19,22
478:5 482:13
495:16,22 496:9
529:7
**pumped** 404:17
477:21,22 488:8
491:4 494:1 496:3
**pumping** 457:22
470:20 476:10
478:14 481:25
486:7 487:21
488:14 490:2,3,10
493:20 494:6
496:14,18 497:22
573:18,18
**pumps** 591:24
**punch** 655:2
**purpose** 380:7
428:24 429:4,4
447:25 533:2
534:19 539:15
540:3,5,7 567:24
582:5
**purposes** 568:12
**pursuant** 366:6
**put** 370:11,18
372:10 395:14
448:5 450:6 451:4
451:14 452:5
454:7,10 457:19
462:25 465:1
466:6 475:1 476:7
484:22 485:11
488:2 499:2 516:4
543:21 550:14,14
625:1 626:22
**putting** 373:6
426:10 428:12
542:23 625:15

626:12

_____
**Q**
_____
**qualified** 422:8
**qualify** 372:15
483:6
**quality** 471:5,12,13
472:24 641:13
669:13
**quantify** 392:15
393:13 517:13
**quantitative** 517:12
606:12
**question** 366:14
371:11,12 401:15
403:14 414:5,6
418:15 420:19
421:16,21,24
425:7,8 430:18
431:5,6,13 433:16
439:24 441:17
445:8 448:13
450:13 451:22
454:23 455:14
463:13 464:16
466:4 477:15,17
484:6,7 490:20
500:2 502:7
510:15,17 513:1
518:20 525:2
527:24 534:18
535:19 536:7
539:25 540:2
550:3 572:5
575:17 580:5
600:22 603:23
610:17 625:1
632:23 642:22
643:20 644:3
647:7 650:20
652:23 653:12
655:18 660:1
661:2 662:9
666:19
**questioned** 589:19

**questioning** 467:4
504:14
**questions** 377:9,10
385:8,10,12,14,16
385:17,23 386:4
386:12 388:14
391:18 435:16
443:6,21,24 444:6
458:19 476:2
499:17 500:21
504:16 521:22
536:5 545:14
554:4 555:2 567:9
570:22 579:13
586:8 587:3,12
588:3,5 596:16
618:16 623:6
624:2 629:24
631:16 645:15
653:19 654:14
668:5 670:10
672:16
**quick** 372:2
**quickly** 394:11
485:1 491:8 497:6
**quite** 434:22
603:19
**quitzau** 360:18
365:1,8 367:3,7
413:16 417:20
423:9 443:6,18
444:6 467:17
505:2 545:13
555:14 575:12
619:8 669:18
670:8 673:13
**quote** 498:21 565:4
565:5

_____
**R**
_____
**raise** 592:16,16
595:5,10,13 612:3
**raised** 606:11
**raising** 517:1
**ran** 541:15 547:9

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

Reported By:

**ROBERT QUITZAU VOL. II**      **May 26, 2011**   **DIANE TEWIS CLARK, RPR, RMR, CRR**

700

**range** 385:22 394:9
629:6
**rapidly** 492:23
**rate** 495:16 496:13
496:16 643:8
649:21
**rates** 479:9 494:8
496:18
**rathole** 522:21,25
523:4 542:24
543:8,10,18,22
544:4 598:12
**ratings** 448:21,23
448:23,25 449:1,2
452:19
**ray** 589:5
**reach** 369:3,14,15
412:7,9 442:19
585:2 595:22
**reached** 365:12
635:20
**reaching** 412:21
486:5 596:5,6
623:4 654:11
**read** 404:18 412:23
418:9 420:10
427:18 451:24
452:1 470:23
476:13 495:19
510:25 516:7
548:16 585:4
586:12 591:16
592:5 596:15
599:4 603:16,21
603:22 609:6
611:22 614:7
625:12 627:13
629:25 630:20,21
630:23 632:11,17
632:21 634:4
635:4,14 637:3,9
637:14 638:12,13
638:17,19,24
639:3,5 642:18
644:17,22,23

645:4,11,16 647:6
651:6 654:22
655:6,17 656:11
657:5,10 658:9
659:25 660:2
661:21,25 662:8
664:10,17 665:14
665:18 666:18,20
666:23 668:1
673:5,6
**reading** 366:9
372:6 404:15
516:17 521:23
632:7 635:17
636:10,11 638:12
640:25 641:7
646:10
**reads** 611:19
666:18
**ready** 369:1
**real** 596:16
**really** 425:5 429:20
465:9 486:12
546:23 547:13
641:9
**realtime** 496:8
551:5,13,15,22
552:7 553:1,14
554:1,7,10,22
559:4,8,13,14,21
571:25 572:8,15
**reason** 667:16
**reasoning** 380:23
**reasons** 373:20
442:14,15,17
590:8 625:9
626:11,15,16,20
**rebecca** 557:24
**recall** 383:10 389:5
389:21 390:22,25
392:6,13 399:15
400:10,10 402:5
409:21 413:5,6
415:19 416:1,3,5
416:9,25 419:2

438:12,15 439:2,8
442:15,17,24
458:9 471:2
480:24 481:14,16
481:17 486:17
492:4,7 496:10
500:25 514:5
515:10,12,16
531:25 534:2,15
536:4 537:25
547:4 549:12
551:1 555:25
556:21 557:2,20
557:21 558:1
561:12 564:1
567:6,10,16,24
572:11 573:21
575:2 576:13
578:24 580:15
583:9,17 584:20
586:23 588:5
589:20,22 590:17
592:14 594:10,15
594:20 596:18,25
597:11,13 598:21
599:15,19 601:25
602:15 603:1,5
605:9 608:6,11
609:22 610:6
612:21,24 613:1,3
613:6,12 616:5,9
616:16,23 617:7
617:18 618:8,18
619:22,23 620:3
621:18,21 626:19
629:12 630:16
631:15 632:18
633:2,3,10,15
640:9 641:17
642:11,15,23
644:24 645:3,5
647:22 655:15
658:2,15 664:15
665:5,7,24 666:7
667:1,8,22 668:9

**recalling** 601:23
**recap** 420:4
**receive** 403:3 414:9
414:11 415:17
416:13
**received** 368:16
415:21 470:10
619:20 663:23
**receiving** 416:5,9
565:15 612:21
614:20 620:6
**recess** 423:2 443:12
483:15 504:21
545:6 555:7 619:1
670:2
**recipients** 421:25
**recollection** 438:9
438:25 439:1
491:2 494:25
515:6 557:23
558:3 598:6
618:11,11 632:7
**recommend** 449:22
**recommended**
537:23 640:13
651:22
**record** 367:5
376:16 399:21
422:24 423:5
443:10,15 483:10
483:12,18 504:19
504:24 514:15
520:9,23 525:22
545:4,9 555:4,10
618:23 619:4
669:24 672:20
**recorded** 395:24
409:9 491:24
**records** 377:15
409:24 613:3
**redden** 362:22
**reduce** 478:3
**reduced** 462:15
487:10,11
**reducing** 418:12,22

**reduction** 515:25
**reentered** 373:20
**refer** 496:24 507:23
508:9 514:21
519:4 521:11,24
543:23 544:3
**reference** 384:17
406:8 428:6
496:14,17 604:11
620:9,23 630:7
**referenced** 398:23
422:5 660:9
**references** 524:24
606:22 614:24
663:12
**referred** 407:9
410:3 468:12
476:24 483:3
494:22 499:18
500:3 578:21
**referring** 435:7,12
455:6 473:13
475:23 481:7
511:14 521:2
525:23 530:4
533:24 539:17,19
552:23 570:13
573:8 589:2,10
606:2 611:25
615:4,9 633:4
637:16 647:14
**refers** 430:9 432:1
492:16 516:7
522:8 526:3
665:25
**reflect** 438:24
642:8
**refresh** 438:8,16,24
494:24 556:20
**refreshes** 439:1
**regard** 372:4 395:5
424:18 444:8
445:11 447:14
459:24 473:20
474:17 481:24

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported by:

**ROBERT QUITZAU VOL. II**          May 26, 2011    DIANE TEWIS CLARK, RPR, RMR, CRR

701

526:19 528:2
534:5 536:11
regarding 429:6
529:24 530:16
531:3 532:2,3
537:11 538:4
539:9 551:21
572:25 575:3
609:13 638:7,15
639:8,12,13
640:12 641:21
670:12
regs 508:1
regular 392:6
607:10
regularly 524:24
relate 657:16 660:4
660:7 661:5
662:14
related 369:2
442:18 453:21
490:10 573:11
578:20,22 585:16
585:21 634:8
641:20 662:11
674:14
relates 603:17
621:6 633:7
634:17 662:2,12
relating 576:16
588:4 627:3 638:6
642:13
relation 473:25
474:2
relationship 412:3
416:22
relative 380:13
454:7,19 605:22
released 396:18
relevant 398:7
447:6 510:17
548:24
relied 402:16
relief 452:11,12,12
455:17 456:6

458:22 470:11,20
471:18 472:8,15
472:16,24 473:1
475:7 476:7 573:9
573:16 574:6
626:4 634:17
636:15 656:20
657:4
remainder 504:15
remember 381:18
381:20 383:12
393:1,10 399:9
409:16 413:15
417:19 442:22
456:1 462:13
468:24 469:15
470:15 474:13
490:11,19 496:7
498:2,6 516:19,22
516:24 567:21
598:16 602:19,22
630:17 644:2
668:1
removed 461:20,25
repeat 367:18
371:12 403:14
414:6 421:15
451:22 455:14
464:16 539:24
572:5 603:23
610:17 661:2
662:9
repeatedly 500:3
rephrase 387:10
replace 420:16,23
reply 428:19
report 364:24
368:7 378:11
379:19,20,21
380:2,12 382:13
382:21 386:10,10
393:16,22 394:7
394:17 399:8,12
400:20,24 402:1,4
404:16 518:23

519:5,5 520:25,25
525:12 526:2
536:8,14,19,19
537:10,17,19
543:24 548:14
565:20 568:8,9,14
568:17 569:6,16
569:18 627:6,9,12
627:13,24 628:12
628:21,25 629:2,8
629:16,22 630:8
631:7 632:8
634:21 635:11
636:11 645:4,16
655:14 657:5
660:9 667:12,23
668:2 671:13,14
671:14,18,19,24
672:3,4
reported 363:19
371:14 393:18
674:9
reporter 363:21
366:22 452:1
674:4,21
reporters 674:1
reporting 369:8,23
383:16 405:2
434:7 468:19
470:4,10 517:23
518:6 523:20
526:10,13,18
527:1,9 674:10
reports 372:2,6
376:18 377:6,24
377:24 378:1,4
379:4,7,8,13,16
379:25 380:1,1
389:10,10,11,11
389:16,18 390:12
390:12,13,14
394:1,2 396:6,22
397:16,20 398:3
398:21 399:1,12
399:13,23 400:14

400:20,25,25
401:6,7,7,19,23
401:24 402:10
408:17 414:24
509:14,16 524:22
524:23,24 531:15
531:18 537:2,5
566:7 568:5,5,11
568:20,22 569:14
569:25 570:12,13
570:16,16 571:5
578:15,16,20
584:2,3 586:13
605:18 606:18
617:12 627:2
640:9,11 663:6
668:8,19 669:4,8
669:10,11,12,16
represent 367:10
505:4 555:15
643:4,5,6,7
representative
574:24
representing
409:11
request 393:17,19
393:22 427:15
428:19
requested 407:17
451:25
requesting 429:10
requests 391:21
393:11 429:6
require 372:1
511:10,15 606:13
612:10,19
required 529:23
530:16 531:3
538:4 539:8
549:22 550:8
551:21 561:20
585:2 649:6
663:24
requirement
511:19

requirements
468:20 517:24
518:7 523:21
526:10,13,19
527:2,10
requiring 549:23
550:8 612:12
reread 635:8
reserved 366:15
reservoir 571:3
582:14,15,16,19
608:25 616:8,10
reside 475:3
resistivity 589:5
599:1,7,14,23
600:6,9,10,15,25
601:19 602:25
604:12 617:22
resolution 505:16
resolved 528:20,22
624:8,9,13
resources 361:9
respect 453:22
463:22 466:16
467:4 469:1 470:4
481:3 488:15
490:9 493:22
494:21 563:8
564:10 571:1
579:4 591:11
595:14
respond 391:18
429:5 579:12
responded 586:11
responding 385:14
428:18
response 427:14,20
490:23 527:23
532:3,4,5 567:8
571:13 586:18
589:18 612:22
623:5,9 624:1
625:5 632:13
643:19 669:13
responses 612:25

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010      Reported by:
**ROBERT QUITZAU VOL. II**     **May 26, 2011**    **DIANE TEWIS CLARK, RPR, RMR, CRR**

702

613:1
**responsibilities**
367:21 368:11,13
370:4,5 371:2,5
**responsibility**
375:22 387:14,17
388:2 389:3,25
390:2,4,6 393:21
396:12,21 397:3
403:1 417:2
422:15 629:21
661:23
**responsible** 396:5
489:16,24 579:16
629:15
**responsiveness**
366:14
**rest** 630:22 666:22
**restate** 371:11
414:5 441:17
550:3 650:19
**restrictions** 560:13
561:24 562:3,5,8
562:10,13 563:24
564:2,4,9
**result** 454:24
457:12 458:7
474:14 537:12
618:9
**results** 536:18
548:24 550:25
553:1
**return** 466:16
487:23 591:4
**returned** 410:19
594:18,18
**returns** 527:5
531:21 592:17,25
593:13 599:3
**review** 372:2
396:12,22 399:18
399:25 400:4
402:9 403:10,17
509:14 521:21
537:10,14,15

564:10 571:24
577:4 578:16
586:9,15,20 604:1
606:17 617:11
627:1 628:11,15
652:16 669:15
**reviewed** 498:21
531:14 537:16,18
569:19 627:5,8,11
640:8 668:7,21
**reviewing** 509:23
584:24 585:6
586:23 622:12
631:7 654:5
668:18
**reviews** 605:17
**revisit** 407:23
435:16
**richard** 361:19
443:22 505:4
573:24
**rig** 360:4 378:11
379:14,22 528:23
570:18 576:3,11
635:19 657:11,19
663:8 668:13
**right** 368:3 369:5
373:8 381:6 396:3
398:9 399:2
405:21 406:16
409:11 413:18
415:9,16 422:22
423:9 427:7 443:5
444:16 446:18
447:18,23 448:22
449:4 453:12,20
457:6,10 459:12
460:12 465:18
467:20 470:23,25
471:3 473:3,11,21
474:4,22 475:5
476:13 477:18
478:12,16 480:2
483:8 485:7,13,25
487:13 488:11

492:22 496:24
497:5,13 498:6
499:16 501:2,4
503:20 504:13
528:15 544:1
553:9 556:10
557:17 567:12
569:7,17 579:4
587:4 590:25
601:1 602:5
603:13 607:3
614:13 630:12
631:1,21 634:22
638:4 641:22
643:22 654:17
655:3 656:10
657:9 662:4
667:14
**righthand** 581:17
**riser** 461:16,17,18
461:19 462:1,10
462:11,11,12,14
462:21,23 465:21
477:25 478:4,19
478:23,25 479:1
479:11,12,24
480:1,3,5 482:4
483:4 494:21,22
495:8,10 496:20
553:10,11 624:12
**rising** 666:24
**risk** 449:24 465:1
466:9,10 514:22
**risks** 466:9,15
572:25 633:19
**rmr** 363:20 366:21
674:3,20
**robert** 360:18
361:19 365:1,5,8
367:3 673:13
**rocks** 478:7 525:9
646:5,5
**role** 368:4,10,18,21
368:22 369:23
370:24 371:7,9,18

371:21 374:23,25
387:13,17 388:1,8
388:10,16 389:2
393:21 402:25
403:11 422:15
425:4 459:22
570:25 574:4,8
582:18,25 670:11
670:19
**roles** 369:18 371:21
469:5
**ronquillo** 362:7
**room** 360:20
**root** 623:7,11,23
**rough** 581:13 669:7
**routine** 379:9,10
**rovs** 445:10
**roy** 361:18 362:3
**rpr** 363:20 366:21
674:3,20
**rule** 394:4
**rules** 366:7
**rumor** 499:23
**rumors** 427:25
499:20,21 500:3
500:18
**run** 373:4 374:15
386:14 427:22
428:22 431:2
432:15 434:25
435:3 538:20
540:25 542:8,22
542:23 543:17
546:21 549:24
550:9,22 583:1
591:22 609:1
610:21 614:1
639:9,17,20 640:5
640:18 645:7,9,22
646:1,9 651:13
653:13 661:23
662:3,12,19 663:4
663:5,25 664:25
665:4
**running** 378:23

437:5 529:21
609:15 610:9
639:24 644:20
646:6 652:24
663:8 664:14,20
**runs** 663:21
**rupture** 447:21
**ruptured** 447:19
465:2,6

---

**S**
**safe** 403:21
**safely** 527:21
**safety** 402:22 403:5
403:12,21 442:18
442:22 595:6,11
609:3,13 610:11
610:22 620:9,17
620:24 621:2,19
621:24 622:4
633:19
**sake** 376:19
**sand** 422:12 519:7
519:9,13,19
522:22 523:1,4,22
524:5 560:8 599:1
599:2 601:13
608:24 615:5
**sands** 422:5,6
515:22 519:6
589:6 615:19
648:3,7
**saw** 408:17 453:18
456:20 547:9
548:15,22 598:25
654:13
**saying** 542:14
546:13
**says** 386:13 415:8
435:10 470:16
473:9 491:12
492:14,24 493:18
495:10,13 497:6
497:11 498:9
511:8 598:25

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**    **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009**    **Board-Certified Court Reporters**    **Facsimile: (504) 525-9109**
Exhibit X
Page 240

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                Reported by:

**ROBERT QUITZAU VOL. II**        **May 26, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

703

630:4,5,24 631:2
634:4 635:4,19
641:3 655:11
661:22
**scan** 645:1
**scenarios** 457:21
**schedule** 529:6
**scheduled** 493:14
**scope** 384:25
**scroll** 407:2 413:18
417:22
**scrutiny** 625:11
**seabed** 479:19
**seal** 458:16
**sealed** 448:8
**sealing** 495:17
**second** 369:8
453:13 467:9,12
476:6 477:8 488:1
507:23 515:22
516:1
**seconds** 372:1
**secondtolast**
467:10
**secrest** 362:22
**section** 360:5
361:10 475:14
514:22,24 515:3
515:20 608:25
614:6,23 666:13
**sections** 615:12
616:3
**see** 388:11 391:6
394:19 395:8,24
403:19 404:16,19
404:21 405:10,17
414:24,24 415:8
415:10 452:17
456:9 473:9
494:23 497:11
511:12 514:24
526:3,5,8 536:13
544:6,10 559:16
564:25 565:6
581:25 582:3

584:25 589:13
604:11 605:5
608:2 611:16
613:22 619:17
624:22 625:3
635:24 638:10,11
640:11 651:10
655:7 659:16
661:23 665:1,19
666:14 667:15
**seeing** 487:15
537:25 665:5,7
**seeking** 646:22
**seen** 447:23 454:3
479:3 488:11
507:22 509:4
655:23
**segments** 486:24
**selected** 410:22
**selection** 372:22
**semantics** 587:17
**sending** 613:5
**sends** 624:25
**senior** 361:10
**sense** 428:1,3
429:23 430:5,9,14
430:22 431:3,7,12
431:21 432:1,5,9
432:12,13,22,25
433:9,19,21
434:16,22 435:19
435:23 436:2,6
649:3,5,11
**sent** 364:15,18
365:1,5,8,11,14
412:25 439:17
442:13,21 507:20
590:7,7 597:1
611:4
**sentence** 418:10
421:20,21 471:3
473:4 494:20,23
498:9 508:1 511:7
608:2 611:19
635:18 638:8

639:5
**sentences** 609:7,15
**separate** 588:14
**september** 364:24
456:2 505:13
**series** 406:23
429:14 613:16
624:20 637:6,12
637:13,17
**serve** 660:16
**served** 574:5
**serves** 661:12
**service** 663:8,10,14
663:23
**services** 663:9
**serving** 665:3
**set** 431:2,2,7
436:10,18 471:18
472:1 508:17,18
508:24 509:9
531:24 534:24
602:20 674:7
**setting** 407:7,8
409:12 430:10,14
430:22 436:22,25
437:3,5 460:10
586:7 602:16
634:14
**seven** 427:17 561:6
**severe** 537:21
**severed** 531:23
**shales** 589:6
**shallower** 432:19
**shape** 451:2
**shapes** 448:15
**share** 436:9 471:6
473:7 583:12
**shared** 396:19
**sharing** 583:17
**sheet** 673:19
**shelf** 476:8
**shoe** 372:9 395:21
395:25 396:2,3
397:14,15,24
407:20 412:15,17

412:17 512:15
514:2 515:5,12
518:10 531:21
545:21 546:8
547:11 548:1
578:17 584:25
668:24
**shoes** 404:5,6
409:11
**shore** 554:2
**short** 367:14
368:23 383:8
401:25 476:9
487:22 502:11
508:6 568:13,18
591:21,25
**shortly** 581:25
**shot** 446:1 469:19
476:10,21,24
477:5,21,21,23
478:12 481:25
482:6,11 486:4,6
486:9 487:21
488:9,15 489:19
489:21,24 495:17
495:22 496:15
501:3
**shots** 496:3,6,9
498:15,16
**show** 507:5 514:6
520:4 537:21
589:5,6
**shown** 616:14
**shows** 519:6
**shrinks** 485:10
**shushan** 360:6
**shut** 452:16 573:3
574:13 594:16
**sic** 544:21
**sidetrack** 381:14
580:13
**sign** 498:23
**signature** 499:1
**significance** 497:14
**signing** 366:10

**signoff** 499:1
**silly** 500:2
**similar** 374:2
394:17
**similarly** 536:1
563:8
**simple** 378:10
630:2
**simplify** 468:7
**simply** 372:5 404:7
404:16,25 422:6
477:2 559:9
590:10 609:1
629:25 656:23
668:23
**simulation** 537:5
**simulations** 662:20
663:1,25
**single** 565:4,5
585:10,22
**sir** 387:5 420:13
504:17 545:25
560:17 583:21
593:8 645:2
664:12
**site** 488:18 635:20
**sits** 540:11
**situation** 436:3
447:16 517:4
537:9 539:19
547:9,24 548:10
663:22
**six** 561:6
**size** 372:22 432:14
432:18 434:6
437:9 451:2
482:20 483:6
583:1,1 616:8
**sizeable** 491:3
**sizes** 448:15,20
616:10
**skills** 371:20
**skim** 394:6,10
**skimmed** 669:4
**skip** 405:20

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**        **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009        Board-Certified Court Reporters**        **Facsimile: (504) 525-9109**

Exhibit X
Page 241

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                              Reported by:
**ROBERT QUITZAU VOL. II**          **May 26, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

704

**slash** 666:25
**slightly** 387:11
  425:8 439:23
**slowed** 487:22
**slurry** 550:25
  634:13
**small** 428:8 599:1
**smaller** 428:15
**smooth** 409:2
**solid** 409:7,10
**solids** 643:12,13
**sooner** 462:24
  463:2
**sorry** 383:4 385:2
  387:5 390:15
  401:5 421:15
  457:17 471:24
  479:16 486:21
  493:9 494:15
  502:7 525:21
  526:6 539:4,24
  550:2 556:23
  569:15 597:5
  626:3
**sort** 439:17 458:20
  466:15 480:12
  484:2,4 543:21
  609:25 612:9,12
  622:23 631:11
  648:6 654:16
**sorts** 571:4
**sought** 366:17
**sound** 561:8
**sounds** 500:2
  558:20 559:1
**source** 500:4
**south** 362:13
**space** 428:10,14
  478:1
**spacer** 535:10,20
  535:25 542:23
  543:8,18
**spans** 420:2
**sparse** 607:20
**speak** 567:4

**speaking** 372:3
  384:17 473:6
**specialist** 469:17
**specialists** 449:20
**specific** 394:22
  395:7 402:5 466:9
  475:11 482:19
  528:24 529:15
  561:14 579:2
  587:16 588:5
  612:24 613:12
  615:19 626:14
  659:13,15
**specifically** 394:2
  455:10 528:16
  642:15
**specifics** 461:2
  471:23 473:22
  540:18
**specified** 448:25
**speculate** 625:9
**speculation** 452:14
  456:18 487:19
**speculations** 456:7
**speed** 567:4
**spell** 395:22 513:19
  647:10
**spend** 468:25
  578:14
**spent** 395:4 581:9
  656:5
**sperry** 570:8,13,17
  570:20 671:14
**spill** 360:4
**spoke** 377:12
**spoken** 507:16
**sporadically**
  627:25
**sprague** 458:14
**spring** 638:7,15
  639:8,9,14,18,25
**spud** 373:12
**squeeze** 634:5,12
**squeezed** 531:21
**st** 362:19

**st01** 381:14
**stack** 444:11 446:9
  457:19 460:24
  461:5 462:25
  464:3,20 465:19
  466:2,8,16 491:13
  491:16 500:24
**stage** 488:14
  580:24
**stages** 496:4
**stamp** 427:4
**stamped** 521:11
**standard** 380:21
  399:22 408:8
  530:8,10,13
  532:14 535:9
  553:4 576:25
  648:6
**standpoint** 375:25
  376:3 384:22
  553:20
**start** 452:7 455:8
  477:6,18 540:12
  541:3 555:19
  556:2
**started** 472:17
  505:3 541:3
  592:21 634:14
**starting** 420:12
  586:5
**starts** 431:18 467:6
  515:3 613:19
**state** 366:22 373:19
  674:4
**stated** 373:25
  418:15 465:4
  525:4 566:6
  578:19 580:10
  628:25 629:2,8
  644:3 654:9
**statement** 446:19
  507:25 528:18
  548:17 552:22
  636:21 637:11
**statements** 488:23

  529:16
**states** 360:1 361:13
  548:14,21
**static** 524:14,25
  563:11
**stating** 431:15
  435:9
**station** 361:11
**status** 475:4,9
**stay** 650:10
**steering** 361:3
**stem** 444:23,24
  463:1,6 487:3,7
  503:8
**stemming** 444:13
**stenotype** 674:10
**step** 409:7 625:1
**stepbystep** 658:10
  658:22 659:2
**stepped** 474:15
**steps** 394:7,17
  402:3 493:15,16
  653:10 667:11
**stepwise** 409:7
**steve** 469:4,7
**steven** 361:5
**stick** 520:18
**stiegman** 363:15
**stipulated** 366:3
**stop** 374:12 444:24
  464:6 504:6,11,13
  624:8
**stopped** 375:23
  376:21 399:3
  423:23 463:1
  464:20 637:20,21
**stopping** 446:10
**stored** 503:19
**straight** 495:15
**street** 360:19,21
  361:6 362:4,8
  363:4
**strength** 412:15,17
  512:15 645:21,23
  645:25 646:4

  660:16
**strictly** 563:10
  669:9
**strike** 404:22 440:1
  526:11 529:19
  530:25 536:23
  537:17 540:2
  542:20
**string** 427:17
  428:20 431:15
  448:3 467:3,5
  468:6 486:1
  491:11 514:13
  550:23 630:21
**strings** 585:2
**stroke** 529:8
**strong** 428:12
  457:1
**stuck** 385:24
  531:23
**stuff** 590:8
**sub** 469:16
**subject** 364:15,18
  365:2,5,8,12,15
  604:2 625:10
**subjective** 484:2,4
**submission** 446:10
**submit** 511:25,25
  512:13 513:18,18
  537:14
**submitted** 393:3
  398:6,10 513:23
**subs** 639:21,24
**subsea** 469:16
**subsequently**
  531:12
**substance** 604:16
  604:22
**substantive** 618:4
**succeed** 446:1
**success** 649:17,21
**successful** 444:12
  444:19 446:9
  451:13 452:4
  453:7 471:25

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**          **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters**          **Facsimile: (504) 525-9109**

Exhibit X
Page 242

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported by:

**ROBERT QUITZAU VOL. II**          May 26, 2011     DIANE TEWIS CLARK, RPR, RMR, CRR

705

472:20 487:1
500:24 635:21
**sufficient** 377:6
400:24 545:19
546:6 547:13,25
548:2
**suggest** 457:25
498:14
**suggested** 456:13
654:18
**suggesting** 507:21
596:22 647:24
**suggestion** 418:16
418:22 419:15
425:20 426:7,9
654:16
**suggestions** 386:20
387:14 419:1,3,5
**suite** 361:21 362:4
362:9,13,23 363:4
**summaries** 378:14
584:1
**summary** 378:10
394:6 401:25
402:1 568:13,19
634:23
**sun** 364:18
**superintendent**
469:8
**support** 635:12
636:21
**supports** 635:5
**supposed** 482:11
**suppress** 612:13
**sure** 371:13 372:24
373:4 376:4 397:8
427:25 455:15
462:22 472:5
475:5 478:21
489:16 493:24
494:6 511:3
520:12,19 539:21
540:1 546:3
549:16 550:4
554:3,5 559:25

560:25,25 588:20
655:8 657:14
**surface** 431:20,23
433:5 436:1
437:10,13 534:9
534:10 540:9
591:20 606:9
**surge** 644:19 645:6
646:1,3,3 659:25
660:5,14,17,21
661:4,6,10
**surprised** 648:5
**surrounding**
527:16 669:5
**suspect** 376:5
543:20 560:1,3,7
**swab** 644:19 645:5
645:25 646:6,9
660:4
**swabs** 659:25
**sworn** 674:6
**syntactic** 485:9
**synthetic** 544:4
600:15
**system** 370:10
474:11 540:19

_____
**T**

**ta** 536:3
**tab** 405:7,12,25
406:2,3,10 413:14
417:11 426:12
427:1 438:1 467:2
564:18 584:11
611:9 624:16
628:4,6,8
**tail** 526:7 544:8,21
654:25 655:19
**take** 367:12 368:4
368:12 374:22
380:10 384:9
393:25 451:21
453:12 486:1,22
486:23 548:10,12
603:15 618:20

653:8 667:12
**taken** 360:19 366:6
407:21 423:3
443:13 465:9,15
466:6 483:16
504:22 519:20
545:7 555:8 585:8
619:2 670:3
**talk** 368:13 409:14
447:18 475:21
480:10 486:10
506:1
**talked** 368:15
463:20 465:2
469:17 484:1
499:20 500:22
554:9,20 566:24
573:17 579:8
623:6 624:2
**talking** 384:19
456:12 460:1
481:9,20,21,24
495:6 554:2
560:16 589:20
615:4 619:9
621:16 653:5
669:9
**talks** 515:1 522:21
**tape** 422:22 483:9
**td** 365:12 392:21
393:6 441:2,9,12
441:21 442:8,14
442:20,25 443:3
590:2,10 595:22
596:2,5,7,21
597:15,20 598:2
598:10 601:11
609:3 610:10,20
619:11 620:16
621:13
**tdd** 620:13
**tdmw** 508:5
**team** 369:1,16
370:1,3,11,18
372:25 376:13

377:8 385:15
386:13 391:16,24
391:25 421:4
422:2,7 424:18
429:15 452:12,13
486:8 491:22
493:18 500:11
548:15,22,23
565:21 577:8,13
577:14,16 579:12
583:24 586:8
587:2,11 588:6,14
**teams** 500:10,14
574:5 625:22
**technical** 648:13
**technique** 651:9,13
653:14 657:7
**techniques** 485:14
653:9
**technologies**
484:16
**telephone** 604:4
**tell** 368:11 371:1,4
389:2 408:24
409:15 418:1
420:1 422:12
427:12 457:11
480:19 484:25
492:25 493:2
509:8 518:14
528:9,15 531:18
536:17 546:23
556:17 579:9
597:22 598:15
608:4,8 630:4
631:2 641:4 671:9
671:22
**telling** 389:5
431:18 516:16
597:14 608:11
**temperature**
485:10 540:19
**temporal** 474:5
**temporary** 373:14
373:17,18,23

374:4,9 438:21,22
532:17 533:14
**ten** 383:11 417:17
**term** 396:10 434:21
435:6 493:13
537:3
**terminate** 439:21
**terminating** 439:18
**terms** 446:24 472:8
472:24 501:21
503:19 556:16
565:19 574:2
575:25 622:12
629:10 643:3
**test** 395:21,25
396:2,3 397:14,15
397:24 518:2,10
528:17 529:25
530:17 532:14
533:3,4 534:20,20
534:22 535:6,11
535:21 537:19
545:18 546:5
547:14 548:24
550:25 584:25
623:12 624:2,6
631:9,17 632:2,8
635:1,21 656:18
658:22 659:3,18
666:14 668:24
**tested** 453:7
**testified** 367:23
376:14 415:5
449:11 454:14,16
527:18 547:8
550:10 559:2
563:19 586:25
606:25 668:7
**testify** 472:22
478:17 482:19
556:9 674:6,7
**testifying** 450:2
**testimony** 446:8
452:1 458:25
472:23 479:20

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010    Reported by:

**ROBERT QUITZAU VOL. II**    **May 26, 2011**    **DIANE TEWIS CLARK, RPR, RMR, CRR**

706

481:21 483:24
484:4 486:11,18
499:19 559:7
576:23 584:15
673:6,8 674:9
**testing** 378:24
472:4 528:12
**tests** 372:9 407:20
407:21 514:2
549:23 550:9
578:17,17 658:10
658:18 659:9
**tewis** 363:20
366:21 674:3,20
**texas** 360:19 362:9
362:24 363:4,9
**text** 442:23 598:17
655:17 665:18,20
665:20 666:22
**thank** 413:1 443:6
443:8 504:17
519:2 521:6 555:2
638:22 669:22
672:17
**thanks** 426:24
**thats** 368:2,19
373:8 374:20
380:8 381:16
384:18,25 387:19
388:14,15 390:3
392:17,19 396:2
398:16 399:1
400:21 406:5,6,19
419:13 422:10,12
422:19 425:7
427:1,6 428:11
431:5,21 434:9
435:23 437:13
440:10 442:12
444:15,25 445:22
446:6 458:6
461:18,21 463:13
463:18 464:4,21
464:24 465:24
468:10,23 474:21

476:22 484:2
488:1 495:10,21
506:17,20,25
507:4 508:8
509:20 510:21
513:1 516:17
519:8 520:12,16
525:14 537:6
540:17 542:17
543:20 546:16
555:21 556:11
557:13 558:16,22
559:11 563:13,17
563:22 569:20
570:14 575:1
577:9 578:2,24
581:2 583:2,22
584:17 586:3,4
587:5,9 589:12,17
591:1 592:6,17
594:19 596:13
597:8 600:16
603:14 604:22
605:24 607:19
611:5 623:16,20
623:22,24 624:10
624:14 628:2
630:7,13 634:19
639:22 641:15
649:15 653:25
658:13 663:12,16
664:12 669:2
**thereof** 366:16
**theres** 381:13 387:8
394:4,13,17
396:17 408:7,15
410:6 416:22
428:9 471:8,8
475:17 485:9,9
529:3 547:25
548:2 568:12
604:21 607:21
614:3 630:25
656:23 661:19
665:10 666:12

667:6,9
**theyll** 395:22
587:25
**theyre** 391:19
395:3 420:16
422:10 482:9
554:20 559:14
570:19 589:14
607:12 637:11,16
639:18
**theyve** 591:20,22
**thick** 541:13
**thing** 395:6 490:5
518:22 520:19
547:15 594:7
611:2
**things** 372:21 376:8
386:11 389:22
390:21 460:25
466:6 476:25
497:25 500:16
503:4 573:12
587:19 600:11
601:1 629:7
637:13 642:8
643:4
**think** 373:8 376:12
377:13 390:9
396:6,8 398:23
401:13 402:7
403:7 405:6 406:2
406:9 413:20
419:22 422:21
435:8 438:12,19
440:17 442:3
454:14 477:16
490:22 508:3
522:9 525:22
553:13 554:3
557:16 559:2
563:19 567:9
569:4 574:1
577:17 578:19
579:1 581:5
584:15 586:25

590:9 611:2
618:20 619:19
623:9 624:4
629:14 646:21
668:6 669:18
**third** 413:19
420:11 556:4
591:3 630:3
**thirdtolast** 607:23
**thomas** 362:18
**thought** 433:4
478:17 519:16
569:15 577:21
597:5 623:7
646:10
**three** 392:13
438:13,15,17,18
438:19 496:1
581:5,22 609:6
665:9
**throwing** 372:8
478:13 486:25
487:2
**thu** 365:5
**thur** 365:2
**thursday** 360:22
**tieback** 437:5
**tied** 480:8 641:23
**ties** 665:19
**tim** 469:16
**time** 366:16 367:13
372:8 378:24
381:18,18 382:9
382:20 383:15
385:9,9 391:20
393:12 394:9
395:4 397:21
398:22 402:19
406:9 408:4,8,8
413:3 415:6,6
417:15 423:22
425:17 426:2,6
439:20 450:5
455:5 456:5
468:22 472:9,15

472:21 473:19
474:5,13 475:2,10
476:9 484:11
488:17 491:9
492:17,18 496:5
499:22 501:5
502:11 516:23
527:19 530:4
531:12 533:23
534:1 538:18
543:3 546:1
554:11 562:10,17
563:4 566:15
568:14 576:9
577:18,20,21
578:14 579:25
580:8 581:4,8,9
583:6 586:11,16
592:19,21 593:1
593:10 594:5
602:2 614:19
619:11 629:20
630:7 636:6
638:12 641:6
648:9 657:20
658:20 667:12
668:9 669:19
671:16
**timely** 668:14
**times** 380:11
383:15 392:5,11
392:14,16 399:7
408:2 436:6 544:1
557:7 566:7 593:1
656:22
**timing** 393:1
446:16
**title** 409:16
**toc** 651:8
**today** 466:11
472:22 482:19
498:10 527:24
555:16 606:25
**todays** 367:4
**todd** 469:22

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**    **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009**    **Board-Certified Court Reporters**    **Facsimile: (504) 525-9109**
Exhibit X
Page 244

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010          Reported by:

**ROBERT QUITZAU VOL. II**        **May 26, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

707

told 368:12 471:5
  473:5 508:16
  579:10 599:7,24
  617:3
tolerance 448:24
  449:6,15 450:5,18
  451:3
tolerances 448:16
  449:5
tolerate 611:20
  612:6
tolerating 613:10
tonight 498:12
tool 412:13
tools 663:5
top 420:7 427:23
  428:5,11,13
  430:10,14,22
  431:1 432:23
  433:2,19 434:1,8
  434:9,17 435:8,11
  435:14,19 436:3
  436:11,19,22,25
  437:4 445:25
  456:19,23 457:12
  457:14 461:12
  476:24 478:8,10
  478:14 479:2
  480:12 495:16
  496:2,14,16 501:3
  502:3,10 503:7
  539:23 573:12,17
  581:22 584:22
  625:2,15 626:12
  626:23 629:12
  647:3
topic 556:3,10,16
  572:21 574:23,25
  575:8,13
topics 367:17
  382:14 423:10
  438:13,17,18,19
tops 494:18
total 589:21 603:7
  604:5 614:11

622:25
totally 457:4
tower 363:8
track 374:7,8 375:3
  375:4,5 390:9
  404:4 407:18
  499:1 545:21
  546:8 547:11
  548:2 589:6
  654:10
tracked 374:5
  403:18 623:3
tracking 369:7
  372:4 374:1,3,5
  374:12,22,23
  375:1,10 404:7
  586:6 596:2
transcribed 674:11
transcript 366:10
  674:12
transcription
  597:24 673:8
transitioned 486:7
translates 606:12
transmission 559:4
  566:11 572:9
transmissions
  571:25 572:16
transmitting
  552:13
transocean 361:22
  362:6 443:22
  460:19 469:13
  505:4,6 635:19
triangle 409:11
tried 463:23 491:5
  498:4 592:16
  612:3
tries 592:16
trip 591:20,21
trouble 387:8
troubles 385:24
true 488:19 673:7
  674:12
truth 674:7

truthfully 444:3
try 377:9 456:8
  465:15 472:1
  482:11
trying 419:16
  426:23 433:7
  442:1 445:11
tubing 429:19,19
  485:12 583:1
tubular 449:22
tubulars 432:14,17
  432:19,21,24
  433:11
tue 365:14
turn 417:10 420:6
  426:12 525:11
  540:12 541:3,10
  581:16 591:24
  634:20 638:2
  640:21 644:13
  646:25 658:5
  659:20 661:16
  664:7 666:9 671:5
turned 476:20
turning 572:19
two 369:11 383:2
  383:11,16 384:9
  391:8 468:25
  471:8 486:24
  515:19 563:10
  581:5 621:16
  625:23 627:23
  653:10 662:1
  665:9,20 668:20
  672:7
twothirds 605:2
type 378:18,19
  401:17 404:12
  448:18 462:3
  472:4 529:6
  537:11 564:9
  640:18
typed 597:25
types 385:17 386:3
  413:25 477:3

540:6 606:14
typical 647:15,16
typically 385:13
  394:5,18 395:2
  448:25 449:18
  552:12

———————
**U**
ultimate 459:25
ultimately 444:23
  455:19 458:3
  465:25 466:2,7
  489:23 512:4
uncertain 489:11
uncirculated 541:1
understand 387:19
  387:21 388:22
  391:12 401:14,14
  422:8 433:15
  435:6 440:8 441:7
  442:1 443:25
  445:15,22 453:16
  455:12,22 456:8
  458:20 460:3
  472:19 477:15,16
  493:25 501:11
  503:13 506:11
  524:13 533:13,17
  534:7 540:18
  547:22 554:5
  561:18 562:24
  563:1,9 614:5
  615:3 628:23
  663:20
understanding
  373:16 379:13
  382:1 388:9,16
  396:16 424:4
  429:17 434:24
  435:2 440:11
  460:9 461:11
  462:9 488:7 496:5
  501:17 503:6
  506:5 510:5,7
  511:24 519:15

522:23 556:7
  558:11 560:15,18
  561:5 562:14
  563:13,17 570:4
  570:14,19 574:23
  577:2,6 582:17,24
  590:1 591:19
  599:22 600:5,11
  602:11 606:15
  631:8 640:17
  660:14 674:13
understood 444:4
  480:10 484:3
  571:2 652:20
undertaken 451:13
  452:4,22
underway 475:10
unfoamed 654:24
  655:19,22
united 360:1
  361:13
unlatching 553:11
unnecessarily
  607:25
unrealistic 648:9
unreason 648:8
unsuccessful
  445:15 464:23
untimely 668:14
update 365:2
  368:23,24 369:12
  369:24 379:15
  380:14 381:4
  390:8 395:15,17
  406:24 407:1,10
  407:21,22,23,25
  408:2,4,7,11
  418:7 420:3
  492:19 495:7
  568:6 577:8
  578:23 579:11
  585:12 607:20
updates 369:13
  372:1,8,10 377:4
  377:7 380:8,9

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010    Reported By:
**ROBERT QUITZAU VOL. II**      **May 26, 2011    DIANE TEWIS CLARK, RPR, RMR, CRR**

708

391:25 395:6
407:13 408:9,18
408:19 470:10
491:23 500:12
**upgrade** 474:11,16
550:11
**upload** 563:20
**uploaded** 563:25
566:14 671:23
672:4
**upper** 581:17 638:4
655:18 660:16
661:12
**ups** 540:6
**use** 371:19 410:20
411:13 414:21
415:1,6,13,14
429:23 432:22
433:10,19,25
434:17 436:2
449:13,14 476:8
484:12 485:12
488:2 491:5 495:4
496:6 535:10
537:19,20 548:11
556:17 559:15
571:8 636:20
661:23
**usually** 508:18
**utilized** 658:23
**utube** 545:20 546:6
547:13,25

**V**

**vacuuminsulated**
485:12
**vaguely** 479:21
**valid** 512:4
**valuation** 651:9
**value** 585:22 616:2
616:6
**valves** 548:4
**vargo** 573:24 574:3
**variations** 487:20
**various** 369:9

370:8,9,20 373:20
383:15 458:21
459:16 475:18,18
477:25 484:16
492:3 558:14
574:5 594:22
606:22 625:24
644:10 667:10
**vary** 492:18
**varying** 448:15,20
448:21
**vendor** 370:10
552:12,25 553:2,3
663:8
**vendors** 370:9,20
428:1 490:6
**vent** 448:10
**versailles** 361:20
361:20
**version** 410:7
**versus** 457:20,22
514:13
**vic** 365:14 624:21
**videographer**
367:1 417:16
422:23 423:4
443:9,14 483:11
483:17 504:18,23
545:3,8 555:3,9
618:22 619:3
669:23 670:4
672:18
**videotape** 422:25
423:6 443:11,16
483:13,19 504:20
504:25 545:5,10
555:5,11 618:21
618:24 619:5
669:25 670:5
672:21
**videotaped** 367:3
**view** 387:12 393:20
393:20,23 396:11
400:5 402:25
422:14 623:10

635:21 648:11
**viewed** 400:23
**vision** 471:17
**visualize** 411:22
**visually** 410:23
**void** 478:1
**volume** 360:16
457:20,22 503:14
623:13 644:20,21
645:11
**volumes** 504:5
632:25 645:8
**volumetric** 656:25
**vote** 460:13,20

**W**

**waechter** 362:17
**waived** 366:11
**waiver** 511:10,11
511:17 513:14
**walker** 362:17
**want** 367:19 391:20
406:14 446:23
455:9 463:16
471:4,9 483:22
486:9 500:4 506:1
506:18 507:1,5,22
508:8 510:21
512:20 513:6,12
514:6,21 518:22
519:4 520:4,18
521:10,12,21
525:11 543:23
544:3,12 554:5
556:2 576:24
603:15 647:10
**wanted** 391:17
436:19 474:22
475:21 494:5
517:11 545:13
561:2 628:23
**wants** 431:14
**ware** 363:7,7
**wash** 591:24
**washed** 591:4

**washington** 361:12
**wasnt** 369:20 392:6
398:5 440:11
448:13 453:2
472:20 474:10
488:15 495:2
501:9 575:12
579:21 596:1
**watch** 557:9 587:22
**watched** 622:24
**watches** 551:5
**watching** 553:14
554:6,9,21 560:9
**water** 648:3
**watson** 364:15
467:8 469:20
**way** 373:12 407:3,3
411:21 420:23
424:11 425:20
431:17,22 432:4,7
432:10 433:4
435:25 456:13
484:3,9 500:23
501:9 529:2
567:19 591:23
600:21 605:2
612:18 644:3
674:15
**ways** 451:21 529:4
**weak** 397:23
639:18
**weaker** 428:15
**weakness** 397:24
**weatherford**
362:20
**week** 383:11
392:11,16 577:19
577:25 581:7
**weekdays** 368:25
**weekend** 442:3
**weeks** 383:12
**weight** 372:7 386:8
395:9,12,19
397:14,15,22
407:20,25 408:6

409:2 411:14
412:4,14 418:12
418:16,23 420:18
420:25 426:8
506:16,23 507:2
512:15 514:1,3
519:21 520:2
594:19 605:24
606:9,11 612:3,11
612:13,18,19
621:7,9 654:15,20
**weights** 394:14
395:7,14 407:6
408:5 409:8
516:23 578:16
606:20,21 607:3
666:3
**wellbore** 494:5
516:5 595:6,14,19
608:1 620:10,17
620:24 621:2,14
645:21
**wellbywell** 484:20
659:13,14
**wells** 370:6 381:1
381:11 382:17,21
383:1,3,17 389:1
421:8,16,18
512:20 513:11
580:7,19,20,21,22
580:23 581:6,10
648:2 655:24
659:8,12 662:24
**wellspace** 365:6
375:3 376:17,20
377:14,23 389:23
390:1,3,5,15
398:11,19 399:7
399:14,16,18
402:10 414:1
558:13,24 563:9
563:10,21,25
564:6,11 565:9
566:2,14,25 567:4
567:11,19,22

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009      Board-Certified Court Reporters      Facsimile: (504) 525-9109**

Exhibit X
Page 246

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported by:

**ROBERT QUITZAU VOL. II**        **May 26, 2011    DIANE TEWIS CLARK, RPR, RMR, CRR**

709

569:19 571:6,15
576:22 577:1,4
578:6 581:24
582:6 583:12
592:23 606:18
671:3,10
**wendy** 363:7
**went** 367:16 470:11
474:15 536:7
555:23 561:1
628:24 669:3
**weve** 464:18,19,19
464:25 465:18
466:1 486:23
508:3 555:16
591:3 592:3 666:1
**whatevers** 537:15
**whats** 385:25 502:7
512:5 555:20
576:20 584:10
587:18,22,25
590:20 596:8
598:22 603:6,9
613:14 616:11
619:13 667:15
**wide** 385:22 629:6
**wild** 460:17
**wilms** 362:12 364:9
372:17 375:13
377:18 378:7,20
380:4,18 382:16
385:19 386:5,21
388:4 389:13
390:17 392:1,22
393:7 394:24
396:23 397:5,17
400:7,16 401:10
401:20 402:11
403:23 405:11,16
406:4,12 408:12
411:3,7,18 413:10
414:2,14 415:23
416:6,14 417:5
418:18 419:6
421:9 423:15

424:1,14,25
425:12,23 426:15
426:19 428:25
429:11,24 430:6
430:15,23 431:9
433:12 434:2,18
436:4,14 437:18
437:23 439:13
440:5,19 441:4,14
441:22 442:9
444:20 446:12
447:2 450:9,20
451:6,15 452:24
453:25 455:2
456:15 459:3
461:6 462:6 463:3
463:10 464:13
465:11 466:18
467:18,24 468:14
470:6 472:11
474:7 476:15
477:10 480:16
481:4 482:23
484:13 485:2,19
486:14 487:4,16
488:4,20 489:6
490:12 491:19
492:11 493:4,8
495:23 496:25
498:17 499:24
500:7 501:6,14,22
502:4,13 503:22
506:8 508:21
509:17 510:23
511:21 512:10,23
513:15 514:14
516:13 517:8,18
518:3 519:1,22
520:8,13,17,22
521:5 522:2 523:6
523:15 524:9,19
525:15,20 526:21
527:11 529:9
530:1,19 531:5
532:20 533:6,20

534:25 538:6
539:10 540:14
541:7,16 542:1,11
542:25 544:15,23
545:22 546:9
547:1,17 548:6,18
549:13 551:7,24
553:15 554:12
556:22 560:4
562:19 564:12
565:24 566:3,19
567:13 568:24
571:18 572:2
574:17 575:6,11
576:4 577:10
578:8 579:18
580:1 582:8,21
583:14 584:5
585:18 587:6,13
588:9,17 590:3,14
591:8,13 593:2,18
595:15,23 597:7
598:18 600:2,18
601:7,20 602:6
604:7,18 605:14
605:19 606:5
607:6,16 610:12
612:14 614:16,25
615:14 616:20
617:4,15 621:25
622:6 623:17
625:25 628:17
629:3 633:20
636:2,17 638:25
641:8,14 642:4
643:23 645:17
646:14,18 647:11
648:24 649:8,23
650:7,16,25
651:15 652:11
653:2,15,21 654:6
656:1 657:22
659:5 660:11,24
661:7 662:5 666:4
667:19 670:7,9,18

671:1 672:6,15
**wire** 390:15
**wireline** 374:14
390:24 391:1
415:12 598:13
**witness** 366:5,10,24
372:19 375:15
377:20 378:9,22
380:6,20 382:18
385:21 386:23
388:6 389:15
390:19 392:3,24
393:9 395:1
396:25 397:7,19
398:15 400:9,18
401:12,22 402:13
403:25 408:14
411:9,20 414:4,16
415:25 416:8,16
417:7 418:20
419:8 421:11
423:17 424:3,16
425:2,14,25 429:2
429:13 430:1,8,17
430:25 431:11
433:14 434:4,20
436:5,16 439:15
440:7,21 441:6,16
441:24 442:11
443:7 445:6,21
446:5,14 447:4
450:11,22 451:8
451:17 453:1
454:2 455:4
456:17 459:5
462:8 463:5,12
464:15 465:13
466:20 468:16
470:8 474:9
476:17 477:12
480:23 481:6,13
483:2 484:15
485:4,21 486:16
487:6,18 488:6,22
489:8 490:18

491:1,21 495:25
497:2 498:19
500:9 501:8,16,24
502:6,17 503:12
504:10 505:23
506:10 508:23
509:19 510:11
511:23 512:12,25
513:17 515:15
516:15 517:10,20
518:5,18 519:24
521:2 522:4,13
523:10,17 524:1
524:11,21 526:25
527:13 528:6
529:13 530:3,21
531:7 532:9,22
533:10,22 534:14
535:4,14 538:8,17
539:1,12 540:16
541:9,18 542:3,13
543:2,13 544:17
544:25 545:24
546:11 547:3,21
548:8 551:9 552:1
552:11 553:17
554:14 557:1
560:6 561:11
562:21 563:16
564:14 565:12
566:5,21 567:15
569:1,10 570:3
571:20 572:4
574:19 576:6
577:12 579:20
580:3 582:10,23
583:16 584:7
585:20 587:8,15
588:11,19 590:5
590:16 591:15
592:12 593:4,20
595:2,9,17,25
597:19 598:5,20
599:18 600:4,20
601:9,22 602:8

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010      Reported by:

**ROBERT QUITZAU VOL. II**     **May 26, 2011**    **DIANE TEWIS CLARK, RPR, RMR, CRR**

710

604:9,20 605:21
606:7 607:4,18
608:20 609:21
610:5,16 611:1
612:16 614:14
615:2,16 616:22
617:6,17 618:1
622:2,8 623:19
625:19 626:2
629:5,19 631:14
632:6 633:22
636:4,19 641:16
642:6 643:25
645:19 646:20
648:18 649:1,10
649:25 650:9,18
651:2,17 652:5,15
653:4,23 654:8
656:3 658:1 659:7
660:13 661:1,9
662:7 664:3 666:6
667:21 669:21
670:16,24 672:2
672:12 673:3
674:5
**woelfel** 469:7
**wonder** 637:19
**wondering** 664:18
**wont** 639:1 641:9
**word** 489:5,9
537:20 548:11
605:22 632:17
644:22,23
**words** 386:13 387:7
388:11 414:25
422:11 457:15
476:8 537:21
542:14 559:6
587:21 650:10
654:3 664:23
**work** 369:21
384:25 387:25,25
445:14,18 461:5
466:7 472:5 486:5
501:3,4,11,13

502:12,20,24
551:4 570:21
**worked** 464:3,6
465:1,25 466:3,13
470:14,17 471:1
503:7 505:6
606:25 634:13
663:4
**working** 370:10
389:1 460:16
473:17 500:14
512:20 537:1,7
570:8 575:24
577:18 581:8
625:23 662:18,24
664:14,24
**works** 581:6
**worry** 422:11
**worse** 447:11,16
462:5 463:16,21
465:10
**wouldnt** 386:25
404:18 408:3
414:18 416:17
419:9 447:10
459:21 548:11
**wow** 648:10
**write** 476:9 658:14
**writes** 591:2 592:3
605:2 607:24
613:24
**writing** 630:25
**written** 435:14
529:23,23 530:15
530:15 531:2,2
538:3,3 539:7,8
549:21,22 550:7,7
551:20,21 552:2
**wrong** 382:3
558:12
**wrote** 383:5 641:18
642:12,16 658:16
665:22
**wtf** 647:7

**X**

**xo** 634:6

**Y**

**yall** 437:17 488:2
491:17 506:3
**yeah** 382:19 388:20
396:4 431:2
435:15 438:17
445:13,16 452:11
459:10 466:4
475:15 479:18
489:23 493:3,12
513:5 525:7,16
546:17 551:17
575:21 638:18
641:9
**years** 387:22
388:15 631:20,23
633:11 655:25
662:17
**yesterday** 367:17
367:23 369:5
377:11 398:24
405:6 406:18
408:22 410:4
412:11 413:14,16
413:24 417:11,12
417:20 418:14
428:4 438:4
447:25 449:11
450:3 454:14
458:25 469:9,18
470:16 483:24
486:11 495:14
499:19 506:3
508:16 527:18
528:11,18 536:6
555:23 558:18
559:3 569:6
576:24 584:16
586:25 607:1
616:14 619:22
623:6 643:20
**york** 361:6,6,16,16

**youd** 371:20 377:14
389:9,24 400:13
500:17 567:9
**youre** 393:24 394:1
394:21,23 397:13
401:15 412:1
417:25 426:23
435:17 473:6,12
478:13 481:20,24
482:3 499:4
516:16 517:4
518:11 525:2
529:20,21 536:22
536:23,24,25
537:3 539:19
551:2 556:7
564:20 569:25
570:12 574:23
575:7 583:18
584:18,18 611:25
615:3 621:16
647:14 653:5
**youve** 388:1 417:17
466:11 475:24
478:18 500:3
507:22 536:1
554:8 603:25
655:24 662:18,24
663:4

**Z**

**zonal** 649:17,21
650:1
**zone** 375:18 396:13
396:15,17,19
516:9,20 522:1
526:11 527:6,7
550:24 552:20
560:9 598:12,14
601:13,15 656:6
**zones** 391:7,11
647:5,25 648:14
648:23 649:2,5,7

**0**

**0** 515:5,8 518:14

524:6 671:14
**00** 394:18,20
**000** 503:18 532:16
536:2 647:4
**00110676** 507:9
**00143259** 514:10
514:17
**01** 381:14 580:13
**03** 545:10
**04** 365:15
**079** 671:15
**0examination**
379:1

**1**

**1** 365:15 405:7
413:14 423:1
508:5 519:8,19
523:22 524:5
544:22 555:12
647:4 659:23
**10** 443:16 483:13
483:19 504:20
613:21 634:21
**100** 382:2 522:21
522:25 523:4
648:22 649:7
**1000** 363:4
**100131413** 361:6
**10022** 361:16
**1010** 475:14
**102** 361:20
**1042** 413:21
**1043** 413:21
**11** 365:5,12 427:22
428:9 430:10
435:20 436:11
491:11 504:20,25
545:5 555:5
**11th** 564:19 567:2
**12** 365:8,12 508:5,5
545:10 555:5
608:25 619:10
**1201** 362:8
**1255** 596:9

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**    **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009**    **Board-Certified Court Reporters**    **Facsimile: (504) 525-9109**
Exhibit X
Page 248

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                         Reported By:

**ROBERT QUITZAU VOL. II**          **May 26, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR**

711

**1257** 603:10 604:2
  604:17 605:1
**128** 624:16
**12th** 493:5,7 613:17
  613:21 614:10
  615:21 616:15,19
  618:10,16 621:13
  621:17
**13** 417:11 619:10
**13th** 603:12 619:15
  620:1
**14** 364:18,18,21
  365:5 418:12
  420:18,25 426:8
  427:24 504:25
  515:4,21,24 516:1
  517:1,2,4,7,16,17
  518:12,12 519:8
  519:19 523:5,21
  523:22 524:5,6
  526:3,5,6,15,16
  527:6,8 544:4,14
  544:22 592:15,16
  606:11,11 608:24
  612:3,4
**143261** 514:17
**14th** 374:19 399:1
  507:10 572:1,10
  619:11 621:13
**15** 367:12 503:18
  515:10 518:9,13
  556:3,10,16
  608:24 618:24
**1592** 426:13,20,20
  437:16,20 616:12
**1597** 555:21 572:20
**1598** 405:5,9,10,15
  406:13
**159a** 413:9,14
**15s** 405:18
**15th** 495:13
**16** 364:18 497:6
  508:3 515:5,8
  518:10,14 526:7
  526:17 527:9

544:9,13 545:1
  611:15 613:6
**16th** 638:6
**17** 365:2 427:1
  544:4,14,21
  555:12
**1700** 362:4,9
**1750** 362:23
**18** 365:5 406:10
  522:10 572:21
  589:21 602:18
  603:7 604:6 609:4
  612:2 615:13
  619:12
**18360** 590:2 596:21
  597:15,22 598:2
  602:4
**18th** 367:25 381:7
  382:12 398:24
  423:22 536:8,14
  536:18,19 558:25
  563:5 567:1,3
  575:23 576:9
  579:1,15 592:22
  593:6 607:10
  636:14,14 668:25
  671:13
**19** 364:18 365:8,12
**1910** 360:18
**1911** 590:21
**1929** 613:15
**19th** 581:24 583:6
  585:7 586:2,16
  671:23 672:4
**1st** 624:21 625:5

_____
**2**

**2** 360:16 365:8
  423:6 443:11,16
  467:2 483:14
  618:24 619:5
  628:8,8 659:23
  666:13
**20** 360:6 426:12
  438:1 536:20

539:4 669:25
**200** 492:10
**20044** 361:12
**2007** 362:15
**2009** 505:14
**201** 362:19
**2010** 360:6 364:15
  364:18,21,25
  365:2,5,8,12,15
  467:7 507:11
  521:20 527:20
  530:14,24 531:1
  531:11 536:15,19
  536:20 538:2
  539:5 543:5 549:6
  549:10 550:6
  551:20 554:7,10
  554:23 563:5,5
  567:12 572:1,10
  573:4 575:5,23,24
  576:10 577:19
  579:15 580:8
  581:24 585:7
  590:23 592:7,22
  594:8,9,11,13
  596:12 599:8
  602:24 603:12
  604:4 605:8
  607:11 608:5,9,10
  609:11,24 610:2
  610:19 613:6,17
  615:21 617:3
  618:10,17 620:1,1
  624:21 636:15
  640:16 651:24
  658:21 659:4
  671:11 672:9
**2011** 360:22 367:4
**20th** 381:7 382:13
  404:14 530:14,24
  531:1 536:15
  538:2 543:5 549:6
  549:9,10,25 550:6
  550:16,17 551:20
  553:22 554:7,10

554:23 563:5
  567:12,20,23
  572:1,10 573:4
  575:5,24 576:10
  583:6,19,21
  586:17 594:6,8,11
  607:11 608:10
  610:1,19 620:1
  626:25 636:14
  640:16 651:24
  652:22 658:21
  659:4 671:10
  672:5,9
**2157** 419:24 420:2
**2158** 417:23 419:24
  420:2,7
**2179** 360:4
**2328** 619:14,15
**24** 364:15 422:25
  542:10 551:5
  552:8 577:5
**24hour** 394:5
  401:25
**25** 671:19
**250** 361:6
**26** 360:22 364:15
  406:6 671:20
**260** 612:2
**2624** 405:22,23
**2630** 417:11
**2634** 427:1
**2653** 406:11
**2657** 364:14 468:1
  468:3
**2658** 364:17 510:25
  511:4
**2659** 364:20 514:16
  514:18
**2660** 364:23 520:24
  521:7
**2661** 365:1 521:14
  525:24
**2662** 365:4 564:18
  564:22
**2663** 365:7 584:11

584:12,23
**2664** 365:11 611:8
  611:10
**2665** 365:14 624:16
  624:17
**2666** 365:16 627:15
  627:16
**26th** 367:4
**276768** 468:2
**28** 367:5 670:6
**2800** 497:10
**29** 574:23 575:8,13
  619:5
**2929** 363:8

_____
**3**

**3** 365:8 418:12
  420:25 426:8,8
  437:8 483:20
  504:20,25 517:1
  532:16 536:2
  545:5 577:25
  606:11 611:15
  612:3 613:6
  634:25 635:19
  669:25 670:6
  672:21
**30** 372:1 379:10
  574:24 631:19
  672:21
**300** 522:10
**30plus** 631:19,23
  633:11 655:25
  662:17
**30second** 369:24
  377:3 378:5 568:6
  577:7 583:25
**3100** 497:9
**32** 564:18 584:11
**34** 365:2
**355** 362:13
**36** 491:13 492:14
**360** 589:21 602:18
  603:7 604:6 609:4
  615:13 619:12

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                  Reported By:

**ROBERT QUITZAU VOL. II**         **May 26, 2011**    **DIANE TEWIS CLARK, RPR, RMR, CRR**

712

**367** 364:5 533:16
534:11
**37** 423:7
**38** 483:13 492:14
**3800** 491:13
**39** 365:15
**3pound** 420:18
592:15

---
**4**

**4** 364:21 365:2,12
406:3 426:8 437:8
467:7 476:6 517:2
517:4,7,16,17
518:12 526:15
527:6 545:11
555:6 577:25
592:16 606:11
612:4
**40** 577:24 581:7
**400** 361:21 363:4
**43** 364:15
**4400** 362:13
**443** 364:6
**45** 365:5
**46** 365:8
**468** 364:14
**4th** 467:14 476:21

---
**5**

**5** 364:15,15 394:18
394:20 437:8
497:6 508:6,11
511:10,20 512:8
512:15,21 513:13
513:25 516:1
518:12 526:5,6,16
527:8 555:11
618:25
**500** 427:24
**505** 364:7
**51** 483:19 545:5
**511** 364:17
**514** 364:20
**515** 362:23
**521** 364:23 365:1

**54** 672:5
**55** 365:12 443:11
508:5 611:9
**555** 364:8
**56** 519:4,5 520:25
525:12
**564** 365:4
**574** 581:18,23
**579** 671:6
**583** 515:4
**584** 365:7
**5th** 558:19

---
**6**

**6** 365:2,15 379:11
498:12 574:24
608:25 619:6
666:13 670:1,5
672:22
**60** 577:19,24 581:7
**601** 360:20 361:15
362:4
**608** 381:14 382:1
383:5 580:12
**611** 365:11
**613** 576:21 581:15
671:4
**624** 365:14
**627** 365:16
**647** 634:22
**648** 637:3
**660** 638:3
**663** 640:22
**664** 642:17
**670** 364:9 644:14
**672** 363:22
**673** 647:1
**674** 654:22
**676** 656:9
**678** 658:6
**68** 548:14,21
**692** 659:21

---
**7**

**7** 365:15 379:10,12
427:22 428:9,13

430:11 435:20,20
436:11 437:7,8
455:21,25 457:3
515:12,24 538:13
538:13 542:22,22
634:15,16,16
652:1,1 671:19,20
**70** 577:19
**701** 661:17
**70130** 360:21 362:5
**701705100** 362:19
**70501** 361:21
**707** 664:8
**710** 665:10
**725** 666:10
**73005** 363:21
**74** 526:7,17 527:9
544:9,13,21 545:1
**7463** 427:4,8,20
**752702041** 362:9
**7611** 361:11
**770025006** 363:4
**77019** 360:19 363:9
**78701** 362:24
**7inch** 427:23 428:5
428:8,21 429:23
430:10,14,22
431:7,16,16,18
432:2,6,6,9,15,23
432:25 433:4,10
433:19,21 434:1,6
434:17,24 435:2
435:11,13,24
437:7,12 634:16

---
**8**

**8** 364:25 365:2
367:5 533:16
534:11
**8067** 630:12,18
**83** 534:11
**8300** 522:9,16
**8inch** 634:16
**8th** 361:6 427:22
486:2 521:20

531:11,19 532:2
578:21 586:18
593:23 634:15,16
652:1
**8thinch** 455:25
652:1
**8ths** 428:9,13
430:11 435:20,20
436:11 437:8
455:21 457:3
538:13 542:22
**8thsinch** 515:12

---
**9**

**9** 422:25 423:7
428:13 435:20
443:11 455:21,24
457:2 515:11,21
538:13 542:22
581:25 613:21
619:10 634:15,16
652:1 672:5
**900712106** 362:14
**98** 515:10 518:9,13
**9th** 590:23 592:7
596:11,20 599:8
602:24 603:18
604:4,15 605:8
608:5,9 609:11,24
611:15 613:4,6,16
614:21 617:3

---

**601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.**          **Telephone: (504) 525-9100**
**New Orleans, LA 70130-6009     Board-Certified Court Reporters**       **Facsimile: (504) 525-9109**

Exhibit X
Page 250