IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ' ' ' ' ' | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates to:<br>*11-cv-00913; 10-cv-04427* | ' ' | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## ORDER

**IT IS HEREBY ORDERED** that Michael E. Pierce (Texas State Bar No. 24039117) of ARNOLD & ITKIN LLP, 1401 McKinney St., Suite 2550, Houston, Texas 77010, be enrolled as additional counsel on behalf of Plaintiffs in the above numbered and entitled actions.

This _____ day of _____, 2011.

_____
**UNITED STATES DISTRICT JUDGE**