IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This Document Relates to: *11-cv-00913; 10-cv-04427; 11-cv-00261; 11-cv-00262* | JUDGE BARBIER |
| | MAG. JUDGE SHUSHAN |

## MOTION TO ENROLL ADDITIONAL COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs, and requests that the following attorneys of GUY L. WOMACK & ASSOCIATES, P.C., 402 Main Street, Sixth Floor, Houston, Texas 77002 be enrolled as additional counsel on behalf of Plaintiffs in the above numbered and entitled action.

Geoff Womack (Texas State Bar No. 24047136)
Guy L. Womack (Texas State Bar No. 00788928)
GUY L. WOMACK & ASSOCIATES, P.C.
402 Main St., Sixth Floor
Houston, Texas 77002
Tel: 713.224.8815
Fax: 713.224.8812

The above-listed attorneys are admitted to practice before U.S. District Court for the Southern District of Texas. Therefore, pursuant to Pretrial Order No. 1, these attorneys are already admitted to appear in this matter.

Respectfully Submitted,

**ARNOLD & ITKIN LLP**

*/s/ Kurt B. Arnold*

_____
Kurt B. Arnold, Texas Bar No. 24036150
Jason A. Itkin, Texas Bar No. 24032461
Cory D. Itkin, Texas Bar No. 24050808
M. Paul Skrabanek, Texas Bar No. 24063005
Michael E. Pierce, Texas Bar No. 24039117
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
karnold@arnolditkin.com
jitkin@arnolditkin.com
citkin@arnolditkin.com
pskrabanek@arnolditkin.com

**GUY L. WOMACK & ASSOCIATES, P.C.**

*/s/ Geoff Womack*

_____
Geoff Womack (Texas State Bar No. 24047136)
Guy L. Womack (Texas State Bar No. 00788928)
GUY L. WOMACK & ASSOCIATES, P.C.
402 Main St., Sixth Floor
Houston, Texas 77002
Tel: 713.224.8815
Fax: 713.224.8812

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on July 7, 2011.

*/s/ Kurt B. Arnold*

_____
Kurt B. Arnold