IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates to:<br>*11-cv-00913; 10-cv-04427; 11-cv-00261; 11-cv-00262* | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## ORDER

**IT IS HEREBY ORDERED** that Guy L. Womack (Texas State Bar No. 00788928) and Geoff Womack (Texas State Bar No. 24047136) of GUY L. WOMACK & ASSOCIATES, P.C., 402 Main St., Sixth Floor, Houston, Texas 77002, be enrolled as additional counsel on behalf of Plaintiffs in the above numbered and entitled actions.

This _____ day of _____, 2011.

_____
**UNITED STATES DISTRICT JUDGE**