

# JONES WALKER

Glenn G. Goodier
*Not admitted in Alabama*
Direct Dial 504-582-8174
Direct Fax 504-582-8010
ggoodier@joneswalker.com

June 29, 2011

The Honorable Sally Shushan
Magistrate Judge
U.S. District Court for the
Eastern District of Louisiana
500 Poydras Street
Room B345
New Orleans, LA 70130

Re:  In re: Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010
Order regarding Requests for Additional Time for June and July Depositions
MDL No. 2179
Our File: 122018-39

Dear Magistrate Judge Shushan:

As Your Honor is aware, we represent Weatherford and are writing in regards to the Court's Order of June 24, 2011, Rec. Doc. 3031, regarding Requests for Additional Time for June and July Depositions. In the Order, Weatherford's time for the deposition of Ronnie Faul was reduced from 30 minutes to 5 minutes. We believe that Mr. Faul may be a witness that we will have to cross examine as he appears to have information regarding the cementation process. Rather than bother Your Honor we will attempt to get time ceded by other parties should that be necessary.

We are concerned that Weatherford's already reduced allocated time of 30 minutes will be reduced even further and perhaps without our input. As Your Honor is well aware, we have ceded time to other parties freely for witnesses we know would have no relevance to Weatherford's defense and will continue to do so. Weatherford's settlement with BP should not serve as a basis to reduce its time for depositions in this case. Weatherford remains a defendant. Weatherford's settlement with BP does not resolve all of Weatherford's potential liability and Weatherford remains obligated to defend itself against all claims. Weatherford must be afforded sufficient time to examine those witnesses we feel have relevance to Weatherford's defense.

{N2319310.1}

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

201 ST. CHARLES AVENUE • NEW ORLEANS, LOUISIANA 70170-5100 • 504-582-8000 • FAX 504-582-8583 • E-MAIL info@joneswalker.com • www.joneswalker.com
ALABAMA    ARIZONA    DISTRICT OF COLUMBIA    FLORIDA    LOUISIANA    TEXAS

Honorable Sally Shushan
June 29, 2011
Page 2

We appreciate the Court's consideration of the foregoing.

Respectfully submitted,

Glenn G. Goodier

GGG/dms

{N2319310.1}