# Lewis, Kullman, Sterbcow & Abramson
**ATTORNEYS AT LAW**

|  |  |  |
|---|---|---|
| **Lawrence S. Kullman** | 2615 Pan-American Life Center | **Of Counsel** |
| **Paul M. Sterbcow** | 601 Poydras Street | Harvey J. Lewis |
| **David A. Abramson** | NEW ORLEANS, LOUISIANA 70130-6030 | |
| **Patrick J. Schepens** | Telephone (504) 588-1500 | **Writer's Direct Dial** |
| **Ian F. Taylor** | Telecopier (504) 588-1514 | (504) 588-9722 |
| **Beth Abramson** | | |

www.lksalaw.com

June 27, 2011

WRITER'S DIRECT E-MAIL
sterbcow@lksalaw.com

**VIA CMRR# 7009 1680 0000 9792 4415**

Shaun G. Clarke, Esq.
Gerger & Clarke
First City Tower
1001 Fannin, Ste. 1950
Houston, TX 77002

RE:  DEEPWATER HORIZON DISASTER
     MDL 2179

Dear Shaun:

Please see the attached Order, issued June 22, 2011, in the above referenced matter. Pursuant to this Order, you must provide at least five (5) working days notice prior to the scheduled deposition in the event Bob Kaluza intends to invoke his Fifth Amendment right.

Thank you for your anticipated cooperation in this regard.

Sincerely yours,

Paul M. Sterbcow

PMS/bb
Enc.