# Lewis, Kullman, Sterbcow & Abramson
## ATTORNEYS AT LAW

| | 2615 Pan-American Life Center | |
|---|---|---|
| **Lawrence S. Kullman** | 601 Poydras Street | **Of Counsel** |
| **Paul M. Sterbcow** | NEW ORLEANS, LOUISIANA 70130-6030 | Harvey J. Lewis |
| **David A. Abramson** | Telephone (504) 588-1500 | |
| **Patrick J. Schepens** | Telecopier (504) 588-1514 | Writer's Direct Dial |
| **Ian F. Taylor** | | (504) 588-9722 |
| **Beth Abramson** | | |

www.lksalaw.com

June 27, 2011

WRITER'S DIRECT E-MAIL
sterbcow@lksalaw.com

**VIA CMRR # 7011 0110 0001 8146 7907**

Patrick J. Fanning, Esq.
238 Huey P. Long Ave.
Gretna, LA 70053

RE: DEEPWATER HORIZON DISASTER
    MDL 2179

Dear Bill:

Please see the attached Order, issued June 22, 2011, in the above referenced matter. Pursuant to this Order, you must provide at least five (5) working days notice prior to the scheduled deposition in the event Jimmy Harrell intends to invoke his Fifth Amendment right.

Thank you for your anticipated cooperation in this regard.

Sincerely yours,

Paul M. Sterbcow

PMS/bb
Enc.