```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
 2

 3      ******************************************************************

 4      IN RE:  OIL SPILL BY THE
        OIL RIG DEEPWATER HORIZON
 5      IN THE GULF OF MEXICO ON
        APRIL 20, 2010
 6
                                    CIVIL ACTION NO. 10-MD-2179 "J"
 7                                  NEW ORLEANS, LOUISIANA
                                    FRIDAY, JULY 1, 2011, 9:30 A.M.
 8

 9      THIS DOCUMENT RELATES TO
        ALL ACTIONS
10

11      ******************************************************************

12           TRANSCRIPT OF DISCOVERY STATUS CONFERENCE PROCEEDINGS
                HEARD BEFORE THE HONORABLE SALLY SHUSHAN
13                  UNITED STATES MAGISTRATE JUDGE

14
        APPEARANCES:
15

16      FOR THE PLAINTIFFS'
        LIAISON COUNSEL:           DOMENGEAUX WRIGHT ROY & EDWARDS
17                                 BY:  JAMES P. ROY, ESQUIRE
                                   P. O. BOX 3668
18                                 556 JEFFERSON STREET
                                   LAFAYETTE, LA  70502
19

20                                 HERMAN HERMAN KATZ & COTLAR
                                   BY:  STEPHEN J. HERMAN, ESQUIRE
21                                 820 O'KEEFE AVENUE
                                   NEW ORLEANS, LA  70113
22

23                                 LEWIS, KULLMAN, STERBCOW & ABRAMSON
                                   BY:  PAUL M. STERBCOW, ESQUIRE
24                                 PAN AMERICAN LIFE BUILDING
                                   601 POYDRAS STREET, SUITE 2615
25                                 NEW ORLEANS, LA  70130
```

09:23AM

```
 1   APPEARANCES CONTINUED:

 2

 3                            IRPINO LAW FIRM
                             BY:  ANTHONY IRPINO, ESQUIRE
 4                           ONE CANAL PLACE
                             365 CANAL STREET, SUITE 2990
 5                           NEW ORLEANS, LA  70130

 6

 7   FOR THE FEDERAL
     GOVERNMENT INTERESTS:   U.S. DEPARTMENT OF JUSTICE
 8                           TORTS BRANCH, CIVIL DIVISION
                             BY:  R. MICHAEL UNDERHILL, ESQUIRE
 9                                SARAH HIMMELHOCH, ESQUIRE
                             450 GOLDEN GATE AVENUE
10                           7TH FLOOR, ROOM 5395
                             SAN FRANCISCO, CA  94102
11

12   FOR STATE INTERESTS:    ALABAMA ATTORNEY GENERAL'S OFFICE
                             BY:  COREY L. MAZE, ESQUIRE
13                           500 DEXTER AVENUE
                             MONTGOMERY, AL  36130
14

15   FOR THE STATE OF
     LOUISIANA:              KANNER & WHITELEY
16                           BY:  ALLAN KANNER, ESQUIRE
                             701 CAMP STREET
17                           NEW ORLEANS, LA  70130

18

19   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
20   OFFSHORE DEEPWATER
     DRILLING INC., AND
21   TRANSOCEAN DEEPWATER
     INC.:                   FRILOT
22                           BY:  KERRY J. MILLER, ESQUIRE
                             ENERGY CENTRE, 36TH FLOOR
23                           1100 POYDRAS STREET
                             NEW ORLEANS, LA  70163
24

25
```

```
 1    APPEARANCES CONTINUED:

 2

 3    FOR BP AMERICA INC.,
      BP AMERICA PRODUCTION
 4    COMPANY, BP COMPANY
      NORTH AMERICA INC.,
 5    BP CORPORATION NORTH
      AMERICA INC.,
 6    BP EXPLORATION &
      PRODUCTION INC.,
 7    BP HOLDINGS NORTH
      AMERICA LIMITED,
 8    BP PRODUCTS NORTH
      AMERICA INC.:            LISKOW & LEWIS
 9                             BY:  DON K. HAYCRAFT, ESQUIRE
                               ONE SHELL SQUARE
10                             701 POYDRAS STREET, SUITE 5000
                               NEW ORLEANS, LA 70139
11

12                             KIRKLAND & ELLIS
                               BY:  J. ANDREW LANGAN, ESQUIRE
13                                  RYAN S. BABIUCH, ESQUIRE
                               300 N. LASALLE
14                             CHICAGO, IL 60654

15

16    FOR CAMERON INTERNATIONAL
      CORPORATION:             STONE PIGMAN WALTHER WITTMANN
17                             BY:  CARMELITE BERTAUT, ESQUIRE
                               546 CARONDELET STREET
18                             NEW ORLEANS, LA 70130

19

                               BECK REDDEN & SECREST
20                             BY:  DAVID J. BECK, ESQUIRE
                               ONE HOUSTON CENTER
21                             1221 MCKINNEY STREET, SUITE 4500
                               HOUSTON, TX  77010
22

23    FOR HALLIBURTON
      ENERGY SERVICES, INC.:   GODWIN RONQUILLO
24                             BY:  R. ALAN YORK, ESQUIRE
                               1331 LAMAR, SUITE 1665
25                             HOUSTON, TX  77010
```

```
1  APPEARANCES CONTINUED:

2

3                              GODWIN RONQUILLO
                               BY:  CAROLYN R. RAINES, ESQUIRE
4                              RENAISSANCE TOWER
                               1201 ELM STREET, SUITE 1700
5                              DALLAS, TX  75270

6

7  FOR ANADARKO
   PETROLEUM CORPORATION,
8  ANADARKO E&P COMPANY LP,
   MOEX USA CORPORATION,
9  AND MOEX OFFSHORE 2007
   LLC:                        BINGHAM MCCUTCHEN
10                             BY:  WARREN A. FITCH, ESQUIRE
                               2020 K STREET, NW
11                             WASHINGTON, DC  20006

12

                               CARVER DARDEN KORETZKY TESSIER
13                             FINN BLOSSMAN & AREAUX
                               BY:  PHILLIP D. NIZIALEK, ESQUIRE
14                             1100 POYDRAS STREET, SUITE 3100
                               NEW ORLEANS, LA  70163

15

16 FOR M-I L.L.C.:             MORGAN, LEWIS & BOCKIUS
                               BY:  BETH L. HUGHES, ESQUIRE
17                             1000 LOUISIANA STREET, SUITE 4000
                               HOUSTON, TX  77002

18

19 FOR MARINE SPILL
   RESPONSE CORPORATION:       BLANK ROME
20                             BY:  ALAN M. WEIGEL, ESQUIRE
                               THE CHRYSLER BUILDING
21                             405 LEXINGTON AVENUE
                               NEW YORK, NY  10174

22

23 FOR AIRBORNE SUPPORT
   INTERNATIONAL, INC.:        LABORDE & NEUNER
24                             BY:  BEN L. MAYEAUX, ESQUIRE
                               ONE PETROLEUM CENTER
25                             1001 W. PINHOOK RD., SUITE 200
                               LAFAYETTE, LA 70505
```

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR O'BRIEN'S RESPONSE
    MANAGEMENT, INC.,
 4  SEACOR HOLDINGS, INC.,
    SEACOR OFFSHORE LLC,
 5  SEACOR MARINE, LLC,
    SEACOR WORLDWIDE, INC.,
 6  SEACOR MARINE, INC.,
    SEACOR MARINE
 7  INTERNATIONAL, INC.,
    AND SIEMENS FINANCIAL,
 8  INC.:                   WEIL GOTSHAL & MANGES
                            BY:  JEREMY T. GRABILL, ESQUIRE
 9                          767 FIFTH AVENUE
                            NEW YORK, NY  10153
10

11  FOR WEATHERFORD U.S.,
    L.P.:                   JONES WALKER
12                          BY:  GLENN G. GOODIER, ESQUIRE
                                 WAYNE G. ZERINGUE, JR., ESQUIRE
13                          PLACE ST. CHARLES
                            201 ST. CHARLES AVENUE
14                          NEW ORLEANS, LA 70170

15

16  FOR DET NORSKE VERITAS:  COHEN GORMAN & PUTNAM
                            BY:  MARK COHEN, ESQUIRE
17                               RICHARD L. GORMAN, ESQUIRE
                            1010 LAMAR STREET, SUITE 1000
18                          HOUSTON, TX  77002

19
    FOR TRANSOCEAN
20  EXCESS UNDERWRITERS:    PHELPS DUNBAR
                            BY:  KYLE S. MORAN, ESQUIRE
21                          NORTHCOURT ONE
                            2304 19TH STREET, SUITE 300
22                          GULFPORT, MS  39501

23
    FOR LANE AVIATION:      LAW OFFICE OF GEORGE E. CROW
24                          BY:  GEORGE E. CROW, ESQUIRE
                            P.O. BOX 30
25                          KATY, TX  77492
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR MDL 2185:              METHOFF LAW FIRM
                               BY:  WILLIAM STRADLEY, ESQUIRE
 4                             3450 ONE ALLEN CENTER
                               500 DALLAS STREET
 5                             HOUSTON, TX  77002

 6

 7   ALSO PRESENT:              BRETT ROBINSON, ESQUIRE

 8

 9   OFFICIAL COURT REPORTER:     CATHY PEPPER, CRR, RMR, CCR
                                  CERTIFIED REALTIME REPORTER
10                                500 POYDRAS STREET, ROOM HB406
                                  NEW ORLEANS, LA  70130
11                                (504) 589-7779
                                  Cathy_Pepper@laed.uscourts.gov
12
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
13   PRODUCED BY COMPUTER.

14

15

16

17

18

19

20

21

22

23

24

25
```

1                              **I N D E X**

2

3   <u>EXAMINATIONS</u>                                        <u>PAGE</u>

4

5   BOP ISSUES.......................................   13

6   PRESERVATION ISSUES..............................   14

7   PSC COORDINATING INSPECTION FOR MONDAY, JULY 11TH......   14

8   PROTOCOL ISSUE...................................   16

9   DNV DEPOSITION...................................   17

10  UNITED STATES DOCUMENT PRODUCTION....................   36

11  SEARCHING THE EXECUTIVE OFFICE OF THE PRESIDENT........   40

12  WHEN DO WE BRING THAT UP FOR CONSIDERATION?...........   40

13  PRODUCTION OF THE WEATHERFORD SETTLEMENT AGREEMENT AND   45

14  INDEMNITY AGREEMENT..................................

15  APPROVED PROTOCOL FOR CEMENT TESTING.................   48

16  REDACTION BY A COUPLE OF THE DEFENDANTS OF SECTIONS OF   54

17  BOARD MINUTES AND OTHER DOCUMENTS BASED ON

18  NONRESPONSIVENESS AND RELEVANCY......................

19  TRANSOCEAN'S INTERNAL REPORT.........................   61

20  ADDITIONAL CUSTODIAL PRODUCTION FOR BILL AMBROSE AND   61

21  GEOFF BOUGHTON......................................

22  DAN FARR...........................................   62

23  WHETHER THERE WAS AN ORGANIZATIONAL CHART FOR THE   62

24  PEOPLE INVOLVED IN THE INVESTIGATION AND ISSUANCE OF A

25  REPORT.............................................

1    ROB TURLAK...........................................    62

2    SHORT FORM CLAIMANT ISSUE............................    64

3    MR. WHEELER..........................................    70

4    FIFTH AMENDMENT INVOCATIONS..........................    73

5    MR. BUZBEE'S CLIENTS, SANDELL, HAIRE, AND MORGAN.......    73

6    SANDELL..............................................    74

7    MORGAN...............................................    74

8    CHRISTOPHER HAIRE....................................    75

9    MR. LINDNER..........................................    75

10   DON VIDRINE..........................................    78

11   JIMMY HARRELL........................................    79

12   ROBERT KALUZA........................................    79

13   BRIAN MOREL..........................................    80

14   DEPOSITION FOR VECTOR MAGNETICS ON THE 6TH............    81

15   TRANSOCEAN INTERPLEADER..............................    82

16   WEATHERFORD..........................................    82

17   EXCEL SPREADSHEETS THAT WERE E-MAILED THIS MORNING DO,    86

18   IN FACT, CONTAIN THE FORMULAS........................

19   FIFTH AMENDMENT ISSUES...............................    86

20   MR. KALUZA WILL INVOKE THE FIFTH AMENDMENT............    86

21   JUNE AND JULY DEPOSITIONS............................    87

22   MARK ALBERTY.........................................    87

23   CHEVRON 30(B)(6), MR. CRAIG GARDNER..................    87

24   BROCK................................................    88

25   MIKE DALY FOR LONDON.................................    88

1    BARBARA YILMAZ.......................................    90

2    EDDY REDD............................................    91

3    PROCESS OF PRODUCING THE SEPARATION AGREEMENTS FOR     91

4    MESSRS. JACKSON AND THIERENS AND DID SO FOR MOGFORD....

5    SEPARATION AGREEMENTS FOR MESSRS. JACKSON AND THIERENS  91

6    AND DID SO FOR MOGFORD...............................

7    ADDITIONAL TIME......................................    92

8    PAT CAMPBELL.........................................    92

9    WILD WELL CONTROL....................................    92

10   FRANK PATTON.........................................    93

11   MEL WHITBY...........................................    94

12   BILL AMBROSE.........................................    94

13   TOMMY ROTH...........................................    95

14   MIKE BYRD............................................    95

15   POST-JULY 31 DEPOSITION REQUESTS.....................    96

16   PRE-JULY 31ST DEPOSITION.............................    97

17   UNNAMED MUD LOGGING PERSON...........................    97

18   KURT KRONENBERGER....................................    97

19   SARAH SANDERS........................................    97

20   POST-JULY 31ST.......................................    97

21   JIM BEMENT...........................................    98

22   JIM PRESTIDGE........................................    98

23   GORDON BIRRELL.......................................    99

24   CHARLES BONDURANT....................................    99

25   WALT BOZEMAN.........................................    99

 1  MR. BROCK............................................. 100

 2  SHERRIE DOUGLASS...................................... 100

 3  MR. FRAZELLE......................................... 100

 4  MR. LACY............................................. 100

 5  RICHARD MORRISON..................................... 100

 6  HEATHER POWELL....................................... 100

 7  NEIL SHAW............................................ 101

 8  MR. JOHN SHAUGHNESSY................................. 102

 9  JAY THORSETH......................................... 102

10  MR. MCKAY............................................ 102

11  DAVID YOUNG.......................................... 104

12  MR. KEPLINGER........................................ 104

13  MR. TRAHAN........................................... 105

14  JEREMY CLEMENTS...................................... 105

15  JIMMY MOORE.......................................... 106

16  DAVID YOUNG.......................................... 109

17  FRED FOREMAN......................................... 109

18  ED GAUDE............................................. 110

19  STEPHEN JOHNSON...................................... 111

20  DANIEL OLDFATHER..................................... 111

21  JOHN WRIGHT.......................................... 112

22  OBJECTIONS TO DEPOSITIONS............................ 113

23  NEIL SHAW............................................ 113

24  EXPERT REPORTS....................................... 113

25  TRIAL STRUCTURE, TRIAL SCOPE, POTENTIAL CASE ......... 119

1  MANAGEMENT ORDER......................................

2  PROPOSED ORDER FOR THE CEMENT......................... 123

3  PSC MOTION TO COMPEL DISCOVERY FROM CAMERON........... 123

4  POTENTIAL DEPONENTS FOR PHASE II...................... 124

5  PRELIMINARY WITNESS LIST FOR PHASE I.................. 125

6  CLAWBACK REQUESTS.................................... 127

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                       **P-R-O-C-E-E-D-I-N-G-S**

09:23AM   2                       FRIDAY, JULY 1, 2011

09:23AM   3               M O R N I N G   S E S S I O N

09:23AM   4                   (COURT CALLED TO ORDER)

09:23AM   5

09:32AM   6

09:32AM   7           THE DEPUTY CLERK:  All rise.

09:32AM   8           THE COURT:  Good morning.  We don't have the phone on, I

09:33AM   9   don't believe.  Let's make sure we have our phone participants.

09:33AM  10               Good morning, phone participants.  Can you hear us

09:33AM  11   okay?  Corey, are you on the line?

09:33AM  12           MS. HIMMELHOCH:  Did you ask if we're on the line,

09:33AM  13   Your Honor?

09:33AM  14           THE COURT:  I did.

09:33AM  15           MS. HIMMELHOCH:  This is Sarah Himmelhoch.  Yes, we are.

09:33AM  16           MR UNDERHILL:  Mike Underhill, too, Judge.

09:33AM  17           MR. BECK:  David Beck, Your Honor.

09:33AM  18           THE COURT:  You all can hear us okay?

09:33AM  19           MS. HIMMELHOCH:  Yes, Your Honor.

09:33AM  20           THE COURT:  Good, good, good.  All right.  So everybody

09:33AM  21   is back or coming back from London, right?  Alan York?

09:33AM  22           MR. YORK:  Cheerio, Your Honor.

09:33AM  23           THE COURT:  Cheerio, sir.  How many pints of beer did

09:34AM  24   you have since I last saw you?

09:34AM  25           MR. YORK:  Not nearly enough.

09:34AM  1    THE COURT:  All right, guys.  We wanted to start on the

09:34AM  2  BOP issues because DNV does not have to sit through the remainder

09:34AM  3  of our schedule if we take care of them first.  So let's start

09:34AM  4  with that.

09:34AM  5    Mark, good morning.  You're on the phone, right?

09:34AM  6    MR. COHEN:  Yes, Your Honor, I am on the phone.

09:34AM  7  Richard Gorman has stepped around the corner to release some

09:34AM  8  documents that the government has just authorized us to release

09:34AM  9  as part of the discovery.  He'll be back, I think, before I'm

09:34AM 10  done, but I'm ready to go when you are.

09:34AM 11    THE COURT:  The documents are these spreadsheets?

09:34AM 12    MR. COHEN:  I'm not sure which one.  We got a little

09:34AM 13  flurry of -- they're -- you know, in the demobilization, they're

09:34AM 14  finding things that were stuck in cracks here and there.  There

09:34AM 15  are a couple of notebooks that they found that -- duplicate

09:34AM 16  information that was uploaded to KPMG or that was uploaded in the

09:35AM 17  JIT proceedings.

09:35AM 18    Off of the spreadsheets, Richard, the judge was

09:35AM 19  asking if those are --

09:35AM 20    MR. GORMAN:  They have been released.  The judge ought

09:35AM 21  to have them on her machine, as well as everybody else.

09:35AM 22    MR. COHEN:  They have been released, Your Honor.  The

09:35AM 23  spreadsheets are gone.

09:35AM 24    THE COURT:  Yes, I've got them in my inbox.  We'll get

09:35AM 25  to that in a minute, as far as I think that relates more to the

09:35AM 1    deposition on Tuesday and Wednesday.

09:35AM 2         MR. COHEN:  Yes, ma'am.

09:35AM 3         THE COURT:  Let's talk about preservation issues.

09:35AM 4         First of all, so everybody is on the same page, DNV

09:35AM 5    circulated earlier this week the general description of the

09:35AM 6    current state of the BOP lower section, what parts are

09:35AM 7    disassembled and what kind of state they are in.  The same with

09:35AM 8    the lower marine riser package, the flex joint and the control

09:35AM 9    pods.  So everybody should have those, particularly BP, Cameron

09:36AM 10   and Transocean, so that we can go ahead and formulate our best

09:36AM 11   recommendations for preservation in its current state.

09:36AM 12        I would hope that everybody will be looking at that

09:36AM 13   this week.  We've got another telephone conference involving the

09:36AM 14   United States on Thursday, but we hope to have made some

09:36AM 15   significant progress on the protocol prior to then.

09:36AM 16        Now, let's hear from the PSC about coordinating the

09:36AM 17   inspection for Monday, July 11th.  How do we stand on that,

09:36AM 18   Steve?  Good morning.

09:36AM 19        MR. HERMAN:  Good morning.  Steve Herman for the

09:36AM 20   plaintiffs.

09:36AM 21        I think we're on schedule.  The only thing I'm

09:36AM 22   waiting for, we sent our information to the captain.  Transocean

09:36AM 23   and Anadarko have given me the names.  I need to get -- unless

09:37AM 24   they sent them directly to the Coast Guard, I need to get their

09:37AM 25   driver's license numbers and confirmation that they are

09:37AM 1    U.S. citizens, so that I can pass that along to the captain.

09:37AM 2              THE COURT:  Alan, you want to come on up.

09:37AM 3              So for anyone who has an expert that will be

09:37AM 4    attending the inspection on Monday -- have we set a time for it,

09:37AM 5    Steve?

09:37AM 6              MR. HERMAN:  I'm not sure about that.

09:37AM 7              THE COURT:  That would be good, too.  But, anyway --

09:37AM 8              MR. HERMAN:  I'll address it with the captain, and we'll

09:37AM 9    send that out to everyone.

09:37AM 10             THE COURT:  Great.  Anyone who wants their expert to

09:37AM 11   have one final look needs to make sure that the Coast Guard is

09:37AM 12   not confronted with a situation where these people don't have

09:37AM 13   advance clearance.

09:37AM 14             Clearance can be gotten through Heather Kennealy.

09:37AM 15   It's Heather dot S dot Kennealy, K-E-N-N-E-A-L-Y, at USCG dot

09:38AM 16   MIL.  That's at least three business days they need to have the

09:38AM 17   name, certification that the person is a U.S. citizen and state

09:38AM 18   and driver's license number.

09:38AM 19             I would like, if at all possible, to get that

09:38AM 20   information to the Coast Guard today, so that we don't have any

09:38AM 21   last minute glitches.  If the experts show up and they are not

09:38AM 22   cleared in advance, they don't get to go in.

09:38AM 23             So, good morning, Alan.  What have you got to say

09:38AM 24   on that?

09:38AM 25             MR. YORK:  Good morning, Judge.  Alan York for

09:38AM  1  Halliburton.

09:38AM  2          I was just going to follow up on what Steve said.

09:38AM  3  I believe Halliburton is going to have representatives.  I think

09:38AM  4  that Jerry Von Sternberg in our office is coordinating directly

09:38AM  5  with Captain Englebert, but I'll also have him coordinate with

09:38AM  6  you, Steve, so he can have the names.

09:38AM  7          MR. HERMAN:  Great.  Thanks.

09:38AM  8          THE COURT:  Also, Heather, because Heather is going to

09:39AM  9  receive that information for the captain.

09:39AM 10          MR. FITCH:  Judge, the e-mail address once more.

09:39AM 11          THE COURT:  Sure.  It's Heather, H-E-A-T-H-E-R, dot S

09:39AM 12  dot Kennealy, K-E-N-N-E-A-L-Y, at USCG dot MIL.  If you could get

09:39AM 13  that information to her as soon as possible, we'll avoid any kind

09:39AM 14  of last minute glitches.

09:39AM 15          All right.  I guess, Steve, why don't you take the

09:39AM 16  lead on coordinating a time.

09:39AM 17          MR. HERMAN:  Will do, Your Honor.

09:39AM 18          THE COURT:  Thank you.

09:39AM 19          All right.  On the protocol issue, we have agreed

09:39AM 20  that anyone who participates in formulation of the protocol will

09:39AM 21  be held harmless in the event that anything goes awry during the

09:40AM 22  storage period.

09:40AM 23          Everybody is going to use their best effort to

09:40AM 24  formulate a protocol that everybody can agree on and that the

09:40AM 25  Coast Guard approves and then will be implemented under the port

09:40AM  1    authority.  So that will be part of the order, and I want to make

09:40AM  2    that very clear.

09:40AM  3            Now, relative to the DNV deposition, that's going

09:40AM  4    forward on Tuesday morning and into Wednesday, and we've had some

09:40AM  5    questions about the order of presentation.

09:40AM  6            I thought the best way to do this is that we've got

09:40AM  7    two designees for the technical issue.  That's Mr. Kenney and

09:40AM  8    Mr. Thompson.  They will be covering Topics 1 through 6.  They

09:40AM  9    are going to be testifying --

09:41AM 10            MR. COHEN:  Your Honor, Mark Cohen.

09:41AM 11            They may also be covering 11 and 12, depending on

09:41AM 12    what people say about that later on.

09:41AM 13            THE COURT:  What do you mean, what people say?  Oh, I

09:41AM 14    see what you're saying.  Okay.  I understand.

09:41AM 15            MR. BECK:  Your Honor, this is David Beck for Cameron.

09:41AM 16            If I understand what the DNV is suggesting, they

09:41AM 17    are suggesting that two witnesses, Mr. Thompson and Mr. Kenney in

09:41AM 18    particular, who have been designated to address, I believe it's

09:41AM 19    Topics 1 through 6, that they would be testifying simultaneously.

09:41AM 20    In other words, they are both sitting there side by side and can

09:41AM 21    respond to the questions.  If that is the suggested procedure, we

09:41AM 22    do object, and I would mention a couple of things.

09:41AM 23            One, the testimony that is being recorded is also

09:41AM 24    being videoed, so this testimony may be introduced at trial.  At

09:41AM 25    least parts of it may be.  I have never seen two witnesses

09:42AM 1    simultaneously -- I've never seen two witnesses simultaneously

09:42AM 2    take the witness stand.  So this procedure, if I understand what

09:42AM 3    they are proposing, is unprecedented.

09:42AM 4           Secondly, whenever you designate a witness to

09:42AM 5    testify in response to a topic pursuant a Rule 30(b)(6) notice,

09:42AM 6    that witness has an obligation to go investigate and obtain the

09:42AM 7    facts necessary.  Their obligation to obtain the relevant facts

09:42AM 8    is before the deposition, not during the deposition.  So we would

09:42AM 9    object to this procedure.

09:42AM 10          I might add that I think that the proper way to do

09:42AM 11   this is, frankly, the way BP did it in response to one of their

09:42AM 12   30(b)(6) notices.  That is, they identified a specific witness to

09:42AM 13   testify about a specific component of a topic.  In other words,

09:42AM 14   if you had more than one witness that is going to address a

09:43AM 15   topic, you may designate a witness to testify as to specific

09:43AM 16   components, but that witness must testify as to his or her

09:43AM 17   knowledge of those components.  You don't do it simultaneously.

09:43AM 18          So, for those general reasons, we would object to

09:43AM 19   this procedure, if that is, in fact, what they are suggesting.

09:43AM 20          THE COURT:  That is, in fact, what they are suggesting.

09:43AM 21          In addition, they have a designee for what we have

09:43AM 22   been referring to as the business designations, that's Topics 6

09:43AM 23   through 12.

09:43AM 24          Let's hear from DNV.

09:43AM 25          MR. BECK:  Judge, this is David Beck, again.

09:43AM 1          If I might add, both Mr. Thompson and Mr. Kenney

09:43AM 2  testified at the JIT hearing.

09:43AM 3          THE COURT:  That's right.

09:43AM 4          MR. BECK:  Mr. Thompson addressed a very specific topic,

09:43AM 5  which was project staffing and then the DNV's modeling.  Then

09:44AM 6  Mr. Kenney, on the other hand, testified about function testing

09:44AM 7  and BOP inspection generally.  So, at the JIT hearing, there

09:44AM 8  wasn't this approach of having witnesses testify simultaneously.

09:44AM 9          THE COURT:  All right.  Well, let's hear from DNV and

09:44AM 10 why they are suggesting this, and we'll take it from there.

09:44AM 11         MR. COHEN:  Your Honor, Mark Cohen.

09:44AM 12         THE COURT:  Yes, Mark.

09:44AM 13         MR. COHEN:  This was simply in response to what we

09:44AM 14 understood was the Court's suggestion that this would be a way to

09:44AM 15 save the MDL litigants time so that they could get more

09:44AM 16 examination done.

09:44AM 17         In fact, at the JIT, we proposed -- actually, other

09:44AM 18 people proposed that we have Mr. Thompson and Mr. Kenney testify

09:44AM 19 in the same position, that is, that they be present and that they

09:44AM 20 answer questions as best it could be determined who would be best

09:45AM 21 able to handle them.  They do break out pretty well.

09:45AM 22         The Coast Guard at that time wished to conduct it

09:45AM 23 in a conventional traditional sense, so we said fine.

09:45AM 24         Really, we don't have a dog in the fight.  It was

09:45AM 25 an effort to accommodate what we understood was a more

09:45AM  1   expeditious procedure that would allow the parties to conduct

09:45AM  2   more examination.  We think that probably would work better, but,

09:45AM  3   really, we don't have a dog in this fight.

09:45AM  4        THE COURT:  Does anybody else have anything they want to

09:45AM  5   add on this issue?

09:45AM  6           I personally thought it would be easier, since both

09:45AM  7   of these gentlemen were involved in Phase I and Phase II testing,

09:45AM  8   to have them chime in when a question was asked that they could

09:45AM  9   respond to.  If you all think that's a bad idea, tell me.  I

09:46AM 10   thought that it would streamline things.  If one could add

09:46AM 11   something to what another one said, I thought that would helpful,

09:46AM 12   as well.

09:46AM 13           Kerry.

09:46AM 14        MR. MILLER:  Kerry Miller on behalf of Transocean.

09:46AM 15        MR. COHEN:  Judge, this is Mark Cohen.

09:46AM 16           I would add that we did point out this would save

09:46AM 17   some money.  That may be a relatively modest factor, all things

09:46AM 18   considered, but it is a real factor for nonparty witnesses.

09:46AM 19           These folks, they did testify, so people do

09:46AM 20   understand which direction they are going in, in terms of

09:46AM 21   modeling, laser scanning, versus other issues, but there is some

09:46AM 22   overlap.  That's that from us.

09:46AM 23        MR. BECK:  Judge, this is David Beck, again.

09:46AM 24           I would respectfully submit that putting them --

09:46AM 25   letting them testify simultaneously will actually make it more

09:46AM 1   inefficient, not efficient --

09:46AM 2          THE COURT:  Well, David --

09:46AM 3          MR. BECK:  -- because if you ask a witness a question

09:46AM 4   and the witness doesn't know it, the proper answer is I don't

09:47AM 5   know.  It's not to turn to somebody else and essentially say,

09:47AM 6   what do you think, and then have somebody else come in and answer

09:47AM 7   it.

09:47AM 8          If somebody doesn't -- if you ask a witness a

09:47AM 9   question and the witness answers it, then you don't even get to

09:47AM 10  the second witness as far as that particular question is

09:47AM 11  concerned.

09:47AM 12         THE COURT:  Right.  Okay.  I hear you.

09:47AM 13         We had already called on Kerry, however.

09:47AM 14         MR. MILLER:  I'm going to be real quick.  Kerry Miller

09:47AM 15  on behalf of Transocean.

09:47AM 16         We generally agree with Mr. Beck.  We think he's

09:47AM 17  got the better side of the argument.

09:47AM 18         THE COURT:  Then what we can do is, Mark, would you

09:47AM 19  please go ahead and present one witness on technical, the second

09:47AM 20  witness on technical.  Then you'll move into your third witness

09:47AM 21  on what we've called business, but it sounds like Mr. Kenney

09:47AM 22  might also be designated on business?

09:47AM 23         MR. COHEN:  No, Judge, it's the facts.  Maybe this is

09:48AM 24  the right time to just clear these couple of little housekeeping

09:48AM 25  points.

09:48AM 1          It sounds like to us Topic Number 12 is aimed at

09:48AM 2    work concerning the blowout preventer.  I apologize having to

09:48AM 3    bring this up, but it's difficult to find out who actually wrote

09:48AM 4    each one of these requests.  I'm not blaming anyone, but it's

09:48AM 5    most efficient to do it this way.

09:48AM 6          So Number 12 reads -- these are topics for the

09:48AM 7    30(b)(6).  Number 12 is, quote, all communications with or input

09:48AM 8    received from BP, Transocean, Cameron, Halliburton, Weatherford

09:48AM 9    or Dril-Quip regarding the work done by DNV after April 20, 2010.

09:48AM 10         Now, we had understood this -- from its origin, we

09:48AM 11   had understood this to concern the BOP, that is, the work

09:49AM 12   referring to the forensic examination work.  If we've

09:49AM 13   misunderstood, this is the time for people to let us know.

09:49AM 14         THE COURT:  I agree.

09:49AM 15         MR. COHEN:  Because if it's -- if it's the forensic

09:49AM 16   work, it would be -- it would be probably Neil Thompson, if it's

09:49AM 17   with regard to communications or input, or maybe Gary Kenney.

09:49AM 18   I'm not sure.  With this one is a split decision.

09:49AM 19         Number 11, if it's -- if Number 11, which is a

09:49AM 20   separate topic -- well, this one would be one of the two, but is

09:49AM 21   it simply BOP work?

09:49AM 22         THE COURT:  Can anyone answer that question?  Let's

09:49AM 23   start with that.

09:49AM 24         David, do you want to comment on that?

09:49AM 25         MR. BECK:  Yeah, Judge, I think the request was a little

09:49AM 1  bit broader than that.  It wasn't just limited to BOP work.

09:49AM 2       We're not trying to go into something that's

09:49AM 3  totally irrelevant to this dispute, but, to the extent there have

09:50AM 4  been communications between DNV and any of the parties to this

09:50AM 5  lawsuit that might, you know, arguably be relevant to this case,

09:50AM 6  then we think we at least ought to be able to probe and ask, you

09:50AM 7  know, the witness what those communications have been.

09:50AM 8       I mean, for example, we don't know whether or not

09:50AM 9  DNV has done other kinds of work for any of the other parties in

09:50AM 10 this case.

09:50AM 11      THE COURT:  You're talking about unrelated to its

09:50AM 12 retention in this litigation?

09:50AM 13      MR. BECK:  Right.  In other words, it may -- you know,

09:50AM 14 this is just a hypothetical, and I'm not suggesting that this

09:50AM 15 occurred, but supposing, for example, that DNV has done a

09:50AM 16 substantial volume of business for one of the parties to this

09:50AM 17 case.  We think that's a fact that we at least ought to be

09:50AM 18 entitled to discover.  You know, then Judge Barbier can determine

09:50AM 19 its admissibility at the time of trial.

09:51AM 20      I guess what I'm saying is that I think limiting it

09:51AM 21 to the BOP is a little bit too narrow.

09:51AM 22      Let me say this, I'll be glad to visit with

09:51AM 23 counsel, Your Honor, to try to see if we can somehow agree on the

09:51AM 24 scope of this.

09:51AM 25      THE COURT:  I think that would be helpful.

09:51AM 1          The other topic that has been called to my

09:51AM 2    attention by Mark is Topic Number 7.

09:51AM 3          Mark, do you want to cover that, or do you want me

09:51AM 4    to summarize it?

09:51AM 5          MR. COHEN:  Thank you, Judge.

09:51AM 6          Briefly, 7 concerns work performed by DNV for a

09:51AM 7    different group, it's BP, Anadarko, Transocean, Halliburton or

09:51AM 8    Cameron, after January 1, 2005, including, but not limited to,

09:51AM 9    audits, inspections, surveys or assessments relating to the ISM

09:51AM 10   Code and all payments received in connection with such work.

09:52AM 11         The answer I'm seeking here is whether the parties

09:52AM 12   agree that this is -- that this request is for the nature and

09:52AM 13   extent of the business activities that DNV had performed for

09:52AM 14   these five companies -- which I agree, as far as DNV is

09:52AM 15   concerned, seems fair game; we're prepared to respond to that

09:52AM 16   with some degree of specificity -- and how much was earned.

09:52AM 17   Again, we're prepared to respond to that.

09:52AM 18         What is a little troubling is the thought that

09:52AM 19   maybe somebody thinks this particular request opens up the

09:52AM 20   opportunity for the parties to interrogate DNV's witness on the

09:52AM 21   nature and extent and report writing and conclusions reached

09:52AM 22   regarding any particular task, say, performed for Anadarko or

09:52AM 23   Halliburton during the last five years.  I just use those as

09:53AM 24   examples.

09:53AM 25         But we had thought this had to do with how much

09:53AM 1     work are you doing for these companies, what kind of work is it,

09:53AM 2     and what are you earning --

09:53AM 3              THE COURT:  Right.

09:53AM 4              MR. COHEN:  -- these sort of basic bias or prejudice

09:53AM 5     oriented questions.  If people disagree with us, I think I would

09:53AM 6     like to hear that now.

09:53AM 7              THE COURT:  I would, too.

09:53AM 8              MR. HAYCRAFT:  This is Don Haycraft for BP.

09:53AM 9              On Topic 7, and I've mentioned this to Mark, I

09:53AM 10    agree generally with the scope that he's outlined in his

09:53AM 11    statement just now.

09:53AM 12             There was one left -- there is a gentleman who has

09:53AM 13    been deposed as a fact witness for DNV named David McKay,

09:53AM 14    M-C-K-A-Y, and he gave specifics about particular survey work

09:53AM 15    that he has done on *Deepwater Horizon* related to ISM Code

09:53AM 16    compliance and safety management system compliance.

09:53AM 17             Arising out of that deposition was a specific

09:54AM 18    question that he didn't know the answer to which had to do with

09:54AM 19    internal communications and communications not only with

09:54AM 20    Transocean but within DNV on a particular part of ISM Code

09:54AM 21    compliance, namely Section 5.2 having to do with statements of

09:54AM 22    the overriding authority of the master onboard a ship.

09:54AM 23             Mr. McKay couldn't answer those questions.  I had

09:54AM 24    specifically asked for those -- any documents related to that.  I

09:54AM 25    do want to have a corporate response on that question that I feel

09:54AM 1    falls within Number 7.

09:54AM 2           MR. COHEN:  Judge, Mr. Haycraft did -- Don did send that

09:54AM 3    message to me.  I apologize, Don, it's been a little hectic.  I

09:54AM 4    think we are prepared to identify the documentary information,

09:54AM 5    and, to that limited extent, I'm pretty sure that the corporate

09:54AM 6    rep would be able to answer that -- any questions that might

09:55AM 7    follow on from the documents.  I don't -- I don't imagine there

09:55AM 8    will be many, if any, but they will be prepared to do it.

09:55AM 9           Otherwise, we would like to be able to limit the

09:55AM 10   prep on this Number 7 to the types of work that have been done

09:55AM 11   for the various companies over the last five years and the

09:55AM 12   earnings, and keep it to that limit.

09:55AM 13          MR. BECK:  Your Honor, this is David Beck for Cameron.

09:55AM 14          We generally agree with the approach that DNV

09:55AM 15   counsel has outlined.

09:55AM 16          THE COURT:  Does anybody object to the description as

09:55AM 17   Mark Cohen has just given it to us for Topic 7?

09:55AM 18          Mark, you're good to go on that.

09:55AM 19          Then, David --

09:55AM 20          MR. COHEN:  Thank you, all.  Thank you, Judge.

09:55AM 21          MR. BECK:  Your Honor, we will confer with counsel on

09:55AM 22   Number 12, if that's the Court's wish.

09:55AM 23          THE COURT:  Yes.  You know how to get in touch with

09:56AM 24   Mark, right?

09:56AM 25          MR. BECK:  Yes, I do.

09:56AM 1        MR. COHEN:  David, you're welcome to call me right after

09:56AM 2   the conference.  I'll be here.

09:56AM 3            Your Honor, may I address Number 11?  It's in the

09:56AM 4   same little family.

09:56AM 5        THE COURT:  Yes, please do.

09:56AM 6        MR. COHEN:  Number 11, I believe, is -- the reason I

09:56AM 7   wanted to point this out is that Neil Thompson is going to

09:56AM 8   address it.  It's got to do with contracting or agreements

09:56AM 9   relative to the BOP.

09:56AM 10            Previously, we had identified Mr. Bjerager as the

09:56AM 11  appropriate witness, but it will be Neil.  I don't want anybody

09:56AM 12  to -- I'm not sure how you have to calculate your time or if you

09:56AM 13  have to put in dibs on it, so it will be Neil Thompson on Number

09:56AM 14  11.

09:56AM 15            I'm not sure about Number 12.  We'll get you an

09:56AM 16  update on that as soon as I talk to David and we are clear about

09:56AM 17  where he might need to go.

09:56AM 18        MR. BECK:  Mark, may I have your direct dial number?

09:56AM 19  That may be the quickest way to get --

09:57AM 20        MR. COHEN:  Surely.  713-224-0628.

09:57AM 21        MR. BECK:  Thank you.

09:57AM 22        THE COURT:  Is there anything else anybody wants to

09:57AM 23  raise relative to the DNV deposition?

09:57AM 24        MR. MILLER:  Your Honor, Kerry --

09:57AM 25        MR. COHEN:  Your Honor, it's Cohen, again.

09:57AM 1          Just one more thing about Number 12.  It would be

09:57AM 2   very useful for DNV, in order to give the parties the best

09:57AM 3   30(b)(6) that we can prepare for, if they would tell me what it

09:57AM 4   is they are aiming at under Category Number 12.

09:57AM 5          I mean, they have a lot of documents now.  People

09:57AM 6   have a great deal of information now about different

09:57AM 7   relationships amongst all of the litigants.  Some of those

09:57AM 8   litigants have relationships with DNV.

09:57AM 9          I know you want to ask questions about DNV's work

09:57AM 10  for different companies, and it would help us if you could send

09:57AM 11  in the kind of -- the questions and a reference by attaching a

09:58AM 12  PDF of the document, if any, that you want to use to question the

09:58AM 13  witness, and we will do our best to research that further.

09:58AM 14         Because, otherwise, people will be relying on DNV's

09:58AM 15  best preparation effort.  We're making a good effort at it, but

09:58AM 16  I'd sure hate to miss something that someone feels they really

09:58AM 17  need just because we didn't anticipate it.

09:58AM 18        THE COURT:  Everybody be mindful of that.  If you don't

09:58AM 19  have Mark's e-mail, it's M Cohen, C-O-H-E-N, at CGP Texas, all

09:58AM 20  one word, dot com.  If you can help him out on that, he'll be

09:58AM 21  happy to prep the witnesses on whatever that particular specific

09:58AM 22  topic or document is.

09:58AM 23         Now, Mr. Miller.

09:58AM 24        MR. MILLER:  This is, I guess, a request for Mark to

09:59AM 25  help us out.

09:59AM 1          If, in fact, the technical witnesses are going to

09:59AM 2   appear not together, but one after the other, separately, if, as

09:59AM 3   Mr. Beck, I think, suggested initially on, if Mark or someone

09:59AM 4   else in his organization could let us know what topics or

09:59AM 5   components of topics Mr. Kenney will handle versus what topics or

09:59AM 6   components of topics Mr. Thompson, who I think the other

09:59AM 7   technical gentleman is, will handle, that will also help us

09:59AM 8   prepare and be more efficient for the deposition.

09:59AM 9          THE COURT:  Mark, have you got that?

09:59AM 10         MR. COHEN:  Loud and clear.  I will definitely circulate

09:59AM 11  a list.

09:59AM 12         I know people are preparing, anyway, so you will

09:59AM 13  see the list, I'm sure, not later than Monday; but, if I can get

09:59AM 14  it out earlier, I will.  We just -- we want to make sure we don't

09:59AM 15  have any last minute changes, if we can help it.

09:59AM 16         THE COURT:  Anything else anybody wants to talk about

09:59AM 17  with DNV, whether it's preservation or deposition?

10:00AM 18         MR. BECK:  Judge, may I ask counsel a question?

10:00AM 19         I want to thank counsel, and particularly the

10:00AM 20  government, for agreeing to release those electronic spreadsheets

10:00AM 21  because we can't understand the calculations without the backup.

10:00AM 22         The question is this.  Once we get and have a

10:00AM 23  chance to look at these electronic spreadsheets, will they give

10:00AM 24  us the formulas that were used to produce these calculations?

10:00AM 25         I don't know without looking at it, and since I

10:00AM 1   just got it I haven't had a chance to analyze it yet, so I guess

10:00AM 2   my precise question is, after we get the Excel spreadsheets will

10:00AM 3   that tell us the formula that allowed the DNV to produce the

10:00AM 4   calculations?

10:00AM 5        THE COURT:  Mark?

10:00AM 6        MR. COHEN:  Your Honor, I think that -- I'm

10:00AM 7   99.99 percent sure on this one -- that nobody here, meaning at

10:01AM 8   CGP, has examined that spreadsheet to interrogate it and see if

10:01AM 9   there are formulae embedded and whether one can access the

10:01AM 10  formulae.

10:01AM 11       I guess we guessed that that was the reason for

10:01AM 12  people wanting to see the spreadsheets in native format.  So I am

10:01AM 13  loathe or reluctant to make any reps or warranties about what's

10:01AM 14  there or what I could get for Mr. Beck, and I certainly don't

10:01AM 15  want to be thrust in the position of having to create a document.

10:01AM 16       If is there a simple answer, David, I will try to

10:01AM 17  find it for you.  I'll ask the people that were involved with the

10:01AM 18  spreadsheet.  Beyond that, I'm really reluctant to go at this

10:01AM 19  point.

10:01AM 20       MR. BECK:  Your Honor, I appreciate that.

10:01AM 21       I just wanted to raise it as kind of a placeholder.

10:01AM 22  I, too, believe that these electronic spreadsheets will give us

10:01AM 23  the answer; but, since we haven't seen them yet, until we're sure

10:01AM 24  of that, there may be an issue we're going to have to raise at

10:02AM 25  some point, but we can cross that bridge when we get there.

10:02AM 1    THE COURT:  I'm looking at the spreadsheet, but, it

10:02AM 2  beats me.  That's my expert analysis.  I don't know.

10:02AM 3    But, Mark, if you could inquire and send out an

10:02AM 4  e-mail blast at the same time you send out your revised

10:02AM 5  designations, that would be helpful.

10:02AM 6    MR. COHEN:  I will, Your Honor.

10:02AM 7    The only point that Mr. Beck, or David, makes that

10:02AM 8  I'm a little concerned with is the notion that he's got a

10:02AM 9  placeholder thrown down here.  The Court's mindful of our deep

10:02AM 10  and abiding concern that we don't want to see the depositions

10:02AM 11  prolonged beyond the two days assigned, nor do we want to have to

10:02AM 12  come back.

10:02AM 13    THE COURT:  Right.

10:02AM 14    MR. COHEN:  If there is a concern later on, Your Honor,

10:02AM 15  I would ask counsel to raise it later on today.  We'll get on

10:02AM 16  this question as quick as we can, so that if he's concerned, we

10:02AM 17  could -- if the Court is disposed to, we could ventilate it and

10:03AM 18  figure out what to do about it, if anything.

10:03AM 19    MR. BECK:  Judge, we don't want to prolong anything.  We

10:03AM 20  should be able to answer this question, certainly over the

10:03AM 21  weekend, and I'll be certainly pleased to communicate with Mark

10:03AM 22  and just tell him don't worry, we've got our answer.

10:03AM 23    THE COURT:  Right.  Exactly.  If there is a problem, I

10:03AM 24  am so inclined, so let me know --

10:03AM 25    MR. BECK:  Okay.

10:03AM 1          THE COURT:  -- because we need to make sure that we get

10:03AM 2     the full deposition under our belts because expert report

10:03AM 3     deadlines are coming.

10:03AM 4               Anything else for Mr. Cohen?  Going, going, gone.

10:03AM 5               All right, Mark, thanks very much.

10:03AM 6          MR. COHEN:  Your Honor, my co-counsel here, Mr. Gorman,

10:03AM 7     is a little concerned that some people might still have some

10:03AM 8     discovery issues.  It's not that we want to stir up trouble, but

10:03AM 9     we'd sure hate for you to feel like we got away a moment too

10:04AM 10    soon.  Here he comes.

10:04AM 11         THE COURT:  Mr. Gorman.

10:04AM 12         MR. GORMAN:  Judge, good morning.  How are you?

10:04AM 13         THE COURT:  Fine, thank you.  What is your concern?

10:04AM 14    Let's get it all out on the table.

10:04AM 15         MR. GORMAN:  My concern is that at some point this issue

10:04AM 16    about the Transocean privilege log is going to come to a head,

10:04AM 17    and there is going to be some discussion about that because there

10:04AM 18    are certain people that I know who want to interrogate the DNV

10:04AM 19    witnesses about some of those documents.

10:04AM 20               Nothing has been decided about that.  In fact, it

10:04AM 21    sort of came to light yesterday, people woke up and realized

10:04AM 22    there was a privilege log out there.  Yes, there is; and, so if

10:04AM 23    that's going to be an issue, it obviously needs to get decided

10:04AM 24    before these depositions take place Tuesday.

10:04AM 25         THE COURT:  Well, that's interesting since I know

10:04AM 1    nothing about the issue.  Do I?

10:04AM 2         MR. GORMAN:  That is what I understand, as well.  This

10:04AM 3    log has been out there and produced for several weeks, and it

10:04AM 4    apparently has now come to light that it's actually there.

10:04AM 5         There was some discussion yesterday afternoon about

10:05AM 6    some of these documents that we have not released because they

10:05AM 7    were subject to the log from Transocean that was produced right

10:05AM 8    after they came to our office.  So, to the extent there is going

10:05AM 9    to be issues about that, I just want to make the Court aware that

10:05AM 10   this is going on behind the scenes, and I don't want it to be a

10:05AM 11   problem come Tuesday and Wednesday.

10:05AM 12        THE COURT:  I agree.  I'm glad you raised the issue

10:05AM 13   because I'm unaware of it.

10:05AM 14        Who wants to comment on this?  Anybody?  Because if

10:05AM 15   nobody comments, it's not going to be an issue come Tuesday.

10:05AM 16        MR. HAYCRAFT:  Well --

10:05AM 17        MR. COHEN:  Judge, this is Cohen.

10:05AM 18        I think, really, it may be that people are

10:05AM 19   satisfied they've got what they need, and this is just an excess

10:05AM 20   of concern on our part.

10:05AM 21        But, mechanically, if anybody is going to need a

10:05AM 22   document that they feel is still in DNV's piles of documents that

10:06AM 23   were withheld at the request of Transocean or, for that matter,

10:06AM 24   anybody else at this point, as of the time we produced the

10:06AM 25   documents and asked people to withhold them, if they wanted them

10:06AM 1   withheld, subject to the Court's orders, we would ask that they

10:06AM 2   just come over to the office today or possibly tomorrow, if they

10:06AM 3   let us know early enough to arrange air, and they can pull out

10:06AM 4   the documents they need.

10:06AM 5          We simply don't want to be responsible for

10:06AM 6   collecting documents that people are wanting from these various

10:06AM 7   privilege piles at this late date -- or at all, actually.  It's

10:06AM 8   really their job, not ours.

10:06AM 9          THE COURT:  Don.

10:06AM 10         MR. HAYCRAFT:  Yes.  Don Haycraft for BP.

10:06AM 11         The answer, Mark and Richard, is that David Baay

10:06AM 12  and I had a specific conversation about one specific document,

10:06AM 13  which Transocean had already produced.  Beyond that, other than

10:06AM 14  the subject matter in 11 and 12, that is, the extent and nature

10:07AM 15  of the business relationship with parties, including Transocean,

10:07AM 16  we, BP, have no intent to get into those withheld documents in

10:07AM 17  any specific manner.

10:07AM 18         THE COURT:  Good.

10:07AM 19         Does anybody else have an issue with this?  Because

10:07AM 20  if we don't hear about it today, it's not going to be an issue on

10:07AM 21  Tuesday and Wednesday.

10:07AM 22         MR. MILLER:  Your Honor, Kerry Miller for Transocean.

10:07AM 23         I'm just digging up e-mails from yesterday

10:07AM 24  afternoon, which are, like, three hundred e-mails ago, about

10:07AM 25  12 hours ago, too.  I think Don's description to the Court is

10:07AM 1  accurate.  It appears that he and David Baay did reach an

10:07AM 2  agreement yesterday afternoon on this issue.

10:07AM 3          THE COURT:  Good.  All right.

10:07AM 4              Mr. Gorman, are you happy?

10:07AM 5          MR. GORMAN:  Your Honor, this is Richard Gorman.

10:07AM 6              In accordance what we had done previously, I

10:07AM 7  actually did send an e-mail to David.  To the extent he has

10:08AM 8  agreed that certain documents that were -- we were told not to

10:08AM 9  release can now be released, I would request that he come or send

10:08AM 10  somebody to our office across the street and point those

10:08AM 11  documents out to us so that we can release them, and then,

10:08AM 12  therefore, we know what to show the witness to prepare him.

10:08AM 13          THE COURT:  I think that's a fair request.

10:08AM 14          MR. HAYCRAFT:  Judge -- pardon me for interrupting,

10:08AM 15  Judge, I just -- specifically, that one specific document that

10:08AM 16  David Baay and I discussed --

10:08AM 17          THE COURT:  What's the Bates number?

10:08AM 18          MR. HAYCRAFT:  I don't have it.  I e-mailed it to people

10:08AM 19  yesterday.

10:08AM 20          THE COURT:  I'm shocked that you don't know it.

10:08AM 21          MR. HAYCRAFT:  It's a ten megabyte document, and some

10:08AM 22  people may not have gotten it because their e-mail inboxes won't

10:08AM 23  allow ten megabytes; but, everybody on the distribution list has

10:08AM 24  seen this.  It's an August 2010, its labelled as *Deepwater*

10:08AM 25  *Horizon* HAZID, H-A-Z-I-D, all caps.  That one document will be

10:08AM 1    something that I'll ask the witness about.

10:09AM 2            THE COURT:  So we'll get David or somebody from that

10:09AM 3    office to go across the street, Kerry, and pull the document that

10:09AM 4    you all have worked out and let DNV prep the witnesses, and

10:09AM 5    that's fair game.

10:09AM 6            MR. MILLER:  That's correct.  I think it may even have

10:09AM 7    already happened.  If not, I'll follow up today.

10:09AM 8            THE COURT:  Great.  Thank you.

10:09AM 9            Mr. Gorman, are you satisfied?

10:09AM 10           MR. GORMAN:  I'm constantly satisfied, Your Honor.

10:09AM 11   Thank you.

10:09AM 12           THE COURT:  I think I can say good-bye to you and

10:09AM 13   Mr. Cohen.

10:09AM 14           MR. COHEN:  Thank you, Your Honor.  We appreciate all

10:09AM 15   the attention you've paid, and this will help the parties and the

10:09AM 16   Court move forward beyond DNV, I'm sure.

10:09AM 17           THE COURT:  Good enough.

10:09AM 18           MR. COHEN:  Thank you, bye-bye.

10:09AM 19           THE COURT:  Bye-bye.

10:09AM 20           All right.  Moving right along.  Okay.  Next up,

10:09AM 21   let's get a report with regard to United States document

10:10AM 22   production.

10:10AM 23           Sarah, I've got you on the line, right?

10:10AM 24           MS. HIMMELHOCH:  Yes, you do, Your Honor.

10:10AM 25           The first thing is not really a report, but a

10:10AM 1    question to you based on some discussions we have been having

10:10AM 2    with the parties.

10:10AM 3                 The July 5th cutoff for motions to compel, we're

10:10AM 4    not clear whether that applies to the United States' discovery

10:10AM 5    requests served upon our defendants, which are Anadarko,

10:10AM 6    Transocean and BP, or if it only applies to the requests that the

10:10AM 7    defendants served upon the plaintiffs, including the

10:10AM 8    United States?

10:10AM 9                 THE COURT:  That made my head hurt.

10:10AM 10                MS. HIMMELHOCH:  The question is does the United States

10:10AM 11   need to file any motions to compel under the current deadlines on

10:10AM 12   July 5th with respect to discovery requests the United States

10:10AM 13   served on its defendants?

10:11AM 14                THE COURT:  I guess the answer to that will depend on

10:11AM 15   have you gotten what you believe are complete responses to all of

10:11AM 16   your discovery.

10:11AM 17                MS. HIMMELHOCH:  No, Your Honor.  In fact, some of the

10:11AM 18   responses, based on requests for extension, may not even be in by

10:11AM 19   July 5th.

10:11AM 20                THE COURT:  Well, then I can't impose a deadline on you,

10:11AM 21   can I?

10:11AM 22                MS. HIMMELHOCH:  We appreciate that, Your Honor.

10:11AM 23                That, then, makes my next report very easy.  We are

10:11AM 24   trying as hard as we can to avoid having any motions to compel

10:11AM 25   reach you with respect to us.  We want to work on these issues

10:11AM 1   with the defendants; but, both BP and Anadarko are aware of the

10:11AM 2   impending July 5th deadline applying to them with respect to the

10:11AM 3   discovery responses we have served.

10:11AM 4          They have been trying to meet and confer with me,

10:11AM 5   but I confess that I've been delaying things a bit because I've

10:12AM 6   been focusing on trying to get things out the door.  Between that

10:12AM 7   and the travel schedule of my colleagues, we haven't been able to

10:12AM 8   have the meaningful meet and confer opportunities that I think

10:12AM 9   could at least narrow the issues that would come up in any motion

10:12AM 10  to compel with respect to the United States' responses.

10:12AM 11         So I've spoken with both Anadarko and BP, and they

10:12AM 12  are willing to hold off filing those motions if we'll agree to

10:12AM 13  extend the deadline.  I proposed to Anadarko that we extend their

10:12AM 14  deadline by two weeks.  BP asked for an extension until

10:12AM 15  August 15th for event-related discovery and September 15th for

10:12AM 16  source control and quantification.

10:12AM 17         We're fine with that deadline applying to BP, and

10:12AM 18  we're also fine, frankly, with that deadline applying to

10:12AM 19  Anadarko, if they want to have the 8/15 date, so everyone has

10:12AM 20  8/15 date for a motion to compel deadline with respect to

10:13AM 21  United States' responses related to events.

10:13AM 22         THE COURT:  Okay.

10:13AM 23         MR. FITCH:  Judge, why don't I hold off because all of

10:13AM 24  that makes sense.

10:13AM 25         THE COURT:  You're okay.  Good.

10:13AM 1          Alan, you've got something you want to say on that

10:13AM 2 topic?

10:13AM 3          MR. YORK:  Alan York for Halliburton.

10:13AM 4          Not a dog in this specific hunt, but a dog that

10:13AM 5 looks a lot alike.

10:13AM 6          This goes back, Your Honor, to PTO 27.  I believe

10:13AM 7 it's footnote two that says that all written discovery is

10:13AM 8 supposed to be completed by July 31st, including disposition of

10:13AM 9 motions to compel.

10:13AM 10          We have served -- Halliburton has served discovery

10:13AM 11 that is going to be due sometime in the month of July, and we're

10:13AM 12 certainly going to review that as soon as it comes in.

10:13AM 13          The similar issue is that BP has served Halliburton

10:13AM 14 with a large number of very technical requests for admissions.

10:13AM 15 Halliburton has served BP with similar requests for admissions.

10:13AM 16          Between Halliburton and BP, we have both agreed to

10:13AM 17 a 10-day extension, which would extend our response date to

10:14AM 18 July 16th, theirs to July 31st, with the agreement that any

10:14AM 19 disputes regarding those would be raised expeditiously thereafter

10:14AM 20 with the Court; but, with the July 31st deadline in PTO 27, we

10:14AM 21 just wanted to get the Court's blessing on that.

10:14AM 22          THE COURT:  As long as you all can agree to these

10:14AM 23 extensions, and as long as they will not interfere with

10:14AM 24 preparation of expert reports, I could agree to it.  But if they

10:14AM 25 interfere with preparation of expert reports, if anybody says,

10:14AM 1   oh, I didn't get the information, and now I need an extension on

10:14AM 2   the deadline for reports, we can't do that.  But, otherwise, if

10:14AM 3   you have reached agreement, I would rather have you meet and

10:14AM 4   confer, Sarah, than bring it to me.

10:14AM 5          MS. HIMMELHOCH:  That was our thought, Your Honor.

10:14AM 6   We'll certainly prioritize our discussions in the meet and confer

10:15AM 7   for those issues that either the Anadarko defendants or BP

10:15AM 8   believe are related to stuff they need for their experts, so that

10:15AM 9   those motions, if they need to be brought, can be brought in time

10:15AM 10  to address that question.  But, otherwise, we'll agree on an

10:15AM 11  August 15th cutoff for event-related discovery and a

10:15AM 12  September 15th cutoff for source control and quantification

10:15AM 13  discovery.

10:15AM 14         THE COURT:  Now, we've got Andy Langan standing up for

10:15AM 15  the first time, which is quite unusual.

10:15AM 16         MR. LANGAN:  Your Honor, Andy Langan for BP.  Good

10:15AM 17  morning.

10:15AM 18           Just to follow up on one thing Sarah said.  BP is

10:15AM 19  meeting and conferring with the United States about our discovery

10:15AM 20  of them.  In your order from earlier this week arising out of the

10:15AM 21  June 24th conference, I think one of the comments Your Honor made

10:15AM 22  was let's get started on letters to Your Honor about the issue of

10:15AM 23  searching the Executive Office of the President.

10:15AM 24         THE COURT:  Yes, that's on my agenda, and the specific

10:15AM 25  item is when do we bring that up for consideration?

10:16AM 1          MR. LANGAN:  Right.  We may want to tee that up

10:16AM 2    sooner -- I guess we have a little more time, in light of today's

10:16AM 3    discussion, but we're ready to move pretty quickly on that one,

10:16AM 4    Your Honor.

10:16AM 5          THE COURT:  I think that's right.  I mean, I think --

10:16AM 6    and, Sarah, correct me if I'm incorrect, but I think the

10:16AM 7    government has made it pretty clear that that is not going to be

10:16AM 8    resolved through a meet and confer.

10:16AM 9          MS. HIMMELHOCH:  I think that's probably true.  I do

10:16AM 10   think, however, that this is, in all the discovery issues we're

10:16AM 11   all circling to complete, perhaps not the most urgent because the

10:16AM 12   White House custodians have information related to source control

10:16AM 13   and quantification, according to BP -- we don't think they have

10:16AM 14   any unique information, but that's the dispute between us -- but

10:16AM 15   I don't think anybody believes that there is event-related

10:16AM 16   information in dispute with respect to the White House

10:16AM 17   custodians, which means, to my mind, we would like to get it

10:17AM 18   resolved sooner rather than later, but I don't think it's quite

10:17AM 19   as urgent as stuff related to the events.

10:17AM 20         MR. LANGAN:  Andy Langan, Your Honor.

10:17AM 21           I think Sarah is probably right, but it is

10:17AM 22   something we're probably going to press.  We may not yet be at an

10:17AM 23   impasse, but we may soon, so I just wanted to mention that.

10:17AM 24         THE COURT:  That was on my hit parade to ask the

10:17AM 25   question, Andy.

10:17AM 1          MR. LANGAN:  Thank you, Your Honor.

10:17AM 2          THE COURT:  It seems to me, Andy, that you and Sarah can

10:17AM 3   talk about that, and if you believe that you've reached an

10:17AM 4   impasse, and you're ready to bring it on, why don't you take the

10:17AM 5   first shot, and then Sarah can reply to you.

10:17AM 6          MR. LANGAN:  Very good, Your Honor.  Thank you.

10:17AM 7          THE COURT:  Is that fair, Sarah?

10:17AM 8          MS. HIMMELHOCH:  That's absolutely fair, Your Honor.  I

10:17AM 9   think we can do that meet and confer next week.  I can then

10:17AM 10  confirm with all my various minders and then advise whether we're

10:17AM 11  at an impasse at next Friday's conference, and the BP letter

10:17AM 12  could go in the week after if, in fact, we are at an impasse.

10:18AM 13         THE COURT:  Sounds good.

10:18AM 14            Now, we've got Jim Roy at the podium.

10:18AM 15         MR. ROY:  Your Honor, only because you raised the issue

10:18AM 16  of expert reports.  I just want to remind the Court that under

10:18AM 17  the current deadlines, all of the plaintiffs' expert reports are

10:18AM 18  due on August 15th.  To the extent technical information and

10:18AM 19  whatnot is produced by Halliburton, BP, Cameron, whatever it is,

10:18AM 20  at the end of July or early August, it's very problematic for our

10:18AM 21  experts to assimilate it.  I'm not saying it's a total problem at

10:18AM 22  this point in time, but it's an issue --

10:18AM 23         THE COURT:  It is.

10:18AM 24         MR. ROY:  -- and it's what distinguishes this case and

10:18AM 25  our pending request to Your Honor on the deadlines from other

10:18AM 1   cases that have been thrown before the Court as examples in these

10:18AM 2   type cases.  We just point that out.

10:18AM 3        THE COURT:  No, that's why I asked the question.  I

10:18AM 4   guess maybe we need a little bit more understanding of what kind

10:18AM 5   of technical information we're talking about.

10:19AM 6            Sarah, can you give us any kind of overview on

10:19AM 7   that?

10:19AM 8        MS. HIMMELHOCH:  The information that we're disputing

10:19AM 9   with BP and the White House does relate to source control and

10:19AM 10  quantification.  I'm trying not to stray into argument here, but,

10:19AM 11  from the United States' perspective, I don't think there is going

10:19AM 12  to be any unique scientific information coming out of the

10:19AM 13  White House.

10:19AM 14           We are, otherwise, starting to meet the two

10:19AM 15  deadlines I represented in our last call, which is we're trying

10:19AM 16  to get everything event related out by July 31st.  You know, I

10:19AM 17  don't like to make promises I'm not sure I can keep, so I'm very

10:19AM 18  nervous saying that we're going to meet that deadline, but we're

10:19AM 19  working as hard as we can, and we're working as hard as we can to

10:19AM 20  get source control and quantification out by August 31st.

10:20AM 21           So I don't know, frankly, what experts the

10:20AM 22  plaintiffs are thinking about, but, in terms of the events, I

10:20AM 23  don't think any of the disputes among the parties that I'm

10:20AM 24  working with are going to delay the production of technical

10:20AM 25  information.

10:20AM 1     THE COURT:  Good enough.

10:20AM 2         Alan, do you want to comment on that?

10:20AM 3     MR. YORK:  Alan York for Halliburton.

10:20AM 4         Only in this regard.  The only discovery we're

10:20AM 5  talking about is request for admissions.  It's not production,

10:20AM 6  not interrogatories.

10:20AM 7     THE COURT:  Not technical information.

10:20AM 8     MR. YORK:  They are requests for admissions that deal

10:20AM 9  with technical information, but they are only requests for

10:20AM 10 admissions.

10:20AM 11        The extension agreement that we have reached would

10:20AM 12 have all of those responses filed by July 31st, which is the

10:20AM 13 written discovery cutoff date.  The only concern was if there is

10:20AM 14 an issue on a motion to compel, seeking a slight extension from

10:20AM 15 the Court in case we needed to have resolution of that.

10:21AM 16    THE COURT:  I understand.  Okay.

10:21AM 17        Steve, you've got a comment?

10:21AM 18    MR. HERMAN:  Steve Herman --

10:21AM 19    THE COURT:  We're not at expert reports yet, you see.

10:21AM 20    MR. HERMAN:  Steve Herman for the plaintiffs.

10:21AM 21        What I think we were concerned about was if BP

10:21AM 22 makes a lot of admissions on July 31st or the beginning of

10:21AM 23 August, that could affect our expert report --

10:21AM 24    THE COURT:  Yes, but it might wrap things up in a neat

10:21AM 25 package for you.

10:21AM 1          MR. HERMAN:  Perhaps, it could.

10:21AM 2              Just another note here, and I don't know if

10:21AM 3  Your Honor has seen this, but early this morning we had sent the

10:21AM 4  Court -- because this relates to the expert deadlines, as well --

10:21AM 5  some issues that we have with Cameron's production.  I know that

10:21AM 6  they are probably not prepared to talk about it today, but this

10:21AM 7  is just another example of something where we kind of need to

10:21AM 8  resolve the issue fairly quickly --

10:21AM 9          THE COURT:  Right.

10:21AM 10         MR. HERMAN:  -- if, in fact, our expert reports as to

10:21AM 11  Cameron are going to be due on August 15th.

10:21AM 12         THE COURT:  Correct.  I saw it come in.  I have to admit

10:21AM 13  I just saw it come in.

10:21AM 14         MR. HERMAN:  Thanks, Your Honor.

10:22AM 15         THE COURT:  But it will be read this weekend.

10:22AM 16             Okay, so I think that takes care of US, right,

10:22AM 17  Sarah?  Do you have anything else you want to cover?

10:22AM 18         MS. HIMMELHOCH:  Not at this time, Your Honor.

10:22AM 19         THE COURT:  Thank you very much.

10:22AM 20         MS. HIMMELHOCH:  Thank you.

10:22AM 21         THE COURT:  Let's see.  Who wants to report on

10:22AM 22  production of the Weatherford settlement agreement and indemnity

10:22AM 23  agreement?

10:22AM 24         MR. LANGAN:  Andy Langan for BP, Your Honor.

10:22AM 25             I've not had a chance to tell Mr. Herman this, but,

10:22AM 1   on Weatherford, we have, I believe, an understanding with

10:22AM 2   Weatherford now about the form of agreement we would present in a

10:22AM 3   similar fashion to what we did with Anadarko, and I think we're

10:22AM 4   ready to roll on that.  I think Weatherford and BP --

10:22AM 5           UNIDENTIFIED SPEAKER:  MOEX.

10:22AM 6           MR. GOODIER:  That's absolutely correct.

10:22AM 7           THE COURT:  Thank you, Glenn.

10:22AM 8           MR. LANGAN:  So I think, really, at Mr. Herman and

10:22AM 9   Mr. Roy's convenience, we can arrange for an inspection, perhaps

10:22AM 10  not on the 4th of July, but perhaps soon thereafter.

10:23AM 11          MR. ROY:  Tonight?

10:23AM 12          MR. LANGAN:  No.

10:23AM 13          MR. HERMAN:  Steve Herman for the plaintiffs.  We

10:23AM 14  appreciate that.

10:23AM 15              On a related issue, just in terms of MOEX,

10:23AM 16  mechanically going forward at this point, I reviewed it for the

10:23AM 17  plaintiffs.  I know that some people reviewed it for Transocean,

10:23AM 18  and some people reviewed it for Anadarko, at the very least.  In

10:23AM 19  terms of -- do you want us to try to coordinate our response, or

10:23AM 20  a collective response, or we could each separately do it?

10:23AM 21              I think we each kind of want different parts of the

10:23AM 22  document to be discoverable for probably different reasons,

10:23AM 23  but --

10:23AM 24          THE COURT:  All right.  Everybody give me your own

10:23AM 25  response.  You've beaten me down here, Steve.  You've beaten me

10:23AM 1    down.

10:23AM 2              MR. MILLER:  Should that be done *in camera*, Your Honor?

10:23AM 3              THE COURT:  I think so.  Why don't you give me your

10:23AM 4    submissions and, I guess, give me the document, right?

10:23AM 5              MR. LANGAN:  Certainly, Your Honor.  That will be fine.

10:24AM 6    Do you have a date in mind?

10:24AM 7              THE COURT:  Do you have a date in mind?

10:24AM 8              MR. LANGAN:  How about 18 months from now?

10:24AM 9              THE COURT:  I'm sort of in favor of that today.  We'll

10:24AM 10   do that -- no.  But I am sort of in favor of that today.

10:24AM 11             Steve, what would you propose?

10:24AM 12             MR. HERMAN:  Steve Herman for the plaintiffs.

10:24AM 13             We can put something together within a few days.

10:24AM 14   That's not a problem.  I'm just thinking in terms of the

10:24AM 15   mechanics.

10:24AM 16             I understand *in camera* in the sense that it

10:24AM 17   shouldn't be filed in the record because it's confidential and

10:24AM 18   all of that stuff, but I think BP should probably know -- I'll

10:24AM 19   send BP a courtesy copy of whatever we submit to Your Honor, so

10:24AM 20   they know what we're --

10:24AM 21             MR. LANGAN:  MOEX.  Counsel means MOEX.

10:24AM 22             MR. HERMAN:  Mr. Pritchard, as well.

10:24AM 23             THE COURT:  I think that's right.  We just don't want it

10:24AM 24   going in the record until a decision is made.

10:24AM 25             MR. HERMAN:  Other than redactions, which we know they

10:24AM 1   propose not to give us, there are other things that we may have

10:25AM 2   agreement on; but, I'm confident that there will be some things

10:25AM 3   that we don't have agreement on.

10:25AM 4          MR. LANGAN:  Your Honor, I think you also asked about

10:25AM 5   discovery indemnities.

10:25AM 6          THE COURT:  Yes.

10:25AM 7          MR. LANGAN:  I believe the state of play is the meet and

10:25AM 8   confer process continues.  I don't have a further update on that,

10:25AM 9   but we certainly have not lost track of that, and we know --

10:25AM 10  we're in conversations with the PSC, and we'll continue those.

10:25AM 11         THE COURT:  Okay.  Good enough.

10:25AM 12             Now, here is a question for you.  We talked about

10:25AM 13  an approved protocol for cement testing.  I have not seen an

10:25AM 14  order, proposed order come through.  Does anybody know about?

10:25AM 15         MR. LANGAN:  Your Honor, Andy Langan for BP.

10:25AM 16             I am not the expert on this by any means, but I

10:25AM 17  believe the parties continue to work through that.  I've seen an

10:25AM 18  exchange of e-mail traffic.  I think Sarah has been involved, if

10:25AM 19  she's still on.  I think, if I'm not mistaken.

10:25AM 20         MR. UNDERHILL:  No, but I'm on the line.

10:25AM 21         MS. HIMMELHOCH:  I still am on, but, unfortunately, I

10:26AM 22  wasn't paying attention.

10:26AM 23         MR. UNDERHILL:  Don't take it personally, Andy.

10:26AM 24         THE COURT:  Sarah, I wasn't either, so don't worry.

10:26AM 25             Do you know the status, either Mike or Sarah, of

10:26AM  1    the proposed order regarding cement testing?

10:26AM  2           MR. UNDERHILL:  I think -- Your Honor, I was -- I'm

10:26AM  3    under the assumption that it was signed because I know that the

10:26AM  4    testing has already commenced.

10:26AM  5           THE COURT:  I must have missed it.

10:26AM  6           MS. HIMMELHOCH:  No.  Actually, Your Honor, I don't

10:26AM  7    believe we've actually submitted it because we got BP's protocol

10:26AM  8    last night.  So we've -- I plan to file it -- that's part of why

10:26AM  9    I wasn't paying attention, because I was trying to get that

10:26AM 10    together to file the proposed order for signature.

10:26AM 11           THE COURT:  Well, that's a good excuse.  That's a good

10:26AM 12    excuse.  Okay.  Well, go ahead and get back to work on that.  I

10:26AM 13    appreciate the update.

10:26AM 14           MS. HIMMELHOCH:  Okay.

10:26AM 15           MR. UNDERHILL:  Your Honor, at the risk of setting

10:26AM 16    myself up on this one, but in the interest of full disclosure, we

10:27AM 17    are acutely aware, as you are acutely aware because Judge Barbier

10:27AM 18    is driving you to drive all of us, on completion, the testing,

10:27AM 19    the delay that it's taken to resolve the issue on testing with BP

10:27AM 20    has delayed the testing.

10:27AM 21           So, just full disclosure, I don't believe it's

10:27AM 22    going to be done by July 15th.  In fact, my best information,

10:27AM 23    because of the additional BP testing and the delay in getting

10:27AM 24    that approved or resolved, however we want to phrase it, it's

10:27AM 25    probably towards the end of July.

10:27AM 1    So you might bark at me, and Judge Barbier is

10:27AM 2 probably going to do even worse, but I ask your forgiveness and

10:27AM 3 don't shoot the messenger on this one, but, in full disclosure,

10:27AM 4 that's what I think we're looking at.

10:27AM 5    THE COURT:  Mike, let's go ahead and see if your lab can

10:27AM 6 give us their best estimate of a date.

10:27AM 7    Sarah, why don't you put the proposed order

10:28AM 8 together with that proposed date inserted.

10:28AM 9    MS. HIMMELHOCH:  I will do that, then.  Then, I won't be

10:28AM 10 filing this right away; but, we'll get in touch with the lab

10:28AM 11 today, and we'll get the proposed order filed today.

10:28AM 12    THE COURT:  Doesn't that make more sense, Mike?

10:28AM 13    MR. UNDERHILL:  That's fine, Your Honor.  I just don't

10:28AM 14 want Judge Barbier or you to be surprised.  So if we need to work

10:28AM 15 on something, let's work on it.

10:28AM 16    As far as, you know, putting the lash to the folks

10:28AM 17 that are doing the testing, they've already felt -- well,

10:28AM 18 indirectly, they felt my lash because I was not happy.  In fact,

10:28AM 19 we were given a date even beyond the end of July.

10:28AM 20    I'm not going to quote the language I used because

10:28AM 21 it would not be appropriate to put it on the record.  That's how

10:28AM 22 we got -- in fact, Scott Cernich, who you dealt with on the

10:28AM 23 order, Scott was the guy that had to deliver the whipping.

10:28AM 24    So that's what we've got.  They are moving as fast

10:28AM 25 as they can.  When I asked why in the Lord's name it's taking so

10:29AM 1   long, the response was that -- well, let's phrase it this way,

10:29AM 2   that they wanted to do the testing in a controlled forensic

10:29AM 3   manner rather than it might have been done on an average job.

10:29AM 4            That is, let's leave Halliburton out of it.  Let's

10:29AM 5   say Chevron contacts Schlumberger to do, you know, some cement

10:29AM 6   tests.  As BP dealt with Halliburton, these tests are being

10:29AM 7   conducted in a different way, that is, in a scientific forensic

10:29AM 8   manner.

10:29AM 9            So, to the extent we rush them, we start

10:29AM 10  compromising, in my opinion and what they're telling us, the

10:29AM 11  value of the test.  So that's the best explanation I can give

10:29AM 12  you.

10:29AM 13           THE COURT:  Thank you.  I appreciate the update.  I

10:29AM 14  guess, Mike, my only comment would be it can't be in August.

10:29AM 15           MR. UNDERHILL:  Your Honor, trust me, that message has

10:29AM 16  been delivered in language that I'm not going to put on the phone

10:30AM 17  or on the record.

10:30AM 18           THE COURT:  I heard that.  I'm just seconding your

10:30AM 19  comments.  So we're on the same page.

10:30AM 20           MR. FITCH:  Judge, I was asleep at the wheel --

10:30AM 21           Tony Fitch, Anadarko.

10:30AM 22           -- asleep at the wheel on the previous topic about

10:30AM 23  discovery responses back and forth.

10:30AM 24           Anadarko has somewhat the same situation with both

10:30AM 25  Corey and with Allan, Alabama and Louisiana, and will continue to

10:30AM  1   work together with them; but, we're hoping not to have to submit

10:30AM  2   motions to compel today, or at all for that matter.

10:30AM  3          THE COURT:  Right.

10:30AM  4          MR. FITCH:  Thank you.

10:30AM  5          THE COURT:  If you all can agree to it, that's fine;

10:30AM  6   but, if you all meet and confer and you reach a deadlock, let's

10:30AM  7   bring it on.

10:30AM  8          MR. FITCH:  We'll move along one way or the other, but

10:30AM  9   just not today.

10:30AM 10          THE COURT:  Good.  Thank you.

10:30AM 11          MR. KANNER:  We're happy to meet and confer today,

10:30AM 12   Your Honor, and just get to it.  You know, we're happy to

10:30AM 13   cooperate in discovery, but, you know, leaving it open-ended

10:30AM 14   doesn't help us because we're trying to make decisions about what

10:31AM 15   we need to do.

10:31AM 16          MR. MAZE:  Your Honor, this is Corey Maze from Alabama.

10:31AM 17              I missed the very first part of the conversation.

10:31AM 18   I heard everything once you started talking, but I didn't hear

10:31AM 19   what started about the meet and confer.

10:31AM 20          THE COURT:  So we're going to ask Tony to speak up and

10:31AM 21   repeat what he said.

10:31AM 22          MR. FITCH:  Tony Fitch for Anadarko.

10:31AM 23          THE COURT:  You're not speaking up, though.

10:31AM 24          MR. FITCH:  I'll -- through the Judge -- Corey, I

10:31AM 25   mentioned that I had sent letters yesterday to both you and Allan

10:31AM 1    with respect to Alabama's and Louisiana's responses to our

10:31AM 2    discovery -- or nonresponses in some cases.  And was just

10:31AM 3    confirming that the Judge's permission to push off the possible

10:31AM 4    July 1st or July 5th deadline for our motions to compel applied

10:31AM 5    also to our situation, and that I was confident that Anadarko and

10:31AM 6    Alabama and Anadarko and Louisiana would work expeditiously to

10:32AM 7    resolve these issues and try to avoid burdening the Court with

10:32AM 8    them.  That was pretty much the sum of it.

10:32AM 9          MR. MAZE:  Okay.  I understood that.  I'm okay with

10:32AM 10   that, Judge.  We'll all work together.

10:32AM 11         THE COURT:  Okay.  Thanks, Corey.

10:32AM 12         MR. KANNER:  This is Allan Kanner.

10:32AM 13         Just one question.  Anadarko didn't serve unique

10:32AM 14   discovery.  We got a joint request of discovery.

10:32AM 15         I assumed that the defendants could work among

10:32AM 16   themselves and say, okay, we're talking to you.  Thus far, we've

10:32AM 17   primarily been talking with BP, I think, working very well with

10:32AM 18   Andrew Bloomer of your office on discovery matters.

10:32AM 19         What I don't want to have to do is spend a lot of

10:32AM 20   time sort of having the same discussion with multiple people.

10:32AM 21   So, perhaps, since the discovery was filed jointly, we would be

10:32AM 22   dealing -- I mean, if we deal with Mr. Fitch, would that satisfy

10:32AM 23   everybody, or do we have to deal with everybody separately?

10:32AM 24         I mean, remember that the urgency here is to avoid

10:32AM 25   a surprise at trial about what caused the event.  Frankly, I

10:33AM  1   don't think we have anything on that.  But we would like to do

10:33AM  2   this as efficiently as possible, if we could.

10:33AM  3            THE COURT:  Does anybody have any comments with regard

10:33AM  4   to that?

10:33AM  5            MR. LANGAN:  Your Honor, Andy Langan for BP.

10:33AM  6            My partner, Mr. Bloomer, has been talking to

10:33AM  7   Mr. Maze and Mr. Kanner's office and, I think, working well

10:33AM  8   together.  We're going to try to coordinate as best we can.  The

10:33AM  9   responses -- or the requests were joint.  I think Mr. Kanner is

10:33AM 10   right about that.

10:33AM 11            THE COURT:  Tony, to the extent that you can, would you

10:33AM 12   please work with Andy's partner to let him take the lead on

10:33AM 13   whatever the issues might be.

10:33AM 14            MR. FITCH:  We'll clearly do it.  I'll ask my colleagues

10:33AM 15   to do that.  The situation is slightly different with Alabama,

10:33AM 16   but doesn't need to be pursued today.

10:33AM 17            THE COURT:  Okay.

10:33AM 18            MR. FITCH:  Thank you very much, Corey.

10:33AM 19            MR. MAZE:  Thank you.

10:33AM 20            THE COURT:  All right.  Let's see.  We have the issue of

10:34AM 21   redaction by a couple of the defendants of sections of board

10:34AM 22   minutes and other documents based on nonresponsiveness and

10:34AM 23   relevancy.  We've had a lot of communication back and forth with

10:34AM 24   regard to that.

10:34AM 25            I haven't reached a final conclusion, but I'm going

10:34AM   1    to tell you what I'm thinking, and let's get comments from there.

10:34AM   2         Relative to board minutes, those are the kinds of

10:34AM   3    documents that are extremely and highly confidential, it seems to

10:34AM   4    me.  Those are the kinds of things that I don't think can easily

10:35AM   5    be marked highly confidential and, with any certainty, know that

10:35AM   6    they are not going to get out.  I'm worried about that because

10:35AM   7    this is some high stakes for all of the defendants.

10:35AM   8         So I do think that redaction of board of directors

10:35AM   9    meetings probably is okay.  If the PSC wants me to look at those,

10:35AM  10    I will certainly do so.

10:35AM  11         Relative to other documents that are not of that

10:35AM  12    kind of significance, I think that the parties should think about

10:35AM  13    the kind of procedure that we've implemented for the MOEX and

10:35AM  14    other settlement agreements, is allow the PSC to view the

10:36AM  15    redacted sections and assure themselves that they agree; or, if

10:36AM  16    they don't agree, bring it to me and I can review it from there.

10:36AM  17    That way, we've got some balance, which the PSC is looking for,

10:36AM  18    and I agree, should have an opportunity to assure themselves that

10:36AM  19    what's being withheld really is irrelevant, and, at the same

10:36AM  20    time, protect what the defendants might believe is extremely

10:36AM  21    confidential.

10:36AM  22         The reason that I'm doing that, guys, is because

10:36AM  23    we've got hundreds of people involved here, and any time we mark

10:36AM  24    it as highly confidential, I trust that everybody is going to

10:36AM  25    deal with it as we have so far, but you never know when a leak

10:37AM  1  might occur.  So I do think we need to have some added

10:37AM  2  protection, most especially for the board members.

10:37AM  3          So that's my thought, but let me hear from you.

10:37AM  4          MR. LANGAN:  Your Honor, on behalf of BP, if Your Honor

10:37AM  5  does decide to go this route, I'm sure we can live with it and

10:37AM  6  make it work and work with the PSC on the nonboard stuff in some

10:37AM  7  fashion, so that's all.  We can make it work, and thank you.

10:37AM  8          THE COURT:  I certainly don't want you all to spend a

10:37AM  9  lot of time on it, because this is -- it looks to me like it's

10:37AM 10  not going to be a monumental thing, but you are entitled to see

10:37AM 11  that they are being fair with you.

10:37AM 12          MR. HERMAN:  Steve Herman for the plaintiffs.

10:37AM 13          I understand Your Honor's comments.  I guess our

10:37AM 14  suggestion would be that we should have the same procedure with

10:37AM 15  board minutes as for the other documents.

10:37AM 16          We're perfectly happy to look at them *in camera*.

10:38AM 17  If they are relevant, they are relevant.  You know, the question

10:38AM 18  is, is what happens to those things that are in the gray area or

10:38AM 19  arguably in the gray area.

10:38AM 20          You know, I mean, at the end of the day, we don't

10:38AM 21  have a problem with having stuff that really is irrelevant and

10:38AM 22  that really are trade secrets, you know, even redacted.  I mean,

10:38AM 23  frankly, it's somewhat of a protection for us so that we don't

10:38AM 24  have to worry about it.

10:38AM 25          THE COURT:  Exactly.

10:38AM 1          MR. HERMAN:  But, you know, with the centrality of this

10:38AM 2     spill in that corporation for, I would imagine, six months, the

10:38AM 3     way that that might have, perhaps even in a nonobvious way, been

10:38AM 4     influenced by or influenced by other things that were going on in

10:38AM 5     the company, I think it's at least reasonable.

10:38AM 6              What we were concerned with, in addition to that,

10:38AM 7     just going forward, is the process.  We're trying to do this as

10:38AM 8     fast as possible --

10:38AM 9          THE COURT:  Yes, you are.

10:38AM 10         MR. HERMAN:  -- everybody is, collectively, and we

10:38AM 11    thought that the PTO's were put in place to protect everybody's

10:39AM 12    rights while doing everything expeditiously.

10:39AM 13             If we're going to slow everything down now to have

10:39AM 14    line-by-line reviews of documents for responsiveness, I think

10:39AM 15    that's an inefficiency that we don't want, and we don't want to

10:39AM 16    be coming to the Court every five minutes with complaints about

10:39AM 17    these redactions.

10:39AM 18         THE COURT:  It is my impression, and maybe I'm wrong,

10:39AM 19    Steve, that these redactions are of things that are not only, in

10:39AM 20    the defendants' mind, irrelevant, but also trade secret or

10:39AM 21    otherwise highly confidential.

10:39AM 22             So I don't believe -- at least what I've reviewed

10:39AM 23    so far doesn't lead me to believe that they are redacting just

10:39AM 24    run of the mill irrelevant stuff.  It's a step above.

10:39AM 25         MR. HERMAN:  That's probably true, and we would probably

10:39AM 1   agree with them on maybe 90 percent or more.  Maybe there is some

10:39AM 2   way that we can work out a similar process for the MOEX

10:39AM 3   settlement or the Caspian Sea documents --

10:39AM 4           THE COURT:  Right.

10:40AM 5           MR. HERMAN:  -- or whatever that protects everybody's

10:40AM 6   interests.

10:40AM 7           THE COURT:  Andy, is that a fair statement?

10:40AM 8           MR. LANGAN:  Your Honor, your statement is very fair.

10:40AM 9           When we're talking -- I want to be very careful to

10:40AM 10  distinguish things here.  I understood Your Honor to be saying

10:40AM 11  that, as has happened in many other cases, when we're talking

10:40AM 12  about the board of directors level, the minutes, prereads,

10:40AM 13  reports, there is stuff in there that is so sensitive, so high

10:40AM 14  level, trade secrets, dealings with board governments, if that

10:40AM 15  stuff in there is clearly irrelevant, it's okay to redact and we

10:40AM 16  don't need to go through a process with them about that.

10:40AM 17          However, for nonboard stuff, like the media talking

10:40AM 18  points thing, fine, we'll initiate a process.  I think those

10:40AM 19  distinctions should be drawn, and there is no need to have

10:40AM 20  Mr. Herman come back to London and sit in a conference room

10:40AM 21  looking at BP PLC's board minutes.  I mean, we would strongly

10:40AM 22  object to that.

10:40AM 23          THE COURT:  Andy, I was somewhat concerned about, for

10:40AM 24  instance, the talking points.

10:41AM 25          MR. LANGAN:  We'll work with them on that.  It's a small

10:41AM 1    slice.  You've heard me say this many times --

10:41AM 2        THE COURT:  Three million documents.

10:41AM 3        MR. LANGAN:  More.  It's gone up.  So it's a small slice

10:41AM 4    we're talking about here.  Thank you.

10:41AM 5        THE COURT:  All right.  Alan.

10:41AM 6        MR. YORK:  Your Honor, Alan York for Halliburton.

10:41AM 7            Just a very quick point of clarification.  At last

10:41AM 8    week's conference on the telephone, I made the statement that

10:41AM 9    Halliburton was not redacting for relevance.  Mr. Langan pointed

10:41AM 10   out a document.  I just wanted to clarify for the record, the

10:41AM 11   document that was pointed out was one, as we understand it, that

10:41AM 12   was produced in May of 2010 in response to some Congressional

10:41AM 13   investigation, not particularly in this lawsuit.  We believe that

10:41AM 14   it may have been produced by another firm that was handling

10:41AM 15   production for that issue.

10:41AM 16           I can and have confirmed that in current

10:41AM 17   productions that we are doing to responsive -- in response to

10:41AM 18   discovery in this lawsuit, we are not redacting for relevance.  I

10:41AM 19   just didn't want the Court to think that we had misrepresented

10:42AM 20   anything.

10:42AM 21       THE COURT:  No, I didn't.

10:42AM 22       MR. YORK:  I was speaking from the best information that

10:42AM 23   I had, but I wanted to make it clear.

10:42AM 24       MR. LANGAN:  Andy Langan for BP.

10:42AM 25           We appreciate that.  We look forward to the

10:42AM 1   production of Halliburton's board minutes and see how they handle

10:42AM 2   them.  When can we expect those?

10:42AM 3        MS. RAINES:  It's my understanding you haven't requested

10:42AM 4   the board minutes.

10:42AM 5        MR. LANGAN:  Oh, yes.  Well, I hereby request them.

10:42AM 6   Yes, I'm sure that we have.

10:42AM 7        THE COURT:  Okay.

10:42AM 8        MR. LANGAN:  So, really, are we going to get them or

10:42AM 9   not?

10:42AM 10        THE COURT:  Have they been requested?

10:42AM 11        MR. YORK:  Really, we will look at the discovery

10:42AM 12   requests, again, but we have looked.

10:42AM 13        MR. LANGAN:  Documents relating to the *Deepwater Horizon*

10:42AM 14   never came up at the board level; is that what counsel is saying?

10:42AM 15   That would be very surprising.

10:42AM 16        THE COURT:  Let's check that and see what you come up

10:42AM 17   with on that, okay?

10:42AM 18            All right.

10:42AM 19        MR. LANGAN:  Really, are they saying that the issue of

10:42AM 20   the *Deepwater Horizon* never came up at the board level at

10:42AM 21   Halliburton?

10:42AM 22        THE COURT:  Well, Alan is going to go back and check on

10:42AM 23   that issue.

10:42AM 24        MR. LANGAN:  Very interesting question.  I would be very

10:43AM 25   surprised if it didn't.

10:43AM  1    THE COURT:  It's on his to do list.

10:43AM  2         Let's move on, then, to the -- let me ask, how is

10:43AM  3    the court staff doing on break time?

10:43AM  4    THE COURT REPORTER:  I'm fine.  Thank you.

10:43AM  5    THE COURT:  Everybody is fine.

10:43AM  6         Transocean's internal report.  We had a discussion

10:43AM  7    last week about additional custodial production for Bill Ambrose

10:43AM  8    and Geoff Boughton.  Are we on track for that?

10:43AM  9    MR. MILLER:  Yes, Your Honor.

10:43AM 10         Kerry Miller on behalf of Transocean.

10:43AM 11         I'm squinting to look at the calendar.

10:43AM 12    THE COURT:  I'm sorry.  That's 18 and 19 and 20 and 21.

10:43AM 13    MR. MILLER:  What I was told with respect to Ambrose,

10:43AM 14    who, I think, has the lion's share of the internal report

10:43AM 15    documents in his custodial file, is we will be able to do a

10:44AM 16    rolling production, and that production will start at the end of

10:44AM 17    next week, either the 7th or the 8th.

10:44AM 18         An additional report on internal issues, I went

10:44AM 19    back -- on internal report issues, I went back and took a look at

10:44AM 20    Adrian Rose's deposition.  I think, Don, he was a corporate rep

10:44AM 21    for Transocean.  He was deposed a month or two ago, I think in

10:44AM 22    April.  He did talk about the internal report.  He did provide

10:44AM 23    some names, including the names that are on the board.

10:44AM 24         Another name that Mr. Rose featured in his

10:44AM 25    deposition as a lead person at Transocean on the internal report

10:44AM   1   is Dan Farr.  I think it was in response to Don Haycraft's

10:44AM   2   question.

10:44AM   3            I don't have exact dates yet for Mr. Farr, but I

10:44AM   4   think he's generally available in August, maybe even in the first

10:44AM   5   half of August.  So I'm hoping that either -- probably before

10:44AM   6   next Friday, I can provide deposition dates for Mr. Farr.  Of

10:45AM   7   course, that would necessitate the production of his custodial

10:45AM   8   file, which we would aim to do on an expedited basis.

10:45AM   9        THE COURT:  Right.  Then, the other thing we were

10:45AM  10   talking about last week, Kerry, was whether there was an

10:45AM  11   organizational chart for the people involved in the investigation

10:45AM  12   and issuance of a report.  Anything on that?

10:45AM  13        MR. MILLER:  I don't have an organizational chart.  But

10:45AM  14   what I can refer the folks to, again, is Adrian Rose.  Don went

10:45AM  15   over that with Mr. Rose in his deposition, and he kind of seemed

10:45AM  16   to kind of go over who was on that team and who was in the lead

10:45AM  17   role, at least back in April.

10:45AM  18        MR. HAYCRAFT:  We also took a deposition last week of

10:45AM  19   Pharr Smith, P-H-A-R-R, who, like Adrian Rose, is the executive

10:45AM  20   under whom the investigative report was done.

10:45AM  21            Another name that comes to mind is a fellow named

10:46AM  22   Rob Turlak, T-U-R-L-A-K; but, I believe, other than Dan Farr and

10:46AM  23   Rob Turlak, I believe that our current list encompasses them.  To

10:46AM  24   some extent, we have been relying on a witness' memory to

10:46AM  25   identify who are the principals working on the Transocean

10:46AM 1   investigation; but, certainly, Mr. Turlak and Mr. Farr would be
10:46AM 2   primary witnesses.
10:46AM 3            THE COURT:  We'll put them down and cover them next
10:46AM 4   week.
10:46AM 5            MR. MILLER:  Don, just to make sure, are you making a
10:46AM 6   request to get dates for Turlak?
10:46AM 7            MR. HAYCRAFT:  If the testimony of Mr. Smith is accurate
10:46AM 8   last week, Rob Turlak was one of the principal investigators, and
10:46AM 9   so the answer would be yes.
10:46AM 10           THE COURT:  Do you have something, Andy?
10:46AM 11           MR. LANGAN:  Just this, Your Honor.  Your order of
10:46AM 12  June 27th says Transocean shall identify the persons who were
10:47AM 13  involved in the preparation of the report and produce any org
10:47AM 14  chart of the persons who worked on it.
10:47AM 15               Now, maybe the answer is Kerry is now saying look
10:47AM 16  at the Rose depos plus Farr.  If that's their answer, that's
10:47AM 17  their answer.  I just want to make sure that -- maybe he could
10:47AM 18  send us a letter or something that says this is the answer to the
10:47AM 19  question.
10:47AM 20               This is very helpful.  I appreciate it, but I just
10:47AM 21  want to make sure that --
10:47AM 22           MR. MILLER:  Yes, I did investigate the issue, and, of
10:47AM 23  course, sent your report over to the folks.  The word I got back
10:47AM 24  is, I'm not aware personally -- I haven't got a response back
10:47AM 25  that there is an org chart.  I looked at Adrian Rose's deposition

10:47AM 1  where he disclosed those folks.  So that's the answer for now.

10:47AM 2  I'll make a pass at it again.

10:47AM 3          MR. LANGAN:  Same question about the board minutes for

10:47AM 4  my friends at Transocean.

10:47AM 5          THE COURT:  Friends at Transocean, would you put that on

10:47AM 6  your list?

10:47AM 7          MR. MILLER:  I'll adopt Mr. York's response.

10:47AM 8          MR. LANGAN:  Thank you, Your Honor.

10:47AM 9          THE COURT:  You're welcome.

10:47AM 10          Let's talk about whether we need to discuss

10:47AM 11  anything with the short form claimant issue.  Anything we need to

10:48AM 12  address?  If not, that's good.  If so, let's talk about it.

10:48AM 13          MR. HERMAN:  Steve Herman for the plaintiffs.

10:48AM 14          I was planning on kind of putting something

10:48AM 15  together before next week's status conference.  I think we

10:48AM 16  probably agree with them on the amended form.  That's easy.

10:48AM 17  We're probably going to have a dispute as to the dismissal

10:48AM 18  process, at least for *pro ses*.

10:48AM 19          I guess the guidance that I would want is, you

10:48AM 20  know, do you want us to formally try to brief that and argue it?

10:48AM 21  Do you want us to keep trying to work informally to confer?

10:48AM 22          THE COURT:  No, I've got your letters that outline where

10:48AM 23  you all have differences.  If you would just give us anything you

10:48AM 24  can agree to, as far as a form, and anything that you have agreed

10:48AM 25  to on the disputed issues, and then we can take it from there.

10:48AM 1         The big issue being whether *pro se* plaintiffs

10:48AM 2 should be given some extra help in dismissing their claims with

10:49AM 3 prejudice.

10:49AM 4         MR. HERMAN:  Well, whether it's helpful, whether that's

10:49AM 5 even appropriate, because that's --

10:49AM 6         THE COURT:  Right.

10:49AM 7         MR. HERMAN:  -- more generally an issue that's still

10:49AM 8 under consideration by the Court.

10:49AM 9         But I think we would probably want an opportunity,

10:49AM 10 whether it's in a liaison conference or if it's in a formal

10:49AM 11 hearing or a brief or a letter, but I think we would like some

10:49AM 12 opportunity before that issue is decided, which we see as being

10:49AM 13 critical, of really making a more substantive presentation --

10:49AM 14         THE COURT:  Okay.

10:49AM 15         MR. HERMAN:  -- legally.

10:49AM 16         Now that opposing counsel raised some professional

10:49AM 17 rules, which we didn't think were relevant, and now we've gotten

10:49AM 18 a little bit of research and insight on that and can respond to

10:49AM 19 that a little bit better, I think we'd probably feel more

10:49AM 20 comfortable making a substantive response and look for the

10:49AM 21 Court's guidance as to whether --

10:49AM 22         THE COURT:  Well, let me ask you, do you want to put

10:49AM 23 this on liaison counsel's meeting with Judge Barbier next week?

10:49AM 24         MR. HERMAN:  I think that might be appropriate.

10:50AM 25         THE COURT:  I have no problem with that.  We'll kick it

10:50AM 1    upstairs.

10:50AM 2         MR. LANGAN:  Andy Langan for BP.

10:50AM 3              I agree with much of what Mr. Herman has had to

10:50AM 4    say.  There are some things that we've agreed on.  There are some

10:50AM 5    issues with respect to unrepresented claimants who would like to

10:50AM 6    dismiss their case in the MDL.  We have a different view about

10:50AM 7    how that should be handled.

10:50AM 8              At the same time, I'm not sure when the right time

10:50AM 9    is to have another round of legal disputes of whether releases in

10:50AM 10   the GCCF are valid or not.  I mean, are we really going to take

10:50AM 11   time doing that right now?  I guess we could.  Maybe we have

10:50AM 12   better things to do, I don't know.

10:50AM 13        THE COURT:  Well, we've got the real issue, though, of

10:50AM 14   people calling and saying, what do I do?  That's what brought

10:50AM 15   this before.

10:50AM 16        MR. LANGAN:  That's true.

10:50AM 17        THE COURT:  So it seems to me we probably need to do

10:50AM 18   something to resolve the current problem.

10:50AM 19        MR. LANGAN:  Very good.

10:50AM 20        MR. HERMAN:  Steve Herman for plaintiffs.

10:50AM 21             Not to belabor it too much, but that's why we've

10:51AM 22   always been in agreement that there should be a fairly quick,

10:51AM 23   easy process for people to dismiss their claims without prejudice

10:51AM 24   at some point.

10:51AM 25             We agree that the Court has got to -- well, either

10:51AM 1   we'll agree for them, they'll agree for themselves, or the Court

10:51AM 2   will devise a way to rule on ultimately whether they should be

10:51AM 3   dismissed with prejudice and what effect that should be given.

10:51AM 4   We agree, why hold the process up waiting for those

10:51AM 5   potentially significant legal and potential factual issues that

10:51AM 6   may be case specific.  Let's create a process, let people

10:51AM 7   expeditiously dismiss without prejudice.  At some point, many of

10:51AM 8   those cases, many of those dismissals will either formally turn

10:51AM 9   into dismissals with prejudice, or chances are no action will be

10:51AM 10  taken and they'll become extinguished by their own inertia.

10:52AM 11  THE COURT:  Andy, that is one way to skin the current

10:52AM 12  cat, but --

10:52AM 13  MR. LANGAN:  It is, Your Honor, in a way, but let me

10:52AM 14  take a step back here for a second.  We have persons out there

10:52AM 15  that have used the OPA statute to make a claim to the GCCF, have

10:52AM 16  satisfied their claim, have decided not to use a lawyer, have

10:52AM 17  settled their claims through the GCCF and signed a release.

10:52AM 18  It seems to me a person like that who comes to the

10:52AM 19  Court and says, I would like to dismiss my case with prejudice,

10:52AM 20  ought to be allowed to.  What Mr. Herman is saying is, oh, no,

10:52AM 21  no, no, even though I'm not this person's lawyer, I, on behalf of

10:52AM 22  the PSC, have issues about this whole process.

10:52AM 23  Well, there is something wrong with this picture.

10:52AM 24  If somebody wants to dismiss their claim with prejudice, they

10:52AM 25  signed a release, it ought to be simple for them to do so.

10:52AM 1   That's sort of where we're coming from.  Why should it be without

10:52AM 2   prejudice if they signed a release?

10:52AM 3            MR. HERMAN:  It sounds like we're arguing this, but, as

10:53AM 4   succinctly as possible, first of all, it is fairly commonplace in

10:53AM 5   MDLs, including Vioxx and several others, for the PSC and/or

10:53AM 6   liaison counsel, as part of their duties, to protect the

10:53AM 7   interests of *pro ses*.  That's fairly common.  There is no

10:53AM 8   conflict of interest.  We don't represent them, but we have

10:53AM 9   responsibilities for them, at least to the extent that the Court

10:53AM 10  says we do.  So that's one issue.

10:53AM 11           The second issue is that when you talk about

10:53AM 12  dismissals with prejudice, you have people who may or may not be

10:53AM 13  sophisticated, who may or may not have representation, who may or

10:53AM 14  may not understand their rights.

10:53AM 15           The two big issues are this.  First of all, we have

10:53AM 16  laid out an argument which I think is compelling.  We have

10:53AM 17  probably additional facts and circumstances to support our legal

10:53AM 18  argument at this point with respect to whether what the GCCF is

10:54AM 19  doing is compliant with OPA in terms of having an interim claims

10:54AM 20  process.  There may be some type of arguable duress in terms of

10:54AM 21  getting these releases.  We've argued before that the releases

10:54AM 22  aren't even appropriate under OPA.  So why would you give

10:54AM 23  somebody a dismissal with prejudice and now arguably create a

10:54AM 24  *res judicata* issue for a release that might later be declared to

10:54AM 25  be invalid.

10:54AM 1           In addition to that, and, really, I think, one of

10:54AM 2  the most fundamental things is, their release -- I haven't looked

10:54AM 3  at it recently, but at least some previous version of it, and I'm

10:54AM 4  told their current version, the release specifically says that

10:54AM 5  post-spill exposure PI claims or medical monitoring claims are

10:54AM 6  reserved.  They are not released.  But if there is a dismissal

10:54AM 7  with prejudice, then there is an argument later, a potential

10:54AM 8  argument, that not only did that dismissal extinguish claims that

10:54AM 9  were actually brought, but any claim that could have been

10:55AM 10  brought, including claims that are specifically not released.

10:55AM 11           We would strongly object to a potential legal

10:55AM 12  effect of a dismissal with prejudice that's broader than and

10:55AM 13  extinguishes the rights of claims that are not released.

10:55AM 14           In addition to that, I think that, you know, you

10:55AM 15  could put whatever disclaimer language you want on it.  I think

10:55AM 16  the common sense view of most people that are not represented by

10:55AM 17  counsel would be that if I made a claim and I release that claim,

10:55AM 18  then that claim is released; but, if, hypothetically, some day or

10:55AM 19  there is some other claim that either hadn't accrued at that time

10:55AM 20  or I didn't assert because I didn't think of it, that wasn't part

10:55AM 21  of my negotiation with Feinberg, that wasn't part of my

10:55AM 22  settlement with GCCF, I should be able to bring it.

10:55AM 23           Maybe they are entitled to bring it, maybe they are

10:55AM 24  not.  But, A, we're trying to avoid a situation where people are

10:55AM 25  prejudiced; and, B, we're trying to avoid a situation where we

10:55AM 1    potentially have to come back to the Court a year from now or two

10:56AM 2    years from now and fight about whether these dismissals were

10:56AM 3    appropriate at the time.

10:56AM 4         THE COURT:  So is the consensus that you all would like

10:56AM 5    to discuss this with Judge Barbier next week?

10:56AM 6         MR. LANGAN:  We could do so, Your Honor.

10:56AM 7         MR. HERMAN:  Yes.

10:56AM 8         THE COURT:  Steve, if you've got a reply, we'll make

10:56AM 9    sure that Judge Barbier has what you initially gave us; Andy,

10:56AM 10   what you gave us; and, if either of you have anything you want to

10:56AM 11   do to supplement, we'll make sure he has it in his review before

10:56AM 12   next week.

10:56AM 13        MR. LANGAN:  Thank you, Your Honor.

10:56AM 14        THE COURT:  Thank you.

10:56AM 15        MR. LANGAN:  Your Honor, I hate to take something out of

10:56AM 16   order, but we have our counsel on the phone that I know has a

10:56AM 17   scheduling issue.  I apologize.

10:56AM 18             Is Mr. Robinson still on the phone, counsel for

10:56AM 19   Mr. Wheeler, who is one of the 5A witnesses, I think?

10:56AM 20        MR. ROBINSON:  Yes, I am.

10:56AM 21        THE COURT:  Hey, Brett, how are you doing?

10:57AM 22        MR. ROBINSON:  Fine, Judge.  How are you?

10:57AM 23        THE COURT:  Fine, thank you.

10:57AM 24             That's next up on the list, so, Andy, that's great.

10:57AM 25   Did you have something in particular you wanted to cover with

10:57AM 1   Mr. Robinson?

10:57AM 2          MR. LANGAN:  Just this.  I understand that Mr. Wheeler

10:57AM 3   is going to invoke Fifth Amendment, I think, and I think there

10:57AM 4   was a question about the availability of his criminal counsel,

10:57AM 5   the witness' criminal counsel, on the currently scheduled days.

10:57AM 6   There was going to be a suggestion of maybe a new date, I think.

10:57AM 7          MR. ROBINSON:  That's correct, Your Honor.  Mr. Wheeler

10:57AM 8   has been advised by his criminal counsel to take the Fifth.  Due

10:57AM 9   to his, you know, medical condition, and just for economy and

10:57AM 10  efficiency, it would seem that possibly moving his deposition to

10:57AM 11  the end of July or early August, when he possibly, once this

10:57AM 12  Department of Justice issue may be resolved, he could fully

10:57AM 13  testify may be best for everyone.  It's my understanding that BP

10:58AM 14  doesn't object to moving it to some later date.

10:58AM 15         THE COURT:  Yes, Brett, I don't object.  My problem is

10:58AM 16  that in addition to taking Mr. Wheeler's deposition relative to

10:58AM 17  the event itself, Transocean wants his deposition for the

10:58AM 18  purposes of the maintenance and cure issue.  I'm going to let

10:58AM 19  Kerry Miller, who is here on behalf of Transocean, explain to you

10:58AM 20  what his concern is.

10:58AM 21         MR. MILLER:  That's right.  We do want his deposition

10:58AM 22  taken on behalf of the maintenance and cure issue, that is, an

10:58AM 23  investigatory process and an issue.  You know, I guess, if he --

10:58AM 24  his deposition can be scheduled and he will appear in late July

10:58AM 25  or early August, that's fine.  We can put it off until then.

10:58AM 1         We want to be very clear that we intend and we'll

10:58AM 2    seek an order from the Court, if we have to, to take his

10:59AM 3    deposition for that maintenance and cure purpose.

10:59AM 4         THE COURT:  So, in other words, Brett, the issue being

10:59AM 5    that it's his right to invoke his Fifth Amendment as to

10:59AM 6    event-related issues, but Transocean takes the position that the

10:59AM 7    Fifth Amendment is not appropriate relative to his maintenance

10:59AM 8    and cure claims.

10:59AM 9         Is that correct, Kerry?

10:59AM 10        MR. MILLER:  That is correct.  That's probably what I

10:59AM 11   should have articulated the first time around.

10:59AM 12        THE COURT:  Thank you.

10:59AM 13        MR. MILLER:  That's exactly right.  Our position is, is

10:59AM 14   that his invocation of the Fifth does not apply and should not

10:59AM 15   apply to the maintenance and cure investigation that's underway.

10:59AM 16        THE COURT:  So, Brett, what I'm going to ask you to do

10:59AM 17   is this.  If you will -- first of all, who is his criminal

10:59AM 18   counsel?

10:59AM 19        MR. ROBINSON:  Michael Walsh, Your Honor.

10:59AM 20        THE COURT:  If you would advise Michael to give us

10:59AM 21   dates, probably in early August, since our July calendar looks

11:00AM 22   terrible.  When is he currently scheduled?

11:00AM 23        THE LAW CLERK:  7th and 8th.

11:00AM 24        THE COURT:  7th and 8th.

11:00AM 25        MR. ROBINSON:  7th and 8th, Your Honor.

11:00AM   1    THE COURT:  All right.  If you'll give us dates, let's

11:00AM   2    just target the first week of August, where his attorney, he, and

11:00AM   3    presumably you will be available for his deposition on both the

11:00AM   4    event issue and on the maintenance and cure issue.  Give us two

11:00AM   5    or three days that are good for all three of you.  We will

11:00AM   6    accommodate the request to reschedule.

11:00AM   7    MR. ROBINSON:  Okay.  Thank you, Your Honor.  We will do

11:00AM   8    that.

11:00AM   9    THE COURT:  Thank you.

11:00AM  10    So let's take Mr. Wheeler off from next week.  If

11:00AM  11    he decides that he's going to invoke the Fifth as to the event

11:00AM  12    when we reschedule him, he should be able to be a one-day

11:01AM  13    deposition.

11:01AM  14    Now, let's talk about all of the Fifth Amendment

11:01AM  15    invocations we got this week, because we got a lot.

11:01AM  16    MR. LANGAN:  I just have some information related to

11:01AM  17    that topic.

11:01AM  18    THE COURT:  Andy, why don't you go ahead.

11:01AM  19    MR. LANGAN:  Mr. Buzbee's clients, Sandell, Haire, and

11:01AM  20    Morgan, Mr. Buzbee sent a letter to the Court, he sent a letter

11:01AM  21    to me -- I think I tried to make sure it -- or he did -- to

11:01AM  22    everybody else -- and said that those three people are going to

11:01AM  23    invoke the Fifth Amendment.

11:01AM  24    A Mr. Simon, of Mr. Buzbee's office, contacted me

11:01AM  25    yesterday following up on the suggestion in the letter of do they

11:01AM  1    really need to show up for their deps.  I immediately went back

11:01AM  2    to Mr. Simon and said, yes, they do.  That's been the practice.

11:01AM  3    That's what Your Honor expects.

11:01AM  4              We sent him a copy of the order about how to invoke

11:01AM  5    and all of that.  Mr. Sterbcow, I think, also sent him a note

11:01AM  6    confirming that he's expected to appear.  I just thought

11:02AM  7    Your Honor ought to know those conversations took place.

11:02AM  8              THE COURT:  Good.  Paul, has Mr. Buzbee or anyone with

11:02AM  9    his office confirmed to you that they are coming on the first day

11:02AM 10    of their scheduled deposition?

11:02AM 11              MR. STERBCOW:  They have not.

11:02AM 12              THE COURT:  So let's do this.  Anthony, why don't you

11:02AM 13    come on up for the purposes of the ELMO.

11:02AM 14              Let's see where Mr. Morgan, Mr. Haire, and

11:02AM 15    Mr. Sandell are and make them one-day depositions, rather than --

11:02AM 16    7 and 8 for Sandell, so you can take him off the 8th.

11:02AM 17              MR. FITCH:  Judge, before we take --

11:02AM 18              Tony Fitch, Anadarko.

11:02AM 19              THE COURT:  Speak up, Tony.

11:02AM 20              MR. FITCH:  Is it possible that those two depositions

11:02AM 21    could be put on the 8th -- I'm sorry, on the -- with respect to

11:02AM 22    Morgan, on the 6th, rather than the 5th, so that people don't

11:02AM 23    have to work and travel on the 4th?

11:02AM 24              The problem with that request, I realize, is that,

11:02AM 25    as Paul pointed out to me when he and I chatted about this, is

11:03AM  1    that Mr. Buzbee or Mr. Simon is not here.

11:03AM  2            THE COURT:  We will try to do that.  Leave

11:03AM  3    Mr. Sandell -- I'm sorry, Mr. Morgan alone.  Put a question mark

11:03AM  4    next to the 5th, and we'll try to take Mr. Morgan on the 6th.

11:03AM  5            Paul, would you try to confirm that he will be here

11:03AM  6    in person on the 6th?  That would be easier for his counsel, as

11:03AM  7    well.

11:03AM  8            MR. FITCH:  One would think so.

11:03AM  9            THE COURT:  One would think.

11:03AM 10            MR. FITCH:  I didn't mean to put that burden on Paul,

11:03AM 11    but I do appreciate it.

11:03AM 12            THE COURT:  Well, he doesn't mind.

11:03AM 13            Then we've got Christopher Haire.

11:03AM 14            MR. YORK:  So are we taking Sandell off of Friday, the

11:04AM 15    8th, Your Honor?

11:04AM 16            THE COURT:  That's right.  Sandell will go on the 7th.

11:04AM 17            Where is Christopher Haire?  11 and 12.  Why don't

11:04AM 18    you take him off the 12th, and he'll go on the 11th.  Thank you.

11:04AM 19            Now, we've also got the issue of Mr. Lindner, who

11:04AM 20    Mr. Buzbee advises he no longer represents.  Any ideas on that,

11:04AM 21    gentlemen?

11:04AM 22            MR. STERBCOW:  Judge, Paul Sterbcow.

11:04AM 23            Until we find out what Mr. Lindner's representation

11:04AM 24    status is, I don't know what we can do.

11:04AM 25            THE COURT:  Well, it would seem to me -- well, if he

11:05AM 1    doesn't have representation -- why don't you obtain from

11:05AM 2    Mr. Buzbee his last known contact information, and go ahead and

11:05AM 3    issue a subpoena for him.

11:05AM 4         MR. MILLER:  Your Honor, while Mr. Sterbcow has so

11:05AM 5    graciously agreed to make contact with Mr. Buzbee on a number of

11:05AM 6    issues, I would like to add a couple of other things that the

11:05AM 7    Court and Mr. Sterbcow may want to cover in his communication.

11:05AM 8              I was very gracious.

11:05AM 9         THE COURT:  I'll be glad to host a conference call.

11:05AM 10        MR. MILLER:  Maybe we'll have to do that, Your Honor.

11:05AM 11        MR. STERBCOW:  I'll try.  Let's see what the response

11:05AM 12   is.

11:05AM 13        MR. MILLER:  Mr. Morgan and Sandell were Transocean

11:05AM 14   crewmen.  Their depositions, like Mr. Wheeler's, were going to

11:05AM 15   include the two-hour separate maintenance and cure session.  We

11:06AM 16   were advised late yesterday that these two men have settled now

11:06AM 17   with the GCCF.

11:06AM 18        THE COURT:  Yes, that's what Mr. Buzbee --

11:06AM 19        MR. MILLER:  That's official?

11:06AM 20        THE COURT:  Yes.  His letter says, "You might also want

11:06AM 21   to know that all of these men have now settled their cases and

11:06AM 22   have either executed complete releases in favor of all parties or

11:06AM 23   are in the process of doing so."

11:06AM 24        MR. MILLER:  Well, that's the confirmation we want,

11:06AM 25   Your Honor.  If, in fact, they have executed complete releases in

11:06AM 1   favor of all parties, we have no need to take a maintenance and

11:06AM 2   cure deposition.

11:06AM 3           THE COURT:  That's right.  That's right.

11:06AM 4           MR. MILLER:  So we want confirmation that they have

11:06AM 5   executed that release, and then we'll pass on the maintenance and

11:06AM 6   cure depositions.

11:06AM 7           THE COURT:  So June 28th letter from Mr. Buzbee states,

11:06AM 8   "You might also want to know that all of these men have now

11:06AM 9   settled their cases and have either executed complete releases in

11:06AM 10  favor of all parties or are in the process of doing so."

11:06AM 11          So would you ask him to confirm that -- well, I

11:07AM 12  don't think we need confirmation.

11:07AM 13          MR. STERBCOW:  He gave it to us.

11:07AM 14          THE COURT:  I mean, it's in the record.

11:07AM 15          MR. STERBCOW:  What I may hear now is that he no longer

11:07AM 16  has control over these people since he settled their cases; but,

11:07AM 17  we'll see.  We'll see where it goes.

11:07AM 18          MR. MILLER:  The concern is that there was an "or" in

11:07AM 19  his letter, or in the process of doing so.  I don't know exactly

11:07AM 20  what that means.  If, in fact, they have executed complete

11:07AM 21  releases, then, fine; but, if his letter was not completely

11:07AM 22  accurate, or the or, the o-r in the letter, means they haven't

11:07AM 23  done so and they do appear for deposition, then we do want to do

11:07AM 24  the maintenance and cure at that point in time.  It's a temporal

11:07AM 25  issue.

11:07AM 1      MR. STERBCOW:  Well, you're going to get copies of those

11:07AM 2  releases, I would think.

11:07AM 3      MR. MILLER:  I don't know.  That hasn't been the past

11:07AM 4  practice.

11:07AM 5      MR. STERBCOW:  Okay.

11:07AM 6      THE COURT:  Thank you, Paul.

11:07AM 7      Okay.  Who else is on our list?  We've got

11:07AM 8  Mr. Wheeler.  We've agreed to make him one day in August, early

11:08AM 9  August.  Has anybody else received notice of more Fifth Amendment

11:08AM 10  witnesses?

11:08AM 11      MR. STERBCOW:  Your Honor, Paul Sterbcow.

11:08AM 12      I haven't received any more notices, but Alan and I

11:08AM 13  spoke before the conference, we have not followed up in some time

11:08AM 14  on Don Vidrine.  Remember, he had the medical issues.

11:08AM 15      THE COURT:  I do remember.

11:08AM 16      MR. STERBCOW:  I'm going to place a call right after

11:08AM 17  July 4th and see where we stand on him, because I think we've

11:08AM 18  gotten to the point where we either have to fish or cut bait with

11:08AM 19  him, one way or the other.

11:08AM 20      THE COURT:  I agree.  We have not carried him over from

11:08AM 21  week to week.

11:08AM 22      MR. STERBCOW:  Right.  We just sort of forgot about him;

11:08AM 23  but, he's a key player, obviously, so we'll see where we stand.

11:08AM 24      THE COURT:  We'll have him on the agenda for next week.

11:08AM 25      MR. MILLER:  Your Honor, on that issue, I had an inquiry

11:08AM 1  from Pat Fanning, who is Jimmy Harrell's personal counsel.  He

11:08AM 2  received one of the letters that went out after the Kurt Arnold

11:08AM 3  debacle.  I don't know if Alan sent it or Andy.

11:09AM 4          His status has not changed.  For folks like that,

11:09AM 5  do they need a follow-up responsive letter?  He's kind of the

11:09AM 6  opposite of the Arnold situation.  He's advised the Court he's

11:09AM 7  going to take the Fifth --

11:09AM 8          THE COURT:  Correct.

11:09AM 9          MR. MILLER:  -- and it's not going to change.

11:09AM 10          THE COURT:  No, if it's not changing, we don't need

11:09AM 11  anything.  The only thing we need to know is if there is a

11:09AM 12  change.  If we think a witness is testifying and he changes his

11:09AM 13  mind, we need to know that.

11:09AM 14          Jimmy Harrell, right.

11:09AM 15          MS. BERTAUT:  Judge, can I just ask for confirmation,

11:09AM 16  because I think I'm reading this correctly?  For example, the

11:09AM 17  11th and 12th, we're still showing Kaluza -- I think that's

11:09AM 18  right -- for his deposition, but I thought that was a Fifth

11:09AM 19  Amendment witness.  Am I wrong about that?  Because I'm showing

11:09AM 20  Robert Kaluza --

11:09AM 21          MR. LANGAN:  Andy Langan for BP.

11:09AM 22          MS. BERTAUT:  -- set for two days, on the 11th and 12th.

11:09AM 23          MR. LANGAN:  I don't know if there has been a formal

11:09AM 24  decision, but it's going that direction.  I'm trying to get

11:10AM 25  confirmation, but we're not within the -- I think I -- so it may

11:10AM 1   go just 11.  We don't know yet.  I think, for planning purposes,

11:10AM 2   you might assume that he will.  I don't know for sure.

11:10AM 3          THE COURT:  So if that's the case, you'll go on the

11:10AM 4   11th, and that will free up a little time on the 12th, which is a

11:10AM 5   busy day.

11:10AM 6          MS. BERTAUT:  So we would assume that if, for example,

11:10AM 7   with Mr. Kaluza, you hear that it's going to be a

11:10AM 8   Fifth Amendment, we can assume it will go the first day of the

11:10AM 9   two?

11:10AM 10         THE COURT:  Yes.  That makes sense because the 12th is a

11:10AM 11  busy day.

11:10AM 12         MS. BERTAUT:  Right.

11:10AM 13         THE COURT:  Everybody would like a little relief that

11:10AM 14  day, presumably.

11:10AM 15         MS. BERTAUT:  Not to belabor the point, but, similarly,

11:10AM 16  I had Brian Morel down as a Fifth Amendment witness, and I see

11:10AM 17  he's still on the Court's calendar as two days.

11:10AM 18              So, again, I thought these were confirmed.  I was

11:10AM 19  just, for scheduling purposes, wrong?  Okay.

11:10AM 20         THE COURT:  I don't think they've been confirmed, have

11:10AM 21  they?

11:10AM 22         MR. HAYCRAFT:  No.

11:10AM 23         THE COURT:  We moved Morel back because we thought he

11:10AM 24  might be able to fully testify.  So he's one of those witnesses

11:11AM 25  that we need to hear from in advance if he decides he can't fully

11:11AM 1    testify.

11:11AM 2             All right.  Who wants to talk to me about the

11:11AM 3    Transocean interpleader action, which we decided to carry over?

11:11AM 4             Oh, you've got something, Alan?  I'm sorry.  Fifth

11:11AM 5    Amendment issue?

11:11AM 6        MR. YORK:  Alan York for Halliburton.

11:11AM 7             It's not a Fifth Amendment, but it is an issue for

11:11AM 8    a deposition for Vector Magnetics on the 6th.  It's just a

11:11AM 9    clarification that counsel for Vector Magnetics asked me to get.

11:11AM 10   Do you want to take it up now?

11:11AM 11       THE COURT:  Sure, let's go ahead.

11:11AM 12       MR. YORK:  Vector Magnetics was very cooperative in

11:11AM 13   terms of getting the documents, putting them up on an FTP site.

11:11AM 14   We got a list.  Everybody had access to it.

11:11AM 15            Rich Stumbar, who represents Victor Magnetics, sent

11:11AM 16   me an e-mail this week and just wanted confirmation that they are

11:12AM 17   not planning on bringing a full set of paper documents with them

11:12AM 18   to the deposition since they gave advance notice.  They will have

11:12AM 19   the documents available on a thumb drive in case anyone needs

11:12AM 20   them there; but, their understanding is since they gave advance

11:12AM 21   access to them.  I told them I would check that with the Court

11:12AM 22   just to make sure it's okay.

11:12AM 23       THE COURT:  Does anybody have a problem with that?  I

11:12AM 24   think that's reasonable.

11:12AM 25            No problem.

11:12AM 1          MR. YORK:  Thank you, Judge.

11:12AM 2          THE COURT:  Thank you.

11:12AM 3              Let's talk about Transocean interpleader.

11:12AM 4          MR. MILLER:  Yes, Your Honor.  Kerry Miller on behalf of

11:12AM 5   Transocean.

11:12AM 6              As the Court is aware, I had made, on behalf of

11:12AM 7   Transocean, a proposal eight or nine days ago about interpleader

11:12AM 8   and personal injury and wrongful death settlements.

11:12AM 9              We had a conference call amongst the interested

11:12AM 10  parties, Transocean, BP -- Don was on the phone for BP, as well

11:12AM 11  as his co-counsel at the Covington firm -- Anadarko, MOEX, and

11:13AM 12  underwriters.  Kyle Moran is here on their behalf this morning.

11:13AM 13             We had a conference call, I think, Wednesday

11:13AM 14  morning on the issue.  I think it was productive and

11:13AM 15  professional.

11:13AM 16             Yesterday, there was an exchange of information.

11:13AM 17  In fact, a stipulated order was submitted.  Parties are looking

11:13AM 18  at that now.  Hopefully that will lead to a resolution; but, if

11:13AM 19  not, what we agreed to do was to put the issue on your agenda for

11:13AM 20  next Friday.  If we don't have a resolution by next Friday, we'll

11:13AM 21  ask the Court for a letter briefing or some kind of contradictory

11:13AM 22  expedited hearing type session.

11:13AM 23         THE COURT:  Sounds good.  All right.  Thank you.

11:13AM 24             Glenn, do you want to talk to me about Weatherford?

11:13AM 25  I'll tell you what I'm thinking, and then you can comment.  How

11:13AM 1   about that?

11:13AM 2         MR. GOODIER:  Fair.

11:13AM 3         THE COURT:  It seems to me that, on a case-by-case

11:14AM 4   basis, we have been able to take up extra time that people have

11:14AM 5   requested, and hopefully everybody thinks that we have, to a

11:14AM 6   large extent, accommodated their request.  Maybe not a hundred

11:14AM 7   percent, but we've tried our best.

11:14AM 8          I certainly will take up any request that you have

11:14AM 9   for particular deponents where you believe you need additional

11:14AM 10   time.  But with the settlement with BP, and I know it's not a

11:14AM 11   full indemnity, but with that settlement --

11:14AM 12         MR. KANNER:  (Via the telephone)  Hey, I'm on Haynie on

11:14AM 13   this side of the bridge -- the other side of the bridge.  It

11:14AM 14   looks like they lifted it up, but I should be there soon.

11:14AM 15         THE COURT:  I should be there soon.

11:14AM 16         MR. KANNER:  (Via the telephone)  I tried to take

11:15AM 17   Elysian.  There was a tractor-trailer broken down on it.

11:15AM 18         MR. LANGAN:  Keep us posted, now.

11:15AM 19         MR. MILLER:  Thanks for the traffic report.

11:15AM 20         THE COURT:  Allan Kanner.  Allan Kanner.

11:15AM 21         MR. KANNER:  (Via the telephone)  No more than, like,

11:15AM 22   four or five minutes, I think.

11:15AM 23         THE COURT:  Mr. Kanner, Allan Kanner.  Remind me to

11:15AM 24   e-mail him, please.

11:15AM 25          So, anyway, Glenn, I'm sorry about Mr. Kanner's

11:15AM 1   interruption, but that's kind of where I'm heading.

11:15AM 2           MR. LANGAN:  He should have some of the State of

11:15AM 3   Louisiana's time.

11:15AM 4           THE COURT:  He should.  I agree with you.  I may

11:15AM 5   reallocate yet again.

11:15AM 6           MR. GOODIER:  That will work.

11:15AM 7           THE COURT:  But, please, I don't want to cut you off.

11:15AM 8   That was kind of my thought process.

11:15AM 9           MR. GOODIER:  Glenn Goodier for Weatherford.

11:15AM 10          Your Honor, as you've pointed out, Weatherford has

11:15AM 11  not resolved all of its issues in the case.  It's still exposed

11:16AM 12  to millions and millions of dollars of potential claims.  Under

11:16AM 13  due process, we do have the right to question certain witnesses.

11:16AM 14          Everybody knows that Weatherford has been generous

11:16AM 15  in allocating some of its time to others whenever they ask for

11:16AM 16  witnesses that we don't believe we have to ask questions.  So,

11:16AM 17  obviously, there are going to be some witnesses that Weatherford

11:16AM 18  feels that it probably needs some additional time to ask

11:16AM 19  questions.

11:16AM 20          Now, you never know that until there is a direct

11:16AM 21  examination.  Now, what can happen in those cases is that if

11:16AM 22  we're not given the time, and then it turns out that our

11:16AM 23  five minutes or whatever we're given is way short, then we're

11:16AM 24  kind of stuck with five minutes.

11:16AM 25          So, I understand your position.  What we will do, I

11:16AM 1   believe, is to designate those witnesses that we think may

11:16AM 2   possibly involve Weatherford's equipment or Weatherford in

11:17AM 3   general --

11:17AM 4          THE COURT:  Right.

11:17AM 5          MR. GOODIER:  -- and for those we will ask to get our

11:17AM 6   time back.  Then, of course, if nothing happens and they don't

11:17AM 7   even mention Mother Weatherford, then we'll see cede time to

11:17AM 8   people who ask.

11:17AM 9          THE COURT:  Let me tell everybody, Weatherford really

11:17AM 10  has been excellent about that.  They don't abuse the time that

11:17AM 11  they are given.  They don't ask questions if they don't need to

11:17AM 12  ask them.

11:17AM 13         If they get in a jam and they need an additional

11:17AM 14  10 minutes, be nice to them.  Volunteer to give it to them.

11:17AM 15  Because they really have been outstanding about it.

11:17AM 16         But let us know who you need, Glenn, and we'll

11:17AM 17  readjust.

11:17AM 18         MR. GOODIER:  We will do that in advance of the

11:17AM 19  depositions.

11:17AM 20         THE COURT:  I want everybody to get a fair chance to

11:17AM 21  present or defend the case.

11:17AM 22         MR. GOODIER:  That's all we ask for is fairness.

11:17AM 23         THE COURT:  That's all I want, too.

11:17AM 24         MR. GOODIER:  Thank you.

11:17AM 25         THE COURT:  Thank you.

11:17AM 1          All right.  Let's get into our June and July

11:18AM 2 depositions, unless, of course, anybody needs a break.

11:18AM 3          THE COURT REPORTER:  I need a break.

11:18AM 4          THE COURT:  We're going to take a quick break because

11:18AM 5 our trusted court reporter needs one.  Why don't we come back

11:18AM 6 in -- let's say 25 after; is that sufficient?

11:18AM 7          Phone participants, we'll be back in about, I don't

11:18AM 8 know, eight minutes or so, something like that.

11:28AM 9          (WHEREUPON, at this point in the proceedings, a brief

11:29AM 10 recess was taken.)

11:29AM 11          THE COURT:  Are we ready?

11:29AM 12          Let me tell you guys that Mark Cohen for DNV has

11:29AM 13 e-mailed us and said that the Excel spreadsheets that were

11:29AM 14 e-mailed this morning do, in fact, contain the formulas.  So

11:29AM 15 David Beck wrote back and said that was great and that should

11:29AM 16 take care of that issue.  So that's good.

11:29AM 17          MR. LANGAN:  So, Your Honor, Andy Langan for BP, if I

11:29AM 18 may.

11:29AM 19          First of all, going back to Fifth Amendment issues

11:29AM 20 just for a second --

11:29AM 21          THE COURT:  Sure.

11:29AM 22          MR. LANGAN:  -- Mr. Shaun Clarke has told my partner

11:29AM 23 that it's okay to tell the Court and the parties that he will be

11:29AM 24 soon sending a notice that Mr. Kaluza will invoke the

11:30AM 25 Fifth Amendment.

11:30AM 1        THE COURT:  So let's -- we've lost our ELMO assistant.

11:30AM 2   Where did Anthony go?

11:30AM 3        MR. LANGAN:  Do you want me to mark off?

11:30AM 4        THE COURT:  I can't depend on anybody except you.

11:30AM 5        MR. LANGAN:  I'll mark off the 12th then, right?

11:30AM 6        THE COURT:  That would be right.  Let's take the 12th

11:30AM 7   off for Mr. Kaluza, and he will be deposed on the 11th.  Thank

11:30AM 8   you.

11:30AM 9        MR. LANGAN:  All right.

11:30AM 10           Then, I think you were about to come to the issue

11:30AM 11  of --

11:30AM 12       THE COURT:  June and July depositions.

11:30AM 13       MR. LANGAN:  Right.

11:30AM 14       THE COURT:  First up, Mark Alberty.

11:30AM 15       MR. LANGAN:  That's all set, right?

11:30AM 16       THE COURT:  We had it down as tentative July 25 and 26.

11:30AM 17       MR. LANGAN:  I'm pretty sure that's right.  If you could

11:30AM 18  just give me another week, but nothing has changed.

11:30AM 19       THE COURT:  For the guys that are just coming in, we do

11:30AM 20  know that the DNV spreadsheets that were circulated this morning

11:31AM 21  do have the formulas, so take that off your list.

11:31AM 22           Okay, Chevron 30(b)(6), Mr. Craig Gardner.

11:31AM 23       MR. LANGAN:  Yes.  I'm not sure about the name, but we

11:31AM 24  are working on that.  I don't have a date yet, but I believe we

11:31AM 25  have a subpoena about ready.

11:31AM 1          We are in touch with the Chevron law department.  I

11:31AM 2  pressed hard for a date, but I think we are talking early August,

11:31AM 3  that we talked about last time.

11:31AM 4          THE COURT:  Yes, exactly.

11:31AM 5          On the Brock issue, we've still got that to

11:31AM 6  resolve?

11:31AM 7          MR. LANGAN:  Correct.  I think, by the 5th or 6th of

11:31AM 8  July, we'll have a letter.

11:31AM 9          THE COURT:  Perfect.

11:31AM 10          Next is Mike Daly for London.

11:31AM 11          MR. LANGAN:  Yes, Your Honor.  What we've come up with

11:31AM 12  so far, I don't know how -- if this is ideal or not, is July 27th

11:31AM 13  and 28th, Mr. Daly could be available in London for his

11:31AM 14  deposition.

11:31AM 15          Now, I know that's not perfect matching up with

11:32AM 16  Inglis, but --

11:32AM 17          MR. MILLER:  What were the dates, again?

11:32AM 18          MR. LANGAN:  27 and 28 of July, Mike Daly, D-A-L-Y, in

11:32AM 19  London.

11:32AM 20          THE COURT:  Well, I'll cover for the PSC.

11:32AM 21          THE CLERK:  We're going to go together as a team.

11:32AM 22          MR. ROY:  Mike can do it.

11:32AM 23          MR. LANGAN:  It's a lovely time of year.

11:32AM 24          THE COURT:  That's our choice; is that correct?

11:32AM 25          MR. LANGAN:  That's what we have, yes.

11:32AM 1        MR. MILLER:  Is that when Inglis is going?

11:32AM 2        THE COURT:  No, Inglis is going 21, 22, which is why I

11:32AM 3   was suggesting I could cover later in the calendar.

11:32AM 4            Alan.

11:32AM 5        MR. YORK:  Judge -- Andy, I respect that you're doing

11:32AM 6   everything that you can -- but that time is, obviously, really

11:32AM 7   bad with eight, nine depositions going on a day.

11:33AM 8        MR. LANGAN:  I guess we could skip Mr. Daly's

11:33AM 9   deposition.  That's another option.

11:33AM 10        MR. YORK:  Andy, I'm not suggesting that you're not

11:33AM 11   pushing as hard as you can.  I mean, is it possible that

11:33AM 12   Mr. Inglis could move closer to the 27th and 28th?

11:33AM 13        THE COURT:  No, we know he's traveling to the

11:33AM 14   Far East -- oh, I'm sorry, the Middle East.

11:33AM 15        MR. LANGAN:  Both before and after.

11:33AM 16        THE COURT:  We've already tried switching him.

11:33AM 17            So let's put him down for 27, 28.  Andy, if there

11:33AM 18   is any way you could put him -- if you could get him to come in

11:33AM 19   the earlier week, that would be great.  Maybe you all could even

11:33AM 20   double track on him.

11:33AM 21        MR. LANGAN:  The other backup suggestion I was going to

11:33AM 22   have was we're willing to talk to his personal counsel about is

11:33AM 23   it possible Mr. Daly could come to the US.  We won't rule that

11:33AM 24   out.  We'll explore that.  I'm not super optimistic, but what I

11:34AM 25   wanted to do today was make sure we have dates on the calendar

11:34AM 1   that we know we can do it --

11:34AM 2          THE COURT:  I think that's right.

11:34AM 3          MR. LANGAN:  -- but I will explore the US option, too.

11:34AM 4          THE COURT:  Great, great, great.  So let's put down --

11:34AM 5   did we get that Anthony?  Mike Daly?

11:34AM 6          MR. IRPINO:  Do you want me to just put possibly US?

11:34AM 7          THE COURT:  No, just put him down, and then we all know

11:34AM 8   to come back to him.  What you might do is put tentative.  That

11:34AM 9   will be 27 and 28.  Good.

11:34AM 10             Okay.

11:34AM 11         MR. LANGAN:  Your Honor, may I note one other?

11:34AM 12  Pre-July 31st -- and that is a very minor issue, and I mentioned

11:34AM 13  it to Mr. Herman beforehand -- Barbara Yilmaz is set for the 26th

11:34AM 14  and 27th in New Orleans, of July.  Her counsel reads Rule 45 as

11:34AM 15  requiring a subpoena for her appearance.  He's willing to accept

11:34AM 16  service of the subpoena, and I will give the contact information

11:34AM 17  to Mr. Sterbcow and Mr. Herman and Mr. Roy.  So it's not a big

11:35AM 18  hassle, but they really would like a subpoena.  They think it's

11:35AM 19  required.  I'm not --

11:35AM 20         THE COURT:  They want it, they got it.

11:35AM 21         MR. LANGAN:  Very good.

11:35AM 22         THE COURT:  Right, Paul?

11:35AM 23         MR. STERBCOW:  Anything.  Anything I can do to help,

11:35AM 24  Judge.

11:35AM 25         MR. LANGAN:  I think that may cover me for the

11:35AM  1   pre-July 31st period.

11:35AM  2   THE COURT:  For the next couple of people?  Yes.

11:35AM  3   Well, it really doesn't.  No, I guess it does

11:35AM  4   because next up is Eddy Redd, and I guess we're just going to

11:35AM  5   perpetually have him on the agenda and perpetually pass him?

11:35AM  6   Okay.

11:35AM  7   MR. LANGAN:  Oh, Your Honor, we are in the process of

11:35AM  8   producing the separation agreements for Messrs. Jackson and

11:35AM  9   Thierens and did so for Mogford.

11:35AM  10   THE COURT:  Great.  Thank you.

11:35AM  11   MR. LANGAN:  Under confidentiality, but --

11:35AM  12   THE COURT:  Good, that's helpful.

11:35AM  13   MR. LANGAN:  Again, reading tea leaves, we thought --

11:35AM  14   THE COURT:  That's good.  That made everybody on the

11:35AM  15   opposite side of the courtroom happy, right?

11:36AM  16   MR. BECK:  Your Honor, this is David Beck.

11:36AM  17   May I ask Andy a question?

11:36AM  18   THE COURT:  You certainly may.

11:36AM  19   MR. BECK:  Andy, are you going to be providing copies to

11:36AM  20   everybody?

11:36AM  21   MR. LANGAN:  Yes.

11:36AM  22   MR. BECK:  Thank you.  Thank you.

11:36AM  23   MR. LANGAN:  I mean, by everybody, you mean people that

11:36AM  24   have signed Pretrial Order 13 that are counsel of record?

11:36AM  25   MR. BECK:  Yeah, I just want to make sure that we get a

11:36AM  1   copy.

11:36AM  2        THE COURT:  Right.  I understood the question that way,

11:36AM  3   as well.

11:36AM  4        So now we have the list of people who we need to

11:36AM  5   rule on as far as additional time.  I guess I'll ask the silly

11:36AM  6   question whether anybody has ceded time to the requested parties?

11:36AM  7   We've kind of given up on that practice.  Remember, for Phase II,

11:36AM  8   we're going back to that practice.

11:37AM  9        I'm going to give you the names of the people we

11:37AM 10   have, and we're going to go ahead and get rulings out fairly

11:37AM 11   shortly because the first ones start on July 12 and 13.

11:37AM 12        We've got Pat Campbell, BP requests an additional

11:37AM 13   60 minutes.  We've got Wild Well Control, BP asked for additional

11:37AM 14   60 minutes if that will be a separate deposition from Pat

11:37AM 15   Campbell's.  Do we know the answer to that question?

11:37AM 16        MR. LANGAN:  Your Honor, Andy Langan.

11:37AM 17        I do not.  I think it's going to be one in the

11:37AM 18   same, that Mr. Campbell is going to handle both, but I don't know

11:37AM 19   a hundred percent for sure.

11:37AM 20        THE COURT:  Okay.

11:37AM 21        MR. LANGAN:  Your Honor, I would also note in terms of

11:37AM 22   where you're focused on in some of our additional requests, those

11:37AM 23   additional requests were in the original allocation model.  So

11:38AM 24   we're not asking for 180 additional minutes on top of what you've

11:38AM 25   already given us --

11:38AM 1          THE COURT:  We'll work off the current allocation.

11:38AM 2          MR. LANGAN:  That's my point.  That's my point.

11:38AM 3          THE COURT:  Yes, thank you.

11:38AM 4          MR. LANGAN:  We may be greedy.  We're not that greedy.

11:38AM 5          THE COURT:  Right.  Well, you know, you never know.  I'm

11:38AM 6  glad you clarified that.

11:38AM 7          I've got Frank Patton down for July 13 and 14.  BP

11:38AM 8  is requesting an additional 180 minutes.

11:38AM 9          MR. GOODIER:  Weatherford could give them some time.

11:38AM 10         UNIDENTIFIED SPEAKER:  Who are we talking about,

11:38AM 11 Your Honor?

11:38AM 12         MR. GOODIER:  Little bitty bit of time.

11:38AM 13         THE COURT:  Eight minutes?

11:38AM 14         MR. GOODIER:  Assuming we'll get more later when we

11:38AM 15 request.  We have 15.

11:38AM 16         THE COURT:  Frank Patton, P-A-T-T-O-N.  That's July 13

11:38AM 17 and 14.

11:38AM 18         Kurt Kuchta, K-U-C-H-T-A.

11:38AM 19         MR. STERBCOW:  He's Fifth Amendment.  I'm pretty sure

11:38AM 20 that's coming.

11:39AM 21         THE COURT:  You are?  All right.  Well, we'll cross that

11:39AM 22 bridge.  We'll put that down for next week and --

11:39AM 23         MR. STERBCOW:  I'll check again.

11:39AM 24         THE COURT:  -- we should know by then.

11:39AM 25         MR. STERBCOW:  I saw his counsel a week ago, and he was

11:39AM  1    pretty firm.  That's Kyle Shoenekus.

11:39AM  2            THE COURT:  Yes.  Okay.

11:39AM  3                 For the people on the phone, Paul Sterbcow is

11:39AM  4    advising that he believes that Captain Kuchta was going to invoke

11:39AM  5    the Fifth.  We'll know something by next week.

11:39AM  6                 Mel Whitby with Cameron.  BP is asking for an

11:39AM  7    additional 120.  Bill Ambrose, Cameron is asking for an

11:39AM  8    additional 60, and then BP said they wanted an unspecified amount

11:39AM  9    of time.  Have we taken care of that unspecified amount?

11:39AM 10            MR. HAYCRAFT:  Well, Mr. -- since that request was made,

11:39AM 11    probably about a month ago, we've since learned that he led the

11:40AM 12    Transocean investigation.  So I would suggest, given the content

11:40AM 13    of the Transocean report largely blaming BP for the disaster,

11:40AM 14    that BP will want a very substantial allocation of the 15 hours

11:40AM 15    for Mr. Ambrose.

11:40AM 16            THE COURT:  Why don't you think about a specific

11:40AM 17    request, rather than a very substantial portion of the

11:40AM 18    15 hours --

11:40AM 19            MR. HAYCRAFT:  Yes.

11:40AM 20            THE COURT:  -- and we'll try to accommodate you.

11:40AM 21                 Kal Jassal, that's J-A-S-S-A-L.  This is going to

11:40AM 22    be a one-day deposition, and the PSC wanted more time.  For a

11:40AM 23    one-day deposition, do you want to give me an idea of what you're

11:40AM 24    looking for?

11:40AM 25            MR. LANGAN:  The background here is, is there was the

11:41AM  1   two-day/one-day thing, and you resolved it by saying one day;

11:41AM  2   but, in response to Mr. Watts' and other's stuff --

11:41AM  3            THE COURT:  I would give you more time.

11:41AM  4            MR. LANGAN:  Correct.

11:41AM  5            THE COURT:  So you just want me to tell you how much?

11:41AM  6            MR. STERBCOW:  If we have a choice, no.

11:41AM  7            THE COURT:  Never mind.  I withdraw the question.

11:41AM  8                 Tommy Roth, BP and Transocean have each requested

11:41AM  9   additional time.  Mike Byrd, B-Y-R-D, Cameron has requested

11:41AM 10   additional time.  That's our current list.

11:41AM 11            THE CLERK:  Hasn't Byrd been resolved?

11:41AM 12            THE COURT:  No, I don't think Byrd has been resolved.

11:41AM 13   Byrd was requested, I believe, yesterday.

11:41AM 14            MR. YORK:  13 and 14.

11:41AM 15            THE COURT:  The additional time for Byrd, I believe that

11:41AM 16   request came in yesterday.

11:41AM 17            MR. ZERINGUE:  Your Honor, Weatherford would appreciate

11:41AM 18   time, and I can make a written request, if you would like.

11:41AM 19            THE COURT:  Fine, if you tell me who you are looking

11:41AM 20   for.

11:41AM 21            MR. ZERINGUE:  On Tommy Roth --

11:41AM 22            THE COURT:  Tommy Roth.

11:41AM 23            MR. ZERINGUE:  -- on the 25th.

11:42AM 24            THE COURT:  The 25th.  We'll put you down.  What are you

11:42AM 25   looking for?

11:42AM 1      MR. ZERINGUE:  I think we have 15, so we would like

11:42AM 2  maybe 20 or 25.  25 would be good.

11:42AM 3      THE COURT:  So you're looking for another ten?

11:42AM 4      MR. ZERINGUE:  Right.

11:42AM 5      THE COURT:  Consider it done.

11:42AM 6      MR. ZERINGUE:  Pardon?

11:42AM 7      THE COURT:  Consider it done.

11:42AM 8      MR. ZERINGUE:  Thank you very much, Your Honor.

11:42AM 9      THE COURT:  We'll find those minutes for you.

11:42AM 10          Now, we're going to go through the post-July 31

11:42AM 11  deposition requests.  I guess I just want to make a comment to

11:42AM 12  the group.  Where we currently are is that post-July 31st, we've

11:42AM 13  got a list of 39 people.  I have not received all of the

11:43AM 14  *in camera* submissions with regard to experts, but we're in the

11:43AM 15  neighborhood of 20 already, without all of the submissions being

11:43AM 16  made.  We've got a list of 400 Phase II deponents.

11:43AM 17          So I want you all to start thinking about really,

11:43AM 18  really, really, do you need the people we're getting ready to go

11:43AM 19  through and schedule.  If we didn't need them for expert reports,

11:43AM 20  do we really need them is the question.

11:43AM 21          I'm not going to make you show cause, but I do

11:43AM 22  think it should be a reality check for you guys to question

11:43AM 23  yourself with regard to that.  Okay?

11:43AM 24          So let's go --

11:43AM 25      MR. FITCH:  Judge, Tony Fitch for Anadarko.

11:43AM 1          With respect to the only two that we have already

11:43AM 2   given you last week, I would certainly underscore that request

11:43AM 3   for those two.  We didn't raise any objections, but we really do

11:44AM 4   have some doubts about those requests.

11:44AM 5          THE COURT:  Okay.  Alan.

11:44AM 6          MR. YORK:  Alan York for Halliburton.

11:44AM 7          Trying to be a good school boy.  Actually, I think

11:44AM 8   we have a pre-July 31st deposition that was the -- in our

11:44AM 9   potential witness list, we had listed an unnamed mud logging

11:44AM 10  person.  We have the name, and we have a date.

11:44AM 11          The name is Kurt Kronenberger,

11:44AM 12  K-R-O-N-E-N-B-E-R-G-E-R.  I believe this was supposed to be a

11:44AM 13  one-day deposition.  The 29th of July would work for -- I'm just

11:44AM 14  trying to pick a date that has as few names on it as possible.

11:44AM 15          THE COURT:  That's great.  Let's put him down.  So it is

11:44AM 16  Kurt Kronenberger, one-day depo on the 29th.

11:44AM 17          Thank you, Alan.

11:45AM 18          MR. YORK:  I have one more date, if I can --

11:45AM 19          THE COURT:  Of course.

11:45AM 20          MR. YORK:  For Sarah Sanders, who is -- we now move into

11:45AM 21  the post-July 31st.

11:45AM 22          THE COURT:  Right.  Sarah Sanders, what have you got?

11:45AM 23          MR. YORK:  Late September, she's pretty much open.

11:45AM 24  Again, so whatever.  I mean, I know the calendar is open, as

11:45AM 25  well, so whatever we need.

11:45AM 1          THE COURT:  Did we decide if she's one or two?

11:45AM 2          MR. YORK:  She's a one-day.

11:45AM 3          THE COURT:  She's a one-day.  So let's look at late

11:45AM 4   September.  Anthony, we're going to let you pick a day.

11:45AM 5          MR. YORK:  How about September 23rd?

11:45AM 6          THE COURT:  The 23rd will work.  Okay.  September 23rd.

11:45AM 7          MR. YORK:  Sarah, S-A-R-A-H, Sanders, S-A-N-D-E-R-S.

11:45AM 8                Then, Your Honor, we had two additional July 31st

11:45AM 9   that you ruled we did need to produce post-July 31st.  That's

11:46AM 10  Jim Bement and Jim Prestidge.  We are working on those dates --

11:46AM 11         THE COURT:  Good.

11:46AM 12         MR. YORK:  -- and I hope to have those dates for the

11:46AM 13  Court by next week.

11:46AM 14         THE COURT:  Thank you, Alan.

11:46AM 15         MR. LANGAN:  Andy Langan for BP, Your Honor.

11:46AM 16               I guess, perhaps I could give an update on the

11:46AM 17  post-July 31st.

11:46AM 18         THE COURT:  Yes, that would be great.

11:46AM 19         MR. LANGAN:  By the way, I have been under the

11:46AM 20  assumption, and I know I picked it up somewhere, the presumption

11:46AM 21  is one day for these deps.  I guess somebody will tell me if

11:46AM 22  that's not the case.

11:46AM 23         THE COURT:  No, my presumption is that, too.  I just

11:46AM 24  didn't remember with regard to that witness.  But if they are

11:46AM 25  post-July 31, I think, by default, they are one day.

11:46AM 1        MR. LANGAN:  Then someone can revisit that or make a

11:46AM 2  case, but that's -- okay.

11:46AM 3        THE COURT:  Yes.

11:46AM 4        MR. LANGAN:  So we are working on Gordon Birrell.  Do

11:47AM 5  not have a date yet.

11:47AM 6          Charles Bondurant, B-O-N-D-U-R-A-N-T, if I could

11:47AM 7  ask Mr. Irpino to pick a date in late August, we can mark that

11:47AM 8  down as a tentative date, but I believe Mr. Bondurant can do this

11:47AM 9  in late August.

11:47AM 10        THE COURT:  Now, stay away from the Labor Day break.

11:47AM 11        MR. IRPINO:  How about the 23rd?

11:47AM 12        MR. LANGAN:  Let's mark that down.  Hope it will work.

11:47AM 13  Maybe we could say tentative for now.

11:47AM 14        THE COURT:  Yes.  Put a little T next to it.

11:47AM 15        MR. LANGAN:  B-O-N-D-U-R-A-N-T.  B-I-R-R-E-L-L.

11:47AM 16        MR. IRPINO:  What's the first name?

11:47AM 17        THE COURT:  Gordon.

11:47AM 18        MR. LANGAN:  Then Mr. Walt Bozeman, B-O-Z-E-M-A-N, the

11:48AM 19  PSC and Mr. Irpino can pick sometime during the week of

11:48AM 20  September 12th.

11:48AM 21        MR. IRPINO:  15 looks good.

11:48AM 22        THE COURT:  15.  Is that subject to confirmation, Andy?

11:48AM 23        MR. LANGAN:  I think we're okay.

11:48AM 24        THE COURT:  So the 15th.

11:48AM 25        MR. LANGAN:  I should have mentioned this.  This is

11:48AM 1   New Orleans.  I think Mr. Bondurant is New Orleans, etcetera.

11:48AM 2              THE COURT:  Okay.  Good.

11:48AM 3              MR. LANGAN:  Mr. Brock, we've talked about.  We're going

11:48AM 4   to send a letter next week about that one.

11:48AM 5              Sherrie Douglass, with two S's.  S-H-E-R-R-I-E,

11:48AM 6   Douglass, sometime September 26, 27, 28, one of those three days.

11:48AM 7              THE COURT:  Anthony, pick one of those.

11:49AM 8              MR. IRPINO:  28 is a beauty.

11:49AM 9              THE COURT:  September 28.

11:49AM 10             MR. LANGAN:  I am still working on Mr. Frazelle,

11:49AM 11  F-R-A-Z-E-L-L-E.  Mr. Lacy, still working on that.

11:49AM 12             Let me jump down to Mr. -- I'll come back to

11:49AM 13  Mr. McKay, but let me come -- Richard Morrison.

11:49AM 14             THE COURT:  Richard Morrison.

11:49AM 15             MR. LANGAN:  October.  How about October 18th?

11:49AM 16             MR. MAZE:  Richard Morrison?

11:49AM 17             MR. LANGAN:  Yes, Richard Morrison.

11:49AM 18             October 18th.  Richard Morrison.  BP, Morrison.

11:50AM 19             Your Honor, then I'm going to skip over, if I may,

11:50AM 20  to Heather Powell.

11:50AM 21             THE COURT:  Yes.

11:50AM 22             MR. LANGAN:  Let me tell you about Ms. Powell.  She is

11:50AM 23  expecting a child.  She is on no travel as we speak.  I believe

11:50AM 24  the delivery is September or early October.  I was hoping to --

11:50AM 25  if we could have the Court's indulgence to try to have this event

11:50AM 1    be after that event.

11:50AM 2              THE COURT:  I think that's a fair request.

11:50AM 3                   Where is Heather?

11:50AM 4              MR. LANGAN:  Houston.

11:50AM 5              THE COURT:  Houston.  So, if need be, we can accommodate

11:50AM 6    her.

11:50AM 7              MR. LANGAN:  Perhaps so.  But I really think -- I mean,

11:50AM 8    anyway, if we could have the deposition be after the delivery,

11:50AM 9    I'm sure --

11:50AM 10             THE COURT:  That would make sense.

11:50AM 11             MR. MILLER:  That's no problem.

11:50AM 12             THE COURT:  I was going to say, I bet you even Kerry

11:50AM 13   agrees with that.

11:50AM 14             MR. LANGAN:  So if somebody wants to pick a date in the

11:50AM 15   latter half of October, just as a placeholder.

11:50AM 16             THE COURT:  We'll put it down tentatively.  Why don't we

11:51AM 17   do that for Thursday, the 20th.

11:51AM 18             MR. LANGAN:  10/20 for Heather Powell.  Again, I may

11:51AM 19   have my timing wrong, and we may be back here.

11:51AM 20             THE COURT:  No problem.  It's going to have a little T

11:51AM 21   next to it.

11:51AM 22             MR. LANGAN:  So Neil Shaw, we are still discussing that

11:51AM 23   with Anadarko.  Mr. Fitch and I are still having that

11:51AM 24   conversation.

11:51AM 25             THE COURT:  All right.

11:51AM 1          MR. LANGAN:  Mr. John Shaughnessy,

11:51AM 2    S-H-A-U-G-H-N-E-S-S-Y, the week of September 26th.  If counsel

11:51AM 3    wants to pick a date there, we can try to make that work.

11:51AM 4          MR. IRPINO:  27 is okay?

11:51AM 5          MR. LANGAN:  Sure.  That's, again, New Orleans.

11:51AM 6    September 27th, Shaughnessy.

11:51AM 7          THE COURT:  September, John Shaughnessy.

11:51AM 8          MR. IRPINO:  Is that a done deal or tentative?

11:51AM 9          MR. LANGAN:  Yeah, I think it's a done deal.

11:52AM 10          Then Jay Thorseth, T-H-O-R-S-E-T-H, we're still

11:52AM 11   working on that one.

11:52AM 12          Then, Your Honor, back to Mr. McKay, the dates

11:52AM 13   they've given us are November 3 and 4, which I know is kind of

11:52AM 14   outside what Your Honor had in mind.

11:52AM 15          Now, I will try to push for earlier dates.  I will

11:52AM 16   mention that Mr. McKay is more of a Phase II.  We have been

11:52AM 17   through this, and I know Halliburton has a view; but, truth be

11:52AM 18   known, he really is a more Phase II kind of guy.

11:52AM 19          THE COURT:  So it might work out.

11:52AM 20          MR. LANGAN:  It might work out.  Maybe what we can do is

11:52AM 21   put these dates down.  If somebody screams about it, maybe we can

11:52AM 22   go try to get him earlier.

11:52AM 23          THE COURT:  Alan is looking like he's screaming.

11:52AM 24          MR. YORK:  Screaming in absentia, Your Honor.

11:52AM 25          THE COURT:  He's looking angry.

11:52AM  1          MR. LANGAN:  So November 3 and 4 is what I've got.  I

11:52AM  2    would like to try to advance the process a little bit.

11:53AM  3          THE COURT:  Let's put him down with a T.

11:53AM  4          MR. LANGAN:  November 3 and 4, McKay.

11:53AM  5          THE COURT:  Let's look at November.

11:53AM  6          MR. IRPINO:  Do you have another --

11:53AM  7          THE CLERK:  No, we didn't go further.

11:53AM  8          MR. IRPINO:  Do you want me to write it down at the

11:53AM  9    bottom?

11:53AM  10          THE COURT:  Yes, that would be fine.  November.  He's

11:53AM  11    going to be a one-day?

11:53AM  12          MR. YORK:  He is two.

11:53AM  13          MR. LANGAN:  I think, originally --

11:53AM  14          THE COURT:  Two-day.

11:53AM  15          MR. LANGAN:  I won't fight on that one.  I would prefer

11:53AM  16    one day, but I get it --

11:53AM  17          THE COURT:  I know.

11:53AM  18          MR. LANGAN:  -- okay.  Because Mr. Newman is going to be

11:53AM  19    two days, of course, so we know that.

11:53AM  20          THE COURT:  Right.  So Mr. McKay will be November 3, 4,

11:53AM  21    with a T.

11:53AM  22          MR. IRPINO:  I think that would be a Thursday and a

11:53AM  23    Friday.

11:53AM  24          MR. LANGAN:  So, I think --

11:53AM  25          THE COURT:  I think that you've reported well for today.

11:53AM 1          MR. LANGAN:  Thank you, Your Honor.

11:53AM 2          THE COURT:  Thank you.

11:53AM 3          MR. LANGAN:  I'll sit down now.

11:53AM 4          THE COURT:  So now let's come back around to -- let's go

11:54AM 5  through Transocean.

11:54AM 6          MR. MILLER:  Your Honor, I have an update.

11:54AM 7  David Young --

11:54AM 8          THE COURT:  David Young.

11:54AM 9          MR. MILLER:  -- I think was one of BP's requests.

11:54AM 10         THE COURT:  Yes.

11:54AM 11         MR. MILLER:  He's available -- I'll give you a couple of

11:54AM 12 different date ranges in September, and y'all can pick a date.

11:54AM 13 He's available the 13th through the 15th and the 20th through the

11:54AM 14 22nd.

11:54AM 15         MR. YORK:  Who is that?

11:54AM 16         MR. MILLER:  David Young.  BP request.

11:54AM 17         MR. LANGAN:  How about the 13th?

11:54AM 18         MR. IRPINO:  13th of September?

11:54AM 19         THE COURT:  September 13 for Mr. Young.

11:54AM 20         MR. MILLER:  Your Honor, on our report to the Court

11:54AM 21 yesterday, there are a couple on this list that are identified as

11:54AM 22 Transocean employees, and they are, but they are also personal

11:55AM 23 injury claimants.  So the contact which was disclosed by me

11:55AM 24 should be to their personal injury lawyer.

11:55AM 25         Mr. Keplinger is our friend Mr. Gordon.

11:55AM 1    Mr. Trahan, I don't have the letter in front of me right now, but

11:55AM 2    I gave the name and the number and the e-mail address of his

11:55AM 3    personal injury lawyer.

11:55AM 4         THE COURT:  Yes.

11:55AM 5         MR. MILLER:  Those were crew members, Your Honor.

11:55AM 6         THE COURT:  Right.  BP requested Mr. Keplinger and

11:55AM 7    Mr. Trahan --

11:55AM 8         MR. HAYCRAFT:  We're happy to make the inquiry.

11:55AM 9         THE COURT:  -- so if you guys would go ahead and make

11:55AM 10    the inquiry of their counsel, that would be helpful.

11:55AM 11         Then, Kerry, do you have anything on Jeremy

11:55AM 12    Clements?  I don't believe you objected to him.  Maybe I'm wrong.

11:56AM 13         MR. MILLER:  If I didn't, I think I meant to.  That's

11:56AM 14    the whole slew of -- that's the whole slew of requests that

11:56AM 15    Cameron made for Transocean and R & B Falcon employees relating

11:56AM 16    back to the sale of the BOP in 2000.

11:56AM 17         THE COURT:  I noted all of them.  I must have missed

11:56AM 18    Mr. Clements.  So that is an objection.  And no longer employed?

11:56AM 19    You don't know.

11:56AM 20         MR. MILLER:  Let me check.  I have it in my folder.

11:56AM 21         THE COURT:  No, I'll look back.  I've got it on my desk.

11:56AM 22    Wait, I've got it right here.  What am I talking about.

11:56AM 23         MR. MILLER:  Yes, there's a chart attached which

11:56AM 24    discloses the status.

11:56AM 25         THE COURT:  I've got it here.  Let's see, Mr. Clements.

11:56AM  1    He is still employed.  Requested by Cameron.

11:56AM  2            MS. BERTAUT:  Judge, as to those Cameron witnesses that

11:57AM  3    TO sent objection to, I must have missed that e-mail if it came

11:57AM  4    through yesterday --

11:57AM  5            THE COURT:  It did.

11:57AM  6            MS. BERTAUT:  -- because I didn't see it.

11:57AM  7            THE COURT:  It did.  We're not going to take it up

11:57AM  8    today, Carmelite, but I wanted -- I still don't see an objection

11:57AM  9    to Mr. Clements.  Am I crazy?  Don't anybody answer that

11:57AM 10    question.

11:57AM 11            Anyway, we'll try to get that straight.  I don't

11:57AM 12    see an objection for Mr. Clements, but okay.

11:57AM 13            Carmelite, the objection by Transocean came in

11:57AM 14    yesterday, and they object to -- first of all, it appears that

11:57AM 15    seven of them are no longer employed by Transocean, so that's a

11:57AM 16    problem for you guys, as far as making them available to you.

11:57AM 17            Two of the gentlemen -- well, hold on.  One of the

11:58AM 18    gentlemen, Jimmy Moore, is retired, and Kerry is suggesting a

11:58AM 19    substitute for him.  So please take a look and let me know

11:58AM 20    whether you will agree to that.

11:58AM 21            MR. HAYCRAFT:  Well, I think BP has also requested

11:58AM 22    Jimmy Moore.

11:58AM 23            THE COURT:  Exactly.

11:58AM 24            MR. HAYCRAFT:  We've already deposed Jerry Canducci, but

11:58AM 25    we definitely want to depose Jimmy Moore.

11:58AM 1          MR. MILLER:  I don't have dates, but the offer I made

11:58AM 2   was Jimmy Moore's replacement, Ian Hudson.

11:58AM 3          MR. BECK:  Your Honor, this is David Beck.  I'm having

11:58AM 4   trouble hearing.  Are we talking about some Bates (spelled

11:58AM 5   phonetically) people?

11:58AM 6          THE COURT:  We are talking about -- and maybe you didn't

11:58AM 7   see the e-mail from Kerry either -- Kerry got an e-mail out

11:59AM 8   yesterday afternoon talking about the witnesses that have been

11:59AM 9   requested by Cameron, most of whom -- or seven of whom, there are

11:59AM 10  11 witnesses requested, seven of them no longer work for

11:59AM 11  Transocean.  So that's issue number one.

11:59AM 12          Transocean also objects to those witnesses being

11:59AM 13  taken because they really believe it's not pertinent to Phase I.

11:59AM 14  We're not going to take that issue up today.  I'm going to let

11:59AM 15  you guys reply to that argument.

11:59AM 16          MR. BECK:  Let me just say, we identified those people,

11:59AM 17  really, as a courtesy to Transocean.  We didn't know if they went

11:59AM 18  to work for Transocean after they acquired the company or not.

11:59AM 19  We can always deal with them directly.  But we wanted to show

11:59AM 20  Transocean at least the courtesy to work through them.

11:59AM 21          THE COURT:  I guess, Kerry, if you would -- if they did

12:00PM 22  go to work for you at any point, would you provide last known

12:00PM 23  address and contact information, so that if we decide that these

12:00PM 24  depositions do go forward, they can be subpoenaed.

12:00PM 25          MR. MILLER:  Sure.  I'm looking at my e-mail.

12:00PM   1    Jeremy Clements was included in that grouping.

12:00PM   2         THE COURT:  I'm sorry.  I'm sitting here looking at it,

12:00PM   3    and I can't find it.  That goes to show you.

12:00PM   4         MR. MILLER:  It's the first one.

12:00PM   5         THE COURT:  Then we moved on, David, to two other

12:00PM   6    witnesses.  One was Jimmy Moore, which BP has requested.  Kerry

12:00PM   7    advises that he has retired, and he is suggesting that we take

12:00PM   8    Ian Hudson, who is the current director of QHSE.  We were just

12:00PM   9    hearing from Don about his thoughts on that.

12:00PM  10         MR. HAYCRAFT:  Yes.  Basically, we want to take the

12:00PM  11    person who was in the position that Ian Hudson now holds at the

12:01PM  12    time of this casualty.  Specifically, Jimmy Moore was the

12:01PM  13    designated person per the International Safety Management Code,

12:01PM  14    which is the legal regime under which the Transocean vessel was

12:01PM  15    operating.

12:01PM  16         Jimmy Moore is, in our view, a key witness, so we

12:01PM  17    would not -- we would object to having a substitute of the now

12:01PM  18    current person in that position.  We want the person who was in

12:01PM  19    that position in the events leading up to the casualty.

12:01PM  20         THE COURT:  So he has retained separate counsel.  Kerry,

12:01PM  21    if you will provide to Don the name of separate counsel.  Don,

12:01PM  22    you'll undertake to contact him?

12:01PM  23         MR. HAYCRAFT:  Yes, Your Honor.  You know, we've had a

12:01PM  24    number of people, for example, Tony Hayward, who are no longer

12:01PM  25    with the company, but we made the arrangements as a courtesy to

12:01PM  1    counsel.  Since I assume Transocean has a good relationship with

12:02PM  2    Mr. Moore, I think it would be preferable that Transocean make

12:02PM  3    the contact.

12:02PM  4              MR. MILLER:  His personal counsel is Tim Johnson, so I'm

12:02PM  5    happy to work through Tim and report back to Don.

12:02PM  6              THE COURT:  Okay, good.

12:02PM  7              MR. HAYCRAFT:  Thank you.

12:02PM  8              THE COURT:  Fine.  We'll put him down to cover on a

12:02PM  9    rolling basis.

12:02PM 10              Then we had David Young.  Again, he's retained

12:02PM 11    separate counsel --

12:02PM 12              MR. MILLER:  I gave you dates for Young.

12:02PM 13              THE COURT:  Oh, you gave me dates.  Never mind.

12:02PM 14              David, on the issue of Transocean's objections to

12:02PM 15    the witnesses that you have listed, why don't you see -- give me

12:02PM 16    an idea of when you think you can respond, and then we'll just

12:02PM 17    take it up at that point.

12:02PM 18              MR. BECK:  Judge, we can probably -- let's see, this is

12:02PM 19    4th of July weekend.  Could you give us until maybe Tuesday

12:03PM 20    close -- Wednesday close of business?

12:03PM 21              THE COURT:  Sure, no problem.

12:03PM 22              MR. BECK:  Okay, thank you.

12:03PM 23              THE COURT:  You bet.

12:03PM 24              Let's see.  We've got an InSpec witness,

12:03PM 25    Fred Foreman.  Who was going to take the lead on contacting

12:03PM 1   Mr. Foreman?  Cameron requested it.

12:03PM 2                   Moving right along.  Can we take Mr. Fry off the

12:03PM 3   list?

12:03PM 4          MS. BERTAUT:  Judge, it's Carmelite.  I thought that

12:03PM 5   these witnesses date back to the purchase by the Transocean

12:03PM 6   predecessor of the rig, and I would have -- of the BOP, rather,

12:03PM 7   and I thought that was associated with TO, but I really don't

12:03PM 8   know.

12:03PM 9          MR. BECK:  We'll follow up on that, Judge.  If

12:04PM 10  Transocean is saying they have no contact or control with the

12:04PM 11  witness, then we will take the laboring oar of trying to contact

12:04PM 12  the person and obtain appropriate dates and times.

12:04PM 13         THE COURT:  Okay, good.  What about Ed Gaude?  He's a

12:04PM 14  Cameron employee.  Do we have dates for him?

12:04PM 15         MS. BERTAUT:  David, it's Carmelite.  We had -- we have

12:04PM 16  dates for Mr. -- I thought it was maybe Gaudet, I'm not really

12:04PM 17  sure --

12:04PM 18         THE COURT:  We might have dropped the T.

12:04PM 19         MS. BERTAUT:  -- for the week of September 19th.

12:04PM 20         THE COURT:  Anthony, pick a day.

12:04PM 21         MR. IRPINO:  Let's go with the 19th.

12:04PM 22         THE COURT:  September 19th.  Confirmed.  Thank you.

12:04PM 23         MR. IRPINO:  Do you want me to put him down as Gaude?

12:04PM 24         THE COURT:  Well, Carmelite thinks it's Gaudet.

12:04PM 25         MS. BERTAUT:  I really don't know.

12:05PM 1          THE COURT:  Let's put him down as Gaude, and if we need

12:05PM 2    to add a T later we will.

12:05PM 3                  Oh, gawd, we dropped the T.

12:05PM 4          MR. IRPINO:  I like it better this way.

12:05PM 5          THE COURT:  I do, too.

12:05PM 6                  Then we've got an M-I employee, Stephen Johnson.

12:05PM 7    Does anybody know anything about that?

12:05PM 8                  Good afternoon.

12:05PM 9          MS. HUGHES:  Good afternoon, Your Honor, Beth Hughes for

12:05PM 10   M-I.

12:05PM 11         THE COURT:  Hello, Beth.

12:05PM 12         MS. HUGHES:  Denise Scofield and Hugh Tanner have been

12:05PM 13   working with Alan York on the four M-I witnesses.  They'll report

12:05PM 14   back next week.

12:05PM 15         THE COURT:  Good.  We'll put a continuation on all the

12:05PM 16   M-I people, right?

12:05PM 17         MS. HUGHES:  Correct.  Your Honor.  Thank you.

12:05PM 18         THE COURT:  No problem.

12:05PM 19                  All right.  Next up is Daniel Oldfather with

12:06PM 20   Weatherford.  Any news on him?

12:06PM 21         MR. GOODIER:  He's still under --

12:06PM 22         THE COURT:  Under doctor's orders?

12:06PM 23         MR. GOODIER:  That's my understanding.  We'll follow up

12:06PM 24   on that.

12:06PM 25         THE COURT:  What you might want to do, Glenn, is maybe

12:06PM 1   you want to go out with him and get a date tentatively.

12:06PM 2              MR. GOODIER:  We'll work with him.

12:06PM 3              THE COURT:  If he is still under doctor's orders --

12:06PM 4              MR. GOODIER:  He has some sort of seizure disorder.

12:06PM 5              THE COURT:  Yes, so do I.

12:06PM 6              MR. GOODIER:  Me, too.

12:06PM 7              THE CLERK:  I think that's everybody.

12:06PM 8              THE COURT:  I think that's it.  For this week, at least.

12:07PM 9              MR. STERBCOW:  Your Honor, I don't know if this is the

12:07PM 10  appropriate time.  Do you want to talk about John Wright for a

12:07PM 11  minute?

12:07PM 12             THE COURT:  Sure.  Do you want to talk about John Wright

12:07PM 13  for a minute?

12:07PM 14             MR. STERBCOW:  Just for 30 seconds.

12:07PM 15             THE COURT:  Sure.

12:07PM 16             MR. STERBCOW:  The PSC submitted their letter brief

12:07PM 17  yesterday.  There is no date set at this point for any responsive

12:07PM 18  letter brief, and we would like to get this resolved, obviously,

12:07PM 19  as quickly as we can, so you know which way to go.  The Motion to

12:07PM 20  Quash hearing is --

12:07PM 21             MR. HERMAN:  I think it's July 13th.

12:07PM 22             MR. STERBCOW:  -- July 13th, so if we could get

12:07PM 23  responses in and at least presented to Judge Barbier as quickly

12:07PM 24  as we can.

12:07PM 25             THE COURT:  I was hoping that we could submit that to

12:07PM  1   him for consideration prior to next Friday.

12:07PM  2          MR. STERBCOW:  It's not complicated.

12:07PM  3          THE COURT:  No, it's really not.

12:07PM  4              Is that doable, Andy?

12:07PM  5          MR. LANGAN:  Well, could we have until next Thursday

12:07PM  6   morning, then?

12:07PM  7          THE COURT:  Sure.

12:07PM  8          MR. LANGAN:  So that's the 7th?

12:07PM  9          THE COURT:  Yes, but that way he will have had an

12:07PM 10   opportunity to think about it --

12:07PM 11          MR. LANGAN:  Thank you.

12:07PM 12          THE COURT:  -- and hopefully we'll get something from

12:07PM 13   him and get this resolved.

12:08PM 14              Let's talk about objections to depositions.  Did we

12:08PM 15   cover Neil Shaw?

12:08PM 16          MR. LANGAN:  Yes.

12:08PM 17          THE COURT:  We did?

12:08PM 18          MR. LANGAN:  We're still talking, yes, with Anadarko.

12:08PM 19          THE COURT:  Okay.  I guess next up is expert reports.

12:08PM 20              I guess this is where I'm coming from, and then

12:08PM 21   everybody can yell at me.  We have, it seems to me, two choices.

12:08PM 22              The way we gave you all dates that we have been

12:09PM 23   working under gave you all some breathing time over Christmas and

12:09PM 24   New Year's, not that you're going to take it.  You'll be busy,

12:09PM 25   but at least you wouldn't be in expert depositions.

12:09PM 1          I've taken to heart what the PSC has said about how

12:09PM 2   jammed they are on the 15 days after completion of discovery.

12:09PM 3   The only way I can see doing this is as follows.  The current

12:09PM 4   dates, just to jot them down and look at them, the PSC was 8/15,

12:09PM 5   so we could change that date to 8/26.  Then the next set of

12:10PM 6   expert reports was 9/12, and we could change that to

12:10PM 7   September 23rd.

12:10PM 8          Then we had an October 5th date that we could

12:10PM 9   change to the 17th.  Then we had an October 26th date that we

12:10PM 10  could change to November 7th.  Then you all would be in expert

12:10PM 11  depositions, under that scenario, under the revised scenario,

12:10PM 12  from November 14th through December 23rd.

12:10PM 13         So the issue, it seems to me, will be do you want

12:11PM 14  the current schedule, or do you want the revised schedule?

12:11PM 15         I think if we start playing with who is going to

12:11PM 16  produce reports when, that's going to get very complicated, so

12:11PM 17  I'm not inclined to go with the PSC's suggestions on crossclaims

12:11PM 18  and counterclaims.  I'm inclined to leave it all expert reports

12:11PM 19  for PSC come out in that first round, but we can choose our

12:11PM 20  poison relative to moving the deadline slightly to give the PSC

12:11PM 21  more time to prepare their report.

12:11PM 22         Jim, you don't have to comment right now if you

12:11PM 23  don't want, but you can.

12:11PM 24     MR. ROY:  Your Honor, if the Court's only inclined to

12:11PM 25  give us 10 or 11 days, it's better than what we had before, and

12:12PM 1    we'll do our level best to live with it.

12:12PM 2         THE COURT:  So you would prefer to go with the revised

12:12PM 3    dates that I'm suggesting?

12:12PM 4         MR. ROY:  It's the only one that gives us additional

12:12PM 5    time.

12:12PM 6         THE COURT:  It is.  That is correct, Jim.

12:12PM 7         MR. ROY:  10 or 11 days is --

12:12PM 8         THE COURT:  Is a lifetime in this case.

12:12PM 9         MR. ROY:  -- is a lifetime --

12:12PM 10        THE COURT:  Yes.

12:12PM 11        MR. ROY:  -- in this.

12:12PM 12        THE COURT:  I agree.  Andy?

12:12PM 13        MR. LANGAN:  Your Honor, speaking for BP and, I think,

12:12PM 14   perhaps others, we could live with the 11 or 12-day extension

12:12PM 15   across the board.  We're a 14(c) defendant, so that means instead

12:12PM 16   of October 5th, October 17th for all of our reports?

12:12PM 17        THE COURT:  That's right.

12:12PM 18        MR. LANGAN:  The same for Halliburton, the same for

12:12PM 19   Anadarko, the same for Cameron, the same for Weatherford, same

12:12PM 20   for --

12:12PM 21        THE COURT:  That's right.

12:12PM 22        MR. LANGAN:  We're not monkeying with that.

12:12PM 23        THE COURT:  We're not monkeying with that.

12:12PM 24        MR. LANGAN:  Despite the best efforts of our friends.

12:12PM 25        THE COURT:  Despite the best efforts of Mr. Herman.

12:13PM  1            MR. HERMAN:  I was just wondering if we could put this

12:13PM  2   section of the transcript under seal so that all of our troops,

12:13PM  3   to their knowledge, they are working towards August 15th.

12:13PM  4            MR. STERBCOW:  Don't say anything to anybody.

12:13PM  5            MR. LANGAN:  We can mark this as highly confidential and

12:13PM  6   under seal.

12:13PM  7            THE COURT REPORTER:  We could redact it.

12:13PM  8            MR. IRPINO:  Treat it like BP board minutes.

12:13PM  9            THE COURT:  Ms. Pepper just suggested that we redact it.

12:13PM  10           MR. LANGAN:  Your Honor, it's clearly relevant.

12:13PM  11           MR. MILLER:  We know Andy has got a big black marker.

12:13PM  12           THE COURT:  Do I have a group consensus that everyone

12:13PM  13  agrees to the slight readjustment of the deadline?

12:13PM  14           MR. FITCH:  Yes for Anadarko.

12:13PM  15           MR. YORK:  Yes for Halliburton.

12:13PM  16           THE COURT:  We shall take care of that.

12:14PM  17           MR. UNDERHILL:  Your Honor, this is Mike Underhill.  Can

12:14PM  18  I address the Court just for a second?

12:14PM  19           THE COURT:  Sure, Mike.

12:14PM  20           MR. UNDERHILL:  We need some clarification.  This whole

12:14PM  21  issue of when expert reports are due, we need to figure out when

12:14PM  22  ours are due.

12:14PM  23           As it presently stands, as the Court knows, we've

12:14PM  24  filed -- we've all filed papers with our respective ideas about

12:14PM  25  trial plans.  We suggested to the Court that it would be

12:14PM 1   appropriate to consolidate our affirmative claims in accordance

12:14PM 2   with how we addressed it in our papers to Judge Barbier, and

12:14PM 3   there is obviously no ruling yet on that.

12:14PM 4            Presently, our status is a third-party defendant

12:14PM 5   and a crossclaim defendant vis-a-vis Transocean who brought us

12:14PM 6   in.  So, technically, our expert reports under the revised plan,

12:14PM 7   I think that would now be October 17th.

12:14PM 8            So we just, we would like clarification.  Are our

12:15PM 9   reports due on August 25th, under the revised schedule that you

12:15PM 10  just gave out, or are they due on October 17th, which is the

12:15PM 11  revised date for third-party defendants, et al.?  We need to give

12:15PM 12  guidance to our folks, both on our team and our consultants and

12:15PM 13  experts, so they know when the deadline is.

12:15PM 14       THE COURT:  Andy wants to address you on that.

12:15PM 15       MR. LANGAN:  Your Honor, I'm glad Mr. Underhill raised

12:15PM 16  this, and I think, frankly, it could be read either way.

12:15PM 17            I think, perhaps, in fairness, I think even

12:15PM 18  Mr. Underhill would agree, perhaps, that they are probably much

12:15PM 19  more closely aligned to the PSC in terms of Phase I than they are

12:15PM 20  to BP or an Anadarko.  So I think, frankly, in terms of efficient

12:15PM 21  prosecution of this case and defense of this case, getting the US

12:15PM 22  reports on August 26th would be best for all concerned, if Mike

12:16PM 23  and his team can make that happen.  So that would be my view.

12:16PM 24       MR. FITCH:  It just fits right in.

12:16PM 25       THE COURT:  Yes.

12:16PM 1          MR. UNDERHILL:  Part of the problem we've had is we've

12:16PM 2    been stuck sort of in limbo and not knowing when the reports are

12:16PM 3    due.  As I think all the parties know, these are not small

12:16PM 4    undertakings, that is, to get expert reports done in time.

12:16PM 5          So we're a little bit behind the eight ball simply

12:16PM 6    because we've never had a firm date.  Actually, we have.  It's

12:16PM 7    been the October date.  That's the one that clearly did apply.

12:16PM 8          So I'll leave it to the Court's judgment.

12:16PM 9    Your Honor, if you need to confer with Judge Barbier, fine.

12:16PM 10   We'll do whatever the Court tells us to do.  The longer the

12:16PM 11   better, I guess, is our perspective, same as Jim and the PSC.

12:16PM 12         THE COURT:  Right.  Everybody feels that way.

12:16PM 13         I tend to agree with Andy that it makes sense that

12:16PM 14   at this point the US probably is more aligned with the PSC than

12:17PM 15   with the defendants, so that I personally think that it makes

12:17PM 16   sense for you to go when the PSC goes.

12:17PM 17         MR. UNDERHILL:  I can represent to the Court that we do

12:17PM 18   not consider ourselves aligned with BP; so, on these issues that

12:17PM 19   we're talking about, I think that's a pretty fair statement that

12:17PM 20   should be obvious to all.

12:17PM 21         THE COURT:  Right.  So it makes sense that you go before

12:17PM 22   BP has to disclose its expert reports, and that's October 17th.

12:17PM 23   They should have the opportunity to see what the United States

12:17PM 24   has and respond to it with their expert reports.

12:17PM 25         So my answer is right now, unless you tell me that

12:18PM  1   you need more time, it would be October 26th --

12:18PM  2        MR. LANGAN:  No, August.

12:18PM  3        MR. HAYCRAFT:  No, August.

12:18PM  4        THE COURT:  I'm sorry, August 26th.

12:18PM  5        MR. LANGAN:  We are listening, Your Honor.

12:18PM  6        MR UNDERHILL:  Andy, would you be quiet.  We had it just

12:18PM  7   where we wanted it.

12:18PM  8        THE COURT:  Maybe I'm not listening, so --

12:18PM  9        MR. LANGAN:  No.  Thank you, Your Honor.  I'm just

12:18PM 10   teasing.

12:18PM 11        THE COURT:  So it would be August, Mike.  If you tell me

12:18PM 12   that there is a particular problem with a particular expert and

12:18PM 13   they can't get it done, I will certainly listen to you.  I won't

12:18PM 14   listen to the PSC, but I will listen to you.

12:18PM 15        MR. UNDERHILL:  Thank you very much, Your Honor.  We all

12:18PM 16   appreciate it very much.

12:18PM 17        THE COURT:  Does that make sense to everybody?

12:18PM 18        MR. FITCH:  Judge, Mike mentioned just in passing during

12:18PM 19   his comments one issue that at some point today I would like to

12:18PM 20   add to the agenda and bring up with you.

12:19PM 21        THE COURT:  In passing.  Bring it up.

12:19PM 22        MR. FITCH:  Mike mentioned that the issue of the trial

12:19PM 23   structure, trial scope, potential Case Management Order is --

12:19PM 24             This is Tony Fitch, Anadarko.

12:19PM 25             -- is still outstanding, and he is correct.

12:19PM 1            As you recall, we met with you and Judge Barbier

12:19PM 2  two -- almost two months ago, and Anadarko was charged with

12:19PM 3  distributing a draft of a proposed Case Management Order

12:19PM 4  regarding trial structure/scope for consideration by the other

12:19PM 5  parties.

12:19PM 6            There has been a great deal of back and forth on

12:19PM 7  that.  There is some agreement, and there is certainly some

12:19PM 8  definite disagreement.  Cameron disagrees 98 percent with the

12:19PM 9  thrust of much of what the rest of us agree on, and that's okay.

12:19PM 10           BP and we have a disagreement that probably is

12:20PM 11 shared by the PSC, and then there are some wrinkles, as well.

12:20PM 12           I, frankly, think that this is one of those times

12:20PM 13 when we're about discussed out, and so we'll do whatever you want

12:20PM 14 us to do.  We'll wait another month, or we do have Judge Barbier

12:20PM 15 coming up next Friday.

12:20PM 16           THE COURT:  You do.

12:20PM 17           MR. FITCH:  Maybe we should all go ahead and submit

12:20PM 18 various proposals.

12:20PM 19           THE COURT:  I'm wondering if is there a way to do a --

12:20PM 20           MR. FITCH:  Chart of differences?

12:20PM 21           THE COURT:  -- chart of consensus opinions,

12:20PM 22 disagreements and -- this is a joke, people -- Cameron.

12:20PM 23           MR. FITCH:  Well, if you had not made that joke, I was

12:20PM 24 going to make an attempt at it because Cameron does have

12:20PM 25 substantial differences with us.

12:20PM 1          THE COURT:  Cameron has a much different view of the

12:20PM 2   trial than the rest of the group.  I'm only saying that half

12:21PM 3   jokingly, but if you've narrowed some areas and you've reached

12:21PM 4   some agreements, perhaps that's what we should do, and then have

12:21PM 5   a, maybe, general discussion of that next week with

12:21PM 6   Judge Barbier, so that we can bring it to a head and get it done.

12:21PM 7          MR. FITCH:  So this would be not so much a submission of

12:21PM 8   proposed CMO's as a submission of descriptions of differences --

12:21PM 9          THE COURT:  What do you all think about that?

12:21PM 10         MR. HERMAN:  Steve Herman for the plaintiffs.

12:21PM 11             I think it's a good idea.  To save time, if you

12:21PM 12   guys could recirculate that because it's been several weeks --

12:21PM 13         MR. FITCH:  It has been a while.  That's right.

12:21PM 14         MR. HERMAN:  -- I think that would be the easiest way to

12:21PM 15   get it, rather than looking back through all of my old e-mails.

12:21PM 16             I know that Anadarko made some changes based on our

12:21PM 17   suggestions, but I think there were still some points of

12:21PM 18   disagreement; but, we haven't responded back to them, so I don't

12:21PM 19   know if they know what our points are.

12:21PM 20             Some issues were, frankly, just a little premature

12:21PM 21   without knowing how the judge was going to rule on, you know,

12:22PM 22   consolidation issue for the US and some other things.

12:22PM 23         THE COURT:  Right, right.

12:22PM 24         MR. FITCH:  We have a disagreement with Halliburton in

12:22PM 25   the last phase, as well, as I recall.  Nothing huge, but it's

12:22PM 1    there.

12:22PM 2              MR. YORK:  Alan York for Halliburton.

12:22PM 3              Ky Kirby had circulated the last draft of the

12:22PM 4    proposed order, which I believe incorporated the PSC's comments,

12:22PM 5    and Halliburton had responded with an e-mail that pointed out

12:22PM 6    three issues that we had with that draft of the order.  I mean,

12:22PM 7    it would be very easy to just include that in a footnote as to

12:22PM 8    what those objections were.

12:22PM 9              THE COURT:  Good.

12:22PM 10             MR. LANGAN:  Andy Langan for BP.

12:22PM 11             We have some minor comments on the last Anadarko

12:22PM 12   draft that are shared by a couple of other defendants, so we'll

12:22PM 13   get that around by Tuesday.

12:22PM 14             THE COURT:  That's fine, guys.

12:22PM 15             MR. LANGAN:  But, in general, the process Your Honor is

12:22PM 16   talking about sounds right to us.

12:22PM 17             THE COURT:  Yes.  That way, we'll be able to highlight

12:22PM 18   the areas of agreement and the areas of disagreement, and then be

12:22PM 19   able to hopefully have a general discussion with Judge Barbier

12:22PM 20   next week.

12:22PM 21             MR. FITCH:  Given the way that the deposition calendar

12:23PM 22   is breaking down next week, I actually will try not to be my

12:23PM 23   usual deadbeat self.  If people give me comments around Tuesday

12:23PM 24   or so, I'll try -- Ky and I will try to pull them together.

12:23PM 25   We'll shift them around one more time in some form and give them

12:23PM 1    to you.

12:23PM 2             THE COURT:  Try to pull yourself together and get that

12:23PM 3    circulated.  Okay, thank you, I think that would be helpful.

12:23PM 4             MR. FITCH:  It needs to move on.

12:23PM 5             THE COURT:  It does need to move on.  I'm glad you

12:23PM 6    brought it up.  Thank you.

12:23PM 7             MS. HIMMELHOCH:  Your Honor, this is Sarah Himmelhoch.

12:23PM 8             I have a quick procedural question for you.

12:23PM 9             THE COURT:  Sarah, you're still on the line?

12:23PM 10            MS. HIMMELHOCH:  I know.  Shocking.

12:23PM 11            For the proposed order for the cement, would you

12:23PM 12   like me to file that, or would you prefer I simply e-mail it to

12:23PM 13   your chambers?

12:23PM 14            THE COURT:  Either is fine.  Whatever you prefer.  If

12:23PM 15   you want to e-mail it, that way we'll make sure to follow through

12:23PM 16   with it.

12:23PM 17            MS. HIMMELHOCH:  Okay, I will e-mail it to the Court,

12:23PM 18   and I will cc all liaison counsel.

12:24PM 19            THE COURT:  Perfect.  Thank you.

12:24PM 20            MS. HIMMELHOCH:  Thank you.

12:24PM 21            THE COURT:  All right.  We got a PSC Motion to Compel

12:24PM 22   discovery from Cameron.  What time did I get that, Steve?

12:24PM 23            MR. HERMAN:  Probably about 7:30 this morning.

12:24PM 24            THE COURT:  No, it was five-something, I believe, wasn't

12:24PM 25   it?  Somebody got me something this morning at, like, 5:23.  I

12:24PM 1    think it was you.

12:24PM 2                MR. HERMAN:  Likely.

12:24PM 3                THE COURT:  Let's agree to a date by which Cameron will

12:24PM 4    respond so we can go ahead and get this resolved.

12:24PM 5                David, do you want to make a suggestion?

12:24PM 6                MR. BECK:  Yeah, Judge, could you give us until close of

12:24PM 7    business next Friday?

12:24PM 8                THE COURT:  Sure.  We'll take it --

12:24PM 9                MR. BECK:  Is that okay?

12:24PM 10               THE COURT:  Yes, we'll take it up right away.

12:24PM 11               MR. BECK:  In the meantime, we'll confer with Steve and

12:24PM 12   see if we can work it out.

12:25PM 13               MR. HERMAN:  Thanks, Dave.

12:25PM 14               THE COURT:  Perfect, perfect.

12:25PM 15               I hate to even cover these.  Let me take the easier

12:25PM 16   one first.  I know you all have a gazillion things going, but

12:25PM 17   we're going to have to start biting the bullet on potential

12:25PM 18   deponents for Phase II.  We've got an unmanageable list of

12:25PM 19   400 people.

12:25PM 20               Now, do you want me to do what we did last time

12:25PM 21   with Phase I, and just impose a limit beyond -- you all just come

12:25PM 22   up with your top, blank?  How do you want to handle this?

12:25PM 23               MR. LANGAN:  Andy Langan for BP.

12:25PM 24               We know we need to whittle it down.  We know we

12:25PM 25   need to talk to Mike and his team to whittle it down.  Can you

12:25PM   1    give us a little more time?

12:25PM   2              THE COURT:  Sure.

12:25PM   3              MR. LANGAN:  But I think what Your Honor is suggesting

12:25PM   4    may be the blunt instrument that may ultimately be necessary.

12:25PM   5              THE COURT:  I'm prepared to use it.  I'm not prepared to

12:25PM   6    use it today, but --

12:25PM   7              MR. LANGAN:  Thank you.

12:25PM   8              THE COURT:  -- you either work it out, or we'll have to

12:26PM   9    get the implement out.

12:26PM  10              Preliminary witness list for Phase I.  Didn't we

12:26PM  11    set deadlines for that?  I believe we've got a deadline for that.

12:26PM  12              THE CLERK:  I'll get them out if they are.

12:26PM  13              MR. HERMAN:  Steve Herman for the plaintiffs.

12:26PM  14              The preliminary witness lists were filed.  What I

12:26PM  15    think the Court is waiting for is, frankly, for the PSC to put

12:26PM  16    them all together.  You wanted some fields, and we've sent out a

12:26PM  17    spreadsheet to all the defendants and we're waiting to get their

12:26PM  18    responses back to put it together for the Court.

12:26PM  19              THE COURT:  That's it.

12:26PM  20              Now, we're going to open up the floor to anything

12:26PM  21    else anybody thinks we need the talk about.  Anything?

12:26PM  22              All right.  That was -- oh, the Swizzle Stick happy

12:27PM  23    hour, 4 o'clock next Thursday at the Swizzle Stick bar at the

12:27PM  24    Loews Hotel on Poydras Street, the corner of Poydras and

12:27PM  25    Tchoupitoulas Street.

12:27PM 1          Don Godwin is our host.  I think he's hiring a

12:27PM 2   brass band, and he's getting a police escort.  I'm not sure.  I

12:27PM 3   think.

12:27PM 4          So everybody mark your calendars for that, and we

12:27PM 5   will see you there if you're in town.  I think that takes care of

12:27PM 6   the agenda.

12:27PM 7          MR. BECK:  Your Honor, this is David Beck.

12:27PM 8          Could we have Alan York represent in open court

12:27PM 9   that Godwin is on the hook for this?

12:27PM 10          THE COURT:  Believe it or not, I've got so many e-mails

12:27PM 11   from Don confirming that he's on the hook that I think Rule 11

12:27PM 12   could be imposed against him.  It's a done deal.

12:27PM 13          MR. YORK:  I was going to say I think it would be

12:28PM 14   sanctionable if he tried to avoid it.

12:28PM 15          THE COURT:  Now, I had even suggested that Don is only

12:28PM 16   on the hook for the first round, and he said, don't be silly.  So

12:28PM 17   I think he's on the hook for the whole --

12:28PM 18          MR. YORK:  Now, I did see a e-mail from, I believe,

12:28PM 19   Mr. Herman on the PSC saying the second round was on him.

12:28PM 20          MR. HERMAN:  That is true.  I'll confirm that on the

12:28PM 21   record.  I apologize that I can't join you at the Swizzle Stick

12:28PM 22   for this one --

12:28PM 23          THE COURT:  I saw that.

12:28PM 24          MR. HERMAN:  -- but I'm sure that we will have able

12:28PM 25   representation.

12:28PM  1       THE COURT:  I was going to say, Mr. Herman, I was glad

12:28PM  2  that you volunteered for a round because I suspect you will far

12:28PM  3  outnumber the defense team at the Swizzle Stick bar, since it's

12:28PM  4  only 2 blocks from your offices; is that true?

12:28PM  5       MR. HERMAN:  We'll do our best.

12:28PM  6       THE COURT:  Okay, good.  Everybody have a great 4th of

12:28PM  7  July.

12:28PM  8       MR. IRPINO:  Judge, one issue.  I'm sorry, because it

12:28PM  9  was open and this isn't on the agenda, but I think it could be

12:28PM 10  helpful and something that would streamline for everybody.

12:28PM 11       PSC has been receiving -- well, all parties have

12:29PM 12  been receiving a number of clawback requests from a number of

12:29PM 13  different defendants.  That's fine.  There is no complaints about

12:29PM 14  that, although it's adding up and adding up.  There are multiple

12:29PM 15  clawback requests from multiple defendants.

12:29PM 16       The way it works is we get the request.  We then

12:29PM 17  send out a request for privilege log information so we could

12:29PM 18  start assessing the clawback, who was it sent, when, what,

12:29PM 19  wherever.  We wait to get that back.  We coordinate with our IT

12:29PM 20  people, and then document it, black it out.  There are a lot of

12:29PM 21  steps that have to go through that process.

12:29PM 22       We need to streamline that as best possible, and I

12:29PM 23  was wondering if we could implement a clawback log where, right

12:29PM 24  at the beginning, the parties present privilege log type

12:29PM 25  information, and then we can track it.

12:29PM  1        Because, literally, it's becoming difficult to

12:29PM  2   track all the different meet and confers, correspondences forum,

12:30PM  3   the information back and forth.  Actually, I think it's easy to

12:30PM  4   kind of lose track.  So I think that could be very helpful.

12:30PM  5        There are not hundreds, but, because of the

12:30PM  6   specific way the clawback process works, there is so much back

12:30PM  7   and forth, so much information needing to get exchanged, I think

12:30PM  8   it would just be easier for everybody.

12:30PM  9        THE COURT:  All right.  So how would you propose we do

12:30PM 10   that?

12:30PM 11        MR. IRPINO:  What I had in mind was that, much like a

12:30PM 12   privilege log, when a party is clawing something back they would

12:30PM 13   send their clawback letter and include an updated and ongoing log

12:30PM 14   of their clawbacks, so that we could then track it and literally

12:30PM 15   have it all in one document and check, okay, we addressed this

12:30PM 16   document, we addressed that document.

12:30PM 17        We'd receive the privilege log type information

12:30PM 18   with that document.  So it does two things.  It tracks all the

12:30PM 19   different clawbacks from each defendant, and then it also

12:30PM 20   provides the information that we inevitably ask for, which is

12:31PM 21   when was it produced -- it's a little different than the

12:31PM 22   privilege log, because it's when was the document produced,

12:31PM 23   what's the reason for the inadvertent production, and who

12:31PM 24   authored it.  Sometimes it's --

12:31PM 25        THE COURT:  Why don't you put together the fields that

12:31PM  1    you would like and circulate it to your counterpart --

12:31PM  2         MR. IRPINO:  Sure.

12:31PM  3         THE COURT:  -- with the defendants and see if they can

12:31PM  4    add to it, make suggestions for modification, and then we'll see

12:31PM  5    if we can get ourselves a deal.

12:31PM  6         MR. IRPINO:  Perfect.

12:31PM  7              One final related issue is if the Court would

12:31PM  8    consider, sometimes we get these right at the time of the depo.

12:31PM  9    I think what happens is sometimes, in going over the custodian

12:31PM 10    production and the depo prep, we go, oh, wow, we realize that

12:31PM 11    that shouldn't have been produced.

12:31PM 12         THE COURT:  Right.

12:31PM 13         MR. IRPINO:  So it's kind of a burning issue.  Would the

12:32PM 14    Court consider, on, again, a limited basis, an immediate, like

12:32PM 15    just --

12:32PM 16         THE COURT:  An immediate?

12:32PM 17         MR. IRPINO:  -- an immediate, just bringing it to the

12:32PM 18    Court to say, hey, let's call a ball and a strike, like when

12:32PM 19    we're within a certain number of days of the depo, so that it can

12:32PM 20    get resolved and not --

12:32PM 21         THE COURT:  We want a little more to do, sure.

12:32PM 22              Look, if you all look at it, and if you sincerely

12:32PM 23    believe it should not be clawed back, get it to us.

12:32PM 24         MR. IRPINO:  That's what I'm talking about.  Not as a --

12:32PM 25         THE COURT:  Get it to us.  We'll look at it.  Unless we

12:32PM 1    leave the Court, which we will do now.

12:32PM 2             Mike is giving me something.  Oh, yes, I was going

12:32PM 3    to carry that over because they are working on it.

12:32PM 4             I think we're done, guys.  Happy 4th.

12:32PM 5         VOICES:  Happy 4th.  Thank you, Your Honor.

12:32PM 6         THE COURT:  Don't get hurt with the fireworks.

12:33PM 7             I should have announced e-mail off.

12:33PM 8         MR. LANGAN:  It's on the calendar.

12:33PM 9         THE COURT:  When I'm cleaning up at the end of these

12:33PM 10   sessions, remind me to do that.

12:33PM 11        MR. LANGAN:  It's on the calendar.

12:33PM 12        THE COURT:  Well, I understand, but it's always good to

12:33PM 13   remind them.

14             (WHEREUPON, at 12:33 p.m., the proceedings were

15   concluded.)

16                        *    *    *

17                   REPORTER'S CERTIFICATE

18        I, Cathy Pepper, Certified Realtime Reporter, Registered
     Merit Reporter, Certified Court Reporter of the State of
19   Louisiana, Official Court Reporter for the United States District
     Court, Eastern District of Louisiana, do hereby certify that the
20   foregoing is a true and correct transcript, to the best of my
     ability and understanding, from the record of the proceedings in
21   the above-entitled and numbered matter.

22

23                        s/Cathy Pepper
                          Cathy Pepper, CRR, RMR, CCR
                          Certified Realtime Reporter
24                        Official Court Reporter
                          United States District Court
25                        Cathy_Pepper@laed.uscourts.gov

**1**

**1** [5] - 1:7, 12:2, 17:8, 17:19, 24:8
**10** [3] - 85:14, 114:25, 115:7
**10-day** [1] - 39:17
**10-MD-2179** [1] - 1:6
**10/20** [1] - 101:18
**100** [6] - 10:1, 10:2, 10:3, 10:4, 10:5, 10:6
**1000** [2] - 4:17, 5:17
**1001** [1] - 4:25
**101** [1] - 10:7
**1010** [1] - 5:17
**10153** [1] - 5:9
**10174** [1] - 4:21
**102** [3] - 10:8, 10:9, 10:10
**104** [2] - 10:11, 10:12
**105** [2] - 10:13, 10:14
**106** [1] - 10:15
**109** [2] - 10:16, 10:17
**11** [14] - 17:11, 22:19, 27:3, 27:6, 27:14, 34:14, 75:17, 80:1, 107:10, 114:25, 115:7, 115:14, 126:11
**110** [1] - 10:18
**1100** [2] - 2:23, 4:14
**111** [2] - 10:19, 10:20
**112** [1] - 10:21
**113** [3] - 10:22, 10:23, 10:24
**119** [1] - 10:25
**11th** [6] - 14:17, 75:18, 79:17, 79:22, 80:4, 87:7
**11TH.....** [1] - 7:7
**12** [13] - 17:11, 18:23, 22:1, 22:6, 22:7, 26:22, 27:15, 28:1, 28:4, 34:14, 34:25, 75:17, 92:11
**12-day** [1] - 115:14
**120** [1] - 94:7
**1201** [1] - 4:4
**1221** [1] - 3:21
**123** [2] - 11:2, 11:3
**124** [1] - 11:4
**125** [1] - 11:5
**127** [1] - 11:6
**12:33** [1] - 130:14
**12th** [8] - 75:18, 79:17, 79:22, 80:4, 80:10, 87:5, 87:6, 99:20
**13** [7] - 7:5, 91:24,

92:11, 93:7, 93:16, 95:14, 104:19
**1331** [1] - 3:24
**13th** [5] - 104:13, 104:17, 104:18, 112:21, 112:22
**14** [5] - 7:6, 7:7, 93:7, 93:17, 95:14
**14(c** [1] - 115:15
**14th** [1] - 114:12
**15** [7] - 93:15, 94:14, 94:18, 96:1, 99:21, 99:22, 114:2
**15th** [10] - 38:15, 40:11, 40:12, 42:18, 45:11, 49:22, 99:24, 104:13, 116:3
**16** [1] - 7:8
**1665** [1] - 3:24
**16th** [1] - 39:18
**17** [1] - 7:9
**1700** [1] - 4:4
**17th** [5] - 114:9, 115:16, 117:7, 117:10, 118:22
**18** [2] - 47:8, 61:12
**180** [2] - 92:24, 93:8
**18th** [2] - 100:15, 100:18
**19** [1] - 61:12
**19TH** [1] - 5:21
**19th** [3] - 110:19, 110:21, 110:22
**1st** [1] - 53:4

**2**

**2** [1] - 127:4
**20** [5] - 1:5, 22:9, 61:12, 96:2, 96:15
**200** [1] - 4:25
**2000** [1] - 105:16
**20006** [1] - 4:11
**2005** [1] - 24:8
**2007** [1] - 4:9
**201** [1] - 5:13
**2010** [4] - 1:5, 22:9, 35:24, 59:12
**2011** [2] - 1:7, 12:2
**2020** [1] - 4:10
**20th** [2] - 101:17, 104:13
**21** [2] - 61:12, 89:2
**2185** [1] - 6:3
**22** [1] - 89:2
**22nd** [1] - 104:14
**2304** [1] - 5:21
**23rd** [6] - 98:5, 98:6, 99:11, 114:7, 114:12

**24th** [1] - 40:21
**25** [4] - 86:6, 87:16, 96:2
**25th** [3] - 95:23, 95:24, 117:9
**26** [2] - 87:16, 100:6
**2615** [1] - 1:24
**26th** [6] - 90:13, 102:2, 114:9, 117:22, 119:1, 119:4
**27** [7] - 39:6, 39:20, 88:18, 89:17, 90:9, 100:6, 102:4
**27th** [5] - 63:12, 88:12, 89:12, 90:14, 102:6
**28** [6] - 88:18, 89:17, 90:9, 100:6, 100:8, 100:9
**28th** [3] - 77:7, 88:13, 89:12
**2990** [1] - 2:4
**29th** [2] - 97:13, 97:16

**3**

**3** [4] - 102:13, 103:1, 103:4, 103:20
**30** [2] - 5:24, 112:14
**30(B)(6** [1] - 8:23
**30(b)(6** [4] - 18:5, 18:12, 28:3, 87:22
**30(b)(6)** [1] - 22:7
**300** [2] - 3:13, 5:21
**31** [3] - 9:15, 96:10, 98:25
**3100** [1] - 4:14
**31st** [15] - 39:8, 39:18, 39:20, 43:16, 43:20, 44:12, 44:22, 90:12, 91:1, 96:12, 97:8, 97:21, 98:8, 98:9, 98:17
**31ST** [1] - 9:16
**31ST........................**
**.............** [1] - 9:20
**3450** [1] - 6:4
**36** [1] - 7:10
**36130** [1] - 2:13
**365** [1] - 2:4
**3668** [1] - 1:17
**36TH** [1] - 2:22
**39** [1] - 96:13
**39501** [1] - 5:22

**4**

**4** [5] - 102:13, 103:1, 103:4, 103:20,

125:23
**40** [2] - 7:11, 7:12
**400** [2] - 96:16, 124:19
**4000** [1] - 4:17
**405** [1] - 4:21
**45** [2] - 7:13, 90:14
**450** [1] - 2:9
**4500** [1] - 3:21
**48** [1] - 7:15
**4th** [7] - 46:10, 74:23, 78:17, 109:19, 127:6, 130:4, 130:5

**5**

**5.2** [1] - 25:21
**500** [3] - 2:13, 6:4, 6:10
**5000** [1] - 3:10
**504** [1] - 6:11
**5395** [1] - 2:10
**54** [1] - 7:16
**546** [1] - 3:17
**556** [1] - 1:18
**589-7779** [1] - 6:11
**5:23** [1] - 123:25
**5A** [1] - 70:19
**5th** [9] - 37:3, 37:12, 37:19, 38:2, 53:4, 74:22, 75:4, 88:7, 114:8, 115:16

**6**

**6** [3] - 17:8, 17:19, 18:22
**60** [3] - 92:13, 92:14, 94:8
**601** [1] - 1:24
**60654** [1] - 3:14
**61** [2] - 7:19, 7:20
**62** [3] - 7:22, 7:23, 8:1
**64** [1] - 8:2
**6th** [5] - 74:22, 75:4, 75:6, 81:8, 88:7
**6TH............** [1] - 8:14

**7**

**7** [7] - 24:2, 24:6, 25:9, 26:1, 26:10, 26:17, 74:16
**70** [1] - 8:3
**701** [2] - 2:16, 3:10
**70113** [1] - 1:21
**70130** [5] - 1:25, 2:5, 2:17, 3:18, 6:10
**70139** [1] - 3:10

**70163** [2] - 2:23, 4:14
**70170** [1] - 5:14
**70502** [1] - 1:18
**70505** [1] - 4:25
**713-224-0628** [1] - 27:20
**73** [2] - 8:4, 8:5
**74** [2] - 8:6, 8:7
**75** [2] - 8:8, 8:9
**75270** [1] - 4:5
**767** [1] - 5:9
**77002** [3] - 4:17, 5:18, 6:5
**77010** [2] - 3:21, 3:25
**77492** [1] - 5:25
**78** [1] - 8:10
**79** [2] - 8:11, 8:12
**7:30** [1] - 123:23
**7th** [7] - 61:17, 72:23, 72:24, 72:25, 75:16, 113:8, 114:10
**7TH** [1] - 2:10

**8**

**8** [1] - 74:16
**8/15** [3] - 38:19, 38:20, 114:4
**8/26** [1] - 114:5
**80** [1] - 8:13
**81** [1] - 8:14
**82** [2] - 8:15, 8:16
**820** [1] - 1:21
**86** [3] - 8:17, 8:19, 8:20
**87** [3] - 8:21, 8:22, 8:23
**88** [2] - 8:24, 8:25
**8th** [7] - 61:17, 72:23, 72:24, 72:25, 74:16, 74:21, 75:15

**9**

**9/12** [1] - 114:6
**90** [2] - 9:1, 58:1
**91** [3] - 9:2, 9:3, 9:5
**92** [3] - 9:7, 9:8, 9:9
**93** [1] - 9:10
**94** [2] - 9:11, 9:12
**94102** [1] - 2:10
**95** [2] - 9:13, 9:14
**96** [1] - 9:15
**97** [5] - 9:16, 9:17, 9:18, 9:19, 9:20
**98** [3] - 9:21, 9:22, 120:8
**99** [3] - 9:23, 9:24,

9:25
**99.99** [1] - 30:7
**9:30** [1] - 1:7

# A

**A.M** [1] - 1:7
**abiding** [1] - 31:10
**ability** [1] - 130:20
**able** [14] - 19:21, 23:6, 26:6, 26:9, 31:20, 38:7, 61:15, 69:22, 73:12, 80:24, 83:4, 122:17, 122:19, 126:24
**above-entitled** [1] - 130:21
**ABRAMSON** [1] - 1:23
**absentia** [1] - 102:24
**absolutely** [2] - 42:8, 46:6
**abuse** [1] - 85:10
**accept** [1] - 90:15
**access** [3] - 30:9, 81:14, 81:21
**accommodate** [4] - 19:25, 73:6, 94:20, 101:5
**accommodated** [1] - 83:6
**accordance** [2] - 35:6, 117:1
**according** [1] - 41:13
**accrued** [1] - 69:19
**accurate** [3] - 35:1, 63:7, 77:22
**acquired** [1] - 107:18
**ACTION** [1] - 1:6
**action** [2] - 67:9, 81:3
**ACTIONS** [1] - 1:9
**activities** [1] - 24:13
**acutely** [2] - 49:17
**add** [9] - 18:10, 19:1, 20:5, 20:10, 20:16, 76:6, 111:2, 119:20, 129:4
**added** [1] - 56:1
**adding** [2] - 127:14
**addition** [5] - 18:21, 57:6, 69:1, 69:14, 71:16
**additional** [21] - 49:23, 61:7, 61:18, 68:17, 83:9, 84:18, 85:13, 92:5, 92:12, 92:13, 92:22, 92:23, 92:24, 93:8, 94:7, 94:8, 95:9, 95:10, 95:15, 98:8, 115:4

**ADDITIONAL** [2] - 7:20, 9:7
**address** [12] - 15:8, 16:10, 17:18, 18:14, 27:3, 27:8, 40:10, 64:12, 105:2, 107:23, 116:18, 117:14
**addressed** [4] - 19:4, 117:2, 128:15, 128:16
**admissibility** [1] - 23:19
**admissions** [6] - 39:14, 39:15, 44:5, 44:8, 44:10, 44:22
**admit** [1] - 45:12
**adopt** [1] - 64:7
**Adrian** [4] - 61:20, 62:14, 62:19, 63:25
**advance** [7] - 15:13, 15:22, 80:25, 81:18, 81:20, 85:18, 103:2
**advise** [2] - 42:10, 72:20
**advised** [3] - 71:8, 76:16, 79:6
**advises** [2] - 75:20, 108:7
**advising** [1] - 94:4
**affect** [1] - 44:23
**afternoon** [6] - 33:5, 34:24, 35:2, 107:8, 111:8, 111:9
**agenda** [7] - 40:24, 78:24, 82:19, 91:5, 119:20, 126:6, 127:9
**ago** [7] - 34:24, 34:25, 61:21, 82:7, 93:25, 94:11, 120:2
**agree** [33] - 16:24, 21:16, 22:14, 23:23, 24:12, 24:14, 25:10, 26:14, 33:12, 38:12, 39:22, 39:24, 40:10, 52:5, 55:15, 55:16, 55:18, 58:1, 64:16, 64:24, 66:3, 66:25, 67:1, 67:4, 78:20, 84:4, 106:20, 115:12, 117:18, 118:13, 120:9, 124:3
**agreed** [8] - 16:19, 35:8, 39:16, 64:24, 66:4, 76:5, 78:8, 82:19
**agreeing** [1] - 29:20
**agreement** [12] - 35:2, 39:18, 40:3, 44:11, 45:22, 45:23, 46:2,

48:2, 48:3, 66:22, 120:7, 122:18
**AGREEMENT** [1] - 7:13
**AGREEMENT.............**
**............................** [1] -
7:14
**AGREEMENTS** [2] - 9:3, 9:5
**agreements** [4] - 27:8, 55:14, 91:8, 121:4
**agrees** [2] - 101:13, 116:13
**ahead** [11] - 14:10, 21:19, 49:12, 50:5, 73:18, 76:2, 81:11, 92:10, 105:9, 120:17, 124:4
**aim** [1] - 62:8
**aimed** [1] - 22:1
**aiming** [1] - 28:4
**air** [1] - 34:3
**AIRBORNE** [1] - 4:23
**AL** [1] - 2:13
**al** [1] - 117:11
**Alabama** [1] - 51:25, 52:16, 53:6, 54:15
**ALABAMA** [1] - 2:12
**Alabama's** [1] - 53:1
**Alan** [24] - 12:21, 15:2, 15:23, 15:25, 39:1, 39:3, 44:2, 44:3, 59:5, 59:6, 60:22, 78:12, 79:3, 81:4, 81:6, 89:4, 97:5, 97:6, 97:17, 98:14, 102:23, 111:13, 122:2, 126:8
**ALAN** [2] - 3:24, 4:20
**Alberty** [1] - 87:14
**ALBERTY.................**
**............................** [1] -
8:22
**aligned** [3] - 117:19, 118:14, 118:18
**alike** [1] - 39:5
**ALL** [1] - 1:9
**ALLAN** [1] - 2:16
**Allan** [6] - 51:25, 52:25, 53:12, 83:20, 83:23
**ALLEN** [1] - 6:4
**allocating** [1] - 84:15
**allocation** [3] - 92:23, 93:1, 94:14
**allow** [3] - 20:1, 35:23, 55:14
**allowed** [2] - 30:3, 67:20
**almost** [1] - 120:2

**alone** [1] - 75:3
**ALSO** [1] - 6:7
**AMBROSE** [1] - 7:20
**Ambrose** [4] - 61:7, 61:13, 94:7, 94:15
**AMBROSE.................**
**............................** [1] -
9:12
**amended** [1] - 64:16
**AMENDMENT** [2] - 8:4, 8:19
**Amendment** [14] - 71:3, 72:5, 72:7, 73:14, 73:23, 78:9, 79:19, 80:8, 80:16, 81:5, 81:7, 86:19, 86:25, 93:19
**AMENDMENT.............**
**............................** [1] - 8:20
**AMERICA** [6] - 3:3, 3:3, 3:4, 3:5, 3:7, 3:8
**AMERICAN** [1] - 1:24
**amount** [2] - 94:8, 94:9
**AN** [1] - 7:23
**Anadarko** [29] - 14:23, 24:7, 24:22, 37:5, 38:1, 38:11, 38:13, 38:19, 40:7, 46:3, 46:18, 51:21, 51:24, 52:22, 53:5, 53:6, 53:13, 74:18, 82:11, 96:25, 101:23, 113:18, 115:19, 116:14, 117:20, 119:24, 120:2, 121:16, 122:11
**ANADARKO** [2] - 4:7, 4:8
**analysis** [1] - 31:2
**analyze** [1] - 30:1
**AND** [14] - 2:20, 4:9, 5:7, 7:13, 7:17, 7:18, 7:20, 7:24, 8:5, 8:21, 9:4, 9:5, 9:6
**Andrew** [1] - 53:18
**ANDREW** [1] - 3:12
**Andy** [37] - 40:14, 40:16, 41:20, 41:25, 42:2, 45:24, 48:15, 48:23, 54:5, 58:7, 58:23, 59:24, 63:10, 66:2, 67:11, 70:9, 70:24, 73:18, 79:3, 79:21, 86:17, 89:5, 89:10, 89:17, 91:17, 91:19, 92:16, 98:15, 99:22, 113:4, 115:12, 116:11, 117:14, 118:13,

119:6, 122:10, 124:23
**Andy's** [1] - 54:12
**angry** [1] - 102:25
**announced** [1] - 130:7
**answer** [23] - 19:20, 21:4, 21:6, 22:22, 24:11, 25:18, 25:23, 26:6, 30:16, 30:23, 31:20, 31:22, 34:11, 37:14, 63:9, 63:15, 63:16, 63:17, 63:18, 64:1, 92:15, 106:9, 118:25
**answers** [1] - 21:9
**ANTHONY** [1] - 2:3
**Anthony** [6] - 74:12, 87:2, 90:5, 98:4, 100:7, 110:20
**anticipate** [1] - 28:17
**anyway** [5] - 7:7, 29:12, 83:25, 101:8, 106:11
**apologize** [4] - 22:2, 26:3, 70:17, 126:21
**appear** [4] - 29:2, 71:24, 74:6, 77:23
**appearance** [1] - 90:15
**APPEARANCES** [6] - 1:14, 2:1, 3:1, 4:1, 5:1, 6:1
**applied** [1] - 53:4
**applies** [2] - 37:4, 37:6
**apply** [3] - 72:14, 72:15, 118:7
**applying** [2] - 38:2, 38:17, 38:18
**appreciate** [11] - 30:20, 36:14, 37:22, 46:14, 49:13, 51:13, 59:25, 63:20, 75:11, 95:17, 119:16
**approach** [2] - 19:8, 26:14
**appropriate** [10] - 27:11, 50:21, 65:5, 65:24, 68:22, 70:3, 72:7, 110:12, 112:10, 117:1
**APPROVED** [1] - 7:15
**approved** [2] - 48:13, 49:24
**approves** [1] - 16:25
**APRIL** [1] - 1:5
**April** [3] - 22:9, 61:22, 62:17
**area** [2] - 56:18, 56:19
**areas** [3] - 121:3, 122:18

**AREAUX** [1] - 4:13
**arguable** [1] - 68:20
**arguably** [3] - 23:5, 56:19, 68:23
**argue** [1] - 64:20
**argued** [1] - 68:21
**arguing** [1] - 68:3
**argument** [7] - 21:17, 43:10, 68:16, 68:18, 69:7, 69:8, 107:15
**arising** [2] - 25:17, 40:20
**Arnold** [2] - 79:2, 79:6
**arrange** [2] - 34:3, 46:9
**arrangements** [1] - 108:25
**articulated** [1] - 72:11
**asleep** [2] - 51:20, 51:22
**assert** [1] - 69:20
**assessing** [1] - 127:18
**assessments** [1] - 24:9
**assigned** [1] - 31:11
**assimilate** [1] - 42:21
**assistant** [1] - 87:1
**associated** [1] - 110:7
**assume** [4] - 80:2, 80:6, 80:8, 109:1
**assumed** [1] - 53:15
**assuming** [1] - 93:14
**assumption** [2] - 49:3, 98:20
**assure** [2] - 55:15, 55:18
**attached** [1] - 105:23
**attaching** [1] - 28:11
**attempt** [1] - 120:24
**attending** [1] - 15:4
**attention** [4] - 24:2, 36:15, 48:22, 49:9
**attorney** [1] - 73:2
**ATTORNEY** [1] - 2:12
**audits** [1] - 24:9
**August** [27] - 35:24, 38:15, 40:11, 42:18, 42:20, 43:20, 44:23, 45:11, 51:14, 62:4, 62:5, 71:11, 71:25, 72:21, 73:2, 78:8, 78:9, 88:2, 99:7, 99:9, 116:3, 117:9, 117:22, 119:2, 119:3, 119:4, 119:11
**authored** [1] - 128:24
**authority** [2] - 17:1, 25:22
**authorized** [1] - 13:8
**availability** [1] - 71:4

**available** [7] - 62:4, 73:3, 81:19, 88:13, 104:11, 104:13, 106:16
**AVENUE** [6] - 1:21, 2:9, 2:13, 4:21, 5:9, 5:13
**average** [1] - 51:3
**AVIATION** [1] - 5:23
**avoid** [7] - 16:13, 37:24, 53:7, 53:24, 69:24, 69:25, 126:14
**aware** [6] - 33:9, 38:1, 49:17, 63:24, 82:6
**awry** [1] - 16:21

# B

**B-I-R-R-E-L-L** [1] - 99:15
**B-O-N-D-U-R-A-N-T** [1] - 99:15
**Baay** [3] - 34:11, 35:1, 35:16
**BABIUCH** [1] - 3:13
**background** [1] - 94:25
**backup** [2] - 29:21, 89:21
**bad** [2] - 20:9, 89:7
**bait** [1] - 78:18
**balance** [1] - 55:17
**ball** [2] - 118:5, 129:18
**band** [1] - 126:2
**bar** [2] - 125:23, 127:3
**Barbara** [1] - 90:13
**BARBARA** [1] - 9:1
**Barbier** [14] - 23:18, 49:17, 50:1, 50:14, 65:23, 70:5, 70:9, 112:23, 117:2, 118:9, 120:1, 120:14, 121:6, 122:19
**bark** [1] - 50:1
**based** [4] - 37:1, 37:18, 54:22, 121:16
**BASED** [1] - 7:17
**basic** [1] - 25:4
**basis** [4] - 62:8, 83:4, 109:9, 129:14
**Bates** [2] - 35:17, 107:4
**beaten** [2] - 46:25
**beats** [1] - 31:2
**beauty** [1] - 100:8
**BECK** [32] - 3:19, 3:20, 12:17, 17:15, 18:25, 19:4, 20:23, 21:3, 22:25, 23:13, 26:13, 26:21, 26:25, 27:18, 27:21, 29:18, 30:20, 31:19, 31:25, 91:16, 91:19, 91:22, 91:25, 107:3, 107:16, 109:18, 109:22, 110:9, 124:6, 124:9, 124:11, 126:7
**Beck** [13] - 12:17, 17:15, 18:25, 20:23, 21:16, 26:13, 29:3, 30:14, 31:7, 86:15, 91:16, 107:3, 126:7
**become** [1] - 67:10
**becoming** [1] - 128:1
**beer** [1] - 12:23
**BEFORE** [1] - 1:12
**beforehand** [1] - 90:13
**beginning** [2] - 44:22, 127:24
**behalf** [10] - 20:14, 21:15, 56:4, 61:10, 67:21, 71:19, 71:22, 82:4, 82:6, 82:12
**behind** [2] - 33:10, 118:5
**belabor** [2] - 66:21, 80:15
**believes** [2] - 41:15, 94:4
**belts** [1] - 32:2
**Bement** [1] - 98:10
**BEMENT** [1] - 9:21
**BEN** [1] - 4:24
**BERTAUT** [12] - 3:17, 79:15, 79:22, 80:6, 80:12, 80:15, 106:2, 106:6, 110:4, 110:15, 110:19, 110:25
**best** [22] - 14:10, 16:23, 17:6, 19:20, 28:2, 28:13, 28:15, 49:22, 50:6, 51:11, 54:8, 59:22, 71:13, 83:7, 115:1, 115:24, 115:25, 117:22, 127:5, 127:22, 130:20
**bet** [2] - 101:12, 109:23
**Beth** [2] - 111:9, 111:11
**BETH** [1] - 4:16
**better** [7] - 20:2,

21:17, 65:19, 66:12, 111:4, 114:25, 118:11
**between** [4] - 23:4, 38:6, 39:16, 41:14
**beyond** [6] - 30:18, 31:11, 34:13, 36:16, 50:19, 124:21
**bias** [1] - 25:4
**big** [4] - 65:1, 68:15, 90:17, 116:11
**Bill** [2] - 61:7, 94:7
**BILL** [2] - 7:20, 9:12
**BINGHAM** [1] - 4:9
**Birrell** [1] - 99:4
**BIRRELL** [1] - 9:23
**bit** [9] - 23:1, 23:21, 38:5, 43:4, 65:18, 65:19, 93:12, 103:2, 118:5
**biting** [1] - 124:17
**bitty** [1] - 93:12
**Bjerager** [1] - 27:10
**black** [2] - 116:11, 127:20
**blaming** [1] - 22:4, 94:13
**blank** [1] - 124:22
**BLANK** [1] - 4:19
**blast** [1] - 31:4
**blessing** [1] - 39:21
**blocks** [1] - 127:4
**Bloomer** [1] - 53:18
**bloomer** [1] - 54:6
**BLOSSMAN** [1] - 4:13
**blowout** [1] - 22:2
**blunt** [1] - 125:4
**board** [16] - 54:21, 55:2, 55:8, 56:2, 56:15, 58:12, 58:14, 58:21, 60:1, 60:4, 60:14, 60:20, 61:23, 64:3, 115:15, 116:8
**BOARD** [1] - 7:17
**BOCKIUS** [1] - 4:16
**Bondurant** [3] - 99:6, 99:8, 100:1
**BONDURANT** [1] - 99:6
**BONDURANT** ............ .......................... [1] - 9:24
**BOP** [11] - 7:5, 13:2, 14:6, 19:7, 22:21, 22:21, 23:1, 23:21, 27:9, 105:16, 110:6
**bottom** [1] - 103:9
**Boughton** [1] - 61:8

**BOUGHTON** ............ .......................... [1] - 7:21
**BOX** [2] - 1:17, 5:24
**boy** [1] - 97:7
**Bozeman** [1] - 99:18
**BOZEMAN** [1] - 99:18
**BOZEMAN** ............... .......................... [1] - 9:25
**BP** [72] - 3:3, 3:3, 3:4, 3:5, 3:6, 3:7, 3:8, 14:9, 18:11, 22:8, 24:7, 25:8, 34:10, 34:16, 37:6, 38:1, 38:11, 38:14, 38:17, 39:13, 39:15, 39:16, 40:7, 40:16, 40:18, 41:13, 42:11, 42:19, 43:9, 44:21, 45:24, 46:4, 47:18, 47:19, 48:15, 49:19, 49:23, 51:6, 53:17, 54:5, 56:4, 58:21, 59:24, 66:2, 71:13, 79:21, 82:10, 83:10, 86:17, 92:12, 92:13, 93:7, 94:6, 94:8, 94:13, 94:14, 95:8, 98:15, 100:18, 104:16, 105:6, 106:21, 108:6, 115:13, 116:8, 117:20, 118:18, 118:22, 120:10, 122:10, 124:23
**BP's** [2] - 49:7, 104:9
**BRANCH** [1] - 2:8
**brass** [1] - 126:2
**break** [6] - 19:21, 61:3, 86:2, 86:3, 86:4, 99:10
**breaking** [1] - 122:22
**breathing** [1] - 113:23
**BRETT** [1] - 6:7
**Brett** [4] - 70:21, 71:15, 72:4, 72:16
**BRIAN** [1] - 8:13
**Brian** [1] - 80:16
**bridge** [4] - 30:25, 83:13, 93:22
**brief** [5] - 64:20, 65:11, 86:9, 112:16, 112:18
**briefing** [1] - 82:21
**briefly** [1] - 24:6
**bring** [11] - 22:3, 40:4, 40:25, 42:4, 52:7, 55:16, 69:22, 69:23, 119:20, 119:21,

121:6
**BRING** [1] - 7:12
**bringing** [2] - 81:17, 129:17
**broader** [2] - 23:1, 69:12
**Brock** [2] - 88:5, 100:3
**BROCK.....................
.............................. [1] -
10:1
**BROCK.....................
............................. [1]
- 8:24
**broken** [1] - 83:17
**brought** [7] - 40:9, 66:14, 69:9, 69:10, 117:5, 123:6
**BUILDING** [2] - 1:24, 4:20
**bullet** [1] - 124:17
**burden** [1] - 75:10
**burdening** [1] - 53:7
**burning** [1] - 129:13
**business** [9] - 15:16, 18:22, 21:21, 21:22, 23:16, 24:13, 34:15, 109:20, 124:7
**busy** [3] - 80:5, 80:11, 113:24
**Buzbee** [8] - 73:20, 74:8, 75:1, 75:20, 76:2, 76:5, 76:18, 77:7
**BUZBEE'S** [1] - 8:5
**Buzbee's** [2] - 73:19, 73:24
**BY** [29] - 1:4, 1:17, 1:20, 1:23, 2:3, 2:8, 2:12, 2:16, 2:22, 3:9, 3:12, 3:17, 3:20, 3:24, 4:3, 4:10, 4:13, 4:16, 4:20, 4:24, 5:8, 5:12, 5:16, 5:20, 5:24, 6:3, 6:12, 6:13, 7:16
**bye** [5] - 36:12, 36:18, 36:19
**bye-bye** [2] - 36:18, 36:19
**Byrd** [5] - 95:9, 95:11, 95:12, 95:13, 95:15
**BYRD** [1] - 95:9
**BYRD.....................
...................... [1] -
9:14

**C**

**CA** [1] - 2:10

**calculate** [1] - 27:12
**calculations** [3] - 29:21, 29:24, 30:4
**calendar** [9] - 61:11, 72:21, 80:17, 89:3, 89:25, 97:24, 122:21, 130:8, 130:11
**calendars** [1] - 126:4
**CALLED** [1] - 12:4
**camera** [4] - 47:2, 47:16, 56:16, 96:14
**CAMERON** [1] - 3:16
**Cameron** [23] - 14:9, 17:15, 22:8, 24:8, 26:13, 42:19, 45:11, 94:6, 94:7, 95:9, 105:15, 106:1, 106:2, 107:9, 110:1, 110:14, 115:19, 120:8, 120:22, 120:24, 121:1, 123:22, 124:3
**Cameron's** [1] - 45:5
**CAMERON........... [1]**
- 11:3
**CAMP** [2] - 2:16
**Campbell** [2] - 92:12, 92:18
**Campbell's** [1] - 92:15
**CAMPBELL..............
.............................. [1]
- 9:8
**CANAL** [2] - 2:4, 2:4
**Canducci** [1] - 106:24
**caps** [1] - 35:25
**captain** [4] - 14:22, 15:1, 15:8, 16:9
**Captain** [1] - 16:5, 94:4
**care** [6] - 13:3, 45:16, 86:16, 94:9, 116:16, 126:5
**careful** [1] - 58:9
**CARMELITE** [1] - 3:17
**Carmelite** [5] - 106:8, 106:13, 110:4, 110:15, 110:24
**CAROLYN** [1] - 4:3
**CARONDELET** [1] -
3:17
**carried** [1] - 78:20
**carry** [2] - 81:3, 130:3
**CARVER** [1] - 4:12
**case** [19] - 23:5, 23:10, 23:17, 42:24, 44:15, 66:6, 67:6, 67:19, 80:3, 81:19, 83:3, 84:11, 85:21, 98:22, 99:2, 115:8, 117:21

**Case** [2] - 119:23, 120:3
**CASE** [1] - 10:25
**case-by-case** [1] -
83:3
**cases** [9] - 43:1, 43:2, 53:2, 58:11, 67:8, 76:21, 77:9, 77:16, 84:21
**Caspian** [1] - 58:3
**casualty** [2] - 108:12, 108:19
**cat** [1] - 61:12
**Category** [1] - 28:4
**Cathy** [2] - 130:18, 130:23
**CATHY** [1] - 6:9
**Cathy_Pepper@laed
.uscourts.gov** [1] -
130:25
**cathy_Pepper@laed.
uscourts.gov** [1] -
6:11
**caused** [1] - 53:25
**cc** [1] - 123:18
**CCR** [2] - 6:9, 130:23
**cede** [1] - 85:7
**ceded** [1] - 92:6
**CEMENT** [1] - 7:15
**cement** [4] - 48:13, 49:1, 51:5, 123:11
**CEMENT....................
...... [1] - 11:2
**CENTER** [3] - 3:20, 4:24, 6:4
**centrality** [1] - 57:1
**CENTRE** [1] - 2:22
**Cernich** [1] - 50:22
**certain** [4] - 32:18, 35:8, 84:13, 129:19
**certainly** [15] - 30:14, 31:20, 31:21, 39:12, 40:6, 47:5, 48:9, 55:10, 56:8, 63:1, 83:8, 91:18, 97:2, 119:13, 120:7
**certainty** [1] - 55:5
**CERTIFICATE** [1] -
130:17
**certification** [1] -
15:17
**Certified** [3] - 130:18, 130:18, 130:23
**CERTIFIED** [1] - 6:9
**certify** [1] - 130:19
**CGP** [2] - 28:19, 30:8
**chambers** [1] - 123:13
**chance** [4] - 29:23, 30:1, 45:25, 85:20
**chances** [1] - 67:9

**change** [6] - 79:9, 79:12, 114:5, 114:6, 114:9, 114:10
**changed** [2] - 79:4, 87:18
**changes** [3] - 29:15, 79:12, 121:16
**changing** [1] - 79:10
**charged** [1] - 120:2
**CHARLES** [3] - 5:13, 5:13, 9:24
**Charles** [1] - 99:6
**chart** [7] - 62:11, 62:13, 63:14, 63:25, 105:23, 120:20, 120:21
**CHART** [1] - 7:23
**chatted** [1] - 74:25
**check** [7] - 60:16, 60:22, 81:21, 93:23, 96:22, 105:20, 128:15
**cheerio** [2] - 12:22, 12:23
**CHEVRON** [1] - 8:23
**Chevron** [3] - 51:5, 87:22, 88:1
**CHICAGO** [1] - 3:14
**child** [1] - 100:23
**chime** [1] - 20:8
**choice** [2] - 88:24, 95:6
**choices** [1] - 113:21
**choose** [1] - 114:19
**Christmas** [1] - 113:23
**Christopher** [2] -
75:13, 75:17
**CHRISTOPHER** [1] -
8:8
**CHRYSLER** [1] - 4:20
**circling** [1] - 41:11
**circulate** [2] - 29:10, 129:1
**circulated** [4] - 14:5, 87:20, 122:3, 123:3
**circumstances** [1] -
68:17
**citizen** [1] - 15:17
**citizens** [1] - 15:1
**CIVIL** [2] - 1:6, 2:8
**claim** [8] - 67:15, 67:16, 67:24, 69:9, 69:17, 69:18, 69:19
**claimant** [1] - 64:11
**CLAIMANT** [1] - 8:2
**claimants** [2] - 66:5, 104:23
**claims** [12] - 65:2, 66:23, 67:17, 68:19, 69:5, 69:8, 69:10,

69:13, 72:8, 84:12, 117:1
**clarification** [4] - 59:7, 81:9, 116:20, 117:8
**clarified** [1] - 93:6
**clarify** [1] - 59:10
**Clarke** [1] - 86:22
**CLAWBACK** [1] - 11:6
**clawback** [6] - 127:12, 127:15, 127:18, 127:23, 128:6, 128:13
**clawbacks** [2] -
128:14, 128:19
**clawed** [1] - 129:23
**clawing** [1] - 128:12
**cleaning** [1] - 130:9
**clear** [8] - 17:2, 21:24, 27:16, 29:10, 37:4, 41:7, 59:23, 72:1
**clearance** [1] - 15:13
**Clearance** [1] - 15:14
**cleared** [1] - 15:22
**clearly** [4] - 54:14, 58:15, 116:10, 118:7
**Clements** [6] - 105:12, 105:18, 105:25, 106:9, 106:12, 108:1
**CLEMENTS..............
....................... [1] -
10:14
**CLERK** [7] - 12:7, 72:23, 88:21, 95:11, 103:7, 112:7, 125:12
**CLIENTS** [1] - 8:5
**clients** [1] - 73:19
**close** [3] - 109:20, 124:6
**closely** [1] - 117:19
**closer** [1] - 89:12
**CMO's** [1] - 121:8
**co** [2] - 32:6, 82:11
**co-counsel** [2] - 32:6, 82:11
**Coast** [5] - 14:24, 15:11, 15:20, 16:25, 19:22
**Code** [4] - 24:10, 25:15, 25:20, 108:13
**Cohen** [10] - 17:10, 19:11, 20:15, 26:17, 27:25, 28:19, 32:4, 33:17, 36:13, 86:12
**COHEN** [29] - 5:16, 5:16, 13:6, 13:12, 13:22, 14:2, 17:10, 19:11, 19:13, 20:15, 21:23, 22:15, 24:5, 25:4, 26:2, 26:20, 27:1, 27:6, 27:20,

27:25, 28:19, 29:10, 30:6, 31:6, 31:14, 32:6, 33:17, 36:14, 36:18
**colleagues** [2] - 38:7, 54:14
**collecting** [1] - 34:6
**collective** [1] - 46:20
**collectively** [1] - 57:10
**com** [1] - 28:20
**comfortable** [1] - 65:20
**coming** [10] - 12:21, 32:3, 43:12, 57:16, 68:1, 74:9, 87:19, 93:20, 113:20, 120:15
**commenced** [1] - 49:4
**comment** [8] - 22:24, 33:14, 44:2, 44:17, 51:14, 82:25, 96:11, 114:22
**comments** [10] - 33:15, 40:21, 51:19, 54:3, 55:1, 56:13, 119:19, 122:4, 122:11, 122:23
**common** [2] - 68:7, 69:16
**commonplace** [1] - 68:4
**communicate** [1] - 31:21
**communication** [2] - 54:23, 76:7
**communications** [6] - 22:7, 22:17, 23:4, 23:7, 25:19
**companies** [4] - 24:14, 25:1, 26:11, 28:10
**COMPANY** [3] - 3:4, 4:8
**company** [3] - 57:5, 107:18, 108:25
**Compel** [1] - 123:21
**compel** [9] - 37:3, 37:11, 37:24, 38:10, 38:20, 39:9, 44:14, 52:2, 53:4
**COMPEL** [1] - 11:3
**compelling** [1] - 68:16
**complaints** [2] - 57:16, 127:13
**complete** [6] - 37:15, 41:11, 76:22, 76:25, 77:9, 77:20
**completed** [1] - 39:8
**completely** [1] - 77:21
**completion** [2] -

49:18, 114:2
**compliance** [3] - 25:16, 25:21
**compliant** [1] - 68:19
**complicated** [2] - 113:2, 114:16
**component** [1] - 18:13
**components** [4] - 18:16, 18:17, 29:5, 29:6
**compromising** [1] - 51:10
**COMPUTER** [1] - 6:13
**concern** [9] - 22:11, 31:10, 31:14, 32:13, 32:15, 33:20, 44:13, 71:20, 77:18
**concerned** [8] - 21:11, 24:15, 31:8, 31:16, 32:7, 44:21, 57:6, 58:23, 117:22
**concerning** [1] - 22:2
**concerns** [1] - 24:6
**concluded** [1] - 130:15
**conclusion** [1] - 54:25
**conclusions** [1] - 24:21
**condition** [1] - 71:9
**conduct** [2] - 19:22, 20:1
**conducted** [1] - 51:7
**confer** [14] - 26:21, 38:4, 38:8, 40:4, 40:6, 41:8, 42:9, 48:8, 52:6, 52:11, 52:19, 64:21, 118:9, 124:11
**conference** [12] - 14:13, 27:2, 40:21, 42:11, 58:20, 59:8, 64:15, 65:10, 76:9, 78:13, 82:9, 82:13
**CONFERENCE** [1] - 1:12
**conferring** [1] - 40:19
**confers** [1] - 128:2
**confess** [1] - 38:5
**confident** [2] - 48:2, 53:5
**confidential** [7] - 47:17, 55:3, 55:5, 55:21, 55:24, 57:21, 116:5
**confidentiality** [1] - 91:11
**confirm** [4] - 42:10, 75:5, 77:11, 126:20
**confirmation** [8] - 14:25, 76:24, 77:4,

77:12, 79:15, 79:25, 81:16, 99:22
**confirmed** [5] - 59:16, 74:9, 80:18, 80:20, 110:22
**confirming** [3] - 53:3, 74:6, 126:11
**conflict** [1] - 68:8
**confronted** [1] - 15:12
**Congressional** [1] - 59:12
**connection** [1] - 24:10
**consensus** [3] - 70:4, 116:12, 120:21
**consider** [5] - 96:5, 96:7, 118:18, 129:8, 129:14
**consideration** [4] - 40:25, 65:8, 113:1, 120:4
**CONSIDERATION?...**
**........** [1] - 7:12
**considered** [1] - 20:18
**consolidate** [1] - 117:1
**consolidation** [1] - 121:22
**constantly** [1] - 36:10
**consultants** [1] - 117:12
**contact** [7] - 76:2, 76:5, 90:16, 104:23, 107:23, 108:22, 109:3, 110:10, 110:11
**contacted** [1] - 73:24
**contacting** [1] - 109:25
**contacts** [1] - 51:5
**contain** [1] - 86:14
**CONTAIN** [1] - 8:18
**content** [1] - 94:12
**continuation** [1] - 111:15
**continue** [3] - 48:10, 48:17, 51:25
**CONTINUED** [5] - 2:1, 3:1, 4:1, 5:1, 6:1
**continues** [1] - 48:8
**contracting** [1] - 27:8
**contradictory** [1] - 82:21
**control** [6] - 14:8, 38:16, 40:12, 41:12, 43:9, 43:20, 77:16, 110:10
**Control** [1] - 92:13
**CONTROL...................**
**..................** [1] - 9:9
**controlled** [1] - 51:2

**convenience** [1] - 46:9
**conventional** [1] - 19:23
**conversation** [3] - 34:12, 52:17, 101:24
**conversations** [2] - 48:10, 74:7
**cooperate** [1] - 52:13
**cooperative** [1] - 81:12
**coordinate** [4] - 16:5, 46:19, 54:8, 127:19
**COORDINATING** [1] - 7:7
**coordinating** [3] - 14:16, 16:4, 16:16
**copies** [2] - 78:1, 91:19
**copy** [3] - 47:19, 74:4, 92:1
**Corey** [6] - 12:11, 51:25, 52:16, 52:24, 53:11, 54:18
**COREY** [1] - 2:12
**corner** [2] - 13:7, 125:24
**corporate** [3] - 25:25, 26:5, 61:20
**corporation** [1] - 57:2
**CORPORATION** [5] - 3:5, 3:16, 4:7, 4:8, 4:19
**correct** [15] - 36:6, 41:6, 45:12, 46:6, 71:7, 72:9, 72:10, 79:8, 88:7, 88:24, 95:4, 111:17, 115:6, 119:25, 130:20
**correctly** [1] - 79:16
**correspondences** [1] - 128:2
**COTLAR** [1] - 1:20
**COUNSEL** [1] - 1:16
**counsel** [34] - 23:23, 26:15, 26:21, 29:18, 29:19, 31:15, 32:6, 47:21, 60:14, 65:16, 68:6, 69:17, 70:16, 70:18, 71:4, 71:5, 71:8, 72:18, 75:6, 79:1, 81:9, 82:11, 89:22, 90:14, 91:24, 93:25, 102:2, 105:10, 108:20, 108:21, 109:1, 109:4, 109:11, 123:18
**counsel's** [1] - 65:23
**counterclaims** [1] -

114:18
**counterpart** [1] - 129:1
**couple** [9] - 13:15, 17:22, 21:24, 54:21, 76:6, 91:2, 104:11, 104:21, 122:12
**COUPLE** [1] - 7:16
**course** [6] - 62:7, 63:23, 85:6, 86:2, 97:19, 103:19
**Court** [45] - 31:17, 33:9, 34:25, 36:16, 39:20, 42:16, 43:1, 44:15, 45:4, 53:7, 57:16, 59:19, 65:8, 66:25, 67:1, 67:19, 68:9, 70:1, 72:2, 73:20, 76:7, 79:6, 81:21, 82:6, 82:21, 86:23, 98:13, 104:20, 116:18, 116:23, 116:25, 118:10, 118:17, 123:17, 125:15, 125:18, 129:7, 129:14, 129:18, 130:1, 130:18, 130:19, 130:24, 130:24
**court** [3] - 61:3, 86:5, 126:8
**COURT** [397] - 1:1, 6:9, 12:4, 12:8, 12:14, 12:18, 12:20, 12:23, 13:1, 13:11, 13:24, 14:3, 15:2, 15:7, 15:10, 16:8, 16:11, 16:18, 17:13, 18:20, 19:3, 19:9, 19:12, 20:4, 21:2, 21:12, 21:18, 22:14, 22:22, 23:11, 23:25, 25:3, 25:7, 26:16, 26:23, 27:5, 27:22, 28:18, 29:9, 29:16, 30:5, 31:1, 31:13, 31:23, 32:1, 32:11, 32:13, 32:25, 33:12, 34:9, 34:18, 35:3, 35:13, 35:17, 35:20, 36:2, 36:8, 36:12, 36:17, 36:19, 37:9, 37:14, 37:20, 38:22, 38:25, 39:22, 40:14, 40:24, 41:5, 41:24, 42:2, 42:7, 42:13, 42:23, 43:3, 44:1, 44:7, 44:16, 44:19, 44:24, 45:9, 45:12,

45:15, 45:19, 45:21, 46:7, 46:24, 47:3, 47:7, 47:9, 47:23, 48:6, 48:11, 48:24, 49:5, 49:11, 50:5, 50:12, 51:13, 51:18, 52:3, 52:5, 52:10, 52:20, 52:23, 53:11, 54:3, 54:11, 54:17, 54:20, 56:8, 56:25, 57:9, 57:18, 58:4, 58:7, 58:23, 59:2, 59:5, 59:21, 60:7, 60:10, 60:16, 60:22, 61:1, 61:4, 61:5, 61:12, 62:9, 63:3, 63:10, 64:5, 64:9, 64:22, 65:6, 65:14, 65:22, 65:25, 66:13, 66:17, 67:11, 70:4, 70:8, 70:14, 70:21, 70:23, 71:15, 72:4, 72:12, 72:16, 72:20, 72:24, 73:1, 73:9, 73:18, 74:8, 74:12, 74:19, 75:2, 75:9, 75:12, 75:16, 75:25, 76:9, 76:18, 76:20, 77:3, 77:7, 77:14, 78:6, 78:15, 78:20, 78:24, 79:8, 79:10, 80:3, 80:10, 80:13, 80:20, 80:23, 81:11, 81:23, 82:2, 82:23, 83:3, 83:15, 83:20, 83:23, 84:4, 84:7, 85:4, 85:9, 85:20, 85:23, 85:25, 86:3, 86:4, 86:11, 86:21, 87:1, 87:4, 87:6, 87:12, 87:14, 87:16, 87:19, 88:4, 88:9, 88:20, 88:24, 89:2, 89:13, 89:16, 90:2, 90:4, 90:7, 90:20, 90:22, 91:2, 91:10, 91:12, 91:14, 91:18, 92:2, 92:20, 93:1, 93:3, 93:5, 93:13, 93:16, 93:21, 93:24, 94:2, 94:16, 94:20, 95:3, 95:5, 95:7, 95:12, 95:15, 95:19, 95:22, 95:24, 96:3, 96:5, 96:7, 96:9, 97:5, 97:15, 97:19, 97:22, 98:1, 98:3, 98:6, 98:11, 98:14, 98:18, 98:23, 99:3, 99:10, 99:14, 99:17, 99:22, 99:24, 100:2,

100:7, 100:9, 100:14, 100:21, 101:2, 101:5, 101:10, 101:12, 101:16, 101:20, 101:25, 102:7, 102:19, 102:23, 102:25, 103:3, 103:5, 103:10, 103:14, 103:17, 103:20, 103:25, 104:2, 104:4, 104:8, 104:10, 104:19, 105:4, 105:6, 105:9, 105:17, 105:21, 105:25, 106:5, 106:7, 106:23, 107:6, 107:21, 108:2, 108:5, 108:20, 109:6, 109:8, 109:13, 109:21, 109:23, 110:13, 110:18, 110:20, 110:22, 110:24, 111:1, 111:5, 111:11, 111:15, 111:18, 111:22, 111:25, 112:3, 112:5, 112:8, 112:12, 112:15, 112:25, 113:3, 113:7, 113:9, 113:12, 113:17, 113:19, 115:2, 115:6, 115:8, 115:10, 115:12, 115:17, 115:21, 115:23, 115:25, 116:7, 116:9, 116:12, 116:16, 116:19, 117:14, 117:25, 118:12, 118:21, 119:4, 119:8, 119:11, 119:17, 119:21, 120:16, 120:19, 120:21, 121:1, 121:9, 121:23, 122:9, 122:14, 122:17, 123:2, 123:5, 123:9, 123:14, 123:19, 123:21, 123:24, 124:3, 124:8, 124:10, 124:14, 125:2, 125:5, 125:8, 125:19, 126:10, 126:15, 126:23, 127:1, 127:6, 128:9, 128:25, 129:3, 129:12, 129:16,

129:21, 129:25, 130:6, 130:9, 130:12
**Court's** [10] - 19:14, 26:22, 31:9, 34:1, 39:21, 65:21, 80:17, 100:25, 114:24, 118:8
**courtesy** [4] - 47:19, 107:17, 107:20, 108:25
**courtroom** [1] - 91:15
**cover** [11] - 24:3, 45:17, 63:3, 70:25, 76:7, 88:20, 89:3, 90:25, 109:8, 113:15, 124:15
**covering** [2] - 17:8, 17:11
**Covington** [1] - 82:11
**cracks** [1] - 13:14
**CRAIG** [1] - 8:23
**Craig** [1] - 87:22
**crazy** [1] - 106:9
**create** [3] - 30:15, 67:6, 68:23
**crew** [1] - 105:5
**crewmen** [1] - 76:14
**criminal** [4] - 71:4, 71:5, 71:8, 72:17
**critical** [1] - 65:13
**cross** [2] - 30:25, 93:21
**crossclaim** [1] - 117:5
**crossclaims** [1] - 114:17
**CROW** [2] - 5:23, 5:24
**CRR** [2] - 6:9, 130:23
**cure** [10] - 71:18, 71:22, 72:3, 72:8, 72:15, 73:4, 76:15, 77:2, 77:6, 77:24
**current** [15] - 14:6, 14:11, 37:11, 42:17, 59:16, 62:23, 66:18, 67:11, 69:4, 93:1, 95:10, 108:8, 108:18, 114:3, 114:14
**custodial** [3] - 61:7, 61:15, 62:7
**CUSTODIAL** [1] - 7:20
**custodian** [1] - 129:9
**custodians** [2] - 41:12, 41:17
**cut** [2] - 78:18, 84:7
**cutoff** [4] - 37:3, 40:11, 40:12, 44:13

# D

**DALLAS** [2] - 4:5, 6:4
**DALY** [2] - 8:25, 88:18
**Daly** [5] - 88:10, 88:13, 88:18, 89:23, 90:5
**Daly's** [1] - 89:8
**DAN** [1] - 7:22
**Dan** [2] - 62:1, 62:22
**Daniel** [1] - 111:19
**DANIEL** [1] - 10:20
**DARDEN** [1] - 4:12
**date** [34] - 34:7, 38:19, 38:20, 39:17, 44:13, 47:6, 47:7, 50:6, 50:8, 50:19, 51:6, 71:14, 87:24, 88:2, 97:10, 97:14, 97:18, 99:5, 99:7, 99:8, 101:14, 102:3, 104:12, 110:5, 112:1, 112:17, 114:5, 114:8, 114:9, 117:11, 118:6, 118:7, 124:3
**dates** [21] - 62:3, 62:6, 63:6, 72:21, 73:1, 88:17, 89:25, 98:10, 98:12, 102:12, 102:15, 102:21, 107:1, 109:12, 109:13, 110:12, 110:14, 110:16, 113:22, 114:4, 115:3
**Dave** [1] - 124:13
**David** [30] - 12:17, 17:15, 18:25, 20:23, 21:2, 22:24, 25:13, 26:13, 26:19, 27:1, 27:16, 30:16, 31:7, 34:11, 35:1, 35:7, 35:16, 36:2, 86:15, 91:16, 104:7, 104:8, 104:16, 107:3, 108:5, 109:10, 109:14, 110:15, 124:5, 126:7
**DAVID** [3] - 3:20, 10:11, 10:16
**day/one** [1] - 95:1
**days** [14] - 15:16, 31:11, 47:13, 71:5, 73:5, 79:22, 80:17, 82:7, 100:6, 103:19, 114:2, 114:25, 115:7, 129:19
**DC** [1] - 4:11
**deadbeat** [1] - 122:23
**deadline** [15] - 37:20,

38:2, 38:13, 38:14, 38:17, 38:18, 38:20, 39:20, 40:2, 43:18, 53:4, 114:20, 116:13, 117:13, 125:11
**deadlines** [7] - 32:3, 37:11, 42:17, 42:25, 43:15, 45:4, 125:11
**deadlock** [1] - 52:6
**deal** [11] - 28:6, 44:8, 53:22, 53:23, 55:25, 102:8, 102:9, 107:19, 120:6, 126:12, 129:5
**dealing** [1] - 53:22
**dealings** [1] - 58:14
**dealt** [2] - 50:22, 51:6
**death** [1] - 82:8
**debacle** [1] - 79:3
**December** [1] - 114:12
**decide** [3] - 56:5, 98:1, 107:23
**decided** [5] - 32:20, 32:23, 65:12, 67:16, 81:3
**decides** [2] - 73:11, 80:25
**decision** [3] - 22:18, 47:24, 79:24
**decisions** [1] - 52:14
**declared** [1] - 68:24
**deep** [1] - 31:9
**Deepwater** [4] - 25:15, 35:24, 60:13, 60:20
**DEEPWATER** [3] - 1:4, 2:20, 2:21
**default** [1] - 98:25
**defend** [1] - 85:21
**defendant** [4] - 115:15, 117:4, 117:5, 128:19
**DEFENDANTS** [1] - 7:16
**defendants** [16] - 37:5, 37:7, 37:13, 38:1, 40:7, 53:15, 54:21, 55:7, 55:20, 117:11, 118:15, 122:12, 125:17, 127:13, 127:15, 129:3
**defendants'** [1] - 57:20
**defense** [2] - 117:21, 127:3
**definite** [1] - 120:8
**definitely** [2] - 29:10, 106:25
**degree** [1] - 24:16

**delay** [3] - 43:24, 49:19, 49:23
**delayed** [1] - 49:20
**delaying** [1] - 38:5
**deliver** [1] - 50:23
**delivered** [1] - 51:16
**delivery** [2] - 100:24, 101:8
**demobilization** [1] - 13:13
**Denise** [1] - 111:12
**Department** [1] - 71:12
**DEPARTMENT** [1] - 2:7
**department** [1] - 88:1
**depo** [4] - 97:16, 129:8, 129:10, 129:19
**deponents** [3] - 83:9, 96:16, 124:18
**DEPONENTS** [1] - 11:4
**depos** [1] - 63:16
**depose** [1] - 106:25
**deposed** [4] - 25:13, 61:21, 87:7, 106:24
**deposition** [39] - 14:1, 17:3, 18:8, 25:17, 27:23, 29:8, 29:17, 32:2, 61:20, 61:25, 62:6, 62:15, 62:18, 63:25, 71:10, 71:16, 71:17, 71:21, 71:24, 72:3, 73:3, 73:13, 74:10, 77:2, 77:23, 79:18, 81:8, 81:18, 88:14, 89:9, 92:14, 94:22, 94:23, 96:11, 97:8, 97:13, 101:8, 122:21
**DEPOSITION** [2] - 8:14, 9:15
**DEPOSITION**............... [1] - 9:16
**DEPOSITION**............................ [1] - 7:9
**depositions** [14] - 31:10, 32:24, 74:15, 74:20, 76:14, 77:6, 85:19, 86:2, 87:12, 89:7, 107:24, 113:14, 113:25, 114:11
**DEPOSITIONS**............... [2] - 8:21, 10:22
**deps** [2] - 74:1, 98:21
**DEPUTY** [1] - 12:7

**description** [3] - 14:5, 26:16, 34:25
**descriptions** [1] - 121:8
**designate** [3] - 18:4, 18:15, 85:1
**designated** [3] - 17:18, 21:22, 108:13
**designations** [2] - 18:22, 31:5
**designee** [1] - 18:21
**designees** [1] - 17:7
**desk** [1] - 105:21
**despite** [2] - 115:24, 115:25
**DET** [1] - 5:16
**determine** [1] - 23:18
**determined** [1] - 19:20
**devise** [1] - 67:2
**DEXTER** [1] - 2:13
**dial** [1] - 27:18
**dibs** [1] - 27:13
**DID** [2] - 9:4, 9:6
**differences** [4] - 64:23, 120:20, 120:25, 121:8
**different** [14] - 24:7, 28:6, 28:10, 46:21, 46:22, 51:7, 54:15, 66:6, 104:12, 121:1, 127:13, 128:2, 128:19, 128:21
**difficult** [2] - 22:3, 128:1
**digging** [1] - 34:23
**direct** [2] - 27:18, 84:20
**direction** [2] - 20:20, 79:24
**directly** [3] - 14:24, 16:4, 107:19
**director** [1] - 108:8
**directors** [2] - 55:8, 58:12
**disagree** [1] - 25:5
**disagreement** [5] - 120:8, 120:10, 121:18, 121:24, 122:18
**disagreements** [1] - 120:22
**disagrees** [1] - 120:8
**disassembled** [1] - 14:7
**disaster** [1] - 94:13
**disclaimer** [1] - 69:15
**disclose** [1] - 118:22
**disclosed** [2] - 64:1, 104:23
**discloses** [1] - 105:24

**disclosure** [3] - 49:16, 49:21, 50:3
**discover** [1] - 23:18
**discoverable** [1] - 46:22
**DISCOVERY** [2] - 1:12, 11:3
**discovery** [27] - 13:9, 32:8, 37:4, 37:12, 37:16, 38:3, 38:15, 39:7, 39:10, 40:11, 40:13, 40:19, 41:10, 44:4, 44:13, 48:5, 51:23, 52:13, 53:2, 53:14, 53:18, 53:21, 59:18, 60:11, 114:2, 123:22
**discuss** [2] - 64:10, 70:5
**discussed** [2] - 35:16, 120:13
**discussing** [1] - 101:22
**discussion** [7] - 32:17, 33:5, 41:3, 53:20, 61:6, 121:5, 122:19
**discussions** [2] - 37:1, 40:6
**dismiss** [5] - 66:6, 66:23, 67:7, 67:19, 67:24
**dismissal** [5] - 64:17, 68:23, 69:6, 69:8, 69:12
**dismissals** [4] - 67:8, 67:9, 68:12, 70:2
**dismissed** [1] - 67:3
**dismissing** [1] - 65:2
**disorder** [1] - 112:4
**disposed** [1] - 31:17
**disposition** [1] - 39:8
**dispute** [4] - 23:3, 41:14, 41:16, 64:17
**disputed** [1] - 64:25
**disputes** [3] - 39:19, 43:23, 66:9
**disputing** [1] - 43:8
**distinctions** [1] - 58:19
**distinguish** [1] - 58:10
**distinguishes** [1] - 42:24
**distributing** [1] - 120:3
**distribution** [1] - 35:23
**District** [3] - 130:19, 130:19, 130:24
**DISTRICT** [2] - 1:1, 1:1

**DIVISION** [1] - 2:8
**DNV** [27] - 7:9, 13:2, 14:4, 17:3, 17:16, 18:24, 19:9, 22:9, 23:4, 23:9, 23:15, 24:6, 24:13, 24:14, 25:13, 25:20, 26:14, 27:23, 28:2, 28:8, 29:17, 30:3, 32:18, 36:4, 36:16, 86:12, 87:20
**DNV's** [5] - 19:5, 24:20, 28:9, 28:14, 33:22
**DO** [2] - 7:12, 8:17
**doable** [1] - 113:4
**doctor's** [2] - 111:22, 112:3
**document** [20] - 28:12, 28:22, 30:15, 33:22, 34:12, 35:15, 35:21, 35:25, 36:3, 36:21, 46:22, 47:4, 59:10, 59:11, 127:20, 128:15, 128:16, 128:18, 128:22
**DOCUMENT** [2] - 1:9, 7:10
**documentary** [1] - 26:4
**documents** [26] - 13:8, 13:11, 25:24, 26:7, 28:5, 32:19, 33:6, 33:22, 33:25, 34:4, 34:6, 34:16, 35:8, 35:11, 54:22, 55:3, 55:11, 56:15, 57:14, 58:3, 59:2, 60:13, 61:15, 81:13, 81:17, 81:19
**DOCUMENTS** [1] - 7:17
**dog** [4] - 19:24, 20:3, 39:4
**dollars** [1] - 84:12
**DOMENGEAUX** [1] - 1:16
**DON** [2] - 3:9, 8:10
**Don** [18] - 25:8, 26:2, 26:3, 34:9, 34:10, 61:20, 62:1, 62:14, 63:5, 78:14, 82:10, 108:9, 108:21, 109:5, 126:1, 126:11, 126:15
**Don's** [1] - 34:25
**done** [22] - 13:10, 19:16, 22:9, 23:9, 23:15, 25:15, 26:10,

35:6, 47:2, 49:22, 51:3, 62:20, 77:23, 96:5, 96:7, 102:8, 102:9, 118:4, 119:13, 121:6, 126:12, 130:4
**door** [1] - 38:6
**dot** [5] - 15:15, 16:11, 16:12, 28:20
**double** [1] - 89:20
**doubts** [1] - 97:4
**Douglass** [2] - 100:5, 100:6
**DOUGLASS**.............. ........................ [1] - 10:2
**down** [30] - 31:9, 46:25, 47:1, 57:13, 63:3, 80:16, 83:17, 87:16, 89:17, 90:4, 90:7, 93:7, 93:22, 95:24, 97:15, 99:8, 99:12, 100:12, 101:16, 102:21, 103:3, 103:8, 104:3, 109:8, 110:23, 111:1, 114:4, 122:22, 124:24, 124:25
**draft** [4] - 120:3, 122:3, 122:6, 122:12
**drawn** [1] - 58:19
**Dril** [1] - 22:9
**Dril-Quip** [1] - 22:9
**DRILLING** [1] - 2:20
**drive** [2] - 49:18, 81:19
**driver's** [2] - 14:25, 15:18
**driving** [1] - 49:18
**dropped** [2] - 110:18, 111:3
**due** [10] - 39:11, 42:18, 45:11, 71:8, 84:13, 116:21, 116:22, 117:9, 117:10, 118:3
**DUNBAR** [1] - 5:20
**duplicate** [1] - 13:15
**duress** [1] - 68:20
**during** [5] - 16:21, 18:8, 24:23, 99:19, 119:18
**duties** [1] - 68:6

**E**

**E&P** [1] - 4:8
**e-mail** [19] - 16:10, 28:19, 31:4, 35:7,

35:22, 48:18, 81:16, 83:24, 105:2, 106:3, 107:7, 107:25, 122:5, 123:12, 123:15, 123:17, 126:18, 130:7
**E-MAILED** [1] - 8:17
**e-mailed** [3] - 35:18, 86:13, 86:14
**e-mails** [4] - 34:23, 34:24, 121:15, 126:10
**early** [9] - 34:3, 42:20, 45:3, 71:11, 71:25, 72:21, 78:8, 88:2, 100:24
**earned** [1] - 24:16
**earning** [1] - 25:2
**earnings** [1] - 26:12
**easier** [4] - 20:6, 75:6, 124:15, 128:8
**easiest** [1] - 121:14
**easily** [1] - 55:4
**East** [2] - 89:14
**EASTERN** [1] - 1:1
**Eastern** [1] - 130:19
**easy** [5] - 37:23, 64:16, 66:23, 122:7, 128:3
**economy** [1] - 71:9
**ED** [1] - 10:18
**Ed** [1] - 110:13
**EDDY** [1] - 9:2
**Eddy** [1] - 91:4
**EDWARDS** [1] - 1:16
**effect** [2] - 67:3, 69:17
**efficiency** [1] - 71:10
**efficient** [4] - 21:1, 22:5, 29:8, 117:20
**efficiently** [1] - 54:2
**effort** [4] - 16:23, 19:25, 28:15
**efforts** [2] - 115:24, 115:25
**eight** [5] - 82:7, 86:8, 89:7, 93:13, 118:5
**either** [16] - 40:7, 48:24, 48:25, 61:17, 62:5, 66:25, 67:8, 69:19, 70:10, 76:22, 77:9, 78:18, 107:7, 117:16, 123:14, 125:8
**electronic** [3] - 29:20, 29:23, 30:22
**ELLIS** [1] - 3:12
**ELM** [1] - 4:4
**ELMO** [2] - 74:13, 87:1
**Elysian** [1] - 83:17
**embedded** [1] - 30:9

**employed** [3] - 105:18, 106:1, 106:15
**employee** [2] - 110:14, 111:6
**employees** [2] - 104:22, 105:15
**encompasses** [1] - 62:23
**end** [7] - 42:20, 49:25, 50:19, 56:20, 61:16, 71:11, 130:9
**ended** [1] - 52:13
**ENERGY** [2] - 2:22, 3:23
**Englebert** [1] - 16:5
**entitled** [4] - 23:18, 56:10, 69:23, 130:21
**equipment** [1] - 85:2
**escort** [1] - 126:2
**especially** [1] - 56:2
**ESQUIRE** [30] - 1:17, 1:20, 1:23, 2:3, 2:8, 2:9, 2:12, 2:16, 2:22, 3:9, 3:12, 3:13, 3:17, 3:20, 3:24, 4:3, 4:10, 4:13, 4:16, 4:20, 4:24, 5:8, 5:12, 5:12, 5:16, 5:17, 5:20, 5:24, 6:3, 6:7
**essentially** [1] - 21:5
**estimate** [1] - 50:6
**et** [1] - 117:11
**etcetera** [1] - 100:1
**event** [12] - 16:21, 38:15, 40:11, 41:15, 43:16, 53:25, 71:17, 72:6, 73:4, 73:11, 100:25, 101:1
**event-related** [4] - 38:15, 40:11, 41:15, 72:6
**events** [4] - 38:21, 41:19, 43:22, 108:19
**exact** [1] - 62:3
**exactly** [6] - 31:23, 56:25, 72:13, 77:19, 88:4, 106:23
**examination** [4] - 19:16, 20:2, 22:12, 84:21
**EXAMINATIONS** [1] - 7:3
**examined** [1] - 30:8
**example** [6] - 23:8, 23:15, 45:7, 79:16, 80:6, 108:24
**examples** [2] - 24:24, 43:1
**EXCEL** [1] - 8:17

**Excel** [2] - 30:2, 86:13
**excellent** [1] - 85:10
**except** [1] - 87:4
**EXCESS** [1] - 5:20
**excess** [1] - 33:19
**exchange** [2] - 48:18, 82:16
**exchanged** [1] - 128:7
**excuse** [2] - 49:11, 49:12
**executed** [5] - 76:22, 76:25, 77:5, 77:9, 77:20
**EXECUTIVE** [1] - 7:11
**executive** [1] - 62:19
**Executive** [1] - 40:23
**expect** [1] - 60:2
**expected** [1] - 74:6
**expecting** [1] - 100:23
**expects** [1] - 74:3
**expedited** [2] - 62:8, 82:22
**expeditious** [1] - 20:1
**expeditiously** [4] - 39:19, 53:6, 57:12, 67:7
**expert** [25] - 15:3, 15:10, 31:2, 32:2, 39:24, 39:25, 42:16, 42:17, 44:19, 44:23, 45:4, 45:10, 48:16, 96:19, 113:19, 113:25, 114:6, 114:10, 114:18, 116:21, 117:6, 118:4, 118:22, 118:24, 119:12
**EXPERT** [1] - 10:24
**experts** [6] - 15:21, 40:8, 42:21, 43:21, 96:14, 117:13
**explain** [1] - 71:19
**explanation** [1] - 51:11
**EXPLORATION** [1] - 3:6
**explore** [2] - 89:24, 90:3
**exposed** [1] - 84:11
**exposure** [1] - 69:5
**extend** [3] - 38:13, 39:17
**extension** [7] - 37:18, 38:14, 39:17, 40:1, 44:11, 44:14, 115:14
**extensions** [1] - 39:23
**extent** [13] - 23:3, 24:13, 24:21, 26:5, 33:8, 34:14, 35:7, 42:18, 51:9, 54:11,

62:24, 68:9, 83:6
**extinguish** [1] - 69:8
**extinguished** [1] - 67:10
**extinguishes** [1] - 69:13
**extra** [2] - 65:2, 83:4
**extremely** [2] - 55:3, 55:20

## F

**F-R-A-Z-E-L-L-E** [1] - 100:11
**fact** [17] - 18:19, 18:20, 19:17, 23:17, 25:13, 29:1, 32:20, 37:17, 42:12, 45:10, 49:22, 50:18, 50:22, 76:25, 77:20, 82:17, 86:14
**FACT** [1] - 8:18
**factor** [2] - 20:17, 20:18
**facts** [4] - 18:7, 21:23, 68:17
**factual** [1] - 67:5
**fair** [12] - 24:15, 35:13, 36:5, 42:7, 42:8, 56:11, 58:7, 58:8, 83:2, 85:20, 101:2, 118:19
**fairly** [5] - 45:8, 66:22, 68:4, 68:7, 92:10
**fairness** [1] - 85:22, 117:17
**Falcon** [1] - 105:15
**falls** [1] - 26:1
**family** [1] - 27:4
**Fanning** [1] - 79:1
**Far** [1] - 89:14
**far** [12] - 13:25, 21:10, 24:14, 50:16, 53:16, 55:25, 57:23, 64:24, 88:12, 92:5, 106:16, 127:2
**Farr** [6] - 62:1, 62:3, 62:6, 62:22, 63:1, 63:16
**FARR** ........................................ [1] - 7:22
**fashion** [2] - 46:3, 56:7
**fast** [2] - 50:24, 57:8
**favor** [5] - 47:9, 47:10, 76:22, 77:1, 77:10
**featured** [1] - 61:24
**FEDERAL** [1] - 2:7

**Feinberg** [1] - 69:21
**fellow** [1] - 62:21
**felt** [2] - 50:17, 50:18
**few** [2] - 47:13, 97:14
**fields** [2] - 125:16, 128:25
**Fifth** [19] - 71:3, 71:8, 72:5, 72:7, 72:14, 73:11, 73:14, 73:23, 78:9, 79:7, 79:18, 80:8, 80:16, 81:4, 81:7, 86:19, 86:25, 93:19, 94:5
**FIFTH** [4] - 5:9, 8:4, 8:19, 8:20
**fight** [4] - 19:24, 20:3, 70:2, 103:15
**figure** [2] - 31:18, 116:21
**file** [6] - 37:11, 49:8, 49:10, 61:15, 62:8, 123:12
**filed** [7] - 44:12, 47:17, 50:11, 53:21, 116:24, 125:14
**filing** [2] - 38:12, 50:10
**final** [3] - 15:11, 54:25, 129:7
**FINANCIAL** [1] - 5:7
**fine** [21] - 19:23, 32:13, 38:17, 38:18, 47:5, 50:13, 52:5, 58:18, 61:4, 61:5, 70:22, 70:23, 71:25, 77:21, 95:19, 103:10, 109:8, 118:9, 122:14, 123:14, 127:13
**FINN** [1] - 4:13
**fireworks** [1] - 130:6
**firm** [4] - 59:14, 82:11, 94:1, 118:6
**FIRM** [2] - 2:3, 6:3
**first** [23] - 13:3, 14:4, 36:25, 40:15, 42:5, 52:17, 62:4, 68:4, 68:15, 72:11, 72:17, 73:2, 74:9, 80:8, 86:19, 87:14, 92:11, 99:16, 106:14, 108:4, 114:19, 124:16, 126:16
**fish** [1] - 78:18
**FITCH** [27] - 4:10, 16:10, 38:23, 51:20, 52:4, 52:8, 52:22, 52:24, 54:14, 54:18, 74:17, 74:20, 75:8, 75:10, 96:25,

116:14, 117:24, 119:18, 119:22, 120:17, 120:20, 120:23, 121:7, 121:13, 121:24, 122:21, 123:4
**Fitch** [7] - 51:21, 52:22, 53:22, 74:18, 96:25, 101:23, 119:24
**fits** [1] - 117:24
**five** [8] - 24:14, 24:23, 26:11, 57:16, 83:22, 84:23, 84:24, 132:24
**five-something** [1] - 123:24
**flex** [1] - 14:8
**FLOOR** [2] - 2:10, 2:22
**floor** [1] - 125:20
**flurry** [1] - 13:13
**focused** [1] - 92:22
**focusing** [1] - 38:6
**folder** [1] - 105:20
**folks** [7] - 20:19, 50:16, 62:14, 63:23, 64:1, 79:4, 117:12
**follow** [6] - 16:2, 26:7, 36:7, 40:18, 79:5, 110:9, 111:23, 123:15
**follow-up** [1] - 79:5
**followed** [1] - 78:13
**following** [1] - 73:25
**follows** [1] - 114:3
**footnote** [2] - 39:7, 122:7
**FOR** [32] - 1:16, 2:7, 2:12, 2:15, 2:19, 3:3, 3:16, 3:23, 4:7, 4:16, 4:19, 4:23, 5:3, 5:11, 5:16, 5:19, 5:23, 6:3, 7:7, 7:12, 7:15, 7:20, 7:23, 8:14, 8:25, 9:3, 9:4, 9:5, 9:6, 11:2, 11:4, 11:5
**foregoing** [1] - 130:20
**Foreman** [2] - 109:25, 110:1
**FOREMAN**................
........................... [1] -
10:17
**forensic** [4] - 22:12, 22:15, 51:2, 51:7
**forgiveness** [1] - 50:2
**forgot** [1] - 78:22
**form** [5] - 46:2, 64:11, 64:16, 64:24, 122:25
**FORM** [1] - 8:2
**formal** [2] - 65:10,

79:23
**formally** [2] - 64:20, 67:8
**format** [1] - 30:12
**formula** [1] - 30:3
**formulae** [2] - 30:9, 30:10
**formulas** [3] - 29:24, 86:14, 87:21
**FORMULAS**..............
............ [1] - 8:18
**formulate** [2] - 14:10, 16:24
**formulation** [1] -
16:20
**forth** [5] - 51:23, 54:23, 120:6, 128:3, 128:7
**forum** [1] - 128:2
**forward** [6] - 17:4, 36:16, 46:16, 57:7, 59:25, 107:24
**four** [2] - 83:22, 111:13
**FRANCISCO** [1] - 2:10
**FRANK** [1] - 9:10
**Frank** [2] - 93:7, 93:16
**frankly** [10] - 18:11, 38:18, 43:21, 53:25, 56:23, 117:16, 117:20, 120:12, 121:20, 125:15
**Frazelle** [1] - 100:10
**FRAZELLE**................
.......................... [1] -
10:3
**Fred** [1] - 109:25
**FRED** [1] - 9:17
**free** [1] - 80:4
**FRIDAY** [2] - 1:7, 12:2
**Friday** [8] - 62:6, 75:14, 82:20, 103:23, 113:1, 120:15, 124:7
**Friday's** [1] - 42:11
**friend** [1] - 104:25
**friends** [3] - 64:4, 64:5, 115:24
**FRILOT** [1] - 2:21
**FROM** [1] - 11:3
**front** [1] - 105:1
**Fry** [1] - 110:2
**FTP** [1] - 81:13
**full** [6] - 32:2, 49:16, 49:21, 50:3, 81:17, 83:11
**fully** [3] - 71:12, 80:24, 80:25
**function** [1] - 19:6
**fundamental** [1] - 69:2

**G**

**game** [2] - 24:15, 36:5
**Gardner** [1] - 87:22
**GARDNER**................
.. [1] - 8:23
**Gary** [1] - 22:17
**GATE** [1] - 2:9
**Gaude** [3] - 110:13, 110:23, 111:1
**GAUDE**....................
....................... [1] -
10:18
**Gaudet** [2] - 110:16, 110:24
**gawd** [1] - 111:3
**gazillion** [1] - 124:16
**GCCF** [6] - 66:10, 67:15, 67:17, 68:18, 69:22, 76:17
**general** [6] - 14:5, 18:18, 85:3, 121:5, 122:15, 122:19
**GENERAL'S** [1] - 2:12
**generally** [6] - 19:7, 21:16, 25:10, 26:14, 62:4, 65:7
**generous** [1] - 84:14
**gentleman** [2] - 25:12, 29:7
**gentlemen** [4] - 20:7, 75:21, 106:17, 106:18
**Geoff** [1] - 61:8
**GEOFF** [1] - 7:21
**GEORGE** [2] - 5:23, 5:24
**given** [14] - 14:23, 26:17, 50:19, 65:2, 67:3, 84:22, 84:23, 85:11, 92:7, 92:25, 94:12, 97:2, 102:13, 122:21
**glad** [7] - 23:22, 33:12, 76:9, 93:6, 117:15, 123:5, 127:1
**Glenn** [6] - 46:7, 82:24, 83:25, 84:9, 85:16, 111:25
**GLENN** [1] - 5:12
**glitches** [2] - 15:21, 16:14
**GODWIN** [2] - 3:23, 4:3
**Godwin** [2] - 126:1, 126:9
**GOLDEN** [1] - 2:9
**good-bye** [1] - 36:12
**GOODIER** [17] - 5:12,

46:6, 83:2, 84:6, 84:9, 85:5, 85:18, 85:22, 85:24, 93:9, 93:12, 93:14, 111:21, 111:23, 112:2, 112:4, 112:6
**Goodier** [1] - 84:9
**GORDON** [1] - 9:23
**Gordon** [2] - 99:4, 99:17, 104:25
**Gorman** [6] - 13:7, 32:6, 32:11, 35:4, 35:5, 36:9
**GORMAN** [8] - 5:16, 5:17, 13:20, 32:12, 32:15, 33:2, 35:5, 36:10
**GOTSHAL** [1] - 5:8
**government** [3] - 13:8, 29:20, 41:7
**GOVERNMENT** [1] -
2:7
**governments** [1] -
58:14
**GRABILL** [1] - 5:8
**gracious** [1] - 76:8
**graciously** [1] - 76:5
**gray** [2] - 56:18, 56:19
**great** [15] - 15:10, 16:7, 28:6, 36:8, 70:24, 86:15, 89:19, 90:4, 91:10, 97:15, 98:18, 120:6, 127:6
**greedy** [2] - 93:4
**group** [4] - 24:7, 96:12, 116:12, 121:2
**grouping** [1] - 108:1
**Guard** [5] - 14:24, 15:11, 15:20, 16:25, 19:22
**guess** [25] - 16:15, 23:20, 28:24, 30:1, 30:11, 37:14, 41:2, 43:4, 47:4, 51:14, 56:13, 64:19, 66:11, 71:23, 89:8, 91:3, 91:4, 92:5, 96:11, 98:16, 98:21, 107:21, 113:19, 113:20, 118:11
**guessed** [1] - 30:11
**guidance** [3] - 64:19, 65:21, 117:12
**GULF** [1] - 1:5
**GULFPORT** [1] - 2:9
**guy** [2] - 50:23, 102:18
**guys** [11] - 13:1, 55:22, 86:12, 87:19, 96:22, 105:9, 106:16, 107:15,

121:12, 122:14, 130:4

**H**

**HAIRE** [1] - 8:5
**Haire** [4] - 73:19, 74:14, 75:13, 75:17
**HAIRE**....................
............ [1] - 8:8
**half** [3] - 62:5, 101:15, 121:2
**Halliburton** [25] -
16:1, 16:3, 22:8, 24:7, 24:23, 39:3, 39:10, 39:13, 39:15, 39:16, 42:19, 44:3, 51:4, 51:6, 59:6, 59:9, 60:21, 81:6, 97:6, 102:17, 115:18, 116:15, 121:24, 122:2, 122:5
**HALLIBURTON** [1] -
3:23
**Halliburton's** [1] -
60:1
**hand** [1] - 19:6
**handle** [6] - 19:21, 29:5, 29:7, 60:1, 92:18, 124:22
**handled** [1] - 66:7
**handling** [1] - 59:14
**happy** [12] - 28:21, 35:4, 50:18, 52:11, 52:12, 56:16, 91:15, 105:8, 109:5, 125:22, 130:4, 130:5
**hard** [5] - 37:24, 43:19, 88:2, 89:11
**harmless** [1] - 16:21
**Harrell** [1] - 79:14
**Harrell's** [1] - 79:1
**HARRELL**................
.................... [1] -
8:11
**hassle** [1] - 90:18
**hate** [4] - 28:16, 32:9, 70:15, 124:15
**Haycraft** [3] - 25:8, 26:2, 34:10
**HAYCRAFT** [19] - 3:9, 25:8, 33:16, 34:10, 35:14, 35:18, 35:21, 62:18, 63:7, 80:22, 94:10, 94:19, 105:8, 106:21, 106:24, 108:10, 108:23, 109:7, 119:3
**Haycraft's** [1] - 62:1

**Haynie** [1] - 83:12
**Hayward** [1] - 108:24
**HAZID** [2] - 35:25
**HB406** [1] - 6:10
**head** [3] - 32:16, 37:9, 121:6
**heading** [1] - 84:1
**hear** [13] - 12:10, 12:18, 14:16, 18:24, 19:9, 21:12, 25:6, 34:20, 52:18, 56:3, 77:15, 80:7, 80:25
**HEARD** [1] - 1:12
**heard** [3] - 51:18, 52:18, 59:1
**hearing** [7] - 19:2, 19:7, 65:11, 82:22, 107:4, 108:9, 112:20
**heart** [1] - 114:1
**Heather** [8] - 15:14, 15:15, 16:8, 16:11, 100:20, 101:3, 101:18
**HEATHER** [2] - 10:6, 16:11
**hectic** [1] - 26:3
**held** [1] - 16:21
**hello** [1] - 111:11
**help** [9] - 28:10, 28:20, 28:25, 29:7, 29:15, 36:15, 52:14, 65:2, 90:23
**helpful** [10] - 20:11, 23:25, 31:5, 63:20, 65:4, 91:12, 105:10, 123:3, 127:10, 128:4
**hereby** [2] - 60:5, 130:19
**HERMAN** [41] - 1:20, 1:20, 14:19, 15:6, 15:8, 16:7, 16:17, 44:18, 44:20, 45:1, 45:10, 45:14, 46:13, 47:12, 47:22, 47:25, 56:12, 57:1, 57:10, 57:25, 58:5, 64:13, 65:4, 65:7, 65:15, 65:24, 66:20, 68:3, 70:7, 112:21, 116:1, 121:10, 121:14, 123:23, 124:2, 124:13, 125:13, 126:20, 126:24, 127:5
**Herman** [20] - 14:19, 44:18, 44:20, 45:25, 46:8, 46:13, 47:12, 56:12, 58:20, 64:13, 66:3, 66:20, 67:20, 90:13, 90:17,

115:25, 121:10, 125:13, 126:19, 127:1
**high** [2] - 55:7, 58:13
**highlight** [1] - 122:17
**highly** [5] - 55:3, 55:5, 55:24, 57:21, 116:5
**HIMMELHOCH** [22] - 2:9, 12:12, 12:15, 12:19, 36:24, 37:10, 37:17, 37:22, 40:5, 41:9, 42:8, 43:8, 45:18, 45:20, 48:21, 49:6, 49:14, 50:9, 123:7, 123:10, 123:17, 123:20
**Himmelhoch** [2] - 12:15, 123:7
**hiring** [1] - 126:1
**hit** [1] - 41:24
**hold** [4] - 38:12, 38:23, 67:4, 106:17
**HOLDINGS** [3] - 2:19, 3:7, 5:4
**holds** [1] - 108:11
**Honor** [122] - 12:13, 12:17, 12:19, 12:22, 13:6, 13:22, 16:17, 17:10, 17:15, 19:11, 23:23, 26:13, 26:21, 27:3, 27:24, 27:25, 30:6, 30:20, 31:6, 31:14, 32:6, 34:22, 35:5, 36:10, 36:14, 36:24, 37:17, 37:22, 39:6, 40:5, 40:16, 40:21, 40:22, 41:4, 41:20, 42:1, 42:6, 42:8, 42:15, 42:25, 45:3, 45:14, 45:18, 45:24, 47:2, 47:5, 47:19, 48:4, 48:15, 49:2, 49:6, 49:15, 50:13, 51:15, 52:12, 52:16, 54:5, 56:4, 58:8, 58:10, 59:6, 61:9, 63:11, 64:8, 67:13, 70:6, 70:13, 70:15, 71:7, 72:19, 72:25, 73:7, 74:3, 74:7, 75:15, 76:4, 76:10, 76:25, 78:11, 78:25, 82:4, 84:10, 86:17, 88:11, 90:11, 91:7, 91:16, 92:16, 92:21, 93:11, 95:17, 96:8, 98:8, 98:15, 100:19, 102:12, 102:14, 102:24, 104:1, 104:6,

104:20, 105:5, 107:3, 108:23, 111:9, 111:17, 112:9, 114:24, 115:13, 116:10, 116:17, 117:15, 118:9, 119:5, 119:9, 119:15, 122:15, 123:7, 125:3, 126:7, 130:5
**Honor's** [1] - 56:13
**HONORABLE** [1] - 1:12
**hook** [4] - 126:9, 126:11, 126:16, 126:17
**hope** [4] - 14:12, 14:14, 98:12, 99:12
**hopefully** [4] - 82:18, 83:5, 113:12, 122:19
**hoping** [4] - 52:1, 62:5, 100:24, 112:25
**Horizon** [4] - 25:15, 35:25, 60:13, 60:20
**HORIZON** [1] - 1:4
**host** [2] - 76:9, 126:1
**Hotel** [1] - 125:24
**hour** [2] - 76:15, 125:23
**hours** [3] - 34:25, 94:14, 94:18
**House** [4] - 41:12, 41:16, 43:9, 43:13
**housekeeping** [1] - 21:24
**HOUSTON** [6] - 3:20, 3:21, 3:25, 4:17, 5:18, 6:5
**Houston** [2] - 101:4, 101:5
**Hudson** [3] - 107:2, 108:8, 108:11
**huge** [1] - 121:25
**Hugh** [1] - 111:12
**HUGHES** [4] - 4:16, 111:9, 111:12, 111:17
**Hughes** [1] - 111:9
**hundred** [3] - 34:24, 83:6, 92:19
**hundreds** [2] - 55:23, 128:5
**hunt** [1] - 39:4
**hurt** [2] - 37:9, 130:6
**hypothetical** [1] - 23:14
**hypothetically** [1] - 69:18

**I**

**I**..................... [1] - 11:5
**Ian** [3] - 107:2, 108:8, 108:11
**idea** [4] - 20:9, 94:23, 109:16, 121:11
**ideal** [1] - 88:12
**ideas** [2] - 75:20, 116:24
**identified** [4] - 18:12, 27:10, 104:21, 107:16
**identify** [3] - 26:4, 62:25, 63:12
**II** [6] - 20:7, 92:7, 96:16, 102:16, 102:18, 124:18
**II**..................... [1] - 11:4
**IL** [1] - 3:14
**imagine** [2] - 26:7, 57:2
**immediate** [3] - 129:14, 129:16, 129:17
**immediately** [1] - 74:1
**impasse** [4] - 41:23, 42:4, 42:11, 42:12
**impending** [1] - 38:2
**implement** [2] - 125:9, 127:23
**implemented** [2] - 16:25, 55:13
**impose** [2] - 37:20, 124:21
**imposed** [1] - 126:12
**impression** [1] - 57:18
**IN** [4] - 1:4, 1:5, 7:24, 8:18
**inadvertent** [1] - 128:23
**inbox** [1] - 13:24
**inboxes** [1] - 35:22
**INC** [15] - 2:20, 2:21, 3:3, 3:4, 3:5, 3:6, 3:8, 3:23, 4:23, 5:3, 5:4, 5:5, 5:6, 5:7, 5:8
**inclined** [4] - 31:24, 114:17, 114:18, 114:24
**include** [3] - 76:15, 122:7, 128:13
**included** [1] - 108:1
**including** [7] - 24:8, 34:15, 37:7, 39:8, 61:23, 68:5, 69:10
**incorporated** [1] - 122:4

**incorrect** [1] - 41:6
**indemnities** [1] - 48:5
**INDEMNITY** [1] - 7:14
**indemnity** [2] - 45:22, 83:11
**indirectly** [1] - 50:18
**indulgence** [1] - 100:25
**inefficiency** [1] - 57:15
**inefficient** [1] - 21:1
**inertia** [1] - 67:10
**inevitably** [1] - 128:20
**influenced** [2] - 57:4
**informally** [1] - 64:21
**information** [31] - 13:16, 14:22, 15:20, 16:9, 16:13, 26:4, 28:6, 40:1, 41:12, 41:14, 41:16, 42:18, 43:5, 43:8, 43:12, 43:25, 44:7, 44:9, 49:22, 59:22, 73:16, 76:2, 82:16, 90:16, 107:23, 127:17, 127:25, 128:3, 128:7, 128:17, 128:20
**Inglis** [4] - 88:16, 89:1, 89:2, 89:12
**initiate** [1] - 58:18
**injury** [4] - 82:8, 104:23, 104:24, 105:3
**input** [2] - 22:7, 22:17
**inquire** [1] - 31:3
**inquiry** [3] - 78:25, 105:8, 105:10
**inserted** [1] - 50:8
**insight** [1] - 65:18
**InSpec** [1] - 109:24
**INSPECTION** [1] - 7:7
**inspection** [4] - 14:17, 15:4, 19:7, 46:9
**inspections** [1] - 24:9
**instance** [1] - 58:24
**instead** [1] - 115:15
**instrument** [1] - 125:4
**intend** [1] - 72:1
**intent** [1] - 34:16
**interest** [2] - 49:16, 68:8
**interested** [1] - 82:9
**interesting** [2] - 32:25, 60:24
**INTERESTS** [2] - 2:7, 2:12
**interests** [2] - 58:6, 68:7
**interfere** [2] - 39:23,

39:25
**interim** [1] - 68:19
**internal** [7] - 25:19,
  61:6, 61:14, 61:18,
  61:19, 61:22, 61:25
**INTERNAL** [1] - 7:19
**International** [1] -
  108:13
**INTERNATIONAL** [3] -
  3:16, 4:23, 5:7
**interpleader** [3] -
  81:3, 82:3, 82:7
**INTERPLEADER**.......
  ....................... [1] -
  8:15
**interrogate** [3] -
  24:20, 30:8, 32:18
**interrogatories** [1] -
  44:6
**interrupting** [1] -
  35:14
**interruption** [1] - 84:1
**introduced** [1] - 17:24
**invalid** [1] - 68:25
**investigate** [2] - 18:6,
  63:22
**INVESTIGATION** [1] -
  7:24
**investigation** [5] -
  59:13, 62:11, 63:1,
  72:15, 94:12
**investigative** [1] -
  62:20
**investigators** [1] -
  63:8
**investigatory** [1] -
  71:23
**invocation** [1] - 72:14
**invocations** [1] -
  73:15
**INVOCATIONS**.........
  .................... [1] - 8:4
**invoke** [7] - 71:3, 72:5,
  73:11, 73:23, 74:4,
  86:24, 94:4
**INVOKE** [1] - 8:20
**involve** [1] - 85:2
**involved** [6] - 20:7,
  30:17, 48:18, 55:23,
  62:11, 63:13
**INVOLVED** [1] - 7:24
**involving** [1] - 14:13
**Irpino** [2] - 99:7, 99:19
**IRPINO** [24] - 2:3, 2:3,
  90:6, 99:11, 99:16,
  99:21, 100:8, 102:4,
  102:8, 103:6, 103:8,
  103:22, 104:18,
  110:21, 110:23,
  111:4, 116:8, 127:8,

128:11, 129:2,
  129:6, 129:13,
  129:17, 129:24
**irrelevant** [6] - 23:3,
  55:19, 56:21, 57:20,
  57:24, 58:15
**ISM** [3] - 24:9, 25:15,
  25:20
**issuance** [1] - 62:12
**ISSUANCE** [1] - 7:24
**issue** [64] - 16:19,
  17:7, 20:5, 30:24,
  32:15, 32:23, 33:1,
  33:12, 33:15, 34:19,
  34:20, 35:2, 39:13,
  40:22, 42:15, 42:22,
  44:14, 45:8, 46:15,
  49:19, 54:20, 59:15,
  60:19, 60:23, 63:22,
  64:11, 65:1, 65:7,
  65:12, 66:13, 68:10,
  68:11, 68:24, 70:17,
  71:12, 71:18, 71:22,
  71:23, 72:4, 73:4,
  75:19, 76:3, 77:25,
  78:25, 81:5, 81:7,
  82:14, 82:19, 86:16,
  87:10, 88:5, 90:12,
  107:11, 107:14,
  109:14, 114:13,
  116:21, 119:19,
  119:22, 121:22,
  127:8, 129:7, 129:13
**ISSUE**....................
  ..... [1] - 8:2
**ISSUE**....................
  ................ [1] - 7:8
**issues** [27] - 13:2,
  14:3, 20:21, 32:8,
  33:9, 37:25, 38:9,
  40:7, 41:10, 45:5,
  53:7, 54:13, 61:18,
  61:19, 64:25, 66:5,
  67:5, 67:22, 68:15,
  72:6, 76:6, 78:14,
  84:11, 86:19,
  118:18, 121:20,
  122:6
**ISSUES**....................
  ............... [1] - 8:19
**ISSUES**....................
  .............. [1] - 7:6
**ISSUES**....................
  ....................... [1] -
  7:5
**IT** [1] - 127:19
**item** [1] - 40:25
**itself** [1] - 71:17

# J

**J-A-S-S-A-L** [1] -
  94:21
**JACKSON** [2] - 9:4,
  9:5
**Jackson** [1] - 91:8
**jam** [1] - 85:13
**JAMES** [1] - 1:17
**jammed** [1] - 114:2
**January** [1] - 24:8
**Jassal** [1] - 94:21
**Jay** [1] - 102:10
**JAY** [1] - 10:9
**JEFFERSON** [1] -
  1:18
**Jeremy** [2] - 105:11,
  108:1
**JEREMY** [2] - 5:8,
  10:14
**Jerry** [2] - 16:4,
  16:24
**Jim** [6] - 42:14, 98:10,
  114:22, 115:6,
  118:11
**JIM** [2] - 9:21, 9:22
**Jimmy** [9] - 79:1,
  79:14, 106:18,
  106:22, 106:25,
  107:2, 108:6,
  108:12, 108:16
**JIMMY** [2] - 8:11,
  10:15
**JIT** [4] - 13:17, 19:2,
  19:7, 19:17
**job** [2] - 34:8, 51:3
**JOHN** [2] - 10:8, 10:21
**John** [4] - 102:1,
  102:7, 112:10,
  112:12
**Johnson** [2] - 109:4,
  111:6
**JOHNSON**................
  ....................... [1] -
  10:19
**join** [1] - 126:21
**joint** [3] - 14:8, 53:14,
  54:9
**jointly** [1] - 53:21
**joke** [2] - 120:22,
  120:23
**jokingly** [1] - 121:3
**JONES** [1] - 5:11
**jot** [1] - 114:4
**JR** [1] - 5:12
**judge** [20] - 13:18,
  13:20, 16:10, 18:25,
  20:23, 26:2, 31:19,
  33:17, 35:14, 51:20,

74:17, 79:15, 89:5,
  96:25, 106:2,
  109:18, 110:4,
  119:18, 121:21,
  127:8
**JUDGE** [1] - 1:13
**Judge** [33] - 12:16,
  15:25, 20:15, 21:23,
  22:25, 23:18, 24:5,
  26:20, 29:18, 32:12,
  35:15, 38:23, 49:17,
  50:1, 50:14, 52:24,
  53:10, 65:23, 70:5,
  70:9, 70:22, 75:22,
  82:1, 90:24, 110:9,
  112:23, 117:2,
  118:9, 120:1,
  120:14, 121:6,
  122:19, 124:6
**Judge's** [1] - 53:3
**judgment** [1] - 118:8
**judicata** [1] - 68:24
**July** [49] - 14:17, 37:3,
  37:12, 37:19, 38:2,
  39:8, 39:11, 39:18,
  39:20, 42:20, 43:16,
  44:12, 44:22, 46:10,
  49:22, 49:25, 50:19,
  53:4, 71:11, 71:24,
  72:21, 78:17, 86:1,
  87:12, 87:16, 88:8,
  88:12, 88:18, 90:12,
  90:14, 91:1, 92:11,
  93:7, 93:16, 96:10,
  96:12, 97:8, 97:13,
  97:21, 98:8, 98:9,
  98:17, 98:25,
  109:19, 112:21,
  112:22, 127:7
**JULY** [7] - 1:7, 7:7,
  8:21, 9:15, 9:16,
  9:20, 12:2
**jump** [1] - 100:12
**JUNE** [1] - 8:21
**June** [5] - 40:21,
  63:12, 77:7, 86:1,
  87:12
**JUSTICE** [1] - 2:7
**Justice** [1] - 71:12

# K

**K-R-O-N-E-N-B-E-R-
  G-E-R** [1] - 97:12
**K-U-C-H-T-A** [1] -
  93:18
**Kal** [1] - 94:21
**KALUZA** [1] - 8:20
**Kaluza** [5] - 79:17,

79:20, 80:7, 86:24,
  87:7
**KALUZA**...................
  ...................... [1] -
  8:12
**KANNER** [7] - 2:15,
  2:16, 52:11, 53:12,
  83:12, 83:16, 83:21
**Kanner** [6] - 53:12,
  54:9, 83:20, 83:23
**Kanner's** [2] - 54:7,
  83:25
**KATY** [1] - 5:25
**KATZ** [1] - 1:20
**keep** [4] - 26:12,
  43:17, 64:21, 83:18
**Kennealy** [2] - 15:14,
  15:15, 16:12
**KENNEALY** [2] -
  15:15, 16:12
**Kenney** [8] - 17:7,
  17:17, 19:1, 19:6,
  19:18, 21:21, 22:17,
  29:5
**Keplinger** [2] -
  104:25, 105:6
**KEPLINGER**..............
  ........................... [1]
  - 10:12
**Kerry** [21] - 20:13,
  20:14, 21:13, 21:14,
  27:24, 34:22, 36:3,
  61:10, 62:10, 63:15,
  71:19, 72:9, 82:4,
  101:12, 105:11,
  106:18, 107:7,
  107:21, 108:6,
  108:20
**KERRY** [1] - 2:22
**key** [2] - 78:23, 108:16
**kick** [1] - 65:25
**kind** [24] - 14:7, 16:13,
  25:1, 28:11, 30:21,
  43:4, 43:6, 45:7,
  46:21, 55:12, 55:13,
  62:15, 62:16, 64:14,
  79:5, 82:21, 84:1,
  84:8, 84:24, 92:7,
  102:13, 102:18,
  128:4, 129:13
**kinds** [3] - 23:9, 55:2,
  55:4
**Kirby** [1] - 122:3
**KIRKLAND** [1] - 3:12
**knowing** [2] - 118:2,
  121:21
**knowledge** [2] -
  18:17, 116:3
**known** [3] - 76:2,
  102:18, 107:22

**knows** [2] - 84:14, 116:23
**KORETZKY** [1] - 4:12
**KPMG** [1] - 13:16
**Kronenberger** [2] - 97:11, 97:16
**KRONENBERGER....**
**................................**
**.** [1] - 9:18
**Kuchta** [2] - 93:18, 94:4
**KULLMAN** [1] - 1:23
**Kurt** [4] - 79:2, 93:18, 97:11, 97:16
**KURT** [1] - 9:18
**Ky** [2] - 122:3, 122:24
**KYLE** [1] - 5:20
**Kyle** [2] - 82:12, 94:1

**L**

**L.L.C** [1] - 4:16
**L.P** [1] - 5:11
**LA** [12] - 1:18, 1:21, 1:25, 2:5, 2:17, 2:23, 3:10, 3:18, 4:14, 4:25, 5:14, 6:10
**lab** [2] - 50:5, 50:10
**labelled** [1] - 35:24
**Labor** [1] - 99:10
**LABORDE** [1] - 4:23
**laboring** [1] - 110:11
**Lacy** [1] - 100:11
**LACY........................**
**........................** [1] - 10:4
**LAFAYETTE** [2] - 1:18, 4:25
**laid** [1] - 68:16
**LAMAR** [2] - 3:24, 5:17
**LANE** [1] - 5:23
**Langan** [15] - 40:14, 40:16, 41:20, 45:24, 48:15, 54:5, 59:9, 59:24, 66:2, 79:21, 86:17, 92:16, 98:15, 122:10, 124:23
**LANGAN** [129] - 3:12, 40:16, 41:1, 41:20, 42:1, 42:6, 45:24, 46:8, 46:12, 47:5, 47:8, 47:21, 48:4, 48:7, 48:15, 54:5, 56:4, 58:8, 58:25, 59:3, 59:24, 60:5, 60:8, 60:13, 60:19, 60:24, 63:11, 64:3, 64:8, 66:2, 66:16,

66:19, 67:13, 70:6, 70:13, 70:15, 71:2, 73:16, 73:19, 79:21, 79:23, 83:18, 84:2, 86:17, 86:22, 87:3, 87:5, 87:9, 87:13, 87:15, 87:17, 87:23, 88:7, 88:11, 88:18, 88:23, 88:25, 89:8, 89:15, 89:21, 90:3, 90:11, 90:21, 90:25, 91:7, 91:11, 91:13, 91:21, 91:23, 92:16, 92:21, 93:2, 93:4, 94:25, 95:4, 98:15, 98:19, 99:1, 99:4, 99:12, 99:15, 99:18, 99:23, 99:25, 100:3, 100:10, 100:15, 100:17, 100:22, 101:4, 101:7, 101:14, 101:18, 101:22, 102:1, 102:5, 102:9, 102:20, 103:1, 103:4, 103:13, 103:15, 103:18, 103:24, 104:1, 104:3, 104:17, 113:5, 113:8, 113:11, 113:16, 113:18, 115:13, 115:18, 115:22, 115:24, 116:5, 116:10, 117:15, 119:2, 119:5, 119:9, 120:10, 122:15, 124:23, 125:3, 125:7, 130:8, 130:11
**language** [3] - 50:20, 51:16, 69:15
**large** [2] - 39:14, 83:6
**largely** [1] - 94:13
**LASALLE** [1] - 3:13
**laser** [1] - 20:21
**lash** [2] - 50:16, 50:18
**last** [21] - 12:24, 12:16, 16:14, 24:23, 26:11, 29:15, 43:15, 49:8, 59:7, 61:7, 62:10, 62:18, 63:8, 76:2, 88:3, 97:2, 107:22, 121:25, 122:3, 122:11, 124:20
**late** [7] - 34:7, 71:24, 76:16, 97:23, 98:3, 99:7, 99:9
**latter** [1] - 101:15
**LAW** [4] - 2:3, 5:23,

6:3, 72:23
**law** [1] - 88:1
**lawsuit** [3] - 23:5, 59:13, 59:18
**lawyer** [4] - 67:16, 67:21, 104:24, 105:3
**lead** [7] - 16:16, 54:12, 57:23, 61:25, 62:16, 82:18, 109:25
**leading** [1] - 108:19
**leak** [1] - 55:25
**learned** [1] - 94:11
**least** [16] - 16:16, 17:25, 23:6, 23:17, 38:9, 46:18, 57:5, 57:22, 62:17, 64:18, 68:9, 69:3, 107:20, 112:8, 112:23, 113:25
**leave** [5] - 51:4, 75:2, 114:18, 118:8, 130:1
**leaves** [1] - 91:13
**leaving** [1] - 52:13
**led** [1] - 94:11
**left** [1] - 25:12
**legal** [5] - 66:9, 67:5, 68:17, 69:11, 108:14
**legally** [1] - 88:8
**letter** [19] - 42:11, 63:18, 65:11, 73:20, 73:25, 76:20, 77:7, 77:19, 77:21, 77:22, 79:5, 82:21, 88:8, 100:4, 105:1, 112:16, 112:18, 128:13
**letters** [4] - 40:22, 52:25, 64:22, 79:2
**letting** [1] - 20:25
**level** [5] - 58:12, 58:14, 60:14, 60:20, 115:1
**LEWIS** [3] - 1:23, 3:8, 4:16
**LEXINGTON** [1] - 4:21
**LIAISON** [1] - 1:16
**liaison** [4] - 65:10, 65:23, 68:6, 123:18
**license** [1] - 14:25, 15:18
**LIFE** [1] - 1:24
**lifetime** [2] - 115:8, 115:9
**lifted** [1] - 83:14
**light** [3] - 32:21, 33:4, 41:2
**likely** [1] - 124:2
**limbo** [1] - 118:2
**limit** [3] - 26:9, 26:12, 124:21

**limited** [4] - 23:1, 24:8, 26:5, 129:14
**LIMITED** [1] - 3:7
**limiting** [1] - 23:20
**Lindner** [1] - 75:19
**Lindner's** [1] - 75:23
**LINDNER.....................**
**.............................** [1] - 8:9
**line** [7] - 12:11, 12:12, 36:23, 48:20, 57:14, 123:9
**line-by-line** [1] - 57:14
**lion's** [1] - 61:14
**LISKOW** [1] - 3:8
**list** [19] - 29:11, 29:13, 35:23, 61:1, 62:23, 64:6, 70:24, 78:7, 81:14, 87:21, 92:4, 95:10, 96:13, 96:16, 97:9, 104:21, 110:3, 124:18, 125:10
**LIST** [1] - 11:5
**listed** [2] - 97:9, 109:15
**listen** [3] - 119:13, 119:14
**listening** [2] - 119:5, 119:8
**lists** [1] - 125:14
**literally** [2] - 128:1, 128:14
**litigants** [3] - 19:15, 28:7, 28:8
**litigation** [1] - 23:12
**live** [3] - 56:5, 115:1, 115:14
**LLC** [4] - 2:19, 4:9, 5:4, 5:5
**loathe** [1] - 30:13
**Loews** [1] - 125:24
**log** [11] - 32:16, 32:22, 33:3, 33:7, 127:17, 127:23, 127:24, 128:12, 128:13, 128:17, 128:22
**logging** [1] - 97:9
**LOGGING** [1] - 9:17
**London** [5] - 12:21, 58:20, 88:10, 88:13, 88:19
**LONDON.....................**
**.............** [1] - 8:25
**look** [18] - 15:11, 19:23, 55:9, 56:16, 59:25, 60:11, 61:11, 61:19, 63:15, 65:20, 98:3, 103:5, 105:21, 106:19, 114:4, 129:22, 129:25

**looked** [3] - 60:12, 63:25, 69:2
**looking** [16] - 14:12, 29:25, 31:1, 50:4, 55:17, 58:21, 82:17, 94:24, 95:19, 95:25, 96:3, 102:23, 102:25, 107:25, 108:2, 121:15
**looks** [5] - 39:5, 56:9, 72:21, 83:14, 99:21
**Lord's** [1] - 50:25
**lose** [1] - 128:4
**lost** [2] - 48:9, 87:1
**loud** [1] - 29:10
**LOUISIANA** [4] - 1:1, 1:7, 2:15, 4:17
**Louisiana** [4] - 51:25, 53:6, 130:19, 130:19
**Louisiana's** [2] - 53:1, 84:3
**lovely** [1] - 88:23
**lower** [2] - 14:6, 14:8
**LP** [1] - 4:8

**M**

**M-I** [1] - 111:10
**ma'am** [1] - 14:2
**machine** [1] - 13:21
**MAGISTRATE** [1] - 1:13
**Magnetics** [4] - 81:8, 81:9, 81:12, 81:15
**MAGNETICS** [1] - 8:14
**mail** [19] - 16:10, 28:19, 31:4, 35:7, 35:22, 48:18, 81:16, 83:24, 105:2, 106:3, 107:7, 107:25, 122:5, 123:12, 123:15, 123:17, 126:18, 130:7
**mailed** [3] - 35:18, 86:13, 86:14
**MAILED** [1] - 8:17
**mails** [4] - 34:23, 34:24, 121:15, 126:10
**maintenance** [10] - 71:18, 71:22, 72:3, 72:7, 72:15, 73:4, 76:15, 77:1, 77:5, 77:24
**management** [1] - 25:16
**MANAGEMENT** [2] - 5:3, 11:1
**Management** [3] -

108:13, 119:23, 120:3
**MANGES** [1] - 5:8
**manner** [3] - 34:17, 51:3, 51:8
**marine** [1] - 14:8
**MARINE** [4] - 4:19, 5:5, 5:6, 5:6
**Mark** [18] - 17:10, 19:11, 19:12, 20:15, 21:18, 24:2, 24:3, 25:9, 26:17, 26:24, 28:24, 29:3, 31:3, 31:21, 32:5, 34:11, 86:12, 87:14
**MARK** [2] - 5:16, 8:22
**mark** [13] - 13:5, 26:18, 27:18, 29:9, 30:5, 55:23, 75:3, 87:3, 87:5, 99:7, 99:12, 116:5, 126:4
**Mark's** [1] - 28:19
**marked** [1] - 55:5
**marker** [1] - 116:11
**master** [1] - 25:22
**matching** [1] - 88:15
**matter** [4] - 33:23, 34:14, 52:2, 130:21
**matters** [1] - 53:18
**MAYEAUX** [1] - 4:24
**maze** [1] - 54:7
**MAZE** [5] - 2:12, 52:16, 53:9, 54:19, 100:16
**Maze** [1] - 52:16
**MCCUTCHEN** [1] - 4:9
**McKay** [7] - 25:13, 25:23, 100:13, 102:12, 102:16, 103:4, 103:20
**MCKAY** [1] - 25:14
**MCKAY.....................
...................... [1] -
10:10
**MCKINNEY** [1] - 3:21
**MDL** [3] - 6:3, 19:15, 66:6
**MDLs** [1] - 68:5
**mean** [18] - 17:13, 23:8, 28:5, 41:5, 53:22, 53:24, 56:20, 56:22, 58:21, 66:10, 75:10, 77:14, 89:11, 91:23, 97:24, 101:7, 122:6
**meaning** [1] - 30:7
**meaningful** [1] - 38:8
**means** [6] - 41:17, 47:21, 48:16, 77:20, 77:22, 115:15

**meant** [1] - 105:13
**meantime** [1] - 124:11
**MECHANICAL** [1] -
6:12
**mechanically** [2] -
33:21, 46:16
**mechanics** [1] - 47:15
**media** [1] - 58:17
**medical** [3] - 69:5, 71:9, 78:14
**meet** [13] - 38:4, 38:8, 40:3, 40:6, 41:8, 42:9, 43:14, 43:18, 48:7, 52:6, 52:11, 52:19, 128:2
**meeting** [2] - 40:19, 65:23
**meetings** [1] - 55:9
**megabyte** [1] - 35:21
**megabytes** [1] - 35:23
**Mel** [1] - 94:6
**MEL** [1] - 9:11
**members** [2] - 56:2, 105:5
**memory** [1] - 62:24
**men** [3] - 76:16, 76:21, 77:8
**mention** [4] - 17:22, 41:23, 85:7, 102:16
**mentioned** [6] - 25:9, 52:25, 90:12, 99:25, 119:18, 119:22
**Merit** [1] - 130:18
**message** [2] - 26:3, 51:15
**messenger** [1] - 50:3
**MESSRS** [2] - 9:4, 9:5
**Messrs** [1] - 91:8
**met** [1] - 120:1
**METHOFF** [1] - 6:3
**MEXICO** [1] - 1:5
**MI** [4] - 4:16, 111:6, 111:13, 111:16
**MICHAEL** [1] - 2:8
**Michael** [2] - 72:19, 72:20
**Middle** [1] - 89:14
**might** [25] - 18:10, 19:1, 21:22, 23:5, 26:6, 27:17, 32:7, 44:24, 50:1, 51:3, 54:13, 55:20, 56:1, 57:3, 65:24, 68:24, 76:20, 77:8, 80:2, 80:24, 90:8, 102:19, 102:20, 110:18, 111:25
**MIKE** [1] - 8:25, 9:14
**Mike** [18] - 12:16, 48:25, 50:5, 50:12,

51:14, 88:10, 88:18, 88:22, 90:5, 95:9, 116:17, 116:19, 117:22, 119:11, 119:18, 119:22, 124:25, 130:2
**MIL** [2] - 15:16, 16:12
**mill** [1] - 57:24
**Miller** [7] - 20:14, 21:14, 28:23, 34:22, 61:10, 71:19, 82:4
**MILLER** [47] - 2:22, 20:14, 21:14, 27:24, 28:24, 34:22, 36:6, 47:2, 61:9, 61:13, 62:13, 63:5, 63:22, 64:7, 71:21, 72:10, 72:13, 76:4, 76:10, 76:13, 76:19, 76:24, 77:4, 77:18, 78:3, 78:25, 79:9, 82:4, 83:19, 88:17, 89:1, 101:11, 104:6, 104:9, 104:11, 104:16, 104:20, 105:5, 105:13, 105:20, 105:23, 107:1, 107:25, 108:4, 109:4, 109:12, 116:11
**million** [1] - 59:2
**millions** [2] - 84:12
**mind** [11] - 41:17, 47:6, 47:7, 57:20, 62:21, 75:12, 79:13, 95:7, 102:14, 109:13, 128:11
**minders** [1] - 42:10
**mindful** [2] - 28:18, 31:9
**minor** [2] - 90:12, 122:11
**minute** [6] - 13:25, 15:21, 16:14, 29:15, 112:11, 112:13
**MINUTES** [1] - 7:17
**minutes** [21] - 54:22, 55:2, 56:15, 57:16, 58:12, 58:21, 60:1, 60:4, 64:3, 83:22, 84:23, 84:24, 85:14, 86:8, 92:13, 92:14, 92:24, 93:8, 93:13, 96:9, 116:8
**misrepresented** [1] -
59:19
**miss** [1] - 28:16
**missed** [4] - 49:5, 52:17, 105:17, 106:3
**mistaken** [1] - 48:19

**misunderstood** [1] -
22:13
**model** [1] - 92:23
**modeling** [2] - 19:5, 20:21
**modest** [1] - 20:17
**modification** [1] -
129:4
**MOEX** [9] - 4:8, 4:9, 46:5, 46:15, 47:21, 55:13, 58:2, 82:11
**Mogford** [1] - 91:9
**MOGFORD...** [1] - 9:4
**MOGFORD.................
................ [1] - 9:6
**moment** [1] - 32:9
**MONDAY** [1] - 7:7
**Monday** [3] - 14:17, 15:4, 29:13
**money** [1] - 20:17
**monitoring** [1] - 69:5
**monkeying** [2] -
115:22, 115:23
**MONTGOMERY** [1] -
2:13
**month** [4] - 39:11, 61:21, 94:11, 120:14
**months** [3] - 47:8, 57:2, 120:2
**monumental** [1] -
56:10
**Moore** [7] - 106:18, 106:22, 106:25, 108:6, 108:12, 108:16, 109:2
**Moore's** [1] - 107:2
**MOORE....................
..................... [1] -
10:15
**MORAN** [1] - 5:20
**Moran** [2] - 82:12
**Morel** [2] - 80:16, 80:23
**MOREL.....................
..................... [1] -
8:13
**MORGAN** [1] - 4:16
**Morgan** [6] - 73:20, 74:14, 74:22, 75:3, 75:4, 76:13
**MORGAN......** [1] - 8:5
**MORGAN.................
............................
- 8:7
**morning** [18] - 12:8, 12:10, 13:5, 14:18, 14:19, 15:23, 15:25, 17:4, 32:12, 40:17, 45:3, 82:12, 82:14, 86:14, 87:20, 113:6,

123:23, 123:25
**MORNING** [1] - 8:17
**Morrison** [6] - 100:13, 100:14, 100:16, 100:17, 100:18
**MORRISON..............
................... [1] -
10:5
**most** [6] - 22:5, 41:11, 56:2, 69:2, 69:16, 107:9
**Mother** [1] - 85:7
**motion** [3] - 38:9, 38:20, 44:14
**Motion** [2] - 112:19, 123:21
**MOTION** [1] - 11:3
**motions** [8] - 37:3, 37:11, 37:24, 38:12, 39:9, 40:9, 52:2, 53:4
**move** [9] - 21:20, 36:16, 41:3, 52:8, 61:2, 89:12, 97:20, 123:4, 123:5
**moved** [2] - 80:23, 108:5
**moving** [6] - 36:20, 50:24, 71:10, 71:14, 110:2, 114:20
**MR** [463] - 8:3, 8:5, 8:9, 8:20, 8:23, 10:1, 10:3, 10:4, 10:8, 10:10, 10:12, 10:13, 12:16, 12:17, 12:22, 12:25, 13:6, 13:12, 13:20, 13:22, 14:2, 14:19, 15:6, 15:8, 15:25, 16:7, 16:10, 16:17, 17:10, 17:15, 18:25, 19:4, 19:11, 19:13, 20:14, 20:15, 20:23, 21:3, 21:14, 21:23, 22:15, 22:25, 23:13, 24:5, 25:4, 25:8, 26:2, 26:13, 26:20, 26:21, 26:25, 27:1, 27:6, 27:18, 27:20, 27:21, 27:24, 27:25, 28:24, 29:10, 29:18, 30:6, 30:20, 31:6, 31:14, 31:19, 31:25, 32:6, 32:12, 32:15, 33:2, 33:16, 33:17, 34:10, 34:22, 35:5, 35:14, 35:18, 35:21, 36:6, 36:10, 36:14, 36:18, 38:23, 39:3, 40:16, 41:1, 41:20, 42:1, 42:6,

42:15, 42:24, 44:3, 44:8, 44:18, 44:20, 45:1, 45:10, 45:14, 45:24, 46:6, 46:8, 46:11, 46:12, 46:13, 47:2, 47:5, 47:8, 47:12, 47:21, 47:22, 47:25, 48:4, 48:7, 48:15, 48:20, 48:23, 49:2, 49:15, 50:13, 51:15, 51:20, 52:4, 52:8, 52:11, 52:16, 52:22, 52:24, 53:9, 53:12, 54:5, 54:14, 54:18, 54:19, 56:4, 56:12, 57:1, 57:10, 57:25, 58:5, 58:8, 58:25, 59:3, 59:6, 59:22, 59:24, 60:5, 60:8, 60:11, 60:13, 60:19, 60:24, 61:9, 61:13, 62:13, 62:18, 63:5, 63:7, 63:11, 63:22, 64:3, 64:7, 64:8, 64:13, 65:4, 65:7, 65:15, 65:24, 66:2, 66:16, 66:19, 66:20, 67:13, 68:3, 70:6, 70:7, 70:13, 70:15, 70:20, 70:22, 71:2, 71:7, 71:21, 72:10, 72:13, 72:19, 72:25, 73:7, 73:16, 73:19, 74:11, 74:17, 74:20, 75:8, 75:10, 75:14, 75:22, 76:4, 76:10, 76:11, 76:13, 76:19, 76:24, 77:4, 77:13, 77:15, 77:18, 78:1, 78:3, 78:5, 78:11, 78:16, 78:22, 78:25, 79:9, 79:21, 79:23, 80:22, 81:6, 81:12, 82:1, 82:4, 83:2, 83:12, 83:16, 83:18, 83:19, 83:21, 84:2, 84:6, 84:9, 85:5, 85:18, 85:22, 85:24, 86:17, 86:22, 87:3, 87:5, 87:9, 87:13, 87:15, 87:17, 87:23, 88:7, 88:11, 88:17, 88:18, 88:22, 88:23, 88:25, 89:1, 89:5, 89:8, 89:10, 89:15, 89:21, 90:3, 90:6, 90:11, 90:21, 90:23, 90:25, 91:7, 91:11, 91:13, 91:16, 91:19, 91:21, 91:22, 91:23, 91:25, 92:16,

92:21, 93:2, 93:4, 93:9, 93:12, 93:14, 93:19, 93:23, 93:25, 94:10, 94:19, 94:25, 95:4, 95:6, 95:14, 95:17, 95:21, 95:23, 96:1, 96:4, 96:6, 96:8, 96:25, 97:6, 97:18, 97:20, 97:23, 98:2, 98:5, 98:7, 98:12, 98:15, 98:19, 99:1, 99:4, 99:11, 99:12, 99:15, 99:18, 99:21, 99:23, 99:25, 100:3, 100:8, 100:10, 100:15, 100:16, 100:17, 100:22, 101:4, 101:7, 101:11, 101:14, 101:18, 101:22, 102:1, 102:4, 102:5, 102:8, 102:9, 102:20, 102:24, 103:1, 103:4, 103:6, 103:8, 103:12, 103:13, 103:15, 103:18, 103:22, 103:24, 104:1, 104:3, 104:6, 104:9, 104:11, 104:15, 104:16, 104:17, 104:18, 104:20, 105:5, 105:8, 105:13, 105:20, 105:23, 106:21, 106:24, 107:1, 107:3, 107:16, 107:25, 108:4, 108:10, 108:23, 109:4, 109:7, 109:12, 109:18, 109:22, 110:9, 110:21, 110:23, 111:4, 111:21, 111:23, 112:2, 112:4, 112:6, 112:9, 112:14, 112:16, 112:21, 112:22, 113:2, 113:5, 113:8, 113:11, 113:16, 113:18, 114:24, 115:4, 115:7, 115:9, 115:11, 115:13, 115:18, 115:22, 115:24, 116:1, 116:4, 116:5, 116:8, 116:10, 116:11, 116:14, 116:15, 116:17, 116:20, 117:15, 117:24,

118:1, 118:17, 119:2, 119:3, 119:5, 119:6, 119:9, 119:15, 119:18, 119:22, 120:17, 120:20, 120:23, 121:7, 121:10, 121:13, 121:14, 121:24, 122:2, 122:10, 122:15, 122:21, 123:4, 123:23, 124:2, 124:6, 124:9, 124:11, 124:13, 124:23, 125:3, 125:7, 125:13, 126:7, 126:13, 126:18, 126:20, 126:24, 127:5, 127:8, 128:11, 129:2, 129:6, 129:13, 129:17, 129:24, 130:8, 130:11

**MS** [37] - 5:22, 12:12, 12:15, 12:19, 36:24, 37:10, 37:17, 37:22, 40:5, 41:9, 42:8, 43:8, 45:18, 45:20, 48:21, 49:6, 49:14, 50:9, 60:3, 79:15, 79:22, 80:6, 80:12, 80:15, 106:2, 106:6, 110:4, 110:15, 110:19, 110:25, 111:9, 111:12, 111:17, 123:7, 123:10, 123:17, 123:20
**MUD** [1] - 9:17
**mud** [1] - 97:9
**multiple** [3] - 53:20, 127:14, 127:15
**must** [4] - 18:16, 49:5, 105:17, 106:3

# N

**name** [10] - 15:17, 50:25, 61:24, 62:21, 87:23, 97:10, 97:11, 99:16, 105:2, 108:21
**named** [2] - 25:13, 62:21
**namely** [1] - 25:21
**names** [6] - 14:23, 16:6, 61:23, 92:9, 97:14
**narrow** [2] - 23:21, 38:9

**narrowed** [1] - 121:3
**native** [1] - 30:12
**nature** [3] - 24:12, 24:21, 34:14
**nearly** [1] - 12:25
**neat** [1] - 44:24
**necessary** [2] - 18:7, 125:4
**necessitate** [1] - 62:7
**need** [55] - 14:23, 14:24, 15:16, 27:17, 28:17, 32:1, 33:19, 33:21, 34:4, 37:11, 40:1, 40:8, 40:9, 43:4, 45:7, 50:14, 52:15, 54:16, 56:1, 58:16, 58:19, 64:10, 64:11, 66:17, 74:1, 77:1, 77:12, 79:5, 79:10, 79:11, 79:13, 80:25, 83:9, 85:11, 85:13, 85:16, 86:3, 92:4, 96:18, 96:19, 96:20, 97:25, 98:9, 101:5, 111:1, 116:20, 116:21, 117:11, 118:9, 119:1, 123:5, 124:24, 124:25, 125:21, 127:22
**needed** [1] - 44:15
**needing** [1] - 128:7
**needs** [7] - 15:11, 32:23, 81:19, 84:18, 86:2, 86:5, 123:4
**negotiation** [1] - 69:21
**neighborhood** [1] - 96:15
**Neil** [6] - 22:16, 27:7, 27:11, 27:13, 101:22, 113:15
**NEIL** [2] - 10:7, 10:23
**nervous** [1] - 43:18
**NEUNER** [1] - 4:23
**never** [10] - 17:25, 18:1, 55:25, 60:14, 60:20, 84:20, 93:5, 95:7, 109:13, 118:6
**NEW** [13] - 1:7, 1:21, 1:25, 2:5, 2:17, 2:23, 3:10, 3:18, 4:14, 4:21, 5:9, 5:14, 6:10
**New** [5] - 90:14, 100:1, 102:5, 113:24
**new** [1] - 71:6
**Newman** [1] - 103:18
**news** [1] - 111:20
**next** [38] - 36:20, 37:23, 42:9, 42:11, 61:17, 62:6, 63:3,

64:15, 65:23, 70:5, 70:12, 70:24, 73:10, 75:4, 78:24, 82:20, 88:10, 91:2, 91:4, 93:22, 94:5, 98:13, 99:14, 100:4, 101:21, 111:14, 111:19, 113:1, 113:5, 113:19, 114:5, 120:15, 121:5, 122:20, 122:22, 124:7, 125:23
**nice** [1] - 85:14
**night** [1] - 49:8
**nine** [2] - 82:7, 89:7
**NIZIALEK** [1] - 4:13
**NO** [1] - 1:6
**nobody** [2] - 30:7, 33:15
**nonboard** [2] - 56:6, 58:17
**nonobvious** [1] - 57:3
**nonparty** [1] - 20:18
**nonresponses** [1] - 53:2
**NONRESPONSIVEN ESS** [1] - 7:18
**nonresponsiveness** [1] - 54:22
**NORSKE** [1] - 5:16
**NORTH** [4] - 3:4, 3:5, 3:7, 3:8
**NORTHCOURT** [1] - 5:21
**note** [4] - 45:2, 74:5, 90:11, 92:21
**notebooks** [1] - 13:15
**noted** [1] - 105:17
**nothing** [5] - 32:20, 33:1, 85:6, 87:18, 121:25
**notice** [4] - 18:5, 78:9, 81:18, 86:24
**notices** [2] - 18:12, 78:12
**notion** [1] - 31:8
**November** [8] - 102:13, 103:1, 103:4, 103:5, 103:10, 103:20, 114:10, 114:12
**number** [13] - 15:18, 22:19, 27:6, 27:18, 35:17, 39:14, 76:5, 105:2, 107:11, 108:24, 127:12, 129:19
**Number** [13] - 22:1, 22:6, 22:7, 22:19,

24:2, 26:1, 26:10, 26:22, 27:3, 27:13, 27:15, 28:1, 28:4
**numbered** [1] - 130:21
**numbers** [1] - 14:25
**NW** [1] - 4:10
**NY** [2] - 4:21, 5:9

# O

**O'BRIEN'S** [1] - 5:3
**o'clock** [1] - 125:23
**O'KEEFE** [1] - 1:21
**oar** [1] - 110:11
**object** [10] - 17:22, 18:9, 18:18, 26:16, 58:22, 69:11, 71:14, 71:15, 106:14, 108:17
**objected** [1] - 105:12
**objection** [5] - 105:18, 106:3, 106:8, 106:12, 106:13
**OBJECTIONS** [1] - 10:22
**objections** [4] - 97:3, 109:14, 113:14, 122:8
**objects** [1] - 107:12
**obligation** [2] - 18:6, 18:7
**obtain** [4] - 18:6, 18:7, 76:1, 110:12
**obvious** [1] - 118:20
**obviously** [6] - 32:23, 78:23, 84:17, 89:6, 112:18, 117:3
**occur** [1] - 56:1
**occurred** [1] - 23:15
**October** [14] - 100:15, 100:18, 100:24, 101:15, 114:8, 114:9, 115:16, 117:7, 117:10, 118:7, 118:22, 119:1
**OF** [13] - 1:1, 1:5, 1:12, 2:7, 2:15, 5:23, 7:11, 7:13, 7:16, 7:24, 9:3
**offer** [1] - 107:1
**Office** [1] - 40:23
**OFFICE** [3] - 2:12, 5:23, 7:11
**office** [9] - 16:4, 33:8, 34:2, 35:10, 36:3, 53:18, 54:7, 73:24, 74:9
**offices** [1] - 127:4
**official** [1] - 76:19

**OFFICIAL** [1] - 6:9
**Official** [2] - 130:19, 130:24
**OFFSHORE** [3] - 2:20, 4:9, 5:4
**OIL** [2] - 1:4, 1:4
**old** [1] - 121:15
**Oldfather** [1] - 111:19
**OLDFATHER..............
............................** [1] - 10:20
**ON** [3] - 1:5, 7:17, 8:14
**onboard** [1] - 25:22
**once** [4] - 16:10, 29:22, 52:18, 71:11
**ONE** [6] - 2:4, 3:9, 3:20, 4:24, 5:21, 6:4
**one** [79] - 13:12, 15:11, 17:23, 18:11, 18:14, 20:10, 20:11, 21:19, 22:4, 22:18, 22:20, 23:16, 25:12, 28:1, 28:20, 29:2, 30:7, 30:9, 34:12, 35:15, 35:25, 40:18, 40:21, 41:3, 49:16, 50:3, 52:8, 53:13, 59:11, 63:8, 67:11, 68:10, 69:1, 70:19, 73:12, 74:15, 75:8, 75:9, 78:8, 78:19, 79:2, 80:24, 86:5, 90:11, 92:17, 94:22, 94:23, 95:1, 97:13, 97:16, 97:18, 98:1, 98:2, 98:3, 98:21, 98:25, 100:4, 100:6, 100:7, 102:11, 103:11, 103:15, 103:16, 104:9, 106:17, 107:11, 108:4, 108:6, 115:4, 118:7, 119:19, 120:12, 122:25, 124:16, 126:22, 127:8, 128:15, 129:7
**one-day** [9] - 73:12, 74:15, 94:22, 94:23, 97:13, 97:16, 98:2, 98:3, 103:11
**ones** [1] - 92:11
**ongoing** [1] - 128:13
**OPA** [3] - 67:15, 68:19, 68:22
**open** [6] - 52:13, 97:23, 97:24, 125:20, 126:8, 127:9
**open-ended** [1] - 52:13
**opens** [1] - 24:19

**operating** [1] - 108:15
**opinion** [1] - 51:10
**opinions** [1] - 120:21
**opportunities** [1] - 38:8
**opportunity** [6] - 24:20, 55:18, 65:9, 65:12, 113:10, 118:23
**opposing** [1] - 65:16
**opposite** [2] - 79:6, 91:15
**optimistic** [1] - 89:24
**option** [2] - 89:9, 90:3
**OR** [1] - 77:22
**ORDER** [2] - 11:2, 12:4
**Order** [3] - 91:24, 119:23, 120:3
**order** [19] - 17:1, 17:5, 28:2, 40:20, 48:14, 49:1, 49:10, 50:7, 50:11, 50:23, 63:11, 70:16, 72:2, 74:4, 82:17, 122:4, 122:6, 123:11
**ORDER..................
..................** [1] - 11:1
**orders** [3] - 34:1, 111:22, 112:3
**org** [2] - 63:13, 63:25
**organization** [1] - 29:4
**ORGANIZATIONAL** [1] - 7:23
**organizational** [2] - 62:11, 62:13
**oriented** [1] - 25:5
**origin** [1] - 22:10
**original** [1] - 92:23
**originally** [1] - 103:13
**ORLEANS** [11] - 1:7, 1:21, 1:25, 2:5, 2:17, 2:23, 3:10, 3:18, 4:14, 5:14, 6:10
**Orleans** [4] - 90:14, 100:1, 102:5
**OTHER** [1] - 7:17
**otherwise** [6] - 26:9, 28:14, 40:2, 40:10, 43:14, 57:21
**ought** [6] - 13:20, 23:6, 23:17, 67:20, 67:25, 74:7
**ourselves** [2] - 118:18, 129:5
**outline** [1] - 64:22
**outlined** [2] - 25:10, 26:15
**outnumber** [1] - 127:3
**outside** [1] - 102:14

**outstanding** [2] - 85:15, 119:25
**overlap** [1] - 20:22
**overriding** [1] - 25:22
**overview** [1] - 43:6
**own** [2] - 46:24, 67:10

# P

**P-A-T-T-O-N** [1] - 93:16
**p.m** [1] - 130:14
**P.O** [1] - 5:24
**package** [2] - 14:8, 44:25
**PAGE** [1] - 7:3
**page** [2] - 14:4, 51:19
**paid** [1] - 36:15
**PAN** [1] - 1:24
**paper** [1] - 81:17
**papers** [2] - 116:24, 117:2
**parade** [1] - 41:24
**Pardon** [1] - 96:6
**pardon** [1] - 35:14
**part** [10] - 13:9, 17:1, 25:20, 33:20, 49:8, 52:17, 68:6, 69:20, 69:21, 118:1
**participants** [3] - 12:9, 12:10, 86:7
**participates** [1] - 16:20
**particular** [11] - 17:18, 21:10, 24:19, 24:22, 25:14, 25:20, 28:21, 70:25, 83:9, 119:10
**particularly** [3] - 14:9, 29:19, 59:13
**parties** [24] - 20:1, 23:4, 23:9, 23:16, 24:11, 24:20, 28:2, 34:15, 36:15, 37:2, 43:23, 48:17, 55:12, 76:22, 77:1, 77:10, 82:10, 82:17, 86:23, 92:6, 118:3, 120:5, 127:11, 127:24
**partner** [3] - 54:6, 54:12, 86:22
**parts** [3] - 14:6, 17:25, 46:21
**party** [3] - 117:4, 117:11, 128:12
**pass** [4] - 15:1, 64:2, 77:5, 91:5
**passing** [2] - 119:18, 119:21
**past** [1] - 78:3

**PAT** [1] - 9:8
**Pat** [3] - 79:1, 92:12, 92:14
**Patton** [2] - 93:7, 93:16
**PATTON..................
..................** [1] - 9:10
**Paul** [9] - 74:8, 74:25, 75:5, 75:10, 75:22, 78:6, 78:11, 90:22, 94:3
**PAUL** [1] - 1:23
**paying** [2] - 48:22, 49:9
**payments** [1] - 24:10
**PDF** [1] - 28:12
**pending** [1] - 42:25
**PEOPLE** [1] - 7:24
**people** [51] - 15:12, 17:12, 17:13, 19:18, 20:19, 22:13, 25:5, 28:5, 28:14, 29:12, 30:12, 30:17, 32:7, 32:18, 32:21, 33:18, 33:25, 34:6, 35:18, 35:22, 46:17, 46:18, 53:20, 55:22, 62:11, 66:14, 66:23, 67:6, 68:12, 69:16, 69:24, 73:22, 74:22, 77:16, 83:4, 85:8, 91:2, 91:23, 92:4, 92:9, 94:3, 96:13, 96:18, 107:5, 107:16, 108:24, 111:16, 120:22, 122:23, 124:19, 127:20
**PEPPER** [1] - 6:9
**Pepper** [4] - 116:9, 130:18, 130:22, 130:23
**per** [1] - 108:13
**percent** [5] - 30:7, 58:1, 83:7, 92:19, 120:8
**perfect** [6] - 88:9, 88:15, 123:19, 124:14, 129:6
**perfectly** [1] - 56:16
**performed** [3] - 24:6, 24:13, 24:22
**perhaps** [12] - 41:11, 45:1, 46:9, 46:10, 53:21, 57:3, 98:16, 101:7, 115:14, 117:17, 117:18, 121:4
**period** [2] - 16:22, 91:1

**permission** [1] - 53:3
**perpetually** [2] - 91:5
**person** [10] - 15:17, 61:25, 67:18, 75:6, 97:10, 108:11, 108:13, 108:18, 110:12
**person's** [1] - 67:21
**PERSON**................... .......... [1] - 9:17
**personal** [7] - 79:1, 82:8, 89:22, 104:22, 104:24, 105:3, 109:4
**personally** [4] - 20:6, 48:23, 63:24, 118:15
**persons** [3] - 63:12, 63:14, 67:14
**perspective** [2] - 43:11, 118:11
**pertinent** [1] - 107:13
**PETROLEUM** [2] - 4:7, 4:24
**Pharr** [1] - 62:19
**PHARR** [1] - 62:19
**phase** [1] - 121:25
**PHASE** [2] - 11:4, 11:5
**Phase** [11] - 20:7, 92:7, 96:16, 102:16, 102:18, 107:13, 117:19, 124:18, 124:21, 125:10
**PHELPS** [1] - 5:20
**PHILLIP** [1] - 4:13
**phone** [11] - 12:8, 12:9, 12:10, 13:5, 13:6, 51:16, 70:16, 70:18, 82:10, 86:7, 94:3
**phonetically** [1] - 107:5
**phrase** [2] - 49:24, 51:1
**PI** [1] - 69:5
**pick** [9] - 97:14, 98:4, 99:7, 99:19, 100:7, 101:14, 102:3, 104:12, 110:20
**picked** [1] - 98:20
**picture** [1] - 67:23
**PIGMAN** [1] - 3:16
**piles** [2] - 33:22, 34:7
**PINHOOK** [1] - 4:25
**pints** [1] - 12:23
**PLACE** [2] - 2:4, 5:13
**place** [4] - 32:24, 57:11, 74:7, 78:16
**placeholder** [3] - 30:21, 31:9, 101:15
**plaintiffs** [13] - 14:20, 37:7, 43:22, 44:20,

46:13, 46:17, 47:12, 56:12, 64:13, 65:1, 66:20, 121:10, 125:13
**plaintiffs'** [1] - 42:17
**PLAINTIFFS'** [1] - 1:16
**plan** [2] - 49:8, 117:6
**planning** [3] - 64:14, 80:1, 81:17
**plans** [1] - 116:25
**play** [1] - 48:7
**player** [1] - 78:23
**playing** [1] - 114:15
**PLC's** [1] - 58:21
**pleased** [1] - 31:21
**plus** [1] - 63:16
**podium** [1] - 42:14
**pods** [1] - 14:9
**point** [26] - 20:16, 27:7, 30:19, 30:25, 31:7, 32:15, 33:24, 35:10, 42:22, 43:2, 46:16, 59:7, 66:24, 67:7, 68:18, 77:24, 78:18, 80:15, 86:9, 93:2, 107:22, 109:17, 112:17, 118:14, 119:19
**pointed** [5] - 59:9, 59:11, 74:25, 84:10, 122:5
**points** [5] - 21:25, 58:18, 58:24, 121:17, 121:19
**poison** [1] - 114:20
**police** [1] - 126:2
**port** [1] - 16:25
**portion** [1] - 94:17
**position** [8] - 19:19, 30:15, 72:6, 72:13, 84:25, 108:11, 108:18, 108:19
**possible** [11] - 15:19, 16:13, 53:3, 54:2, 57:8, 68:4, 74:20, 89:11, 89:23, 97:14, 127:22
**possibly** [5] - 34:2, 71:10, 71:11, 85:2, 90:6
**POST** [2] - 9:15, 9:20
**post** [7] - 69:5, 96:10, 96:12, 97:21, 98:9, 98:17, 98:25
**POST-JULY** [2] - 9:15, 9:20
**post-July** [6] - 96:10, 96:12, 97:21, 98:9, 98:17, 98:25

**post-spill** [1] - 69:5
**posted** [1] - 83:18
**potential** [7] - 67:5, 69:7, 69:11, 84:12, 97:9, 119:23, 124:17
**POTENTIAL** [2] - 10:25, 11:4
**potentially** [2] - 67:5, 70:1
**Powell** [3] - 100:20, 100:22, 101:18
**POWELL**.................. ..................... [1] - 10:6
**POYDRAS** [5] - 1:24, 2:23, 3:10, 4:14, 6:10
**Poydras** [1] - 125:24
**practice** [4] - 74:2, 78:4, 92:7, 92:8
**pre** [3] - 90:12, 91:1, 97:8
**PRE** [1] - 9:16
**pre-July** [3] - 90:12, 91:1, 97:8
**PRE-JULY** [1] - 9:16
**precise** [1] - 30:2
**predecessor** [1] - 110:6
**prefer** [4] - 103:15, 115:2, 123:12, 123:14
**preferable** [1] - 109:2
**prejudice** [13] - 25:4, 65:3, 66:23, 67:3, 67:7, 67:9, 67:19, 67:24, 68:2, 68:12, 68:23, 69:7, 69:12
**prejudiced** [1] - 69:25
**PRELIMINARY** [1] - 11:5
**preliminary** [2] - 125:10, 125:14
**premature** [1] - 121:20
**prep** [4] - 26:10, 28:21, 36:4, 129:10
**preparation** [4] - 28:15, 39:24, 39:25, 63:13
**prepare** [4] - 28:3, 29:8, 35:12, 114:21
**prepared** [7] - 24:15, 24:17, 26:4, 26:8, 45:6, 125:5
**preparing** [1] - 29:12
**prereads** [1] - 58:12
**PRESENT** [1] - 6:7
**present** [5] - 19:19, 21:19, 46:2, 85:21, 127:24

**presentation** [2] - 17:5, 65:13
**presented** [1] - 112:23
**presently** [2] - 116:23, 117:4
**preservation** [3] - 14:3, 14:11, 29:17
**PRESERVATION** [1] - 7:6
**President** [1] - 40:23
**PRESIDENT**........ [1] - 7:11
**press** [1] - 41:22
**pressed** [1] - 88:2
**Prestidge** [1] - 98:10
**PRESTIDGE**.............. ............................ [1] - 9:22
**presumably** [2] - 73:3, 80:14
**presumption** [2] - 98:20, 98:23
**Pretrial** [1] - 91:24
**pretty** [10] - 19:21, 26:5, 41:3, 41:7, 53:8, 87:17, 93:19, 94:1, 97:23, 118:19
**preventer** [1] - 22:2
**previous** [2] - 51:22, 69:3
**previously** [2] - 27:10, 35:6
**primarily** [1] - 53:17
**primary** [1] - 63:2
**principal** [1] - 63:8
**principals** [1] - 62:25
**prioritize** [1] - 40:6
**Pritchard** [1] - 47:22
**privilege** [8] - 32:16, 32:22, 34:7, 127:17, 127:24, 128:12, 128:17, 128:22
**pro** [3] - 64:18, 65:1, 68:7
**probe** [1] - 23:6
**problem** [18] - 31:23, 33:11, 42:21, 47:14, 56:21, 65:25, 66:18, 71:15, 74:24, 81:23, 81:25, 101:11, 101:20, 106:16, 109:21, 111:18, 118:1, 119:12
**problematic** [1] - 42:20
**procedural** [1] - 123:8
**procedure** [7] - 17:21, 18:2, 18:9, 18:19, 20:1, 55:13, 56:14
**PROCEEDINGS** [3] -

1:12, 6:12, 12:1
**proceedings** [4] - 13:17, 86:9, 130:14, 130:20
**process** [22] - 48:8, 57:7, 58:2, 58:16, 58:18, 64:18, 66:23, 67:4, 67:6, 67:22, 68:20, 71:23, 76:23, 77:10, 77:19, 84:8, 84:13, 91:7, 103:2, 122:15, 127:21, 128:6
**PROCESS** [1] - 9:3
**produce** [5] - 29:24, 30:3, 63:13, 98:9, 114:16
**PRODUCED** [1] - 6:13
**produced** [10] - 33:3, 33:7, 33:24, 34:13, 42:19, 59:12, 59:14, 128:21, 128:22, 129:11
**PRODUCING** [1] - 9:3
**producing** [1] - 91:8
**PRODUCTION** [4] - 3:3, 3:6, 7:13, 7:20
**production** [13] - 36:22, 43:24, 44:5, 45:5, 45:22, 59:15, 60:1, 61:7, 61:16, 62:7, 128:23, 129:10
**PRODUCTION**........... .......... [1] - 7:10
**productions** [1] - 59:17
**productive** [1] - 82:14
**PRODUCTS** [1] - 3:8
**professional** [2] - 65:16, 82:15
**progress** [1] - 14:15
**project** [1] - 19:5
**prolong** [1] - 31:19
**prolonged** [1] - 31:11
**promises** [1] - 43:17
**proper** [2] - 18:10, 21:4
**proposal** [1] - 82:7
**proposals** [1] - 120:18
**propose** [3] - 47:11, 48:1, 128:9
**proposed** [13] - 19:17, 19:18, 38:13, 48:14, 49:1, 49:10, 50:7, 50:8, 50:11, 120:3, 121:8, 122:4, 123:11
**PROPOSED** [1] - 11:2
**proposing** [1] - 18:3
**prosecution** [1] - 117:21

**protect** [3] - 55:20, 57:11, 68:6
**protection** [2] - 56:2, 56:23
**protects** [1] - 58:5
**PROTOCOL** [2] - 7:8, 7:15
**protocol** [6] - 14:15, 16:19, 16:20, 16:24, 48:13, 49:7
**provide** [4] - 61:22, 62:6, 107:22, 108:21
**provides** [1] - 128:20
**providing** [1] - 91:19
**PSC** [28] - 7:7, 11:3, 14:16, 48:10, 55:9, 55:14, 55:17, 56:6, 67:22, 68:5, 88:20, 94:22, 99:19, 112:16, 114:1, 114:4, 114:19, 114:20, 117:19, 118:11, 118:14, 118:16, 119:14, 120:11, 123:21, 125:15, 126:19, 127:11
**PSC's** [2] - 114:17, 122:4
**PTO** [2] - 39:6, 39:20
**PTO's** [1] - 57:11
**pull** [4] - 34:3, 36:3, 122:24, 123:2
**purchase** [1] - 110:5
**purpose** [1] - 72:3
**purposes** [4] - 71:18, 74:13, 80:1, 80:19
**pursuant** [1] - 18:5
**pursued** [1] - 54:16
**push** [2] - 53:3, 102:15
**pushing** [1] - 89:11
**put** [36] - 27:13, 47:13, 50:7, 50:21, 51:16, 57:11, 63:3, 64:5, 65:22, 69:15, 71:25, 74:21, 75:3, 75:10, 82:19, 89:17, 89:18, 90:4, 90:6, 90:7, 90:8, 93:22, 95:24, 97:15, 99:14, 101:16, 102:21, 103:3, 109:8, 110:23, 111:1, 111:15, 116:1, 125:15, 125:18, 128:25
**PUTNAM** [1] - 5:16
**putting** [4] - 20:24, 50:16, 64:14, 81:13

## Q

**QHSE** [1] - 108:8
**quantification** [5] - 38:16, 40:12, 41:13, 43:10, 43:20
**Quash** [1] - 112:20
**questions** [11] - 17:5, 17:21, 19:20, 25:5, 25:23, 26:6, 28:9, 28:11, 84:16, 84:19, 85:11
**quick** [6] - 21:14, 31:16, 59:7, 66:22, 86:4, 123:8
**quickest** [1] - 27:19
**quickly** [4] - 41:3, 45:8, 112:19, 112:23
**quiet** [1] - 119:6
**Quip** [1] - 22:9
**quite** [2] - 40:15, 41:18
**quote** [2] - 22:7, 50:20

## R

**RAINES** [2] - 4:3, 60:3
**raise** [5] - 27:23, 30:21, 30:24, 31:15, 97:3
**raised** [5] - 33:12, 39:19, 42:15, 65:16, 117:15
**ranges** [1] - 104:12
**rather** [8] - 40:3, 41:18, 51:3, 74:15, 74:22, 94:17, 110:6, 121:15
**RD** [1] - 4:25
**RE** [1] - 1:4
**reach** [3] - 35:1, 37:25, 52:6
**reached** [6] - 24:21, 40:3, 42:3, 44:11, 54:25, 121:3
**read** [2] - 45:15, 117:16
**reading** [2] - 79:16, 91:13
**readjust** [1] - 85:17
**readjustment** [1] - 116:13
**reads** [2] - 22:6, 90:14
**ready** [7] - 13:10, 41:3, 42:4, 46:4, 86:11, 87:25, 96:18
**real** [3] - 20:18, 21:14, 66:13

**reality** [1] - 96:22
**realize** [2] - 74:24, 129:10
**realized** [1] - 32:21
**reallocate** [1] - 84:5
**really** [36] - 19:24, 20:3, 28:16, 30:18, 33:18, 34:8, 36:25, 46:8, 55:19, 56:21, 56:22, 60:8, 60:11, 60:19, 65:13, 66:10, 69:1, 74:1, 85:9, 85:15, 89:6, 90:18, 91:3, 96:17, 96:18, 96:20, 97:3, 101:7, 102:18, 107:13, 107:17, 110:7, 110:16, 110:25, 113:3
**Realtime** [2] - 130:18, 130:23
**REALTIME** [1] - 6:9
**reason** [4] - 27:6, 30:11, 55:22, 128:23
**reasonable** [2] - 57:5, 81:24
**reasons** [2] - 18:18, 46:22
**receive** [2] - 16:9, 128:17
**received** [6] - 22:8, 24:10, 78:9, 78:12, 79:2, 96:13
**receiving** [2] - 127:11, 127:12
**recently** [1] - 69:3
**recess** [1] - 86:10
**recirculate** [1] - 121:12
**recommendations** [1] - 14:11
**record** [9] - 47:17, 47:24, 50:21, 51:17, 59:10, 77:14, 91:24, 126:21, 130:20
**RECORDED** [1] - 6:12
**recorded** [1] - 17:23
**redact** [3] - 58:15, 116:7, 116:9
**redacted** [2] - 55:15, 56:22
**redacting** [3] - 57:23, 59:9, 59:18
**REDACTION** [1] - 7:16
**redaction** [2] - 54:21, 55:8
**redactions** [3] - 47:25, 57:17, 57:19
**Redd** [1] - 91:4
**REDD**......................

.................... [1] - 9:2
**REDDEN** [1] - 3:19
**refer** [1] - 62:14
**reference** [1] - 28:11
**referring** [2] - 18:22, 22:12
**regard** [8] - 22:17, 36:21, 44:4, 54:3, 54:24, 96:14, 96:23, 98:24
**regarding** [5] - 22:9, 24:22, 39:19, 49:1, 120:4
**regime** [1] - 108:14
**Registered** [1] - 130:18
**relate** [1] - 43:9
**related** [14] - 25:15, 25:24, 38:15, 38:21, 40:8, 40:11, 41:12, 41:15, 41:19, 43:16, 46:15, 72:6, 73:16, 129:7
**relates** [2] - 13:25, 45:4
**RELATES** [1] - 1:9
**relating** [2] - 24:9, 60:13, 105:15
**relationship** [2] - 34:15, 109:1
**relationships** [2] - 28:7, 28:8
**relative** [8] - 17:3, 27:9, 27:23, 55:2, 55:11, 71:16, 72:7, 114:20
**relatively** [1] - 20:17
**release** [13] - 13:7, 13:8, 29:20, 35:9, 35:11, 67:17, 67:25, 68:2, 68:24, 69:2, 69:4, 69:17, 77:5
**released** [8] - 13:20, 13:22, 33:6, 35:9, 69:6, 69:10, 69:13, 69:18
**releases** [8] - 66:9, 68:21, 76:22, 76:25, 77:9, 77:21, 78:2
**relevance** [2] - 59:9, 59:18
**relevancy** [1] - 54:23
**RELEVANCY**............
.......... [1] - 7:18
**relevant** [6] - 18:7, 23:5, 56:17, 65:17, 116:10
**relief** [1] - 80:13
**reluctant** [2] - 30:13,

30:18
**relying** [2] - 28:14, 62:24
**remainder** [1] - 13:2
**remember** [5] - 53:24, 78:14, 78:15, 92:7, 98:24
**remind** [4] - 42:16, 83:23, 130:10, 130:13
**RENAISSANCE** [1] - 4:4
**rep** [2] - 26:6, 61:20
**repeat** [1] - 52:21
**replacement** [1] - 107:2
**reply** [3] - 42:5, 70:8, 107:15
**report** [23] - 24:21, 32:2, 36:21, 36:25, 37:23, 44:23, 45:21, 61:6, 61:14, 61:18, 61:19, 61:22, 61:25, 62:12, 62:20, 63:13, 63:23, 83:19, 94:13, 104:20, 109:5, 111:13, 114:21
**REPORT**................
...... [1] - 7:19
**REPORT**..................
.......................... [1] - 7:25
**reported** [1] - 103:25
**Reporter** [2] - 130:18, 130:18, 130:19, 130:23, 130:24
**REPORTER** [5] - 6:9, 6:9, 61:4, 86:3, 116:7
**reporter** [1] - 86:5
**REPORTER'S** [1] - 130:17
**reports** [2] - 39:24, 39:25, 40:2, 42:16, 42:17, 44:19, 45:10, 58:13, 96:19, 113:19, 114:6, 114:16, 114:18, 115:16, 116:21, 117:6, 117:9, 117:22, 118:2, 118:4, 118:22, 118:24
**REPORTS**................
............... [1] - 10:24
**represent** [3] - 68:8, 118:17, 126:8
**representation** [4] - 68:13, 75:23, 76:1,

126:25
**representatives** [1] - 16:3
**represented** [2] - 43:15, 69:16
**represents** [2] - 75:20, 81:15
**reps** [1] - 30:13
**request** [26] - 22:25, 24:12, 24:19, 28:24, 33:23, 35:9, 35:13, 42:25, 44:5, 53:14, 60:5, 63:6, 73:6, 74:24, 83:6, 83:8, 93:15, 94:10, 94:17, 95:16, 95:18, 97:2, 101:2, 104:16, 127:16, 127:17
**requested** [14] - 60:3, 60:10, 83:5, 92:6, 95:8, 95:9, 95:13, 105:6, 106:1, 106:21, 107:9, 107:10, 108:6, 110:1
**requesting** [1] - 93:8
**requests** [20] - 22:4, 37:5, 37:6, 37:12, 37:18, 39:14, 39:15, 44:8, 44:9, 54:9, 60:12, 92:12, 92:22, 92:23, 96:11, 97:4, 104:9, 105:14, 127:12, 127:15
**REQUESTS**...............
......... [1] - 9:15
**REQUESTS**...............
.................... [1] - 11:6
**required** [1] - 90:19
**requiring** [1] - 90:15
**res** [1] - 68:24
**reschedule** [2] - 73:6, 73:12
**research** [2] - 28:13, 65:18
**reserved** [1] - 69:6
**resolution** [3] - 44:15, 82:18, 82:20
**resolve** [5] - 45:8, 49:19, 53:7, 66:18, 88:6
**resolved** [12] - 41:8, 41:18, 49:24, 71:12, 84:11, 95:1, 95:11, 95:12, 112:18, 113:13, 124:4, 129:20
**respect** [13] - 37:12, 37:25, 38:2, 38:10, 38:20, 41:16, 53:1,

61:13, 66:5, 68:18, 74:21, 89:5, 97:1
**respectfully** [1] - 20:24
**respective** [1] - 116:24
**respond** [8] - 17:21, 20:9, 24:15, 24:17, 65:18, 109:16, 118:24, 124:4
**responded** [2] - 121:18, 122:5
**response** [17] - 18:5, 18:11, 19:13, 25:25, 39:17, 46:19, 46:20, 46:25, 51:1, 59:12, 59:17, 62:1, 63:24, 64:7, 65:20, 76:11, 95:2
**RESPONSE** [2] - 4:19, 5:3
**responses** [11] - 37:15, 37:18, 38:3, 38:10, 38:21, 44:12, 51:23, 53:1, 54:9, 112:23, 125:18
**responsibilities** [1] - 68:9
**responsible** [1] - 34:5
**responsive** [3] - 59:17, 79:5, 112:17
**responsiveness** [1] - 57:14
**rest** [2] - 120:9, 121:2
**retained** [2] - 108:20, 109:10
**retention** [1] - 23:12
**retired** [2] - 106:18, 108:7
**review** [3] - 39:12, 55:16, 70:11
**reviewed** [4] - 46:16, 46:17, 46:18, 57:22
**reviews** [1] - 57:14
**revised** [7] - 31:4, 114:11, 114:14, 115:2, 117:6, 117:9, 117:11
**revisit** [1] - 99:1
**Rich** [1] - 81:15
**RICHARD** [2] - 5:17, 10:5
**Richard** [9] - 13:7, 13:18, 34:11, 35:5, 100:13, 100:14, 100:16, 100:17, 100:18
**RIG** [1] - 1:4
**rig** [1] - 110:6
**rights** [3] - 57:12,

68:14, 69:13
**rise** [1] - 12:7
**riser** [1] - 14:8
**risk** [1] - 49:15
**RMR** [2] - 6:9, 130:23
**Rob** [3] - 62:22, 62:23, 63:8
**ROB** [1] - 8:1
**Robert** [1] - 79:20
**ROBERT** [1] - 8:12
**ROBINSON** [1] - 6:7, 70:20, 70:22, 71:7, 72:19, 72:25, 73:7
**Robinson** [2] - 70:18, 71:1
**role** [1] - 62:17
**roll** [1] - 46:4
**rolling** [2] - 61:16, 109:9
**ROME** [1] - 4:19
**RONQUILLO** [2] - 3:23, 4:3
**room** [1] - 58:20
**ROOM** [2] - 2:10, 6:10
**rose** [2] - 61:24, 62:15
**Rose** [3] - 62:14, 62:19, 63:16
**Rose's** [2] - 61:20, 63:25
**Roth** [3] - 95:8, 95:21, 95:22
**ROTH**.......................
..................... [1] - 9:13
**round** [5] - 66:9, 114:19, 126:16, 126:19, 127:2
**route** [1] - 56:5
**Roy** [2] - 42:14, 90:17
**ROY** [11] - 1:16, 1:17, 42:15, 42:24, 46:11, 88:22, 114:24, 115:4, 115:7, 115:9, 115:11
**Roy's** [1] - 46:9
**rule** [4] - 67:2, 89:23, 92:5, 121:21
**Rule** [3] - 18:5, 90:14, 126:11
**ruled** [1] - 98:9
**rules** [1] - 65:17
**ruling** [1] - 117:3
**rulings** [1] - 92:10
**run** [1] - 57:24
**rush** [1] - 51:9
**RYAN** [1] - 3:13

**S**

**S's** [1] - 100:5
**S-A-N-D-E-R-S** [1] - 98:7
**s/Cathy** [1] - 130:22
**safety** [1] - 25:16
**Safety** [1] - 108:13
**sale** [1] - 105:16
**SALLY** [1] - 1:12
**SAN** [1] - 2:10
**sanctionable** [1] - 126:14
**Sandell** [7] - 73:19, 74:15, 74:16, 75:3, 75:14, 75:16, 76:13
**SANDELL** [1] - 8:5
**SANDELL**...................
............................ [1] - 8:6
**Sanders** [3] - 97:20, 97:22, 98:7
**SANDERS**...................
........................ [1] - 9:19
**Sarah** [20] - 12:15, 36:23, 40:4, 40:18, 41:6, 41:21, 42:2, 42:5, 42:7, 43:6, 45:17, 48:18, 48:24, 48:25, 50:7, 97:20, 97:22, 98:7, 123:7, 123:9
**SARAH** [3] - 2:9, 9:19, 98:7
**satisfied** [4] - 33:19, 36:9, 36:10, 67:16
**satisfy** [1] - 53:22
**save** [3] - 19:15, 20:16, 121:11
**saw** [5] - 12:24, 45:12, 45:13, 93:25, 126:23
**scanning** [1] - 20:21
**scenario** [1] - 114:11
**scenes** [1] - 33:10
**schedule** [7] - 13:3, 14:21, 38:7, 96:19, 114:14, 117:9
**scheduled** [4] - 71:5, 71:24, 72:22, 74:10
**scheduling** [2] - 70:17, 80:19
**Schlumberger** [1] - 51:5
**school** [1] - 97:7
**scientific** [2] - 43:12, 51:7
**Scofield** [1] - 111:12
**SCOPE** [1] - 10:25

**scope** [3] - 23:24, 25:10, 119:23
**Scott** [2] - 50:22, 50:23
**screaming** [2] - 102:23, 102:24
**screams** [1] - 102:21
**se** [1] - 65:1
**Sea** [1] - 58:3
**SEACOR** [6] - 5:4, 5:4, 5:5, 5:5, 5:6, 5:6
**seal** [2] - 116:2, 116:6
**SEARCHING** [1] - 7:11
**searching** [1] - 40:23
**second** [7] - 21:10, 21:19, 67:14, 68:11, 86:20, 116:18, 126:19
**seconding** [1] - 51:18
**secondly** [1] - 18:4
**seconds** [1] - 112:14
**SECREST** [1] - 3:19
**secret** [1] - 57:20
**secrets** [2] - 56:22, 58:14
**section** [2] - 14:6, 116:2
**Section** [1] - 25:21
**SECTIONS** [1] - 7:16
**sections** [2] - 54:21, 55:15
**see** [37] - 17:14, 23:23, 29:13, 30:8, 30:12, 31:10, 44:19, 45:21, 50:5, 54:20, 56:10, 60:1, 60:16, 65:12, 74:14, 76:11, 77:17, 78:17, 78:23, 80:16, 85:7, 105:25, 106:6, 106:8, 106:12, 107:7, 109:15, 109:18, 109:24, 114:3, 118:23, 124:12, 126:5, 126:18, 129:3, 129:4
**seek** [1] - 72:2
**seeking** [2] - 24:11, 44:14
**seem** [2] - 71:10, 75:25
**seizure** [1] - 112:4
**self** [1] - 122:23
**send** [12] - 15:9, 26:2, 28:10, 31:3, 31:4, 35:7, 35:9, 47:19, 63:18, 100:4, 127:17, 128:13
**sending** [1] - 86:24
**sense** [11] - 19:23, 38:24, 47:16, 50:12,

69:16, 80:10, 101:10, 118:13, 118:16, 118:21, 119:17
**sensitive** [1] - 58:13
**sent** [14] - 14:22, 14:24, 45:3, 52:25, 63:23, 73:20, 74:4, 74:5, 79:3, 81:15, 106:3, 125:16, 127:18
**separate** [6] - 22:20, 76:15, 92:14, 108:20, 108:21, 109:11
**separately** [3] - 29:2, 46:20, 53:23
**SEPARATION** [2] - 9:3, 9:5
**separation** [1] - 91:8
**September** [19] - 38:15, 40:12, 97:23, 98:4, 98:5, 98:6, 99:20, 100:6, 100:9, 100:24, 102:2, 102:6, 102:7, 104:12, 104:18, 104:19, 110:19, 110:22, 114:7
**serve** [1] - 53:13
**served** [8] - 37:5, 37:7, 37:13, 38:3, 39:10, 39:13, 39:15
**service** [1] - 90:16
**SERVICES** [1] - 3:23
**ses** [2] - 64:18, 68:7
**session** [2] - 76:15, 82:22
**sessions** [1] - 130:10
**set** [8] - 15:4, 79:22, 81:17, 87:15, 90:13, 112:17, 114:5, 125:11
**setting** [1] - 49:15
**settled** [5] - 67:17, 76:16, 76:21, 77:9, 77:16
**settlement** [6] - 45:22, 55:14, 58:3, 69:22, 83:10, 83:11
**SETTLEMENT** [1] - 7:13
**settlements** [1] - 82:8
**seven** [3] - 106:15, 107:9, 107:10
**several** [3] - 33:3, 68:5, 121:12
**shall** [2] - 63:12, 116:16
**share** [1] - 61:14

**shared** [2] - 120:11, 122:12
**Shaughnessy** [3] - 102:1, 102:6, 102:7
**SHAUGHNESSY** [1] - 102:2
**SHAUGHNESSY....... ........................... [1] - 10:8
**Shaun** [1] - 86:22
**Shaw** [2] - 101:22, 113:15
**SHAW........................ ...................... [2] - 10:7, 10:23
**SHELL** [1] - 3:9
**Sherrie** [1] - 100:5
**SHERRIE** [2] - 10:2, 100:5
**shift** [1] - 122:25
**ship** [1] - 25:22
**shocked** [1] - 35:20
**shocking** [1] - 123:10
**Shoenekus** [1] - 94:1
**shoot** [1] - 50:3
**SHORT** [1] - 8:2
**short** [2] - 64:11, 84:23
**shortly** [1] - 92:11
**shot** [1] - 42:5
**show** [6] - 15:21, 35:12, 74:1, 96:21, 107:19, 108:3
**showing** [2] - 79:17, 79:19
**SHUSHAN** [1] - 1:12
**side** [6] - 17:20, 21:17, 83:13, 91:15
**SIEMENS** [1] - 5:7
**signature** [1] - 49:10
**signed** [5] - 49:3, 67:17, 67:25, 68:2, 91:24
**significance** [1] - 55:12
**significant** [2] - 14:15, 67:5
**silly** [2] - 92:5, 126:16
**similar** [4] - 39:13, 39:15, 46:3, 58:2
**similarly** [1] - 80:15
**Simon** [3] - 73:24, 74:2, 75:1
**simple** [2] - 30:16, 67:25
**simply** [5] - 19:13, 22:21, 34:5, 118:5, 123:12
**simultaneously** [6] - 17:19, 18:1, 18:17,

19:8, 20:25
**sincerely** [1] - 129:22
**sit** [3] - 13:2, 58:20, 104:3
**site** [1] - 81:13
**sitting** [2] - 17:20, 108:2
**situation** [7] - 15:12, 51:24, 53:5, 54:15, 69:24, 69:25, 79:6
**six** [1] - 57:2
**skin** [1] - 67:11
**skip** [2] - 89:8, 100:19
**slew** [2] - 105:14
**slice** [2] - 59:1, 59:3
**slight** [2] - 44:14, 116:13
**slightly** [2] - 54:15, 114:20
**slow** [1] - 57:13
**small** [3] - 58:25, 59:3, 118:3
**Smith** [2] - 62:19, 63:7
**SO** [2] - 9:4, 9:6
**someone** [3] - 28:16, 29:3, 99:1
**sometime** [3] - 39:11, 99:19, 100:16
**sometimes** [3] - 128:24, 129:8, 129:9
**somewhat** [3] - 51:24, 56:23, 58:23
**somewhere** [1] - 98:20
**soon** [9] - 16:13, 27:16, 32:10, 39:12, 41:23, 46:10, 83:14, 83:15, 86:24
**sooner** [2] - 41:2, 41:18
**sophisticated** [1] - 68:13
**sorry** [9] - 61:12, 74:21, 75:3, 81:4, 83:25, 89:14, 108:2, 119:4, 127:8
**sort** [9] - 25:4, 32:21, 47:9, 47:10, 53:20, 68:1, 78:22, 112:4, 118:2
**sounds** [6] - 21:21, 22:1, 42:13, 68:3, 82:23, 122:16
**source** [5] - 38:16, 40:12, 41:12, 43:9, 43:20
**SPEAKER** [2] - 46:5, 93:10
**speaking** [3] - 52:23, 59:22, 115:13

**specific** [15] - 18:12, 18:13, 18:15, 19:4, 25:17, 28:21, 34:12, 34:17, 35:15, 39:4, 40:24, 67:6, 94:16, 128:6
**specifically** [5] - 25:24, 35:15, 69:4, 69:10, 108:12
**specificity** [1] - 24:16
**specifics** [1] - 25:14
**spelled** [1] - 107:4
**spend** [2] - 53:19, 56:8
**spill** [2] - 57:2, 69:5
**SPILL** [2] - 1:4, 4:19
**split** [1] - 22:18
**spoken** [1] - 38:11
**spreadsheet** [4] - 30:8, 30:18, 31:1, 125:17
**spreadsheets** [10] - 13:11, 13:18, 13:23, 29:20, 29:23, 30:2, 30:12, 30:22, 86:13, 87:20
**SPREADSHEETS** [1] - 8:17
**SQUARE** [1] - 3:9
**squinting** [1] - 61:11
**ST** [2] - 5:13, 5:13
**staff** [1] - 61:3
**staffing** [1] - 19:5
**stakes** [1] - 55:7
**stand** [4] - 14:17, 18:2, 78:17, 78:23
**standing** [1] - 40:14
**stands** [1] - 116:23
**start** [10] - 13:1, 13:3, 22:23, 51:9, 61:16, 92:11, 96:17, 114:15, 124:17, 127:18
**started** [3] - 40:22, 52:18, 52:19
**starting** [1] - 43:14
**State** [2] - 84:2, 130:18
**state** [5] - 14:6, 14:7, 14:11, 15:17, 48:7
**STATE** [2] - 2:12, 2:15
**statement** [5] - 25:11, 58:7, 58:8, 59:8, 118:19
**statements** [1] - 25:21
**states** [1] - 77:7
**States** [9] - 14:14, 36:21, 37:8, 37:10, 37:12, 40:19, 118:23, 130:19,

130:24
**STATES** [3] - 1:1, 1:13, 7:10
**States'** [4] - 37:4, 38:10, 38:21, 43:11
**STATUS** [1] - 1:12
**status** [6] - 48:25, 64:15, 75:24, 79:4, 105:24, 117:4
**statute** [1] - 67:15
**stay** [1] - 99:10
**STENOGRAPHY** [1] - 6:12
**step** [2] - 57:24, 67:14
**Stephen** [1] - 111:6
**STEPHEN** [2] - 1:20, 10:19
**stepped** [1] - 13:7
**steps** [1] - 127:21
**STERBCOW** [23] - 1:23, 1:23, 74:11, 75:22, 76:11, 77:13, 77:15, 78:1, 78:5, 78:11, 78:16, 78:22, 90:23, 93:19, 93:23, 93:25, 95:6, 112:9, 112:14, 112:16, 112:22, 113:2, 116:4
**Sterbcow** [7] - 74:5, 75:22, 76:4, 76:7, 78:11, 90:17, 94:3
**Sternberg** [1] - 16:4
**Steve** [22] - 14:18, 14:19, 15:5, 16:2, 16:6, 16:15, 44:17, 44:18, 44:20, 46:13, 46:25, 47:11, 47:12, 56:12, 57:19, 64:13, 66:20, 70:8, 121:10, 123:22, 124:11, 125:13
**Stick** [4] - 125:22, 125:23, 126:21, 127:3
**still** [23] - 32:7, 33:22, 48:19, 48:21, 65:7, 70:18, 79:17, 80:17, 84:11, 88:5, 100:10, 100:11, 101:22, 101:23, 102:10, 106:1, 106:8, 111:21, 112:3, 113:18, 119:25, 121:17, 123:9
**stipulated** [1] - 82:17
**stir** [1] - 32:8
**STONE** [1] - 3:16
**storage** [1] - 16:22
**STRADLEY** [1] - 6:3
**straight** [1] - 106:11

**stray** [1] - 43:10

**streamline** [3] - 20:10, 127:10, 127:22

**street** [2] - 35:10, 36:3

**STREET** [16] - 1:18, 1:24, 2:4, 2:16, 2:23, 3:10, 3:17, 3:21, 4:4, 4:10, 4:14, 4:17, 5:17, 5:21, 6:4, 6:10

**Street** [2] - 125:24, 125:25

**strike** [1] - 129:18

**strongly** [2] - 58:21, 69:11

**structure** [1] - 119:23

**STRUCTURE** [1] - 10:25

**structure/scope** [1] - 120:4

**stuck** [3] - 13:14, 84:24, 118:2

**stuff** [10] - 40:8, 41:19, 47:18, 56:6, 56:21, 57:24, 58:13, 58:15, 58:17, 95:2

**Stumbar** [1] - 81:15

**subject** [4] - 33:7, 34:1, 34:14, 99:22

**submission** [2] - 121:7, 121:8

**submissions** [3] - 47:4, 96:14, 96:15

**submit** [5] - 20:24, 47:19, 52:1, 112:25, 120:17

**submitted** [3] - 49:7, 82:17, 112:16

**subpoena** [5] - 76:3, 87:25, 90:15, 90:16, 90:18

**subpoenaed** [1] - 107:24

**substantial** [4] - 23:16, 94:14, 94:17, 120:25

**substantive** [2] - 65:13, 65:20

**substitute** [2] - 106:19, 108:17

**succinctly** [1] - 68:4

**sufficient** [1] - 86:6

**suggest** [1] - 94:12

**suggested** [5] - 17:21, 29:3, 116:9, 116:25, 126:15

**suggesting** [12] - 17:16, 17:17, 18:19, 18:20, 19:10, 23:14, 89:3, 89:10, 106:18, 108:7, 115:3, 125:3

**suggestion** [6] - 19:14, 56:14, 71:6, 73:25, 89:21, 124:5

**suggestions** [3] - 114:17, 121:17, 129:4

**SUITE** [11] - 1:24, 2:4, 3:10, 3:21, 3:24, 4:4, 4:14, 4:17, 4:25, 5:17, 5:21

**sum** [1] - 53:8

**summarize** [1] - 24:4

**super** [1] - 89:24

**supplement** [1] - 70:11

**SUPPORT** [1] - 4:23

**support** [1] - 68:17

**supposed** [2] - 39:8, 97:12

**supposing** [1] - 23:15

**surely** [1] - 27:20

**surprise** [1] - 53:25

**surprised** [2] - 50:14, 60:25

**surprising** [1] - 60:15

**survey** [1] - 25:14

**surveys** [1] - 24:9

**suspect** [1] - 127:2

**switching** [1] - 89:16

**Swizzle** [4] - 125:22, 125:23, 126:21, 127:3

**system** [1] - 25:16

## T

**table** [1] - 32:14

**Tanner** [1] - 111:12

**target** [1] - 73:2

**task** [1] - 24:22

**Tchoupitoulas** [1] - 125:25

**tea** [1] - 91:13

**team** [6] - 62:16, 88:21, 117:12, 117:23, 124:25, 127:3

**teasing** [1] - 119:10

**technical** [11] - 17:7, 21:19, 21:20, 29:1, 29:7, 39:14, 42:18, 43:5, 43:24, 44:7, 44:9

**technically** [1] - 117:6

**tee** [1] - 41:1

**telephone** [5] - 14:13, 59:8, 83:12, 83:16, 83:21

**temporal** [1] - 77:24

**ten** [3] - 35:21, 35:23, 96:3

**tend** [1] - 118:13

**tentative** [5] - 87:16, 90:8, 99:8, 99:13, 102:8

**tentatively** [2] - 101:16, 112:1

**terms** [11] - 20:20, 43:22, 46:15, 46:19, 47:14, 68:19, 68:20, 81:13, 92:21, 117:19, 117:20

**terrible** [1] - 72:22

**TESSIER** [1] - 4:12

**test** [1] - 51:11

**testified** [2] - 19:2, 19:6

**testify** [11] - 18:5, 18:13, 18:15, 18:16, 19:8, 19:18, 20:19, 20:25, 71:13, 80:24, 81:1

**testifying** [3] - 17:9, 17:19, 79:12

**testimony** [3] - 17:23, 17:24, 63:7

**testing** [11] - 19:6, 20:7, 48:13, 49:1, 49:4, 49:18, 49:19, 49:20, 49:23, 50:17, 51:2

**TESTING.................** [1] - 7:15

**tests** [2] - 51:6

**Texas** [1] - 28:19

**THAT** [2] - 7:12, 8:17

**THE** [419] - 1:4, 1:5, 1:12, 1:16, 2:7, 2:15, 4:20, 7:11, 7:13, 7:16, 7:23, 7:24, 8:14, 8:18, 8:20, 9:3, 11:2, 12:7, 12:8, 12:14, 12:18, 12:20, 12:23, 13:1, 13:11, 13:24, 14:3, 15:2, 15:7, 15:10, 16:8, 16:11, 16:18, 17:13, 18:20, 19:3, 19:9, 19:12, 20:4, 21:2, 21:12, 21:18, 22:14, 22:22, 23:11, 23:25, 25:3, 25:7, 26:16, 26:23, 27:5, 27:22, 28:18, 29:9, 29:16, 30:5, 31:1, 31:13, 31:23, 32:1, 32:11, 32:13, 32:25, 33:12, 34:9, 34:18, 35:3, 35:13, 35:17, 35:20,

36:2, 36:8, 36:12, 36:17, 36:19, 37:9, 37:14, 37:20, 38:22, 38:25, 39:22, 40:14, 40:24, 41:5, 41:24, 42:2, 42:7, 42:13, 42:23, 43:3, 44:1, 44:7, 44:16, 44:19, 44:24, 45:9, 45:12, 45:15, 45:19, 45:21, 46:7, 46:24, 47:3, 47:7, 47:9, 47:23, 48:6, 48:11, 48:24, 49:5, 49:11, 50:5, 50:12, 51:13, 51:18, 52:3, 52:5, 52:10, 52:20, 52:23, 53:11, 54:3, 54:11, 54:17, 54:20, 56:8, 56:25, 57:9, 57:18, 58:4, 58:7, 58:23, 59:2, 59:5, 59:21, 60:7, 60:10, 60:16, 60:22, 61:1, 61:4, 61:5, 61:12, 62:9, 63:3, 63:10, 64:5, 64:9, 64:22, 65:6, 65:14, 65:22, 65:25, 66:13, 66:17, 67:11, 70:4, 70:8, 70:14, 70:21, 70:23, 71:15, 72:4, 72:12, 72:16, 72:20, 72:23, 72:24, 73:1, 73:9, 73:18, 74:8, 74:12, 74:19, 75:2, 75:9, 75:12, 75:16, 75:25, 76:9, 76:18, 76:20, 77:3, 77:7, 77:14, 78:6, 78:15, 78:20, 78:24, 79:8, 79:10, 80:3, 80:10, 80:13, 80:20, 80:23, 81:11, 81:23, 82:2, 82:23, 83:3, 83:15, 83:20, 83:23, 84:4, 84:7, 85:4, 85:9, 85:20, 85:23, 85:25, 86:3, 86:4, 86:11, 86:21, 87:1, 87:4, 87:6, 87:12, 87:14, 87:16, 87:19, 88:4, 88:9, 88:20, 88:21, 88:24, 89:2, 89:13, 89:16, 90:2, 90:4, 90:7, 90:20, 90:22, 91:2, 91:10, 91:12, 91:14, 91:18, 92:2, 92:20, 93:1, 93:3, 93:5, 93:13, 93:16, 93:21, 93:24, 94:2, 94:16, 94:20, 95:3,

95:5, 95:7, 95:11, 95:12, 95:15, 95:19, 95:22, 95:24, 96:3, 96:5, 96:7, 96:9, 97:5, 97:15, 97:19, 97:22, 98:1, 98:3, 98:6, 98:11, 98:14, 98:18, 98:23, 99:3, 99:10, 99:14, 99:17, 99:22, 99:24, 100:2, 100:7, 100:9, 100:14, 100:21, 101:2, 101:5, 101:10, 101:12, 101:16, 101:20, 101:25, 102:7, 102:19, 102:23, 102:25, 103:3, 103:5, 103:7, 103:10, 103:14, 103:17, 103:20, 103:25, 104:2, 104:4, 104:8, 104:10, 104:19, 105:4, 105:6, 105:9, 105:17, 105:21, 105:25, 106:5, 106:7, 106:23, 107:6, 107:21, 108:2, 108:5, 108:20, 109:6, 109:8, 109:13, 109:21, 109:23, 110:13, 110:18, 110:20, 110:22, 110:24, 111:1, 111:5, 111:11, 111:15, 111:18, 111:22, 111:25, 112:3, 112:5, 112:7, 112:8, 112:12, 112:15, 112:25, 113:3, 113:7, 113:9, 113:12, 113:17, 113:19, 115:2, 115:6, 115:8, 115:10, 115:12, 115:17, 115:21, 115:23, 115:25, 116:7, 116:9, 116:12, 116:16, 116:19, 117:14, 117:25, 118:12, 118:21, 119:4, 119:8, 119:11, 119:17, 119:21, 120:16, 120:19, 120:21, 121:1, 121:9, 121:23, 122:9, 122:14, 122:17, 123:2,

123:5, 123:9,
123:14, 123:19,
123:21, 123:24,
124:3, 124:8,
124:10, 124:14,
125:2, 125:5, 125:8,
125:12, 125:19,
126:10, 126:15,
126:23, 127:1,
127:6, 128:9,
128:25, 129:3,
129:12, 129:16,
129:21, 129:25,
130:6, 130:9, 130:12
**theirs** [1] - 39:18
**themselves** [4] -
53:16, 55:15, 55:18,
67:1
**THERE** [1] - 7:23
**thereafter** [2] - 39:19,
46:10
**therefore** [1] - 35:12
**they've** [4] - 33:19,
50:17, 80:20, 102:13
**Thierens** [1] - 91:9
**THIERENS** [2] - 9:4,
9:5
**thinking** [5] - 43:22,
47:14, 55:1, 82:25,
96:17
**thinks** [4] - 24:19,
83:5, 110:24, 125:21
**third** [3] - 21:20,
117:4, 117:11
**third-party** [2] - 117:4,
117:11
**THIS** [2] - 1:9, 8:17
**Thompson** [9] - 17:8,
17:17, 19:1, 19:4,
19:18, 22:16, 27:7,
27:13, 29:6
**Thorseth** [1] - 102:10
**THORSETH** [1] -
102:10
**THORSETH**..............
..........................[1]
- 10:9
**thoughts** [1] - 108:9
**three** [8] - 15:16,
34:24, 59:2, 73:5,
73:22, 100:6, 122:6
**thrown** [2] - 31:9, 43:1
**thrust** [2] - 30:15,
120:9
**thumb** [1] - 81:19
**Thursday** [5] - 14:14,
101:17, 103:22,
113:5, 125:23
**Tim** [2] - 109:4, 109:5
**TIME**..........................

..............[1] - 9:7
**timing** [1] - 101:19
**TO** [6] - 1:9, 10:22,
11:3, 12:4, 106:3,
110:7
**today** [20] - 15:20,
31:15, 34:2, 34:20,
36:7, 45:6, 47:9,
47:10, 50:11, 52:2,
52:9, 52:11, 54:16,
89:25, 103:25,
106:8, 107:14,
107:16, 107:17
**today's** [1] - 41:2
**together** [14] - 29:2,
47:13, 49:10, 50:8,
52:1, 53:10, 54:8,
64:15, 88:21,
122:24, 123:2,
125:16, 125:18,
128:25
**Tommy** [2] - 95:8,
95:21
**tommy** [1] - 95:22
**TOMMY** [1] - 9:13
**tomorrow** [1] - 34:2
**tonight** [1] - 46:11
**Tony** [9] - 51:21,
52:20, 52:22, 54:11,
74:18, 74:19, 96:25,
108:24, 119:24
**took** [3] - 61:19,
62:18, 74:7
**top** [2] - 92:24, 124:22
**Topic** [4] - 22:1, 24:2,
25:9, 26:17
**topic** [10] - 18:5,
18:13, 18:15, 19:4,
22:20, 24:1, 28:22,
39:2, 51:22, 73:17
**Topics** [3] - 17:8,
17:19, 18:22
**topics** [4] - 22:6, 29:4,
29:5, 29:6
**TORTS** [1] - 2:8
**total** [1] - 42:21
**totally** [1] - 23:3
**touch** [3] - 26:23,
50:10, 88:1
**towards** [2] - 49:25,
116:3
**TOWER** [1] - 4:4
**town** [1] - 126:5
**track** [7] - 48:9, 61:8,
89:20, 127:25,
128:2, 128:4, 128:14
**tracks** [1] - 128:18
**tractor** [1] - 83:17
**tractor-trailer** [1] -
83:17

**trade** [3] - 56:22,
57:20, 58:14
**traditional** [1] - 19:23
**traffic** [2] - 48:18,
83:19
**Trahan** [2] - 105:1,
105:7
**TRAHAN**..................
..........................[1] -
10:13
**trailer** [1] - 83:17
**TRANSCRIPT** [2] -
1:12, 6:12
**transcript** [2] - 116:2,
130:20
**TRANSOCEAN** [5] -
2:19, 2:19, 2:21,
5:19, 8:15
**Transocean** [50] -
14:10, 14:22, 20:14,
21:15, 22:8, 24:7,
25:20, 32:16, 33:7,
33:23, 34:13, 34:15,
34:22, 37:6, 46:17,
61:10, 61:21, 61:25,
62:25, 63:12, 64:4,
64:5, 71:17, 71:19,
72:6, 76:13, 81:3,
82:3, 82:5, 82:7,
82:10, 94:12, 94:13,
95:8, 104:5, 104:22,
105:15, 106:13,
106:15, 107:11,
107:12, 107:17,
107:18, 107:20,
108:14, 109:1,
109:2, 110:5,
110:10, 117:5
**TRANSOCEAN'S** [1] -
7:19
**Transocean's** [2] -
61:6, 109:14
**travel** [3] - 38:7, 74:23,
100:23
**traveling** [1] - 89:13
**treat** [1] - 116:8
**trial** [8] - 17:24, 23:19,
53:25, 116:25,
119:22, 119:23,
120:4, 121:2
**TRIAL** [2] - 10:25
**tried** [5] - 73:21, 83:7,
83:16, 89:16, 126:14
**troops** [1] - 116:2
**trouble** [2] - 32:8,
107:4
**troubling** [1] - 24:18
**true** [6] - 41:9, 57:25,
66:16, 126:20,
127:4, 130:20

**trust** [2] - 51:15, 55:24
**trusted** [1] - 86:5
**truth** [1] - 102:17
**try** [21] - 23:23, 30:16,
46:19, 53:7, 54:8,
64:20, 75:2, 75:4,
75:5, 76:11, 94:20,
100:25, 102:3,
102:15, 102:22,
103:2, 106:11,
122:22, 122:24,
123:2
**trying** [16] - 23:2,
37:24, 38:4, 38:6,
43:10, 43:15, 49:9,
52:14, 57:7, 64:21,
69:24, 69:25, 79:24,
97:7, 97:14, 110:11
**Tuesday** [9] - 14:1,
17:4, 32:24, 33:11,
33:15, 34:21,
109:19, 122:13,
122:23
**Turlak** [5] - 62:22,
62:23, 63:1, 63:6,
63:8
**TURLAK** [1] - 62:22
**TURLAK**....................
..........................[1] -
8:1
**turn** [2] - 21:5, 67:8
**turns** [1] - 84:22
**two** [34] - 17:7, 17:17,
17:25, 18:1, 22:20,
31:11, 38:14, 39:7,
43:14, 61:21, 68:15,
70:1, 73:4, 74:20,
76:15, 76:16, 79:22,
80:9, 80:17, 95:1,
97:1, 97:3, 98:1,
98:8, 100:5, 103:12,
103:14, 103:19,
106:17, 108:5,
113:21, 120:2,
128:18
**two-day** [1] - 103:14
**two-day/one-day** [1] -
95:1
**two-hour** [1] - 76:15
**TX** [7] - 3:21, 3:25,
4:5, 4:17, 5:18, 5:25,
6:5
**type** [5] - 43:2, 68:20,
82:22, 127:24,
128:17
**types** [1] - 26:10

# U

**U.S** [4] - 2:7, 5:11,
15:1, 15:17
**ultimately** [2] - 67:2,
125:4
**unaware** [1] - 33:13
**under** [23] - 16:25,
28:4, 32:2, 37:11,
42:16, 49:3, 62:20,
65:8, 68:22, 84:12,
91:11, 98:19,
108:14, 111:21,
111:22, 112:3,
113:23, 114:11,
116:2, 116:6, 117:6,
117:9
**UNDERHILL** [14] - 2:8,
12:16, 48:20, 48:23,
49:2, 49:15, 50:13,
51:15, 116:17,
116:20, 118:1,
118:17, 119:6,
119:15
**Underhill** [4] - 12:16,
116:17, 117:15,
117:18
**underscore** [1] - 97:2
**understood** [7] -
19:14, 19:25, 22:10,
22:11, 53:9, 58:10,
92:2
**undertake** [1] - 108:22
**undertakings** [1] -
118:4
**underway** [1] - 72:15
**underwriters** [1] -
82:12
**UNDERWRITERS** [1] -
5:20
**unfortunately** [1] -
48:21
**UNIDENTIFIED** [2] -
46:5, 93:10
**unique** [3] - 41:14,
43:12, 53:13
**UNITED** [3] - 1:1, 1:13,
7:10
**United** [13] - 14:14,
36:21, 37:4, 37:8,
37:10, 37:12, 38:10,
38:21, 40:19, 43:11,
118:23, 130:19,
130:24
**unless** [4] - 14:23,
86:2, 118:25, 129:25
**unmanageable** [1] -
124:18
**UNNAMED** [1] - 9:17

unnamed [1] - 97:9
unprecedented [1] - 18:3
unrelated [1] - 23:11
unrepresented [1] - 66:5
unspecified [2] - 94:8, 94:9
unusual [1] - 40:15
UP [1] - 7:12
up [61] - 15:2, 15:21, 16:2, 22:3, 24:19, 32:8, 32:21, 34:23, 36:7, 36:20, 38:9, 40:14, 40:18, 40:25, 41:1, 44:24, 49:16, 52:20, 52:23, 59:3, 60:14, 60:16, 60:20, 67:4, 70:24, 73:25, 74:1, 74:13, 74:19, 78:13, 79:5, 80:4, 81:10, 81:13, 83:4, 83:8, 83:14, 87:14, 88:11, 88:15, 91:4, 92:7, 98:20, 106:7, 107:14, 108:19, 109:17, 110:9, 111:19, 111:23, 113:19, 119:20, 119:21, 120:15, 123:6, 124:10, 124:22, 125:20, 127:14, 130:9
update [6] - 27:16, 48:8, 49:13, 51:13, 98:16, 104:6
updated [1] - 128:13
uploaded [2] - 13:16
upstairs [1] - 66:1
urgency [1] - 53:24
urgent [2] - 41:11, 41:19
US [7] - 45:16, 89:23, 90:3, 90:6, 117:21, 118:14, 121:22
USA [1] - 4:8
USCG [2] - 15:15, 16:12
useful [1] - 28:2
usual [1] - 122:23

## V

valid [1] - 66:10
value [1] - 51:11
various [4] - 26:11, 34:6, 42:10, 120:18
Vector [2] - 81:8, 81:9, 81:12

VECTOR [1] - 8:14
ventilate [1] - 31:17
VERITAS [1] - 5:16
version [2] - 69:3, 69:4
versus [2] - 20:21, 29:5
vessel [1] - 108:14
Via [3] - 83:12, 83:16, 83:21
Victor [1] - 81:15
videoed [1] - 17:24
Vidrine [1] - 78:14
VIDRINE.................
..................... [1] - 8:10
view [7] - 55:14, 66:6, 69:16, 102:17, 108:16, 117:23, 121:1
Vioxx [1] - 68:5
vis [2] - 117:5
vis-a-vis [1] - 117:5
visit [1] - 23:22
VOICES [1] - 130:5
volume [1] - 23:16
volunteer [1] - 85:14
volunteered [1] - 127:2
Von [1] - 16:4

## W

wait [3] - 105:22, 120:14, 127:19
waiting [4] - 14:22, 67:4, 125:15, 125:17
WALKER [1] - 5:11
Walsh [1] - 72:19
WALT [1] - 9:25
Walt [1] - 99:18
WALTHER [1] - 3:16
wants [12] - 15:10, 27:22, 29:16, 33:14, 45:21, 55:9, 67:24, 71:17, 81:2, 101:14, 102:3, 117:14
warranties [1] - 30:13
WARREN [1] - 4:10
WAS [1] - 7:23
WASHINGTON [1] - 4:11
Watts' [1] - 95:2
WAYNE [1] - 5:12
WE [1] - 7:12
Weatherford [17] - 22:8, 45:22, 46:1, 46:2, 46:4, 82:24, 84:9, 84:10, 84:14,

84:17, 85:2, 85:7, 85:9, 93:9, 95:17, 111:20, 115:19
WEATHERFORD [2] - 5:11, 7:13
Weatherford's [1] - 85:2
WEATHERFORD.......
.................................
.... [1] - 8:16
Wednesday [6] - 14:1, 17:4, 33:11, 34:21, 82:13, 109:20
week [37] - 14:5, 14:13, 40:20, 42:9, 42:12, 61:7, 61:17, 62:10, 62:18, 63:4, 63:8, 65:23, 70:5, 70:12, 73:2, 73:10, 73:15, 78:21, 78:24, 81:16, 87:18, 89:19, 93:22, 93:25, 94:5, 97:2, 98:13, 99:19, 100:4, 102:2, 110:19, 111:14, 112:8, 121:5, 122:20, 122:22
week's [2] - 59:8, 64:15
weekend [3] - 31:21, 45:15, 109:19
weeks [3] - 33:3, 38:14, 121:12
WEIGEL [1] - 4:20
WEIL [1] - 5:8
welcome [2] - 27:1, 64:9
WELL [1] - 9:9
WERE [1] - 8:17
whatnot [1] - 42:19
wheel [2] - 51:20, 51:22
wheeler [5] - 70:19, 71:2, 71:7, 73:10, 78:8
wheeler's [2] - 71:16, 76:14
WHEELER................
..................... [1] - 8:3
WHEN [1] - 7:12
WHEREUPON [2] - 86:9, 130:14
WHETHER [1] - 7:23
whipping [1] - 50:23
Whitby [1] - 94:6
WHITBY...................
..................... [1] - 9:11
White [4] - 41:12,

41:16, 43:9, 43:13
WHITELEY [1] - 2:15
whittle [2] - 124:24, 124:25
whole [5] - 67:22, 105:14, 116:20, 126:17
Wild [1] - 92:13
WILD [1] - 9:9
WILL [1] - 8:20
WILLIAM [1] - 6:3
willing [3] - 38:12, 89:22, 90:15
wish [1] - 26:22
wished [1] - 19:22
withdraw [1] - 95:7
withheld [4] - 33:23, 34:1, 34:16, 55:19
withhold [1] - 33:25
witness [32] - 18:2, 18:4, 18:6, 18:12, 18:14, 18:15, 18:16, 21:3, 21:4, 21:8, 21:9, 21:10, 21:19, 21:20, 23:7, 24:20, 25:13, 27:11, 28:13, 35:12, 36:1, 79:12, 79:19, 80:16, 97:9, 98:24, 108:16, 109:24, 110:11, 125:10, 125:14
WITNESS [1] - 11:5
witness' [2] - 62:24, 71:5
witnesses [25] - 17:17, 17:25, 18:1, 19:8, 20:18, 28:21, 29:1, 32:19, 36:4, 63:2, 70:19, 78:10, 80:24, 84:13, 84:16, 84:17, 85:1, 106:2, 107:8, 107:10, 107:12, 108:6, 109:15, 110:5, 111:13
WITTMANN [1] - 3:16
woke [1] - 32:21
wondering [3] - 116:1, 120:19, 127:23
word [2] - 28:20, 63:23
words [4] - 17:20, 18:13, 23:13, 72:4
works [2] - 127:16, 128:6
WORLDWIDE [1] - 5:5
worried [1] - 55:6
worry [3] - 31:22, 48:24, 56:24
worse [1] - 50:2

wow [1] - 129:10
wrap [1] - 44:24
WRIGHT [1] - 1:16
Wright [2] - 112:10, 112:12
WRIGHT...................
..................... [1] - 10:21
wrinkles [1] - 120:11
write [1] - 103:8
writing [1] - 24:21
written [3] - 39:7, 44:13, 95:18
wrongful [1] - 82:8
wrote [2] - 22:3, 86:15

## Y

y'all [1] - 104:12
year [2] - 70:1, 88:23
Year's [1] - 113:24
years [3] - 24:23, 26:11, 70:2
yell [1] - 113:21
yesterday [16] - 32:21, 33:5, 34:23, 35:2, 35:19, 52:25, 73:25, 76:16, 82:16, 95:13, 95:16, 104:21, 106:4, 106:14, 107:8, 112:17
Yilmaz [1] - 90:13
YILMAZ...................
..................... [1] - 9:1
YORK [34] - 3:24, 4:21, 5:9, 12:22, 12:25, 15:25, 39:3, 44:3, 44:8, 59:6, 59:22, 60:11, 75:14, 81:6, 81:12, 82:1, 89:5, 89:10, 95:14, 97:6, 97:18, 97:20, 97:23, 98:2, 98:5, 98:7, 98:12, 102:24, 103:12, 104:15, 116:15, 122:2, 126:13, 126:18
York [10] - 12:21, 15:25, 39:3, 44:3, 59:6, 81:6, 97:6, 111:13, 122:2, 126:8
York's [1] - 64:7
Young [5] - 104:7, 104:8, 104:16, 109:10, 109:12
young [1] - 104:19
YOUNG...................
..................... [2] - 10:11, 10:16

**yourself** [2] - 96:23, 123:2

## Z

**ZERINGUE** [8] - 5:12, 95:17, 95:21, 95:23, 96:1, 96:4, 96:6, 96:8