UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

**This document relates to:**

CASE NO. 2:10-cv-08888-CJB-SS

MDL No. 2179

SECTION "J"

JUDGE CARL J. BARBIER

MAGISTRATE SALLY SHUSHAN

## NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE, OF PLAINTIFF, YSCLOSKEY YAT CLUB, L.L.C.'S CLAIMS AGAINST ALL DEFENDANTS

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff, Yscloskey Yat Club, L.L.C., hereby voluntarily dismisses, with prejudice, all of its claims against all defendants.

The parties are to bear their own attorneys' fees and costs.

Dated July 6, 2011.

Respectfully submitted,

**BRIAN REBOUL & ASSOCIATES, L.L.C.**

By: ___/s/ Brian Reboul___
Brian L. Reboul, Esq.
Louisiana Bar No. 02064
2805 Division Street, Suite 102
Metairie, Louisiana 70002
Tel: (504) 457-2557 Fax: (504) 457-2559
Email: brian@reboullaw.com

*Attorney for Plaintiff,*
*Yscloskey Yat Club, L.L.C.*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 8th day of July 2011, served a copy of the foregoing pleading on counsel for all parties by:

( ) Hand Delivery         ( ) Prepaid U. S. Mail

(X) Facsimile/Email       ( ) UPS/Federal Express

/s/ Brian L. Reboul
**BRIAN L. REBOUL**