

June 30, 2011

Re:   MDL No. 2179
      In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
      In the Gulf of Mexico on April 20, 2010

Honorable Sally Shushan
Magistrate Judge
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room B-345
New Orleans, Louisiana 70130

Dear Judge Shushan:

    We write to request an additional 110 minutes, for a total of 185 minutes, for the deposition of Mike Byrd, whose deposition is scheduled for July 13 and 14.

    Mr. Byrd is the designated Rule 30b6 witness for BP on BOP topics and as such will be addressing nine separate topics related to BP's institutional knowledge, policies and practices related to BOP's.

    Given the number of discrete topics that Mr. Byrd will address and the singular significance of those topics to Cameron's defenses, Cameron anticipates that it will not be able to complete its questioning in the time presently allotted to it, now 75 minutes. Additionally, we note that this request is in line with others' requests concerning Rule 30b6 witnesses, for example, BP requested and obtained an extra 110 minutes for its questioning of the Cameron Rule 30b6 witness, David McWhorter. (Rec. d. 3031)

    Cameron will inquire of other parties to see if anyone will cede time to it and report to the Court. However, in the event that it is not able to obtain the 110 minutes from others, Cameron requests that the Court adjust the time allocation accordingly.

Sincerely yours,

David J. Beck

David J. Beck
dbeck@brsfirm.com

One Houston Center
1221 McKinney Street, Suite 4500 ~ Houston, Texas 77010
Telephone 713.951.3700 ~ Facsimile 713.951.3720
www.brsfirm.com

383.00206/482962.v1