UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig            MDL NO. 2179
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010              SECTION J

Applies to: *All Cases*                    JUDGE BARBIER
                                           MAGISTRATE JUDGE SHUSHAN

# ORDER

**[Requests for Additional Time for Ambrose]**

With regard to the deposition of Bill Ambrose, the order of July 6, 2011 (Rec. doc. 3140) is amended and the fifteen hours for his deposition shall be allotted as follows:

| | |
|---|---|
| Plaintiffs | 240 minutes |
| United States | 70 minutes |
| States | 20 minutes |
| Halliburton | 70 minutes |
| Transocean | 70 minutes |
| BP | 250 minutes |
| Cameron | 120 minutes |
| Anadarko | 25 minutes |
| MOEX | 10 minutes |
| Weatherford | 15 minutes |
| M-I Swaco | 10 minutes |
| Drill Quip | 0 minutes |
| | 900 minutes |

New Orleans, Louisiana, this 7th day of July, 2011.

SALLY SHUSHAN
United States Magistrate Judge