IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ' ' ' ' ' | MDL NO. 2179  SECTION: J |
| This Document Relates to: *11-cv-00913; 10-cv-04427* | ' ' | JUDGE BARBIER  MAG. JUDGE SHUSHAN |

## ORDER

**IT IS HEREBY ORDERED** that Michael E. Pierce (Texas State Bar No. 24039117) of ARNOLD & ITKIN LLP, 1401 McKinney St., Suite 2550, Houston, Texas 77010, be enrolled as additional counsel on behalf of Plaintiffs in the above numbered and entitled actions.

New Orleans, Louisiana this 7th day of July, 2011.

_____
United States District Judge