IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ' ' ' ' ' | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates to:<br>*11-cv-00913; 10-cv-04427; 11-cv-00261; 11-cv-00262* | ' ' ' | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## ORDER

**IT IS HEREBY ORDERED** that Guy L. Womack (Texas State Bar No. 00788928) and Geoff Womack (Texas State Bar No. 24047136) of GUY L. WOMACK & ASSOCIATES, P.C., 402 Main St., Sixth Floor, Houston, Texas 77002, be enrolled as additional counsel on behalf of Plaintiffs in the above numbered and entitled actions.

New Orleans, Louisiana this 7th day of July, 2011.

_____
United States District Judge