UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| This Document Relates to: | SECTION: J |
| C.A. No. 3:10-CV-274-MCR-EMT | JUDGE BARBIER |
| | MAGISTRATE SHUSHAN |

To the Clerk of this court and all parties of record:

Enter my appearance (Jeffrey A. Breit) as counsel in this case for:

**Michelle West**

individually and on behalf of all others similarly situated

I certify that I am admitted to practice in this court.

Dated: New Orleans, Louisiana
July 6, 2011

                          BREIT DRESCHER IMPREVENTO & WALKER

                          By:_____/s/JAB_____
                          Jeffrey A. Breit
                          Breit Drescher Imprevento & Walker
                          Towne Pavilion Center II
                          600 22nd Street, Suite 402
                          Virginia Beach, VA  23451

                          *Attorneys for Plaintiffs*

HANLY CONROY BIERSTEIN SHERIDAN
FISHER & HAYES LLP

By: s/ Mitchell M. Breit
Mitchell M. Breit
112 Madison Avenue, 7th floor
New York, N.Y. 10016

*Attorneys for plaintiff*