UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * | MDL NO. 2179 |
| THIS DOCUMENT RELATES: | * * | SECTION J |
| Lane Brabner v. BP America Production Company Case No. 2:11-cv-00896 | * * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

### NOTICE OF APPEARANCE

Steve Olen of the law firm of Cunningham Bounds, LLC files his Notice of Appearance as additional counsel for Plaintiff Lane Brabner.

/s/ Steve Olen
STEVE OLEN  (OLENS7621)
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama  36604
251-471-6191
251-479-1031 (fax)
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

     I hereby certify that on July 8, 2011, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through Lexis Nexis to all counsel of record.

                                                      /s/ *Steve Olen*
                                                      STEVE OLEN