UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * | MDL NO. 2179 |
| THIS DOCUMENT RELATES: | * * | SECTION J |
| Lane Brabner v. BP America Production Company Case No. 2:11-cv-00896 | * * * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF APPEARANCE

William E. Bonner of the law firm of Cunningham Bounds, LLC files his Notice of Appearance as additional counsel for Plaintiff Lane Brabner.

/s/ William E. Bonner
WILLIAM E. BONNER  (BONNW5242)
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama  36604
251-471-6191
251-479-1031 (fax)
Attorneys for Plaintiff

-1-

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2011, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through Lexis Nexis to all counsel of record.

/s/ *William E. Bonner*
WILLIAM E. BONNER