## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | |
| "DEEPWATER HORIZON" IN THE | * | MDL NO. 2179 |
| GULF OF MEXICO ON APRIL 20, 2010 | * | |
| | * | SECTION J |
| THIS DOCUMENT RELATES: | * | |
| | * | JUDGE BARBIER |
| John F. Ladd, Jr. v. BP America | * | |
| Production Company | * | MAGISTRATE JUDGE SHUSHAN |
| Case No. 2:11-cv-00902 | * | |

### NOTICE OF APPEARANCE

Steve Olen of the law firm of Cunningham Bounds, LLC files his Notice of Appearance as

additional counsel for Plaintiff John F. Ladd, Jr.

/s/ Steve Olen
STEVE OLEN  (OLENS7621)
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama  36604
251-471-6191
251-479-1031 (fax)
Attorneys for Plaintiff

-1-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 8, 2011, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through Lexis Nexis to all counsel of record.

*/s/ Steve Olen*
STEVE OLEN