UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| THIS DOCUMENT RELATES: | * * | JUDGE BARBIER |
| John F. Ladd, Jr. v. BP America Production Company Case No. 2:11-cv-00902 | * * * | MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF APPEARANCE

Steven L. Nicholas of the law firm of Cunningham Bounds, LLC files his Notice of Appearance as additional counsel for Plaintiff John F. Ladd, Jr.

                                                                */s/ Steven L. Nicholas*
                                                                 STEVEN L. NICHOLAS  (NICHS2021)
                                                                 Cunningham Bounds, LLC
                                                                 1601 Dauphin Street
                                                                 Mobile, Alabama  36604
                                                                 251-471-6191
                                                                 251-479-1031 (fax)
                                                                 Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2011, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through Lexis Nexis to all counsel of record.

/s/ Steven L. Nicholas
STEVEN L. NICHOLAS