MINUTE ENTRY
BARBIER, J.
May 26, 2011
JS-10: 46 minutes.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG        :   MDL NO. 2179
   "DEEWATER HORIZON" in the     :
   GULF OF MEXICO, on         :
   APRIL 20, 2010           :   SECTION: J

                     :   JUDGE BARBIER
                     :   MAG. JUDGE SHUSHAN

**COURTROOM DEPUTY:**           **COURT REPORTER:**
**EILEEN STENSRUD**            **CATHY PEPPER**

FRIDAY, JULY 8, 2011 9:30 A.M.
JUDGE CARL J. BARBIER PRESIDING

## STATUS CONFERENCE

Plaintiffs' Liaison Counsel, Defense Liaison Counsel, and Government Coordinating Counsel introduced themselves to the Court. The matters listed below were discussed:

The Court briefly mentioned recently issued Orders.

BP Counsel Andy Langan reported on the status of recent conditional transfer orders and number of active cases within the MDL.

The Court reported on the number of short-form joinders filed into 10-8888.

BP Counsel Andy Langan reported on the approximately 31 cases that are pending in various state courts.

BP Counsel Andy Langan reported on the status of MDL 2185 before Judge

1

Ellison in the Southern District of Texas.

BP Counsel Don Haycraft provided an update on the continued progress of written and deposition discovery.

BP Counsel Rob Gasaway and Department of Justice Attorney Mike Underhill reported that the testing of the blowout preventer was completed on June 21, 2011, and that the testing data is in the hands of the parties.

Department of Justice Attorney Mike Underhill reported on the status of the testing of the cement.

BP Counsel Andy Langan and Plaintiff Counsel Steve Herman presented a joint proposed case management order for the Vessels of Opportunity cases.

BP Counsel reported on the status of insurance-coverage cases and the recently issued Case Management Order governing these cases.

Plaintiff Counsel Steve Herman reported on the status of discussions with BP to create a process for pro se litigants to dismiss or amend their short-form joinders.

BP Counsel Rob Gasaway discussed an uncontested Motion for Testing of Samples (Rec. Doc. 3143). IT IS ORDERED that the Motion is GRANTED.

The Court will sign a Stipulated Order reached by the parties regarding MOEX's Motions to Dismiss or in the Alternative Bifurcate Alter Ego Claims (Rec. Docs. 2757 and 2761).

BP Counsel Rob Gasaway discussed an uncontested Motion for Confirmation of Non-Applicability of Preservation Obligations (Rec. Doc. 3149). IT IS ORDERED that the Motion is GRANTED.

The Court took under advisement BP's Motion to Stay Proceedings Between BP and Anadarko (Rec. Doc. 2169) and will decide the Motion on the briefs.

Responder Defendant Counsel Ted Tsekerides discussed six pending Motions for Entry of Default filed by Emergency Responders (Rec. Docs. 2097, 2098, 2099, 2101, 2102, and 2103). IT IS ORDERED that the Motions are GRANTED.

The Court takes the United States' Motion for Entry of Pretrial Order on Confidentiality of Settlement Negotiations (Rec. Doc. 2564) under advisement.

3

The Court reported that the parties have submitted additional briefing on the trial plan for the February 2012 trial. The Court will issue an Order shortly which will largely adopt the Trial Plan proposed by Anadarko.

The next status conference will be held on FRIDAY, AUGUST 12, 2011 at 8:30 a.m.

The Court thanked counsel for their continued cooperation, both with each other and the Court.

Court adjourned at 10:16 a.m.

ATTORNEYS: See attached list.