# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–July 8, 2011

# PLEASE PRINT

| Name | Telephone | Client Name |
|------|-----------|-------------|
| Kerry Miller | 599-2194 | TO |
| Steve Roberts | 2136619865 | TO |
| Jim Dragon | 213 680 6400 | APC |
| Andie Beall | | BP |
| Andy Langford | | BP |
| Don Hope | | B |
| Don Haycraft | | BP |
| Tony Fitch | | BP |
| Steve Herman | | Plaintiffs |
| Don Godwin | 214-939-4412 | Halliburton |
| Alan York | " " " | Halliburton |
| Jenny Martinez | " " " | Halliburton |
| Phil Wittmann | 581-3200 | Cameron |
| Ted Tsekerides | 212-310-5218 | Seacor, O'Brien's + NRC |
| Luther Strange | | Alabama |
| Mike Underhill | 415-436-6648 | US |
| James P. Roy | 337-778-7892 | PSC |

# Attendance Record

## MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

### Status Conference–July 8, 2011

## PLEASE PRINT

| **Name** | **Telephone** | **Client Name** |
|---|---|---|
| Elaine & Frank Giesber | 830 557 6658 | — |
| Charlie Thomas | 504-274-2500 | |
| Chris Zainey | 985-876-7595 | TI |
| Tony West | | DOJ |
| Ben Mahnz | | DOT |
| No. Mariozzi | | DOT |
| Allan Kanner | 504 524 5777 | LA |
| Loretta Mince | 504 717-3921 | |

# Attendance Record

## MDL-2179 Oil Spill by the Oil Rig
## "Deepwater Horizon"

### Status Conference–July 8, 2011

## PLEASE PRINT

| **Name** | **Telephone** | **Client Name** |
|---|---|---|
| P.E. O'Keefe | 585-3200 | O'Brien's |
| Brian Barr | 572-2164 | PSC |
| Mark Seglor | 585-3371 | N/A |
| Rachel Clingman | 7134706189 | Transocea |
| DENNIEL MCGinley | 337-291-2431 | BRONDUM + other |
| Doug Kraus | 228-8687 | LA |
| Allan Kanner | 228-8687 | LA |
| GARY HEMPHILL | 584-9222 | SEACOR |

## Attendance Record

## MDL-2179 Oil Spill by the Oil Rig
## "Deepwater Horizon"

### Status Conference–July 8, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|------|-----------|-------------|
| John Allen Meade | 504 899 3337 | MDL 2K5 Penv. Ps |
| Barrett Stephens | 504 486 9999 | St. Bernard Parish Title 56 |
| Don Jackson | 713-655-6400 | Dril-Quip |
| Sarah D Himmelloch | 202 598-3339 | US States |
| Wade Langlois | 504 362 2466 | Jeff Parish |
| Andy Langan | 312 862 2064 | BP |
| Don Haycraft | 581 7979 | BP |
| Clay Garside | 669-4751 | Ms |
| MIKE ESPY | 601 613-167 | PSC |
| Ilingelwood Gordon | 504 888-4945 | Johnson Bros. |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig
## "Deepwater Horizon"

### Status Conference–July 8, 2011

## PLEASE PRINT

| **Name** | **Telephone** | **Client Name** |
|---|---|---|
| Don Godwin | (214) 939-4400 | Halliburton |
| Alan York | " | " |
| Jenny Martinez | " | " |
| Stefanie Major | " | " |
| Gary Russo | 337-262-9010 | Weatherford |
| Justin Bello | 225-485-1283 | " " |
| Travis Barton | (512) 495-6214 | Cameron |
| Carmelite Bertaut | 504-593-0898 | Cameron |
| Larry York | 5124956075 | Cameron |
| Matt Lundy | 337-439-0707 | PSC |
| David Bagwell | 251-928-2970 | plaintiff |
| Joss R. Cot | 524-5353 | Amicus |
| Keith Jarrett | 581-7979 | BP |
| Karen Gase | 281-366-4294 | BP |
| Julia LeMense | 212 585 5573 | PSC |
| CHRIS HANNAN | 504-866-8617 | UNDERWRITERS |
| JIMMY ROUSSEL | | |

## **Attendance Record**

## **MDL-2179 Oil Spill by the Oil Rig**
## **"Deepwater Horizon"**

### **Status Conference–July 8, 2011**

## **PLEASE PRINT**

| **Name** | **Telephone** | **Client Name** |
|---|---|---|
| JERRY MEUNIER | 522-2304 | PLAINTIFFS |
| Austin Marks | 525-8000 | Pl~ff3 |
| Robert Cunningham | 251471 6191 | PSC |
| Jake Ewer | 850 723 4466 | PSC |
| PETER BUTLER JR | 584-5427 | DA JACK ROWLEY (ST. BERNARD) |
| RICHARD PASSLER | '' | '' |
| SUSAN DROGIN | '' | |
| PAUL STERBERT | 888/500 | PSC |
| BEN ALLUMS | 3427-8506 | |
| Julia Reed Zaic | 949.525.0978 | 11s |
| Mikal Wetts | 210-315-4477 | PSC |
| Sabrina Canfield | 504 940-7794 | Press |
| David Straw | 504 261 6562 | Plaintiffs |
| H. FLANAGAN | 504 569-0235 | DRC/PSC |
| A. Holm | '' | '' |
| Ted Tsekerkes | 212 - 310 -8218 | Sean O'Rei's . NRC |
| Jim Roy | 337-278 1852 | PSC |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig
# "Deepwater Horizon"

### Status Conference–July 8, 2011

# PLEASE PRINT

| Name | Telephone | Client Name |
|------|-----------|-------------|
| Willie Singleton | 318 6315200 |  |
| Rob Sholars | 202 7019466 | BP |
| Jeff Breit | 757-658382 | PSC |
| Scott Summy | 214-384-1913 | PSC |
| Irma Espiro | 204 5213605 | PSC |
| Calvin Fayard | 2286644198 | PSC |
| Frank Lamothe | 985-299-6800 | T/S |
| Stuart Atwell | 214-922-7100 |  |
| Steve O'Rourke | 202 514-2779 | USA. |
| Rhon Jones | 2692343 | PSC |
| Cooper Shattuck |  | St Auf AL |
| Parker Miller |  | PSC |
| Blayne Honeycutt | 225-664-0304 | PSC |
| Michael Hingle + Assoc. | 985-641-6800 | TS |
| Chris Churchill | 504-849-2123 | St. Joe Company |
| Camilla Hassinger | 504 525 6802 | STATE of LA |
| Laurin Jacobsen | 504 595 6191 | Delacroix |

## Attendance Record

## MDL-2179 Oil Spill by the Oil Rig
## "Deepwater Horizon"

### Status Conference–July 8, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|------|-----------|-------------|
| J. B. Tapter | 713-248-9319 | M-I |
| Dennis Reich | 713-622-7271 | BIS |
| Rob Gasaway | (202) 879-5125 | BP |
| Kyle Moran | (228) 679-1305 | Underwriters, Lloyds |
| Ryan Babiuch | (512) 862-7003 | BP |
| Brett Powers | 337-494-0599 | TT |
| Kevin Dean | 843-834-1130 | T |
| Mitchell Bleir | 212 784 6422 | TT |
| Ian Goforth | 713 651 0002 | Transocean |
| Alvarez, Mekel | 304-599-3385 | TT |
| Kerry Miller | 504.525.8100 | TT |
| John Tomlinson | 334-269-2343 | TT |
| John deGravelles | 225 344.3735 | T |
| Robin Greenwald | 212 558 5802 | PSC |
| Merritt Cunningham | 228.294.6100 | DI |
| | | |
| Robert Holden | 504 582 4180 | BP |

## Attendance Record

## MDL-2179 Oil Spill by the Oil Rig
## "Deepwater Horizon"

### Status Conference–July 8, 2011

### PLEASE PRINT

| Name | Telephone | Client Name |
|------|-----------|-------------|
| Michael C Palminter | 225 358 8800 | RSC |
| Ervin Gonzalez | (305) 476-7400 | ASC |
| Debborah C. Winters | 757-357-4814 | LML WORKGROUP FOR PSC |
| Elizabeth Cabraser | 415 806 2100 | PSC |
| WILLIAM J. STRADLEY | 713-654-1122 | MDL 2185 Individual Investors |
| Kerry Grinaldi | 713 353 3800 | BP |
| Dan O. Goodwin | 415 591 6000 | BP |
| Walter J. Leger Jr. | 504-588-9043 | BP |
| Jeffrey L Coeil | 337-831-1377 | Airborne Support, Inc. |
| Phil Cossin | 504 394 4000 | Plaintiffs |
| Frent Coon | 409 686 0837 | Q |
| Robert G. Stassi | (504) 585-3846 | MOEX |
| Skip Whitlow | 504 561-0400 | Dynamic |
| Ryan Ingraham | 251 377 4711 | BP |
| Josh Palminter | 225 344 3735 | RSC |
| Sam Rosaind | 504-568 1937 |  |
| ED FLANDERS | (646) 320-5486 | MOEX |

# Attendance Record

## MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

### Status Conference–July 8, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|------|-----------|-------------|
| MARK GLAGO | (504) 599-8666 | TBS |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |