UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: Oil Spill by the Oil Rig "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | CIVIL ACTION<br><br>MDL NO.: 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO:<br>11-58 | Hon. Carl J. Barbier<br>Mag. Judge Sally Shushan |

## ORDER

Considering the foregoing motion filed by Petitioners in Limitation,

IT IS HEREBY ORDERED that a default of all persons claiming damage for any loss, damage, injury or death arising out of or occurring on the voyage of the M/V MONICA ANN, which began at Mississippi Canyon Block 211, Gulf of Mexico, at approximately 2210 hours on April 20, 2010, as it transited to render emergency response assistance to the DEEPWATER HORIZON, and which voyage terminated when the M/V MONICA ANN arrived back at the aforementioned location at approximately 1145 hours on April 22, 2010, as more fully described in the Complaint herein, who have not heretofore filed both their Claims and Answers, or have been granted by the Court an extension of time in which to file both Claims and Answers, be and

- 2 -

is hereby noted and entered; and all persons in default be, and they are hereby, barred from filing any claims and answers in this proceeding.

New Orleans, Louisiana this 8th day of July, 2011.

_____
United States District Judge