# EXHIBIT A

**IN RE: OIL SPILL by "Deepwater Horizon"**

MDL 2179                    SECTION: J                    HON. CARL J. BARBIER

## VoO CONTRACT CLAIM PLAINTIFF FACT SHEET

Last Name _____

First Name _____

Middle/Maiden _____    Suffix _____

Street Address _____

City/State/Zip _____

Phone Number _____ Email Address _____

Employer Name _____

Job Title/Description _____

Business Address _____

Business City/State/Zip _____

Attorney Name _____

Law Firm _____

Attorney Address _____

Attorney City/State/Zip _____

Original Case Caption (if applicable) _____

Originating Court _____

Original EDLA Civil Action No./Short Form 10-8888 Doc. Ref. No. _____

Did you serve a PPF in MDL 2179: \_\_\_ yes \_\_\_ no

If yes, date of PPF _____

Claim Filed with BP \_\_\_\_ yes \_\_\_\_ no    If yes, BP Claim No. _____

Claim Filed with GCCF ___ yes ___ no     If yes, GCCF Claimant ID No. _____

VoO Master Vessel Charter Agreement Number _____

Date of Contract _____

Vessel Name_____

Daily Vessel Rate _____

Dates Instructed to Work _____

From Whom Instruction to Work was Received _____

Wages received to date _____

Did you receive safety training ___ yes ___ no  If yes, when? _____

Was any vessel decontamination performed?  ___ yes ___ no

      If yes, date of decontamination _____

Was vessel decontamination completed? ___ yes ___ no

      If yes, date of decontamination completion _____

Did you receive charter termination notification? ___ yes ___ no

      If yes, date received _____

Did your vessel sustain damage?  ___ yes ___ no

Brief Description / Primary Valuation of Claim other than information provided above:

_____

_____

_____

_____       _____
**Attorney / VoO Plaintiff Signature**                                **Date**

_____
**Print Name**