# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:** **Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL No. 2179**<br><br>**SECTION: J** |
| **Applies to:** *All Cases*. | * * | **JUDGE BARBIER**<br>**MAGISTRATE SHUSHAN** |
| * * * * * * * * | * | |

## STIPULATION AND AGREED-UPON ORDER REGARDING "ALTER EGO" OR "VEIL PIERCING" CLAIMS AGAINST MOEX USA CORPORATION AND MITSUI OIL EXPLORATION CO., LTD.

WHEREAS, claims in the above-captioned matter have been consolidated in this District by order of the U.S. Judicial Panel on Multi-District Litigation dated August 10, 2010 (Doc. 1); and

WHEREAS, this Court ordered that certain matters before it in these proceedings be tried beginning on February 27, 2012; and

WHEREAS, the Court indicated on October 6, 2010 (Doc. 473) that the trial commencing February 27, 2012 would be restricted to the issues of liability and limitation, with issues relating to damages to be severed and tried separately; and

WHEREAS, by Order dated October 8, 2010 (Doc. 506), the Court constituted a Plaintiffs' Steering Committee and vested it with authority respecting the oversight, direction and coordination of these proceedings on behalf of the various Plaintiffs before the Court; and

WHEREAS, the Plaintiffs' Steering Committee, through undersigned Liaison Counsel, are authorized to act generally for Plaintiffs with respect to administrative matters and with respect to non-administrative matters subject to Court approval;  and,  in particular, with respect to this Stipulation and Agreed-Upon Order; and

WHEREAS, MOEX Offshore 2007 LLC ("MOEX Offshore") was a party to the Macondo

Prospect Offshore Deepwater Operating Agreement with BP Exploration & Production, Inc., Anadarko Petroleum Corporation and Anadarko E&P Company LP;

WHEREAS, MOEX USA Corporation ("MOEX USA") is the parent company of MOEX Offshore; and

WHEREAS, Mitsui Oil Exploration Co., Ltd. ("MOECO") is the parent company of MOEX USA; and

WHEREAS, MOECO was served with the B1 Bundle Amended Complaint (Doc 1128) on June 20, 2011, but has not yet appeared in any action before this Court; and

WHEREAS, MOEX Offshore, MOEX USA and MOECO have been named as defendants in various cases consolidated before this Court, including among others the Bundle B1 Amended Complaint (Doc. 1414), the Bundle B3 Amended Complaint (Doc. 1812), and the Bundle C Voluntary Complaint (Doc. 1510) and certain of the Bundle A Complaints; and

WHEREAS, MOECO has not been served with any complaint other than the Bundle B-1 Amended Complaint; and

WHEREAS, the aforementioned complaints allege, among other things, in various terms, that MOEX Offshore is not a distinct corporate entity, but rather is dominated and controlled by MOEX USA and/or MOECO; that MOEX Offshore and MOEX USA are each the "agent/alter ego" of MOECO; that liability should be imputed to MOECO because MOEX Offshore and MOEX USA are allegedly its agents; that the corporate veil should be pierced to render MOEX USA liable for the obligations of MOEX Offshore; and that the corporate veil should be pierced to render MOECO liable for the obligations of MOEX Offshore or MOEX USA (collectively, "Alter Ego Claims"); and

WHEREAS, MOEX Offshore, MOEX USA and MOECO dispute and in all respects deny the Alter Ego Claims; and

2

WHEREAS, on June 15, 2011, MOEX Offshore and MOEX USA each moved (Doc. 2757, 2761) to dismiss the Alter Ego Claims asserted in Pleading Bundles A, B1, B3 and C for lack of ripeness or, alternatively, to bifurcate such claims for later discovery and trial  (together, the "Dismissal/Bifurcation Motions"); and

WHEREAS, on June 2, 2011, the Court set July 5, 2011 as the date by which the parties in these proceedings must respond to the Dismissal/Bifurcation Motions and stated that such motions could be heard on Friday July 8, 2011; and

WHEREAS, representatives of the Plaintiffs' Steering Committee have engaged in good faith discussions with counsel for MOEX Offshore and MOEX USA in an effort to resolve the issues raised by the Dismissal/Bifurcation Motions;

NOW, THEREFORE, the Plaintiffs' Steering Committee, MOEX Offshore and MOEX USA hereby stipulate and agree, by and through their undersigned counsel, and the Court hereby Orders, that:

1. The foregoing recitals are incorporated by reference in this Stipulation and Order.

2. The Alter Ego Claims (as defined above) shall be, and hereby are, bifurcated and severed for later discovery and a separate trial, which discovery and trial shall occur at some point subsequent to the conclusion of the trial commencing on February 27, 2012.

3. In connection with the trial commencing on February 27, 2012, Plaintiffs shall not take discovery that would relate principally to the Alter Ego Claims.

4. This Stipulation and Order shall resolve the Dismissal/Bifurcation Motions.

5. Except as expressly set forth herein, (a) the Plaintiffs reserve, and do not waive, any and all of their rights and/or claims against MOEX Offshore, MOEX USA and MOECO; and (b) MOEX Offshore, MOEX USA and MOECO reserve, and do not waive, any and all of their defenses.

3

Dated:  July 5, 2011

s/  John F. Pritchard_____
John F. Pritchard
Edward Flanders
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, NY 10036-4039
Tel. (212) 858-1000
Fax (212) 858-1500
john.pritchard@pillsburylaw.com
edward.flanders@pillsburylaw.com

Christopher McNevin
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone (213) 488-7507
Fax (213) 629-1033
chrismcnevin@pillsburylaw.com

**COUNSEL FOR MOEX OFFSHORE 2007 LLC**

s/ Jack McKay_____
Jack McKay
jack.mckay@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037-1122
Telephone (202) 663-8439
Facsimile (202) 663-8007

**COUNSEL FOR MOEX USA CORPORATION**

s/ Stephen J. Herman_____
Stephen J. Herman, La. Bar No. 23129
sherman@hhkc.com
HERMAN HERMAN KATZ & COTLAR LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone (504) 581 4892
Facsimile (504) 569 6024

s/ James Parkerson Roy_____
James Parkerson Roy, La. Bar No. 11511
Domengeaux Wright Roy & Edwards LLC
jimr@wrightroy.com
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone (337) 233 3033
Facsimile (337) 233 2796

**PLAINTIFFS' LIAISON COUNSEL**

## ORDER

CONSIDERING the above and foregoing Stipulation, it is so ORDERED.

Signed this 8th day of July, 2011, New Orleans, Louisiana.

Hon. Carl J. Barbier
U.S. District Court Judge