UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| *All cases in Pleading Bundles B1 and B3*; | * | |
| 10-2771; 10-3815; 10-1540; 10-1502 | * | MAGISTRATE NO. 1 |
| | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * *

## ORDER

CONSIDERING THE *EX PARTE* MOTION of Anadarko Petroleum Corporation and Anadarko E&P Company LP (together "Anadarko") to File Under Seal Exhibits to Anadarko's Memorandum of Anadarko Petroleum Corporation and Anadarko E&P Company LP on the BP Defendants' Waiver of Arbitration Rights,

IT IS HEREBY ORDERED that the motion be and hereby is Granted, and that Exhibits "J" and "K" to Memorandum of Anadarko Petroleum Corporation and Anadarko E&P Company LP on the BP Defendants' Waiver of Arbitration Rights shall be filed under seal.

New Orleans, Louisiana, this 7th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE