UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 <br><br> APPLIES TO: 11-274 c/w 11-275 | MDL NO. 2179 <br><br> SECTION "J" (1) <br><br> JUDGE BARBIER <br><br> MAGISTRATE SHUSHAN |

### BP PARTIES' MOTION FOR LEAVE TO ENLARGE PAGE LIMIT FOR MEMORANDUM IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS

The BP Parties[1] respectfully request leave to enlarge the page limit by 5 pages for the BP Parties' Memorandum in Support of Motion for Judgment on the Pleadings in case nos. 11-274 and 11-275 (the "Insurance Actions"), which is being filed today.

The Local Civil Rules of the Eastern District of Louisiana provide that a memorandum supporting or opposing a motion may not exceed 25 pages. LR 7.7. BP's Memorandum is 30 pages in length (including the signature page). BP believes that this additional length is appropriate in order to fully and properly address the issues presented by BP's motion. BP also believes that this length is consistent with Pretrial Order No. 25, which enlarges the page limit to 50 pages for briefs filed in response to the Master Complaints in MDL No. 2179. *See* PTO 25 at ¶12. BP's Memorandum in Support of its Motion for Judgment on the Pleadings addresses both complaints in the now-consolidated Insurance Actions.

---

[1] The "BP Parties" or "BP" are all BP-affiliated defendants and counterclaimants in Case Nos. 11-274 and 11-275: BP plc, BP Exploration & Production, Inc., BP America Production Company, BP Corporation North America, Inc., BP Company North America, Inc., BP Products North America, Inc., BP America, Inc., and BP Holdings North America Limited.

Accordingly, the BP Parties respectfully seek leave to enlarge the page limit by 5 pages for the BP Parties' Memorandum in Support of Motion for Judgment on the Pleadings.

Respectfully submitted,

/s/ David B. Goodwin

| | |
|---|---|
| Allan B. Moore | David B. Goodwin |
| Seth A. Tucker | M. Alexia dePottere-Smith |
| Christopher J. Wenk | Covington & Burling LLP |
| Covington & Burling LLP | One Front Street, 35th Floor |
| 1201 Pennsylvania Avenue, NW | San Francisco, CA  94111 |
| Washington, DC  20004-2401 | Tel:  (415) 591-6000 |
| Tel:  (202) 662-6000 | Fax:  (415) 591-6091 |
| Fax:  (202) 778-5575 | E-mail:  dgoodwin@cov.com |
| E-mail:  abmoore@cov.com | E-mail:  adepottere@cov.com |
| E-mail:  stucker@cov.com | |
| E-mail:  cwenk@cov.com | |

*Counsel for BP Exploration & Production Inc., BP America Production Company, BP Corporation North America Inc., BP Company North America Inc., BP Products North America Inc., BP America Inc., BP Holdings North America Limited, and BP plc*

Dated:  July 8, 2011

**CERTIFICATE OF SERVICE**

        I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of July, 2011.

                                                    /s/ Christopher J. Wenk
                                                    Christopher J. Wenk