UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 <br><br> SECTION "J" (1) <br><br> JUDGE BARBIER |
| APPLIES TO:  11-274 c/w 11-275 | MAGISTRATE SHUSHAN |

## ORDER

Considering the BP Parties' Motion for Leave to Enlarge Page Limit for Memorandum in Support of Motion for Judgment on the Pleadings,

IT IS ORDERED that the BP Parties' Motion for Leave is hereby granted.

New Orleans, Louisiana, this _____ day of July, 2011.

_____
Carl J. Barbier
United States District Judge