UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>APPLIES TO:  11-274 c/w 11-275 | MDL NO. 2179<br><br>SECTION "J" (1)<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### BP PARTIES' MOTION FOR JUDGMENT ON THE PLEADINGS IN THE INSURANCE ACTIONS

Pursuant to Federal Rule of Civil Procedure 12(c) and the Court's applicable case management orders (docket nos. 2593, 2849), the BP Parties respectfully move for judgment on the pleadings in Case Nos. 11-274 and 11-275, as now consolidated and referred to collectively as the "Insurance Actions."[1]  For the reasons set forth in the BP Parties' Memorandum in Support, as filed herewith, the BP Parties submit that the Court should grant this motion and should enter a final judgment in BP's favor in respect to all claims presented in the Complaints in the Insurance Actions.

Specifically, the BP Parties submit that the Court should issue the following two judicial declarations in favor of BP and against the plaintiffs in these actions (collectively, "the Insurers"):

      1.    that BP is an "additional insured" under the insurance policies at issue; and

---

[1]  The "BP Parties" or "BP" are all BP-affiliated defendants and counterclaimants in Case Nos. 11-274 and 11-275:  BP plc, BP Exploration & Production, Inc., BP America Production Company, BP Corporation North America, Inc., BP Company North America, Inc., BP Products North America, Inc., BP America, Inc., and BP Holdings North America Limited.

      2.      that the scope of BP's coverage rights as an "additional insured" is governed by the terms and conditions of the insurance policies themselves; it is not limited to the scope of Transocean's contractual indemnity of BP in the underlying drilling contract between Transocean and BP pursuant to which the *Deepwater Horizon* was operating in April 2010 (the "Drilling Contract") — a contract to which none of the Insurers is a party.

In addition, the BP Parties further request that the Court deny each of the four judicial declarations set forth in paragraph 22 of the Insurers' Complaints, and instead declare as follows with respect to each of those matters:

    a.    that whether and to what extent "BP assumed … responsibility" in the Drilling Contract "for any and all liabilities arising out of or in any way related to the release of oil" from the Macondo Well is, as a matter of law, not relevant to the Insurers' coverage obligations to BP under the Ranger and Excess Policies (Insurer Complaints, ¶ 22.A);

    b.    that BP's "additional insured" status under the Drilling Contract is not defined or otherwise limited to exclude "the pollution liabilities BP has incurred and will incur with respect to oil emanating from" the Macondo Well (*id.*, ¶ 22.B);

    c.    that Plaintiff Ranger and Plaintiffs Excess Insurers have coverage obligations to BP as an "additional insured" under Ranger's and the Excess Insurers' Policies for "the pollution liabilities BP has incurred and will incur with respect to the oil emanating from" the Macondo Well that are not limited by the indemnities in the Drilling Contract (*id.*, ¶ 22.C); and

    d.    that BP is "entitled to coverage under the [Ranger and Excess Insurers' Policies] for the pollution liabilities BP has incurred and will incur with respect to the oil emanating from" the Macondo Well, if and as the substantive terms and conditions of those policies provide, without reference to the Drilling Contract (*id.*, ¶ 22.D).

The BP Parties' memorandum in support of this motion for judgment on the pleadings and the accompanying Declaration of Christopher J. Wenk are being filed herewith.

- 3 -

                                        Respectfully submitted,

                                        /s/ David B. Goodwin

| | |
|---|---|
| Allan B. Moore | David B. Goodwin |
| Seth A. Tucker | M. Alexia dePottere-Smith |
| Christopher J. Wenk | Covington & Burling LLP |
| Covington & Burling LLP | One Front Street, 35th Floor |
| 1201 Pennsylvania Avenue, NW | San Francisco, CA  94111 |
| Washington, DC  20004-2401 | Tel:  (415) 591-6000 |
| Tel:  (202) 662-6000 | Fax:  (415) 591-6091 |
| Fax:  (202) 778-5575 | E-mail:  dgoodwin@cov.com |
| E-mail:  abmoore@cov.com | E-mail:  adepottere@cov.com |
| E-mail:  stucker@cov.com | |
| E-mail:  cwenk@cov.com | |

*Counsel for BP Exploration & Production Inc., BP America Production Company, BP Corporation North America Inc., BP Company North America Inc., BP Products North America Inc., BP America Inc., BP Holdings North America Limited, and BP plc*

Dated:  July 8, 2011

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of July, 2011.

/s/ Christopher J. Wenk
Christopher J. Wenk