UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" (1)<br><br>JUDGE BARBIER |
| APPLIES TO: 11-274 c/w 11-275 | MAGISTRATE SHUSHAN |

BP PARTIES' MOTION TO FILE UNDER SEAL EXHIBITS "C" THROUGH "L" TO DECLARATION OF CHRISTOPHER J. WENK IN SUPPORT OF BP PARTIES' MOTION FOR JUDGMENT ON THE PLEADINGS

The BP Parties[1] respectfully submit this motion to file under seal Exhibits "C" through "L" to the Declaration of Christopher J. Wenk in Support of BP Parties' Motion for Judgment on the Pleadings.

The Declaration of Christopher J. Wenk in Support of BP Parties' Motion for Judgment on the Pleadings references as exhibits ten documents (Wenk Decl. Exs. "C" through "L") that have been produced by Transocean in this MDL proceeding and designated by Transocean as "CONFIDENTIAL." Because these documents have been so designated, BP respectfully requests that the Court grant its motion to file Exhibits "C" through "L" under seal.

Pursuant to Paragraph 4.B of Pre-Trial Order No. 13 ("PTO No. 13"), documents produced by a party may be designated as confidential "by marking the appropriate legend ('CONFIDENTIAL' or 'HIGHLY CONFIDENTIAL') on the face of the document and each

---

[1] The "BP Parties" or "BP" are all BP-affiliated defendants and counterclaimants in Case Nos. 11-274 and 11-275: BP plc, BP Exploration & Production, Inc., BP America Production Company, BP Corporation North America, Inc., BP Company North America, Inc., BP Products North America, Inc., BP America, Inc., and BP Holdings North America Limited.

1

page so designated." PTO No. 13. Documents designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" must be filed under seal. *Id.*, ¶ 8.B.

                                      Respectfully submitted,

                                      /s/ David B. Goodwin

| | |
|---|---|
| Allan B. Moore | David B. Goodwin |
| Seth A. Tucker | M. Alexia dePottere-Smith |
| Christopher J. Wenk | Covington & Burling LLP |
| Covington & Burling LLP | One Front Street, 35th Floor |
| 1201 Pennsylvania Avenue, NW | San Francisco, CA 94111 |
| Washington, DC 20004-2401 | Tel: (415) 591-6000 |
| Tel: (202) 662-6000 | Fax: (415) 591-6091 |
| Fax: (202) 778-5575 | E-mail: dgoodwin@cov.com |
| E-mail: abmoore@cov.com | E-mail: adepottere@cov.com |
| E-mail: stucker@cov.com | |
| E-mail: cwenk@cov.com | |

*Counsel for BP Exploration & Production Inc., BP America Production Company, BP Corporation North America Inc., BP Company North America Inc., BP Products North America Inc., BP America Inc., BP Holdings North America Limited, and BP plc*

Dated: July 8, 2011

**CERTIFICATE OF SERVICE**

        I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of July, 2011.

                                                      /s/ Christopher J. Wenk
                                                    Christopher J. Wenk