UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION "J" (1) |
| | JUDGE BARBIER |
| APPLIES TO:  11-274 c/w 11-275 | MAGISTRATE SHUSHAN |

## ORDER

Considering the BP Parties' Motion to File Under Seal Exhibits "C" through "L" to the Declaration of Christopher J. Wenk in Support of BP Parties' Motion for Judgment on the Pleadings,

IT IS ORDERED that the BP Parties' Motion to File Under Seal is hereby granted, and that Exhibits "C" through "L" to the Declaration of Christopher J. Wenk in Support of BP Parties' Motion for Judgment on the Pleadings shall be filed under seal.

New Orleans, Louisiana, this ____ day of July, 2011.

_____
Carl J. Barbier
United States District Judge