# Himmelhoch, Sarah (ENRD)

| | |
|---|---|
| **From:** | Himmelhoch, Sarah (ENRD) |
| **Sent:** | Thursday, June 30, 2011 11:44 AM |
| **To:** | 'Beck, David J.'; 'Centralized Mailbox'; 'Godwin, Donald E.'; 'Haycraft, Don K.'; 'Kirby, Ky E.'; 'Kuchler, Deborah D.'; 'Langan, Andrew'; 'Lyle, Michael J.'; 'Miller, Kerry J.'; 'Wittman, Phillip A.'; 'Herman, Stephen J.'; 'Roy, James Parkerson'; 'Alabama -- Tambling, R.'; 'Florida -- Kent, Russell'; 'Louisiana -- Peterson, Lillie'; 'Louisiana -- Terrell, Megan'; 'Mississippi -- Wood, M.'; 'Texas -- Canaday, Nicholas ' |
| **Subject:** | Deepwater Horizon:  Proposed Order re Disposition of Equipment in Custody of JIT |
| **Attachments:** | ENV_ENFORCEMENT-#1978834-v1-Deepwater_Horizon_PReservation_Equipment_Return_Order.doc |

Counsel –

Please review the attached proposed order and notify me on or before Wednesday July 6 at 6 pm whether you object to this order .  We would like to raise this with Judge Shushan at that Friday status conference.  Please feel free to contact me by phone if you wish to discuss in any way.

Your assistance is appreciated.

Sarah Himmelhoch

UNITED STATES DISTRICT OF COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL § | | MDL No. 2179 |
| RIG "DEEPWATER HORIZON" § | | |
| IN THE GULF OF MEXICO, § | | SECTION: J |
| ON APRIL 20, 2010 § | | |
| § | | JUDGE BARBIER |
| § | | MAG. JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO ALL CASES**

**ORDER ADDRESSING RETURN OF EQUIPMENT TO DESIGNATED OWNERS**

CONSIDERING the United States' Motion for an order governing the disposition of equipment currently in the possession of the Joint Investigation Team, it is HEREBY ORDERED that the Motion is GRANTED as follows:

1. For purposes of this Order, "Liaison Counsel" shall mean the persons appointed in Pretrial Orders Nos. 6 and 10, and any successors thereto, as well as counsel for any State that is a party to this action.

2. For purposes of this Order, the Joint Investigation Team is authorized to return the items identified in Attachment 1 to this order to the designated owner. The designated owner shall arrange to pick up the equipment, at the owner's expense and take custody of the equipment within 10 days of the date of entry of this Order.

3. With respect to any other equipment in the possession of the Joint Investigation Team, the following procedures shall govern the return of the equipment:

    a. If the Joint Investigation Team wishes to return any equipment (other than that identified in Attachment 1), the Joint Investigation Team shall provide Liaison Counsel with a written proposal identifying the following: the designated owner, the evidence storage location, the FBI ERT ID location (if any), the FBI No. (if any), any other identifying numbers, a description of the item (including a photograph), and the date on which the equipment came into

the possession of the Joint Investigation Team.  This information shall be delivered to Liaison Counsel by email to the addresses identified on this Court's webpage.

        b.      Liaison Counsel shall have 5 business days from the date the notification was sent by email to notify the Joint Investigation Team of any objection to the proposed return of the equipment to the designated owner.

        c.      If, within 5 business days, no Liaison Counsel has objected to the proposed return, the designated owner shall have 15 business days from the date the notification was sent by email to arrange to pick up the equipment at the designated owners expense and to take custody of the equipment.

        d.      If, within 5 days from the date the notification was sent by email, a Liaison Counsel objects to the proposed return of the equipment to the designated owner, the Joint Investigation Team shall meet and confer with the objecting counsel to determine the appropriate disposition of the equipment.  If the Joint Investigation Team and the objecting counsel are unable to reach agreement, the Joint Investigation may move the Court for an order governing the disposition of the equipment. The Joint Investigation Team shall preserve the Samples until the parties reach agreement or the Court rules on any motion relating to the disposition of the equipment, whichever is later.

    4.      Nothing in this Order shall affect any other obligations of the United States or other parties to preserve Information in this action, including but not limited to the obligation to preserve all Information related to the collection, storage, and examination of the equipment.

        IT IS SO ORDERED this _____ day of July, 2011, at New Orleans, Louisiana.

                                    _____
                                    THE HONORABLE CARL J. BARBIER
                                    UNITED STATES DISTRICT JUDGE