## Himmelhoch, Sarah (ENRD)

| | |
|---|---|
| **From:** | James Roy [JIMR@wrightroy.com] |
| **Sent:** | Thursday, June 30, 2011 5:42 PM |
| **To:** | Himmelhoch, Sarah (ENRD); Underhill, Mike (CIV); Steve Herman |
| **Subject:** | RE: Deepwater Horizon:  Proposed Order re Disposition of Equipment in Custody of JIT |

That's fine. Thank you.

---

**From:** Himmelhoch, Sarah (ENRD) [mailto:Sarah.Himmelhoch@usdoj.gov]
**Sent:** Thursday, June 30, 2011 5:33 PM
**To:** James Roy; Underhill, Mike (CIV); Steve Herman
**Subject:** RE: Deepwater Horizon: Proposed Order re Disposition of Equipment in Custody of JIT

Can it be "Liaison and Coordinating Counsel"?  -- The phrase is used in a number of places and the less clunky it is the more clear the order will be.

Sarah D. Himmelhoch

Senior Litigation Counsel for E-Discovery

Environment & Natural Resources Division

U.S. Department of Justice

P.O. Box 7611

Washington, DC 20044-7611

202-514-0180 (phone)

**From:** James Roy [mailto:JIMR@wrightroy.com]
**Sent:** Thursday, June 30, 2011 6:26 PM
**To:** Himmelhoch, Sarah (ENRD); Underhill, Mike (CIV); Steve Herman
**Subject:** RE: Deepwater Horizon: Proposed Order re Disposition of Equipment in Custody of JIT

Yes, I'd suggest simply **"Court appointed Liaison and Coordinating Counsel."**  Something like that. Thanks. Jim

**From:** Himmelhoch, Sarah (ENRD) [mailto:Sarah.Himmelhoch@usdoj.gov]
**Sent:** Thursday, June 30, 2011 5:08 PM

**To:** James Roy; Underhill, Mike (CIV); Steve Herman
**Subject:** RE: Deepwater Horizon: Proposed Order re Disposition of Equipment in Custody of JIT

Do you have a suggestion? This definition has been used in several orders already.

Sarah D. Himmelhoch

Senior Litigation Counsel for E-Discovery

Environment & Natural Resources Division

U.S. Department of Justice

P.O. Box 7611

Washington, DC 20044-7611

202-514-0180 (phone)

**From:** James Roy [mailto:JIMR@wrightroy.com]
**Sent:** Thursday, June 30, 2011 6:14 PM
**To:** Himmelhoch, Sarah (ENRD); Underhill, Mike (CIV); Steve Herman
**Subject:** RE: Deepwater Horizon: Proposed Order re Disposition of Equipment in Custody of JIT

Sarah/Mike: The PSC does not agree to the proposed definition of "Liaison." It is contrary to stated intent of Court NOT to appoint separate Liaison Counsel for each State. There is a better way to word. Will you please. Thanks, Jim

**From:** Himmelhoch, Sarah (ENRD) [mailto:Sarah.Himmelhoch@usdoj.gov]
**Sent:** Thursday, June 30, 2011 11:44 AM
**To:** Beck, David J.; Centralized Mailbox; Godwin, Donald E.; Haycraft, Don K.; Kirby, Ky E.; Kuchler, Deborah D.; Langan, Andrew; Lyle, Michael J.; Miller, Kerry J.; Wittman, Phillip A.; Steve Herman; James Roy; Alabama -- Tambling, R.; Florida -- Kent, Russell; Louisiana -- Peterson, Lillie; Louisiana -- Terrell, Megan; Mississippi -- Wood, M.; Texas -- Canaday, Nicholas
**Subject:** Deepwater Horizon: Proposed Order re Disposition of Equipment in Custody of JIT

Counsel –

Please review the attached proposed order and notify me on or before Wednesday July 6 at 6 pm whether you object to this order .  We would like to raise this with Judge Shushan at that Friday status conference.  Please feel free to contact me by phone if you wish to discuss in any way.


Your assistance is appreciated.


Sarah Himmelhoch