## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO.: 2179<br><br>SECTION:  J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER |
| Case No.: 2:10-cv-08888, [Rec. Doc. 70839]; 2:10-cv-02771 | MAG. JUDGE SHUSHAN |

### MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, undersigned counsel moves this Court for an order withdrawing the Dugan Law Firm as counsel of record for Plaintiff MiMamacita's Gerard Street, LLC ("MiMamacita's") and Clay R. Rollman.  In support thereof, Movants would show:

1. Mr. Clay R. Rollman is the owner/proprietor of MiMamacita's.

2. On or about April 19, 2011, MiMamacita's, acting through its proprietor Mr. Rollman, retained the Dugan Law Firm to serve as counsel in regard to any and all claims MiMamacita's and/or Mr. Rollman have in regard to the Deepwater Horizon Oil Spill of April 20, 2010.

3. On April 20, 2011, the Dugan Law Firm filed a Short Form Joinder Complaint on behalf of MiMamacita's and its proprietor Mr. Rollman, [Rec. Doc. 70839].

4. On April 28, 2011, MiMamacita's, acting through its proprietor Mr. Rollman, informed the Dugan law firm in writing that it no longer desired the Dugan Law Firm to represent it.

5. On June 8, 2011, the Dugan Law Firm honored the wishes of MiMamacita and its proprietor Mr. Rollman and terminated its representation of the both parties. Thus, the Dugan Law Firm as counsel of record now requests this Court to allow its withdrawal

from the representation of MiMamacita and Mr. Rollman in this case.

6.  The current address of MiMamacita's and Mr. Rollman is 2345 Florida Street, Mandeville, Louisiana 70448.

7.  This motion is made in good faith and will not prejudice any party.  Indeed, because MiMamacita and its proprietor Mr. Rollman were the ones who made the decision to end the representation, neither will suffer any prejudice if the Dugan Law Firm withdraws from this case.

WHEREFORE, undersigned counsel moves this Court for an Order allowing the withdrawal of the Dugan Law Firm as counsel of record for MiMamacita and its proprietor Mr. Rollman in the above captioned case.

Dated: July 10, 2011

Respectfully submitted,

By:

**THE DUGAN LAW FIRM**

 /s/ David B. Franco
David B. Franco (Tx Bar No. 24072097)
James R. Dugan, II (La Bar No. 24785)
One Canal Place
365 Canal Street, Suite 1000
New Orleans, Louisiana 70130
Telephone: (504) 648 0180
Facsimile: (504) 648 0181

*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the above and foregoing Motion to Withdraw as Counsel has been filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel of record through Lexis Nexis File & Serve, electronic mail, facsimile, and/or U.S. Mail. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via U.S. Mail, postage prepaid and properly addressed, on the others listed below on this 10th day of July, 2011.

MiMamacita's Gerard Street, LLC
Mr. Clay R. Rollman
2345 Florida Street
Mandeville, Louisiana 70448

                                        /s/ David B. Franco
                                        David B. Franco, Esq.