OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: _7/11/11_

In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010

vs.

Case No. _MDL-2179_ Section ____

Dear Sir:

This document Relates to: 2:1-CV-00893

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) _— See Attached List —_
   (address) _____
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_David L. Col___
"Signature" (La. Bar No. 4353)
Attorney for _Town of Grand Isle, et al._
Address _230 Huey P. Long Ave._
_Gretna, LA 70053_
_(504) 301-9001_

Attachment to Request for Issuance of Summons

1. Anadarko E&P Co., L.P.
   Through CT Corporation
   5615 Corporate Blvd., Suite 400B
   Baton Rouge, LA  70808

2. Anadarko Petroleum Corporation
   Through CT Corporation
   5615 Corporate Blvd., Suite 400B
   Baton Rouge, LA  70808

3. BP America, Inc.
   Through CT Corporation
   5615 Corporate Blvd., Suite 400B
   Baton Rouge, LA  70808

4. BP Exploration & Production, Inc.
   c/o The Corporation Trust Company
   Corporation Trust Center
   1209 Orange Street
   Wilmington, DE 19801

5. BP, PLC
   501 Westlake Park Blvd.
   Houston, TX  77079

6. BP Products North America, Inc.
   c/o The Prentice-Hall Corp. System, Inc.
   320 Somerulos Street
   Baton Rouge, LA  70802

7. M-I, LLC
   Capitol Corporate Services, Inc.
   8550 United Plaza Bldg. II, Suite 305
   Baton Rouge, LA  70809

8. Moex Offshore 2007 LLC
   Through its agent,
   Naoki Ishii
   9 Greenway Plaza, Suite 1220
   Houston, TX  77046

9. Moex USA Corp.
   Through its agent,
   Naoki Ishii
   9 Greenway Plaza, Suite 1220
   Houston, TX  77046

10. Transocean Deepwater, Inc.
    c/o Capitol Services, Inc.
    615 S. Dupont Highway
    Dover, DE  19901

11. Transocean Holdings, LLC
    4 Greenway Plaza, Suite 700
    Houston, TX  77046

12. Transocean, Ltd.
    c/o Corporation Service Company
    2711 Centerville Rd., Suite 400
    Wilmington, DE  19808

13. Transocean Offshore Deepwater Drilling, Inc.
    c/o The Corporation Trust Company
    Corporation Trust Center
    1209 Orange Street
    Wilmington, DE 19801

14. Weatherford U.S., L.P.
    Through CT Corporation
    5616 Corporate Blvd., Suite 400B
    Baton Rouge, LA  70808