# CONFERENCE ATTENDANCE RECORD

DATE: 7-8-11       TIME: 10:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

DISCOVERY STATUS CONFERENCE

 PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Carmelite Bertaut | Cameron |
| Phil Wittmann | Cameron |
| Doug Kraus | Louisiana |
| Kyle Moran | Underwriters, Lloyds |
| Don Jackson | Dril-Quip |
| Steve Luxton | M I Swaco |
| J.B. Tarter | M-I |
| ~~Lilia Garcia~~ | ~~Halliburton~~ |
| Stefanie Major | Halliburton |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Don Godwin | Halliburton |
| Alan York | Halliburton |
| Jenny Martinez | Halliburton |
| David Goodwin | BP |
| Rob Gasaway | BP |
| Keith Jarrett | BP |
| Gary Russo | WFT |
| Karen Gase | BP |
| Don Haycraft | BP |
| Tony Fitch | Anadarko |
| Deb Kuchler | Ir |
| Steve Herman | Plaintiffs |
| Robert Cunningham | PSC |
| Lori Mince | |
| Bill Stradley | MDL 2185 |
| Brian Barr | PSC |
| Ted Tsekerdes | Sexton, O'Brien - NRC |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Steve O'Rourke | USA |
| Corey Maze | Alabama |
| Ryan Babiuch | BP |
| Andrew Langan | BP |
| Ed Flanders | MOEX |
| Sarah Himmelhoch | US |
| Anthony Irpino | PSC |
| Jim Roy | PSC |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Alan Weigle

John Pritchard

Mark Nomellini

Heather Kinneely

Wade Hammett

Mary Rose Alexander