UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * | MDL No. 2179  Member Case No. 11-01476 |
| STEPHEN B. MURRAY, SR. | * * | SECTION J – JUDGE CARL J. BARBIER |
| VERSUS | * * * | DIVISION 1- MAGISTRATE JUDGE SALLY SHUSHAN |
| JAMES R. DUGAN, II, ESQ. | * * | |

**************************************

## RESPONSE TO REMOVAL ORDER

Defendant, James R. Dugan II, hereby submits the following per the Court's removal order of June 27, 2011:

(1) A list of all parties still remaining in this action:

**Plaintiff, Stephen B. Murray, Sr.,** represented by
George F. Riess (11266)
Law Offices of George F. Riess & Associates
228 St. Charles Avenue, Suite 1224
New Orleans, LA 70130
Telephone: (504) 568-1962
Facsimile: (504) 568-1965
Email: georgeriess@riess-law.com

**Defendant, James R. Dugan, II,** represented by
Jacques F Bezou (3037)
Stacy R. Palowsky (25203)
The Bezou Law Firm
534 East Boston Street
Covington, Louisiana 70433
Telephone: (985) 892-2111
Facsimile: (985) 892-1413
Email: jbezou@bezou.com
Email: spalowsky@palowsky-law.com

(2) Defendant filed, with its Notice of Removal, all pleadings that had been filed in the Civil District Court for the Parish of Orleans as of that date. These included the following:

    (a) Plaintiff's Petition for Damages, Declaratory Relief, Injunctive Relief and Jury Demand: May 27, 2011

    (b) Return of Service and Citation on Dugan: June 7, 2011

(3) Defendant has since filed the following Notices of Removal, which are attached hereto, in the Civil District Court:

    (a) Notice to Adverse Party of Filing of Removal: June 22, 2011

    (b) State Court Proceedings Notice of Removal: June 22, 2011

(4) Counsel for Dugan hereby certifies that the above reflects the entire State Court record.

RESPECTFULLY SUBMITTED:

/s/ Jacques F. Bezou

JACQUES F. BEZOU (3037)
STACY R. PALOWSKY (25203)
THE BEZOU LAW FIRM
534 E. Boston Street
Covington, LA 70433
Telephone: (985) 892-2111
Facsimile: (985) 892-1413
Email: jbezou@bezou.com
Email: spalowsky@palowsky-law.com
*Attorneys for James R. Dugan, II*

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served the following counsel of record by electronic case filing this 11th day of July, 2011:

    George F. Riess (11266)
    Law Offices of George F. Riess & Associates

228 St. Charles Avenue, Suite 1224
New Orleans, LA 70130
Telephone: (504) 568-1962
Facsimile: (504) 568-1965
Email: georgeriess@riess-law.com
*Counsel for Plaintiff*

/s/ Jacques F. Bezou
_____
JACQUES F. BEZOU (3037)
STACY R. PALOWSKY (25203)