UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding Video Clips]**

IT IS ORDERED that the order of July 5, 2011 regarding video clips (Rec. doc. 3139) is VACATED.

New Orleans, Louisiana, this 11th day of July, 2011.

_____
**Sally Shushan**
**United States Magistrate Judge**