

# Meeting Minutes

| Attendees: | RBF | Cameron |
|---|---|---|
| | Kevin Wink | Dick Roberson |
| | Al Cotton | Gary Counts |
| | Joe Jameson | Al Sheppard |
| | Robert Taylor | Richard Coronado |
| | Mike Byrd | Luke Azbill |
| | Dan Welch | David Walters |
| | K. Reed | John |
| | Gary Leach | Bolie Williams IV |
| | Drew Weathers | Sudh |

Date: July 14, 1999

Re: Progress Meeting

| TOPIC | ACTION: |
|---|---|
| 1. Next meeting will be on 7/28/99 at 7:00 a.m. | |
| 2. #38 @S135 and, hopefully, a piece of #24.7 pipe will be delivered to Cameron today for shear test | |
| 3. F/S panels will be reduced in size, shuttle valves will be moved to the operators (two hoses) and panels may be mounted on the operators. | CC |
| 4. 71 to 73 = total 15 gal. bottle capacity (LMRP & Stack) | |
| 5. 111 total 15 gal. bottle equivalency using a combination of 15 gal. and 80 gal. bottles | |
| 6. 4000 psi = 118 bottle requirement at 15 gal/bottle<br>3500 psi = 73 bottle requirement at 15 gal/bottle | |
| 7. RBF will discuss desired operating pressure internally and provide an answer so that exact bottle count can be determined. | RBF |

| | |
|---|---|
| 8. DMS bottles:<br>10 to 13 for ram locks<br>15 to 20 for LMRP disconnect | |
| 9. At 4000 psi, the following bottles could be required<br>28 mounted on the LMRP<br>110 mounted on the stack | |
| 10. We're currently stuck at 1100 gallon capacity (space-wise). We need 2000 gallon capacity to meet requirements at 4000 psi | |
| 11. The DMS was discussed. The mode prescribed for this system (based on balanced shuttle valves) is for the POD that is selected as the active POD to be powered up by the DMS in case of loss of hyd & elect. Power and signal. | |
| 12. The alternative mode of operation of the DMS (using unbalanced shuttle valves) is that upon loss of power and signal, both PODs would be powered up. Precedence to one POD would be determined by the unbalanced valves | |
| 13. Mike suggested that a Haz Op be conducted on the DMS and stated that he would arrange same | Vastar |
| 14. Luke provided three copies of the calculations for conduit sizing. Calc's were discussed.<br>Surface pressure   Conduit size   Est. time<br>   5000 psi            2.5"            14s<br>   3000 psi            2.5"            20s<br>   3000 psi            2.75"           17s | |
| 15. RBF plans to use a 2.62" ID conduit line. | |
| 16. Vastar wants 30 sec. disconnect per ABS+CDS(N) | |
| 17. Bolie will bring numbers (from Celle) to next meeting on actual times from other operators and estimated times for this system | CC |

| | |
|---|---|
| 18. By VO, the two main hyd. surge bottles will be added | CC |
| 19. Provide a specification on cleanliness including how we plan to measure it. | CC |
| 20. Bolie provided "sample" hydraulic drawings for the DMS | |

● Page 2

| | |
|---|---|
| 21. Richard reported that PLC is capable of provided the logic discussed last week regarding the EDS | |
| 22. Panel layout drawings were provided by Robert and discussed. We have capability of two EDS will one sequence provided. | |
| | |

Action Items:  Pipe         AL

   Haz Op       Mike

   NPD closing requirements   Mike

   CC bring all reference documents for Haz Op

   CC – specification for cleanliness

Approved:

_____
Kevin Wink

Rig Manager

R&B/Falcon

_____
Dick Roberson

Project Manager

Cameron Controls

Confidential

CAM_CIV_0018780