

# Meeting Minutes

| Attendees: | RBF | Cameron |
|---|---|---|
| | Kevin Wink | Dick Roberson |
| | Al Cotton | Gary Counts |
| | Mike Rogers | Al Sheppard |
| | Robert Taylor | Richard Coronado |
| | Mike Byrd | Luke Azbill |
| | Don Weisinger | |
| | Mike Rogers | |
| | Gary Leach | |
| Date: | June 30, 1999 | |
| Re: | Progress Meeting | |

**COOPER CAMERON CONTROL**
**RBS - 8D**
**Correspondence Distribution**

| Date Received 7/12 | | | Cameron Log No. 1-014 | |
|---|---|---|---|---|
| Name | Info | Act. | Name | |
| Richard Coronado | ✓ | | D. Roberson | ✓ |
| Bolie Williams IV | ✓ | | D. Walters | ✓ |
| Margaret Buckley | ✓ | | 220 | |
| Paul Perez | ✓ | | Y-1/8 | ✓ |
| Terren Roark | | | | |

| TOPIC | ACTION: |
|---|---|
| 1. Hydraulic schematics were given to Kevin. | |
| 2. Change order #1 had not been approved/disapproved yet by RBF. | RBF |
| 3. Al and Jack had visited Berwick to look at the 8M stack. Al asked if the failsafe panels are necessary. Discussion again turned to the size of panels and the possibility of mounting the F/S Kit items loose on the stack versus having all items on the mounting plate. Cameron will investigate | C<br>CC |
| 4. At the next meeting, we must be able to state the number of stack mounted bottles and demonstrate the methodology used. | CC |
| 5. At the next meeting, CC must answer question regarding conduit sizing. | CC |
| 6. RBF requested that if possible, we get the function times from the testing of the 8M stack. | CC |

| | |
|---|---|
| 7. CC requested P.O. and rig drawings (piping drawings ASAP). Neither were ready at this meeting | RBF |
| 8. Don stated that RBF needs to determine EDS & DMS by next meeting. | RBF |
| 9. Carry over - Surge bottles. The requirement for two surge bottles for the main hydraulic supply that was discussed at the KOM must still be verified before they are placed in the scope of supply | Cameron RBF |
| 10. The next meeting will take place on 7/7/99 @ 7:00 a.m. | |
| 11. Question was asked if any DMS systems have been used in Norwegian waters? If so, who was the certifying agency (ABS/NPD/Lloyds) ? | CC |
| 12. Mike asked if a Haz. OP had been done on the DMS. If one has been done, he would like to review it. No answer yet. | CC |
| 13. RBF will check with ABS to confirm the fact that DMS will substitute for acoustic system. No answer yet. | RBF |
| 14. Information needed from RBF:<br>a. Pipe size<br>b. Approval of proposed spares layout on panel drawings.<br>c. Definition of EDS/DMS<br>d. CO# 1 approval/disapproval<br>e. P.O. Issued<br>f. Rig drawings<br>g. Answer related to the requirement for main hydraulic system surge bottles that may be needed.<br>h. Confirmation of fact that DMS will substitute for Acoustic system in Norwegian waters. | RBF |
| 15. Information needed from Cameron<br>a. Conduit size<br>b. Number of subsea accumulator bottles<br>c. If DMS system has been certified for Norwegian waters – if so, by whom? | CC |

Approved:

Kevin Wink
Rig Manager

Dick Roberson
Project Manager

● Page 2

Confidential
CAM_CIV_0018784