**Subject:** Accumulator Banks
**Date:** Wed, 3 Mar 1999 14:07:59 -0600
**From:** "Seal, Jack" <jseal@rbfalcon.com>
**To:** "'robersonr@camerondiv.com'" <robersonr@camerondiv.com>
**CC:** "Ellis, Gary" <gellis@rbfalcon.com>

Dick,
Would you please investigate the possibility of making the accumulator banks for the next
HPU system (4") shorter in height, than the last system.

                                   Thanks,
                                   Jack

*[Handwritten note:]* John, for the Vastar project, can the accumulator rack be made 4" shorter (with or w/o a VO)?

**COOPER CAMERON CONTROLS**
**RBS-8 PROJECT**
**Correspondence Distribution**

| Date Received 3/3 | | | Cameron Log No. | | |
|---|---|---|---|---|---|
| Name | Info | Act. | Name | Info | Act. |
| Dick Roberson | ✓ | | | | |
| Joel Palma | | | | | |
| Bolie Williams IV | | | | | |
| Terren Roark | | | | | |
| John Jodice | | ✓ | | | |

*[Handwritten note:]* This can be done. Give 8 hrs for engineering and 24 hrs for drafting. Ask Carl Hanks about any extra shop time.
Bolie IV

Confidential      CAM_CIV_0019024