| | | |
|---|---|---|
| From: | King, Don [/O=CCC/OU=CCC-CLY-BACK END/CN=RECIPIENTS/CN=KINGD] | 4/29/2010 12:03 PM |
| To: | Van Lue, Jason; Rahimzadehbates, Ryan; Martinez, Efrain | |
| Cc: | Coronado, Richard; Jahn, Ray; Erwin, Carter; LeNormand, William; McWhorter, David J.; Gaude, Edward C.; Whitby, Mel | |
| Bcc: | | |
| Subject: | Re: POD retrieval Horizon | |
| Attachments: | image001.jpg | |

I ant the parts being pulled to be handled as a set out in a designated staging area for review as you go, there at Bingle.
Time on this is key to say the least.
Thanks...Don

------------------------
Sent from my BlackBerry Wireless Handheld

---

**From:** Van Lue, Jason
**To:** Rahimzadehbates, Ryan; Martinez, Efrain
**Cc:** Coronado, Richard; Jahn, Ray; Erwin, Carter; LeNormand, William; King, Don; McWhorter, David J.; Gaude, Edward C.; Whitby, Mel
**Sent:** Thu Apr 29 10:45:08 2010
**Subject:** POD retrieval Horizon

Rahim/Efrin,

I need you two to please go over the attached list and start working on allocating the parts needed.

I also need everyone on this e-mail to review the list and add anything we might have missed. This operation is now a GO, so I need all the help I can get ASAP.

Thanks

*Jason Van Lue*
*Manager Field Service*
*Drilling Systems Division*


CAM_200-K

Cameron
6650 Bingle Rd.
Houston, TX  77092
Cell   281.382.1548
Office 713.423.8904
jason.vanlue@c-a-m.com

Confidential                                                                                                                                    CAM_CIV_0076120