| | | |
|---|---|---|
| From: | McWhorter, David J. [/O=CCC/OU=CCC-CLY-BACK END/CN=RECIPIENTS/CN=MCWHORTERDJ] | 5/29/2010 12:46 PM |
| To: | Erwin, Carter | |
| Cc: | | |
| Bcc: | | |
| Subject: | RE: You guys are not pumping are you? | |
| Attachments: | | |

Yep.

**From:** Erwin, Carter
**Sent:** Saturday, May 29, 2010 12:41 PM
**To:** McWhorter, David J.
**Subject:** RE: You guys are not pumping are you?

Are you at BP now


**Carter Erwin**
Account Manager
Drilling Systems



Cameron
10900 Corporate Centre Drive, Suite 100
Houston, Tx 77041
Tel   281.901.3064
Cel   281.799.7564
Fax   281.901.3240
Carter.Erwin@c-a-m.com

**From:** McWhorter, David J.
**Sent:** Saturday, May 29, 2010 12:33 PM
**To:** Erwin, Carter
**Subject:** RE: You guys are not pumping are you?

Thanks.  Vent plume looks worse today.

**From:** Erwin, Carter
**Sent:** Saturday, May 29, 2010 12:27 PM
**To:** McWhorter, David J.
**Subject:** RE: You guys are not pumping are you?

No.

**Carter Erwin**
Account Manager
Drilling Systems



Cameron

CAM_CIV_0078016

10900 Corporate Centre Drive, Suite 100
Houston, Tx 77041
Tel   281.901.3064
Cel   281.799.7564
Fax   281.901.3240
Carter.Erwin@c-a-m.com

**From:** McWhorter, David J.
**Sent:** Saturday, May 29, 2010 11:53 AM
**To:** Erwin, Carter
**Subject:** You guys are not pumping are you?

CAM_CIV_0078017