| | | |
|---|---|---|
| From: | Kotrla, John [/O=CCC/OU=CCC-CLY-BACK END/CN=RECIPIENTS/CN=KOTRLAJ] | 6/18/2010 1:11 PM |
| To: | Curtis, Charles; Bourgeois, Russell | |
| Cc: | | |
| Bcc: | | |
| Subject: | I need a pic or two | |
| Attachments: | | |

Charlie and Russell,

I am talking to some guys working on the removal of the riser flange stub from the Horizon LMRP. They were thinking they have to cut off all the C/K boxes or pins before they can land the capping Stack. If one of you could forward me a pic or two of the Capping Stack, mainly the bottom Vetco Riser flange, I could use that to explain that this shouldn't be that big of a deal. Let me know if you have any pics that you can forward.

I'll appreciate it.

Thanks,

Johnnie Kotrla

Sr. Engineering Manager

Cameron Drilling Systems

Systems Proposal Engineering

10900 Corporate Centre Drive, Suite 100

Houston, Texas, 77041

Office 281-901-3147

Cell 713-898-8196

Confidential

CAM_CIV_0299413