UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| Of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| Applies to: *All Cases.* | * | JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * * * * * | * | |

## <u>AFFIDAVIT OF GLENN CHIASSON</u>

STATE OF TEXAS

HARRIS COUNTY

BEFORE ME, the undersigned Notary Public, personally came and appeared:

### GLENN CHIASSON

who, after being duly sworn, deposed and stated:

1.      My name is Glenn Chiasson.  I am over 18 years of age, of sound mind, and capable of making this affidavit.  I am the President of Cameron Drilling Systems, and have held that title since March 1, 2010.  I have been employed by Cameron since 1985.  The facts stated in this affidavit are within my personal knowledge and are true and correct.

2.      In my role, I have assisted, and directed others to assist, Cameron's attorneys in preparing for litigation regarding the Deepwater Horizon incident.

3.      Almost immediately after the Deepwater Horizon incident, I received requests from Cameron's counsel to assist in gathering documents, offering opinions, and supplying information to prepare Cameron's defense.  I called upon a number of Cameron personnel to assist in these efforts, often communicating by e-mail.

4.      The e-mail communications were sent to and from Cameron personnel who were acting in the scope of their employment at Cameron.  They were sent at the direction of counsel, in anticipation of litigation and trial. The communications were intended to be kept privileged and confidential, were not to be disclosed to third parties, and were for the purpose of enabling Cameron's counsel to provide professional legal services and advice to Cameron.

5.      Examples of my e-mail communications that Cameron's counsel have withheld as privileged are those with the identifiers E00000311, E00000313, and E00000349.  E00000311 and E00000313 are emails from me requesting Cameron personnel to provide information requested by Beck, Redden & Secrest LLP (our lead litigation counsel) in order to prepare for the Deepwater Horizon litigation.   E00000349 is an email in which I communicated with Cameron's David McWhorter regarding potential expert witnesses for the Deepwater Horizon litigation, as requested by counsel.

**GLENN CHIASSON**

Sworn to and subscribed before me this 7th day of July, 2011.

NOTARY PUBLIC

ROSEMARY HARRELL
Notary Public, State of Texas
My Commission Expires
June 15, 2015