MINUTE ENTRY
WILKINSON, M.J.
JULY 7, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION |
| | MDL 2179 |
| Member Case: <u>Art Catering, Inc. v. Gorney et al.</u>; 11-1136 | SECTION "J" (2) |

A preliminary conference was conducted in this case on this date. Participating via telephone were: Stephen Bruno, representing plaintiff; Philip Sims, representing defendant.

All parties are considering consenting to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). Counsel will confer with their clients and each other and advise my office concerning consent as soon as possible.

Defense counsel reported that he has been authorized to represent defendant Jimmy M. Podaras in this case and that no later than **July 14, 2011** he will file a waiver of formal service on behalf of Mr. Podaras pursuant to Fed. R. Civ. P. 4(d). Counsel further advised that Mr. Podaras's position as to the pending motion to remand will be the same as that asserted by the other defendants.

MJSTAR:  0 : 20

**IT IS ORDERED** that a followup status conference to set pre-trial conference and trial dates and associated deadlines, either on my calendar or on Judge Barbier's calendar depending upon the parties' decision concerning Section 636(c) consent, will be conducted by me via telephone on **August 2, 2011 at 2:00 p.m.** Counsel must telephone my office at 504-589-7630 on that date at that time.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**