AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Guy Adams, et al. <br><br> *Plaintiff* <br><br> v. <br><br> The State of Louisiana, et al. <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 11-1051 <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The State of Louisiana
Through the Secretary, Scott A. Angelle
Louisiana Department of Natural Resources
617 N. 3rd St.
Baton Rouge, LA 70802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Frank J. D'Amico, Jr., Esq.
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA 70119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __Jul 01 2011__

_____
Loretta G. Whyte
Name of clerk of court

_____
B. Gregory
Deputy clerk's signature

Civil Action No. 11-1051

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* STATE OF LOUISIANA, through SCOTT ANGELLE
was received by me on *(date)* 7-5-11.

☒ I personally served the summons on the individual at *(place)* 617 N. 3RD STREET
BATON ROUGE, LA 70802 on *(date)* 7-8-11 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: CERTIFIED MAIL 7010 1670 0005 1165 4944
VIA SECRETARY, SCOTT A ANGELLE
LA DEPT OF NATURAL RESOURCES
617 N 3RD ST
BATON ROUGE, LA 70802

My fees are $ _____ for travel and $ _____ for services, for a total of $ 6.86

I declare under penalty of perjury that this information is true.

Date: July 14, 11

*Server's Signature*

FRANK J. D'AMICO, JR, ESQ.
*Printed name and title*

4731 CANAL ST., NEW ORLEANS, LA 70119
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

BATON ROUGE, LA 70802

| | | |
|---|---|---|
| Postage | $1.71 | 0019 |
| Certified Fee | $2.85 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.30 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $6.86 | 07/05/2011 |

Sent To: St. of LA, through Sec. Scott Angelle
Street, Apt. No.; or PO Box No.: 617 N. 3rd St.
City, State, ZIP+4: Baton Rouge, LA 70802

PS Form 3800, August 2006       See Reverse for Instructions

7010 1670 0000 5165 4944

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   The State of Louisiana
   Through the Secretary,
   Scott A. Angelle
   LA Dept. of Natural Resources
   617 N. 3rd St.
   Baton Rouge, LA 70802

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Aroline Deher
C. Date of Delivery: 7/8/11

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7010 1670 0000 5165 4944

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540