AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| Guy Adams, et al. | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.   11-1051 |
| The State of Louisiana, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Nalco Company
Through its Agent for Service of Process
CT Corporation System
5615 Corporate Blvd., 400B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Frank J. D'Amico, Jr., Esq.
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA 70119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

*B. Gregory*
Deputy clerk's signature

Date:   **Jul 01 2011**

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-1051

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  NALCO Company through its Agent for Service

was received by me on *(date)*  7-5-11  .  CT Corporation System

☒ I personally served the summons on the individual at *(place)*  5615 Corporate Blvd, 400B

Baton Rouge, LA 70808  on *(date)*  7-6-11  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:  Certified Mail

# 7010 1670 0000 5165 7002

My fees are $ _____ for travel and $ _____ for services, for a total of $  6.86  .

I declare under penalty of perjury that this information is true.

Date:  July 11, 11

_____
Server's signature

FRANK J. D'AMICO, JR., ESQ.
Printed name and title

4731 Canal St, New Orleans, LA 70119
Server's address

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.71 |
| Certified Fee | | $2.85 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.86 |

Postmark Here

07/05/2011

Sent to *Nalco Company / CT Corp.*
Street, Apt. No.; or PO Box No. *5615 Corporate Blvd, 400B*
City, State, ZIP+4 *Baton Rouge, LA 70808*

7010 1670 0000 5165 5002

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Nalco Company through its Agent for Service CT Corporation System 5615 Corporate Blvd, 400B Baton Rouge, LA 70808*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *C. Fenton Rutledge*   ☑ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
C. Fenton Rutledge   7/6/2011

D. Is delivery address different from item 1?   ☑ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7010 1670 0000 5165 5002

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540