AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Guy Adams, et al. | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 11-1051 |
| The State of Louisiana, et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Transocean Deepwater, Inc.
Through the Louisiana Long-Arm Statute
4 Greenway Plaza
Houston, TX 77046-0401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Frank J. D'Amico, Jr., Esq.
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA 70119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date: __Jul 01 2011__

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-1051

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __TRANSOCEAN DEEPWATER, INC__
was received by me on *(date)* __7.5.11__ .

☒ I personally served the summons on the individual at *(place)* __4 GREENWAY PLAZA HOUSTON, TX 77046-0401__ on *(date)* __7-7-11__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: __CERTIFIED MAIL 7010 1670 0000 5165 4937__

My fees are $ _____ for travel and $ _____ for services, for a total of $ __6.86__ .

I declare under penalty of perjury that this information is true.

Date: __July 11, 11__

_Server's signature_

__FRANK J. DiMICO, JR., ESQ.__
*Printed name and title*

__4731 Canal St, New Orleans LA 70119__
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

HOUSTON, TX 77146

OFFICIAL USE

| | |
|---|---|
| Postage | $1.71 |
| Certified Fee | $2.85 |
| Return Receipt Fee (Endorsement Required) | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.86 |

Postmark Here 0019 NEW ORLEANS, LA 05 JUL 2011 07/05/2011

Sent To: Transocean Deepwater, Inc.
Street, Apt. No.; or PO Box No.: 4 Greenway Plaza
City, State, ZIP+4: Houston, TX 77046-0401

7010 1670 0000 5165 4937

PS Form 3800, August 2006        See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Transocean Deepwater, Inc.
Through the LA Long-Arm
4 Greenway Plaza
Houston, TX 77046-0401

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): F. Villegas
C. Date of Delivery: 7/7/11

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7010 1670 0000 5165 4937

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540