MINUTE ENTRY
WILKINSON, M.J.
JULY 8, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Member Case: Roxanne Sevin v. BP America, Inc.; 10-1864 | SECTION "J" (2) |

At my request, a status conference was conducted in this matter on this date. Participating were: Jerri Gaines Smitko, representing plaintiff; Wade Webster, representing defendants. Plaintiff's counsel advised that she has signed and placed in the mail to me the fully executed form of consent to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). Counsel jointly agreed that they will stipulate in writing that defendant BP America, Inc. is the proper defendant and that upon execution of their stipulation plaintiff will file a motion voluntarily to dismiss defendant BP Global, which is not a suable entity.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**

MJSTAR: 0 : 10