UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : | MDL NO. 2179<br><br>SECTION:  J<br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| **THIS DOCUMENT RELATES TO** 10-2771 | : : : | JURY TRIAL DEMANDED |

. . .  . . .  . . .  . . .  . . .  . . .  . . .  . . .  . . .  . . .  . . .  . . .  . . .  . . .  . . .  . . .  . . .  . . .  . . .  . . .  . . .  . . .

## ANSWER OF CROSS-DEFENDANT CAMERON TO COUNTERCLAIM/CROSS-CLAIM OF WEATHERFORD PARTIES

Pursuant to the Federal Rules of Civil Procedure and Pretrial Order No. 11 in this proceeding, and without waiving its motion to dismiss the third-party complaint filed against it by the B1 claimants and Local Government claimants in this proceeding, Cameron International Corporation ("Cameron") respectfully answers the Counterclaim/Cross-Claim of Cross-Defendants Weatherford U.S., L.P. and Weatherford International, Inc. ("Cross-Claims"; Doc. 2921 in 10-MDL-2179), as follows:

### Jury Demand

Cameron demands trial by jury of all issues in this action so triable.

### Reservation of Right to Amend

Discovery is ongoing. Cameron therefore reserves its right to amend this pleading.

1

1062596v.1

## Responding to the Cross-Claims

In response to the Cross-Claims contained in Document 2921, Cameron incorporates by reference the entirety of its Answer to the Counterclaim/Cross-Claim of Weatherford Parties, Document 2866.

          Respectfully submitted,

          David J. Beck, T.A.
              dbeck@brsfirm.com
          Joe W. Redden, Jr.
              jredden@brsfirm.com
          David W. Jones
              djones@brsfirm.com
          Geoffrey Gannaway
              ggannaway@brsfirm.com
          BECK, REDDEN & SECREST, L.L.P.
          One Houston Center
          1221 McKinney, Suite 4500
          Houston, TX  77010-2010
          713-951-3700
          713-951-3720 (fax)

and

1062596v.1

/s/ Phillip A. Wittmann
Phillip A. Wittmann, 13625
pwittmann@stonepigman.com
Carmelite M. Bertaut, 3054
cbertaut@stonepigman.com
Keith B. Hall, 24444
khall@stonepigman.com
Jared Davidson, 32419
jdavidson@stonepigman.com
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
504-581-3200
504-581-3361 (fax)

**ATTORNEYS FOR CROSS-DEFENDANT COUNTER-PLAINTIFF CAMERON INTERNATIONAL CORPORATION**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Answer of Cross-Defendant Cameron International Corporation to Counterclaim/Cross-Claim of Weatherford Parties has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of July, 2011.

/s/ Phillip A. Wittmann
Phillip A. Wittmann

1062596v.1