IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG<br>DEEPWATER HORIZON IN THE<br>GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO.  2179 |
| IN RE THE COMPLAINT AND PETITION OF<br>TRITON ASSET LEASING GMBH, ET AL., IN A<br>CAUSE FOR EXONERATION FROM OR<br>LIMITATION OF LIABILITY | SECTION:  J |
| | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO:<br>2:10-CV-02771 and 10-CV-2179 | MAGISTRATE JUDGE SHUSHAN |

**DEFENDANT DRIL-QUIP, INC.'S MOTION TO DISMISS
WEATHERFORD U.S. LP AND WEATHERFORD INTERNATIONAL, INC.'S
COUNTER-CLAIM/CROSS-CLAIM FOR FAILURE TO STATE A CLAIM**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Dril-Quip, Inc. ("Dril-Quip") moves for an order dismissing Weatherford's[1] Counter-Claim/Cross-Claim (the "Counter-Claim/Cross-Claim") [Doct. 2915] against it in this case for failure to state a claim against Dril-Quip upon which relief can be granted.  The Counter-Claim/Cross-Claim consists, in its entirety, of an adoption by reference of Weatherford's Cross-Claim against Dril-Quip [Doct. 2481].  Accordingly, in response to the Counter-Claim/cross-Claim, Dril-Quip adopts its own motion to dismiss Weatherford's cross-claim and the memorandum in support thereof  [Doct. 2892] as its Motion to Dismiss Weatherford's Counter-Claim/Cross-Claim and Memorandum in Support thereof.

The grounds for this motion are set out in detail in the supporting memorandum of law, Doct. 2982 adopted by reference herein.

WHEREFORE, Defendant Dril-Quip respectfully prays for an order dismissing Weatherford's Counter-Claim/Cross-Claim in this action.

---

[1] Dril-Quip adopts the Weatherford entities' convention for referring to themselves but respectfully declines to list all parties in the caption as Weatherford has done. *See* Cross-Claim at 1.

Date:   July 11, 2011

Respectfully submitted,

**WARE, JACKSON, LEE & CHAMBERS, LLP**

BY:   _/s/ C. Dennis Barrow, Jr._____
    Don Jackson
    Texas Bar No. 10476000
    Fed ID No. 6915
    C. Dennis Barrow, Jr.
    Texas Bar No. 00796169
    Fed ID No. 20624
    2929 Allen Parkway, 42nd Floor
    Houston, TX 77019
    Phone: (713) 659-6400
    Fax:(713) 659-6262
    Counsel for Defendant, Dril-Quip, Inc.

## <u>CERTIFICATE OF SERVICE</u>

I certify that the above and foregoing document will be served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of July, 2011.

/s/ C. Dennis Barrow, Jr._____
C. Dennis Barrow, Jr.