IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 |
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GMBH, ET AL., IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY | SECTION: J |
| | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: 2:10-CV-02771 and 10-CV-2179 | MAGISTRATE JUDGE SHUSHAN |

### NOTICE OF SUBMISSION

Please take notice that the undersigned party shall bring on its Motion to Dismiss Weatherford's Counter-Claim/Cross-Claim for submission to the Honorable Carl J. Barbier, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130 at 9:30 a.m. on the 3rd day of August, 2011, or as soon thereafter as counsel may be heard.

Date: July 11, 2011

                                         Respectfully submitted,

                                         **WARE, JACKSON, LEE & CHAMBERS, LLP**

                                         BY:  /s/ C. Dennis Barrow, Jr.
                                               Don Jackson
                                               Texas Bar No. 10476000
                                               Fed ID No. 6915
                                               C. Dennis Barrow, Jr.
                                               Texas Bar No. 00796169
                                               Fed ID No. 20624
                                               2929 Allen Parkway, 42nd Floor
                                               Houston, TX 77019
                                               Phone : (713) 659-6400

                        Fax     :  (713) 659-6262

        Counsel for Defendant, Dril-Quip, Inc.

## **CERTIFICATE OF SERVICE**

        I certify that the above and foregoing Notice of Submission will be served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of July, 2011.

                        /s/ C. Dennis Barrow, Jr.
                        C. Dennis Barrow, Jr.