UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>**This Document Relates to:**<br>**2:10-cv-02454, 2:10-cv-01768** | MDL NO. 2179<br><br>SECTION: J<br><br>JJUDGE BARBIER<br>MAG. JUDGE SHUSHAN<br><br>**MOTION FOR CLARIFICATION OF ORDER DISMISSING D1 BUNDLE MASTER COMPLAINT** |

### MOTION FOR CLARIFICATION

The Center for Biological Diversity (the "Center"), plaintiff in *Center for Biological Diversity v. BP America, et al.*, 2:10-cv-02454 and 2:10-cv-01768, respectfully submits this Motion for Clarification of Order Dismissing the D1 Bundle Master Complaint dated June 16,2011 pursuant to Fed. R. Civ. Proc. 59(e). The Center requests that the Court make explicit that the Court's Order Dismissing the D1 Bundle Master Complaint, Doc. No. 2784, is a final judgment dismissing the Center's underlying individual complaints.

### POSITION OF THE PLAINTIFFS' STEERING COMMITTEE

Pursuant to Paragraph X of Pretrial Order No. 11, the Center provides the following statement from the Plaintiffs' Steering Committee ("PSC"). It is the PSC's position that the Court's ruling is not a final judgment under Rule 54(b); however, the PSC has no objection to a designation by the Court that the judgment be considered final and appealable with respect to the claims asserted by the Center in Nos. 10-2454 and/or 10-01768, should the Court determine that there is no just reason for delay.

DATED this 11th day of July, 2011.

Respectfully submitted,

                                             s/Charles M. Tebbutt
                                             Charles M. Tebbutt
                                             Daniel C. Snyder
                                             Law Offices of Charles M. Tebbutt, P.C.
                                             451 Blair Blvd.
                                             Eugene, OR 97402
                                             Ph: 541-344-3505
                                             E-mail: charlie.tebbuttlaw@gmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 11th, 2011, I electronically served the foregoing on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing in accordance with the procedures established in MDL 2179.

                                             s/ Charles M. Tebbutt
                                             Charles M. Tebbutt
                                             Law Offices of Charles M. Tebbutt, P.C.