UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>**This Document Relates to:**<br>**2:10-cv-02454, 2:10-cv-01768** | ) MDL NO. 2179<br>)<br>) SECTION: J<br>)<br>) JJUDGE BARBIER<br>) MAG. JUDGE SHUSHAN<br>)<br>)<br>) **[PROPOSED] ORDER**<br>)<br>)<br>)<br>)<br>) |

# ORDER ON MOTION TO CLARIFY

IT IS HEREBY ORDERED that, consistent with ¶ 5 of Pre-Trial Order No. 25, the cases *Center for Biological Diversity v. BP, et al.,* 2:10-cv-02454 and 2:10-cv-01768, are dismissed from MDL-2179 as a final judgment by operation of the Court's June 16, 2011 Order Dismissing the Bundle D1 Master Complaint, Doc. No. 2784.

THUS DONE AND SIGNED this _____ day of _____, 2011, New Orleans, Louisiana.

                                                                                       HON. CARL J. BARBIER
                                                                                       UNITED STATES DISTRICT JUDGE