**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010** | * * * | **MDL No. 2179** |
| | * | **SECTION "J"** **JUDGE BARBIER** |
| **This Document Relates to: No. 10-4536, No. 10-2771,** ***all cases in which Cameron International is named as a Defendant*** | * * * * | **MAGISTRATE NO. 1** **MAGISTRATE SHUSHAN** |
| * * * * * * * * * * * | * | |

**MEMORANDUM IN SUPPORT OF MOTION OF DEFENDANTS ANADARKO PETROLEUM CORPORATION AND ANADARKO E&P COMPANY LP TO DISMISS CROSS-CLAIMS AND/OR COUNTERCLAIMS OF CAMERON INTERNATIONAL CORPORATION PURSUANT TO FED. R. CIV. P. 12(b)(6)**

**MAY IT PLEASE THE COURT:**

Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP ("Anadarko"), pursuant to Federal Rule of Civil Procedure 12(b)(6), have moved this Honorable Court to dismiss the Cross-Claims and/or Counterclaims of Cameron International Corporation ("Cameron") for failure to state a claim upon which relief can be granted.

As noted in the Motion, on June 20, 2011 Cameron filed four duplicative sets of cross-claims and/or counterclaims against Anadarko: (1) Answer of Third-Party Defendant Cameron International Corporation to Third-Party Complaint, Together with Counterclaim and Cross-Claims (applicable to Docket No. 10-04536, *United States v. BP Exploration and Production Inc., et. al.*) [Rec. Doc. 2872]; (2) Answer of Cross-Defendant Cameron International Corporation to BP's Cross-Claim, Together with Counterclaim and Cross-Claims (purportedly applicable to "all cases in which Cameron International is named Defendant") [Rec. Doc. 2865]; (3) Answer of Cross-Defendant Cameron to Cross-Claims of Anadarko Defendants, Together

with Counterclaims and Cross-Claims (applicable to *In re: The Complaint and Petition of Triton Asset Leasing GmBH., et. al.*, Docket No. 10-2771) [Rec. Doc. 2867], and; (4) Answer of Cross-Defendant Cameron to Cross-Claims of MOEX Offshore 2007, LLC, Together with Counterclaims and Cross-Claims (applicable to *In re: The Complaint and Petition of Triton Asset Leasing GmBH., et. al.*, Docket No. 10-2771) [Rec. Doc. 2868]. In each set of claims, Cameron asserts the same two causes of action against Anadarko for contribution under the Oil Pollution Act, 33 U.S.C. § 2709, and contribution under the General Maritime Law.

Cameron's cross-claims and/or counterclaims against Anadarko in the above pleadings are also identical to Cameron's cross-claims against Anadarko in the Limitation Action, Docket No. 10-2771 [Rec. Doc. 2472], to which Anadarko has already responded by filing a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). [Rec. Doc. 2927]. In the interest of preserving judicial and litigant resources and not burdening the Court with duplicative filings, Anadarko expressly incorporates and adopts as if set forth in full herein pursuant to Federal Rule of Civil Procedure 10(c) all arguments in the Motion of Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP to Dismiss the Cross-Claims of Halliburton Energy Services, Inc., Cameron International Corporation, Dril-Quip, Inc., M-I, LLC, and Weatherford U.S. L.P., [Rec. Doc. 2927] and the memorandum in support thereof [Rec. Doc. 2927-1]. The incorporated documents are attached hereto as exhibits for the Court's convenience.

**WHEREFORE**, Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP pray that this Court dismiss all cross-claims and/or counterclaims asserted against them by Cameron for failure to state a claim upon which relief can be granted.

Respectfully submitted,

DATED: July 11, 2011

BINGHAM McCUTCHEN, LLP

/s/*Ky E. Kirby*

Ky E. Kirby
ky.kirby@bingham.com
David B. Salmons
david.salmons@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300

New Orleans, LA 70112
Tel: (504) 592-0691
Fax: (504) 592-0696

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on July 11, 2011.

/s/ *Ky E. Kirby*
Ky E. Kirby