# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico on April 20, 2010** | * | SECTION "J" |
| | * | JUDGE BARBIER |
| **This Document Relates to:** | * | |
| **No. 10-4536, No. 10-2771,** *all cases* | * | MAGISTRATE NO. 1 |
| *in which Cameron International is named as* | * | |
| *a Defendant* | * | MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * | | |

## ORDER

Considering the Motion of Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP to Dismiss Cross-Claims and/or Counterclaims of Cameron International Corporation Pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted:

**IT IS HEREBY ORDERED** that all of Cameron's cross-claims and/or counterclaims against Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP are dismissed.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE