# BINGHAM

Ky E. Kirby
Direct Phone: 202.373.6795
Direct Fax:    202.373.6434
ky.kirby@bingham.com

July 6, 2011

**VIA EMAIL**

The Honorable Sally Shushan
United States Magistrate Judge
United States District Court for the
Eastern District of Louisiana
500 Poydras Street, Room B-345
New Orleans, LA 70130

Re:   IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON,"
      MDL No. 2179

Dear Judge Shushan:

As you requested, we have attempted to elicit and reflect in chart form the parties' positions regarding the proposed Trial Structure Order. As the Court may recall, Anadarko was requested by Judge Barbier to prepare and to circulate a draft order. Toward that end, during June, we prepared and circulated several versions in an effort to prepare a common draft that included as many of the parties' provisions as possible and endeavored to remain true to the direction of Judge Barbier as to the trial structure. Last Friday, we recirculated the latest version of the proposal to the parties and invited final comment from those who had not previously provided any and also invited further comment from those who had.

Exhibit A to this letter is Anadarko's present proposal. As noted above, this proposal contains most, but not all, of the comments that were received from the parties during the exchange of draft orders. Exhibit B is a version of the proposal that includes additional edits received from BP, Weatherford, Nalco, O'Briens and National Response Corp. (collectively the "BP group") some of which are included in the Anadarko proposal at Exhibit A. Exhibit C is a chart that identifies those provisions regarding which we have received comment indicating disagreement with the substance or language of the provisions in Anadarko's final proposal, including those few edits from the BP group that are not incorporated in Anadarko's final proposal.

As reflected in the chart submitted herewith, Cameron has not attempted to address Anadarko's proposal on a provision-by-provision basis, but advises that it generally disagrees with Anadarko's draft trial plan, and stands on the positions stated in its three briefs on trial plan issues which are Docs. 2667, 2124 and 1940 on the docket.

Boston
Frankfurt
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Washington

Bingham McCutchen LLP
2020 K Street NW
Washington, DC
20006-1806

T +1.202.373.6000
F +1.202.373.6001
bingham.com

Honorable Sally Shushan
July 6, 2011
Page 2

We hope this assists the Court in considering the trial structure issues raised by the parties and look forward to discussing it with you and Judge Barbier during the in-chambers conference on July 8, 2011.

Regards,

Ky E. Kirby

Attachments

cc:   All Liaison Counsel (with attachments, by email)
      Coordinating Counsel for the States (with attachments, by email)
      Coordinating Counsel for the Interests of the United States
              (with attachments, by email)
      John Pritchard, Esq. (with attachments, by email)
      Catherine McCulley, Esq. (with attachments, by email)
      Kat Shea, Esq. (with attachments, by email)
      Mike O'Keefe (with attachments, by email)