UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO.: 2179 |
| | SECTION:  J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER |
| Case No.: 2:10-cv-08888; 2:10-cv-02771 | MAG. JUDGE SHUSHAN |

## MOTION OF DISMISSAL WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel comes Plaintiff, Humberto Galvez, [Rec. Doc. 61471] and on suggesting to the Court that all matters and claims filed by Plaintiff, Humberto Galvez, against any party including but not limited to all British Petroleum entities, all Trans Ocean entities, Triton Asset Leasing GMBH, Halliburton Energy Services, Inc., Cameron International Corporation, and all other Defendants in this controversy, have all been amicably settled and fully compromised, and move that same be dismissed with full prejudice, each party bearing their own costs.

Dated: July 12, 2011

        Respectfully submitted,

 By:

    **THE DUGAN LAW FIRM**

    /s/ David B. Franco
    David B. Franco (Tx Bar No. 24072097)
    James R. Dugan, II (La Bar No. 24785)
    One Canal Place
    365 Canal Street, Suite 1000
    New Orleans, Louisiana 70130
    Telephone: (504) 648 0180
    Facsimile: (504) 648 0181

    *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of July 2011, the above and foregoing Motion of Dismissal With Prejudice has been filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Don K. Haycraft, James P. Roy and Stephen J. Herman by operation of the court's electronic filing system and served on all counsel of record through the Lexis Nexis File & Serve, electronic mail, facsimile, and/or U.S. Mail.

    /s/ David B. Franco
    David B. Franco, Esq.