From:
"Paul M. Sterbcow" <sterbcow@lksalaw.com>
To:
'Andrew Langan' <alangan@kirkland.com>, Sally Shushan <Sally_Shushan@laed.uscourts.gov>
Cc:
Mike OKeefe <Mike_OKeefe@laed.uscourts.gov>, Jim Roy <jimr@wrightroy.com>, Steve Herman <SHERMAN@hhkc.com>, michael underhill <Mike.Underhill@usdoj.gov>, Corey Maze <CMaze@ago.state.al.us>, Defense Steering Committee MDL 2179 <dsc2179@liskow.com>, Don K Haycraft <dkhaycraft@liskow.com>, robert cunningham <RTC@cunninghambounds.com>
Date:
07/07/2011 10:35 AM
Subject:
RE: MDL 2179 -- objection re Tony Brock deposition

Your Honor- With respect, one need only look at Jim Weatherbee's interview of Mr Brock dated July 21, 2010, bates Bp-HZN-BLY00141258-00141309 to see why he is crucial. Recall that Brock is the number 2 man only behind Mark Bly on the BP Investigation Team. All other similarly situated witnesses have been deposed without objection. In the interview Brock reviewed each area of operational negligence in detail and gives explanations of what went wrong and why. For example, he specifically said that the drilling marigin fell below 0.3ppg at the level of the production casing, a critical fact that all other BP witnesses have either claimed ignorance or denied. He makes similar comments regarding the cement job, use of centralizers, use of long string, conversion of the float collar, etc. His comments go far beyond the conclusions published in the final investigation report. Unfortunately the PSC did not have this document when I took Mr Weatherbee's deposition. The only other BP rep who can testify on the conversation and its ramifications is Mr Brock. As I recall we offered to submit the transcript in lieu of testimony as long as authenticity and accuracy were stipulated. BP refused as they have done with respect to Mr Wright's negative test report prepared at BP's request. Irrespective of the issue of the BP legal dept's involvement, Mr Brock has to testify. The PSC respectfully asks that the deposition be scheduled in time to allow our experts to review and digest Brock's highly relevant and educational testimony. Thank you for considering the PSC's position.

Paul Sterbcow