UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO.: 2179 |
| | SECTION:  J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER |
| Case No.: 2:10-cv-08888, [Rec. Doc. 70839]; 2:10-cv-02771 | MAG. JUDGE SHUSHAN |

### ORDER

Considering the foregoing Motion to Withdraw as Counsel:

**IT IS ORDERED** that the Dugan Law Firm be allowed to withdraw as counsel of record for Plaintiff MiMamacita's Gerard Street, LLC ("MiMamacita's") and Clay R. Rollman in this case.

Signed in New Orleans, Louisiana this __11th__ day of ____July____, 2011.

_____
United States District Judge