**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

ORIGINAL

| | |
|---|---|
| PLAINTIFF: Velma Jean Richards | COURT CASE NUMBER: 11-1096, J (1) |
| DEFENDANT: Gulf Coast Claim Facility, et al. | TYPE OF PROCESS: Claim and Summon |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Gulf Coast Claim Facility, et al.,

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
5151 Blazer Pkwy, Suite A, Dublin, OH 43017

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Velma Jean Richards
305 West 72nd Street Apt 11C
New York, NY 10023
Velma Richards 6-23-11

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

phone # 800-916-4893

Signature of Attorney or other Originator requesting service on behalf of:
Velma Jean Richards
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 845-337-9284
DATE: 6-23-11

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 34
District to Serve No. 61
Signature of Authorized USMS Deputy or Clerk: Vita Jones
Date: 6/27/11

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
DAVID GANZ, ASST DIRECTOR

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
GARDEN CITY GROUP  DBA: GULF COAST CLAIM FACILITY
5151 BLAZER PKWY, SUITE A, DUBLIN, OH 43017
614/289-5400

Date of Service: 07/06/2011
Time: 1530 pm
Signature of U.S. Marshal or Deputy: MdH-Ul DUSM s/OH

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45 | | $8 | $64 | 0 | 0 | 0 |

**REMARKS:**
06/30/2011: Received in district for service
07/06/2011: Served
07/07/2011: Returned to district of origin; closed in JDIS

PRIOR EDITIONS MAY BE USED
**1. CLERK OF THE COURT**
FORM USM-285 (Rev. 12/15/80)

JDIS 11-1096-J