U. S. DISTRICT COURT
Eastern District of Louisiana

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED JUL 1 2 2011  CK

LORETTA G. WHYTE
Clerk

Plaintiff    Clay J. Rizzuto

Case NO: MDL 21799

10-8888 J 1

-vs-   Transocean and the Deepwater Horizon Lawsuit

Motion:    Motion to withdraw from MDL 21799

I've decided that I did not want to be a part of this lawsuit.

I would like to be discharge from the case NO: MDL 21799

SS # 0713

**Certificate of Service**
I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this 12 day of July, 2011.

Clay J. Rizzuto

5409 Tulip Court

Marrero, LA 70072

504-340-6882

___ Fee_____
___ Process_____
_X_ Dktd_____
_X_ CtRmDep_____
___ Doc. No._____