UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

Plaintiff     Clay J. Rizzuto                    Case NO: MDL 21799

10-8888 J1

-vs-     Transocean and the Deepwater Horizon Lawsuit

ORDER: MDL 21799

_____
Judge