UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on | : | SECTION:  J |
| APRIL 20, 2010 | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO | : | |
| ALL CASES | : | JURY TRIAL DEMANDED |
| | : | |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**CAMERON INTERNATIONAL CORPORATION'S
OBJECTIONS TO AND APPEAL FROM MAGISTRATE JUDGE'S ORDER
REGARDING OBJECTIONS TO DEPOSITIONS [REC. DOC. 3090]**

Pursuant to 28 U.S.C. § 636 (b)(1)(A), Cameron International Corporation ("Cameron") objects to and appeals from the Magistrate Judge's Order entered June 29, 2011 [Rec. Doc. 3090], denying Cameron its right to take the depositions of three BP employees, because that Order is clearly erroneous and contrary to law as more fully set forth in the accompanying memorandum in support submitted herein.

1062053v.1

Accordingly, Cameron respectfully moves that the Order Regarding Objections to Deposition [Rec. Doc. 3090], insofar as it applies to Cameron's request for deposition of three BP employees, Tim Allen, Tony Emmerson and Ray Fleming, be reversed.

| | |
|---|---|
| David J. Beck, T.A.<br>    dbeck@brsfirm.com<br>Joe W. Redden, Jr.<br>    jredden@brsfirm.com<br>David W. Jones<br>    djones@brsfirm.com<br>Geoffrey Gannaway<br>    ggannaway@brsfirm.com<br><br>BECK, REDDEN & SECREST, L.L.P.<br>One Houston Center<br>1221 McKinney, Suite 4500<br>Houston, TX  77010-2010<br>713-951-3700<br>713-951-3720 (fax) | */s/ Phillip A. Wittmann*<br>Phillip A. Wittmann, 13625<br>    pwittmann@stonepigman.com<br>Carmelite M. Bertaut, 3054<br>    cbertaut@stonepigman.com<br>Keith B. Hall, 24444<br>    khall@stonepigman.com<br>Jared Davidson, 32419<br>    jdavidson@stonepigman.com<br><br>STONE PIGMAN WALTHER WITTMANN L.L.C.<br>546 Carondelet Street<br>New Orleans, Louisiana  70130<br>504-581-3200<br>504-581-3361 (fax)<br><br>**ATTORNEYS FOR DEFENDANT**<br>**CAMERON INTERNATIONAL**<br>**CORPORATION** |

1062053v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Cameron International Corporation's Objections to and Appeal from Magistrate Judge's Order Regarding Objections to Depositions [Rec. Doc. 3090] has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of July, 2011.

      */s/ Phillip A. Wittmann*
      Phillip A. Wittmann

1062053v.1