382

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL        )   MDL NO. 2179
BY THE OIL RIG          )
"DEEPWATER HORIZON" IN  )   SECTION "J"
THE GULF OF MEXICO, ON  )
APRIL 20, 2010          )   JUDGE BARBIER
                        )   MAG. JUDGE SHUSHAN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VOLUME 2

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Deposition of Henry Matthew Thierens, taken at
Kirkland & Ellis International, 30 St. Mary Axe, 22nd
Floor, London EC3A 8AF, England, United Kingdom, on the
10th of June, 2011.

---

383

1
2   A P P E A R A N C E S
3
    Magistrate Judge Sally Shushan
    UNITED STATES DISTRICT COURT
4   EASTERN DISTRICT OF LOUISIANA
    500 Poydras Street, B345
5   New Orleans, Louisiana 70130
6
    APPEARING FOR THE PLAINTIFFS' STEERING COMMITTEE:
7   Mr. Paul M. Sterbcow
    LEWIS, KULLMAN, STERBCOW & ABRAMSON
8   601 Poydras Street, Suite 2615
    New Orleans, Louisiana 70130
9
    Mr. Stephen J. Herman
10  HERMAN, HERMAN, KATZ & COTLAR
    820 O'Keefe Avenue
11  New Orleans, Louisiana 70113
12  Mr. William E. Bonner
    CUNNINGHAM BOUNDS, LLC
13  1601 Dauphin Street
    Mobile, Alabama 36604
14
15  APPEARING FOR THE DERIVATIVE PLAINTIFFS, MDL 2185
    SECURITIES PLAINTIFFS SUBCLASS:
16  Mr. Richard Warren Mithoff
    MITHOFF LAW FIRM
17  500 Dallas St. - Penthouse
    Houston, Texas 77002
18
19  APPEARING FOR BP, INC.:
    Ms. Hariklia "Carrie" Karis
20  KIRKLAND & ELLIS
    300 North LaSalle
21  Chicago, Illinois 60654
22
23
24
25

---

384

1   APPEARING FOR HENRY MATTHEW THIERENS:
    Mr. Ronald S. Safer
2   Mr. Matthew C. Crowl
    SCHIFF HARDIN
3   6600 Sears Tower
    233 South Wacker Drive
4   Chicago, Illinois  60606
5
    APPEARING FOR TRANSOCEAN:
6   Mr. Michael R. Doyen
    MUNGER TOLLES & OLSON
7   355 South Grand Avenue, 35th Floor
    Los Angeles, California  90071-1560
8
    Mr. Daniel Johnson
9   Mr. Jack Massey
    SUTHERLAND ASBILL & BRENNAN
10  1001 Fannin, Suite 3700
    Houston, Texas  77002-6760
11
12  APPEARING FOR ANADARKO PETROLEUM COMPANY:
    Ms. Deborah D. Kuchler
13  Ms. Janika D. Polk
    KUCHLER POLK SCHELL WEINER & RICHESON
14  1615 Poydras Street, Suite 1300
    New Orleans, Louisiana 70112
15
16  APPEARING FOR CAMERON INTERNATIONAL CORPORATION:
    Mr. David W. Jones
17  BECK, REDDEN & SECREST
    One Houston Center
18  1221 McKinney Street, Suite 4500
    Houston, Texas  77010-2010
19
    Mr. William L. Doffermyre
20  WILLIAMS & CONNOLLY
    725 Twelfth Street, N.W.
21  Washington, D.C.  20005
22
23
24
25

---

385

1   APPEARING FOR WEATHERFORD:
    Mr. Wayne G. Zeringue, Jr.
2   JONES, WALKER, WAECHTER, POITEVENT, CARRERE &
    DENEGRE, LLP
3   201 St. Charles Avenue
    New Orleans, Louisiana 70170
4
5   APPEARING FOR DRIL-QUIP, INC.:
    Mr. C. Dennis Barrow, Jr.
6   WARE, JACKSON, LEE & CHAMBERS
    America Tower, 42nd Floor
7   2929 Allen Parkway
    Houston, Texas 77019-7101
8
9   APPEARING FOR M-I SWACO:
    Mr. Steven A. Luxton
10  MORGAN, LEWIS & BOCKIUS, LLP
    1111 Pennsylvania Avenue, NW
11  Washington, D.C. 20004
12
13  APPEARING FOR HALLIBURTON:
    Mr. R. Alan York
14  Ms. Angelle M. Adams
    GODWIN RONQUILLO
15  1201 Elm Street, Suite 1700
    Dallas, Texas 75270-2041
16
17  APPEARING FOR THE UNITED STATES:
    Mr. R. Michael Underhill
18  Attorney in Charge
    West Coast Office
19  U.S. DEPARTMENT OF JUSTICE
    TORT BRANCH, CIVIL DIVISION
20  450 Golden Gate Avenue
    7th Floor, Room 5395
21  San Francisco, California  94102-3463
22  Ms. Michelle T. Delemarre
    U.S. DEPARTMENT OF JUSTICE
23  TORT BRANCH, CIVIL DIVISION
    1425 New York Avenue, N.W.
24  Suite 10100
    Washington, D.C. 20005
25  Post Office Box 14271
    Washington, D.C. 20044-4271

---

1 (Pages 382 to 385)

**PURSUANT TO CONFIDENTIALITY ORDER**



EXHIBIT

13

670

```
 1        Do you see that?
 2   A.  Yes.
 3   Q.  The BOP -- or the ram BOPs on the HORIZON BOP
 4   stack were Cameron 18 3/4" 15,000 psi working pressure
 5   rams, were they not?
 6   A.  Yes.
 7   Q.  That paragraph goes on to say, "At 1.5"
 8   gallons per minute, "the time required to close the ram
 9   is over 16 minutes.  Even...a mid range output of 4.5"
10   gallons per minute, "over five minutes would be needed.
11   While the sealing mechanism and cutting blades are more
12   robust in some preventers than in others, it is
13   considered highly unlikely that any preventer currently
14   available would stand up to this punishment during an
15   uncontrolled flow of wellbore fluid."
16        Do you see that?
17   A.  I do.
18   Q.  Was there an uncontrolled flow of wellbore
19   fluid from the Macondo Well on April 20th, 2010?
20   A.  There was -- yes.
21   Q.  All right.  Was that fact that's discussed
22   here, that high flow can damage rams, something that
23   you understood at the time you were involved in the
24   efforts in the Crisis Center?
25   A.  In -- in -- in -- in -- well, yes, in the
```

671

```
 1   context of if a well is flowing for a period of time
 2   through a BOP stack, that could impact the reliability
 3   of the ram subsequently.
 4   Q.  Right.  And -- and what we're -- what we're
 5   talking about here is erosion damage that can occur to
 6   the rubber packers that exist inside the BOP, and in
 7   some instances, to the metal in the BOP itself,
 8   correct?
 9   A.  That -- that would be my interpretation of it.
10   Q.  All right.  And that was something that you
11   understood could happen before April 20th, 2010,
12   correct?
13   A.  Just -- just based on what I've been taught in
14   the past.
15   Q.  Okay.  Was damage to the rams or ram packers
16   from flow from the Macondo Well something that was
17   discussed during the intervention efforts?
18   A.  We -- we discussed a range of possibilities,
19   and one of which would have been it -- would it be
20   possible to damage the packers during this?  Nobody
21   knew.  Nobody could ascertain, but it was certainly
22   considered as a possibility.
23   Q.  Okay.  Do you recall anybody from Transocean
24   ever expressing a concern about if you attempt to close
25   ROVs during this intervention effort, that you could
```

672

```
 1   wash out packers and not have anything to be able to
 2   seal the well?
 3   A.  I --
 4   Q.  Do you recall that statement being made?
 5   A.  I don't recall that.
 6   Q.  All right.  Did you ever have communications
 7   with a gentleman named Don Winslow in connection with
 8   your efforts?
 9   A.  I didn't have conversations with Don Winslow.
10   Q.  All right.  On -- returning back to Exhibit --
11        THE COURT REPORTER: 116 or 6138?
12        MR. JONES: The first one we marked.
13        THE COURT REPORTER: 6138.
14   Q.  (By Mr. Jones) 6138.  The next page, Page 5 of
15   7, notes that on April 22nd, 2010, there was an
16   "...attempt to simulate" the "Automatic Mode Function,"
17   the "(AMF)" or ['Deadman']."  Do you see that at the
18   very top?
19   A.  Yes.
20   Q.  Were you involved specifically in that
21   activity?
22   A.  No.
23   Q.  What they were attempting to do -- well, after
24   the fact, did you learn about those activities and what
25   they attempted to do?
```

673

```
 1   A.  Yes.
 2   Q.  And am -- am I correct that what they
 3   attempted to do was cut the various lines leading to
 4   the control system to simulate the conditions that
 5   would be required to fire the deadman or the AMF
 6   system, correct?
 7   A.  The -- the -- the PBOF lines.
 8   Q.  Right.
 9   A.  Yes.
10   Q.  And -- and that was also done through ROVs,
11   correct?
12   A.  Yes.
13   Q.  On April 22nd, there were also, according to
14   this document, two additional attempts to cut the
15   autoshear trigger pin.  Do you see that referenced
16   here?
17   A.  Yes, I do.
18   Q.  And I believe on the third attempt to cut the
19   ROV trigger pin, there was -- they successfully cut the
20   trigger, correct?
21   A.  Yes.  My recollection of -- of that was I --
22   they -- they did cut through the trigger, yes.
23   Q.  Were you present when they cut through the
24   trigger?
25   A.  No.
```

73  (Pages  670  to  673)

**PURSUANT TO CONFIDENTIALITY ORDER**

674

1    Q.  Have you seen the videotape of the BOP stack
2  when they cut the trigger?
3    A.  I don't recall seeing that.
4    Q.  I -- you may have -- I think you mentioned
5  this yesterday, or it could have been this morning,
6  do -- do you recall having a conversation with someone
7  regarding the -- the BOP stack moving or shifting when
8  they cut the trigger pin?
9    A.  Yes.  I was informed by Tony Emmerson, and
10  Tony Emmerson was -- had the title of Source Control
11  Leader, I think it was, who advised me that he saw some
12  movement when that pin was cut.
13    Q.  Did he describe the movement?
14    A.  He just said it shook.
15    Q.  The whole stack shook?
16    A.  Yes.  And as I recall, also, I believe
17  Mr. Whitby told me the same thing.
18    Q.  Did anybody else mention that to you?
19    A.  Not that I can recall.
20    Q.  These activities -- well, let me ask this:
21  Were you involved specifically with the BOP at any time
22  before the rig sank?
23    A.  Not directly, no.
24    Q.  All right.  These activities that -- these ROV
25  activities that we've been discussing up to this point,

675

1  the attempts to pump in and close the blind shear rams,
2  the attempts to cut the PBOF cables and simulate the
3  deadman, and the attempts to activate the autoshear,
4  all of those were done with the intent of sealing the
5  well, correct?
6    A.  Yes.
7    Q.  And sealing the well would hold back whatever
8  pressure was existing inside the well, correct?
9    A.  Yes.
10    Q.  Let me show you -- let me make sure I have
11  these correct.
12        I'm going to hand you what was marked
13  yesterday as Exhibit 6095.  It was, I believe, your
14  first logbook from the intervention efforts.  And if
15  you could, turn to about the, oh, I don't know, fifth
16  or sixth page.  It's the page ending in Bates No. 7280.
17    A.  Yes, I have that.
18    Q.  This is an entry for April 24th, correct?
19    A.  Yes.
20    Q.  Halfway down that entry for that date, it
21  says: "Combined team of T.O." -- I assume that's
22  Transocean, correct?
23    A.  Yes.
24    Q.  -- "Cameron, BP, WWC" -- which I believe would
25  be Wild Well Control, correct?

676

1    A.  Yes.
2    Q.  "Team worked on outline plans overnight to
3  describe a series of options moving ahead to address
4  the current situation."  Is -- did I read that
5  correctly?
6    A.  Yes, you did.
7    Q.  Okay.  Were you personally involved in those
8  overnight discussions that are referenced here?
9    A.  Yes.
10    Q.  Were the Cameron -- well, who were the Cameron
11  people who were involved?  Was that Mr. Whitby?
12    A.  H'm, I -- I can't remember exactly.  I -- Mel
13  Whitby was there.  He was in presence a lot.  So was
14  Don King.  I don't re who -- I don't re -- remember who
15  else was there at that time.  I don't know if Don King
16  was here at this time.  I -- I believe Mr. Whitby would
17  have been.
18    Q.  All right.  Were the Cameron personnel with
19  whom you dealt that night and, frankly, throughout
20  your involvement -- were they cooperative and helpful?
21    A.  Very.
22    Q.  Okay.  This entry goes on to say after that:
23  "Worked with a small group, WWC(2) Oceaneering(1),
24  T.O.(1)" -- and is that "HT"?  Is that you?
25    A.  That's me.

677

1    Q.  -- "Richard Lynch" --
2    A.  Yes.
3    Q.  -- and "Mark" -- is that "Mazzella"?
4    A.  Mazzella.
5    Q.  "Made decision tree analysis for next steps
6  with our ROV intervention on the BOP stack."  Do you
7  see that?
8    A.  Yes.
9    Q.  And so am I correct in interpreting that after
10  there was the group with the lar -- there was a meeting
11  with the larger group.  Then a smaller group consisting
12  of two folks from Wild Well Control, one person from
13  Oceaneering, a Transocean person, you, and -- and two
14  BP people got together and then built a Decision Tree,
15  correct?
16    A.  Correct.
17    Q.  If you would, sir, turn to the next page.  The
18  entry at 1300 hours says: "There is collective
19  agreement in Houston that the decision tree developed
20  which supports the plan to close variable bore pipe
21  rams is the right way to move ahead."  Did I read that
22  correctly?
23    A.  Yes.
24    Q.  Was the deci -- was the Decision Tree that was
25  referenced on the prior page and on this page -- was it

**PURSUANT TO CONFIDENTIALITY ORDER**