1

```
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF LOUISIANA
 3
    IN RE:  OIL SPILL BY    MDL NO. 2179
 4  THE OIL RIG
    "DEEPWATER HORIZON"     SECTION:  J
 5  IN THE GULF OF
    MEXICO, ON APRIL 20,    JUDGE BARBIER
 6  2010                    MAG. JUDGE SHUSHAN
 7
 8
 9
```



```
15
16
17                        VOLUME 1
18
19          Deposition of FEREIDOUN ABBASSIAN,
20  12017 Tall Oaks Street, Houston, Texas 77024,
21  taken in the Orleans Room, Pan-American Life
22  Center, 601 Poydras Street, New Orleans,
23  Louisiana 70130, on Tuesday, May 3, 2011.
24
25
```

```
 1  but who were the individuals who worked on
 2  your team underneath your supervision on the
 3  BOP side of the investigation team?
 4          A.      You want to hear everybody's
 5  name?
 6          Q.      How many people were on the
 7  team?
 8          A.      There was some 15 to 16 people,
 9  part of my team.
10          Q.      Okay.  Do you know -- well, tell
11  me, if you would, was the team, was there a
12  certain hierarchy -- we're not talking about
13  15 people all on one level underneath your
14  supervision -- or was there a breakdown where
15  there were three or four people running
16  subteams?
17          A.      Yes, so -- so I had a number of
18  people directly reporting to me during the
19  investigation.  Maybe we had more than 15
20  people in my team --
21          Q.      What were the --
22          A.      -- for the support.
23          Q.      What were the names of the
24  people directly underneath you?
25          A.      Norman Wong was looking after
```

1  maintenance. Tony Emmerson was looking after
2  testing, and also he was acting as my -- was,
3  when I was away, and that was my, essentially
4  right-hand man, put it that way, as a deputy
5  team leader. Tim Allen was looking after BOP
6  system and its performance. So anything he
7  was involved with, BOP rating and any tests
8  that we had to do to determine, for example,
9  the impact of flow rate on elastomeric parts,
10 so that was Tim Allen. And let me recall
11 everybody. And then -- Nik Politis was
12 looking after -- Nik Politis was reporting to
13 Tim Allen. It was Ray Fleming who was
14 leading the control system performance, so
15 that is all the leaks, the performance of the
16 parts, everything was under -- so Tim was the
17 hardware, Tim Allen, and Ray Fleming was the
18 control maintenance testing. Those are the
19 four individuals.
20    Q.    Did you ever determine as part
21 of your investigation who at BP would have
22 been tasked with ensuring that MMS
23 regulations are met at all times with respect
24 to the BOP?
25    MR. COLLIER: