UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL            MDL NO. 2179
BY THE OIL RIG
"DEEPWATER HORIZON"          SECTION:   J
IN THE GULF OF
MEXICO, ON                   JUDGE BARBIER
APRIL 20, 2010               MAG. JUDGE SHUSHAN



**VOLUME 2**




Deposition of **FEREIDOUN ABBASSIAN,**

12017 Tall Oaks Street, Houston, Texas 77024,

taken in the Pan American Life Center,

Orleans Room, 11th Floor, 601 Poydras Street,

New Orleans, Louisiana 70130, reported on

Wednesday, May 4th, 2011.

**GAUDET, KAISER, L.L.C.**
Board-Certified Court Reporters

EXHIBIT

D

PENGAD-Bayonne.N.J

```
1   EXAMINATION BY MR. BAAY:
2        Q.      If you flip to the third page of
3   this e-mail, there is this chain, there is an
4   e-mail from Tony Emmerson to Danny Fugate.
5   Do you know who Danny Fugate is?
6        A.      I don't recall who that is.
7        Q.      Tony Emmerson was someone on
8   your team?
9        A.      Yes, a member of my team.
10       Q.      His area of responsibility was
11  what?
12       A.      Testing and he was also acting
13  as a deputy team leader.
14       Q.      If you jump to the
15  second-to-last paragraph, he said, Tony says:
16  "The battery testing would include the
17  acquisition of data pertaining to the
18  capacity used during a deadman sequence.
19  The team would like to obtain data pertaining
20  to battery life and performance of the 9- and
21  27-volt batteries by drawing them down and
22  monitoring the change in voltage.  We would
23  also like to measure the physical size and
24  dissect the battery packs to determine all of
25  the components inside the assembly, if
```

1   what you mean by fully.  I assume you mean

2   zero.

3   EXAMINATION BY MR. BAAY:

4        Q.      Well, Let me ask it differently.

5   If the system does not disarm itself, the

6   battery will continue to sustain a load.

7        MR. COLLIER:

8            Object to form.

9        THE WITNESS:

10           There will be a load on the

11   battery.

12   EXAMINATION BY MR. BAAY:

13       Q.      Is it true that if Solenoid 103

14   on the yellow pod could not be energized,

15   then the system for the yellow pod would not

16   have disarmed, given what we just talked

17   about?

18       A.      No, it's not true what you said.

19       Q.      Why?

20       A.      Or may I say -- I don't have the

21   answer to this question, but somebody in my

22   team has the answer to this question, but I

23   cannot really rationalize it for you here

24   because I don't have the information in my

25   hand.

491

```
 1        Q.      Do you not know enough about the
 2   operation of the Programming Logic to answer
 3   it?
 4        A.      I had a team who -- I had a
 5   control -- a team of control engineers who
 6   know the details of operation of the parts.
 7   That question should be put to them.
 8        Q.      But just a few minutes ago, you
 9   were very eloquently describing how the
10   system cycles.
11        A.      I don't know the answer to the
12   question that you just put to me.  Under
13   oath, I cannot really tell you what the
14   answer is.  Had I known the answer, I would
15   have rationalized it for you, but I just
16   don't have all the facts here.
17        Q.      So you don't know -- so there
18   were people on your team with more knowledge
19   about the operation of the control system, is
20   that true?
21        A.      I had a team of multidisciplined
22   experts, yes.
23        Q.      Who would those people be that
24   could answer the question that I just asked?
25        A.      Ray Fleming.
```

1     Q.     Anyone else?

2     A.     I just don't -- I think Ray

3  Fleming is sufficient.  He was the team

4  leader for the control.  He had sufficient

5  expertise within his team to be able to

6  answer that question.

7     Q.     And back to the --

8     A.     By the way, I'm more than happy

9  to get that answer for you during the break

10  if that -- I just don't have the answer, but

11  it's actually a good question.  I can get you

12  the answer, if you wish.

13     Q.     The question that started for

14  the batteries, did you or your team or

15  Mr. Fleming do any testing that investigated

16  whether or not there was a set of

17  circumstances where the system would not

18  disarm itself and run the battery below

19  sufficient voltage to function the AMF?

20     A.     I can't recall the details, but

21  they did consider scenarios under which a

22  battery would -- there would be a remaining

23  load on the battery.  All those scenarios, as

24  I recall, pointed to sequence not being --

25  AMF sequence not being completed and the

1    30 seconds, 50 seconds, one minute.

2         Q.       Right.

3         A.       And what is important is not

4    absolute velocity but exposure time, that is

5    to say, average velocities as this motion

6    takes place and when you compare the two

7    motions, you will see that on average, you

8    have got by far lower velocities due to a

9    higher cross-sectional area to the flow for

10   the blind shear ram.

11        Q.       I see what you're saying.

12   You're not saying that the velocity is

13   necessarily going to be any different, you're

14   saying that the time at which that velocity

15   is high is different, depending on the

16   annular or the BSR?

17        A.       Yes, and the distribution, and

18   the distributional velocity during the

19   close -- during the 30 or 40 seconds of

20   closing time.

21        Q.       Okay.

22        A.       It's totally different profiles.

23        Q.       On Page 157, you have a graph

24   showing among other things Cameron shearing

25   pressure BOP at surface.  Do you see that?

1          A.      That's right here.

2          Q.      Do you know who on your team

3    made those calculations?

4          A.      Yes, I do.  Tim Allen was the

5    name of the individual who did it.

6          Q.      Did Mr. Allen make all the --

7    well, there's also the calculation for BOP at

8    seabed.  Did Mr. Allen make that calculation

9    as well?

10         A.      Using Cameron spreadsheet.

11         Q.      Using Cameron EB702D?

12         A.      Oh, yes, this was based on

13   Cameron formulas, yes.

14         Q.      And was Mr. Allen aware of

15   EB702D before getting involved with the BP

16   investigation?

17         A.      I can't answer this question

18   because I don't know.

19         Q.      Do you know, or were you ever

20   involved in any discussions about whether or

21   not BP was aware of EB702D before April 20th,

22   2010.

23         A.      I don't recall.

24         Q.      This graph shows a horizontal

25   line, available hydraulic pressure with leak

1      Q.      I didn't ask you about your

2  assumptions.

3      A.      So I cannot comment on the

4  question.

5      Q.      I asked you very directly, do

6  you know whether it's standard practice --

7      A.      I don't know the answer to this

8  question.

9      Q.      Okay, whether to run

10 nonshearable drill pipe strings?  You don't

11 know the answer to that question?

12     A.      I don't know whether this is a

13 standard practice.

14     Q.      Okay.  Now, turn to Page 157 of

15 the Bly report, please, which is Exhibit

16 No. 1.

17     A.      157.  (Complying.)  Okay.

18     Q.      You were asked some questions

19 about this chart, weren't you?

20     A.      I was referring to this chart,

21 yes.

22     Q.      Okay.  Now, you have a line on

23 here, on this chart, this chart was part of

24 the report that you were responsible for?

25     A.      Yes, correct.

1       Q.      It was done by someone under

2   your control, I think you said Mr. Allen?

3       A.      Yes, Tim Allen.

4       Q.      And it actually has -- the line

5   that says "the shearing pressure at BOP at

6   the surface," do you see that line?  It's a

7   dotted line, it goes up diagonally?

8       A.      Yeah.

9       Q.      And then below that it says:

10  "Cameron shearing pressure BOP at seabed,

11  5,000," I assume DW is water depth?

12      A.      Yes.

13      Q.      Can you tell me why the chart,

14  can you just explain this to me why the chart

15  would reflect, the BP chart in your BP report

16  would reflect that it takes less pressure to

17  shear at 5,000 feet than it does at sea

18  level?  Can you explain that to me?

19      A.      This is based on Cameron

20  shearing formula.

21      Q.      I don't know, I will -- trust

22  me, I will ask Cameron this question too.

23      A.      I think that's a good question

24  to Cameron.

25      Q.      I'll be happy to ask it to

1  Cameron.  Today I haven't got Cameron, I've

2  got you.

3          Today, can you tell me why BP

4  put in their report that it takes less

5  pressure to shear a piece of drill pipe at

6  5,000 feet water depth than it does at sea

7  level?

8      A.    I can't explain to you before

9  having the formula in front of me.

10     Q.    So you can't explain Mr. Allen's

11  reasoning in preparing the chart this way?

12     A.    I have reviewed -- at the time

13  of writing this report, I've reviewed detail

14  calculations performed on this, I've reviewed

15  the formula provided in Cameron Engineering

16  bulletin and --

17     Q.    Sure you have.

18     A.    I satisfied myself that this --

19  the authenticity of this data.

20     Q.    Sure.  Sure, you have.  So go

21  ahead and explain it to me why that's an

22  authentic --

23     A.    You need to give me the bulletin

24  and then I explain it to you.

25     Q.    Okay.  I don't have that