```
                                                                    1

 1                  UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
 2
 3   IN RE:  OIL SPILL          )     MDL NO. 2179
     BY THE OIL RIG             )
 4   "DEEPWATER HORIZON" IN     )     SECTION "J"
     THE GULF OF MEXICO, ON     )
 5   APRIL 20, 2010             )     JUDGE BARBIER
                                )     MAG. JUDGE SHUSHAN
 6
 7
 8
 9
10
11
12
13
14
15
16
17              * * * * * * * * * * * * * * * *
                          VOLUME 1
18              * * * * * * * * * * * * * * * *
19
20
21       Deposition of Norman Wong, Individually and as
     a Corporate Representative, taken at Kirkland & Ellis
22   International, 30 St. Mary Axe, 22nd Floor, London EC3A
     8AF, England, United Kingdom, on the 13th of June,
23   2011.
24
25
```

PURSUANT TO CONFIDENTIALITY ORDER

EXHIBIT
PENGAD-Bayonne,N.J.

132

1 knowledgeable about blowout preventers on the BOP
2 Investigation Team that you worked with?
3     A.   I don't know who was the most, but the Team
4 grew to -- to many individuals, all with a knowledge of
5 BOPs.
6     Q.   Okay.  All right.  Tell me who was the person
7 you considered most knowledgeable in the details of BOP
8 that was a BP employee, not an outside consultant?
9     A.   It was members of the Wells Team that joined
10 the Investigation Team.
11     Q.   Who was that?
12     A.   There was -- do you want me to name the names
13 of the BP people?
14     Q.   Yes, please.
15     A.   There was --
16     Q.   Well, I want you to name the names of the
17 people you thought were knowledgeable about the details
18 of BOP operation.
19     A.   Well, Tony --
20     Q.   Tell me who that was.
21     A.   Tony Emmerson.
22     Q.   Okay.  Anybody else?
23     A.   Fleming.
24     Q.   Okay.  Anybody else?
25     A.   And Mike Byrd.

**PURSUANT TO CONFIDENTIALITY ORDER**