```
                                                                        1

                         UNITED STATES DISTRICT COURT
                         EASTERN DISTRICT OF LOUISIANA


  ****************************************************************

  IN RE:  OIL SPILL BY THE
  OIL RIG DEEPWATER HORIZON
  IN THE GULF OF MEXICO ON
  APRIL 20, 2010

                                    CIVIL ACTION NO. 10-MD-2179 "J"
                                    NEW ORLEANS, LOUISIANA
                                    FRIDAY, JULY 1, 2011, 9:30 A.M.


  THIS DOCUMENT RELATES TO
  ALL ACTIONS

  ****************************************************************


        TRANSCRIPT OF DISCOVERY STATUS CONFERENCE PROCEEDINGS
              HEARD BEFORE THE HONORABLE SALLY SHUSHAN
                    UNITED STATES MAGISTRATE JUDGE


  APPEARANCES:


  FOR THE PLAINTIFFS'
  LIAISON COUNSEL:         DOMENGEAUX WRIGHT ROY & EDWARDS
                           BY:  JAMES P. ROY, ESQUIRE
                           P. O. BOX 3668
                           556 JEFFERSON STREET
                           LAFAYETTE, LA   70502


                           HERMAN HERMAN KATZ & COTLAR
                           BY:  STEPHEN J. HERMAN, ESQUIRE
                           820 O'KEEFE AVENUE
                           NEW ORLEANS, LA   70113


                           LEWIS, KULLMAN, STERBCOW & ABRAMSON
                           BY:  PAUL M. STERBCOW, ESQUIRE
                           PAN AMERICAN LIFE BUILDING
                           601 POYDRAS STREET, SUITE 2615
                           NEW ORLEANS, LA   70130
```

EXHIBIT F

| | | |
|---|---|---|
| 11:42AM | 1 | MR. ZERINGUE: I think we have 15, so we would like |
| 11:42AM | 2 | maybe 20 or 25. 25 would be good. |
| 11:42AM | 3 | THE COURT: So you're looking for another ten? |
| 11:42AM | 4 | MR. ZERINGUE: Right. |
| 11:42AM | 5 | THE COURT: Consider it done. |
| 11:42AM | 6 | MR. ZERINGUE: Pardon? |
| 11:42AM | 7 | THE COURT: Consider it done. |
| 11:42AM | 8 | MR. ZERINGUE: Thank you very much, Your Honor. |
| 11:42AM | 9 | THE COURT: We'll find those minutes for you. |
| 11:42AM | 10 | Now, we're going to go through the post-July 31 |
| 11:42AM | 11 | deposition requests. I guess I just want to make a comment to |
| 11:42AM | 12 | the group. Where we currently are is that post-July 31st, we've |
| 11:42AM | 13 | got a list of 39 people. I have not received all of the |
| 11:43AM | 14 | *in camera* submissions with regard to experts, but we're in the |
| 11:43AM | 15 | neighborhood of 20 already, without all of the submissions being |
| 11:43AM | 16 | made. We've got a list of 400 Phase II deponents. |
| 11:43AM | 17 | So I want you all to start thinking about really, |
| 11:43AM | 18 | really, really, do you need the people we're getting ready to go |
| 11:43AM | 19 | through and schedule. If we didn't need them for expert reports, |
| 11:43AM | 20 | do we really need them is the question. |
| 11:43AM | 21 | I'm not going to make you show cause, but I do |
| 11:43AM | 22 | think it should be a reality check for you guys to question |
| 11:43AM | 23 | yourself with regard to that. Okay? |
| 11:43AM | 24 | So let's go -- |
| 11:43AM | 25 | MR. FITCH: Judge, Tony Fitch for Anadarko. |