FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 JUL 13  AM 10: 08

LORETTA G. WHYTE
CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date: July 13, 2011

LEONARD S. RILEY

vs.

BP, PLC, ET AL

Case No. 2:11-CV-908 Section J

MDL 2179

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1.  (name) BP AMERICA, INC., THROUGH ITS AGENT, CT CORPORATION SYSTEM
    (address) 5615 CORPORATE BLVD., STE. 400B, BATON ROUGE, LA 70808

2.  (name) _____
    (address) _____

3.  (name) _____
    (address) _____

4.  (name) _____
    (address) _____

Very truly yours,

"Signature"
KEVIN C. SCHOENBERGER (BAR NO. 11813)
Attorney for LEONARD S. RILEY

Address 701 POYDRAS STREET
SUITE 3770 - ONE SHELL SQUARE
NEW ORLEANS, LA 70139
(504) 525-1143

Fee _____
✓ Process _____
X Dktd _____
___ CtRmDep _____
___ Doc. No. _____