UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : | MDL NO. 2179  SECTION:  J  JUDGE BARBIER |
| **THIS DOCUMENT RELATES TO ALL CASES** | : : | MAG. JUDGE SHUSHAN |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### REQUEST FOR ORAL ARGUMENT

Defendant Cameron International Corporation, pursuant to Local Rule 78.1E, respectfully requests oral argument on its Objections to and Appeal from Magistrate Judge's Order Regarding Objections to Depositions [Rec. Doc. 3090].

Respectfully submitted,

David J. Beck, T.A.
   dbeck@brsfirm.com
Joe W. Redden, Jr.
   jredden@brsfirm.com
David W. Jones
   djones@brsfirm.com
Geoffrey Gannaway
   ggannaway@brsfirm.com

BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney, Suite 4500
Houston, TX  77010-2010
713-951-3700
713-951-3720 (fax)

/s/ Phillip A. Wittmann
Phillip A. Wittmann, 13625
   pwittmann@stonepigman.com
Carmelite M. Bertaut, 3054
   cbertaut@stonepigman.com
Keith B. Hall, 24444
   khall@stonepigman.com
Jared Davidson, 32419
   jdavidson@stonepigman.com

STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
504-581-3200
504-581-3361 (fax)

**ATTORNEYS FOR DEFENDANT CAMERON INTERNATIONAL CORPORATION**

1062921v.1

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing Cameron International Corporation's Request for Oral Argument on Objections to and Appeal from Magistrate Judge's Order Regarding Objections to Depositions [Rec. Doc. 3090] has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of July, 2011.

                                                            */s/ Phillip A. Wittmann*

1062921v.1