**RETURN**

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Certain Underwriters at Lloyd's, London <br> *Plaintiff* <br> v. <br> BP Exploration and Production, Inc. <br> *Defendant* | MDL 10-2179 J(1) <br> Civil Action No. 2:11-cv-01440 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MOEX OFFSHORE 2007 LLC
9 GREENWAY PLAZA
SUITE 1220
HOUSTON, TX 77046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   EVANS MARTIN MCLEOD
PHELPS DUNBAR LLP
365 CANAL STREET, SUITE 2000
NEW ORLEANS, LA 70130-6534
(504) 566.1311 TELEPHONE

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __Jun 24 2011__

**Loretta G. Whyte**
Name of clerk of court

*Stephanie Kall*
Deputy clerk's signature

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:11-cv-01440

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Moex Offshore 2007 LLC__
was received by me on *(date)* __7-6-11__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Max Pullman etc__, who is designated by law to accept service of process on behalf of *(name of organization)* __Moex Offshore 2007 LLC__ on *(date)* __7-6-11__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __7-6-11__

_____
Server's signature

__Christopher Sampq__   Private Process Server
Printed name and title

__1500 McGowan #140 Houston, TX 77004__
Server's address

Additional information regarding attempted service, etc: