UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

APPLIES TO: 11-274 c/w 11-275

MDL NO. 2179

SECTION "J" (1)

JUDGE BARBIER

MAGISTRATE SHUSHAN

## ORDER

Considering the BP Parties' Motion to File Under Seal Exhibits "C" through "L" to the Declaration of Christopher J. Wenk in Support of BP Parties' Motion for Judgment on the Pleadings,

IT IS ORDERED that the BP Parties' Motion to File Under Seal is hereby granted, and that Exhibits "C" through "L" to the Declaration of Christopher J. Wenk in Support of BP Parties' Motion for Judgment on the Pleadings shall be filed under seal.

New Orleans, Louisiana, this 13th day of July, 2011.

Carl J. Barbier
United States District Judge