IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG §<br>"DEEPWATER HORIZON" IN THE §<br>GULF OF MEXICO, ON APRIL 20, 2010 §<br>§<br>Applies to: *All Cases* §<br>§<br>§<br>§<br>§<br>. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . §  | MDL NO. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

**HALLIBURTON ENERGY SERVICES, INC.'S**
**MOTION FOR PROTECTIVE ORDER REGARDING THE BP PARTIES' THIRD**
**REQUESTS FOR ADMISSIONS AND THIRD SET OF INTERROGATORIES**

Now comes Halliburton Energy Services, Inc. ("HESI") and, pursuant to Rules 26, 33, and 36 of the Federal Rules of Civil Procedure, moves for a protective order from answering the BP Parties ("BP") untimely Third Requests for Admissions ("Third RFAs") and untimely Third Set of Interrogatories to HESI ("Third Interrogatories"):[1]

On July 1, 2011, at 11:54 p.m. the BP Parties' served HESI its Third RFAs containing five hundred ten (510) individual requests for admission and its Third Interrogatories. This July 1 service of written discovery requests was untimely under this Court's pretrial orders and the Federal Rules of Civil Procedure. Consequently, HESI moves for a protective order pursuant to Federal Rule Civil Procedure of 26(c) and asks this Court to relieve HESI from the burden of responding to these late-filed discovery requests.

HESI prays that this Court grant its request for a protective order against BP's untimely request for 510 admissions and its Third Interrogatories, and for any other relief to which is may

---

[1] HESI reserves its rights to make additional objections, if necessary, to BP's Third RFAs and Third Interrogatories, for reasons other than timeliness, including improper scope under Rule 36(a) and exceeding the limit on number under Rule 33(a) and Pretrial Order No. 11, Rec. Doc. 569.

HALLIBURTON ENERGY SERVICES, INC.'S MOTION FOR PROTECTIVE ORDER REGARDING THE BP PARTIES' THIRD REQUEST FOR ADMISSIONS AND THIRD SET OF INTERROGATORIES – PAGE 1

1704869 v1-24010/0002 PLEADINGS

be entitled.  HESI reserves its right to object to the Third RFA and Third Interrogatories on other grounds.

### GODWIN RONQUILLO PC

By: /s/ Donald E. Godwin
Donald E. Godwin, T.A.
DGodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
BBowman@GodwinRonquillo.com
Jenny L. Martinez
JMartinez@GodwinRonquillo.com
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
Telephone: 214.939.4400
Facsimile:  214.760.7332

and

R. Alan York
AYork@GodwinRonquillo.com
Misty Hataway Coné
MCone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  713.595.8300
Facsimile:   713.425.7594

**ATTORNEYS FOR DEFENDANT HALLIBURTON ENERGY SERVICES, INC.**

HALLIBURTON ENERGY SERVICES, INC.'S MOTION FOR PROTECTIVE ORDER REGARDING THE BP PARTIES' THIRD REQUEST FOR ADMISSIONS AND THIRD SET OF INTERROGATORIES – PAGE 2

1704869 v1-24010/0002 PLEADINGS

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that on July 14, 2011, Jenny Martinez, counsel for Defendant Halliburton Energy Services, Inc, conferred in good faith with Barbara Harding, counsel for the BP Parties, in an effort to resolve this dispute, pursuant to Rule 26(c)(1).

/s/  Donald E. Godwin
Donald E. Godwin

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document, Defendant Halliburton Energy Services, Inc.'s Motion for Protective Order Regarding the BP Parties' Third Requests for Admissions and Third Set of Interrogatories, has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 14th day of July.

/s/  Donald E. Godwin
Donald E. Godwin

HALLIBURTON ENERGY SERVICES, INC.'S MOTION FOR PROTECTIVE ORDER REGARDING THE BP PARTIES' THIRD REQUEST FOR ADMISSIONS AND THIRD SET OF INTERROGATORIES – PAGE 3

1704869 v1-24010/0002 PLEADINGS