**Memorandum**

To:     Liaison and Coordinating Counsel

From:  Magistrate Judge Shushan

Re:     **Phase One Written Discovery**

Date:  July 12, 2011

The parties requested guidance on the cutoffs for the completion of Phase One written discovery (interrogatories, requests for production of documents (RFPs), and requests for admissions (RFAs)).

A.     Deadline for the service of Phase One written discovery.

April 29, 2011 was the deadline for the parties to serve "cleanup" RFPs for use in the February 2012 trial. Rec. doc. 1908 at 1.

At the May 13, 2011 conference, BP reported on discovery served on the U.S., the States and the PSC. This discovery was being coordinated with the other defendants. The deadline for the defendants to serve their coordinated contention and "clean-up" discovery on the PSC, the U.S., the States and other government entities was May 13, 2011. BP was given until May 27, 2011 to serve limited coordinated RFAs. Rec. doc. 2396 at 4-5.

The deadlines for the defendants to serve written discovery on the PSC, the States and certain government entities has expired. The deadline for the defendants to serve "cleanup" RFPs on each other was April 29, 2011. The same deadline applied to RFPs served by the PSC and the States on the defendants. Rec. doc. 1908. The orders for the working group conferences did not set a similar deadline for the service of RFAs and interrogatories. The order for the April 29, 2011 conference provided that the deadline for RFPs did not apply to interrogatories and RFAs. Rec. doc. 2253.

**No party may serve any party with any further Phase One RFPs, interrogatories or**

Exhibit C

**RFAs without leave of Court.**  This will be incorporated in the order for the Working Group Conference on July 15, 2011.

B. <u>Deadlines for responding to Phase One written discovery</u>.

July 1, 2011 was the deadline for the production of documents in response to RFPs served on or before April 29, 2011.  Rec. doc. 1908 at 2.

June 13, 2011 was the deadline for the PSC to respond to the defendants' coordinated Phase One contention and "clean-up" discovery and BP's limited coordinated RFAs.  June 20, 2011 was the deadline for the U.S., the States and other government entities to respond to this discovery.  Rec. doc. 2291 at 4 and Rec. doc. 2396 at 5.  The States were granted leave to file consolidated responses to the written discovery and adopt the PSC's responses.  Rec. doc. 2763.

The deadline for responding to permitted written discovery has expired.  The Court has addressed specific discovery issues on a case-by-case basis with the result that these deadlines were extended in certain cases.  For example, BP and the State of Alabama raised issues concerning the scope of an ESI search of records in the office of the Attorney General.  This search has not been completed.

C. <u>Report</u>.

**By the close of business on Thursday, July 14, 2011**, each party shall provide the Court with a brief email or letter report on the status of Phase One written discovery served by the party for which the party contends a response is owed.

2