UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Member Case: 11-151 | SECTION: J(1) |

### ORDER

Before the Court are two letters received by the Court regarding a pending Motion to Remand (Rec. Doc. 2627) in MDL 2179. The letters are attached to this Order.

The Plaintiffs in this member case ask whether the Court has reached a decision on their Motion. However, as Cameron correctly notes in its letter, Pretrial Order No. 15 (Rec. Doc. 676) clearly continues without date all pending motions in the MDL until further order of the Court and states that "[n]o responses to the motions are due until two weeks before the hearing date set by the Court." The Court has not issued a briefing schedule on Plaintiffs' Motion and accordingly, no opposition is due.

New Orleans, Louisiana this 14th day of July, 2011.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE