| Frank J. D'Amico, Jr.<br>David J. Mitchell<br>Stephanie D. O'Brien<br>Kelly Nuzzolillo Hunt<br>Reed Gillmor Bowman*<br>* Licensed in Hawaii | THE LAW OFFICES OF<br>*Frank J. D'Amico, Jr.*<br>A Professional Law Corporation  | Of Counsel<br>William T. Abbott, Jr.**<br>Michael A. McNulty, Jr.<br>Darryl J. Carimi<br>** Licensed in New York |

July 11, 2011

**VIA U.S. MAIL**
Honorable Carl J. Barbier
United States District Court for the
   Eastern District of Louisiana
500 Poydras Street
Room C256
New Orleans, LA 70130

      Re:    *Guy Adams v. Louisiana Department of Natural Resources, et. al.,*
             No. 11-cv-01051

Dear Judge Barbier,

      I represent the plaintiff and putative class in the above captioned case. The case was filed in the 25th Judicial District Court for Plaquemines Parish on April 20, 2011. On May 4, 2011, before the summonses were issued and service was complete, one of the named defendants, Cameron International, removed the case to this Court. A motion to remand was filed on June 2, 2011 and set for hearing without oral argument on July 6, 2011. Defendant Cameron International did not oppose the motion to remand.

      As the hearing was without oral argument, and the motion was unopposed, my question is whether the Court has reached a decision as to whether remand is appropriate, or if the Court would prefer oral argument.

      Should the Court require any additional information on this matter, undersigned counsel is readily available. With kind regards, I remain

Very truly yours,

Frank J. D'Amico, Jr.

cc:    Megan K. Terrell, Louisiana Department of Natural Resources

**NEW ORLEANS OFFICE**
4731 Canal Street
New Orleans, LA 70119
(504) 525-7272 • Fax (504) 525-9522

Toll Free 866-70-FRANK    www.damicolaw.net

**NORTHSHORE OFFICE**
4407 Highway 190 East Service Road, Suite 100
Covington, LA 70433
(985) 893-4443 • Fax (985) 893-3951

*Proudly serving the interests of injured people across Louisiana since 1986.*

David A. Peterson, Louisiana Department of Natural Resources
David J. Beck, Cameron International
Joe W. Redden, Jr., Cameron International
David W. Jones, Cameron International
Geoffrey Gannaway, Cameron International
Phillip A. Wittmann, Cameron International
Carmelite S. Bertaut, Cameron International
Keith B. Hall, Cameron International
Jared Davidson, Cameron International
Mary Rose Alexander, Nalco Co.
Garrett S. Long, Nalco Co.
Johanna M. Spellman, Nalco Co.
Thomas J. Heiden, Nalco Co.

**NEW ORLEANS OFFICE**
4731 Canal Street
New Orleans, LA 70119
(504) 525-7272 • Fax (504) 525-9522

**NORTHSHORE OFFICE**
4407 Highway 190 East Service Road, Suite 100
Covington, LA 70433
(985) 893-4443 • Fax (985) 893-3951

Toll Free 866-70-FRANK    www.damicolaw.net

*Proudly serving the interests of injured people across Louisiana since 1986.*