STONE PIGMAN WALTHER WITTMANN L.L.C.

COUNSELLORS AT LAW

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
www.stonepigman.com

PHILLIP A. WITTMANN
DIRECT DIAL: (504) 593-0804
DIRECT FAX: (504) 596-0804
E-Mail: pwittmann@stonepigman.com

OUR FILE NUMBER

45,600, 45,976

July 13, 2011

**BY EMAIL**

Honorable Carl J. Barbier
Judge, United States District Court
Eastern District of Louisiana, Section "J"
500 Poydras Street, Room C-256
New Orleans, Louisiana 70130

Re: *Guy Adams v. Louisiana Department of Natural Resources, et al.*
No. 11-cv-01051 c/w
MDL 2179

Dear Judge Barbier:

We write in response to Mr. D'Amico's letter of July 11, 2011 concerning the motion to remand that is pending in the subject suit, which has been consolidated into MDL 2179. No response to that motion was required of Cameron or any other party in the suit pursuant to Pre-Trial Order No. 15, issued in MDL 2179. PTO 15 expressly provides that all pending and future motions, including motions to remand, are continued without date and that no responses to motions are due until two weeks before the hearing date set by the Court.

Cameron will file an opposition to the motion whenever required by the Court to do so.

Please let us know if the Court has any questions of Cameron in this regard.

Thank you for your consideration.

Respectfully yours,

Phil Wittmann

Phillip A. Wittmann

PAW:cmb

1063002v.1

cc: Mr. Frank D'Amico
Defense Liaison Counsel
Defense Steering Committee
Plaintiff's Liaison Counsel
Mr. R. Michael Underhill
Mr. Luther Strange
Mr. Corey L. Maze
Ms. Mary Rose Alexander
Ms. Kat Shea
Mr. Michael O'Keefe