# EXHIBIT C

(Excerpt #1 from the Deposition of Kent Corser Vol. 2)

2/11/2011 Corser, Kent (Vol. 2) [BP]

```
 1    the Sperry-Sun real-time data, there were
 2    numerous markings showing that pressures
 3    were changing, indicating that something
 4    was -- was going on, on the well.
 5         Q.   Okay.  I want you to read for us
 6    the conclusion of these results, which is
 7    the third paragraph, that you were not
 8    asked about by Mr. Hymel yesterday.
 9              Please read it into the
10    record.
11         A.   However, it is noted that the
12    Macondo accident was not caused by a small
13    oil kick but by a continuous influx of
14    hydrocarbons in the wellbore, resulting in
15    significant gained volumes that should have
16    been detectable.
17         Q.   And is that consistent with your
18    opinion of this flow?
19         A.   Yes, it is.
20         Q.   Next topic.  Exhibit 190.  I'll
21    hand it to you.
22              I'm handing you what's been
23    previously marked as Exhibit 190, which is
24    the Boots & Coots May 21st draft report
25    that was sent to you by Mr. Wright.
```

2/11/2011  Corser, Kent (Vol. 2) [BP]

```
 1                       First, do you recall
 2     receiving this document?
 3           A.    I do.
 4           Q.    Can you tell us, did Mr. Wright
 5     work with the investigation team for some
 6     period of time?
 7           A.    Mr. Wright was brought in --
 8     probably in the second week of the
 9     investigation, we contacted Boots & Coots
10     to get some additional help.  Mr. Wright
11     came in and was helping us to review some
12     of the information during the first couple
13     of weeks.
14           Q.    So he was brought in
15     approximately two weeks after your
16     investigation started?
17           A.    I believe it was -- it could
18     have been in the second week, but --
19           Q.    Okay.
20           A.    It -- it was after about a week
21     after I got there.
22           Q.    One to two weeks; is that fair?
23           A.    That's fair.
24           Q.    So brought in sometime in early
25     to mid-May?
```

2/11/2011  Corser, Kent (Vol. 2) [BP]

```
 1     A.    Let me see.  The 20 -- yeah, it
 2   probably was early May.
 3     Q.    Okay.  When did Mr. Wright stop
 4   working with the investigation team,
 5   approximately?
 6     A.    Mr. Wright, in early May, was
 7   pulled into the relief effort, to help lead
 8   the intersect of the Macondo well.  He
 9   started attending meetings early in May, as
10   well as working, and then was pulled over
11   there full-time in that.
12     Q.    When did Mr. Wright stop working
13   with the investigation team and work with
14   the relief-well folks, approximately?
15     A.    Well, by the time this report
16   was -- this draft report was issued, he had
17   moved over to the relief-well team.
18     Q.    Okay.  Now, you were asked about
19   any areas of disagreement you had in this
20   report, and I think you identified at least
21   a few for us this morning; is that correct?
22     A.    That's correct.
23     Q.    And we're not going to go
24   through the whole report because of time
25   constraints.
```