# EXHIBIT D

(Excerpt #2 from the Deposition of Kent Corser Vol. 2)

2/11/2011  Corser, Kent (Vol. 2) [BP]

```
 1                 Object to form.
 2       A.    I believe I said there was a
 3  written procedure for the negative test.
 4       Q.    Does Mr. Wright here say that
 5  there was not a documented -- documented
 6  engineering procedure on how the negative
 7  test was to be performed?
 8       A.    Again, Mr. Wright wrote this
 9  document a few weeks into the incident.
10  Tons of additional information came.  So at
11  the time, as he says, this is a draft
12  report.  Mr. Wright had no inclination of
13  all the additional information that was
14  going to be gathered.  This is a very
15  preliminary report.
16       Q.    Sir, have you seen a report that
17  has been updated by John Wright where he
18  states that there, in fact, was a
19  documented engineering procedure on how to
20  conduct the negative test?  Have you seen
21  an updated report that states that?
22       A.    I have not.
23       Q.    Thank you, sir.
24                 Go down to number 2,
25  Performing and correctly interpreting a
```

2/11/2011 Corser, Kent (Vol. 2) [BP]

```
 1    were taken from many of the witnesses, did
 2    he not?
 3         A.    As I said earlier --
 4         Q.    Did he not, sir?
 5         A.    -- this was very preliminary
 6    into the investigation, as it showed.  I
 7    believe it was sent on May 20th, less than
 8    one month into a five- to six-month
 9    investigation.  There was a considerable
10    amount of additional information that came
11    out.
12         Q.    When you read the report, sir,
13    after Mr. Wright sent it to you directly,
14    did you write him back or call him, or
15    both, and point out that he was in error
16    with regard to the statement that says, It
17    appears that there was not a sense of the
18    significant risk associated with correctly
19    implementing and interpreting the data for
20    the negative test implemented as a step in
21    the temporary-abandonment program for the
22    Deepwater Horizon?  Have you told him he
23    was in error in that statement?
24         A.    I did not tell him he was in
25    error.
```