# EXHIBIT E

(Excerpt from the Deposition of Walter Guillot)

2/8/2011  Guillot, Walter [BP]

1   asked by Kent Corser, the engineering
2   support leader under the technical and
3   operations branch of the Horizon incident
4   investigation team, to write an assessment
5   of a negative test performed on the
6   Deepwater Horizon prior to the well blowout
7   on April 20th, 2010.  My findings are
8   summarized in this document.
9              Did I quote that correctly?
10    A.    Yes, you did.
11    Q.    And he says in 2.1, Documented
12   negative test procedure assessment.  It
13   appears that there was not a documented
14   engineered procedure on how the negative
15   test was to be performed for the given
16   situation.  Correct?
17    A.    Yes.
18    Q.    Well, not only was there no
19   standard published BP procedure, but there
20   was no specific procedure designed for
21   Macondo is what he's saying, isn't it?
22        MR. COLLIER:
23              Objection to form.
24    A.    That's what he's saying.
25    Q.    And when he talks about being

127

2/8/2011 Guillot, Walter [BP]

1  engineered, an engineered procedure, it's
2  the engineers who do the procedure, not
3  well site leader, isn't it?
4            MR. COLLIER:
5                 Objection to form.
6       A.   I can speak to what I do.  I
7  write my own.
8       Q.   You write your own?
9       A.   My own negative test procedures
10 along with myself, the toolpushers on the
11 rig, mud engineers, and the cementers.
12      Q.   You get no input from the beach?
13      A.   We write it 'cause it's rig
14 specific, send to town for approval, they
15 look it over, and comes back to us.
16      Q.   Okay.  So you get it approved by
17 the beach?
18      A.   We ask them to look it over and
19 then we discuss if there's any issues they
20 want to change.
21      Q.   All right.  And there's that's a
22 rig specific procedure you're talking
23 about?
24      A.   Rig specific.
25      Q.   Okay.  Look at Number 2 on the

2/8/2011  Guillot, Walter [BP]

1   next page.
2           Performing and correctly
3   interpreting a negative test on a deepwater
4   high flow potential exploration well from a
5   fifth generation semi-submersible would be
6   considered a safety critical and high
7   significant risk activity.  Correct?
8       A.   That's what he says.
9       Q.   And that's what you agreed with
10  me about earlier in this deposition, didn't
11  you?
12           MR. COLLIER:
13               Objection to form.
14      A.   Yes.
15      Q.   And if you look down at 3(c),
16  again, he said, There should have been a
17  bridging document between Transocean and BP
18  to assure conformance to procedure and
19  interpretation of data?
20      A.   That's what it says.
21      Q.   And three above refers to a
22  detailed written negative test procedure
23  with risk assessment, right?
24      A.   That's what he wrote.
25      Q.   In 2.2.1, Assessment of rig

2/8/2011  Guillot, Walter [BP]

```
 1    actions related to the negative test.  He
 2    states, A number of issues were observed
 3    that should have increased awareness of
 4    potentially bringing influx into the
 5    wellbore during the negative test.
 6    Correct?
 7         A.    That's what he wrote.
 8         Q.    And every one of those on that
 9    list of 11, management was aware of,
10    weren't they?
11              MR. COLLIER:
12                   Objection to form.
13         A.    I don't know if they were aware
14    of it or not.
15         Q.    Well, if they weren't, they
16    should have been, shouldn't they?
17              MR. COLLIER:
18                   Objection to form.
19         A.    Once again, I wasn't there for
20    their -- the drilling, so.
21         Q.    Then in his summation he says,
22    It appears there was not a sense of the
23    significant risk associated with correctly
24    implementing and interpreting the data for
25    the negative test implemented as a step in
```

2/8/2011 Guillot, Walter [BP]

```
1    the temporary abandonment program for the
2    Deepwater Horizon.  This is evident from,
3    one, the engineering staff who wrote and
4    approved the program without a detailed
5    procedure and the lack of a formal risk
6    assessment for a safety critical and
7    significant risk activity.
8                    Do you see that?
9         A.    Yes, I do.
10        Q.    And the engineering staff that
11   wrote the procedure, we now know -- or the
12   final procedure -- was Mr. Morel who was
13   thinking about quitting, right?
14              MR. COLLIER:
15                    Objection to form.
16        Q.    Isn't that right?
17        A.    That's what he's talking about.
18   I don't know if he is or not.
19        Q.    And then on the final page of
20   the summary he says, If any person in the
21   command chain had understood the
22   consequence of misinterpreting this
23   critical test, the annular would not have
24   been open and the riser circulated to
25   seawater, which ultimately led to the
```

2/8/2011  Guillot, Walter [BP]

1   blowout.
2              Did I read that correctly?
3       A.   Yes, you did.
4       Q.   The truth is that the command
5   chain, the executives up the command chain
6   did understand the consequences of
7   misinterpreting a negative test, because
8   you understand those consequences, don't
9   you?
10             MR. COLLIER:
11                 Objection to form.
12      A.   Yes, I do.
13             MR. WILLIAMSON:
14                 I'm sorry, the answer?
15             THE WITNESS:
16                 Yes, I do.
17             MR. CUNNINGHAM:
18                 Take a break.
19             VIDEOGRAPHER:
20                 We're now off the record.
21  It is the conclusion of Tape 2.  It is
22  10:35.
23                 (Off the record.)
24             VIDEOGRAPHER:
25                 Returning to the record.

132