# EXHIBIT F

(Excerpt from the Deposition of Samuel DeFranco)

4/12/2011  DeFranco, Samuel (BP)

| | |
|---|---|
| 1 | to those questions; isn't that true? |
| 2 | A.    I do. |
| 3 | Q.    I show you what's previously |
| 4 | been marked as Exhibit 102.  This is Tab C. |
| 5 | On the face of this document, this is a |
| 6 | report submitted by John Wright of Boots & |
| 7 | Coots; is that right? |
| 8 | A.    Yes. |
| 9 | Q.    It's entitled "Incident |
| 10 | Investigation of Well MC252 No. 1, Review of |
| 11 | 9 7/8-inch by 7-inch Casing Negative Test"; |
| 12 | is that true? |
| 13 | A.    Yes, I believe so. |
| 14 | Q.    And if you turn to the page |
| 15 | ending in 97, it's dated May 21, 2010; is |
| 16 | that correct? |
| 17 | A.    Yes, it is. |
| 18 | Q.    Which is about a month after the |
| 19 | DEEPWATER HORIZON blowout? |
| 20 | A.    Almost exactly. |
| 21 | Q.    Did you ever meet Mr. Wright as |
| 22 | part of your involvement with the |
| 23 | investigation team? |
| 24 | A.    I did meet Mr. Wright. |
| 25 | Q.    How many times did you meet him? |

4/12/2011 DeFranco, Samuel (BP)

1  A. Once or twice.

2  Q. Did he strike you as a good guy?

3 MS. HARDING:

4  Object to form.

5 THE WITNESS:

6  I don't remember him. I remember

7 the name, but I can't remember him

8 personally.

9 EXAMINATION BY MR. BONNER:

10  Q. Turn with me to the page that

11 ends in 104.

12  A. Uh-huh (indicating

13 affirmatively), yes, I got it.

14  Q. If you will look down at 2.3

15 summation. Are you there?

16  A. Yes.

17  Q. It reads: "At the time of this

18 writing, it appears there was not a sense of

19 the significant risk associated with

20 correctly implementing and interpreting the

21 data for the negative test implemented as a

22 step in the temporary abandonment program for

23 the DEEPWATER HORIZON. This is evident from,

24 No. 1, the engineering staff who wrote and

25 approved the program without a detailed

119

4/12/2011 DeFranco, Samuel (BP)

1    procedure and the lack of a formal risk
2    assessment for a safety critical and
3    significant risk activity."
4            Did I read that correctly?
5    A.    I believe you did.
6    Q.    Now, are engineers who allow a
7    procedure to be performed, a safety critical
8    procedure to be performed without a detailed
9    risk assessment, are those engineers who
10   fully understand the importance of process
11   safety?
12       MS. HARDING:
13            Object to the form.
14       THE WITNESS:
15            Could you rephrase that, please?
16   EXAMINATION BY MR. BONNER:
17   Q.    Is an engineering staff that
18   allows a safety critical and significant risk
19   activity to be performed without a detailed
20   procedure, an engineering staff that fully
21   understands process safety?
22       MS. HARDING:
23            Object to form.
24       THE WITNESS:
25            If they were aware it was a

```
1    significant risk activity and if they were
2    aware that it was safety critical, and they
3    purposefully didn't do it, that would concern
4    me.
5    EXAMINATION BY MR. BONNER:
6         Q.   And if they weren't aware that
7    it was a significant risk activity, that's a
8    problem, too; isn't it?
9         A.   Yes.
10        MS. HARDING:
11              Object to the form.
12        THE WITNESS:
13              Yes, if it was actually that
14   safety critical and significant risk activity
15   in the first place.
16   EXAMINATION BY MR. BONNER:
17        Q.   Well, John Wright right there
18   says it's safety critical and significant
19   risk activity; isn't that true?
20        MS. HARDING:
21              Object to the form.
22        THE WITNESS:
23              Yes, he did.
24   EXAMINATION BY MR. BONNER:
25        Q.   And part of good process safety
```

4/12/2011  DeFranco, Samuel (BP)

1   is being able to identify safety critical and
2   significant risk activities; correct?
3       A.   I would agree.
4       Q.   And if your engineers are not
5   able to identify safety critical and
6   significant risk activities, that's a big
7   problem; isn't it?
8       MS. HARDING:
9            Object to the form.
10      THE WITNESS:
11           It could be.
12  EXAMINATION BY MR. BONNER:
13      Q.   Because if they're not able to
14  identify safety critical and significant risk
15  activities, they're not fully understanding
16  process safety risks; are they?
17      A.   Possibly.
18      Q.   Possibly?
19      A.   I'm not familiar with the
20  details around this one.
21      Q.   I'm not asking you that.  I'm
22  asking you if an engineer is unable to
23  identify safety critical and significant risk
24  activity, they don't fully understand process
25  safety hazards; do they?

4/12/2011 DeFranco, Samuel (BP)

```
 1        A.    They may not.  But that doesn't
 2   stop someone from asking for advice and
 3   assistance from others.
 4        Q.    Is No. 1 under 2.3 summation, is
 5   that a statement that is consistent with
 6   engineers and line operating personnel who
 7   fully understand process safety hazards?
 8        MS. HARDING:
 9              Object to the form.
10        THE WITNESS:
11              I didn't write this, so I don't
12   fully know the breadth of what he's talking
13   about.  From my quick reading of it, it would
14   indicate that they didn't.
15   EXAMINATION BY MR. BONNER:
16        Q.    Go with me to No. 2.
17        A.    Yes.
18        Q.    And this is Mr. Wright further
19   espousing on the negative pressure test.
20        A.    Okay.
21        Q.    He says:  "The BP senior well
22   site leader and Transocean OIM, A, who
23   developed a procedure on the fly with a
24   Form-A-Set spacer and multiple activities
25   going on simultaneously that stack the odds
```

4/12/2011 DeFranco, Samuel (BP)

```
 1   against them for interpreting the negative
 2   test data correctly."
 3             Did I read that correctly?
 4       A.   I believe you did.
 5       Q.   Now, are well site leaders and
 6   OIMs who develop procedures on the fly, are
 7   those people who fully understand process
 8   safety hazards?
 9       MS. HARDING:
10             Object to the form.
11       THE WITNESS:
12             Could you repeat the question
13   again?
14   EXAMINATION BY MR. BONNER:
15       Q.   Is developing a procedure on the
16   fly consistent with the conduct of a person
17   who fully understands process safety hazards?
18       MS. HARDING:
19             Object to the form.
20       THE WITNESS:
21             In this circumstance, I don't
22   exactly know what was going on.  Normally, in
23   an area, if I understood that there was a
24   significant risk or significant hazard
25   associated with it, I wouldn't believe that
```

4/12/2011  DeFranco, Samuel (BP)

```
 1   writing a procedure on the fly was a good
 2   practice.
 3   EXAMINATION BY MR. BONNER:
 4         Q.    That would be a bad process
 5   safety practice; wouldn't it?
 6         MS. HARDING:
 7               Object to the form.
 8         THE WITNESS:
 9               In the circumstance where there
10   was any significant process safety risk,
11   yeah, I wouldn't think that was a good
12   practice, but I don't know the details around
13   this.
14   EXAMINATION BY MR. BONNER:
15         Q.    Is allowing activities to go on
16   on a rig that stack the odds against a well's
17   team interpreting correctly a negative
18   pressure test, is that conduct that is
19   consistent with someone that fully
20   understands process safety risk?
21         MS. HARDING:
22               Object to the form.
23         THE WITNESS:
24               So he's -- he's talking about
25   stacking the odds, that sounds like multiple
```

125

4/12/2011  DeFranco, Samuel (BP)

```
 1    things and I'm not aware of what all those
 2    are.  So I don't know that I can definitively
 3    answer your question.
 4    EXAMINATION BY MR. BONNER:
 5         Q.    Do you train people to stack the
 6    odds against them properly interpreting a
 7    safety critical test?
 8         A.    Stack the odds?  It wouldn't
 9    even cross my mind to think that.
10         Q.    You never would do it, would
11    you?
12         A.    No, I wouldn't.  But I'm not
13    sure what this is referring to here, so...
14         Q.    What you want to do is put a
15    process and procedure in place that gives a
16    worker every opportunity in the world to
17    properly interpret the test; isn't that true?
18         MS. HARDING:
19               Object to the form.
20         THE WITNESS:
21               Ideally?
22    EXAMINATION BY MR. BONNER:
23         Q.    Ideally.
24         A.    But I don't know the
25    circumstance.
```

126

4/12/2011 DeFranco, Samuel (BP)

```
 1        Q.    Answer my question for me.
 2        A.    I did.
 3        Q.    You want workers to have every
 4   opportunity they can to properly interpret a
 5   test; don't you?
 6        MS. HARDING:
 7             Object to the form.
 8        THE WITNESS:
 9             I think I would, yeah.
10   EXAMINATION BY MR. BONNER:
11        Q.    And you certainly wouldn't stack
12   the odds against that happening; would you?
13        MS. HARDING:
14             Object to the form.
15        THE WITNESS:
16             I wouldn't normally stack the
17   odds, no, but, again, context.
18             Could we take five minutes?
19        MS. HARDING:
20             Sure.
21        THE WITNESS:
22             Could I take a five-minute break?
23        THE VIDEOGRAPHER:
24             We're going off the record.
25   This is the end of Videotape No. 2.  It's
```

127

4/12/2011 DeFranco, Samuel (BP)

```
 1    10:20.
 2              (Whereupon, a brief recess was
 3    taken.)
 4         THE VIDEOGRAPHER:
 5              We're back on the record, it's
 6    the beginning of Videotape No. 3.  It's
 7    10:32.
 8    EXAMINATION BY MR. BONNER:
 9         Q.   Mr. DeFranco, would you agree
10    that minimizing the effects of an oil spill
11    after a blowout is a part of escalation
12    controls?
13         A.   So you're asking me --
14    minimizing the duration or extent --
15         Q.   Yes.
16         A.   I believe that would be an
17    escalation control.
18         Q.   And that's something that you
19    need to have in place; is that true?
20         A.   Yeah, oil spill responses, I'm
21    sure, required -- I've not been involved in
22    any development or application of any and I'm
23    not sure exactly what's in place.
24         Q.   You would expect a robust
25    process safety plan for deep water drilling
```