# EXHIBIT F

(Excerpt from the Deposition of Samuel DeFranco)

4/12/2011  DeFranco, Samuel (BP)

```
 1   to those questions; isn't that true?
 2        A.   I do.
 3        Q.   I show you what's previously
 4   been marked as Exhibit 102.  This is Tab C.
 5   On the face of this document, this is a
 6   report submitted by John Wright of Boots &
 7   Coots; is that right?
 8        A.   Yes.
 9        Q.   It's entitled "Incident
10   Investigation of Well MC252 No. 1, Review of
11   9 7/8-inch by 7-inch Casing Negative Test";
12   is that true?
13        A.   Yes, I believe so.
14        Q.   And if you turn to the page
15   ending in 97, it's dated May 21, 2010; is
16   that correct?
17        A.   Yes, it is.
18        Q.   Which is about a month after the
19   DEEPWATER HORIZON blowout?
20        A.   Almost exactly.
21        Q.   Did you ever meet Mr. Wright as
22   part of your involvement with the
23   investigation team?
24        A.   I did meet Mr. Wright.
25        Q.   How many times did you meet him?
```

4/12/2011  DeFranco, Samuel (BP)

```
 1          A.      Once or twice.
 2          Q.      Did he strike you as a good guy?
 3       MS. HARDING:
 4               Object to form.
 5       THE WITNESS:
 6               I don't remember him.  I remember
 7    the name, but I can't remember him
 8    personally.
 9    EXAMINATION BY MR. BONNER:
10          Q.      Turn with me to the page that
11    ends in 104.
12          A.      Uh-huh (indicating
13    affirmatively), yes, I got it.
14          Q.      If you will look down at 2.3
15    summation.  Are you there?
16          A.      Yes.
17          Q.      It reads:  "At the time of this
18    writing, it appears there was not a sense of
19    the significant risk associated with
20    correctly implementing and interpreting the
21    data for the negative test implemented as a
22    step in the temporary abandonment program for
23    the DEEPWATER HORIZON.  This is evident from,
24    No. 1, the engineering staff who wrote and
25    approved the program without a detailed
```

4/12/2011  DeFranco, Samuel (BP)

```
 1    procedure and the lack of a formal risk

 2    assessment for a safety critical and

 3    significant risk activity."

 4              Did I read that correctly?

 5       A.     I believe you did.

 6       Q.     Now, are engineers who allow a

 7    procedure to be performed, a safety critical

 8    procedure to be performed without a detailed

 9    risk assessment, are those engineers who

10    fully understand the importance of process

11    safety?

12       MS. HARDING:

13              Object to the form.

14       THE WITNESS:

15              Could you rephrase that, please?

16    EXAMINATION BY MR. BONNER:

17       Q.     Is an engineering staff that

18    allows a safety critical and significant risk

19    activity to be performed without a detailed

20    procedure, an engineering staff that fully

21    understands process safety?

22       MS. HARDING:

23              Object to form.

24       THE WITNESS:

25              If they were aware it was a
```

120

4/12/2011  DeFranco, Samuel (BP)

1    significant risk activity and if they were
2    aware that it was safety critical, and they
3    purposefully didn't do it, that would concern
4    me.
5    EXAMINATION BY MR. BONNER:
6        Q.    And if they weren't aware that
7    it was a significant risk activity, that's a
8    problem, too; isn't it?
9        A.    Yes.
10   MS. HARDING:
11            Object to the form.
12   THE WITNESS:
13            Yes, if it was actually that
14   safety critical and significant risk activity
15   in the first place.
16   EXAMINATION BY MR. BONNER:
17       Q.    Well, John Wright right there
18   says it's safety critical and significant
19   risk activity; isn't that true?
20   MS. HARDING:
21            Object to the form.
22   THE WITNESS:
23            Yes, he did.
24   EXAMINATION BY MR. BONNER:
25       Q.    And part of good process safety

4/12/2011  DeFranco, Samuel (BP)

1    is being able to identify safety critical and
2    significant risk activities; correct?
3        A.    I would agree.
4        Q.    And if your engineers are not
5    able to identify safety critical and
6    significant risk activities, that's a big
7    problem; isn't it?
8        MS. HARDING:
9            Object to the form.
10       THE WITNESS:
11           It could be.
12   EXAMINATION BY MR. BONNER:
13       Q.    Because if they're not able to
14   identify safety critical and significant risk
15   activities, they're not fully understanding
16   process safety risks; are they?
17       A.    Possibly.
18       Q.    Possibly?
19       A.    I'm not familiar with the
20   details around this one.
21       Q.    I'm not asking you that.  I'm
22   asking you if an engineer is unable to
23   identify safety critical and significant risk
24   activity, they don't fully understand process
25   safety hazards; do they?

4/12/2011  DeFranco, Samuel (BP)

```
 1         A.    They may not.  But that doesn't
 2   stop someone from asking for advice and
 3   assistance from others.
 4         Q.    Is No. 1 under 2.3 summation, is
 5   that a statement that is consistent with
 6   engineers and line operating personnel who
 7   fully understand process safety hazards?
 8         MS. HARDING:
 9               Object to the form.
10         THE WITNESS:
11               I didn't write this, so I don't
12   fully know the breadth of what he's talking
13   about.  From my quick reading of it, it would
14   indicate that they didn't.
15   EXAMINATION BY MR. BONNER:
16         Q.    Go with me to No. 2.
17         A.    Yes.
18         Q.    And this is Mr. Wright further
19   espousing on the negative pressure test.
20         A.    Okay.
21         Q.    He says:  "The BP senior well
22   site leader and Transocean OIM, A, who
23   developed a procedure on the fly with a
24   Form-A-Set spacer and multiple activities
25   going on simultaneously that stack the odds
```

123

4/12/2011  DeFranco, Samuel (BP)

```
 1    against them for interpreting the negative
 2    test data correctly."
 3              Did I read that correctly?
 4       A.     I believe you did.
 5       Q.     Now, are well site leaders and
 6    OIMs who develop procedures on the fly, are
 7    those people who fully understand process
 8    safety hazards?
 9       MS. HARDING:
10              Object to the form.
11       THE WITNESS:
12              Could you repeat the question
13    again?
14    EXAMINATION BY MR. BONNER:
15       Q.     Is developing a procedure on the
16    fly consistent with the conduct of a person
17    who fully understands process safety hazards?
18       MS. HARDING:
19              Object to the form.
20       THE WITNESS:
21              In this circumstance, I don't
22    exactly know what was going on.  Normally, in
23    an area, if I understood that there was a
24    significant risk or significant hazard
25    associated with it, I wouldn't believe that
```

4/12/2011  DeFranco, Samuel (BP)

```
 1    writing a procedure on the fly was a good
 2    practice.
 3    EXAMINATION BY MR. BONNER:
 4         Q.    That would be a bad process
 5    safety practice; wouldn't it?
 6         MS. HARDING:
 7              Object to the form.
 8         THE WITNESS:
 9              In the circumstance where there
10    was any significant process safety risk,
11    yeah, I wouldn't think that was a good
12    practice, but I don't know the details around
13    this.
14    EXAMINATION BY MR. BONNER:
15         Q.    Is allowing activities to go on
16    on a rig that stack the odds against a well's
17    team interpreting correctly a negative
18    pressure test, is that conduct that is
19    consistent with someone that fully
20    understands process safety risk?
21         MS. HARDING:
22              Object to the form.
23         THE WITNESS:
24              So he's -- he's talking about
25    stacking the odds, that sounds like multiple
```

4/12/2011  DeFranco, Samuel (BP)

```
 1    things and I'm not aware of what all those
 2    are.  So I don't know that I can definitively
 3    answer your question.
 4    EXAMINATION BY MR. BONNER:
 5         Q.    Do you train people to stack the
 6    odds against them properly interpreting a
 7    safety critical test?
 8         A.    Stack the odds?  It wouldn't
 9    even cross my mind to think that.
10         Q.    You never would do it, would
11    you?
12         A.    No, I wouldn't.  But I'm not
13    sure what this is referring to here, so...
14         Q.    What you want to do is put a
15    process and procedure in place that gives a
16    worker every opportunity in the world to
17    properly interpret the test; isn't that true?
18         MS. HARDING:
19              Object to the form.
20         THE WITNESS:
21              Ideally?
22    EXAMINATION BY MR. BONNER:
23         Q.    Ideally.
24         A.    But I don't know the
25    circumstance.
```

126

4/12/2011 DeFranco, Samuel (BP)

```
1        Q.    Answer my question for me.
2        A.    I did.
3        Q.    You want workers to have every
4   opportunity they can to properly interpret a
5   test; don't you?
6        MS. HARDING:
7             Object to the form.
8        THE WITNESS:
9             I think I would, yeah.
10  EXAMINATION BY MR. BONNER:
11       Q.    And you certainly wouldn't stack
12  the odds against that happening; would you?
13       MS. HARDING:
14            Object to the form.
15       THE WITNESS:
16            I wouldn't normally stack the
17  odds, no, but, again, context.
18            Could we take five minutes?
19       MS. HARDING:
20            Sure.
21       THE WITNESS:
22            Could I take a five-minute break?
23       THE VIDEOGRAPHER:
24            We're going off the record.
25  This is the end of Videotape No. 2.  It's
```

127

4/12/2011  DeFranco, Samuel (BP)

1    10:20.

2         (Whereupon, a brief recess was

3    taken.)

4    THE VIDEOGRAPHER:

5         We're back on the record, it's

6    the beginning of Videotape No. 3.  It's

7    10:32.

8    EXAMINATION BY MR. BONNER:

9         Q.   Mr. DeFranco, would you agree

10   that minimizing the effects of an oil spill

11   after a blowout is a part of escalation

12   controls?

13        A.   So you're asking me --

14   minimizing the duration or extent --

15        Q.   Yes.

16        A.   I believe that would be an

17   escalation control.

18        Q.   And that's something that you

19   need to have in place; is that true?

20        A.   Yeah, oil spill responses, I'm

21   sure, required -- I've not been involved in

22   any development or application of any and I'm

23   not sure exactly what's in place.

24        Q.   You would expect a robust

25   process safety plan for deep water drilling