UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL NO.: 2179 |
| "DEEP WATER HORIZON" IN THE | * | |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | SECTION "J" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE BARBIER |
| Adams v. State of LA 11-CV-1051 | * | MAG. JUDGE SHUSHAN |

**************************************************************************

**FIRST MOTION FOR EXTENSION OF TIME TO PLEAD**

ON MOTION of Patrick C. Grace, attorney for defendant herein, Peneton Corporation, and upon suggesting to the Court that undersigned counsel requires an additional twenty (20) days within which to obtain information necessary to file responsive pleadings as well as respond to any discovery propounded with the Petition, including, but not limited to, any Request for Admissions, Interrogatories and/or Request for Production of Documents on behalf of defendant.

WHEREFORE, defendant, Peneton Corporation, prays that the Court grant an additional twenty (20) days within which to file responsive pleadings to plaintiff's Petition, as well as respond to any discovery propounded with the Petition, including, but not limited to, any Request for Admissions, Interrogatories and/or Request for Production of Documents, or through August 18, 2011.

Respectfully submitted,

STEPHENS & GRACE

   s/Patrick C. Grace_____
PATRICK C. GRACE
Bar Number:   16944
Attorney at Law
Suite 1060, One Lakeway Center
3900 North Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 219-2012
Facsimile:  (504) 837-9508
Email: Patrick.Grace@zurichna.com

## CERTIFICATE OF SERVICE

    I hereby certify that on July 14, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

    s/Patrick C. Grace_____
PATRICK C. GRACE