UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL NO.: 2179 |
| "DEEP WATER HORIZON" IN THE | * | |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | SECTION "J" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE BARBIER |
| Adams v. State of LA 11-CV-1051 | * | MAG. JUDGE SHUSHAN |

*****************************************************************************

## **O R D E R**

Considering the above and foregoing,

IT IS ORDERED that the defendant, Peneton Corporation, be allowed through August 18, 2011 within which to file responsive pleadings to the Petition of plaintiff herein, Guy Adams, et al, as well as respond to any discovery propounded with the Petition, including, but not limited to, any Request for Admissions, Interrogatories and/or Request for Production of Documents.

New Orleans, Louisiana, this _____ day of _____, 2011.

                                                                                         J U D G E

## **RULE LR7.9E CERTIFICATE**

I do hereby certify that there has been no previous Extension of Time to Plead and the opposing party has not filed an objection to the extension of time into the record.

                                                        _____s/Patrick C. Grace_____
                                                        PATRICK C. GRACE