UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the Oil Rig "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | ) ) ) ) ) ) ) ) ) ) | MDL No. 2179  SECTION "J"  JUDGE BARBIER MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: Civil Action No. 2:10-cv-03879 | | |

___

**MOTION FOR RECONSIDERATION OF THE FINAL JUDGMENT REGARDING THE ENDANGERED SPECIES ACT CLAIMS**
___

Defenders of Wildlife, the Gulf Restoration Network, Inc., and Save the Manatee Club, Inc. (hereafter, the "ESA plaintiffs" or "plaintiffs"), the plaintiffs in *Defenders of Wildlife et al. v. BP, p.l.c. et al.*, Civ. A. No. 2:10-cv-03879-CJB-SS (E.D. La. Oct. 20, 2010), by and through counsel, respectfully move for reconsideration of the Endangered Species Act (the "ESA") claims against BP pursuant to Rule 59(e) of the Federal Rules of Civil Procedure.

On June 16, 2011, the Court issued "Order and Reasons [As to D1 Master Complaint]," Rec. Doc. 2784, which dismissed the claims against BP for violations of section 9 of the Endangered Species Act, 16 U.S.C. § 1538, in their entirety. *See id.* at 13. It is not clear whether the Court's order operates as a final judgment dismissing the underlying *Defenders of Wildlife v. BP* complaint, and therefore, the ESA plaintiffs file this Rule 59(e) motion out of an abundance of caution. The Plaintiffs' Steering Committee supports the filing of this motion, out of an abundance of caution, to preserve the issue, but does not believe the Court should take up the motion at this time.

1

For the reasons set forth in the plaintiffs' supporting memorandum of law — specifically that the ESA plaintiffs have adequately pled, at the motion to dismiss stage of this litigation, ongoing violations of section 9 the ESA for which there are available remedies — the ESA plaintiffs respectfully ask that the Court reinstate the claims against BP brought pursuant to the Endangered Species Act, 16 U.S.C. § 1531 *et seq.*, and set forth in the *Defenders of Wildlife v. BP* complaint.[1]

        Respectfully submitted,

        /s Gregory Buppert
        Gregory Buppert, Tenn. Bar No. 024340
        Michael Senatore, D.C. Bar No. 453116
        Sierra B. Weaver, D.C. Bar No. 488560
        DEFENDERS OF WILDLIFE
        1130 17th Street, N.W.
        Washington, DC 20036-4604
        Telephone: 202.682.9400
        Facsimilie: 202.682.1331
        gbuppert@defenders.org
        msenatore@defenders.org
        sweaver@defenders.org

        Catherine M. Wannamaker, Ga. Bar No. 811077
        SOUTHERN ENVIRONMENTAL LAW CENTER
        127 Peachtree Street, Suite 605
        Atlanta, GA 30303
        Telephone: 404.521.9900
        Facsimile: 404.521.9909
        cwannamaker@selcga.org

        *Counsel for Plaintiffs*

---

[1] The Endangered Species Act claims are the only claims for which the plaintiffs seek reinstatement in this Rule 59(e) motion. The ESA plaintiffs take no position on the Clean Water Act claims or other claims included in the D1 Master Complaint.

*Of counsel for Plaintiffs:*

Eric R. Glitzenstein
MEYER GLITZENSTEIN & CRYSTAL
Suite 700
1601 Connecticut Ave., N.W.
Washington, D.C.  20009
Telephone: 202.588.5206
eglitzenstein@meyerglitz.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2011, I electronically served the foregoing motion on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing in accordance with the procedures established in MDL 2179.

/s Gregory Buppert
Gregory Buppert