**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the Oil Rig | ) | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | ) | |
| GULF OF MEXICO, on April 20, 2010 | ) | |
| | ) | SECTION "J" |
| | ) | |
| | ) | JUDGE BARBIER |
| | ) | MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | |
| Civil Action No. 2:10-cv-03879 | ) | |

_____

**NOTICE OF SUBMISSION**
_____

PLEASE TAKE NOTICE that Defenders of Wildlife, the Gulf Restoration Network, Inc.,

and Save the Manatee Club, Inc., the plaintiffs in *Defenders of Wildlife et al. v. BP, p.l.c. et al.*,

Civ. A. No. 2:10-cv-03879-CJB-SS (E.D. La. Oct. 20, 2010), by and through counsel,

respectfully set their Motion for Reconsideration of the Final Judgment Regarding the

Endangered Species Act Claims for submission on August 3, 2011, to the Honorable Carl

Barbier, United States District Judge, United States District Court for the Eastern District of

Louisiana, 500 Camp Street, New Orleans, Louisiana.  The plaintiffs do not request oral

argument on their motion.

Respectfully submitted,


/s/ Gregory D. Buppert
Gregory Buppert, Tenn. Bar No. 024340
Michael Senatore, D.C. Bar No. 453116
Sierra B. Weaver, D.C. Bar No.  488560
DEFENDERS OF WILDLIFE
1130 17th Street, N.W.
Washington, DC 20036-4604
Telephone: 202.682.9400

1

Facsimilie: 202.682.1331
gbuppert@defenders.org
msenatore@defenders.org
sweaver@defenders.org

Catherine M. Wannamaker, Ga. Bar No. 811077
SOUTHERN ENVIRONMENTAL LAW CENTER
127 Peachtree Street, Suite 605
Atlanta, GA 30303
Telephone: 404.521.9900
Facsimile: 404.521.9909
cwannamaker@selcga.org

*Counsel for Plaintiffs*


*Of counsel for Plaintiffs:*

Eric R. Glitzenstein
MEYER GLITZENSTEIN & CRYSTAL
Suite 700
1601 Connecticut Ave., N.W.
Washington, D.C.   20009
Telephone: 202.588.5206
eglitzenstein@meyerglitz.com


## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2011, I electronically served the foregoing notice on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing in accordance with the procedures established in MDL 2179.


/s/ Gregory Buppert
Gregory Buppert

2