09:23AM

1                      UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF LOUISIANA
2

3     ****************************************************************

4     IN RE:  OIL SPILL BY THE
      OIL RIG *DEEPWATER HORIZON*
5     IN THE GULF OF MEXICO ON
      APRIL 20, 2010
6
                                   CIVIL ACTION NO. 10-MDL-2179 "J"
7                                  NEW ORLEANS, LOUISIANA
                                   FRIDAY, JULY 8, 2011, 9:30 A.M.
8

9     THIS DOCUMENT RELATES TO
      ALL ACTIONS
10

      ****************************************************************
11
                    TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
12              HEARD BEFORE THE HONORABLE CARL J. BARBIER
                        UNITED STATES DISTRICT JUDGE
13

14    APPEARANCES:

15

      FOR THE PLAINTIFFS'
16    LIAISON COUNSEL:            DOMENGEAUX WRIGHT ROY & EDWARDS
                                  BY:  JAMES P. ROY, ESQUIRE
17                                P. O. BOX 3668
                                  556 JEFFERSON STREET
18                                LAFAYETTE, LA  70502

19
                                  HERMAN HERMAN KATZ & COTLAR
20                                BY:  STEPHEN J. HERMAN, ESQUIRE
                                  820 O'KEEFE AVENUE
21                                NEW ORLEANS, LA  70113

22

23    FOR THE PLAINTIFFS:        BREIT DRESCHER IMPREVENTO & WALKER
                                  BY:  JEFFREY A. BREIT, ESQUIRE
24                                1000 DOMINION TOWER,
                                  999 WATERSIDE DRIVE
25                                NORFOLK, VA  23510

```
 1   APPEARANCES CONTINUED:

 2

 3                         IRPINO LAW FIRM
                          BY:  ANTHONY IRPINO, ESQUIRE
 4                        ONE CANAL PLACE
                          365 CANAL STREET, SUITE 2990
 5                        NEW ORLEANS LA   70130

 6

 7                        LEVIN PAPANTONIO THOMAS MITCHELL
                          RAFFERTY & PROCTOR
                          BY:  BRIAN H. BARR, ESQUIRE
 8                        316 SOUTH BAYLEN STREET, SUITE 600
                          PENSACOLA, FL   32502
 9

10                        CUNNINGHAM BOUNDS
                          BY:  ROBERT T. CUNNINGHAM, ESQUIRE
11                        1601 DAUPHIN STREET
                          MOBILE, AL   36604
12

13                        LEWIS KULLMAN STERBCOW & ABRAMSON
                          BY:  PAUL M. STERBCOW, ESQUIRE
14                        PAN AMERICAN LIFE BUILDING
                          601 POYDRAS STREET, SUITE 2615
15                        NEW ORLEANS, LA   70130

16

17                        BARON & BUDD
                          BY:  SCOTT SUMMY, ESQUIRE
18                        3102 OAK LAWN AVENUE, SUITE 1100
                          DALLAS, TX   75219

19

20                        LIEFF CABRASER HEIMANN & BERNSTEIN
                          BY:  ELIZABETH J. CABRASER, ESQUIRE
21                        275 BATTERY STREET, 29TH FLOOR
                          SAN FRANCISCO, CA   94111

22

23                        WATTS GUERRA CRAFT
                          BY:  MIKAL C. WATTS, ESQUIRE
24                        4 DOMINION DRIVE
                          BUILDING 3, SUITE 100
25                        SAN ANTONIO, TX   78257
```

```
 1  APPEARANCES CONTINUED:

 2

 3                          WEITZ & LUXENBERG
                            BY:  ROBIN L. GREENWALD, ESQUIRE
 4                          700 BROADWAY
                            NEW YORK CITY, NY  10003
 5

 6                          COLSON HICKS EIDSON COLSON MATTHEWS
                            MARTÍNEZ GONZALES KALBAC & KANE
 7                          BY:  ERVIN A. GONZALEZ, ESQUIRE
                            255 ALHAMBRA CIRCLE, PENTHOUSE
 8                          CORAL GABLES, FL  33134

 9

10                          MORGAN & MORGAN
                            BY:  FRANK M. PETOSA, ESQUIRE
                            188 EAST CAPITOL STREET, SUITE 777
11                          JACKSON, MS  39201

12

13                          FAYARD & HONEYCUTT
                            BY:  CALVIN C. FAYARD, JR., ESQUIRE
                                 BLAYNE HONEYCUTT, ESQUIRE
14                          519 FLORIDA AVENUE SW
                            DENHAM SPRINGS, LA  70726

15

16                          COSSICH SUMICH PARSIOLA & TAYLOR
                            BY:  PHILIP F. COSSICH, JR., ESQUIRE
17                          8397 HIGHWAY 23, SUITE 100
                            BELLE CHASSE, LA  70037

18

19                          DEGRAVELLES PALMINTIER HOLTHAUS & FRUGE
                            BY:  MICHAEL C. PALMINTIER, ESQUIRE
20                               JOHN W. DEGRAVELLES, ESQUIRE
                            618 MAIN STREET
21                          BATON ROUGE, LA  70801

22

23                          GAINSBURGH BENJAMIN DAVID
                            MEUNIER AND WARSHAUER
                            BY:  GERALD E. MEUNIER, ESQUIRE
24                          2800 ENERGY CENTRE
                            1100 POYDRAS STREET, SUITE 2800
25                          NEW ORLEANS, LA  70163
```

```
 1  APPEARANCES CONTINUED:

 2

 3                              LEGER & SHAW
                               BY:  WALTER J. LEGER, JR., ESQUIRE
 4                              600 CARONDELET STREET, 9TH FLOOR
                               NEW ORLEANS, LA  70130
 5

 6                              MORGAN & MORGAN
                               BY:  ALPHONSO M. ESPY, ESQUIRE
 7                              188 EAST CAPITOL STREET, SUITE 777
                               JACKSON, MS  39201
 8

 9                              LUNDY LUNDY SOILEAU & SOUTH
                               BY:  MATTHEW E. LUNDY, ESQUIRE
10                              501 BROAD STREET
                               LAKE CHARLES, LA  70601
11

12                              BEASLEY ALLEN CROW METHVIN
                               PORTIS & MILES
13                              BY:  RHON E. JONES, ESQUIRE
                               POST OFFICE BOX 4160
14                              MONTGOMERY, AL  36013

15

16  FOR THE SIERRA CLUB
    AND GULF RESTORATION
17  NETWORK:                    WALTZER & WIYGUL
                               BY:  CLAY J. GARSIDE, ESQUIRE
18                              3715 WESTBANK EXPRESSWAY, SUITE 13
                               HARVEY, LA  70058
19

20  FOR THE FEDERAL
    GOVERNMENT INTERESTS:       U.S. DEPARTMENT OF JUSTICE
21                              TORTS BRANCH, CIVIL DIVISION
                               BY:  R. MICHAEL UNDERHILL, ESQUIRE
22                                   SARAH HIMMELHOCH, ESQUIRE
                               450 GOLDEN GATE AVENUE
23                              7TH FLOOR, ROOM 5395
                               SAN FRANCISCO, CA  94102
24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR THE
     UNITED STATES OF
 4   AMERICA:                    ENVIRONMENTAL ENFORCEMENT SECTION
                                 U.S. DEPARTMENT OF JUSTICE
 5                               BY:  STEVEN O'ROURKE, ESQUIRE
                                 P.O. BOX 7611
 6                               WASHINGTON, DC  20044

 7

 8   FOR STATE INTERESTS:        ALABAMA ATTORNEY GENERAL'S OFFICE
                                 BY:  LUTHER STRANGE, ESQUIRE
 9                                    COREY L. MAZE, ESQUIRE
                                 500 DEXTER AVENUE
10                               MONTGOMERY, AL  36130

11

12   FOR THE STATE OF
     LOUISIANA:                  KANNER & WHITELEY
13                               BY:  ALLAN KANNER, ESQUIRE
                                 701 CAMP STREET
14                               NEW ORLEANS, LA  70130

15

16   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
17   OFFSHORE DEEPWATER
     DRILLING INC., AND
18   TRANSOCEAN DEEPWATER
     INC.:                       FRILOT
19                               BY:  KERRY J. MILLER, ESQUIRE
                                 ENERGY CENTRE, 36TH FLOOR
20                               1100 POYDRAS STREET
                                 NEW ORLEANS, LA  70163
21

22                               GOFORTH LEWIS
                                 BY:  DANIEL O. GOFORTH, ESQUIRE
23                               4900 WOODWAY, SUITE 750
                                 HOUSTON, TX 77056
24

25
```

```
 1   APPEARANCES CONTINUED:

 2
     FOR BP AMERICA INC.,
 3   BP AMERICA PRODUCTION
     COMPANY, BP COMPANY
 4   NORTH AMERICA INC.,
     BP CORPORATION NORTH
 5   AMERICA INC.,
     BP EXPLORATION &
 6   PRODUCTION INC.,
     BP HOLDINGS NORTH
 7   AMERICA LIMITED,
     BP PRODUCTS NORTH
 8   AMERICA INC.:           LISKOW & LEWIS
                             BY:  DON K. HAYCRAFT, ESQUIRE
 9                                R. KEITH JARRETT, ESQUIRE
                             ONE SHELL SQUARE
10                           701 POYDRAS STREET
                             SUITE 5000
11                           NEW ORLEANS, LA  70139

12
                             KIRKLAND & ELLIS
13                           BY:  J. ANDREW LANGAN, ESQUIRE
                                  MARK J. NOMELLINI, ESQUIRE
14                                ANDREW B. BLOOMER, ESQUIRE
                                  RYAN S. BABIUCH, ESQUIRE
15                           300 N. LASALLE
                             CHICAGO, IL  60654
16

17                           KIRKLAND & ELLIS
                             BY:  ROBERT R. GASAWAY, ESQUIRE
18                           655 FIFTEENTH STREET, N.W.
                             WASHINGTON, DC  20005
19

20                           COVINGTON & BURLING
                             BY:  DAVID B. GOODWIN, ESQUIRE
21                           ONE FRONT STREET
                             SAN FRANCISCO, CA  04111
22

23   FOR CAMERON INTERNATIONAL
     CORPORATION:            STONE PIGMAN WALTHER WITTMANN
24                           BY:  PHILLIP A. WITTMANN, ESQUIRE
                                  CARMELITE M. BERTAUT, ESQUIRE
25                           546 CARONDELET STREET
                             NEW ORLEANS, LA 70130
```

```
 1   APPEARANCES CONTINUED:

 2


 3   FOR HALLIBURTON
     ENERGY SERVICES, INC.:   GODWIN RONQUILLO
 4                            BY:   DONALD E. GODWIN, ESQUIRE
                                    JENNY L. MARTINEZ, ESQUIRE
 5                                  STEFANIE K. MAJOR, ESQUIRE
                            1201 ELM STREET, SUITE 1700
 6                          DALLAS, TX  75270

 7
                            GODWIN RONQUILLO
 8                          BY:  R. ALAN YORK, ESQUIRE
                            1331 LAMAR, SUITE 1665
 9                          HOUSTON, TX  77010

10

11   FOR ANADARKO
     PETROLEUM CORPORATION,
12   ANADARKO E&P COMPANY LP,
     MOEX USA CORPORATION,
13   AND MOEX OFFSHORE 2007
     LLC:                   KUCHLER POLK SCHELL
14                          WEINER & RICHESON
                            BY:   DEBORAH D. KUCHLER, ESQUIRE
15                          1615 POYDRAS STREET, SUITE 1300
                            NEW ORLEANS, LA  70112
16

17                          BINGHAM MCCUTCHEN
                            BY:   JAMES J. DRAGNA, ESQUIRE
18                          355 SOUTH GRAND AVENUE, SUITE 4400
                            LOS ANGELES, CA  90071
19

20                          BINGHAM MCCUTCHEN
                            BY:   WARREN A. FITCH, ESQUIRE
21                          2020 K STREET, NW
                            WASHINGTON, DC  20006
22

23                          PILLSBURY WINTHROP SHAW PITTMAN
                            BY:   EDWARD FLANDERS, ESQUIRE
24                                JOHN F. PRITCHARD, ESQUIRE
                            1540 BROADWAY
25                          NEW YORK, NY  10036
```

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR M-I L.L.C.:          MORGAN LEWIS & BOCKIUS
                             BY:  STEVEN LUXTON, ESQUIRE
 4                           1000 LOUISIANA STREET, SUITE 4000
                             HOUSTON, TX  77002
 5
    FOR MARINE SPILL
 6  RESPONSE CORPORATION:    BLANK ROME
                             BY:  ALAN M. WEIGEL, ESQUIRE
 7                           THE CHRYSLER BUILDING
                             405 LEXINGTON AVENUE
 8                           NEW YORK, NY  10174

 9
    FOR O'BRIEN'S RESPONSE
10  MANAGEMENT, INC.,
    SEACOR HOLDINGS, INC.,
11  SEACOR OFFSHORE LLC,
    SEACOR MARINE, LLC,
12  SEACOR WORLDWIDE, INC.,
    SEACOR MARINE, INC.,
13  SEACOR MARINE
    INTERNATIONAL, INC.,
14  AND SIEMENS FINANCIAL,
    INC.:                    WEIL GOTSHAL & MANGES
15                           BY:  THEODORE E. TSEKERIDES, ESQUIRE
                             767 FIFTH AVENUE
16                           NEW YORK, NY  10153

17
    FOR DRIL-QUIP,
18  INC.:                    WARE JACKSON LEE & CHAMBERS
                             BY:  DON JACKSON, ESQUIRE
19                           2929 ALLEN PARKWAY, 42ND FLOOR
                             HOUSTON, TX  77019
20

21
    FOR WEATHERFORD U.S.,
22  L.P.:                    JONES WALKER
                             BY:  GARY J. RUSSO, ESQUIRE
23                           600 JEFFERSON STREET, SUITE 1600
                             LAFAYETTE, LA 70501
24

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR MDL 2185:          METHOFF LAW FIRM
                           BY:  WILLIAM STRADLEY, ESQUIRE
 4                         3450 ONE ALLEN CENTER
                           500 DALLAS STREET
 5                         HOUSTON, TX  77002

 6

 7  SPECIAL MASTER:        PROFESSOR FRANCIS E. MCGOVERN
                           DUKE UNIVERSITY SCHOOL OF LAW
 8                         CORNER OF SCIENCE & DRIVES
                           BOX 90362
 9                         DURHAM, NC 27708

10

11  ALSO PRESENT:          CHRISTOPHER ZAINEY, ESQUIRE
                           CHRISTOPHER HANNAN, ESQUIRE
12                         STEPHEN ROBERTS, ESQUIRE
                           JOHN ALDEN MEADE, ESQUIRE
13

14                         CHARLES THOMAS, ESQUIRE
                           P. E. O'KEEFE, ESQUIRE
15                         MARK SEYLER, ESQUIRE
                           RACHEL CLINGMAN, ESQUIRE
16

17                         DOUGLAS KRAUS, ESQUIRE
                           GARY HEMPHILL, ESQUIRE
18                         WADE LANGLOIS, ESQUIRE
                           ELIZABETH GORDON, ESQUIRE
19

20                         JUSTIN BELLO, ESQUIRE
                           TRAVIS BARTON, ESQUIRE
21                         LAWRENCE YORK, ESQUIRE
                           DAVID BAGWELL, ESQUIRE
22

23                         KAREN GERSE, ESQUIRE
                           JULIA LEMANGE, ESQUIRE
24                         AUSTIN MARKS, ESQUIRE
                           PETER BUTLER, JR., ESQUIRE
25
```

```
 1   APPEARANCES CONTINUED:

 2

 3                           RICHARD PASSLER, ESQUIRE
                            SUSAN DROGIN, ESQUIRE
 4                          BEN ALLUMS, ESQUIRE
                            PARKER MILLER, ESQUIRE
 5

 6                          LAURIN JACOBSEN, ESQUIRE
                            KYLE MORAN, ESQUIRE
 7                          BRETT POWERS, ESQUIRE
                            KEVIN DEAN, ESQUIRE
 8

 9                          MITCHELL BREIT, ESQUIRE
                            JOHN TOMLINSON, ESQUIRE
10                          ROBERT STASSI, ESQUIRE
                            MARK GLAGO, ESQUIRE
11

12                          MARY ROSE ALEXANDER, ESQUIRE
                            WADE HAMMETT, ESQUIRE
13                          HEATHER KENNEALY, COAST GUARD

14

15                          [PLEASE SEE SIGN-IN SHEETS
                            IN THE RECORD FOR ADDITIONAL
16                          APPEARANCES]

17   OFFICIAL COURT REPORTER:     CATHY PEPPER, CRR, RMR, CCR
                                  CERTIFIED REALTIME REPORTER
18                                500 POYDRAS STREET, ROOM HB406
                                  NEW ORLEANS, LA  70130
19                                (504) 589-7779
                                  Cathy_Pepper@laed.uscourts.gov
20

21   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.

22

23

24

25
```

# I N D E X

PAGE

1

2

3

4

ISSUED SEVERAL ORDERS.................................   18

PRETRIAL ORDER 37....................................   18

CASE MANAGEMENT ORDER................................   18

INSURANCE CLAIMS.....................................   18

COURT ISSUED ITS ORDER ON DEFENDANTS' MOTION TO         18

DISMISS THE D1 MASTER COMPLAINT......................

REPORT ON THE STATUS OF THE CONDITIONAL TRANSFER       19

ORDERS..............................................

SHORT FORM JOINDERS..................................   19

STATE COURT CASES....................................   20

MDL 2185............................................   23

REPORT ON WRITTEN AND DEPOSITION DISCOVERY...........   24

BOP TESTING STATUS...................................   27

CEMENT TESTING.......................................   29

VESSELS OF OPPORTUNITY...............................   30

PROPOSED CASE MANAGEMENT ORDER.......................   30

INSURANCE CASES......................................   33

REPORT ON THE ISSUES RELATING TO SHORT FORM FILINGS    34

AND DISMISSALS......................................

PENDING MOTIONS......................................   36

BP'S MOTION ON TESTING SAMPLES, RECORD DOCUMENT 3143...   36

1   RECORD DOCUMENT 3143, I'LL GRANT THAT MOTION........... 37

2   MOEX'S MOTIONS TO DISMISS OR, IN THE ALTERNATIVE,      38

3   BIFURCATE ALTER EGO CLAIMS, RECORD DOCUMENT NUMBERS

4   2757 AND 2761.......................................

5   BP'S MOTION FOR CONFIRMATION OF NONAPPLICABILITY OF    38

6   PRESERVATION OBLIGATIONS, RECORD DOCUMENT 3149........

7   WITHOUT OBJECTION, I'LL GRANT BP'S MOTION, WHICH IS    40

8   RECORD DOCUMENT 3149................................

9   I'LL GRANT BP'S MOTION, WHICH IS RECORD DOCUMENT 3149.. 40

10  BP'S MOTION TO STAY PROCEEDINGS BETWEEN BP AND         40

11  ANADARKO, RECORD DOCUMENT 2169......................

12  TAKEN UNDER ADVISEMENT ON THE BRIEFS,                  40

13  RECORD DOCUMENT 2169................................

14  EMERGENCY RESPONDERS' MOTIONS FOR ENTRY OF DEFAULT,    40

15  RECORD DOCUMENT NUMBERS 2097, 2098, 2099, 2101, 2102,

16  AND 2103............................................

17  THOSE WILL BE GRANTED................................  41

18  TRANSOCEAN'S MOTION FOR ENTRY OF DEFAULT..............  41

19  I'LL PROBABLY GO AHEAD AND SIGN THAT UNITED STATES'    42

20  MOTION FOR ENTRY OF PRETRIAL ORDER ON CONFIDENTIALITY

21  OF SETTLEMENT NEGOTIATIONS, WHICH IS

22  RECORD DOCUMENT 2564................................

23  PROPOSED TRIAL PLAN FOR THE LIMITATION TRIAL SCHEDULED  43

24  TO BEGIN FEBRUARY 27, 2012..........................

25  ADMISSIBILITY OF THE WRIGHT REPORT....................  44

1    NEXT CONFERENCE IS FRIDAY, AUGUST 12TH, 2011, AT 8:30..   46

**P-R-O-C-E-E-D-I-N-G-S**

FRIDAY, JULY 8, 2011

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)

THE DEPUTY CLERK:  All rise.  Court is now in session.

THE COURT:  Good morning, everyone.

VOICES:  Good morning, Your Honor.

THE COURT:  Please be seated.

Please call the case.

THE DEPUTY CLERK:  MDL 2179, In re Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico on April 20, 2010.

THE COURT:  All right.  Counsel, if Liaison Counsel would make their appearances, please.

I'm going to ask everybody to speak into the microphones.  There are microphones at counsel table, and there are microphones up here.  We do have people, again, on the phone that are listening only.  They can't speak, but they are listening.  For them to hear, we all have to speak up loudly and into one of the microphones, hopefully.

Eileen, maybe we could pass around those portable mics, too.  That way, when they introduce themselves everyone can hear.

MR. HERMAN:  Good morning, Your Honor.  Steve Herman for

09:33AM 1  plaintiffs.

09:33AM 2          THE COURT:  Good morning.

09:33AM 3          MR. ROY:  Good morning, Your Honor.  Jim Roy, plaintiff

09:33AM 4  co-liaison.

09:33AM 5          MR. BARR:  Good morning, Your honor.  Brian Barr for the

09:33AM 6  PSC.

09:33AM 7          MR. SUMMY:  Good morning, Your Honor.  Scott Summy, PSC.

09:33AM 8          MS. CABRASER:  Good morning, Your Honor.

09:33AM 9  Elizabeth Cabraser for the PSC.

09:33AM 10         MR. UNDERHILL:  Good morning, Your Honor.

09:33AM 11 Mike Underhill for the United States, with Steve O'Rourke from

09:33AM 12 Environment and Natural Resource Division; Sarah Himmelhoch;

09:33AM 13 also, Assistant Attorney General Tony West.

09:33AM 14         THE COURT:  Good morning.

09:33AM 15         MR. BREIT:  Jeffrey Breit for the PSC, Your Honor.

09:33AM 16         MR. STRANGE:  Luther Strange for the State of Alabama,

09:33AM 17 Your Honor.  I wanted to introduce our Governor's legal advisor,

09:33AM 18 Cooper Shattuch, who is here with us today.  He is here and

09:33AM 19 joining us for the first time.

09:33AM 20         THE COURT:  Welcome.

09:33AM 21         MR. FAYARD:  Good morning, Your Honor.  Calvin Fayard

09:33AM 22 with the PSC.

09:33AM 23         MR. ESPY:  Mike Espy for the PSC.  Good morning,

09:33AM 24 Your Honor.

09:33AM 25         THE COURT:  Good morning.

09:34AM 1          MR. WATTS:  Good morning, Judge.  Mikal Watts for the
09:34AM 2    PSC.
09:34AM 3          MR. STERBCOW:  Good morning, Your Honor.  Paul Sterbcow,
09:34AM 4    PSC.
09:34AM 5          MR. CUNNINGHAM:  Good morning, Your Honor.
09:34AM 6    Robert Cunningham, PSC.
09:34AM 7          MR. JONES:  Rhon Jones, PSC.
09:34AM 8          MR. LUNDY:  Good morning, Your Honor.  Matt Lundy, PSC.
09:34AM 9          MS. GREENWALD:  Good morning, Your Honor.
09:34AM 10   Robin Greenwald, PSC.
09:34AM 11         MR. GONZALEZ:  Hi, Judge.  Ervin Gonzalez, PSC.
09:34AM 12         MR. COSSICH:  Good morning, Judge.  Phil Cossich, PSC.
09:34AM 13         MR. PALMINTIER:  Judge, Mike Palmintier, PSC.
09:34AM 14         MR. O'ROURKE:  Steven O'Rourke from the
09:34AM 15   Justice Department for the United States, sir.
09:34AM 16         MR. WEST:  Good morning, Your Honor.  Tony West,
09:34AM 17   United States.
09:34AM 18         THE COURT:  Good morning.
09:34AM 19         MR. MEADE:  Good morning, Your Honor.  John Alden Meade,
09:34AM 20   derivative plaintiffs in 2185.
09:34AM 21         THE COURT:  Over to this side of the room.
09:34AM 22         MR. LANGAN:  Good morning, Your Honor, Andy Langan for
09:34AM 23   BP.
09:34AM 24         MR. HAYCRAFT:  Don Haycraft, BP.
09:35AM 25         MR. WITTMANN:  Phil Wittmann, Cameron International.

09:35AM 1          MR. DRAGNA:  Good morning, Your Honor.  Jim Dragna,
09:35AM 2  Anadarko.
09:35AM 3          MS. KUCHLER:  Deb Kuchler, Anadarko.
09:35AM 4          MR. GODWIN:  Good morning, Your Honor.  Don Godwin for
09:35AM 5  Halliburton.
09:35AM 6          MS. MARTINEZ:  Good morning.  Jenny Martinez for
09:35AM 7  Halliburton.
09:35AM 8          MR. YORK:  Good morning, Judge.  Alan York for
09:35AM 9  Halliburton.
09:35AM 10         MS. CLINGMAN:  Good morning.  Rachel Clingman,
09:35AM 11  Transocean.
09:35AM 12         MR. ROBERTS:  Steve Roberts, Transocean.
09:35AM 13         MR. MILLER:  Kerry Miller, Transocean, Your Honor.
09:35AM 14         MR. BROCK:  Mike Brock for BP.
09:35AM 15         MR. FITCH:  Good morning, Your Honor.  Tony Fitch,
09:35AM 16  Anadarko.
09:35AM 17         MR. TSEKERIDES:  Good morning, Your Honor.
09:35AM 18  Ted Tsekerides, liaison for responder defendants.
09:35AM 19         MR. GOODWIN:  David Goodwin for BP.
09:35AM 20         MR. RUSSO:  Good morning, Your Honor.  Gary Russo,
09:35AM 21  Weatherford.
09:35AM 22         MR. GASAWAY:  Good morning, Your Honor.  Rob Gasaway,
09:35AM 23  BP.
09:35AM 24         MR. JACKSON:  Don Jackson, Dril-Quip.
09:35AM 25         MR. GOFORTH:  Dan Goforth, Transocean.

09:35AM 1          THE COURT:  We have one other gentleman who --

09:35AM 2          MR. FLANDERS:  Good morning, Your Honor.  Ed Flanders

09:36AM 3   from MOEX.

09:36AM 4          THE COURT:  Mr. Flanders just joined the fray

09:36AM 5   representing MOEX.  Welcome, Mr. Flanders.

09:36AM 6          MR. LUXTON:  Good morning, Your Honor.  Steve Luxton for

09:36AM 7   M-I Swaco.

09:36AM 8          MR. TARTER:  Good morning, Your Honor.  J.B. Tarter for

09:36AM 9   M-I Swaco.

09:36AM 10         THE COURT:  All right.  Thank you.

09:36AM 11             Everyone who is here who has not been able to

09:36AM 12  identify themselves on the record, make sure you sign the sign-in

09:36AM 13  sheet.  That does become part of the record so you can prove that

09:36AM 14  you were here.

09:36AM 15             All right.  We issued several orders since we were

09:36AM 16  here last a month or so ago.

09:36AM 17             Pretrial Order 37 relates to United States and

09:36AM 18  Natural Resource Trustees' testing of samples.

09:36AM 19             We issued a separate Case Management Order.  We

09:36AM 20  don't have the record document number there, but it pertains to

09:36AM 21  the insurance claims.

09:37AM 22             The Court also issued its order on Defendants'

09:37AM 23  Motion to Dismiss the D1 Master Complaint.  Of course, everyone

09:37AM 24  is aware we have several other pending motions to dismiss that

09:37AM 25  have not been ruled on yet by the Court.

09:37AM 1          So, at this time, I would like to ask for a report

09:37AM 2  on the status of the conditional transfer orders.

09:37AM 3          MR. LANGAN:  Good morning, Your Honor, Andy Langan for

09:37AM 4  BP.

09:37AM 5          Since we were together on May 26th, the Panel has

09:37AM 6  issued five additional conditional transfer orders transferring a

09:37AM 7  total of 17 additional cases to this Court.  There have been so

09:37AM 8  far, since inception, 27 conditional transfer orders.

09:37AM 9          We estimate there are about 463 cases that remain

09:37AM 10 active in this Court.  That's not number of claims, but that's

09:37AM 11 just number of separately captioned cases.

09:37AM 12         Your Honor, the Panel meets again on July 28th in

09:38AM 13 San Francisco.  At that time, it is expected the Panel will take

09:38AM 14 up, without oral argument, several challenges to transfer of

09:38AM 15 cases, including under Conditional Transfer Orders 16, 18 and 22.

09:38AM 16 There are some other disputes about transfer that will probably

09:38AM 17 not be decided and fully briefed until the Panel's September 27th

09:38AM 18 hearing.

09:38AM 19         We've attached a chart to the report we filed on

09:38AM 20 Wednesday that sort of lays out the facts and figures about

09:38AM 21 transfer.

09:38AM 22         THE COURT:  All right.  Thank you.

09:38AM 23         Just to follow up on that with regard to short form

09:38AM 24 joinders -- I'm trying to see if we have that as a separate item.

09:38AM 25 We do not, so now would be an appropriate time for the Court to

09:38AM 1    give some numbers out.

09:39AM 2         These are the latest numbers I have from our

09:39AM 3    Clerk's office as of yesterday afternoon.  There have been

09:39AM 4    104,594 timely filed short form joinders that are filed in the

09:39AM 5    so-called dummy Civil Action 8888.  There are an additional

09:39AM 6    197 that were received by the Court shortly after April 20th

09:39AM 7    without a legible -- either without a postmark or without a

09:39AM 8    legible postmark, so those are sort of still in limbo.

09:39AM 9         Then, there are an additional 566 that are

09:39AM 10   contained on one or more discs from attorneys.  I think this is a

09:39AM 11   situation where the discs were timely received, but the

09:39AM 12   individual claims have not been yet entered on the Court's

09:40AM 13   electronic docket, which will have to be done.

09:40AM 14        In addition to those, there are approximately

09:40AM 15   2,000 -- actually, I think, 2166 that were received and clearly

09:40AM 16   postmarked after April 20th.  At some point, the Court will have

09:40AM 17   to deal with those.

09:40AM 18        There are pending motions to allow late filed

09:40AM 19   claims, and there are pending motions for default.  I am going to

09:40AM 20   deal with those in due course, but not here today.

09:40AM 21        State court cases.  Mr. Langan.

09:40AM 22   MR. LANGAN:  Your Honor, as we set forth in our liaison

09:40AM 23   counsel report, we believe there are about 31 *Deepwater Horizon*

09:40AM 24   cases currently pending in various state courts.  Ten of those

09:40AM 25   are in Texas, I think about six in Harris County and four more in

09:41AM 1    Galveston.

09:41AM 2         Of the 31, roughly 18 are personal injury cases,

09:41AM 3    15 involving injuries related to April 20, 2010, the day of, and

09:41AM 4    three that relate to oil spill response workers.

09:41AM 5         Your Honor, I just wanted to highlight that we do

09:41AM 6    have one trial date that's been set in Harris County in a case

09:41AM 7    called Robert Young of June 4, 2012, Judge Rondon.

09:41AM 8         THE COURT:  That's Judge Rondon, right?

09:41AM 9         MR. LANGAN:  Yes.

09:41AM 10        THE COURT:  Actually, I've had communications with him

09:41AM 11   about that.  My recollection is he said he purposely scheduled

09:41AM 12   that to follow our, at least, initial phase of the limitation

09:41AM 13   trial in February.

09:41AM 14        MR. LANGAN:  Right.  That's our understanding, as well,

09:41AM 15   Your Honor.

09:41AM 16        THE COURT:  I think he also said that he had essentially

09:41AM 17   ordered that the discovery taking place in this case would be the

09:41AM 18   discovery in that case, obviously, except for some case specific,

09:42AM 19   I'm sure, discovery that might relate only to that particular

09:42AM 20   case.

09:42AM 21        Is that a personal injury case -- of what sort?

09:42AM 22        MR. LANGAN:  It is.  It's a day-of personal injury case.

09:42AM 23   I don't know the extent of the injuries, but it's not a death

09:42AM 24   case.

09:42AM 25        THE COURT:  Somebody who was on the rig?

09:42AM 1      MR. LANGAN:  Yes, Your Honor.

09:42AM 2      THE COURT:  All right.

09:42AM 3      MR. LANGAN:  As Your Honor indicated, we are, for

09:42AM 4 instance, in the Robert Young case and others, cross-noticing

09:42AM 5 depositions --

09:42AM 6      THE COURT:  Right.

09:42AM 7      MR. LANGAN:  -- and have been working with Judge Rondon

09:42AM 8 and Special Master McGovern to try to make sure that there is no

09:42AM 9 duplication and any extra discovery is kept to a minimum.

09:42AM 10      THE COURT:  Right.  Great.  Okay.

09:42AM 11      Again, I'll just remind everyone that if there

09:42AM 12 are -- I have reached out to the state court judges, either in

09:42AM 13 writing or, in some cases, personally by either e-mail or

09:42AM 14 telephone, to let them know what's going on here, to try to offer

09:43AM 15 any assistance we can offer to them, and, again, try to get them

09:43AM 16 to cooperate with us.  It seems to be working as well as we could

09:43AM 17 expect at the current time.  That's my sense, at least.

09:43AM 18      MR. LANGAN:  We agree.  I guess, from our perspective,

09:43AM 19 the challenge will be if an early trial gets set that will

09:43AM 20 somehow preempt or interfere with Your Honor's schedule, then we

09:43AM 21 would probably want Special Master McGovern or Your Honor to

09:43AM 22 intervene in some fashion.

09:43AM 23      THE COURT:  Yes.  At least with respect to the Young

09:43AM 24 case, I know Judge Rondon, like I said, seems very cooperative

09:43AM 25 and willing to work with us on that.

09:43AM  1          MR. LANGAN:  We agree.

09:43AM  2          THE COURT:  Okay.

09:43AM  3          MR. LANGAN:  Should I move to 2185, Your Honor?

09:43AM  4          THE COURT:  Sure.

09:43AM  5          MR. LANGAN:  So this is the multidistrict proceeding in

09:43AM  6  the Southern District of Texas before Judge Ellison.  As we've

09:43AM  7  reported before, there were originally three prongs to this.  A

09:43AM  8  securities prong, and it is my understanding that a motion to

09:44AM  9  dismiss in the securities case is now fully briefed, has not been

09:44AM 10  argued, has not been decided.

09:44AM 11          In the derivative strand, the motion to dismiss

09:44AM 12  brought by the defendants is fully briefed and was argued on the

09:44AM 13  17th of June, and is awaiting decision by Judge Ellison.

09:44AM 14          Then, in the ERISA strand, a responsive pleading is

09:44AM 15  due on the 26th of July in response to, I believe, a consolidated

09:44AM 16  complaint that was filed in the latter part of May.

09:44AM 17          Your Honor, I also wanted to mention that MDL 2185

09:44AM 18  may soon include a fourth strand, which has to do with a class

09:44AM 19  action brought on behalf of people who claimed that they were

09:44AM 20  wrongfully denied a dividend from BP in connection with BP's

09:44AM 21  action last June to suspend its dividend in the wake of the

09:44AM 22  incident and the response and everything.

09:44AM 23          So that's been conditionally transferred to

09:44AM 24  Judge Ellison, and I expect that, after the Panel's hearing in

09:45AM 25  late July, that action may end up in MDL 2185, as well.

09:45AM 1            Then, finally, as we've said before, as Your Honor

09:45AM 2   is aware, 2185 plaintiffs are here in the courtroom today.  They

09:45AM 3   have been participating in the discovery, coming to depositions.

09:45AM 4   The discovery record, insofar as BP is concerned, has been made

09:45AM 5   available to those plaintiffs.

09:45AM 6            THE COURT:  All right.  Thank you very much.  Does

09:45AM 7   anyone else here need to speak on any issues relating to 2185?

09:45AM 8            MR. MEADE:  No, Your Honor.

09:45AM 9            MR. STRADLEY:  I believe Mr. Langan has covered it,

09:45AM 10  Your Honor.

09:45AM 11           THE COURT REPORTER:  I'm sorry, I didn't hear him.

09:45AM 12           THE COURT:  He said he believes Mr. Langan adequately

09:45AM 13  covered it.

09:45AM 14           Report on written and deposition discovery.  Is

09:45AM 15  everyone back from London now --

09:45AM 16           MR. HAYCRAFT:  Yes, everyone is back from London.

09:45AM 17           THE COURT:  -- those who went to London?

09:46AM 18           MR. HAYCRAFT:  Indeed.  Although, there will be another

09:46AM 19  trip to London in July, but only for a deposition or two.

09:46AM 20           It is interesting to note that several depositions

09:46AM 21  were simultaneously occurring in London while several were

09:46AM 22  occurring here in New Orleans.  It was truly an amazing feat of

09:46AM 23  logistics.

09:46AM 24           THE COURT:  What was pretty amazing, too, is how I could

09:46AM 25  sit at my computer at my desk and watch live feed of the

09:46AM 1    deposition -- not that -- believe me, I did not sit there and

09:46AM 2    watch all of them, but I did watch bits and pieces of some.  I

09:46AM 3    mean, just for somebody my age, technologically it is pretty

09:46AM 4    amazing to be able to have the facility to do that.  That was

09:46AM 5    great that that was arranged.

09:46AM 6         MR. HAYCRAFT:  Yes.  As I stand here, I think there are

09:46AM 7    two depositions going on at this moment, leading to a total to

09:46AM 8    date of 130 depositions that have been taken at this point in

09:46AM 9    just a few months.

09:47AM 10        THE COURT:  My only concern with watching the

09:47AM 11   depositions, I think, on the second or third day, I wasn't

09:47AM 12   sure -- where is Judge Shushan?  She is not here, right?  She's

09:47AM 13   conspicuously absent.  I know she's probably listening -- but I

09:47AM 14   wasn't sure that she was really at the deposition.  I thought she

09:47AM 15   might be at some pub.

09:47AM 16             So I kept texting her and saying, are you really

09:47AM 17   there?  I said, walk behind the camera, walk in front of the

09:47AM 18   camera.  So she finally said she would cough twice and give me a

09:47AM 19   signal, and she did.  She proved she was there, I guess.

09:47AM 20        MR. HAYCRAFT:  That is very interesting.

09:47AM 21             Now, here we are in July, early July, we have

09:47AM 22   58 more depositions scheduled for the remainder of this month.

09:47AM 23   We are now currently in the throws of scheduling what are known

09:47AM 24   as post-July 31 Phase I not needed for expert report depositions,

09:48AM 25   which is a mouthful.

09:48AM  1        THE COURT:  Yes.

09:48AM  2        MR. HAYCRAFT:  We've begun scheduling those depositions

09:48AM  3    for August, September, and October.  In the meantime, of course,

09:48AM  4    there will be expert reports that will be due and then commencing

09:48AM  5    expert discovery for Phase I.

09:48AM  6            The document production has been staggeringly

09:48AM  7    large.  BP alone has produced, at this point, more than 3 million

09:48AM  8    pages of documents.  I know everybody in the room has pored over

09:48AM  9    each of those three million pages.

09:48AM 10            We've attached at this point 3,926 of those

09:48AM 11    documents to the record to be deposition exhibits, questioning

09:48AM 12    witnesses about those.

09:48AM 13            Meanwhile, of course, all this is only possible

09:48AM 14    because Judge Shushan has, each Friday, conducted several hours

09:48AM 15    of discovery conferences and daily has been involved in phone

09:48AM 16    conferences with various parties dealing with the BOP, dealing

09:49AM 17    with deposition issues as they come up.  It has been

09:49AM 18    extraordinary, and our compliments to Judge Shushan for that.

09:49AM 19    She's really made this possible.

09:49AM 20        THE COURT:  No doubt.  I tell her that often.  I

09:49AM 21    appreciate those comments.  I know she does.

09:49AM 22            I also appreciate and acknowledge the tremendous

09:49AM 23    effort on behalf of all counsel in this case in keeping this on

09:49AM 24    track.  I know, I can sense and from what I've not only heard but

09:49AM 25    seen, that a lot of people, some of you have been under

09:49AM 1    tremendous stress, and I understand that.  I'm sympathetic to it.

09:49AM 2    I appreciate your hard work in keeping this case moving forward.

09:49AM 3              There is a lot of work that's been done and a lot

09:49AM 4    of work to be done.  Of course, what hasn't been said, but we all

09:49AM 5    know, is that even beyond this, all of this discovery,

09:50AM 6    depositions and so forth that is being undertaken now, has been

09:50AM 7    undertaken to prepare for the February trial, there will be

09:50AM 8    continued discovery ongoing during the initial phase or phases of

09:50AM 9    the trial to prepare for the next phase of the trial.

09:50AM 10             So this is going to be an ongoing process for some

09:50AM 11   time, and I really do appreciate everyone's cooperation and

09:50AM 12   efforts.

09:50AM 13             I have got to say I've never seen anything like the

09:50AM 14   cooperation and the ability of lawyers.  I knew from the

09:50AM 15   beginning we had excellent lawyers on all sides of this case, but

09:50AM 16   the cooperation, the extent of the cooperation and civility and

09:50AM 17   professionalism shown has probably exceeded my expectations, and

09:50AM 18   I really appreciate that.

09:50AM 19        MR. HAYCRAFT:  We all appreciate those words.  Thank

09:50AM 20   you, Your Honor.

09:50AM 21        THE COURT:  Thank you.

09:51AM 22             Does anyone else need to say anything or speak to

09:51AM 23   any issues relating to discovery or depositions?

09:51AM 24             BOP testing status.

09:51AM 25        MR. GASAWAY:  Good morning, Your Honor.  Rob Gasaway for

09:51AM 1  BP.

09:51AM 2          I'm happy to report the BOP testing status is

09:51AM 3  completed --

09:51AM 4          THE COURT:  You get a gold star this morning.

09:51AM 5          MR. GASAWAY:  Thank you very much.

09:51AM 6          -- completed as of June 21st, the day before the

09:51AM 7  revised deadline.  Again, completed in large part because of the

09:51AM 8  cooperation of a number of parties.

09:51AM 9          Judge Shushan was, at the end, having daily calls.

09:51AM 10  I was appearing before her seven straight days, as well as other

09:51AM 11  parties.  She was talking directly to the technical people.  The

09:51AM 12  United States was obviously very intimately involved in that.  We

09:51AM 13  appreciate their help, not only from the counsel standpoint but

09:51AM 14  from the custodial standpoint at Michoud.

09:51AM 15          I'm also happy to report that much of the data,

09:52AM 16  almost all of the data, has been distributed to the parties.  So

09:52AM 17  it's out there.  It's ready to be used for expert reports.

09:52AM 18          I understand there are a couple of odds and ends,

09:52AM 19  that there are some big video files; but, not only is the testing

09:52AM 20  completed, Your Honor, but almost all of the data is in the hands

09:52AM 21  of the parties.

09:52AM 22          Again, we thank the United States, the custodian,

09:52AM 23  Judge Shushan and all the parties for the cooperation in that

09:52AM 24  effort.

09:52AM 25          THE COURT:  All right.  Thank you.  Mr. Underhill.

09:52AM 1          MR. UNDERHILL:  Nothing to add, Your Honor, except for,

09:52AM 2   with Judge Shushan's help, and she really deserves to be

09:52AM 3   complimented on this one, she's getting down into the

09:52AM 4   nitty-gritty details.  I told her the other day I think she's

09:52AM 5   actually beginning to enjoy the technical side of the BOP,

09:52AM 6   something I think Rob and I grew tired of a long time ago; but,

09:52AM 7   she's working very hard.

09:52AM 8          So we're really trying to work out now what we do

09:52AM 9   with the pieces and parts, where they go, how they are going to

09:52AM 10  be preserved.  We continue to meet, I think, probably once or

09:52AM 11  twice a week with Magistrate Judge Shushan to try to work out

09:52AM 12  those details, and hopefully that will be resolved fairly soon.

09:53AM 13         THE COURT:  Right.  Okay.  Very well.  Thank you.

09:53AM 14         Does anyone have anything else to add to the BOP

09:53AM 15  issues, testing, preservation, anything?

09:53AM 16         Mr. Underhill, cement testing.

09:53AM 17         MR. UNDERHILL:  Cement, Your Honor.  I don't know how I

09:53AM 18  got stuck with this one any more than I got stuck with the BOP,

09:53AM 19  but I guess I'm the cement man for the moment.

09:53AM 20         The testing is on track.  As Your Honor knows, an

09:53AM 21  order was entered to finish the testing that's being done

09:53AM 22  sponsored by the JIT.  It's on track for completion at the end of

09:53AM 23  this month.  I think July 30th, 31st, is the date.

09:53AM 24         I wish to thank my Halliburton friends, Don Godwin

09:53AM 25  in particular.  There was a bit of a hiccup this week where they

09:53AM 1    needed some ingredients for the testing mix, and they didn't have

09:53AM 2    it.  The call went out to our friends at Halliburton, and they, I

09:53AM 3    think, FedEx'd the package to the testing people last night.

09:53AM 4              So whenever we've put out a call for assistance to

09:53AM 5    try to keep on track with your order, parties, as is the case in

09:54AM 6    this case, have cooperated.  So we thank them very much for that.

09:54AM 7              MR. GODWIN:  Thank you, Mike.

09:54AM 8              THE COURT:  Thank you, Mr. Godwin.

09:54AM 9              MR. GODWIN:  Thank you, Your Honor.

09:54AM 10             MR. UNDERHILL:  That's it, Your Honor.

09:54AM 11             THE COURT:  Thank you.

09:54AM 12             Vessels of Opportunity, I understand there has been

09:54AM 13   some agreement on a proposed Case Management Order?

09:54AM 14             MR. LANGAN:  Yes, Your Honor.  Andy Langan for BP.

09:54AM 15   Mr. Herman is welcome to join this discussion, as well, of

09:54AM 16   course.

09:54AM 17             We have been able to work out a framework for

09:54AM 18   addressing the Vessels of Opportunity contract claims, charter

09:54AM 19   agreement claims.  Essentially, what we're going to do is have BP

09:54AM 20   on the one hand and the Plaintiffs' Steering Committee on the

09:54AM 21   other each select three focus cases, if you will, in which there

09:54AM 22   will be limited discovery, documentary discovery, a limited

09:54AM 23   number of depositions, perhaps some motion practice raising legal

09:54AM 24   issues on contract construction and the like, motions for summary

09:54AM 25   judgment by either side, all of this to be wrapped up, I believe,

09:55AM 1    by the end of September.  Then, perhaps, mediation in October is

09:55AM 2    provided for by the proposed order, as well.

09:55AM 3              I think we're going to be talking with the PSC and,

09:55AM 4    perhaps, Your Honor about whether the mediator ought to be

09:55AM 5    private or, perhaps, somebody that you appoint from the court

09:55AM 6    here.  But we do have an agreement, and I think we're prepared to

09:55AM 7    move forward.

09:55AM 8         THE COURT:  I have the proposed Case Management Order.

09:55AM 9    Mr. Herman, do you want to speak to this at all?

09:55AM 10        MR. HERMAN:  Good morning, Your Honor.  Steve Herman for

09:55AM 11   the plaintiffs.

09:55AM 12             The only thing I would add is that at the same time

09:55AM 13   that this pilot program is going on, we're going to invite, I

09:55AM 14   think, collectively anyone out there with a VoO contract case to

09:55AM 15   fill out a profile form, an additional profile form, that's

09:55AM 16   tailored specifically to the VoO contract issues, and to submit

09:55AM 17   that with, really, two goals in mind.

09:55AM 18             One is so that the parties and the Court get a

09:55AM 19   better census of the nature and the number of cases that are out

09:56AM 20   there.  Then, also, with an eye toward, hopefully, kind of a mass

09:56AM 21   mediation program, once we get a better idea of the legal issues

09:56AM 22   and the threshold discovery issues from the pilot program.

09:56AM 23        THE COURT:  It seems like somebody recently, at one of

09:56AM 24   our recent meetings, had indicated that they thought there were,

09:56AM 25   perhaps, a couple hundred, 200 of these cases out there,

09:56AM 1    potentially?

09:56AM 2            MR. HERMAN:  I suspect that there are more than that.

09:56AM 3            THE COURT:  More than that?

09:56AM 4            MR. HERMAN:  I think there are maybe -- well, there are

09:56AM 5    several hundred, certainly.  There may be in the low thousands.

09:56AM 6            THE COURT:  Oh, okay.

09:56AM 7            MR. HERMAN:  But I think by inviting people who want to

09:56AM 8    participate in a mediation program to submit profile forms, that

09:56AM 9    will help the Court get a better census.

09:56AM 10           THE COURT:  First of all, just to make it clear, this

09:56AM 11   order that has been proposed to the Court in this pilot program

09:56AM 12   mediation program would only pertain to VoO plaintiffs and BP,

09:56AM 13   right, first of all?

09:56AM 14           MR. HERMAN:  Correct.  Correct.

09:56AM 15           MR. LANGAN:  We agree, Your Honor, yes.

09:56AM 16           THE COURT:  Secondly, we're only talking about mediating

09:57AM 17   or trying to resolve contract claims?

09:57AM 18           MR. HERMAN:  Correct.

09:57AM 19           THE COURT:  There are some VoO claimants who also may

09:57AM 20   have personal injury claims, but that's not part of this program,

09:57AM 21   right?

09:57AM 22           MR. HERMAN:  Correct, Your Honor.

09:57AM 23           THE COURT:  All right.  Does anybody else want to speak

09:57AM 24   on this at all?

09:57AM 25               All right.  With that understanding, I will sign

09:57AM 1  that order, okay?

09:57AM 2      MR. LANGAN:  Thank you, Your Honor.

09:57AM 3      THE COURT:  Thank you.

09:57AM 4          Okay, insurance cases.

09:57AM 5      MR. LANGAN:  Your Honor, Andy Langan.

09:57AM 6          Just a brief report on the insurance matters, and

09:57AM 7  others can speak up, as well.

09:57AM 8          As noted in your Point 1, Your Honor entered a case

09:57AM 9  management order about a month ago dealing with the insurance

09:57AM 10 coverage cases, which generally involve Transocean's excess

09:57AM 11 carriers and BP, with Anadarko and MOEX also having intervened.

09:57AM 12         Discovery has begun.  Initial written discovery has

09:58AM 13 been served.  I think there has been some deposition notices

09:58AM 14 prepared.

09:58AM 15         There is also some activity on the legal front.  BP

09:58AM 16 intends to very shortly file a motion for judgment on the

09:58AM 17 pleadings relating to the insurers' complaints.  Also, Transocean

09:58AM 18 intervened in the case some time ago, and BP has filed a motion

09:58AM 19 to dismiss Transocean's complaint in intervention.  That motion

09:58AM 20 is now fully briefed before Your Honor.

09:58AM 21     THE COURT:  Are there two of these cases now?

09:58AM 22     MR. LANGAN:  There are.  Now, an interpleader action, as

09:58AM 23 well; but, two of these cases, yes.

09:58AM 24     THE COURT:  They are dec actions, right, declaratory

09:58AM 25 judgment actions --

09:58AM 1          MR. LANGAN:  They are.

09:58AM 2          THE COURT:  -- brought by the insurers?

09:58AM 3          MR. LANGAN:  Correct.

09:58AM 4          THE COURT:  Am I recalling this right, directed at BP,

09:58AM 5   essentially -- the issue is whether BP is covered under these

09:58AM 6   policies, Transocean's policies?

09:58AM 7          MR. LANGAN:  Correct.  I don't want to get over my skis

09:58AM 8   here, but yes.

09:58AM 9          THE COURT:  That's the gist of --

09:58AM 10          MR. LANGAN:  We believe we're an additional named

09:59AM 11   insured on the policy.

09:59AM 12          THE COURT:  I understand, but that's the gist of the

09:59AM 13   case?

09:59AM 14          MR. LANGAN:  Yes, Your Honor.

09:59AM 15          THE COURT:  I understand.  Okay.  Thank you.

09:59AM 16              Does anyone else want to talk about the insurance

09:59AM 17   cases?

09:59AM 18              Report on the issues relating to short form filings

09:59AM 19   and dismissals.  Mr. Herman?

09:59AM 20          MR. HERMAN:  Yes, Your Honor.  Steve Herman for the

09:59AM 21   plaintiffs.

09:59AM 22              Your Honor gave a brief report on the numbers in

09:59AM 23   terms of the short form filings.  On the dismissal issue, we have

09:59AM 24   been working with BP and have an agreement in principle to have

09:59AM 25   an expedient way for litigants, particularly pro se litigants,

09:59AM 1  but all litigants to dismiss without prejudice their short form

09:59AM 2  filings for whatever reason.  We're just waiting to finalize the

09:59AM 3  forms, and we hope to present that to Your Honor within the next

09:59AM 4  week.

09:59AM 5         But we have also worked together on a form to allow

10:00AM 6  people to expeditiously amend their short form filings, if they

10:00AM 7  have some additional information they want to provide or if

10:00AM 8  information changes.  We have one point of disagreement, maybe we

10:00AM 9  could discuss with Judge Shushan at the discovery conference

10:00AM 10  today, but we would hope to be able to present something to

10:00AM 11  Your Honor on that, as well, within the next week or so.

10:00AM 12       THE COURT:  I have been signing several of these

10:00AM 13  dismissals that are just coming in by people represented by

10:00AM 14  counsel, and that seems to be working fairly well; although, it

10:00AM 15  would facilitate it even more if we had a form.

10:00AM 16       MR. HERMAN:  Yes, Your Honor.

10:00AM 17       THE COURT:  But the larger concern are the

10:00AM 18  pro se litigants who are not represented by counsel, and some of

10:00AM 19  them just don't know what to do, how to go about dismissing their

10:00AM 20  claim if that's what they want to do, or how to amend their claim

10:00AM 21  if that's what they need to do.

10:00AM 22         That's what we're working on, right?

10:00AM 23       MR. HERMAN:  Yes, Your Honor.  We are hoping to get you

10:00AM 24  those forms within the next week.

10:01AM 25       THE COURT:  Wonderful.

10:01AM 1          MR. HERMAN:  Thank you.

10:01AM 2          THE COURT:  Does anyone else need to speak to those

10:01AM 3    issues?

10:01AM 4          All right.  There are a number of pending motions,

10:01AM 5    and a number of these, as I understand, are not objected to by

10:01AM 6    anyone, so we can deal with them.

10:01AM 7          I'm not going to take these in any particular

10:01AM 8    order.  We didn't number them.  They are bullet points.  But

10:01AM 9    Bullet Point Number 2 under Number 11, BP's motion on testing of

10:01AM 10   samples, Record Document 3143, does someone want to explain

10:01AM 11   briefly what that's about?

10:01AM 12         Mr. Gasaway.  I guess that's you, right?

10:01AM 13         MR. GASAWAY:  In the absence of anybody else,

10:01AM 14   Your Honor.

10:01AM 15         This is real simple.  This is a follow-on to the

10:01AM 16   order that you entered on the first page, PTO Number 37.  It's a

10:01AM 17   great idea.  I give all the credit to the Department of Justice.

10:01AM 18         As you know, Paragraph 14 of Pretrial Order

10:02AM 19   Number 1 says that you have to preserve evidence; but, we have

10:02AM 20   all of these samples of all of these different types of media,

10:02AM 21   oil, dispersant, flora, fauna, soil, air, water.

10:02AM 22         The whole reason for taking these thousands of

10:02AM 23   samples was to test them; so, how can you test them properly, but

10:02AM 24   still preserve them?

10:02AM 25         What Sarah Himmelhoch and Mike and others did at

10:02AM 1  the Department of Justice was really dig down into the details,

10:02AM 2  first of all, for the Department of Justice, and say, you know,

10:02AM 3  how can you test them, what do you have to say, what sort of

10:02AM 4  records do you have to keep, what sort of accepted procedures do

10:02AM 5  there have to be.  She wrote that all out on an order.  That was

10:02AM 6  entered as Pretrial Order Number 37.

10:02AM 7          Then, what we did was just basically take that

10:02AM 8  order and make it apply to all the parties, because probably the

10:02AM 9  United States has the most of these samples, being the

10:02AM 10 United States, but certainly BP has a lot.  Other parties have a

10:02AM 11 lot.

10:02AM 12         So we circulated that revised order that's really

10:02AM 13 just the general version of PTO 37, asked if there was no

10:02AM 14 objection, and there was none.  So, at this point, we'd ask

10:03AM 15 Your Honor to enter the order.

10:03AM 16     THE COURT:  All right.  Does anyone else need to speak

10:03AM 17 to this?

10:03AM 18         That is Record Document 3143, I'll grant that

10:03AM 19 motion.  You submitted a proposed order with that, I assume,

10:03AM 20 right?

10:03AM 21     MR. GASAWAY:  Yes.

10:03AM 22     THE COURT:  I will sign that order today.

10:03AM 23     MR. GASAWAY:  Thank you, Your Honor.

10:03AM 24     THE COURT:  Thank you.

10:03AM 25         Did you need to speak on that, Mr. Underhill?

10:03AM 1          MR. UNDERHILL:  Only one thing, Your Honor.  I don't

10:03AM 2  deserve the credit.  Sarah Himmelhoch deserves most of the

10:03AM 3  credit.

10:03AM 4          THE COURT:  Is she here?  Is she here today?

10:03AM 5          MR. UNDERHILL:  I need to keep her happy because she

10:03AM 6  does the heavy lifting for discovery for us.

10:03AM 7          THE COURT:  There she is.

10:03AM 8          MR. UNDERHILL:  Sarah is here.  She deserves the credit.

10:03AM 9  She's worked very closely with counsel.

10:03AM 10         THE COURT:  Very good.  Thank you.  Thank you, Sarah.

10:03AM 11           There is also the next bullet point on the screen

10:03AM 12  following that, which is the third bullet point under Number 11,

10:03AM 13  is MOEX's motions to dismiss or, in the alternative, bifurcate

10:03AM 14  alter ego claims, Record Document Numbers 2757 and 2761.

10:03AM 15           I believe there has been an agreed-upon order on

10:04AM 16  that, which would basically bifurcate those claims so that we

10:04AM 17  don't have to deal with that in the context of this at this time.

10:04AM 18  Would anyone care to speak on that?

10:04AM 19         MR. HERMAN:  Yes, Your Honor, you're correct.  That's

10:04AM 20  the proposal.

10:04AM 21         THE COURT:  There is no objection to that.  I will grant

10:04AM 22  those two motions.

10:04AM 23          Next one is BP's motion for confirmation of

10:04AM 24  nonapplicability of preservation obligations,

10:04AM 25  Record Document 3149.

10:04AM  1         MR. GASAWAY:  Your Honor, Rob Gasaway, again, for BP.

10:04AM  2            This is another follow-on motion.  As you know,

10:04AM  3  three earlier times Your Honor has granted BP's motions for

10:04AM  4  disposition of equipment, again, on the preservation issue, and

10:04AM  5  confirming that the preservation obligation of Paragraph 14 of

10:04AM  6  Pretrial Order Number 1 didn't apply.

10:05AM  7            So we had our November, our January, and our

10:05AM  8  February orders that applied to subsea equipment, equipment going

10:05AM  9  to the containment consortium, tools and rigging, stuff that was

10:05AM 10  never used.

10:05AM 11            This is a different category of equipment, that it

10:05AM 12  was actually used, but it's just of very little evidentiary

10:05AM 13  value.  But because it was actually out at sea, we actually

10:05AM 14  started the consultation process fairly early, almost a month

10:05AM 15  ago.  We got the pictures out.  We made all of the items

10:05AM 16  available for inspection.

10:05AM 17            Again, we've worked very closely with --

10:05AM 18  particularly -- well, really, with all the parties, but

10:05AM 19  particularly the two parties on the plaintiff side of the case,

10:05AM 20  Mr. Breit and Mr. Cernich for the Plaintiffs' Steering Committee,

10:05AM 21  and the United States.

10:05AM 22            So, again, at this point, there is no objection to

10:05AM 23  the entry of this order for any of this equipment.  Pictures have

10:05AM 24  been supplied now for almost a month, and we're going to make all

10:05AM 25  the equipment available for inspection one more time for five

10:05AM 1    more days, just in case anybody would like to have us hold it;

10:06AM 2    but, at this time, we think that entry of the order is

10:06AM 3    appropriate, Your Honor.

10:06AM 4         THE COURT:  All right.  So, without objection, I'll

10:06AM 5    grant BP's motion, which is Record Document 3149.

10:06AM 6              The next item that's listed, the next bullet point

10:06AM 7    is BP's motion to stay proceedings between BP and Anadarko,

10:06AM 8    Record Document 2169.

10:06AM 9              The Court had made an earlier ruling on that motion

10:06AM 10   based on the language of the joint operating agreement, but asked

10:06AM 11   for additional briefing on the question of whether BP had in any

10:06AM 12   way waived its right to arbitration of that claim.  The parties,

10:06AM 13   just as of yesterday, I believe, submitted the supplemental

10:06AM 14   briefing.

10:06AM 15             I have looked at that, but have not really had time

10:06AM 16   to consider it.  I understand BP and Anadarko are both willing to

10:07AM 17   just submit that and will consider it under advisement based on

10:07AM 18   the briefs; is that correct?

10:07AM 19        MR. LANGAN:  Yes for BP, Your Honor.  Thank you.

10:07AM 20        MR. DRAGNA:  That's correct for Anadarko, as well,

10:07AM 21   Your Honor.

10:07AM 22        THE COURT:  Great.  Thank you.  So that will be taken

10:07AM 23   under advisement on the briefs, Record Document 2169.

10:07AM 24             Skipping down to the second to last bullet point,

10:07AM 25   emergency responders' motions for entry of default, Record

10:07AM 1   Document Numbers 2097, 2098, 2099, 2101, 2102, and 2103.  Is

10:07AM 2   someone here --

10:07AM 3          MR. TSEKERIDES:  Yes, Your Honor.  Ted Tsekerides,

10:07AM 4   liaison for the emergency responders.

10:07AM 5          These were six limitation actions that the

10:07AM 6   emergency responders brought.  About 66 claims were filed.  We

10:08AM 7   made a motion for entry of default.  We've received no objection.

10:08AM 8   We think it's appropriate at this time for entry of default.

10:08AM 9          THE COURT:  Is anyone here who wishes to speak on this,

10:08AM 10  or are there any objections?  I haven't seen any objections by

10:08AM 11  anyone.

10:08AM 12         There are six separate motions, one for each of the

10:08AM 13  limitation actions, right?

10:08AM 14         MR. TSEKERIDES:  That's correct.

10:08AM 15         THE COURT:  So those will be granted.

10:08AM 16         MR. TSEKERIDES:  Thank you.

10:08AM 17         THE COURT:  Thank you.

10:08AM 18         We're not going to deal today with Transocean's

10:08AM 19  motion for entry of default and, really, related motions for

10:08AM 20  leave to file late claims.  They are really related, those

10:08AM 21  issues.

10:08AM 22         I had a brief discussion with liaison counsel

10:08AM 23  earlier today, and we decided that there is still some remaining

10:08AM 24  confusion and uncertainty in the Clerk's office in terms of

10:09AM 25  making sure that we know that we have all of the claims that have

10:09AM 1    been filed electronically docketed, and that they are docketed in

10:09AM 2    the right place and so forth and identifiable.

10:09AM 3              So I believe Transocean is okay with that, right,

10:09AM 4    Mr. Miller --

10:09AM 5              MR. MILLER:  That's correct, Your Honor.

10:09AM 6              THE COURT:  -- with deferring that for the time being?

10:09AM 7              MR. MILLER:  We'll work on getting the record straight.

10:09AM 8              THE COURT:  At the appropriate time, the Court will deal

10:09AM 9    with the motions for late filed joinders and Transocean's motion

10:09AM 10   for entry of default.

10:09AM 11             Does anyone else want to say anything on those

10:09AM 12   issues?  Okay.

10:09AM 13             I skipped over the first bullet point there.  I'm

10:09AM 14   probably going to sign that.  There was one relatively minor

10:09AM 15   issue that someone had raised that I discussed with liaison

10:10AM 16   counsel this morning, but I think it's something that is not

10:10AM 17   really an issue.

10:10AM 18             Anyway, I'm going to look at that again, but I'll

10:10AM 19   probably go ahead and sign that United States' motion for entry

10:10AM 20   of pretrial order on confidentiality of settlement negotiations,

10:10AM 21   which is Record Document 2564.  If anyone wants to say anything

10:10AM 22   on that now, I'll entertain it; but, otherwise, I'll just take

10:10AM 23   that under advisement.  I don't believe there has been any

10:10AM 24   written objections to that.

10:10AM 25             Are there any other matters now?

10:10AM 1          This is not on the agenda, but I'll just mention a
10:10AM 2    couple things.  The parties have submitted additional briefing on
10:10AM 3    the trial plan, a proposed trial plan for the limitation trial
10:11AM 4    scheduled to begin February 27, 2012.  I appreciate greatly the
10:11AM 5    efforts, again, time and effort that all counsel that have been
10:11AM 6    involved in this have put in.  There have been large areas of
10:11AM 7    agreement.  There are still some areas of disagreement.
10:11AM 8          I indicated to liaison counsel this morning, in our
10:11AM 9    meeting this morning, that I was not going to sign that order
10:11AM 10   today, but I will shortly; and, that I will essentially adopt the
10:11AM 11   last version of the trial plan submitted by counsel for Anadarko,
10:11AM 12   which, you know, is an amalgamation of input from many other
10:11AM 13   parties, obviously.
10:11AM 14         There are a few things that need to be tweaked in
10:11AM 15   that order before I sign it, but that essentially will be the
10:12AM 16   trial plan going forward, again, with the understanding that, you
10:12AM 17   know, anything we do here is always subject to further revision,
10:12AM 18   tweaking, massaging as necessary down the line.  I'm sure there
10:12AM 19   will need to be some of that, but I think it will give us some --
10:12AM 20   give everyone some guidance on the structure of the trial and how
10:12AM 21   it's going to proceed.
10:12AM 22         It's going to be essentially a three-phase trial
10:12AM 23   starting in February.  It will be one trial but in several
10:12AM 24   phases, with some breaks in between the phases.  I haven't worked
10:12AM 25   out or thought through yet how long the breaks between the phases

10:12AM  1    will be.

10:12AM  2            Of course, I don't think any of us know now for

10:12AM  3    sure how long each phase will take.  We've got some estimates.  I

10:12AM  4    think the last estimate I saw was counsel believed it could be

10:12AM  5    two to four months for the initial phase.  We'll see; but, as we

10:12AM  6    proceed, we'll flesh some of those issues out further.

10:13AM  7            There is also an issue regarding -- I don't need to

10:13AM  8    say much about this today, but there was a letter brief filed by

10:13AM  9    the PSC regarding the admissibility of the Wright, I'll call it

10:13AM 10    Wright, W-R-I-G-H-T, report.  I had initially thought we would

10:13AM 11    deal with that, perhaps, today, but I wasn't aware, frankly,

10:13AM 12    until yesterday that Judge Shushan had given BP until, I think,

10:13AM 13    July 14 to respond to that.

10:13AM 14            MR. LANGAN:  Yes, Your Honor.  July 14th, the Court did

10:13AM 15    give us that, yes.

10:13AM 16            THE COURT:  So since it's an issue of admissibility of

10:13AM 17    evidence at trial, I need to deal with that, rather than

10:13AM 18    Judge Shushan.  After I get the briefing, I'll deal with it.  If

10:13AM 19    we need to have some kind of hearing or take it up at the next

10:14AM 20    conference, we can do that; or, maybe I'll just deal with it on

10:14AM 21    the briefs.

10:14AM 22            MR. LANGAN:  Very good, Your Honor.  Thank you.

10:14AM 23            THE COURT:  Thank you.

10:14AM 24            All right.  Does anybody need to speak about

10:14AM 25    anything else here today?

10:14AM 1    I want to say a couple of things before everybody
10:14AM 2  leaves here today.  First of all, this will be Kat's last
10:14AM 3  conference with us.  Our law clerk, Kat Shea, unfortunately for
10:14AM 4  all of us, including myself, will be leaving shortly -- when, two
10:14AM 5  weeks, Kat -- to go on to be a federal public defender in
10:14AM 6  North Carolina.  So she will be leaving.
10:14AM 7    Josh is not taking her place, but he's one of my
10:14AM 8  newest law clerks who has been here -- a week, Josh?
10:14AM 9    THE CLERK:  One week.
10:14AM 10    THE COURT:  Josh Clayton.
10:14AM 11    We are going to have a big staff turnover here
10:15AM 12  pretty soon.  Three law clerks leaving, three new ones coming in.
10:15AM 13    Then, Eileen will be leaving.  Eileen, my case
10:15AM 14  manager, Eileen Stensrud will be leaving at the end of September.
10:15AM 15  Do you want to say how many years you've been working here?
10:15AM 16    THE DEPUTY CLERK:  No.
10:15AM 17    THE COURT:  I know she was here when I got here.
10:15AM 18    THE DEPUTY CLERK:  I've been at the court for about
10:15AM 19  30 years.
10:15AM 20    THE COURT:  30 years.  So she's going to be retiring.
10:15AM 21    Eileen's husband also works for the federal
10:15AM 22  government, different department, so they will both be retiring
10:15AM 23  this year.  I think they want to go off to Hawaii or someplace.
10:15AM 24  We'll see.
10:15AM 25    Stephanie Kall, who is right here, is in training

10:15AM  1   now to take Eileen's place, so she will be sitting where Eileen

10:15AM  2   is sitting soon.

10:15AM  3            Cathy, you're not going anywhere, are you?  So Cathy and

10:15AM  4   I will still be here.  For better or worse, right?

10:15AM  5            Everyone, again, thanks for your cooperation.  Our

10:15AM  6   next status conference in court will be -- I'll remind everybody

10:16AM  7   that the next conference is Friday, August 12th, and it's at

10:16AM  8   8:30.  We're starting earlier because I have an engagement at

10:16AM  9   about, I think, 11 o'clock that day that I need to get to, so I

10:16AM 10   need to make sure we finish and I'm out of here before then.

10:16AM 11            Does anyone need to say anything else?  Okay.  Have

10:16AM 12   a good day, everyone.

10:16AM 13            THE DEPUTY CLERK:  All rise.

14            (WHEREUPON, at 10:16 a.m., the proceedings were

15   concluded.)

16                           *    *    *

17

18                    REPORTER'S CERTIFICATE

19       I, Cathy Pepper, Certified Realtime Reporter, Registered
     Merit Reporter, Certified Court Reporter of the State of
20   Louisiana, Official Court Reporter for the United States District
     Court, Eastern District of Louisiana, do hereby certify that the
21   foregoing is a true and correct transcript, to the best of my
     ability and understanding, from the record of the proceedings in
     the above-entitled and numbered matter.

22

23                           s/Cathy Pepper
                             Cathy Pepper, CRR, RMR, CCR
24                           Certified Realtime Reporter
                             Official Court Reporter
25                           United States District Court
                             Cathy_Pepper@laed.uscourts.gov

**0**

**04111** [1] - 6:21

**1**

**1** [3] - 33:8, 36:19, 39:6
**10-MDL-2179** [1] - 1:6
**100** [2] - 2:24, 3:17
**1000** [2] - 1:24, 8:4
**10003** [1] - 3:4
**10036** [1] - 7:25
**10153** [1] - 8:16
**10174** [1] - 8:8
**104,594** [1] - 20:4
**10:16** [1] - 46:14
**11** [3] - 36:9, 38:12, 46:9
**1100** [3] - 2:17, 3:24, 5:20
**1201** [1] - 7:5
**12TH** [1] - 13:1
**12th** [1] - 46:7
**13** [1] - 4:18
**130** [1] - 25:8
**1300** [1] - 7:15
**1331** [1] - 7:8
**14** [3] - 36:18, 39:5, 44:13
**14th** [1] - 44:14
**15** [1] - 21:3
**1540** [1] - 7:24
**16** [1] - 19:15
**1600** [1] - 8:23
**1601** [1] - 2:11
**1615** [1] - 7:15
**1665** [1] - 7:8
**17** [1] - 19:7
**1700** [1] - 7:5
**17th** [1] - 23:13
**18** [7] - 11:5, 11:6, 11:7, 11:8, 11:9, 19:15, 21:2
**188** [2] - 3:10, 4:7
**19** [2] - 11:11, 11:13
**197** [1] - 20:6

**2**

**2** [1] - 36:9
**2,000** [1] - 20:15
**20** [4] - 1:5, 11:14, 14:13, 21:3
**200** [1] - 31:25
**20005** [1] - 6:18
**20006** [1] - 7:21

**20044** [1] - 5:6
**2007** [1] - 7:13
**2010** [3] - 1:5, 14:13, 21:3
**2011** [3] - 1:7, 13:1, 14:2
**2012** [2] - 21:7, 43:4
**2012..........................** . [1] - 12:24
**2020** [1] - 7:21
**2097** [2] - 12:15, 41:1
**2098** [2] - 12:15, 41:1
**2099** [2] - 12:15, 41:1
**20th** [2] - 20:6, 20:16
**2101** [2] - 12:15, 41:1
**2102** [2] - 12:15, 41:1
**2103** [1] - 41:1
**2103.......................** ................... [1] - 12:16
**2166** [1] - 20:15
**2169** [2] - 40:8, 40:23
**2169.......................** [1] - 12:11
**2169.......................** ......... [1] - 12:13
**2179** [1] - 14:12
**2185** [7] - 9:3, 16:20, 23:3, 23:17, 23:25, 24:2, 24:7
**2185.......................** ................... [1] - 11:15
**21st** [1] - 28:6
**22** [1] - 19:15
**23** [2] - 3:17, 11:15
**23510** [1] - 1:25
**24** [1] - 11:16
**255** [1] - 3:7
**2564** [1] - 42:21
**2564.......................** ......... [1] - 12:22
**2615** [1] - 2:14
**26th** [2] - 19:5, 23:15
**27** [4] - 11:17, 12:24, 19:8, 43:4
**275** [1] - 2:20
**2757** [2] - 12:4, 38:14
**2761** [1] - 38:14
**2761.......................** .......... [1] - 12:4
**27708** [1] - 9:9
**27th** [1] - 19:17
**2800** [2] - 3:24, 3:24
**28th** [1] - 19:12
**29** [1] - 11:18
**2929** [1] - 8:19
**2990** [1] - 2:4
**29TH** [1] - 2:20

**3**

**3** [2] - 2:24, 26:7
**3,926** [1] - 26:10
**30** [4] - 11:19, 11:20, 45:19, 45:20
**300** [1] - 6:15
**30th** [1] - 29:23
**31** [3] - 20:23, 21:2, 25:24
**3102** [1] - 2:17
**3143** [3] - 12:1, 36:10, 37:18
**3143..** [1] - 11:25
**3149** [2] - 38:25, 40:5
**3149.** [1] - 12:9
**3149........** [1] - 12:6
**3149.......................** ....... [1] - 12:8
**316** [1] - 2:8
**31st** [1] - 29:23
**32502** [1] - 2:8
**33** [1] - 11:21
**33134** [1] - 3:8
**34** [1] - 11:22
**3450** [1] - 9:4
**355** [1] - 7:18
**36** [2] - 11:24, 11:25
**36013** [1] - 4:14
**36130** [1] - 5:10
**365** [1] - 2:4
**36004** [1] - 2:11
**3668** [1] - 1:17
**36TH** [1] - 5:19
**37** [5] - 12:1, 18:17, 36:16, 37:6, 37:13
**37.......................** ......... [1] - 11:6
**3715** [1] - 4:18
**38** [2] - 12:2, 12:5
**39201** [2] - 3:11, 4:7

**4**

**4** [2] - 2:23, 21:7
**40** [5] - 12:7, 12:9, 12:10, 12:12, 12:14
**4000** [1] - 8:4
**405** [1] - 8:8
**41** [2] - 12:17, 12:18
**4160** [1] - 4:13
**42** [1] - 12:19
**42ND** [1] - 8:19
**43** [1] - 12:23
**44** [1] - 12:25
**4400** [1] - 7:18
**450** [1] - 4:22
**46** [1] - 13:1

**463** [1] - 19:9
**4900** [1] - 5:23

**5**

**500** [3] - 5:9, 9:4, 10:19
**5000** [1] - 6:10
**501** [1] - 4:10
**504** [1] - 10:20
**519** [1] - 3:14
**5395** [1] - 4:23
**546** [1] - 6:25
**556** [1] - 1:17
**566** [1] - 20:9
**58** [1] - 25:22
**589-7779** [1] - 10:20

**6**

**600** [3] - 2:8, 4:4, 8:23
**601** [1] - 2:14
**60654** [1] - 6:15
**618** [1] - 3:20
**655** [1] - 6:18
**66** [1] - 41:6

**7**

**700** [1] - 3:4
**70037** [1] - 3:17
**70058** [1] - 4:18
**701** [2] - 5:13, 6:10
**70112** [1] - 7:15
**70113** [1] - 1:21
**70130** [6] - 2:5, 2:15, 4:4, 5:14, 6:25, 10:19
**70139** [1] - 6:11
**70163** [2] - 3:25, 5:20
**70501** [1] - 8:24
**70502** [1] - 1:18
**70601** [1] - 4:10
**70726** [1] - 3:14
**70801** [1] - 3:21
**750** [1] - 5:23
**75219** [1] - 2:18
**75270** [1] - 7:6
**7611** [1] - 5:5
**767** [1] - 8:16
**77002** [2] - 8:5, 9:5
**77010** [1] - 7:9
**77019** [1] - 8:20
**77056** [1] - 5:23
**777** [2] - 3:10, 4:7
**78257** [1] - 2:24
**7TH** [1] - 4:23

**8**

**8** [2] - 1:7, 14:2
**820** [1] - 1:20
**8397** [1] - 3:17
**8888** [1] - 20:5
**8:30** [1] - 46:8
**8:30.** [1] - 13:1

**9**

**90071** [1] - 7:18
**90362** [1] - 9:8
**94102** [1] - 4:23
**94111** [1] - 2:21
**999** [1] - 1:24
**9:30** [1] - 1:7
**9TH** [1] - 4:4

**A**

**a.m** [1] - 46:14
**A.M** [1] - 1:7
**ability** [2] - 27:14, 46:21
**able** [4] - 18:11, 25:4, 30:17, 35:10
**above-entitled** [1] - 46:21
**ABRAMSON** [2] - 2:13
**absence** [1] - 36:13
**absent** [1] - 25:13
**accepted** [1] - 37:4
**acknowledge** [1] - 26:22
**Action** [1] - 20:5
**action** [4] - 23:19, 23:21, 23:25, 33:22
**ACTION** [1] - 1:6
**actions** [4] - 33:24, 33:25, 41:5, 41:13
**ACTIONS** [1] - 1:9
**active** [1] - 19:10
**activity** [1] - 33:15
**add** [3] - 29:1, 29:14, 31:12
**addition** [1] - 20:14
**ADDITIONAL** [1] - 10:16
**additional** [9] - 19:6, 19:7, 20:5, 20:9, 31:15, 34:10, 35:7, 40:11, 43:2
**addressing** [1] - 30:18
**adequately** [1] - 24:12
**ADMISSIBILITY** [1] - 12:25

admissibility [2] - 44:9, 44:16
adopt [1] - 43:10
advisement [3] - 40:17, 40:23, 42:23
ADVISEMENT [1] - 12:12
advisor [1] - 15:17
afternoon [1] - 20:3
age [1] - 25:3
agenda [1] - 43:1
ago [5] - 18:16, 29:6, 33:9, 33:18, 39:15
agree [3] - 22:18, 23:1, 32:15
agreed [1] - 38:15
agreed-upon [1] - 38:15
agreement [6] - 30:13, 30:19, 31:6, 34:24, 40:10, 43:7
AHEAD [1] - 12:19
ahead [1] - 42:19
air [1] - 36:21
AL [3] - 2:11, 4:14, 5:10
Alabama [1] - 15:16
ALABAMA [1] - 5:8
ALAN [2] - 7:8, 8:7
Alan [1] - 17:8
ALDEN [1] - 9:12
Alden [1] - 16:19
ALEXANDER [1] - 10:13
ALHAMBRA [1] - 3:7
ALL [1] - 1:9
ALLAN [1] - 5:13
ALLEN [3] - 4:12, 8:19, 9:4
allow [2] - 20:18, 35:5
ALLUMS [1] - 10:2
almost [4] - 28:16, 28:20, 39:14, 39:24
alone [1] - 26:7
ALPHONSO [1] - 4:6
ALSO [1] - 9:11
ALTER [1] - 12:3
alter [1] - 38:14
ALTERNATIVE [1] - 12:2
alternative [1] - 38:13
amalgamation [1] - 43:12
amazing [3] - 24:22, 24:24, 25:4
amend [2] - 35:6, 35:20
AMERICA [7] - 5:4, 6:2, 6:3, 6:4, 6:5,

6:7, 6:8
AMERICAN [1] - 2:14
Anadarko [8] - 17:2, 17:3, 17:16, 33:11, 40:7, 40:16, 40:20, 43:11
ANADARKO [3] - 7:11, 7:12, 12:11
AND [11] - 3:23, 4:16, 5:17, 7:13, 8:14, 11:16, 11:23, 12:4, 12:10, 12:16, 12:19
ANDREW [2] - 6:13, 6:14
Andy [4] - 16:22, 19:3, 30:14, 33:5
ANGELES [1] - 7:18
ANTHONY [1] - 2:3
ANTONIO [1] - 2:24
anyway [1] - 42:18
APPEARANCES [11] - 1:14, 2:1, 3:1, 4:1, 5:1, 6:1, 7:1, 8:1, 9:1, 10:5, 10:16
appearances [1] - 14:15
appearing [1] - 28:10
applied [1] - 39:8
apply [2] - 37:8, 39:6
appoint [1] - 31:5
appreciate [8] - 26:21, 26:22, 27:2, 27:11, 27:18, 27:19, 28:13, 43:4
appropriate [4] - 19:25, 40:3, 41:8, 42:8
April [4] - 14:13, 20:6, 20:16, 21:3
APRIL [1] - 1:5
arbitration [1] - 40:12
areas [2] - 43:6, 43:7
argued [2] - 23:10, 23:12
argument [1] - 19:14
arranged [1] - 25:5
assistance [2] - 22:15, 30:4
Assistant [1] - 15:13
assume [1] - 37:19
AT [1] - 13:1
attached [2] - 19:19, 26:10
Attorney [1] - 15:13
ATTORNEY [1] - 5:8
attorneys [1] - 20:10
August [2] - 26:3, 46:7
AUGUST [1] - 13:1
AUSTIN [1] - 9:24
available [3] - 24:5,

39:16, 39:25
AVENUE [8] - 1:20, 2:17, 3:14, 4:22, 5:9, 7:18, 8:8, 8:16
awaiting [1] - 23:13
aware [3] - 18:24, 24:2, 44:11

## B

BABIUCH [1] - 6:14
BAGWELL [1] - 9:21
BARBIER [1] - 1:12
BARON [1] - 2:16
Barr [1] - 15:5
BARR [2] - 2:7, 15:5
BARTON [1] - 9:10
based [2] - 40:10, 40:17
BATON [1] - 3:21
BATTERY [1] - 2:20
BAYLEN [1] - 2:8
BE [1] - 12:17
BEASLEY [1] - 4:12
become [1] - 18:13
BEFORE [1] - 1:12
BEGIN [1] - 12:24
begin [1] - 43:4
beginning [2] - 27:15, 29:5
begun [2] - 26:2, 33:12
behalf [2] - 23:19, 26:23
behind [1] - 25:17
believes [1] - 24:12
BELLE [1] - 3:17
BELLO [1] - 9:20
BEN [1] - 10:2
BENJAMIN [1] - 3:22
BERNSTEIN [1] - 2:19
BERTAUT [1] - 6:24
best [1] - 46:20
better [4] - 31:19, 31:21, 32:9, 46:4
between [3] - 40:7, 43:24, 43:25
BETWEEN [1] - 12:10
beyond [1] - 27:5
bifurcate [2] - 38:13, 38:16
BIFURCATE [1] - 12:3
big [2] - 28:19, 45:11
BINGHAM [2] - 7:17, 7:20
bit [1] - 29:25
bits [1] - 25:2
BLANK [1] - 8:6
BLAYNE [1] - 3:13

BLOOMER [1] - 6:14
BOCKIUS [1] - 8:3
BOP [7] - 11:17, 26:16, 27:24, 28:2, 29:5, 29:14, 29:18
BOUNDS [1] - 2:10
BOX [4] - 1:17, 4:13, 5:5, 9:8
BP [34] - 6:2, 6:3, 6:3, 6:4, 6:5, 6:6, 6:7, 12:10, 16:23, 16:24, 17:14, 17:19, 17:23, 19:4, 23:20, 24:4, 26:7, 28:1, 30:14, 30:19, 32:12, 33:11, 33:15, 33:18, 34:4, 34:5, 34:24, 37:10, 39:1, 40:7, 40:11, 40:16, 40:19, 44:12
BP'S [5] - 11:25, 12:5, 12:7, 12:9, 12:10
BP's [6] - 23:20, 36:9, 38:23, 39:3, 40:5, 40:7
BRANCH [1] - 4:21
breaks [2] - 43:24, 43:25
BREIT [4] - 1:23, 1:23, 10:10, 15:15
Breit [2] - 15:15, 39:20
BRETT [1] - 10:8
Brian [1] - 15:5
BRIAN [1] - 2:7
brief [4] - 33:6, 34:22, 41:22, 44:8
briefed [4] - 19:17, 23:9, 23:12, 33:20
briefing [4] - 40:11, 40:14, 43:2, 44:18
briefly [1] - 36:11
briefs [4] - 40:18, 40:23, 44:21
BRIEFS [1] - 12:12
BROAD [1] - 4:10
BROADWAY [2] - 3:4, 7:24
BROCK [1] - 17:14
Brock [1] - 17:14
brought [4] - 23:12, 23:19, 34:2, 41:6
BUDD [1] - 2:16
BUILDING [3] - 2:14, 2:24, 8:7
bullet [1] - 36:8, 38:11, 38:12, 40:6, 40:24, 42:13
Bullet [1] - 36:9
BURLING [1] - 6:20
BUTLER [1] - 9:24
BY [48] - 1:4, 1:16,

1:20, 1:23, 2:3, 2:7, 2:10, 2:13, 2:17, 2:20, 2:23, 3:3, 3:7, 3:10, 3:13, 3:16, 3:19, 3:23, 4:3, 4:6, 4:9, 4:13, 4:17, 4:21, 5:5, 5:8, 5:13, 5:19, 5:22, 6:8, 6:13, 6:17, 6:20, 6:24, 7:4, 7:8, 7:14, 7:17, 7:20, 7:23, 8:4, 8:7, 8:15, 8:19, 8:23, 9:3, 10:21, 10:22

## C

CA [4] - 2:21, 4:23, 6:21, 7:18
Cabraser [1] - 15:9
CABRASER [3] - 2:19, 2:20, 15:8
CALLED [1] - 14:4
Calvin [1] - 15:21
CALVIN [1] - 3:13
camera [2] - 25:17, 25:18
CAMERON [1] - 6:23
Cameron [1] - 16:25
CAMP [1] - 5:13
CANAL [2] - 2:4, 2:4
CAPITOL [2] - 3:10, 4:7
captioned [1] - 19:11
care [1] - 38:18
CARL [1] - 1:12
CARMELITE [1] - 6:24
Carolina [1] - 45:6
CARONDELET [2] - 4:4, 6:25
carriers [1] - 33:11
case [24] - 14:11, 21:6, 21:17, 21:18, 21:20, 21:21, 21:22, 21:24, 22:4, 22:24, 23:9, 26:23, 27:2, 27:15, 30:5, 30:6, 31:14, 33:8, 33:18, 34:13, 39:19, 40:1, 45:13
Case [3] - 18:19, 30:13, 31:8
CASE [2] - 11:7, 11:20
cases [16] - 19:7, 19:9, 19:11, 19:15, 20:21, 20:24, 21:2, 22:13, 30:21, 31:19, 31:25, 33:4, 33:10, 33:21, 33:23, 34:17
CASES.....................
.............. [1] - 11:14

**CASES.....................
.................** [1] - 11:21
**category** [1] - 39:11
**Cathy** [4] - 46:3,
46:18, 46:23
**CATHY** [1] - 10:18
**Cathy_Pepper@laed
.uscourts.gov** [1] -
46:25
**cathy_pepper@laed.
uscourts.gov** [1] -
10:20
**CCR** [2] - 10:18, 46:23
**cement** [3] - 29:16,
29:17, 29:19
**CEMENT** [1] - 11:18
**census** [2] - 31:19,
32:9
**CENTER** [1] - 9:4
**CENTRE** [2] - 3:24,
5:19
**Cernich** [1] - 39:20
**certainly** [2] - 32:5,
37:10
**CERTIFICATE** [1] -
46:17
**CERTIFIED** [1] - 10:18
**Certified** [3] - 46:18,
46:19, 46:24
**certify** [1] - 46:20
**challenge** [1] - 22:19
**challenges** [1] - 19:14
**CHAMBERS** [1] - 8:18
**changes** [1] - 35:8
**CHARLES** [2] - 4:10,
9:14
**chart** [1] - 19:19
**charter** [1] - 30:18
**CHASSE** [1] - 3:17
**CHICAGO** [1] - 6:15
**CHRISTOPHER** [2] -
9:11, 9:11
**CHRYSLER** [1] - 8:7
**CIRCLE** [1] - 3:7
**circulated** [1] - 37:12
**CITY** [1] - 3:4
**Civil** [1] - 20:5
**CIVIL** [2] - 1:6, 4:21
**civility** [1] - 27:16
**claim** [3] - 35:20,
40:12
**claimants** [1] - 32:19
**claimed** [1] - 23:19
**CLAIMS** [1] - 12:3
**claims** [13] - 18:21,
19:10, 20:12, 20:19,
30:18, 30:19, 32:17,
32:20, 38:14, 38:16,
41:6, 41:20, 41:25

**CLAIMS....................
..................** [1] - 11:8
**class** [1] - 23:18
**CLAY** [1] - 4:17
**Clayton** [1] - 45:10
**clear** [1] - 32:10
**clearly** [1] - 20:15
**CLERK** [6] - 14:7,
14:12, 45:9, 45:16,
45:18, 46:13
**clerk** [1] - 45:3
**Clerk's** [2] - 20:3,
41:24
**clerks** [2] - 45:8, 45:12
**Clingman** [1] - 17:10
**CLINGMAN** [2] - 9:15,
17:10
**closely** [2] - 38:9,
39:17
**CLUB** [1] - 4:16
**co** [1] - 15:4
**co-liaison** [1] - 15:4
**COAST** [1] - 10:14
**collectively** [1] - 31:14
**COLSON** [2] - 3:6
**coming** [1] - 24:3,
35:13, 45:12
**commencing** [1] -
26:4
**comments** [1] - 26:21
**Committee** [2] -
30:20, 39:20
**communications** [1] -
21:10
**COMPANY** [2] - 6:3,
7:12
**Complaint** [1] - 18:23
**complaint** [2] - 23:16,
33:19
**COMPLAINT.............
.........** [1] - 11:10
**complaints** [1] - 33:17
**completed** [4] - 28:3,
28:6, 28:7, 28:20
**completion** [1] - 29:22
**complimented** [1] -
29:3
**compliments** [1] -
26:18
**computer** [1] - 24:25
**COMPUTER** [1] -
10:22
**concern** [2] - 25:10,
35:17
**concerned** [1] - 24:4
**concluded** [1] - 46:15
**CONDITIONAL** [1] -
11:11
**conditional** [3] - 19:2,

19:6, 19:8
**Conditional** [1] -
19:15
**conditionally** [1] -
23:23
**conducted** [1] - 26:14
**CONFERENCE** [2] -
1:11, 13:1
**conference** [5] - 35:9,
44:20, 45:3, 46:6,
46:7
**conferences** [2] -
26:15, 26:16
**confidentiality** [1] -
42:20
**CONFIDENTIALITY**
[1] - 12:20
**confirmation** [1] -
38:23
**CONFIRMATION** [1] -
12:5
**confirming** [1] - 39:5
**confusion** [1] - 41:24
**connection** [1] - 23:20
**consider** [2] - 40:16,
40:17
**consolidated** [1] -
23:15
**consortium** [1] - 39:9
**conspicuously** [1] -
25:13
**construction** [1] -
30:24
**consultation** [1] -
39:14
**contained** [1] - 20:10
**containment** [1] - 39:9
**context** [1] - 38:17
**continue** [1] - 29:10
**continued** [1] - 27:8
**CONTINUED** [9] - 2:1,
3:1, 4:1, 5:1, 6:1,
7:1, 8:1, 9:1, 10:5
**Cooper** [1] - 15:18
**cooperate** [1] - 22:16
**cooperated** [1] - 30:6
**cooperation** [7] -
27:11, 27:14, 27:16,
28:8, 28:23, 46:5
**cooperative** [1] -
22:24
**CORAL** [1] - 3:8
**COREY** [1] - 5:9
**CORNER** [1] - 9:8
**CORPORATION** [5] -
6:4, 6:23, 7:11, 7:12,
8:6

**correct** [12] - 32:14,
32:18, 32:22, 34:3,
34:7, 38:19, 40:18,
40:20, 41:14, 42:5,
46:20
**Cossich** [1] - 16:12
**COSSICH** [3] - 3:16,
3:16, 16:12
**COTLAR** [1] - 1:19
**cough** [1] - 25:18
**Counsel** [2] - 14:14
**COUNSEL** [1] - 1:16
**counsel** [13] - 14:17,
20:23, 26:23, 28:13,
35:14, 35:18, 38:9,
41:22, 42:16, 43:5,
43:8, 43:11, 44:4
**County** [2] - 20:25,
21:6
**couple** [4] - 28:18,
31:25, 43:2, 45:1
**course** [7] - 18:23,
20:20, 26:3, 26:13,
27:4, 30:16, 44:2
**court** [6] - 14:7, 20:21,
22:12, 31:5, 45:18,
46:6
**Court** [18] - 18:22,
18:25, 19:7, 19:10,
19:25, 20:6, 20:16,
31:18, 32:9, 32:11,
40:9, 42:8, 44:14,
46:19, 46:19, 46:20,
46:24, 46:25
**COURT** [81] - 1:1,
10:18, 11:9, 11:14,
14:4, 14:8, 14:10,
14:14, 15:2, 15:14,
15:20, 15:25, 16:18,
16:21, 18:1, 18:4,
18:10, 19:22, 21:8,
21:10, 21:16, 21:25,
22:2, 22:6, 22:10,
22:23, 23:2, 23:4,
24:6, 24:11, 24:12,
24:17, 24:24, 25:10,
26:1, 26:20, 27:21,
28:4, 28:25, 29:13,
30:8, 30:11, 31:8,
31:23, 32:3, 32:6,
32:10, 32:16, 32:19,
32:23, 33:3, 33:21,
33:24, 34:2, 34:4,
34:9, 34:12, 34:15,
35:12, 35:17, 35:25,
36:2, 37:16, 37:22,
37:24, 38:4, 38:7,
38:10, 38:21, 40:4,
40:22, 41:9, 41:15,
41:17, 42:6, 42:8,

44:16, 44:23, 45:10,
45:17, 45:20
**Court's** [1] - 20:12
**courtroom** [1] - 24:2
**courts** [1] - 20:24
**coverage** [1] - 33:10
**covered** [3] - 24:9,
24:13, 34:5
**COVINGTON** [1] -
6:20
**CRAFT** [1] - 2:22
**credit** [4] - 36:17,
38:2, 38:3, 38:8
**cross** [1] - 22:4
**cross-noticing** [1] -
22:4
**CROW** [1] - 4:12
**CRR** [2] - 10:18, 46:23
**CUNNINGHAM** [3] -
2:10, 2:10, 16:5
**Cunningham** [1] -
16:6
**current** [1] - 22:17
**custodial** [1] - 28:14
**custodian** [1] - 28:22

## D

**D1** [2] - 11:10, 18:23
**daily** [2] - 26:15, 28:9
**DALLAS** [3] - 2:18,
7:6, 9:4
**Dan** [1] - 17:25
**DANIEL** [1] - 5:22
**data** [3] - 28:15, 28:16,
28:20
**date** [3] - 21:6, 25:8,
29:23
**DAUPHIN** [1] - 2:11
**David** [1] - 17:19
**DAVID** [3] - 3:22, 6:20,
9:21
**day-of** [1] - 21:22
**days** [2] - 28:10, 40:1
**DC** [3] - 5:6, 6:18, 7:21
**deadline** [1] - 28:7
**deal** [10] - 20:17,
20:20, 36:6, 38:17,
41:18, 42:8, 44:11,
44:17, 44:18, 44:20
**dealing** [1] - 26:16,
33:9
**DEAN** [1] - 10:8
**death** [1] - 21:23
**Deb** [1] - 17:3
**DEBORAH** [1] - 7:14
**dec** [1] - 33:24
**decided** [3] - 19:17,
23:10, 41:23

**decision** [1] - 23:13
**declaratory** [1] - 33:24
**Deepwater** [2] - 14:13, 20:23
**DEEPWATER** [3] - 1:4, 5:17, 5:18
**default** [6] - 20:19, 40:25, 41:7, 41:8, 41:19, 42:10
**DEFAULT** [1] - 12:14
**DEFAULT.............** [1] - 12:18
**defendants** [2] - 17:18, 23:12
**Defendants'** [1] - 18:22
**DEFENDANTS'** [1] - 11:9
**defender** [1] - 45:5
**deferring** [1] - 42:6
**DEGRAVELLES** [2] - 3:19, 3:20
**DENHAM** [1] - 3:14
**denied** [1] - 23:20
**department** [1] - 45:22
**Department** [4] - 16:15, 36:17, 37:1, 37:2
**DEPARTMENT** [2] - 4:20, 5:4
**deposition** [7] - 24:14, 24:19, 25:1, 25:14, 26:11, 26:17, 33:13
**DEPOSITION** [1] - 11:16
**depositions** [12] - 22:5, 24:3, 24:20, 25:7, 25:8, 25:11, 25:22, 25:24, 26:2, 27:6, 27:23, 30:23
**DEPUTY** [5] - 14:7, 14:12, 45:16, 45:18, 46:13
**derivative** [2] - 16:20, 23:11
**deserve** [1] - 38:2
**deserves** [3] - 29:2, 38:2, 38:8
**desk** [1] - 24:25
**details** [3] - 29:4, 29:12, 37:1
**DEXTER** [1] - 5:9
**different** [3] - 36:20, 39:11, 45:22
**dig** [1] - 37:1
**directed** [1] - 34:4
**directly** [1] - 28:11
**disagreement** [2] - 35:8, 43:7
**discovery** [19] - 21:17,

21:18, 21:19, 22:9, 24:3, 24:4, 24:14, 26:5, 26:15, 27:5, 27:8, 27:23, 30:22, 31:22, 33:12, 35:9, 38:6
**DISCOVERY............** [1] - 11:16
**discs** [2] - 20:10, 20:11
**discuss** [1] - 35:9
**discussed** [1] - 42:15
**discussion** [2] - 30:15, 41:22
**DISMISS** [2] - 11:10, 12:2
**Dismiss** [1] - 18:23
**dismiss** [6] - 18:24, 23:9, 23:11, 33:19, 35:1, 38:13
**dismissal** [1] - 34:23
**dismissals** [2] - 34:19, 35:13
**DISMISSALS.............
.........................** [1] - 11:23
**dismissing** [1] - 35:19
**dispersant** [1] - 36:21
**disposition** [1] - 39:4
**disputes** [1] - 19:16
**distributed** [1] - 28:16
**District** [4] - 23:6, 46:19, 46:20, 46:25
**DISTRICT** [3] - 1:1, 1:1, 1:12
**dividend** [2] - 23:20, 23:21
**Division** [1] - 15:12
**DIVISION** [1] - 4:21
**docket** [1] - 20:13
**docketed** [2] - 42:1
**Document** [9] - 36:10, 37:18, 38:14, 38:25, 40:5, 40:8, 40:23, 41:1, 42:21
**DOCUMENT** [11] - 1:9, 11:25, 12:1, 12:3, 12:6, 12:8, 12:9, 12:11, 12:13, 12:15, 12:22
**document** [2] - 18:20, 26:6
**documentary** [1] - 30:22
**documents** [2] - 26:8, 26:11
**DOMENGEAUX** [1] - 1:16
**DOMINION** [2] - 1:24, 2:23

**Don** [4] - 16:24, 17:4, 17:24, 29:24
**DON** [2] - 6:8, 8:19
**DONALD** [1] - 7:4
**done** [4] - 20:13, 27:3, 27:4, 29:21
**doubt** [1] - 26:20
**DOUGLAS** [1] - 9:17
**down** [4] - 29:3, 37:1, 40:24, 43:18
**Dragna** [1] - 17:1
**DRAGNA** [3] - 7:17, 17:1, 40:20
**DRESCHER** [1] - 1:23
**Dril** [1] - 17:24
**DRIL** [1] - 8:18
**Dril-Quip** [1] - 17:24
**DRIL-QUIP** [1] - 8:18
**DRILLING** [1] - 5:17
**DRIVE** [2] - 1:24, 2:23
**DRIVES** [1] - 9:8
**DROGIN** [1] - 10:1
**due** [3] - 20:20, 23:15, 26:4
**DUKE** [1] - 9:7
**dummy** [1] - 20:5
**duplication** [1] - 22:9
**DURHAM** [1] - 9:9
**during** [1] - 27:8

## E

**E&P** [1] - 7:12
**e-mail** [1] - 22:13
**early** [3] - 22:19, 25:21, 39:14
**EAST** [2] - 3:10, 4:7
**EASTERN** [1] - 1:1
**Eastern** [1] - 46:20
**Ed** [1] - 18:2
**EDWARD** [1] - 7:23
**EDWARDS** [1] - 1:16
**effort** [3] - 26:23, 28:24, 43:5
**efforts** [2] - 27:12, 43:5
**EGO** [1] - 12:3
**ego** [1] - 38:14
**EIDSON** [1] - 3:6
**Eileen** [5] - 14:22, 45:13, 45:14, 46:1
**Eileen's** [2] - 45:21, 46:1
**either** [4] - 20:7, 22:12, 22:13, 30:25
**electronic** [1] - 20:13
**electronically** [1] - 42:1
**Elizabeth** [1] - 15:9

**ELIZABETH** [2] - 2:20, 9:18
**ELLIS** [2] - 6:12, 6:17
**Ellison** [3] - 23:6, 23:13, 23:24
**ELM** [1] - 7:5
**emergency** [3] - 40:25, 41:4, 41:6
**EMERGENCY** [1] - 12:14
**end** [5] - 23:25, 28:9, 29:22, 31:1, 45:14
**ends** [1] - 28:18
**ENERGY** [3] - 3:24, 5:19, 7:3
**ENFORCEMENT** [1] - 5:4
**engagement** [1] - 46:8
**enjoy** [1] - 29:5
**enter** [1] - 37:15
**entered** [5] - 20:12, 29:21, 33:8, 36:16, 37:6
**entertain** [1] - 42:22
**entitled** [1] - 46:21
**entry** [8] - 39:23, 40:2, 40:25, 41:7, 41:8, 41:19, 42:10, 42:19
**ENTRY** [3] - 12:14, 12:18, 12:20
**Environment** [1] - 15:12
**ENVIRONMENTAL** [1] - 5:4
**equipment** [6] - 39:4, 39:8, 39:11, 39:23, 39:25
**ERISA** [1] - 23:14
**ERVIN** [1] - 3:7
**Ervin** [1] - 16:11
**ESPY** [2] - 4:6, 15:23
**Espy** [1] - 15:23
**ESQUIRE** [91] - 1:16, 1:20, 1:23, 2:3, 2:7, 2:10, 2:13, 2:17, 2:20, 2:23, 3:3, 3:7, 3:10, 3:13, 3:13, 3:16, 3:19, 3:20, 3:23, 4:3, 4:6, 4:9, 4:13, 4:17, 4:21, 4:22, 5:5, 5:8, 5:9, 5:13, 5:19, 5:22, 6:8, 6:9, 6:13, 6:13, 6:14, 6:14, 6:17, 6:20, 6:24, 6:24, 7:4, 7:4, 7:5, 7:8, 7:14, 7:17, 7:20, 7:23, 7:24, 8:4, 8:7, 8:15, 8:19, 8:23, 9:3, 9:11, 9:11, 9:12, 9:12, 9:14, 9:14,

9:15, 9:15, 9:17, 9:17, 9:18, 9:18, 9:20, 9:20, 9:21, 9:21, 9:23, 9:23, 9:24, 9:24, 10:1, 10:1, 10:2, 10:2, 10:7, 10:7, 10:8, 10:8, 10:10, 10:10, 10:11, 10:11, 10:13, 10:13
**essentially** [6] - 21:16, 30:19, 34:5, 43:10, 43:15, 43:22
**estimate** [2] - 19:9, 44:4
**estimates** [1] - 44:3
**evidence** [2] - 36:19, 44:17
**evidentiary** [1] - 39:12
**exceeded** [1] - 27:17
**excellent** [1] - 27:15
**except** [2] - 21:18, 29:1
**excess** [1] - 33:10
**exhibits** [1] - 26:11
**expect** [2] - 22:17, 23:24
**expectations** [1] - 27:17
**expected** [1] - 19:13
**expedient** [1] - 34:25
**expeditiously** [1] - 35:6
**expert** [4] - 25:24, 26:4, 26:5, 28:17
**explain** [1] - 36:10
**EXPLORATION** [1] - 6:5
**EXPRESSWAY** [1] - 4:18
**extent** [2] - 21:23, 27:16
**extra** [1] - 22:9
**extraordinary** [1] - 26:18
**eye** [1] - 31:20

## F

**facilitate** [1] - 35:15
**facility** [1] - 25:4
**facts** [1] - 19:20
**fairly** [3] - 29:12, 35:14, 39:14
**far** [1] - 19:8
**fashion** [1] - 22:22
**fauna** [1] - 36:21
**FAYARD** [3] - 3:12, 3:13, 15:21

**Fayard** [1] - 15:21
**feat** [1] - 24:22
**February** [5] - 21:13, 27:7, 39:8, 43:4, 43:23
**FEBRUARY** [1] - 12:24
**federal** [2] - 45:5, 45:21
**FEDERAL** [1] - 4:20
**FedEx'd** [1] - 30:3
**feed** [1] - 24:25
**few** [2] - 25:9, 43:14
**FIFTEENTH** [1] - 6:18
**FIFTH** [1] - 8:16
**figures** [1] - 19:20
**file** [2] - 33:16, 41:20
**filed** [10] - 19:19, 20:4, 20:18, 23:16, 33:18, 41:6, 42:1, 42:9, 44:8
**files** [1] - 28:19
**FILINGS** [1] - 11:22
**filings** [4] - 34:18, 34:23, 35:2, 35:6
**fill** [1] - 31:15
**finalize** [1] - 35:2
**finally** [2] - 24:1, 25:18
**FINANCIAL** [1] - 8:14
**finish** [2] - 29:21, 46:10
**FIRM** [2] - 2:3, 9:3
**first** [7] - 15:19, 32:10, 32:13, 36:16, 37:2, 42:13, 45:2
**Fitch** [1] - 17:15
**FITCH** [2] - 7:20, 17:15
**five** [2] - 19:6, 39:25
**FL** [2] - 2:8, 3:8
**Flanders** [3] - 18:2, 18:4, 18:5
**FLANDERS** [2] - 7:23, 18:2
**flesh** [1] - 44:6
**FLOOR** [5] - 2:20, 4:4, 4:23, 5:19, 8:19
**flora** [1] - 36:21
**FLORIDA** [1] - 3:14
**focus** [1] - 30:21
**follow** [4] - 19:23, 21:12, 36:15, 39:2
**follow-on** [2] - 36:15, 39:2
**following** [1] - 38:12
**FOR** [24] - 1:15, 1:23, 4:16, 4:20, 5:3, 5:8, 5:12, 5:16, 6:2, 6:23, 7:3, 7:11, 8:3, 8:6, 8:10, 8:18, 8:22, 9:3,

10:16, 12:5, 12:14, 12:18, 12:20, 12:23
**foregoing** [1] - 46:20
**form** [10] - 19:23, 20:4, 31:15, 34:18, 34:23, 35:1, 35:5, 35:6, 35:15
**FORM** [2] - 11:13, 11:22
**forms** [3] - 32:8, 35:3, 35:24
**forth** [3] - 20:22, 27:6, 42:2
**forward** [3] - 27:2, 31:7, 43:16
**four** [2] - 20:25, 44:5
**fourth** [1] - 23:18
**framework** [1] - 30:17
**FRANCIS** [1] - 9:7
**FRANCISCO** [3] - 2:21, 4:23, 6:21
**Francisco** [1] - 19:13
**FRANK** [1] - 3:10
**frankly** [1] - 44:11
**fray** [1] - 18:4
**FRIDAY** [3] - 1:7, 13:1, 14:2
**Friday** [2] - 26:14, 46:7
**friends** [2] - 29:24, 30:2
**FRILOT** [1] - 5:18
**front** [2] - 25:17, 33:15
**FRONT** [1] - 6:21
**FRUGE** [1] - 3:19
**fully** [4] - 19:17, 23:9, 23:12, 33:20

## G

**GABLES** [1] - 3:8
**GAINSBURGH** [1] - 3:22
**Galveston** [1] - 21:1
**GARSIDE** [1] - 4:17
**GARY** [2] - 8:23, 9:17
**Gary** [1] - 17:20
**GASAWAY** [8] - 6:17, 17:22, 27:25, 28:5, 36:13, 37:21, 37:23, 39:1
**Gasaway** [4] - 17:22, 27:25, 36:12, 39:1
**GATE** [1] - 4:22
**General** [1] - 15:13
**general** [1] - 37:13
**GENERAL'S** [1] - 5:8
**generally** [1] - 33:10
**gentleman** [1] - 18:1

**GERALD** [1] - 3:23
**GERSE** [1] - 9:23
**gist** [2] - 34:9, 34:12
**GLAGO** [1] - 10:11
**GO** [1] - 12:19
**goals** [1] - 31:17
**Godwin** [3] - 17:4, 29:24, 30:8
**GODWIN** [6] - 7:3, 7:4, 7:7, 17:4, 30:7, 30:9
**Goforth** [1] - 17:25
**GOFORTH** [3] - 5:22, 5:22, 17:25
**gold** [1] - 28:4
**GOLDEN** [1] - 4:22
**GONZALES** [1] - 3:6
**Gonzalez** [1] - 16:11
**GONZALEZ** [2] - 3:7, 16:11
**GOODWIN** [2] - 6:20, 17:19
**Goodwin** [1] - 17:19
**GORDON** [1] - 9:18
**GOTSHAL** [1] - 8:15
**government** [1] - 45:22
**GOVERNMENT** [1] - 4:20
**Governor's** [1] - 15:17
**GRAND** [1] - 7:18
**grant** [3] - 37:18, 38:21, 40:5
**GRANT** [3] - 12:1, 12:7, 12:9
**granted** [2] - 39:3, 41:15
**GRANTED...............
.............** [1] - 12:17
**great** [4] - 22:10, 25:5, 36:17, 40:22
**greatly** [1] - 43:4
**Greenwald** [1] - 16:10
**GREENWALD** [2] - 3:3, 16:9
**grew** [1] - 29:6
**gritty** [1] - 29:4
**GUARD** [1] - 10:14
**GUERRA** [1] - 2:22
**guess** [4] - 22:18, 25:19, 29:19, 36:12
**guidance** [1] - 43:20
**GULF** [2] - 1:5, 4:16
**Gulf** [1] - 14:13

## H

**HALLIBURTON** [1] - 7:3

**Halliburton** [5] - 17:5, 17:7, 17:9, 39:24, 30:2
**HAMMETT** [1] - 10:13
**hand** [1] - 30:20
**hands** [1] - 28:20
**HANNAN** [1] - 9:11
**happy** [3] - 28:2, 28:15, 38:5
**hard** [2] - 27:2, 29:7
**Harris** [2] - 20:25, 21:6
**HARVEY** [1] - 4:18
**Hawaii** [1] - 45:23
**Haycraft** [1] - 16:24
**HAYCRAFT** [8] - 6:8, 16:24, 24:16, 24:18, 25:6, 25:20, 26:2, 27:19
**HB406** [1] - 10:19
**hear** [3] - 14:20, 14:24, 24:11
**heard** [1] - 26:24
**HEARD** [1] - 1:12
**hearing** [3] - 19:18, 23:24, 44:19
**HEATHER** [1] - 10:14
**heavy** [1] - 38:6
**HEIMANN** [1] - 2:19
**help** [3] - 28:13, 29:2, 32:9
**HEMPHILL** [1] - 9:17
**hereby** [1] - 46:20
**HERMAN** [16] - 1:19, 1:20, 14:25, 31:10, 32:2, 32:4, 32:7, 32:14, 32:18, 32:22, 34:20, 35:16, 35:23, 36:1, 38:19
**Herman** [6] - 14:25, 30:15, 31:9, 31:10, 34:19, 34:20
**hi** [1] - 16:11
**hiccup** [1] - 29:25
**HICKS** [1] - 3:6
**highlight** [1] - 21:5
**HIGHWAY** [1] - 3:17
**Himmelhoch** [3] - 15:12, 36:25, 38:2
**HIMMELHOCH** [1] - 4:22
**hold** [1] - 40:1
**HOLDINGS** [3] - 5:16, 6:6, 8:11
**HOLTHAUS** [1] - 3:19
**HONEYCUTT** [2] - 3:12, 3:13
**Honor** [78] - 14:9, 14:25, 15:3, 15:7, 15:8, 15:10, 15:15, 15:17, 15:21, 15:24,

16:3, 16:5, 16:8, 16:9, 16:16, 16:19, 16:22, 17:1, 17:4, 17:13, 17:15, 17:17, 17:20, 17:22, 18:2, 18:6, 18:8, 19:3, 19:12, 20:22, 21:5, 21:15, 22:1, 22:3, 22:21, 23:3, 23:17, 24:1, 24:8, 24:10, 27:20, 27:25, 28:20, 29:1, 29:17, 29:20, 30:9, 30:10, 30:14, 31:4, 31:10, 32:15, 32:22, 33:2, 33:5, 33:8, 33:20, 34:14, 34:20, 34:22, 35:3, 35:11, 35:16, 35:23, 36:14, 37:15, 37:23, 38:1, 38:19, 39:1, 39:3, 40:3, 40:19, 40:21, 41:3, 42:5, 44:14, 44:22
**honor** [1] - 15:5
**Honor's** [1] - 22:20
**HONORABLE** [1] - 1:12
**hope** [2] - 35:3, 35:10
**hopefully** [3] - 14:21, 29:12, 31:20
**hoping** [1] - 35:23
**HORIZON** [1] - 1:4
**Horizon** [2] - 14:13, 20:23
**hours** [1] - 26:14
**HOUSTON** [5] - 5:23, 7:9, 8:5, 8:20, 9:5
**hundred** [2] - 31:25, 32:5
**husband** [1] - 45:21

## I

**I'LL** [4] - 12:1, 12:7, 12:9, 12:19
**idea** [2] - 31:21, 36:17
**identifiable** [1] - 42:2
**identify** [1] - 18:12
**IL** [1] - 6:15
**IMPREVENTO** [1] - 1:23
**IN** [5] - 1:4, 1:5, 10:15, 10:16, 12:2
**INC** [15] - 5:17, 5:18, 6:2, 6:4, 6:5, 6:6, 6:8, 7:3, 8:10, 8:11, 8:12, 8:13, 8:14, 8:15, 8:18
**inception** [1] - 19:8

**incident** [1] - 23:22
**include** [1] - 23:18
**including** [2] - 19:15, 45:4
**indeed** [1] - 24:18
**indicated** [3] - 22:3, 31:24, 43:8
**individual** [1] - 20:12
**information** [2] - 35:7, 35:8
**ingredients** [1] - 30:1
**initial** [4] - 21:12, 27:8, 33:12, 44:5
**injuries** [2] - 21:3, 21:23
**injury** [4] - 21:2, 21:21, 21:22, 32:20
**input** [1] - 43:12
**insofar** [1] - 24:4
**inspection** [2] - 39:16, 39:25
**instance** [1] - 22:4
**INSURANCE** [2] - 11:8, 11:21
**insurance** [5] - 18:21, 33:4, 33:6, 33:9, 34:16
**insured** [1] - 34:11
**insurers** [1] - 34:2
**insurers'** [1] - 33:17
**intends** [1] - 33:16
**interesting** [2] - 24:20, 25:20
**INTERESTS** [2] - 4:20, 5:8
**interfere** [1] - 22:20
**International** [1] - 16:25
**INTERNATIONAL** [2] - 6:23, 8:14
**interpleader** [1] - 33:22
**intervene** [1] - 22:22
**intervened** [2] - 33:11, 33:18
**intervention** [1] - 33:19
**intimately** [1] - 28:12
**introduce** [2] - 14:23, 15:17
**invite** [1] - 31:13
**inviting** [1] - 32:7
**involve** [1] - 33:10
**involved** [3] - 26:15, 28:12, 43:6
**involving** [1] - 21:3
**IRPINO** [2] - 2:3, 2:3
**IS** [4] - 12:7, 12:9, 12:21, 13:1
**issue** [7] - 34:5, 34:23,

39:4, 42:15, 42:17, 44:7, 44:16
**issued** [4] - 18:15, 18:19, 18:22, 19:6
**ISSUED** [2] - 11:5, 11:9
**ISSUES** [1] - 11:22
**issues** [13] - 24:7, 26:17, 27:23, 29:15, 30:24, 31:16, 31:21, 31:22, 34:18, 36:3, 41:21, 42:12, 44:6
**item** [2] - 19:24, 40:6
**items** [1] - 39:15
**ITS** [1] - 11:9

**J**

**J.B** [1] - 18:8
**JACKSON** [5] - 3:11, 4:7, 8:18, 8:19, 17:24
**Jackson** [1] - 17:24
**JACOBSEN** [1] - 10:7
**JAMES** [2] - 1:16, 7:17
**January** [1] - 39:7
**JARRETT** [1] - 6:9
**JEFFERSON** [2] - 1:17, 8:23
**Jeffrey** [1] - 15:15
**JEFFREY** [1] - 1:23
**Jenny** [1] - 17:6
**JENNY** [1] - 7:4
**Jim** [2] - 15:3, 17:1
**JIT** [1] - 29:22
**JOHN** [4] - 3:20, 7:24, 9:12, 10:10
**John** [1] - 16:19
**join** [1] - 30:15
**joinders** [1] - 19:24, 20:4, 42:9
**JOINDERS.................**
**.................** [1] -
11:13
**joined** [1] - 18:4
**joining** [1] - 15:19
**joint** [1] - 40:10
**JONES** [3] - 4:13, 8:22, 16:7
**Jones** [1] - 16:7
**Josh** [3] - 45:7, 45:8, 45:10
**JR** [4] - 3:13, 3:16, 4:3, 9:24
**JUDGE** [1] - 1:12
**Judge** [21] - 16:1, 16:11, 16:12, 17:8, 21:7, 21:8, 22:7, 22:24, 23:6, 23:13,

23:24, 25:12, 26:14, 26:18, 28:9, 28:23, 29:2, 29:11, 35:9, 44:12, 44:18
**judge** [1] - 16:13
**judges** [1] - 22:12
**judgment** [3] - 30:25, 33:16, 33:25
**JULIA** [1] - 9:23
**July** [10] - 19:12, 23:15, 23:25, 24:19, 25:21, 25:24, 29:23, 44:13, 44:14
**JULY** [2] - 1:7, 14:2
**June** [4] - 21:7, 23:13, 23:21, 28:6
**JUSTICE** [2] - 4:20, 5:4
**Justice** [4] - 16:15, 36:17, 37:1, 37:2
**JUSTIN** [1] - 9:20

**K**

**KALBAC** [1] - 3:6
**Kall** [1] - 45:25
**KANE** [1] - 3:6
**KANNER** [2] - 5:12, 5:13
**KAREN** [1] - 9:23
**Kat** [2] - 45:3, 45:5
**Kat's** [1] - 45:2
**KATZ** [1] - 1:19
**keep** [3] - 30:5, 37:4, 38:5
**keeping** [2] - 26:23, 27:2
**KEITH** [1] - 6:9
**KENNEALY** [1] - 10:14
**kept** [2] - 22:9, 25:16
**Kerry** [1] - 17:13
**KERRY** [1] - 5:19
**KEVIN** [1] - 10:8
**kind** [2] - 31:20, 44:19
**KIRKLAND** [2] - 6:12, 6:17
**known** [1] - 25:23
**knows** [1] - 29:20
**KRAUS** [1] - 9:17
**Kuchler** [1] - 17:3
**KUCHLER** [3] - 7:13, 7:14, 17:3
**KULLMAN** [1] - 2:13
**KYLE** [1] - 10:7

**L**

**L.L.C** [1] - 8:3
**L.P** [1] - 8:22
**LA** [18] - 1:18, 1:21, 2:5, 2:15, 3:14, 3:17, 3:21, 3:25, 4:4, 4:10, 4:18, 5:14, 5:20, 6:11, 6:25, 7:15, 8:24, 10:19
**LAFAYETTE** [2] - 1:18, 8:24
**LAKE** [1] - 4:10
**LAMAR** [1] - 7:8
**LANGAN** [27] - 6:13, 16:22, 19:3, 20:22, 21:9, 21:14, 21:22, 22:1, 22:3, 22:7, 22:18, 23:1, 23:3, 23:5, 30:14, 32:15, 33:2, 33:5, 33:22, 34:1, 34:3, 34:7, 34:10, 34:14, 40:19, 44:14, 44:22
**Langan** [7] - 16:22, 19:3, 20:21, 24:9, 24:12, 30:14, 33:5
**LANGLOIS** [1] - 9:18
**language** [1] - 40:10
**large** [3] - 26:7, 28:7, 43:6
**larger** [1] - 35:17
**LASALLE** [1] - 6:15
**last** [7] - 18:16, 23:21, 30:3, 40:24, 43:11, 44:4, 45:2
**late** [4] - 20:18, 23:25, 41:20, 42:9
**latest** [1] - 20:2
**latter** [1] - 23:16
**LAURIN** [1] - 10:7
**law** [3] - 45:3, 45:8, 45:12
**LAW** [3] - 2:3, 9:3, 9:7
**LAWN** [1] - 2:17
**LAWRENCE** [1] - 9:21
**lawyers** [2] - 27:14, 27:15
**lays** [1] - 19:20
**leading** [1] - 25:7
**least** [3] - 21:12, 22:17, 22:23
**leave** [1] - 41:20
**leaves** [1] - 45:2
**leaving** [5] - 45:4, 45:6, 45:12, 45:13, 45:14
**LEE** [1] - 8:18
**legal** [4] - 15:17,

30:23, 31:21, 33:15
**LEGER** [2] - 4:3, 4:3
**legible** [2] - 20:7, 20:8
**LEMANGE** [1] - 9:23
**letter** [1] - 44:8
**LEVIN** [1] - 2:6
**LEWIS** [4] - 2:13, 5:22, 6:8, 8:3
**LEXINGTON** [1] - 8:8
**Liaison** [1] - 14:14
**LIAISON** [1] - 1:16
**liaison** [7] - 15:4, 17:18, 20:22, 41:4, 41:22, 42:15, 43:8
**LIEFF** [1] - 2:19
**LIFE** [1] - 2:14
**lifting** [1] - 38:6
**limbo** [1] - 20:8
**LIMITATION** [1] - 12:23
**limitation** [4] - 21:12, 41:5, 41:13, 43:3
**limited** [2] - 30:22
**LIMITED** [1] - 6:7
**line** [1] - 43:18
**LISKOW** [1] - 6:8
**listed** [1] - 40:6
**listening** [3] - 14:19, 14:20, 25:13
**litigants** [4] - 34:25, 35:1, 35:18
**live** [1] - 24:25
**LLC** [4] - 5:16, 7:13, 8:11, 8:12
**logistics** [1] - 24:23
**London** [5] - 24:15, 24:16, 24:17, 24:19, 24:21
**look** [1] - 42:18
**looked** [1] - 40:15
**LOS** [1] - 7:18
**loudly** [1] - 14:20
**Louisiana** [2] - 46:19, 46:20
**LOUISIANA** [4] - 1:1, 1:7, 5:12, 8:4
**low** [1] - 32:5
**LP** [1] - 7:12
**LUNDY** [4] - 4:9, 4:9, 16:8
**Lundy** [1] - 16:8
**LUTHER** [1] - 5:8
**Luther** [1] - 15:16
**LUXENBERG** [1] - 3:3
**LUXTON** [2] - 8:4, 18:6
**Luxton** [1] - 18:6

**M**

**Magistrate** [1] - 29:11
**mail** [1] - 22:13
**MAIN** [1] - 3:20
**MAJOR** [1] - 7:5
**man** [1] - 29:19
**management** [1] -
 33:9
**MANAGEMENT** [3] -
 8:10, 11:7, 11:20
**Management** [3] -
 18:19, 30:13, 31:8
**manager** [1] - 45:14
**MANGES** [1] - 8:15
**MARINE** [4] - 8:6,
 8:12, 8:13, 8:13
**MARK** [3] - 6:13, 9:15,
 10:11
**MARKS** [1] - 9:24
**MARTINEZ** [2] - 7:4,
 17:6
**Martinez** [1] - 17:6
**MARTÍNEZ** [1] - 3:6
**MARY** [1] - 10:13
**mass** [1] - 31:20
**massaging** [1] - 43:18
**Master** [3] - 18:23,
 22:8, 22:21
**MASTER** [2] - 9:7,
 11:10
**Matt** [1] - 16:8
**matter** [1] - 46:21
**matters** [2] - 33:6,
 42:25
**MATTHEW** [1] - 4:9
**MATTHEWS** [1] - 3:6
**MAZE** [1] - 5:9
**MCCUTCHEN** [2] -
 7:17, 7:20
**MCGOVERN** [1] - 9:7
**McGovern** [2] - 22:8,
 22:21
**MDL** [5] - 9:3, 11:15,
 14:12, 23:17, 23:25
**MEADE** [3] - 9:12,
 16:19, 24:8
**Meade** [1] - 16:19
**mean** [1] - 25:3
**meantime** [1] - 26:3
**meanwhile** [1] - 26:13
**MECHANICAL** [1] -
 10:21
**media** [1] - 36:20
**mediating** [1] - 32:16
**mediation** [4] - 31:1,
 31:21, 32:8, 32:12
**mediator** [1] - 31:4
**meet** [1] - 29:10

**meeting** [1] - 43:9
**meetings** [1] - 31:24
**meets** [1] - 19:12
**mention** [2] - 23:17,
 43:1
**Merit** [1] - 46:19
**METHOFF** [1] - 9:3
**METHVIN** [1] - 4:12
**MEUNIER** [2] - 3:23,
 3:23
**MEXICO** [1] - 1:5
**Mexico** [1] - 14:13
**MI** [3] - 8:3, 18:7, 18:9
**MICHAEL** [2] - 3:19,
 4:21
**Michoud** [1] - 28:14
**microphones** [4] -
 14:17, 14:18, 14:21
**mics** [1] - 14:23
**might** [2] - 21:19,
 25:15
**MIKAL** [1] - 2:23
**Mikal** [1] - 16:1
**Mike** [6] - 15:11,
 15:23, 16:13, 17:14,
 30:7, 36:25
**MILES** [1] - 4:12
**Miller** [2] - 17:13, 42:4
**MILLER** [5] - 5:19,
 10:2, 17:13, 42:5,
 42:7
**million** [2] - 26:7, 26:9
**mind** [1] - 31:17
**minimum** [1] - 22:9
**minor** [1] - 42:14
**MITCHELL** [2] - 2:6,
 10:10
**mix** [1] - 30:1
**MOBILE** [1] - 2:11
**MOEX** [5] - 7:12, 7:13,
 18:3, 18:5, 33:11
**MOEX's** [1] - 38:13
**MOEX'S** [1] - 12:2
**moment** [2] - 25:7,
 29:19
**MONTGOMERY** [2] -
 4:14, 5:10
**month** [6] - 18:16,
 25:22, 29:23, 33:9,
 39:14, 39:24
**months** [2] - 25:9,
 44:5
**MORAN** [1] - 10:7
**MORGAN** [5] - 3:9,
 4:6, 8:3
**morning** [42] - 14:8,
 14:9, 14:25, 15:2,
 15:3, 15:5, 15:7,
 15:8, 15:10, 15:14,
 15:21, 15:23, 15:25,

16:1, 16:3, 16:5,
 16:8, 16:9, 16:12,
 16:16, 16:18, 16:19,
 16:22, 17:1, 17:4,
 17:6, 17:8, 17:10,
 17:15, 17:17, 17:20,
 17:22, 18:2, 18:6,
 18:8, 19:3, 27:25,
 28:4, 31:10, 42:16,
 43:8, 43:9
**most** [2] - 37:9, 38:2
**MOTION** [8] - 11:9,
 11:25, 12:5, 12:7,
 12:9, 12:10, 12:18,
 12:20
**Motion** [1] - 18:23
**motion** [17] - 23:8,
 23:11, 30:23, 33:16,
 33:18, 33:19, 36:9,
 37:19, 38:23, 39:2,
 40:5, 40:7, 40:9,
 41:7, 41:19, 42:9,
 42:19
**MOTION..........** [1] -
 12:1
**motions** [12] - 18:24,
 20:18, 20:19, 30:24,
 36:4, 38:13, 38:22,
 39:3, 40:25, 41:12,
 41:19, 42:9
**MOTIONS** [2] - 12:2,
 12:14
**MOTIONS.................
 ....................** [1] -
 11:24
**mouthful** [1] - 25:25
**move** [2] - 23:3, 31:7
**moving** [1] - 27:2
**MR** [103] - 14:25, 15:3,
 15:5, 15:7, 15:10,
 15:15, 15:16, 15:21,
 15:23, 16:1, 16:3,
 16:5, 16:7, 16:8,
 16:11, 16:13, 16:14,
 16:16, 16:19, 16:22,
 16:24, 16:25, 17:1,
 17:4, 17:8, 17:12,
 17:13, 17:14, 17:15,
 17:17, 17:19, 17:20,
 17:22, 17:24, 17:25,
 18:2, 18:6, 18:8,
 19:3, 20:22, 21:9,
 21:14, 21:22, 22:1,
 22:3, 22:7, 22:18,
 23:1, 23:3, 23:5,
 24:8, 24:9, 24:16,
 24:18, 25:6, 25:20,
 26:2, 27:19, 27:25,
 28:5, 29:1, 29:17,
 30:7, 30:9, 30:10,

30:14, 31:10, 32:2,
 32:4, 32:7, 32:14,
 32:15, 32:18, 32:22,
 33:2, 33:5, 33:22,
 34:1, 34:3, 34:7,
 34:10, 34:14, 34:20,
 35:16, 35:23, 36:1,
 36:13, 37:21, 37:23,
 38:1, 38:5, 38:8,
 38:19, 39:1, 40:19,
 40:20, 41:3, 41:14,
 41:16, 42:5, 42:7,
 44:14, 44:22
**MS** [7] - 3:11, 4:7,
 15:8, 16:9, 17:3,
 17:6, 17:10
**multidistrict** [1] - 23:5

**N**

**N.W** [1] - 6:18
**named** [1] - 34:10
**Natural** [2] - 15:12,
 18:18
**nature** [1] - 31:19
**NC** [1] - 9:9
**necessary** [1] - 43:18
**need** [16] - 24:7,
 27:22, 35:21, 36:2,
 37:16, 37:25, 38:5,
 43:14, 43:19, 44:7,
 44:17, 44:19, 44:24,
 46:9, 46:10, 46:11
**needed** [2] - 25:24,
 30:1
**NEGOTIATIONS** [1] -
 12:21
**negotiations** [1] -
 42:20
**NETWORK** [1] - 4:17
**never** [2] - 27:13,
 39:10
**NEW** [16] - 1:7, 1:21,
 2:5, 2:15, 3:4, 3:25,
 4:4, 5:14, 5:20, 6:11,
 6:25, 7:15, 7:25, 8:8,
 8:16, 10:19
**New** [1] - 24:22
**new** [1] - 45:12
**newest** [1] - 45:8
**next** [11] - 27:9, 35:3,
 35:11, 35:24, 38:11,
 38:23, 40:6, 44:19,
 46:6, 46:7
**NEXT** [1] - 13:1
**night** [1] - 30:3
**nitty** [1] - 29:4
**nitty-gritty** [1] - 29:4
**NO** [1] - 1:6

**NOMELLINI** [1] - 6:13
**NONAPPLICABILITY**
 [1] - 12:5
**nonapplicability** [1] -
 38:24
**none** [1] - 37:14
**NORFOLK** [1] - 1:25
**NORTH** [4] - 6:4, 6:4,
 6:6, 6:7
**North** [1] - 45:6
**note** [1] - 24:20
**noted** [1] - 33:8
**nothing** [1] - 29:1
**notices** [1] - 33:13
**noticing** [1] - 22:4
**November** [1] - 39:7
**number** [9] - 18:20,
 19:10, 19:11, 28:8,
 30:23, 31:19, 36:4,
 36:5, 36:8
**Number** [7] - 36:9,
 36:16, 36:19, 37:6,
 38:12, 39:6
**numbered** [1] - 46:21
**Numbers** [2] - 38:14,
 41:1
**NUMBERS** [2] - 12:3,
 12:15
**numbers** [3] - 20:1,
 20:2, 34:22
**NW** [1] - 7:21
**NY** [4] - 3:4, 7:25, 8:8,
 8:16

**O**

**O'BRIEN'S** [1] - 8:10
**o'clock** [1] - 46:9
**O'KEEFE** [2] - 1:20,
 9:14
**O'ROURKE** [1] - 5:5,
 16:14
**O'Rourke** [2] - 15:11,
 16:14
**OAK** [1] - 2:17
**objected** [1] - 36:5
**objection** [5] - 37:14,
 38:21, 39:22, 40:4,
 41:7
**OBJECTION** [1] - 12:7
**objections** [3] - 41:10,
 42:24
**obligation** [1] - 39:5
**OBLIGATIONS** [1] -
 12:6
**obligations** [1] - 38:24
**obviously** [3] - 21:18,
 28:12, 43:13
**occurring** [2] - 24:21,

24:22
**October** [2] - 26:3, 31:1
**odds** [1] - 28:18
**OF** [18] - 1:1, 1:5, 1:11, 4:20, 5:3, 5:4, 5:12, 9:7, 9:8, 11:11, 11:19, 12:5, 12:14, 12:18, 12:20, 12:21, 12:25
**offer** [2] - 22:14, 22:15
**office** [2] - 20:3, 41:24
**OFFICE** [2] - 4:13, 5:8
**Official** [2] - 46:19, 46:24
**OFFICIAL** [1] - 10:18
**OFFSHORE** [3] - 5:17, 7:13, 8:11
**often** [1] - 26:20
**Oil** [2] - 14:12
**OIL** [2] - 1:4, 1:4
**oil** [2] - 21:4, 36:21
**ON** [8] - 1:5, 11:9, 11:11, 11:16, 11:22, 11:25, 12:12, 12:20
**once** [2] - 29:10, 31:21
**ONE** [4] - 2:4, 6:9, 6:21, 9:4
**one** [18] - 14:21, 18:1, 20:10, 21:6, 29:3, 29:18, 30:20, 31:18, 31:23, 35:8, 38:1, 38:23, 39:25, 41:12, 42:14, 43:23, 45:7, 45:9
**ones** [1] - 45:12
**ongoing** [2] - 27:8, 27:10
**operating** [1] - 40:10
**Opportunity** [2] - 30:12, 30:18
**OPPORTUNITY.........**
**........................** [1] - 11:19
**OR** [1] - 12:2
**oral** [1] - 19:14
**ORDER** [4] - 11:6, 11:9, 12:20, 14:4
**order** [21] - 18:22, 29:21, 30:5, 31:2, 32:11, 33:1, 33:9, 36:8, 36:16, 37:5, 37:8, 37:12, 37:15, 37:19, 37:22, 38:15, 39:23, 40:2, 42:20, 43:9, 43:15
**Order** [7] - 18:17, 18:19, 30:13, 31:8, 36:18, 37:6, 39:6
**ORDER.....................**

**..** [1] - 11:20
**ORDER.....................**
**.............** [1] - 11:7
**ordered** [1] - 21:17
**Orders** [1] - 19:15
**orders** [5] - 18:15, 19:2, 19:6, 19:8, 39:8
**ORDERS..................**
**.............** [1] - 11:5
**ORDERS..................**
**............................** [1] - 11:12
**originally** [1] - 23:7
**Orleans** [1] - 24:22
**ORLEANS** [12] - 1:7, 1:21, 2:5, 2:15, 3:25, 4:4, 5:14, 5:20, 6:11, 6:25, 7:15, 10:19
**otherwise** [1] - 42:22
**ought** [1] - 31:4

**P**

**P.O** [1] - 5:5
**package** [1] - 30:3
**PAGE** [1] - 11:3
**page** [1] - 36:16
**pages** [2] - 26:8, 26:9
**PALMINTIER** [3] - 3:19, 3:19, 16:13
**Palmintier** [1] - 16:13
**PAN** [1] - 2:14
**Panel** [3] - 19:5, 19:12, 19:13
**Panel's** [2] - 19:17, 23:24
**PAPANTONIO** [1] - 2:6
**Paragraph** [2] - 36:18, 39:5
**PARKER** [1] - 10:2
**PARKWAY** [1] - 8:19
**PARSIOLA** [1] - 3:16
**part** [4] - 18:13, 23:16, 28:7, 32:20
**participate** [1] - 32:8
**participating** [1] - 24:3
**particular** [3] - 21:19, 29:25, 36:7
**particularly** [3] - 34:25, 39:18, 39:19
**parties** [15] - 26:16, 28:8, 28:11, 28:16, 28:21, 28:23, 30:5, 31:18, 37:8, 37:10, 39:18, 39:19, 40:12, 43:2, 43:13

**parts** [1] - 29:9
**pass** [1] - 14:22
**PASSLER** [1] - 10:1
**Paul** [1] - 16:3
**PAUL** [1] - 2:13
**pending** [5] - 18:24, 20:18, 20:19, 20:24, 36:4
**PENDING** [1] - 11:24
**PENSACOLA** [1] - 2:8
**PENTHOUSE** [1] - 3:7
**people** [8] - 14:18, 23:19, 26:25, 28:11, 30:3, 32:7, 35:6, 35:13
**Pepper** [3] - 46:18, 46:23, 46:23
**PEPPER** [1] - 10:18
**perhaps** [6] - 30:23, 31:1, 31:4, 31:5, 31:25, 44:14
**personal** [4] - 21:2, 21:21, 21:22, 32:20
**personally** [1] - 22:13
**perspective** [1] - 22:18
**pertain** [1] - 32:12
**pertains** [1] - 18:20
**PETER** [1] - 9:24
**PETOSA** [1] - 3:10
**PETROLEUM** [1] - 7:11
**Phase** [2] - 25:24, 26:5
**phase** [6] - 21:12, 27:8, 27:9, 43:22, 44:3, 44:5
**phases** [4] - 27:8, 43:24, 43:25
**Phil** [2] - 16:12, 16:25
**PHILIP** [1] - 3:16
**PHILLIP** [1] - 6:24
**phone** [2] - 14:18, 26:15
**pictures** [2] - 39:15, 39:23
**pieces** [2] - 25:2, 29:9
**PIGMAN** [1] - 6:23
**PILLSBURY** [1] - 7:23
**pilot** [3] - 31:13, 31:21, 31:24
**PITTMAN** [1] - 7:23
**PLACE** [1] - 2:4
**place** [4] - 21:17, 42:2, 45:7, 46:1
**plaintiff** [2] - 15:3, 39:19
**PLAINTIFFS** [1] - 1:23
**plaintiffs** [7] - 15:1, 16:20, 24:2, 24:5,

31:11, 32:12, 34:21
**Plaintiffs'** [2] - 30:20, 39:20
**PLAINTIFFS'** [1] - 1:15
**plan** [4] - 43:3, 43:11, 43:16
**PLAN** [1] - 12:23
**pleading** [1] - 23:14
**pleadings** [1] - 33:17
**PLEASE** [1] - 10:15
**point** [12] - 20:16, 25:8, 26:7, 26:10, 35:8, 37:14, 38:11, 38:12, 39:22, 40:6, 40:24, 42:13
**Point** [2] - 33:8, 36:9
**points** [1] - 36:8
**policies** [2] - 34:6
**policy** [1] - 34:11
**POLK** [1] - 7:13
**pored** [1] - 26:8
**portable** [1] - 14:22
**PORTIS** [1] - 4:12
**possible** [2] - 26:13, 26:19
**POST** [1] - 4:13
**post** [1] - 25:24
**post-July** [1] - 25:24
**postmark** [2] - 20:7, 20:8
**postmarked** [1] - 20:16
**potentially** [1] - 32:1
**POWERS** [1] - 10:8
**POYDRAS** [6] - 2:14, 3:24, 5:20, 6:10, 7:15, 10:19
**practice** [1] - 30:23
**preempt** [1] - 22:20
**prejudice** [1] - 35:1
**prepare** [2] - 27:7, 27:9
**prepared** [2] - 31:6, 33:14
**PRESENT** [1] - 9:11
**present** [2] - 35:3, 35:10
**PRESERVATION** [1] - 12:6
**preservation** [4] - 29:15, 38:24, 39:4, 39:5
**preserve** [2] - 36:19, 36:24
**preserved** [1] - 29:10
**PRETRIAL** [2] - 11:6, 12:20
**Pretrial** [3] - 36:18, 37:6, 39:6

**pretrial** [2] - 18:17, 42:20
**pretty** [3] - 24:24, 25:3, 45:12
**principle** [1] - 34:24
**PRITCHARD** [1] - 7:24
**private** [1] - 31:5
**pro** [2] - 34:25, 35:18
**PROBABLY** [1] - 12:19
**procedures** [1] - 37:4
**proceed** [2] - 43:21, 44:6
**proceeding** [1] - 23:5
**PROCEEDINGS** [4] - 1:11, 10:21, 12:10, 14:1
**proceedings** [3] - 40:7, 46:14, 46:21
**process** [2] - 27:10, 39:14
**PROCTOR** [1] - 2:7
**PRODUCED** [1] - 10:22
**produced** [1] - 26:7
**PRODUCTION** [2] - 6:3, 6:6
**production** [1] - 26:6
**PRODUCTS** [1] - 6:7
**professionalism** [1] - 27:17
**PROFESSOR** [1] - 9:7
**profile** [1] - 31:15, 32:8
**program** [7] - 31:13, 31:21, 31:22, 32:8, 32:11, 32:12, 32:20
**prong** [1] - 23:8
**prongs** [1] - 23:7
**properly** [1] - 36:23
**proposal** [1] - 38:20
**proposed** [6] - 30:13, 31:2, 31:8, 32:11, 37:19, 43:3
**PROPOSED** [2] - 11:20, 12:23
**prove** [1] - 18:13
**proved** [1] - 25:19
**provide** [1] - 35:7
**provided** [1] - 31:2
**PSC** [17] - 15:6, 15:7, 15:9, 15:15, 15:22, 15:23, 16:2, 16:4, 16:6, 16:7, 16:8, 16:10, 16:11, 16:12, 16:13, 31:3, 44:9
**PTO** [2] - 36:16, 37:13
**pub** [1] - 25:15
**public** [1] - 45:5
**purposely** [1] - 21:11

9

put [2] - 30:4, 43:6

## Q

questioning [1] -
26:11
QUIP [1] - 8:18
Quip [1] - 17:24

## R

RACHEL [1] - 9:15
Rachel [1] - 17:10
RAFFERTY [1] - 2:7
raised [1] - 42:15
raising [1] - 30:23
rather [1] - 44:17
RE [1] - 1:4
re [1] - 14:12
reached [1] - 22:12
ready [1] - 28:17
real [1] - 36:15
really [15] - 25:14,
25:16, 26:19, 27:11,
27:18, 29:2, 29:8,
31:17, 37:1, 37:12,
39:18, 40:15, 41:19,
41:20, 42:17
REALTIME [1] - 10:18
Realtime [2] - 46:18,
46:24
reason [2] - 35:2,
36:22
recalling [1] - 34:4
received [4] - 20:6,
20:11, 20:15, 41:7
recent [1] - 31:24
recently [1] - 31:23
recollection [1] -
21:11
record [7] - 18:12,
18:13, 18:20, 24:4,
26:11, 42:7, 46:21
Record [9] - 36:10,
37:18, 38:14, 38:25,
40:5, 40:8, 40:23,
40:25, 42:21
RECORD [11] - 10:16,
11:25, 12:1, 12:3,
12:6, 12:8, 12:9,
12:11, 12:13, 12:15,
12:22
RECORDED [1] -
10:21
records [1] - 37:4
regard [1] - 19:23
regarding [2] - 44:7,
44:9

Registered [1] - 46:18
relate [2] - 21:4, 21:19
related [3] - 21:3,
41:19, 41:20
relates [1] - 18:17
RELATES [1] - 1:9
relating [4] - 24:7,
27:23, 33:17, 34:18
RELATING [1] - 11:22
relatively [1] - 42:14
remain [1] - 19:9
remainder [1] - 25:22
remaining [1] - 41:23
remind [2] - 22:11,
46:6
report [11] - 19:1,
19:19, 20:23, 24:14,
25:24, 28:2, 28:15,
33:6, 34:18, 34:22,
44:10
REPORT [3] - 11:11,
11:16, 11:22
REPORT..................
.. - 12:25
reported [1] - 23:7
REPORTER [3] -
10:18, 10:18, 24:11
Reporter [6] - 46:18,
46:19, 46:19, 46:24,
46:24
REPORTER'S [1] -
46:17
reports [2] - 26:4,
28:17
represented [2] -
35:13, 35:18
representing [1] -
18:5
resolve [1] - 32:17
resolved [1] - 29:12
Resource [2] - 15:12,
18:18
respect [1] - 22:23
respond [1] - 44:13
responder [1] - 17:18
responders [2] - 41:4,
41:6
RESPONDERS' [1] -
12:14
responders' [1] -
40:25
response [3] - 21:4,
23:15, 23:22
RESPONSE [2] - 8:6,
8:10
responsive [1] - 23:14
RESTORATION [1] -
4:16
retiring [1] - 45:20,
45:22

revised [2] - 28:7,
37:12
revision [1] - 43:17
RHON [1] - 4:13
Rhon [1] - 16:7
RICHARD [1] - 10:1
RICHESON [1] - 7:14
rig [1] - 21:25
Rig [1] - 14:13
RIG [1] - 1:4
rigging [1] - 39:9
rise [2] - 14:7, 46:13
RMR [2] - 10:18, 46:23
Rob [4] - 17:22, 27:25,
29:6, 39:1
ROBERT [3] - 2:10,
6:17, 10:11
Robert [3] - 16:6,
21:7, 22:4
ROBERTS [2] - 9:12,
17:12
Roberts [1] - 17:12
ROBIN [1] - 3:3
Robin [1] - 16:10
ROME [1] - 8:6
Rondon [4] - 21:7,
21:8, 22:7, 22:24
RONQUILLO [2] - 7:3,
7:7
ROOM [2] - 4:23,
10:19
room [2] - 16:21, 26:8
ROSE [1] - 10:13
ROUGE [1] - 3:21
roughly [1] - 21:2
ROY [3] - 1:16, 1:16,
15:3
Roy [1] - 15:3
ruled [1] - 18:25
ruling [1] - 40:9
Russo [1] - 17:20
RUSSO [2] - 8:23,
17:20
RYAN [1] - 6:14

## S

s/Cathy [1] - 46:23
samples [5] - 18:18,
36:10, 36:20, 36:23,
37:9
SAMPLES [1] - 11:25
San [1] - 19:13
SAN [4] - 2:21, 2:24,
4:23, 6:21
SARAH [1] - 4:22
Sarah [5] - 15:12,
36:25, 38:2, 38:8,
38:10

saw [1] - 44:4
schedule [1] - 22:20
SCHEDULED [1] -
12:23
scheduled [3] - 21:11,
25:22, 43:4
scheduling [2] -
25:23, 26:2
SCHELL [1] - 7:13
SCHOOL [1] - 9:7
SCIENCE [1] - 9:8
Scott [1] - 15:7
SCOTT [2] - 2:17
screen [1] - 38:11
se [2] - 34:25, 35:18
sea [1] - 39:13
SEACOR [6] - 8:11,
8:11, 8:12, 8:12,
8:13, 8:13
seated [1] - 14:10
second [2] - 25:11,
40:24
secondly [1] - 32:16
SECTION [1] - 5:4
securities [2] - 23:8,
23:9
SEE [1] - 10:15
see [3] - 19:24, 44:5,
45:24
select [1] - 30:21
sense [2] - 22:17,
26:24
separate [3] - 18:19,
19:24, 41:12
separately [1] - 19:11
September [4] - 19:17,
26:3, 31:1, 45:14
served [1] - 33:13
SERVICES [1] - 7:3
session [1] - 14:7
set [3] - 20:22, 21:6,
22:19
settlement [1] - 42:20
SETTLEMENT [1] -
12:21
seven [1] - 28:10
SEVERAL [1] - 11:5
several [9] - 18:15,
18:24, 19:14, 24:20,
24:21, 26:14, 32:5,
35:12, 43:23
SEYLER [1] - 9:15
Shattuch [1] - 15:18
SHAW [2] - 4:3, 7:23
Shea [1] - 45:3
sheet [1] - 18:13
SHEETS [1] - 10:15
SHELL [1] - 6:9
SHORT [2] - 11:13,

11:22
short [6] - 19:23, 20:4,
34:18, 34:23, 35:1,
35:6
shortly [4] - 20:6,
33:16, 43:10, 45:4
shown [1] - 27:17
Shushan [9] - 25:12,
26:14, 26:18, 28:9,
28:23, 29:11, 35:9,
44:12, 44:18
Shushan's [1] - 29:2
side [4] - 16:21, 29:5,
30:25, 39:19
sides [1] - 27:15
SIEMENS [1] - 8:14
SIERRA [1] - 4:16
sign [8] - 18:12, 32:25,
37:22, 42:14, 42:19,
43:9, 43:15
SIGN [2] - 10:15,
12:19
sign-in [1] - 18:12
SIGN-IN [1] - 10:15
signal [1] - 25:19
signing [1] - 35:12
simple [1] - 36:15
simultaneously [1] -
24:21
sit [2] - 24:25, 25:1
sitting [2] - 46:1, 46:2
situation [1] - 20:11
six [3] - 20:25, 41:5,
41:12
skipped [1] - 42:13
skipping [1] - 40:24
skis [1] - 34:7
so-called [1] - 20:5
soil [1] - 36:21
SOILEAU [1] - 4:9
someone [3] - 36:10,
41:2, 42:15
someplace [1] - 45:23
soon [4] - 23:18,
29:12, 45:12, 46:2
sorry [1] - 24:11
sort [5] - 19:20, 20:8,
21:21, 37:3, 37:4
SOUTH [3] - 2:8, 4:9,
7:18
Southern [1] - 23:6
SPECIAL [1] - 9:7
Special [2] - 22:8,
22:21
specific [1] - 21:18
specifically [1] - 31:16
SPILL [1] - 1:4, 8:6
Spill [1] - 14:12
spill [1] - 21:4

**sponsored** [1] - 29:22
**SPRINGS** [1] - 3:14
**SQUARE** [1] - 6:9
**staff** [1] - 45:11
**staggeringly** [1] - 26:6
**stand** [1] - 25:6
**standpoint** [2] - 28:13, 28:14
**star** [1] - 28:4
**started** [1] - 39:14
**starting** [2] - 43:23, 46:8
**STASSI** [1] - 10:11
**STATE** [3] - 5:8, 5:12, 11:14
**State** [2] - 15:16, 46:19
**state** [3] - 20:21, 20:24, 22:12
**STATES** [3] - 1:1, 1:12, 5:3
**States** [11] - 15:11, 16:15, 16:17, 18:17, 28:12, 28:22, 37:9, 37:10, 39:21, 46:19, 46:25
**States'** [1] - 42:19
**STATES'** [1] - 12:19
**status** [4] - 19:2, 27:24, 28:2, 46:6
**STATUS** [2] - 1:11, 11:11
**STATUS..................**
**.................** [1] - 11:17
**stay** [1] - 40:7
**STAY** [1] - 12:10
**Steering** [2] - 30:20, 39:20
**STEFANIE** [1] - 7:5
**STENOGRAPHY** [1] - 10:21
**Stensrud** [1] - 45:14
**Stephanie** [1] - 45:25
**STEPHEN** [2] - 1:20, 9:12
**Sterbcow** [1] - 16:3
**STERBCOW** [3] - 2:13, 2:13, 16:3
**Steve** [6] - 14:25, 15:11, 17:12, 18:6, 31:10, 34:20
**Steven** [1] - 16:14
**STEVEN** [2] - 5:5, 8:4
**still** [5] - 20:8, 36:24, 41:23, 43:7, 46:4
**STONE** [1] - 6:23
**STRADLEY** [2] - 9:3, 24:9
**straight** [2] - 28:10, 42:7

**strand** [3] - 23:11, 23:14, 23:18
**Strange** [1] - 15:16
**STRANGE** [2] - 5:8, 15:16
**STREET** [25] - 1:17, 2:4, 2:8, 2:11, 2:14, 2:20, 3:10, 3:20, 3:24, 4:4, 4:7, 4:10, 5:13, 5:20, 6:10, 6:18, 6:21, 6:25, 7:5, 7:15, 7:21, 8:4, 8:23, 9:4, 10:19
**stress** [1] - 27:1
**structure** [1] - 43:20
**stuck** [2] - 29:18
**stuff** [1] - 39:9
**subject** [1] - 43:17
**submitted** [4] - 37:19, 40:13, 43:2, 43:11
**subsea** [1] - 39:8
**SUITE** [18] - 2:4, 2:8, 2:14, 2:17, 2:24, 3:10, 3:17, 3:24, 4:7, 4:18, 5:23, 6:10, 7:5, 7:8, 7:15, 7:18, 8:4, 8:23
**SUMICH** [1] - 3:16
**summary** [1] - 30:24
**SUMMY** [2] - 2:17, 15:7
**Summy** [1] - 15:7
**supplemental** [1] - 40:13
**supplied** [1] - 39:24
**SUSAN** [1] - 10:1
**suspect** [1] - 32:2
**suspend** [1] - 23:21
**SW** [1] - 3:14
**Swaco** [2] - 18:7, 18:9
**sympathetic** [1] - 27:1

**T**

**table** [1] - 14:17
**tailored** [1] - 31:16
**TAKEN** [1] - 12:12
**TARTER** [1] - 18:8
**Tarter** [1] - 18:8
**TAYLOR** [1] - 3:16
**technical** [2] - 28:11, 29:5
**technologically** [1] - 25:3
**Ted** [2] - 17:18, 41:3
**telephone** [1] - 22:14
**ten** [1] - 20:24

**terms** [2] - 34:23, 41:24
**test** [1] - 36:23, 37:3
**TESTING** [2] - 11:17, 11:25
**testing** [11] - 18:18, 27:24, 28:2, 28:19, 29:15, 29:16, 29:20, 29:21, 30:1, 30:3, 36:9
**TESTING..................**
**.....................** [1] - 11:18
**Texas** [2] - 20:25, 23:6
**texting** [1] - 25:16
**THAT** [2] - 12:1, 12:19
**THE** [101] - 1:4, 1:5, 1:12, 1:15, 1:23, 4:16, 4:20, 5:3, 5:12, 8:7, 10:16, 11:10, 11:11, 11:22, 12:2, 12:12, 12:23, 12:25, 14:7, 14:8, 14:10, 14:12, 14:14, 15:2, 15:14, 15:20, 15:25, 16:18, 16:21, 18:1, 18:4, 18:10, 19:22, 21:8, 21:10, 21:16, 21:25, 22:2, 22:6, 22:10, 22:23, 23:2, 23:4, 24:6, 24:11, 24:12, 24:17, 24:24, 25:10, 26:1, 26:20, 27:21, 28:4, 28:25, 29:13, 30:8, 30:11, 31:8, 31:23, 32:3, 32:6, 32:10, 32:16, 32:19, 32:23, 33:3, 33:21, 33:24, 34:2, 34:4, 34:9, 34:12, 34:15, 35:12, 35:17, 35:25, 36:2, 37:16, 37:22, 37:24, 38:4, 38:7, 38:10, 38:21, 40:4, 40:22, 41:9, 41:15, 41:17, 42:6, 42:8, 44:16, 44:23, 45:9, 45:10, 45:16, 45:17, 45:18, 45:20, 46:13
**themselves** [2] - 14:23, 18:12
**THEODORE** [1] - 8:15
**third** [2] - 25:11, 38:12
**THIS** [1] - 1:9
**THOMAS** [2] - 2:6, 9:14
**THOSE** [1] - 12:17
**thousands** [2] - 32:5, 36:22

**three** [8] - 21:4, 23:7, 26:9, 30:21, 39:3, 43:22, 45:12
**three-phase** [1] - 43:22
**threshold** [1] - 31:22
**throws** [1] - 25:23
**timely** [2] - 20:4, 20:11
**tired** [1] - 29:6
**TO** [7] - 1:9, 11:9, 11:22, 12:2, 12:10, 12:24, 14:4
**today** [13] - 15:18, 20:20, 24:2, 35:10, 37:22, 38:4, 41:18, 41:23, 43:10, 44:8, 44:11, 44:25, 45:2
**together** [2] - 19:5, 35:5
**TOMLINSON** [1] - 10:10
**Tony** [2] - 15:13, 16:16
**tony** [1] - 17:15
**tools** [1] - 39:9
**TORTS** [1] - 4:21
**total** [2] - 19:7, 25:7
**toward** [1] - 31:20
**TOWER** [1] - 1:24
**track** [4] - 26:24, 29:20, 29:22, 30:5
**training** [1] - 45:25
**TRANSCRIPT** [2] - 1:11, 10:21
**transcript** [1] - 46:20
**TRANSFER** [1] - 11:11
**transfer** [6] - 19:2, 19:6, 19:8, 19:14, 19:16, 19:21
**Transfer** [1] - 19:15
**transferred** [1] - 23:23
**transferring** [1] - 19:6
**TRANSOCEAN** [3] - 5:16, 5:16, 5:18
**Transocean** [6] - 17:11, 17:12, 17:13, 17:25, 33:17, 42:3
**TRANSOCEAN'S** [1] - 12:18
**Transocean's** [5] - 33:10, 33:19, 34:6, 41:18, 42:9
**TRAVIS** [1] - 9:20
**tremendous** [2] - 26:22, 27:1
**trial** [15] - 21:6, 21:13, 22:19, 27:7, 27:9, 43:3, 43:11, 43:16, 43:20, 43:22, 43:23, 44:17
**TRIAL** [2] - 12:23

**trip** [1] - 24:19
**true** [1] - 46:20
**truly** [1] - 24:22
**Trustees'** [1] - 18:18
**try** [5] - 22:8, 22:14, 22:15, 29:11, 30:5
**trying** [3] - 19:24, 29:8, 32:17
**TSEKERIDES** [5] - 8:15, 17:17, 41:3, 41:14, 41:16
**Tsekerides** [2] - 17:18, 41:3
**turnover** [1] - 45:11
**tweaked** [1] - 43:14
**tweaking** [1] - 43:18
**twice** [2] - 25:18, 29:11
**two** [9] - 24:19, 25:7, 31:17, 33:21, 33:23, 38:22, 39:19, 44:5, 45:4
**TX** [8] - 2:18, 2:24, 5:23, 7:6, 7:9, 8:5, 8:20, 9:5
**types** [1] - 36:20

**U**

**U.S** [3] - 4:20, 5:4, 8:22
**uncertainty** [1] - 41:24
**under** [8] - 19:15, 26:25, 34:5, 36:9, 38:12, 40:17, 40:23, 42:23
**UNDER** [1] - 12:12
**Underhill** [4] - 15:11, 28:25, 29:16, 37:25
**UNDERHILL** [8] - 4:21, 15:10, 29:1, 29:17, 30:10, 38:1, 38:5, 38:8
**undertaken** [2] - 27:6, 27:7
**unfortunately** [1] - 45:3
**UNITED** [4] - 1:1, 1:12, 5:3, 12:19
**United** [12] - 15:11, 16:15, 16:17, 18:17, 28:12, 28:22, 37:9, 37:10, 39:21, 42:19, 46:19, 46:25
**UNIVERSITY** [1] - 9:7
**up** [5] - 14:18, 14:20, 19:14, 19:23, 23:25, 26:17, 30:25, 33:7, 44:19

USA [1] - 7:12

**V**

VA [1] - 1:25
value [1] - 39:13
various [2] - 20:24, 26:16
version [2] - 37:13, 43:11
Vessels [2] - 30:12, 30:18
VESSELS [1] - 11:19
video [1] - 28:19
VOICES [1] - 14:9
VoO [4] - 31:14, 31:16, 32:12, 32:19

**W**

WADE [2] - 9:18, 10:13
waiting [1] - 35:2
waived [1] - 40:12
wake [1] - 23:21
walk [2] - 25:17
WALKER [2] - 1:23, 8:22
WALTER [1] - 4:3
WALTHER [1] - 6:23
WALTZER [1] - 4:17
wants [1] - 42:21
WARE [1] - 8:18
WARREN [1] - 7:20
WARSHAUER [1] - 3:23
WASHINGTON [3] - 5:6, 6:18, 7:21
watch [3] - 24:25, 25:2
watching [1] - 25:10
water [1] - 36:21
WATERSIDE [1] - 1:24
WATTS [3] - 2:22, 2:23, 16:1
Watts [1] - 16:1
Weatherford [1] - 17:21
WEATHERFORD [1] - 8:22
Wednesday [1] - 19:20
week [7] - 29:11, 29:25, 35:4, 35:11, 35:24, 45:8, 45:9
weeks [1] - 45:5
WEIGEL [1] - 8:7
WEIL [1] - 8:15
WEINER [1] - 7:14

WEITZ [1] - 3:3
welcome [3] - 15:20, 18:5, 30:15
West [2] - 15:13, 16:16
WEST [1] - 16:16
WESTBANK [1] - 4:18
WHEREUPON [1] - 46:14
WHICH [3] - 12:7, 12:9, 12:21
WHITELEY [1] - 5:12
whole [1] - 36:22
WILL [1] - 12:17
WILLIAM [1] - 9:3
willing [2] - 22:25, 40:16
WINTHROP [1] - 7:23
wish [1] - 29:24
wishes [1] - 41:9
WITHOUT [1] - 12:7
witnesses [1] - 26:12
WITTMANN [3] - 6:23, 6:24, 16:25
Wittmann [1] - 16:25
WIYGUL [1] - 4:17
wonderful [1] - 35:25
WOODWAY [1] - 5:23
words [1] - 27:19
workers [1] - 21:4
works [1] - 45:21
WORLDWIDE [1] - 8:12
worse [1] - 46:4
wrapped [1] - 30:25
Wright [2] - 44:9, 44:10
WRIGHT [3] - 1:16, 12:25, 44:10
writing [1] - 22:13
written [3] - 24:14, 33:12, 42:24
WRITTEN [1] - 11:16
wrongfully [1] - 23:20
wrote [1] - 37:5

**Y**

year [1] - 45:23
years [3] - 45:15, 45:19, 45:20
yesterday [3] - 20:3, 40:13, 44:12
YORK [7] - 3:4, 7:8, 7:25, 8:8, 8:16, 9:21, 17:8
York [1] - 17:8
Young [3] - 21:7, 22:4, 22:23

**Z**

ZAINEY [1] - 9:11