```
 1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
 2

 3   ****************************************************************

 4   IN RE:  OIL SPILL BY THE
     OIL RIG DEEPWATER HORIZON
 5   IN THE GULF OF MEXICO ON
     APRIL 20, 2010
 6
                              CIVIL ACTION NO. 10-MDL-2179 "J"
 7                            NEW ORLEANS, LOUISIANA
                              FRIDAY, JULY 8, 2011, 10:45 A.M.
 8

 9   THIS DOCUMENT RELATES TO
     ALL ACTIONS
10
     ****************************************************************
11
              TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
12          HEARD BEFORE THE HONORABLE SALLY SHUSHAN
                   UNITED STATES MAGISTRATE JUDGE
13

14   APPEARANCES:

15

     FOR THE PLAINTIFFS'
16   LIAISON COUNSEL:          DOMENGEAUX WRIGHT ROY & EDWARDS
                               BY:  JAMES P. ROY, ESQUIRE
17                             P. O. BOX 3668
                               556 JEFFERSON STREET
18                             LAFAYETTE, LA  70502

19
                               HERMAN HERMAN KATZ & COTLAR
20                             BY:  STEPHEN J. HERMAN, ESQUIRE
                               820 O'KEEFE AVENUE
21                             NEW ORLEANS, LA  70113

22

23   FOR THE PLAINTIFFS:       IRPINO LAW FIRM
                               BY:  ANTHONY IRPINO, ESQUIRE
24                             ONE CANAL PLACE
                               365 CANAL STREET, SUITE 2990
25                             NEW ORLEANS, LA  70130
```

```
 1  APPEARANCES CONTINUED:

 2

 3                          LEVIN PAPANTONIO THOMAS MITCHELL
                            RAFFERTY & PROCTOR
 4                          BY:  BRIAN H. BARR, ESQUIRE
                            316 SOUTH BAYLEN STREET, SUITE 600
 5                          PENSACOLA, FL  32502

 6
                            CUNNINGHAM BOUNDS
 7                          BY:  ROBERT T. CUNNINGHAM, ESQUIRE
                            1601 DAUPHIN STREET
 8                          MOBILE, AL  36604

 9
                            LEWIS KULLMAN STERBCOW & ABRAMSON
10                          BY:  PAUL M. STERBCOW, ESQUIRE
                            PAN AMERICAN LIFE BUILDING
11                          601 POYDRAS STREET, SUITE 2615
                            NEW ORLEANS, LA  70130
12

13  FOR THE FEDERAL
    GOVERNMENT INTERESTS:   U.S. DEPARTMENT OF JUSTICE
14                          TORTS BRANCH, CIVIL DIVISION
                            BY:  R. MICHAEL UNDERHILL, ESQUIRE
15                               SARAH HIMMELHOCH, ESQUIRE
                            450 GOLDEN GATE AVENUE
16                          7TH FLOOR, ROOM 5395
                            SAN FRANCISCO, CA  94102
17

18  FOR THE
    UNITED STATES OF
19  AMERICA:               ENVIRONMENTAL ENFORCEMENT SECTION
                            U.S. DEPARTMENT OF JUSTICE
20                          BY:  STEVEN O'ROURKE, ESQUIRE
                            P.O. BOX 7611
21                          WASHINGTON, DC  20044

22

23  FOR STATE INTERESTS:    ALABAMA ATTORNEY GENERAL'S OFFICE
                            BY:   COREY L. MAZE, ESQUIRE
24                          500 DEXTER AVENUE
                            MONTGOMERY, AL  36130
25
```

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR TRANSOCEAN HOLDINGS
    LLC, TRANSOCEAN
 4  OFFSHORE DEEPWATER
    DRILLING INC., AND
 5  TRANSOCEAN DEEPWATER
    INC.:                      FRILOT
 6                             BY:  KERRY J. MILLER, ESQUIRE
                               ENERGY CENTRE, 36TH FLOOR
 7                             1100 POYDRAS STREET
                               NEW ORLEANS, LA  70163
 8

 9  FOR BP AMERICA INC.,
    BP AMERICA PRODUCTION
10  COMPANY, BP COMPANY
    NORTH AMERICA INC.,
11  BP CORPORATION NORTH
    AMERICA INC.,
12  BP EXPLORATION &
    PRODUCTION INC.,
13  BP HOLDINGS NORTH
    AMERICA LIMITED,
14  BP PRODUCTS NORTH
    AMERICA INC.:              LISKOW & LEWIS
15                             BY:  DON K. HAYCRAFT, ESQUIRE
                                    R. KEITH JARRETT, ESQUIRE
16                             ONE SHELL SQUARE
                               701 POYDRAS STREET
17                             SUITE 5000
                               NEW ORLEANS, LA  70139
18

19                             KIRKLAND & ELLIS
                               BY:  J. ANDREW LANGAN, ESQUIRE
20                                  MARK J. NOMELLINI, ESQUIRE
                                    ANDREW B. BLOOMER, ESQUIRE
21                                  RYAN S. BABIUCH, ESQUIRE
                               300 N. LASALLE
22                             CHICAGO, IL  60654

23                             KIRKLAND & ELLIS
24                             BY:  ROBERT R. GASAWAY, ESQUIRE
                               655 FIFTEENTH STREET, N.W.
25                             WASHINGTON, DC  20005
```

```
 1   APPEARANCES CONTINUED:

 2

 3                            COVINGTON & BURLING
                             BY:  DAVID B. GOODWIN, ESQUIRE
 4                           ONE FRONT STREET
                             SAN FRANCISCO, CA  04111
 5

 6   FOR CAMERON INTERNATIONAL
     CORPORATION:            STONE PIGMAN WALTHER WITTMANN
 7                           BY:  PHILLIP A. WITTMANN, ESQUIRE
                                  CARMELITE M. BERTAUT, ESQUIRE
 8                           546 CARONDELET STREET
                             NEW ORLEANS, LA 70130
 9

10   FOR HALLIBURTON
     ENERGY SERVICES, INC.:  GODWIN RONQUILLO
11                           BY:  DONALD E. GODWIN, ESQUIRE
                                  JENNY L. MARTINEZ, ESQUIRE
12                                STEFANIE K. MAJOR, ESQUIRE
                             1201 ELM STREET, SUITE 1700
13                           DALLAS, TX  75270

14

                             GODWIN RONQUILLO
15                           BY:  R. ALAN YORK, ESQUIRE
                             1331 LAMAR, SUITE 1665
16                           HOUSTON, TX  77010

17

18   FOR ANADARKO
     PETROLEUM CORPORATION,
19   ANADARKO E&P COMPANY LP,
     MOEX USA CORPORATION,
20   AND MOEX OFFSHORE 2007
     LLC:                    KUCHLER POLK SCHELL
21                           WEINER & RICHESON
                             BY:  DEBORAH D. KUCHLER, ESQUIRE
22                           1615 POYDRAS STREET, SUITE 1300
                             NEW ORLEANS, LA  70112
23

24                           BINGHAM MCCUTCHEN
                             BY:  WARREN A. FITCH, ESQUIRE
25                           2020 K STREET, NW
                             WASHINGTON, DC  20006
```

```
 1  APPEARANCES CONTINUED:

 2

 3                              PILLSBURY WINTHROP SHAW PITTMAN
                                BY:  EDWARD FLANDERS, ESQUIRE
 4                                   JOHN F. PRITCHARD, ESQUIRE
                                1540 BROADWAY
 5                              NEW YORK, NY  10036

 6

 7  FOR M-I L.L.C.:           MORGAN LEWIS & BOCKIUS
                                BY:  STEVEN LUXTON, ESQUIRE
 8                                   JAMES B. TARTER, ESQUIRE
                                1000 LOUISIANA STREET, SUITE 4000
 9                              HOUSTON, TX  77002

10

11  FOR MARINE SPILL
    RESPONSE CORPORATION:      BLANK ROME
12                              BY:  ALAN M. WEIGEL, ESQUIRE
                                THE CHRYSLER BUILDING
13                              405 LEXINGTON AVENUE
                                NEW YORK, NY  10174
14

15  FOR O'BRIEN'S RESPONSE
    MANAGEMENT, INC.,
16  SEACOR HOLDINGS, INC.,
    SEACOR OFFSHORE LLC,
17  SEACOR MARINE, LLC,
    SEACOR WORLDWIDE, INC.,
18  SEACOR MARINE, INC.,
    SEACOR MARINE
19  INTERNATIONAL, INC.,
    AND SIEMENS FINANCIAL,
20  INC.:                      WEIL GOTSHAL & MANGES
                                BY:  THEODORE E. TSEKERIDES, ESQUIRE
21                              767 FIFTH AVENUE
                                NEW YORK, NY  10153
22

23  FOR DRIL-QUIP,
    INC.:                      WARE JACKSON LEE & CHAMBERS
24                              BY:  DON JACKSON, ESQUIRE
                                2929 ALLEN PARKWAY, 42ND FLOOR
25                              HOUSTON, TX  77019
```

```
 1   APPEARANCES CONTINUED:

 2

 3

 4   FOR WEATHERFORD U.S.,
     L.P.:                       JONES WALKER
 5                               BY:  GARY J. RUSSO, ESQUIRE
                                 600 JEFFERSON STREET, SUITE 1600
 6                               LAFAYETTE, LA 70501

 7   FOR TRANSOCEAN
     EXCESS UNDERWRITERS:        PHELPS DUNBAR
 8                               BY:  KYLE S. MORAN, ESQUIRE
                                 NORTHCOURT ONE
 9                               2304 19TH STREET, SUITE 300
                                 GULFPORT, MS  39501
10

11   FOR NALCO COMPANY:          LATHAM & WATKINS
                                 BY:  MARY ROSE ALEXANDER, ESQUIRE
12                               233 SOUTH WACKER DRIVE, SUITE 5800
                                 CHICAGO, IL  60606
13

14   FOR MDL 2185:               METHOFF LAW FIRM
                                 BY:  WILLIAM STRADLEY, ESQUIRE
15                               3450 ONE ALLEN CENTER
                                 500 DALLAS STREET
16                               HOUSTON, TX  77002

17

18   SPECIAL MASTER:            PROFESSOR FRANCIS E. MCGOVERN
                                 DUKE UNIVERSITY SCHOOL OF LAW
19                               CORNER OF SCIENCE & DRIVES
                                 BOX 90362
20                               DURHAM, NC 27708

21

22   ALSO PRESENT:              DOUGLAS KRAUS, ESQUIRE
                                 KAREN GASE, ESQUIRE
23                               LORI MINCE, ESQUIRE
                                 WADE HAMMETT, ESQUIRE
24                               HEATHER KENNEALY, COAST GUARD

25
```

09:53AM

```
1    APPEARANCES CONTINUED:

2

3    OFFICIAL COURT REPORTER:      CATHY PEPPER, CRR, RMR, CCR
                                   CERTIFIED REALTIME REPORTER
4                                  500 POYDRAS STREET, ROOM HB406
                                   NEW ORLEANS, LA  70130
5                                  (504) 589-7779
                                   Cathy_Pepper@laed.uscourts.gov
6

     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
7    PRODUCED BY COMPUTER.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                            **I N D E X**

2

3                                                        <u>PAGE</u>

4

5   PRESERVATION OF THE BOP...............................  12

6   COAST GUARD REPORT THAT 22 PEOPLE CLEARED TO INSPECT    13

7   ON MONDAY.............................................

8   WRITTEN DISCOVERY COMPLETION..........................  13

9   WRITTEN DISCOVERY CUTOFF..............................  14

10  *IN CAMERA* SUBMISSIONS RELATIVE TO MOEX SETTLEMENT......  15

11  CUSTODIAL FILE FOR MR. BOUGHTON.......................  16

12  INTERNAL REPORT.......................................  16

13  BILL AMBROSE..........................................  16

14  DAN FARR..............................................  17

15  ROB TURLAK............................................  17

16  BP'S REQUEST FOR MAY 2, 2010, OPTICEM MODELING BY       21

17  HALLIBURTON...........................................

18  RESCHEDULE MR. WHEELER'S DEPOSITION...................  22

19  DON VIDRINE...........................................  23

20  INTERPLEADER ACTION...................................  23

21  INSURANCE ISSUES......................................  24

22  CHEVRON 30(B)(6)......................................  24

23  DATES THAT CHEVRON AGREED TO ARE AUGUST 17 AND 18 FOR   25

24  THIS DEPOSITION.......................................

25  CRAIG GARDNER.........................................  25

1    INTERVIEW NOTES THAT THE TEAM TOOK...................... 26

2    EDDY REDD.............................................. 27

3    JAMES BEMENT.......................................... 27

4    MR. PRESTIDGE......................................... 27

5    KURT KRONENBERGER..................................... 28

6    MR. BIRRELL........................................... 29

7    MR. FRAZELLE.......................................... 29

8    MR. LACY.............................................. 29

9    NEIL SHAW............................................. 29

10   MR. DALY.............................................. 30

11   DENNIS SUSTALA........................................ 33

12   KEPLINGER............................................. 34

13   TRAHAN................................................ 34

14   JIMMY MOORE........................................... 34

15   STEPHEN JOHNSON....................................... 35

16   DOYLE MAXIE........................................... 35

17   GREGORY MEECHE........................................ 35

18   MR. LINDNER'S DEPOSITION.............................. 35

19   JOHN KEETON........................................... 37

20   MARK ALBERTY.......................................... 38

21   CHARLES BONDURANT..................................... 38

22   SHERRIE DOUGLASS...................................... 38

23   MR. MCKAY............................................. 39

24   REQUESTS FOR ADDITIONAL TIME.......................... 40

25   BRIAN MOREL........................................... 40

```
 1  ANDY INGLIS............................................  42

 2  MICHAEL SAUCIER........................................  42

 3  ORDER OF EXAMINATION...................................  44

 4  TONY BROCK.............................................  58

 5  DR. KRIS RAVI..........................................  63

 6  11 PEOPLE THAT WERE REQUESTED BY CAMERON, TO WHICH     68

 7  TRANSOCEAN OBJECTS.....................................

 8  TRIAL PLAN.............................................  73

 9  STATE DISCOVERY........................................  80

10  ATTORNEY GENERAL'S OFFICE..............................  80

11  PROPOSED AMENDMENT TO THE SHORT FORM FORUM.............  87

12  SEVERAL PLAINTIFF LAWYERS WITH RESPECT TO SHORT FORM   88

13  JOINDERS WHO HAVE EITHER SINCE THE FILING OF THE SHORT

14  FORM JOINDER HAVE NOW BEEN RETAINED AND WANT TO

15  ENROLL, OR HAVE NOW BEEN DISCHARGED AND WANT TO

16  WITHDRAW...............................................

17  LETTER FROM BP YESTERDAY REGARDING THE WHITE HOUSE     92

18  ISSUE..................................................

19  KURT ARNOLD CLIENTS, CARL TAYLOR AND NICK WATSON.......  93

20  MR. DALY'S DEPO........................................  94

21  MIKE BYRD..............................................  95

22  REDACTIONS FOR THE BOARD MINUTES.......................  99

23  SEARCH TERMS........................................... 100

24  CUSTODIAL FILE OF MR. BYRD............................. 101

25  BRIAN BARR............................................. 102
```

1    NEXT CONFERENCE IS FRIDAY, JULY 15, 2011, 9:30 A.M..... 103

1                        **P-R-O-C-E-E-D-I-N-G-S**

2                       FRIDAY, JULY 8, 2011

3                   M O R N I N G   S E S S I O N

4                     (COURT CALLED TO ORDER)

5

6

10:52AM   7          THE COURT:  Good morning, everybody.  Please have a

10:52AM   8    seat.

10:52AM   9               All right.  We've got two seersucker suits.  That's

10:53AM  10    nice.  You both look nice today.

10:53AM  11          MR. GODWIN:  Thank you, Your Honor.

10:53AM  12          THE COURT:  Mr. Godwin, you look a little green around

10:53AM  13    the gill.

10:53AM  14          MR. GODWIN:  You kept me out too late, Judge.

10:53AM  15          THE COURT:  On behalf of everybody who joined us last

10:53AM  16    night, thank you.  It was a lovely, lovely evening.

10:53AM  17          MR. GODWIN:  Thank you, Your Honor.  I hope everybody

10:53AM  18    had a good time.

10:53AM  19          THE COURT:  So let's get ourselves rolling.

10:53AM  20               We have had some initial discussions and a couple

10:53AM  21    of conference calls on the issue of preservation of the BOP.  I

10:53AM  22    think we're making some good progress.

10:53AM  23               We got an e-mail a little while ago on the

10:53AM  24    suggested material or substance that will coat the metal parts,

10:54AM  25    and so we're working on that now.  We'll have a further

10:54AM 1    conference on Monday, but I do think that's going well.

10:54AM 2              We need to remember to keep our eye on the ball

10:54AM 3    relative to sharing expenses for the continuing cost of

10:54AM 4    preservation, including storage of the BOP.  We're not going to

10:54AM 5    take that up now, but that should be on everybody's radar.

10:54AM 6              As far as Monday, the Coast Guard report that we've

10:54AM 7    got 22 people cleared to inspect on Monday.  Of that, five are

10:54AM 8    experts.  The rest are attorneys.  I wish the attorneys weren't

10:54AM 9    going, but whatever.

10:54AM 10             So that looks like it's in gear.  If you have not

10:54AM 11   gotten clearance, it's too late, so give that thought up.

10:55AM 12             Any comments on any of the BOP issues?  Good.

10:55AM 13             You all know about the written discovery

10:55AM 14   completion.  We agreed that any party, by agreement, may extend

10:55AM 15   deadlines, but only if the agreement will not be used by any

10:55AM 16   party as a basis for a request for extension of the expert

10:55AM 17   deadlines.  The expert deadlines have been modified one last

10:55AM 18   time, and I think that's it.

10:55AM 19             We're working on --

10:55AM 20        MR. FITCH:  Judge --

10:55AM 21        THE COURT:  Yes, I'm sorry.

10:55AM 22        MR. FITCH:  -- I have two minor matters.

10:55AM 23        THE COURT:  What did you forget?  Ms. Pepper.

10:56AM 24        MR. FITCH:  I'm Tony Fitch for Anadarko.

10:56AM 25        THE COURT:  Tony, when are you going to get it?

10:56AM 1      MS. KUCHLER:  He was out late last night, too.

10:56AM 2      MR. FITCH:  When am I going to get it?  How many women

10:56AM 3  have asked me that question.

10:56AM 4          My first very minor point is that Mr. Maze and my

10:56AM 5  colleagues continue to talk about Alabama's response to our

10:56AM 6  discovery.  We just wanted to -- Corey and I just wanted to let

10:56AM 7  the Judge, the Court know that our discussions and their

10:56AM 8  requirements may take us into the first part of August, in case

10:56AM 9  there happens to be any dispute.  I don't think there will be,

10:56AM 10 but --

10:56AM 11     MR. MAZE:  In fact, I would --

10:56AM 12         Corey Maze, State of Alabama.

10:56AM 13         -- to make sure that everyone knows that, as far as

10:56AM 14 the State of Alabama is concerned, we've agreed with Anadarko and

10:56AM 15 BP both to extend the Motion to Compel deadline to August 3rd.

10:57AM 16 We think that -- and we'll probably do this update later on the

10:57AM 17 State's discovery, but we think we'll have everything to everyone

10:57AM 18 by a date that allows August the 3rd to be about two weeks to

10:57AM 19 look it over before they file motions.  That will give us

10:57AM 20 sufficient time to deal with Anadarko, as well.

10:57AM 21     THE COURT:  Good.  Great, great, great.  Good progress.

10:57AM 22     MR. FITCH:  Secondly, Judge, there is a little bit of

10:57AM 23 confusion on the part of my client, and perhaps on others, on

10:57AM 24 exactly what the -- if any, the written discovery cutoff or

10:57AM 25 cutoffs are at the present time.  That may have bearing on

10:57AM  1    discovery served by BP on July 1 to both Anadarko and

10:57AM  2    Halliburton.

10:57AM  3                I think that, which is very unusual, even Mr. York

10:57AM  4    has some confusion.  Usually, he doesn't in most of these

10:57AM  5    matters.

10:57AM  6                I don't know particularly that we need to discuss

10:58AM  7    it this morning.  If you have any guidance, terrific, obviously;

10:58AM  8    but, it's something we would, if you prefer, we would touch base

10:58AM  9    with --

10:58AM 10          THE COURT:  This is Phase I discovery?

10:58AM 11          MR. FITCH:  Oh, absolutely.

10:58AM 12                -- something we could touch base with BP on first,

10:58AM 13    but it is running around right now.

10:58AM 14          THE COURT:  We'll pull out our notes and maybe get some

10:58AM 15    e-mail circulated on what we think the deadline is.

10:58AM 16          MR. FITCH:  That might be very helpful, indeed.  Thank

10:58AM 17    you.

10:58AM 18          THE COURT:  All right.  Let's see.  We are still working

10:58AM 19    on the *in camera* submissions relative to the MOEX settlement.  Do

10:58AM 20    we have any updates on meet and confer, or is that just going to

10:58AM 21    be submitted, which is fine?

10:58AM 22          MR. LANGAN:  Andy Langan for BP, Your Honor.

10:58AM 23                I don't know if this is directly responsive, but,

10:58AM 24    on the 12th of July, we're going to make the Weatherford

10:59AM 25    agreement in a redacted form and the MOEX agreement available

10:59AM 1    again, this time to Cameron, which had not had an opportunity to

10:59AM 2    see it, and make the Weatherford agreement available to

10:59AM 3    everybody.

10:59AM 4             I believe we will respond to the PSC and

10:59AM 5    Halliburton's and Transocean's filings by July 13th, I think.

10:59AM 6             THE COURT:  That's right.  July 13th.

10:59AM 7             MR. LANGAN:  Thank you for that.

10:59AM 8             THE COURT:  No problem.  I understand that Cameron had

10:59AM 9    not seen it --

10:59AM 10            MR. LANGAN:  Right.

10:59AM 11            THE COURT:  -- so they've got an extension, as well.  So

10:59AM 12   we'll take it up in due course and issue a ruling.

10:59AM 13            MR. LANGAN:  Very good.

10:59AM 14            THE COURT:  Thank you.

10:59AM 15            All right.  Let's get a report from Transocean

10:59AM 16   relative to where we stand on production of the custodial file

10:59AM 17   for Mr. Boughton, as well as anything else that we're looking for

10:59AM 18   on the internal report.

11:00AM 19            MR. MILLER:  Kerry Miller for Transocean, Your Honor.

11:00AM 20            The current status of where we are on the internal

11:00AM 21   report, I think, is as follows.

11:00AM 22            Bill Ambrose, I think, is the actual primary

11:00AM 23   corporate rep and deponent on the issue of the custodial file.

11:00AM 24   His custodial file production, I think, is being made -- or the

11:00AM 25   start of it is today, Friday, July 8th.

11:00AM 1          Mr. Boughton certainly is the internal report

11:00AM 2   person most directly involved with BOP issues, and so his

11:01AM 3   custodial file is also coming out in rolling fashion more than

11:01AM 4   10 days in advance of his deposition.

11:01AM 5          We have taken and are looking for dates for

11:01AM 6   Dan Farr and Rob Turlak, other internal report or internal team

11:01AM 7   members; although, I've got to say it appears that Mr. Turlak

11:01AM 8   held a very minor role, maybe, in that process, so we may be back

11:01AM 9   with Your Honor next Friday limiting him or a more detailed

11:01AM 10  response, but we are looking to provide dates for Mr. Farr.

11:01AM 11          THE COURT:  Great.  Okay, anything on that, Andy?

11:01AM 12          MR. LANGAN:  Your Honor, just this.  We appreciate

11:01AM 13  Transocean's efforts in this regard.  I know that on the 5th of

11:01AM 14  July, I think they answered a couple of interrogatories, which is

11:01AM 15  helpful.

11:01AM 16          I'd just ask one, perhaps, follow-up thing.  We may

11:01AM 17  have covered this before, but just to reemphasize.  The

11:02AM 18  interrogatory answer gave a long list of names of people that

11:02AM 19  were involved in the investigation and people who, I think, were

11:02AM 20  interviewed by the investigation team.

11:02AM 21          What it really didn't do was give some clarity to

11:02AM 22  how the team was organized.  So, I guess I renew my request for

11:02AM 23  either an existing org chart or that one be created or that

11:02AM 24  some -- before we depose Mr. Ambrose, wouldn't it be helpful --

11:02AM 25          THE COURT:  Yes, I think it would be helpful to have, if

11:02AM  1   nothing else, just a brief explanation of who is the top guy, who

11:02AM  2   under him, and then what the --

11:02AM  3           MR. LANGAN:  Subject matter areas.

11:02AM  4           THE COURT:  Yes, that would be helpful.

11:02AM  5               Do you think we can do that?

11:02AM  6           MR. MILLER:  Yes, we'll do that.  I know there is a

11:02AM  7   pending issue with Mr. Ambrose's deposition time still.  I think

11:02AM  8   that relates to Don Haycraft's e-mail outage of this week, which

11:02AM  9   I kind of like, but --

11:02AM 10           THE COURT:  I loved it.

11:02AM 11           MR. LANGAN:  He's still here.

11:03AM 12           MR. HAYCRAFT:  In person.

11:03AM 13           THE COURT:  Unfortunately, what happened is when his

11:03AM 14   e-mail went back on, it was like this, this.  It was like a

11:03AM 15   flushing toilet.

11:03AM 16           MR. UNDERHILL:  So stipulated.

11:03AM 17           MR. FITCH:  In how many different ways?

11:03AM 18           MR. MILLER:  I think it's still flushing, by the way.

11:03AM 19           MR. HAYCRAFT:  Yes, flush, flush.

11:03AM 20           MR. MILLER:  Hopefully, we can provide some kind of

11:03AM 21   summary description.  You know, certainly, there would be a guide

11:03AM 22   in Mr. Ambrose's deposition, so that you don't have to ask a

11:03AM 23   million questions about who to talk to and what is his job --

11:03AM 24           MR. LANGAN:  Can we perhaps get that in advance, I mean,

11:03AM 25   and have a date --

11:03AM 1          MR. MILLER:  That's what we're looking for.  But I want

11:03AM 2     to make sure that Mr. Ambrose -- you sent out an order where his

11:03AM 3     deposition time is 900 minutes, which is the full, you know, two

11:03AM 4     days, 15 hours.  I want to make sure we're not going beyond

11:03AM 5     900 minutes, particularly if we can provide some summary of the

11:03AM 6     team.

11:03AM 7          THE COURT:  My intent is not to extend the deposition

11:04AM 8     length.  Those are some long days.  So I would think that it's

11:04AM 9     going to be the rare event that we go beyond that.

11:04AM 10         MR. MILLER:  If we are able to do it, I just want to

11:04AM 11    make sure there is going to be no work product waivers or

11:04AM 12    anything like that.  We'll work hard to try and expedite the

11:04AM 13    deposition and provide useful information, but I don't want to

11:04AM 14    see a work product waiver coming from it.

11:04AM 15         THE COURT:  I don't think anybody is going to disagree

11:04AM 16    with that, are we?  Good.

11:04AM 17         MR. LANGAN:  Your Honor, it's Andy Langan.

11:04AM 18          I want to make sure I understand the question.  If

11:04AM 19    the question is if they create an org chart that provides useful

11:04AM 20    information, are we going to turn around and say that waives --

11:04AM 21         THE COURT:  You waived all of your work product --

11:04AM 22         MR. LANGAN:  Your Honor, knowing you, I don't think we'd

11:04AM 23    make that argument.

11:04AM 24         THE COURT:  That's right.  That's right.

11:04AM 25         MR. MILLER:  He's getting good, Your Honor.  I'm

20

11:04AM 1    impressed.

11:04AM 2              MR. LANGAN:  No.  There may be other issues relating to

11:04AM 3    Transocean's investigation --

11:04AM 4              THE COURT:  Positively.

11:04AM 5              MR. LANGAN:  -- that, I mean, the cat is out of the bag

11:04AM 6    and all of that.

11:04AM 7              THE COURT:  Yes.

11:04AM 8              MR. LANGAN:  I don't think that -- I don't hear

11:04AM 9    Mr. Miller saying that we're not entitled to bring those kinds

11:04AM 10   of --

11:05AM 11             THE COURT:  Not at all.  He's saying that if we provide

11:05AM 12   information relative to the organization and how we organized our

11:05AM 13   team, you, you and no one else --

11:05AM 14             MR. LANGAN:  Right.

11:05AM 15             THE COURT:  -- will say that that's any kind of waiver.

11:05AM 16             MR. LANGAN:  Very good.

11:05AM 17             THE CLERK:  Is there a date for that to be done?

11:05AM 18             THE COURT:  When is the first witness on the team?

11:05AM 19             MR. MILLER:  Ambrose is the 18th, and then Boughton is

11:05AM 20   right after him later on in that week.

11:05AM 21             THE COURT:  On the 20th.  I think he's the 20th.

11:05AM 22             MR. MILLER:  Right.

11:05AM 23             THE COURT:  So, if we could -- I mean, obviously,

11:05AM 24   everybody would like to see how the organization was put

11:05AM 25   together.  Do you think we could do it by Wednesday?

11:05AM 1          MR. MILLER:  That's the 13th?

11:05AM 2          MR. ROBERTS:  I would like to see how it was put

11:05AM 3  together.

11:05AM 4          MR. MILLER:  We'll just say yes.

11:05AM 5          THE COURT:  That will give people Thursday, Friday and

11:05AM 6  the weekend to get ready for the deposition.

11:05AM 7          MR. ROBERTS:  The 13th.

11:05AM 8          THE COURT:  Thank you.

11:06AM 9          All right.  Have we gotten ourselves -- oh, I'm

11:06AM 10 sorry, I skipped something on my own agenda.

11:06AM 11         Let's talk about BP's request for the May 2, 2010,

11:06AM 12 Opticem Modeling by Halliburton.  Do you guys want to talk about

11:06AM 13 that?  Andy has raised the issue and has said he's checked, he

11:06AM 14 doesn't see that that was produced.  It appears that Transocean's

11:06AM 15 internal report relies upon that report.

11:06AM 16         So I guess this is something that both Kerry and

11:06AM 17 Halliburton need to --

11:06AM 18         MR. LANGAN:  Apparently, Transocean has pointed out to

11:06AM 19 us it could be that it was in BP's own production, and, if that's

11:06AM 20 the case --

11:06AM 21         THE COURT:  Oops.

11:06AM 22         MR. LANGAN:  Oops.  That's what happens when you produce

11:06AM 23 three and a half million pages.

11:07AM 24         MR. MILLER:  I knew he was going to say that.  I knew he

11:07AM 25 was going to put that spin on it.

11:07AM 1          MR. LANGAN:  If that's the case, then so be it.  But
11:07AM 2    it's an important document.
11:07AM 3          THE COURT:  It sounds like it is.  So, let's -- Kerry,
11:07AM 4    do you know --
11:07AM 5          MR. MILLER:  We actually provided Bates numbers about
11:07AM 6    30 minutes ago where it is, and they bear BP HVN number number
11:07AM 7    number number number.  That's what happens when you put the
11:07AM 8    needle in a haystack.
11:07AM 9          MR. LANGAN:  Thank you.
11:07AM 10         MR. MILLER:  It's just like me when I try and put my
11:07AM 11   keys in a place or wallet in a place, I end up hiding it from
11:07AM 12   myself.  So I think that's what happened.
11:07AM 13         THE COURT:  Thank You, Kerry, for clearing up that
11:07AM 14   mystery.  We'll take that off of our agenda.  That's great.
11:07AM 15              Have we gotten any dates to reschedule
11:07AM 16   Mr. Wheeler's deposition in early August?  Who was going to work
11:07AM 17   on that for us?  I think Mr. Sterbcow probably was in charge of
11:08AM 18   that.
11:08AM 19         MR. STERBCOW:  Wyman Wheeler's deposition I was supposed
11:08AM 20   to reschedule?  He's got a criminal attorney, I think.
11:08AM 21         THE COURT:  Yes, but we were supposed to coordinate --
11:08AM 22         MR. STERBCOW:  Oh, no, no.  He's got a PI attorney,
11:08AM 23   right, Kerry?
11:08AM 24         THE COURT:  He's got a PI attorney, and I think he also
11:08AM 25   has a criminal attorney.

11:08AM 1          MR. MILLER:  The last thing we heard from

11:08AM 2     Brett Robinson, who is his personal injury lawyer, last week -- I

11:08AM 3     don't know if you were here, Paul, or not --

11:08AM 4          MR. STERBCOW:  Right.  I did talk to Brett.

11:08AM 5          MR. MILLER:  -- when they got the deposition continued,

11:08AM 6     it was because of the purported unavailability of his criminal

11:08AM 7     counsel.

11:08AM 8          MR. STERBCOW:  Right.  I don't have an answer about

11:08AM 9     that.  But I did -- now -- I was out late.

11:08AM 10          MR. MILLER:  But I think Brett is the point of contact

11:08AM 11     to set the deposition.  It's his job to make sure that

11:08AM 12     Mr. Wheeler has criminal counsel present, if, in fact, he wants

11:08AM 13     to have criminal counsel present.

11:08AM 14          MR. STERBCOW:  That's the agreement that I had with

11:09AM 15     Brett.  He has not gotten back to me, so I'll follow up with him.

11:09AM 16          THE COURT:  Great.  That will be great.

11:09AM 17               Then we also wanted to touch base on Don Vidrine

11:09AM 18     and his health issues.

11:09AM 19          MR. STERBCOW:  I did talk to his counsel, and I just

11:09AM 20     didn't get a return phone call yet.

11:09AM 21               But I will say, there seems to be a ray of hope

11:09AM 22     that maybe we'll get Vidrine in August.  The tone was a little

11:09AM 23     different.

11:09AM 24          THE COURT:  Things are looking up.

11:09AM 25               Kerry, anything to talk about on the interpleader

11:09AM 1    action?

11:09AM 2           MR. MILLER:  Yes, Your Honor.  The parties have been

11:09AM 3    meeting and conferring.  We had a -- we shared a document after

11:09AM 4    our conference last Friday with the other interested parties, a

11:09AM 5    proposed agreed order.  We then had a conference call about it

11:09AM 6    yesterday, in which the parties exchanged some ideas.

11:09AM 7           The ball is now in BP and Anadarko's court to give

11:09AM 8    us a redline, or their edits to our proposed document.  The idea

11:10AM 9    is that that would be submitted before next Friday, so we could

11:10AM 10   give a report to Your Honor as to whether or not we have an

11:10AM 11   agreement, we're close to an agreement, or we're at an impasse

11:10AM 12   and we need court intervention.

11:10AM 13          THE COURT:  Great.  Good, good, good.

11:10AM 14          MR. GOODWIN:  David Goodwin for BP on the insurance

11:10AM 15   issues.

11:10AM 16          Your Honor, we had a very productive call.  I would

11:10AM 17   like to think that we had an agreement in principle, but the

11:10AM 18   details are in the drafting.

11:10AM 19          I think we will all try to submit something to the

11:10AM 20   Court by next Friday.  I will say it may take a little longer,

11:10AM 21   but we will be getting a revised draft back to Transocean next

11:10AM 22   week.

11:10AM 23          THE COURT:  Great.  I appreciate it.  Thank you.

11:10AM 24          Let's see.  Andy, how do we look on Chevron

11:10AM 25   30(b)(6)?

| | | |
|---|---|---|
| 11:10AM | 1 | MR. LANGAN:  Andy Langan for BP, Your Honor. |
| 11:10AM | 2 | We look pretty good.  A couple things on that. |
| 11:11AM | 3 | First of all, we circulated a draft of the subpoena we propose to |
| 11:11AM | 4 | serve on Chevron.  I don't recall getting any comments on it. |
| 11:11AM | 5 | Maybe it's not very controversial.  So we're going to serve that |
| 11:11AM | 6 | in the next day or so. |
| 11:11AM | 7 | The dates that Chevron has agreed to are August 17 |
| 11:11AM | 8 | and 18 for this deposition.  So I don't know if somebody wants to |
| 11:11AM | 9 | mark the calendar. |
| 11:11AM | 10 | THE COURT:  That's why Corey is back in town.  We're |
| 11:11AM | 11 | glad to have you, Corey. |
| 11:11AM | 12 | MR. LANGAN:  We sent an e-mail around earlier. |
| 11:11AM | 13 | THE COURT:  You had some able fill-ins, but they just |
| 11:11AM | 14 | didn't have your flare. |
| 11:11AM | 15 | MR. MAZE:  I practiced my cursive writing for the whole |
| 11:11AM | 16 | month of June. |
| 11:11AM | 17 | THE COURT:  I said able, Mr. Irpino. |
| 11:11AM | 18 | MR. LANGAN:  August 17 and 18. |
| 11:11AM | 19 | THE COURT:  That's great.  So that's going to be Chevron |
| 11:11AM | 20 | 30(b)(6).  It's a gentleman by the name of Craig Gardner, or at |
| 11:11AM | 21 | least that's who we think it's going to be. |
| 11:11AM | 22 | MR. LANGAN:  I think so.  I can't vouch a hundred |
| 11:12AM | 23 | percent. |
| 11:12AM | 24 | THE COURT:  We're not going to hold you or Chevron to |
| 11:12AM | 25 | that if they -- |

11:12AM 1     MR. LANGAN:  Your Honor, not to retread old ground.  May

11:12AM 2     I raise one other issue about Transocean?

11:12AM 3         THE COURT:  Sure.

11:12AM 4         MR. LANGAN:  It could be that they are going to be in

11:12AM 5     the custodial files, but we just want to make sure the interview

11:12AM 6     notes that the team took hopefully are at the front end.

11:12AM 7             Maybe they've already been produced in part, and I

11:12AM 8     certainly don't want to suggest that they haven't, but I just --

11:12AM 9     could we get some assurance that the interview notes are going to

11:12AM 10    be part of the predeposition production and be at the front of

11:12AM 11    the line?

11:12AM 12        THE COURT:  If Kerry is listening to you, he could; but,

11:12AM 13    he's reading his e-mail, so.

11:12AM 14        MR. MILLER:  At least it's in this case, though,

11:12AM 15    Your Honor, so I'm not double billing.

11:12AM 16        THE COURT:  Kerry, it's with regard to the --

11:12AM 17        MR. MILLER:  I understand.  I'm looking.

11:12AM 18        MR. ROBERTS:  They are all in BP's records already.  We

11:12AM 19    got them out of their file.  They were a BP agent.

11:12AM 20        THE COURT:  Would you check and advise everybody as to

11:13AM 21    whether or not that will be at the front end, if possible?

11:13AM 22        MR. MILLER:  Yes.  We'll see how we can highlight the

11:13AM 23    Bates ranges for those documents in the production, I think is

11:13AM 24    the way they do it.

11:13AM 25        THE COURT:  Great.  Perfect.

11:13AM 1          Okay.  Thank you, I appreciate that.

11:13AM 2          I'm just going to assume nobody has a report on

11:13AM 3  Mr. Eddy Redd?  Mr. Eddy Redd?

11:13AM 4          Don, do you have anything on James Bement?

11:13AM 5          MR. GODWIN:  Yes, Your Honor.  Good morning, Judge.

11:13AM 6  Don Godwin for Halliburton.

11:13AM 7          For Mr. Bement, he's available September 7, 8, 19,

11:13AM 8  20, 22, and 23.

11:14AM 9          THE COURT:  All right.  PSC, do you want to choose it?

11:14AM 10         MR. STERBCOW:  He's a Phase I guy?

11:14AM 11         THE COURT:  He is.

11:14AM 12         MR. MAZE:  You have Labor Day break for September 7th.

11:14AM 13         MR. STERBCOW:  Did you say 21, 22?

11:14AM 14         MR. GODWIN:  Yes, 22, 23, not 21.

11:14AM 15         MR. MAZE:  19, 20, 22, 23.  Every day but Wednesday.

11:14AM 16         MR. STERBCOW:  Let's do 20.

11:14AM 17         THE COURT:  Let's go for 20, Don.

11:14AM 18         MR. GODWIN:  Okay, Your Honor.

11:14AM 19         THE COURT:  Next, we've got Mr. Prestidge.

11:14AM 20         MR. GODWIN:  Yes, Your Honor.  Any time the week of

11:14AM 21  September 12 or the week of September 19.

11:14AM 22         THE COURT:  Great.  Do you want to do 21, which would be

11:14AM 23  20, 21 for the two Halliburton people, Paul?

11:14AM 24         MR. STERBCOW:  Yes.  That's fine.

11:14AM 25         THE COURT:  21.

11:14AM 1          MR. GODWIN:  Thank you, Your Honor.

11:14AM 2          THE COURT:  All right.

11:14AM 3          MR. GODWIN:  Judge, while I'm up, can I mention --

11:14AM 4          THE COURT:  Yes, sir.

11:15AM 5          MR. GODWIN:  -- we have on the calendar another

11:15AM 6  Halliburton employee, Mr. Kurt Kronenberger --

11:15AM 7          THE COURT:  Yes, sir.

11:15AM 8          MR. GODWIN:  -- for July 29.  We have been informed,

11:15AM 9  he's got a family issue that has come up.  He would ask and we

11:15AM 10 would hope to be able to reschedule his depo to either August 1

11:15AM 11 or August 2, just a couple days later.

11:15AM 12          He's had a family issue come up that necessitates

11:15AM 13 that he attend to that; and, if we could have that moved to

11:15AM 14 either of those two dates, it would be much appreciated.

11:15AM 15         THE COURT:  Well, the good news is we don't have

11:15AM 16 anything scheduled on those dates.

11:15AM 17         MR. GODWIN:  Which day do you prefer, Paul?

11:15AM 18         THE COURT:  Do you want to do the 2nd, Paul, 1st; does

11:15AM 19 it matter?

11:15AM 20         MR. STERBCOW:  It doesn't matter.

11:15AM 21         THE COURT:  Let's go for the 2nd.

11:15AM 22         MR. GODWIN:  All right, Judge.  I'll so inform the

11:15AM 23 witness.  Thank you, Your Honor.

11:15AM 24         THE COURT:  Thank you.

11:15AM 25         MR. UNDERHILL:  When was he previously scheduled?

11:15AM  1          THE COURT:  He was previously scheduled the 29th of

11:15AM  2  July.

11:15AM  3               Andy, I think you're back up.

11:16AM  4          MR. LANGAN:  Your Honor, with respect to Mr. Birrell,

11:16AM  5  Mr. Frazelle and Mr. Lacy, we are still looking for dates for all

11:16AM  6  three of those gentlemen.  I have no dates today.

11:16AM  7          THE COURT:  All right.

11:16AM  8          MR. LANGAN:  So I do have some other scheduling things I

11:16AM  9  would like to get in the hopper whenever it's convenient for

11:16AM 10  Your Honor.

11:16AM 11          THE COURT:  Sure.  I'm ready to talk to you about

11:16AM 12  Mr. Neil Shaw.

11:16AM 13          MR. LANGAN:  A week ago, we talked about -- we're still

11:16AM 14  talking to Anadarko.  We still need to get back with them, I

11:16AM 15  think.

11:16AM 16          THE COURT:  Fine, no problem.

11:16AM 17               Phone participants, phone participants, whoever has

11:16AM 18  got a lot of background noise, please put your phone on mute

11:16AM 19  because it's distracting.  Thank you.

11:16AM 20          MR. FITCH:  Judge, Tony Fitch for Anadarko.

11:16AM 21               I'll get back to Andy with respect to Neil Shaw now

11:17AM 22  by saying that we will forgo that request.

11:17AM 23          MR. LANGAN:  Thank you.  Thank you.

11:17AM 24          THE COURT:  Lovely.  Thank you.

11:17AM 25               Andy, we were looking for Mr. Thorseth,

11:17AM 1   T-H-O-R-S-E-T-H.

11:17AM 2       MR. LANGAN:  Yes.  We're working on dates for him.  I

11:17AM 3   just wanted to flag one issue.  He is very shortly moving to the

11:17AM 4   UK, so Thorseth may become a UK dep.

11:17AM 5       THE COURT:  If he does, then, obviously, we would like

11:17AM 6   to schedule him in connection with.

11:17AM 7       MR. LANGAN:  I understand.  Yes.

11:17AM 8       I have two issues that kind of relate to that.  I

11:17AM 9   don't necessarily cast these as good news, so let me just tell

11:17AM 10  you what they are.

11:17AM 11      First of all, the calendar makes this point better

11:17AM 12  than I possibly could in words.  The 27th and 28th of July,

11:17AM 13  Mr. Daly is tentatively set to go to the UK, right?  Mr. Daly.

11:18AM 14      That's a lot of depositions.  I'm here to ask if

11:18AM 15  Your Honor would consider having Mr. Daly pushed off into August

11:18AM 16  or early September or something.  I know he's an important

11:18AM 17  witness; but, frankly, given the competing concerns we have --

11:18AM 18  and, therefore, we might be able to couple him with Mr. Thorseth

11:18AM 19  at that time in a subsequent UK kill-two-birds-with-one-stone

11:18AM 20  thing.  That's my proposal.

11:18AM 21      THE COURT:  Let's hear from PSC as to the importance of

11:18AM 22  getting Mr. Daly prior to the end of July.

11:18AM 23      MR. STERBCOW:  Your Honor, for us it's more of a

11:18AM 24  logistical issue because we're trying to send one lawyer back to

11:18AM 25  London one time, for cost purposes.  Mr. Inglis is etched in

11:19AM 1    stone on the 21st and 22nd.

11:19AM 2            So what we were going to do is send a lawyer there

11:19AM 3    and just have him stay for a week, because there is nothing we

11:19AM 4    can do about it.  Now, we're going to have to make at least two

11:19AM 5    more trips, and, for that reason, we can't agree to this.  I

11:19AM 6    mean, if it happens because we're ordered to, we will, but we

11:19AM 7    can't do it.

11:19AM 8            THE COURT:  Where do you get the two more trips?

11:19AM 9            MR. STERBCOW:  Well, we'll have to go for Inglis, come

11:19AM 10   home, and then send somebody else back over --

11:19AM 11           THE COURT:  I see.

11:19AM 12           MR. STERBCOW:  -- whenever we're going to have to go

11:19AM 13   back over.

11:19AM 14           MR. LANGAN:  With Thorseth, that's going to be true

11:19AM 15   regardless, I think.

11:19AM 16           Also, I don't want to rule out the possibility --

11:19AM 17   I've checked, as Your Honor requested I do, to see if Mr. Daly

11:19AM 18   could be done in the US in the foreseeable future.  We have

11:19AM 19   checked.  It's not going to work.

11:19AM 20           If he's -- maybe there's an opportunity for

11:19AM 21   Mr. Daly to be state side.  I can't promise that, but it's

11:19AM 22   possible.  He's got personal counsel and everything.  But I know

11:19AM 23   that this is really putting a lot of stress upon us.

11:20AM 24           THE COURT:  Okay.

11:20AM 25           MR. UNDERHILL:  Mike Underhill for the US.

11:20AM 1     He presents a logistical issue for us.  We're

11:20AM 2 trying to do the same thing with one attorney to cover both.

11:20AM 3     But, as an added issue, we need to send at least

11:20AM 4 one, possibly two paralegals over to assist with documents.  The

11:20AM 5 building that we've rented an entire floor on in London, our

11:20AM 6 lease comes up, I think, before the September period would be

11:20AM 7 there.  So it's not just the attorneys, the expense, the

11:20AM 8 paralegal, it's also office space that we rented, and we'll be

11:20AM 9 out of the loop, possibly, by that time.

11:20AM 10   THE COURT:  Neither Mr. Daly nor Mr. Thorseth can be

11:20AM 11 available earlier than the end of July?

11:20AM 12   MR. LANGAN:  I know that's true for Mr. Daly.  I believe

11:20AM 13 that's true for Mr. Thorseth.

11:21AM 14   THE COURT:  That's not good.

11:21AM 15    The only other thing I can think of is if they

11:21AM 16 would agree to come to the states, that would be helpful.  Do you

11:21AM 17 want to see if that's a possibility?

11:21AM 18   MR. LANGAN:  So, as I understand it, the choice you're

11:21AM 19 suggesting is 27 and 28 in London; and, if not that, then

11:21AM 20 Mr. Daly has to be in the states sometime thereafter?  Is that

11:21AM 21 kind of where we are?

11:21AM 22   THE COURT:  I think that would make sense, and I would

11:21AM 23 like to make that inquiry, yes.

11:21AM 24   MR. LANGAN:  Your Honor, I think that's not unfair.

11:21AM 25   THE COURT:  So let's see if we can reach an agreement on

11:21AM 1   that issue.  If they really can't be available that last week in

11:22AM 2   July, let's see if we can accommodate them and they us by coming

11:22AM 3   to the states.

11:22AM 4          MR. LANGAN:  I'll work on that.

11:22AM 5          THE COURT:  Tell them we'll be very hospitable to them.

11:22AM 6          MR. LANGAN:  Your Honor, I have another scheduling issue

11:22AM 7   which, again, is not in the nature of great news.

11:22AM 8          We have a 30(b)(6) designee that is set for

11:22AM 9   July 13, Mr. Dennis Sustala.  The question that has been raised

11:22AM 10  for me to raise with Your Honor was would it be possible for

11:22AM 11  Mr. Sustala to be instead produced on July 28 or 29?  Well, the

11:22AM 12  29th is not bad.

11:22AM 13         THE COURT:  No, the 29th is not bad.

11:22AM 14         MR. LANGAN:  So, I, again --

11:22AM 15         THE COURT:  I think no to 28th.

11:22AM 16         Does PSC have any problem?  Your 13th doesn't look

11:23AM 17  great either, guys.  You would be better off taking him on the

11:23AM 18  29th.

11:23AM 19         MR. STERBCOW:  29th is fine, Judge.

11:23AM 20         THE COURT:  We're going to move him to the 29th.

11:23AM 21         MR. LANGAN:  Your Honor, I appreciate that.  Thanks to

11:23AM 22  the PSC and Mr. Underhill.  That's a big help.  Thank you.

11:23AM 23         THE COURT:  Okay.

11:23AM 24         MR. LANGAN:  One of these days, I'll have good news.

11:23AM 25         THE COURT:  Listen, you will, you will.  We're counting

| | | |
|---|---|---|
| 11:23AM | 1 | on you, Andy. |
| 11:23AM | 2 | Did we cover Keplinger? |
| 11:23AM | 3 | MR. MILLER:  Your Honor, I provided contact information |
| 11:23AM | 4 | to -- |
| 11:23AM | 5 | THE COURT:  To BP. |
| 11:23AM | 6 | MR. MILLER:  -- to BP, and I talked to Ryan in Andy's |
| 11:23AM | 7 | office yesterday about Keplinger and Trahan.  I think Ryan is in |
| 11:23AM | 8 | contact with their personal attorneys. |
| 11:23AM | 9 | THE COURT:  So we'll go ahead and continue those on the |
| 11:23AM | 10 | agenda. |
| 11:23AM | 11 | What about Mr. Jimmy Moore? |
| 11:24AM | 12 | MR. MILLER:  Your Honor, I think he has availability the |
| 11:24AM | 13 | first week of October.  He's got some personal issues in |
| 11:24AM | 14 | September, but, the first week of October, if you want to put him |
| 11:24AM | 15 | down. |
| 11:24AM | 16 | THE COURT:  All right.  Let's take a look, Corey. |
| 11:24AM | 17 | MR. MILLER:  That's a one-day depo. |
| 11:24AM | 18 | THE COURT:  One-day depo. |
| 11:24AM | 19 | MR. MAZE:  Did you say first week of September? |
| 11:24AM | 20 | THE COURT:  October. |
| 11:24AM | 21 | MR. MILLER:  October. |
| 11:24AM | 22 | THE COURT:  There you go.  Okay.  Does anybody care? |
| 11:24AM | 23 | MR. MILLER:  Try Tuesday or Wednesday, I guess. |
| 11:24AM | 24 | THE COURT:  Why don't we go for the 4th; is that okay? |
| 11:24AM | 25 | MR. MAZE:  Last name, Kerry? |

11:24AM 1        MR. MILLER:  Moore, M-O-O-R-E, Jay Moore.

11:24AM 2        THE COURT:  Any update on Mr. Oldfather?  If not, it's

11:25AM 3   okay.  We'll carry it over.

11:25AM 4        MR. RUSSO:  Gary Russo, Your Honor, on behalf of

11:25AM 5   Weatherford.

11:25AM 6              No updates.

11:25AM 7        THE COURT:  Thank you, Gary.

11:25AM 8        THE CLERK:  Judge, did you skip --

11:25AM 9        THE COURT:  I sure did.  I skipped the M-I people.

11:25AM 10  Stephen Johnson, Doyle Maxie, M-A-X-I-E, and Gregory Meeche,

11:25AM 11  M-E-E-C-H-E.

11:25AM 12       MR. LUXTON:  Good morning, Your Honor.  Steve Luxton for

11:25AM 13  M-I.

11:25AM 14             We're looking into dates for all of those gentlemen

11:25AM 15  and hope to have something for the Court soon.

11:25AM 16       THE COURT:  Good.

11:25AM 17       MR. LUXTON:  In addition, while I'm up, if I could

11:25AM 18  address Mr. Lindner's deposition.

11:25AM 19       THE COURT:  Yes, that's perfect timing because that's

11:25AM 20  next up.

11:25AM 21       MR. LUXTON:  We had respectfully requested that it be

11:25AM 22  moved from the 14th and 15th and did not hear any objection.  It

11:26AM 23  would be -- in speaking to Mr. Lindner and looking at the dates,

11:26AM 24  we could do it on the 27th and 28th.  I know they are not --

11:26AM 25       MR. STERBCOW:  No.  The e-mail we got said the 18th or

11:26AM 1  the 25th, and we were prepared for the 18th.  There is no --

11:26AM 2  we're spread too thin on the 27th and 28th.

11:26AM 3         THE COURT:  What happened to the availability on the

11:26AM 4  18th?

11:26AM 5         MR. LUXTON:  I was not aware of -- no, I wasn't involved

11:26AM 6  in that correspondence, so.

11:26AM 7         MR. STERBCOW:  It was just an e-mail that said we would

11:26AM 8  like to move it, and the two dates we're looking at are the 18th

11:26AM 9  or the 25th.

11:26AM 10         THE COURT:  Who did that come from, Paul?

11:26AM 11         MR. STERBCOW:  I think the e-mail came from Hugh Tanner.

11:26AM 12         THE COURT:  I think it came from Hugh.

11:26AM 13         MR. LUXTON:  It may have.

11:26AM 14         THE COURT:  Would you check with Hugh --

11:26AM 15         MR. LUXTON:  I sure will.

11:26AM 16         THE COURT:  -- and see if we've got availability on the

11:26AM 17  18th or -- well, the 18th would be the best --

11:27AM 18         MR. STERBCOW:  Perfect, right.

11:27AM 19         THE COURT:  -- would be perfect.  See if there is a

11:27AM 20  misunderstanding on that, because the 27th, 28th looks just

11:27AM 21  dreadful.

11:27AM 22         If there has been a misunderstanding, let's see

11:27AM 23  what other dates he might be available.  Is that a one or a

11:27AM 24  two-day deposition?

11:27AM 25         MR. STERBCOW:  Two.

11:27AM 1        MR. LUXTON:  I believe, two-day, Your Honor.

11:27AM 2        THE COURT:  So let's go back and clarify his

11:27AM 3   availability.  If we could, we'd take him on the 18th, 19th, or

11:27AM 4   18th and 20th, if we're reading Hugh's e-mail correctly.  If not,

11:27AM 5   let's see if we can get another couple of dates from him because

11:27AM 6   I just don't see how we're going to cover him on the 27th and

11:27AM 7   28th.

11:27AM 8        MR. LUXTON:  Can we officially take him off the 14th and

11:27AM 9   15th, though?

11:27AM 10       THE COURT:  I think, no opposition as long as we can

11:27AM 11  reschedule him on a date where we can accommodate.

11:27AM 12       MR. LUXTON:  I promise to look into it, Your Honor.

11:27AM 13       THE COURT:  I know you do.  I appreciate it.

11:28AM 14       MR. LUXTON:  Thank you.

11:28AM 15       THE COURT:  Just explain to him that I think we've got

11:28AM 16  eight or nine witnesses on the two days that he's suggested to

11:28AM 17  us --

11:28AM 18       MR. LUXTON:  Okay.

11:28AM 19       THE COURT:  -- can he work with us.

11:28AM 20       MR. LUXTON:  Sure.  Will do.  Thank you, Your Honor.

11:28AM 21       THE COURT:  Thank you.

11:28AM 22       MR. MILLER:  Your Honor, while we're on the topic of

11:28AM 23  July 27 and 28, one of the Transocean witnesses that's scheduled

11:28AM 24  on those dates, John Keeton.

11:28AM 25            You may recall, he was a gentleman I mentioned a

11:28AM 1   couple of conferences ago who was set to be in Liberia most of

11:28AM 2   the month of July.  His stint in Liberia has been extended to

11:28AM 3   August 11th, so I got a request to see if we can put his

11:28AM 4   deposition on August 17 and 18.  Would that be a problem for the

11:28AM 5   parties?

11:28AM 6           THE COURT:  PSC?

11:28AM 7           MR. STERBCOW:  Fine with us.

11:28AM 8           THE COURT:  That takes him off of those days, so that's

11:28AM 9   good.  That provides a little welcome relief.  So you're looking

11:28AM 10   at August 17, 18?

11:28AM 11           MR. MILLER:  August 17 and 18 for Jonathan Keeton.

11:28AM 12           THE COURT:  Okay.  Great.  Thanks, PSC.

11:29AM 13           Andy, have we got anything to take tentative off of

11:29AM 14   Mark Alberty, A-L-B-E-R-T-Y?

11:29AM 15           MR. LANGAN:  Yes.  July 25 and 26 are confirmed.

11:29AM 16           THE COURT:  Confirmed.  Thank you.

11:29AM 17           MR. LANGAN:  Similarly, Charles Bondurant, August 23rd,

11:29AM 18   confirmed.

11:29AM 19           THE COURT:  Great.  Bondurant, B-O-N-D-U-R-A-N-T.

11:29AM 20   August 23rd, confirmed.

11:29AM 21           MR. LANGAN:  As long as we're looking at this page,

11:29AM 22   Your Honor, Sherrie Douglass, which we had put down for

11:29AM 23   September 28, I am now told -- I don't know if it's her personal

11:29AM 24   counsel or her that can't do it, and we would like to change it

11:29AM 25   to the second week in October, if possible.  Sherrie Douglass.

| | | |
|---|---|---|
| 11:29AM | 1 | So, the PSC or anybody, any day in the second week |
| 11:30AM | 2 | in October. |
| 11:30AM | 3 | THE COURT:  Thank you. |
| 11:30AM | 4 | Y'all want to pick a date? |
| 11:30AM | 5 | MR. STERBCOW:  How about the 11th? |
| 11:30AM | 6 | THE COURT:  11th. |
| 11:30AM | 7 | MR. LANGAN:  Yes.  Thank you. |
| 11:30AM | 8 | THE COURT:  Good, good, good. |
| 11:30AM | 9 | MR. LANGAN:  Your Honor, as long as I am up, I think |
| 11:30AM | 10 | Your Honor issued a ruling, I think it's Beirute, B-E-I-R-U-T-E, |
| 11:30AM | 11 | who is a BP consultant, I think there are some limits on the dep. |
| 11:30AM | 12 | I just wanted to let you know that we are in contact with him, |
| 11:30AM | 13 | and we hope to get dates in late August, with exact dates to be |
| 11:30AM | 14 | determined, but we know that's on our list. |
| 11:30AM | 15 | THE COURT:  Good, thank you. |
| 11:30AM | 16 | What about Mr. McKay?  We had him down as tentative |
| 11:30AM | 17 | for November 3 and 4. |
| 11:30AM | 18 | MR. LANGAN:  I think the reason that was tentative is |
| 11:30AM | 19 | not because of his schedule, just because we recognize it's a |
| 11:30AM | 20 | little later. |
| 11:30AM | 21 | So, I mean, we're happy to go with those dates, but |
| 11:31AM | 22 | I know -- for instance, Mr. Godwin was not here last time when |
| 11:31AM | 23 | these dates were raised, and there was some reason to believe |
| 11:31AM | 24 | that maybe he didn't like that, I don't know. |
| 11:31AM | 25 | MR. GODWIN:  Didn't like what, Andy? |

11:31AM   1          MR. LANGAN:  Nothing.

11:31AM   2          THE COURT:  Andy, moving right along to my next agenda

11:31AM   3   item.

11:31AM   4          Don, the issue was that we have tentatively, in

11:31AM   5   your absence, scheduled Mr. Lamar McKay for November 3 and 4.  We

11:31AM   6   assume you think that's fine.

11:31AM   7          MR. GODWIN:  That's fine with me, Judge.

11:31AM   8          MR. LANGAN:  We can put that down as confirmed then.

11:31AM   9          THE COURT:  We're going to confirm Mr. McKay.  He will

11:31AM  10   no longer be tentative.

11:31AM  11          MR. GODWIN:  We were hoping to do it earlier,

11:31AM  12   Your Honor, but we understand November 3 and 4, and we're fine

11:31AM  13   with it.

11:31AM  14          THE COURT:  Thank you, Don.

11:31AM  15          MR. GODWIN:  You're welcome, Judge.

11:31AM  16          MR. LANGAN:  Thank you.

11:31AM  17          MR. GODWIN:  Thank you, Andy.

11:32AM  18          THE COURT:  Okay, have I covered everybody on that list?

11:32AM  19          All right.  Then, we're going to get to -- I think

11:32AM  20   we've ruled on all requests for additional time in July.  If

11:32AM  21   we've missed anybody, please call it to our attention.

11:32AM  22          MR. STERBCOW:  I don't think we've missed anything.  I'm

11:32AM  23   not sure if you want to take this now.  It's something that just

11:32AM  24   came up about Brian Morel.

11:32AM  25          THE COURT:  Let's hear it.

11:32AM 1          MR. STERBCOW:  Paul Sterbcow.

11:32AM 2               I heard from his criminal counsel, and he's now

11:32AM 3  going to be a one-day, definite Fifth Amendment.  That's not

11:32AM 4  going to change.

11:32AM 5               They would like to do his deposition on the 21st.

11:32AM 6  What I told them was that we also had Mr. Hafle's Fifth Amendment

11:32AM 7  deposition on the 21st, and the PSC does not want to do two in

11:32AM 8  the same day.  We would like to have the same lawyer take both.

11:32AM 9               So where we stand now is I'm waiting to hear from

11:33AM 10 Mr. Hafle's lawyer to see if he can go on the 22nd.  If he'll do

11:33AM 11 that, then we'll do Morel 21, Hafle 22, and it will be fine.

11:33AM 12         THE COURT:  Let's put Morel down question mark,

11:33AM 13 tentative --

11:33AM 14         MR. STERBCOW:  On 21.

11:33AM 15         THE COURT:  -- on 21.

11:33AM 16         MR. STERBCOW:  I'll be able to report -- hopefully,

11:33AM 17 before Friday I'll send an e-mail.

11:33AM 18         THE COURT:  Fine.  That's fine.

11:33AM 19         MS. KUCHLER:  21 or 22?

11:33AM 20         MR. STERBCOW:  21 for Morel and 22 for Hafle.  That's

11:33AM 21 what we're trying to do now.

11:33AM 22         THE COURT:  Right.  Good.  Thank you, Paul.

11:33AM 23         MR. TSEKERIDES:  How are you, Your Honor?

11:33AM 24 Ted Tsekerides for the Clean-Up Responders.

11:33AM 25         THE COURT:  I'm fine, Ted.  How are you?

11:33AM 1    MR. TSEKERIDES:  I'm doing all right.

11:33AM 2         There were two for the Clean-Up Responders.

11:33AM 3    Andy Inglis, I know Nalco has been trying to get some time,

11:33AM 4    looking for 30 minutes.  I know they've reached out to

11:33AM 5    Mr. Underhill, and they were trying to work something out, but

11:33AM 6    I've got an e-mail today that it's still open.  So we're looking

11:33AM 7    for 20 from the government; but, overall, 30 for the Clean-Up

11:34AM 8    Responders for Andy Inglis.  That's in London.  I know Nalco is

11:34AM 9    planning on going to that.

11:34AM 10        THE COURT:  So if Mr. Underhill --

11:34AM 11        MR. UNDERHILL:  No, no.  Mr. O'Rourke kindly said done

11:34AM 12   deal.

11:34AM 13        THE COURT:  Done deal.  So you're looking for

11:34AM 14   10 minutes.

11:34AM 15        MR. TSEKERIDES:  10 minutes.

11:34AM 16        MR. MAZE:  We can give 10 minutes.

11:34AM 17        THE COURT:  You've got your 30.

11:34AM 18        MS. TSEKERIDES:  Mary Rose, are you on the line?

11:34AM 19        MS. ALEXANDER:  Yes, I am.  Thanks, everybody, very

11:34AM 20   much.

11:34AM 21        THE COURT:  The 10 minutes came from the states via

11:34AM 22   Corey Maze, so you've got both the United States and the states

11:34AM 23   donating.

11:34AM 24        MS. ALEXANDER:  We appreciate it.

11:34AM 25        MR. TSEKERIDES:  The other one is Michael Saucier.  I

11:34AM  1  think that's how you pronounce it.  27th and 28th.

11:34AM  2           THE COURT:  27th and 28th, okay.

11:34AM  3           MR. TSEKERIDES:  Looking for 30 minutes.

11:34AM  4           THE COURT:  Also, 30 minutes.

11:34AM  5           MR. TSEKERIDES:  He's an MMS or former MMS.

11:34AM  6           THE COURT:  Do we have similarly generous offers?

11:35AM  7           MR. MAZE:  We can give 10 for that one, as well.

11:35AM  8           MR. UNDERHILL:  Your Honor, he's our witness.  If they

11:35AM  9  want to attack him, we don't give any time to them.  If they want

11:35AM 10  to side with us, he's got all the time he wants.

11:35AM 11           THE COURT:  I assume that's a yes.

11:35AM 12           MR. UNDERHILL:  No, I want an answer.  I have him on the

11:35AM 13  spot.

11:35AM 14           MR. TSEKERIDES:  We're clear then, yes.  Sounds good to

11:35AM 15  me.

11:35AM 16           THE COURT:  Mr. O'Rourke, have we got 20 minutes?

11:35AM 17           MR. O'ROURKE:  I don't think we should give away our

11:35AM 18  time if he's going to attack us.

11:35AM 19           THE COURT:  Anybody else want to kick in?

11:35AM 20           MR. GODWIN:  Halliburton will give 10, Judge.

11:35AM 21           THE COURT:  Halliburton will give 10.  So we're still

11:35AM 22  looking for 10 more?

11:35AM 23           MR. STERBCOW:  Judge, we can give 10.

11:35AM 24           THE COURT:  The PSC will donate 10.  Done deal, Ted.

11:35AM 25           MR. TSEKERIDES:  I appreciate it.

11:35AM 1          THE COURT:  Thank you for your cooperation, gang.

11:35AM 2          MS. KUCHLER:  Judge, Deb Kuchler for Anadarko.

11:35AM 3              I'm not here asking for time --

11:35AM 4          THE COURT:  Good.

11:35AM 5          MS. KUCHLER:  -- even though I feel like I have a pixie

11:35AM 6  haircut, my time keeps getting, like, shaved off, but I'm not

11:35AM 7  complaining about that.

11:36AM 8              I would like to raise the issue, though, of the

11:36AM 9  order of examination, especially for those of us whose time does

11:36AM 10 keep getting cut shorter and shorter.  It really makes no

11:36AM 11 sense --

11:36AM 12         THE COURT:  But you're not complaining.

11:36AM 13         MS. KUCHLER:  No, not officially.  I'm not asking for

11:36AM 14 anything on that.

11:36AM 15             What I am asking, though, is that those who end up

11:36AM 16 with the big slugs of time should have to go first, so those of

11:36AM 17 us who have less time can more efficiently use the time we have.

11:36AM 18             It doesn't make any sense for us to go with

11:36AM 19 30 minutes or 40 minutes in advance of a party who ends up with

11:36AM 20 two hours or more to ask questions.

11:36AM 21             Obviously, when the allocations are made, the

11:36AM 22 decision must be that those parties have a greater interest, and

11:36AM 23 that's why they get more time; so, we think they should have to

11:36AM 24 go first.

11:36AM 25             There are some witnesses where BP has huge slugs of

11:36AM 1   time, and they want to go last; or, you know, on BOP issues,

11:36AM 2   Cameron has a lot of time, and their order in the original lineup

11:36AM 3   is pretty far down.  It seems like it would be most efficient for

11:37AM 4   everybody, but particularly those of us who have less time, if

11:37AM 5   those with more would go first.

11:37AM 6               I know there have been some disputes over order, so

11:37AM 7   maybe this would be a good time to address it.

11:37AM 8          THE COURT:  Okay.  It's a valid concern.

11:37AM 9               Why don't we -- I guess what we've got to think

11:37AM 10  about, guys, is who is being deposed.  Whose ever witness it is,

11:37AM 11  it seems to me, has the right to reserve time and go last.  So,

11:37AM 12  if it's a BP witness, BP gets to go last, regardless of how

11:37AM 13  little time I have -- I'm sorry, look at Paul, he's up already.

11:37AM 14         MR. HAYCRAFT:  I like what Your Honor is saying.

11:37AM 15         MR. STERBCOW:  I bet you do.  I'm feeling a little

11:37AM 16  better now, Judge.

11:37AM 17         THE COURT:  Paul, you're right.

11:37AM 18         MR. HAYCRAFT:  Wait, he hadn't said anything.

11:38AM 19         THE COURT:  No, but he's right.  PSC goes last,

11:38AM 20  regardless; but, if BP's witness is going, then BP gets to

11:38AM 21  reserve whatever block of time it wants and do cleanup on the

11:38AM 22  questioning that's already been done.  The same when it's an

11:38AM 23  Anadarko witness, the same when it's a Halliburton witness.

11:38AM 24              Other than that, I don't particularly care what

11:38AM 25  order the parties go in.  If you want me to come out with

11:38AM 1    something, I'll be glad to do it.

11:38AM 2           Deb, you make a good point that if you've only got

11:38AM 3    as pixie a haircut as you have, you would like to hear what

11:38AM 4    everybody else has asked.

11:38AM 5           Does anybody theoretically have a problem with

11:38AM 6    those people that have the least amount of time going last and

11:39AM 7    before the cleanup questioning by the company whose witness is

11:39AM 8    being deposed, and then the PSC doing the final questioning?

11:39AM 9        MR. HAYCRAFT:  Don Haycraft for BP.

11:39AM 10          The only nuance that I would add to what Your Honor

11:39AM 11    just said is what is the meaning of little?  If Anadarko is --

11:39AM 12    you know, generally speaking, the M-I SWACO's and the

11:39AM 13    Weatherfords and the Dril-Quips of the world do tend to wait and

11:39AM 14    often don't have any questions as a result.  Sometimes, they cede

11:39AM 15    their time to others.  Anadarko is not quite in their position in

11:39AM 16    terms of the time allocation.

11:39AM 17          What we have been doing, when it's -- as Your Honor

11:39AM 18    knows from earlier this week, when it's a third-party witness, we

11:40AM 19    somewhat engage in an ad hoc discussion out in the hallway to try

11:40AM 20    to figure out what makes some sense.  When it comes to each

11:40AM 21    other's witnesses, we have some customs and so forth.

11:40AM 22          I think, at this point, we would prefer not for

11:40AM 23    Your Honor to impose an order on the parties.  We have an

11:40AM 24    informal agreement.  I think, just this morning, for example,

11:40AM 25    there was a dispute last night and this morning a dispute on

11:40AM 1   whether Transocean would go before BP --

11:40AM 2          THE COURT:  A disagreement.  A disagreement.

11:40AM 3          MR. HAYCRAFT:  Well, it's really almost a

11:40AM 4   deposition-by-deposition thing to sort of know how it should work

11:40AM 5   out.

11:40AM 6          I think Transocean, Cameron, BP and Halliburton

11:40AM 7   need to address this issue, and I think we probably should

11:40AM 8   discuss it before each day's deposition.  The problem with that

11:41AM 9   is the schedule is so hectic.

11:41AM 10         THE COURT:  Yes, the schedule is hectic, and I don't

11:41AM 11  want it to delay the deposition, which just makes the deposition

11:41AM 12  day that much longer.

11:41AM 13         Theoretically, and let me comment, Deb, that it

11:41AM 14  makes sense to me that the people who have the least amount of

11:41AM 15  time, you being the largest of those people, but certainly

11:41AM 16  M-I Swaco and Weatherford, should get to have the benefit of

11:41AM 17  hearing most of the questioning and then go into their questions.

11:41AM 18  So, I theoretically have no problem with the more modest

11:41AM 19  allocations going after the bigger allocations.

11:41AM 20         MR. HAYCRAFT:  But for the big three or big four --

11:41AM 21         THE COURT:  I was going to say, but for the big four

11:41AM 22  maybe what we want to do is -- and here is another task, which

11:41AM 23  I'm not sure we want to give anybody -- but look a week in

11:42AM 24  advance, and say, this is what we suggest the order of

11:42AM 25  questioning will be for next week's witnesses, and see if we

11:42AM  1  can't reach agreement among the big four to the order.

11:42AM  2          MR. HAYCRAFT:  That makes sense to me, Your Honor.

11:42AM  3          THE COURT:  Of course, you know, if it's one of the big

11:42AM  4  four's witnesses, then it's really just the big three.

11:42AM  5          MR. HAYCRAFT:  True.

11:42AM  6          THE COURT:  But that is what I would propose if you all

11:42AM  7  don't want me to get involved, and I'm perfectly happy not to get

11:42AM  8  involved.

11:42AM  9          MR. WITTMANN:  Your Honor, Phil Wittmann, Cameron.

11:42AM 10              I understand the problem yesterday was there was

11:42AM 11  nobody with questions after around 4:45 or so.

11:42AM 12          MR. HAYCRAFT:  We wanted to go to the party.

11:42AM 13          MR. WITTMANN:  Nobody would question yesterday

11:42AM 14  afternoon, as I understand it.

11:42AM 15          MR. HAYCRAFT:  Well, at 4:45.

11:42AM 16          MR. WITTMANN:  The time before 5:30, but --

11:42AM 17          THE COURT:  Well, that's Don Godwin's fault.

11:42AM 18          MR. WITTMANN:  I don't think it was Mr. Godwin's fault.

11:43AM 19  It was just a breakdown.  That was my understanding.

11:43AM 20          MR. FITCH:  Judge, the purpose --

11:43AM 21              Tony Fitch, Anadarko.

11:43AM 22              -- the purpose for our proposal is, basically, to

11:43AM 23  avoid the daily potential disagreements, even bickering, about

11:43AM 24  this.  We think the proposal just cuts through all of this and

11:43AM 25  would be much more efficient.

11:43AM  1          Sometimes Anadarko will be part of the big four, if
11:43AM  2    it has its whole 45; and, sometimes, because someone else will
11:43AM  3    have a particular focus on an important deposition, like Jassal,
11:43AM  4    for example, J-A-S-S-A-L, this coming week, all of a sudden
11:43AM  5    Anadarko is the little guy.  So it does vary.
11:43AM  6          All of that can be avoided by just having a
11:43AM  7    standard progression, big to little, and then still
11:43AM  8    accommodations can be made among counsel.  In fact, we've done a
11:43AM  9    pretty darned good job of doing it.
11:43AM 10          So we do commend the cut through it all and just
11:44AM 11    have the one rule approach for Your Honor's consideration.
11:44AM 12          MR. HAYCRAFT:  The only thing I would add to Mr. Fitch's
11:44AM 13    discussion is at the beginning I like to say behind the veil,
11:44AM 14    when parties didn't know how things were going to turn out, we --
11:44AM 15    among the defendants, we agreed to a varying order depending on
11:44AM 16    whose witness was being deposed, and that was committed to
11:44AM 17    writing back in January.
11:44AM 18          A lot of time has passed since then.  If we were
11:44AM 19    going to do a fixed record -- a fixed order, I wouldn't have it
11:44AM 20    be big to little because sometimes BP needs to go first,
11:44AM 21    sometimes BP would prefer to see what Cameron or Halliburton does
11:44AM 22    with a particular witness.
11:44AM 23          So I would urge Your Honor not to impose an order
11:44AM 24    upon us.  I think the working it out beforehand is fine.  But, if
11:45AM 25    the Court were to impose an order, I would want to suggest that

11:45AM  1   the Court review the order that the parties worked out before

11:45AM  2   this whole -- this whole roller coaster ride got started.

11:45AM  3              THE COURT:  Mr. Roberts.

11:45AM  4              MR. ROBERTS:  Judge, Steve Roberts.

11:45AM  5              We worked very well up until we've gotten down to

11:45AM  6   changes in strategies and realignment of parties and things of

11:45AM  7   that sort, and that's where the breakdown is starting to come

11:45AM  8   out.

11:45AM  9              Don and I have spent more time outside of

11:45AM 10   deposition rooms lately mediating other lawyers and who goes

11:45AM 11   first than --

11:45AM 12              I mean Haycraft, not Godwin.  You can go back to

11:45AM 13   sleep.

11:45AM 14              THE COURT:  Ms. Pepper, make sure that's on the record.

11:45AM 15              MR. ROBERTS:  But the real problem -- and I agree with

11:45AM 16   Don Haycraft -- we don't want an order that simply goes big to

11:45AM 17   little.

11:45AM 18              THE COURT:  I'm not suggesting that.  We've got four

11:46AM 19   parties that have generally got larger allocations, and those

11:46AM 20   seem to me to be the ones that are going to have to haggle it.

11:46AM 21              I don't have conceptually a problem with the

11:46AM 22   smaller allotted parties coming at the tail end before, let's

11:46AM 23   say, BP, if it's a BP witness, and then the PSC, so that they can

11:46AM 24   have the opportunity to hear the questioning and then use their

11:46AM 25   10 minutes wisely.  That's my only thing.  I don't particularly

11:46AM 1    want to set the order among the big four.

11:46AM 2         MR. ROBERTS:  I have circulated among the lawyers, and

11:46AM 3    we'll continue to talk this week, but the real issue isn't who

11:46AM 4    goes in what order.  The real issue is that the only parties that

11:47AM 5    get any sort of rebuttal are, one, the presenting party, and then

11:47AM 6    the hammerers, the PSC.

11:47AM 7         So what I would like to see, if we need to get

11:47AM 8    something done, is that the big four, if they choose they can

11:47AM 9    reserve some time for rebuttal.  They may or may not use that

11:47AM 10   before the presenting party and the final party.  That's where

11:47AM 11   the real issue is.

11:47AM 12        If I go first and then Cameron hammers me, I can't

11:47AM 13   do anything.  I'm just out of luck, whether I've saved time or

11:47AM 14   not.  The same thing with BP or Halliburton.

11:47AM 15        So that's where the real issue comes in.  It's not

11:47AM 16   just the order.  Who really cares, and if I choose to save time,

11:47AM 17   half my 70 minutes, to come in rebuttal, that's my business, but

11:47AM 18   we can't do that under the existing order.

11:47AM 19        So I have no ability to deal with -- if I go first

11:47AM 20   in the big four, I have no ability to deal with questions that

11:47AM 21   Cameron may ask or Halliburton or BP.  That's where the problem

11:47AM 22   comes in.

11:47AM 23        MS. KUCHLER:  I would like to make two observations.

11:48AM 24        Deb Kuchler for Anadarko.

11:48AM 25        One, when we came up with the original order that

11:48AM 1   Mr. Haycraft referenced, that's when we all had essentially

11:48AM 2   balanced amounts of time, or at least Anadarko did.  Now, we have

11:48AM 3   not requested extra time for most witnesses, which means we have

11:48AM 4   been having time taken away.  So the situation has changed.  It's

11:48AM 5   is not the original order --

11:48AM 6           THE COURT:  But you're not complaining?

11:48AM 7           MS. KUCHLER:  No, I'm not complaining.

11:48AM 8           Also, Judge, I would ask you to consider, you know,

11:48AM 9   the BP position that on their witnesses that they can use as much

11:48AM 10  time as they reserve.  If they ask for extra time and end up with

11:48AM 11  two hours and then use that for, quote, cleanup, two hours is not

11:48AM 12  cleanup.  Two hours is an entire direct examination for which

11:48AM 13  none of the rest of us except the PSC get an opportunity to do

11:48AM 14  cross on.

11:48AM 15          So cleanup was the original plan, and that's why

11:48AM 16  the producing party was getting 30 minutes.  Two hours is an

11:48AM 17  entire trial perpetuation examination after the rest of us have

11:49AM 18  already gone, which we object to.

11:49AM 19          THE COURT:  Thank you.

11:49AM 20          Paul, do you want to comment on Steve's request to

11:49AM 21  reserve time before the PSC finishes, or do you have any position

11:49AM 22  on that?

11:49AM 23          MR. STERBCOW:  Your Honor, Paul Sterbcow.

11:49AM 24          As long as we go last, as the party carrying the

11:49AM 25  burden of proof, I don't really think we much care.

11:49AM 1          THE COURT:  Don, do you want to comment on Steve's

11:49AM 2     suggestion?

11:49AM 3          MR. GODWIN:  Don Godwin for Halliburton.

11:49AM 4          Judge, I tend to agree with Don in the sense that

11:49AM 5     what we have been doing has been working.  There have been times

11:49AM 6     when I've had, because of being involved in a second deposition

11:49AM 7     the next day or something, when I would ordinarily go the second

11:50AM 8     day of a depo, I've asked to be taken out of order and allow me

11:50AM 9     to examine just immediately behind the USA.  So I've had to do

11:50AM 10    that a few times when I needed to do one deposition one day, jump

11:50AM 11    into another one the next day.  So everyone has been very helpful

11:50AM 12    and worked with me whenever I've had to do that.

11:50AM 13         Other than that, the norm has been that I would

11:50AM 14    follow TO; and, wherever TO would fit in the lineup, as long as I

11:50AM 15    wasn't behind them, was certainly fine with me.

11:50AM 16         So I tend to agree with what Don is saying, and

11:50AM 17    that is, it's almost better that you not enter a lineup or set

11:50AM 18    rule as to how it's going to be done, but allow us to continue

11:50AM 19    working with each other to see if we can't try to work it out,

11:50AM 20    and I think we can do that.  We've done it up to this point, in

11:50AM 21    my opinion.

11:50AM 22         THE COURT:  Right.  Now, let me ask you about Steve's

11:50AM 23    suggestion that the big four --

11:50AM 24         MR. GODWIN:  Yes, Your Honor.

11:51AM 25         THE COURT:  -- get to reserve time and come back in

11:51AM 1    again.

11:51AM 2         MR. GODWIN:  Well, I'm not in favor of that.  I see it

11:51AM 3    just jumping around, and there is going to be arguing how you're

11:51AM 4    going to use 30 minutes in your first part of the exam and 40 or

11:51AM 5    whatever you have left in the second part, and just people

11:51AM 6    running in and out.

11:51AM 7              I like what we have been doing, myself, and that

11:51AM 8    is, whenever it's my time, I use all of my time.  Then, if anyone

11:51AM 9    wants to cede any to me, in the past they've done that,

11:51AM 10   oftentimes.  But, I'm not in favor of starting and then waiting

11:51AM 11   and then, toward the end, picking up with the other.  If that's

11:51AM 12   what Your Honor thinks we ought to do, I'll work with it, but I

11:51AM 13   don't see the need to make it more complex than what it is.

11:51AM 14        THE COURT:  No.  I'm just trying to get a feel for it.

11:51AM 15        MR. GODWIN:  That's my thoughts, Your Honor.

11:51AM 16        THE COURT:  Don Haycraft, what do you think about the

11:51AM 17   suggestion?

11:51AM 18        MR. HAYCRAFT:  I think that it might be a good

11:51AM 19   suggestion.  I think another part of what Mr. Roberts suggested

11:51AM 20   was whatever order the top four, or the big four, went in, let's

11:52AM 21   say one, two, three, four, then the rebuttal would be four,

11:52AM 22   three, two, one, or thereabouts.

11:52AM 23        THE COURT:  Steve.

11:52AM 24        MR. ROBERTS:  That was part of my suggestion that I sent

11:52AM 25   to the lawyers, but I've got an addendum.  I'm willing to work

11:52AM 1  with what Don said.  Just let Don go before Transocean, that way

11:52AM 2  I'm not worried anymore because he's the one that always goes

11:52AM 3  sideways on me, Judge.  He seems to think he's got an entitlement

11:52AM 4  to go after me every time.  I don't know where that's written.

11:52AM 5         But, seriously, the issue is we don't have --

11:52AM 6  Halliburton may come after Transocean, and, yet, according to

11:52AM 7  Don, he always gets to go after me.  What do I do, sit there and

11:52AM 8  not act like a lawyer representing a client?  I should have that

11:52AM 9  right.  That's what I'm trying to get to.  I'm not trying to make

11:52AM 10  everybody get up and play musical chairs.

11:52AM 11         THE COURT:  Steve, you've circulated a proposal?

11:52AM 12         MR. ROBERTS:  I have sent it to the lawyers.

11:52AM 13         THE COURT:  Has everybody seen his proposal where there

11:53AM 14  would be reservation of time by -- it's just the big four, right?

11:53AM 15         MR. ROBERTS:  The big four.

11:53AM 16         MR. GODWIN:  I've never seen it.  We haven't seen it.

11:53AM 17         MR. FITCH:  I haven't seen it.

11:53AM 18         THE COURT:  Steve, I tell you what let's do.

11:53AM 19         MR. ROBERTS:  It's in his inbox.

11:53AM 20         MR. GODWIN:  No, it's not in my inbox, nor has Alan

11:53AM 21  received it.

11:53AM 22         THE COURT:  Tell you what let's do.  Let's do this.

11:53AM 23  Would you resend and include Mike and me, and let's chew on it.

11:53AM 24  We do have depositions this week, so we're not going to be

11:53AM 25  implementing right away; but, let's chew on it and see what

11:53AM 1  you've got.

11:53AM 2          MR. HAYCRAFT:  Judge, Don Haycraft for BP.

11:53AM 3              I just want to make sure we and the client get to

11:53AM 4  chew on it, as you say.

11:53AM 5          THE COURT:  Absolutely.

11:53AM 6          MR. HAYCRAFT:  I think that's a good idea.

11:53AM 7          THE COURT:  Yes.  The only thing I want to say about

11:53AM 8  this in the interim is that we don't want any disagreements to

11:53AM 9  delay the depositions.  If you all could disagree on a weekly

11:54AM 10 basis, that would be a lot better than doing it on the morning of

11:54AM 11 the deposition, because they are long days, and you all are all

11:54AM 12 exhausted.  I need not remind you of that point, right?

11:54AM 13             Okay.  Steve, we will take a look at it, and let's

11:54AM 14 chew on it.

11:54AM 15             I would like to hear from everybody as to what they

11:54AM 16 think about Steve's proposal.  If we can do it by agreement,

11:54AM 17 that's great.  We'll consider whether -- if we can't do it by

11:54AM 18 agreement, whether I'm going to stick my nose into it.  Okay?

11:54AM 19             All right.  So does anybody need a break?  Y'all

11:54AM 20 want to take a 10-minute break and come on back in?  Thank you.

12:03PM 21             (WHEREUPON, at this point in the proceedings, a brief

12:04PM 22 recess was taken.)

12:04PM 23         MR. GODWIN:  Your Honor, could I, one second?

12:04PM 24         THE COURT:  Please.  Come on up, Don.

12:04PM 25         MR. GODWIN:  Are you ready, Judge?

12:04PM 1        THE COURT:  You bet.

12:04PM 2        MR. GODWIN:  Don Godwin for Halliburton.

12:04PM 3           During the break, Judge, I spoke briefly with Steve

12:04PM 4 about his proposal.  I don't have a real issue with the proposal,

12:04PM 5 as I said I probably did, with the understanding that if -- my

12:04PM 6 concern was that a company could say, well, I've got an hour and

12:05PM 7 10 minutes or I've got two hours.  They say, well, I'm going to

12:05PM 8 take 10 minutes of that on the front end and save an hour for

12:05PM 9 later, and that would be gamesmanship.  I'm not going to do that,

12:05PM 10 and I wouldn't want others to do it.

12:05PM 11          So, if we had some understanding that the rebuttal

12:05PM 12 part, or the follow-up, the saved portion will be a small part of

12:05PM 13 the overall time, then I would have no issue with that.

12:05PM 14        THE COURT:  I think that's right.  Deb used the example

12:05PM 15 of reserving two hours, which I think is too much.

12:05PM 16        MR. GODWIN:  Right.

12:05PM 17        THE COURT:  If we said 10 minutes, that's not enough.

12:05PM 18        MR. GODWIN:  Yes.

12:05PM 19        THE COURT:  So maybe you all can agree to something in

12:05PM 20 between.

12:05PM 21        MR. GODWIN:  Maybe a quarter of the time, 25 percent or

12:05PM 22 some percent, something --

12:05PM 23        MR. ROBERTS:  I was going to suggest 10 minutes.

12:05PM 24 Rebuttal is rebuttal.  Everybody is worried about everybody

12:05PM 25 woodshedding, and I'm just trying to give everybody a cleanup

| | |
|---|---|
| 12:05PM 1 | chance.  That's all. |
| 12:05PM 2 | MR. GODWIN:  I didn't get it to begin with.  He's going |
| 12:05PM 3 | to send it to me, and when I do, I'll respond.  But that's my |
| 12:05PM 4 | position on it -- |
| 12:05PM 5 | MR. ROBERTS:  But it was still his fault he didn't get |
| 12:06PM 6 | it because his liquor made me forget to send it. |
| 12:06PM 7 | THE COURT:  You know, Don, you're going to have a long |
| 12:06PM 8 | row to hoe. |
| 12:06PM 9 | MR. GODWIN:  Right.  I understand, Judge. |
| 12:06PM 10 | THE COURT:  Anything that's happened wrong since |
| 12:06PM 11 | yesterday is your fault. |
| 12:06PM 12 | MR. GODWIN:  Is all my fault, anything, right. |
| 12:06PM 13 | But, anyway, I can support what Steve is proposing |
| 12:06PM 14 | with that addendum. |
| 12:06PM 15 | THE COURT:  You all comment on the amount of rebuttal |
| 12:06PM 16 | time, if you'd like.  I think that if you've got three hours, |
| 12:06PM 17 | reserving an hour and a half is not going to work.  I think |
| 12:06PM 18 | perhaps 10 minutes might be a little bit too little; but, if |
| 12:06PM 19 | Steve thinks 10 minutes is enough, let me know if you think |
| 12:06PM 20 | 10 minutes enough.  I think that it would work. |
| 12:06PM 21 | MR. GODWIN:  Thank you, Your Honor. |
| 12:06PM 22 | THE COURT:  Thank you, Don, for your comment. |
| 12:06PM 23 | Tony Brock is next up on my list. |
| 12:07PM 24 | MR. LANGAN:  She's going to tell us. |
| 12:07PM 25 | MR. STERBCOW:  Right, I guess so. |

12:07PM 1    THE COURT:  No, come on up.  I think we want to talk

12:07PM 2 about it.  You all have very different opinions about Mr. Brock

12:07PM 3 and his importance.  You stipulated --

12:07PM 4    MR. LANGAN:  Authenticity, so far.

12:07PM 5    THE COURT:  -- authenticity and accuracy, as I

12:07PM 6 understand it.

12:07PM 7    MR. LANGAN:  Right.

12:07PM 8    THE COURT:  Admissibility, I assume it's going to be

12:07PM 9 admissible, but I can't rule on that.  I'm certainly not going to

12:07PM 10 speak for Judge Barbier about that.

12:07PM 11    I assume you assume it's going to be admissible.

12:07PM 12 Do you want the man's deposition under those circumstances, where

12:07PM 13 it's authentic, it's accurate, and then let's take it from there?

12:08PM 14    MR. STERBCOW:  The only compromise I can think of at

12:08PM 15 this point is to maybe handle it the way we're handling

12:08PM 16 Mr. Wright, is to submit it to Judge Barbier now.

12:08PM 17    THE COURT:  Well, I had another suggestion, and maybe

12:08PM 18 you all can agree to this.  Perhaps you all agree to take the

12:08PM 19 gentleman's deposition by telephone, premark your exhibits, take

12:08PM 20 an hour and a half or two hours.

12:08PM 21    MR. LANGAN:  A surgical deposition relating to these

12:08PM 22 notes, they ask him about them, if we have some context, we ask

12:08PM 23 him to put it in context, end of story?

12:08PM 24    THE COURT:  End of story.

12:08PM 25    MR. STERBCOW:  I think I would like to do that in

12:08PM   1    person.

12:08PM   2              MR. LANGAN:  In London.

12:08PM   3              THE COURT:  In London.

12:08PM   4              MR. STERBCOW:  If I'm going to London, then we're taking

12:09PM   5    a five-hour deposition.  If that's the way it's got to be, then

12:09PM   6    we're doing a full-blown deposition, and that's what we will

12:09PM   7    want.  That's what the PSC will want.

12:09PM   8              He's important.  I mean, what the guy says in this

12:09PM   9    document is --

12:09PM  10              THE COURT:  I read what he said.

12:09PM  11              MR. STERBCOW:  -- very important.  He's the number two

12:09PM  12    man behind Mark Bly in this whole effort.

12:09PM  13              THE COURT:  How do you come up with five hours?

12:09PM  14              MR. STERBCOW:  Well, whatever time we have.  Mr. Roberts

12:09PM  15    has got me totally confused now.

12:09PM  16              THE COURT:  I've got to tell you, Paul --

12:09PM  17              MR. STERBCOW:  I think I'm going last for 15 minutes

12:09PM  18    now.

12:09PM  19              THE COURT:  I have not seen anyone else who has any

12:09PM  20    interest in deposing Mr. Brock.

12:09PM  21              MR. LANGAN:  Would a video deposition --

12:09PM  22              THE COURT:  Video deposition.

12:09PM  23              MR. LANGAN:  -- to meet Mr. Sterbcow halfway?  I mean, I

12:09PM  24    think that's feasible.

12:09PM  25              MR. UNDERHILL:  We do support the PSC in that.  So it's

12:09PM 1    not just Paul and his crew standing alone.  We believe -- I mean,

12:10PM 2    this isn't just, you know, brothers in arms.  We think he's an

12:10PM 3    important -- or brothers in something.  We think he's an

12:10PM 4    important witness, given his role in the Bly investigation.

12:10PM 5            MR. LANGAN:  I just need to be heard on this.

12:10PM 6            MR. FITCH:  Anadarko is there.

12:10PM 7            MR. LANGAN:  It's just this, Your Honor.  As we set

12:10PM 8    forth in this letter, Mr. Brock was well known all the way back

12:10PM 9    in January.

12:10PM 10           THE COURT:  I'm with you.

12:10PM 11           MR. LANGAN:  They made decisions about who on the IIT

12:10PM 12   they were going to depose.  I think, at the time, frankly, we

12:10PM 13   urged them to go slow and all that.  Well, they made the decision

12:10PM 14   to go forward.

12:10PM 15           Mr. Brock is cumulative.  He's overlapping, and he

12:10PM 16   covers things that have been covered an infinitum.

12:10PM 17           We're willing to deal with them on the document,

12:10PM 18   but, to reopen a whole new deposition, we have a big problem with

12:10PM 19   that.

12:10PM 20           THE COURT:  I mean, I'm not inclined to give you a full

12:10PM 21   deposition, Paul.  I am inclined to allow you to question him

12:10PM 22   with regard to the interview.  Premark your exhibits.  Not only

12:11PM 23   the interview, but anything else you might want to ask him about

12:11PM 24   in a limited amount of time.

12:11PM 25           I think the video idea is a good one.  It's

12:11PM 1    certainly less expensive than flying to London.

12:11PM 2         MR. STERBCOW:  Correct.  We could probably go with that.

12:11PM 3         THE COURT:  Can you live with it?

12:11PM 4         MR. STERBCOW:  We can live with that.

12:11PM 5         THE COURT:  Let's go ahead and see if we can't go ahead

12:11PM 6    and find dates for a video deposition that will be limited -- the

12:11PM 7    PSC will do all the questioning.

12:11PM 8         MR. LANGAN:  We may have a few.

12:11PM 9         THE COURT:  Yes.  You get rebuttal.

12:11PM 10        Why don't we make it a two-and-a-half-hour

12:11PM 11   deposition, two hours for PSC, one-half hour for BP.

12:11PM 12        Premark your exhibits, provide them to the witness,

12:11PM 13   and you all just go take your little deposition.

12:11PM 14        MR. UNDERHILL:  Can I make a suggestion, Your Honor,

12:11PM 15   because --

12:11PM 16        THE COURT:  Certainly.

12:11PM 17        MR. UNDERHILL:  -- what I do fear is when we get in

12:12PM 18   there -- and we're comfortable with not getting any time, I would

12:12PM 19   note, in that.

12:12PM 20        THE COURT:  Deb is going to get up and say her hair is

12:12PM 21   shorter.

12:12PM 22        MR. UNDERHILL:  Well, I don't know if we're comfortable

12:12PM 23   or not, but I'm not going to argue.  But all I can say is that I

12:12PM 24   can see what's going to happen, potentially, is that the PSC asks

12:12PM 25   a question, BP objects, says that's not in the scope of what was

12:12PM 1    allowed.

12:12PM 2                    What I would suggest, if they get two and a half

12:12PM 3    hours, which is half of what they normally get, it would be a

12:12PM 4    free scope deposition, so we just avoid the bickering and the

12:12PM 5    objections about this is in the scope of the Judge's order, this

12:12PM 6    is not.  They get two and a half hours, let them ask their

12:12PM 7    questions.

12:12PM 8                    THE COURT:  They get two hours.

12:12PM 9                    MR. UNDERHILL:  If they are lousy questions, so be it.

12:12PM 10                   MR. STERBCOW:  I'll take two and a half.

12:12PM 11                   THE COURT:  Two.

12:12PM 12                   MR. STERBCOW:  That's fine.

12:12PM 13                   THE COURT:  Andy, any objection to that?  I mean, it

12:12PM 14   seems to me it's all going to be related to the investigation.

12:12PM 15                   MR. LANGAN:  As long as we have some definition around

12:12PM 16   this in time and everything.

12:12PM 17                   THE COURT:  How about related to the investigation; can

12:12PM 18   we live with that?

12:12PM 19                   MR. STERBCOW:  Well, I don't know what else I could ask

12:12PM 20   him, frankly.  That's what he did.

12:12PM 21                   THE COURT:  That's right.

12:13PM 22                   MR. STERBCOW:  Right.

12:13PM 23                   MR. LANGAN:  Thank you.

12:13PM 24                   THE COURT:  Next up, Dr. Kris Ravi.

12:13PM 25                   MR. GODWIN:  Yes, Your Honor.  Judge, Don Godwin for

12:13PM  1    Halliburton.

12:13PM  2                Andy and I have talked about it.  We're continuing

12:13PM  3    to discuss it and decided that we're going to take it up, I don't

12:13PM  4    think next week, Andy may not be here, but the following week, if

12:13PM  5    that works with his schedule.

12:13PM  6          MR. LANGAN:  Mr. Godwin is essentially correct.  What I,

12:13PM  7    at his request, said, if we were going to argue the motion today,

12:13PM  8    I would be happy to continue it.  If you were going to tell us

12:13PM  9    what you thought, we would love to hear it.

12:13PM 10          MR. GODWIN:  Right.

12:13PM 11          THE COURT:  Oh, okay.  Well, I'll tell you what I think

12:13PM 12    and see what you guys think.

12:13PM 13          MR. LANGAN:  We don't need to argue it today, and I

12:13PM 14    promised Mr. Godwin we wouldn't.

12:13PM 15          THE COURT:  No.  I think that's fair.  I mean, I think I

12:13PM 16    understand the issue, and I'll tell you what I think.

12:13PM 17                What I think is that, Don, you make some good

12:14PM 18    points, but that Dr. Ravi was in-house expert prior to the event.

12:14PM 19    He, I kind of liken to some of the BP witnesses who have been

12:14PM 20    deposed over health and safety issues in the Gulf of Mexico,

12:14PM 21    process safety issues in the Gulf of Mexico.  He's got a broader

12:14PM 22    knowledge than just him acting as an expert in this case.

12:14PM 23                Now, we could cover those broader issues in his

12:14PM 24    deposition as an expert.  I guess, Andy, my question to you is do

12:14PM 25    you believe you need him for the broader issues in order to

12:15PM  1    prepare for expert reports?

12:15PM  2              MR. LANGAN:  It would be helpful, perhaps not essential.

12:15PM  3              THE COURT:  So what I think I would like to reach

12:15PM  4    agreement on is taking Dr. Ravi as a slurry expert in-house,

12:15PM  5    meaning not with any particular expertise on this event, but his

12:15PM  6    expertise at Halliburton.

12:15PM  7              Limit the questioning, Andy, to conditions that are

12:15PM  8    like the conditions of the Macondo well, that is, deep water,

12:15PM  9    that is, high pressure.  I don't want you to go to the

12:15PM 10    Caspian Sea, if you catch my drift.

12:15PM 11              MR. LANGAN:  I do.

12:15PM 12              MR. STERBCOW:  We tried that.

12:16PM 13              THE COURT:  Yes, you tried that.

12:16PM 14              I'm also wondering whether you want just slurry

12:16PM 15    testimony or whether you want to go beyond that.  Do you think

12:16PM 16    you want to talk to Don about that?

12:16PM 17              MR. LANGAN:  We could -- I could engage Mr. Godwin on

12:16PM 18    that.

12:16PM 19              MR. GODWIN:  We can talk about that, Judge.

12:16PM 20              THE COURT:  But, Don, that's how I kind of evaluated it

12:16PM 21    is that he's got this broad expertise on behalf of Halliburton

12:16PM 22    that is like the BP people who are in charge of health and

12:16PM 23    safety.  They may not have been involved specifically with the

12:16PM 24    Macondo well, but they were involved in health and safety for the

12:16PM 25    company.

12:16PM  1          MR. GODWIN:  Wouldn't he be -- Judge, just thinking out
12:16PM  2    loud here on this, we have not designated Dr. Ravi as a
12:16PM  3    testifying expert.
12:16PM  4          THE COURT:  I understand.
12:16PM  5          MR. GODWIN:  If we had, then I could see him being asked
12:17PM  6    his opinions about all of those matters that he has expertise in.
12:17PM  7              As a consulting expert, which we've designated him
12:17PM  8    as, and he was engaged almost immediately after the incident by
12:17PM  9    the legal department for that purpose, it seems to me that -- I
12:17PM  10   know there was one other witness where there was a consulting
12:17PM  11   expert that somebody wanted from BP.  My understanding BP's
12:17PM  12   position there was, well, why don't we let the witness talk about
12:17PM  13   factual things related to his knowledge prior to the event, and
12:17PM  14   then not get into the other until a later date, and that's what I
12:17PM  15   understand was done or will be done.
12:17PM  16         THE COURT:  That's what I'm thinking about here.
12:17PM  17         MR. GODWIN:  But it sounds like you're allowing them to
12:17PM  18   ask Dr. Ravi about his opinion regarding various things, as
12:17PM  19   opposed to factual knowledge of things that would cover the area
12:17PM  20   that he worked in.
12:18PM  21         THE COURT:  Well, it's a fine line, but I kind of look
12:18PM  22   at it as what do you believe in your capacity with Halliburton is
12:18PM  23   the best practice.  Is that opinion, or is that fact?
12:18PM  24         MR. GODWIN:  Wouldn't that be -- it seems to me, if they
12:18PM  25   start in on that, it's going to be an opinion.  If they were

12:18PM 1  asking him what did Halliburton do, what did you do, what are you

12:18PM 2  aware Halliburton did, what policies, procedures, what do they

12:18PM 3  have with respect to testing, what was the protocol regarding

12:18PM 4  notifying the customer and those things, those are factual

12:18PM 5  questions that I think he could speak to, even though he was not

12:18PM 6  involved in Macondo.

12:18PM 7          But, in terms of asking his opinion about what do

12:18PM 8  you think is the best practice or whatever, I wouldn't want to

12:18PM 9  get off into opinion testimony until we, in fact, decide that

12:18PM 10 he's going to be a testifying expert because, as a fact witness,

12:18PM 11 he would be talking about things that he has knowledge of, either

12:19PM 12 firsthand or through hearsay, and I wouldn't have an issue with

12:19PM 13 that.

12:19PM 14        THE COURT:  Totally agree with that, and he would not be

12:19PM 15 questioned with regard to anything he did post-retention.

12:19PM 16        MR. GODWIN:  Okay.

12:19PM 17        THE COURT:  No, I think that if you designate him as a

12:19PM 18 testifying expert, that's when his deposition will be taken.

12:19PM 19 Okay.

12:19PM 20        Why don't you talk to Andy and see if you all can

12:19PM 21 agree on the scope, as you're defining it; and, if not, you can

12:19PM 22 bring it back to me.

12:19PM 23        MR. GODWIN:  We'll do that, Judge.  I think we can work

12:19PM 24 it out.

12:19PM 25        THE COURT:  I do, too.

12:19PM  1    MR. LANGAN:  Our March 27th letter kind of laid out the
12:19PM  2  areas, and so that's going to be our starting point for this
12:19PM  3  discussion that I'm looking forward to.
12:19PM  4    THE COURT:  Good.  Okay.
12:19PM  5    MR. GODWIN:  I'll be in my office.  Give me a call when
12:19PM  6  you get back.
12:19PM  7    THE COURT:  All right.
12:20PM  8    Next up is the 11 people that were requested by
12:20PM  9  Cameron, to which Transocean objects.
12:20PM 10    I guess, guys -- well, first of all, I don't want
12:20PM 11  to make more work, but I don't know who any of these people are
12:20PM 12  or what their job duties were or any of that, so it's kind of
12:20PM 13  hard to slice and dice it.  I assume that there is a lot of
12:20PM 14  overlap.
12:20PM 15    MR. MILLER:  Your Honor, if I could propose something.
12:20PM 16  I read Mr. Beck's response.  It came in the other day.  He seems
12:20PM 17  to focus on needing these witnesses for issues related to
12:20PM 18  seaworthiness, privity and knowledge.
12:21PM 19    Your Honor is familiar, through the conferences,
12:21PM 20  the regular working group conferences, the technical minutia that
12:21PM 21  someone mentioned in Judge Barbier's session that you seemed to
12:21PM 22  enjoy, Geoff Boughton, who was one of Transocean's main technical
12:21PM 23  consultants on this issue, he is set for deposition in a couple
12:21PM 24  of weeks.  He is the Transocean 30(b)(6) deponent on all things
12:21PM 25  BOP; all things BOP including the life of this BOP, maintenance,

12:21PM  1   the history of it, so on and so forth.

12:21PM  2              It just seems to us that the request of these

12:21PM  3   11 witnesses almost turn it into a redhibition case, not a

12:21PM  4   limitation, seaworthiness, privity or knowledge case.

12:21PM  5              I would like to hope that Mr. Boughton, as a

12:21PM  6   30(b)(6) deponent of Transocean, can adequately answer the

12:21PM  7   concerns that Mr. Beck outlined regarding seaworthiness, privity

12:22PM  8   or knowledge and the 14(c) tender of the BOP as an appurtenance

12:22PM  9   of the *Deepwater Horizon*.

12:22PM 10         MR. WITTMANN:  Your Honor, Phil Wittmann for Cameron.

12:22PM 11              As I understand it, these people are all current or

12:22PM 12   former Transocean employees who are knowledgeable about the

12:22PM 13   design.

12:22PM 14         THE COURT:  Yes, I know that; but, Phil, I don't know

12:22PM 15   what they did for Transocean.  So were they all in the same job?

12:22PM 16         MR. WITTMANN:  We believe that they were involved in the

12:22PM 17   design, purchase and installation of the blowout preventer for

12:22PM 18   Cameron in the 1999 to 2001 time frame.  Until we take their

12:22PM 19   depositions, we don't know exactly what they will say, but they

12:22PM 20   seem to have knowledge that's relevant to the issues in the case.

12:22PM 21         THE COURT:  I'm with you.  I'm not telling you, you

12:22PM 22   can't take any of them.  What I need to understand is why do we

12:22PM 23   need 11 of them, and is this duplicative?  What did they do for

12:22PM 24   Transocean or Falcon or any of the predecessors that make them

12:23PM 25   witnesses that we should take or not take?

12:23PM 1                    I just am looking for some further information on

12:23PM 2    why 11 people, rather than perhaps two or three people, wouldn't

12:23PM 3    do the job for you.

12:23PM 4            MR. WITTMANN:  Your Honor, I'm not sure what each of

12:23PM 5    these individuals did, quite frankly.

12:23PM 6            THE COURT:  Right.

12:23PM 7            MR. WITTMANN:  Until we go in and take their

12:23PM 8    depositions, we won't --

12:23PM 9            THE COURT:  Do we even know what their job titles were?

12:23PM 10           MR. WITTMANN:  In some instances, yes.  Some of them

12:23PM 11   aren't even employed by --

12:23PM 12           THE COURT:  Right.  Why don't you tell me what you know

12:23PM 13   about these people.  Just send me an e-mail.  Tell me what you

12:23PM 14   know about these people.  Because all I have right now are

12:23PM 15   11 names, and I don't know whether they were technicians or

12:23PM 16   whether they were vice-president in charge of purchasing.

12:23PM 17           MR. WITTMANN:  It seems to me we have to rely upon

12:23PM 18   Transocean for that information at this point.

12:23PM 19           MR. ROBERTS:  Well, you must know something about it.

12:23PM 20   You asked for the deposition.

12:23PM 21           MR. MILLER:  Really, that's why I think the better

12:23PM 22   course of action is to see what Mr. Boughton testifies.

12:23PM 23           THE COURT:  Let's take Mr. Boughton.

12:24PM 24           MR. MILLER:  He is the corporate rep on all things BOP.

12:24PM 25           THE COURT:  In addition, Phil, why don't you tell me

12:24PM 1   what you know about these guys, what their job titles were,

12:24PM 2   anything else we know about them, because 11 sounds like a lot to

12:24PM 3   me for this issue or these issues.

12:24PM 4          But I'm not telling you no.  I just think I need

12:24PM 5   more info.

12:24PM 6          MR. WITTMANN:  I can certainly tell you what we know,

12:24PM 7   but I do want to go forward and take these depositions.

12:24PM 8          THE COURT:  I understand that.  I'm with you.

12:24PM 9          MR. WITTMANN:  Okay.

12:24PM 10         THE COURT:  You've got four of them that currently work

12:24PM 11  for Transocean.  Why don't we start with those four.  Tell me

12:24PM 12  what you know about them, and tell me what you know about the

12:24PM 13  other seven.

12:24PM 14         MR. WITTMANN:  Then, it makes sense just to start with

12:24PM 15  those four, and then we'll try and -- we haven't even located the

12:24PM 16  other guys that don't work for Transocean anymore.  We'll try and

12:24PM 17  run those to ground.  That's our job to find them.

12:24PM 18         THE COURT:  Well, tell me what you know about Clements,

12:24PM 19  Fry, McGrath and Rodger.  I'm inclined to give you a couple of

12:25PM 20  those people.  I just want to make sure that we're not being

12:25PM 21  duplicative.  We just don't have time for multiple --

12:25PM 22         MR. WITTMANN:  We don't want to be duplicative either,

12:25PM 23  Judge.

12:25PM 24         THE COURT:  I know that.  So let's go ahead and tell me

12:25PM 25  what you know about all of them.  Maybe you can get some dates

12:25PM 1    that these four would be available.  I'm not telling you we're

12:25PM 2    going to depose all four, but let's get going on those; and,

12:25PM 3    let's take Mr. Boughton, and see where you think you are, Phil.

12:25PM 4         MR. WITTMANN:  I think there are five still employed by

12:25PM 5    TO, Kerry, not four.

12:25PM 6         THE COURT:  I see Mr. Clement, Mr. Fry, Mr. McGrath,

12:25PM 7    Mr. Rodger.

12:25PM 8         MR. WITTMANN:  Crichton.

12:25PM 9         THE COURT:  Oh, and Mr. Crichton, I'm sorry.  I stand

12:25PM 10   corrected.

12:25PM 11        MR. WITTMANN:  We can just focus on the ones that are

12:25PM 12   still employed by TO, and we'll try and locate the others.

12:26PM 13        THE COURT:  Tell me what you know about those guys.

12:26PM 14            Meanwhile, Kerry, we'll start seeing if we can get

12:26PM 15   some dates that are available.

12:26PM 16        MR. WITTMANN:  Thank you, Judge.

12:26PM 17        THE COURT:  Steve, did you have something you wanted to

12:26PM 18   say?

12:26PM 19        MR. MILLER:  Your Honor, we'll see who these people are

12:26PM 20   and what they did; but, if these are purchasing-type people or

12:26PM 21   design-type folks from a dozen years ago, and, you know, if we're

12:26PM 22   going down that road, then we have our counterparts at Cameron.

12:26PM 23   You know, the sales guy; if they do the purchasing guy, we want

12:26PM 24   the sales guy.  If they want our design engineer, then we want

12:26PM 25   their design engineer.  So this may lead us down a slippery

73

12:26PM 1   slope.

12:26PM 2          THE COURT:  I don't know who they are.  That's my

12:26PM 3   problem.  So tell me who these people are, and let's take the

12:26PM 4   next step.  Okay?

12:26PM 5              All right.  Guys, could I ask you guys to help me

12:27PM 6   with a couple of questions on the trial plan?  I know that -- by

12:27PM 7   the way, the chart that you all put together, excellent, but I

12:27PM 8   had some questions, and I'm hoping you guys can help me with it

12:27PM 9   so I make sure that I understand what I'm looking at.

12:27PM 10             So, if I look at the chart, my first question was

12:27PM 11  on page 3.  It's a comment by PSC in Alabama on Phase II.

12:27PM 12             I guess, Steve, you could help me with this.

12:28PM 13  You've got, add "that have a common factual basis with the

12:28PM 14  plaintiffs' claims being tried in Phase I."  Do you see that?  On

12:28PM 15  page 4.

12:28PM 16         MR. HERMAN:  I'm trying to look for my redline, Judge.

12:28PM 17  I think that will be easier.

12:28PM 18         MR. UNDERHILL:  What was the key language you used,

12:28PM 19  Your Honor?

12:28PM 20         THE COURT:  The PSC in Alabama is suggesting the

12:28PM 21  language, quote, that have a common factual basis with the

12:28PM 22  plaintiffs' claims being tried in Phase I.

12:28PM 23         MR. HERMAN:  I apologize, Your Honor.

12:28PM 24         THE COURT:  That's okay.  No problem.  You didn't know I

12:28PM 25  was asking my question.

12:28PM 1          MR. HERMAN:  There are so many different redlines

12:28PM 2   floating around, I'm trying to find ours.  Oh, here it is.

12:29PM 3              This is as to Phase II, Your Honor.

12:29PM 4          THE COURT:  Right.

12:29PM 5          MR. HERMAN:  I think we were just trying to make it

12:29PM 6   consistent with Phase I; because, if you look, at least what I

12:29PM 7   have as the original, I'll call it the Anadarko proposal --

12:29PM 8          THE COURT:  Right.

12:29PM 9          MR. HERMAN:  -- at the end of Phase I, that's what they

12:29PM 10  say, "that have a common factual basis with the plaintiffs'

12:29PM 11  claims being tried in Phase I."

12:29PM 12             I assumed that that was to account for the

12:29PM 13  potential that the US -- the US's claims or some of the US's

12:29PM 14  claims would be consolidated to the extent that they had a common

12:29PM 15  factual basis.  I didn't understand why that language was

12:29PM 16  different than "relative to Phase II issues, if any."  Might be a

12:29PM 17  distinction without a difference, but I was just -- we were just

12:29PM 18  suggesting that for consistency purposes.

12:30PM 19         THE COURT:  Stay where you are.

12:30PM 20             Does Anadarko want to comment on that?

12:30PM 21         MR. FITCH:  Not on that one, Your Honor.

12:30PM 22         THE COURT:  Let's see.  Steve, on page 7 of Phase III, I

12:30PM 23  just wanted to understand why you changed "will" to "may."  "Part

12:30PM 24  three may address issues pertaining to the migration."  Do you

12:30PM 25  see that?

12:30PM 1          MR. HERMAN:  Yes.  My understanding -- and Phase III, as

12:30PM 2     we talked about this morning, is a little ambiguous.  My

12:30PM 3     understanding of the purpose of Phase III was to determine the

12:31PM 4     fault and/or fault allocation of, principally, the defendants who

12:31PM 5     would be responsible for what I consider to be the post-explosion

12:31PM 6     exposure/PI/medical monitoring claims, which is principally BP

12:31PM 7     and who we have been calling the Clean-Up or Responder

12:31PM 8     Defendants.

12:31PM 9          There may be issues -- there may be evidence of

12:31PM 10    migration paths having something to do with the wind and all that

12:31PM 11    kind of stuff presented in Phase III, but I didn't understand

12:31PM 12    that that was the object of Phase III; and, in fact, my

12:31PM 13    understanding is that what was contemplated is that that type of

12:31PM 14    trial was more analogous to, like, an NRD trial that would have

12:31PM 15    been conducted at a later time.

12:31PM 16         THE COURT:  I see.

12:32PM 17         MR. HERMAN:  I'm not completely sure the extent to

12:32PM 18    which, whether we stop it at Phase II or Phase III or wherever

12:32PM 19    the Judge decides to stop it, to what extent general causation,

12:32PM 20    for lack of a better word, might or might not be established.

12:32PM 21         THE COURT:  I've got you.

12:32PM 22         MR. HERMAN:  That's kind of a separate issue.  But it

12:32PM 23    seemed to me that while this evidence would be admitted, perhaps,

12:32PM 24    by somebody, that really wasn't the point of Phase III.

12:32PM 25         THE COURT:  I've got you.  I understand.  Good.

12:32PM 1        MR. FITCH:  Well, I think that "will" versus "may" is

12:32PM 2   not a hugely important jurisprudential issue, but we picked the

12:32PM 3   word "will" just to provide clarification as to what Phase III,

12:32PM 4   at least preliminarily, will consist of.

12:32PM 5        As Judge Barbier had mentioned this morning, he

12:32PM 6   looks upon whatever document -- CMO 3 he issues as very flexible

12:33PM 7   and tentative, and that particularly has to be true for time

12:33PM 8   going on.

12:33PM 9        We do think that Phase II and Phase III are

12:33PM 10  anticipated by Judge Barbier to be different; and, that if you

12:33PM 11  let Phase III issues slip into Phase II, you're hugely expanding

12:33PM 12  Phase II.

12:33PM 13       THE COURT:  Right.

12:33PM 14       MR. FITCH:  Phase III seems to involve NRC kinds of

12:33PM 15  things.  It's complicated stuff.  Maybe by the time we get to it,

12:33PM 16  some of it will sort out.  But it does ultimately involve the

12:33PM 17  issues of how much oil ended up on XYZ beach in some Florida

12:33PM 18  county and so on.  So it could drag on forever, and so it

12:33PM 19  should -- that's what Phase III should consist of.

12:33PM 20       THE COURT:  Yes.  I just want to make sure I'm

12:33PM 21  understanding all the comments that have been made to the draft,

12:33PM 22  so thanks.

12:33PM 23       Then, Steve, on page 11, BP, Weatherford, Nalco --

12:34PM 24  well, I guess you can't answer this.  It isn't in your comment.

12:34PM 25       MR. HERMAN:  Oh, okay.

12:34PM 1        THE COURT:  But let's ask Andy.  Leave your copy there

12:34PM 2  so Andy can look at it.

12:34PM 3            Andy, you all talk on page 11 under findings of

12:34PM 4  fact and conclusions of law about deleting a highlighted portion.

12:34PM 5        MR. LANGAN:  Right.

12:34PM 6        THE COURT:  My copy did not have a highlighted portion,

12:34PM 7  so I just want to make sure I'm clear on what the comment is.

12:34PM 8        MR. LANGAN:  I'm going to have to find it, Your Honor.

12:34PM 9        THE COURT:  No problem.  No problem.

12:34PM 10        MR. YORK:  Andy, I can actually take this.  We agreed

12:34PM 11 with you.

12:34PM 12        THE COURT:  Well, good.

12:34PM 13        MR. LANGAN:  All right.

12:34PM 14        MR. YORK:  It essentially starts, "however," I think, on

12:34PM 15 page 12.

12:34PM 16        MR. LANGAN:  Oh, yes.  The highlighted portion is,

12:34PM 17 "however, for the issues that are the focus of Phases I and II as

12:34PM 18 set forth above, the Court may deem the record adequately

12:35PM 19 developed after presentation of evidence to enter findings of

12:35PM 20 fact and conclusions of law after the conclusion of Phase II of

12:35PM 21 the trial."

12:35PM 22        THE COURT:  I've got you.  Okay.  All right.  So I

12:35PM 23 understand that comment.

12:35PM 24            Then, last, but not least, my last question was to

12:35PM 25 Steve.  You wanted to change "findings of fact and conclusions of

12:35PM 1   law" to "findings of fact."  What was that all about?

12:35PM 2          MR. HERMAN:  Well, actually, what we suggested, I think,

12:35PM 3   was simply that we -- simply that we strike out the word "final,"

12:35PM 4   because there might be interim findings of fact and conclusions

12:35PM 5   of law --

12:35PM 6          THE COURT:  I see.

12:35PM 7          MR. HERMAN:  -- that may or may not be, quote, unquote,

12:35PM 8   final.

12:35PM 9          THE COURT:  Oh, I thought you wanted to change it just

12:35PM 10  to "findings of fact."  I see.  Okay.

12:35PM 11         MR. HERMAN:  That might have just been a typo in the

12:35PM 12  transcription.

12:35PM 13         THE COURT:  No, no.  I just wanted to make sure I

12:35PM 14  understood all the comments.

12:35PM 15         MR. HERMAN:  But because it relates to the last two

12:35PM 16  comments about, really, separating Phase II from Phase III -- and

12:36PM 17  we've suggested this, I think, in our written memorandum, and I

12:36PM 18  don't know if this really needs to be decided today, or really at

12:36PM 19  any time until Phase II comes to an end --

12:36PM 20         THE COURT:  I agree.

12:36PM 21         MR. HERMAN:  -- but our strong prejudice, I think, is

12:36PM 22  that the trial, while the noted evidence may remain open, in

12:36PM 23  effect, the trial should end at the end of Phase II, and that we

12:36PM 24  should deal with the Phase III issues, whatever they are, at some

12:36PM 25  later point in time.

12:36PM  1      We would likely suggest, as we have and probably

12:36PM  2  will continue to, that the Court should probably devote its

12:36PM  3  efforts to maybe some other things, trial of some other matters

12:36PM  4  that may be more mature or overall helpful, rather than

12:36PM  5  proceeding directly from Phase II to Phase III.  That being said,

12:36PM  6  we'll do whatever the Court wants.

12:36PM  7      THE COURT:  I'm not interjecting myself into it.  I just

12:36PM  8  wanted to make sure I understood the comments and where the

12:36PM  9  disagreements or suggestions were.  So I appreciate that.  Thank

12:37PM 10  you.

12:37PM 11      MR. UNDERHILL:  Can I make just a suggestion,

12:37PM 12  Your Honor?  I mean, obviously, parties can file a motion or

12:37PM 13  motions whenever they want; but, we had a note in ours that we

12:37PM 14  suggested there are some defenses under Clean Water Act that we

12:37PM 15  think, if they are brought to the fore, will help focus and

12:37PM 16  narrow the scope of trial, maybe, maybe not the first trial, but

12:37PM 17  Phase II, I think, certainly, Phase III, certainly.

12:37PM 18      THE COURT:  Right.

12:37PM 19      MR. UNDERHILL:  So it's something we can think about,

12:37PM 20  whether we just want to pop the motions on the calendar, or

12:37PM 21  whether we want to try to set up a briefing schedule that all

12:37PM 22  parties can agree with, and set them up so that --

12:37PM 23      THE COURT:  I think the latter is a better way to go.  I

12:37PM 24  did note that; and, if you want to make a proposal, we'll be glad

12:37PM 25  to circulate it.

12:37PM  1        MR. UNDERHILL:  We'll try to work with the parties.

12:37PM  2        THE COURT:  I think that's a better way to go.  I know

12:37PM  3   you think that there are some real defenses that need to be

12:37PM  4   decided.

12:37PM  5        MR. UNDERHILL:  Not only for the US, but, I mean, they

12:38PM  6   go to other parties, as well.

12:38PM  7        THE COURT:  Yes, they do.  Yes.

12:38PM  8        MR. UNDERHILL:  So whether the rulings go for you or

12:38PM  9   against you, at least you know what the scope is.

12:38PM 10        THE COURT:  Exactly.  I think that's right.

12:38PM 11           Corey.

12:38PM 12        MR. MAZE:  We have one other thing that we need to bring

12:38PM 13   up today, if we're toward the end of the list.

12:38PM 14        THE COURT:  We're getting pretty close.

12:38PM 15        MR. MAZE:  Do you want me to go ahead and do it now?

12:38PM 16        THE COURT:  Go ahead and do it now.

12:38PM 17        MR. MAZE:  I want to make sure that either Mr. Bloomer

12:38PM 18   or Mr. Duffy are either here or on the line.

12:38PM 19        MR. BLOOMER:  Corey, this is Andrew.  I'm on the line.

12:38PM 20        MR. MAZE:  Good.

12:38PM 21           This is for the State of Alabama, and not the

12:38PM 22   states combined.  We've agreed on everything with regard to state

12:38PM 23   discovery except for one issue.  We've basically come to a

12:38PM 24   standstill that we're going to need you to help us resolve.

12:38PM 25           The question is, with regard to the Attorney

12:38PM 1    General's Office itself and the files of the Attorney General, we

12:38PM 2    have come to an agreement as to what the search terms will be,

12:38PM 3    and we're going to apply it to our entire office, not just

12:38PM 4    particular persons.

12:38PM 5           The disagreement is to the ending date.  We've

12:38PM 6    agreed to one year before the explosion, but we have -- BP, if I

12:39PM 7    remember right, I think is January 31 of 2011, which would be

12:39PM 8    after -- well, we had actually even become coordinating counsel

12:39PM 9    by that point.

12:39PM 10          We would agree to August 12 of 2010, which is the

12:39PM 11   day we filed suit and became the State's law firm.  We consider

12:39PM 12   ourselves the State's law firm all the time, but, unquestionably,

12:39PM 13   on August 12 of 2010, we became the State law firm for this

12:39PM 14   particular case.

12:39PM 15          We would think, like any other law firm, at that

12:39PM 16   point anything that's coming to us is going to arguably be

12:39PM 17   protected or privileged.  Honestly, anything that's going back

12:39PM 18   and forth from that date forward is not only relevant to the

12:39PM 19   litigation, it's probably coming from other parties in the

12:39PM 20   litigation and would be redundant to begin with.

12:39PM 21          What I can see us doing is simply going through

12:39PM 22   thousands, if -- like Mr. Langan said today, maybe 3.5 million

12:39PM 23   documents, if you're looking at everything that we've gotten as

12:40PM 24   part of this case.

12:40PM 25          So we would ask the Court to say the search terms,

82

12:40PM 1  everything is fine, but we'd cut it off on the date that the

12:40PM 2  Attorney General's Office became the representative of the State

12:40PM 3  in this litigation.

12:40PM 4       THE COURT:  What do we have on behalf of BP?

12:40PM 5       MR. BLOOMER:  Your Honor, hi, this is Andrew Bloomer.

12:40PM 6  Thanks for the opportunity to respond.

12:40PM 7       Your Honor, I think where we are on this is that we

12:40PM 8  see August 12 as being, one, too early and not a particularly

12:40PM 9  magic date.  I mean, it's not -- I don't think it can possibly be

12:40PM 10 the case that, even after a complaint is filed, that everything

12:40PM 11 that is either received by or sent by the Attorney General's

12:40PM 12 Office is going to be privileged.

12:40PM 13      As the Court knows, there were commission reports

12:40PM 14 and other activity relating to the casualty and the incident that

12:40PM 15 would have taken place at a later date.  What we would like to do

12:40PM 16 is just get a cutoff date that is going to capture only Phase I

12:41PM 17 responsive and nonprivileged documents.  We just think August is

12:41PM 18 too early.

12:41PM 19      You know, if the State is going to represent that

12:41PM 20 everything that came to it or was sent by it after that date is

12:41PM 21 somehow privileged, it's going to have to be able to tell the

12:41PM 22 Court and tell us that it's conducted the kind of reasonable and

12:41PM 23 diligent search that would allow it to make that representation.

12:41PM 24      MR. MAZE:  I think that would be the problem,

12:41PM 25 Your Honor.  No matter what date we pick, there is always the

12:41PM  1   potential that one out of a hundred thousand documents that came
12:41PM  2   in is not privileged.  That could happen today.  We have to find
12:41PM  3   the date where we can cut it off, and we picked that date for the
12:41PM  4   reasons that I said.
12:41PM  5            What I can see ourselves doing -- and, in fact,
12:41PM  6   I'll tell the Court that we have been conducting the search that
12:41PM  7   we've agreed to up to August 12, 2010, before today.  I actually
12:42PM  8   believe that we will be able to have it done by next week, so
12:42PM  9   that we can get those documents.
12:42PM 10            Our goal has been to get everything out by
12:42PM 11   July 31st, well before that, so people could get their motions to
12:42PM 12   compel.  But if you extend it beyond that into especially a time
12:42PM 13   after we became coordinating counsel, started e-mailing back and
12:42PM 14   forth with the parties and everything else, we're going to go
12:42PM 15   through hundreds of thousands of documents simply looking for
12:42PM 16   that needle in the haystack that BP still has never told us
12:42PM 17   exactly what it is they think that we're going to have.
12:42PM 18            So we still haven't heard what we consider a
12:42PM 19   reasonable -- what it is we're actually looking for, other than
12:42PM 20   just to say that we looked for it.
12:42PM 21            MR. BLOOMER:  Your Honor, on that latter point, we have
12:42PM 22   provided search terms that are specifically keyed to our Phase I
12:42PM 23   document requests.  So it's -- what's being looked for are
12:42PM 24   documents that would be responsive to those specific search
12:42PM 25   terms.

12:42PM 1          Is there going to be -- is there going to be a

12:43PM 2 privilege review or the need for a privilege review, as would be

12:43PM 3 the case for any other party; sure, there would be.  Is there

12:43PM 4 something to indicate that the filing of a complaint is some

12:43PM 5 magic line after which everything subsequent to that date becomes

12:43PM 6 privileged; we would submit no.

12:43PM 7          The fact that there is going to have to be some

12:43PM 8 privilege review done is a burden that's borne for every party,

12:43PM 9 but I don't think we're looking for a needle in a haystack.  We

12:43PM 10 have been very careful.  We provided a list of the custodians.

12:43PM 11 We provided search terms specifically keyed to our document

12:43PM 12 requests.

12:43PM 13          So all we're asking for is, obviously, there was a

12:43PM 14 lot of information, a lot of events after that are going to be

12:43PM 15 relevant to Phase I that would have occurred after April 12.  We

12:43PM 16 just want to be able to get the relevant, nonprivileged discovery

12:44PM 17 responses and documents pertaining to those time periods.

12:44PM 18          THE COURT:  Andrew, why January 2011?

12:44PM 19          MR. BLOOMER:  We looked at -- what we did, Your Honor,

12:44PM 20 was to look at what dates we had negotiated with other parties,

12:44PM 21 including the DOJ, and also looking at the timing of that end

12:44PM 22 date vis-a-vis the generation of commission reports, other

12:44PM 23 reports in the public domain that are -- would be obviously

12:44PM 24 highly relevant to Phase I.

12:44PM 25          MR. MAZE:  Let me be clear, Your Honor.  We're only

12:44PM 1    talking about the Attorney General's Office.  Every other state

12:44PM 2    agency from the State of Alabama, including the Governor that

12:44PM 3    negotiations that have been ongoing, we're doing the search all

12:44PM 4    the way up until the date we gave them the request to do it.

12:44PM 5            It's simply the Attorney General's Office because

12:44PM 6    of our litigation role that we need to cut it off sooner because

12:45PM 7    we're the one that intakes all of the materials from this case,

12:45PM 8    we're the one that respond to and talk to back and forth other

12:45PM 9    attorneys about this case.

12:45PM 10           I agree that August 12 is not a magic number, no

12:45PM 11   more than January 31 is a magic number; but, we need to cut it

12:45PM 12   off at some point, and I think that is the right cutoff spot

12:45PM 13   because that is the date, as I keep saying, that we officially

12:45PM 14   became the law firm of the State, like the other law firms that

12:45PM 15   are here today.  We don't ask them to go through everything that

12:45PM 16   they possess in their own building for the same reasons.

12:45PM 17           MR. BLOOMER:  Your Honor, let me propose this as a way

12:45PM 18   to maybe cut this Gordian knot.

12:45PM 19           It may be that the way that this can be approached

12:45PM 20   is to get -- for the parties to try to agree to a group of

12:45PM 21   custodians.  I mean, if they've got the person drafting the

12:45PM 22   complaint, we can probably avoid a search of that person's files;

12:45PM 23   but, I don't think it's going to be the case, given the different

12:45PM 24   function that -- functions that any AG's office serves, that they

12:46PM 25   are -- I don't think it's going to be the case that everybody who

12:46PM  1    may have responsive material is going to be in that position.

12:46PM  2              So it may be that what we can do is to come up with

12:46PM  3    an agreed list of custodians that will try to avoid the issue

12:46PM  4    that Corey is raising.

12:46PM  5              THE COURT:  So that it would include all AG employees

12:46PM  6    who were not involved in the representation?

12:46PM  7              MR. MAZE:  My understanding, if I remember back, the

12:46PM  8    custodians that they had proposed to us to begin with were four,

12:46PM  9    and those were the four that had signed the complaint on

12:46PM 10    August 12.  It was Troy King, who was Attorney General;

12:46PM 11    Robert Tamlyn (spelled phonetically) -- these would have been the

12:46PM 12    persons who were collecting everything with regards to the

12:46PM 13    litigation.  I'm not sure who the custodian would be that would

12:46PM 14    avoid the problem.

12:46PM 15              THE COURT:  Look, I think both dates are pretty

12:47PM 16    arbitrary.  Why don't we agree to go to -- what was the date that

12:47PM 17    the well was capped?

12:47PM 18              MS. HIMMELHOCH:  September 19th.

12:47PM 19              THE COURT:  September 19th.

12:47PM 20              MR. MAZE:  We can do that.

12:47PM 21              MR. HAYCRAFT:  The well was killed.

12:47PM 22              THE COURT:  Killed, excuse me.

12:47PM 23              MR. MAZE:  Capped in July.  We'll take capped.

12:47PM 24              THE COURT:  It was capped in July.  It was cemented, how

12:47PM 25    about that, it was cemented September 19.  Go ahead and run it.

12:47PM 1          MR. MAZE:  We'll do that.

12:47PM 2          THE COURT:  Let's get it out and move on to our next

12:47PM 3  issue.

12:47PM 4          MR. MAZE:  Otherwise, everything on our side is fine.

12:47PM 5          THE COURT:  Thanks, Andrew, I appreciate it very much.

12:47PM 6          MR. BLOOMER:  Thank you, Your Honor.

12:47PM 7          THE COURT:  Does anybody else have anything else we need

12:47PM 8  to take up?  We've got a lot of people.

12:47PM 9          MR. HERMAN:  Go ahead, Don.

12:47PM 10         MR. GODWIN:  Go ahead, Steve.

12:47PM 11         MR. HERMAN:  Yes, Your Honor, very quickly, we have one

12:47PM 12 snag and one question regarding the proposed amendment to the

12:47PM 13 short form forum.

12:48PM 14         The dispute is this.  I think, by mistake, and it's

12:48PM 15 probably my fault, when we created the short form joinder, the

12:48PM 16 form itself was taken from the old PPF.  There is a section in

12:48PM 17 there that says if you are -- if you're alleging a personal

12:48PM 18 injury, you're supposed to give us authorization --

12:48PM 19         THE COURT:  A medical release and your employment

12:48PM 20 record.

12:48PM 21         MR. HERMAN:  Right.  That was intended, based on my

12:48PM 22 recollection, to apply primarily to Bundle A plaintiffs who were

12:48PM 23 hurt on the rig.

12:48PM 24         THE COURT:  Right.

12:48PM 25         MR. HERMAN:  So we got a bunch of calls from people

12:48PM 1  saying, do you want me to file in the record a medical

12:48PM 2  authorization and an employment authorization, and what is this?

12:48PM 3  I don't have the form.

12:48PM 4          We said, well, that's discovery.  We'll get it to

12:48PM 5  the -- first of all, I didn't even remember that we agreed to

12:48PM 6  employment authorizations.

12:48PM 7          So, anyway, the bottom line is right now, we have

12:48PM 8  no problem -- well, we may have a problem, but I will agree -- or

12:48PM 9  we will agree to give them medical authorizations.  Okay.  The

12:49PM 10 issue is, A, they shouldn't be filed.

12:49PM 11         THE COURT:  Positively not.

12:49PM 12         MR. HERMAN:  They just should be served as discovery

12:49PM 13 through LexisNexis.

12:49PM 14         THE COURT:  Correct.

12:49PM 15         MR. HERMAN:  B, it would be good to have a form.  Tell

12:49PM 16 us the form you want us to use, and that's what we'll distribute

12:49PM 17 and have people use.

12:49PM 18         Then, finally, we object for the B3 plaintiffs,

12:49PM 19 unless and until their employment history becomes directly

12:49PM 20 relevant, that we should have to give them employment

12:49PM 21 authorizations just as a blanket requirement.  So that's the one

12:49PM 22 issue.

12:49PM 23         On the clarification point, because we got access

12:49PM 24 yesterday in our meeting among plaintiffs' counsel, there are

12:49PM 25 several plaintiff lawyers with respect to short form joinders who

12:49PM 1    have either since the filing of the short form joinder have now

12:49PM 2    been retained and want to enroll, or have now been discharged and

12:49PM 3    want to withdraw.

12:49PM 4           So the question is, is there a way that, simply by

12:50PM 5    amending your short form to either now reflect the existence,

12:50PM 6    appearance of an attorney or the lack thereof, will, in effect,

12:50PM 7    either enroll or withdraw that attorney, or is the attorney

12:50PM 8    required to file a formal motion to enroll or a motion to

12:50PM 9    withdraw.

12:50PM 10          I guess we would propose or request that we can

12:50PM 11   just do it with a form, but, if the Court wants people -- and the

12:50PM 12   requirements for withdrawal might be a little bit different than

12:50PM 13   enrollment, but that's the question.

12:50PM 14      THE COURT:  Let's hear if anybody has any thoughts on

12:50PM 15   those issues.  I think you're absolutely right with regard to not

12:50PM 16   filing medical release forms in the record.

12:50PM 17          Does anybody think that employment authorizations

12:50PM 18   have to be given out for all B3 people, and do you have any

12:50PM 19   opposition to enrolling or withdrawing counsel by an amendment to

12:51PM 20   the short form?

12:51PM 21      MR. HAYCRAFT:  The answer to the last question is no, no

12:51PM 22   objection.

12:51PM 23          On the B3, for persons who are claiming injury or

12:51PM 24   claiming a need for medical monitoring, yes, we believe that the

12:51PM 25   short form that -- you know, that says, tell us about your

12:51PM  1   personal injuries arising from your clean-up work, that the

12:51PM  2   medical and the employment authorization forms are required and

12:51PM  3   were always intended by BP to be included.  So I don't think that

12:51PM  4   was a mistake.

12:51PM  5              We agree completely about not filing the

12:51PM  6   authorizations themselves via LNFS; but, rather, provide -- as I

12:51PM  7   recall, providing them to Liskow & Lewis was the way it was going

12:51PM  8   to work.

12:51PM  9              MR. HERMAN:  We could do that.  That doesn't matter.

12:51PM 10              THE COURT:  Yes, that doesn't matter.  But you do

12:51PM 11   believe that anyone claiming personal injury or medical

12:51PM 12   monitoring?  Medical monitoring?

12:52PM 13              MR. HAYCRAFT:  Well, I think the identity of B3 is

12:52PM 14   post-explosion personal injury/medical monitoring relating to

12:52PM 15   clean-up.  So, for those persons claiming personal injury/medical

12:52PM 16   monitoring related to clean-up, as opposed to persons injured in

12:52PM 17   the explosion, the answer is yes, we want the authorizations, the

12:52PM 18   releases of employment and medical records.

12:52PM 19              MR. HERMAN:  Can I offer this as a compromise?

12:52PM 20              THE COURT:  Sure.

12:52PM 21              MR. HERMAN:  Medical monitoring, presumably those people

12:52PM 22   haven't lost any work.  Why don't we just say this.  If anyone

12:52PM 23   who has a B3 claim intends to claim lost profits as a result of

12:52PM 24   their injury --

12:52PM 25              THE COURT:  Lost income.

12:52PM  1        MR. HERMAN:  -- lost income as a result of their injury,
12:52PM  2   then they have to give an authorization.
12:52PM  3        MR. HAYCRAFT:  Well, yes, if they are claiming lost
12:52PM  4   income, yes, they have to give an authorization for release of
12:52PM  5   employment records.
12:52PM  6        THE COURT:  I think that's a fair compromise.  If they
12:52PM  7   are not claiming lost income, then --
12:52PM  8        MR. HAYCRAFT:  But if they are claiming any
12:53PM  9   post-explosion personal injury, then both are required, that is,
12:53PM 10   both medical and employment-wise release.
12:53PM 11        THE COURT:  Well, if they haven't --
12:53PM 12        MR. HAYCRAFT:  So your point is employment, no, because
12:53PM 13   they are not claiming that whatever injury they have has caused
12:53PM 14   them to lose employment?
12:53PM 15        THE COURT:  Has caused them to lose income.
12:53PM 16        MR. HAYCRAFT:  Yes, we can agree to that.
12:53PM 17        THE COURT:  Okay.  Good.
12:53PM 18            Ted, come on up.  Oh, Ted, you have something on
12:53PM 19   that?
12:53PM 20        MR. TSEKERIDES:  I just want to put on the record for
12:53PM 21   the clean-up responders, we agree with BP, and we agree with the
12:53PM 22   resolution that was just reached.
12:53PM 23        THE COURT:  Terrific.  Thank you.
12:53PM 24        MS. HIMMELHOCH:  Is it time for a new topic, Your Honor?
12:53PM 25        THE COURT:  Good afternoon.  Sure.

12:53PM 1      MS. HIMMELHOCH:  Good afternoon.

12:53PM 2          I'm not a disembodied voice this week.  This is

12:53PM 3  Sarah Himmelhoch for the US.

12:53PM 4          Just a couple of things.  You got a letter from BP

12:53PM 5  yesterday regarding the White House issue.

12:53PM 6      THE COURT:  I did.  I haven't read it, I have to admit.

12:54PM 7      MS. HIMMELHOCH:  I would request, actually, that you not

12:54PM 8  read it, because I'm not quite sure yet that we're at an impasse.

12:54PM 9          What Mr. Gasaway proposed to us, I have taken back

12:54PM 10 to the decision makers, which include individuals in the

12:54PM 11 White House counsel's office.  I have not heard back from them

12:54PM 12 yet, so I'm not sure that we have a crystalized dispute yet.

12:54PM 13         I believe they have granted me the great favor of

12:54PM 14 saying that I have until next Friday to respond to the letter if

12:54PM 15 we do have a dispute.  Then we will raise it for argument on the

12:54PM 16 22nd.

12:54PM 17     THE COURT:  Perfect.  I have no problem setting that

12:54PM 18 aside.

12:54PM 19     MS. HIMMELHOCH:  Thank you.  I don't believe there is

12:54PM 20 anything else to report for the United States.

12:54PM 21     THE COURT:  Great.  Thank you.

12:54PM 22     MR. LANGAN:  Andy Langan for BP.

12:54PM 23         I think you should read the letter.

12:54PM 24     THE COURT:  You do?

12:54PM 25     MR. LANGAN:  Yes, but we -- this has been a long meet

12:54PM 1    and confer process, and counsel is very good about keeping that

12:54PM 2    ball up in the air.

12:54PM 3                I think you told us two weeks ago, it's time to get

12:54PM 4    this teed up, so -- but, having said that, she's going to respond

12:54PM 5    next week.  That's great.

12:54PM 6         THE COURT:  I've got lots of other things on my desk

12:54PM 7    that I can get to before that.  How about that?

12:54PM 8         MR. LANGAN:  Very good.  It's a very good read, though.

12:55PM 9         MS. HIMMELHOCH:  Respectfully, Your Honor, we only got

12:55PM 10   clarification on what BP was seeking an hour and a half before

12:55PM 11   the letter was filed with the Court, and we simply couldn't

12:55PM 12   respond in an hour and a half to their answer.

12:55PM 13        THE COURT:  Furthermore, I'm looking for the Kindle

12:55PM 14   edition.

12:55PM 15             Don Godwin.

12:55PM 16        MR. GODWIN:  There you go.  Thank you, Your Honor.  For

12:55PM 17   Halliburton, Judge.

12:55PM 18        THE COURT:  Yes, sir.

12:55PM 19        MR. GODWIN:  Two quick points, Judge.  Next Thursday,

12:55PM 20   there are two depositions -- well, among several, but both are

12:55PM 21   Kurt Arnold clients, Carl Taylor and Nick Watson.  I was

12:55PM 22   wondering, I know last week you had indicated that you had

12:55PM 23   received some advance notice, you announced, from Mr. Arnold

12:55PM 24   regarding Fifth Amendment declarations.

12:55PM 25        THE COURT:  That's correct.

12:55PM 1          MR. GODWIN:  I wondered if the Court, as of today, has

12:55PM 2   received anything regarding these two witnesses?

12:55PM 3          THE COURT:  I have not.

12:55PM 4          MR. GODWIN:  Because the five days is probably tomorrow.

12:55PM 5          THE COURT:  That is correct.  Mr. Arnold and Mr. Itkin

12:56PM 6   are very aware of the five-day rule.

12:56PM 7          MR. GODWIN:  Okay.

12:56PM 8          THE COURT:  So if you do not five working days before

12:56PM 9   the deposition receive such a notice, I do not believe they will

12:56PM 10  be invoking the Fifth.  I've received nothing.

12:56PM 11         MR. GODWIN:  Thank you, Judge.

12:56PM 12            The last point is regarding -- going back very

12:56PM 13  briefly on Mr. Daly's depo, you know, here we are, we're on the

12:56PM 14  7th, and our next conference with you is next Friday.  Of course,

12:56PM 15  the depo will be going that following week for those of us that

12:56PM 16  will be over in London for Mr. Inglis' deposition.

12:56PM 17            I wonder if Andy could get back to us, say, by

12:56PM 18  Tuesday or so of this coming week, so that we can make plans if

12:56PM 19  we're going to need to be there for the 27th and 28th, or if, in

12:56PM 20  fact, he's going to be deposed over here at some later date.  It

12:56PM 21  would be helpful to everybody making travel arrangements.

12:56PM 22         MR. LANGAN:  I'll do my level best.

12:57PM 23         MR. GODWIN:  Thank you, Your Honor.

12:57PM 24         THE COURT:  Okay.  Thank you, Andy.  I appreciate it.

12:57PM 25         MR. GODWIN:  Thank you.

12:57PM 1          THE COURT:  I was going to say Mr. Roberts.  I saw

12:57PM 2    somebody out of the corner of my eye.  It's Mr. Wittmann.

12:57PM 3          MR. WITTMANN:  Phil Wittmann, Cameron, Your Honor.

12:57PM 4          We have a disagreement with BP about a witness

12:57PM 5    coming up next week for deposition.

12:57PM 6          THE COURT:  Who is that?

12:57PM 7          MR. WITTMANN:  Mike Byrd coming up next Wednesday and

12:57PM 8    Thursday.  Our dispute really relates to the failure of BP to

12:57PM 9    produce a custodial file for Mr. Byrd.  Their contention is he's

12:57PM 10   solely a 30(b)(6) witness.

12:57PM 11         He's been listed as a fact witness by Cameron since

12:57PM 12   May 9th.  We identified him timely in accordance with the Court's

12:57PM 13   orders.  He's been identified by BP as a witness with knowledge

12:57PM 14   of the design of the BOP.  His name is all over *Horizon* related

12:57PM 15   documents concerning BP -- concerning the BOP.  There is no

12:57PM 16   question he has personal knowledge of the facts that we're trying

12:57PM 17   to establish.

12:57PM 18         The dispute really is whether or not he has to

12:57PM 19   produce a custodial file as a fact witness.  We contend he does,

12:58PM 20   BP says he doesn't.  So that's the sum and substance of it.

12:58PM 21         MR. LANGAN:  Your Honor, this is really very simple.

12:58PM 22   Cameron is raising this issue way too late.

12:58PM 23         On May 11th, I have it in my hand, we served a

12:58PM 24   certification pursuant to Your Honor's order that made it clear

12:58PM 25   that Mr. Byrd was only being produced as a 30(b)(6) and is not a

12:58PM 1    fact witness for the event phase.  We have been transparent about

12:58PM 2    that from the beginning.

12:58PM 3            Your order of April 4th, Document 1856, holds that

12:58PM 4    a custodial file certification is not required for pure 30(b)(6)

12:58PM 5    designations.  So this is old news, and all we're doing is

12:58PM 6    following the Court's order.

12:58PM 7            We never agreed that we were producing Mr. Byrd as

12:58PM 8    a fact witness.  He was always going to be a 30(b)(6) designee.

12:58PM 9    There is no order of Your Honor saying that he would be.  So they

12:59PM 10   are way late, and they are wrong.

12:59PM 11        MR. WITTMANN:  At that time, it was a one-day witness;

12:59PM 12   Mr. Byrd was.  Now, you extended it to two days.  We don't have

12:59PM 13   to show cause to take a fact witness' deposition, and I don't

12:59PM 14   think BP has a right to object if I take him as a fact witness.

12:59PM 15   We have got two days set aside for Mr. Byrd.  What we're arguing

12:59PM 16   about is his custodial file.

12:59PM 17        THE COURT:  Let me ask you this, Phil.  Is the area of

12:59PM 18   questioning of Mr. Byrd that you anticipate part of the 30(b)(6)

12:59PM 19   notice?

12:59PM 20        MR. WITTMANN:  Well, I'm sure that the 30(b)(6) notice

12:59PM 21   will be, in part, covered by the questions we ask Mr. Byrd.

12:59PM 22   There is no question about that.

12:59PM 23        MR. LANGAN:  Your Honor, remember -- I'm sorry.

12:59PM 24        MR. WITTMANN:  He's got -- in terms of what documents he

12:59PM 25   has, there are 2700 documents with Mr. Byrd's name on it.  We are

12:59PM  1   not going to just be restricted to the 30(b)(6) designation

12:59PM  2   they've given.  We want to depose him as a fact witness

01:00PM  3   generally.  While he's here for two days, we think we ought to be

01:00PM  4   able to do it at one time.

01:00PM  5       MR. LANGAN:  Your Honor, you'll also recall that the

01:00PM  6   30(b)(6) for BP for Cameron, we expanded the topics to

01:00PM  7   accommodate Cameron.  We gave them three or four more new topics.

01:00PM  8   We've told everybody, including Cameron, since May he's not a

01:00PM  9   fact witness, he's just -- so it's totally unfair at this late

01:00PM  10  date to say, where is his custodial file.  It's old news.

01:00PM  11      MR. WITTMANN:  That hadn't been told since May, Judge.

01:00PM  12  There are enough documents that they have with this man's name on

01:00PM  13  them, they should have done a search of his custodial file

01:00PM  14  already, quite frankly.

01:00PM  15      THE COURT:  Well, I assume they have.

01:00PM  16      MR. LANGAN:  No.  He's a 30(b)(6) designee, and your

01:00PM  17  April 4th order says not needed.  We have enough custodial files

01:00PM  18  to pull together.  I mean, dozens and dozens.

01:00PM  19      MR. WITTMANN:  It seems to me if they are going to

01:00PM  20  produce a witness who is a 30(b)(6) witness on the BOP, and they

01:00PM  21  haven't gone through his custodial file at this point, shame on

01:01PM  22  them.  I think we're entitled to his custodial file, Your Honor,

01:01PM  23  as a fact witness.

01:01PM  24      THE COURT:  I can't tell you, Phil, that you're going to

01:01PM  25  get his custodial file before he's scheduled, but I'm not

01:01PM  1    upsetting the deposition date.  I can tell you that.  He's been

01:01PM  2    scheduled for a long time as a 30(b)(6) witness, and Andy has got

01:01PM  3    the proof in the orders telling us that -- look, he's waving it

01:01PM  4    at us -- telling us that he did not need to get the man's

01:01PM  5    custodial file.

01:01PM  6              So it's a little late in the game to now say, how

01:01PM  7    many days before the deposition, that I need BP to stop

01:01PM  8    everything else they are doing on production and go get

01:01PM  9    Mr. Byrd's custodial file.

01:01PM  10             MR. WITTMANN:  But, Your Honor, he's been designated as

01:01PM  11   a fact witness since May 9th.  This isn't late in the game.

01:01PM  12             MR. LANGAN:  On May 11th, we said no, he's not.  They

01:01PM  13   may have asked.  Your Honor never ordered it.  Never.

01:01PM  14             THE COURT:  Look, May 9th and -- what's today's date,

01:02PM  15   July 7th?  8th?  Whatever.

01:02PM  16             The problem is, Phil, that I can't change three

01:02PM  17   months of where we have been.  I would like you to use your best

01:02PM  18   efforts to take this gentleman's deposition according to the

01:02PM  19   30(b)(6) notice.

01:02PM  20             If you want to move to take him as a fact witness,

01:02PM  21   above and beyond, I will certainly take that up at your request;

01:02PM  22   but, whether it was miscommunication or otherwise, I just don't

01:02PM  23   see how we're going to be able to accommodate the request for

01:02PM  24   custodial file production for this scheduled deposition, but I

01:02PM  25   will entertain a request to take him as a fact witness.

01:02PM 1        MR. WITTMANN:  All right, Your Honor.

01:02PM 2        THE COURT:  Okay?

01:02PM 3        MR. HERMAN:  Steve Herman for the plaintiffs.

01:03PM 4        I just want to advise Your Honor that we have a

01:03PM 5   fairly similar issue with BP because one of their 30(b)(6)

01:03PM 6   witnesses that we took, I think, last week or two weeks ago

01:03PM 7   without a custodial production, they weren't required, we didn't

01:03PM 8   complain at the time, but it became clear during the deposition

01:03PM 9   that he did have a lot of factual knowledge.

01:03PM 10       And now we've requested -- he's a Phase II guy --

01:03PM 11  requested to have him on a Phase II fact witness, and BP is

01:03PM 12  objecting to reproducing him as a fact witness after already

01:03PM 13  producing him as a 30(b)(6).  So that's a similar situation.

01:03PM 14       The other thing I wanted to bring up in terms of --

01:03PM 15  I like Andy's reference to keeping balls in the air -- Mr. Irpino

01:03PM 16  advises that in light of your redaction order where you indicated

01:03PM 17  that we couldn't get the redactions for the Board minutes, but we

01:03PM 18  could at least in some *in camera* process review other

01:03PM 19  nonresponsive redactions, apparently BP wants us to meet and

01:03PM 20  confer and sit down with them and tell them exactly which

01:03PM 21  redactions we want to see and which ones we don't.

01:04PM 22       We said, we want to see all of them.  Now, that

01:04PM 23  ball is trying to be held in the air as long as possible, it

01:04PM 24  appears, and we're just trying to cut through it.

01:04PM 25       MR. NOMELLINI:  Your Honor, this is Mark Nomellini on

01:04PM  1    behalf of BP.  Can you hear me?

01:04PM  2          THE COURT:  I certainly can, Mark.  How are you doing?

01:04PM  3          MR. NOMELLINI:  I'm doing good, Your Honor.  Thanks for

01:04PM  4    asking.

01:04PM  5          That issue is something that Mr. Irpino and I just

01:04PM  6    started discussing yesterday, so I don't -- unfortunately, I

01:04PM  7    don't think it's ripe yet.  I'm sure that Anthony and I can work

01:04PM  8    out a productive solution on that.  We literally just started

01:04PM  9    exchanging e-mails on it, and I asked for a time when he's

01:04PM 10    available to talk about it next week.

01:04PM 11          THE COURT:  Well, y'all talk about it.  Either you all

01:04PM 12    agree that the ball has dropped or the ball will drop.

01:04PM 13          MR. NOMELLINI:  That sounds good, Your Honor.

01:04PM 14          Another issue, Your Honor, on search terms, and I

01:04PM 15    promise I'll be brief.  Your Honor will recall that back in

01:05PM 16    January and February, we had some very productive discussions and

01:05PM 17    work with BP, the PSC and the Court on search terms, where we

01:05PM 18    negotiated them and then we circulated them to all the parties.

01:05PM 19          BP received this week a whole bunch of new search

01:05PM 20    criteria from Anadarko, a lot of which relate to Phase I.  So we

01:05PM 21    look forward to working with Anadarko on those and hope that, you

01:05PM 22    know, our discussions will be productive, just like they were

01:05PM 23    with the PSC.

01:05PM 24          But, if what Anadarko is seeking turns out to be

01:05PM 25    too burdensome or time consuming, we may be -- we may be seeking

101

01:05PM 1    the Court's input, particularly given the timing relative to

01:05PM 2    Phase I.  So I just wanted to alert the Court to that potential

01:05PM 3    issue.

01:05PM 4              THE COURT:  Good.  Thanks, Mark.  If you need to raise

01:06PM 5    something with us, let us know and we'll take it up.  Thank you.

01:06PM 6              MR. NOMELLINI:  Thank you, Your Honor.

01:06PM 7              MR. WITTMANN:  Your Honor, just one point of

01:06PM 8    clarification.  On the custodial file of Mr. Byrd, could we have

01:06PM 9    a time by which we could get that produced for us if we're not

01:06PM 10   going to have it in time for the deposition?  I understand

01:06PM 11   Your Honor's ruling there.

01:06PM 12             We would like to have his custodial file as a fact

01:06PM 13   witness.  He is a fact witness.  We will need that to be able to

01:06PM 14   schedule his fact deposition, if we need to do so.

01:06PM 15             MR. LANGAN:  Your Honor, your April 4th order says we

01:06PM 16   don't have to do that.  I'm not sure counsel is listening.

01:06PM 17             MR. WITTMANN:  I'm listening.  He is a fact witness.

01:06PM 18   That's what I'm saying.

01:06PM 19             THE COURT:  He is, Phil.  What we will do is we will

01:06PM 20   bring up the request to take him as a fact witness, and I will

01:06PM 21   rule on that.  If I say fact witness deposition, Andy will

01:06PM 22   produce the custodial file.  Okay?

01:06PM 23             MR. LANGAN:  We won't get the cart before the horse.

01:06PM 24             I mean, Your Honor has already imposed limits on

01:06PM 25   the number of depositions.  For instance, they wanted three more,

01:06PM  1    you gave them one.  This apparently is another.  So, I mean, it's

01:06PM  2    not a foregone conclusion.

01:07PM  3            Thank you, Your Honor.

01:07PM  4        MR. WITTMANN:  Your Honor, in terms of the number of

01:07PM  5    witnesses, we've got, actually, a total of two witnesses from BP

01:07PM  6    that Cameron has requested.  We're not --

01:07PM  7        THE COURT:  I'm with you, Phil.  You've been very good

01:07PM  8    about it.  I'm not criticizing the number of witnesses you guys

01:07PM  9    have requested.  You've been very modest in that regard.  I

01:07PM 10    appreciate it.

01:07PM 11            Mr. Sterbcow.

01:07PM 12        MR. STERBCOW:  Your Honor, I don't have any issue with

01:07PM 13    anybody.

01:07PM 14        THE COURT:  Thank you.  Sit down.

01:07PM 15        MR. STERBCOW:  But what I do want to do is inform

01:07PM 16    everyone in the court that we have gotten to the stage in this

01:07PM 17    proceeding where Mr. Cunningham and I will begin to do other

01:07PM 18    things, possibly on Friday mornings.

01:07PM 19            I wanted to introduce Brian Barr, because, as we

01:07PM 20    get into Phase II and deposition scheduling and discovery issues,

01:07PM 21    Brian is going to take the role that Bobo and I have had in

01:07PM 22    Phase I.  Jimmy Williamson will be working with him as his

01:07PM 23    co-chair.  Ervin Gonzalez is on the committee, as well, with

01:07PM 24    Robin Greenwald.  So they'll start spending more time with you.

01:08PM 25        THE COURT:  You decided on that yesterday during your

01:08PM  1  meeting?

01:08PM  2          MR. STERBCOW:  Pretty much.

01:08PM  3          MR. HERMAN:  The meeting before the meeting, Your Honor.

01:08PM  4          MR. STERBCOW:  The meeting before the meeting, right.

01:08PM  5  Of course, Bobo and I have thoroughly enjoyed our time, and we'll

01:08PM  6  be back.

01:08PM  7          THE COURT:  Good.  I'll miss you.

01:08PM  8          MR. STERBCOW:  Andy will miss us, for sure.

01:08PM  9          MR. HERMAN:  Andy, when is your replacement coming?

01:08PM 10          THE COURT:  Good one, Steve.

01:08PM 11          MR. LANGAN:  I may not be here next Friday.

01:08PM 12          THE COURT:  You're not taking off?

01:08PM 13          MR. LANGAN:  I have a family related thing.  I may be

01:08PM 14  dialing in, but, Your Honor, as long as the subject is being

01:08PM 15  raised, it is not because I'm being replaced, as far as I know.

01:08PM 16          THE COURT:  Okay.

01:08PM 17          MR. LANGAN:  In fact, Mr. Nomellini, we should discuss

01:08PM 18  your schedule for next Friday.

01:08PM 19          THE COURT:  No comment.  He's on mute.

01:08PM 20              Okay.  I think we should go off the record.  I have

01:08PM 21  a couple of things that I want to cover, but we're going to go

01:08PM 22  off the record and chat about it.  Okay.

        23              Next Conference Friday, July 15, 2011, at 9:30 a.m.

        24          (WHEREUPON, at 1:08 p.m., the proceedings were

        25  concluded.)

1                       REPORTER'S CERTIFICATE

2

3        I, Cathy Pepper, Certified Realtime Reporter, Registered

4    Merit Reporter, Certified Court Reporter of the State of

5    Louisiana, Official Court Reporter for the United States District

6    Court, Eastern District of Louisiana, do hereby certify that the

7    foregoing is a true and correct transcript, to the best of my

8    ability and understanding, from the record of the proceedings in

9    the above-entitled and numbered matter.

10

11

12                              _s/Cathy Pepper_____

13                              Cathy Pepper, CRR, RMR, CCR
                                Certified Realtime Reporter
14                              Official Court Reporter
                                United States District Court
15                              Cathy_Pepper@laed.uscourts.gov

16

17

18

19

20

21

22

23

24

25

1

**0**

**04111** [1] - 4:4

**1**

**1** [2] - 15:1, 28:10
**10** [19] - 17:4, 42:14, 42:15, 42:16, 42:21, 43:7, 43:20, 43:21, 43:22, 43:23, 43:24, 50:25, 57:7, 57:8, 57:17, 57:23, 58:18, 58:19, 58:20
**10-MDL-2179** [1] - 1:6
**10-minute** [1] - 56:20
**100** [1] - 10:23
**1000** [1] - 5:8
**10036** [1] - 5:5
**101** [1] - 10:24
**10153** [1] - 5:21
**10174** [1] - 5:13
**102** [1] - 10:25
**103** [1] - 11:1
**10:45** [1] - 1:7
**11** [9] - 10:6, 68:8, 69:3, 69:23, 70:2, 70:15, 71:2, 76:23, 77:3
**1100** [1] - 3:7
**11th** [5] - 38:3, 39:5, 39:6, 95:23, 98:12
**12** [10] - 8:5, 27:21, 77:15, 81:10, 81:13, 82:8, 83:7, 84:15, 85:10, 86:10
**1201** [1] - 4:12
**12th** [1] - 15:24
**13** [3] - 8:6, 8:8, 33:9
**1300** [1] - 4:22
**1331** [1] - 4:15
**13th** [5] - 16:5, 16:6, 21:1, 21:7, 33:16
**14** [1] - 8:9
**14(c** [1] - 69:8
**14th** [2] - 35:22, 37:8
**15** [5] - 8:10, 11:1, 19:4, 60:17, 103:23
**1540** [1] - 5:4
**15th** [2] - 35:22, 37:9
**16** [3] - 8:11, 8:12, 8:13
**1600** [1] - 6:5
**1601** [1] - 2:7
**1615** [1] - 4:22
**1665** [1] - 4:15
**17** [8] - 8:14, 8:15, 8:23, 25:7, 25:18,

38:4, 38:10, 38:11
**1700** [1] - 4:12
**18** [6] - 8:23, 25:8, 25:18, 38:4, 38:10, 38:11
**1856** [1] - 96:3
**18th** [9] - 20:19, 35:25, 36:1, 36:4, 36:8, 36:17, 37:3, 37:4
**19** [4] - 27:7, 27:15, 27:21, 86:25
**1999** [1] - 69:18
**19TH** [1] - 6:9
**19th** [3] - 37:3, 86:18, 86:19
**1:08** [1] - 103:24
**1st** [1] - 28:18

**2**

**2** [3] - 8:16, 21:11, 28:11
**20** [8] - 1:5, 27:8, 27:15, 27:16, 27:17, 27:23, 42:7, 43:16
**20005** [1] - 3:25
**20006** [1] - 4:25
**2001** [1] - 69:18
**20044** [1] - 2:21
**2007** [1] - 4:20
**2010** [6] - 1:5, 8:16, 21:11, 81:10, 81:13, 83:7
**2011** [6] - 1:7, 11:1, 12:2, 81:7, 84:18, 103:23
**2020** [1] - 4:25
**20th** [3] - 20:21, 37:4
**21** [11] - 8:16, 27:13, 27:14, 27:22, 27:23, 27:25, 41:11, 41:14, 41:15, 41:19, 41:20
**2185** [1] - 6:14
**21st** [3] - 31:1, 41:5, 41:7
**22** [10] - 8:6, 8:18, 13:7, 27:8, 27:13, 27:14, 27:15, 41:11, 41:19, 41:20
**22nd** [3] - 31:1, 41:10, 92:16
**23** [5] - 8:19, 8:20, 27:8, 27:14, 27:15
**2304** [1] - 6:9
**233** [1] - 6:12
**23rd** [2] - 38:17, 38:20
**24** [2] - 8:21, 8:22
**25** [4] - 8:23, 8:25, 38:15, 57:21

**25th** [2] - 36:1, 36:9
**26** [2] - 9:1, 38:15
**2615** [1] - 2:11
**27** [5] - 9:2, 9:3, 9:4, 32:19, 37:23
**2700** [1] - 96:25
**27708** [1] - 6:20
**27th** [9] - 30:12, 35:24, 36:2, 36:20, 37:6, 43:1, 43:2, 68:1, 94:19
**28** [5] - 9:5, 32:19, 33:11, 37:23, 38:23
**28th** [9] - 30:12, 33:15, 35:24, 36:2, 36:20, 37:7, 43:1, 43:2, 94:19
**29** [6] - 9:6, 9:7, 9:8, 9:9, 28:8, 33:11
**2929** [1] - 5:24
**2990** [1] - 1:24
**29th** [6] - 29:1, 33:12, 33:13, 33:18, 33:19, 33:20
**2nd** [2] - 28:18, 28:21

**3**

**3** [5] - 39:17, 40:5, 40:12, 73:11, 76:6
**3.5** [1] - 81:22
**30** [10] - 9:10, 22:6, 42:4, 42:7, 42:17, 43:3, 43:4, 44:19, 52:16, 54:4
**30(b)(6** [17] - 24:25, 33:8, 68:24, 69:6, 95:10, 95:25, 96:4, 96:8, 96:18, 96:20, 97:1, 97:6, 97:16, 97:20, 98:2, 98:19, 99:3
**30(b)(6)** [2] - 25:20, 99:13
**30(B)(6)........................
................** [1] - 8:22
**300** [2] - 3:21, 6:9
**31** [2] - 81:7, 85:11
**316** [1] - 2:4
**31st** [1] - 83:11
**32502** [1] - 2:5
**33** [1] - 9:11
**34** [3] - 9:12, 9:13, 9:14
**3450** [1] - 6:15
**35** [4] - 9:15, 9:16, 9:17, 9:18
**36130** [1] - 2:24
**365** [1] - 1:24

**36604** [1] - 2:8
**3668** [1] - 1:17
**36TH** [1] - 3:6
**37** [1] - 9:19
**38** [3] - 9:20, 9:21, 9:22
**39** [1] - 9:23
**39501** [1] - 6:9
**3rd** [2] - 14:15, 14:18

**4**

**4** [4] - 39:17, 40:5, 40:12, 73:15
**40** [4] - 9:24, 9:25, 44:19, 54:4
**4000** [1] - 5:8
**405** [1] - 5:13
**42** [2] - 10:1, 10:2
**42ND** [1] - 5:24
**44** [1] - 10:3
**45** [1] - 49:2
**450** [1] - 2:15
**4:45** [2] - 48:11, 48:15
**4th** [4] - 34:24, 96:3, 97:17, 101:15

**5**

**500** [3] - 2:24, 6:15, 7:4
**5000** [1] - 3:17
**504** [1] - 7:5
**5395** [1] - 2:16
**546** [1] - 4:8
**556** [1] - 1:17
**58** [1] - 10:4
**5800** [1] - 6:12
**589-7779** [1] - 7:5
**5:30** [1] - 48:16
**5th** [1] - 17:13

**6**

**600** [2] - 2:4, 6:5
**601** [1] - 2:11
**60606** [1] - 6:12
**60654** [1] - 3:22
**63** [1] - 10:5
**655** [1] - 3:24
**68** [1] - 10:6

**7**

**7** [2] - 27:7, 74:22
**70** [1] - 51:17
**701** [1] - 3:16

**70112** [1] - 4:22
**70113** [1] - 1:21
**70130** [4] - 1:25, 2:11, 4:8, 7:4
**70139** [1] - 3:17
**70163** [1] - 3:7
**70501** [1] - 6:5
**70502** [1] - 1:18
**73** [1] - 10:8
**75270** [1] - 4:13
**7611** [1] - 2:20
**767** [1] - 5:21
**77002** [2] - 5:9, 6:16
**77010** [1] - 4:16
**77019** [1] - 5:25
**7th** [3] - 27:12, 94:14, 98:15
**7TH** [1] - 2:16

**8**

**8** [3] - 1:7, 12:2, 27:7
**80** [2] - 10:9, 10:10
**820** [1] - 1:20
**87** [1] - 10:11
**88** [1] - 10:12
**8th** [2] - 16:25, 98:15

**9**

**900** [2] - 19:3, 19:5
**90362** [1] - 6:19
**92** [1] - 10:17
**93** [1] - 10:19
**94** [1] - 10:20
**94102** [1] - 2:16
**95** [1] - 10:21
**99** [1] - 10:22
**9:30** [2] - 11:1, 103:23
**9th** [2] - 95:12, 98:11, 98:14

**A**

**a.m** [1] - 103:23
**A.M** [1] - 1:7
**A.M....** [1] - 11:1
**ability** [3] - 51:19, 51:20, 104:8
**able** [12] - 19:10, 25:13, 25:17, 28:10, 30:18, 41:16, 82:21, 83:8, 84:16, 97:4, 98:23, 101:13
**above-entitled** [1] - 104:9
**ABRAMSON** [1] - 2:9

2

**absence** [1] - 40:5
**absolutely** [3] - 15:11, 56:5, 89:15
**access** [1] - 88:23
**accommodate** [4] - 33:2, 37:11, 97:7, 98:23
**accommodations** [1] - 49:8
**accordance** [1] - 95:12
**according** [2] - 55:6, 98:18
**account** [1] - 74:12
**accuracy** [1] - 59:5
**accurate** [1] - 59:13
**Act** [1] - 79:14
**act** [1] - 55:8
**acting** [1] - 64:22
**ACTION** [1] - 1:6
**action** [2] - 24:1, 70:22
**ACTION**.................... ............... [1] - 8:20
**ACTIONS** [1] - 1:9
**activity** [1] - 82:14
**actual** [1] - 16:22
**ad** [1] - 46:19
**add** [3] - 46:10, 49:12, 73:13
**added** [1] - 32:3
**addendum** [2] - 54:25, 58:14
**addition** [2] - 35:17, 70:25
**additional** [1] - 40:20
**ADDITIONAL** [1] - 9:24
**address** [4] - 35:18, 45:7, 47:7, 74:24
**adequately** [2] - 69:6, 77:18
**admissibility** [1] - 59:8
**admissible** [2] - 59:9, 59:11
**admit** [1] - 92:6
**admitted** [1] - 75:23
**advance** [5] - 17:4, 18:24, 44:19, 47:24, 93:23
**advise** [2] - 26:20, 99:4
**advises** [1] - 99:16
**afternoon** [3] - 48:14, 91:25, 92:1
**AG** [1] - 86:5
**AG's** [1] - 85:24
**agency** [1] - 85:2

**agenda** [4] - 21:10, 22:14, 34:10, 40:2
**agent** [1] - 26:19
**ago** [7] - 12:23, 22:6, 29:13, 38:1, 72:21, 93:3, 99:6
**agree** [23] - 31:5, 32:16, 50:15, 53:4, 53:16, 57:19, 59:18, 67:14, 67:21, 78:20, 79:22, 81:10, 85:10, 85:20, 86:16, 88:8, 88:9, 90:5, 91:16, 91:21, 100:12
**agreed** [12] - 13:14, 14:14, 24:5, 25:7, 49:15, 77:10, 80:22, 81:6, 83:7, 86:3, 88:5, 96:7
**AGREED** [1] - 8:23
**agreement** [16] - 13:14, 13:15, 15:25, 16:2, 23:14, 24:11, 24:17, 32:25, 46:24, 48:1, 56:16, 56:18, 65:4, 81:2
**ahead** [9] - 34:9, 62:5, 71:24, 80:15, 80:16, 86:25, 87:9, 87:10
**air** [3] - 93:2, 99:15, 99:23
**AL** [2] - 2:8, 2:24
**ALABAMA** [1] - 2:23
**Alabama** [6] - 14:12, 14:14, 73:11, 73:20, 80:21, 85:2
**Alabama's** [1] - 14:5
**ALAN** [2] - 4:15, 5:12
**Alan** [1] - 55:20
**Alberty** [1] - 38:14
**ALBERTY** [1] - 38:14
**ALBERTY**................. ........................ [1] - 9:20
**alert** [1] - 101:2
**ALEXANDER** [3] - 6:11, 42:19, 42:24
**ALL** [1] - 1:9
**alleging** [1] - 87:17
**ALLEN** [2] - 5:24, 6:15
**allocation** [2] - 46:16, 75:4
**allocations** [4] - 44:21, 47:19, 50:19
**allotted** [1] - 50:22
**allow** [4] - 53:8, 53:18, 61:21, 82:23
**allowed** [1] - 63:1
**allowing** [1] - 66:17
**allows** [1] - 14:18

**almost** [4] - 47:3, 53:17, 66:8, 69:3
**alone** [1] - 61:1
**ALSO** [1] - 6:22
**ambiguous** [1] - 75:2
**Ambrose** [4] - 16:22, 17:24, 19:2, 20:19
**Ambrose's** [2] - 18:7, 18:22
**AMBROSE**................ ........................ [1] - 8:13
**amending** [1] - 89:5
**AMENDMENT** [1] - 10:11
**amendment** [2] - 87:12, 89:19
**Amendment** [3] - 41:3, 41:6, 93:24
**AMERICA** [7] - 2:19, 3:9, 3:9, 3:10, 3:11, 3:13, 3:14
**AMERICAN** [1] - 2:10
**amount** [4] - 46:6, 47:14, 58:15, 61:24
**amounts** [1] - 52:2
**ANADARKO** [2] - 4:18, 4:19
**Anadarko** [21] - 13:24, 14:14, 14:20, 15:1, 29:14, 29:20, 44:2, 45:23, 46:11, 46:15, 48:21, 49:1, 49:5, 51:24, 52:2, 61:6, 74:7, 74:20, 100:20, 100:21, 100:24
**Anadarko's** [1] - 24:7
**analogous** [1] - 75:14
**AND** [7] - 3:4, 4:20, 5:19, 8:23, 10:14, 10:15, 10:19
**Andrew** [4] - 80:19, 82:5, 84:18, 87:5
**ANDREW** [2] - 3:19, 3:20
**ANDY** [1] - 10:1
**Andy** [33] - 15:22, 17:11, 19:17, 21:13, 24:24, 25:1, 29:3, 29:21, 29:25, 34:1, 38:13, 39:25, 40:2, 40:17, 42:3, 42:8, 63:13, 64:2, 64:4, 64:24, 65:7, 67:20, 77:1, 77:2, 77:3, 77:10, 92:22, 94:17, 94:24, 98:2, 101:21, 103:8, 103:9
**Andy's** [2] - 34:6, 99:15

**announced** [1] - 93:23
**answer** [8] - 17:18, 23:8, 43:12, 69:6, 76:24, 89:21, 90:17, 93:12
**answered** [1] - 17:14
**Anthony** [1] - 100:7
**ANTHONY** [1] - 1:23
**anticipate** [1] - 96:18
**anticipated** [1] - 76:10
**anyway** [2] - 58:13, 88:7
**apologize** [1] - 73:23
**appearance** [1] - 89:6
**APPEARANCES** [7] - 1:14, 2:1, 3:1, 4:1, 5:1, 6:1, 7:1
**apply** [2] - 81:3, 87:22
**appreciate** [11] - 17:12, 24:23, 27:1, 33:21, 37:13, 42:24, 43:25, 79:9, 87:5, 94:24, 102:10
**appreciated** [1] - 28:14
**approach** [1] - 49:11
**approached** [1] - 85:19
**appurtenance** [1] - 69:8
**April** [4] - 84:15, 96:3, 97:17, 101:15
**APRIL** [1] - 1:5
**arbitrary** [1] - 86:16
**ARE** [1] - 8:23
**area** [2] - 66:19, 96:17
**areas** [2] - 18:3, 68:2
**arguably** [1] - 81:16
**argue** [2] - 62:23, 64:7, 64:13
**arguing** [2] - 54:3, 96:15
**argument** [2] - 19:23, 92:15
**arising** [1] - 90:1
**arms** [1] - 61:2
**ARNOLD** [1] - 10:19
**Arnold** [3] - 93:21, 93:23, 94:5
**arrangements** [1] - 94:21
**aside** [2] - 92:18, 96:15
**assist** [1] - 32:4
**assume** [8] - 27:2, 40:6, 43:11, 59:8, 59:11, 68:13, 97:15
**assumed** [1] - 74:12
**assurance** [1] - 26:9
**attack** [2] - 43:9, 43:18

**attend** [1] - 28:13
**attention** [1] - 40:21
**ATTORNEY** [2] - 2:23, 10:10
**Attorney** [7] - 80:25, 81:1, 82:2, 82:11, 85:1, 85:5, 86:10
**attorney** [2] - 22:20, 22:22, 22:24, 22:25, 32:2, 89:6, 89:7
**attorneys** [5] - 13:8, 32:7, 34:8, 85:9
**August** [24] - 14:8, 14:15, 14:18, 22:16, 23:22, 25:7, 25:18, 28:10, 28:11, 30:15, 38:3, 38:4, 38:10, 38:11, 38:17, 38:20, 39:13, 81:10, 81:13, 82:8, 82:17, 83:7, 85:10, 86:10
**AUGUST** [1] - 8:23
**authentic** [1] - 59:13
**authenticity** [2] - 59:4, 59:5
**authorization** [6] - 87:18, 88:2, 90:2, 91:2, 91:4
**authorizations** [6] - 88:6, 88:9, 88:21, 89:17, 90:6, 90:17
**availability** [4] - 34:12, 36:3, 36:16, 37:3
**available** [9] - 15:25, 16:2, 27:7, 32:11, 33:1, 36:23, 72:1, 72:15, 100:10
**AVENUE** [5] - 1:20, 2:15, 2:24, 5:13, 5:21
**avoid** [5] - 48:23, 63:4, 85:22, 86:3, 86:14
**avoided** [1] - 49:6
**aware** [3] - 36:5, 67:2, 94:6

**B**

**B-O-N-D-U-R-A-N-T** [1] - 38:19
**B3** [5] - 88:18, 89:18, 89:23, 90:13, 90:23
**BABIUCH** [1] - 3:21
**background** [1] - 29:18
**bad** [2] - 33:12, 33:13
**bag** [1] - 20:5
**balanced** [1] - 52:2
**ball** [6] - 13:2, 24:7,

93:2, 99:23, 100:12
**balls** [1] - 99:15
**Barbier** [4] - 59:10, 59:16, 76:5, 76:10
**Barbier's** [1] - 68:21
**BARR** [1] - 2:4
**Barr** [1] - 102:19
**BARR.......................**
**....................** [1] - 10:25
**base** [3] - 15:8, 15:12, 23:17
**based** [1] - 87:21
**basis** [6] - 13:16, 56:10, 73:13, 73:21, 74:10, 74:15
**Bates** [2] - 22:5, 26:23
**BAYLEN** [1] - 2:4
**beach** [1] - 76:17
**bear** [1] - 22:6
**bearing** [1] - 14:25
**became** [6] - 81:11, 81:13, 82:2, 83:13, 85:14, 99:8
**Beck** [1] - 69:7
**Beck's** [1] - 68:16
**become** [2] - 30:4, 81:8
**becomes** [2] - 84:5, 88:19
**BEEN** [2] - 10:14, 10:15
**BEFORE** [1] - 1:12
**beforehand** [1] - 49:24
**begin** [4] - 58:2, 81:20, 86:8, 102:17
**beginning** [2] - 49:13, 96:2
**behalf** [5] - 12:15, 35:4, 65:21, 82:4, 100:1
**behind** [4] - 49:13, 53:9, 53:15, 60:12
**Beirute** [1] - 39:10
**BEIRUTE** [1] - 39:10
**Bement** [2] - 27:4, 27:7
**BEMENT.....................**
**.....................** [1] - 9:3
**benefit** [1] - 47:16
**BERTAUT** [1] - 4:7
**best** [6] - 36:17, 66:23, 67:8, 94:22, 98:17, 104:7
**bet** [2] - 45:15, 57:1
**better** [9] - 30:11, 33:17, 45:16, 53:17, 56:10, 70:21, 75:20,

79:23, 80:2
**between** [1] - 57:20
**beyond** [5] - 19:4, 19:9, 65:15, 83:12, 98:21
**bickering** [2] - 48:23, 63:4
**big** [20] - 33:22, 44:16, 47:20, 47:21, 48:1, 48:3, 48:4, 49:1, 49:7, 49:20, 50:16, 51:1, 51:8, 51:20, 53:23, 54:20, 55:14, 55:15, 61:18
**bigger** [1] - 47:19
**Bill** [1] - 16:22
**BILL** [1] - 8:13
**billing** [1] - 26:15
**BINGHAM** [1] - 4:24
**birds** [1] - 30:19
**Birrell** [1] - 29:4
**BIRRELL....................**
**..............................** [1] - 9:6
**bit** [3] - 14:22, 58:18, 89:12
**BLANK** [1] - 5:11
**blanket** [1] - 88:21
**block** [1] - 45:21
**Bloomer** [2] - 80:17, 82:5
**BLOOMER** [7] - 3:20, 80:19, 82:5, 83:21, 84:19, 85:17, 87:6
**blown** [1] - 60:6
**blowout** [1] - 69:17
**Bly** [2] - 60:12, 61:4
**Board** [1] - 99:17
**BOARD** [1] - 10:22
**Bobo** [2] - 102:21, 103:5
**BOCKIUS** [1] - 5:7
**Bondurant** [2] - 38:17, 38:19
**BONDURANT............**
**..............................** [1] - 9:21
**BOP** [13] - 12:21, 13:4, 13:12, 17:2, 45:1, 68:25, 69:8, 70:24, 95:14, 95:15, 97:20
**BOP.........................**
**....** [1] - 8:5
**borne** [1] - 84:8
**bottom** [1] - 88:7
**Boughton** [8] - 16:17, 17:1, 20:19, 68:22, 69:5, 70:22, 70:23, 72:3
**BOUGHTON..............**

**.........** [1] - 8:11
**BOUNDS** [1] - 2:6
**BOX** [3] - 1:17, 2:20, 6:19
**BP** [65] - 3:9, 3:9, 3:10, 3:11, 3:12, 3:13, 3:14, 10:17, 14:15, 15:1, 15:12, 15:22, 22:6, 24:7, 24:14, 25:1, 26:19, 34:5, 34:6, 39:11, 44:25, 45:12, 45:20, 46:9, 47:1, 47:6, 49:20, 49:21, 50:23, 51:14, 51:21, 52:9, 56:2, 62:11, 62:25, 64:19, 65:22, 66:11, 75:6, 76:23, 81:6, 82:4, 83:16, 90:3, 91:21, 92:4, 92:22, 93:10, 95:4, 95:8, 95:13, 95:15, 95:20, 96:14, 97:6, 98:7, 99:5, 99:11, 99:19, 100:1, 100:17, 100:19, 102:5
**BP's** [5] - 21:11, 21:19, 26:18, 45:20, 66:11
**BP'S** [1] - 8:16
**BRANCH** [1] - 2:14
**break** [4] - 27:12, 56:19, 56:20, 57:3
**breakdown** [2] - 48:19, 50:7
**Brett** [4] - 23:2, 23:4, 23:10, 23:15
**BRIAN** [3] - 2:4, 9:25, 10:25
**Brian** [3] - 40:24, 102:19, 102:21
**brief** [3] - 18:1, 56:21, 100:15
**briefing** [1] - 79:21
**briefly** [2] - 57:3, 94:13
**bring** [5] - 20:9, 67:22, 80:12, 99:14, 101:20
**broad** [1] - 65:21
**broader** [3] - 64:21, 64:23, 64:25
**BROADWAY** [1] - 5:4
**Brock** [5] - 58:23, 59:2, 60:20, 61:8, 61:15
**BROCK....................**
**..............................** [1] - 10:4
**brothers** [2] - 61:2, 61:3

**brought** [1] - 79:15
**building** [2] - 32:5, 85:16
**BUILDING** [2] - 2:10, 5:12
**bunch** [2] - 87:25, 100:19
**Bundle** [1] - 87:22
**burden** [2] - 52:25, 84:8
**burdensome** [1] - 100:25
**BURLING** [1] - 4:3
**business** [1] - 51:17
**BY** [33] - 1:4, 1:16, 1:20, 1:23, 2:4, 2:7, 2:10, 2:14, 2:20, 2:23, 3:6, 3:15, 3:19, 3:24, 4:3, 4:7, 4:11, 4:15, 4:21, 4:24, 5:3, 5:7, 5:12, 5:20, 5:24, 6:4, 6:8, 6:11, 6:14, 7:6, 7:7, 8:16, 10:6
**Byrd** [9] - 95:7, 95:9, 95:25, 96:7, 96:12, 96:15, 96:18, 96:21, 101:8
**Byrd's** [2] - 96:25, 98:9
**BYRD.......................**
**....** [1] - 10:24
**BYRD.......................**
**..............................** [1] - 10:21

**C**

**CA** [2] - 2:16, 4:4
**calendar** [3] - 25:9, 28:5, 30:11, 79:20
**CALLED** [1] - 12:4
**CAMERA** [1] - 8:10
**camera** [2] - 15:19, 99:18
**CAMERON** [2] - 4:6, 10:6
**Cameron** [19] - 16:1, 16:8, 45:2, 47:6, 48:9, 49:21, 51:12, 51:21, 68:9, 69:10, 69:18, 72:22, 95:3, 95:11, 95:22, 97:6, 97:7, 97:8, 102:6
**CANAL** [2] - 1:24, 1:24
**capacity** [1] - 66:22
**capped** [4] - 86:17, 86:23, 86:24
**capture** [1] - 82:16
**care** [3] - 34:22, 45:24,

52:25
**careful** [1] - 84:10
**cares** [1] - 51:16
**CARL** [1] - 10:19
**Carl** [1] - 93:21
**CARMELITE** [1] - 4:7
**CARONDELET** [1] - 4:8
**carry** [1] - 35:3
**carrying** [1] - 52:24
**cart** [1] - 101:23
**case** [16] - 14:8, 21:20, 22:1, 26:14, 64:22, 69:3, 69:4, 69:20, 81:14, 81:24, 82:10, 84:3, 85:7, 85:9, 85:23, 85:25
**Caspian** [1] - 65:10
**cast** [1] - 30:9
**casualty** [1] - 82:14
**cat** [1] - 20:5
**catch** [1] - 65:10
**Cathy** [2] - 104:3, 104:13
**CATHY** [1] - 7:3
Cathy_Pepper@laed .uscourts.gov [1] - 104:15
cathy_Pepper@laed. uscourts.gov [1] - 7:5
**causation** [1] - 75:19
**caused** [2] - 91:13, 91:15
**CCR** [2] - 7:3, 104:13
**cede** [2] - 46:14, 54:9
**cemented** [2] - 86:24, 86:25
**CENTER** [1] - 6:15
**CENTRE** [1] - 3:6
**certainly** [13] - 17:1, 18:21, 26:8, 47:15, 53:15, 59:9, 62:1, 62:16, 71:6, 79:17, 98:21, 100:2
**CERTIFICATE** [1] - 104:1
**certification** [2] - 95:24, 96:4
**CERTIFIED** [1] - 7:3
**Certified** [3] - 104:3, 104:4, 104:13
**certify** [1] - 104:6
**chair** [1] - 102:23
**chairs** [1] - 55:10
**CHAMBERS** [1] - 5:23
**chance** [1] - 58:1
**change** [5] - 38:24, 41:4, 77:25, 78:9, 98:16

changed [2] - 52:4, 74:23
changes [1] - 50:6
charge [3] - 22:17, 65:22, 70:16
CHARLES [1] - 9:21
Charles [1] - 38:17
chart [4] - 17:23, 19:19, 73:7, 73:10
chat [1] - 103:22
check [2] - 26:20, 36:14
checked [3] - 21:13, 31:17, 31:19
CHEVRON [2] - 8:22, 8:23
Chevron [5] - 24:24, 25:4, 25:7, 25:19, 25:24
chew [4] - 55:23, 55:25, 56:4, 56:14
CHICAGO [2] - 3:22, 6:12
choice [1] - 32:18
choose [3] - 27:9, 51:8, 51:16
CHRYSLER [1] - 5:12
circulate [1] - 79:25
circulated [5] - 15:15, 25:3, 51:2, 55:11, 100:18
circumstances [1] - 59:12
CIVIL [2] - 1:6, 2:14
claim [2] - 90:23
claiming [8] - 89:23, 89:24, 90:11, 90:15, 91:3, 91:7, 91:8, 91:13
claims [6] - 73:14, 73:22, 74:11, 74:13, 74:14, 75:6
clarification [4] - 76:3, 88:23, 93:10, 101:8
clarify [1] - 37:2
clarity [1] - 17:21
Clean [5] - 41:24, 42:2, 42:7, 75:7, 79:14
clean [4] - 90:1, 90:15, 90:16, 91:21
Clean-Up [4] - 41:24, 42:2, 42:7, 75:7
clean-up [4] - 90:1, 90:15, 90:16, 91:21
cleanup [6] - 45:21, 46:7, 52:11, 52:12, 52:15, 57:25
clear [5] - 43:14, 77:7, 84:25, 95:24, 99:8

clearance [1] - 13:11
CLEARED [1] - 8:6
cleared [1] - 13:7
clearing [1] - 22:13
Clement [1] - 72:6
Clements [1] - 71:18
CLERK [2] - 20:17, 35:8
client [3] - 14:23, 55:8, 56:3
clients [1] - 93:21
CLIENTS [1] - 10:19
close [2] - 24:11, 80:14
CMO [1] - 76:6
co [1] - 102:23
co-chair [1] - 102:23
Coast [1] - 13:6
COAST [2] - 6:24, 8:6
coaster [1] - 50:2
coat [1] - 12:24
colleagues [1] - 14:5
collecting [1] - 86:12
combined [1] - 80:22
comfortable [2] - 62:18, 62:22
coming [11] - 17:3, 19:14, 33:2, 49:4, 50:22, 81:16, 81:19, 94:18, 95:5, 95:7, 103:9
commend [1] - 49:10
comment [11] - 47:13, 52:20, 53:1, 58:15, 58:22, 73:11, 74:20, 76:24, 77:7, 77:23, 103:19
comments [6] - 13:12, 25:4, 76:21, 78:14, 78:16, 79:8
commission [2] - 82:13, 84:22
committed [1] - 49:16
committee [1] - 102:23
common [4] - 73:13, 73:21, 74:10, 74:14
COMPANY [4] - 3:10, 4:19, 6:11
company [3] - 46:7, 57:6, 65:25
compel [1] - 83:12
Compel [1] - 14:15
competing [1] - 30:17
complain [1] - 99:8
complaining [4] - 44:7, 44:12, 52:6, 52:7
complaint [4] - 82:10, 84:4, 85:22, 86:9

completely [2] - 75:17, 90:5
completion [1] - 13:14
COMPLETION.......... ................ [1] - 8:8
complex [1] - 54:13
complicated [1] - 76:15
compromise [3] - 59:14, 90:19, 91:6
COMPUTER [1] - 7:7
conceptually [1] - 50:21
concern [2] - 45:8, 57:6
concerned [1] - 14:14
concerning [2] - 95:15
concerns [2] - 30:17, 69:7
concluded [1] - 103:25
conclusion [2] - 77:20, 102:2
conclusions [4] - 77:4, 77:20, 77:25, 78:4
conditions [2] - 65:7, 65:8
conducted [2] - 75:15, 82:22
conducting [1] - 83:6
confer [3] - 15:20, 93:1, 99:20
conference [5] - 12:21, 13:1, 24:4, 24:5, 94:14
Conference [1] - 103:23
CONFERENCE [2] - 1:11, 11:1
conferences [3] - 38:1, 68:19, 68:20
conferring [1] - 24:3
confirm [1] - 40:9
confirmed [5] - 38:15, 38:16, 38:18, 38:20, 40:8
confused [1] - 60:15
confusion [2] - 14:23, 15:4
connection [1] - 30:6
consider [6] - 30:15, 52:8, 56:17, 75:5, 81:11, 83:18
consideration [1] - 49:11
consist [2] - 76:4, 76:19
consistency [1] - 74:18

consistent [1] - 74:6
consolidated [1] - 74:14
consultant [1] - 39:11
consultants [1] - 68:23
consulting [2] - 66:7, 66:10
consuming [1] - 100:25
contact [4] - 23:10, 34:3, 34:8, 39:12
contemplated [1] - 75:13
contend [1] - 95:19
contention [1] - 95:9
context [2] - 59:22, 59:23
continue [6] - 14:5, 34:9, 51:3, 53:18, 64:8, 79:2
CONTINUED [6] - 2:1, 3:1, 4:1, 5:1, 6:1, 7:1
continued [1] - 23:5
continuing [2] - 13:3, 64:2
controversial [1] - 25:5
convenient [1] - 29:9
cooperation [1] - 44:1
coordinate [1] - 22:21
coordinating [2] - 81:8, 83:13
copy [2] - 77:1, 77:6
Corey [9] - 14:6, 14:12, 25:10, 25:11, 34:16, 42:22, 80:11, 80:19, 86:4
COREY [1] - 2:23
corner [1] - 95:2
CORNER [1] - 6:19
corporate [2] - 16:23, 70:24
CORPORATION [5] - 3:11, 4:6, 4:18, 4:19, 5:11
correct [6] - 62:2, 64:6, 88:14, 93:25, 94:5, 104:7
corrected [1] - 72:10
correctly [1] - 37:4
correspondence [1] - 36:6
cost [2] - 13:3, 30:25
COTLAR [1] - 1:19
counsel [24] - 23:7, 23:12, 23:13, 23:19, 31:22, 38:24, 41:2, 49:8, 81:8, 83:13, 88:24, 89:19, 93:1,

101:16
COUNSEL [1] - 1:16
counsel's [1] - 92:11
counterparts [1] - 72:22
counting [1] - 33:25
county [1] - 76:18
couple [12] - 12:20, 17:14, 25:2, 28:11, 30:18, 37:5, 38:1, 68:23, 71:19, 73:6, 92:4, 103:21
course [5] - 16:12, 48:3, 70:22, 94:14, 103:5
court [5] - 24:7, 24:12, 102:16
Court [22] - 14:7, 24:20, 35:15, 49:25, 50:1, 77:18, 79:2, 79:6, 81:25, 82:13, 82:22, 83:6, 89:11, 93:11, 94:1, 100:17, 101:2, 104:4, 104:5, 104:6, 104:14, 104:14
COURT [317] - 1:1, 7:3, 12:4, 12:7, 12:12, 12:15, 12:19, 13:21, 13:23, 13:25, 14:21, 15:10, 15:14, 15:18, 16:6, 16:8, 16:11, 16:14, 17:11, 17:25, 18:4, 18:10, 18:13, 19:7, 19:15, 19:21, 19:24, 20:4, 20:7, 20:11, 20:15, 20:18, 20:21, 20:23, 21:5, 21:8, 21:21, 22:3, 22:13, 22:21, 22:24, 23:16, 23:24, 24:13, 24:23, 25:10, 25:13, 25:17, 25:19, 25:24, 26:3, 26:12, 26:16, 26:20, 26:25, 27:9, 27:11, 27:17, 27:19, 27:22, 27:25, 28:2, 28:4, 28:7, 28:15, 28:18, 28:21, 28:24, 29:1, 29:7, 29:11, 29:16, 29:24, 30:5, 30:21, 31:8, 31:11, 31:24, 32:10, 32:14, 32:22, 32:25, 33:5, 33:13, 33:15, 33:20, 33:23, 33:25, 34:5, 34:9, 34:16, 34:18, 34:20, 34:22, 34:24, 35:2, 35:7, 35:9, 35:16, 35:19,

36:3, 36:10, 36:12, 36:14, 36:16, 36:19, 37:2, 37:10, 37:13, 37:15, 37:19, 37:21, 38:6, 38:8, 38:12, 38:16, 38:19, 39:3, 39:6, 39:8, 39:15, 40:2, 40:9, 40:14, 40:18, 40:25, 41:12, 41:15, 41:18, 41:22, 41:25, 42:10, 42:13, 42:17, 42:21, 43:2, 43:4, 43:6, 43:11, 43:16, 43:19, 43:21, 43:24, 44:1, 44:4, 44:12, 45:8, 45:17, 45:19, 47:2, 47:10, 47:21, 48:3, 48:6, 48:17, 50:3, 50:14, 50:18, 52:6, 52:19, 53:1, 53:22, 53:25, 54:14, 54:16, 54:23, 55:11, 55:13, 55:18, 55:22, 56:5, 56:7, 56:24, 57:1, 57:14, 57:17, 57:19, 58:7, 58:10, 58:15, 58:22, 59:1, 59:5, 59:8, 59:17, 59:24, 60:3, 60:10, 60:13, 60:16, 60:19, 60:22, 61:10, 61:20, 62:3, 62:5, 62:9, 62:16, 62:20, 63:8, 63:11, 63:13, 63:17, 63:21, 63:24, 64:11, 64:15, 65:3, 65:13, 65:20, 66:4, 66:16, 66:21, 67:14, 67:17, 67:25, 68:4, 68:7, 69:14, 69:21, 70:6, 70:9, 70:12, 70:23, 70:25, 71:8, 71:10, 71:18, 71:24, 72:6, 72:9, 72:13, 72:17, 73:2, 73:20, 73:24, 74:4, 74:8, 74:19, 74:22, 75:16, 75:21, 75:25, 76:13, 76:20, 77:1, 77:6, 77:9, 77:12, 77:22, 78:6, 78:9, 78:13, 78:20, 79:7, 79:18, 79:23, 80:2, 80:7, 80:10, 80:14, 80:16, 82:4, 84:18, 86:5, 86:15, 86:19, 86:22, 86:24, 87:2, 87:5, 87:7, 87:19, 87:24, 88:11, 88:14, 89:14, 90:10, 90:20, 90:25, 91:6, 91:11, 91:15,

91:17, 91:23, 91:25, 92:6, 92:17, 92:21, 92:24, 93:6, 93:13, 93:18, 93:25, 94:3, 94:5, 94:8, 94:24, 95:1, 95:6, 96:17, 97:15, 97:24, 98:14, 99:2, 100:2, 100:11, 101:4, 101:19, 102:7, 102:14, 102:25, 103:7, 103:10, 103:12, 103:16, 103:19
**Court's** [3] - 95:12, 96:6, 101:1
**cover** [6] - 32:2, 34:2, 37:6, 64:23, 66:19, 103:21
**covered** [4] - 17:17, 40:18, 61:16, 96:21
**covers** [1] - 61:16
**COVINGTON** [1] - 4:3
**Craig** [1] - 15:20
**CRAIG** [1] - 8:25
**create** [1] - 19:19
**created** [2] - 17:23, 87:15
**crew** [1] - 61:1
**Crichton** [2] - 72:8, 72:9
**criminal** [6] - 22:20, 22:25, 23:6, 23:12, 23:13, 41:2
**criteria** [1] - 100:20
**criticizing** [1] - 102:8
**cross** [1] - 52:14
**CRR** [2] - 7:3, 104:13
**crystalized** [1] - 92:12
**cumulative** [1] - 61:15
**CUNNINGHAM** [2] - 2:6, 2:7
**Cunningham** [1] - 102:17
**current** [2] - 16:20, 69:11
**cursive** [1] - 25:15
**CUSTODIAL** [2] - 8:11, 10:24
**custodial** [22] - 16:16, 16:23, 16:24, 17:3, 26:5, 95:9, 95:19, 96:4, 96:16, 97:10, 97:13, 97:17, 97:21, 97:22, 97:25, 98:5, 98:9, 98:24, 99:7, 99:18, 101:12, 101:22
**custodian** [1] - 86:13
**custodians** [4] - 84:10, 85:21, 86:3,

86:8
**customer** [1] - 67:4
**customs** [1] - 46:21
**cut** [8] - 44:10, 49:10, 82:1, 83:3, 85:6, 95:1, 85:18, 99:24
**cutoff** [3] - 14:24, 82:16, 85:12
**CUTOFF**.................. .......... [1] - 8:9
**cutoffs** [1] - 14:25
**cuts** [1] - 48:24

# D

**daily** [1] - 48:23
**DALLAS** [2] - 4:13, 6:15
**Daly** [9] - 30:13, 30:15, 30:22, 31:17, 31:21, 32:10, 32:12, 32:20
**DALY'S** [1] - 15:20
**Daly's** [1] - 94:13
**DALY**........................ ...................... [1] - 9:10
**Dan** [1] - 17:6
**DAN** [1] - 8:14
**darned** [1] - 49:9
**date** [25] - 14:18, 18:25, 20:17, 37:11, 39:4, 66:14, 81:5, 81:18, 82:1, 82:9, 82:15, 82:16, 82:20, 82:25, 83:3, 84:5, 84:22, 85:4, 85:13, 86:16, 94:20, 97:10, 98:1, 98:14
**DATES** [1] - 8:23
**dates** [24] - 17:5, 17:10, 22:15, 25:7, 28:14, 28:16, 29:5, 29:6, 30:2, 35:14, 35:23, 36:8, 36:23, 37:5, 37:24, 39:13, 39:21, 39:23, 62:6, 71:25, 72:15, 84:20, 86:15
**DAUPHIN** [1] - 2:7
**David** [1] - 24:14
**DAVID** [1] - 4:3
**day's** [1] - 47:8
**days** [14] - 17:4, 19:4, 19:8, 28:11, 33:24, 37:16, 38:8, 56:11, 94:4, 94:8, 96:12, 96:15, 97:3, 98:7
**DC** [3] - 2:21, 3:25, 4:25

**deadline** [2] - 14:15, 15:15
**deadlines** [3] - 13:15, 13:17
**deal** [8] - 14:20, 42:12, 42:13, 43:24, 51:19, 51:20, 61:17, 78:24
**Deb** [6] - 44:2, 46:2, 47:13, 51:24, 57:14, 62:20
**DEBORAH** [1] - 4:21
**decide** [1] - 67:9
**decided** [4] - 64:3, 78:18, 80:4, 102:25
**decides** [1] - 75:19
**decision** [3] - 44:22, 61:13, 92:10
**decisions** [1] - 61:11
**declarations** [1] - 93:24
**deem** [1] - 77:18
**deep** [1] - 65:8
**Deepwater** [1] - 69:9
**DEEPWATER** [3] - 1:4, 3:4, 3:5
**Defendants** [1] - 75:8
**defendants** [2] - 49:15, 75:4
**defenses** [2] - 79:14, 80:3
**defining** [1] - 67:21
**definite** [1] - 41:3
**definition** [1] - 63:15
**delay** [2] - 47:11, 56:9
**deleting** [1] - 77:4
**Dennis** [1] - 33:9
**DENNIS** [1] - 9:11
**dep** [2] - 30:4, 39:11
**DEPARTMENT** [2] - 2:13, 2:19
**department** [1] - 66:9
**depo** [6] - 28:10, 34:17, 34:18, 53:8, 94:13, 94:15
**DEPO**........................ ...................... [1] - 10:20
**deponent** [3] - 16:23, 68:24, 69:6
**depose** [4] - 17:24, 61:12, 72:2, 97:2
**deposed** [5] - 45:10, 46:8, 49:16, 64:20, 94:20
**deposing** [1] - 60:20
**deposition** [57] - 17:4, 18:7, 18:22, 19:3, 19:7, 19:13, 21:6, 22:16, 22:19, 23:5, 23:11, 25:8, 35:18, 36:24, 38:4, 41:5,

41:7, 47:4, 47:8, 47:11, 49:3, 50:10, 53:6, 53:10, 56:11, 59:12, 59:19, 59:21, 60:5, 60:6, 60:21, 60:22, 61:18, 61:21, 62:6, 62:11, 62:13, 63:4, 64:24, 67:18, 68:23, 70:20, 94:9, 94:16, 95:5, 96:13, 98:1, 98:7, 98:18, 98:24, 99:8, 101:10, 101:14, 101:21, 102:20
**deposition-by-deposition** [1] - 47:4
**DEPOSITION**............. ...... [1] - 8:18
**DEPOSITION**............. ................ [1] - 9:18
**DEPOSITION**............. ........................ [1] - 8:24
**depositions** [8] - 30:14, 55:24, 56:9, 69:19, 70:8, 71:7, 93:20, 101:25
**description** [1] - 18:21
**design** [6] - 69:13, 69:17, 72:21, 72:24, 72:25, 95:14
**design-type** [1] - 72:21
**designate** [1] - 67:17
**designated** [3] - 66:2, 66:7, 98:10
**designation** [1] - 97:1
**designations** [1] - 96:5
**designee** [3] - 33:8, 96:8, 97:16
**desk** [1] - 93:6
**detailed** [1] - 17:9
**details** [1] - 24:18
**determine** [1] - 75:3
**determined** [1] - 39:14
**developed** [1] - 77:19
**devote** [1] - 79:2
**DEXTER** [1] - 2:24
**dialing** [1] - 103:14
**dice** [1] - 68:13
**difference** [1] - 74:17
**different** [8] - 18:17, 23:23, 59:2, 74:1, 74:16, 76:10, 85:23, 89:12
**diligent** [1] - 82:23
**direct** [1] - 52:12
**directly** [4] - 15:23, 17:2, 79:5, 88:19

**disagree** [2] - 19:15, 56:9
**disagreement** [4] - 47:2, 81:5, 95:4
**disagreements** [3] - 48:23, 56:8, 79:9
**DISCHARGED** [1] - 10:15
**discharged** [1] - 89:2
**DISCOVERY** [2] - 8:8, 8:9
**discovery** [11] - 13:13, 14:6, 14:17, 14:24, 15:1, 15:10, 80:23, 84:16, 88:4, 88:12, 102:20
**DISCOVERY**.............. ....................... [1] - 10:9
**discuss** [4] - 15:6, 47:8, 64:3, 103:17
**discussing** [1] - 100:6
**discussion** [3] - 46:19, 49:13, 68:3
**discussions** [4] - 12:20, 14:7, 100:16, 100:22
**disembodied** [1] - 92:2
**dispute** [8] - 14:9, 46:25, 87:14, 92:12, 92:15, 95:8, 95:18
**disputes** [1] - 45:6
**distinction** [1] - 74:17
**distracting** [1] - 29:19
**distribute** [1] - 88:16
**DISTRICT** [2] - 1:1, 1:1
**District** [3] - 104:5, 104:6, 104:14
**DIVISION** [1] - 2:14
**document** [8] - 22:2, 24:3, 24:8, 60:9, 61:17, 76:6, 83:23, 84:11
**Document** [1] - 96:3
**DOCUMENT** [1] - 1:9
**documents** [13] - 26:23, 32:4, 81:23, 82:17, 83:1, 83:9, 83:15, 83:24, 84:17, 95:15, 96:24, 96:25, 97:12
**DOJ** [1] - 84:21
**domain** [1] - 84:23
**DOMENGEAUX** [1] - 1:16
**DON** [3] - 3:15, 5:24, 8:19
**Don** [30] - 18:8, 23:17, 27:4, 27:6, 27:17,

40:4, 40:14, 46:9, 48:17, 50:9, 50:16, 53:1, 53:3, 53:4, 53:16, 54:16, 55:1, 55:7, 56:2, 56:24, 57:2, 58:7, 58:22, 63:25, 64:17, 65:16, 65:20, 87:9, 93:15
**DONALD** [1] - 4:11
**donate** [1] - 43:24
**donating** [1] - 42:23
**done** [16] - 20:17, 31:18, 42:11, 42:13, 43:24, 45:22, 49:8, 51:8, 53:18, 53:20, 54:9, 66:15, 83:8, 84:8, 97:13
**double** [1] - 26:15
**DOUGLAS** [1] - 6:22
**Douglass** [2] - 38:22, 38:25
**DOUGLASS**.............. ....................... [1] - 9:22
**down** [11] - 34:15, 38:22, 39:16, 40:8, 41:12, 45:3, 50:5, 72:22, 72:25, 99:20, 102:14
**DOYLE** [1] - 9:16
**Doyle** [1] - 35:10
**dozen** [1] - 72:21
**dozens** [2] - 97:18
**Dr** [5] - 63:24, 64:18, 65:4, 66:2, 66:18
**DR** [1] - 10:5
**draft** [3] - 24:21, 25:3, 76:21
**drafting** [2] - 24:18, 85:21
**drag** [1] - 76:18
**dreadful** [1] - 36:21
**drift** [1] - 65:10
**DRIL** [1] - 5:23
**Dril** [1] - 46:13
**DRIL-QUIP** [1] - 5:23
**Dril-Quips** [1] - 46:13
**DRILLING** [1] - 3:4
**DRIVE** [1] - 6:12
**DRIVES** [1] - 6:19
**drop** [1] - 100:12
**dropped** [1] - 100:12
**due** [1] - 16:12
**Duffy** [1] - 80:18
**DUKE** [1] - 6:18
**DUNBAR** [1] - 6:7
**duplicative** [3] - 69:23, 71:21, 71:22
**DURHAM** [1] - 6:20
**during** [3] - 57:3, 99:8,

102:25
**duties** [1] - 68:12

## E

**E&P** [1] - 4:19
**e-mail** [13] - 12:23, 15:15, 18:8, 18:14, 25:12, 26:13, 35:25, 36:7, 36:11, 37:4, 41:17, 42:6, 70:13
**e-mailing** [1] - 83:13
**e-mails** [1] - 100:9
**early** [4] - 22:16, 30:16, 82:8, 82:18
**easier** [1] - 73:17
**EASTERN** [1] - 1:1
**Eastern** [1] - 104:6
**Eddy** [2] - 27:3
**EDDY** [1] - 9:2
**edition** [1] - 93:14
**edits** [1] - 24:8
**EDWARD** [1] - 5:3
**EDWARDS** [1] - 1:16
**effect** [2] - 78:23, 89:6
**efficient** [2] - 45:3, 48:25
**efficiently** [1] - 44:17
**effort** [1] - 60:12
**efforts** [3] - 17:13, 79:3, 98:18
**eight** [1] - 37:16
**EITHER** [1] - 10:13
**either** [13] - 17:23, 28:10, 28:14, 33:17, 67:11, 71:22, 80:17, 80:18, 82:11, 89:1, 89:5, 89:7, 100:11
**ELLIS** [2] - 3:19, 3:23
**ELM** [1] - 4:12
**employed** [3] - 70:11, 72:4, 72:12
**employee** [1] - 28:6
**employees** [2] - 69:12, 86:5
**employment** [12] - 87:19, 88:2, 88:6, 88:19, 88:20, 89:17, 90:2, 90:18, 91:5, 91:10, 91:12, 91:14
**employment-wise** [1] - 91:10
**end** [18] - 22:11, 26:6, 26:21, 30:22, 32:11, 44:15, 50:22, 52:10, 54:11, 57:8, 59:23, 59:24, 74:9, 78:19, 78:23, 80:13, 84:21
**ended** [1] - 76:17

**ending** [1] - 81:5
**ends** [1] - 44:19
**ENERGY** [2] - 3:6, 4:10
**ENFORCEMENT** [1] - 2:19
**engage** [2] - 46:19, 65:17
**engaged** [1] - 66:8
**engineer** [2] - 72:24, 72:25
**enjoy** [1] - 68:22
**enjoyed** [1] - 103:5
**enroll** [3] - 89:2, 89:7, 89:8
**ENROLL** [1] - 10:15
**enrolling** [1] - 89:19
**enrollment** [1] - 89:13
**enter** [2] - 53:17, 77:19
**entertain** [1] - 98:25
**entire** [4] - 32:5, 52:12, 52:17, 81:3
**entitled** [3] - 20:9, 97:22, 104:9
**entitlement** [1] - 55:3
**ENVIRONMENTAL** [1] - 2:19
**Ervin** [1] - 102:23
**especially** [2] - 44:9, 83:12
**ESQUIRE** [42] - 1:16, 1:20, 1:23, 2:4, 2:7, 2:10, 2:14, 2:15, 2:20, 2:23, 3:6, 3:15, 3:15, 3:19, 3:20, 3:20, 3:21, 3:24, 4:3, 4:7, 4:7, 4:11, 4:11, 4:12, 4:15, 4:21, 4:24, 5:3, 5:4, 5:7, 5:8, 5:12, 5:20, 5:24, 6:4, 6:8, 6:11, 6:14, 6:22, 6:22, 6:23, 6:23
**essential** [1] - 65:2
**essentially** [3] - 52:1, 64:6, 77:14
**establish** [1] - 95:17
**established** [1] - 75:20
**etched** [1] - 30:25
**evaluated** [1] - 65:20
**evening** [1] - 12:16
**event** [5] - 19:9, 64:18, 65:5, 66:13, 96:1
**events** [1] - 84:14
**evidence** [4] - 75:9, 75:23, 77:19, 78:22
**exact** [1] - 39:13
**exactly** [5] - 14:24,

69:19, 80:10, 83:17, 99:20
**exam** [1] - 54:4
**examination** [3] - 44:9, 52:12, 52:17
**EXAMINATION**.......... ........................ [1] - 10:3
**examine** [1] - 53:9
**example** [3] - 46:24, 49:4, 57:14
**excellent** [1] - 73:7
**except** [2] - 52:13, 80:23
**EXCESS** [1] - 6:7
**exchanged** [1] - 24:6
**exchanging** [1] - 100:9
**excuse** [1] - 86:22
**exhausted** [1] - 56:12
**exhibits** [3] - 59:19, 61:22, 62:12
**existence** [1] - 89:5
**existing** [2] - 17:23, 51:18
**expanded** [1] - 97:6
**expanding** [1] - 76:11
**expedite** [1] - 19:12
**expense** [1] - 32:7
**expenses** [1] - 13:3
**expensive** [2] - 62:1
**expert** [12] - 13:16, 13:17, 64:18, 64:22, 64:24, 65:1, 65:4, 66:3, 66:7, 66:11, 67:10, 67:18
**expertise** [4] - 65:5, 65:6, 65:21, 66:6
**experts** [1] - 13:8
**explain** [1] - 37:15
**explanation** [1] - 18:1
**EXPLORATION** [1] - 3:12
**explosion** [5] - 75:5, 81:6, 90:14, 90:17, 91:9
**exposure/PI/medical** [1] - 75:6
**extend** [4] - 13:14, 14:15, 19:7, 83:12
**extended** [2] - 38:2, 96:12
**extension** [2] - 13:16, 16:11
**extent** [3] - 74:14, 75:17, 75:19
**extra** [2] - 52:3, 52:10
**eye** [2] - 13:2, 95:2

# F

**fact** [37] - 14:11, 23:12, 49:8, 66:23, 67:9, 67:10, 75:12, 77:4, 77:20, 77:25, 78:1, 78:4, 78:10, 83:5, 84:7, 94:20, 95:11, 95:19, 96:1, 96:8, 96:13, 96:14, 97:2, 97:9, 97:23, 98:11, 98:20, 98:25, 99:11, 99:12, 101:12, 101:13, 101:14, 101:17, 101:20, 101:21, 103:17
**facts** [1] - 95:16
**factual** [8] - 66:13, 66:19, 67:4, 73:13, 73:21, 74:10, 74:15, 99:9
**failure** [1] - 95:8
**fair** [2] - 64:15, 91:6
**fairly** [1] - 99:5
**Falcon** [1] - 69:24
**familiar** [1] - 68:19
**family** [3] - 28:9, 28:12, 103:13
**far** [5] - 13:6, 14:13, 45:3, 59:4, 103:15
**Farr** [2] - 17:6, 17:10
**FARR**........................
........................ [1] - 8:14
**fashion** [1] - 17:3
**fault** [8] - 48:17, 48:18, 58:5, 58:11, 58:12, 75:4, 87:15
**favor** [3] - 54:2, 54:10, 92:13
**fear** [1] - 62:17
**feasible** [1] - 60:24
**February** [1] - 100:16
**FEDERAL** [1] - 2:13
**few** [2] - 53:10, 62:8
**FIFTEENTH** [1] - 3:24
**FIFTH** [1] - 5:21
**Fifth** [4] - 41:3, 41:6, 93:24, 94:10
**figure** [1] - 46:20
**FILE** [2] - 8:11, 10:24
**file** [24] - 14:19, 16:16, 16:23, 16:24, 17:3, 26:19, 79:12, 88:1, 89:8, 95:9, 95:19, 96:4, 96:16, 97:10, 97:13, 97:21, 97:22, 97:25, 98:5, 98:9,

98:24, 101:8, 101:12, 101:22
**filed** [4] - 81:11, 82:10, 88:10, 93:11
**files** [4] - 26:5, 81:1, 85:22, 97:17
**filing** [4] - 84:4, 89:1, 89:16, 90:5
**FILING** [1] - 10:13
**filings** [1] - 16:5
**fill** [1] - 25:3
**fill-ins** [1] - 25:13
**final** [4] - 46:8, 51:10, 78:3, 78:8
**finally** [1] - 88:18
**FINANCIAL** [1] - 5:19
**findings** [6] - 77:3, 77:19, 77:25, 78:1, 78:4, 78:10
**Fine** [1] - 29:16
**fine** [17] - 15:21, 27:24, 33:19, 38:7, 40:6, 40:7, 40:12, 41:11, 41:18, 41:25, 49:24, 53:15, 63:12, 66:21, 82:1, 87:4
**finishes** [1] - 52:21
**firm** [5] - 81:11, 81:12, 81:13, 81:15, 85:14
**FIRM** [2] - 1:23, 6:14
**firms** [1] - 85:14
**first** [21] - 14:4, 14:8, 15:12, 20:18, 25:3, 30:11, 34:13, 34:14, 34:19, 44:16, 44:24, 45:5, 49:20, 50:11, 51:12, 51:19, 54:4, 68:10, 73:10, 79:16, 88:5
**firsthand** [1] - 67:12
**fit** [1] - 53:14
**FITCH** [16] - 4:24, 13:20, 13:22, 13:24, 14:2, 14:22, 15:11, 15:16, 18:17, 29:20, 48:20, 55:17, 61:6, 74:21, 76:1, 76:14
**Fitch** [3] - 13:24, 29:20, 48:21
**Fitch's** [1] - 49:12
**five** [7] - 13:7, 60:5, 60:13, 72:4, 94:4, 94:6, 94:8
**five-day** [1] - 94:6
**five-hour** [1] - 60:5
**fixed** [2] - 49:19
**FL** [1] - 2:5
**flag** [1] - 30:3
**FLANDERS** [1] - 5:3
**flare** [1] - 25:14

**flexible** [1] - 76:6
**floating** [1] - 74:2
**FLOOR** [3] - 2:16, 3:6, 5:24
**floor** [1] - 32:5
**Florida** [1] - 76:17
**flush** [2] - 18:19
**flushing** [2] - 18:15, 18:18
**flying** [1] - 62:1
**focus** [5] - 49:3, 68:17, 72:11, 77:17, 79:15
**folks** [1] - 72:21
**follow** [4] - 17:16, 23:15, 53:14, 57:12
**follow-up** [2] - 17:16, 57:12
**following** [3] - 64:4, 94:15, 96:6
**follows** [1] - 16:21
**FOR** [23] - 1:15, 1:23, 2:13, 2:18, 2:23, 3:3, 3:9, 4:6, 4:10, 4:18, 5:7, 5:11, 5:15, 5:23, 6:3, 6:7, 6:11, 6:14, 8:11, 8:16, 8:23, 9:24, 10:22
**fore** [1] - 79:15
**foregoing** [1] - 104:7
**foregone** [1] - 102:2
**foreseeable** [1] - 31:18
**forever** [1] - 76:18
**forget** [2] - 13:23, 58:6
**forgo** [1] - 29:22
**form** [13] - 15:25, 87:13, 87:15, 87:16, 88:3, 88:15, 88:16, 88:25, 89:1, 89:5, 89:11, 89:20, 89:25
**FORM** [3] - 10:11, 10:12, 10:14
**formal** [1] - 89:8
**former** [2] - 43:5, 69:12
**forms** [2] - 89:16, 90:2
**forth** [7] - 46:21, 61:8, 69:1, 77:18, 81:18, 83:14, 85:8
**forum** [1] - 87:13
**FORUM**............ [1] - 10:11
**forward** [5] - 61:14, 68:3, 71:7, 81:18, 100:21
**four** [24] - 47:20, 47:21, 48:1, 49:1, 50:18, 51:1, 51:8, 51:20, 53:23, 54:20,

54:21, 55:14, 55:15, 71:10, 71:11, 71:15, 72:1, 72:2, 72:5, 86:8, 86:9, 97:7
**four's** [1] - 48:4
**frame** [1] - 69:18
**FRANCIS** [1] - 6:18
**FRANCISCO** [2] - 2:16, 4:4
**frankly** [5] - 30:17, 61:12, 63:20, 70:5, 97:14
**Frazelle** [1] - 29:5
**FRAZELLE**..............
........................ [1] - 9:7
**free** [1] - 63:4
**Friday** [13] - 16:25, 17:9, 21:5, 24:4, 24:9, 24:20, 41:17, 92:14, 94:14, 102:18, 103:11, 103:18, 103:23
**FRIDAY** [3] - 1:7, 11:1, 12:2
**FRILOT** [1] - 3:5
**FROM** [1] - 10:17
**FRONT** [1] - 4:4
**front** [4] - 26:6, 26:10, 26:21, 57:8
**Fry** [2] - 71:19, 72:6
**full** [3] - 19:3, 60:6, 61:20
**full-blown** [1] - 60:6
**function** [1] - 85:24
**functions** [1] - 85:24
**furthermore** [1] - 93:13
**future** [1] - 31:18

# G

**game** [2] - 98:6, 98:11
**gamesmanship** [1] - 57:9
**gang** [1] - 44:1
**Gardner** [1] - 25:20
**GARDNER**..................
........................ [1] - 8:25
**GARY** [1] - 6:4
**Gary** [2] - 35:4, 35:7
**Gasaway** [1] - 92:9
**GASAWAY** [1] - 3:24
**GASE** [1] - 6:22
**GATE** [1] - 2:15
**gear** [1] - 13:10
**General** [2] - 81:1, 86:10

**general** [1] - 75:19
**GENERAL'S** [2] - 2:23, 10:10
**General's** [5] - 81:1, 82:2, 82:11, 85:1, 85:5
**generally** [3] - 46:12, 50:19, 97:3
**generation** [1] - 84:22
**generous** [1] - 43:6
**gentleman** [2] - 25:20, 37:25
**gentleman's** [2] - 59:19, 98:18
**gentlemen** [2] - 29:6, 35:14
**Geoff** [1] - 68:22
**gill** [1] - 12:13
**given** [6] - 30:17, 61:4, 85:23, 89:18, 97:2, 101:1
**glad** [3] - 25:11, 46:1, 79:24
**goal** [1] - 83:10
**GODWIN** [57] - 4:10, 4:11, 4:14, 12:11, 12:14, 12:17, 27:5, 27:14, 27:18, 27:20, 28:1, 28:3, 28:5, 28:8, 28:17, 28:22, 39:25, 40:7, 40:11, 40:15, 40:17, 43:20, 53:3, 53:24, 54:2, 54:15, 55:16, 55:20, 56:23, 56:25, 57:2, 57:16, 57:18, 57:21, 58:2, 58:9, 58:12, 58:21, 63:25, 64:10, 65:19, 66:1, 66:5, 66:17, 66:24, 67:16, 67:23, 68:5, 87:10, 93:16, 93:19, 94:1, 94:4, 94:7, 94:11, 94:23, 94:25
**Godwin** [11] - 12:12, 27:6, 39:22, 50:12, 53:3, 57:2, 63:25, 64:6, 64:14, 65:17, 93:15
**Godwin's** [2] - 48:17, 48:18
**GOLDEN** [1] - 2:15
**Gonzalez** [1] - 102:23
**GOODWIN** [2] - 4:3, 24:14
**Goodwin** [1] - 24:14
**Gordian** [1] - 85:18
**GOTSHAL** [1] - 5:20
**GOVERNMENT** [1] - 2:13

**government** [1] - 42:7
**Governor** [1] - 85:2
**granted** [1] - 92:13
**great** [20] - 14:21,
17:11, 22:14, 23:16,
24:13, 24:23, 25:19,
26:25, 27:22, 33:7,
33:17, 38:12, 38:19,
56:17, 92:13, 92:21,
93:5
**greater** [1] - 44:22
**green** [1] - 12:12
**Greenwald** [1] -
102:24
**Gregory** [1] - 35:10
**GREGORY** [1] - 9:17
**ground** [2] - 26:1,
71:17
**group** [2] - 68:20,
85:20
**Guard** [1] - 13:6
**GUARD** [2] - 6:24, 8:6
**guess** [10] - 17:22,
21:16, 34:23, 45:9,
58:25, 64:24, 68:10,
73:12, 76:24, 89:10
**guidance** [1] - 15:7
**guide** [1] - 18:21
**GULF** [1] - 1:5
**Gulf** [2] - 64:20, 64:21
**GULFPORT** [1] - 6:9
**guy** [8] - 18:1, 27:10,
49:5, 60:8, 72:23,
72:24, 99:10
**guys** [12] - 21:12,
33:17, 45:10, 64:12,
68:10, 71:1, 71:16,
72:13, 73:5, 73:8,
102:8

## H

**Hafle** [2] - 41:11,
41:20
**Hafle's** [2] - 41:6,
41:10
**haggle** [1] - 50:20
**hair** [1] - 62:20
**haircut** [2] - 44:6, 46:3
**half** [12] - 21:23,
51:17, 58:17, 59:20,
62:10, 62:11, 63:2,
63:3, 63:6, 63:10,
93:10, 93:12
**halfway** [1] - 60:23
**HALLIBURTON** [1] -
4:10
**Halliburton** [23] -
15:2, 21:12, 21:17,

27:6, 27:23, 28:6,
43:20, 43:21, 45:23,
47:6, 49:21, 51:14,
51:21, 53:3, 55:6,
57:2, 64:1, 65:6,
65:21, 66:22, 67:1,
67:2, 93:17
**Halliburton's** [1] -
16:5
**HALLIBURTON.........**
**.................................**
**..** [1] - 8:17
**hallway** [1] - 46:19
**hammerers** [1] - 51:6
**hammers** [1] - 51:12
**HAMMETT** [1] - 6:23
**hand** [1] - 95:23
**handle** [1] - 59:15
**handling** [1] - 59:15
**happy** [3] - 39:21,
48:7, 64:8
**hard** [2] - 19:12, 68:13
**HAVE** [3] - 10:13,
10:14, 10:15
**Haycraft** [6] - 46:9,
50:12, 50:16, 52:1,
54:16, 56:2
**HAYCRAFT** [23] -
3:15, 18:12, 18:19,
45:14, 45:18, 46:9,
47:3, 47:20, 48:2,
48:5, 48:12, 48:15,
49:12, 54:18, 56:2,
56:6, 86:21, 89:21,
90:13, 91:3, 91:8,
91:12, 91:16
**Haycraft's** [1] - 18:8
**haystack** [2] - 22:8,
83:16, 84:9
**HB406** [1] - 7:4
**health** [4] - 23:18,
64:20, 65:22, 65:24
**hear** [10] - 20:8, 30:21,
35:22, 40:25, 41:9,
46:3, 50:24, 56:15,
64:9, 89:14, 100:1
**HEARD** [1] - 1:12
**heard** [5] - 23:1, 41:2,
61:5, 83:18, 92:11
**hearing** [1] - 47:17
**hearsay** [1] - 67:12
**HEATHER** [1] - 6:24
**hectic** [2] - 47:9, 47:10
**held** [2] - 17:8, 99:23
**help** [6] - 33:22, 73:5,
73:8, 73:12, 79:15,
80:24
**helpful** [10] - 15:16,
17:15, 17:24, 17:25,
18:4, 32:16, 53:11,

65:2, 79:4, 94:21
**hereby** [1] - 104:6
**Herman** [1] - 99:3
**HERMAN** [30] - 1:19,
1:20, 73:16, 73:23,
74:1, 74:5, 74:9,
75:1, 75:17, 75:22,
76:25, 78:2, 78:7,
78:11, 78:15, 78:21,
87:9, 87:11, 87:21,
87:25, 88:12, 88:15,
90:9, 90:19, 90:21,
91:1, 99:3, 103:3,
103:9
**hi** [1] - 82:5
**hiding** [1] - 22:11
**high** [1] - 65:9
**highlight** [1] - 26:22
**highlighted** [3] - 77:4,
77:6, 77:16
**highly** [1] - 84:24
**Himmelhoch** [1] -
92:3
**HIMMELHOCH** [7] -
2:15, 86:18, 91:24,
92:1, 92:7, 92:19,
93:9
**history** [2] - 69:1,
88:19
**hoc** [1] - 46:19
**hoe** [1] - 58:8
**hold** [1] - 25:24
**HOLDINGS** [3] - 3:3,
3:13, 5:16
**holds** [1] - 96:3
**home** [1] - 31:10
**honestly** [1] - 81:17
**Honor** [107] - 12:11,
12:17, 15:22, 16:19,
17:9, 17:12, 19:17,
19:22, 19:25, 24:2,
24:10, 24:16, 25:1,
26:1, 26:15, 27:5,
27:18, 27:20, 28:1,
28:23, 29:4, 29:10,
30:15, 30:23, 31:17,
32:24, 33:6, 33:10,
33:21, 34:3, 34:12,
35:4, 35:12, 37:1,
37:12, 37:20, 37:22,
38:22, 39:9, 39:10,
40:12, 41:23, 43:8,
45:14, 46:10, 46:17,
46:23, 48:2, 48:9,
49:23, 52:23, 53:24,
54:12, 54:15, 56:23,
58:21, 61:7, 62:14,
63:25, 68:15, 68:19,
69:10, 70:4, 72:19,
73:19, 73:23, 74:3,

74:21, 77:8, 79:12,
82:5, 82:7, 82:25,
83:21, 84:19, 84:25,
85:17, 87:6, 87:11,
91:24, 93:9, 93:16,
94:23, 95:3, 95:21,
96:9, 96:23, 97:5,
97:22, 98:10, 98:13,
99:1, 99:4, 99:25,
100:3, 100:13,
100:14, 100:15,
101:6, 101:7,
101:15, 101:24,
102:3, 102:4,
102:12, 103:3,
103:9
**Honor's** [3] - 49:11,
95:24, 101:11
**HONORABLE** [1] -
1:12
**hope** [7] - 12:17,
23:21, 28:10, 35:15,
39:13, 69:5, 100:21
**hopefully** [3] - 18:20,
26:6, 41:16
**hoping** [2] - 40:11,
73:8
**hopper** [1] - 29:9
**Horizon** [2] - 69:9,
95:14
**HORIZON** [1] - 1:4
**horse** [1] - 101:23
**hospitable** [1] - 33:5
**hour** [9] - 57:6, 57:8,
58:17, 59:20, 60:5,
62:10, 62:11, 93:10,
93:12
**hours** [15] - 19:4,
44:20, 52:11, 52:12,
52:16, 57:7, 57:15,
58:16, 59:20, 60:13,
62:11, 63:3, 63:6,
63:8
**HOUSE** [1] - 10:17
**house** [2] - 64:18,
65:4
**House** [2] - 92:5,
92:11
**HOUSTON** [4] - 4:16,
5:9, 5:25, 6:16
**huge** [1] - 44:25
**hugely** [2] - 76:2,
76:11
**Hugh** [3] - 36:11,
36:12, 36:14
**Hugh's** [1] - 37:4
**hundred** [2] - 25:22,
83:1
**hundreds** [1] - 83:15
**hurt** [1] - 87:23

**HVN** [1] - 22:6

## I

**idea** [3] - 24:8, 56:6,
61:25
**ideas** [1] - 24:6
**identified** [2] - 95:12,
95:13
**identity** [1] - 90:13
**II** [17] - 73:11, 74:3,
74:16, 75:18, 76:9,
76:11, 76:12, 77:17,
77:20, 78:16, 78:19,
78:23, 79:5, 79:17,
99:10, 99:11, 102:20
**III** [16] - 74:22, 75:1,
75:3, 75:11, 75:12,
75:18, 75:24, 76:3,
76:9, 76:11, 76:14,
76:19, 78:16, 78:24,
79:5, 79:17
**IIT** [1] - 61:11
**IL** [2] - 3:22, 6:12
**immediately** [2] -
53:9, 66:8
**impasse** [2] - 24:11,
92:8
**implementing** [1] -
55:25
**importance** [2] -
30:21, 59:3
**important** [8] - 22:2,
30:16, 49:3, 60:8,
60:11, 61:3, 61:4,
76:2
**impose** [3] - 46:23,
49:23, 49:25
**imposed** [1] - 101:24
**impressed** [1] - 20:1
**IN** [3] - 1:4, 1:5, 8:10
**in-house** [2] - 64:18,
65:4
**inbox** [2] - 55:19,
55:20
**INC** [15] - 3:4, 3:5, 3:9,
3:10, 3:11, 3:12,
3:14, 4:10, 5:15,
5:16, 5:17, 5:18,
5:19, 5:20, 5:23
**incident** [2] - 66:8,
82:14
**inclined** [3] - 61:20,
61:21, 71:19
**include** [3] - 55:23,
86:5, 92:10
**included** [1] - 90:3
**including** [5] - 13:4,
68:25, 84:21, 85:2,

97:8
income [5] - 90:25, 91:1, 91:4, 91:7, 91:15
indeed [1] - 15:16
indicate [1] - 84:4
indicated [2] - 93:22, 99:16
individuals [2] - 70:5, 92:10
infinitum [1] - 61:16
info [1] - 71:5
inform [2] - 28:22, 102:15
informal [1] - 46:24
information [7] - 19:13, 19:20, 20:12, 34:3, 70:1, 70:18, 84:14
informed [1] - 28:8
Inglis [4] - 30:25, 31:9, 42:3, 42:8
Inglis' [1] - 94:16
INGLIS........................
.................... [1] - 10:1
initial [1] - 12:20
injured [1] - 90:16
injuries [1] - 90:1
injury [8] - 23:2, 87:18, 89:23, 90:11, 90:24, 91:1, 91:9, 91:13
injury/medical [2] - 90:14, 90:15
input [1] - 101:1
inquiry [1] - 32:23
inspect [1] - 13:7
INSPECT [1] - 8:6
installation [1] - 69:17
instance [2] - 39:22, 101:25
instances [1] - 70:10
instead [1] - 33:11
insurance [1] - 24:14
INSURANCE [1] - 8:21
intakes [1] - 85:7
intended [2] - 87:21, 90:3
intends [1] - 90:23
intent [1] - 19:7
interest [2] - 44:22, 60:20
interested [1] - 24:4
INTERESTS [2] - 2:13, 2:23
interim [2] - 56:8, 78:4
interjecting [1] - 79:7
INTERNAL [1] - 8:12

internal [6] - 16:18, 16:20, 17:1, 17:6, 21:15
INTERNATIONAL [2] - 4:6, 5:19
interpleader [1] - 23:25
INTERPLEADER [1] - 8:20
interrogatories [1] - 17:14
interrogatory [1] - 17:18
intervention [1] - 24:12
INTERVIEW [1] - 9:1
interview [4] - 26:5, 26:9, 61:22, 61:23
interviewed [1] - 17:20
introduce [1] - 102:19
investigation [6] - 17:19, 17:20, 20:3, 61:4, 63:14, 63:17
invoking [1] - 94:10
involve [2] - 76:14, 76:16
involved [11] - 17:2, 17:19, 36:5, 48:7, 48:8, 53:6, 65:23, 65:24, 67:6, 69:16, 86:6
Irpino [3] - 25:17, 99:15, 100:5
IRPINO [2] - 1:23, 1:23
IS [1] - 11:1
issue [42] - 12:21, 16:12, 16:23, 18:7, 21:13, 26:2, 28:9, 28:12, 30:3, 30:24, 32:1, 32:3, 33:1, 33:6, 40:4, 44:8, 47:7, 51:3, 51:4, 51:11, 51:15, 55:5, 57:4, 57:13, 64:16, 67:12, 68:23, 71:3, 75:22, 76:2, 80:23, 86:3, 87:3, 88:10, 88:22, 92:5, 95:22, 99:5, 100:5, 100:14, 101:3, 102:12
ISSUE.........................
.................... [1] - 10:18
issued [1] - 39:10
issues [25] - 13:12, 17:2, 20:2, 23:18, 24:15, 30:8, 34:13, 45:1, 64:20, 64:21, 64:23, 64:25, 68:17,

69:20, 71:3, 74:16, 74:24, 75:9, 76:6, 76:11, 76:17, 77:17, 78:24, 89:15, 102:20
ISSUES.....................
.................... [1] - 8:21
item [1] - 40:3
Itkin [1] - 94:5
itself [2] - 81:1, 87:16

**J**

JACKSON [2] - 5:23, 5:24
James [1] - 27:4
JAMES [3] - 1:16, 5:8, 9:3
January [6] - 49:17, 61:9, 81:7, 84:18, 85:11, 100:16
JARRETT [1] - 3:15
Jassal [1] - 49:3
JASSAL [1] - 49:4
Jay [1] - 35:1
JEFFERSON [2] - 1:17, 6:5
JENNY [1] - 4:11
JIMMY [1] - 9:14
Jimmy [2] - 34:11, 102:22
job [9] - 18:23, 23:11, 49:9, 68:12, 69:15, 70:3, 70:9, 71:1, 71:17
JOHN [2] - 5:4, 9:19
John [1] - 37:24
Johnson [3] - 35:10
JOHNSON..................
.................... [1] - 9:15
JOINDER [1] - 10:14
joinder [2] - 87:15, 89:1
JOINDERS [1] - 10:13
joinders [1] - 88:25
joined [1] - 12:15
Jonathan [1] - 38:11
JONES [1] - 6:4
JUDGE [1] - 1:12
Judge [33] - 12:14, 14:7, 14:22, 27:5, 28:22, 33:19, 40:7, 40:15, 43:20, 45:16, 50:4, 52:8, 55:3, 56:2, 56:25, 57:3, 58:9, 59:10, 59:16, 65:19, 66:1, 67:23, 68:21, 71:23, 72:16, 73:16, 75:19, 76:5,

76:10, 93:17, 93:19, 94:11, 97:11
judge [9] - 13:20, 28:3, 29:20, 35:8, 43:23, 44:2, 48:20, 53:4, 63:25
Judge's [1] - 63:5
JULY [3] - 1:7, 11:1, 12:2
July [23] - 15:1, 15:24, 16:5, 16:6, 16:25, 17:14, 28:8, 29:2, 30:12, 30:22, 32:11, 33:2, 33:9, 33:11, 37:23, 38:2, 38:15, 40:20, 83:11, 86:23, 86:24, 98:15, 103:23
jump [1] - 53:10
jumping [1] - 54:3
June [1] - 25:16
jurisprudential [1] - 76:2
JUSTICE [2] - 2:13, 2:19

**K**

KAREN [1] - 6:22
KATZ [1] - 1:19
keep [3] - 13:2, 44:10, 85:13
keeping [2] - 93:1, 99:15
keeps [1] - 44:6
Keeton [2] - 37:24, 38:11
KEETON....................
.................... [1] - 9:19
KEITH [1] - 3:15
KENNEALY [1] - 6:24
Keplinger [2] - 34:2, 34:7
KEPLINGER...............
.................... [1] - 9:12
kept [1] - 12:14
KERRY [1] - 3:6
Kerry [11] - 16:19, 21:16, 22:3, 22:13, 22:23, 23:25, 26:12, 26:16, 34:25, 72:5, 72:14
key [1] - 73:18
keyed [2] - 83:22, 84:11
keys [1] - 22:11
kick [1] - 43:19
kill [1] - 30:19

kill-two-birds-with-one-stone [1] - 30:19
killed [2] - 86:21, 86:22
kind [13] - 18:9, 18:20, 20:15, 30:8, 32:21, 64:19, 65:20, 66:21, 68:1, 68:12, 75:11, 75:22, 82:22
Kindle [1] - 93:13
kindly [1] - 42:11
kinds [2] - 20:9, 76:14
King [1] - 86:10
KIRKLAND [2] - 3:19, 3:23
knot [1] - 85:18
knowing [1] - 19:22
knowledge [11] - 64:22, 66:13, 66:19, 67:11, 68:18, 69:4, 69:8, 69:20, 95:13, 95:16, 99:9
knowledgeable [1] - 69:12
known [1] - 61:8
knows [3] - 14:13, 46:18, 82:13
KRAUS [1] - 6:22
Kris [1] - 63:24
KRIS [1] - 10:5
Kronenberger [1] - 28:6
KRONENBERGER....
..................................
. [1] - 9:5
KUCHLER [9] - 4:20, 4:21, 14:1, 41:19, 44:2, 44:5, 44:13, 51:23, 52:7
Kuchler [2] - 44:2, 51:24
KULLMAN [1] - 2:9
KURT [2] - 9:5, 10:19
Kurt [2] - 28:6, 93:21
KYLE [1] - 6:8

**L**

L.L.C [1] - 5:7
L.P [1] - 6:4
LA [10] - 1:18, 1:21, 1:25, 2:11, 3:7, 3:17, 4:8, 4:22, 6:5, 7:4
Labor [1] - 27:12
lack [2] - 75:20, 89:6
Lacy [1] - 29:5
LACY...........................
.................... [1] - 9:8

**LAFAYETTE** [2] - 1:18, 6:5
**laid** [1] - 68:1
**Lamar** [1] - 40:5
**LAMAR** [1] - 4:15
**Langan** [5] - 15:22, 19:17, 25:1, 81:22, 92:22
**LANGAN** [87] - 3:19, 15:22, 16:7, 16:10, 16:13, 17:12, 18:3, 18:11, 18:24, 19:17, 19:22, 20:2, 20:5, 20:8, 20:14, 20:16, 21:18, 21:22, 22:1, 22:9, 25:1, 25:12, 25:18, 25:22, 26:1, 26:4, 29:4, 29:8, 29:13, 29:23, 30:2, 30:7, 31:14, 32:12, 32:18, 32:24, 33:4, 33:6, 33:14, 33:21, 33:24, 38:15, 38:17, 38:21, 39:7, 39:9, 39:18, 40:1, 40:8, 40:16, 58:24, 59:4, 59:7, 59:21, 60:2, 60:21, 60:23, 61:5, 61:7, 61:11, 62:8, 63:15, 63:23, 64:6, 64:13, 65:2, 65:11, 65:17, 68:1, 77:5, 77:8, 77:13, 77:16, 92:22, 92:25, 93:8, 94:22, 95:21, 96:23, 97:5, 97:16, 98:12, 101:15, 101:23, 103:11, 103:13, 103:17
**language** [3] - 73:18, 73:21, 74:15
**larger** [1] - 50:19
**largest** [1] - 47:15
**LASALLE** [1] - 3:21
**last** [24] - 12:15, 13:17, 14:1, 23:1, 23:2, 24:4, 33:1, 34:25, 39:22, 45:1, 45:11, 45:12, 45:19, 46:6, 46:25, 52:24, 60:17, 77:24, 78:15, 89:21, 93:22, 94:12, 99:6
**late** [10] - 12:14, 13:11, 14:1, 23:9, 39:13, 95:22, 96:10, 97:9, 98:6, 98:11
**lately** [1] - 50:10
**LATHAM** [1] - 6:11
**latter** [2] - 79:23,

83:21
**LAW** [3] - 1:23, 6:14, 6:18
**law** [10] - 77:4, 77:20, 78:1, 78:5, 81:11, 81:12, 81:13, 81:15, 85:14
**lawyer** [6] - 23:2, 30:24, 31:2, 41:8, 41:10, 55:8
**lawyers** [5] - 50:10, 51:2, 54:25, 55:12, 88:25
**LAWYERS** [1] - 10:12
**lead** [1] - 72:25
**lease** [1] - 32:6
**least** [12] - 25:21, 26:14, 31:4, 32:3, 46:6, 47:14, 52:2, 74:6, 76:4, 77:24, 80:9, 99:18
**leave** [1] - 77:1
**LEE** [1] - 5:23
**left** [1] - 54:5
**legal** [1] - 66:9
**length** [1] - 19:8
**less** [3] - 44:17, 45:4, 62:1
**letter** [6] - 61:8, 68:1, 92:4, 92:14, 92:23, 93:11
**LETTER** [1] - 10:17
**level** [1] - 94:22
**LEVIN** [1] - 2:3
**Lewis** [1] - 90:7
**LEWIS** [3] - 2:9, 3:14, 5:7
**LEXINGTON** [1] - 5:13
**LexisNexis** [1] - 88:13
**LIAISON** [1] - 1:16
**Liberia** [2] - 38:1, 38:2
**life** [1] - 68:25
**LIFE** [1] - 2:10
**light** [1] - 99:16
**likely** [1] - 79:1
**liken** [1] - 64:19
**limit** [1] - 65:7
**limitation** [1] - 69:4
**limited** [2] - 61:24, 62:6
**LIMITED** [1] - 3:13
**limiting** [1] - 17:9
**limits** [2] - 39:11, 101:24
**Lindner** [1] - 35:23
**LINDNER'S** [1] - 9:18
**Lindner's** [1] - 35:18
**line** [7] - 26:11, 42:18, 66:21, 80:18, 80:19, 84:5, 88:7

**lineup** [3] - 45:2, 53:14, 53:17
**liquor** [1] - 58:6
**LISKOW** [1] - 3:14
**Liskow** [1] - 90:7
**list** [7] - 17:18, 39:14, 40:18, 58:23, 80:13, 84:10, 86:3
**listed** [1] - 95:11
**listen** [1] - 33:25
**listening** [3] - 26:12, 101:16, 101:17
**literally** [1] - 100:8
**litigation** [5] - 81:19, 81:20, 82:3, 85:6, 86:13
**live** [3] - 62:3, 62:4, 63:18
**LLC** [4] - 3:3, 4:20, 5:16, 5:17
**LNFS** [1] - 90:6
**locate** [1] - 72:12
**located** [1] - 71:15
**logistical** [1] - 30:24, 32:1
**London** [9] - 30:25, 32:5, 32:19, 42:8, 60:2, 60:3, 60:4, 62:1, 94:16
**look** [21] - 12:10, 12:12, 14:19, 24:24, 25:2, 33:16, 34:16, 37:12, 45:13, 47:23, 56:13, 66:21, 73:10, 73:16, 74:6, 77:2, 84:20, 86:15, 98:3, 98:14, 100:21
**looked** [3] - 83:20, 83:23, 84:19
**looking** [27] - 16:17, 17:5, 17:10, 19:1, 23:24, 26:17, 29:5, 29:25, 35:14, 35:23, 36:8, 38:9, 38:21, 42:4, 42:6, 42:13, 43:3, 43:22, 68:3, 70:1, 73:9, 81:23, 83:15, 83:19, 84:9, 84:21, 93:13
**looks** [3] - 13:10, 36:20, 76:6
**loop** [1] - 32:9
**LORI** [1] - 6:23
**lose** [2] - 91:14, 91:15
**lost** [6] - 90:22, 90:23, 90:25, 91:1, 91:3, 91:7
**loud** [1] - 66:2
**Louisiana** [2] - 104:5, 104:6

**LOUISIANA** [3] - 1:1, 1:7, 5:8
**lousy** [1] - 63:9
**love** [1] - 64:9
**loved** [1] - 18:10
**lovely** [2] - 12:16, 29:24
**LP** [1] - 4:19
**luck** [1] - 51:13
**Luxton** [1] - 35:12
**LUXTON** [13] - 5:7, 35:12, 35:17, 35:21, 36:5, 36:13, 36:15, 37:1, 37:8, 37:12, 37:14, 37:18, 37:20

**M**

**M-E-E-C-H-E** [1] - 35:11
**M-I** [1] - 35:13
**Macondo** [3] - 65:8, 65:24, 67:6
**magic** [4] - 82:9, 84:5, 85:10, 85:11
**MAGISTRATE** [1] - 1:12
**mail** [13] - 12:23, 15:15, 18:8, 18:14, 25:12, 26:13, 35:25, 36:7, 36:11, 37:4, 41:17, 42:6, 70:13
**mailing** [1] - 83:13
**mails** [1] - 100:9
**main** [1] - 68:22
**maintenance** [1] - 68:25
**MAJOR** [1] - 4:12
**makers** [1] - 92:10
**man** [1] - 60:12
**man's** [3] - 59:12, 97:12, 98:4
**MANAGEMENT** [1] - 5:15
**MANGES** [1] - 5:20
**March** [1] - 68:1
**MARINE** [4] - 5:11, 5:17, 5:18, 5:18
**mark** [2] - 25:9, 41:12
**MARK** [2] - 3:20, 9:20
**Mark** [5] - 38:14, 60:12, 99:25, 100:2, 101:4
**MARTINEZ** [1] - 4:11
**MARY** [1] - 6:11
**Mary** [1] - 42:18
**MASTER** [1] - 6:18
**material** [2] - 12:24, 86:1

**materials** [1] - 85:7
**matter** [7] - 18:3, 28:19, 28:20, 82:25, 90:9, 90:10, 104:9
**matters** [4] - 13:22, 15:5, 66:6, 79:3
**mature** [1] - 79:4
**Maxie** [1] - 35:10
**MAXIE** [1] - 35:10
**MAXIE..................... .................. [1] - 9:16
**MAY** [1] - 8:16
**MAZE** [20] - 2:23, 14:11, 25:15, 27:12, 27:15, 34:19, 34:25, 42:16, 43:7, 80:12, 80:15, 80:17, 80:20, 82:24, 84:25, 86:7, 86:20, 86:23, 87:1, 87:4
**maze** [1] - 14:4
**Maze** [2] - 14:12, 42:22
**MCCUTCHEN** [1] - 4:24
**MCGOVERN** [1] - 6:18
**McGrath** [2] - 71:19, 72:6
**McKay** [3] - 39:16, 40:5, 40:9
**MCKAY..................... ...................... [1] - 9:23
**MDL** [1] - 6:14
**mean** [19] - 18:24, 20:5, 20:23, 31:6, 39:21, 50:12, 60:8, 60:23, 61:1, 61:20, 63:13, 64:15, 79:12, 80:5, 82:9, 85:21, 97:18, 101:24, 102:1
**meaning** [2] - 46:11, 65:5
**means** [1] - 52:3
**meanwhile** [1] - 72:14
**MECHANICAL** [1] - 7:6
**mediating** [1] - 50:10
**medical** [11] - 87:19, 88:1, 88:9, 89:16, 89:24, 90:2, 90:11, 90:12, 90:18, 90:21, 91:10
**Meeche** [1] - 35:10
**MEECHE.................. ...................... [1] - 9:17
**meet** [4] - 15:20, 60:23, 92:25, 99:19

**meeting** [7] - 24:3, 88:24, 103:1, 103:3, 103:4
**members** [1] - 17:7
**memorandum** [1] - 78:17
**mention** [1] - 28:3
**mentioned** [3] - 37:25, 68:21, 76:5
**Merit** [1] - 104:4
**metal** [1] - 12:24
**METHOFF** [1] - 6:14
**Mexico** [2] - 64:20, 64:21
**MEXICO** [1] - 1:5
**MI** [4] - 5:7, 35:9, 46:12, 47:16
**MICHAEL** [2] - 2:14, 10:2
**Michael** [1] - 42:25
**might** [12] - 15:16, 30:18, 36:23, 54:18, 58:18, 61:23, 74:16, 75:20, 78:4, 78:11, 89:12
**migration** [2] - 74:24, 75:10
**Mike** [3] - 31:25, 55:23, 95:7
**MIKE** [1] - 10:21
**MILLER** [35] - 3:6, 16:19, 18:6, 18:18, 18:20, 19:1, 19:10, 19:25, 20:19, 20:22, 21:1, 21:4, 21:24, 22:5, 22:10, 23:1, 23:5, 23:10, 24:2, 26:14, 26:17, 26:22, 34:3, 34:6, 34:12, 34:17, 34:21, 34:23, 35:1, 37:22, 38:11, 68:15, 70:21, 70:24, 72:19
**Miller** [2] - 16:19, 20:9
**million** [3] - 18:23, 21:23, 81:22
**MINCE** [1] - 6:23
**minor** [3] - 13:22, 14:4, 17:8
**minutes** [26] - 19:3, 19:5, 22:6, 42:4, 42:14, 42:15, 42:16, 42:21, 43:3, 43:4, 43:16, 44:19, 50:25, 51:17, 52:16, 54:4, 57:7, 57:8, 57:17, 57:23, 58:18, 58:19, 58:20, 60:17, 99:17
**MINUTES**........................ ... [1] - 10:22

**minutia** [1] - 68:20
**miscommunication** [1] - 98:22
**miss** [2] - 103:7, 103:8
**missed** [2] - 40:21, 40:22
**mistake** [2] - 87:14, 90:4
**misunderstanding** [2] - 36:20, 36:22
**MITCHELL** [1] - 2:3
**MMS** [2] - 43:5
**MOBILE** [1] - 2:8
**Modeling** [1] - 21:12
**MODELING** [1] - 8:16
**modest** [2] - 47:18, 102:9
**modified** [1] - 13:17
**MOEX** [5] - 4:19, 4:20, 8:10, 15:19, 15:25
**Monday** [3] - 13:1, 13:6, 13:7
**MONDAY**.................... ........................ [1] - 8:7
**monitoring** [7] - 75:6, 89:24, 90:12, 90:14, 90:16, 90:21
**MONTGOMERY** [1] - 2:24
**month** [2] - 25:16, 38:2
**months** [1] - 98:17
**Moore** [3] - 34:11, 35:1
**MOORE** [1] - 35:1
**MOORE**...................... ........................ [1] - 9:14
**MORAN** [1] - 6:8
**Morel** [4] - 40:24, 41:11, 41:12, 41:20
**MOREL**...................... ........................ [1] - 9:25
**MORGAN** [1] - 5:7
**morning** [9] - 12:7, 15:7, 27:5, 35:12, 46:24, 46:25, 56:10, 75:2, 76:5
**mornings** [1] - 102:18
**most** [6] - 15:4, 17:2, 38:1, 45:3, 47:17, 52:3
**Motion** [1] - 14:15
**motion** [4] - 64:7, 79:12, 89:8
**motions** [4] - 14:19, 79:13, 79:20, 83:11
**move** [4] - 33:20, 36:8,

87:2, 98:20
**moved** [2] - 28:13, 35:22
**moving** [2] - 30:3, 40:2
**MR** [412] - 8:11, 8:18, 9:4, 9:6, 9:7, 9:8, 9:10, 9:18, 9:23, 10:20, 10:24, 12:11, 12:14, 12:17, 13:20, 13:22, 13:24, 14:2, 14:11, 14:22, 15:11, 15:16, 15:22, 16:7, 16:10, 16:13, 16:19, 17:12, 18:3, 18:6, 18:11, 18:12, 18:16, 18:17, 18:18, 18:19, 18:20, 18:24, 19:1, 19:10, 19:17, 19:22, 19:25, 20:2, 20:5, 20:8, 20:14, 20:16, 20:19, 20:22, 21:1, 21:2, 21:4, 21:7, 21:18, 21:22, 21:24, 22:1, 22:5, 22:9, 22:10, 22:19, 22:22, 23:1, 23:4, 23:5, 23:8, 23:10, 23:14, 23:19, 24:2, 24:14, 25:1, 25:12, 25:15, 25:18, 25:22, 26:1, 26:4, 26:14, 26:17, 26:18, 26:22, 27:5, 27:10, 27:12, 27:13, 27:14, 27:15, 27:16, 27:18, 27:20, 27:24, 28:1, 28:3, 28:5, 28:8, 28:17, 28:20, 28:22, 28:25, 29:4, 29:8, 29:13, 29:20, 29:23, 30:2, 30:7, 30:23, 31:9, 31:12, 31:14, 31:25, 32:12, 32:18, 32:24, 33:4, 33:6, 33:14, 33:19, 33:21, 33:24, 34:3, 34:6, 34:12, 34:17, 34:19, 34:21, 34:23, 34:25, 35:1, 35:4, 35:12, 35:17, 35:21, 35:25, 36:5, 36:7, 36:11, 36:13, 36:15, 36:18, 36:25, 37:1, 37:8, 37:12, 37:14, 37:18, 37:20, 37:22, 38:7, 38:11, 38:15, 38:17, 38:21, 39:5, 39:7, 39:9, 39:18, 39:25, 40:1, 40:7, 40:8, 40:11, 40:15, 40:16, 40:17, 40:22,

41:1, 41:14, 41:16, 41:20, 41:23, 42:1, 42:11, 42:15, 42:16, 42:25, 43:3, 43:5, 43:7, 43:8, 43:12, 43:14, 43:17, 43:20, 43:23, 43:25, 45:14, 45:15, 45:18, 46:9, 47:3, 47:20, 48:2, 48:5, 48:9, 48:12, 48:13, 48:15, 48:16, 48:18, 48:20, 49:12, 50:4, 50:15, 51:2, 52:23, 53:3, 53:24, 54:2, 54:15, 54:18, 54:24, 55:12, 55:15, 55:16, 55:17, 55:19, 55:20, 56:2, 56:6, 56:23, 56:25, 57:2, 57:16, 57:18, 57:21, 57:23, 58:2, 58:5, 58:9, 58:12, 58:21, 58:24, 58:25, 59:4, 59:7, 59:14, 59:21, 59:25, 60:2, 60:4, 60:11, 60:14, 60:17, 60:21, 60:23, 60:25, 61:5, 61:6, 61:7, 61:11, 62:2, 62:4, 62:8, 62:14, 62:17, 62:22, 63:9, 63:10, 63:12, 63:15, 63:19, 63:22, 63:23, 63:25, 64:6, 64:10, 64:13, 65:2, 65:11, 65:12, 65:17, 65:19, 66:1, 66:5, 66:17, 66:24, 67:16, 67:23, 68:1, 68:5, 68:15, 69:10, 69:16, 70:4, 70:7, 70:10, 70:17, 70:19, 70:21, 70:24, 71:6, 71:9, 71:14, 71:22, 72:4, 72:8, 72:11, 72:16, 72:19, 73:16, 73:18, 73:23, 74:1, 74:5, 74:9, 74:21, 75:1, 75:17, 75:22, 76:1, 76:14, 76:25, 77:5, 77:8, 77:10, 77:13, 77:14, 77:16, 78:2, 78:7, 78:11, 78:15, 78:21, 79:11, 79:19, 80:1, 80:5, 80:8, 80:12, 80:15, 80:17, 80:19, 80:20, 82:5, 82:24, 83:21, 84:19, 84:25, 85:17, 86:7, 86:20, 86:21, 86:23, 87:1, 87:4, 87:6, 87:9, 87:11,

87:21, 87:25, 88:12, 88:15, 89:21, 90:9, 90:13, 90:19, 90:21, 91:1, 91:3, 91:8, 91:12, 91:16, 91:20, 92:22, 92:25, 93:8, 93:16, 93:19, 94:1, 94:4, 94:7, 94:11, 94:22, 94:23, 94:25, 95:3, 95:7, 95:21, 96:11, 96:20, 96:23, 96:24, 97:5, 97:11, 97:16, 97:19, 98:10, 98:12, 99:1, 99:3, 99:25, 100:3, 100:13, 101:6, 101:7, 101:15, 101:17, 101:23, 102:4, 102:12, 102:15, 103:2, 103:3, 103:4, 103:8, 103:9, 103:11, 103:13, 103:17
**MS** [17] - 6:9, 14:1, 41:19, 42:18, 42:19, 42:24, 44:2, 44:5, 44:13, 51:23, 52:7, 86:18, 91:24, 92:1, 92:7, 92:19, 93:9
**multiple** [1] - 71:21
**musical** [1] - 55:10
**must** [2] - 44:22, 70:19
**mute** [2] - 29:18, 103:19
**mystery** [1] - 22:14

**N**

**N.W** [1] - 3:24
**Nalco** [3] - 42:3, 42:8, 76:23
**NALCO** [1] - 6:11
**name** [5] - 25:20, 34:25, 95:14, 96:25, 97:12
**names** [2] - 17:18, 70:15
**narrow** [1] - 79:16
**nature** [1] - 33:7
**NC** [1] - 6:20
**necessarily** [1] - 30:9
**necessitates** [1] - 28:12
**need** [31] - 13:2, 15:6, 21:17, 24:12, 29:14, 32:3, 47:7, 51:7, 54:13, 56:12, 56:19, 61:5, 64:13, 64:25,

69:22, 69:23, 71:4, 80:3, 80:12, 80:24, 84:2, 85:6, 85:11, 87:7, 89:24, 94:19, 98:4, 98:7, 101:4, 101:13, 101:14
**needed** [2] - 53:10, 97:17
**needing** [1] - 68:17
**needle** [3] - 22:8, 83:16, 84:9
**needs** [2] - 49:20, 78:18
**negotiated** [1] - 84:20, 100:18
**negotiations** [1] - 85:3
Neil [2] - 29:12, 29:21
**NEIL** [1] - 9:9
**never** [5] - 55:16, 83:16, 96:7, 98:13
**new** [4] - 61:18, 91:24, 97:7, 100:19
**NEW** [12] - 1:7, 1:21, 1:25, 2:11, 3:7, 3:17, 4:8, 4:22, 5:5, 5:13, 5:21, 7:4
**news** [6] - 28:15, 30:9, 33:7, 33:24, 96:5, 97:10
**NEXT** [1] - 11:1
**Next** [2] - 27:19, 103:23
**next** [27] - 17:9, 24:9, 24:20, 24:21, 25:6, 35:20, 40:2, 47:25, 53:7, 53:11, 58:23, 63:24, 64:4, 68:8, 73:4, 83:8, 87:2, 92:14, 93:5, 93:19, 94:14, 95:5, 95:7, 100:10, 103:11, 103:18
**nice** [2] - 12:10
**Nick** [1] - 93:21
**NICK** [1] - 10:19
**night** [3] - 12:16, 14:1, 46:25
**nine** [1] - 37:16
**NO** [1] - 1:6
**nobody** [3] - 27:2, 48:11, 48:13
**noise** [1] - 29:18
**Nomellini** [2] - 99:25, 103:17
**NOMELLINI** [5] - 3:20, 99:25, 100:3, 100:13, 101:6
**none** [1] - 52:13
**nonprivileged** [2] - 82:17, 84:16

**nonresponsive** [1] - 99:19
**norm** [1] - 53:13
**normally** [1] - 63:3
**NORTH** [4] - 3:10, 3:11, 3:13, 3:14
**NORTHCOURT** [1] - 6:8
**nose** [1] - 56:18
**note** [3] - 62:19, 79:13, 79:24
**noted** [1] - 78:22
**notes** [4] - 15:14, 26:6, 26:9, 59:22
**NOTES** [1] - 9:1
**nothing** [4] - 18:1, 31:3, 40:1, 94:10
**notice** [5] - 93:23, 94:9, 96:19, 96:20, 98:19
**notifying** [1] - 67:4
**November** [3] - 39:17, 40:5, 40:12
**NOW** [2] - 10:14, 10:15
**NRC** [1] - 76:14
**NRD** [1] - 75:14
**nuance** [1] - 46:10
**number** [11] - 22:6, 22:7, 60:11, 85:10, 85:11, 101:25, 102:4, 102:8
**numbered** [1] - 104:9
**numbers** [1] - 22:5
**NW** [1] - 4:25
**NY** [3] - 5:5, 5:13, 5:21

## O

**O'BRIEN'S** [1] - 5:15
**O'KEEFE** [1] - 1:20
**O'ROURKE** [2] - 2:20, 43:17
**O'Rourke** [2] - 42:11, 43:16
**object** [4] - 52:18, 75:12, 88:18, 96:14
**objecting** [1] - 99:12
**objection** [3] - 35:22, 63:13, 89:22
**objections** [1] - 63:5
**objects** [2] - 62:25, 68:9
**OBJECTS**..................
....................... [1] - 10:7
**observations** [1] - 51:23
**obviously** [7] - 15:7, 20:23, 30:5, 44:21,

79:12, 84:13, 84:23
**occurred** [1] - 84:15
**October** [6] - 34:13, 34:14, 34:20, 34:21, 38:25, 39:2
**OF** [12] - 1:1, 1:5, 1:11, 2:13, 2:18, 2:19, 6:18, 6:19, 8:5, 10:3, 10:13, 10:24
**offer** [1] - 90:19
**offers** [1] - 43:6
**Office** [5] - 81:1, 82:2, 82:12, 85:1, 85:5
**office** [6] - 32:8, 34:7, 68:5, 81:3, 85:24, 104:7
**OFFICE** [1] - 2:23
**OFFICE**....................
......... [1] - 10:10
**OFFICIAL** [1] - 7:3
**Official** [2] - 104:5, 104:14
**officially** [3] - 37:8, 44:13, 85:13
**OFFSHORE** [3] - 3:4, 4:20, 5:16
**often** [1] - 46:14
**oftentimes** [1] - 54:10
**oil** [1] - 76:17
**OIL** [2] - 1:4, 1:4
**old** [4] - 26:1, 87:16, 96:5, 97:10
**Oldfather** [1] - 35:2
**ON** [2] - 1:5, 8:7
**ONE** [5] - 1:24, 3:16, 4:4, 6:8, 6:15
**one** [51] - 13:17, 17:16, 17:23, 20:13, 26:2, 30:3, 30:19, 30:24, 30:25, 32:2, 32:4, 33:24, 34:17, 34:18, 36:23, 37:23, 41:3, 42:25, 43:7, 48:3, 49:11, 51:5, 51:25, 53:10, 53:11, 54:21, 54:22, 55:2, 56:23, 61:25, 62:11, 66:10, 68:22, 74:21, 80:12, 80:23, 81:6, 82:8, 83:1, 85:7, 85:8, 87:11, 87:12, 88:21, 96:11, 97:4, 99:5, 101:7, 102:1, 103:10
**one-day** [4] - 34:17, 34:18, 41:3, 96:11
**one-half** [1] - 62:11
**ones** [3] - 50:20, 72:11, 99:21
**ongoing** [1] - 85:3

**oops** [2] - 21:21, 21:22
**open** [2] - 42:6, 78:22
**opinion** [6] - 53:21, 66:18, 66:23, 66:25, 67:7, 67:9
**opinions** [1] - 59:2, 66:6
**opportunity** [5] - 16:1, 31:20, 50:24, 52:13, 82:6
**opposed** [2] - 66:19, 90:16
**opposition** [2] - 37:10, 89:19
**OPTICEM** [1] - 8:16
**Opticem** [1] - 21:12
**OR** [1] - 10:13
**order** [32] - 19:2, 24:5, 44:9, 45:2, 45:6, 45:25, 46:23, 47:24, 48:1, 49:15, 49:19, 49:23, 49:25, 50:1, 50:16, 51:1, 51:4, 51:16, 51:18, 51:25, 52:5, 53:8, 54:20, 63:5, 64:25, 95:24, 96:3, 96:6, 96:9, 97:17, 99:16, 101:15
**ORDER** [2] - 10:3, 12:4
**ordered** [2] - 31:6, 98:13
**orders** [2] - 95:13, 98:3
**ordinarily** [1] - 53:7
**org** [2] - 17:23, 19:19
**organization** [2] - 20:12, 20:24
**organized** [1] - 17:22, 20:12
**original** [5] - 45:2, 51:25, 52:5, 52:15, 74:7
**ORLEANS** [9] - 1:7, 1:21, 1:25, 2:11, 3:7, 3:17, 4:8, 4:22, 7:4
**otherwise** [2] - 87:4, 98:22
**ought** [2] - 54:12, 97:3
**ourselves** [4] - 12:19, 21:9, 81:12, 83:5
**outage** [1] - 18:8
**outlined** [1] - 69:7
**outside** [1] - 50:9
**overall** [3] - 42:7, 57:13, 79:4
**overlap** [1] - 68:14
**overlapping** [1] - 61:15

**own** [3] - 21:10, 21:19, 85:16

## P

**p.m** [1] - 103:24
**P.O** [1] - 2:20
**page** [7] - 38:21, 73:11, 73:15, 74:22, 76:23, 77:3, 77:15
**PAGE** [1] - 8:3
**pages** [1] - 21:23
**PAN** [1] - 2:10
**PAPANTONIO** [1] - 2:3
**paralegal** [1] - 32:8
**paralegals** [1] - 32:8
**PARKWAY** [1] - 5:24
**part** [15] - 14:8, 14:23, 26:7, 26:10, 49:1, 54:4, 54:5, 54:19, 54:24, 57:12, 74:23, 81:24, 96:18, 96:21
**participants** [2] - 29:17
**particular** [5] - 49:3, 49:22, 65:5, 81:4, 81:14
**particularly** [8] - 15:6, 19:5, 45:4, 45:24, 50:25, 76:7, 82:8, 101:1
**parties** [22] - 24:2, 24:4, 24:6, 38:5, 44:22, 45:25, 46:23, 49:14, 50:1, 50:6, 50:19, 50:22, 51:4, 79:12, 79:22, 80:1, 80:6, 81:19, 83:14, 84:20, 85:20, 100:18
**parts** [1] - 12:24
**party** [12] - 13:14, 13:16, 44:19, 46:18, 48:12, 51:5, 51:10, 52:16, 52:24, 84:3, 84:8
**passed** [1] - 49:18
**past** [1] - 54:9
**paths** [1] - 75:10
**PAUL** [1] - 2:10
**Paul** [14] - 23:3, 27:23, 28:17, 28:18, 36:10, 41:1, 41:22, 45:13, 45:17, 52:20, 52:23, 60:16, 61:1, 61:21
**pending** [1] - 18:7
**PENSACOLA** [1] - 2:5
**PEOPLE** [2] - 8:6, 10:6

**people** [29] - 13:7, 17:18, 17:19, 21:5, 27:23, 35:9, 46:6, 47:14, 47:15, 54:5, 65:22, 68:8, 68:11, 69:11, 70:2, 70:13, 70:14, 71:20, 72:19, 72:20, 73:3, 83:11, 87:8, 87:25, 88:17, 89:11, 89:18, 90:21
**PEPPER** [1] - 7:3
**Pepper** [5] - 13:23, 50:14, 104:3, 104:12, 104:13
**percent** [3] - 25:23, 57:21, 57:22
**perfect** [5] - 26:25, 35:19, 36:18, 36:19, 92:17
**perfectly** [1] - 48:7
**perhaps** [8] - 14:23, 17:16, 18:24, 58:18, 59:18, 65:2, 70:2, 75:23
**period** [1] - 32:6
**periods** [1] - 84:17
**perpetuation** [1] - 52:17
**person** [4] - 17:2, 18:12, 60:1, 85:21
**person's** [1] - 85:22
**personal** [12] - 23:2, 31:22, 34:8, 34:13, 38:23, 87:17, 90:1, 90:11, 90:14, 90:15, 91:9, 95:16
**persons** [5] - 81:4, 86:12, 89:23, 90:15, 90:16
**pertaining** [2] - 74:24, 84:17
**PETROLEUM** [1] - 4:18
**Phase** [46] - 15:10, 27:10, 73:11, 73:14, 73:22, 74:3, 74:6, 74:9, 74:11, 74:16, 74:22, 75:1, 75:3, 75:11, 75:12, 75:18, 75:24, 76:3, 76:9, 76:11, 76:12, 76:14, 76:19, 77:20, 78:16, 78:19, 78:23, 78:24, 79:5, 79:17, 82:16, 83:22, 84:15, 84:24, 99:10, 99:11, 100:20, 101:2, 102:20, 102:22
**phase** [1] - 96:1
**Phases** [1] - 77:17

**PHELPS** [1] - 6:7
**Phil** [11] - 48:9, 69:10, 69:14, 70:25, 72:3, 95:3, 96:17, 97:24, 98:16, 101:19, 102:7
**PHILLIP** [1] - 4:7
**phone** [4] - 23:20, 29:17, 29:18
**phonetically** [1] - 86:11
**PI** [2] - 22:22, 22:24
**pick** [2] - 39:4, 82:25
**picked** [2] - 76:2, 83:3
**picking** [1] - 54:11
**PIGMAN** [1] - 4:6
**PILLSBURY** [1] - 5:3
**PITTMAN** [1] - 5:3
**pixie** [2] - 44:5, 46:3
**PLACE** [1] - 1:24
**place** [3] - 22:11, 82:15
**plaintiff** [1] - 88:25
**PLAINTIFF** [1] - 10:12
**plaintiffs** [3] - 87:22, 88:18, 99:3
**PLAINTIFFS** [1] - 1:23
**plaintiffs'** [4] - 73:14, 73:22, 74:10, 88:24
**PLAINTIFFS'** [1] - 1:15
**plan** [2] - 52:15, 73:6
**PLAN**........................
.................... [1] - 10:8
**planning** [1] - 42:9
**plans** [1] - 94:18
**play** [1] - 55:10
**point** [22] - 14:4, 23:10, 30:11, 46:2, 46:22, 53:20, 56:12, 56:21, 59:15, 68:2, 70:18, 75:24, 78:25, 81:9, 81:16, 83:21, 85:12, 88:23, 91:12, 94:12, 97:21, 101:7
**pointed** [1] - 21:18
**points** [2] - 64:18, 93:19
**policies** [1] - 67:2
**POLK** [1] - 4:20
**pop** [1] - 79:20
**portion** [4] - 57:12, 77:4, 77:6, 77:16
**position** [6] - 46:15, 52:9, 52:21, 58:4, 66:12, 86:1
**positively** [2] - 20:4, 88:11
**possess** [1] - 85:16
**possibility** [2] - 31:16,

32:17
**possible** [5] - 26:21, 31:22, 33:10, 38:25, 99:23
**possibly** [5] - 30:12, 32:4, 32:9, 82:9, 102:18
**post** [4] - 67:15, 75:5, 90:14, 91:9
**post-explosion** [3] - 75:5, 90:14, 91:9
**post-retention** [1] - 67:15
**potential** [4] - 48:23, 74:13, 83:1, 101:2
**potentially** [1] - 62:24
**POYDRAS** [5] - 2:11, 3:7, 3:16, 4:22, 7:4
**PPF** [1] - 87:16
**practice** [2] - 66:23, 67:8
**practiced** [1] - 25:15
**predecessors** [1] - 69:24
**predeposition** [1] - 26:10
**prefer** [4] - 15:8, 28:17, 46:22, 49:21
**prejudice** [1] - 78:21
**preliminarily** [1] - 76:4
**premark** [1] - 59:19
**Premark** [2] - 61:22, 62:12
**prepare** [1] - 65:1
**prepared** [1] - 36:1
**present** [3] - 14:25, 23:12, 23:13
**PRESENT** [1] - 6:22
**presentation** [1] - 77:19
**presented** [1] - 75:11
**presenting** [2] - 51:5, 51:10
**presents** [1] - 32:1
**preservation** [2] - 12:21, 13:4
**PRESERVATION** [1] - 8:5
**president** [1] - 70:16
**pressure** [1] - 65:9
**Prestidge** [1] - 27:19
**PRESTIDGE**..............
.......................... [1] - 9:4
**presumably** [1] - 90:21
**pretty** [6] - 25:2, 45:3, 49:9, 80:14, 86:15, 103:2
**preventer** [1] - 69:17

**previously** [2] - 28:25, 29:1
**primarily** [1] - 87:22
**primary** [1] - 16:22
**principally** [2] - 75:4, 75:6
**principle** [1] - 24:17
**PRITCHARD** [1] - 5:4
**privilege** [3] - 84:2, 84:8
**privileged** [5] - 81:17, 82:12, 82:21, 83:2, 84:6
**privity** [3] - 68:18, 69:4, 69:7
**problem** [22] - 16:8, 29:16, 33:16, 38:4, 46:5, 47:8, 47:18, 48:10, 50:15, 50:21, 51:21, 61:18, 73:3, 73:24, 77:9, 82:24, 86:14, 88:8, 92:17, 98:16
**procedures** [1] - 67:2
**proceeding** [2] - 79:5, 102:17
**PROCEEDINGS** [3] - 1:11, 7:6, 12:1
**proceedings** [3] - 56:21, 103:24, 104:8
**process** [4] - 17:8, 64:21, 93:1, 99:18
**PROCTOR** [1] - 2:3
**produce** [5] - 21:22, 95:9, 95:19, 97:20, 101:22
**PRODUCED** [1] - 7:7
**produced** [5] - 21:14, 26:7, 33:11, 95:25, 101:9
**producing** [3] - 52:16, 96:7, 99:13
**product** [3] - 19:11, 19:14, 19:21
**PRODUCTION** [2] - 3:9, 3:12
**production** [8] - 16:16, 16:24, 21:19, 26:10, 26:23, 98:8, 98:24, 99:7
**productive** [4] - 24:16, 100:8, 100:16, 100:22
**PRODUCTS** [1] - 3:14
**PROFESSOR** [1] - 6:18
**profits** [1] - 90:23
**progress** [2] - 12:22, 14:21
**progression** [1] - 49:7

**promise** [3] - 31:21, 37:12, 100:15
**promised** [1] - 64:14
**pronounce** [1] - 43:1
**proof** [2] - 52:25, 98:3
**proposal** [10] - 30:20, 48:22, 48:24, 55:11, 55:13, 56:16, 57:4, 74:7, 79:24
**propose** [5] - 25:3, 48:6, 68:15, 85:17, 89:10
**PROPOSED** [1] - 10:11
**proposed** [5] - 24:5, 24:8, 86:8, 87:12, 92:9
**proposing** [1] - 58:13
**protected** [1] - 81:17
**protocol** [1] - 67:3
**provide** [8] - 17:10, 18:20, 19:5, 19:13, 20:11, 62:12, 76:3, 90:6
**provided** [5] - 22:5, 34:3, 83:22, 84:10, 84:11
**provides** [2] - 19:19, 38:9
**providing** [1] - 90:7
**PSC** [25] - 16:4, 27:9, 30:21, 33:16, 33:22, 38:6, 38:12, 39:1, 41:7, 43:24, 45:19, 46:8, 50:23, 51:6, 52:13, 52:21, 60:7, 60:25, 62:7, 62:11, 62:24, 73:11, 73:20, 100:17, 100:23
**public** [1] - 84:23
**pull** [2] - 15:14, 97:18
**purchase** [1] - 69:17
**purchasing** [3] - 70:16, 72:20, 72:23
**purchasing-type** [1] - 72:20
**pure** [1] - 96:4
**purported** [1] - 23:6
**purpose** [4] - 48:20, 48:22, 66:9, 75:3
**purposes** [2] - 30:25, 74:18
**pursuant** [1] - 95:24
**pushed** [1] - 30:15
**put** [14] - 20:24, 21:2, 21:25, 22:7, 22:10, 29:18, 34:14, 38:3, 38:22, 40:8, 41:12, 59:23, 73:7, 91:20
**putting** [1] - 31:23

# Q

**quarter** [1] - 57:21
**questioned** [1] - 67:15
**questioning** [9] -
45:22, 46:7, 46:8,
47:17, 47:25, 50:24,
62:7, 65:7, 96:18
**questions** [12] - 18:23,
44:20, 46:14, 47:17,
48:11, 51:20, 63:7,
63:9, 67:5, 73:6,
73:8, 96:21
**quick** [1] - 93:19
**quickly** [1] - 87:11
**QUIP** [1] - 5:23
**Quips** [1] - 46:13
**quite** [4] - 46:15, 70:5,
92:8, 97:14
**quote** [3] - 52:11,
73:21, 78:7

# R

**radar** [1] - 13:5
**RAFFERTY** [1] - 2:3
**raise** [5] - 26:2, 33:10,
44:8, 92:15, 101:4
**raised** [4] - 21:13,
33:9, 39:23, 103:15
**raising** [2] - 86:4,
95:22
**ranges** [1] - 26:23
**rare** [1] - 19:9
**rather** [3] - 70:2, 79:4,
90:6
**Ravi** [5] - 63:24, 64:18,
65:4, 66:2, 66:18
**RAVI.............................**
**.............** [1] - 10:5
**ray** [1] - 23:21
**RE** [1] - 1:4
**reach** [3] - 32:25,
48:1, 65:3
**reached** [2] - 42:4,
91:22
**read** [6] - 60:10,
68:16, 92:6, 92:8,
92:23, 93:8
**reading** [2] - 26:13,
37:4
**ready** [3] - 21:6, 29:11,
56:25
**real** [7] - 50:15, 51:3,
51:4, 51:11, 51:15,
57:4, 80:3
**realignment** [1] - 50:6
**really** [16] - 17:21,

31:23, 33:1, 44:10,
47:3, 48:4, 51:16,
52:25, 70:21, 75:24,
78:16, 78:18, 95:8,
95:18, 95:21
**REALTIME** [1] - 7:3
**Realtime** [2] - 104:3,
104:13
**reason** [3] - 31:5,
39:18, 39:23
**reasonable** [2] -
82:22, 83:19
**reasons** [2] - 83:4,
85:16
**rebuttal** [9] - 51:5,
51:9, 51:17, 54:21,
57:11, 57:24, 58:15,
62:9
**receive** [1] - 94:9
**received** [6] - 55:21,
82:11, 93:23, 94:2,
94:10, 100:19
**recess** [1] - 56:22
**recognize** [1] - 39:19
**recollection** [1] -
87:22
**record** [10] - 49:19,
50:14, 77:18, 87:20,
88:1, 89:16, 91:20,
103:20, 103:22,
104:8
**RECORDED** [1] - 7:6
**records** [2] - 26:18,
90:18, 91:5
**redacted** [1] - 15:25
**redaction** [1] - 99:16
**REDACTIONS** [1] -
10:22
**redactions** [3] - 99:17,
99:19, 99:21
**Redd** [2] - 27:3
**REDD.............................**
**.............................** [1] -
9:2
**redhibition** [1] - 69:3
**redline** [2] - 24:8,
73:16
**redlines** [1] - 74:1
**redundant** [1] - 81:20
**reemphasize** [1] -
17:17
**reference** [1] - 99:15
**referenced** [1] - 52:1
**reflect** [1] - 89:5
**regard** [8] - 17:13,
26:16, 61:22, 67:15,
80:22, 80:25, 89:15,
102:9
**REGARDING** [1] -
10:17

**regarding** [8] - 66:18,
67:3, 69:7, 87:12,
92:5, 93:24, 94:2,
94:12
**regardless** [3] - 31:15,
45:12, 45:20
**regards** [1] - 86:12
**Registered** [1] - 104:3
**regular** [1] - 68:20
**relate** [2] - 30:8,
100:20
**related** [7] - 63:14,
63:17, 66:13, 68:17,
90:16, 95:14, 103:13
**relates** [3] - 18:8,
78:15, 95:8
**RELATES** [1] - 1:9
**relating** [4] - 20:2,
59:21, 82:14, 90:14
**relative** [6] - 13:3,
15:19, 16:16, 20:12,
74:16, 101:1
**RELATIVE** [1] - 8:10
**release** [4] - 87:19,
89:16, 91:4, 91:10
**releases** [1] - 90:18
**relevant** [6] - 69:20,
81:18, 84:15, 84:16,
84:24, 88:20
**relief** [1] - 38:9
**relies** [1] - 21:15
**rely** [1] - 70:17
**remain** [1] - 78:22
**remember** [5] - 13:2,
81:7, 86:7, 88:5,
96:23
**remind** [1] - 56:12
**renew** [1] - 17:22
**rented** [2] - 32:5, 32:8
**reopen** [1] - 61:18
**rep** [2] - 16:23, 70:24
**replaced** [1] - 103:15
**replacement** [1] -
103:9
**report** [12] - 13:6,
16:15, 16:18, 16:21,
17:1, 17:6, 21:15,
24:10, 27:2, 41:16,
92:20
**REPORT** [1] - 8:6
**REPORT.........................**
**.............................** [1] -
8:12
**Reporter** [6] - 104:3,
104:4, 104:5,
104:13, 104:14
**REPORTER** [2] - 7:3,
7:3
**REPORTER'S** [1] -
104:1

**reports** [4] - 65:1,
82:13, 84:22, 84:23
**represent** [1] - 82:19
**representation** [2] -
82:23, 86:6
**representative** [1] -
82:2
**representing** [1] -
55:8
**reproducing** [1] -
99:12
**request** [15] - 13:16,
17:22, 21:11, 29:22,
38:3, 52:20, 64:7,
69:2, 85:4, 89:10,
92:7, 98:21, 98:23,
98:25, 101:20
**REQUEST** [1] - 8:16
**REQUESTED** [1] -
10:6
**requested** [8] - 31:17,
35:21, 52:3, 68:8,
99:10, 99:11, 102:6,
102:9
**requests** [3] - 40:20,
83:23, 84:12
**REQUESTS** [1] - 9:24
**required** [6] - 89:8,
90:2, 91:9, 96:4,
99:7
**requirement** [1] -
88:21
**requirements** [2] -
14:8, 89:12
**reschedule** [4] -
22:15, 22:20, 28:10,
37:11
**RESCHEDULE** [1] -
8:18
**resend** [1] - 55:23
**reservation** [1] - 55:14
**reserve** [6] - 45:11,
45:21, 51:9, 52:10,
52:21, 53:25
**reserving** [2] - 57:15,
58:17
**resolution** [1] - 91:22
**resolve** [1] - 80:24
**respect** [4] - 29:4,
29:21, 67:3, 88:25
**RESPECT** [1] - 10:12
**respectfully** [2] -
35:21, 93:9
**respond** [7] - 16:4,
58:3, 82:6, 85:8,
92:14, 93:4, 93:12
**Responder** [1] - 75:7
**Responders** [3] -
41:24, 42:2, 42:8
**responders** [1] - 91:21

**response** [3] - 14:5,
17:10, 68:16
**RESPONSE** [2] - 5:11,
5:15
**responses** [1] - 84:17
**responsible** [1] - 75:5
**responsive** [4] -
15:23, 82:17, 83:24,
86:1
**rest** [3] - 13:8, 52:13,
52:17
**restricted** [1] - 97:1
**result** [3] - 46:14,
90:23, 91:1
**RETAINED** [1] - 10:14
**retained** [1] - 89:2
**retention** [1] - 67:15
**retread** [1] - 26:1
**return** [1] - 23:20
**review** [5] - 50:1, 84:2,
84:8, 99:18
**revised** [1] - 24:21
**RICHESON** [1] - 4:21
**ride** [1] - 50:2
**rig** [1] - 87:23
**RIG** [1] - 1:4
**ripe** [1] - 100:7
**RMR** [2] - 7:3, 104:13
**road** [1] - 72:22
**ROB** [1] - 8:15
**Rob** [1] - 17:6
**Robert** [1] - 86:11
**ROBERT** [2] - 2:7,
3:24
**Roberts** [5] - 50:3,
50:4, 54:19, 60:14,
95:1
**ROBERTS** [13] - 21:2,
21:7, 26:18, 50:4,
50:15, 51:2, 54:24,
55:12, 55:15, 55:19,
57:23, 58:5, 70:19
**Robin** [1] - 102:24
**Robinson** [1] - 23:2
**Rodger** [2] - 71:19,
72:7
**role** [4] - 17:8, 61:4,
85:6, 102:21
**roller** [1] - 50:2
**rolling** [2] - 12:19,
17:3
**ROME** [1] - 5:11
**RONQUILLO** [2] -
4:10, 4:14
**ROOM** [2] - 2:16, 7:4
**rooms** [1] - 50:10
**Rose** [1] - 42:18
**ROSE** [1] - 6:11
**row** [1] - 58:8

**ROY** [2] - 1:16, 1:16
**rule** [6] - 31:16, 49:11,
53:18, 59:9, 94:6,
101:21
**ruled** [1] - 40:20
**ruling** [3] - 16:12,
39:10, 101:11
**rulings** [1] - 80:8
**run** [2] - 71:17, 86:25
**running** [2] - 15:13,
54:6
**Russo** [1] - 35:4
**RUSSO** [2] - 6:4, 35:4
**RYAN** [1] - 3:21
**Ryan** [2] - 34:6, 34:7

## S

**s/Cathy** [1] - 104:12
**safety** [4] - 64:20,
64:21, 65:23, 65:24
**sales** [2] - 72:23,
72:24
**SALLY** [1] - 1:12
**SAN** [2] - 2:16, 4:4
**Sarah** [1] - 92:3
**SARAH** [1] - 2:15
**Saucier** [1] - 42:25
**SAUCIER**..................
.......................[1] -
10:2
**save** [2] - 51:16, 57:8
**saved** [2] - 51:13,
57:12
**saw** [1] - 95:1
**schedule** [8] - 30:6,
39:19, 47:9, 47:10,
64:5, 79:21, 101:14,
103:18
**scheduled** [8] - 28:16,
28:25, 29:1, 37:23,
40:5, 97:25, 98:2,
98:24
**scheduling** [2] - 29:8,
33:6, 102:20
**SCHELL** [1] - 4:20
**SCHOOL** [1] - 6:18
**SCIENCE** [1] - 6:19
**scope** [6] - 62:25,
63:4, 63:5, 67:21,
79:16, 80:9
**Sea** [1] - 65:10
**SEACOR** [6] - 5:16,
5:16, 5:17, 5:17,
5:18, 5:18
**search** [13] - 81:2,
81:25, 82:23, 83:6,
83:22, 83:24, 84:11,
85:3, 85:22, 97:13,

100:14, 100:17,
100:19
**SEARCH** [1] - 10:23
**seat** [1] - 12:8
**seaworthiness** [3] -
68:18, 69:4, 69:7
**second** [6] - 38:25,
39:1, 53:6, 53:7,
54:5, 56:23
**secondly** [1] - 14:22
**section** [1] - 87:16
**SECTION** [1] - 2:19
**see** [48] - 15:18, 16:2,
19:14, 20:24, 21:2,
21:14, 24:24, 26:22,
31:11, 31:17, 32:17,
32:25, 33:2, 36:16,
36:19, 36:22, 37:5,
37:6, 38:3, 41:10,
47:25, 49:21, 51:7,
53:19, 54:2, 54:13,
55:25, 62:5, 62:24,
64:12, 66:5, 67:20,
70:22, 72:3, 72:6,
72:19, 73:14, 74:22,
74:25, 75:16, 78:6,
78:10, 81:21, 82:8,
83:5, 98:23, 99:21,
99:22
**seeing** [1] - 72:14
**seeking** [3] - 93:10,
100:24, 100:25
**seem** [2] - 50:20,
69:20
**seersucker** [1] - 12:9
**send** [8] - 30:24, 31:2,
31:10, 32:3, 41:17,
58:3, 58:6, 70:13
**sense** [8] - 32:22,
44:11, 44:18, 46:20,
47:14, 48:2, 53:4,
71:14
**sent** [6] - 19:2, 25:12,
54:24, 55:12, 82:11,
82:20
**separate** [1] - 75:22
**separating** [1] - 78:16
**September** [12] - 27:7,
27:12, 27:21, 30:16,
32:6, 34:14, 34:19,
38:23, 86:18, 86:19,
86:25
**seriously** [1] - 55:5
**serve** [2] - 25:4, 25:5
**served** [3] - 15:1,
88:12, 95:23
**serves** [1] - 85:24
**SERVICES** [1] - 4:10
**session** [1] - 68:21
**set** [12] - 23:11, 30:13,

33:8, 38:1, 51:1,
53:17, 61:7, 68:23,
77:18, 79:21, 79:22,
96:15
**setting** [1] - 92:17
**settlement** [1] - 15:19
**SETTLEMENT.....** [1] -
8:10
**seven** [1] - 71:13
**SEVERAL** [1] - 10:12
**several** [2] - 88:25,
93:20
**shame** [1] - 97:21
**shared** [1] - 24:3
**sharing** [1] - 13:3
**shaved** [1] - 44:6
**Shaw** [2] - 29:12,
29:21
**SHAW** [1] - 5:3
**SHAW**........................
.....................[1] -
9:9
**SHELL** [1] - 3:16
**SHERRIE** [1] - 9:22
**Sherrie** [2] - 38:22,
38:25
**short** [7] - 87:13,
87:15, 88:25, 89:1,
89:5, 89:20, 89:25
**SHORT** [3] - 10:11,
10:12, 10:13
**shorter** [3] - 44:10,
62:21
**shortly** [1] - 30:3
**show** [1] - 96:13
**SHUSHAN** [1] - 1:12
**side** [3] - 31:21, 43:10,
87:4
**sideways** [1] - 55:3
**SIEMENS** [1] - 5:19
**signed** [1] - 86:9
**similar** [2] - 99:5,
99:13
**similarly** [2] - 38:17,
43:6
**simple** [1] - 95:21
**simply** [8] - 50:16,
78:3, 81:21, 83:15,
85:5, 89:4, 93:11
**SINCE** [1] - 10:13
**sit** [3] - 55:7, 99:20,
102:14
**situation** [2] - 52:4,
99:13
**skip** [1] - 35:8
**skipped** [2] - 21:10,
35:9
**sleep** [1] - 50:13
**slice** [1] - 68:13
**slip** [1] - 76:11

**slippery** [1] - 72:25
**slope** [1] - 73:1
**slow** [1] - 61:13
**slugs** [2] - 44:16,
44:25
**slurry** [2] - 65:4, 65:14
**small** [1] - 57:12
**smaller** [1] - 50:22
**snag** [1] - 87:12
**solely** [1] - 95:10
**solution** [1] - 100:8
**someone** [2] - 49:2,
68:21
**sometime** [1] - 33:20
**sometimes** [5] -
46:14, 49:1, 49:2,
49:20, 49:21
**somewhat** [1] - 46:19
**soon** [1] - 35:15
**sooner** [1] - 85:6
**sorry** [5] - 13:21,
21:10, 45:13, 72:9,
96:23
**sort** [4] - 47:4, 50:7,
51:5, 76:16
**sounds** [5] - 22:3,
43:14, 66:17, 71:2,
100:13
**SOUTH** [2] - 2:4, 6:12
**space** [1] - 32:8
**speaking** [2] - 35:23,
46:12
**SPECIAL** [1] - 6:18
**specific** [1] - 83:24
**specifically** [3] -
65:23, 83:22, 84:11
**spelled** [1] - 86:11
**spending** [1] - 102:24
**spent** [1] - 50:9
**SPILL** [2] - 1:4, 5:11
**spin** [1] - 21:25
**spot** [2] - 43:13, 85:12
**spread** [1] - 36:2
**SQUARE** [1] - 3:16
**stage** [1] - 102:16
**stand** [3] - 16:16,
41:9, 72:9
**standard** [1] - 49:7
**standing** [1] - 61:1
**standstill** [1] - 80:24
**start** [6] - 16:25,
66:25, 71:11, 71:14,
72:14, 102:24
**started** [4] - 50:2,
83:13, 100:6, 100:8
**starting** [3] - 50:7,
54:10, 68:2
**starts** [1] - 77:14
**state** [3] - 31:21,

80:22, 85:1
**STATE** [2] - 2:23, 10:9
**State** [9] - 14:12,
14:14, 80:21, 81:13,
82:2, 82:19, 85:2,
85:14, 104:4
**State's** [3] - 14:17,
81:11, 81:12
**STATES** [3] - 1:1,
1:12, 2:18
**states** [6] - 32:16,
32:20, 33:3, 42:21,
42:22, 80:22
**States** [4] - 42:22,
92:20, 104:5, 104:14
**status** [1] - 16:20
**STATUS** [1] - 1:11
**stay** [2] - 31:3, 74:19
**STEFANIE** [1] - 4:12
**STENOGRAPHY** [1] -
7:6
**step** [1] - 73:4
**Stephen** [1] - 35:10
**STEPHEN** [2] - 1:20,
9:15
**Sterbcow** [5] - 22:17,
41:1, 52:23, 60:23,
102:11
**STERBCOW** [51] - 2:9,
2:10, 22:19, 22:22,
23:4, 23:8, 23:14,
23:19, 27:10, 27:13,
27:16, 27:24, 28:20,
30:23, 31:9, 31:12,
33:19, 35:25, 36:7,
36:11, 36:18, 36:25,
38:7, 39:5, 40:22,
41:1, 41:14, 41:16,
41:20, 43:23, 45:15,
52:23, 58:25, 59:14,
59:25, 60:4, 60:11,
60:14, 60:17, 62:2,
62:4, 63:10, 63:12,
63:19, 63:22, 65:12,
102:12, 102:15,
103:2, 103:4, 103:8
**Steve** [17] - 35:12,
50:4, 54:23, 55:11,
55:18, 56:13, 57:3,
58:13, 58:19, 72:17,
73:12, 74:22, 76:23,
77:25, 87:10, 99:3,
103:10
**Steve's** [4] - 52:20,
53:1, 53:22, 56:16
**STEVEN** [2] - 2:20, 5:7
**stick** [1] - 56:18
**still** [15] - 15:18, 18:7,
18:11, 18:18, 29:5,
29:13, 29:14, 42:6,

43:21, 49:7, 58:5, 72:4, 72:12, 83:16, 83:18
**stint** [1] - 38:2
**stipulated** [2] - 18:16, 59:3
**STONE** [1] - 4:6
**stone** [2] - 30:19, 31:1
**stop** [3] - 75:18, 75:19, 98:7
**storage** [1] - 13:4
**story** [2] - 59:23, 59:24
**STRADLEY** [1] - 6:14
**strategies** [1] - 50:6
**STREET** [18] - 1:17, 1:24, 2:4, 2:7, 2:11, 3:7, 3:16, 3:24, 4:4, 4:8, 4:12, 4:22, 4:25, 5:8, 6:5, 6:9, 6:15, 7:4
**stress** [1] - 31:23
**strike** [1] - 78:3
**strong** [1] - 78:21
**stuff** [2] - 75:11, 76:15
**subject** [2] - 18:3, 103:14
**SUBMISSIONS** [1] - 8:10
**submissions** [1] - 15:19
**submit** [3] - 24:19, 59:16, 84:6
**submitted** [2] - 15:21, 24:9
**subpoena** [1] - 25:3
**subsequent** [2] - 30:19, 84:5
**substance** [2] - 12:24, 95:20
**sudden** [1] - 49:4
**sufficient** [1] - 14:20
**suggest** [6] - 26:8, 47:24, 49:25, 57:23, 63:2, 79:1
**suggested** [6] - 12:24, 37:16, 54:19, 78:2, 78:17, 79:14
**suggesting** [4] - 32:19, 50:18, 73:20, 74:18
**suggestion** [8] - 53:2, 53:23, 54:17, 54:19, 54:24, 59:17, 62:14, 79:11
**suggestions** [1] - 79:9
**suit** [1] - 81:11
**SUITE** [11] - 1:24, 2:4, 2:11, 3:17, 4:12, 4:15, 4:22, 5:8, 6:5,

6:9, 6:12
**suits** [1] - 12:9
**sum** [1] - 95:20
**summary** [2] - 18:21, 19:5
**support** [2] - 58:13, 60:25
**supposed** [3] - 22:19, 22:21, 87:18
**surgical** [1] - 59:21
**Sustala** [2] - 33:9, 33:11
**SUSTALA.................
.................................[1] -
9:11
**Swaco** [1] - 47:16
**SWACO's** [1] - 46:12

**T**

**T-H-O-R-S-E-T-H** [1] - 30:1
**tail** [1] - 50:22
**Tamlyn** [1] - 86:11
**Tanner** [1] - 36:11
**TARTER** [1] - 5:8
**task** [1] - 47:22
**Taylor** [1] - 93:21
**TAYLOR** [1] - 10:19
**team** [7] - 17:6, 17:20, 17:22, 19:6, 20:13, 20:18, 26:6
**TEAM** [1] - 9:1
**technical** [2] - 68:20, 68:22
**technicians** [1] - 70:15
**Ted** [5] - 41:24, 41:25, 43:24, 91:18
**teed** [1] - 93:4
**telephone** [1] - 59:19
**tend** [3] - 46:13, 53:4, 53:16
**tender** [1] - 69:8
**tentative** [6] - 38:13, 39:16, 39:18, 40:10, 41:13, 76:7
**tentatively** [2] - 30:13, 40:4
**terms** [12] - 46:16, 67:7, 81:2, 81:25, 83:22, 83:25, 84:11, 96:24, 99:14, 100:14, 100:17, 102:4
**TERMS.....................
..............................[1] -
10:23
**terrific** [2] - 15:7,

91:23
**testifies** [1] - 70:22
**testifying** [3] - 66:3, 67:10, 67:18
**testimony** [2] - 65:15, 67:9
**testing** [1] - 67:3
**THAT** [4] - 8:6, 8:23, 9:1, 10:6
**THE** [331] - 1:4, 1:5, 1:12, 1:15, 1:23, 2:13, 2:18, 5:12, 8:5, 9:1, 10:11, 10:13, 10:17, 10:22, 12:7, 12:12, 12:15, 12:19, 13:21, 13:23, 13:25, 14:21, 15:10, 15:14, 15:18, 16:6, 16:8, 16:11, 16:14, 17:11, 17:25, 18:4, 18:10, 18:13, 19:7, 19:15, 19:21, 19:24, 20:4, 20:7, 20:11, 20:15, 20:17, 20:18, 20:21, 20:23, 21:5, 21:8, 21:21, 22:3, 22:13, 22:21, 22:24, 23:16, 23:24, 24:13, 24:23, 25:10, 25:13, 25:17, 25:19, 25:24, 26:3, 26:12, 26:16, 26:20, 26:25, 27:9, 27:11, 27:17, 27:19, 27:22, 27:25, 28:2, 28:4, 28:7, 28:15, 28:18, 28:21, 28:24, 29:1, 29:7, 29:11, 29:16, 29:24, 30:5, 30:21, 31:8, 31:11, 31:24, 32:10, 32:14, 32:22, 32:25, 33:5, 33:13, 33:15, 33:20, 33:23, 33:25, 34:5, 34:9, 34:16, 34:18, 34:20, 34:22, 34:24, 35:2, 35:7, 35:8, 35:9, 35:16, 35:19, 36:3, 36:10, 36:12, 36:14, 36:16, 36:19, 37:2, 37:10, 37:13, 37:15, 37:19, 37:21, 38:6, 38:8, 38:12, 38:16, 38:19, 39:3, 39:6, 39:8, 39:15, 40:2, 40:9, 40:14, 40:18, 40:25, 41:12, 41:15, 41:18, 41:22, 41:25, 42:10, 42:13, 42:17, 42:21, 43:2, 43:4, 43:6, 43:11, 43:16,

43:19, 43:21, 43:24, 44:1, 44:4, 44:12, 45:8, 45:17, 45:19, 47:2, 47:10, 47:21, 48:3, 48:6, 48:17, 50:3, 50:14, 50:18, 52:6, 52:19, 53:1, 53:22, 53:25, 54:14, 54:16, 54:23, 55:11, 55:13, 55:18, 55:22, 56:5, 56:7, 56:24, 57:1, 57:14, 57:17, 57:19, 58:7, 58:10, 58:15, 58:22, 59:1, 59:5, 59:8, 59:17, 59:24, 60:3, 60:10, 60:13, 60:16, 60:19, 60:22, 61:10, 61:20, 62:3, 62:5, 62:9, 62:16, 62:20, 63:8, 63:11, 63:13, 63:17, 63:21, 63:24, 64:11, 64:15, 65:3, 65:13, 65:20, 66:4, 66:16, 66:21, 67:14, 67:17, 67:25, 68:4, 68:7, 69:14, 69:21, 70:6, 70:9, 70:12, 70:23, 70:25, 71:8, 71:10, 71:18, 71:24, 72:6, 72:9, 72:13, 72:17, 73:2, 73:20, 73:24, 74:4, 74:8, 74:19, 74:22, 75:16, 75:21, 75:25, 76:13, 76:20, 77:1, 77:6, 77:9, 77:12, 77:22, 78:6, 78:9, 78:13, 78:20, 79:7, 79:18, 79:23, 80:2, 80:7, 80:10, 80:14, 80:16, 82:4, 84:18, 86:5, 86:15, 86:19, 86:22, 86:24, 87:2, 87:5, 87:7, 87:19, 87:24, 88:11, 88:14, 89:14, 90:10, 90:20, 90:25, 91:6, 91:11, 91:15, 91:17, 91:23, 91:25, 92:6, 92:17, 92:21, 92:24, 93:6, 93:13, 93:18, 93:25, 94:3, 94:5, 94:8, 94:24, 95:1, 95:6, 96:17, 97:15, 97:24, 98:14, 99:2, 100:2, 100:11, 101:4, 101:19, 102:7, 102:14, 102:25, 103:7, 103:10, 103:12, 103:16, 103:19

**themselves** [1] - 90:6
**THEODORE** [1] - 5:20
**theoretically** [3] - 46:5, 47:13, 47:18
**thereabouts** [1] - 54:22
**thereafter** [1] - 32:20
**therefore** [1] - 30:18
**thereof** [1] - 89:6
**they've** [6] - 16:11, 26:7, 42:4, 54:9, 85:21, 97:2
**thin** [1] - 36:2
**thinking** [2] - 66:1, 66:16
**thinks** [2] - 54:12, 58:19
**third** [1] - 46:18
**third-party** [1] - 46:18
**THIS** [2] - 1:9, 8:24
**THOMAS** [1] - 2:3
**thoroughly** [1] - 103:5
**Thorseth** [6] - 29:25, 30:4, 30:18, 31:14, 32:10, 32:13
**thoughts** [2] - 54:15, 89:14
**thousand** [1] - 83:1
**thousands** [2] - 81:22, 83:15
**three** [12] - 21:23, 29:6, 47:20, 48:4, 54:21, 54:22, 58:16, 70:2, 74:24, 97:7, 98:16, 101:25
**Thursday** [3] - 21:5, 93:19, 95:8
**TIME.........................
..............................[1] - 9:24
**timely** [1] - 95:12
**timing** [3] - 35:19, 84:21, 101:1
**titles** [2] - 70:9, 71:1
**TO** [14] - 1:9, 8:6, 8:10, 8:23, 10:6, 10:11, 10:12, 10:14, 10:15, 12:4, 53:14, 72:5, 72:12
**today** [13] - 12:10, 16:25, 29:6, 42:6, 64:7, 64:13, 78:18, 80:13, 81:22, 83:2, 83:7, 85:15, 94:1
**today's** [1] - 98:14
**together** [4] - 20:25, 21:3, 73:7, 97:18
**toilet** [1] - 18:15
**tomorrow** [1] - 94:4
**tone** [1] - 23:22
**Tony** [5] - 13:24,

13:25, 29:20, 48:21, 58:23

**TONY** [1] - 10:4

**took** [2] - 26:6, 99:6

**TOOK**................... [1] - 9:1

**top** [2] - 18:1, 54:20

**topic** [2] - 37:22, 91:24

**topics** [2] - 97:6, 97:7

**TORTS** [1] - 2:14

**total** [1] - 102:5

**totally** [3] - 60:15, 67:14, 97:9

**touch** [3] - 15:8, 15:12, 23:17

**toward** [2] - 54:11, 80:13

**town** [1] - 25:10

**Trahan** [1] - 34:7

**TRAHAN**................... ............................. [1] - 9:13

**TRANSCRIPT** [2] - 1:11, 7:6

**transcript** [1] - 104:7

**transcription** [1] - 78:12

**TRANSOCEAN** [5] - 3:3, 3:3, 3:5, 6:7, 10:7

**Transocean** [19] - 16:15, 16:19, 21:18, 24:21, 26:2, 37:23, 47:1, 47:6, 55:1, 55:6, 68:9, 68:24, 69:6, 69:12, 69:15, 69:24, 70:18, 71:11, 71:16

**Transocean's** [5] - 16:5, 17:13, 20:3, 21:14, 68:22

**transparent** [1] - 96:1

**travel** [1] - 94:21

**TRIAL** [1] - 10:8

**trial** [10] - 52:17, 73:6, 75:14, 77:21, 78:22, 78:23, 79:3, 79:16

**tried** [5] - 65:12, 65:13, 73:14, 73:22, 74:11

**trips** [2] - 31:5, 31:8

**Troy** [1] - 86:10

**true** [6] - 31:14, 32:12, 32:13, 48:5, 76:7, 104:7

**try** [13] - 19:12, 22:10, 24:19, 34:23, 46:19, 53:19, 71:15, 71:16, 72:12, 79:21, 80:1,

85:20, 86:3

**trying** [15] - 30:24, 32:2, 41:21, 42:3, 42:5, 54:14, 55:9, 57:25, 73:16, 74:2, 74:5, 95:16, 99:23, 99:24

**TSEKERIDES** [11] - 5:20, 41:23, 42:1, 42:15, 42:18, 42:25, 43:3, 43:5, 43:14, 43:25, 91:20

**Tsekerides** [1] - 41:24

**Tuesday** [2] - 34:23, 94:18

**Turlak** [2] - 17:6, 17:7

**TURLAK**................... ............................. [1] - 8:15

**turn** [3] - 19:20, 49:14, 69:3

**turns** [1] - 100:24

**two** [16] - 12:9, 13:22, 14:18, 19:3, 27:23, 28:14, 30:8, 30:19, 31:4, 31:8, 32:4, 36:8, 36:24, 36:25, 37:1, 37:16, 41:7, 42:2, 44:20, 51:23, 52:11, 52:12, 52:16, 54:21, 54:22, 57:7, 57:15, 59:20, 60:11, 62:10, 62:11, 63:2, 63:6, 63:8, 63:10, 63:11, 70:2, 78:15, 93:3, 93:19, 93:20, 94:2, 96:12, 96:15, 97:9, 99:6, 102:5

**two-and-a-half-hour** [1] - 62:10

**two-day** [2] - 36:24, 37:1

**TX** [5] - 4:13, 4:16, 5:9, 5:25, 6:16

**type** [3] - 72:20, 72:21, 75:13

**typo** [1] - 78:11

## U

**U.S** [3] - 2:13, 2:19, 6:3

**UK** [4] - 30:4, 30:13, 30:19

**ultimately** [1] - 76:16

**unavailability** [1] - 23:6

**under** [5] - 18:2, 51:18, 59:12, 77:3,

79:14

**UNDERHILL** [18] - 2:14, 18:16, 28:25, 31:25, 42:11, 43:8, 43:12, 60:25, 62:14, 62:17, 62:22, 63:9, 73:18, 79:11, 79:19, 80:1, 80:5, 80:8

**Underhill** [4] - 31:25, 33:22, 42:5, 42:10

**understood** [2] - 78:14, 79:8

**UNDERWRITERS** [1] - 6:7

**unfair** [2] - 32:24, 97:9

**unfortunately** [2] - 18:13, 100:6

**UNITED** [3] - 1:1, 1:12, 2:18

**United** [4] - 42:22, 92:20, 104:5, 104:14

**UNIVERSITY** [1] - 6:18

**unless** [1] - 88:19

**unquestionably** [1] - 81:12

**unquote** [1] - 78:7

**unusual** [1] - 15:3

**up** [56] - 13:5, 13:11, 16:12, 17:16, 22:11, 22:13, 23:15, 23:24, 28:3, 28:9, 28:12, 29:3, 32:6, 35:17, 35:20, 39:9, 40:24, 44:15, 44:19, 45:13, 50:5, 51:25, 52:10, 53:20, 54:11, 55:10, 56:24, 57:12, 58:23, 59:1, 60:13, 62:20, 63:24, 64:3, 68:8, 76:17, 79:21, 79:22, 80:13, 83:7, 85:4, 86:2, 87:8, 90:1, 90:15, 90:16, 91:18, 91:21, 93:2, 93:4, 95:5, 95:7, 98:21, 99:14, 101:5, 101:20

**Up** [4] - 41:24, 42:2, 42:7, 75:7

**update** [2] - 14:16, 35:2

**updates** [2] - 15:20, 35:6

**upsetting** [1] - 98:1

**urge** [1] - 49:23

**urged** [1] - 61:13

**US** [5] - 31:18, 31:25, 74:13, 80:5, 92:3

**US's** [2] - 74:13

**USA** [2] - 4:19, 53:9

**useful** [2] - 19:13,

19:19

## V

**valid** [1] - 45:8

**various** [1] - 66:18

**vary** [1] - 49:5

**varying** [1] - 49:15

**veil** [1] - 49:13

**versus** [1] - 76:1

**via** [2] - 42:21, 90:6

**vice** [1] - 70:16

**vice-president** [1] - 70:16

**video** [4] - 60:21, 60:22, 61:25, 62:6

**Vidrine** [2] - 23:17, 23:22

**VIDRINE**................... ............................. [1] - 8:19

**vis** [2] - 84:22

**vis-a-vis** [1] - 84:22

**voice** [1] - 92:2

**vouch** [1] - 25:22

## W

**WACKER** [1] - 6:12

**WADE** [1] - 6:23

**wait** [2] - 45:18, 46:13

**waiting** [2] - 41:9, 54:10

**waived** [1] - 19:21

**waiver** [2] - 19:14, 20:15

**waivers** [1] - 19:11

**waives** [1] - 19:20

**WALKER** [1] - 6:4

**wallet** [1] - 22:11

**WALTHER** [1] - 4:6

**WANT** [2] - 10:14, 10:15

**wants** [8] - 23:12, 25:8, 43:10, 45:21, 54:9, 79:6, 89:11, 99:19

**WARE** [1] - 5:23

**WARREN** [1] - 4:24

**WASHINGTON** [3] - 2:21, 3:25, 4:25

**Water** [1] - 79:14

**water** [1] - 65:8

**WATKINS** [1] - 6:11

**Watson** [1] - 93:21

**WATSON**...... [1] - 10:19

**waving** [1] - 98:3

**ways** [1] - 18:17

**WEATHERFORD** [1] - 6:3

**Weatherford** [5] - 15:24, 16:2, 35:5, 47:16, 76:23

**Weatherfords** [1] - 46:13

**Wednesday** [4] - 20:25, 27:15, 34:23, 95:7

**week** [31] - 18:8, 20:20, 23:2, 24:22, 27:20, 27:21, 29:13, 31:3, 33:1, 34:13, 34:14, 34:19, 38:25, 39:1, 46:18, 47:23, 49:4, 51:3, 55:24, 64:4, 83:8, 92:2, 93:5, 93:22, 94:15, 94:18, 95:5, 99:6, 100:10, 100:19

**week's** [1] - 47:25

**weekend** [1] - 21:6

**weekly** [1] - 56:9

**weeks** [4] - 14:18, 68:24, 93:3, 99:6

**WEIGEL** [1] - 5:12

**WEIL** [1] - 5:20

**WEINER** [1] - 4:21

**welcome** [2] - 38:9, 40:15

**WERE** [1] - 10:6

**Wheeler** [1] - 23:12

**WHEELER'S** [1] - 8:18

**Wheeler's** [2] - 22:16, 22:19

**WHEREUPON** [2] - 56:21, 103:24

**WHICH** [1] - 10:6

**WHITE** [1] - 10:17

**White** [2] - 92:5, 92:11

**WHO** [1] - 10:13

**whole** [7] - 25:15, 49:2, 50:2, 60:12, 61:18, 100:19

**WILLIAM** [1] - 6:14

**Williamson** [1] - 102:22

**willing** [2] - 54:25, 61:17

**wind** [1] - 75:10

**WINTHROP** [1] - 5:3

**wise** [1] - 91:10

**wisely** [1] - 50:25

**wish** [1] - 13:8

**WITH** [1] - 10:12

**withdraw** [3] - 89:3, 89:7, 89:9

**WITHDRAW**..............

............................ [1] - 10:16
**withdrawal** [1] - 89:12
**withdrawing** [1] - 89:19
**witness** [44] - 20:18, 28:23, 30:17, 43:8, 45:10, 45:12, 45:20, 45:23, 46:7, 46:18, 49:16, 49:22, 50:23, 61:4, 62:12, 66:10, 66:12, 67:10, 95:4, 95:10, 95:11, 95:13, 95:19, 96:1, 96:8, 96:11, 96:14, 97:2, 97:9, 97:20, 97:23, 98:2, 98:11, 98:20, 98:25, 99:11, 99:12, 101:13, 101:17, 101:20, 101:21
**witness'** [1] - 96:13
**witnesses** [17] - 37:16, 37:23, 44:25, 46:21, 47:25, 48:4, 52:3, 52:9, 64:19, 68:17, 69:3, 69:25, 94:2, 99:6, 102:5, 102:8
**WITTMANN** [32] - 4:6, 4:7, 48:9, 48:13, 48:16, 48:18, 69:10, 69:16, 70:4, 70:7, 70:10, 70:17, 71:6, 71:9, 71:14, 71:22, 72:4, 72:8, 72:11, 72:16, 95:3, 95:7, 96:11, 96:20, 96:24, 97:11, 97:19, 98:10, 99:1, 101:7, 101:17, 102:4
**Wittmann** [4] - 48:9, 69:10, 95:2, 95:3
**women** [1] - 14:2
**wonder** [1] - 94:17
**wondered** [1] - 94:1
**wondering** [2] - 65:14, 93:22
**woodshedding** [1] - 57:25
**word** [3] - 75:20, 76:3, 78:3
**words** [1] - 30:12
**works** [1] - 64:5
**world** [1] - 46:13
**WORLDWIDE** [1] - 5:17
**worried** [2] - 55:2, 57:24
**Wright** [1] - 59:16
**WRIGHT** [1] - 1:16

**writing** [2] - 25:15, 49:17
**written** [4] - 13:13, 14:24, 55:4, 78:17
**WRITTEN** [2] - 8:8, 8:9
**Wyman** [1] - 22:19

# X

**XYZ** [1] - 76:17

# Y

**y'all** [3] - 39:4, 56:19, 100:11
**year** [1] - 81:6
**years** [1] - 72:21
**yesterday** [9] - 24:6, 34:7, 48:10, 48:13, 58:11, 88:24, 92:5, 100:6, 102:25
**YESTERDAY** [1] - 10:17
**York** [1] - 15:3
**YORK** [6] - 4:15, 5:5, 5:13, 5:21, 77:10, 77:14