AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Johnson Bros. Corporation of Louisiana — F. Miller Construction, LLC, a Joint Venture<br>*Plaintiff*<br>v.<br>BP, p.l.c., et al.<br>*Defendant* | Civil Action No.  MDL 10-2179 J(1)<br><br>Ref: 11-781 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   MOEX Offshore 2007, L.L.C.
c/o the Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lloyd N. Shields
Shields Mott Lund LLP
650 Poydras Street, Suite 2600
New Orleans, Louisiana 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  May 16 2011

Loretta G. Whyte
*Name of clerk of court*

*Deputy clerk's signature*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Moex Offshore 2007, LLC**
was received by me on *(date)* **May 16, 2011** .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **B. Glenn / Corporation Trust Company** , who is
designated by law to accept service of process on behalf of *(name of organization)*
**Moex Offshore 2007, LLC** on *(date)* **7/15/11** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **7/15/11**

_____
Server's signature

**Abaigeal VanDeerlin, Esq.**
Printed name and title

Shields Mott Lund LLP
650 Poydras St., Suite 2600
New Orleans, LA 70130
Server's address

Additional information regarding attempted service, etc:

**From:** TrackingUpdates@fedex.com [mailto:TrackingUpdates@fedex.com]
**Sent:** Friday, July 15, 2011 8:20 AM
**To:** Pamela L. Trehern
**Subject:** FedEx Shipment 797305003402 Delivered

This tracking update has been requested by:

Company Name: SHIELDS MOTT LUND L.L.P
Name:        Lloyd N. Shields
E-mail:      plt@ShieldsMottLund.com

Our records indicate that the following shipment has been delivered:

Reference:                      47880-01
Ship (P/U) date:                Jul 14, 2011
Delivery date:                  Jul 15, 2011 9:16 AM
Sign for by:                    B.GLENN
Delivery location:              NEW CASTLE, DE
Delivered to:                   Receptionist/Front Desk
Service type:                   FedEx Priority Overnight
Packaging type:                 FedEx Envelope
Number of pieces:               1
Weight:                         1.00 lb.
Special handling/Services:      Deliver Weekday

Tracking number: 797305003402

| Shipper Information | Recipient Information |
|---|---|
| Lloyd N. Shields | c/o Corporation Trust Company |
| SHIELDS MOTT LUND L.L.P | MOEX Offshore 2007, L.L.C. |
| 650 POYDRAS STREET | 1209 Orange Street |
| SUITE 2600 | Corporation Trust Center |
| NEW ORLEANS | Wilmington |
| LA | DE |
| US | US |
| 70130 | 19801 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:20 AM CDT on 07/15/2011.
To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.