AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Johnson Bros. Corporation of Louisiana – F. Miller Construction, LLC, a Joint Venture | ) ) ) ) ) ) ) | |
| *Plaintiff* | | |
| v. | | Civil Action No. MDL 10-2179 J(1) |
| BP, p.l.c., et al. | | Ref: 11-781 |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Transocean Ltd.
4 Greenway Plaza
Houston, Texas 77046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lloyd N. Shields
Shields Mott Lund LLP
650 Poydras Street, Suite 2600
New Orleans, Louisiana 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
*Name of clerk of court*

*Deputy clerk's signature*

Date: __May 16 2011__

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. MDL 10-2179 J(1)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Transocean, Ltd.__
was received by me on *(date)* __May 16, 2011__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __L. Villecos__ , who is
designated by law to accept service of process on behalf of *(name of organization)*
__Transocean, Ltd.__ on *(date)* __7/15/11__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __7/15/11__

_____
Server's signature

__Abaigeal VanDeerlin, Esq.__
Printed name and title

Shields Mott Lund LLP
650 Poydras St., Suite 2600
New Orleans, LA 70130

Server's address

Additional information regarding attempted service, etc:

**From:** TrackingUpdates@fedex.com [mailto:TrackingUpdates@fedex.com]
**Sent:** Friday, July 15, 2011 10:19 AM
**To:** Pamela L. Trehern
**Subject:** FedEx Shipment 794973693897 Delivered

---

This tracking update has been requested by:

Company Name: SHIELDS MOTT LUND L.L.P
Name:        Lloyd N. Shields
E-mail:      plt@ShieldsMottLund.com

---

Our records indicate that the following shipment has been delivered:

Reference:                  47880-01
Ship (P/U) date:            Jul 14, 2011
Delivery date:              Jul 15, 2011 10:14 AM
Sign for by:                L.VILLECOS
Delivery location:          HOUSTON, TX
Delivered to:               Mailroom
Service type:               FedEx Priority Overnight
Packaging type:             FedEx Envelope
Number of pieces:           1
Weight:                     1.00 lb.
Special handling/Services:  Deliver Weekday

Tracking number: 794973693897


Shipper Information
Lloyd N. Shields
SHIELDS MOTT LUND L.L.P
650 POYDRAS STREET
SUITE 2600
NEW ORLEANS
LA
US
70130

Recipient Information
Mr. Steven Newman, CEO
Transocean Ltd.
4 GREENWAY PLZ
HOUSTON
TX
US
77046

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:18 AM CDT on 07/15/2011.
To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.