UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION "J" (1) |
| | JUDGE BARBIER |
| APPLIES TO:  11-274 c/w 11-275 | MAGISTRATE SHUSHAN |

### ORDER

Considering the BP Parties' Motion for Leave to Enlarge Page Limit for Memorandum in Support of Motion for Judgment on the Pleadings,

IT IS ORDERED that the BP Parties' Motion for Leave is hereby granted.

New Orleans, Louisiana, this 11th day of July, 2011.

_____
United States District Judge