**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" | * | |
| IN THE GULF OF MEXICO, | * | SECTION "J" |
| ON APRIL 20, 2010 | * | |
| | * | JUDGE CARL J. BARBIER |
| | * | |
| | * | MAG. JUDGE SALLY SHUSHAN |
| | * | |

*******************************************************************************************

## FINAL MOTION TO DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiffs and on suggesting to the Court that all matters and claims filed by Plaintiffs against Defendants, all British Petroleum entities, all Trans Ocean entities, and all other Defendants listed on Attachment "A" to the *Gulf Coast Claims Facility Release and Covenant Not to Sue* for signed by Plaintiffs in this controversy have been amicably settled and fully compromised through the Gulf Coast Claims Facility. As such, the following Plaintiffs would respectfully request the Court, pursuant to Rule 41 (a) (2) of the Federal Rules of Civil Procedure, to dismiss all their claims in all collective actions set forth above in this cause:

| | Document No. | Case No. | Plaintiff |
|---|---|---|---|
| 1. | 47046 | 2:10-cv-08888-CJB-SS | James Spon |
| 2. | 66005 | 2:10-cv-08888-CJB-SS | Regla Store, LLC |
| 3. | 57299 | 2:10-cv-08888-CJB-SS | Regla Store, LLC |
| 4. | 80917 | 2:10-cv-08888-CJB-SS | Kevin Davis |
| 5. | 72175 | 2:10-cv-08888-CJB-SS | Bryan Edwards |

1

| 6. 71601 | 2:10-cv-08888-CJB-SS | Luther Cotton |
| 7. 46516 | 2:10-cv-08888-CJB-SS | Thomas Alderman |
| 8. 57308 | 2:10-cv-08888-CJB-SS | Brend Bello |
| 9. 51455 | 2:10-cv-08888-CJB-SS | Greg Saucier's Fencing |
| 10. 51855 | 2:10-cv-08888-CJB-SS | Guthrie Graphics, Inc. |
| 11. 46914 | 2:10-cv-08888-CJB-SS | The Parlor Room Bakery and Eatery |

WHEREFORE, all of the above listed Plaintiffs request that their Motion to Dismiss with Prejudice be granted or terms that the Court considers proper together with any and all other relief in favor of the Plaintiffs deemed appropriate by this Honorable Court.

Respectfully submitted,

_____
Robert J. Diliberto (LSBA# 24783)
Damon A. Kirin (LSBA# 24729)
Megan E. Snider (LSBA# 33382)
Diliberto & Kirin, L.L.C.
3636 S. I-10 Service Rd. West, Suite 210
Metairie, LA 70001
Telephone:   (504) 828-1600
Fax:            (504) 828-1555

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this ___ day of _____, 2011, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Don K. Haycraft, James P. Roy, and Stephen J. Herman by operation of the Court's electronic filing system and to all counsel of record through the Lexis Nexis File & Serve.

_____