UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * * * | MDL NO. 2179<br><br>SECTION "J"<br><br>JUDGE CARL J. BARBIER<br><br>MAG. JUDGE SALLY SHUSHAN |

****************************************************************************************

### ORDER

Considering the above and foregoing Final Motion of Dismissal;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that all matters in this controversy related to Gulf Coast Claims Facility claims filed by the following Plaintiffs against any party including but not limited to, all British Petroleum entities, all Trans Ocean entities, and all other Defendants listed on Attachment "A" to the *Gulf Coast Claims Facility Release and Covenant Not to Sue* are hereby dismissed in their entirety, with full prejudice, each party to bear its own costs.

| Document No. | Case No. | Plaintiff |
|---|---|---|
| 1. 47046 | 2:10-cv-08888-CJB-SS | James Spon |
| 2. 66005 | 2:10-cv-08888-CJB-SS | Regla Store, LLC |
| 3. 57299 | 2:10-cv-08888-CJB-SS | Regla Store, LLC |
| 4. 80917 | 2:10-cv-08888-CJB-SS | Kevin Davis |
| 5. 72175 | 2:10-cv-08888-CJB-SS | Bryan Edwards |
| 6. 71601 | 2:10-cv-08888-CJB-SS | Luther Cotton |

1

| | | | |
|---|---|---|---|
| 7. | 46516 | 2:10-cv-08888-CJB-SS | Thomas Alderman |
| 8. | 57308 | 2:10-cv-08888-CJB-SS | Brend Bello |
| 9. | 51455 | 2:10-cv-08888-CJB-SS | Greg Saucier's Fencing |
| 10. | 51855 | 2:10-cv-08888-CJB-SS | Guthrie Graphics, Inc. |
| 11. | 46914 | 2:10-cv-08888-CJB-SS | The Parlor Room Bakery and Eatery |

**SIGNED IN NEW ORLEANS, LOUISIANA**, this ___ day of _____, 2011.


_____
UNITED STATES DISTRICT JUDGE