UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  Oil Spill by the Oil Rig "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | CIVIL ACTION<br><br>MDL NO.:  2179<br><br>SECTION "J"(1) |
| THIS DOCUMENT RELATES TO: 11-58 | Hon. Carl J. Barbier<br>Mag. Judge Sally Shushan |

### *EX PARTE* MOTION TO WITHDRAW COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come Limitation Petitioners, Monica Ann, L.L.C., JNB Operating, L.L.C. and Gulf Offshore Logistics, L.L.C., and respectfully move this Honorable Court to withdraw attorney Jeremy Alan Herschaft (La. Bar No. 29246) as counsel of record in the above-captioned matter, as he is no longer employed with the law firm of Phelps Dunbar LLP, which represents the above-mentioned Limitation Petitioners.  Limitation Petitioners continue to be represented by William J. Riviere of the law firm of Phelps Dunbar, LLP, 365 Canal Street, Suite 2000, New Orleans, LA  70130.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _____

William J. Riviere, T.A. (Bar No. 20593)
Jeremy Alan Herschaft (Bar No. 29246)
Phelps Dunbar, LLP
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: riviereb@phelps.com
            herschaj@phelps.com

Attorneys for Petitioners in Limitation, Monica
Ann, L.L.C., JNB Operating, L.L.C. and Gulf
Offshore Logistics, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw Counsel of Record has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 15th day of July, 2011.

_____
William J. Riviere

- 2 -