UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding July 12, 2011 Extension to the Forensic Testing Services Contract]**

On March 25, 2011, the Court granted BP's Motion for Access to the Deepwater Horizon Blowout Preventer ("BOP") for Further Forensic Inspection. (Record Doc. No. 1757). On April 19, 2011, the Court approved the Forensic Testing Services Contract ("Contract") entered into by Det Norske Veritas (U.S.A.), Inc. ("DNV") and BP for inspection of the BOP through June 15, 2011. (Record Doc. No. 2016). Subsequently, the Court granted DNV an additional seven (7) days to complete work under the protocols for forensic inspection of the BOP. (Record Doc. Nos. 2516 and 2877). Forensic inspection of the BOP was completed on June 22, 2011. The Contract was scheduled to end on July 15, 2011.

Some of the MDL 2179 parties requested, and the Court has ordered, that the BOP and its components be preserved for approximately one (1) year. Under the Court's orders, procedures to achieve this result have been developed by the Evidence Custodian in consultation with DNV and a technical working group of the MDL, and this process continues. Preservation planning work by DNV under the Contract has therefore been ongoing and will continue after July 15, 2011. Moreover, during its conference with the technical working group for BOP preservation on July 15th, 2011, the Court instructed DNV to commence performance of the preservation procedures

developed thus far, and the scope of such preservation work will be the subject of further orders of the Court  (Also reference  Record Doc. No. 3062).

To ensure continued and timely payment to DNV for its BOP preservation work, on July 12, 2011, DNV and BP executed an extension to the Contract ("July 12, 2011 Extension"), which is attached as Exhibit "A."  DNV and BP anticipate that at least one additional contract extension will be executed to cover completion of the preservation work.

The July 12, 2011 Extension to the Contract was circulated to the MDL 2179 parties and the Court for review and approval on July 13, 2011.  No objections to same has been raised.  Mindful of the process whereby the Contract was prepared and approved, and the Court's previous orders to DNV, it is ORDERED that the July 12, 2011 Extension to the Forensic Testing Services Contract, attached as Exhibit "A," is APPROVED.

THUS DONE AND SIGNED, for entry, this 15th day of July, 2011 at New Orleans, Louisiana.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**