<u>CONTRACT EXTENSION</u>

1.  This is an extension to the entire Agreement between BP Exporation & Production, Inc. and Det Norske Veritas (U.S.A.), Inc. dated April 19th, 2011, which relates to "further forensic study of the DEEPWATER HORIZON Blowout Preventer."  That Agreement is incorporated herein by reference, in full.

2.  The Agreement provides, "No substantial amendment, variation, or change to the Agreement is allowed without a Court order.

3.  Forensic testing Work was planned to conclude at the end of June 15, 2011. To maximize the amount of Work performed under the Agreement, and with the Customer's concurrence, DNV twice requested that the United States District Court grant additional time for performance of forensic test Work:

> (A.)  On May 23, 2011, the Court granted DNV 5 more days for performance of test Work. Reference Order, Regarding Testing of the BOP at Michoud, dated May 23, 2011,  MDL 2179 Document No. 2516.

> (B.)  On June 17th, 2011, the Court granted DNV 2 more days for performance of test Work. Reference Order,  Regarding Testing of the BOP at Michoud, dated June 20th, 2011, MDL 2179, Document No. 2877.

4.  The Parties agree that the Period of Performance of the Work referenced in Paragraph 14.1 is extended,



EXHIBIT "A"

by the cited Court Orders, to and including June 22, 2011, and so the time for demobilization and clean up work referenced in Paragraph 14.2 is correspondingly extended to and including July 22, 2011.

5.   The Parties agree that:

(A)  DNV's demobilization and clean up work under the Agreement has commenced and is proceeding well;

(B)  "demobilization and clean up work" under this Agreement includes services provided and materials used by DNV to perform the Court-approved "preservation" of the DEEPWATER HORIZON Blowout Preventer including all of its components, whether removed from the Blowout Preventer during the testing Work, or still attached to same, such preservation processes and work to be described in or consistent with the MDL 2179 Court approved "preservation protocol" as discussed below;

(c)  the Court, the federal evidence custodian, and the litigants in MDL 2179 have not yet determined the nature and extent of necessary preservation work, or the extent to which reassembly of the BOP will be required as part of same;

(D)  one or more hearings in the MDL 2179 District Court will be required to determine the nature and extent of necessary preservation work and possible reassembly work; and,

(E)  as a result, DNV's completion date for preservation work, demobilization, and clean up under this Agreement cannot yet realistically be stated, although DNV continues to use its reasonable best efforts to perform its

2



work using its reasonable best efforts and promptly.

6.  Per Paragraph 14.2 of the Agreement, Customer acknowledges the possibility that the July 22 2011 deadline for completion of all preservation, demobilization, and clean up may not now be possible to meet, and the outcome of this issue depends on the nature and extent of preservation work required, and the timing of the Court's Orders.

7.  After execution of this extension, the Parties shall promptly submit same to the MDL 2179 Court for formal approval.

The Parties acknowledge that this Contract Extension is made in duplicate, one original for each party hereto.

CUTOMER SIGN BELOW                    Det Norske Veritas (U.S.A.),
Inc.
AND INITIAL EACH PAGE:

Place:_____ Date:_____           Place: KATY   7/12/2011
Date: 7/11/11

_____              _____
Signature                                  Signature
KAREN GASE                          PETER BERGER
Printed Name                                  Printed
Name