UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | CIVIL ACTION |
| | MDL 2179 |
| Applies to B2 and D1 Pleading Bundles | SECTION: J(1) |

## ORDER

Because the Court has dismissed Plaintiffs' RICO claims in the B2 Pleading Bundle (Rec. Doc. 3330) and Plaintiffs' claims asserted in the D1 Pleading Bundle for injunctive relief (Rec. Doc. 2784),

**IT IS ORDERED** that Halliburton's **Motion to Dismiss Plaintiffs' B2 and D1 Claims (Rec. Doc. 2468)** is hereby **DENIED AS MOOT.**

New Orleans, Louisiana this 15th day of July, 2011.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE