FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 JUL 14 PM 4:44

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig * MDL No. 2179
Deepwater Horizon@ in the Gulf *
of Mexico, on April 20, 2010 * SECTION: J
 *
Applies to: Case of * JUDGE BARBIER
 Plaintiff _____ *
 * MAGISTRATE JUDGE SHUSHAN
 *
 *

* * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby voluntary dismisses their claims **with prejudice** in the above-styled action due to having received full complete compensation for damages from the Gulf Coast Claims Facility.

Signature: _David Goldman_

Dated: _July 10, 2011_

MAILING ADDRESS

DAVID GOLDMAN
PO BOX 2534
GULF SHORES
AL 36547

DAVID GOLDMAN
Attorney for Plaintiff

1872 WEST BEACH BLVD
Street Address

SEA OATS CONDO UNIT F1C3
City, State and Zip Code

GULF SHORES, AL 36542
Telephone No.

251-948-4673

___Fee _____
___Process _____
_X_ Dktd _____
___CtRmDep_____
___Doc. No._____