# CONFERENCE ATTENDANCE RECORD

DATE: 7-15-11      TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

(DISCOVERY STATUS CONFERENCE)

☞ **PRINT LEGIBLY**

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Steve Herman | Plaintiffs |
| Wendy Ware Bishop | Dril-Quip |
| John Funderburk | M-I LLC |
| Robert E. Guidry | Anadarko |
| Robert Cunningham | PSC |
| Bill Straaley | MDL 2185 Ind. Investors |
| Alan York | Halliburton |
| Jenny Martinez | Halliburton |
| Corey Maze | Alabama |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Carmelite Bertaut | Cameron |
| Phil Wittmann | Cameron |
| Tony Fitch | ANADARKO |
| Don Haycraft | BP |
| Mark Nomellini | BP |
| Ryan Babovich | BP |
| MARTIN MCLEOD | EXCESS TO |
| Mike Underhill | US |
| Will Baldwin | WFT |
| Ed Flanders | MOEX |
| Kerry Miller | TO |
| Brian Barr | PSC |
| Douglas Kraus | Louisiana |
| Jim Roy | AC |
| Anthony Irpino | PSC |
| Olivia Martin | ALABAMA |
|  |  |

Andy Langan
Wade Hammett
Jeff Ganaway
Ted Tsekerides
Alan Moore
Mark Cohen
Richard Gorman
Ruth Colvin
Martin Boles
Paul Collier