IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ' | MDL NO. 2179 |
|   "DEEPWATER HORIZON" in the | ' | |
|   GULF OF MEXICO, on APRIL 20, 2010 | ' | SECTION: J |
| | ' | |
| | ' | |
| | ' | JUDGE BARBIER |
| | ' | MAG. JUDGE SHUSHAN |

## Andrea Fleytas' Motion for a Protective Order

Andrea Fleytas respectfully moves the Court for a protective order protecting her from giving deposition testimony on July 25 and July 26 for the reasons more fully set out in her memorandum in support of this motion.

## Conclusion

The Court should grant Fleytas' motion.

Respectfully Submitted,

**ARNOLD & ITKIN LLP**

*/s/ Cory D. Itkin*

_____
Kurt B. Arnold, Texas Bar No. 24036150
Jason A. Itkin, Texas Bar No. 24032461
Cory D. Itkin, Texas Bar No. 24050808
M. Paul Skrabanek, Texas Bar No. 24063005
Michael E. Pierce, Texas Bar No. 24039117
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
karnold@arnolditkin.com
jitkin@arnolditkin.com
citkin@arnolditkin.com
pskrabanek@arnolditkin.com
mpierce@arnolditkin.com