UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | CIVIL ACTION |
| | MDL 2179 |
| Member Case: 11-1051 | SECTION: J(2) |

**ORDER**

Because this case has been consolidated into MDL 2179, and because the individual cases have been stayed by the Pretrial Orders in MDL 2179,

**IT IS ORDERED** that Defendant's **Motion for Extension (Rec. Doc. 3322)** is hereby **DENIED AS MOOT**.

New Orleans, Louisiana this 15th day of July, 2011.

United States District Judge