UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | CIVIL ACTION<br><br>MDL 2179<br><br>SECTION: J(1) |

**ORDER**

Before the Court is Cameron International Corporation's **Objection to and Appeal from Magistrate Judge Shushan's Order Regarding Objections to Depositions (Rec. Doc. 3291).**

**IT IS ORDERED** any opposition to Cameron's Objection be filed no later than Wednesday, July 20, 2011. At that time, the Court will take the matter under advisement.

New Orleans, Louisiana this 15th day of July, 2011.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE