UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  Oil Spill by the Oil Rig "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | CIVIL ACTION<br><br>MDL NO.:  2179<br><br>SECTION "J"(1) |
| THIS DOCUMENT RELATES TO:<br>11-58 | Hon. Carl J. Barbier<br>Mag. Judge Sally Shushan |

## ORDER

Considering the foregoing *Ex Parte* Motion to Withdraw Counsel of Record;

IT IS ORDERED that Jeremy Alan Herschaft be and hereby is withdrawn as counsel of record for Limitation Petitioners, Monica Ann, L.L.C., JNB Operating, L.L.C. and Gulf Offshore Logistics, L.L.C.

New Orleans, Louisiana this 15th day of July, 2011.

_____
United States District Judge