**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig        **MDL NO. 2179**
       "Deepwater Horizon" in the Gulf
       of Mexico, on April 20, 2010        **SECTION J**

Applies to: *All Cases*        **JUDGE BARBIER**
       **MAGISTRATE JUDGE SHUSHAN**

<u>**ORDER**</u>

**[Working Group[1] Conference on Friday, July 15, 2011]**

This order reflects the action taken by the Working Group Conference on Friday, July 15, 2011.

**1.**        <u>**Preservation of BOP**</u>.

Mark Cohen reported on the status of the preservation of the BOP. Because of the need for the prompt removal of the temporary enclosure with hurricane season, some preservation work will begin on Monday, July 18, 2011. DNV will provide a breakdown of the estimated cost for preservation before the close of business on July 15, 2011. BP and Anadarko will make a decision on the Schedule A work. The order for the extension of the DNV contract was signed by Judge Barbier (Rec. doc. 3334).

**2.**        <u>**Brown, Choy, and Mansfield Order**</u>.

The order for the Brown, Choy and Mansfield case was signed by Judge Barbier (Rec. doc. 3352).

---

[1] The discovery "Working Group" shall be comprised of: one or two representatives of the PSC; one representative from each of the defendants; and coordinating counsel for the United States and coordinating counsel for the States. (Rec. Doc. 1099).

3.      **Completion of Phase One Written Discovery.**[2]

       The Court will rule on Halliburton's request a protective order concerning certain discovery served by BP. Anadarko reports that it has a similar issue. The PSC and Cameron requested another week to meet-and-confer on the PSC's July 1, 2011 letter motion to compel.

       No party may serve any party with any further Phase One RFPs, interrogatories or RFAs without leave of Court. The deadline for filing motions to compel for Phase One written discovery is August 15, 2011. Because of some discovery issues, this deadline may be extended on a case-by-case basis.

4.      **BP's Request for Documents from the Executive Office.**

       On Friday, July 15, 2011, the U.S. submitted a compromise proposal to BP and a response to BP's letter requesting the discovery.

5.      **Settlements**.

       A ruling was issued on the request for production and redaction of the BP/MOEX settlement (Rec. doc. 3347). There was no discussion of the BP/Weatherford settlement agreement.

6.      **Transocean Internal Report**.

       Transocean has supplemented its response to interrogatory nos. 38 and 39 to provide information regarding the responsibilities of the persons who worked on the internal report.

7.      **Interpleader Actions.**

       Transocean and BP reported some progress on an agreement, but it may be necessary for the Court to resolve some issues. If an agreement cannot be reached, separate proposals will be

---

[2] Written discovery refers to interrogatories, requests for production (RFPs) and requests for admissions (RFAs).

submitted before Friday, July 22, 2011.

**9.**     **<u>Phase One Fact Depositions</u>**.

1.     <u>Morel, Brian</u>                          July 21

The PSC confirmed the deposition.

2.     <u>Hafle, Mark</u>                          July 22

The PSC confirmed the deposition.

3.     <u>Farr, Dan</u>                            August 24 and 25

Transocean confirmed the deposition.

4.     <u>Wheeler, Wyman</u>                       August 25 and 26

BP confirmed the deposition.

5.     <u>Brock, Tony</u>                          August 30 (tentative)

This will be a 150 minute video deposition with pre-marked exhibits.

6.     <u>Keplinger, Yancey</u>                    September 12

BP confirmed the deposition.

7.     <u>Birrell, Gordon</u> (NO)                 September 14

BP confirmed the deposition.

8.     <u>Lindner, Leo</u>                         September 14 and 15

The PSC resolved its issue.  The deposition is confirmed.

9.     <u>Thorseth, Jay</u> (London)(one day)     September 20 (tentative)

10.    <u>Daly, Mike</u> (London)(two days)       September 21 and 22 (tentative)

11.    <u>Lacy, Stewart</u> (London)(one day)     September 23 (tentative)

BP will confirm the dates for Thorseth, Daly and Lacy.

    12.    <u>Powell, Heather</u>                 October 20 (tentative)

This will be kept on the agenda pending confirmation of the deposition.  Ms. Powell is expecting a child and cannot travel.  Her baby is due prior to October 20.

    13.    <u>Frazelle, Andrew</u>

BP is working on dates

    14.    <u>Trahan, Buddy</u>

BP is working on contacting Trahan's personal counsel.

    15.    <u>Beirute, Rob</u>

BP is working on dates for his deposition in early August.

    16.    <u>Johnson, Stephen</u>

M-I is working on dates.

    17.    <u>Maxie, Doyle</u>

M-I is working on dates.

    18.    <u>Meche, Gregory</u>

M-I is working on dates.

    19.    <u>Quibodeaux, John</u>

M-I is working on dates.

    20.    <u>Turlak, Rob</u>

Transocean is working on dates.

    21.    <u>Vidrine, Don</u>

Vidrine's counsel will send the Court medical records in support of the request that he is unable to be deposed.

22.   <u>Oldfather, Daniel</u>

Weatherford had nothing to report on whether Oldfather's health permits a deposition.

23.   <u>Ravi, Dr. Kris</u>          Halliburton

BP and Halliburton are working on the deposition.

24.   <u>Newman, Steve</u>          Transocean

Steve Newman will be deposed for one day in Houston.

25.   <u>Wright, John</u>          Boots & Coots

Judge Barbier granted the motion for entry of the Boots & Coots report.  Rec. doc. 3346. Before the July 22, 2011 conference, the PSC shall report whether this moots its request for Wright's deposition.

**10.   Order of Examination.**

Transocean requests 150 minutes total with Ed Gaude, who is set for one day on Monday, September 19, 2011.

**11.   Order of Examination.**

The Transocean proposal for the order of examination will be used for the deposition of Keith Daigle on July 19 and 20.  The parties will report on its use at the July 22, 2011 conference.

**12.   Objections to Requests for Depositions.**

The pending deposition requests with objections are listed below.

|     | <u>Name</u> | <u>Employer</u> | <u>Requesting Party</u> |
|-----|-------------|-----------------|-------------------------|
| 1.  | <u>Clements, Jeremy</u> | Current Transocean | Cameron |
| 2.  | <u>Cotton, Al</u> | R&B (TO) | Cameron |
| 3.  | <u>Crichton, Steve</u> | Current Transocean | Cameron |

5

| 4.  | <u>Fry, Mike</u>       | Current Transocean | Cameron |
| 5.  | <u>Gray, Todd</u>      | Current Transocean | Cameron |
| 6.  | <u>Kennedy, John</u>   | R&B (TO)           | Cameron |
| 7.  | <u>McGrath, Scott</u>  | Current Transocean | Cameron |
| 8.  | <u>Rodger, Brad</u>    | Current Transocean | Cameron |
| 9.  | <u>Silverman, Peter</u>| R&B (TO)           | Cameron |
| 10. | <u>Wetherell, Linda</u>| R&B (TO)           | Cameron |
| 11. | <u>Wink, Kevin</u>     | R&B (TO)           | Cameron |

Transocean provided Cameron and the Court (*in camera*) information on the eleven persons, including some information on the last known addresses of the former employees. Alex Robert and David Baay will meet and confer on the persons who are still employed by Transocean. Transocean reported that it will identify the depositions of certain Cameron employees it requires.

**13.** **Trial Plan**.

The U.S. reported that its proposal for briefing motions was concerned with narrowing the focus of the scope of the trial applied to Phase Two. The PSC raised an issue about the allocation of fault, particularly as to Phase II, as to non-parties.

**14.** **Proposed Amendment to the Short Form**.

It was agreed that: (a) B3 claimants will provide authorizations for medical treatment from the time of the blowout forward; and (b) the defendants have the right to obtain earlier information for any B3 claimants who pursue their claims. The parties will work to resolve the remaining issues.

**15.** **Mike Byrd and Rule 30(b)(6) for BOP Regulatory Compliance**.

The Court recognized that there was a difference of interpretation on topics 13 and 23 of the

BP Rule 30(b)(6) notice.  To resolve the issue, BP shall provide a designee who can testify on regulatory compliance in selecting the BOP and its component parts.

Anadarko raised an issue concerning the preparation of BP's designees, including Sustala on July 29.  The Court asked that if a party believes an area of questioning is important and is encompassed within the topics on which the witness is designated, the party should email counsel for the producing party in advance of the deposition in an effort to avoid the problem that was encountered with the different interpretations on topics 13 and 23.

**16.**    **Other discovery issues**.

The PSC reported it may request a fact deposition of Kevin Kennelly, who was deposed on June 29, 2011 as a Rule 30(b)(6) designee for BP.  BP opposes the deposition.  If the PSC wants the deposition, it shall submit a letter request.  BP will respond.  Deadlines for submission of the letters were not set.

Anadarko and BP reported that they are working on the issue of search criteria.

**17.**    **Preliminary Witness List for Phase One**.

The PSC reported that it submitted the Phase One preliminary witness list to the defendants and it needed further information from the defendants before proceeding.  The defendants are urged to supply this information to the PSC as promptly as possible.

**18.**    **Phase One Experts**.

There was discussion about the information provided by the parties concerning Phase One Experts.

19.     __Conference Schedule__.

**The conferences are:**

| | |
|---|---|
| Friday, July 22, 2011, at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, July 29, 2011, at 9:30 a.m. | WGC followed by meeting of LCC. |

**There will be no conference on Friday, August 5, 2011.**

| | |
|---|---|
| Friday, August 12, 2011 | After Judge Barbier's status conference - WGC followed by meeting of LCC. |
| Friday, August 19, 2011, at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, August 26, 2011, at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, September 9, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, September 30, 2011 | After Judge Barbier's status conference - WGC followed by meeting of LCC. |
| Friday, October 7, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, October 14, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, October 21, 2011 | After Judge Barbier's status conference - WGC followed by meeting of LCC. |
| Friday, October 28, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, November 4, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, November 18, 2011 | After Judge Barbier's status conference - WGC followed by meeting of LCC. |
| Friday, December 2, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, December 9, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, December 16, 2011 | After Judge Barbier's status conference - WGC followed by meeting of LCC. |
| Friday, January 6, 2012 at 9:30 a.m. | WGC followed by meeting of LCC. |

Friday, January 13, 2012 at 9:30 a.m.        WGC followed by meeting of LCC.

Friday, January 20, 2012                      After  Judge Barbier's status conference -
                                              WGC followed by meeting of LCC.

Friday, January 27, 2012                      WGC followed by meeting of LCC.

New Orleans, Louisiana, this 18th day of July, 2011.

                                              **SALLY SHUSHAN**
                                    **United States Magistrate Judge**