AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Johnson Bros. Corporation of Louisiana -- F. Miller Construction, LLC, a Joint Venture | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No.  MDL 10-2179 J(1) |
| BP, p.l.c., et al. | ) ) ) | |
| *Defendant* | ) | 11-781 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Anadarko E&P Company L.P.
c/o C T Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, Louisiana 70808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lloyd N. Shields
Shields Mott Lund LLP
650 Poydras Street, Suite 2600
New Orleans, Louisiana 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Apr 11 2011__

Deputy clerk's signature

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. MDL 10-2179 J(1)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Anadarko E&P Co. LP__
was received by me on *(date)* __7-18-11__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* __Lynette Bass__
, a person of suitable age and discretion who resides there,
on *(date)* __7-18-11__, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Lynette Bass__, who is
designated by law to accept service of process on behalf of *(name of organization)*
__CT Corporation__   on *(date)* __7-18-11__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __7-18-11__

_____
Server's signature

John A. Vieira   Process Server
Printed name and title

2844 Glenbrook Dr. Gretna, LA.
Server's address

Additional information regarding attempted service, etc:

**Lynette Bass**
*Corporate Operations Specialist*

**CT Corporation**   5615 Corporate Blvd.
Suite 400 B
Baton Rouge, LA 70808
225 922 4490 tel
lynette.bass@wolterskluwer.com

www.ctlegalsolutions.com