UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig          MDL NO. 2179
   "Deepwater Horizon" in the Gulf
   of Mexico, on April 20, 2010          SECTION J

Applies to: *All Cases*                   JUDGE BARBIER
                                          MAGISTRATE JUDGE SHUSHAN

## ORDER

[Regarding the Motion of Andrea Fleytas for a Protective Order]

Before the Court is the motion of Andrea Fleytas for a Protective Order (Rec. doc. 3348). The PSC opposes the motion pointing out that the deposition has been scheduled for one day because Ms. Fleytas has notified the parties that she intends to invoke her Fifth Amendment rights.

Having reviewed the submission of Ms. Fleytas, including the affidavit of her treating physician and her treatment records; IT IS ORDERED that the deposition may go forward by video connection from California (where Ms. Fleytas resides) and New Orleans. Counsel for Ms. Fleytas is to make the arrangements for the video facility in California and notify Paul Sterbcow of the arrangements by **no later than 5:00 p.m. on Thursday, July 21, 2011**.

Additionally, Transocean may question Ms. Fleytas about maintenance and cure issues.

**Any appeal to this order must be filed by 5:00 p.m. on Wednesday, July 20, 2011.**

New Orleans, Louisiana, this 19th day of July, 2011.

SALLY SHUSHAN
**United States Magistrate Judge**