U. S. DISTRICT COURT
Eastern District of Louisiana

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA FILED JUL 18 2011 CK

LORETTA G. WHYTE
Clerk

| | |
|---|---|
| IN RE: | * |
| | * |
| OIL SPILL by "Deepwater Horizon" | * |
| | * |
| MICHAEL SHARP SPEAKMAN | *   CIVIL ACTION NO. 10-8888, 10-2771, J (1) |
| (last four digits of tax identification | *   and MDL 2179 |
| number: 0057; BP Claim # 6866124281- | * |
| 559; BP Claim identification # 1163242), | * |
| | * |
| Plaintiff. | * |

### PRO SE MOTION TO DISMISS

COMES NOW the Plaintiff, MICHAEL SHARP SPEAKMAN, and hereby states that he has settled all of his claims against any and all Defendants in the above-styled matter and has properly executed a release, thus the claim of the undersigned Plaintiff is due to be dismissed.

WHEREFORE, the undersigned Plaintiff respectfully requests this Honorable Court to dismiss the undersigned as a Plaintiff in the above-styled class action lawsuit.

Respectfully submitted,

MICHAEL SHARP SPEAKMAN
108 North Dean Road
Auburn, Alabama 36830
(334) 821-0091
micspea@aol.com

TENDERED FOR FILING

JUL 18 2011

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee_____
___ Process_____
_X_ Dktd_____
_X_ CtRmDep_____
___ Doc. No._____

# SPEAKMAN & JACKSON, L.L.C.

ATTORNEYS AT LAW
108 NORTH DEAN ROAD
AUBURN, ALABAMA 36830
www.speakmanlaw.com

MICHAEL S. SPEAKMAN
RAYMOND L. JACKSON, JR. (Also Licensed in Georgia)

TELEPHONE (334) 821-0091
FAX (334) 821-0508

July 12, 2011

Clerk's Office
United States District Court for the Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, Louisiana 70130

RE: Motion to Dismiss Michael Sharp Speakman (last four digits of tax identification number: 0057; BP Claim # 6866124281-559; BP Claim identification # 1163242) and Susan Lovett Speakman (last four digits of tax identification number: 0905; BP Claim # 6866124281-566; BP Claim identification # 1165616)

Dear Sir or Madame:

I have enclosed two Motions to Dismiss to be filed in the above-referenced BP oil spill class action lawsuit. Both myself and my wife, Susan Lovett Speakman, settled our claims in the above-styled matter and have executed a release releasing the Defendants of all claims in the above-styled matter.

Please file the original motions and stamp the copies as proof that they were filed, and return them to me in the enclosed stamped, self-addressed envelope.

Sincerely,

Michael S. Speakman

MSS:scj
Enclosures

TENDERED FOR FILING

JUL 18 2011

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

SPEAKMAN & JACKSON, L.L.C.
ATTORNEYS AT LAW
108 NORTH DEAN ROAD
AUBURN, ALABAMA 36830

MONTGOMERY AL 361
14 JUL 2011 PM 3 L

Clerk's Office
United States District Court for the Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, Louisiana 70130

70130+3367