UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION



IN RE: OIL SPILL BY THE OIL RIG
"DEEPWATER HORIZON" IN THE GULF
OF MEXICO, ON APRIL 20, 2010
    Lacy v. BP, p.l.c., Ltd., et al.,             )
        S.D. Florida, C.A. No. 1:11-21855  )          MDL No. 2179

### ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER
### AND REVOKING MINUTE ORDER DEEMING MOTION FOR TRANSFER MOOT

      This action (*Lacy*) was initially before the Panel on a motion by defendants BP, p.l.c., Ltd., et al., seeking transfer of *Lacy*, pursuant to 28 U.S.C. § 1407, to the Eastern District of Louisiana for inclusion in the coordinated or consolidated pretrial proceedings ongoing in MDL No. 2179. Subsequently, a conditional transfer order was filed in *Lacy* on June 30, 2011. In the absence of any known opposition to the proposed transfer, the stay of transmittal with regard to *Lacy* was lifted on July 8, 2011, and the action was transferred to the Eastern District of Louisiana. Because this action was transferred pursuant to the conditional transfer order, the motion for transfer was deemed moot on July 11, 2011.

      On July 14, 2011, pro se plaintiff in *Lacy* filed a motion to reinstate the conditional transfer order. Plaintiff asserts that he was on an extended absence out-of-state and did not receive a copy of the Panel's order until July 12, 2011. Consequently, he had no opportunity to oppose the transfer. The Panel is persuaded that these circumstances justify reinstatement of the conditional transfer order in order to permit plaintiff to pursue his opposition to transfer.

      IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-27" filed on June 30, 2011, is REINSTATED. The Clerk's minute order of July 11, 2011, deeming defendants' motion for transfer moot is REVOKED. Plaintiff's notice of opposition is deemed filed as of July 14, 2011. In accordance with Panel Rule 7.1(f), plaintiff shall file the required motion and supporting brief to vacate the conditional transfer order on or before July 28, 2011. Plaintiff's motion and brief shall be deemed also to constitute his response to the motion to transfer (i.e., plaintiff need not submit a separate response to the motion to transfer).

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel