**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig          **MDL NO. 2179**
     "Deepwater Horizon" in the Gulf
     of Mexico, on April 20, 2010        **SECTION J**

Applies to: *All Cases*              **JUDGE BARBIER**
                                   **MAGISTRATE JUDGE SHUSHAN**

<u>**ORDER**</u>

**[Regarding Halliburton' Motion for Protective Order (Rec. doc. 3318)]**

Halliburton Energy Services, Inc. ("Halliburton"), seek an order regarding BP's third request for admissions and third set of interrogatories. Rec. doc. 3318. This discovery was served on July 1, 2011. Halliburton contends it is not timely. The deadlines for the service of interrogatories and requests for admissions for Phase One were not completely clear. The order of July 18, 2011 provides that no party may serve any further Phase One written discovery, including interrogatories and requests for admission, without leave. The Court declines to find that BP's discovery was not timely.

Halliburton also contends that the discovery is unreasonable in volume, pointing out that BP served more than 500 requests for admission. BP did not respond to this issue. While the deadlines for service of written discovery were not completely clear, at this stage of the proceedings any written discovery was in the nature of "clean-up" discovery. The service of more than 500 RFAs appears to be more than that. BP will be given an opportunity to respond to this.

IT IS ORDERED that: (1) Halliburton's motion for protective order (Rec. doc. 3318) is DENIED in PART; (2) by **Friday, July 22, 2011**, BP shall submit a supplemental letter; (3) by **Monday, July 25, 2011**, Halliburton shall submit a reply; (4) Halliburton's motion is RESET in PART for submission on briefs on **Tuesday, July 26, 2011**; and (5) Halliburton is relieved of

responding BP's third set of interrogatories and third set of requests for admissions until further order.

New Orleans, Louisiana, this 19th day of July, 2011.

**Sally Shushan**
**United States Magistrate Judge**