UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL NO. 2179 |
| | SECTION:     J |
| | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: 2:10-cv-03168 | |

## **ORDER**

Considering the Defendant M-I L.L.C.'s Motion to Dismiss Plaintiffs' Sixth Amended Complaint for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6):

**IT IS HEREBY ORDERED** that Defendant M-I L.L.C.'s motion to dismiss is denied.

New Orleans, Louisiana, this _____ day of August, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE